Parsons v. Ryan, CV 12-00601-PHX-DKD (DJH)

January 22, 2015

Clerk of the Court - United States District Court
District of Arizona
401 West Washington Street, Suite 130, SPC-1
Phoenix, AZ 85003-2118

FILED ___ LODGED
RECEIVED ___ COPY
FEB 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Re: Hearing of February 18, 2015 - Comments

To whom it may concern:

   I've been incarcerated in the A.D.O.C. since May 5, 2010. Health Services has been a disaster as long as I've been here. The A.D.O.C. ran the Health Services Division until April, 2012. Wexford Health Sources was contracted from April, 2012 until March 4, 2013.
Corizon has been under contract since March 4, 2013.
  "Merely replacing one for-profit prison contractor with another will only prolong the crisis in Arizona's prisons," said Dan Pochoda, legal director of the A.C.L.U. of Arizona. "There is no reason to think that anything will change under Corizon, Inc." Source: page 9, Prison Legal News of July 2013. "Arizona Prison System Plagued by Politics, Privatization and Prisoner Deaths."
  Corizon was formed in June, 2011. "Although the company was formed in June 2011, its two predecessor firms, Prison Health Services, PHS, and Correctional Medical Services, CMS, littered the news and judicial dockets over the years with lawsuits and articles involving cases of inadequate health care. Thus, the sins of Corizon's parents, CMS and PHS, are forever

1.

linked with the progeny of their merger.

The corporate culture of Corizon, as well as its business model, appears to be largely the same as those of its predecessors. Therefore, the only thing that may have changed as a result of the merger that created Corizon is the company's name." Source: page 16, Prison Legal News of March, 2014. "Corizon Needs a Checkup: Problems with Privatized Correctional Healthcare."

"In a September 6, 2012 UNPUBLISHED ruling, the Eleventh Circuit Court of Appeals affirmed a jury verdict that found Corizon Health, Inc., formerly Prison Health Services (PHS), had a policy or custom of refusing to send prisoners to hospitals. The appellate court also held it was reasonable for the jury to conclude that PHS delayed treatment in order to save money." Source: Page 54, Prison Legal News of March, 2013. Also, Fields v. Corizon Health, Inc., 490 Fed. Appx. 174, 2012 WL 3854592 (C.A. 11 (Fla.)

On a personal note; I suffer from macular degeneration, glaucoma and cataracts.

Since Corizon has been here I've had to file grievances A01-061-013, A01-042-014 and A01-116-014 about cancellation of medications and Emergency Complaints A01-179-014 and A01-215-014 just to get refills on an existing prescription for Timolol Maleate.

I had a colonoscopy on November 6, 2014. A polyp was removed and a biopsy was supposed to be done; but I'm still awaiting the results. 2½ months?

I was formerly incarcerated in Minnesota, where Corizon and

2.

it's predecessor, Correctional Medical Services, had a contract from 1998 until January 1, 2014.

The Minnesota Dept. of Corrections changed to Centurion Managed Care on January 1, 2014 despite Corizon submitting a lower bid. See page 10, March, 2014 Prison Legal News.

In Minnesota, in 2002, I requested an eye doctor. Dr. Lucas told me, "You'll get an eye doctor when we decide to get you one."

Different names, same old games!

Hopefully, the Court will see its way clear to grant the inmates of the A.D.O.C. the relief proposed in this cause.

Sincerely,

George Wilson Overturf

George Wilson Overturf  A.D.C. No. 253160
A.S.P.C. - Florence
Central Unit
P.O. Box 8200
Florence, AZ 85132

3.