PARSONS-V-RYAN-12-00601-PHX-

Case 2:12-cv-00601-ROS Document 1442 Filed 02/05/15 Page 1 of 17

RECEIVED ___ COPY
FEB 05 2015
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

TO-JUDGE

PLEASE DO NOT APPROVE THIS LAWSUIT THIS IS INCLUDED IN IT - AN EXPANDED EXPLANATION IS ATTACHED

#1 - ARTIFICIAL INTELLINGENCE COMPUTER PROGRAM TO SCAN ALL RECORDS EVERYDAY FOR COMPLIANCE

#2 - MEDICAL GRIEVANCES RESOLVED BY AN OUTSIDE "REAL" DOCTOR - TO ALLOW THE MAIN ABUSER OF INMATES ADC RYAN TO HAVE THE LAST SAY TO DENY INMATES MEDICAL CARE IS NOT LOGICAL

#3 - NURSE OR MEDICAL STAFF MUST SIGN FOR THE HNR MEDICAL FORM AT THE INMATES DOOR AND GIVE THEM A COPY OF THE HNR - AS IT IS NOW NURSE AND MEDICAL REFUSES TO SIGN FOR HNR MEDICAL FORMS AT INMATES DOOR AND THROWS AWAY THE INMATES MEDICAL HNR MEDICAL THREW AWAY 25 OF MY HNR FORMS LAST MONTH AND 34 OF MY HNR FORMS IN JAN-2015

#4 - 100 PERCENT COMPLIANCE NOT 75 or 85 PERCENT COMPLIANCE = 75 or 85 PERCENT COMPLIANCE IS JUST A NOD TO REFUSING TO PROVIDE MEDICAL CARE TO EXPENSIVE CARE INMATES

#5 - ALL CELLS HAVE A SWITCH TO TURN OFF CELL LIGHT AS IT IS NOW ADC TORMENTS INMATES WITH 6AM TO 11PM SUPER BRIGHT CELL LIGHT THAT INMATES CANNOT TURN OFF - ALL STUDIES SHOW BRIGHT LIGHT TORTURE OF MENTAL PROBLEM PEOPLE JUST CAUSES THEM MORE PROBLEMS AND ISSUES PLUS MOST INMATES IN SOLITARY SLEEP MOST OF THE TIME

#6 - ALL CELLS UNDER 85 DEGREES MOST CELLS STAY 100 TO 140 DEGREES ALL SUMMER AND NOT MUCH AIR FLOW OR COOLING

#7 - REQUIRE ALL MEDICAL CONSULTATIONS WITH INMATES AUDIO AND VIDEO RECORDED TO DOCUMENT THE LIES AND ~~ABUSE~~ TOLD TO INMATES AND REASONS FOR REFUSAL OF MEDICAL CARE

#8 - AUDIO AND VIDEO RECORD ALL FORCED DRUGGING HEARINGS AND INTERVIEWS LEADING TO THE FORCED DRUGGINGS TO SHOW WHAT A SCAM-FARCE THE FORCE DRUGGING HEARINGS AND INTERVIEWS ARE

#9 - DEMAND ADC PROVIDE AND SELL 100 PERCENT COTTON CLOTHING AND BEDDING ALOT OF PEOPLE HAVE PROBLEMS WITH SYNTHETIC MATERIAL

#10 - DOCUMENT WHO DOCTOR IS DENYING CARE AND WHY AND WHEN SEEN BY WHO

#11 - GRIEVANCE PROCESS IS A SHAM

#12 - DEMAND ADC STOP RETALIATION AGAINS INMATES FOR THIS LAWSUIT

#13 - PROVIDE HOT WATER 24-7-365 - WE DID NOT HAVE HOT WATER FOR 2 YEARS

#14 - GENERAL ABUSE - FORCING INMATES TO SUICIDE

DETAILED EXPLANATION OF FIRST PAGES

#1 - ADC HAS A 100 YEAR RECORD OF EXTREEM MEDICAL NEGLECT AND CORIZON HAS BEEN CONSTANTLY SUED FOR MEDICAL NEGLECT AND INMATE DEATHS FROM REFUSAL OF NEEDED MEDICAL CARE SINCE CORIZON STARTED PROVIDING MEDICAL CARE AND RECENT COURT RULINGS CITE A LONG HISTORY OF DELAY OF MEDICAL CARE TO MAKE MORE PROFIT AND REFUSAL OF MEDICAL CARE TO MAKE MORE PROFIT

FIELDS-V-CORIZON-11-CIR-2012-490-FED-APPX-174-5000 AUTOMATIC COMPUTER PROGRAM SCAN OF ALL MEDICAL RECORDS EVERY DAY FOR COMPLIANCE IS THE ONLY OPTION TO PREVENT THE CONSTANT AND EXTREEM MEDICAL NEGLECT THAT ADC-CORIZON ALLOWS ALL THE TIME AND ANYTIME THEY CAN GET AWAY WITH IT ARTIFICIAL INTELLIGENCE PROFESSOR SPECIALIST LARRY-BIRNBAUM-AT-NORTHWESTERN-UNIVERSITY-IN-ILLINOIS-DEVELOPED-QUILL-SYSTEMS-THAT AUTOMATICLY SCANS THE INTERNET FOR NEWS STORIES AND AUTOMATICLY WRITES NEWS ARTICLES WITHOUT HUMANS AND SENDS THEM TO NEWS AGENCIES = THEGUARDIAN.COM-SEPT-19-2014-PAGE-32- YOU CAN EITHER REPROGRAM THAT COMPUTER PROGRAM TO SCAN EVERY MEDICAL RECORD EVERY DAY - OR PAY PROFESSOR LARRY BIRNBAUM TO DEVELOPE A SPECIFIC COMPUTER PROGRAM TO SCAN ALL MEDICAL RECORDS EVERY DAY FOR COMPLIANCE OTHERWISE ADC CORIZON WILL CONTINUE TO NEGLECT AND ABUSE INMATES AS ADC HAS FOR 100 YEARS NOW

#2 - AS IT IS NOW ADC RYAN HAS THE LAST SAY OVER MEDICAL NEGLECT - REFUSAL OF MEDICAL CARE GRIEVANCES... LETTING THE ABUSER APPROVE THE ABUSE... THAT IS NOT EVAN LOGICAL - ADC RYAN FLAT OUT LIES ON MEDICAL GRIEVANCES STATING THAT INMATES HAVE HAD THE NEEDED MEDICAL CARE WHEN IN FACT THEY HAVE NOT SEE MY GRIEVANCE ABOUT ADC - CORIZON REFUSING TO FIX MY COMPLETELY BLINDED BY CATERACT LEFT EYE

ADC RYAN STATES THEY FIXED MY LEFT EYE WHEN IN FACT THEY REFUSE TO FIX MY LEFT EYE AND HAVE LEFT ME COMPLETELY BLIND IN MY LEFT EYE DUE TO CATERACTS FOR 3 YEARS TO SAVE 2000 DOLLARS CORIZON DOCTORS AND MEDICAL STAFF HAVE INFORMED ME THAT - INMATES ONLY NEED ONE GOOD EYE - ARIZONA STATE LAW STATES INMATES ARE ONLY ALLOWED ONE GOOD EYE AND NEEDING 2 GOOD EYES IS OVERRATED - SOOO TO ALLOW ADC RYAN THAT IS NOT A DOCTOR - THAT RAN THE ABU-GHRAIB - TORTURE PRISON IN IRAQ - THAT ALLOWED MARCIA-POWELL - TO DIE OF SUN EXPOSURE IN A SMALL CAGE ON MAY-19-2009 - AND THAT HAS ALLOWED ABUSE - DEATH MEDICAL NEGLECT AND TORTURE TO THOUSANDS OF HUMANS TO HAVE THE LAST SAY OVER MEDICAL NEGLECT GRIEVANCES IS NOT LOGICAL OR RIGHT... HE WHO DOES THE ABUSE GETS TO APPROVE THE ABUSE -? - NOONE - IN THE FREE WORLD WOULD ALLOW THAT - THATS LIKE LETTING CHILD MOLESTERS RUN THE PRESCHOOL AND THEN APPROVE OF THE ABUSE... WHO WOULD ALLOW THAT -?-?-?

#3 - FOR ? - AT LEAST 20&30 YEARS MEDICAL STAFF ALWAYS SIGNED FOR HNR-MEDICAL FORMS AT THE INMATES CELL DOOR AND GAVE THE INMATE A COPY OF THE HNR - NOW... CORIZON STAFF REFUSE TO SIGN FOR MEDICAL HNR FORMS AT THE DOOR AND JUST THROW AWAY HNR-MEDICAL FORMS THAT MEDICAL DOES NOT WANT TO RESPOND TO - MEDICAL REFUSED TO RESPOND TO 25 OF MY MEDICAL HNR FORMS IN DEC-2014 AND 34 OF MY HNR-MEDICAL FORMS IN JAN-2015 - I AM ADVISES MEDICAL DOES THIS ALOT TO INMATES HNR FORMS IT DOES NOT LIKE OR WANT TO RESPOND TO - I HAVE SENT NUMBERED 1-15 MEDICAL FORMS TO MEDICAL AND ADVISED MEDICAL STAFF THAT MARY BALLER RN WILL REFUSE TO RESPOND TO THEM AND NURSE STAFF - STARK - WHITE BLONDE LADY WILL VERIFY THAT I CONSTANTLY TELL HER MEDICAL REFUSES TO RESPOND TO MY FORMS AND SHE SAYS THERE IS NOTHING SHE CAN DO ABOUT IT

SOOO

DEMAND MEDICAL STAFF SIGN FOR MEDICAL-HNR FORMS AT THE INMATES CELL DOOR AND GIVE THE INMATE A COPY OF THE HNR AS IT WAS ALWAYS DONE BEFORE CORIZON TO PROVE CORIZON STAFF RECEIVED THE HNR - AS IT IS NOW INMATES HAVE NO "PROOF" AN HNR WAS PICKED UP AND AS ALWAYS ADC RYAN "APPROVES" OF CORIZON REFUSING TO SIGN FOR HNR FORMS FOR HE IS IN ON HELPING CORIZON COVER UP MEDICAL NEGLECT AND ABUSE AT ADC - I ASSUME ADC RYAN RECEIVES KICKBACKS OR BRIBES FOR APPROVING CORIZON REFUSAL OF NEEDED MEDICAL CARE - WHY ELSE WOULD HE APPROVE MEDICAL NEGLECT

#4 - 75 AND 85 PERCENT COMPLIANCE IS NOT AN ACCEPTABLE OPTION... BASICLY YOU ARE STATING 75 a 85 PERCENT OF INMATES GET MINIMAL OF LEAST MEDICAL CARE AND 15-25 PERCENT RECEIVE NO MEDICAL CARE AND LEFT TO MEDICAL NEGLECT AND HORROR AND ABUSE AS "NORMAL" AT ADC... ADC-CORIZON WILL DO THE CHEAP MINIMAL NEEDS OF INMATES BUT THE EXPENSIVE INMATES WILL BE DUMPED INTO THE 15-25 PERCENT THAT CORIZON WILL REFUSE TO TREAT WELL BECAUSE... THEY CAN YOU STATE IT RIGHT THERE IN YOUR COURT AGREEMENT... HOW ABSURD - 100 PERCENT COMPLIANCE IS THE ONLY OPTION HERE ADC HAS A 100 YEAR DOCUMENTED RECORD OF MEDICAL NEGLECT AND ABUSE AND CORIZON HAS THOUSANDS OF COURT DOCUMENTED CASES OF MEDICAL NEGLECT AND ABUSE AND DELAY AND REFUSAL OF MEDICAL CARE TO MAKE MORE PROFIT FIELDS-V-CORIZON-11-CIR-2012-490-FED-APPX-174 SOOO DEMAND IMMEDIATELY 100 PERCENT COMPLIANCE CORIZON HAS BEEN PROVIDING INCREDIBLY HORRORIBLE INMATE MEDICAL CARE FOR 3-20 YEARS OR MORE IF THEY CANNOT FIGUER OUT HOW TO IMMEDIATELY PROVIDE PROPER MEDICAL CARE THEY NEED TO BE DROPPED FROM BEING A MEDICAL CARE PROVIDER - IF YOU CANNOT FIGUER OUT HOW TO DO SOMETHING AFTER 10 OR 20 YEARS OF DOING IT OBVIOUSLY YOU NEVER WILL

#5 - ADC PLAYS SUPER BRIGHT LIGHT TORTURE OF SMI - MENTALLY ILL INMATES - LIGHTS ON EITHER 24-7-365 - OR LIGHTS ON 6AM TO 11PM 7 DAYS A WEEK - ALL - "REAL" PSYCH DOCTORS SAY BRIGHT LIGHT TORTURE OF MENTAL PEOPLE IS NOT USEFUL AND CAUSES EVAN MORE MENTAL PROBLEMS AND ISSUES - ALL OTHER INMATES IN GP CAN TURN THEIR LIGHTS ON AND OFF WHENEVER THEY WANT TO... WHY ONLY TORTURE THE MENTALLY ILL WITH SUPER BRIGHT CELL LIGHTS THAT INMATES CANNOT TURN OFF... MOST IN SOLITARY SLEEP MOST OF THE DAY AND NIGHT AND THE CELLS USE TO BE ABLE TO TURN THE LIGHTS ON AND OFF BY INMATES - NOW THE LIGHT SWITCHES ARE THERE STILL BUT THE ON OFF BUTTONS HAVE BEEN BYPASSED SO INMATES CANNOT TURN THE SUPER BRIGHT LIGHTS OFF...

SOOO
DEMAND MENTALLY ILL INMATES HAVE THE SAME

RIGHT AS OTHER INMATES TO BE ALLOWED TO TURN THEIR CELL LIGHTS ON AND OFF WHENEVER THEY WANT TO

#6 - CELL HEAT - MUCH OF ADC "COOLING" EQUIPMENT IS EITHER "BROKEN" OR JUST NOT TURNED ON IN THE SUMMER - ALSO ADC PAINTS ITS BUILDINGS DARK GREY THAT TURNS CELL WALLS INTO BAKING OVENS MOST ALL CELLS EXPOSED TO THE SUMMER SUN ARE AT LEAST 100 TO 140 DEGREES WITH NOT MUCH AIR FLOW OR COOLING GENERALLY AND...YES...FOR "INSPECTIONS" ADC DOES MAKE THE COOLING SYSTEMS WORK BUT AFTER THE INSPECTIONS THE COOLING SYSTEMS DO NOT WORK WELL OR AT ALL THIS IS A TYPICAL ADC GAME

SOOO

DEMAND ADC PAINT BUILDINGS WHITE TO DEFLECT RADIATION AND KEEP CELLS COOLER

DEMAND ADC KEEP ALL CELLS BELOW 85 DEGREES

DEMAND ADC PUT IN AIR CONDITIONING COOLING SYSTEMS FOR AS YOU KNOW FOR A FACT SWAMP COOLERS DO NOT WORK WHEN HUMID OUT

DEMAND COOLERS WORK ALL SUMMER START TO END AT RYNNING THEY DID NOT "FIX" THE SWAMP COOLERS TILL SEPT 15 OR SO IN 2008 or 2009 WE BAKED ALL SUMMER IN CELLS THAT WERE 120-140 DEGREES AT ALMOST ALL TIMES

DEMAND PERMANENT CELL HEAT MONITORING 24-7 TO END THE ENDLESS BAKE INMATES IN HOT CELLS

#7 - CORIZON FLAT OUT LIES TO INMATES AND REFUSES INMATES REQUEST FOR MEDICAL NEEDS OR SUPPLIES THEN LIES ON THE MEDICAL RECORDS THAT THE <u>INMATE WAS THE ONE REFUSING</u> THE MEDICAL CARE OR MEDICAL SUPPLIES

SOOO

TO PUT AN <u>END</u> TO ALL THE LIES TOLD TO INMATES AND THE FALSE STATEMENTS PUT INTO MEDICAL FILES - AUDIO AND VIDEO RECORD ALL DOCTOR - NURSE INTERACTIONS AT MEDICAL WITH INMATES - I HAVE <u>BEGGED</u> MEDICAL FOR ANTI BIOTIC CREAM AND ANTIBIOTICS BUT MEDICAL <u>REFUSED</u> TO PROVIDE THEM - THEN... PUT INTO MY MEDICAL CHART THAT <u>I</u> REFUSED THE ANTIBIOTICS AND ANTIBIOTIC OINTMENT...

ALSO CORIZON "DOCTORS" ADVISED ME IT WAS <u>AGAINST STATE LAW</u> TO FIX AN INMATES CATERACT BLINDED EYE IF AN INMATE HAD ONE GOOD EYE - ALSO THE DOCTORS <u>AND</u> NURSE STAFF ADVISED ME INMATES <u>DO NOT</u> NEED 2 GOOD EYES ONE GOOD EYE IS GOOD ENOUGH FOR INMATES

ADC - CORIZON HAS <u>LEFT ME COMPLETELY BLIND FROM CATERACTS IN MY LEFT EYE FOR 3 YEARS</u> NOW TO SAVE 2000 DOLLARS

#8 - AUDIO AND VIDEO TAPE ALL INMATE INTERACTIONS WITH STAFF CONCERNING FORCE DRUGGING AND AUDIO AND VIDEO TAPE THE FORCE DRUGGING HEARINGS THE FORCE DRUGGING AT ADC IS A COMPLETE SHAM ADC FORCED DRUGGED ME FOR I TOLD ADC IF YOU MOVE ME OR FORCE DRUG ME I WILL KILL MYSELF...SOOO...IN THE ULTIMATE... WISDOM OF PSYCH MORONS - I MEAN "DOCTORS" THEY HAD -2- HEARINGS WITH 5 or 8 PEOPLE ATTENDING THE FIRST HEARING WAS TO SEE IF I WOULD REALLY KILL MYSELF IF I WAS FORCED DRUGGED AND MOVED AND THE SECOND HEARING WAS TO SEE IF I WOULD REALLY REALLY KILL MYSELF IF I WAS FORCED DRUGGED OR MOVED - BOTH TIMES I STATED IF YOU DO NOT MOVE ME OR FORCE DRUG ME I WILL NOT HARM MYSELF IN ANY WAY BUT IF YOU FORCE DRUG ME OR MOVE ME I WILL IMMEDIATELY KILL MYSELF SOOO... AT THE SECOND HEARING THEY SAID WE ARE GOING TO FORCE DRUG YOU AND MOVE YOU - I TOLD THEM FLAT OUT TAKE ME BACK TO MY CELL SO I CAN KILL MYSELF SOOO THEY TOOK ME BACK TO MY CELL AND I SLIT MY NECK AND WAS LIFE FLIGHTED OUT TO A HOSPITAL WITH MASSIVE BLOOD LOSS - ADC HAS FORCED ME TO SUICIDE 3 TIMES NOW...SOOO THAT IS WHY YOU NEED TO AUDIO AND VIDEO THE FORCE DRUG HEARINGS TO SEE THE SHAM AND COMPLETE INCOMPETENCE OF PSYCH STAFF... -THE COURTS BANNED ADC PSYCH YEARS AGO AS A SHAM - NOW... IT IS BACK BUT STILL A SHAM

#9 DEMAND ADC PROVIDE 100 PERCENT COTTON CLOTHING AND BEDDING AND SELL 100 PERCENT COTTON CLOTHES AND BEDDING AT THE STORE - ADC REFUSED TO GIVE ME A 100 PERCENT COTTON BLANKET FOR 8 YEARS I AM ALLERGIC TO WOOL AND SYNTHETIC MATERIALS ON JUNE-4-2012 - ADC SENT ME TO A "REAL" OUTSIDE ALLERGY SPECIALIST "REAL DOCTOR" THAT PERSCRIBED COTTON 100 PERCENT COTTON CLOTHES AND BEDDING THEN... ADC SHAM "DOCTORS" THAT NEVER EXAMINED ME SAID I DID NOT NEED 100 PERCENT COTTON CLOTHES OR BEDDING - THIS IS TYPICAL OF ADC SO CALLED DOCTORS NEVER EXAMINING AN INMATE THEN WRITING THAT THEY DO NOT NEED WHATEVER IT IS WITHOUT EVER EXAMINING THE INMATE FOR WHATEVER IT IS THEY ARE DENYING THE INMATE - I DID WRITE A GRIEVANCE BUT SUPREEM ABUSER OF ALL HUMANS ADC DIRECTOR RYAN WROTE I DID NOT NEED WHAT THE "REAL DOCTOR SPECIALIST" SAID I NEEDED... TYPICAL ADC DIRECTOR RYAN DENYING EVERYTHING AN INMATE NEEDS

PLUS MARY-BALLER-RN-ADVISED ME NOONE AT ADC IS ALLERGIC TO SYNTHETICS AND NOONE HAS WROTE HER ABOUT IT WHEN ALOT OF PEOPLE HAVE WROTE HER ABOUT BEING ALLERGIC TO SYNTHETICS THAT I HAVE TALKED TO - SHE LIES TO INMATES ABOUT ISSUES ALL THE TIME IN HER RESPONSES IF SHE DOES NOT THROW AWAY YOUR HNR IN THE FIRST PLACE

#10 - DOCUMENT WHAT DOCTORS ARE DENYING INMATES MEDICAL CARE... I HAVE BEEN TRYING FOR MONTHS TO FIND OUT WHO IS THE SPECIFIC DOCTORS THAT ARE DENYING ME WHATEVER BUT CORIZON REFUSES TO TELL ME THE DOCTORS NAMES SO I CAN FILE A FORMAL COMPLAINT WITH THE STATE LICSENING BOARDS AND AS ALWAYS ADC COS REFUSES TO RESPOND TO MY GRIEVANCE FORMS ABOUT THE ISSUE SOOO I CANNOT DO ANYTHING ABOUT THE MEDICAL NEGLECT THIS IS TYPICAL ADC COVERING UP AND DENYING INMATES ACCESS TO INFORMATION THEY NEED AND HELPING CONTRACTORS GET AWAY WITH WHATEVER

SOOO

DEMAND DOCUMENTATION OF WHAT DOCTORS ARE DENYING WHAT TO INMATES SO INMATES KNOW WHO TO FILE COMPLAINTS AGAINST

#11 - THE REGULAR GRIEVANCE PROCESS IS A SHAM THEY JUST SAY <u>NO</u> TO EVERYTHING <u>IF</u> THEY EVAN <u>RESPOND</u> IN THE <u>FIRST</u> <u>PLACE</u> - <u>MUCH</u>

OF THE TIME THEY - REFUSE TO GIVE INMATES FORMS - REFUSE TO RESPOND TO FORMS - AND <u>NOW</u> ADC REFUSES TO GIVE INMATES 2 PAGE COPY FORMS TO "PROVE" THAT AN INMATE SENT THE FORM IN THE FIRST PLACE SOOO

<u>DEMAND</u> AN <u>OUTSIDE</u> AGENCY BE THE LAST RESPONSE TO GRIEVANCE FORMS <u>ANY GRIEVANCE</u> FORMS... TO ALLOW SUPREEM ABUSER OF HUMANS ADC DIRECTOR RYAN TO HAVE <u>ANY</u> SAY OVER THE GRIEVANCE PROCESS IS <u>NOT</u> <u>LOGICAL</u> - HE LETS INMATES BURN AND STARVE TO DEATH - THERE IS NO WAY HE WILL <u>EVER</u> TAKE CARE OF <u>ANY</u> ISSUE AN INMATE HAS EXCEPT TO SAY <u>NO</u> TO WHATEVER IT IS - LOOK AT MY GRIEVANCES MOST ARE <u>NEVER</u>

COMPLETED BECAUSE CO3 <u>REFUSES</u> TO PROVIDE ME FORMS TO COMPLETE THE GRIEVANCE OR MAKES UP STUPID EXCUSES AS TO WHY I CANNOT GRIEVE THE ISSUE AND THE VE<u>RY</u> FEW GRIEVANCES THAT HAVE GONE TO COMPLETION <u>ALL</u> ARE <u>NO</u> AND LIES THAT I

HAD MEDICAL CARE I DID NOT HAVE

#12 - STOP ADC STAFF RETALIATION AGAINST INMATES FOR LAWSUIT - ADC HAS BEEN TEARING APART INMATES CELLS AND ENDLESSLY TICKETING AND THREATNING INMATES BECAUSE OF THIS LAWSUIT - AN HONEST COP TOLD ME ADC RYAN STATED INMATES <u>WILL PAY DEARLY</u> FOR THIS LAWSUIT... NOW ADC STAFF ARE GIVING MENTALLY ILL <u>NOT ALL THERE</u> IN THE HEAD INMATES TICKETS FOR HAVING A MESSY CELL SOME OF THESE GUYS DO NOT EVAN KNOW WHAT DAY OR YEAR IT IS MUCH LESS HOW TO KEEP THEIR CELL ORDERLY AND ADC STAFF IS GIVING THEM TICKETS - I HAVE BEEN AT ADC FOR 8 YEARS AND ADC HAS <u>NEVER</u> CARED ABOUT WHAT AN INMATES CELL LOOKED LIKE OR IF IT WAS CLEAN AND THE 20-30 YEAR HERE AT ADC GUYS SAY ADC HAS <u>NEVER</u> IN 20 or 30 YEARS EVER CARED IF AN INMATES CELL WAS MESSY <u>NOW</u> AS OF THIS MONTH ADC STAFF IS WRITING TICKETS FOR THE <u>SLIGHEST</u> INFRACTION - I WAS ADVISED FROM 6AM TO 10PM MY BED HAD TO BE MADE AND MY CELL SPOTLESS AND ORDERLY TO GIVE <u>NOT ALL THERE</u> INMATES TICKETS FOR THEIR CELL BEING MESSY IS BEYOND ABSURD - AND THREATENING INMATES WITH <u>NO</u> VISITS <u>NO</u> PHONE CALLS <u>NO</u> STORE IF THEIR CELL IS NOT ORDERLY AND SPOTLESS... SOOO PLEASE <u>STOP</u> THIS PETTY RETALIATION OF INMATES - IT IS BEYOND ABSURD TO PUNISH SOMEONE <u>NOT ALL THERE</u> IN THE HEAD FOR NOT KEEPING THEIR CELL ORDERLY

#13 - DEMAND HOT WATER MONITORS BE INSTALLED

WE DID NOT HAVE HOT WATER AT FLORENCE-CB6 FOR ABOUT 2 YEARS - COLD TO SLIGHTLY WARM AT MOST VERY SLIGHTLY WARM LIKE JUST ABOVE COLD - I ASK ADC DIRECTOR RYAN TO PUT HOT WATER TEMP RECORDER ON WATER HEATERS TO "PROVE" WE NEVER HAD HOT WATER BUT OF COURSE THE END GRIEVANCE FROM HIM WAS NO... AS ALL GRIEVANCES TO HIM ARE THIS HAPPENS AT ALOT OF YARDS NOT JUST THIS ONE THE SUPER NUT PLACE IN TUCSON ABOUT NEVER HAD HOT WATER WHEN I WAS THERE BUT MOST INMATES THERE WERE NOT THERE IN THE HEAD SOOO NOONE TO COMPLAIN FOR THEM

#14 - AS YOU HAVE SEEN ADC PRISON IS BEYOND DYSFUNCTIONAL STAFF THREATEN AND ABUSE MENTAL AND OTHER INMATES TILL THEY ARE FORCED TO KILL THEMSELFS - PUT A CAMERA IN AT THE PHX MENTAL PLACE - I WATCHED ALOT OF ABUSE THERE... THEY WOULD CHAIN THIS POOR GUY TO THE TABLE THE ENDLESSLY UPSET HIM THEN GASS THE HELL OUT OF HIM WHILE HE WAS CHAINED TO THE TABLE THEN NOT WASH HIM OFF AND STRAP HIM TO A GURNEY THEN LET HIM STAY STRAPPED TO THE GURNEY FOR HOURS WITHOUT LETTING HIM SHOWER... THEN DO IT ALL AGAIN THE NEXT DAY - STAFF TERRORIZED HIM TO DEATH LOOK UP A KID NAMED - FARMER - NICE KID ADC STAFF HARASSED AND TERRORIZED HIM INTO KILLING HIMSELF ADC STAFF GASSED ME TO DEATH WHEN THEY FORCED ME TO SLASH MY NECK THEN REFUSED TO ALLOW ME TO SHOWER FOR - ? - 3 DAYS OR SO TO WASH OFF THE CHEMICAL GAS - THAT IS A TYPICAL GAME OF ADC STAFF TO REFUSE TO ALLOW YOU TO SHOWER OFF THE CHEMICAL PEPER SPRAY GAS - THE NURSES AT THE HOSPITAL WERE BEGGING THE ADC STAFF TO ALLOW ME TO SHOWER OFF THE GASS FOR I WAS GASSING THE NURSES OUT BUT... TRUE TO FORM ADC STAFF REFUSED TO ALLOW ME TO SHOWER OFF THE CHEMICAL SPRAY THE ABUSE OF INMATES AT ADC IS UNCALLED FOR AT SMU-1 IT IS COMMON KNOWLEDGE TO ALL OF THE CONSTANT ABUSE OF INMATES BY STAFF - I KNOW FOR A FACT ABOUT SMU-1 STAFF ABUSING INMATES WEIRDO STAFF USE TO BEAT ME UP - SLAM ME INTO WALLS -

LEAVE ME IN THE 3X3 FOOT SHOWER STALL FOR 6 TO 8 HOURS ON SHOWER DAY — MY CRIME... WRITING GRIEVANCES ABOUT ROACHES CLIMBING ALL OVER ME 24-7-365 — I TOLD DW AT SMU-1 ABOUT WEIRD STAFF BEATING ME UP... HE SAID I DESERVED IT — THEY WOULD MAKE VIDEOS OF THEM CHAINING ME DOWN TO A GURNEY AND FORCE SHAVING ME THEY THOUGHT IT WAS REAL FUNNY TO BEAT AND TERRORIZE INMATES THEY PUT ME IN A CELL WITH A WATER LEAK AND LEFT ME IN THAT FLOODED CELL FOR 5 or 6 MONTHS BEFORE THEY FIXED THE LEAK — THE DW — CAAT — CHAPLIN ALL CAME BY TO SEE MY FLOODED CELL BUT NO ONE DEMANDED IT FIXED THEN 5 or 6 MONTHS LATER WHEN THEY DID FIX THE LEAK THE PLUMBER TURNED THE WATER PRESSURE DOWN TO WHERE THE WATER BARELY DRIBBLED OUT THE TAP — HE SAID THAT WAS FOR WRITING THE GRIEVANCE ABOUT THE CELL BEING FLOODED SOOO I HAD TO PUT A PEICE OF CLOTH OVER THE WATER TAP AND PUT THAT INTO A CUP SO THE WATER WOULD WET THE CLOTH AND DRIP INTO THE CUP IT WOULD TAKE 20 or 30 MINUTES TO GET ONE SMALL CUP OF WATER... ADC NEEDS ALOT MORE REFORM THAN YOU ARE DIRECTING BUT... NOOO ONE CARES... SOOO THEY CAN GET AWAY WITH... BEATING — STARVING — ANY — ABUSE THEY WANT TO... THE MEDICAL NEGLECT IS JUST A FRACTION OF THE HORROR ALLOWED HERE Kemp

KEMP-HORTON-202496
PO-BOX-8200-FLORENCE-AZ-85132