PARSONS V RYAN CV-12-00601-PHX-D&D

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
401 W. WASHINGTON ST
SUITE 130 SPC-1
PHX AZ 85003-2118

THOMAS P. DE STORIES
ADOC LEWIS-STINER 5D15
P.O. BOX 3100
BUCKEYE AZ 85326

1-23-15

FILED / RECEIVED / LODGED / COPY
FEB 06 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

ADDENDUM TO MY MEDICAL COMPLAINT LETTER OF 1-15-15
RE: Medical concerns over cancer and other illnesses caused by second hand smoke. Smoking in the buildings and the runs is illegal and continues unabated 7/24's. The guards, administration and security turn the other way when it comes to enforcing the no-smoking law inside the buildings and runs. See enclosed letters. (5 PAGES)

I am afraid of cancer and other illnesses caused by second hand smoke. I have been on the Stiner Red and Blue sides for almost four years and have never seen anyone or heard of anyone getting a ticket or rebuked due to smoking in the buildings or runs.

Enclosed are COPIES OF my written complaints on this health issue to: Chuck Ryan, Richard Pratt and Vanessa Headstream, ETC dated Dec. 10, 2014

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvP 5.4

# THE CAVANAGH LAW FIRM
A Professional Association

*[Handwritten at top: I THOMAS P. DE STORIES AM THE INMATE #256131 ATTY WOODS IS ADDRESSING IN THIS LETTER]*

Richard J. Woods
(602) 322-4055
Facsimile: (602) 322-4105

December 10, 2014

Email
Rwoods@cavanaghlaw.com
File No. 34388-23

Chuck Ryan
Director of Department of Corrections
1601 West Jefferson
Phoenix, Arizona 85007

Richard Pratt
Director of Health Services Department of Corrections
1601 West Jefferson
Phoenix, Arizona 85007

   Re:   **Inmate Smoking**

Dear All:

*[Circled: FD.15]* I have a friend and former client who is incarcerated at the Lewis Prison, Unit Stiner *[handwritten: SO15  256131]*

There are three inmates in each room, and six rooms in each building. Approximately 95% of all inmates smoke in the runs, though it is illegal. Living in the room is like being trapped in a smoky bar.

My former client is 78 years old. He is very concerned about the effects of secondhand smoke causing lung cancer and other illnesses. Chest x-rays show small nodules on his lungs.

My inquiry is simple: What can be done to cease smoking from the inmates. Thank you for your concern.

Very truly yours,

Richard J. Woods
For the Firm

RJW:jmc
cc:   Berkhoff, Lawrence & Scott

6455013_1

Viad Corporate Center • 1850 North Central Avenue, Suite 2400 • Phoenix, Arizona 85004
Telephone 602•322•4000 • Fax 602•322•4100 • Phoenix • Sun City

HEALTH CONCERNS: CANCER ETC
CAUSED BY SECOND HAND SMOKE.
SMOKING IS IGNORED IN THE BUILDINGS
AND THE RUNS BY GUARDS ET AL.

Arizona Dept of Corrections
Vanessa Headstream
Program Evaluation Administrator
Health Services Contract-
Monitoring Bureau
1601 W. Jefferson, Phx Az 85007

Thomas P. DeStories
256131
ADOC LEWIS
UNIT: STINER 5D15
PO BOX 3100
BUCKEYE ARIZ
85326

Dear Ms Headstream

You have recieved a letter from Attorney Mr Richard J. Woods whom I have been a client of and who is also a friend, concerning smoking in the runs.

The letter is dated Dec., 10, 2014 a copy of which is enclosed.

I am the inmate he is referring to. Thank you for your responce to the letter.

I have been an inmate in the A.D.O.C. Stiner Unit for close to four years, consistently, both on the Blue and Red sides.

I have never witnessed any direct efforts tickets etc, by the guards or anyone in administration or security to enforce the no smoking policy in effect inside the houseing units.

It continues to go on every day unabated. For example (CONT'D ON PG 2)

in my 5D run, there are approximately thirty inmates, twenty four of which are smokers and smoke all the time in the run. It is like being trapped in a smokey bar or coffin of smoke.

When a guard comes into the run inmates near the door sound the verbal alarm "one time"; smoking is stopped, the guard leaves and smoking is continued.

The guards meanwhile ignore the cigarette butts in full view, in the ashtrays besides. The guards don't have to see inmates smoking, the smell of it and the drug spice permeates the air. I have complained directly to DW's Scott and Karkhoff over the past months about this illegal activity in the buildings and in my run and they refused to discuss the issue. Today January 14, 2015 I walked up to DW's Scott and Karkhoff as they were discussing prison issues with inmates. I waited until the other inmates finished their discussions and asked DW Scott if I could speak to him and he said yes. I discreetly explained the smoking situation in my run. At that point DW's Scott and Karkhoff invited me to come into the bubble office co III. and discuss the issue.

I fully explained what is in this letter to them. I also told them that I am 74 yrs old and that I have had three heart attacks and that I am afraid of second hand smoke causing lung cancer and other illnesses.

Scott offered no sound concrete ways or means to stop this illegal smoking, other than to issue tickets to anyone caught smoking which is an extreme rarity.

What he did do was to try and scare and intimidate me by giving me a veiled threat, that repercussions, like serious bodily harm could come from inmates who are opposed to no smoking in the buildings or runs.

For the record I have A.D.O.C. chest X rays showing small nodules on my lungs.

I do not want to stop inmates from smoking; just stop its doing on in my building and run by whatever means necessary. Very truly yours.

Thomas P. De Stories
THOMAS P. DE STORIES

CC: WOODS, MECCA & DESTORIES

| BRIAN D. KARTH<br>District Court Executive / Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA<br>OFFICE OF THE CLERK | MICHAEL S. O'BRIEN<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**DEBRA D. LUCAS**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |
|---|---|---|



January 29, 2015

Thomas De Stories #256131
ASPC LEWIS/STEINER UNIT
PO BOX 3100
BUCKEYE, AZ 85326

RE: Document returned (no case found)

Your case is not found in the U.S. District Court for the District of Arizona. Please provide a complete U.S. District Court for the District of Arizona case number.

For the reason(s) specified above, the subject document is being returned to your attention.

*Enclosed case / #*
*or Returned 2-3-15*

                              Brian D. Karth
                              District Court Executive/Clerk of Court


                              s/ G. Arias
            By   Deputy Clerk