SEYMOUR ABDULLAH Unit #70677
Florence/South
P.O. Box 8400, 4B-6L
Florence, Az. 85132

CV-12-00601-PHX-DKD

January 29, 2015

To The U.S. District Court
U.S. District Court, District Court of Arizona
401 W. Washington Street, Ste. 130, Spc 1
Phoenix, Az. 85003-2118

FILED _____ LODGED
RECEIVED _____ COPY

FEB 0 6 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

RE: The Parson v. Ryan Settlement

Dear Judge ? :
   I write to you on behalf of Myself and other prisoners at this unit (but I'm sure it affects ALL prisoners in the system). Enclosed is a memo I'm sending to the attorneys who represent us. Before any final settlement/agreement is made on our behalf, this VERY SERIOUS issue should be addressed and ameliorated.
   I understand the 26th deadline has passed, but this just occurred. Cut us some slack, please. If this problem is NOT resolved, someone is going to end up DEAD!

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

Thank you for your time, attention and courtesy.

Sincerely

*Seymour J. Abdullah*

SEYMOUR J. ABDULLAH

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | |
|---|---|---|---|
| ABDULLAH, SEYMOUR J. | 406097 | Florence / South | 01·29·15 |

TO: Prison Law Office; ACLU OF AZ.; NAACP; Arizona Prison Watch

FROM: SEYMOUR J. ABDULLAH, et al.

Subject: Denial OF Medical care by anonymous people in Phoenix, and the Failure OF ADOC's monitors to monitor.

Date: January 29, 2015

There has been, and continue to be, a DANGEROUS practice by corizon's representatives in phoenix to NOT allow unit doctors (called "Health care providers" ("HCP")) to do their jobs. For E.G. Dr. Jeffrey Sharp, the HCP here, placed me on "Lantus" insulin (a vegetable insulin) which is a milder, slow Form OF insulin For prisoners like me; i.e. who are "border-line" diabetics whose pancrea still produce insulin.

Every 90 days SOMEONE in phoenix overrides Dr. Sharp's Order and put me on "NPH", a harsher form OF in-sulin, which damages my pancrea More. (I have, For self-preservation, refused to take the NPH). These Nameless people in phoenix do this based on "PROFIT" Only (NPH

| Signature | Date |
|---|---|
| SJA | 01·29·15 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | |
|---|---|---|---|
| ABDULLAH, SEYMOUR | 40697 | Florence/South | 01·29·15 |

is cheaper than Lantus). Keep in mind that these heartless souls NEVER talked to me; NEVER examined me; and NEVER consulted with Dr. Sharp.

This is an EXTREIMELY DANGEROUS practice that DOES causes injury to us ALL. And most of the time it's done by persons who are not even doctors!! (Hell, they won't even give us the names of whose making those decisions. According to the doctor and nurses here, those people in phoenix won't even give them the names. Hiding behind anonymity is NEVER a good sign!!).

Surely you can do SOMETHING about this!! (potentially) lethal pratice. Notify the judge, the medical board, or SOMETHING!! Proper and adequate medical care should NOT be based on the "MONEYLINE"!!, but, rather, the doctor's line. It should be based on a doctor's ORDERS (not a "recommdation") - and not SOMEONE in phoenix who never examined or even talked to us.

Please do SOMETHIN! Rights, wrong or inbetween!! Or can we, the defendants, write to the judge?? SOMETHING MUST BE DONE!!

I am suffering, and in DANGER of suffering IRREPARABLE HARM. (I don't want to continue to go thru this every 90 days. The doctor here, Dr. Sharp, has said I should be on Lantus. That should be the end of it!). This unethical practice is going to get someone killed. And I don't want it to be me.

cc: CORIZON      Arizona Medical Board
Dir. Charles Ryan

| Signature | Date |
|---|---|
| Seymour J. Abdullah | January 29, 2015 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File