1    Daniel Pochoda (Bar No. 021979)
     James Duff Lyall (Bar No. 330045)*
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen
     Swartz, Sonia Rodriguez, Christina Verduzco,*
7    *Jackie Thomas, Jeremy Smith, Robert Gamez,*
     *Maryanne Chisholm, Desiree Licci, Joseph*
8    *Hefner, Joshua Polson, and Charlotte Wells, on*
     *behalf of themselves and all others similarly*
9    *situated*

     **[ADDITIONAL COUNSEL LISTED ON**
10   **SIGNATURE PAGE]**

11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF ARIZONA

14   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
15   Verduzco; Jackie Thomas; Jeremy Smith; Robert        **NOTICE OF WITHDRAWAL**
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **OF COUNSEL**
16   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly
17   situated; and Arizona Center for Disability Law,

18                     Plaintiffs,
              v.
19
     Charles Ryan, Director, Arizona Department of
20   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
21   Department of Corrections, in their official
     capacities,
22
                      Defendants.

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that Matthew B. du Mée hereby withdraws as one of the

2    counsel of record for Prisoner Plaintiffs.  Effective tomorrow, Mr. du Mée will no longer

3    be an attorney with the firm of Perkins Coie LLP.  Prisoner Plaintiffs respectfully request

4    that the Court continue to serve all correspondence, pleadings, and other documents and

5    papers on the remaining attorneys of record.

6    Dated:  February 6, 2015                    **PERKINS COIE LLP**

7

8                                    By:   s/ Daniel C. Barr
                                         Daniel C. Barr (Bar No. 010149)
                                         Amelia M. Gerlicher (Bar No. 023966)
9                                        Kirstin T. Eidenbach (Bar No. 027341)
                                         John H. Gray (Bar No. 028107)
10                                       Jerica L. Peters (Bar No. 027356)
                                         **PERKINS COIE LLP**
11                                       2901 N. Central Avenue, Suite 2000
                                         Phoenix, Arizona 85012
12                                       Telephone:  (602) 351-8000
                                         Email:    dbarr@perkinscoie.com
13                                                 agerlicher@perkinscoie.com
                                                   keidenbach@perkinscoie.com
14                                                 jhgray@perkinscoie.com
                                                   jpeters@perkinscoie.com
15
                                         Daniel Pochoda (Bar No. 021979)
16                                       James Duff Lyall (Bar No. 330045)*
                                         **ACLU FOUNDATION OF**
17                                       **ARIZONA**
                                         3707 North 7th Street, Suite 235
18                                       Phoenix, Arizona 85013
                                         Telephone:  (602) 650-1854
19                                       Email:    dpochoda@acluaz.org
                                                   jlyall@acluaz.org
20
                                         *Admitted pursuant to Ariz. Sup. Ct.
21                                       R. 38(f)

22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
            aamiri@jonesday.com
            daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
              tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on February 6, 2015, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

10

11

12

13

14

15

16

17

18

*Attorneys for Defendants*

19

Sarah Kader
Asim Varma
Brenna Durkin
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

20

21

22

23

24

25

*Attorneys for Plaintiff Arizona Center for Disability Law*

26

s/ D. Freouf

27

28