Clerk of the Court
United States District Court,
District of Arizona
401 N. Jefferson St. Suite 130, Spc 1
Phx, Az. 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 09 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

January 20th, 2015

re: Parsons v. Ryan CV 12-00601-Phx-DKD.

To: Whom It May Concern;

My name is Robert Navarro, and I'm writing this letter about the Medical issues here at Lewis Complex. The issues aren't getting any better only worse. I will give you facts and issues that I have witnessed with my own eyes.

For instance medical is "supposed" to pass out am. and pm. "watch swallow," meds. However the Pm. meds are to be issued at 4:00 pm and they are issuing meds at or between 10:00 pm and 2 am. My Celly R. Valenzuela #252944 takes psyc's meds that are to assist in his sleeping, But they have continuely provided him these meds at 2 am for over a month now! I've even talked to medical about waking us up at 2 am and

①

was told this is Corizons policy! if this is the case they are violating a Federal Mandate that Prisoners will be afforded 8 hrs of interupted sleep!

Being that it is my Celly's medical issue, i had him send in a Health Needs request to see enclosed response from Medical staff, + as you clearly see, they take issues in Noncholant manners and basically disregard issues as of a unimportant matter!

As for me, i tore a tendon in my hand a few years back, in which they Declared 3 times i broke my hand, then after the fourth time they Changed it to i never had a break! i went thru the entire grievance process and still never received any medical treatment! i now have a protruding tendon in the palm of my hand! Last year i broke a finger in which they "Never" x-rayed it and i was given a single piece of tape and told id be on a follow-up with a Doctor, since i was never seen by a Doctor in the first place! after having to request and Charged again to be seen for this the Doctor then stated they x-rayed it and i refused to be seen!

that is all in correct and i requested the Doctor to produce the x-ray and show me my signature on a refuse for treatment form, in which they couldn't produce and i was denied further treatment!

Most recently, i asked about my inhaler for my asthma and, now im being told to do a breathing test to prove my asthma! ive had it since i was 16 yrs old and the entire 12's yrs, i was incarcerated for i had my inhalers and breathing treatments. But now im being denied my inhalers and told that i do not have asthma!

To follow up on that, ive always been listed as Chronic Medical due to asthma and in accordance with state law and Medical Care Cost, Chronic Medical Care lists asthma as a Non chargable issue and for Chronic Care we are to be seen every 6 months. But in the 8 yrs, i have been back in prison, ive been seen roughly 4-6 times for my asthma! This is pure negligence of inmate health care!

ive witnessed inmates falling out in the past few months in my "Pod" in which it has taken medical 45 minutes and more to respond! one inmates gall blader erupted and layed on the floor as officers who aren't medical personel tryed to help him! another inmate went into siezures and they couldn't even contact Medical, the shift Sgt. had to advise MainControl that if they didn't answer the phone, for them to call 911! whats the purpose of a Medical unit if they aren't there to do their job or take close to a hour to respond when they are only 5 minutes away?

(3)

i do not see this settlement as being fair for the purpose that Medical/treatment is still being neglected, there has been nobody touring, talking to prisoners or reviewing documents!

its bad enough that D.O.C. Neglects to answer any inmate letters, grievances or appeals, so the third part of the settlement is really Null and void as for its purpose! Besides D.O.C. only gets a Notification when a tour is to take place and thus prepair for it by putting up a front of everything is ok during the tour, then its back to neglect as soon as they leave.

how many lives are we going to lose before this issue is really corrected! i am doing a Life sentence and i like most inmates who Don't put in for medical, cuz you get no treatment so whats the purpose? i fear i will end up dying of something simple because of Neglect and the worst part is i actually innocent and i in the courts to prove this, But will i live to prove it???

i respectfully request that this settlement be denied as its not in the best interest of Human life, forget that we are prisoners, Because we are human first! there needs to be a complete overhaul of this Corrupt and Negligent Medical system and a on-site Non-D.O.C./Corizon oversite personel! that will be the only way to ensure

they aren't neglecting human lives! We might as well be isis captives and fearing the Day we will be beheaded with this current Medical treatment!

So, I beg and plead with you your Honor, for justice to prevail and human nature take its course to save and value human life! Thank you for your time and assistance in this awful treatment and issues!

Sincerely a man that wants to live to prove his innocence,

Robert Navarro

* ATTACHED ① HNR FROM VALENZUELA *

(5)

PARSON V. RYAN
CV12-00601-PHx-DKD.

This letter was wrongly returned, as the case is clearly listed in the first page, as was ordered by the "Notice to all DoC Prisoners about the Settlement in the Parsons V. Ryan" Bulletin that was posted for inmates in D.O.C.!

I also had this in by the deadline of 1-26-15, But Being that Court Clerk A. Corona, returned it with a request of fee incorrectly, shouldn't Bar this Letter and information into record, as the fault lyes on the Court and Not the Sender! I met all required deadlines and followed all instructions given to write the Court!

So, I respectfully request that this be entered in to the Courts! I was provided this returned letter on 2-3-15 and am returning it on 2-4-15! So there will be No Delay on my part!

Thank you for your time!

Respectfully,
Robert Navarro

\* Read Before Attempting to Return Again! I Followed All instructions to send my letter to the Courts in the Parsons v. Ryan Case, And now the Deadline was violated By Court Clerk A. Corona, By Returning my letter with A Request for Fee! Violations of Deadline has nothing to Do with me! \*

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| VALENZUELA, ROSENDO C | 252944 | 11.16.14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2B13 | Buckley | 3400 | LEWIS |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) [X] Medical/Médica [ ] Dental [ ] FHA
[X] Pharmacy/Farmacia [X] Mental Health/Salud Mental [ ] Eyes/Ojos [X] Other (specify)/Otros: RX's too

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Yes the reson that I'm writting is because I'm suppost 2 get my med @ 5pm not @ 2AM I'm not abl 2 sleep right with out my meds. If this keeps happing I'll write 2 ACLU Dan pochada 2 get this resolve.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION** Concerns have been noted and will be investigated according to Corizon policy and procedures

E. Johnson, NA
Staff Signature Stamp/Firma del empleado | Date/Fecha 11/24/14 | Time/Hora 1059

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

PARSONS V. RYAN CV12-00601-PHX-DKD

\* Wrongly Returned And Should Still Be Read into Record As I met the 1-26-15 Deadline But Court Clerks Unjustly Returned \*

MR. ROBERT NAVARRO 106984
ASPC LEWIS BUCKLEY
PO BOX 3400
BUCKEYE AZ 85326

# CLERK OF THE COURT
# SUPERIOR COURT OF ARIZONA

**MARICOPA COUNTY**

Michael K. Jeanes
Clerk

(602) 506-3676
Fax - (602) 506-7684
TDD – (602) 506-3211

To:  Robert Navarro #106984
ASPC Lewis Buckley
PO Box 3400
Buckeye, AZ. 85326

**THE ATTACHED DOCUMENTS ARE BEING RETURNED TO YOU FOR THE FOLLOWING REASON (S):**

| | |
|---|---|
| ☐ | Cover sheet is missing. |
| ☐ | To request forms, please see attached document. |
| ☒ | Filing fee of $319.00 must be paid prior to filing. Please visit our website (www.clerkofcourt.maricopa.gov) for our acceptable forms of payment. |
| ☐ | The office is unable to accept forms of payment dated over 21 days old. |
| ☐ | If you cannot afford the fee, enclosed is an application for a Deferral/Waiver. |
| ☐ | Pursuant to the Clerk's Office Procedure, any money presented for a bond must be certified funds; e.g. cash, a local attorney's trust account check, or wire transfer. *Money orders and operating account check are not acceptable.* |
| ☐ | $27.00 handling fee is missing. |
| ☐ | Pursuant to Rule 5(G) or 10 of the Arizona Rules of Civil Procedure, your document cannot be filed (See attached). |
| ☐ | Pursuant to Rule 2.15, 2.15 A, 2.17, 2.18, or 3.2(i), of the Local Rules of Practice of Superior Court, your document cannot be filed (see attached). |
| ☐ | The case captions are incorrect. |
| ☐ | Required copies are missing. Please provide ____ sets of copies. |
| ☐ | If you would like your conformed copies returned to you, please include a self-addressed, stamped envelope. |
| ☐ | Proposed orders that go along with this filing are missing. |
| ☐ | Documents are not signed and/or notarized. |
| ☐ | Affidavit setting forth last known address for both the judgment creditor and the judgment debtor is missing (A.R.S. 12-1703). |
| ☐ | Authenticated copy of the judgment from the foreign jurisdiction is missing (A.R.S. 12-1702). |
| ☐ | Fee for certified copies is $27 plus $.50 per page. |
| ☒ | Other: Please visit our website www.clerkofcourt.maricopa.gov for the legal forms needed to initate a new Civil case with Superior Court. |

**SPECIALIZED FILING INFORMATION:**

**Family Court**

| | |
|---|---|
| ☐ | Please provide two self-addressed stamped envelopes pursuant to Rule 3.2(I). |
| ☐ | Notice to Creditors is missing. |
| ☐ | Parent Information Program Order and Notice is missing. |

**Civil**

| | |
|---|---|
| ☐ | Certificate of Compulsory Arbitration is missing. |
| ☐ | Subpoena format does not meet requirements of Arizona Rules of Civil Procedure. |
| ☐ | Certified/Original Notice of Deposition from the Foreign Jurisdiction is missing. |
| ☐ | Certified/Original, Commission or letters from the Foreign Jurisdiction are missing. |

**Probate**

| | |
|---|---|
| ☐ | Acceptance of Appointment needs to be provided before letters can be issued. |
| ☐ | 120 hours must pass after death (ARS 14-3307). |
| ☐ | Improper Attestation Clause (ARS 14-2504). |
| ☐ | Affidavit of Proposed Appointee needs to be provided before a case number can be assigned (ARS 14-3108). |
| ☐ | Application time limits are not correct (ARS 14-3301-B.1F). |
| ☐ | Other: |

Date: 1-29-15            Deputy Clerk: A. Corona  1/29/15

*Visit us at our website: www.maricopa.gov/clkcourt*

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate _Mr. Robert Navarro_
ADC # _#106984_
Arizona State Prison Complex _Lewis_
Unit _Buckley_
_PO Box 3400_
City _Buckeye_ AZ _85326_
(For International Use Only)

RECEIVED
FEB 09 2015
CLERK OF THE COURT
U S STATES DISTRICT COURT
DISTRICT OF ARIZONA

Legal Mail ✱

sent 2-4-15

PHOENIX AZ 852
06 FEB '15
PM 4 L

U.S. POSTAGE >> PITNEY BOWES
$ 000.69⁰
ZIP 85326
02 1W
0001395104 FEB 05 2015

Clerk of the Court
United States District Court
District of Az. #130, SPC.1
401 W. Washington Str.
Phoenix, Az. 85003-2118