1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF ARIZONA
8
| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Assistant Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **[PROPOSED] ORDER GRANTING PRISONER PLAINTIFFS' MOTION TO APPROVE STIPULATION [DOC. 1185] AND ENTER ORDER FILED AT DOC. 1185-2** |

The Court, having reviewed Prisoner Plaintiffs' Motion to Approve Stipulation [Doc. 1185] and Enter Order Filed at Doc. 1185-2, the comments received pursuant to the Notice, and the parties' Briefs, and for good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the proposed Order filed at Doc. 1185-2 shall be entered by the Court.