1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco,*
7  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
8  *Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly*
9  *situated*

10 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Assistant Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**DECLARATION OF DONALD SPECTER IN SUPPORT OF PRISONER PLAINTIFFS' BRIEF IN SUPPORT OF THE PARTIES' STIPULATION [DOC. 1185] PURSUANT TO THE COURT'S ORDER [DOC. 1205]** |

I, Donald Specter, declare

1. I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*. I am the Executive Director of the Prison Law Office, an attorney of record to the plaintiff class, and co-lead counsel for Plaintiffs in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge. I offer this declaration in support of Prisoner Plaintiffs' Brief in Support of the Parties' Stipulation [Doc. 1185] Pursuant to the Court's Order [Doc. 1205].

2. My co-lead counsel, David Fathi, Director of the ACLU National Prison Project, and I started informal discussions with counsel for Defendants about the possibility of settling this case in mid-July 2014. The parties spent more than eight weeks from August through mid-October 2014 negotiating the terms of a settlement. Mr. Fathi and I led the negotiations on behalf of the plaintiff class. The negotiations were often contentious, and the parties were painstaking in identifying performance measures by which compliance would be evaluated. Mr. Fathi and I consulted with our subject matter experts and other correctional health care experts to get an assessment of the type of outcome measures that were needed for health care and conditions in isolation units.

3. I have been an attorney at the Prison Law Office since 1979, and became the Executive Director in 1984. I have litigated numerous large-scale prisoner and parolee class actions for more than 35 years. [*See* Doc. 1207 ¶ 2] In several cases, they were taken to trial. Based on my experience trying these cases, I believe that the relief we obtained for the class and subclass members in the *Parsons* Stipulation is more specific and comprehensive than if we had gone to trial and had prevailed on all counts. Furthermore, I believe that the relief that we obtained will much more quickly benefit the prisoners than if we had gone to trial, prevailed, waited for the Court to issue an order declaring the health care and conditions of confinement unconstitutional, and then waited to see if Defendants obtained a stay in order to appeal, or created a plan to come into compliance with a court order.

78204-0001/LEGAL125013865.1

1  4. I believe that the Stipulation is fair, reasonable, and adequate, and that the parties reached the Stipulation after arms' length negotiations.

5. I have spoken with Mr. Fathi about the settlement, and he agrees with the opinions set forth in paragraphs 3 and 4 above.

6. In our role as Counsel for Plaintiffs, the Prison Law Office receives a great deal of mail from ADC prisoners regarding their experiences with the health care system, and the conditions in the prisons. We receive anywhere from 5 to 25 letters from Arizona prisoners on a given day.

7. After we filed the case, we started writing Defendants' counsel Daniel Struck when our office was notified of prisoners reporting urgent health care needs. Based upon our records, we have sent such notifications at least 120 times, and have received some sort of written acknowledgement from Counsel for Defendants or Corizon approximately 40 times. Sometimes we have had to write multiple times regarding the same individual. My office plans to continue the practice of sending an advocacy letter on behalf of prisoners when they or third parties notify us that they are dangerously at risk of serious injury or death.

8. The attorneys for the plaintiff class plan to closely monitor ADC's compliance with the Stipulation, through tours, prisoner and staff interviews, document review, and correspondence with prisoners. Based on my experience during discovery and expert tours in this case, and in monitoring settlements with other prison systems, it is not possible to hide violations and inadequacies that are systemic and long-standing.

9. Attached as Exhibit 1 is a true and correct copy of the Stipulation for Injunctive Relief from *Plata v. Davis*, No. C-01-1351-TEH (N.D. Cal. June 13, 2002).

10. Attached as Exhibit 2 are true and correct copies of media coverage of the findings of Plaintiffs' experts.

11. Attached as Exhibit 3 are true and correct copies of media coverage regarding the settlement of this case.

1  I declare under the penalty of perjury that the foregoing is true and correct.

2  Executed the 11th day of February, 2015, in Berkeley, California.

*/s/ Donald Specter*
Donald Specter

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:  dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:  dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 keidenbach@perkinscoie.com
 jhgray@perkinscoie.com
 jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  dpochoda@acluaz.org
 jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
            aamiri@jonesday.com
            daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
Brenna Durkin
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf