THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CIVLR 5.4
(Rule Number/Section)

James D. Jarrell - 066219
Arizona State Prison - E
Cook Unit   4-C-35
P.O. Box 3200
Florence, AZ 85132-3200
A purported member of
a class of Arizona inmates
in the instant matter.

In Re the Matter of
Victor PARSONS, et al.,
    Plaintiffs

vs.

Charles RYAN, et al.,
    Defendants.

CASE NO: CV12-00601 PHX-DKD

NOTICE OF WITHDRAWAL FROM CLASS

Assigned to the Honorable Magistrate David K. Duncan

NOTICE IS HEREBY GIVEN, AND DEMAND MADE that I, JAMES D. JARRELL-066219, a purported member of the Plaintiff class in the instant matter known as Parsons, et al., v. Ryan, et al. be withdrawn as a member of the class so identified; this is my formal demand for such withdrawal, and disavowal of such status.

Respectfully submitted this 9th day of February, 2015.

James D. Jarrell
JAMES D. JARRELL-066219

1

<u>CERTIFICATE OF SERVICE</u>

I, James D. Jarrell-066219, hereby certify, under penalty of perjury, that on the date set forth below, I filed the <u>ORIGINAL</u> of the foregoing Notice of Withdrawal From Class with the Clerk of the U.S. District Court of Arizona, Division One, by mailing it by first-class mail, postage prepaid, to the address set forth below:

    Clerk of the Court
    U.S. District Court, Division 1
    401 W. Washington St., Ste. 130
    Phoenix, AZ 85003

I likewise certify that <u>COPIES</u> of the same were filed with the below persons in like manner and on the same date, to:

① Arizona Attorney General    ② ACLU Foundation of Arizona
   1275 W. Washington St        3707 N. 7th St., Suite 235
   Phoenix, AZ 85007           Phoenix, AZ 85013

③ AZ Center for Disability Law
   5025 E. Washington St., Suite 202
   Phoenix, AZ 85034

Done this the 9th day of February, 2015

                                          *James D. Jarrell*
                                          James D. Jarrell-066219

<u>1</u>