THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR [LOCAL RULES AND PRACTICES] AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ber order 14-17
(Rule Number/Section)

Joseph Hefner #203653
A.S.P.C. Lewis/Bachman Unit
P.O. Box 3500
Buckeye, AZ. 85326

FILED ___ LODGED
RECEIVED ___ COPY
FEB 13 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Joseph Hefner
  vs.
Ryan et. al.

Motion for Request for Production of Documents

CV-12-00601-PHX-DKD

I am writing to this Honorable Court in furtherance of my own case. I have on numerous occasions requested documents from attornies involved in class action against Arizona Department of Corrections.

I am an original plaintiff of Parsons vs. Ryan et. al. I am requesting of this court any and all documents pertaining to myself from Parsons vs. Ryan et. al. Case #2:12-cv-00601-NVW.

I have request all documents and anything written by specialist such as Dr. Cohen's findings after visiting complexes.

I am requesting this to help forward my own case as I am still not recieving proper medical care.

Respectfully,
Joseph Hefner
Joseph Hefner

02-09-15
Case # 2:12-cv-00601-NVW