PARSONS V. RYAN

CV-12-00601-PHX-DKD

ATTENTION! URGENT!!

FILED ____ LODGED
RECEIVED ____ COPY
FEB 13 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

TO WHOM IT MAY CONCERN,

HELLO. MY NAME IS ALBERTO W. DE LEON. I AM A 64 YEAR OLD DISABLED HISPANIC MALE. I AM AN INMATE AT THE ARIZONA DEPT. OF CORRECTIONS, AT EYMAN-BROWNING UNIT. I AM SEEKING HELP, AND/OR ADVICE FROM ANYONE WILLING TO GIVE IT AT YOUR OFFICES (REFERAL).

HERE IS MY PROBLEM. I AM BEING DENIED PROPER MEDICAL TREATMENT, (MEDICAL INDIFFERENCE). THE TREATMENT THAT HAS BEEN ORDERED BY DR. HAS NOT BEEN FOLLOWED BY SECURITY OFFICERS. MY CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED IN THE FOLLOWING INSTANCES, (A.D.A. AS WELL). I HAVE FALLEN ALREADY AND BROKE MY TWO FRONT TEETH DUE TO NO HANDICAP SHOWER, AND THE HANDICAP SHOWER CHAIR HAD ONE OUT OF FOUR WHEELS MISSING. THIS HAPPENED AT A.D.O.C. ALHAMBRA INTAKE. I SUBMITTED AN H&R FORM FOR MEDICAL TREATMENT ON 11/17/14 BUT TO NO AVAIL. SOON AS I SAW THE DOCTOR AND DENTIST, THEY MYSTERIOUSLY MOVED ME TO MAX CUSTODY AT BROWNING UNIT (SPECIAL MANAGEMENT UNIT) IN FLORENCE AZ. MY CUSTODY LEVEL DOES NOT REFLECT MY SECURITY CLASSIFICATION. (I SHOULD NOT BE HOUSED HERE AT THIS UNIT).

THE MOST PRESSING ISSUE IS THE FACT I HAD NOT HAD ACCESS TO A HANDICAP SHOWER TO BATHE IN FOR 47 DAYS, FOR THE SOLE REASON THERE IS NO WHEELCHAIR RAMP OR HANDICAP SHOWER OR HANDICAP CELL IN THE CELL POD THAT I AM HOUSED IN AT BROWNING UNIT, AND I AM PARTIALLY PARALYZED AND CONFINED TO A WHEELCHAIR. ON 2/2/15 I FILED A GRIEVENCE, ON 2/3/15 I WAS ESCORTED TO #A-POD HERE AT BROWNING UNIT TO TAKE A SHOWER IN AN A.D.A SHOWER WITH A WHEELCHAIR RAMP. PLEASE NOTICE GRIEVANCE. AS I MENTIONED BEFORE. I AM PARTIALLY PARALYZED. TO DATE NOTHING HAS HAPPENED TO RESOLVE THE ISSUE OF MY HOUSING IN ANYWAY. ON 2/8/15 I SLIPPED WHILE ATTEMPTING TO GET INTO MY WHEELCHAIR FROM THE TOILET BECAUSE THERE ARE NO HANDRAILS BESIDE THE TOILET OR SINK. I WAS TAKEN TO INFIRMARY, GIVEN ICE PACKS AND TYLENOL 3'S FOR INJURIES TO NECK AND LOWER BACK. I WAS SUPPOSED TO HAVE X RAYS ON 2/9/15 TO NO AVAIL. I AM STILL HOUSED IN A REGULAR CELL WITHOUT HANDRAILS. OFFICERS HAVE WRITTEN INCIDENT REPORTS ABOUT THIS. I HAVE BROUGHT MY ISSUES TO COII'S A CO-III AND A CO-IV TO NO AVAIL. MY MEDICAL FILE IS COMPLETE AND BACKS UP EVERYTHING I HAVE SO FAR WRITTEN ABOUT. (ALL OF THIS IS DOCUMENTED AND I RETAIN COPIES). (S.S.I. WILL VERIFY MY DISABILITY AND SPECIAL NEEDS AND HOUSING). PLEASE ALLOW

To reiterate myself, (it took security 47 days to take me me next door, in the same unit to use a handicap shower to bathe in.

There is alot more that is going on that is violating my civil rights. I need help. I hope and pray that you will look into my issues, and investigate the situation. I don't know what else to do. I have done everything available to me to remedy these issues to no aval. PLEASE HELP ME!

Thank You In Advance!

Sincerely

Alberto W. De Leon

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

**Received By:** _____
**Title:** _____
**Badge Number:** _____
**Date:** _____

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

**Inmate Name (Last, First M.I.):** DE LEON ALBERT W.
**ADC Number:** 032814
**Date:** 2/2/15
**Institution/Facility:** EYMAN-BROWNING UNIT 1-C-3
**Case Number:** _____
**To:** ~~[redacted]~~ GRIEVANCE COORDINATOR

### Description of Grievance (To be completed by the inmate)

I AM DISABLED AND CONFINED TO A WHEELCHAIR. INSPITE OF SEVERAL DOCTORS SPECIAL NEEDS ORDERS FOR ME TO HAVE AN ADA CELL AND SHOWER, WHY I AM HOUSED IN A UNIT THAT HOUSES INMATE FOR DISCIPLINE AND SANCTIONED PURPOSES I DON'T KNOW. ALL I KNOW IS THAT I AM HOUSED IN A CELL BLOCK THAT DOES NOT HAVE AN ADA CELL OR SHOWER WITH WHEEL CHAIR RAMP MISSING. DESPITE OF MY REQUESTS FOR A SHOWER THEY'RE DENIED. I HAVE BEEN WITHOUT A SHOWER SINCE 12/19/14. INSPITE OF MY COMPLAINTS TO THE DOCTOR, NUMEROUS D.O.'S, SGTS, COIII, AND A COIV FOR MY NEED FOR A SHOWER OR TO MOVE ME TO A FACILITY THAT IS IN COMPLIANCE MY REQUESTS ARE IGNORED. WHEN ASKED TO SHOWER BY D.O's I SAY YES AND THEY WRITE THAT I REFUSED A SHOWER. INCIDENT REPORTS OF MY NEEDS HAVE BEEN SUBMITTED BY SOME OFFICERS.

I ALSO HAVE A SERIOUS NEED FOR HEP C. MEDICATION. I DON'T UNDERSTAND HOW IT IS POSSIBLE FOR OTHER INMATES HERE TO HAVE ADA CELLS, SHOWERS AND HEP C. MEDICATION, YET IT IS IMPOSSIBLE FOR ME TO GET MY NEEDS. ON 12/29/14 THE DOCTORS RESPONSE TO ME WAS THAT ALL HEP C. TREATMENT HAS BEEN PUT ON HOLD, WHICH IS NOT CORRECT. I HAVE IT DOCUMENTED ON AN HER FORM.

THIS IS A SERIOUS HEALTH ISSUE. THE NEGLIGENCE AND INDIFFERENCE BY MEDICAL AND STAFF IS A DIRECT VIOLATION OF THE ADA ACT. SEE PARSON V. RYAN.

### Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

COME INTO ADA COMPLIANCE, OR MOVE ME TO A UNIT THAT IS, IMMEDIATELY.

**Inmate's Signature:** Albert W. De Leon
**Date:** 2/2/15
**Grievance Coordinator's Signature:** _____
**Date:** _____

**Action taken by** _____ **Documentation of Resolution or Attempts at Resolution.**

**Staff Member's Signature:** _____
**Badge Number:** _____
**Date:** _____

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

INMATE MAIL – ARIZONA DEPARTMENT OF CORRECTIONS
INMATE ALBERTO W. DE LEON
ADC# 032811
ARIZONA STATE PRISON COMPLEX FLORENCE-EYMAN
UNIT BROWNING 1-C-3
CITY FLORENCE    AZ 85132

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

LEGA MAIL

PHOENIX AZ 850
11 FEB 2015 PM 2 L

FEB 18 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA
401 W. WASHINGTON ST. SUITE 130, SPC 1
PHOENIX, AZ. 85003-2118