FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 13 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To whom it may concern,

I am writing to you at this time to show you what I have asertained from A.D.O.C. Medical. Enclosed is a letter I had written to my attornies that are involved with the class action suit against A.D.O.C. Also enclosed are copies of Health Needs Requests (HNR's) that I have submitted with no responces at all. Also I have enclosed a copy of a report from Tempe St. Luke's Hospital. This report shows the negligent conduct of A.D.O.C. Medical as to pertaining to medical care. Since the attack on my person in March, 2011 I have continuosly asked for medical care due to the injuries I sustained to my LEFT shoulder. All of my HNR's, informal grievances, formal grievance and inmate letters ALL refer to my LEFT shoulder. The HNR's show no responce to issue's with my LEFT shoulder, my eyes, and my cronic medications. On several occasions instead of seeing an N.P., doctor or eye specialist A.D.O.C. medical would just look at my medical file and prescribe medication. Without even seeing me the patient.

A.D.O.C. Medical now see's inmates at Complex Medical on weekly call-outs. Alot of these inmates have told me that they didn't

know what they were call over for only to find out that these were for old HNR's put in months ago.

There is supposed to be monthly visits for mental health which doesn't happen. I can attest to this first hand as I saw the psychiatrist several months ago who prescribed medication. I have not seen him since.

Another issue is A.D.O.C. medical does is at any Nurse's line or Doctor's line they will only see the inmate for ONE medical issue. Like in my case I have multiple issues I cannot raise them because A.D.O.C. medical picks what they will see you for. There were times a year or so ago when medical called me over and I did not know why only to find out it was because my attorny had called. That was the only reason I was seen. Since the 9th Circuit approved unanimously for the class action to go forward my medical has been non existant.

As to the MRI of my right shoulder. I had rotator cuff sergery years ago. According to the report there should be a follow-up. This was written in March, 2014. Nothing has gone forward.

I am an original plaintiff in Parsons vs. Ryan et.al. and I feel the negligence and

MISCLARIFICATION OF MY MEDICAL ISSUE'S IS A DIRECT RESULT IN REFUSING ME PROPER MEDICAL CARE OF THE ISSUE'S I HAVE PUT FORTH IN HNR'S, INFORMAL GRIEVANCE, FORMAL GRIEVANCE AND INMATE LETTERS. THIS IS AN ONGOING MEDICAL SITUATION THAT WILL NOT CORRECT ITSELF. A.D.O.C. COULD NOT FIX THE ISSUE'S. WEXFORD COULD NOT FIX THE ISSUE'S. AND CORRIZON CANNOT FIX THE ISSUE'S. IT SEEMS THE ONLY WAY IS TO LITIGATE AGAINST A.D.O.C., WEXFORD AND CORRIZON TO GET THEM TO DO PROPER MEDICAL CARE.

RESPECTFULLY,
Joseph Hefner
JOSEPH HEFNER

02-09-15
2:12-CV-00601-DKD

Tempe St. Luke's Hospital
1500 S. Mill Avenue
Tempe, AZ 85281

```
PATIENT NAME              HEFNER, JOSEPH
MEDICAL REC #             05422528
ACCOUNT #                 B1408000025
ADMISSION DATE            03/21/14
ADMITTING PHYSICIAN       ENDE, LAWRENCE NP
PRIMARY CARE PHYSICIAN    PCP, ADOC
PATIENT LOCATION          PAB
DATE OF BIRTH                    1965

  Chk-in #    Order      Chk-In Dt/Tm
  1652608     0001       03/21/14 0857
  Exam: 06763  MRI UPPER EXTR JOINT WO CONTRAST*L
  Ord Diag: 840.4-SPRAIN ROTATOR CUFF
```

March 21 2014

HISTORY: SHOULDER PAIN

MRI of the right shoulder joint is obtained utilizing multiple pulse sequences in axial, coronal planes without contrast administration. No prior examination is available for comparison.

The images demonstrate severe osteoarthrosis of the acromioclavicular joint with bony remodeling and indentation of the musculotendinous junction of the supraspinatus tendon. There is tendinosis of the supra and infraspinatus tendon. Mild tendinosis of the subscapularis tendon. The bicep tendon is well-seated in the bicipital groove. Evaluation of the labrum demonstrate normal morphology and signal pattern. There is no evidence of muscle atrophy.

Evaluation of the bony marrow demonstrate diffuse edema involving the acromioclavicle joint and up to the midshaft of the clavicle. There is linear hypointensities within the distal clavicle may suggest contusion.

IMPRESSION:

1. No evidence of rotator cuff tear. Tendinosis of the supra and and infra- spinatus tendons.
COMPLETE
ContinuedPage :1

```
&14h4o2a88f6d400u6E&(s12h1p point v020b4102T
```

Tempe St. Luke's Hospital
1500 S. Mill Avenue
Tempe, AZ 85281

```
PATIENT NAME              HEFNER,JOSEPH
MEDICAL REC #             05422528
ACCOUNT #                 B1408000025
ADMISSION DATE            03/21/14
ADMITTING PHYSICIAN       ENDE,LAWRENCE NP
PRIMARY CARE PHYSICIAN    PCP,ADOC
PATIENT LOCATION          PAB
DATE OF BIRTH                  /1965
```

Checkin-Exam Code Summary
1652608-06763L

2. Severe osteoarthrosis of the acromioclavicle joint. Bone marrow edema involving the AC joint with extension into the midshaft of the clavicle suggestive of contusion. <u>Clinical correlation with plain radiograph is recommend.</u>

    Transcriptionist- TRANSCRIPTION OSI
    Reading Radiologist- IMTIAZ AHMED  M.D.
    Electronically Signed By- IMTIAZ AHMED  M.D.
    Released Date Time- 03/21/14 1228
-----------------------------------------------------------------

COMPLETE                                              Page :2

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Kenny, Joann
**ADC Number/Número de ADC**: 203653
**Date/Fecha**: 01-16-15

**Cell/Bed Number/Celda/Número de Cama**: 2-A-11
**Unit/Unidad**: Bachman
**P.O. Box/Apartado Postal**: 
**Institution/Facility/Instalación**: ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☒ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I AM STILL HAVING ISSUES WITH MY EYES. BOTH EYES HAVE LOTS AND SQUIGGLY LINES AND ARE MORE LIGHT SENSITIVE THAN USUAL. I WOULD LIKE TO SEE EYE SPECIALIST.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero**: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date:
Time:
Initials:

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 12-24-14

**Cell/Bed Number/Celda/Número de Cama:** 2-A-4
**Unit/Unidad:** BACHMAN
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación: ASPC** Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I AM HAVING MORE DIFFICULTY WITH MY LEFT EYE. THERE IS LESS PERIFIAL VISION ON LEFT AND MORE BLACK DOTS AND SQUIGLY LINES. WOULD LIKE TO SEE EYE SPECIALIST.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero:** Joseph Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado
Date/Fecha
Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado
Date/Fecha
Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Hefner, Joseph | 203653 | 01-16-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2-A-11 | Buchman | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I AM STILL HAVING SEVERE PAIN IN MY LEFT SHOULDER DOWN MY LEFT ARM DUE TO INJURY/ATTACK ON MY PERSON FROM MARCH 2011. I HAVE CONTINUOUSLY REQUESTED MEDICAL ASSESSMENT, CARE, TESTING & TREATMENT TO RESOLVE THIS ISSUE TO NO AVAIL. I FEEL I AM BEING RETALIATED AGAINST BECAUSE I AM A PLAINTIFF IN CLASS ACTION SUIT AGAINST ADOC MEDICAL

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: Joseph Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros (specify)

Comments/Comentarios:

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date:
Time:
Initials:

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 11-21-14

**Cell/Bed Number/Celda/Número de Cama:** 2 A-4
**Unit/Unidad:** Bachman
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación: ASPC** Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [X] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I AM STILL HAVING SEVERE PAIN IN MY LEFT SHOULDER DOWN MY LEFT ARM DUE TO THE INJURY/ATTACK ON MY PERSON FROM MARCH 2011. I HAVE CONTINUOUSLY REQUESTED MEDICAL ASSESSMENT, CARE, TESTING TO RESOLVE THIS ISSUE TO NO AVAIL. I FEEL I AM BEING RETALIATED BECAUSE I AM A PLAINTIF IN CLASS ACTION SUIT FILED AGAINST A.D.O.C. MEDICAL.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** Joe Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 01-16-15

**Cell/Bed Number/Celda/Número de Cama:** 2-A-4
**Unit/Unidad:** Rilhuan
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación: ASPC** Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

MY SCRIPT # 2956246 HAS REPEATEDLY NOT BEEN REFILLED. PLEASE REFILL.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero:** Joseph Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

**Comments/Comentarios:**

**Staff Signature Stamp/Firma del empleado:**
**Date/Fecha:**
**Time/Hora:**

**PLAN OF ACTION/PLAN DE ACCION**

**Staff Signature Stamp/Firma del empleado:**
**Date/Fecha:**
**Time/Hora:**

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 12-17-14
**Cell/Bed Number/Celda/Número de Cama:** 2-A-4
**Unit/Unidad:** Bachman
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación:** ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☒ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

MY SCRIPT # 2956246 HAS REPEATEDLY NOT BEEN REFILLED. PLEASE REFILL

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

#21

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 11-21-14

**Cell/Bed Number/Celda/Número de Cama:** 2-A-4
**Unit/Unidad:** Rainman (?)
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación: ASPC** Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☒ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

MY SCRIPT # 2956246 HAS REPEATEDLY NOT BEEN REFILLED. PLEASE REFILL.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero:** Joseph Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____
**Comments/Comentarios:**

**Staff Signature Stamp/Firma del empleado** | **Date/Fecha** | **Time/Hora**

**PLAN OF ACTION/PLAN DE ACCION**

**Staff Signature Stamp/Firma del empleado** | **Date/Fecha** | **Time/Hora**

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

#2

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Hefner, Joseph
**ADC Number/Número de ADC:** 203653
**Date/Fecha:** 10-19-14
**Cell/Bed Number/Celda/Número de Cama:** 2-A-4
**Unit/Unidad:** Buchman
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación:** ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez.)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
[ ] Medical/Médica [ ] Dental [ ] FHA
[X] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please refill script. # 29566246.
Thank-you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero:** Joseph Hefner

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
[ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION I

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| | | |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC Lewis |
|---|---|---|---|
| | Eagle(?) | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

### SECTION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
☐ Medical/Médica ☐ Dental ☐ FHA ☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Could you please fill this script.
#295462946(?)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

### SECTION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

### SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

)

I AM WRITING TO GIVE YOU SOME MUCH NEEDED INFORMATION. AS AN OFFICE YOU GET USED TO SITE'S AND SOUND'S THAT ARE OF THE EVERYDAY OCCURANCE, phones ringing, people chatter, copy machines, fax machines, paper shredders, chairs squeeking, etc.

THERE ARE 2 PAPER SHREDDER'S IN MEDICAL (COMPLEX). THE WHOLE LAST WEEK OF NOVEMBER, 2014 THE WORKER'S FROM MEDICAL WERE BUSSIER THAN RABBITS. THEY SAID THOSE PAPER SHREDDER'S DID NOT STOP. THE WORKER'S TOOK BAG AFTER BAG OF SHREDDED PAPER TO THE TRASH COMPACTOR.

NOW ANOTHER THING. NEXT TO THE TRASH COMPACTOR THERE IS A CONEX STORAGE STEEL BOX. THIS IS SUPPOSED TO BE FOR CIP, INTAKE AND RELEASE, BUT IT IS ACTUALLY FOR STORAGE FOR COMPLEX MEDICAL.

LAST THING. IN DR. COHEN'S REPORT TO THE COURT'S. THE PICTURES OF BOXES OF PAPERWORK HE TOOK. I UNDERSTAND THAT THAT PAPERWORK WAS SUPPOSED TO BE PUT IN MEDICAL FILES AND OLD HNR'S, INMATE LETTERS, MEDICAL GRIVANCES, ETC. THAT WERE NEVER ANSWERED. THE WORKERS AT MEDICAL, COMPLEX, PACKED A COUPLE OF ASCC

2

TRANSPORT VANS, "FULL TO THE TOP, FRONT TO BACK," WITH BOXES OF PAPERS GOING TO AN "OFFSITE STORAGE FACILITY", IN PHOENIX. THIS IS WHAT THEY HEARD, SAW, DID AND WERE TOLD.

How can you as attornies or even Judge Wake as a Federal Courts Judge even think of any kind of settlement with all this <u>Illegal</u> moving of <u>CONFIDENTIAL MEDICAL FILES</u>, <u>SHREDDING</u> FILES/PAPERWORK - MASSIVE AMOUNTS.

This is what happens everytime there is a visit or a surprise inspection. These people think that as of now what they are doing is going to show progress. Medical has for the last month been taking on average 100 inmates a day from different units to ACI and Complex Medical. Now again just because this many inmates are going to Medical does not mean what is written in there files is true. <u>EXAMPLE:</u> Corizon medical

is now <u>requesting</u> medications to be given
back to inmates that are cronic care.

Now here is the trick, in the inmates file the Nurse Practitioner "<u>REQUESTS</u>" this to be done. It is up to a committee to approve. This looks good in the file for awhile then it is denied. Same thing for submissions to see outside specialists. This is "REQUESTED" by a N.P. then sent to a

3

COMMITEE FOR APPROVAL. THIS LOOKS GOOD IN THE FILE FOR AWHILE THEN IS DENIED. ANOTHER EXAMPLE: THE N.P. REQUEST FOR OUTSIDE CONSULT WITH SPECIALIST. IT IS APPROVED BY COMMITEE. INMATE ON DATE OF APPOINTMENT REFUSES TO GO TO CONSULT. A MONTH LATER INMATE PUTS HNR IN TO REVIEW MEDICAL FILE AND SEE'S (1) REQUEST FOR SPECIALIST CONSULT, (2) APPROVAL # BY COMMITEE, (3) DATE OF CONSULT AND (4) "REFUSED BY INMATE" WRITTEN IN CHART... ??? INMATE NEVER NEW OF ANY OF THIS. THERE IS NO REFUSAL PAPERWORK WITH I/M / NURSE SIGNATURE OR REASON FOR REFUSAL.

THIS IS WHAT YOU DO NOT SEE THAT IS GOING ON BEHIND THESE FENCES/WALLS. I UNDERSTAND THERE IS NO WAY YOU AS ATTORNIES OR EVEN JUDGE WAKE AS A FEDERAL JUDGE CAN DO ANYTHING TO STOP THIS THIS DESTRUCTION, CORRUPTION, NEGLECT, FRAUD, PAIN, SUFFERING OR EVEN DEATH BECAUSE AS SOON AS IT IS KNOWN YOU ARE ON THE PROPERTY A CALL IS MADE AND THE INMATES THAT WORK TO CLEAN UP MEDICAL ARE AGAIN RABBITS. PLEASE HELP US.

RESPECTFULLY,

Joseph Hefner
12-02-14





Inmate Joseph Hefner
ADC# 202653   B
Arizona State Prison Complex  Lewis
Unit BACH MGN
P.O. Box 3SDD
BuckEye    AZ 85326

RECEIVED
FEB 13 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CLERK OF THE COURT
U.S. District Court, District of AZ.
401 W. Washington St., Suite 130, SPC1
Phoenix, AZ. 85003-2118



LEGAL MAIL