# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: February 18, 2015

Title: Parsons et al   vs.  Ryan et al
      Plaintiffs          Defendants
================================================================

HON:   David K. Duncan          Judge # 70BL/DKD

   Caryn Smith                    Gary Moll
   Deputy Clerk                  Court Reporter

**APPEARANCES:**
Donald Specter, David Fathi and Corene Kendrick for plaintiffs
Daniel Struck, Timothy Bojanowski, Nicholas Acedo and Michael Gottfried for defendants

================================================================
**PROCEEDINGS:**      X   Open Court      _____ Chambers      _____ Other

This is the time set for Fairness Hearing.

Argument is heard.

Defendants' objection to allow members of the gallery to make statements to the Court is overruled.

Donna Firello, Donna Leone-Hamm, Tricia Borden, James Neuman, James Hamm, Dawn Bigelow-Ingram and Patty Jones address the Court.

The Court FINDS that settlement is fair, adequate and reasonable for the reasons stated on the record and will issue a supplementing written Order. The Court will also sign the proposed order at [1185-2] and ORDERS attorneys' fees be paid. Further, the Court will identify and exclude those members from the settlement who have requested to be excluded.

Additionally, the Court ORDERS a transcript of this proceeding will be prepared and made available to the Class Plaintiffs confined at the Arizona Department of Corrections at the prison libraries in the same manner the parties' settlement agreement was made available.

Time in court: 1 hr 2 min (1:32 PM – 2:34 PM)