THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: _Ouesy, micain_
(Rule Number/Section)


CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
401 W. WASHINGTON ST, STE. #130 SPC-1
PHOENIX, ARIZONA 85003-2118

RE: PARSONS v. RYAN   CV12-00601 PHX-DKD

DEAR CLERK OF THE COURT:

MY NAME IS RICARDO DIEGO MENDEZ, CURRENTLY I AM INCARCERATED AT ARIZONA STATE PRISON COMPLEX-EYMAN IN FLORENCE. I AM WRITING THIS DOCUMENT DUE TO THE POSTING OF THE PROPOSED SETTLEMENT IN THE ABOVE TITLED ACTION. I WOULD LIKE TO MAKE AN ADDITIONAL CLAIM OF MEDICAL MALPRACTICE.

I HAVE SUBMITTED OVER 50+ HEALTH NEEDS REQUESTS WITHIN THE LAST 4½ YEARS TO NO AVAIL. THE MEDICAL PROVIDERS THAT THE DEPARTMENT OF CORRECTIONS HAS ALLOWED TO OVERSEE OUR MEDICAL ISSUES HAS FAILED TREMENDOUSLY. THE MEDICAL PROVIDERS; WEXFORD AND CORIZON HAS MEDICAL STAFF, PHYSICIAN'S ASSISTANTS WHO ARE NOT QUALIFIED TO DIAGNOSIS ANY TYPE OF MEDICAL ISSUES.

I HAVE AN UNEXPLAINED PAIN THROUGHOUT MY LOWER TORSO, ABDOMIN AND GENITAL AREA. I HAVE BEGGED, complained and SUFFERED THROUGH THIS EXTREME PAIN AND DISCOMFORT ONLY TO BE GIVEN MALOX OR PERSCRIPTIONS FOR SYMPTOMS UNRELATED TO MY ACTUAL PROBLEMS. THROUGH NUMEROUS D.O.C. STAFF INTERVENTIONS I WAS SEEN BY WEXFORD'S PHYSICIANS ASSISTANT WOHLER, HE STATED THAT THERE WAS SOMETHING WRONG AND ITS MIDLY IRRITATING MY LIVER, SO INSTEAD OF SEEING A SPECIALIST HE PERSCRIBED MEDICATIONS. (ENCLOSED COPY) HIS ASSESSMENT WAS THAT MEDICATIONS SHOULD HELP RESOLVE THE ISSUES OF DISCOMFORT, BUT NOT TREAT THE PROBLEM.

I TRIED TO EXPLAIN TO NUMEROUS MEDICAL STAFF THROUGHOUT THE PAST 4½ YEARS THAT MY FAMILY HISTORY OR MEDICAL BACKGROUND, CANCER RUNS RAPID, AND IS HEREDITARY THROUGHOUT THE MALES IN OUR FAMILY. MRI'S HAVE LOCATED THESE CANCEROUS CELLS EARLY AND HAVE BEEN TREATED, SOME WERE NOT SO LUCKY and HAVE DIED (LIKE MY FATHER)

I HAVE CONTACTED THE CONSULADO DE MEXICO ABOUT THIS INJUSTICE BY D.O.C. MEDICAL PROVIDERS, HOPEFULLY THIS COURT CAN ADDRESS AND DIRECT D.O.C. TO PUT PRESSURE ON CORIZON FOR BETTER MEDICAL SERVICES. MY CASE IS STILL PENDING, I'M STILL IN NEED OF SEEING A SPECIALIST & RESOLVING THIS ISSUE.

SINCERELY,

RICARDO MENDEZ DIEGO #261194
ASPC-EYMAN (COOK UNIT) FLORENCE, AZ. 85132

ARIZONA DEPARTMENT OF CORRECTIONS – EYMAN/COOK
HEALTH SERVICES

COMMUNIQUE

DATE: 7/5/11

TO: INMATE NAME: Mendez-Diego Ricardo

ADC#: 261194

LOCATION: Cw2 / C 42

FROM: Dr Wehler

Your repeat lab tests show that you have something that is mildly irritating your liver but you do not have viral Hepatitis or HIV.

This could be caused by simply being overweight (fatty infiltrate into liver).

You will be started on INH to treat latent TB. You will also be started on Vitamin B Pyridoxine to protect your liver.

Liver tests will be run during the 1st month on these medications - then every 3 months after that.

*If you have questions, please send HNR.*