COPY

Michael J. Cohn #288721
ASPC Lewis, STINER 5A12L
P.O. Box 3100
Buckeye, AZ 85326

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 25 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

2/21/15

Cv-12-601-PHX-DKD

Adult Protective Svcs,
Central Intake
1789 W. Jefferson
Phoenix, AZ 85007

Re: Parsons v. Ryan (2012) etc., et al.

Dear APS:

Please be advised of concerns regarding diet/nutrition for the elderly/disabled in the Az. Dept. of corrections. A new 6 week menu is being implemented. The concerns are as follows:

1) Insufficient calories/day (should be at least 2600 calories per day according to National Standards).

2) It is reported to us that meat products are labeled "not for human consumption." It is believed meats are not adequately inspected for illness causing bacteria.

3) Nutritional benefits are questionable due to over/under cooking.

4) The State should provide vitamin/mineral supplements.

<u>Assistance requested</u>

1) Inspection of dietary services by an independent agency/investigator

2) Investigation of TRINITY Food Services, the

(over)

2)

contracted vendor, for compliance with National Standards for the elderly/disabled.

3) Obtain a court order compelling the AZ. Dept. of Corrections to provide vitamin/mineral supplements at the State's expense for inmates 55 and over.

Respectfully submitted,

*Michael J. Cohn, Ed.D, #288721*

Dr. Michael J. Cohn

cc: U.S. Dist. Ct. (Parsons v. Ryan, 2012)
Superior Ct. of AZ, ATTN. Hon Sam J. Myers #CR2013-114147-001
Maricopa Co. Atty., ATTN. Wm. Montgomery
ACLU, Nat'l. Prison Project, Washington, D.C.
Prison Law Office, San Quentin, CA