PARSONS v. RYAN - CV-12-00601-PHX-JKd

RECEIVED ___ LODGED
___ COPY

FEB 27 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

TO~ COURT AND LAWYERS

THE PRISON IS THROWING AWAY LEGAL MAIL TO THIS COURT FROM INMATES — I HAVE SENT THE COURT 11 POSTAL ENVELOPES IN JAN-2015 TO THIS ADDRESS ALL HAD POSTCARDS FOR THE COURT TO SEND ME BACK SO I KNOW THE COURT RECEIVED MY MAIL — I ONLY RECEIVED 2 POSTCARDS BACK — SO THE PRISON THREW AWAY 9 LEGAL POSTAL MAIL TO YOU ≡ ON FRIDAY-2B-JAN-2AM-STAFF-LISACK-#3848 PICKED UP A 10X13 INCH ENVELOPE MARKED LEGAL MAIL AND ADDRESSED TO THIS COURT — SENT CERTIFIED MAIL — THE PRISON NEVER MAILED THAT ENVELOPE OUT — IT WAS ADDRESSED TO THIS COURT — IT HAD A MONEY SLIP VERY SECURLY TAPED TO THE ENVELOPE AND AN INMATE LETTER VERY SECURLY TAPED TO THE ENVELOPE ADDRESSED TO THE MAIL ROOM AND PUT ON IT THAT I WANTED IT SENT CERTIFIED LETTER TO ASSURE YOU RECEIVED IT — AS OF SUN-FEB-1-2015 MY ACCOUNT HAS NOT BEEN CHARGED FOR THE POSTAGE OF THIS CERTIFIED LEGAL MAIL ≡ IS THROWING AWAY INMATE LEGAL MAIL TO THE COURT A CRIME-?—

I AM ADVISED BY HONEST STAFF THAT ADC DIRECTOR RYAN STATED INMATES WILL PAY DEARLY FOR THIS LAWSUIT AND WE ARE ≡ ENDLESS PETTY TICKETS — THEY ARE GIVING INMATES THAT ARE NOT ALL THERE IN THE HEAD TICKETS FOR HAVING A MESSY CELL AND ALL MANNER OF OTHER PETTY TICKETS TO PUNISH INMATES FOR THIS LAWSUIT ALSO THEY ARE PUNISHING INMATES FOR NOT TAKING MANDATORY COURSES... THAT THE PRISON DOES NOT

INFORM THE INMATES THEY NEED TO TAKE IN THE FIRST
PLACE... HOW ARE INMATES SUPPOSED TO TAKE
COURSES THEY ARE NOT EVAN TOLD THEY ARE
REQUIRED TO TAKE? —
ALSO ANOTHER MEDICAL NEGLECT MURDER BY
ADC ON JAN-25-2015 — THE INMATE WAS BEGGING
FOR HOSPITAL FOR 2 DAYS — TOLD BY MEDICAL
STAFF TOOO BAD HERE iS SOME ASPIRIN QUIT WHINING
ATYPICAL ADC MURDER OF INMATES BY
REFUSAL OF MEDICAL CARE BEGGING FOR HOSPITAL FOR 2 WEEKS NOT 2 DAYS
DEAD GUY — MILLARD-GAINES
INMATES ARE TORCHING THEIR CELLS OVER THE
ENDLESS PETTY TICKETS AND MEDICAL NEGLECT

THIS LAWSUIT HAS NOT IMPROVED ANY THING HERE

BUT HAS BROUGHT ENDLESS PETTY HARASSMENT

TO ALL INMATES... THANKS ALOT — YOU WILL SEE

ALOT MORE SUICIDES AND CELL TORCHING FROM ALL
THIS ENDLESS PETTY HARASSMENT ALOT OF GUYS
HERE ARE NOT ALL THERE IN THE HEAD AND THE ENDLESS
THREATS AND TICKETS FROM STAFF CAUSE THEM GREAT
STRESS AND MENTAL HARM... THIS iS RETALIATION FOR
THIS LAWSUIT CAN YOU DEMAND THEY STOP THIS PLEASE Xxy
KEMP-HORTON-202496
PO-BOX-8200
FLORENCE-AZ-85132

MEDICAL HAS REFUSED TO RESPOND TO OVER 100 MEDICAL
HNR FORMS I HAVE SENT IN IN THE LAST 3 MONTHS  I
AM ADVISED BY INMATES THAT MEDICAL IS REFUSING
TO RESPOND TO MOST HNR MEDICAL FORMS
MEDICAL HAS GOTTEN ALOT WORSE IN THE LAST FEW
MONTHS WITH CORIZON REFUSING ALMOST EVERYTHING
INMATES NEED AND CUTTING THEIR PSYCH DRUGS AND
ALL MANNER OF GAMES CORIZON HAS A LOOONG WELL
DOCUMENTED HISTORY OF DELAY AND DENY OF NEEDED
MEDICAL CARE TO MAKE MORE PROFIT
FIELDS - V - CORIZON - 11 - C,R - 2012 - 490 - FED - APPX - 174
PLUS THEY JUST MEDICAL NEGLECT MURDERED ANOTHER
INMATE JAN - 25  IT SEEMS THIS LAWSUIT IS NOT HELPING
IN ANY WAY AND JUST MAKING STUFF WORSE ALOT WORSE

PSYCH STAFF O CONOR WILL VERIFY HE TOOK 27
HNR FORMS TO AND HAND DELIVERED THEM TO
MEDICAL ON TUE 3 FEB  - AS OF MON 9 FEB NONE
OF THE HNR FORMS WERE RESPONDED TO
JAN
NOV OVER 50 HNR NOT RESPONDED TO
DEC   25 HNR NO RESPONSE
JAN  3/4  HNR NO RESPONSE
FEB  27 HNR NO RESPONSE  DOCUMENTED BY PSYCH
                    STAFF O CONOR
ALL INMATES SAY MEDICAL IS REFUSING TO RESPOND TO
     HNR FORMS

TO COURT

ADC IS TERRORIZING NOT ALL THERE IN THE HEAD INMATES DEMANDING INMATES KEEP CELLS ORGANIZED AT <u>ALL</u> TIMES AND GIVING INMATES TICKETS FOR THE PETTIEST OF INFRACTION SOME IF MANY INMATES HERE DONOT EVAN KNOW WHERE THEY ARE AND ARE BEING GIVEN TICKETS FOR NOT HAVING AN ORDERLY CELL HOW ABSURD — ADC STAFF IS TEARING INMATES CELLS APART TO HARASS INMATES BECAUSE OF THIS LAWSUIT — MY CELL WAS TORN APART 2 TIMES IN 33 DAYS 4 DEC AND 7 JAN THIS LAWSUIT HAS BROUGHT <u>ENDLESS</u> PETTY HARASS TO INMATES

<u>WHAT</u> CAN <u>YOU</u> DO ABOUT THAT ?