# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| PATTON, JERRY L. | 277153 | EYMAN - MEADOWS | 03-01-15 |

TO: US. DISTRICT COURT - CV-12-0601-PHX-DKD   DIRECTORS INSTR #332
LOCATION: PHX, AZ

FILED ☐  LODGED ☐
✓ RECEIVED  ___ COPY
MAR 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

DEAR SIR,
WE INMATES AT ASPC EYMAN - MEADDOWS UNIT ARE SUPPOSED TO BE UNDER THE PROVIDER CARE OF CORIZON'S DR. SUBODH SHROFF, YET DR SHROFF IS CONTINUALLY CUTTING CHRONIC PAIN MEDICATIONS OF MANY INMATE'S WHO HAVE BEEN DEPENDING ON THESE FOR CHRONIC PAIN MANAGEMENT. IN DECEMBER, MY CHRONIC PAIN MEDICATION WAS CUT BY 50% WITHOUT A VISIT TO DR SHROFF. IN ADDITION, MY NORVASC (HEART MEDS), MY TYLENOL 600MG (PAIN), MELOXICAM (PAIN), TERIZOCIN (PROSTATE), ANTI-ITCH CREAM (RASHES), MULTI-VITAMINS (POTASSIUM DEFIENCY), AND MY NAPROXIN 500MG (PAIN BUT JUST RENEWED), HAS BEEN DISCONTINUED. DR SHROFF TOOK ME OFF OF REMORON 45MG AND PUT ME ON TEGROTOL 200MG (FOR PAIN) BUT AT MY LAST DR VISIT, HE ASKED ME WHY I WAS ON TEGROTOL WHEN I DON'T HAVE SIEZURES?? HE GAVE ME THE TEGROTOL FOR PAIN, HE SAID. ANOTHER INMATE WHO HAS BEEN ON GABIPENTON FOR YEARS WAS JUST INFORMED LAST WEEK HE WOULD NOT GET ANY ANYMORE. THIS INMATE AND I ARE BOTH CONFINED TO WHEEL-CHAIRS NOW AND BECAUSE OF PAIN, CANNOT EVEN MINIMALLY EXCERCIZE OUR LEGS OR BACK

INMATE SIGNATURE: Jerry Patton
ASPC EYMAN - MEADOWS
FLORENCE, AZ 85132-3300
DATE (mm/dd/yyyy): 03-01-15

Have you discussed this with institution staff? ☒ Yes  ☐ No
If yes, give the staff member name: DR. SHROFF, COIII ZIWKIE

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

