COPY

Michael J. Cohn #288721  63 yrs. of age
A.S.P.C. Lewis Stiner 5-A-12L
P.O. Box 3100
Buckeye, Ariz 85326

3/2/15

Adult Protective Svcs.
 Central Intake
1789 W. Jefferson
Phoenix, AZ 85007

RE: SB1390

Re: Parsons v. Ryan  2:12 CV-00601-PHX-DKD

DEAR APS:

 I have reviewed a summary of SB1390. This bill proposes the release of non-violent etc. offenders. I believe this bill is prejudicial against the elderly (55 + over according to Natl prison standards) for the following reasons:

1) It is well documented that the fastest growing prison segment is the elderly.

2) Those over 65 years of age only have a 3% chance of recidivism. Said another way, they have a 97% chance of not recidivating. This is the same as chance. This includes elderly violent offenders.

3) Medical care corrects most elderly behavioral problems.

4) The elderly constitutes the greatest cost center for the prison population @ 70,000 per

year: National avg.)
5) Family support is removed by virtue of incarceration. Family support is the best predictor of successful community adjustment.
6) Prisons are ill equipped to meet the needs of the elderly.
7) Elderly prisoners are often preyed upon by younger inmates.

Requested assistance

1) Please submit advice to the legislature regarding the above issues.
2) Please recommend amending SB1390 to include elderly inmates who are risk assessed to be non-dangerous, non-repetitive.

Respectfully submitted,

Michael J. Cohn

DR. Michael J. Cohn

References:
- ACLU/At America's Expense: The mass incarceration of the elderly, 2012, Washington DC.

CC: Hon Sam J. Myers, Superior Ct. of AZ
- AARP, ACLU, NAACP, Southern Poverty Law Center
- Wm. Montgomery Maricopa County Attny
- U.S. Dist. Ct Re: Parsons v. Ryan (2012)
- James Haas Div. Ofc of the Public Defender Maricopa County.