MR Roberto Carrasco Gamez #131901
ASPC-EYMAN-SMU-I
P.O. Box 4000 · Florence, AZ 85132

☒ FILED    ☐ LODGED
Mar 18 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Robert C. Gamez, Jr.,
  Plaintiff/Petitioner

vs.

Charles L. Ryan, et al.,
  Defendant/Respondents

DISTRICT COURT
NO. CV-12-0601 PHX-DKD

NO.

NOTICE OF APPEAL

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

COMES NOW, Petitioner Gamez, in propria persona and respectfully submits his Notice of Appeal pursuant to F.R.A.P Rule 4, within 30 days of entry of Judgment.

Petitioner Gamez further asserts that his Appeal is taken in Good Faith because the Defendants, Charles L. Ryan and Richard Pratt violated his Eighth Amendment rights to be free from Cruel and Unusual Punishment.

page 1

## JURISDICTIONAL STATEMENT

Petitioner concedes that the Ninth Circuit court of Appeals retains Jurisdiction in the following matter pursuant to 28 U.S.C § 1291

Petitioner further concedes that he is indigent and request that this court grant him leave to proceed In Forma Pauperis (SEE: Petitioner's Exhibit A IN forma Pauperis Authorization)

Respectfully Submitted this 17th day of March 2015

Certificate of Service

Copies of the foregoing were Mailed and Electronically filed this ___ day of _____ 2015 TO;

Ninth Circuit by using the Appellate CM/ECF System ("THE PARTIES")

UNDER PENALTY OF Perjury

MR. Robert Carrasco Gamez
# 131401
ASPC-(E)YMAN-SMU-I
P.O. box 4000 Florence AZ
85132

# EXHIBIT A

**FILED**

UNITED STATES COURT OF APPEALS

AUG 28 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ROBERT CARRASCO GAMEZ, Jr., | No. 13-16404 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:12-cv-00760-RCB<br>District of Arizona,<br>Phoenix |
| v. | |
| UNKNOWN NORRIS, CO II, at ASPC Florence, and WESLEY VALENTINE, CO II at ASPC Florence, AKA Unknown Valentine, | ORDER |
| Defendants - Appellees. | |

Before: LEAVY and BERZON, Circuit Judges.

The district court concluded that an appeal from the judgment would not be taken in good faith. Our review of the record indicates that appellant is entitled to proceed in forma pauperis, and we grant the motion. *See* 28 U.S.C. § 1915(a). Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant eventually must pay the full amount of the filing and docketing fees for this appeal.

Accordingly, within 21 days after the date of this order, appellant shall complete and file with this court the enclosed prisoner authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward

SL/MOATT

to the court the $455.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2), (e)(2).

If appellant fails to comply with this order, the Clerk shall dismiss the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellant's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The briefing schedule shall proceed as follows: the opening brief is due October 17, 2013; the answering brief is due November 18, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.

The Clerk shall serve this order and a prisoner authorization form on appellant.

SL/MOATT                                                     2

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV 13-1757-PHX-RCB (MEA)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Robert Carrasco Gamez, Jr., inmate #131401, who is confined in the Browning Unit, must pay the statutory filing fee of $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)   The Director of the Arizona Department of Corrections or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Director of the Arizona Department of Corrections or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Browning Unit, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 24th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge