Rickey Lynn Burks #138769
ASPC Florence, South Unit
P.O. Box 8400
Florence, AZ 85132

In The United States District Court
For The District of Arizona

| | |
|---|---|
| Parsons, <br>    Plaintiff <br><br> vs <br><br> Ryan <br>    Defendents, | NO. CV-12-00601-PHX-DKD <br><br> Comment On Fairness of Purposed Settlement By Member of the Class |

   Comes now Rickey Lynn Burks, an Arizona State prisoner, a member of the Parsons class to comment on fairness of the purposed settlement.

I. Reasons why Arizona Department of Corrections cannot objectively monitor heath care responsibly and independent of a federal monitor. An independent federal monitor should be appointed to report to Plaintiffs attorneys and Court.

1. Since December 12, 2013 The Arizona Department of Corrections was well aware of my injuries. Mulitiple interruptions of care, and an attitude of deliberate indifference has subjected me to serious harm. The

1.

irresponsibility of the officals of the Arizona Department of Corrections so-called monitoring of healthcare during this time until the date of this written document, is the reason as to why the Arizona Department of Corrections cannot be a monitor of heathcare. (see ADC Medical Grivence Case #A02-095-014)

2. In 2013 as a result of the care I eventually received, I could no longer walk. On my first contact with medical, the healthcare staff was indifferent. On my second contact with medical, the healthcare provider from Corizon Health Inc, was indiffrent again. The delayed, untimely lack of treatment has caused me to suffer great bodily harm. An Informal Complaint Resolution has been filed on my behalf and the director is aware of my complaint.

I am still not receiving the care and treatment I need for my injuries This is a strong reason why ADC cannot honorably and objectively monitor healthcare. This Court should appoint an independent or federal monitor to monitor healthcare and report to Plaintiffs Attorneys and to this Court.

II. Comment on Fairness of Plaintiff's attorneys fees.

1. This member of the class believes the attorneys for Plaintiffs should be compenstated for the painstaking effort to bring the deplorable civil right violations to light. All the while ADC abdicated responsibility using

2.

learned tactics to obfuscate the facts as though they had no knowledge and made allowences for the abuses. However, I Rickey Lynn Burks reserve my rights to persue damages in a separate action for the damages incurred through deliberate indiffrences.

By: Rickey Lynn Burks
*Rickey Lynn Burke*
Member of the class

3.

Certificate of Service

I hearby certify I mailed this comment on the fairness of proposed settlement of Parsons v Ryan CV-12-00601-PHX-DKD, as a member of the class. This 24 day of March  To:

Clerk, United States District Court
Sandra Day O'Connor, U.S. Courthouse Suite 130
401 West Washington Street, SPC-1
Phoenix, AZ 85003-2118

Dated this 24 of March 2015

By: Rickey Lynn Burks
*Rickey Lynn Burks*
A Member of the Class