MR Roberto Carrasco Gamez # 131401
ASPC EYMAN SMU·I
P.O. BOX 4000· Florence, AZ 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED      ☐ LODGED

**Mar 26 2015**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Robert Carrasco Gamez JR.
        Plaintiff Appellant

D.C. NO. 2:12-cv-00601-DKD
U.S. DISTRICT COURT for ARIZONA,
Phoenix

v.

Charles L Ryan, Richard Pratt,
Interim Division Director, Division
of Health Services, ARIZONA
Department of Corrections (in
his Official Capacity)
        Defendants-Appellees

NO. 15-15532
NINTH CIRCUIT Court OF APPEAL

Motion for Transcripts At
Government Expense

Dear, Clerk of the Court,
        I AM requesting to Order from the court reporter A
composition of the Record on Appeal As defined in FRAP Rule 10 (A),
including Authorization for preparation of the transcript at government
expense Appellant intends to file AN appeal on the issues raised in
his Objections (dkt. 1261).
        In Addition, Appellant request Leave to file A supplemental
transcript designation if it is subsequently determined          page 1

that the initially designated transcripts are insufficient to address the arguments on appeal.

Respectfully Submitted this 25 day of March 2015

MR Roberto CARRASCO Gamez
# 131401
ASPC-EYMAN-SMU I
P.O. Box 4000 Florence AZ
85132

Certificate of Service
Copies of the foregoing were E-filed
this 25 day of March 2015 TO:
"THE PARTIES"
District Court
Ninth Circuit Court of Appeals

page 2