GREG STANHOPE #46210
ARIZONA STATE PRISON
P.O. BOX #3400 - BROWNING
FLORENCE, ARIZONA 85132
pro per



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR PARSONS, et al., <br> plaintiffs, <br><br> vs <br><br> CHARLES RYAN, et al., <br> defendants. | CASE NO. CV 12-00601-PHX-DKD <br><br> MOTION FOR COURT TO FIND SECTION OF SETTLEMENT AGREEMENT, PARAGRAPH 26, LINES 11 TO 16 UNCONSTITUTIONAL, PERTAINING TO USE OF RESTRICTED MOVEMENT LIST |

PLAINTIFF GREG STANHOPE ADC #046210, DOES HEREBY MOTION THE COURT TO FIND THAT THE SECTION OF THE SETTLEMENT AGREEMENT, PARAGRAPH 26, LINES 11 TO 16, IS VAGUE, OVERBROAD, AND WILL IMPROPERLY INFRINGE ON ADC INMATES CONSTITUTIONAL RIGHTS AND LIBERTY INTERESTS.

THAT SEGMENT OF THE SETTLEMENT AGREEMENT WILL ALLOW THE ADC TO DENY INMATES ACCESS TO THE STG STEPDOWN PROGRAM AND WHEN THAT HAPPENS IT WILL TAKE AWAY A STG DESIGNATED RIGHT TO HAVE SOME MEANS TO GET OUT OF INDEFINITE/PERMANENT LOCKDOWN IN SOLITARY CONFINEMENT.

THE DEFENDANTS ARE REQUIRED TO PROVIDE SOME KIND OF MEANS TO STG CLASSIFIED INMATES TO BE RELEASED FROM INDEFINITE SOLITARY ISOLATION LOCKDOWN, AND THE EXERCISE OF THE CHALLENGED SA SECTION WILL CIRCUMVENT

1

THAT REQUIREMENT AND UNCONSTITUTIONALLY INFRINGE ON INMATES RIGHTS. THE DEPRIVATION HAS ALREADY STARTED AT BROWNING UNIT.

THE DEFENDANTS "RESTRICTED MOVEMENT" IS ARBITRARILY CREATED AND MAINTAINED BY THE ADC, AND ONCE ON THE "RM LIST", THE INMATE HAS NO MEANS TO GET OFF THE LIST, AND ARE ROUTINELY AND SUMMARILY DENIED ACCESS/PARTICIPATION IN PROGRAMS THEY HAVE A CONSTITUTIONAL RIGHT TOO. I HAVE BEEN DENIED ACCESS TO THE "STEPDOWN PROGRAM".

BASED ON THE ABOVE, I ASK THE COURT TO FIND PARAGRAPH #26, LINES 11 to 16, OF THE SETTLEMENT AGREEMENT UNCONSTITUTIONAL.

RESPECTFULLY SUBMITTED this 17th day of MARCH, 2015.

_____Greg Stanhope #46210_____
GREG STANHOPE #46210

a copy of the foregoing was provided for electronic sending to the Court on this 17th day of March, 2015:

By: _Greg Stanhope_

2