GREG STANHOPE #46210
ARIZONA STATE PRISON
P.O. BOX #3400 - BROWNING
FLORENCE, ARIZONA 85132
pro per

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR PARSONS, et al., <br> plaintiffs, <br><br> vs <br><br> CHARLES RYAN, et al., <br> defendants. | Case No. CV 12-00601-PHX-DKD <br><br> MOTION FOR RECONSIDERATION OF SETTLEMENT AGREEMENT, PARAGRAPH 26, LINES 11 to 16, ARE UNCONSTITUTIONAL, PERTAINING TO USE OF "RESTRICTED MOVEMENT" LIST |

PLAINTIFF PARTY, GREG STANHOPE ADC #046210, DOES HEREBY MOTION THE COURT TO RECONSIDER ITS DECISION TO APPROVE THE PARTIES SETTLEMENT AGREEMENT IN THIS CLASS ACTION CASE, SPECIFICALLY THE DEFENDANTS USAGE OF THE "RESTRICTED MOVEMENT" LIST, TO IN ANY WAY DENY OR LIMIT THE PARTY PLAINTIFFS RIGHT TO HAVE SOME WAY & MEANS TO GET OUT OF INDEFINITE LOCKDOWN IN SOLITARY CONFINEMENT/AD SEG. PARAGRAPH 26, LINES 11 to 16, ARE VAGUE, OVERBROAD, AND WILL IMPROPERLY INFRINGE ON MY CONSTITUTIONAL RIGHTS AND LIBERTY INTERESTS, AND THAT SECTION OF THE SETTLEMENT AGREEMENT IS UNCONSTITUTIONAL.

WHILE THE ADC DOES GIVE NOTICE WHEN AND IF A INMATE IS ELIGIBLE - MEETS THE QUALIFICATIONS TO PARTICIPATE IN THE ADC'S STG STEPDOWN PROGRAM,

- 1 -

SEE ATTACHED EXHIBIT "A". THE ADC STG STAFF, HAVE VERBALLY TOLD ME THAT I AM NOT GOING TO BE ALLOWED TO PARTICIPATE IN THE STG STEPDOWN PROGRAM - AS MY NAME IS ON THE RESTRICTED MOVEMENT LIST.

PLACEMENT ON THE RESTRICTED MOVEMENT LIST VIOLATES MY DUE PROCESS RIGHTS, AS THERE IS NO "HEARING". THE INMATE HAS "NO OPPORTUNITY TO CALL WITNESSES AND/OR SPEAK TO THE DECIDING AUTHORITY"; AND RECEIVES "NO NOTICE IN WRITING"; AND HAS "NO MEANS TO APPEAL SUCH AN ADVERSE DESIGNATION".

WHEN THE COURT SIGNS OFF ON THE SETTLEMENT AGREEMENT, THE COURT APPROVES THESE CONSTITUTIONAL RIGHTS VIOLATIONS.

I REQUEST THE COURT TO RECONSIDER ITS DECISION TO SIGN OFF ON AND APPROVE THE ADC DEFENDANTS USE AND ABUSE OF THE DESIGNATED RESTRICTED MOVEMENT LIST.

RESPECTFULLY SUBMITTED THIS 25th DAY OF MARCH, 2015.

_Gregory Stanhope_
GREGORY STANHOPE

a copy of the foregoing was
mailed first class postage prepaid
on this 25th DAY OF MARCH 2015 TO:

DANIEL P. STRUCK, ESQ.
STRUCK WIENEKE & LOVE, P.L.C.
3100 W. RAY ROAD
SUITE #300
CHANDLER, ARIZONA 85226
BY:
_Greg Stanhope_

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding Inmate letter must be attached to this response

| Inmate Name (Last, First, M.I.) | ADC Number |
|---|---|
| Stanhope, G | 046210 |
| Institution/Unit | |
| ASPC-E Browning Unit | |
| From | Location |
| Sgt Chavez | Browning Unit |

Your request has been received and your pre-qualification review, (In accordance with Department Order 806 STG Step-down Program Procedures), has been conducted. Your status at this time is defined below:

( ) I have received your request but you have not yet been screened. Do not submit another inmate letter for results; you will be notified with the results when completed.

**Meets pre-qualification:**

( X ) Currently meets pre-qualification for the STG Step-down program.
   *No documented STG activity in the past two years.
   *No documented disciplinary in the past two years as outlined in D.O. 806.

( ) Currently meets pre-qualification for the STG Step-down program but sentence expiration is likely to preclude completion of the 24 month program.

******************************************* NOTE *******************************************************
You may be one of many who have pre-qualified. Pre-qualification is not a guarantee that you will enter the Step-Down program. You are subject to a more intense screening after pre-qualification. All selections will be generated fairly, unbiased, and randomly, keeping in mind the balance of eligible STG groups and racial balancing to the best of our ability. There will be no consideration for who requested first or who has been validated the longest. Do not submit a request for specifics of your documented STG activity. This information is considered confidential and SSU is not authorized to furnish you this information.

**Does not meet pre-qualifications based on the following conditions:**

( ) Your sentence expiration is likely to preclude completion of the 24 month program.
( ) Has not completed 48 continuous months of supervised validation.
( ) Has documented STG activity within the last 24 months.
( ) Less than 24 months since removal from previous Stepdown participation.
( ) Has documented incidents involving assaultive behavior, extortion, threats, or any act that is considered a threat to the safe and orderly operations of Arizona Department of Corrections Institutions within the last 24 months as outlined in D.O. 806.

( ) Other: _____

***You will be required to pass a polygraph examination prior to being selected for the Step-down program.
*** The Arizona Department of Corrections is committed to establishing an effective Step-Down program. All validated STG members will be evaluated on a continual basis to determine their eligibility.

| Staff Signature | Date |
|---|---|
| Sgt J. Chavez #8271 | 9/10/2014 |

Distribution: Original – Master Record File
Copy – Inmate

916-2
5/14/12

EXHIBIT "A"