Mr. Roberto Carrasco Gomez #131401
Name and Prisoner/Booking Number

ASPC-Lewis-Rast-Max
Place of Confinement

P.O. Box 3600
Mailing Address

Buckeye, AZ 85326
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 06 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Robert C. Gomez,
    Plaintiff,
v.
Charles L. Ryan et al.,
    Defendant(s)

CASE NO. 12-cv-0601-PHX-DKD

NOTICE OF CHANGE OF ADDRESS

15-15532  9th Cir.
Court of Appeals.

Please be advised of my new address:

NAME: Robert C. Gomez         No. 131401
ADDRESS: ASPC-Lewis-Rast Max
P.O. Box 3600  Buckeye, AZ 85
Submitted this  1  day of  April , 20 15 .

Signature /s/

COPY of the foregoing mailed this  2  day of  April , 20 15 , to:
Name: Michael E. Gottfried
Address: 1275 W. Washington Street
Pho, Ariz 85007-2926
9th Cir. Court of Appeals