MARK BRNOVICH
ATTORNEY GENERAL

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:   (602) 542-1610
Fax:            (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Fax:            (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV12-00601-PHX-DKD<br><br>**DEFENDANTS' NOTICE OF COMPLIANCE** |

#4380150

1      Defendants Charles Ryan, Director of the Arizona Department of Corrections
2 ("ADC"), and Richard Pratt, Interim Division Director, Division of Health Services,
3 ADC, through undersigned counsel and pursuant to this Court's Order of February 18,
4 2015 (Doc. 1455), give notice that they have complied with the notice of requirements
5 set forth in Documents ##1205, 1455, and 1458, as stated in the Declaration of Carson
6 McWilliams, attached hereto as Exhibit A.

7      RESPECTFULLY SUBMITTED this 7th day of April, 2015.

MARK BRNOVICH
ATTORNEY GENERAL

/s/ Lucy M. Rand
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28

#4380150

2

# CERTIFICATE OF SERVICE

I certify that on April 7, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |

**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |
| Ajmel A. Quereshi: | aquereshi@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Jerica Lyn Peters | jpeters@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Amir Q. Amiri | aamiri@jonesday.com |
| Taylor Lee Freeman | tfreeman@jonesday.com |
| Dara Levinson | daralevinson@jonesday.com |

**JONES DAY**

| | |
|---|---|
| General | phxadmin@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Brenna L. Durkin | bdurkin@azdisabilitylaw.org |
| Jose de Jesus Rico | jrico@azdisabilitylaw.org |
| Jessica Pari Jansepar Ross | jross@azdisabilitylaw.org |

**ACDL**

#4380150

3

1  Kirstin Tekakawitha Eidenbach     Kirstin@eidenbachlaw.com
2  **Eidenbach Law, P.C.**

3  Christian Watson Hancock     chancock@babc.com
   **BRADLEY ARANT BOULT CUMMINGS, LLP**

4  /s/ Susan O'Quinn
5  Legal Secretary to Lucy M. Rand

#4380150                                    4

# EXHIBIT A

1  MARK BRNOVICH
   ATTORNEY GENERAL
2
   Michael E. Gottfried, Bar No. 010623
3  Lucy M. Rand, Bar No. 026919
   Assistant Attorneys General
4  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
5  Telephone: (602) 542-1610
   Fax:       (602) 542-7670
6  Michael.Gottfried@azag.gov
   Lucy.Rand@azag.gov
7
   Daniel P. Struck, Bar No. 012377
8  Kathleen L. Wieneke, Bar No. 011139
   Rachel Love, Bar No. 019881
9  Timothy J. Bojanowski, Bar No. 22126
   Nicholas D. Acedo, Bar No. 021644
10 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
11 Jacob B. Lee, Bar No. 030371
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
13 Telephone: (480) 420-1600
   Fax:       (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18
   *Attorneys for Defendants*

19                    UNITED STATES DISTRICT COURT
20                           DISTRICT OF ARIZONA
21
22 | Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | |
   |---|---|
   | Plaintiffs, | No. CV12-00601-PHX-DKD |
   | v. | **DECLARATION OF CARSON McWILLIAMS** |
   | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
   | Defendants. | |

28 #4380151

I, CARSONS McWILLIAMS, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections ("ADC") since 1978. I currently serve as the ADC's Division Director of the Offender Operations Division.

3. The ADC has made available to the *Parsons, et al., v. Ryan, et al.*, USDC CV12-00601, inmate-class members the Court's Order (Doc. 1455) ("Order") and the redacted transcript from the February 18, 2015, fairness hearing ("Transcript"), as follows:

   a. Since February 26, 2015, the Order and a notice advising that the Transcript is available for review and instructions for how to access or obtain a copy of the Transcript have been posted at every unit at each of the ten (10) State-operated prison complexes ("Prison Complexes").

   b. On or about February 26, 2015, the Order and a notice that the Order and Transcript are available for review and instructions for how to access or obtain a copy were hand-delivered to all inmates in maximum custody.

   c. Since February 26, 2015, the Order and a notice that the Transcript is available for review and instructions for how to access or obtain a copy of the Transcript have been made available at all of the Prison Complex libraries. Inmates that are not permitted physical access to the library, including maximum custody inmates, may check out a copy of the Transcript.

   d. Since February 26, 2015, the Order and a notice that the Transcript is available for review and instructions for how to access or obtain a copy of the Transcript have been broadcast on CCTV at all of the Prison Complexes.

   e. Since March 26, 2015, the Transcript has been made available by audio recording at all of the Prison Complexes. Maximum custody inmates that are

#4380151

2

1  illiterate, do not have access to a television, or have a disability necessitating listening to
2  the audio recording, upon a request may be escorted to the library to listen to the audio
3  recording.

4      EXECUTED this 7th day of April, 2015.

*(signature)*

Carson McWilliams

#4380151

3