UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al.,<br><br>　　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>CHARLES L. RYAN and RICHARD PRATT,<br><br>　　　　　Defendants - Appellants. | No. 13-16396<br><br>D.C. No. 2:12-cv-00601-NVW<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　　　The judgment of this Court, entered June 05, 2014, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Rebecca Lopez
　　　　　　　　　　　　　　　　　　Deputy Clerk