FILED

UNITED STATES COURT OF APPEALS

FEB 26 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHARLES L. RYAN and RICHARD PRATT, <br><br> Defendants - Appellants. | No. 13-16396 <br><br> D.C. No. 2:12-cv-00601-NVW <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: REINHARDT, NOONAN, and WATFORD, Circuit Judges.

Appellants' motion to vacate the panel opinion is denied. *See generally U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 (1994). We construe appellants' motion as seeking withdrawal of the petition for rehearing en banc and accordingly grant the motion to withdraw the petition for rehearing en banc. A further order will be issued regarding the motion to dismiss the appeal at a later date.