**13-16396 Victor Parsons, et al v. Charles Ryan, et al "Mandate Issued"**
ca9_ecfnoticing   to:                                04/21/2015 11:32 AM

From:   ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 04/21/2015 at 11:26:39 AM PDT and filed on 04/21/2015

Case Name:      Victor Parsons, et al v. Charles Ryan, et al
Case Number:    13-16396
Document(s):    Document(s)

Docket Text:
MANDATE ISSUED.(SR, JTN and PJW) [9502981] (RL)

Notice will be electronically mailed to:

Mr. Nicholas D. Acedo, Attorney
Mr. Daniel Clayton Barr, Attorney
Mark A. Chavez, Counsel
Cathleen Marie Dooley, Attorney
Ms. Kirstin Tekakwitha Eidenbach, Attorney
Mr. David Cyrus Fathi, Director
Mrs. Amelia M. Gerlicher, Attorney
Michael E. Gottfried
Sarah E. Kader, Attorney
Ms. Corene Thaedra Kendrick, Attorney
Caroline Nason Mitchell
Mr. Dan Pochoda
Mr. Donald Specter
Daniel Patrick Struck, Managing Senior Counsel
USDC, Phoenix
Mr. John Laurens Wilkes

Jose de Jesus Valdez Rico (daily summary)

Case participants listed below will not receive this electronic notice:

R. Scott Medsker
Jones Day

51 Louisiana Ave., NW
Washington, DC 20001-2113

Jennifer K. Messina
JONES DAY
2nd Floor
222 East 41st Street
New York, NY 10017-6702

The following document(s) are associated with this transaction:
Document Description: Mandate Order
Original Filename:
/opt/ACECF/live/forms/RebeccaJ.Lopez_1316396_9502981_v2Order-Mandate_216.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=04/21/2015] [FileNumber=9502981-0]
[1a4819c6f93927ebbc5492796f62053995a07d91a74db66ad881a90b41275d0eed134b053cd563d94fda7
8f3c99e6aa90889b7f8993a9a9e37e0923851259744]]
Recipients:
- Mr. Nicholas D. Acedo, Attorney
- Mr. Daniel Clayton Barr, Attorney
- Mark A. Chavez, Counsel
- Cathleen Marie Dooley, Attorney
- Ms. Kirstin Tekakwitha Eidenbach, Attorney
- Mr. David Cyrus Fathi, Director
- Mrs. Amelia M. Gerlicher, Attorney
- Michael E. Gottfried
- Sarah E. Kader, Attorney
- Ms. Corene Thaedra Kendrick, Attorney
- R. Scott Medsker
- Jennifer K. Messina
- Caroline Nason Mitchell
- Mr. Dan Pochoda
- Jose de Jesus Valdez Rico
- Mr. Donald Specter
- Daniel Patrick Struck, Managing Senior Counsel
- USDC, Phoenix
- Mr. John Laurens Wilkes

The following information is for the use of court personnel:

DOCKET ENTRY ID: 9502981
RELIEF(S) DOCKETED:
DOCKET PART(S) ADDED: 10684192