**FILED**

APR 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No. 13-16396 |
| Plaintiffs - Appellees, | D.C. No. 2:12-cv-00601-NVW<br>District of Arizona,<br>Phoenix |
| v. | |
| CHARLES L. RYAN and RICHARD PRATT, | ORDER |
| Defendants - Appellants. | |

Before: REINHARDT, NOONAN, and WATFORD, Circuit Judges.

Appellants' motions to dismiss the appeal and to stay ruling on the motion to dismiss the appeal are DENIED as moot.