UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY AJMEL QUERESHI** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court, having reviewed the Plaintiffs' Motion for Withdrawal of Attorney Ajmel Quereshi, filed on April 24, 2015, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Withdrawal of Attorney Ajmel Quereshi is GRANTED.

**IT IS FURTHER ORDERED** that Ajmel Quereshi shall be removed as one of the counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by attorneys of record at the ACLU National Prison Project.