PARSONS V RYAN — CV-12-00601-PHX-JKd
5-MAY-2015

TO - JUDGE

THE SO CALLED "HEALTH" CARE AT ADC HAS GOTTEN WORSE SINCE THIS LAWSUIT — NOW CORIZON JUST FLAT THROWS AWAY HNR MEDICAL FORMS AND REFUSES TO RESPOND TO THEM AND STAFF TOLD ME ADC DIRECTOR RYAN STATED INMATES WILL PAY DEARLY FOR THIS LAWSUIT AND WE ARE ENDLESS MESSY CELL TICKETS TO THE NOT ALL THERE IN THE HEAD GUYS ENDLESS TICKETS AND PETTY HARASSMENT FOR THE SLIGHTEST INFRACTION RECEIVE A TICKET ADC HAS LEFT ME COMPLETELY BLIND FROM CATERACTS IN MY LEFT EYE FOR 4 YEARS NOW REFUSING TO FIX MY EYE EVAN THOE 3 EYE SPECIALIST HAVE SAID MY LEFT EYE CATERACT NEEDS REMOVED ON JAN-24 2015 — MILLARD-GAINES — CB6 — CENTRAL CELL-1-B-23 — WAS MEDICAL NEGLECT MURDERED HE WAS BEGGING FOR HOSPITAL FOR 2 WEEKS — NURSE AND STAFF TOLD HIM TO QUIT WHINING-HE DIED IN SCREAMING PAIN FROM A BURST APPENDIX

PLEASE HELP Kay

KEMP-HORTON-202496
PO BOX 8200 FLORENCE-AZ-85132
POST CARD ENCLOSED PLEASE DROP IN MAIL SO I KNOW YOU RECEIVED THIS

LAST NAME: _____ ADC #: _____ CELL: _____ DATE: _____

## KASSON UNIT WINGS 1 & 2 Able High/Low REQUEST FORM

| Date Received by CO III Sauceda: | Date Returned to Inmate: |

**CHECK THE APPROPRIATE BOX:**

___ MONEY PRINT OUT – ONCE A MONTH (LAST 30 DAYS ONLY)

___ ACCOUNT BALANCE $ _____

___ CHECK VISITATION STATUS OF: (PROVIDE NAME OF INDIVIDUAL): _____

___ RELEASE DATE:  CSBD/TR: _____ ERC: _____ CSED _____

___ TR TO ABSOLUTE: _____ ABSOLUTE DISCHARGE NO TR: _____

___ RECLASS DATE: _____ CURRENT POINTS: _____

**FORMS –** Indicate number of forms needed. Note the **SPECIFIED LIMIT.**

___ INMATE LETTER  (LIMIT 2)

___ HNR  (LIMIT 2)

___ BOOK REQUEST  (LIMIT 2)

___ CO III REQUEST FORMS  (LIMIT 2)

___ INDIGENT APPLICATION   (LIMIT ONE PER MONTH)

___ MONEY WITHDRAWAL FORM  (LIMIT 2)

___ VISITATION – 20 LIST  (LIMIT ONE)

___ VISITATION – APPLICATION  (LIMIT 2)

___ VISITATION - ADD / CHANGE / DELETE   (LIMIT 2)

___ TELEPHONE TROUBLESHOOT  (LIMIT 2)

___ STORE       (LIMIT ONE)

___ SECURPAK  (LIMIT ONE)  IF YOU ARE HOUSED ON WING 3 (DETENTION) YOU ARE NOT ELIGIBLE TO ORDER SECURPAK ITEMS.

QUESTIONS / ISSUES / CONCERNS ARE TO BE SUBMITTED VIA INMATE LETTER AS I AM UNABLE TO REVIEW OR RESEARCH YOUR ISSUES WHILE STANDING IN FRONT OF YOUR LIVING AREA. THANK YOU FOR YOUR COOPERATION IN THIS MATTER.   I am providing a space for one inmate issue you may need me to review:

_____
_____
_____
_____

LAST NAME: _____ ADC #: _____ CELL: _____ DATE: _____

## KASSON UNIT WINGS 1 & 2 Able High/Low REQUEST FORM

| Date Received by CO III Sauceda: | Date Returned to Inmate: |
|---|---|

**CHECK THE APPROPRIATE BOX:**

__ MONEY PRINT OUT -- ONCE A MONTH (LAST 30 DAYS ONLY)

__ ACCOUNT BALANCE $ _____

__ CHECK VISITATION STATUS OF: (PROVIDE NAME OF INDIVIDUAL): _____

__ RELEASE DATE: CSBD/TR: _____ ERC: _____ CSED _____

__ TR TO ABSOLUTE: _____ ABSOLUTE DISCHARGE NO TR: _____

__ RECLASS DATE: _____ CURRENT POINTS: _____

**FORMS-** Indicate number of forms needed. Note the <u>**SPECIFIED LIMIT.**</u>

__ INMATE LETTER (LIMIT 2)

__ HNR (LIMIT 2)

__ BOOK REQUEST (LIMIT 2)

__ CO III REQUEST FORMS (LIMIT 2)

__ INDIGENT APPLICATION (LIMIT ONE PER MONTH)

__ MONEY WITHDRAWAL FORM (LIMIT 2)

__ VISITATION -- 20 LIST (LIMIT ONE)

__ VISITATION -- APPLICATION (LIMIT 2)

__ VISITATION- ADD / CHANGE / DELETE (LIMIT 2)

__ TELEPHONE TROUBLESHOOT (LIMIT 2)

__ STORE (LIMIT ONE)

__ SECURPAK (LIMIT ONE) IF YOU ARE HOUSED ON WING 3 (DETENTION) YOU ARE NOT ELIGIBLE TO ORDER SECURPAK ITEMS.

QUESTIONS / ISSUES / CONCERNS ARE TO BE SUBMITTED VIA INMATE LETTER AS I AM UNABLE TO REVIEW OR RESEARCH YOUR ISSUES WHILE STANDING IN FRONT OF YOUR LIVING AREA. THANK YOU FOR YOUR COOPERATION IN THIS MATTER. I am providing a space for one Inmate issue you may need me to review:

_____
_____
_____
_____

LEGAL
MAIL

Inmate K------
ADC # 2------
Arizona State Prison Complex FLORENCE
Unit Cb6
PO BOX 8200
FLORENCE     AZ 85132

U.S. POSTAGE $001.09
ZIP 85232
0001401542 MAY 08 2015

RECEIVED
MAY 11 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

CV-12-00601-PHX-PKP
PARSONS-V-RYAN-ET-00601
TO-JUDGE
CLERK OF COURT
US DISTRICT COURT
401-W-WASHINGTON-ST #130-SPC-1
PHX-AZ
85003-2118

LEGAL
MAIL