Case 2:12-cv-00601-ROS   Document 1479   Filed 05/20/15   Page 1 of 2

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LR cv s.u_
(Rule Number/Section)

CV-12-00601-PHX-DKD

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 0 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To: United States District Clerk

This letter is regarding the mistreatment that both I and other inmates have dealt with in a Special Management Unit on the Eyman complex in Florence, Az. While my stay in SMU 1 (Special Management Unit) I've had to deal with unsufficient amount of calories given to us to eat. Even after the Ryan vs DOC lawsuit, DOC refuses to give us 3 meals a day. The envirement is dirty & unhumane, no cleaning supplies are given to us throughout the week. The plumbing is rough & hot water is not given to us we're lucky to be given lukewarm water. Overall we're not treated like humans help us out.

Thank You For Your Time

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Franisco Tapia
ADC# 240767
Arizona State Prison Complex Eyman
Unit SMU
City Florence  AZ 85132

RECEIVED
MAY 20 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

PHOENIX AZ 852
18 MAY 2015 PM 9 L

U.S District Clerks Office
Prisons vs Ryan cv12-00601-PHX-DKD
401 W. Washington st 103-Spc1
Phx, Az 85003-2118

