| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | James Duff Lyall (Bar No. 330045)* |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: dpochoda@acluaz.org |
| | jlyall@acluaz.org |
| 5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **JOINT MOTION FOR ORDER DIRECTING THAT REDACTED DEPOSITION TRANSCRIPTS OF JOSEPH PENN, M.D. ARE NOT SUBJECT TO PROTECTIVE ORDER** |

1  Prisoner Plaintiffs and Defendants jointly move the Court for an order directing
2  that the redacted deposition transcripts of Joseph Penn, M.D. are not subject to the
3  Protective Order in this case (Doc. 454).

4  Dr. Penn is Defendants' mental health expert witness. He was deposed by
5  Plaintiffs on April 11 and September 30, 2014. Because the deposition transcripts
6  contained the names of individual prisoners, they were subject to the Protective Order.

7  Prisoner Plaintiffs' counsel have now received a request for Dr. Penn's deposition
8  transcripts from counsel in another case in which Dr. Penn is an expert witness. Prisoner
9  Plaintiffs' counsel have therefore created versions of Dr. Penn's deposition transcripts
10 from which confidential information has been redacted; these documents are attached
11 hereto as Exhibits 1 and 2. Prisoner Plaintiffs and Defendants now jointly move the Court
12 for an order directing that these documents are not subject to the Protective Order.

13 Respectfully submitted,

14 Dated: May 26, 2015                        **ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
     David C. Fathi (Wash. 24893)*
     Amy Fettig (D.C. 484883)**
     915 15th Street N.W., 7th Floor
     Washington, D.C. 20005
     Telephone: (202) 548-6603
     Email:   dfathi@npp-aclu.org
              afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|  | Amir Q. Amiri (Cal. 271224)* |
| 2 | Dara Levinson (Cal. 274923)* |
|  | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
|  | San Francisco, California 94104 |
| 4 | Telephone: (415) 875-5712 |
|  | Email: cnmitchell@jonesday.com |
| 5 | aamiri@jonesday.com |
|  | daralevinson@jonesday.com |

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**MARK BRNOVICH**
**ARIZONA ATTORNEY GENERAL**

By: <u>s/ Michael E. Gottfried (w/ permission)</u>
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
    Email:   Michael.Gottfried@azag.gov
               Lucy.Rand@azag.gov

    Daniel P. Struck (Bar No. 012377)
    Kathleen L. Wieneke (Bar No. 011139)
    Rachel Love (Bar No. 019881)
    Timothy J. Bojanowski (Bar No. 22126)
    Nicholas D. Acedo (Bar No. 021644)
    Ashlee B. Fletcher (Bar No. 028874)
    Anne M. Orcutt (Bar No. 029387)
    Jacob B. Lee (Bar No. 030371)
    **STRUCK, WIENEKE, & LOVE, P.L.C.**
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Email:   dstruck@swlfirm.com
               kwieneke@swlfirm.com
               rlove@swlfirm.com
               tbojanowski@swlfirm.com
               nacedo@swlfirm.com
               afletcher@swlfirm.com
               aorcutt@swlfirm.com
               jlee@swlfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
Brenna Durkin
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf