1
2
3
4
5

6              UNITED STATES DISTRICT COURT

7                    DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD
9   | Sonia Rodriguez; Christina Verduzco; Jackie
    | Thomas; Jeremy Smith; Robert Gamez; Maryanne
10  | Chisholm; Desiree Licci; Joseph Hefner; Joshua   | **[PROPOSED] ORDER**
    | Polson; and Charlotte Wells, on behalf of        | **GRANTING JOINT MOTION**
    | themselves and all others similarly situated; and | **DIRECTING THAT**
11  | Arizona Center for Disability Law,              | **REDACTED DEPOSITION**
    |                                                  | **TRANSCRIPTS OF JOSEPH**
12  |                    Plaintiffs,                   | **PENN, M.D. ARE NOT**
    |                                                  | **SUBJECT TO PROTECTIVE**
13  |          v.                                      | **ORDER**

14  | Charles Ryan, Director, Arizona Department of
15  | Corrections; and Richard Pratt, Assistant Director,
    | Health Services Contract Monitoring Bureau,
16  | Arizona Department of Corrections, in their official
    | capacities,
17  |                    Defendants.

18

19       The Court, having reviewed the Joint Motion Directing that Redacted Deposition

20   Transcripts of Joseph Penn, M.D. Are Not Subject to the Protective Order [Doc. ___] and

21   for good cause appearing,

22       **IT IS ORDERED** that the Motion is GRANTED.

23       **IT IS FURTHER ORDERED** that Exhibits 1 and 2 to the Joint Motion are not subject to

24   the Protective Order in this matter [Doc. 454].

25
26
27
28