IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Assistant Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER GRANTING JOINT MOTION DIRECTING THAT REDACTED DEPOSITION TRANSCRIPTS OF JOSEPH PENN, M.D., ARE NOT SUBJECT TO PROTECTIVE ORDER** |

The Court having reviewed the Joint Motion Directing that Redacted Deposition Transcripts of Joseph Penn, M.D., Are Not Subject to the Protective Order (Doc. 1480) and for good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED.

1      **IT IS FURTHER ORDERED** that Exhibits 1 and 2 to the Joint Motion are not
2 subject to the Protective Order in this matter (Doc. 454).
3      Dated this 27th day of May, 2015.

_____
David K. Duncan
United States Magistrate Judge

- 2 -