1  Mister A McAdams
   A-12 Mail Slot: 63838
2  4374 East Butte Av
   Post Office Box 3100
3  Florence Arizona 85132
   (520/868-0201)
4  Attorney - Pro-Se

5

☒ FILED   ☐ LODGED

**Jun 02 2015**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA
8  Victor PARSONS, et alii, on behalf of
9  themselves and all others similarly
10 situated, including Mister A McAdams;
11 and Arizona Center for Disability Law,
12                    Plaintiffs,
13       versus.
14 Charles RYAN, Director, Arizona Department
15 of Corrections (ADOC); and Richard Pratt, Interim
16 Division Director, Division of Health Services,
17 Arizona Department of Corrections (ADOC), in
18 their official capacities,
19                    Defendants.

CV 12-00601-PHX-DJH

PLAINTIFF'S MOTION FOR LEAVE BY AFFECTED THIRD-PARTY PLAINTIFF TO FILE PETITION FOR REHEARING

20  To: Magistrate Judge David Duncan

21      The above-named Mister A McAdams, an affected third-party plaintiff, moves this Court (through
22  the ADOC e-mail system authorized, but not for the Ninth Circuit) for its leave to file a petition for
23  rehearing in the above matter on the grounds that Defendants should submit a revised plan to include standard
24  care utilized throughout the dental care industry, such as dental fillings, dental caps, full and partial dentures,
25  which is prohibited by Defendants through the current ADOC policy, nor stipulated by the 10-9-14
26  STIPULATION in this cause.                                      1 June 2015

27      Distribution: [1] skader@azdisabilitylaw.com; [2] dpochoda@acluaz.org; [3] tmtdesigns@yahoo.com;
28  [4] dstruck@swlfirm.com; [5] Michael.Gottfried@azag.gov

# EXHIBIT A

1  Mister A McAdams
   A-12 Mail Slot: 63838
2  4374 East Butte Av
   Post Office Box 3100
3  Florence Arizona
   85132-3100
4  (520/868-0201)
   Attorney-Pro-Se
5

6  IN THE UNITED STATES COURT OF APPEALS

7       IN AND FOR THE NINTH CIRCUIT

8  Victor PARSONS; Shawn Jenson; Stephen Swartz;

9  Dustin Brislan; Sonia Rodriguez; Christina Verduzco;

10 Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne

11 Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson;

12 and Charlotte Wells, on behalf of themselves and all

13 others similarly situated, including Mister A McAdams;

14 and Arizona Center for Disability Law,

15                               Plaintiffs,

16             VERSUS.                          **#13-16396**

17 Charles RYAN, Director, Arizona Department of Corrections     PLAINTIFF'S MOTION FOR
                                                                LEAVE BY AFFECTED THIRD
18 (ADOC); and Richard Pratt, Interim Division Director, Division  -PARTY PLAINTIFF TO FILE
                                                                PETITION FOR REHEARING
19 of Health Services, Arizona Department of Corrections (ADOC),  (USDC/DAz: CV12-00601-PHX-DJH)

20 in their official capacities,

21                               Defendants.

22

23  To: Magistrate Judge John Buttrick

24      The above-named Mister A McAdams, an affected third-party plaintiff, moves this Court for its leave

25  to file a petition for rehearing in the above matter on the grounds that Defendants should submit a revised plan to

26  include standard care utilized throughout the dental care industry, such as dental fillings, dental caps, full and

27  partial dentures, which is prohibited by Defendants by the current ADOC policy, nor stipulated by the 10-9-14

28  STIPULATION in CV 12-00601-PHX-DJH cause.     [signature]           28 May 2015

CCA Prisoner McAdams
M-81 Legal Mail Slot: 2084276
1750 East Arica Road
Eloy, Arizona 85131-1215
Petitioner Pro Se

# PINAL COUNTY SUPERIOR COURT
## for
### The State of Arizona

In the matter of
CCA Prisoner McAdams, Petitioner, versus.
Corrections Corporation of America, et all, Respondents

To: All parties, et cetera

**SUPPLEMENTAL BRIEF TO COUNT FIVE OF THE VERIFIED §13-4121 PETITION FOR WRIT OF HABEAS CORPUS**

I. Pursuant to Arizona Revised Statutes, §13-4121, the Petitioner supplements Count Five of the VERIFIED §13-4121 PETITION FOR WRIT OF HABEAS CORPUS, in the due process of prosecution.

II. In good cause showing, where COUNT FIVE, DELIBERATE INDIFFERENCE TO HEALTH CARE DENTAL NEEDS, does not show the actual needs, whereas the heretofore Supplemental brief in effect to show "DENTAL NEEDS" as paragraph (e) on page (14a).

III. Wherefore, submitted:

The State of Arizona,
County of Pinal,

**SUPPLEMENTAL AFFIDAVIT (COUNT FIVE)**

I, CCA Prisoner McAdams, hereby verify this SUPPLEMENTAL AFFIDAVIT is true and correct to my untrained knowledge, and with the understanding that, if false, I face the penalty of perjury before this Court.

_____
PETITIONER

SUBSCRIBED & SWORN before me this September 22, 2014
                                        DATE
by the above subscribed CCA Prisoner McAdams

_____
NOTARY PUBLIC

My commission expires on
8-14-16

"OFFICIAL SEAL"
Tina McNamer
Notary Public - Arizona
Pinal County
My Commission Expires 8/14/2016

I affirm,

## COUNT FIVE.

### DELIBERATE INDIFFERANCE TO HEALTH CARE DENTAL NEEDS

(a) In early 1992, the Petitioner (P-1) was in a recorded altercation, that caused the removal of key teeth from the Petitioner's mouth by ADOC; whereafter the Petitioner's first set of dentures were promptly made.

(b) In 2004, in a scheduled transport to Saint Mary's Hospital of Tucson, Arizona by the Respondents (R-6) for a thyroid procedure, their transport officers confiscated the Petitioner's dentures (as they then stated was just a transport regulation); whereas NOW, it has been ten years since, as many many attempts, by the record, to replace them have failed; and the Petitioner's remaining teeth have develope strange growth patterns.

(c) In 2014, the Petitioner's most recent attempt with the Respondents (R-1) through the Red Rock Dental Clinic yielded the dental technician to state: [Seonjeong Kim, DDS]

> " You need dental fillings, dental caps, and dentures; but the State will not authorize me to give you those, eventhough you need them, because your teeth are growing abnormal."

(d) Under WEAVER, versus. CLARKE, 45 F.3d 1253 (8th Cir. 1995), the Respondents (R-11), also known as Bill Lamoreaux, knows that each dentist actually knew of a substantial risk of further harm and thereby failed to respond reasonably, because his implementation of an unlawful State policy through ADOC D.O.1101, <u>with State contracts</u>. (See APPENDIX H)

(14)

(e) DENTAL NEEDS. In the LINGUAL ASPECT chart below, the following problem exists for patient McAdams, as follows:

1. Missing tooth #3, #8, #9, #12, #13, & #17.
2. Cavity notch on #14, the side where #13 was.
3. Inside back-chip cavity on #15.
4. Root canal on #19, with dental filling (substandard).
5. Abnormal growth on #14, #15, #16, #23, #24, #25, #26, and #27.

```
        1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
RIGHT        LINGUAL ASPECT           LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
```

The resolution that is sought is as follows:

A. A dental cap on top of tooth #19.
B. A cleaning and filling, and then dental cap on top of tooth #14.
C. A cleaning and filling, and then dental cap on top of tooth #15.
D. A set of upper dentures in the spaces #3, #8, #9, #12, and #13,
E. A night mouth guard to allow the teeth to reset from abnormal growth, when not wearing the dentures.

(14 a)