FILED

JUN 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT CARRASCO GAMEZ, Jr., <br><br> Plaintiff - Appellant, <br><br> SHAWN JENSEN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHARLES L. RYAN and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections (in his official capacity), <br><br> Defendants - Appellees. | No. 15-15532 <br><br> D.C. No. 2:12-cv-00601-DKD <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All other pending motions are denied as moot.

This order served on the district court shall act as and for the mandate of this court.

MF/Pro Se

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk