

**15-15532 Robert Gamez, Jr. v. Charles Ryan, et al "Dispositive Clerk Order Filed"**

ca9_ecfnoticing   to:                                          06/03/2015 01:14 PM

From:      ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 06/03/2015 at 1:13:51 PM PDT and filed on 06/03/2015

| | |
|---|---|
| Case Name: | Robert Gamez, Jr. v. Charles Ryan, et al |
| Case Number: | 15-15532 |
| Document(s): | Document(s) |

Docket Text:
Filed order (Deputy Clerk: MF) Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b). All other pending motions are denied as moot. This order served on the district court shall act as and for the mandate of this court. [9560322] (SML)

Notice will be electronically mailed to:

Mr. Nicholas D. Acedo, Attorney
Honorable David K. Duncan, Magistrate Judge
Mr. David Cyrus Fathi, Director
Ashlee Fletcher, Attorney
Michael E. Gottfried
Sarah E. Kader, Attorney
Rachel Love, Attorney
Mr. Donald Specter
Daniel Patrick Struck, Managing Senior Counsel
USDC, Phoenix
Mrs. Kathleen L. Wieneke


Case participants listed below will not receive this electronic notice:


Robert Carrasco Gamez, Jr.
ASPC - ARIZONA STATE PRISON COMPLEX - LEWIS
Rast Unit
P.O. Box 3600
Buckeye, AZ 85326

n
n

The following document(s) are associated with this transaction:
Document Description: Main Document
Original Filename: 15-15532.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=06/03/2015] [FileNumber=9560322-0]
[6097e20fc44059223640e092819accaa3260a6fdaecd25b155fee8f939b9b6c662d5af215ccadb22966b80
5885d57bd05c2ee6a999777793a11af6139e7d4df4]]


The following information is for the use of court personnel:


DOCKET ENTRY ID: 9560322
RELIEF(S) DOCKETED:
  to dismiss the case pursuant to rule 42b
  miscellaneous request
  to proceed IFP
  to proceed IFP
  to issue mandate (for dispositive orders which act as mandate only)
DOCKET PART(S) ADDED: 10776979, 10764761, 10764762, 10717251, 10717252, 10717234,
10717235, 10642937, 10642938, 10776980, 10776981