# In The United States District Court
## For the District of Arizona

☒ FILED    ☐ LODGED

# Jun 04 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

PARSONS
(ALBERT L. BRINKMAN),
                    PLAINTIFF

VS-

RYAN
                    DEFENDANT

CASE NO: 2:12-CV-00601-DKD
-PHX

MOTION FOR INFO. AND OR
DIRECTIONS, AS SETTLEMENT
AND MONITORS, NOT APPARENT

COMES NOW ALBERT L. BRINKMAN, A PLAINTIFF IN THE ABOVE
CAPTIONED CASE. I HAVE SUFFERED MY LIFE SAVING (PRECAUTIONARY)
CARE MEDS, FOR HYPERTENTION, (I HAVE AORTIC ANUERYSMS), RUNNING OUT
FOR WEEKS, A.D.A./R.A. RIGHTS VIOLATED, DELAY OF SURGERY AND OR
TESTS, I DO NOT GET PROPER MEALS, MEDICAL STAFF DO NOT TIMELY RESPOND
TO HNR'S, (HAVE 2 FILED IN APRIL I'M STILL AWAITING RESPONSE). THERE IS A
GUY, (T. DAY), IN EAST MAX WHO HAS BEEN 21+ DAYS ON A HUNGER STRIKE TO
ADC# 050715
GET PROPER CLOTHS, AND FOOD. SO I WRITE THIS COURT TO SAY THE
SETTLEMENT IS A JOKE AT MY LEVEL, AND ASK THE COURT TO TELL
ME Who ARE THE ADC MONITORS?? Who ARE THE WELL PAID ATTORNEYS
WHO ARE TO MONITOR?? How DO WE GET IN TOUCH WITH ANY OF THESE
PEOPLE, (NOTE THAT I'M ATTEMPTING TO DO MY OWN COURT FILINGS, BUT THIS
STUFF IS SUPPOSE TO BE IN PLACE TO ACCESS). How DO I GET THE RIGHT
FOOD, AND CONTACT THESE PEOPLE TO REPORT ANY OF THIS?? I GET
NO ANSWERS, OR INFO., FROM ELSEWHERE AND REQUEST INFO. 3 DIRECTIONS
FROM THE COURT TO GET MEDICAL DIET, OR REG. CORRECT. RESPECTFULLY SUBMITTED BY:

A PLAINTIFF IN THE CLASS
ALBERT L BRINKMAN
ON 6/1/15