THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CJVLR 5.4, 7.1(a)(1),(2),(3)
(Rule Number/Section)

Parsons v. Ryan, CV 12-00601-PHX-DRW

Richard R. Day # 202495
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

_ FILED _ LODGED
_ RECEIVED _ COPY

JUL 0 2 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Date: June 19, 2015

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RE: ADOC and Corizon not providing proper health care, nor monitoring inmates progress that have filed complaints.

ADOC is not following of the monitoring of health care, nor inmates progress that have filed complaints, nor providing care.

## LAW

Despite A.R.S. 31-201.01, the prisoners are protected under Federal law which supercedes State law.

Persuant to <u>Pegram V. Hendrich</u>, 530 U.S. 211 (2000), "that prisoner is covered as a ward of the state." That the state is to provide medical care. The State and its agency are responsible for services under the <u>Medical Necessary standard</u>. The system <u>must</u> deliver the care required. Treatment decisions by the state agent, ADOC, or health maintenance organization cannot claim treatment as fiduciary acts. Any sparing treatment <u>will not</u> overcome any required care. Treatment given sparingly due to any financial cost does not overcome medical needs, nor does any statement by the contracted HMO of pre-existing conditions. The prisoner is "A ward of the State." ADOC or contracted HMO <u>must</u> give proper care to a prisoners needs, not ADOC's or HMO's interpretations of needs.

I have recently been told by the health care provider that, "Corizon and ADOC refuse to provide care for pre-existing conditions." For years ADOC and now Corizon have refused to treat my necessary medical needs, both pre-existing and recent. They have repeatedly claimed that care is voted on by a pannel for which they have no controle over.

Under <u>Saucier V. Katz</u>, 533 U.S. 194 (2001), a prisoner can show deliberate indifference due to delay of as little as six days and is medically unacceptable. Under <u>Jett V. Penner</u>, 439 F.3d 1091 (9th Cir. 2006), it was held, "excessive delays in receiving treatment [two weeks], and follow-up treatment [more than three months], is deliberate indifference and there is "NO QUALIFIED IMUNITY."

ADOC and its HMO are in fact liable (SEE) Erickson V. Pardus, 551 U.S. 89, 92, 94 (2007).

Under WILHELM V. POTMAN, 680 F.3d 1113 (9th Cir. 2012) "A physicians failure to request proper care, which resulted in a delay of treatment for more than a year, states a claim for deliberate indifference. In Parsons V. Ryan, CV 12-00601-PHX-DKD, as of February 18, 2015, all the forgoing law has been upheld. ADOC and Corizon are NOT in Compliance.

Mr. Day has been Crippled for Life because ADOC and Corizon refuse to treat his debilitating physical condition. Mr. Day has had: Multiple knee surgeries, back surgery, head, and neck trauma... Mr. Day has undergone physical therapies for most of his life and taken holistic medications to relieve pain and later for diagnosed arthritis... While in ADOC, Mr. Day has developed mid back, upper back, and hip problems....
• ADOC and Corizon offers NO physical therapy, NO arthritis medication, and discontinued his medication for pain, seizures from head injuries, and depression after Day complained.

In 2011, Mr. Day developed a respitory condition after ADOC blew-out the air ducts. Day coughed-up blood for over 50 days, ran fevers... before a state legislature forced ADOC to provide a doctors care. Two years later, Day redeveloped the same problem and treatment problems after ADOC blew-out the vents a second time. The infection eat away part of his lungs and stomach valve... And left a fist sized cist in his right lung and now a growth in his throat they won't treat.
• ADOC and Corizon refuse to allow a specialist examine him, and refuse to provide proper acid reflux medication. Mr. Day was told, "Buy it from the inmate store!"

Mr. Day developed Hep-C after an altercation with another inmate. ADOC and Corizon have both refused to provide Hep-C treatment.
• They cited cost and pannel approval for refusing care/treatment.

NOTICE: Corizon claims that ALL pre-existing medical files by specialist are void until Corizon Specialist evaluate my condition. Years ago a pulmonary doctor was provided; however, he examined me for 5 sec. with a stethoscope, had NO medical file on me, and rendered a prognosis contrary to blood tests. He later provided a orthascope; however, he didn't remove the large mass in my lung, didn't photograph damage, didn't conduct any further tests, and his findings have NEVER been provided... Further complications have occured.
• Mr. Day has been promised specific specialist care; however, "They've not been provided." Mr. Days skeletal and musle damage severely limit mobility, crippled him for life, cause sleep deprivation, mental health issues, pain... along with his arthritis. All are well documented, gone untreated, and some of which are visible with a cursory exam.

## IN CONCLUSION

I am powerless to receive reasonable care due to curent policy. Corizon was forced to provide some additional care on some units, so they decreased care/expenses every where else. Staff have refused to follow Courts directives to report these crimes as stated in Parsons V. Ryan. I have complained and ALL my medications were taken at one time. There's NO hope in receiving proper care, and I'm forced to endure great pain, suffering, and sleepless nights because of my complaints.

I need specialist court monitor to diagnose and treat me, and ALL my medications restored. A monitor could easily varify my conditions and Corizons/ADOC's liberties with records and denial of treatment...

I do not have funds, but I will provide copies of HNR's, inmate letters, and grievences if the Court desires.

Sincerely,
*Richard R Day*
Richard R Day