ANANT KUMAR TRIPATI
102081, C-14, P.O. BOX 24401
TUCSON AZ. 85734-4401

X FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 0 6 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

THE UNITED STATES DISTRICT COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR PARSONS ET. AL. PLAINTIFF -V- CHARLES RYAN ET. AL. DEFENDANT | CIV 12-00601 DKD MOTION TO RE-OPEN FOR FRAUD, MOTION TO INTERVENE, MOTION TO HOLD CHARLES RYAN IN CONTEMPT; REQUEST TO SHOWCAUSE; |

MAGISTRATE JUDGE DAVID DUNCAN ADOPTED THE SETTLEMENT. ① MEASURE 71 PROVIDES FOR PROVIDERS TO ISSUE MEDICAL DIETS, THIS CHANGES A.D.O.C. POLICY. HOWEVER; CORIZON REFUSES TO COMPLY WITH THAT MEASURE, BECAUSE THIS MEASURE IS IN CONFLICT WITH A.D.O.C. POLICY; AS A.D.O.C. POLICY DOES NOT AUTHORIZE SUCH DIETS FOR INMATES

THIS COURT SHOULD JUDICIALLY NOTICE THE TAYLOR-V-ADOC, HOOK-V-ADOC, GLUTH-V-KANGAS, HARRIS-V-CARDWELL, CASEY-V-LEWIS AND OTHER PERMANENT INJUNCTIONS.

ALL OF THESE INJUNCTIONS HAVE A COMMON THREAD — THE ARIZONA ATTORNEY GENERAL AS COUNSEL ENTERS INTO THE PERMANENT INJUNCTION, — A.D.O.C. THROUGH THE DIRECTOR REFUSES TO COMPLY. THIS SYSTEMATIC FAILURE TO COMPLY IS SUFFICIENT EVIDENCE TO HAVE THE ORDER SET ASIDE FOR FRAUD UPON THE COURT WITHIN THE MEANING OF RULE 60 (d), (3).

THIS EVIDENCE, IS FACT THAT A.D.O.C. DOES NOT COMPLY WITH INJUNCTIONS AS A MATTER OF POLICY BY "THE TACIT AUTHORIZATION" OF ITS DIRECTOR, ALSO THAT (A.D.O.C. LEGAL SERVICES DOES NOTHING EXCEPT TO LOOK THE OTHER WAY).

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4

IN MY CASE CORIZON ISSUED THE ATTACHED DIET ORDERS.

(2) THEY HOWEVER HAD TO CHANGE IT AS IT COMPLIED WITH MEASURE 71, NOT A.D.O.C. POLICY.

(3) PRESENTLY I AM RECEIVING AN ALLERGY DIET. DUE TO MEASURE 71 CONFLICTING WITH A.D.O.C. POLICY, CORIZON IS UNABLE TO ORDER AN ALLERGY/GLUTEN FREE/NO SALT/HYPOGLYCEMIC DIET.

(4) THE DIRECT RESULTS AND CONSEQUENCES OF THIS, ARE THAT CORIZON RECORDS SHOW I HAVE HIGH BLOOD PRESSURE AND OTHER DIET RELATED MEDICAL ISSUES.

(5) MEASURE 26 REQUIRES RESPONSES TO HEALTH CARE GRIEVANCES IN 15 DAYS. A.D.O.C. POLICY DO. 802 REQUIRES EVERY INCIDENT BE GRIEVED. (CO. IV JOHN MATTOS HAS REFUSED TO ALLOW ME TO GRIEVE MY ISSUES IN ACCORDANCE WITH DO 802.), (ALSO LEGAL SERVICES HAS REFUSED TO ORDER THAT GRIEVANCES FOR MY ISSUES BE PERMITTED OR FILED.)

(6) I CAN SAY WITH NO DEGREE OF UNCERTAINTY THAT RYAN ENCOURAGES ENTERING INTO DECREES TO RESOLVE LITIGATION AND AT THE SAME TIME IMPLICITLY ENCOURAGES THEY BE VIOLATED. THIS IS BASED ON MY PERSONAL EXPERIENCES WITH RYAN, WHEN RYAN WAS A COMPLEX WARDEN, AND RYAN WAS RESPONSIBLE THEN FOR COMPLYING WITH GLUTL & CASEY, AND PERSONAL CONVERSATIONS WITH RYAN ABOUT FEDERAL INJUNCTIONS. DUE TO PERSONAL EXPERIENCE AND HISTORY, RYAN WILL NOT MAKE POLICY CHANGES TO REFLECT THE INJUNCTION, AND A.D.O.C. REFUSES TO FOLLOW THE ORDER, ALSO IS THE REASONS WHY A.D.O.C. HAD CORIZON CHANGE THE ORDERED TREATMENT TO COMPLY WITH A.D.O.C. POLICY AND NOT THE COURT ORDER.

(7) RYAN IS NOT "IN SUBSTANTIAL COMPLIANCE" NOR, "MADE A GOOD FAITH EFFORT", TO COMPLY WITH SAID ORDER, REFUSES TO DIRECT HIS EMPLOYEES THRU CORIZON THAT IN THE FOLLOWING: A) WHEN THE COURT ORDER CONFLICTS WITH A.D.O.C. POLICY, THE COURT ORDER CONTROLS, B) INMATES NOT BE THWARTED FROM FILING GRIEVANCES ON INCIDENTS AND ISSUES ADAMS V. WOLFF, 624 F. SUPP.

1036, 1039 (N.V. 1985).

DECLARATION:

I ANANT KUMAR TRIPATI DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING TRUE AND CORRECT;

(1) RYAN REFUSES TO DIRECT HIS EMPLOYEES TO ADHERE TO, OR FOLLOW PERMANENT INJUNCTIONS, IF THE INJUNCTION SHOULD HAPPEN TO BE IN CONFLICT WITH POLICY, A.D.O.C. POLICY SUPERCEDES.

(2) CORIZON ISSUED ORDERS COMPLYING WITH MEASURE 71, RYAN CHANGED THIS ORDER THRU HIS EMPLOYEES DUE TO CONFLICT WITH A.D.O.C. POLICIES AND MEASURE 71

(3) CO. III COLSTON WILL CONFIRM MYSELF FILING NUMEROUS INFORMAL RESOLUTIONS ON THIS MATTER.

(4) CO IV MATTOS REFUSES TO ALLOW ME TO FILE GRIEVANCES ON THESE ISSUES PER DO. 802.

(5) A.D.O.C. LEGAL SERVICES AND GRIEVANCE ADMINISTRATORS REFUSE TO ALLOW ME TO FILE GRIEVANCES ON THESE ISSUES PER DO. 802.

(6) A.D.O.C. HAS A HISTORY OF ENTERING INTO CONSENT DECREES WHILE NOT ADHERING TO THEM, CONCEALING THIS BAD FAITH, INTENT TO DEFRAUD FROM THE LAWYERS, ARIZONA ATTORNEY GENERALS STAFF. THIS IS EVIDENT VIA RECORDS IN THIS COURT IN GLUTH-V-KANGAS, TAYLOR-V-YANICH, HARRIS-V-CARDWELL, HOOK-V-A.D.O.C., CASEY-V-LEWIS.

(7) THE STATE LAWYERS DO NOT HAVE THE RELATED EXPERIENCE OF HAVING DEALT WITH RYAN OVER 23 YEARS, SO ARE UNAWARE OF THIS BAD FAITH.

CONCLUSION:

I ASK THAT A USC ISSUE AN ORDER HOLDING CHARLES RYAN IN CONTEMPT, OR IN THE ALTERNATIVE CHARLES RYAN AND CORIZON INC. BE ORDERED TO FOLLOW MEASURES #71 AND #26 ALSO THE ATTACHED 09/12/2014 ORDER BY CORIZON.

RESPECTFULLY SUBMITTED

[signature]

ANANT KUMAR TRIPATI

Cc: Counsel

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Restricted Diet Order**

☐ New ☐ Change ☑ Reissue

Health Care Providers and Senior Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order Form. The HAP or Senior Chaplain will retain their portion of the form and ensure the form is placed in the inmate's records with the remaining portion of the order form forwarded to the

| Inmate Name (Last, First M I.) | | ADC Number | |
|---|---|---|---|
| Traal, Gerald L. | | 152081 | |
| Institution/Facility/Unit | Housing Assignment | Start Date | Expiration Date |
| CSPC/Tucson | [illegible] | 7/12/14 | [illegible] |

**MEDICAL DIETS**

☐ Dental/Mechanical Soft Diet (Easy to chew/swallow)
☐ Clear Liquid Diet
☐ Full Liquid Diet *(Automatically expires in 5 days)*
☐ Liquid Supplements
☐ Controlled Protein Diet
☐ Long-term Full Liquid Diet *(Automatically expires in 8 weeks - supplement required)*
☐ Wasting Syndrome
☐ Chemotherapy Diet
☑ No Gluten Diet
☐ Pregnancy
☐ Renal/Dialysis Diet
☑ Allergy Diet [handwritten, illegible]

☐ Prescribed snack consisting of 6 saltine crackers or 3 graham crackers
☑ pm snack ☑ mid-day snack ☑ am snack

☒ Other [handwritten, illegible]

☐ Restricted medical diets not defined in the ADC Diet Reference Manual may be ordered only with the approval of the Medical Director of Health Services or designee with the following approving authority Signature.

Approving Authority Signature [signature]

**RELIGIOUS DIETS**

[handwritten, illegible] ☐ Lacto Vegetarian Diet *(Allows milk and milk products)* ☐ Kosher Diet Plan [handwritten: Vegan Diet only]

NOTICE TO INMATE: Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet the Medical Diet will supersede. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven (7) calendar days or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.

**MEDICAL:** I understand the terms and conditions of this diet.

| Inmate's Signature | Date | Comments |
|---|---|---|
| [signature] | [illegible] | |
| Approved by | Date | |
| [signature] | 9/12/14 | |

**RELIGIOUS:** I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months. Second violation will result in a 12 month suspension.

| Inmate's Signature | Date | Comments |
|---|---|---|
| | | |
| Approved by | Date | |
| | | |

| DIET IS BEING DISCONTINUED DUE TO: | Date |
|---|---|
| | |

DISTRIBUTION: Inmate, Chaplain, Food Service Liaison - Remaining form - Diet Card Only

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Restricted Diet Card**

Inmate Name | ADC Number | Expire Date

☐ Dental/Mechanical Soft ☐ Controlled Protein ☐ Gluten Free
☐ Clear Liquid ☐ Long-term Full Liquid ☐ Pregnancy
☐ Full Liquid ☐ Wasting Syndrome ☐ Renal/Dialysis
☐ Liquid Supplements ☐ Chemotherapy ☐ Allergy Diet

☐ Lacto Vegetarian Diet *(Allows milk and milk products)*
☐ Kosher Diet Plan
[handwritten: Vegan]

Food Service Verification

Physician's or Chaplain's Signature | Date