# In The United States District Court
## For the District of Arizona

☒ FILED   ☐ LODGED

# Aug 14 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA



PARSONS ET AL
~~PARSONS ET AL PLAINTIFF~~,
                    PLAINTIFF

VS,

RYAN ET AL
                    DEFENDANT

CASE NO. : 2:12-cv-00601-DKD

MOTION TO RECEIVE UNCENSORED
COPY OF DKT #1489, NOTICE
WITH MOTIONS

10  COMES NOW A COVERED PLAINTIFF, ALBERT L BRINKMAN, PRO SE,

11  AND ASKS THIS COURT TO TAKE NOTICE THAT A.D.O.C. HAS CENSORED

12  THE RECEIPT OF DOCUMENT NUMBER 1489 FROM ME. I RECEIVED

13  ONLY THE ONE PAGE "NEF" AND DID NOT, "RECEIVED," COPY OF THE

14  THE FILING, (WHICH GIVES NO NOTICE TO ME). I REQUEST THE

15  COURT SEND COPY THAT A.D.O.C. DOES NOT SEIZE, (SEE ATTACHED

16  NOTICE COPY & COMPLAINT (GRIEV.))

17                          SUBMITTED ON 8/14/15

18                          BY: [signature]        PRO SE

19                          PLAINTIFF, PRO SE (CLASS MEMBER)

20

21

22

23

24

25

26

27

28

4-C-608        Pages: NEF        SIGN:                         DATE: 8/11/8

**Brinkman 133444**

*FROM C/O MONTOYA AT 11.53hrs*
*DID NOT RECEIVE THE CONTENTS*

**From:** azddb_responses@azd.uscourts.gov [mailto:azddb_responses@azd.uscourts.gov]
**Sent:** Thursday, August 06, 2015 1:26 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Motion for Miscellaneous Relief

*No COPY ATTACHED*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 8/6/2015 at 1:26 PM MST and filed on 8/6/2015
**Case Name:**        Parsons et al v. Ryan et al
**Case Number:**    2:12-cv-00601-DKD
**Filer:**                 Anant Kumar Tripati
**WARNING: CASE CLOSED on 02/25/2015**
**Document Number:** 1489

**Docket Text:**
**MOTION to Re-Open for Fraud, MOTION to Intervene, MOTION to Hold Charles Ryan in Contempt, MOTION to Show Cause by non-party Anant Kumar Tripati. (4 pages) (REW)**

*COPY MISSING*

**2:12-cv-00601-DKD Notice has been electronically mailed to:**

Daniel Clayton Barr    DBarr@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com

Kathleen L Wieneke    kwieneke@swlfirm.com, kpenny@swlfirm.com, lpiasecki@swlfirm.com, mrosenberg@swlfirm.com

Michael Evan Gottfried    michael.gottfried@azag.gov, colleen.jordan@azag.gov, lucy.rand@azag.gov

Daniel Patrick Struck    DStruck@swlfirm.com, KOConnor@swlfirm.com, MMahler@swlfirm.com, MRosenberg@swlfirm.com

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| BRINKMAN ALBERT L | R93344 | LEWIS/RAST/4C608 | 8/9/15 |

| TO | LOCATION |
|---|---|
| CO III CRUCE | CO III's Admin. Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ON 8/7/15, CO III CRUCE, had CO II MONTOYA, BRING ME
A COURT E-FILING That CO III CRUCE HAD "CENSORED",
(BRINGING ME ONLY NOTICE OF A FILING, but NOT THE
FILING ITSELF, (DONE AT 11:53 hrs)) AND SO DENIED ME
PROPER LEGAL ACCESS TO THE COURTS, AND "CENSORED"
MY LEGAL MAIL. I NOTED THE PROBLEM ON THE
FILING RECEIPT, & EXPLAINED TO CO II MONTOYA AT THE
TIME. WHILE I ASSUME he RELAYED MY PROBLEM TO
CO III CRUCE, IT IS NOT POSSIBLE TO KNOW, AS NO
RESOLUTION CAME, (I NEVER GOT THE CENSORED COURT FILING)
AND AS CO III CRUCE NEVER WALKS THE PODS TO do THE
POLICY REQUIRED ROUNDS, TO be AVAILABLE I CANNOT
discuss IT with him TO LEARN IF MONTOYA did TELL him.
    This is A STAFF COMPLAINT AGAINST WARDEN MOODY,
AND LEGAL ACCESS MONITOR JULIA ERWIN, FOR ORDERING,
AND OK ALLOWING, MY LEGAL MAIL be CENSORED, (VIOLATING
MY due PROCESS, (NOTICE), COURT ACCESS, AND AS RETALIATION, VIOLATING THE
COURTS ORDER FOR E-FILING, FAILING TO PROPERLY TRAIN, & SUPERVISE
STAFF, AND ALLOWING THEM TO VIOLATE DEPT. ORDERS WITH TOTAL
IMPUNITY (IF THIS conduct IS NOT dIRECTLY ORDERED bY THE ABOVE)).
NOTE That, CO IV GANT dIRECTS, AND ENCOURAGES, POLICY VIOLATIONS
LIKE THIS, AS She TOO, does NOT WALK SO THINGS LIKE THIS CAN
BE discussed IN VIOLATION OF POLICY—SEE That GRIEV., AS TO
SUPPORT COMPLAINT here That moody dIRECTS THIS himSELF AS hIGH
ADMINISTRATORS WOULD NOT VIOLATE POLICIES WITH IMPUNITY IF
NOT dIRECTED bY THE WARDEN Moody himSELF

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 8/9/15 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14