Kim W. Kader
A-12 Mail Slot: 276228
4374 E. Butte Av
Florence, Az 85132-3100 USA

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

Victor PARSONS, et alii; and all others similarly situated, including Kim W. Kader; and Arizona Center for Disability Law,

Plaintiffs,

versus.

Charles L Ryan, Director, Arizona Department of Corrections (ADOC); et alii,

Defendants.

CV 12-00601-PHX-DJH

DECLARATION IN SUPPORT ON NON-COMPLIANCE AD HOC BY AFFIDAVIT OF KIM W. KADER

Kim W. Kader hereby declare:

The following affidavit is true and correct to the best of my knowledge, and declare under the penalty of perjury to events and my condition of infirmary stated therein, to wit:

## AFFIDAVIT

8/17/15

Ms. Kader for ACLU;

I am writing this to you, because you are in-charge of overseeing how ADOC and Corizon handle our medical needs. Since the winning of your lawsuit, we have not had our medical needs handled any more pro-fficiently or expediantly. Mostly because of one person!

Her name is Renee Hildebrand, and she is maybe a nurse? She dictates security protocol to CO's, and cheats inmates out of meds. She throws peoples meds away when ever she can, or she will take peoples meds because she don't want them to have them.

She has been seen on a dozen occasions to go into the med cart and take pills out and pop them. She refuses to give her whole name, so that anyone can write a grievance on her. I only found out by accident, and it seems that she has actually been kicked off of 5 or 6 other yards for the same kind of problems.

I know of at least six diabetics, that she has harrassed or caused to miss their meds and insulin. Now I know that a insulin dependent diabetic is not even supposed to miss their insulin at any time of day, but she will fall all over herself to make sure they do not get a thing they are supposed to.

I have seen her throw peoples meds on the floor and refuse to replace or change the way she does the delivery of AM & PM meds. ~~[scribbled out text]~~ These are only a small part of the problem with

<mark id="1" />Corizon and ADOC. To get any real help from medical, you have to be bleeding to death or dying. Even then you will be to sit and wait and they may get to you.

An inmate died of a heart attack about a month ago. He had gone to the health unit to get help and Hildebrand told him he was faking. He was sent back to his pod and put in a cell without anyone else to help if he had a problem. He had a heart attack and died because ADOC & Corizon do not do their jobs.

Unfortunately, I don't actually see you folks doing anything either. Yes, you have collected money for yourselves, but not from actually improving our medical situation in any way. You people did not even know you were being conned by ADOC when you came to investigate and inspect the health unit here at our Rynning Yard.

The Warden had people painting, cleaning, doing plumbing and electric and all kinds of other things for at least 5 days and nights before your own people got here. Corizon put on a magic show and you all fell for it hook, line, and sinker. I have never seen a fish get hooked so easily.

It seems a very big shame that in your haste to correct and collect, that you have forgotten what the true issue was, and that was health care in our prison system in Arizona. I can honestly say that it is a very large travesty that we can treat animals better than we treat our people in prison.

So now we are not allowed decent health care,



legal information access so we can fight our cases the correct way, we are not allowed half way edible food to eat, housing that has water, electric, and toilets that work properly without leaking, or even good air flow without mold and mildew getting blown out on us.

Heck, we don't have a chow hall with any air flow or any kind of cooling. The bug infestation in the chow hall and kitchen is beyond normal comprehension, if you are talking a major dump site.

I could get you about 300 signatures from this prison alone, but it would get me a new charge of instigating a riot or revolt. That would be a new 10 to 20 year sentence to add to the 65 I am fighting right now, plus it would cancel any chance of my getting any help fighting my case. I know I am not guilty, but in Arizona you are until you can prove that you are not.

I realize that this letter will probably be ignored and put aside, but I had to try any way. It is really amazing how crappy we treat our own kind in the United States of America. I have seen third world countries who do much better and with more kindness and christian ethics.

Prison reform in this country and states is deplorable and what runs the prisons seems to be the very worst of the criminals not caught and punished. They only seem to be in it for the money and valuables that they can steal from the inmates and the state itself. Amazingly, you never see a CO or a Warden get caught

or punished for the crimes they have comitted.
I have witnessed corruption and avarice on a scale so large that it boggles the mind. Well I guess I should stop this letter, because you and I know that you won't do anything about it anyway.

Respectfully,

Mr. Kim W. Kader 276228
Rynning, 5 D 116 L, ASPC/EYMAN
P.O. Box #3100
Florence, Arizona 85132

Kim W. Kader 8/17/15

P.S. To the Judge!
Sorry for the writing and spelling, but I am old and very infirmed. I can't write very good any more, but I still thought that I should!

KWK