

**FW: Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Declaration**

YAZZIE, DANA     to: PERRY, MERIAH,     Cindy Duca, ERWIN, JULIA     ,     08/26/2015 01:21 PM
prisoner@azd.uscourts.gov

Inmate KIM Kader 276228 located at Eyman Rynning UNIT

From: azddb_responses@azd.uscourts.gov [mailto:azddb_responses@azd.uscourts.gov]
Sent: Wednesday, August 26, 2015 10:50 AM
To: azddb_nefs@azd.uscourts.gov
Subject: Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Declaration

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 6 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

Notice of Electronic Filing

The following transaction was entered on 8/26/2015 at 10:50 AM MST and filed on 8/26/2015

Case Name:     Parsons et al v. Ryan et al

Case Number:     2:12-cv-00601-DKD
Filer:
WARNING: CASE CLOSED on 02/25/2015
Document Number:1491

Docket Text:
DECLARATION of Kim W Kader in Support on Non-Compliance Ad Hoc. (5 pages) (REW)

2:12-cv-00601-DKD Notice has been electronically mailed to:

Daniel Clayton Barr     DBarr@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com

Kathleen L Wieneke     kwieneke@swlfirm.com, kpenny@swlfirm.com, lpiasecki@swlfirm.com, mrosenberg@swlfirm.com

Michael Evan Gottfried     michael.gottfried@azag.gov, colleen.jordan@azag.gov, lucy.rand@azag.gov

Daniel Patrick Struck     DStruck@swlfirm.com, MMahler@swlfirm.com, MRosenberg@swlfirm.com

David Cyrus Fathi    dfathi@npp-aclu.org, cregnier@aclu.org, mrutahindurwa@aclu.org

Daniel Joseph Pochoda    dpochoda@acluaz.org, danpoc@cox.net, gtorres@acluaz.org

Rachel Love    rlove@swlfirm.com, arowley@swlfirm.com, mgiardina@swlfirm.com

Jose de Jesus Rico    jrico@azdisabilitylaw.org, cgoyette@azdisabilitylaw.org

Timothy James Bojanowski    tbojanowski@swlfirm.com, abartles@swlfirm.com,
epercevecz@swlfirm.com

Nicholas Daniel Acedo    NAcedo@swlfirm.com, swolford@swlfirm.com

Amelia Morrow Gerlicher    agerlicher@perkinscoie.com, docketPHX@perkinscoie.com,
kleach@perkinscoie.com

Kirstin T Eidenbach    kirstin@eidenbachlaw.com, dfreouf@perkinscoie.com

Jerica Lyn Peters    jpeters@perkinscoie.com, docketphx@perkinscoie.com,
mvanolffen@perkinscoie.com

John Howard Gray    jhgray@perkinscoie.com, docketPHX@perkinscoie.com, slawson@perkinscoie.com

Sarah Eve Kader    skader@azdisabilitylaw.org, rstarling@azdisabilitylaw.org

Asim Varma    avarma@azdisabilitylaw.org, emyers@azdisabilitylaw.org, phxadmin@azdisabilitylaw.org

Christian Watson Hancock    chancock@babc.com, mpalmer@babc.com

Ashlee B Fletcher    afletcher@swlfirm.com, abender@swlfirm.com

James Duff Lyall    jlyall@acluaz.org, gtorres@acluaz.org

Donald Specter    dspecter@prisonlaw.com

Sara Norman    snorman@prisonlaw.com

Corene T Kendrick    ckendrick@prisonlaw.com, edegraff@prisonlaw.com

Caroline N Mitchell    cnmitchell@jonesday.com, lwong@jonesday.com, mlandsborough@jonesday.com,
powens@jonesday.com

Alison Hardy    ahardy@prisonlaw.com

Amy B Fettig (Terminated)    afettig@npp-aclu.org

Anne Marie Orcutt    aorcutt@swlfirm.com, abender@swlfirm.com

John Laurens Wilkes    jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova (Terminated)    kmamedova@jonesday.com

Jennifer K Messina (Terminated)    jkmessina@jonesday.com

Lucy Marie Rand    Lucy.Rand@azag.gov, Barbara.Ratter@azag.gov, Susan.OQuinn@azag.gov

Taylor Lee Freeman     tfreeman@jonesday.com

Jacob Brady Lee     JLee@swlfirm.com, ARowley@swlfirm.com

Amir Q Amiri     aamiri@jonesday.com

Jessica Pari Jansepar Ross     jross@azdisabilitylaw.org, CGutierrez@azdisabilitylaw.org

Dara Levinson     daralevinson@jonesday.com

Brenna Lynne Durkin     bdurkin@azdisabilitylaw.org, rstarling@azdisabilitylaw.org

2:12-cv-00601-DKD Notice will be sent by other means to those listed below if they are affected by this filing:

Middle Ground Prison Reform(Terminated)
C/O Donna Leone Hamm
139 E Encanto Dr.
Tempe, AZ 85281

A McAdams
#63838
FLORENCE-AZ-EYMAN-ASPC-RYNNING
RYNNING UNIT
P.O. BOX 3100
FLORENCE, AZ 85132

Albert L Brinkman
#133444
BUCKEYE-AZ-LEWIS-ASPC-RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326

Anant Kumar Tripati
#102081
TUCSON-AZ-TUCSON-ASPC-MANZANITA
MANZANITA UNIT
P.O. BOX 24401
TUCSON, AZ 85734

Curt McDonnell(Terminated)
435 S Granite St., No. 16
Prescott, AZ 86303

Donna Leone Hamm(Terminated)
139 E. Encanto Drive
Tempe, AZ 85281

Eddie Cano(Terminated)
# 44306
FLORENCE-AZ-EYMAN-ASPC-SMU-I
SMU I UNIT
P.O. BOX 4000
FLORENCE, AZ 85132

Fox Joseph Salerno(Terminated)
#164490
STERLING-CO-STERLING-CF
STERLING CORRECTIONAL FACILITY
P.O. BOX 6000
STERLING, CO 80751

Greg Stanhope(Terminated)
#46210
FLORENCE-AZ-EYMAN-ASPC-BROWNING
BROWNING UNIT
P.O. BOX 3400
FLORENCE, AZ 85132

James Gilpin(Terminated)
#56752
FLORENCE-AZ-EYMAN-ASPC-MEADOWS
MEADOWS UNIT
P.O. BOX 3300
FLORENCE, AZ 85132

Johnny Lee Warren(Terminated)
064825
TUCSON-AZ-TUCSON-ASPC-WHETSTONE
4-A-40
WHETSTONE UNIT
P.O. BOX 24402
TUCSON, AZ 85734

Jonathan M Ploof(Terminated)
#194745
FLORENCE-AZ-EYMAN-ASPC-RYNNING
RYNNING UNIT
P.O. BOX 3100
FLORENCE, AZ 85132

Oldrich Fejfar(Terminated)
# 242332
FLORENCE-AZ-EYMAN-ASPC-SMU-I
SMU I UNIT
P.O. BOX 4000
FLORENCE, AZ 85132

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096393563 [Date=8/26/2015]
[FileNumber=13896939-
0]
[4622391f435e46f4485ad14640c5875b3d9470c9dd3f5437efe6c40e70135c1bc4
639195ba3d89dea0c161bbcf0e1c2c3ff39242fa78007947726260a5739779]]