Anant Kumar Tripati
#102081 HU1-3L
PO Box 24401
Tucson Az 85734

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 3 1 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

Victor Parsons et. al
Plaintiffs

vs

Charles Ryan et. al
Defendants

CIV12-00601-PHx DKD

Addition
Authority to Vacate for
Contempt Citation and Fraud

In Jones vs. Wainwright 2008 U.S. Dist Lexis 111585 *16 (July 7, 2008) the court states "Fraud upon the court" — embraces only that species of fraud which does or attempts to defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task adjudicating cases that are adjudicated.

<u>Ryan who was my complex warden and which I have had numerous conversation at the Florance-Eyman Complex</u>

① Has a history of entering in bad faith into settlements and once approved violating them. He and the ADOC never have the intent of following federal orders. This proof is in

Gluth vs Kangas, Taylor vs Arizona, Hook vs ADOC, Harris vs Cardwell, Casey vs Lewis, Arnold vs Lewis, and once Federal injunction by this court. The records in this case show a pattern of violation satisfying FRE 404 and 406.

(2) Ryan has no intention of changing ADOC policies to comply with Doc 1458 and 1185

(3) As a direct consequence of Ryan's failure the diet order of Sep 12, 2014 is not being implemented.

(4) Corizon is changing the diet in violation of measure 71, to comply with ADOC policy knowing the change violates ADOC policy

(5) My special needs orders and diet order (dtd 9-15-14, 8-28-14, 9-12-14) are not accurately scanned on AIMS violating measure 5.

(6) CoIV John Mattos refuses to file grievances in violation of measure 7, though ADOC policy requires all grievances filed.

(7) In violation of paragraph 12c I have not been offered colirectal cancer screening though I am 61 yrs old.

Contempt is the appropriate remedy for violation of a court order Salzen vs Evans 866 F2d 1313, 1314 (11th civ 1989) If defendant fails to take all reasonable steps to comply U.S. vs Conces 507 F3d 1028, 1043 (6th civ 2007).

Charles Ryan by not changing his policies, not ordering that the diets be provided, not ordering CoIV John Mattos to process all grievances has failed to "take reasonable steps to comply" and so is in contempt.

-2-

## Conclusion

Charles Ryan must be held in contempt and the judgement set aside.

Respectfully Submitted

_____
Anan Kumar Trapati

## Verification

I Anan Kumar Tripati under the penalty of perjury that the facts 1-7 are true and correct and I so can testify

_____
Anan Kumar Trapati
9-Aug-2015