RECEIVED ____ COPY

OCT 14 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY



RE: Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Affidavit

YAZZIE, DANA   to: Cindy Duca, 'Cindy_Duca@azd.uscourts.gov', ERWIN, JULIA,   10/14/2015 03:40 PM

Follow Up:   Normal Priority.

History:   This message has been forwarded.

ADC NO: 276228  NAME: KADER, KIM W.
************LOC: A37 ASPC-E RYNNING CLOSE
Eyman COMPLEX

From: azddb_responses@azd.uscourts.gov [mailto:azddb_responses@azd.uscourts.gov]
Sent: Wednesday, October 14, 2015 3:03 PM
To: azddb_nefs@azd.uscourts.gov
Subject: Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Affidavit

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

Notice of Electronic Filing

The following transaction was entered on 10/14/2015 at 3:02 PM MST and filed on 10/14/2015

Case Name:   Parsons et al v. Ryan et al
Case Number:   2:12-cv-00601-DKD
Filer:
WARNING: CASE CLOSED on 02/25/2015
Document Number: 1494

Docket Text:
AFFIDAVIT of Kim W. Kader filed by non-party (5 pages). (KGM)

2:12-cv-00601-DKD Notice has been electronically mailed to:

Daniel Clayton Barr    DBarr@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com

Kathleen L Wieneke   kwieneke@swlfirm.com, kpenny@swlfirm.com, lpiasecki@swlfirm.com, mrosenberg@swlfirm.com

Michael Evan Gottfried   michael.gottfried@azag.gov, colleen.jordan@azag.gov, lucy.rand@azag.gov

Daniel Patrick Struck   DStruck@swlfirm.com, MMahler@swlfirm.com, MRosenberg@swlfirm.com

David Cyrus Fathi   dfathi@npp-aclu.org, cregnier@aclu.org, mrutahindurwa@aclu.org

Daniel Joseph Pochoda   dpochoda@acluaz.org, danpoc@cox.net, gtorres@acluaz.org

Rachel Love   rlove@swlfirm.com, arowley@swlfirm.com, mgiardina@swlfirm.com

Jose de Jesus Rico   jrico@azdisabilitylaw.org, cgoyette@azdisabilitylaw.org

Timothy James Bojanowski   tbojanowski@swlfirm.com, abartles@swlfirm.com, epercevecz@swlfirm.com

Nicholas Daniel Acedo   NAcedo@swlfirm.com, swolford@swlfirm.com

Amelia Morrow Gerlicher   agerlicher@perkinscoie.com, docketPHX@perkinscoie.com, kleach@perkinscoie.com

Kirstin T Eidenbach   kirstin@eidenbachlaw.com, dfreouf@perkinscoie.com

Jerica Lyn Peters   jpeters@perkinscoie.com, docketphx@perkinscoie.com, mvanolffen@perkinscoie.com

John Howard Gray   jhgray@perkinscoie.com, docketPHX@perkinscoie.com, slawson@perkinscoie.com

Sarah Eve Kader   skader@azdisabilitylaw.org, rstarling@azdisabilitylaw.org

Asim Varma   avarma@azdisabilitylaw.org, emyers@azdisabilitylaw.org, phxadmin@azdisabilitylaw.org

Christian Watson Hancock   chancock@babc.com, mpalmer@babc.com

Ashlee B Fletcher   afletcher@swlfirm.com, abender@swlfirm.com

James Duff Lyall   jlyall@acluaz.org, gtorres@acluaz.org

Donald Specter   dspecter@prisonlaw.com

Sara Norman   snorman@prisonlaw.com

Corene T Kendrick   ckendrick@prisonlaw.com, edegraff@prisonlaw.com

Caroline N Mitchell   cnmitchell@jonesday.com, lwong@jonesday.com, mlandsborough@jonesday.com, powens@jonesday.com

Alison Hardy   ahardy@prisonlaw.com

Amy B Fettig (Terminated)   afettig@npp-aclu.org

Anne Marie Orcutt   aorcutt@swlfirm.com, abender@swlfirm.com

John Laurens Wilkes   jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova (Terminated)     kmamedova@jonesday.com

Jennifer K Messina (Terminated)     jkmessina@jonesday.com

Lucy Marie Rand     Lucy.Rand@azag.gov, Barbara.Ratter@azag.gov, Susan.OQuinn@azag.gov

Taylor Lee Freeman     tfreeman@jonesday.com

Jacob Brady Lee     JLee@swlfirm.com, ARowley@swlfirm.com

Amir Q Amiri     aamiri@jonesday.com

Jessica Pari Jansepar Ross     jross@azdisabilitylaw.org, CGutierrez@azdisabilitylaw.org

Dara Levinson     daralevinson@jonesday.com

Brenna Lynne Durkin     bdurkin@azdisabilitylaw.org, rstarling@azdisabilitylaw.org

2:12-cv-00601-DKD Notice will be sent by other means to those listed below if they are affected by this filing:

Middle Ground Prison Reform(Terminated)
C/O Donna Leone Hamm
139 E Encanto Dr.
Tempe, AZ 85281

A McAdams
#63838
FLORENCE-AZ-EYMAN-ASPC-RYNNING
RYNNING UNIT
P.O. BOX 3100
FLORENCE, AZ 85132

Albert L Brinkman
#133444
BUCKEYE-AZ-LEWIS-ASPC-RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326

Anant Kumar Tripati
#102081
TUCSON-AZ-TUCSON-ASPC-MANZANITA
MANZANITA UNIT
P.O. BOX 24401
TUCSON, AZ 85734

Curt McDonnell(Terminated)
435 S Granite St., No. 16
Prescott, AZ 86303

Donna Leone Hamm(Terminated)
139 E. Encanto Drive
Tempe, AZ 85281

Eddie Cano(Terminated)
# 44306
FLORENCE-AZ-EYMAN-ASPC-SMU-I
SMU I UNIT
P.O. BOX 4000
FLORENCE, AZ 85132

Fox Joseph Salerno(Terminated)
#164490
STERLING-CO-STERLING-CF
STERLING CORRECTIONAL FACILITY
P.O. BOX 6000
STERLING, CO 80751

Greg Stanhope(Terminated)
#46210
FLORENCE-AZ-EYMAN-ASPC-BROWNING
BROWNING UNIT
P.O. BOX 3400
FLORENCE, AZ 85132

James Gilpin(Terminated)
#56752
FLORENCE-AZ-EYMAN-ASPC-MEADOWS
MEADOWS UNIT
P.O. BOX 3300
FLORENCE, AZ 85132

Johnny Lee Warren(Terminated)
064825
TUCSON-AZ-TUCSON-ASPC-WHETSTONE
4-A-40
WHETSTONE UNIT
P.O. BOX 24402
TUCSON, AZ 85734

Jonathan M Ploof(Terminated)
#194745
FLORENCE-AZ-EYMAN-ASPC-RYNNING
RYNNING UNIT
P.O. BOX 3100
FLORENCE, AZ 85132

Oldrich Fejfar(Terminated)
# 242332
FLORENCE-AZ-EYMAN-ASPC-SMU-I
SMU I UNIT
P.O. BOX 4000
FLORENCE, AZ 85132

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096393563 [Date=10/14/2015]
[FileNumber=14091356

-0]
[018d6f3318064dea11f49726616dfe0cf743b739c46c8b4c93cc118eae4f1a072
b3aba2debdd9dab20c4679e1e53d934616bcb341662d373bea3935c8a32cbf2]]