Robert Joseph Benge #137719
Arizona State Prison Complex
Lewis/Bachman Unit
P.O. Box 3500
Buckeye, Arizona 85326
(623) 386-6160
Pro Se

1 of 40

☒ FILED        ☐ LODGED

**Oct 19 2015**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
District of Arizona

Robert Joseph Benge,
(An Individual Prisoner)
    Plaintiff,

    vs.

Charles L. Ryan, et al.,
        Defendant(s).

No. CV 12-601-PHX-DKD

CLASS MEMBER'S
MOTION REQUESTING
CLASS COUNSEL BE
ORDER TO COMPLY

Assigned to:
Hon. David K. Duncan
United States Magistrate Judge

COMES NOW, Robert J. Benge, Plaintiff ("Pro Se") an Inmate incarcerated within Arizona State Prison system since July 31, 1998, and Class Member in the above title case, Parsons v. Ryan, and hereby respectfully request this Court issue an Order for Class Counsel to Comply for the attached following reason(s).

Plaintiff Benge has been in contact with Prison Law Office in San Quentin, CA ie, Corene Kendrick, Attorney at Law, and her Assistant Megan Lynch with regards to his medical Health issues. Plaintiff Benge also wrote the Executive Director of the Prison Law Office, Attorney Donald Specter twice to No avail. On 02/18/15 when the settlement was agree upon I believe the aforemention lawyers were genuinely co-mmitted to helping myself. For whatever reason, they have fallen short this Court retains the power and the duty to enforce compliance. This Court must understand that plaintiff Benge does not have the option to go see another doctor as he is forced to live under ADC's & Corizon, LLC's control. Mr. Benge is legally blind and unable to wear his only hard contact lens due to his medications being stopped cold turkey. (SEE Exhibit 1) grievance, and letters from Prison Law Office dated 04/24/15 and 05/20/15. Not having the gabapentin prevents myself from functioning around the yard as the Keratoconus makes the contact lens intolerable. Not having the tramadol 300mg daily makes my cornea's, eyes hurt with continuous headaches.

3 of 40

(SEE Exhibit 2) Corneas are the most pain-sensitive tissues in the body, with sensor innervation over 400 times greater than that of most skin and even dozens of times more sensitive than our teeth or fingertips.

Without out a doubt ADC & Corizon, LLC defendants have failed to accommodate Benge's ADA disability (blindness daily pain) by denying him access to medications that for years were well-established as effective for his eyes/health conditions.

This court must observed that to prevail on an ADA claim, a plaintiff must show that (1) he is an individual with a disability; (2) he is otherwise qualified to receive the benefit of a public entity's services, programs or activities; (3) he was discriminated against or excluded or denied the benefits of such services, programs or activities and (4) the exclusion, denial or discrimination was due to his disability. McGary v. City of Portland, 386 F.3d 1259, 1265 (9th Cir 2004).

(SEE, Exhibit 3), Plaintiff Benge is classify as (ADA). He must write with his only good eye about (1) one inch from the paper that causes headaches eye strain.

The last response that Plaintiff received from the Prison Law Office was the return of his paperwork with a "Post-It" note saying that they could not assist him with an individual case.

This type of reply was very unprofessional, and from day one Plaintiff only wants them to assist him under Parsons v. Ryan. (SEE, Exhibit 4).

Plaintiff Benge has presented comp-elling incidences of demonstrated harm to the Prison Law Office. However, Plaintiff Benge cannot understand why his request have fallen on deaf-ears.

Mr. Donald Specter is a skilled and accomplished Attorney with a national reputation with respect to litigating these kinds of cases. I've read his backgrounds and experiences in other cases, and in other states. Mrs. Corene Kendrick is a gifted lawyer, a bright Attorney maybe one of California's brightest ones.

But, still I am a human being and I have rights., being stripped of virtually every means of self-protection and foreclosed my access to outside medical aid, Prison Law Office, nor this Court may not simply allow ADC & Corizon, LLC to let

5 of 40

"the state of nature take its course" Nonetheless, Plaintiff Benge will one day return to society and while today he may be at the "bottom of the social heap, he still has a human dignity.

In recognition of this fundamental principle, this Courts jurisprudence must be clear, while incarceration may extinguish or curtail many rights, the Eighth Amendment's protection against cruel and unusual punishment still retains it's "full force" behind prison doors.

The other issue that plaintiff Benge is asking this Court to order Class Counsel ("Prison Law Office") to comply with is, Plaintiff has requested twice by letter copies of the following Depositions:

A.

| Date | Deposition |
|------|-----------|
| 12.10.03 | Ben L. Shaw, Ph.D Deposition |
| 12.10.04 | Richard Pratt Deposition |
| 13.10.13 | Winfred D. Williams, M.D. Deposition |
| 12.09.19 | Richard H. Rowe, M.D. Depositi |
| 13.09.11 | Kathleen Campbell, RN Deposition |
| 13.10.10 | Vickie Bybee Deposition |

* Above Depositions are from Parsons v. Ryan Case, and Plaintiff requestes such for his own litigation purposes.

6 of 40

B. Plaintiff request copy of the National Association for the Advancement of Colored People (NAACP) of Maricopa County demand letter to Charles Ryan dated Sept 9, 2013 threatening to file a lawsuit against ADC.

C. A copy of Donald Specter's detailed demand letter to Charles Ryan describing the results of (PLO) investigation into ADC's conditions of confinement, and the profound shortcomings in ADC's delivery of medical, dental, and mental health care; Letter dated March 2012.

## CONCLUSION

For these reasons, Plaintiff's motion should be granted, and The Court needs to make clear that such tactics are reprehensible and will not be tolerated for such contumacious conduct.

The Prison Law Office should make Plaintiff's health and well-being a high priority, especially given that he's had "substantial weight loss" 42 pounds in 4 months, is alarming. (SEE, Exhibit 5).

DATED this 19th day of October, 2015.

Robert J. Benge
Pro Se

## CERTIFICATE OF SERVICE

7 of 40

I hereby Certify that on October 19, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system to the following CM/ECF registrants:

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com


Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Robert J. Benge
Plaintiff
Pro Se



8 of 40

# EXHIBIT 1

9 of 40



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

CHARLES L. RYAN
DIRECTOR

Inmate Name: <u>BENGE, ROBERT</u>          ADC No.: <u>137719</u>          Case No.: <u>L34-014-015</u>

Institution: <u>ASPC-LEWIS/BACHMAN</u>                    Date Received: <u>August 21, 2015</u>

I have reviewed your Grievance Appeal concerning the following: 1) the reply to your grievance was not consistent with policy timeframes; and 2) you request Baclofen, Tramadol and Gabapentin for pain management.

Your Grievance Appeal has been investigated including a review of medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1.  Although there was a two month delay between the time you wrote your medical grievance on 4/18/15 and the date it was received by Health Services staff on 6/19/15, we found that your grievance was responded to on 7/1/15 which is within the required time-frames.  Additionally, you were able to submit an appeal at the Director's level which has been investigated and is addressed through this response.

2.  You have been seen several times by medical staff for a number of health issues including your complaints of chronic right shoulder and left tibial pain. Over time, you were placed on various medications for pain management including Tramadol, Gabapentin, Ibuprofen, Venlafaxine and Indomethacin. During a provider evaluation of 3/25/15, the provider noted the following findings: a) you were ambulatory with a steady gait and symmetrical balance; and 2) the range of motion of your right shoulder was intact. A 4/7/15 x-ray revealed a <u>normal</u> right shoulder. On 5/1/15, the provider wrote that your Gabapentin blood level was undetectable; accordingly, your Gabapentin and Tramadol medications were put on hold. You were advised to use the ace wrap intermittently, rest the knee and continue with the recommended stretching exercises. The decision to prescribe or discontinue a medication or adjust its dosage is a clinical decision based on the prescriber's medical judgment. This is not an administrative decision or based on the dictates of the patient. You have been approved for an MRI of the spine and this procedure is in the process of being scheduled; you will be called once your appointment comes up. Appropriate management, if indicated, will be provided based on the results of this test and the provider's medical judgment.

3.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director                              9/21/15
                                                       Date

cc:   Facility Health Administrator, ASPC-Lewis
      C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS** (Meds)

**Inmate Grievance Appeal**     Medical Corizon, LLC

*(To be completed by staff member initially receiving appeal)*

10 of 40

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

Received by: COIII Pomeroy #4959
Title: COIII
Badge #: 4959
Date: 7/09/15

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Benge, Robert J. | 137719 | June 29, 2015 |

| Institution | Case Number |
|---|---|
| ASPC-Lewis/Bachman, 3C-2 | |

TO: ~~Richard Pratt~~ Charles Ryan, Health Director, Central Office

I am appealing the decision of Brenda Rojas, FHA for the following reasons:

I did not receive a response to my grievance only, my informal, and that reply was not consistent with policy time-frames. I currently have my appeal pending in the United States Court of Appeals for the Ninth Circuit Case No. 15-15438 Requesting Preliminary Injunction and a Temporary Restraining Order, SEE GF Supplement

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Robert J. Benge | June 29, '15 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | RECEIVED AUG 2 1 2015 HEALTH SERVICES |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Medical Corizon, LLC

11 of 40

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Benge, Robert J. | 137719 | Lewis/Bachman | L34-15-014 |

requesting the Court order Corizon Defendants and Arizona Department of Corrections ("ADC") Defendants Charles Ryan and Richard Pratt Provide specific medical care. Pain management Medications: (a) Baclofen 60 mg daily, (b) Tramadol 300 mg daily, and (c) Gabapentin 3200 mg daily. On May 4, 2015 Dr. Heller wrote RX's for all three and ("ADC"), ("Corizon") overrode the recommendation countless times made by my treating health care provider by "deliberately seeking out a contrary opinion. ("Corizon's") reasons for denying these medications are pretextual. This decision confirms that it's unlawful to deny essential treatment to me.

The Ninth Circuit has already ruled against ("ADC") and ("Corizon") in Parsons v. Ryan Case No. 13-16396 due to systemic failures in the provision of health care generally. These systemic shortcomings provide the 'glue' that unites my own claims. ("ADC"), ("Corizon") and it's employee's can no longer move in and out of Constitutional protections. This treatment is egregious and even more conscious-shocking.

| Signature | Date |
|---|---|
| Robert J. Benge | June 29th, 2015 |

INITIAL DISTRIBUTION - Corrective Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

302-7

**ARIZONA DEPARTMENT OF CORRECTIONS**
"*Medical Corizon, LLC*"

Inmate Grievance

Received By Peigne
Title COII
Badge Number 11459
Date 4/29/15

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

Inmate Name (Last, First M.I.) Benge, Robert J.
ADC Number 137719
Date 4/28/15

Institution/Facility ASPC- Lewis/Bachman
Case Number L34-15-014

To: Grievance Coordintor, Forward to Brenda Rojas, FHA

**Description of Grievance** (To be completed by the inmate)

"I did not receive a response to my informal dated 4/8/15." On information and belief HCP M. Louzon, NP has abruptly d/c inmates medications (Gabapentin & Tramadol) without any clinical explanation, other than lying in saying low therapeutic levels. This women d/c my own medication (Gabapentin 1800 mg daily) only after Dr Heller wrote increase to 1600mg twice daily. And only after she threw me out of her office on 3/25/15 as I mention filing a lawsuit. "SEE GF Supplement"→

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Request to see Dr. L. Malachinski or HCP M. Louzon, NP on providers-line, A.S.A.P. Reinstate the Gabapentin medication that's been well-established as effective for my health conditions. I know my way to the Federal Courts, and I could travel that road again!!!

Inmate's Signature Robert J. Benge
Date 4/28/15
Grievance Coordinator's Signature
Date 6/11/15

Action taken by _____  Documentation of Resolution or Attempts at Resolution.

Staff Member's Signature
Badge Number
Date

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement *"Medical"*

*(Meds abruptly d/c Gabapentin)  (?)*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Benge, Robert J. | 137719 | Lewis-Bachman | L34-15-014 |

it was on April 8th, 2015 that I was told my gabapentin 1800 mg daily was d/c. As a result, I've suffer unnecessary harm, withdrawal symptoms and recurrence of symptoms. At trial should I file a lawsuit I will demostrate through a wealth of evidence that Corizon, LLC have a policy and practice of not providing prisoners with the full course of their medication, not providing prisoners medication as prescribed or in a timely fashion, and inappropriately starting and stopping medication. These are specific and overarching systemic deficiencies, and these systemic shortcomings provide the "glue" that unites my claims against Corizon, LLC, HCP Louzon, NP, Brenda Rojas, FHA and Medical Director L. Malachinski.

I request that the gabapentin 1800 mg daily be reinstated, then increased to 1600 mg twice daily. On February 18th, 2015 Corizon, LLC/ADC promised in Federal Court to provide better health care. What's really going on?

| Signature | Date |
|---|---|
| Robert J. Benge | 04/28/15 |

SEE Continuation →

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Yellow - Inmate, Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/1/09

"Continuation Page 5"
"Medical"

Meds abruptly d/c Gabapentin (?) 2     14 of 40

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Grievance - GF Supplement

| Inmate Name (Last, First MI) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Benge, Robert J. | 137719 | Lewis-Bachman | L34-15-014 |

At no time was I diverting my medication to others, and given that the distributions are twice within six hours and then not again for 18 hours. I believe this as well impacted the level of gabapentin in my system. I am legally blind without my hard contact lenses, and I take the gab-apentin due to Keratoconus, "herpetic neuralgia". Not having this medication prevents me from functioning including wearing the Keratoconus lenses.

Dr. Warren Heller wrote the "RX" for Gab-apentin and he also wrote for Tramadol 300mg daily due to the pain that I experience. HcP Tucker, PA and HcP Louzon, NP both have refuse to follow Dr. Heller's recommendation, this is a failure to provide myself with minimally adequate health care. Unnecessary pain!!!      /// END ///

| Signature | Date |
|---|---|
| Robert J. Benge | 04/28/15 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Complaint - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7

15 of 40

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.):*<br><br>Benge,R | ADC #: 137719<br><br>Grievance Number:<br>L34-014-15 |
|---|---|

| Institution/ Unit / Housing:<br><br>LEWIS / BACHMAN | |
|---|---|

| From:<br><br>Brenda Rojas FHA | Location / Unit:<br><br>ASPC-Lewis/Corizon |
|---|---|

This is in response to your April 18, 2015 Inmate Grievance that was received by medical on June 19, 2015:

After careful review of your medical records according to the Gabapentin level drawn 4/2/2015 was less than 1 therefore the gabapentin was discontinued for noncompliance. Please not an outside specialist recommendation will be taken into consideration.  Clinical decisions and actions regarding health care services provided to you are the sole responsibility of  Corizon qualified health care professionals.

If you have any further concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

| Staff Signature: Brenda Rojas<br><br>Corizon Health Service Administrator | Date: 07/01/2015 |
|---|---|

Copy:  Institutional File      Copy:  Grievance Coordinator        916-2PF

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution:   Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Inmate Benge | 137719    3 C 2 |

| INSTITUTION/UNIT |
|---|
| Arizona State Prison Complex-Lewis-Bachman Unit |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| COIII A. Pomeroy | Bachman Programs |

This letter is sent in response to the 3 informal letters that you had submitted addressing your concerns about the medical practices within the department and also your medical issues.  On 5/21/2015 I spoke with Mrs. Erica Johnson via the telephone in regards to all of these issues.  Her directives/responses were as follows:

In regards to your request for the resignation of Dr. Malachinski,  this cannot be accomplished without proper investigation procedures being conducted.  She stated that they will investigate these allegations and proceed from there.

In regards to your shoulder pain complaint: your medical file states that you had an X-ray taken on the 7th of April,  you are now currently scheduled to see the provider.  Mrs. Johnson advises that you address your pain issues at that time.

In regards to your complaint involving the Gabapentin, Mrs. Johnson agains states that you are scheduled to see the provider and your concerns regarding the medication should be addressed at that time.

I have exhausted all efforts involving my assistance at this time.

| STAFF SIGNATURE COIII Pomeroy #469 | DATE *(mm/dd/yyyy)* 6/1/15 |
|---|---|

Distribution:    Original – Master File
Copy - Inmate

916-2(e)
5/14/12

17 of 40



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

| Complaints are limited to one page and one issue.   Please print all information. |
| --- |

ex Copy

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
| --- | --- | --- | --- |
| Benge, Robert J | 137719 | Lewis/Bachman | 4/8/15 |

| TO CO3 Pomeroy | LOCATION Bachman Dorm 3 |
| --- | --- |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I am trying to informally resolve the following medical problem." On April 8th, 2015 the pill call nurse, ("Mrs. Sanchez") advice me that my Gabapentin 1800 mg daily had been dis-continued ("cold turkey"). I take this med-ication for herpetic neuralgia, and the burn-ing in my left leg from untreated fracture tibia, ("Nerve damage"). On information and belief the Gabapentin was a/c due to ("Low Therapeutic Levels"). I must say there have been a couple occasion(s) when Pharmacy allow my meds to stop cold turkey due to no timely restock, I shouldn't be held blame-worthy for such. I believe ("Corizon") is reprisal against me for the lawsuit I filed in federal court 14-CV00402-PHX-DGC (BSB) must I suffer "withdrawal symptoms" due to their deliberate indifference?

| INMATE SIGNATURE   Robert J. Benge | DATE *(mm/dd/yyyy)* 4/8/15 |
| --- | --- |

My rights for fair and ethical medical treatment under law

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name: is fundamental for Corizon to recognize

I ask that the Gabapentin be restarted for my serious eye condition.

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-11(e)
12/12/13



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

## LEGAL MAIL

4/24/2015

Robert Benge, ADC 137719
Lewis - Bachman
P.O. Box 3500
Buckeye, AZ 85326

Dear Mr. Benge:

I write in response to your letter we received on 4/20/15. In your letter, you explain that you suffer from keratoconus and herpetic neuralgia for which you had received tramadol and gabapentin. You state that your gabapentin was recently discontinued and that you cannot use the contacts that you were given for the keratoconus without pain management for the neuralgia. You also reports consistent problems with medication distribution. I am glad to hear that you were given the contact lenses but sorry to hear that you cannot wear them and are not getting the pain management that you need.

In your letter, you say that your gabapentin was discontinued because of "low therapeutic levels." Does this mean that there was not enough gabapentin in your system and it appeared to staff that you had been diverting the medication? We understand that you get the distributions twice within six hours and then not again for 18 hours. Have you received a response to the HNR you enclosed with your letter? If you have not already done so, you should also submit a grievance about this problem. You should explain why you need the gabapentin and how not having it prevents you from functioning, including that you cannot use the contacts for keratoconus. You should also explain how the medication distribution times may have impacted the level of

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President •
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

gabapentin in your system.  Please send us copies of any responses you receive. We will review them to determine if we can assist you further under Parsons at that time.

I hope you are doing okay, Mr. Benge.  Take care.

Sincerely,

Megan Lynch
Litigation Assistant under Corene Kendrick

Enclosures: SASE;

20 of 40



## PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

## LEGAL MAIL

May 20, 2015

Robert Benge, ADC 137719
Lewis - Bachman
P.O. Box 3500
Buckeye, AZ 85326

Dear Mr. Benge:

I write in response to your letter we received on 5/12/15. Thank you for responding to our questions and sending us copies of the grievance you submitted. I am sorry to hear that you still are not receiving the gabapentin and tramadol.

In response to your letter, we requested a copy of your recent medical records. Unfortunately, it will likely take us at least a month to receive the records and then another few weeks to review them. We will review the records to determine if there is anything else we can do to help you under the Parsons case.

In the meantime, you should continue to submit your grievance to the next level until you have a Director's Level response. Please send us copies of the responses you receive. You should also use HNRs to report any changes in your vision to healthcare staff and to request

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President •
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

evaluation if/when you need it.  Again, please send us copies of any HNRs you submit.

I hope you are doing okay, Mr. Benge.  Take care.

Sincerely,

*[signature]* for ML

Megan Lynch
Litigation Assistant under Corene Kendrick

Enclosures: SASE;

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date:
Time:
Initials:

| | | |
|---|---|---|
| **Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial) | **ADC Number/Número de ADC** | **Date/Fecha** |
| Benge, Robert J. | 137719 | 4/9/15 |

| **Cell/Bed Number/Celda Número de Cama** | **Unit/Unidad** | **P.O. Box/Apartado Postal** | **Institution/Facility/Instalación:** ASPC |
|---|---|---|---|
| 3C-2 | Bachman | 3500 | Lewis |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below) **/AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My gabapentin 1800mg daily was d/c on 4/8/15 ie: low therapeutic levels? I believe ("Corizon") is reprisal towards me due to my pending lawsuit. I will demonstrate through a wealth of evidence at trial that Lewis Pharmacy staff allow my meds to stop cold turkey at the time of my blood drawn by not timely restocking the med

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero** R.J. Benge

cart. I shouldn't be held blameworthy. I am concerned about withdrawal symptoms. ("Corizon") Malachinski, Louzon should seek legal counsel.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

| **REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** | [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA |
|---|---|

[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

| Benge, Robert | 137719 | Bachman, 3C-2 | 04/21/15 |

| Melanie Louzon, NP | Location (Corizon) ASPC-Lewis Medical |

State clearly but completely the problem on which you desire assistance. Provide as many details as possible.

(30 of 39 (42)

# WARNING

## NOTICE OF CLAIMS

Mrs. Louzon, On information and beliefs, it has come to my attention that it was your decision to d/c my gabapentin 900 mg twice daily, (cold turkey).

    This action of yours was degrading, inhuman, punitive, unhealthy and dangerous.

    I've been sick and in pain for days due to withdrawal symptoms.

    I take this medication for herpetic neuralgia both eyes, it also helps due to nerve damage untreated facture tibia.

    While this missive is certainly not an accusation, you should consider yourself advised that this situation is considered a very serious matter, and one that will be pursued with diligence by the federal Courts. Should my gabapentin medication not

Inmate Signature   Joseph Benge

Date   04/21/15

Have YOU Discussed This With Institution Staff?   Yes   No

If yes give the staff member's name:

be reinstated immediately, you may want to seek legal counsel.

Distribution: Original - Master Record File
Copy - Inmate

918-1
5/14/12

                             Most Sincerely,



**Inmate Letter**

| Benge | Robert | 137719 | Bachman, 3C-2 | 4/22/15 |

To: Brenda Rojas, FHA    Location: Corizon Health, "Lewis",

(34 of 42)

State completely the problem on which you desire assistance. Provide as many details as possible.

Mrs. Rojas, HCP Louzon d/c my gabapentin 900 mg twice daily (cold turkey). Her reason was low levels? I'm a 44 yr old man who takes my meds as I should. She did this because I told her that I'll see her in Court upon my release 6 months from now!

She did this out of spite, this will be demonstrated at trial through a wealth of evidence. Mrs. Rojas, you're a ("RN"), therefore you know what constitutes abuse! Also, I've already establish a causal link with you through the "Thank you" card that I sent to you, you did respond to such. I ask that you reinstate my gabapentin medication, A.S.A.P. If not, you may want to seek legal counsel.

Inmate Signature: Most Sincerely, R. Joseph Benge    Date: 4/22/15

Have You Discussed This With Institution Staff? (Yes)   No

If yes, give the staff member's name: (Informal) HCP Louzon

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

Check the dates, I went 2 days without my meds (gabapentin) pharmacy didn't stock the cart, Low levels?

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| Benge, Robert | 137719 |

| Institution/ Unit / Housing: |
|---|
| LEWIS/ BACHMAN |

| From: | Location / Unit: |
|---|---|
| **Kataushia Thomas, AFHA** | ASPC-Lewis/Corizon |

This is a response to your **3.17.2015** Inmate Letter that was received by medical by on **3.18.2015**:

You have stated that the provider is not treating your condition properly and that you were prescribed an increase dose of medications by a specialist. After careful review of your medical documentation, records indicate that you're currently being treated, as appropriate per the providers' assessment. Please be advised that the provider reserves the right to prescribe medications based upon their assessment and outcome. When you are seen by a specialist their recommendations are taken into consideration. Please continue your current regimen as directed.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: *Kataushia Thomas, MSM AFHA* | Date: |
|---|---|
| K. Thomas | 4/3/15 |

Distribution:     Original - Inmate
          Copy: Institutional File Copy:  Grievance Coordinator          916-2PF

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| Benge, Robert | 137719 |

| Institution/ Unit / Housing: |
|---|
| LEWIS/ BACHMAN |

| From: | Location / Unit: |
|---|---|
| Kataushia Thomas, AFHA | ASPC-Lewis/Corizon |

This is a response to your **4.21.2015, 4.22.2015** Inmate Letter that was received by medical by on **4.23.2015, 4.24.2015**:

You have stated concern about your medication being discontinued. After careful review of your medical documentation, records indicate that you were informed at the time of your appointment, 3.25.2015 and 5.1.2015 the reason why Gabapentin has been discontinued. Please be advised that the provider(s) treatment decisions are based upon clinical documentation and physical assessment and they reserve the right to treat as appropriate.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: *Kataushia Thomas, MSM AFHA* | Date: |
|---|---|
| *K. Thomas* | 5/4/15 |

Distribution:     Original - Inmate
                  Copy: Institutional File Copy: Grievance Coordinator                  916-2PF

27 of 40



# 𝕬𝖗𝖎𝖟𝖔𝖓𝖆 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙 𝖔𝖋 𝕮𝖔𝖗𝖗𝖊𝖈𝖙𝖎𝖔𝖓𝖘

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

3.      During a doctor's visit of 8/7/12, appropriate medications were ordered for pain management. Your pharmaceutical records indicate you are currently receiving Baclofen and Ibuprofen which are appropriate for the management of your pain symptoms. You were also seen by an orthopedic surgeon on 11/15/12 at which time he noted that your x-rays showed a **healed** medial proximal tibial fracture

Page 1 of 2

# Exhibit D

28 of 40

EXHIBIT 2



ZOOM LENS   28-90mm

# MADE IN HIS IMAGE:

# A CAMERA MADE FROM LIVING TISSUE!

R A N D Y   J.   G U L I U Z Z A ,   P.E. ,   M.D.

Great photographers have an intuitive sense, coupling interesting subjects with a mastery over the mechanics of picture-taking such as exposure, lighting, focus, and depth of field. They pair one select lens to a sophisticated camera and meticulously adjust it for shutter speed, aperture size, and so forth. Similarly, our eyes have highly engineered components analogous to the camera's. However, our eyes are more like today's user-friendly preprogrammed cameras in that our eyes self-adjust. This enables us to swiftly scan a group of friends posing in front of the Teton Mountains and appreciate both near and far details. What parts help make our eyes so versatile?

When we stare closely into someone's eyes, the clear bulging structure covering about two thirds of the visible eyeball is the cornea. Most people may be surprised to know that our cornea, rather than our lens, is responsible for approximately 70% of light focus. A healthy cornea is similar to very fine, highly polished, optical-grade glass whose extreme smoothness and clarity enable distortion-free light to pass through it. We sense distortion when we look through the lesser-quality glass of a windshield or window and perceive, for example, bent or broken-appearing telephone poles.

The cornea's special material properties are formed by a combination of numerous smaller parts. The general protein fiber, called a *fibril*, that underlies a good portion of skin and bone is *collagen*. Collagen also makes up most of the human cornea. Throughout its composition, very specifically arranged fibrils allow the cornea's exceptional transparency. A cornea is only about as thick as six sheets of printer paper, but within that space are around 200 closely compacted layers of collagen fibrils with only the smallest amount of fluid



**Sectional Anatomy of the Eye**

*Figure 1. A cross-section through the anterior cavity of the human eye.*

Image credit: Copyright © 2014 Bioneer gallery, Wikimedia Emerald Medicine. Adapted for use in accordance with federal copyright fair use doctrine fair. Usage by it. It does not imply endorsement of copyright holder

between them. This dense, nearly dehydrated condition is made possible by a layer of cells on the inner side of the cornea. These cells actually possess pumps capable of transferring sodium ions out of the cornea. By pumping one ion out, a water molecule follows. This pumping action maintains the spacing of the fibrils at just the right distance so that light scattered by one fibril cancels out the scattered light of adjacent fibrils. Damage or disease to the critical inner cells causes fluid to accumulate between cornea fibrils, making the cornea blindingly opaque.

The outer layer of cornea cells are on the front line between the eye and a hostile world of dirt, sand, and even eyelashes. These contaminants could not only cut the cornea but could also abrade it so severely with blinking that blindness could result if the damage is left unattended. So, one smart way to make sure people don't ignore care for their eyes is to invest the outer layer of the cornea with so many sensory nerves that even small specks of dust are intensely painful. Corneas are likely the most pain-sensitive tissues in the body, with sensory innervation over 400 times greater than that of most skin and even dozens of times more sensitive than our teeth or fingertips.

Behind the cornea, as pictured in Figure 1, is the intensely colored iris. Purposed just like a camera's aperture, it adjusts the amount of light entering the eye through its round central opening—our pupil. The iris is designed to be opaque to light transmission. Multiple layers of tissue are intensely infiltrated with the same light-blocking protein *melanin* used to color our skin. Our eye color results from the outer layer's varying amounts and mixtures of one melanin type that absorbs most light and looks brown and black, or another type that reflects reds and yellows. The inner layers have only brown and black melanin.

> Corneas are likely the most pain-sensitive tissues in the body, with sensory innervation over 400 times greater than that of most skin and even dozens of times more sensitive than our teeth or fingertips.

The iris functions as a round curtain of tissue that dynamically opens and closes around a central hole. One elegant design secures that function by arranging two intrinsic muscles working in opposition to each other. A very small circular constrictor muscle is located just at the iris-pupillary margin. When its nerve becomes excited it constricts, resulting in a smaller circumference that closes the pupil. A series of muscles radiating away from the constrictor muscle – just like spokes on a bicycle wheel radiating away from the hub and toward the rim—serve to open, i.e. dilate, the pupil when they are excited. Both are under very elaborate neurological control to confer the rapid and exquisite manipulation of the pupillary opening. Because physicians can readily see pupillary responses to light, atypical responses may give clues as to the location of a vascular or neurological abnormality in the brain or head.

The lens is centered perfectly in line with the visual axis and suspended directly behind the pupil. The cornea and man-made lenses both have a fixed focus; however, the power of the eye's lens is adjustable in order to focus light exactly on the retina. Amazingly, the shape of the lens itself can be quickly changed from a large-diameter, discus-like shape for distance vision to a smaller-diameter, more powerful oval shape for near vision. A key component of the lens is a tough outer capsule that is filled with individual and precisely regimented proteins called *crystallins*. Crystallins align with each other by a flexible joint enabling them to conform to different shapes. A circular muscular element, part of the ciliary body, surrounds the lens. Hundreds of suspensory ligaments attach the lens to the capsule in a way very similar to how springs connect a circular trampoline fabric to its frame—except it is the muscle and not springs that changes shape. When we want to see something close, the muscle constricts and releases tension on the capsule so that it can bulge in the center. Just like an auto-focusing camera must have incredible programming—with sensors, feedback loops, and focus-adjustment actuators—our eye-brain combination fulfills the same function but in a much more elaborate and orchestrated way.

Remarkably, this is actually an extremely simplified description of these three components of our eye. The full anatomical and biochemical details are staggering in their complexity. Some human-engineered camera systems are technological marvels, but the ability of our eyes is exceedingly greater. That comparison helps us understand why the implied answer to God's rhetorical question in Isaiah 40:25—"To whom then will you liken Me, or to whom shall I be equal?"—is emphatically...no one.

**EXHIBIT 23**

THE UNIVERSITY OF
# ARIZONA
HEALTH SCIENCES CENTER

1801 N. Campbell Ave
Tucson, Arizona 85719
(602) 321-3677
(602) 321-3665 FAX

R. Joseph Benge
No.137719, 2A-22
A SPC-Lewis/Bachman
P.O.Box 3500
Buckeye, AZ 85326

June 26, 2013

RE: Robert Benge, MIS # 7897549

To Whom It May Concern:

This is a letter to verify that Mr. Benge has a history of keratoconus in both eyes, a progressive corneal thinning disorder which causes progressive myopic astigmatism. Visual rehabilitation for this condition is rigid gas permeable contact lenses and often corneal transplant surgery is required in advanced cases.

In 2009 the patient did have a corneal transplant for visual rehabilitation of the left eye. His post-operative course, however, was complicated by graft failure, corneal infection, and vascularized corneal thinning. This has left him with visual acuity in the left eye of count fingers only. Due to extensive corneal vascularization he is not a candidate for repeat corneal grafting.

Presently, the vision of the right eye with a rigid gas permeable contact lens is 20/60. He is now getting to the point where he can barely wear a rigid gas permeable contact lens comfortably and in fact, has developed chronic corneal epithelial breakdown underneath the contact lens centrally, due to the cone shaped deformity of the right cornea. This latter problem has led to significant pain as well as some decline in visual acuity. Due to the contact lens intolerance, there are times when he goes without a contact lens in his only good eye. The problem is his visual acuity without correction is 20/300 level, legally blind. This patient suffers from significant ocular morbidity related to his keratoconus. Due to this condition I feel that this patient is entitled to disability services.

Sincerely,

Millicent L. Palmer, M.D.
Assistant Professor
Cornea and External Disease
Department of Ophthalmology
Arizona Health Sciences

AZ DOC #075
COPIED

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Duty/Special Needs Order - Inmate Health**

| Date Issued | Expiration Date |
|---|---|
| 11/12/14 | 11/12/15 |

✔ **Check the Appropriate Category**

☐ Full Duty    ☐ Limited Duty    ☐ Non-Duty/No Work    ☐ Lay in/Confined to living quarters with bathroom privileges

## ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✔ Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ___ 10 ___ 20 ___ 50 ___ pounds
☐ No repetitive bending/twisting body part _____
☐ No repetitive motion to injured part Body Part ____
☐ No work reaching above the shoulder
☐ No operation of a motor vehicle
☐ No climbing _____ ladders _____ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments
☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

**Other Limitations of Daily Activity** (✔ Check only those that apply)

Yes = Inmate is able to    No = Inmate is unable to

| | | |
|---|---|---|
| ☐ Yes | ☐ No | Meals in Living Quarters |
| ☐ Yes | ☐ No | Field Activities _____ day(s)/week(s) |
| ☐ Yes | ☐ No | Walk Track |
| ☐ Yes | ☐ No | Sports Activities _____ day(s)/week(s) |
| ☐ Yes | ☐ No | Visitation |
| ☐ Yes | ☐ No | Other _____ |

**Additional Considerations**

Legally Blind - Porter to assist with Walking.

**Medical Property Issued**

ADA - Double tape Record with tapes

**Medical Property to be Returned to Clinic by:**

Care 4 Prong

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity
   Can sit _____ hours/day or consecutive hours
   Can stand _____ hours/day or consecutive hours
   Can walk _____ hours/day or consecutive hours
☐ Other Limitations/Considerations (Explain)
_____
_____

**Restrictions**

| 001 | CORRID |
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE - DIN |
| 007 | CLSE - BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

*(circled: 002 L BUNK, 005 NO STAIR, 010 ADA PRTR)*

**Medical Score - Circle One**    1   2   3   ④

**ADA**   ☒ Yes   or   ☐ No

**Provider Signature/Date** L. Ende NP-C   11/12/14

**Inmate Signature/Date**

Distribution:   White - Medical Record
    Canary - Unit Chief of Security
    Pink - Inmate

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Bemer, Robert | 137719 |
| Date of Birth | Facility/Unit |
| 9/11/70 | Lewis Bachman |

1101-60
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Duty/Special Needs Order - Inmate Health**

| Date Issued | Expiration Date |
|---|---|
| 12-15-09 | DURATION |

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility/Unit |
|---|---|---|
| BENGE ROBERT | 13?9 | BARCHET |

## ✔Check the Appropriate Category

☐ Full Duty  ☐ Limited Duty  ☐ Non-Duty/No Work  ☐ Lay In/Confined to living quarters with bathroom privileges

### Inmate Limited Duty *(check only those that apply)*

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐10 ☐20 ☐50 pounds
☐ No repetitive bending/twisting
    Body Part _____
☐ No repetitive motion to _____
    Body Part _____

### Other Limitations of Daily Activity *(✔ Check only those that apply)*

Yes = Inmate is able to    No = Inmate is unable to

☐ Yes ☐ No  Meals in Dining Hall/Area
☐ Yes ☐ No  Attend Schools/Programs
☐ Yes ☐ No  Field Activities _____ day(s)/week(s)
☐ Yes ☐ No  Sports Activities _____ day(s)/week(s)
☐ Yes ☑ No  Visitation  *Lower Bunk*
☐ Yes ☐ No  Other

### Work Capacity/Activity Limitations

☐ Other Limitations/Considerations *(Explain)*

### Additional Considerations

### Medical Property to be Returned to Clinic by:

| Provider's Name | Provider's Title |
|---|---|
| *Hope ___* | NP |
| Provider's Signature | Date |
| *___ NP* | |
| Inmate's Signature | Date |
| | 01-06-2010 |

9/9/15

Date: _____
Time: _____   35 of 40
Initials: _____

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Benge, Robert J. | 137719 | 8/11/15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3C-2 | Bachman | 3500 | Lewis |

**SECTION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)

**SECTION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My eyes hurt really bad, Dr. Heller wrote Rx's for Tramadol 300 mg Pain, Baclofen 60 mg eye lid spasms. I have chronic pain cornea graff x 2, can't wear contact lenses due to pain, dryness. Why haven't I seen Dr. Warren Heller yet?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: Robert J. Benge

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8/20/15 | 1500 |

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION
You are scheduled for Chronic Care

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8/20/15 | 1600 |

Distribution: White/Blanco - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date: | |
|---|---|
| Time: | 36 of 40 |
| Initials: | |

36 of 40

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Benge, Robert J. | 137719 | 9/9/15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3C-2 | Bachman | 3500 | Lewis |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia o ser cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental [X] Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today I seen Dr. Heller and he wrote several RX's, Tramadol 300mg, Gabapentin 1600mg, for Keratoconus, herpetic neuralgia. Baclofin 40mg for eye spasms, and Tylenol 3 for Pain "Sjogren's Syndrome", Scratchy, irritated sensation can cause Permanent eye/cornea damage. He included a note

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] requesting that prison staff follow his instructions. Please write these RX's.

| Inmate's Signature/Firma del prisionero |
|---|
| R.G. Benge |

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] RN | 9/11/15 | 1500 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Under review by provider

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 9/11/15 | 1600 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES
12/19/12

PRISON LAW OFFICE
Director: Donald Specter, Attorney at Law
General Delivery
San Quentin, CA 94964-0001

OAKLAND
CA 945
27 AUG '15
PM 5 L

Legal Mail

Robert Benge
ADC 137719
Lewis - Bachman, P.O. Box 3500
Buckeye, AZ 85326

85326030500

Mr. Benge,
We are sorry to hear about
your continued medical
problems. Unfortunately,
we cannot assist you
in regard to an individual
case.
—PLO

**EXHIBIT 4**

# EXHIBIT 5

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

HCP ("911")

Date:
Time:
Initials: 39 of 40

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Benge, Robert J. | 137719 | 7/15/15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3C-02 | Bachman | 3500 | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

The legacy of poor care under ADC and Wexford management has continued under Corizon, LLC. I am "tired" all the time, I've lost a lot of weight 29 Lbs in 3½ months. I had an Ultrasound & Mammogram on 4/6/15 due to enlarging mass on my Breast, recommended biopsy / CT Scan. I am in tremendous pain i.e., shoulder, arm, chest.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] Need oncology consult, ASAP!

Inmate Signature/Firma del prisionero R. Benge      I need medical attention, time could be of the essence.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

You are scheduled with medical director        Rec 9/9/15

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| E. Higginbotham RN | 7/16/15 | 1600   22:00? |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

HCP ("911")

| Date: | 39 of 40 |
| Time: | |
| Initials: | |

| Inmate Name/Nombre *(Last, First M.I.)(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Benge, Robert J. | 137719 | 7/15/15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3C-02 | Bachman | 3500 | Lewis 39 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* **X** Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Upon information and belief, ADC and Corizon, LLC do not have the capacity to respond to my medical needs. I am "fired" all the time with lightheadedness, dizziness. I've lost a lot of weight 29 lbs in 3½ months, ADC and Corizon have failed to provide an HIV test, Hep A, B, C test despite

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota, no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

four requests. Why this

Inmate's Signature/Firma del prisionero  disturbingly casual response to a life or death situation. Request to see HCP, ASAP

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMÁS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA **X** Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

You are scheduled with medical director

Rec 9/9/15

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| E. Higginbotham RN | 7/16/15 | 1600 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12