address) Arizona State Prison Complex - Lewis - Rast Max
PO Box 3600 - Rast Max
Buckeye, Arizona 85326

___ FILED ___ LODGE
___ RECEIVED ___ COPY

DEC 01 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | ~~ORDER~~ "MOTION" |
| Charles L. Ryan, et al., | |
| Defendants. | |

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Williams Jimmy | 721584 | 5 6 14 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 3 B 7 | SMU | | |

Time: _____
Initials: _____

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez.)]

**AREA OF INTEREST** (Check only one block below) / AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE): [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. NO AÑADA HOJAS.]

Will still [illegible] to have [illegible] done. However the cardiologist said he was going 2 Refer me to an outside cardiologist to have more test done + that was a year & 1/2 ago. (give or take) my heart is Really giving me problems. I've tried to take these blood pressure pills as Doc Recommended. I want to know what's up w/ my tests to be Done.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA: [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique)

Comments/Comentarios:
Provider line - chronic condition

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| J Shai LPN | 5/11/14 | 1300 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Williams, Jerry | ... | 10.13.2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | ...stal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3-D-47 | | | SMU 1 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez.)]

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Heart Has constantly been giving me problems (i.e. shortness of breath, strain, pressure to my heart, & water to brain. There's a sharpness to my spine) I have tried numerous times to "Relax" However this problem still accures. I would like tests done. If its not my Heart, its something causing these problems. THX.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios:
Refer to nurses line.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| MBlau | 10/13/14 | 1000 |

PLAN OF ACTION/PLAN DE ACCION
I/m seen on NL 10/15/14

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Blawson, RN | 10/15/14 | 0918 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod / Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| WILLIAMS, IRVIN | 218584 | 12.15.14 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3·D·47 | SMU·1 | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My Heart still Hurts (i.e. pressure, pain, sharpness) 3 weeks back the provider stated "its in my head" this isnt true my heart feels sharpness & feels as if its going to explode. I need proper medical attention plz.

Note: this is for my heart very serious, & I keep getting charged just for some lady to tell me its in my head

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee...

Inmate's Signature/Firma del prisionero: [signature]

---

**REFERRAL BY MEDICAL STAFF** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health ☐ Eyes ☐ Other

Comments/Comentarios:
Refer to NL

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| B. Lawson, RN | 12/18/14 | 0723 |

**PLAN OF ACTION/PLAN DE ACCION**

I/m seen on NL ∅ cardiac changes

| Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| B. Lawson, RN | 1/13/15 | 0756 |

1101-10ES 10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| WILLIAMS, JERMAN | 218684 | 1-5-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Bo Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3D47 | SMU 1 | | |

You are required to be truthful. Failure to be cooperative and any abuse the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My Heart continues to give me problems (IE shortness of breath, dizziness, pressure, strain, pain) the "Provider"/Doctor is not helping. Nor brought up my Heart on 12.30.14 she got "mad" & kicked me out. My Health is on the line & she cant help. May I please be seen. Also my heart file is not showing on computer whats up that

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee...

Inmate's Signature/Firma del prisionero: [signature]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros

Comments/Comentarios:
Refer to NC

Staff Signature Stamp/Firma del empleado: Blackburn RN
Date/Fecha: 1/5/15
Time/Hora: 1720

**PLAN OF ACTION/PLAN DE ACCION**

Signature Stamp/Firma del empleado: _____ Date/Fecha: _____ Time/Hora: _____

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| WILLIAMS, JVLYN | 218684 | 1-5-12-15 |

| Cell/Bed Number/Celda | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility: ASPC |
|---|---|---|---|
| BD47 | SMV | | 1 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): Medical/Médica [X] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other [ ]

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My Heart continues to give me problems (IE shortness of breath, dizziness, pressure, strain, pain) the "Provider"/Doctor is not helping. When I brought up my Heart on 12-30-14 she got "Mad" & kicked me out. My Health is on the line & she cant help. May I please get seen. Also my Heart file is not showing on computer whats up that

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

REFERRAL BY MEDICAL STAFF: Medical [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other [ ]

Comments/Comentarios:

Staff Signature Stamp | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp | Date/Fecha | Time/Hora

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/39/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre): WILLIAMS, JVLMN
ADC Number/Número de ADC: 218584
Date/Fecha: 1·5·15

Cell/Bed Number/Celda/Número de Cama: 3 D 47
Unit/Unidad: SMV 1
ox/Apartado Postal:
Institution/Facility/Instalación: ASPC

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Heart continues to give me problems (IE shortness of breath, Dizziness, pressure, strain, pain) the "Provider"/Doctor is not helping. Nur brought up my Heart on 12·30·14 she got "mad" & kicked me out, my Health is on the Line & she cant Help. May I please get seen also my Heart file is not showing on computer whats up. Thx

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify)(especifique) _____

Comments/Comentarios: Refer to NL

Staff Signature Stamp/Firma del empleado: Blauson RN
Date/Fecha: 1/8/15
Time/Hora: 1720

**PLAN OF ACTION/PLAN DE ACCION**
I/m Seen on NL 1/13/15 No cardiac changes

Signature Stamp/Firma del empleado: [illegible] RN
Date/Fecha: 1/13/15
Time/Hora: 0757

Distribution: White/Blanca - Health Unit/Unidad de Salud, Ca... k & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English... nslation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original e... ...nglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

P.O. B...

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

SCANNED

Date: _____
Time: _____
Initials: _____

## SECTION I

Inmate Name/Nombre (Last, First M.I.): Williams, Jeremy
ADC Number: 218584
Date/Fecha: 3.4.15
Cell/Bed Number: 3.B.6.13
Unit: Rast Max
Institution/Facility: ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION II

AREA OF INTEREST: ☐ Medical ☐ Dental ☒ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

THIS IS IN REGARDS TO MY "BLOOD PRESSURE" MEDICATION I USE TO GET "KOPS" NOW I HAVE TO WAIT ON NURSE, + THEY NEVER BRING EM. I NEED MY MEDS ON TIME + HAVENT BEEN GETTING MY MEDS. MAY I PLEASE GET MY BLOOD PRESSURE KOP SO I DONT HAVE TO WAIT ON THESE PEOPLE. I GOT KOPS B/FORE COMING HERE

[Margin note:] IT HURTS MY HEART EACH TIME I DONT GET MY PILLS. + TO HAVE HEART PROBLEMS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Mental Health ☒ Eyes ☐ Other

Comments/Comentarios:

Staff Signature Stamp: R Olsen RN
Date: 3/9/15
Time: 0640

## SECTION IV

PLAN OF ACTION: Pill Call nurse notified

Staff Signature: [signature] RN
Date: 3/9/15
Time: 0640

Distribution: White/Blanca - Health Unit, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

SCANNED

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| WILLIAMS, Jeremy | 218584 | 3.4.15 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility: ASPC |
|---|---|---|---|
| 3.B.6.13 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below)
[X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

CHRONIC CARE) My LIVER HURTS BAD & is SHOOTING SHARP PAINS, MY ENZIMS HAVE been going up I need proper test Done please

Inmate's Signature/Firma del prisionero: [signature]

**REFERRAL BY MEDICAL STAFF** [X] Medical/Médica  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

Comments/Comentarios:

Staff Signature: K. Olsen RN     Date: 3/9/15     Time: 0640

**PLAN OF ACTION/PLAN DE ACCION**

Saw on nurse line; labs ordered

Staff Signature: K. Olsen RN     Date: 3/13/15     Time: 0948

Distribution: White/Blanca - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

386 18

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| William, Jeremy | 286541 | 6-21-15 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [✓] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I would like to know why I Have not saw medical for my heart I have Rapid Heart beat & 3 bloody noses a day I need help & now I Have not Done nothing may I plz get help

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting...

Inmate's Signature: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF:** [✓] Medical [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other

Comments:

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| J.Caffey RN | 7/10/15 | 0830 |

**PLAN OF ACTION/PLAN DE ACCION**

Seen by provider 6/29/15 for chronic care which included heart

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| J.Caffey RN | 7/10/15 | 0830 |

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Williams Jimmy | 286624 | 6-21-15 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I would like to for [illegible] I have not seen medical for my heart I have rapid heart beat + 3 bloody noses a day I need help to your Have not done nothing may I plz get help

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee for the visit that I am herein requesting...

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF:** [X] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other

Comments/Comentarios:

Staff Signature Stamp: J. Caffey RN    Date: 7/10/15    Time: 0830

**PLAN OF ACTION/PLAN DE ACCION**

Seen by provider 6/29/15 for Chronic Care and included heart

Staff Signature Stamp: J. Caffey RN    Date: 7/10/15    Time: 0830

Distribution: White/Blanca - Health Unit, Canary, Pink & Goldenrod - Inmate

1101-10ES
12/19/12