address ) Arizona Dept of Corrections - Florence
PO Box 3400 - SmuII - Browning Unit 1-D-40
Florence, Arizona 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | ~~ORDER~~ MOTION |
| Charles L. Ryan, et al., | |
| Defendants. | |

FILED ___ LODGE
✓ RECEIVED ___ COPY

DEC 01 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*Print on registered claim format being submitted*

I

Third party
Cynthia Steadmen
Johnathan C. Williams
   Vs
Carizon Services

case number / registered number
Date

While Housed under the department of correction Johnathan C Williams # #222798 D.O.B 12·31·1989 meet on 9·25·15 with Carizon Services providers and vendor for Arizona Department of correction Health Services At A.S.P.C. Eyman browning SMVII p.o. box 3400 Florence AZ 85132 for services regarding conflicted symthoms of coronary blockage or blood problems causing arteries to twitch from being to weak as if Having trouble carrying blood, Hard time breathing at nights or at halfmass causing Heart problems (Please see Attachments HNR) that could result into Heart faliure and death.

Carizon Services failed to administer a doctors order to be seen on 9·25·15 where a license doctor can meet with Johnathan C. Williams #222798 D.O.B 12·31·1989 s and administrate approperite treatment or Antibotic's and ministered for condition of life threatening symthoms. Johnathan C. Williams was placed in His cell on 9·25·15 where He was kept in inhumane conditions without treatment from 9·25·15 to Oct 21, 2015 where He is still kept and Hasn't been administered treatment, violating policy time fram to be seen His 8th Amendment, inhumane and unconstitution to not treat life threating symthoms and violating His federal rights under parson V. Ryan federal measurements to meet with the clients symthoms time fram and the measurement under parson V. Ryan effective Oct 14, 2012 (Please read measurement attachments) A complaint was filed with the department of correction by Johnathan C. Williams on 10·15·15 regarding the inhumane condition (Please see Attachment) ON which the department

of Corrections Correctional officer CO III Taylor responed that the department of correction was unable to resolve the complaint submitted (please see Attachments) and unresolve such of a complaint at that level The approperite next step to be tooken is sueing Carizon Service vendors for the department of corrections Health services in the amount of no less of fifty thousand dollars $50,000 to be payd out to third party (mother) and the client Johnathan C. Williams for violating His 8th Amendment, Keeping him in inhumane conditions and not administering treatment for life threating symthoms and for violating his federal rights under parson V. Ryan, not meeting with federal measurements under parson V. Ryan, effective Oct 14, 2012 making this now a claim and suit since Arizona Department of Corrections couldn't resolve this...

X *Johnathan Williams*
  your signature

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Williams, Johnathon | 222798 |

**Institution/Unit**

ASPC-Eyman Browning

| From | Location |
|---|---|
| COIII Taylor | Able / Dog Clusters |

I am in receipt of your informal complaint dated 10/15/15 received on 10/15/15. You raise a concern regarding medical attention you have previously requested from medical with unsatisfactory treatment of issue.

After review of your complaint the following is being noted. As a Correctional Officer III I am not qualified or have the authority to diagnose, evaluate, schedule appointments, or give my opinion about an inmate's medical condition or treatment of any medical condition. I have no medical license nor have I had any specialized medical training in order to comprehensively address your medical issue.

Your complaint is out of my scope of authority to resolve.

At this time, your informal complaint will be considered unresolved at this level. You may now proceed to the next level of resolution.

**Staff Signature:** [signature]

**Date:** 10/15/15

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Williams Johnathan C | 222798 | SMU II Browning | 10·15·15 |

| TO | LOCATION |
|---|---|
| CO III · Mr. taylor | 1·D·40 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am now Fileing a informal complaint against Carizon Serivices/Medical that they are not ministering life threating injureys and pysical damages done in policy time from to administrate a doctors order to be seen For treatment For blood problems, arteries being to weak to carry blood causing them to twitch and Heart to beat at half mass that can result in death (Please read HNR Attachments) without ministering antibotices and proper treatment. causing it to go untreated and inHumane. I am now grieving and Fileing the complaint proccess as of 10·15·15... This does need a response letter back...

P.S. This is the second time where I was seen and not administerd treatment regarding this problem...

**INMATE SIGNATURE**  Johnathan Williams

**DATE (mm/dd/yyyy)** 10·15·15

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: Carizon provider

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 9/23/15
Time: SEP 22 [illegible]
Initials: KK

| Inmate Name/Nombre (Last, First M.I.) | ADC Number | Date/Fecha |
|---|---|---|
| Williams Johnathan C | 222798 | 9.23.15 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 1-D-40 | SMU II | 3400 | Browning Unit SMU II |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other (specify): Emergency

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My body has been lacking the need of an amount of sugar and the nutrients to function right I felt my arteries at times start twitching as if having trouble carrying blood as well as my heart when I go to workout I feel my blood flow as if its dull and lacking nutrients. I would like blood work to be tooken and a printout to see if its meeting with the approperite measure This is the second time I've came to Carizon Services regarding this issue and need the apperite action tooken

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: Johnathan Williams

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

REFERRAL BY MEDICAL STAFF: [ ] Medical [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other (specify): _____

Comments:

Staff Signature Stamp | Date | Time

**PLAN OF ACTION/PLAN DE ACCION**

Seen on Nurse Line 9/25/15    Sent to provider for review

Staff Signature Stamp | Date: 9/25/15 | Time: 1236

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Williams Johnathan C | 222798 | SMU II | 9-25-15 |

| To | Location |
|---|---|
| Medical Records | 1-D-40 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I was seen today on 9-25-15 for a nurse Assesment regarding the on going issue of Heart problems, bloodflow and My arteries twitching almost as if having trouble carrying blood. I ask for documentation based on the assesment made today on 9-25-15 to have for future treatment and was refused one and told so by Your provider that I would have to recieve one through your department medical records to recieve A copy of the Assesment and conclusion. Can I please recieve one on today's Assesment 9-25-15 thats on Electronic file or a copy of todays Assesment and conclusion I highly appericiate it for your time and efforts and have a great day

P.S. This Does need a response letter back with this attachment regarding this" issue....

9/25/15 · You are not allowed copies of your Medical Records. You can review them by sending me an Inmate Letter requesting to review Medical Records
Thank You
L. Redmon
Lola Redmon, MRC

9-25-15 1143 Refer to medical records
C. Shawler

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 9-25-15 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No
If yes, give the staff member's name: Carrasco Provider

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12