IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has received several motions, some of which were filed by class members and some of which were filed by non-class members. The Court cannot accept motions from class members unless those motions come from counsel. In addition, the Court cannot accept motions in this case from non-class members who initiate separate lawsuits about their healthcare. Accordingly, all of these motions will be denied.

**IT IS ORDERED** denying Motion for Leave by Affected Third Party Plaintiff to File Petition for Rehearing filed by A. McAdams (Doc. 1482).

**IT IS FURTHER ORDERED** denying Motion for Info and/or Directions as Settlement and Monitors Not Apparent filed by Albert L. Brinkman (Doc. 1484).

**IT IS FURTHER ORDERED** denying Motion to Re-Open for Fraud, Motion to Intervene, Motion to Hold Charles Ryan in Contempt, Motion to Show Cause filed by Anant Kumar Tripati (Doc. 1489).

**IT IS FURTHER ORDERED** denying Motion for a Copy of Document 1489 filed by Albert L. Brinkman (Doc. 1490).

1        **IT IS FURTHER ORDERED** denying Motion for Counsel to Comply and for
2   Disclosure of Documents filed by Robert J. Benge (Doc. 1496).
3        These motions are denied without prejudice to their re-urging by counsel.
4        Dated this 8th day of January, 2016.

_____
David K. Duncan
United States Magistrate Judge