```
   ✓ FILED      ___ LODGED
   ___ RECEIVED ___ COPY

      JAN 21 2016

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

1-19-16

CV-12-601 PHX-U.S.D.C.

Judge

We have major Problem, I'm told Not to file HNR Health Needs Request or tickets will be written, I've been given 6 thus far all by Medical, I'm told to keep a list of My complaints and they will be taken 1 X Per Mo. Estelle V. Gamble,

Enclosed it is criminal, Tickets are given out Daily from Medical and Now in violation of A.D.O.C. Policy etc see 42 U.S.C. §§ 1985, 1986 Clear

Respectfully Your,

Dale Maisano
Dale Maisano

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv P 5.4
(Rule Number/Section)



# MEMO

**To:** **North Unit Inmates**

**From:** Jodie Clark, RN Supervisor    Clark, J RN RN Sup  /s/ JClarkRN

**Date:** January 11, 2016

**RE:** Pill Pass Window

In order to provide accurate, timely services to all inmates, staff must be allowed to focused on their assigned tasks/duties. The official duty of the nurse at the pill call window is to administer medications in a safe, accurate, and timely manner. **This is NOT the appropriate time to address your health care concerns.** If you have questions or concerns regarding medical issues or medications, please follow the proper procedure and submit an HNR (Health Needs Request).

**Please be advised that, effective Tuesday, January 12, 2016, any person asking questions regarding health care services at the pill call window will be subject to disciplinary proceedings** (A.R.S. 13-2402: Obstructing Staff, "Obstructing, delaying, or otherwise preventing staff from conducting official duties).

Thank you for your cooperation in this matter.

_/s/ Sandra Walker_    1/11/2016
Sandra Walker, Deputy Warden    January 11, 2016

ASPC Florence – North Unit

Dale Maisano 077877
Arizona State Prison Florence No.11 Un.1
P.O. Box 8000
Florence, Arizona 85132

Clerk of The U.S. Dist. Ct.
401 W Washington St. Spc. 1
Phoenix, Arizona 85003-2118

U.S. POSTAGE >> PITNEY BOWES
ZIP 85232 $ 000.48
02 1W
0001401542 JAN 19 2016

RECEIVED
JAN 21 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

ARIZONA DEPARTMENT OF
CORRECTIONS LEGAL MAIL

850032118 0037

A46 12-0601 PHX-USDC