UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO AFFORD REASONABLE ACCESS TO HEALTH AND VIDEO RECORDS** |

The Court having reviewed Plaintiffs' Motion to Compel Defendants to Afford Reasonable Access to Health and Video Records and the evidence submitted in support of the briefing, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED, and Defendants are hereby **ORDERED** to provide Plaintiffs and Plaintiffs' experts, remote online access to Defendants' health records, and to provide Plaintiffs with copies of the digital video recordings of "use of force" incidents prepared by Defendants from February 22, 2015 to the present, to monitor compliance with Maximum Custody Performance Measure # 9.

1    Defendants shall provide access to the health records and the digital video recordings by

2    April 1, 2016.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26