Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org
       bdurkin@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF ALISON HARDY IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO AFFORD REASONABLE ACCESS TO HEALTH AND VIDEO RECORDS** |

I, Alison Hardy, declare:

1. I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On December 2-4, 2015 and February 4-5, 2016, I toured ASPC-Tucson and ASPC-Yuma, respectively. At both prisons, my fellow plaintiffs' counsel and I were provided passwords and access to computer terminals that enabled us to review ADOC electronic health records.

3. Attached hereto as Exhibit 1 are true and correct copies of Donald Specter's January 19, 2016 letter to Lucy Rand requesting that plaintiffs' expert be provided access to ADOC's electronic health record, and the January 19, 2016 email transmitting the letter to defendants' counsel.

4. Attached hereto as Exhibit 2 are true and correct copy of the emails exchanged between Donald Specter and Lucy Rand on January 19, 2016, which were also copied to me and other counsel. Ms. Rand suggested that the parties consider "other options" regarding access to the health records.

5. On January 21, 2016, I had a telephone conference with Ms. Rand to discuss the issue of access to the health records. I explained plaintiffs' position that review of the health records in PDF format was unnecessarily burdensome. Ms. Rand proposed inserting "bookmarks" into the PDF records to facilitate navigation. I proposed that defendants investigate whether it would be possible to download a "mini-database" of health records that preserved the searchability and hyperlink functions found in the electronic health record.

6. Attached hereto as Exhibit 3 is a true and correct copy of the January 21, 2016 email from Ms. Rand to me explaining that Corizon staff indicated it would not be possible to create a mini-database of health records, but that she would attempt to contact the records vendor to explore the concept.

1  7. Attached hereto as Exhibit 4 is a true and correct copy of the January 21, 2016 email from Ms. Rand to Donald Specter and me, conveying a bookmarked health record, and explaining that it took 37 minutes to bookmark the 6,290 page record. Ms. Rand further explained that defendants would not commit to bookmarking additional records.

8. On January 21, 2016, I forwarded via email a copy of the bookmarked health record to plaintiffs' medical expert, Dr. Todd Wilcox. The following day, I had a telephone conversation with Dr. Wilcox in which he explained that the bookmarked record was not a significant improvement, as he was still required to scroll laboriously through various sections of the huge record in order to find records that, in the electronic record, are simply hyperlinked to each other.

9. On January 25, 2016, I had a telephone call with Ms. Rand in which she initially maintained that plaintiffs' experts could not have access to the online record because the health records contained confidential custody information. Ms. Rand acknowledged during the call, however, that she has her own password and access to the health records, and that she confirmed the health records do not contain confidential custody information. Ms. Rand also stated that it was not up to ADC that the electronic health records contained confidential custody information, and that defendants had no authority to provide access to the records, because the records belonged to their contractor, Corizon. She agreed to try, again, to contact the records system vendor to inquire about creating a "mini-database" of a subset of medical records.

10. Attached hereto as Exhibit 5 is a true and correct copy of the email that I sent to Ms. Rand on January 27, 2016 confirming our January 25, 2016 phone call. I explained that ADOC's contract clearly states that the medical records are the property of ADOC, not Corizon. I requested an update on her inquiry regarding the requested "mini-database," and asked that she advise whether defendants would provide access to the online record, or the mini-database, by the end of the following day.

11. Attached hereto as Exhibit 6 is a true and correct copy of Ms. Rand's January 28, 2016 email reply to me, indicating that defendants would not provide plaintiffs or plaintiffs' experts with access to the online record or a mini-database.

12. Attached hereto as Exhibit 7 is a true and correct copy of a June 14, 2014 letter from Timothy Bojanowski to David Fathi conveying use of force videos to plaintiffs' counsel.

13. Attached hereto as Exhibit 8 is a true and correct copy of the email exchange between the parties regarding production of the use of force video recordings between the dates of August 26, 2015 and December 1, 2015. I was copied as a recipient on these emails.

14. Attached hereto as Exhibit 9 are true and correct copy of six letters exchanged between the parties regarding production of the use of force video recordings, dated September, 18, October 23, November 11, 24 and 30, and December 1, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of February, 2016, in Berkley, California.

                                                  s/ Alison Hardy
                                                  Alison Hardy

**ADDITIONAL COUNSEL:**                    Donald Specter (Cal. 83925)*
                                                                Alison Hardy (Cal. 135966)*
                                                                Sara Norman (Cal. 189536)*
                                                                Corene Kendrick (Cal. 226642)*
                                                                **PRISON LAW OFFICE**
                                                                1917 Fifth Street
                                                                Berkeley, California 94710
                                                                Telephone:  (510) 280-2621
                                                                Email:   dspecter@prisonlaw.com
                                                                              ahardy@prisonlaw.com
                                                                              snorman@prisonlaw.com
                                                                              ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
 jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
 afettig@npp-aclu.org
 jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | Dara Levinson (Cal. 274923)* |
| | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone:  (415) 875-5712 |
| | Email:    cnmitchell@jonesday.com |
| 5 |           aamiri@jonesday.com |
| |           daralevinson@jonesday.com |
| 6 | |
| | *Admitted *pro hac vice* |
| 7 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 8 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 9 | 717 Texas Street |
| | Houston, Texas 77002 |
| 10 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 11 |           tfreeman@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 14 | **JONES DAY** |
| | 222 East 41 Street |
| 15 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 16 | Email:    kmamedova@jonesday.com |
| |           jkmessina@jonesday.com |
| 17 | |
| | *Admitted *pro hac vice* |
| 18 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 19 | *Stephen Swartz; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 20 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 21 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
          bdurkin@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Alison Hardy