Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,
Joshua Polson, and Charlotte Wells, on behalf of themselves and all
others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
         bdurkin@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF ELDON VAIL** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, ELDON VAIL, DECLARE:

1.      I am the former Secretary of the Washington Department of Corrections and have more than thirty-five years of experience in corrections.  Detailed information on my background and credentials has previously been provided to the Court.  See Expert Report of Eldon Vail, November 8, 2013 (Doc. 1104-7 (Ex. 14)).

2.      Since 2013 I have served as plaintiffs' corrections expert.  As part of my work in this case as the parties were preparing for trial, I reviewed a number of videos of use of force (UOF) by Arizona Department of Corrections (ADC) staff.  These videos were provided to me by plaintiffs' counsel, and I viewed them on the computer in my office.

3.      While I also reviewed ADC UOF policies, and the written documentation of individual UOFs, these videos were vitally important to gaining an understanding of ADC's UOF practices as they actually operate.  The videos often included important information that was absent from the written documentation – for example, the protracted delay in decontaminating a prisoner after the use of Oleoresin Capsicum (OC) spray; the fact that prisoners were improperly restrained in a position that can cause sudden death; the extent of bleeding from a prisoner injured by staff; and other behaviors that indicated a lack of appropriate staff training.  See Supplemental Expert Report of Eldon Vail, February 24, 2014 (Doc. 1104-7 (Ex. 16)), at 3-6.

4.      The Stipulation in this case imposes several requirements on the use of chemical agents like OC spray on prisoners who are classified as seriously mentally ill (SMI) or housed in certain units.  These include requirements that chemical agents be used only in cases of imminent threat (a term that is defined in the Stipulation) and shall not be based on passive resistance to placement in restraints or refusal to follow orders; that all controlled uses of force be preceded by a cool-down period, with clinical intervention by mental health staff; and that if it is determined that the prisoner does not have the ability to understand orders, chemical agents shall not be used without

authorization from the Warden or administrative duty officer.  Stipulation, ¶ 27.  The video recording provides the best evidence of what actually occurred in a UOF; therefore, the UOF videos will be critically important in assessing defendants' compliance or noncompliance with the Stipulation's requirements.

5.     My home and office are located in Olympia, Washington.  I bill plaintiffs' counsel for my work on this case, including travel time, at a rate of $150 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  17  day of February, 2016.


_____
ELDON VAIL

1

2    **ADDITIONAL COUNSEL:**                          Donald Specter (Cal. 83925)*
                                                       Alison Hardy (Cal. 135966)*
3                                                      Sara Norman (Cal. 189536)*
                                                       Corene Kendrick (Cal. 226642)*
4                                                      **PRISON LAW OFFICE**
                                                       1917 Fifth Street
5                                                      Berkeley, California 94710
                                                       Telephone:  (510) 280-2621
6                                                      Email:    dspecter@prisonlaw.com
                                                                 ahardy@prisonlaw.com
7                                                                snorman@prisonlaw.com
                                                                 ckendrick@prisonlaw.com

8                                                *Admitted *pro hac vice*

9                                                      Daniel C. Barr (Bar No. 010149)
                                                       Amelia M. Gerlicher (Bar No. 023966)
10                                                     John H. Gray (Bar No. 028107)
                                                       **PERKINS COIE LLP**
11                                                     2901 N. Central Avenue, Suite 2000
                                                       Phoenix, Arizona 85012
12                                                     Telephone:  (602) 351-8000
                                                       Email:    dbarr@perkinscoie.com
13                                                               agerlicher@perkinscoie.com
                                                                 jhgray@perkinscoie.com
14
                                                       Daniel Pochoda (Bar No. 021979)
15                                                     James Duff Lyall (Bar No. 330045)*
                                                       **ACLU FOUNDATION OF**
16                                                     **ARIZONA**
                                                       3707 North 7th Street, Suite 235
17                                                     Phoenix, Arizona 85013
                                                       Telephone:  (602) 650-1854
18                                                     Email:    dpochoda@acluaz.org
                                                                 jlyall@acluaz.org
19
                                                 *Admitted pursuant to Ariz. Sup. Ct.
20                                               R. 38(f)

21

22

23

24

25

26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (NY 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
               afettig@npp-aclu.org
               jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
               aamiri@jonesday.com
               daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
               tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org
              bdurkin@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:    jrico@azdisabilitylaw.org
              jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on February 22, 2016, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6                           Michael E. Gottfried
                            Lucy M. Rand
7                   Assistant Arizona Attorneys General
                      Michael.Gottfried@azag.gov
8                         Lucy.Rand@azag.gov

9                           Daniel P. Struck
                          Kathleen L. Wieneke
10                            Rachel Love
                          Timothy J. Bojanowski
11                         Nicholas D. Acedo
                           Ashlee B. Fletcher
12                           Anne M. Orcutt
                             Jacob B. Lee
13               STRUCK WIENEKE, & LOVE, P.L.C.
                         dstruck@swlfirm.com
14                      kwieneke@swlfirm.com
                         rlove@swlfirm.com
15                    tbojanowski@swlfirm.com
                         nacedo@swlfirm.com
16                      afletcher@swlfirm.com
                        aorcutt@swlfirm.com
17                         jlee@swlfirm.com

18                     *Attorneys for Defendants*

19
                              s/ Alison Hardy
20

21

22

23

24

25

26

27

28