IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has received two motions titled "Motion to Intervene to Enforce Stipulation" filed by class member Larry Joe Prince along with two "Requests to Enforce Stipulation." (Docs. 1504, 1505, 1510, 1511)  It appears that the two sets of filings are identical.

As relevant here, Prince alleges that he, along with similarly situated class members, was assigned to maximum custody without due process and in violation of the Stipulation filed in this case.  Prince further indicates that he has not received any response from his attempt to notify class counsel of this alleged violation and, as a result, is requesting to intervene in this matter.

It appears to the Court that Prince may have stated sufficient grounds to intervene under Federal Rule of Civil Procedure 24(a)(2).  *See also McNeil v. Guthrie*, 945 F.2d 1163, 1166 (10th Cir. 1991) ("Class counsel has a continuing duty to receive papers . . . . and make a decision on how to proceed.").  Accordingly, the Court will require the parties to further brief this matter.

**IT IS THEREFORE ORDERED** that Plaintiffs' Counsel will respond to Prince's Motion to Intervene by Friday March 4, 2016 indicating any action they have taken on Prince's Motion or intend to take.

**IT IS FURTHER ORDERED** that Defendants' Counsel may respond by March 11, 2016.

Dated this 24th day of February, 2016.

_____
David K. Duncan
United States Magistrate Judge