LARRY JOE PRINCE
ADOC# 058251
ASPC Eyman Browning
P.O. Box 3400
Florence, Arizona 85132

In Propria Persona



FILED ☒   LODGED ☐

**Feb 25 2016**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

VICTOR PARSONS, et al.,

    Plaintiff,

vs.

CHARLES L. RYAN, et al.,

    Defendants.

No. CV 12-00601-PHX-DJH

**MOTION TO INTERVENE TO
ENFORCE STIPULATION(DOC.1185)**

    Plaintiff to the class action party, Larry Joe Prince, having unsuccessfully sought assistance by class counsel, hereby respectfully requests the Court allow him to intervene to seek enforcement of the stipulation (Doc. 1185) in this cause of action, pursuant to Rule 24 of the Federal Rules of Civil Procedure, based on the following chronology of facts.

    On 10.14.2014 the stipulation in this case of action was filed (Doc.1185). At p.5, line 18, the parties stipulated that the "Defendant's shall comply with the maximum custody performance measures set forth in Exhibit D." The Defendant's implemented Director's Instruction 326 ("DI 326") for the curative measures in this cause of action. DI 326, 1.1, states that "Inmates shall be assigned to maximum custody pursuant to Department Order 801 ("DO 801"), Inmate Classification."

DO 801 requires that the DO 801-TM-OPS Objective Classification: Custody & Internal Risk Technical Manual shall be adhered to at all times. This is to be an objective process.

Plaintiff is a party to this action. On 2.18.2015 and 2.24.2015 this Court Ordered effectuation of the stipulation and that it retained power and jurisdiction to enforce stipulation.

On 8.22.2015 Plaintiff was transferred into his current maximum custody placement at ASPC Eyman Browning Unit. Plaintiff and all others similarly situated (minimum of 300 prisoners), are housed in maximum custody in violation of the stipulation. Plaintiff spoke with attorney's of the ACLU on 12.08.2015. Those attorney's advised Plaintiff to write David Fathi of the ACLU. Plaintiff did as instructed on 12.10.2015, and provided specific documentation to show the ongoing violations of the stipulation in this cause of action (specific due process violations within the DO 801 process). Plaintiff's family assisted in e-mailing the documents to all parties to this cause of action. Plaintiff's efforts have been ignored without good cause.

Therefore, Plaintiff comes before this Honorable Court to protect his interest within the claims stipulated in this cause of action and thus asks that he be allowed to intervene and argue his non-frivolous claim seeking righteous enforcement.

Respectfully submitted this 17th day of February, 2016.

Larry Joe Prince
In Propria Persona

This document has been electronically filed to the Court and all parties by ADC staff on the same date submitted above.

Larry Joe Prince

2

**Date:** Friday, December 18, 2015 1:23 PM
**From:** 
**To:** dfathi@npp-aclu.org
**Cc:** afettig@npp-aclu.org, aquereshi@npp-aclu.org, dspecter@prisonlaw.com, dstruck@swlfirm.com, dpochoda@acluaz.org, cnmitchell@jonesday.com, kmamedova@jonesday.com, jkmessina@jonesday.com, kcbrantley@jonesday.com, jrico@azdisabilitylaw.org, afletcher@swlfirm.com, rlove@swlfirm.com, skader@azdisabilitylaw.org
**Subject:** Re: Notice of ADC's non-compliance with Parsons v. Ryan

The attachment is being sent on behalf of Mr. Larry Joe Prince.

📎 Re. Notice of ADC's non compliance with Parsons v. Ryan.pdf