Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
         bdurkin@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **DECLARATION OF CORRINA REGNIER** |

I, CORRINA REGNIER, DECLARE:

1. I am currently employed full-time as a paralegal at the National Prison Project of the American Civil Liberties Union.

2. In my position as paralegal, I assist with my office's correspondence with *Parsons v. Ryan* class members.

3. Our office has a system by which we review and respond to all mail received from *Parsons v. Ryan* class members, summarized below:

   i. A staff member reviews each letter. Per an agreement with our co-counsel, the Prison Law Office, letters regarding medical care and dental care are forwarded to the Prison Law Office for their response.

   ii. All other mail is read by a staff member, who enters details, including the letter date and a summary of the letter, into a database.

   iii. After the letter is logged in the database, a response is formulated, reviewed, and mailed to the class member.

   iv. Electronic copies of all correspondence with class members, including letters from class members and responses from our office, are retained.

   v. Per our agreement, the Prison Law Office forwards class member mail to our office when that mail is primarily related to conditions in the isolation/maximum custody units or mental health care. These letters are processed in the same manner described above.

4. I have searched our records for a correspondence history with Mr. Larry Joe

Prince. We have no record of receiving a letter from Mr. Prince dated December 10, 2015. Our records do show that we received a letter from Mr. Prince dated January 5, 2016 and postmarked January 6, 2016, and that we responded to this letter on February 11, 2016.

5. After receiving notice on February 18, 2016 of Mr. Prince's February 17, 2016 filings, our office sent a letter to Mr. Prince on February 19, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of March, 2016.

_____

CORRINA REGNIER

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 2 | | Jamelia Morgan** |
| | | **ACLU NATIONAL PRISON PROJECT** |

ADDITIONAL COUNSEL:

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

1    Kirstin T. Eidenbach (Bar No. 027341)
     **EIDENBACH LAW, P.C.**
2    P. O. Box 91398
     Tucson, Arizona 85752
3    Telephone: (520) 477-1475
     Email:     kirstin@eidenbachlaw.com

4    Caroline Mitchell (Cal. 143124)*
     Amir Q. Amiri (Cal. 271224)*
     Dara Levinson (Cal. 274923)*
5    **JONES DAY**
     555 California Street, 26th Floor
6    San Francisco, California 94104
     Telephone: (415) 875-5712
     Email: cnmitchell@jonesday.com
7            aamiri@jonesday.com
             daralevinson@jonesday.com

8    *Admitted *pro hac vice*

9    John Laurens Wilkes (Tex. 24053548)*
     Taylor Freeman (Tex. 24083025)*
10   **JONES DAY**
     717 Texas Street
11   Houston, Texas 77002
     Telephone: (832) 239-3939
12   Email: jlwilkes@jonesday.com
             tfreeman@jonesday.com

13   *Admitted *pro hac vice*

14   Kamilla Mamedova (N.Y. 4661104)*
     Jennifer K. Messina (N.Y. 4912440)*
     **JONES DAY**
15   222 East 41 Street
     New York, New York 10017
16   Telephone: (212) 326-3498
     Email: kmamedova@jonesday.com
             jkmessina@jonesday.com

17   *Admitted *pro hac vice*

18   *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;*
19   *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua*
20   *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

21

22

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
    adietrich@azdisabilitylaw.org
    bdurkin@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

              s/ Amy Fettig