1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8  *others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   Brenna Durkin (Bar No. 027973)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
14         bdurkin@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
16

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD  **DECLARATION OF BRYAN PAPPAS** |

I, BRYAN PAPPAS, DECLARE AS FOLLOWS:

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I am the Computer and Security Consultant for the Prison Law Office, and am responsible for ensuring that the Office's server and computers are functioning properly and securely.

3. I have reviewed the declaration of Jacob Arthur, the Chief Information Security Officer for Corizon, and I believe it is likely that the Prison Law Office's network infrastructure either is now, or could be configured, to meet the security concerns that Mr. Arthur outlines to facilitate access to the eOMIS health record system.

4. Mr. Arthur raises concerns about antimalware, web connection security, enforced system encryption and firewalls on network connectivity. I can confirm that the Prison Law Office uses Industry Standard Malware and a robust Network firewall. Any computer that will be used to access defendants' health records could quickly and easily be upgraded to use Full Desk Encryption to satisfy the enforced system encryption. Web connection security must be provided by the website owner, not the Prison Law Office.

5. Mr. Arthur states that the ADC system has been designed with the assumption of certain "client-side security controls." Prison Law Office has robust security controls, and could upgrade as necessary, if provided a list of the client-side security controls that Corizon requires.

6. Mr. Arthur raises the issue of application control technologies. Application control is a security practice that blocks or restricts unauthorized applications from executing in ways that put data at risk. The control functions vary based on the business purpose of the specific application, but the main objective is to help ensure the privacy and security of data used by and transmitted between applications.

7. Application control is normally performed automatically and manually; the automatic controls are passive and centrally managed on the host's server(s), and manual controls should consist of predefined written policy, procedures and/or protocols (end user

awareness education). In order to confirm Prison Law Office's compliance, I would need to review Corizon's written policy/procedure/protocol.

8. The monitoring system currently in place should be able to monitor remote VPN user access just as it monitors local access.

9. I would be extremely surprised to learn that their system does not allow for the creation of remote VPN user accounts that are restricted to read-only access, as the technology to do that has existed for over a decade.

10. I am available to work with the Prison Law Office and their experts to ensure that their computers are properly configured to access Corizon's health care records system safely and securely.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2016.

BRYAN PAPPAS

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

|   |   |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 2 | Dara Levinson (Cal. 274923)* |
|   | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 4 | Telephone:  (415) 875-5712 |
|   | Email:    cnmitchell@jonesday.com |
| 5 |           aamiri@jonesday.com |
|   |           daralevinson@jonesday.com |
| 6 |   |
|   | *Admitted *pro hac vice* |
| 7 |   |
|   | John Laurens Wilkes (Tex. 24053548)* |
| 8 | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
| 9 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 10 | Telephone:  (832) 239-3939 |
|   | Email:    jlwilkes@jonesday.com |
| 11 |           tfreeman@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | Kamilla Mamedova (N.Y. 4661104)* |
|   | Jennifer K. Messina (N.Y. 4912440)* |
| 14 | **JONES DAY** |
|   | 222 East 41 Street |
| 15 | New York, New York 10017 |
|   | Telephone: (212) 326-3498 |
| 16 | Email:    kmamedova@jonesday.com |
|   |           jkmessina@jonesday.com |
| 17 |   |
|   | *Admitted *pro hac vice* |
| 18 |   |
|   | *Attorneys for Plaintiffs Shawn Jensen;* |
| 19 | *Stephen Swartz; Sonia Rodriguez; Christina* |
|   | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 20 | *Robert Gamez; Maryanne Chisholm;* |
|   | *Desiree Licci; Joseph Hefner; Joshua* |
| 21 | *Polson; and Charlotte Wells, on behalf of* |
|   | *themselves and all others similarly situated* |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

-4-

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org
             bdurkin@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org
             jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Alison Hardy