1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
   *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8  *others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   Brenna Durkin (Bar No. 027973)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
13 Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
14         bdurkin@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
16
                    UNITED STATES DISTRICT COURT
17
                        DISTRICT OF ARIZONA
18
   Victor Parsons; Shawn Jensen; Stephen Swartz;    | No. CV 12-00601-PHX-DKD
19 Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
20 Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **PLAINTIFFS' UNOPPOSED**
   Hefner; Joshua Polson; and Charlotte Wells, on     **MOTION TO FILE NON-**
21 behalf of themselves and all others similarly      **ELECTRONIC EXHIBITS**
   situated; and Arizona Center for Disability Law,
22                     Plaintiffs,

23          v.

   Charles Ryan, Director, Arizona Department of
24 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
25 Department of Corrections, in their official
   capacities,
26                     Defendants.

27

28

1    Pursuant to LRCiv 5.5(c) and Section II(K)(2) of the Electronic Case Filing

2    Administrative Policies and Procedures Manual for the District of Arizona, Plaintiffs

3    move this Court for leave to file the exhibits in support of their forthcoming Motion to

4    Enforce the Stipulation (the "Exhibits") in non-electronic format (by disc).  The Exhibits

5    are voluminous and uploading them to the Court's electronic site in 10 MB sections would

6    be extremely time-consuming and inefficient.  At the time Plaintiffs file the Exhibits non-

7    electronically, Plaintiffs will also file a Notice of Filing Non-Electronic Exhibits so that

8    the record reflects the filing.  Plaintiffs have discussed their request with Defendants, and

9    Defendants have no objection to Plaintiffs filing the Exhibits on disc.

10   Date:  March 30, 2016                    **PRISON LAW OFFICE**

11                                             By: *s/ Corene Kendrick*
                                                   Donald Specter (Cal. 83925)*
12                                                 Alison Hardy (Cal. 135966)*
                                                   Sara Norman (Cal. 189536)*
13                                                 Corene Kendrick (Cal. 226642)*
                                                   1917 Fifth Street
14                                                 Berkeley, California 94710
                                                   Telephone:  (510) 280-2621
15                                                 Email:    dspecter@prisonlaw.com
                                                             ahardy@prisonlaw.com
16                                                           snorman@prisonlaw.com
                                                             ckendrick@prisonlaw.com
17

18                                             *Admitted *pro hac vice*

19                                             David C. Fathi (Wash. 24893)*
                                               Amy Fettig (D.C. 484883)**
20                                             Jamelia Natasha Morgan (N.Y.
                                               5351176)**
21                                             **ACLU NATIONAL PRISON
                                               PROJECT**
22                                             915 15th Street N.W., 7th Floor
                                               Washington, D.C. 20005
23                                             Telephone:  (202) 548-6603
                                               Email:    dfathi@npp-aclu.org
24                                                         afettig@npp-aclu.org
                                                           jmorgan@aclu.org
25
                                               *Admitted *pro hac vice*.  Not admitted
26                                                in DC; practice limited to federal
                                                courts.
27                                             **Admitted *pro hac vice*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           aamiri@jonesday.com
           daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By:    *s/ Sarah Kader*
          Sarah Kader (Bar No. 027147)
          Asim Dietrich (Bar No. 027927)
          Brenna Durkin (Bar No. 027973)
          5025 East Washington Street, Suite 202
          Phoenix, Arizona 85034
          Telephone:  (602) 274-6287
          Email:    skader@azdisabilitylaw.org
                        adietrich@azdisabilitylaw.org
                        bdurkin@azdisabilitylaw.org

          J.J. Rico (Bar No. 021292)
          Jessica Jansepar Ross (Bar No. 030553)
          **ARIZONA CENTER FOR
          DISABILITY LAW**
          100 N. Stone Avenue, Suite 305
          Tucson, Arizona 85701
          Telephone:  (520) 327-9547
          Email:    jrico@azdisabilitylaw.org
                        jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

130420807.1