UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION TO FILE NON-ELECTRONIC EXHIBITS** |

This Court, having reviewed Plaintiffs' Unopposed Motion to File Non-Electronic Exhibits, finding good cause, and noting no opposition from Defendants, hereby **GRANTS** Plaintiffs leave to file the exhibits in support of their Motion to Enforce the Stipulation non-electronically on a disc and instructs Plaintiffs to file a Notice of Filing of Non-Electronic Exhibits in accordance with local rules.