LARRY JOE PRINCE
ADOC #058251
ASPC Eyman Browning
P.O. Box 3400
Florence, Arizona 85132

March 22, 2016

CLERK OF THE COURT
U.S. Federal District Court
401 West Washington St.
Phoenix, Arizona 85003

Re:   Parsons v. Ryan, et al., CV 12-00601-PHX-DKD

Greetings:

    I'm writing you in regards to the above case and my recent e-filings from the above address. It has been brought to my attention by Librarian Victor Ruboyianes that your office is refusing to acknowledge my filings and not responding as required by the District Court's e-filing instructions.

    I filed a Request for Leave to File Reply. I now know from an outside source the Court recognized it as Document 1519. This is not how the e-filing program is supposed to work. Your office failed to acknowledge by Notice of Electronic Filing. I then received the Court's Order of March 17, 2016 (Doc. 1522), via snail mail. By the District Court's Order I'm not to communicate with the Court via snail mail while in this facility and that I'm to receive all communication from the Court via electronic filings.

    Today I submitted a Motion for Reconsideration of Document 1522 by e-filing. Mr. Ruboyianes assured me you probably will not respond by Notice of Electronic Filing. He also advised me that your office returns the Notice of Electronic Filing for all other prisoner filings. Please advise me of the problems we are having in this matter so that I may take any effective action on this end to correct the matters mentioned above.

    Thank you for your time.

Sincerely,

Larry Joe Prince
sve/ljp

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: LARRY JOE PRINCE
ADC#: 058251
Arizona State Prison Complex
Unit: EYMAN
BROWNING
P.O. BOX 3400
City: FLORENCE  AZ  85132

LEGAL MAIL

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

PHOENIX AZ 852
23 MAR 2016 PM 4 L

CLERK OF THE COURT
U.S. FEDERAL DISTRICT COURT
401 WEST WASHINGTON STREET
PHOENIX, ARIZ 85003

RECEIVED
MAR 25 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003213099