1  Sarah E. Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
2  Rose A. Daly-Rooney (Bar No. 015690)
   **ARIZONA CENTER FOR DISABILITY LAW**
3  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
4  Telephone:  (602) 274-6287
   Email: skader@azdisabilitylaw.org
5         adietrich@azdisabilitylaw.org
          rdalyrooney@azdisabilitylaw.org
6  *Attorneys for Plaintiff Arizona Center for Disability Law*

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9

10  VICTOR PARSONS; SHAWN JENSEN;
    STEPHEN SWARTZ; DUSTIN BRISLAN;
11  SONIA RODRIGUEZ; CHRISTINA
    VERDUZCO; JACKIE THOMAS; JEREMY       No. CV 12-00601-PHX-DKD
12  SMITH; ROBERT GAMEZ; MARYANNE
    CHISHOLM; DESIREE LICCI; JOSEPH
13  HEFNER; JOSHUA POLSON; AND            **NOTICE OF SUBSTITUTION OF
    CHARLOTTE WELLS, ON BEHALF OF         COUNSEL WITHIN FIRM FOR
14  THEMSELVES AND ALL OTHERS             PLAINTIFF ARIZONA CENTER
    SIMILARLY SITUATED; AND ARIZONA       FOR DISABILITY LAW**
15  CENTER FOR DISABILITY LAW,

16                   Plaintiffs,

          v.

17  CHARLES RYAN, DIRECTOR, ARIZONA
    DEPARTMENT OF CORRECTIONS; AND
18  RICHARD PRATT, INTERIM DIVISION
    DIRECTOR, DIVISION OF HEALTH
19  SERVICES, ARIZONA DEPARTMENT OF
    CORRECTIONS, IN THEIR OFFICIAL
20  CAPACITIES,

                     Defendants.
21

22          PLEASE TAKE NOTICE THAT Rose Daly-Rooney of Arizona Center for Disability

23  Law will substitute as counsel of record Arizona Center for Disability Law in place of Brenna

24  Durkin Farrell (fka Brenna Durkin), who is no longer associated with the Arizona Center for

25  Disability Law.  Arizona Center for Disability Law and its attorneys Sarah Kader and Asim

26

                                          1

1    Dietrich continue to represent Plaintiff Arizona Center for Disability Law.  Ms. Daly-Rooney's

2    contact information is as follows:

3
                              Rose Daly-Rooney
                        Arizona Center for Disability Law
4                           177 North Church Avenue
                                  Suite 800
5                          Tucson, Arizona 85701
                           Telephone: 520-327-9547
6                    Email: rdalyrooney@azdisabilitylaw.com

7        DATED this 6th day of April, 2016.

8

9                                              /s/Rose Daly-Rooney
                                               Sarah E. Kader
10                                             Rose Daly-Rooney
                                               Arizona Center for Disability Law
11                                             177 North Church Avenue, Suite 800
                                               Tucson, Arizona 85701
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

 Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com
          daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street

New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

4

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells,
on behalf of themselves and all others
similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

Daniel C. Barr
Amelia M. Gerlicher
Kirstin T. Eidenbach
John H. Gray
Matthew B. du Mée
Jerica L. Peters
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com
jpeters@perkinscoie.com

1

2

3

4

5

6

David C. Fathi
Amy Fettig
Ajmel Quereshi
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

7

8

9

10

11

12

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
cnmitchell@jonesday.com
aamiri@jonesday.com
daralevinson@jonesday.com

13

14

15

16

17

John Laurens Wilkes
Taylor Freeman
**JONES DAY**
717 Texas Street
Houston, Texas 77002
jlwilkes@jonesday.com
tfreeman@jonesday.com

18

19

20

21

22

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
kmamedova@jonesday.com
jkmessina@jonesday.com

23

24

25

26

7

Kevin Brantley
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kcbrantley@jonesday.com

Daniel Pochoda
James Duff Lyall
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
dpochoda@acluaz.org
jlyall@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
wgeorge@prisonlaw.com

*/s/Melanie Montenegro*

8