IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORGER GRANTING PLAINTIFFS UNOPPOSED MOTION TO FILE NON-ELECTRONIC EXHIBITS** |

This Court, having reviewed Plaintiffs' Unopposed Motion to File Non-Electronic Exhibits (Doc. 1528), finding good cause, and noting no opposition from Defendants,

**IT IS HEREBY ORDERED** granting Plaintiffs' Unopposed Motion to File Non-Electronic Exhibits (Doc. 1528). Plaintiffs shall have leave to file the exhibits in support of their Motion to Enforce the Stipulation non-electronically on a disc and instructs

Plaintiffs to file a Notice of Filing of Non-Electronic Exhibits in accordance with local rules.

Dated this 7th day of April, 2016.

_____
David K. Duncan
United States Magistrate Judge