IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has received several documents from Inmate Larry Joe Prince, who is housed in the Browning Unit at ASPC-Florence. Most recently, Mr. Prince submitted a letter to the Court inquiring why he has received copies of Court Orders by mail as opposed to electronically. Mr. Prince is correct that inmates in the Browning Unit are subject to General Order 14-17, which requires electronic filing. Plaintiff, however, is not a party to this case and, as a result, may not be entitled to receive all documents filed in this action. Instead, Plaintiff will only receive documents that pertain to him.

As contemplated by GO 14-17, Mr. Prince must continue to file his documents electronically. But because he is not a party to this action, Mr. Prince will not receive an electronic notice (NEF) of the receipt of his documents and any order issued by the Court that pertains to Mr. Prince will be mailed to him by court staff.

Dated this 8th day of April, 2016.

_____
David K. Duncan
United States Magistrate Judge