1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING PLAINTIFFS'**
     behalf of themselves and all others similarly        **MOTION TO EXCEED PAGE**
11   situated; and Arizona Center for Disability Law,     **LIMIT**

12                    Plaintiffs,

13        v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
     capacities,
16
                      Defendants.
17

18        This Court, having reviewed Plaintiffs' Motion to Exceed Page Limit, and finding

19   good cause, hereby **GRANTS** Plaintiffs leave to exceed the page limit set forth in

20   LRCiv 7.2(e)(1) by 17 pages and instructs the clerk to file the lodged proposed Motion to

21   Enforce Stipulation.

22

23

24

25

26

27

28