**Index of Appendices to Declaration of**
**Todd R. Wilcox**

Appendix A:   Curriculum Vitae

Appendix B:   List of cases in which Todd R. Wilcox has been deposed and/or given trial testimony in the last two years

Appendix C:   List of documents reviewed by Todd R. Wilcox **[FILED UNDER SEAL]**

# APPENDIX A

# Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.

| | |
|---|---|
| ADDRESS: | 4760 S. Highland Drive, # 105<br>Salt Lake City, UT 84117<br>(385) 743-1744 |
| EMPLOYMENT: | **Chief Executive Officer**, Wellcon, Inc.<br>May 1996 to present<br><br>**Medical Director**, Salt Lake County Jail System<br>May 1996 to present<br><br>**Attending Physician**, After Hours Medical<br>August 2001 to present<br><br>**Senior Consultant**, Phase 2 Consulting<br>January 2003 to December 2009<br><br>**Medical Director**, Maricopa County Jail System<br>November 2004 to February 2006<br><br>**Attending Physician,** Wasatch Physician Services<br>July 1996 to January 2000<br><br>**Attending Physician**, State of Utah Department of Corrections<br>August 1997 to January 1999<br><br>**Staff Physician**, Salt Lake County Jail<br>June 1994 to May 1996 |
| EDUCATION: | M. B. A.<br>**University of Utah David Eccles School of Business**<br>    Salt Lake City, UT<br>    September 1996 to June 1998<br><br>Residency in Orthopaedic Surgery<br>**University of Utah**<br>    July 1993 to July 1996 |

      Internship in General Surgery
      **University of Utah**
          July 1992 to June 1993

      M.D.
      **Vanderbilt University School of Medicine**
          Nashville, TN
          August 1988 to May 1992

      B.S.
      **Duke University**
          Durham, NC
          Major:  Biological Psychology
          August 1984 to May 1988

**MEDICAL LICENSURE:** Utah
Arizona

**BOARD CERTIFICATIONS:** American Board of Urgent Care Medicine—certification by exam 2006, recertified by exam 2014

**ADVANCED CERTIFICATIONS:** American Academy of HIV Medicine—2009, 2013 recertified by exam
Advanced Certified Correctional Health Care Provider (CCHP-A)—certification by exam 2007, recertified 2015
Buprenorphine certified--2013

**FACULTY APPOINTMENTS:** Medical School Admissions Committee, University of Utah School of Medicine
Faculty Instructor, Correctional Crisis Intervention Team Academy, Salt Lake County, UT
Adjunct Instructor of Medicine, University of Utah School of Medicine
Adjunct Professor of Chemistry, Salt Lake Community College
Faculty Instructor, University of Utah School of Nursing

**PROFESSIONAL APPOINTMENTS:** President, American College of Correctional Physicians, 2015
Chairman, Physician Certification Committee, National Commission on Correctional Health Care, 2012-2013

|  |  |
|---|---|
|  | Board of Directors, National Commission on Correctional Health Care—Certified Correctional Healthcare Professional Board<br>Chairman, Electronic Medical Records Taskforce for the National Commission on Correctional Healthcare, 2002<br>Treasurer, Society of Correctional Physicians, 2012<br>Medical School Admissions Committee, University of Utah School of Medicine, 2012-13 |
| HONORS: | Medical Director for National Commission on Correctional Healthcare Facility of the Year, 2001<br>Angier B. Duke Memorial Scholarship<br>Boettcher Foundation Scholar<br>Jostens Foundation Scholar |
| PROFESSIONAL MEMBERSHIPS: | American Medical Association<br>American College of Emergency Physicians<br>American Jail Association<br>Society of Correctional Physicians<br>American Correctional Health Services Association<br>American Academy of Urgent Care Medicine<br>American Academy of HIV Medicine |
| CORRECTIONAL CONSULTING: | American Jail Association<br>National Institute of Corrections<br>California Department of Corrections<br>Maricopa County Correctional Health Care, AZ<br>Pima County Department of Institutional Health, Tucson, AZ<br>Santa Clara County Jail System, CA<br>Washington County Jail, UT<br>Utah County Jail, UT<br>Seattle-King County Jail System, WA<br>Mississippi Department of Corrections<br>National Commission on Correctional Healthcare |
| PUBLICATIONS: | Wilcox, TR.  Dealing with Orthopedic Hardware. *Corrdocs*.  Chicago:  Society of Correctional Physicians, Fall 2014.  17:3, 4-5.<br><br>Wilcox TR.  Critical Commandments in Correctional Health Care: Part 3. *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Fall 2013.  27:4, 16. |

Wilcox TR.  Critical Commandments in Correctional Health Care: Part 2.  *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Summer 2013.  27:3, 19.

Wilcox TR.  Critical Commandments in Correctional Health Care: Part 1.  *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Spring 2013.  27:2, 20.

Wilcox TR.  Developing an Effective Alcohol Withdrawal Protocol.  *Correctional Health Care Report*.  Civic Research Institute, Inc., May 2003:  49-50, 63-64.

Goble EM, Kane SM, Wilcox TR, Doucette SA.  Meniscal Allografts.  In:  McGinty JB, ed. *Operative Arthroscopy*.  Philadelphia:  Lippincott-Raven Press; 1996:  317-31.

Goble EM, Kane SM, Wilcox TR, Olsen RE.  Advanced Arthroscopic Instrumentation.  In:  McGinty JB, ed. *Operative Arthroscopy*.  Philadelphia:  Lippincott-Raven Press; 1996:  7-12.

Wilcox TR, Goble EM.  Indications for meniscal allograft reconstruction.  *American J of Knee Surgery* 9:  35-6, 1996.

Wilcox TR, Goble EM, Doucette SA.  Goble technique of meniscus transplantation.  *American J of Knee Surgery* 9:  37-42, 1996.

Goble EM, Downey DJ, Wilcox TR.  Positioning of the tibial tunnel for ACL reconstruction.  *J Arthroscopy*  12:  415-18, 1995.

Morris JA, Wilcox TR, Reed GW, et al.  Safety of the blood supply:  surrogate testing and transmission of hepatitis C in patients after massive transfusion.  *Annals of Surgery*  219:  517-26, 1994.

Wilcox TR, Morris JA, Green NE.  Case report:  Pediatric ankle fractures.  *Tennessee Medical Journal*.  85:  217-19, 1992.

Morris JA, Wilcox TR, Frist WH.  Pediatric organ donation:  the paradox of organ shortage despite the remarkable willingness of families to donate.  *Pediatrics*  89:  411-15, 1992.

                           Morris JA, <u>Wilcox TR</u>, Noreuil T, and Frist WH.  Organ donation: a university hospital experience.  *Southern Medical Journal* 83:  884-88, 1990.

                           Cogbill TH, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Conservative management of duodenal trauma:  a multicenter perspective.  *Journal of Trauma*  30:  1469-75, 1990.

                           Morris JA, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Post-traumatic renal failure:  a multicenter study.  *Journal of Trauma* 31:  1584-90, 1991.

                           <u>Wilcox TR</u>, contributing author to <u>The Admissions Essay</u> by Helen W. Power and Robert DiAntonio.  Lyle Stuart, Inc., Seacausus, NJ, 1987, pp. 116-7, 197, 206-8, 219-20.

PRESENTATIONS:  National Commission on Correctional Healthcare Jail Standards Course
Abdominal Pain
Chronic Disease Management in Correctional Facilities
Pain Management in Correctional Healthcare
Alcohol Withdrawal Syndrome
Drug Withdrawal Syndromes
Effective Correctional Medical / Mental Health Intake Screening
Endocrine Emergencies
Excited Delirium and Sudden In-Custody Death Syndrome
Hematologic Emergencies
Safe Restraint and Intensive Medical Management Practices
Medical Effects of Mental Health Medications
Neurological Emergencies
Effective Nursing Triage in Correctional Settings
Orthopedic Emergencies
Point of Care Laboratory in Correctional Healthcare
Managing Hypertension in Correctional Healthcare
Seizure Assessment and Treatment
How To Work Well with EMS
Effective Wound Care Practices in Correctional Healthcare
14-day Assessments in Corrections
Electronic Health Records for Institutional Medicine

EXPERT
PANELS:             Rand Corporation Expert for Modified Delphi Process to Determine Quality Measures for Correctional Healthcare—June 2009

|  |  |
|---|---|
|  | American Jail Association / National Institute of Corrections Expert for Mental Health in Jails Focus Group and National Satellite Broadcast—June 2009 |
| PATENTS: | United States Patent 5,681,289<br>Chemical Dispensing System<br>Issued October 28, 1997 |
|  | United States Patent 5,891,101<br>Chemical Dispensing System Methodology<br>Issued April 17, 1999 |
|  | United States Patent 5,895,375<br>Chemical Dispensing System Components<br>Issued April 17, 1999 |

# APPENDIX B

Expert Testimony List
Todd R. Wilcox, MD, MBA, CCHP-A

| Case | Date | Location | Topic | Role |
|---|---|---|---|---|
| Dawkins vs. CHS | 2012 | NJ | Psychosis / Use of Force | Defense expert |
| Turpen vs. Graham | 2012 | GA | Cancer | Defense Expert |
| Cady vs. Cumberland | 2012 | ME | Psychosis / PE | Defense Expert |
| Braillard vs. Maricopa County | 2012 | AZ | Diabetes | 30-b-6 Witness |
| Sumers-Eskridge vs. Kaschubeck et al. | 2012 | OH | HTN / Seizure / Intracranial Bleed | Plaintiff expert |
| Brooks v. San Joaquin County | 2012 | CA | Suicide | Defense Expert |
| Marcum vs. Scioto County | 2013 | OH | Status Asthmaticus | Defense Expert |
| Galambos vs. Cumberland | 2013 | ME | Psychosis / PE | Defense Expert |
| Siple vs. Columbia County | 2013 | GA | Hypertension | Defense Expert |
| Baires vs. USA | 2013 | CA | HIV | Defense Expert |
| Bornstein vs. Monmouth County | 2014 | NJ | Excited delirium | Defense Expert |
| Parsons vs. Ryan | 2014 | AZ | Medical Care System | Plaintiff Expert |
| Atencio vs. Arpaio | 2014 | AZ | Mental Health use of force | Plaintiff Expert |
| Hamilton vs. Lawrence County | 2014 | PA | Suicide | Defense Expert |
| Lauhoff vs. QCHC | 2015 | AL | Anemia | Defense Expert |

# APPENDIX C

# FILED UNDER SEAL

**Medical Records**

| Name | ADC # | Bates Range |
|---|---|---|
| ▮ | ▮ | ADCM228805-228843 |
| ▮ | ▮ | ADCM172133-172395 |
| ▮ | ▮ | ADCM122214-123242 |
| ▮ | ▮ | ADCM161610-161939 |
| ▮ | ▮ | ADCM016314-018204 |
| ▮ | ▮ | ADCM172396-173384 |
| ▮ | ▮ | ADCM080580-086332 |
| ▮ | ▮ | ADCM228844-229204 |
| ▮ | ▮ | ADCM229205-235757 |
| ▮ | ▮ | ADCM078869-080579 |
| ▮ | ▮ | ADCM107423-107851 |
| ▮ | ▮ | ADCM107852-108411 |
| ▮ | ▮ | ADCM161940-162747 |
| ▮ | ▮ | ADCM216734-218362 |
| ▮ | ▮ | ADCM070740-071207 |
| ▮ | ▮ | ADCM235758-242236 |
| ▮ | ▮ | ADCM108412-109505 |
| ▮ | ▮ | ADCM218363-221052 |
| ▮ | ▮ | ADC135785-136284 |
| ▮ | ▮ | ADCM018205-018346 |
| ▮ | ▮ | ADCM173385-173550 |
| ▮ | ▮ | ADCM038225-038815 |
| ▮ | ▮ | ADCM012575-012945 |
| ▮ | ▮ | ADCM109506-112411 |
| ▮ | ▮ | ADCM162748-163660 |
| ▮ | ▮ | ADCM242237-243959 |
| ▮ | ▮ | ADCM192975-193491 |
| ▮ | ▮ | ADCM243960-244810 |
| ▮ | ▮ | ADCM038816-039965 |
| ▮ | ▮ | ADCM039966-040270 |
| ▮ | ▮ | ADCM163661-168809 |
| ▮ | ▮ | ADCM244811-245916 |
| ▮ | ▮ | ADC136285-138542 |
| ▮ | ▮ | ADCM005564-005987 |
| ▮ | ▮ | ADCM011303-011322 |
| ▮ | ▮ | ADCM123243-125944 |
| ▮ | ▮ | ADC138542-138604 |
| ▮ | ▮ | ADCM018347-021607 |
| ▮ | ▮ | ADCM245917-247155 |
| ▮ | ▮ | ADCM068697-070608 |
| ▮ | ▮ | ADCM040271-041183 |
| ▮ | ▮ | ADCM071208-071314 |

| Name | ADC # | Bates Range |
|---|---|---|
| ▮▮▮ | ▮▮ | ADCM086333-086844 |
| ▮▮▮ | ▮▮ | ADCM041184-041346 |
| ▮▮▮ | ▮▮ | ADC138605-139677 |
| ▮▮▮ | ▮▮ | ADCM086845-089498 |
| ▮▮▮ | ▮▮ | ADCM247156-248609 |
| ▮▮▮ | ▮▮ | ADCM041347-042872 |
| ▮▮▮ | ▮▮ | ADCM112412-113310 |
| ▮▮▮ | ▮▮ | ADCM309580-310422 |
| ▮▮▮ | ▮▮ | ADCM248610-249387 |
| ▮▮▮ | ▮▮ | ADCM193902-194101 |
| ▮▮▮ | ▮▮ | ADC139678-145967 |
| ▮▮▮ | ▮▮ | ADCM139678-145967 |
| ▮▮▮ | ▮▮ | ADC418684-418743 |
| ▮▮▮ | ▮▮ | ADCM168810-169254 |
| ▮▮▮ | ▮▮ | ADCM195491-196718 |
| ▮▮▮ | ▮▮ | ADCM169255-169439 |
| ▮▮▮ | ▮▮ | ADCM042873-044565 |
| ▮▮▮ | ▮▮ | ADCM249388-250522 |
| ▮▮▮ | ▮▮ | ADCM021608-022311 |
| ▮▮▮ | ▮▮ | ADCM113311-113447 |
| ▮▮▮ | ▮▮ | ADCM339812 - 340383 |
| ▮▮▮ | ▮▮ | ADCM169440-170594 |
| ▮▮▮ | ▮▮ | ADCM071315-071566 |
| ▮▮▮ | ▮▮ | ADCM113448-113905 |
| ▮▮▮ | ▮▮ | ADCM022312-028179 |
| ▮▮▮ | ▮▮ | ADCM028180-029688 |
| ▮▮▮ | ▮▮ | ADCM028180-029688 |
| ▮▮▮ | ▮▮ | ADCM221053-224582 |
| ▮▮▮ | ▮▮ | ADCM089499-089861 |
| ▮▮▮ | ▮▮ | ADCM113906-116582 |
| ▮▮▮ | ▮▮ | ADCM011323-012531 |
| ▮▮▮ | ▮▮ | ADCM005988-006516 |
| ▮▮▮ | ▮▮ | ADCM006517-006883 |
| ▮▮▮ | ▮▮ | ADCM006884-007915 |
| ▮▮▮ | ▮▮ | ADCM007916-008902 |
| ▮▮▮ | ▮▮ | ADCM008903-009417 |
| ▮▮▮ | ▮▮ | ADCM009418-009857 |
| ▮▮▮ | ▮▮ | ADCM009858-010326 |
| ▮▮▮ | ▮▮ | ADCM010327-010718 |
| ▮▮▮ | ▮▮ | ADCM012532-012574 |
| ▮▮▮ | ▮▮ | ADCM224583-225728 |
| ▮▮▮ | ▮▮ | ADCM224583-225728 |
| ▮▮▮ | ▮▮ | ADCM116583-120632 |
| ▮▮▮ | ▮▮ | ADCM012946-014295 |

**Mortality Reviews**

| Name | ADC # | Bates Range |
|---|---|---|
| ███ | ███ | ADCM228171-228175 |
| ███ | ███ | ADCM225750-225753 |
| ███ | ███ | ADCM016310-016313 |
| ███ | ███ | ADCM173601-173605 |
| ███ | ███ | ADCM225754-225757 |
| ███ | ███ | ADCM228176-228179 |
| ███ | ███ | ADCM130866-130869 |
| ███ | ███ | ADCM196728-196731 |
| ███ | ███ | ADCM228180-228183 |
| ███ | ███ | ADCM225729-225733 |
| ███ | ███ | ADCM135399-135402 |
| ███ | ███ | ADCM071571-071574 |
| ███ | ███ | ADCM135403-135406 |
| ███ | ███ | ADCM120633-120636 |
| ███ | ███ | ADCM038217-038220 |
| ███ | ███ | ADCM225766-225769 |
| ███ | ███ | ADCM044566-044569 |
| ███ | ███ | ADCM120637-120640 |
| ███ | ███ | ADCM228184-228188 |
| ███ | ███ | ADCM071575-071578 |
| ███ | ███ | ADCM225734-225737 |
| ███ | ███ | ADCM038221-038224 |
| ███ | ███ | ADCM120641-120644 |
| ███ | ███ | ADCM120645-120648 |
| ███ | ███ | ADCM071567-071570 |
| ███ | ███ | ADCM225762-225765 |
| ███ | ███ | ADCM120649-120652 |
| ███ | ███ | ADCM196767-196770 |
| ███ | ███ | ADCM225738-225741 |
| ███ | ███ | ADCM225742-225745 |
| ███ | ███ | ADCM225746-225749 |
| ███ | ███ | ADCM120653-120656 |
| ███ | ███ | ADCM089866-089869 |
| ███ | ███ | ADCM228189-228192 |
| ███ | ███ | ADCM228193-228193 |
| ███ | ███ | ADCM225758-225761 |
| ███ | ███ | ADCM120657-120660 |
| ███ | ███ | ADCM071579-071582 |
| ███ | ███ | ADCM228197-228201 |
| ███ | ███ | ADCM120661-120664 |
| ███ | ███ | ADCM120665-120669 |

| Name | ADC # | Bates Range |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇ | ADCM135407-135410 |
| ▇▇▇▇▇▇▇ | ▇▇▇ | ADCM071583-071586 |
| ▇▇▇▇▇▇▇▇ | ▇▇▇ | ADCM089862-089865 |

**CGARs and CAPs**

| | |
|---|---|
| ADCM015872-015901 | February 2015 Douglas |
| ADCM015902-015963 | February 2015 Eyman |
| ADCM015964-016025 | February 2015 Florence |
| ADCM016026-016069 | February 2015 Lewis |
| ADCM016070-016119 | February 2015 Perryville |
| ADCM016120-016153 | February 2015 Phoenix |
| ADCM016154-016180 | February 2015 Safford |
| ADCM016181-016234 | February 2015 Tucson |
| ADCM016235-016268 | February 2015 Winslow |
| ADCM016269-016309 | February 2015 Yuma |
| ADCM036191-036981 | March 2015 Eyman |
| ADCM036887-036920 | March 2015 Douglas |
| ADCM036982-037043 | March 2015 Florence |
| ADCM037044-037098 | March 2015 Lewis |
| ADCM037099-037149 | March 2015 Perryville |
| ADCM037150-037182 | March 2015 Phoenix |
| ADCM037183-037206 | March 2015 Safford |
| ADCM037207-037262 | March 2015 Tucson |
| ADCM037263-037297 | March 2015 Winslow |
| ADCM037298-037344 | March 2015 Yuma |
| ADCM273956-273964 | March 2015 Eyman (REISSUED, REVISED) |
| ADCM274054-274085 | April 2015 Douglas (REISSUED due to DUPE BATES) |
| ADCM274086-274140 | April 2015 Eyman (REISSUED due to DUPE BATES) |
| ADCM274141-274206 | April 2015 Florence (REISSUED due to DUPE BATES) |
| ADCM274207-274270 | April 2015 Lewis (REISSUED due to DUPE BATES) |
| ADCM274271-274320 | April 2015 Perryville (REISSUED due to DUPE BATES) |
| ADCM274321-274360 | April 2015 Phoenix (REISSUED due to DUPE BATES) |
| ADCM274361-274388 | April 2015 Safford (REISSUED due to DUPE BATES) |
| ADCM274389-274444 | April 2015 Tucson (REISSUED due to DUPE BATES) |
| ADCM274445-274477 | April 2015 Winslow (REISSUED due to DUPE BATES) |
| ADCM274478-274524 | April 2015 Yuma (REISSUED due to DUPE BATES) |
| ADCM071732-071761 | May 2015 Douglas |
| ADCM071762-071827 | May 2015 Eyman |
| ADCM071828-071875 | May 2015 Florence |
| ADCM071876-071925 | May 2015 Lewis |
| ADCM071926-071971 | May 2015 Perryville |
| ADCM071972-072005 | May 2015 Phoenix |
| ADCM072006-072033 | May 2015 Safford |
| ADCM072034-072085 | May 2015 Tucson |
| ADCM072086-072115 | May 2015 Winslow |

| | |
|---|---|
| ADCM072116-072156 | May 2015 Yuma |
| ADCM196816-196818 | Submitted in 2015-05 - CGAR CAPS - Douglas |
| ADCM196862-196872 | Submitted in 2015-05 - CGAR CAPS - Lewis |
| ADCM196873-196875 | Submitted in 2015-05 - CGAR CAPS - Perryville |
| ADCM196876-196877 | Submitted in 2015-05 - CGAR CAPS - Phoenix |
| ADCM196878-196878 | Submitted in 2015-05 - CGAR CAPS  - Safford |
| ADCM199317-199358 | Submitted in 2015-05 - CGAR CAPS - Eyman |
| ADCM199359-199370 | CGAR CAPS - Florence, Tucson, Winslow, Yuma |
| ADCM120670-120701 | June 2015 Douglas |
| ADCM120702-120767 | June 2015 Eyman |
| ADCM120768-120822 | June 2015 Florence |
| ADCM120823-120876 | June 2015 Lewis |
| ADCM120877 -120924 | June 2015 Perryville |
| ADCM120925-120960 | June 2015 Phoenix |
| ADCM120961-120987 | June 2015 Safford |
| ADCM120988-121038 | June 2015 Tucson |
| ADCM121039-121068 | June 2015 Winslow |
| ADCM121069 -121110 | June 2015 Yuma |
| ADCM199371-199410 | June 2015 CGAR CAPS |
| ADCM135726-135784 | July 2015 Perryville |
| ADCM135411-135444 | July 2015 Douglas |
| ADCM135445-135501 | July 2015 Eyman |
| ADCM135502-135556 | July 2015 Florence |
| ADCM135557-135610 | July 2015 Lewis |
| ADCM135611-135641 | July 2015 Phoenix |
| ADCM135642-135672 | July 2015 Safford |
| ADCM135673-135725 | July 2015 Tucson |
| ADCM135726-135754 | July 2015 Winslow |
| ADCM135755-135795 | July 2015 Yuma |
| ADCM199411-199484 | July 2015 CGAR CAPS |
| ADCM170595-170619 | August 2015 Douglas |
| ADCM170620-170665 | August 2015 Eyman |
| ADCM170666-170720 | August 2015 Florence |
| ADCM170721-170768 | August 2015 Lewis |
| ADCM170769-170817 | August 2015 Perryville |
| ADCM170818-170847 | August 2015 Phoenix |
| ADCM170848-170868 | August 2015 Safford |
| ADCM170869-170925 | August 2015 Tucson |
| ADCM170926-170945 | August 2015 Winslow |
| ADCM170946-170980 | August 2015 Yuma |
| ADCM199485-199663 | August 2015 CGAR CAPS |
| ADCM196879-196910 | September 2015 Douglas |
| ADCM196911-196958 | September 2015 Eyman |
| ADCM196959-197010 | September 2015 Florence |
| ADCM197011-197072 | September 2015 Lewis |
| ADCM197073-197136 | September 2015 Perryville |

| | |
|---|---|
| ADCM197137-197173 | September 2015 Phoenix |
| ADCM197174-197197 | September 2015 Safford |
| ADCM197198-197265 | September 2015 Tucson |
| ADCM197266-197289 | September 2015 Winslow |
| ADCM197290-197335 | September 2015 Yuma |
| ADCM225919-225946 | October 2015 Douglas |
| ADCM225947-226000 | October 2015 Eyman |
| ADCM226001-226051 | October 2015 Florence |
| ADCM226052-226119 | October 2015 Lewis |
| ADCM226120-226189 | October 2015 Perryville |
| ADCM226190-226232 | October 2015 Phoenix |
| ADCM226233-226256 | October 2015 Safford |
| ADCM226257-226328 | October 2015 Tucson |
| ADCM226329-226354 | October 2015 Winslow |
| ADCM226355-226402 | October 2015 Yuma |
| ADCM274525-274525 | October 2015 Lewis (REISSUED, CORRECTED) |
| ADCM228202-228235 | November 2015 Douglas |
| ADCM228236-228298 | November 2015 Eyman |
| ADCM228299-228356 | November 2015 Florence |
| ADCM228357-228427 | November 2015 Lewis |
| ADCM228428-228501 | November 2015 Perryville |
| ADCM228502-228551 | November 2015 Phoenix |
| ADCM228552-228573 | November 2015 Safford |
| ADCM228574-228649 | November 2015 Tucson |
| ADCM228650-228677 | November 2015 Winslow |
| ADCM228678-228732 | November 2015 Yuma |
| ADCM322442-322469 | December 2015 Douglas |
| ADCM322470-322527 | December 2015 Eyman |
| ADCM322528-322591 | December 2015 Florence |
| ADCM322592-322657 | December 2015 Lewis |
| ADCM322658-322725 | December 2015 Perryville |
| ADCM322726-322769 | December 2015 Phoenix |
| ADCM322770-322791 | December 2015 Safford |
| ADCM322792-322863 | December 2015 Tucson |
| ADCM322864-322888 | December 2015 Winslow |
| ADCM322889-322934 | December 2015 Yuma |

**Prisoners' Healthcare Records Reviewed During Tucson Site Visit**





**Other Documents**

| | |
|---|---|
| PLTF-PARSONS-036222-36228 | CGAR spreadsheet |
| PLTF-PARSONS-036229-35243 | 12/18/15 Rand Email and Monitoring Spreadsheet |
| PLTF-PARSONS-036244-36247 | 12/18/15 Rand Email and Corizon Memo |
| PLTF-PARSONS-036248-36272 | 2015 Cancer journal article |
| PLTF-PARSONS-036274-36346 | Alabama DOC contract with Corizon |
| ADC010648-011231 | ADC Health Services Technical Manual |
| ADCM225780- 225790 | Sept. 2015 Florence CQI Meeting Minutes |
| ADCM225792- 225814 | Sept. 2015 Lewis CQI Meeting Minutes |
| ADCM225815- 225824 | Sept. 2015 Perryville CQI Meeting Minutes |
| ADCM225847- 225854 | Sept. 2015 Yuma CQI Meeting Minutes |
| ADCM197763-197769 | Sept. 2015 Tucson CQI Meeting Minutes |
| ADCM225861- 225869 | Oct. 2015 Florence CQI Meeting Minutes |
| ADCM197775-197778 | Oct. 2015 Tucson CQI Meeting Minutes |
| ADCM228116-228125 | Nov. 2015 Florence CQI Meeting Minutes |
| ADCM228142-228145 | Nov. 2015 Perryville CQI Meeting Minutes |
| ADCM197784-197788 | Nov. 2015 Tucson CQI Meeting Minutes |
| ADCM274691-274701 | Monthly Staffing - 2015-12 - All Complexes |
| Doc. 945-1 | 2/24/14 Supplemental Report of Robert Cohen |