UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS ASSOCIATED WITH MOTION TO ENFORCE** |

This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with Motion to Enforce Stipulation, and finding good cause, hereby **GRANTS** Plaintiffs Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to Seal. The Court further instructs the clerk to accept and file the exhibits attached to the Declaration of Corene Kendrick in non-electronic form, as ordered in Doc. 1532. Finally, the Court instructs Defendants to file a response to Plaintiffs' opposition to sealing Exhibits 2 and 3 to the Declaration of Corene Kendrick within 14 days, pursuant to LRCiv 5.6(d).