# EXHIBIT 1

| | |
|---|---|
| **From:** | Rand, Lucy <Lucy.Rand@azag.gov> |
| **Sent:** | Wednesday, April 06, 2016 5:21 PM |
| **To:** | 'Kirstin Eidenbach' |
| **Cc:** | Bojanowski, Timothy (tbojanowski@swlfirm.com); dstruck@swlfirm.com; Ashlee Fletcher; Don Specter; David Fathi; ahardy@prisonlaw.com; Corene Kendrick; Amy Fettig; Megan Lynch; laura@prisonlaw.com; Corrina Regnier; Maya Abela; Freouf, Delana (Perkins Coie); Gottfried, Michael; RICHARD PRATT; Northup, Dawn; BKeogh@azcorrections.gov; NICOLE TAYLOR |
| **Subject:** | RE: Motion to Exceed Page Limit and Motion to Seal |
| **Attachments:** | ADCM388066-388068 - 2016-04-06 Designated Confidential - 2015-12-18 Memo from S. Evans to L. Rand (re Staffing).pdf; ADCM388069 - 2016-04-06 Designated Confidential - 2015-12-18 CGAR Methodology.pdf; ADCM388069 - 2016-04-06 Designated Confidential - 2015-12-18 CGAR Methodology.xls |

Plaintiffs,

1. Defendants cannot agree to Plaintiffs' unopposed motion to exceed the page limits. The motion is double the length permitted by the Federal Rules of Civil Procedure, not just a few pages over the limit. Further, Plaintiffs state their exhibits constitute approximately 40,000 pages. It appears that Plaintiffs are not attaching only applicable or necessary pages of documents to their motion, but instead are proposing to attach them in their entirety, e.g, Plaintiffs state they are proposing to attach one inmate's medical records consisting of 5,800 pages. Accordingly, Defendants do **not** agree to the filing of the unopposed motion to exceed the page limits.

2. Defendants do **not** agree to Plaintiffs' unopposed motion to seal documents. Defendants require that the Health Services Contract Monitoring Bureau (HSCMB) monitoring spreadsheet and Corizon's staffing memo dated December 18, 2015 (listed as Plaintiffs' Exhibit 2 and Exhibit 3, respectively, in Plaintiffs' proposed "Index of Exhibits to Declaration of Corene Kendrick") be filed under seal. Pursuant to the parties' Amended Protective Order, Defendants advise Plaintiffs that these documents were inadvertently produced without the required label. (Dkt. 454 at 6-7, Paragraph 12.) Defendants designate as confidential and attached hereto labeled "confidential – subject to a protective order" the following: (a) the Corizon staffing memo (bates labeled as ADCM388066-388068); and (b) the HSCMB monitoring spreadsheet (bates labeled as ADCM388069). Although Defendants agreed to provide Plaintiffs these documents in an effort to help Plaintiffs' understand Corizon's staffing status and efforts and the HSCMB CGAR methodology, Defendants did not intend for this information to be publicly disseminated. Defendants also note it is troubling that the HSCMB monitoring spreadsheet has been in the process of revision and refinement for the last four months—and Plaintiffs have participated in the evolution of this document for the last three weeks—yet Plaintiffs propose to publicly file an outdated version of the document that no longer exists.

3. Defendants require that if Plaintiffs choose to file Corizon's staffing memo or the HSCMB monitoring spreadsheet as exhibits, Plaintiffs file <u>under seal</u> the bates labeled and properly labeled versions of these documents (which are attached hereto).

Sincerely,



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641

Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

**From:** Kirstin Eidenbach [mailto:kirstin@eidenbachlaw.com]
**Sent:** Wednesday, April 06, 2016 2:19 PM
**To:** Rand, Lucy
**Cc:** Bojanowski, Timothy (tbojanowski@swlfirm.com); dstruck@swlfirm.com; Ashlee Fletcher; Don Specter; David Fathi; ahardy@prisonlaw.com; Corene Kendrick; Amy Fettig; Megan Lynch; laura@prisonlaw.com; Corrina Regnier; Maya Abela; Delana Freouf
**Subject:** Re: Motion to Exceed Page Limit and Motion to Seal

Lucy,
The motion is 34 pages. We have approximately 2Gs of exhibits. We think they are probably close to 40,000 pages. As an example, one medical record exhibit is around 5800 pages.
Let me know if you have any other questions.
Kirstin

On Apr 6, 2016, at 2:04 PM, Rand, Lucy <Lucy.Rand@azag.gov> wrote:

> Kirstin,
>
> What is the page count of the motion? What is the page count of the exhibits?
>
> Thank you.
>
> <image001.png>   **Lucy M. Rand, Assistant Attorney General**
> ARIZONA ATTORNEY GENERAL'S OFFICE
> **Direct: 602-542-7683**
> Secretary: 602-542-641
> Lucy.Rand@azag.gov
>
> NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.
>
> **From:** Kirstin Eidenbach [mailto:kirstin@eidenbachlaw.com]
> **Sent:** Wednesday, April 06, 2016 12:17 PM
> **To:** Rand, Lucy
> **Cc:** Bojanowski, Timothy (tbojanowski@swlfirm.com); dstruck@swlfirm.com; Ashlee Fletcher; Don Specter; David Fathi; ahardy@prisonlaw.com; Corene Kendrick; Amy Fettig; Megan Lynch; laura@prisonlaw.com; Corrina Regnier; Maya Abela; Delana Freouf
> **Subject:** Re: Motion to Exceed Page Limit and Motion to Seal
>
> Lucy,
> Attached is a slightly revised motion to exceed. The change from the previous motion is reflected in track changes. Thank you.
> Kirstin
> *Eidenbach Law, P.C.*

*P.O. Box 91398*
*Tucson, AZ 85752*
*(520) 477-1475*
*kirstin@eidenbachlaw.com*

---

**From:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>
**Date:** Wednesday, April 6, 2016 at 11:59 AM
**To:** "Rand, Lucy" <Lucy.Rand@azag.gov>
**Cc:** "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "dstruck@swlfirm.com" <dstruck@swlfirm.com>, Ashlee Fletcher <AFletcher@swlfirm.com>, Don Specter <dspecter@prisonlaw.com>, David Fathi <dfathi@aclu.org>, "ahardy@prisonlaw.com" <ahardy@prisonlaw.com>, Corene Kendrick <ckendrick@prisonlaw.com>, Amy Fettig <afettig@aclu.org>, Megan Lynch <megan@prisonlaw.com>, "laura@prisonlaw.com" <laura@prisonlaw.com>, Corrina Regnier <cregnier@aclu.org>, Maya Abela <mabela@azdisabilitylaw.org>, Delana Freouf <DFreouf@perkinscoie.com>
**Subject:** Motion to Exceed Page Limit and Motion to Seal

Counsel:

Attached are drafts of Plaintiffs' motion to exceed page limit and motion to seal for your review. I have attached the Indexes indicating the documents we intend to have sealed. In the motion and expert reports, just as before, we will be redacting prisoner names, ADC numbers, and dates of death. Please let me know if you agree not to oppose these motions. As we said before, we are happy to extend you the same courtesy. We appreciate your cooperation.

Sincerely,
Kirstin

*Eidenbach Law, P.C.*
*P.O. Box 91398*
*Tucson, AZ 85752*
*(520) 477-1475*
*kirstin@eidenbachlaw.com*