# EXHIBIT A

# Index of Exhibits to Declaration
# of Corene Kendrick

| Ex. | Bates No | Description | Type of Record |
|---|---|---|---|
| 1 | PLTF-PARSONS-036222-36228 | CGAR spreadsheet | Public |
| 2 | PLTF-PARSONS-036229-36243 | 12/18/15 Rand Email and Monitoring Spreadsheet | Under Seal |
| 3 | PLTF-PARSONS-036244-36247 | 12/18/15 Rand Email and Corizon Memo re Staffing | Under Seal |
| 4 | PLTF-PARSONS-036248-36272 | 2015 Cancer journal article | Public |
| 5 | ADC010648-011231 | ADC Health Services Technical Manual | Public |
| 6 | PLTF-PARSONS-036273 | 1/14/16 Email re: Colorado Dep't of Corrections Staffing | Public |
| 7 | PLTF-PARSONS-036274-36346 | Alabama DOC contract with Corizon | Public |
| 8 | ADC267378-ADC267459 | Mental Health Technical Manual | Public |
| 9 | Feb. 2015 (ADCM015872-15901)<br>Mar. 2015 (ADCM036887-36920)<br>Apr. 2015 (ADCM274054-274085)<br>May 2015 (ADCM071732-71761)<br>June 2015 (ADCM120670-120701)<br>July 2015 (ADCM135411-135444)<br>Aug. 2015 (ADCM170595-170619)<br>Sept. 2015 (ADCM196879-196910)<br>Oct. 2015 (ADCM225919-225946)<br>Nov. 2015 (ADCM228202-228235)<br>Dec. 2015 (ADCM322442-322469) | ASPC-Douglas<br>Feb.-Dec. 2015 CGARS | Under Seal |
| 10 | Feb. 2015 (ADCM015902-015963)<br>Mar. 2015 (ADCM036191-036981)<br>Apr. 2015 (ADCM274086-274140)<br>May 2015 (ADCM071762-071827)<br>June 2015 (ADCM120702-120767)<br>July 2015 (ADCM135445-135501)<br>Aug. 2015 (ADCM170620-170665)<br>Sept. 2015 (ADCM196911-196958)<br>Oct. 2015 (ADCM225947-226000)<br>Nov. 2015 (ADCM228236-228298)<br>Dec. 2015 (ADCM322470-322527) | ASPC-Eyman<br>Feb.-Dec. 2015 CGARS | Under Seal |
| 11 | Feb. 2015 (ADCM015964-016025)<br>Mar. 2015 (ADCM036982-037043)<br>Apr. 2015 (ADCM274141-274206)<br>May 2015 (ADCM071828-071875)<br>June 2015 (ADCM120768-120822)<br>July 2015 (ADCM135502-135556)<br>Aug. 2015 (ADCM170666-170720)<br>Sept. 2015 (ADCM196959-197010)<br>Oct. 2015 (ADCM226001-226051) | ASPC-Florence<br>Feb.-Dec. 2015 CGARS | Under Seal |

| Ex. | Bates No | Description | Type of Record |
|---|---|---|---|
|  | July 2015 (ADCM135673-135725)<br>Aug. 2015 (ADCM170869-170925)<br>Sept. 2015 (ADCM197198-197265)<br>Oct. 2015 (ADCM226257-226328)<br>Nov. 2015 (ADCM228574-228649)<br>Dec. 2015 (ADCM322792-322863) |  |  |
| 17 | Feb. 2015 (ADCM016235-016268)<br>Mar. 2015 (ADCM037263-037297)<br>Apr. 2015 (ADCM274445-274477)<br>May 2015 (ADCM072086-072115)<br>June 2015 (ADCM121039-121068)<br>July 2015 (ADCM135726-135754)<br>Aug. 2015 (ADCM170926-170945)<br>Sept. 2015 (ADCM197266-197289)<br>Oct. 2015 (ADCM226329-226354)<br>Nov. 2015 (ADCM228650-228677)<br>Dec. 2015 (ADCM322864-322888) | ASPC-Winslow<br>Feb.-Dec. 2015 CGARS | Under Seal |
| 18 | Feb. 2015 (ADCM016269-016309)<br>Mar. 2015 (ADCM037298-037344)<br>Apr. 2015 (ADCM274478-274524)<br>May 2015 (ADCM072116-072156)<br>June 2015 (ADCM121069-121110)<br>July 2015 (ADCM135755-135795)<br>Aug. 2015 (ADCM170946-170980)<br>Sept. 2015 (ADCM197290-197335)<br>Oct. 2015 (ADCM226355-226402)<br>Nov. 2015 (ADCM228678-228732)<br>Dec. 2015 (ADCM322889-322934) | ASPC-Yuma<br>Feb.-Dec. 2015 CGARS | Under Seal |
| 19 | May 2015 (ADCM196816-196818; ADCM196862-196878; ADCM199317-199370)<br>June 2015 (ADCM199371-199410)<br>July 2015 (ADCM199411-199484)<br>August 2015 (ADCM199485-199663) | CAPs May-Aug. 2015 | Under Seal |
| 20 | Apr. 2015 (ADCM199686-199696)<br>May 2015 (ADCM199697-199707)<br>June 2015 (ADCM199708-199718)<br>July 2015 (ADCM199719-199729)<br>Aug. 2015 (ADCM197336-346)<br>Sept. 2015 (ADCM197347-357)<br>Oct. 2015 (ADCM197358-368)<br>Nov. 2015 (ADCM273945-273955)<br>Dec. 2015 (ADCM274691-274701) | Apr.-Dec. 2015 Monthly Staffing Statewide Report | Under Seal |
| 21 | Sept. 2015 (ADCM197763-197769)<br>Oct. 2015 (ADCM197775-197778)<br>Nov. 2015 (ADCM197784-197788) | Sept.-Nov. 2015 Tucson CQI Meeting Minutes | Under Seal |
| 22 | Sept. 2015 (ADCM225780-225790)<br>Oct. 2015 (ADCM225861-225869)<br>Nov. 2015 (ADCM228116-228125) | Sept.-Nov. 2015 Florence CQI Meeting Minutes | Under Seal |

| Ex. | Bates No | Description | Type of Record |
|---|---|---|---|
| 23 | Sept. 2015 (ADCM225815-225824) Nov. 2015 (ADCM228142-228145) | Sept. & Nov. 2015 Perryville CQI Meeting Minutes | Under Seal |
| 24 | ADCM225792-225814 | Sept. 2015 Lewis CQI Meeting Minutes | Under Seal |
| 25 | ADCM225847-225854 | Sept. 2015 Yuma CQI Meeting Minutes | Under Seal |
| 26 | ADCM228171-228175 | ▮▮▮ Mortality Review Committee | Under Seal |
| 27 | ADCM122214-123242 | ▮▮▮ Medical Records | Under Seal |
| 28 | ADCM196783-196791 | ▮▮▮ Psych Autopsy | Under Seal |
| 29 | ADCM250523-251924 | ▮▮▮ Medical Records | Under Seal |
| 30 | ADCM173601-173605 | ▮▮▮ Mortality Review Committee | Under Seal |
| 31 | ADCM172396-173384 | ▮▮▮ Medical Records | Under Seal |
| 32 | ADCM080580-086332 | ▮▮▮ Medical Records | Under Seal |
| 33 | ADCM225754-225757 | ▮▮▮ Mortality Review Committee | Under Seal |
| 34 | ADCM254700-254921 | ▮▮▮ Medical Records | Under Seal |
| 35 | ADCM131228-132051 | ▮▮▮ Medical Records | Under Seal |
| 36 | ADCM078869-080579 | ▮▮▮ Medical Records | Under Seal |
| 37 | ADCM107423-107851 | ▮▮▮ Medical Records | Under Seal |
| 38 | ADCM130866-130869 | ▮▮▮ Mortality Review Committee | Under Seal |
| 39 | ADCM107852-108411 | ▮▮▮ Medical Records | Under Seal |
| 40 | ADCM061502-063739 | ▮▮▮ Medical Records | Under Seal |
| 41 | ADCM254922-255923 | ▮▮▮ Medical Records | Under Seal |
| 42 | ADCM070740-071207 | ▮▮▮ Medical Records | Under Seal |
| 43 | ADCM196792-196801 | ▮▮▮ Psych Autopsy | Under Seal |
| 44 | ADCM196736-196739 | ▮▮▮ Mortality Review Committee | Under Seal |

| Ex. | Bates No | Description | Type of Record |
|---|---|---|---|
| 45 | ADCM135399-135402 | ▓▓▓ Mortality Review Committee | Under Seal |
| 46 | ADCM038816-039965 | ▓▓▓ Medical Records | Under Seal |
| 47 | ADCM044566-044569 | ▓▓▓ Mortality Review Committee | Under Seal |
| 48 | ADCM039966-040270 | ▓▓▓ Medical Records | Under Seal |
| 49 | ADCM120637-120640 | ▓▓▓ Mortality Review Committee | Under Seal |
| 50 | ADCM228184-228188 | ▓▓▓ Mortality Review Committee | Under Seal |
| 51 | ADCM018347-021607 | ▓▓▓ Medical Records | Under Seal |
| 52 | ADCM190847-192180 | ▓▓▓ Medical Records | Under Seal |
| 53 | ADCM245917-247155 | ▓▓▓ Medical Records | Under Seal |
| 54 | ADCM086333-086844 | ▓▓▓ Medical Records | Under Seal |
| 55 | ADCM120645-120648 | ▓▓▓ Mortality Review Committee | Under Seal |
| 56 | ADCM086845-089498 | ▓▓▓ Medical Records | Under Seal |
| 57 | ADCM196767-196770 | ▓▓▓ Mortality Review Committee | Under Seal |
| 58 | ADCM225738-225741 | ▓▓▓ Mortality Review Committee | Under Seal |
| 59 | ADCM267546-268284 | ▓▓▓ Medical Records | Under Seal |
| 60 | ADC418684-418743 | ▓▓▓ Medical Records | Under Seal |
| 61 | ADCM153928-154776 | ▓▓▓ Medical Records | Under Seal |
| 62 | ADCM270381-270966 | ▓▓▓ Medical Records | Under Seal |
| 63 | ADCM134249-135398 | ▓▓▓ Medical Records | Under Seal |
| 64 | ADCM113311-113447 | ▓▓▓ Medical Records | Under Seal |
| 65 | ADCM196802-196815 | ▓▓▓ Psych Autopsy | Under Seal |

| Ex. | Bates No | Description | Type of Record |
|---|---|---|---|
| 66 | ADCM228189-228192 | █████████ Mortality Review Committee | Under Seal |
| 67 | ADCM339812-340383 | █████████ Medical Records | Under Seal |
| 68 | ADCM228193-228193 | █████████ Mortality Review Committee | Under Seal |
| 69 | ADCM228197-228201 | █████████ Mortality Review Committee | Under Seal |
| 70 | ADCM215775-216336 | █████████ Medical Records | Under Seal |
| 71 | ADCM116583-120632 | █████████ Medical Records | Under Seal |
| 72 | ADCM272622-273376 | █████████ Medical Records | Under Seal |
| 73 | ADCM130870-130954 | █████████ MRF | Under Seal |
| 74 | ADCM273377-273446 | █████████ MRF | Under Seal |
| 75 | ADCM068244-068592 | █████████ MRF | Under Seal |
| 76 | ADCM273447-273649 | █████████ MRF | Under Seal |
| 77 | ADCM188292-188336 | █████████ MRF | Under Seal |
| 78 | ADCM273650-273778 | █████████ MRF | Under Seal |
| 79 | ADCM131142-131227 | █████████ MRF | Under Seal |
| 80 | ADCM273779-273862 | █████████ MRF | Under Seal |
| 81 | ADCM216689-216773 | █████████ MRF | Under Seal |
| 82 | ADCM273863-273913 | █████████ MRF | Under Seal |
| 83 | ADCM196779-196782 | █████████ Mortality Review Committee | Under Seal |