# EXHIBIT A



**Eyman**

- Mr. [REDACTED] reportedly had his Coumadin discontinued in February 2015, after which he developed an embolism for which he had to go to the hospital. In addition, when the yard was locked down, he stated he did not receive Coumadin for the duration of the lockdown. Two months ago, when the prison ran out of Coumadin, Mr. [REDACTED] reports that he was given blood pressure medication in place of his Coumadin at the pill pass window.

**Perryville**

- Ms. [REDACTED] reports that she did not previously suffer from mental health issues but was nevertheless put on Celexa and Zyprexa. After taking these medications long enough to become accustomed to their effects, Ms. [REDACTED] states that she was abruptly discontinued from both medications and is now experiencing depression without them.

- Ms. [REDACTED] reports she was taken off her non-formulary Plavix approximately one year ago. It appears that on May 27, 2015, Ms. [REDACTED] had to have an emergency cardiac procedure to clean her stent, which was blocked 60-70%, and to place a new stent to unblock her lower artery, which was blocked 100%. The cardiac surgeon reportedly indicated that it was imperative that she be placed back on Plavix to prevent future blockages. Ms. [REDACTED] states that she has not seen a provider since her return. She reports that she received her first dose of Plavix on June 1, 2015.

- Ms. [REDACTED] reports that she suffers from epilepsy. She states that she suffered a seizure on April 18, 2015 that left her with partial loss of feeling/movement on her right side, and was taken to an outside specialist who determined that she had toxic levels of phenobarbital in her system.

## V. Access to Care

### a. General Issues

Based on the scores and information contained in the March CGARs, much of which was confirmed by our tours of Perryville and Eyman, we are concerned that prisoners remain unable to access timely care. Their inability to access care places them at serious risk of harm and exposes them to permanent and potentially life-threatening consequences. Examples of delays in care abound, but the following examples illustrate our global concerns.

#### i. Phantom Appointments

Prisoners across nearly all yards we toured reported a phenomenon they called "phantom appointments," where a prisoner is scheduled for nurse's line or provider's line, signs a confirmation of the appointment the night before the appointment or outside medical, and then is *never* seen. Some prisoners report that they are



matter of minutes and not hours). As a Step 3, Mr. [redacted] makes the required 9.5 hours out-of-cell time but it is unclear where the numbers reflected in the CGAR are actually documented.

**Performance Measure #1: Browning**

| ADC# | Name | StepI StepII StepIII | Compliance? | Week of 3/7 – 3/13 |
|---|---|---|---|---|
| [redacted] | [redacted] (step 1) | 7.5 | Y | 0 hrs (ref rec 3x) |
| [redacted] | [redacted] (step 1) | 7.5 | Y | 0 hrs (ref rec 3x) |
| [redacted] | [redacted] (step 1) | 7.56 | Y | 4 hrs 25 min (ref rec 1x) |
| [redacted] | [redacted] (step 1) | 7.6 | Y | 5 hrs 10 min (ref rec 1x) |
| [redacted] | [redacted] (step 1) | 7.5 | Y | 0 hrs (ref rec 3x) |
| [redacted] | [redacted] | 11.51 | Y | Wrong Number in Report |
| [redacted] | [redacted] (step 3) | 9.54 | Y | 5 hrs 54 min (ref rec 2x) |
| [redacted] | [redacted] (step 3) | 10.58 | Y | 5 hrs 58 min (ref rec 2x) |
| [redacted] | [redacted] (step 3) | 28.14 | Y | 11 hrs 10 min (ref rec 4x) |
| [redacted] | [redacted] (step 1) | 10 | Y | 0 hrs (ref rec 4x) |

The same problems with unclear calculation in the CGARS were reflected in Performance Measure #5 which requires that maximum custody prisoners be offered a minimum of 6 hours out-of-cell exercise a week. The tables below reflect the amounts listed in the CGARS with the time and refusals we found in the documentation provided during out tours. In some cases the refusals of recreation and actual recreation would be compliant for purposes of Performance Measure #5, for example, [redacted] had zero hours of exercise listed in the tracking sheet, but is recorded as refusing recreation four times which could be counted as a total of eight potential hours of exercise. In the CGAR, however, he is listed as having 12 hours of exercise that week.

| ADC# | Name | 10 HR Unstructured | 1 HR MH | 1 HR Psycho-ed | 1 HR Add'l | Compliance? |
|---|---|---|---|---|---|---|
| | | | | | min | |
| | | Yes /15.37 | Yes | Yes | Yes | Y |
| WEEK OF 3/7: | | >10 hrs | 1 hr 30 min | 1 hr 5 min | 1 hr 8 min | |
| | | Yes/ 13.25 | Yes | Yes | Yes | Y |
| WEEK OF 3/7: | | >10 hrs | 1 hr 30 min | 1 hr 13 min | 1 hr 5 min | |
| | | Yes/ 14.15 | Yes | Yes | Yes | Y |
| WEEK OF 3/7: | | >10 hrs | None | 2 hr 13 min | 2 hr 15 min | |
| | | Yes/ 12.28 | Yes | Yes | Yes | Y |
| WEEK OF 3/7: | | >10 hrs | 1 hr 23 min | 1 hr 12 min | 1 hr 4 min | |

Please let me know if you have any questions. We look forward to talking with you about our findings soon.

Sincerely,

Kirstin T. Eidenbach