UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD EMERGENCY MOTION TO CORRECT THE RECORD** |

The Court, having reviewed Plaintiffs' Third Emergency Motion to Correct the Record, and finding good cause, hereby **GRANTS** the Motion. The Clerk is hereby immediately ordered to substitute Exhibit A attached to Plaintiffs' Third Emergency Motion to Correct the Record with pages 10, 38, and 44 of 59 of Doc. 1537-1.