# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>  Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>  Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING DEFENDANS' MOTION FOR STATUS REPORT** |

IT IS ORDERED that Defendants' Motion to Stay and Request for Status Conference is Granted. Briefing on Plaintiffs' Motion to Enforce is stayed under further order of the Court. A status conference is set for: _____