IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Class member Larry Joe Prince has moved the Court for reconsideration of its order denying his motion to intervene. (Doc. 1527) Motions for reconsideration should be granted only in rare circumstances. *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D.Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Prince argues that he is entitled to reconsideration on the grounds that the Court committed clear error. Specifically, Prince argues that the Stipulation in this case includes prisoners who have been assigned to maximum custody and, therefore, his challenge to the process of assigning prisoners to maximum custody should be included in this case. (Doc. 1527)

Prince is not entitled to reconsideration because such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" *Defenders of Wildlife*, 909 F.Supp. at 1351 (quoting *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D.Va. 1983)).  Prince is asking the Court to rethink its earlier decision which it will not do.  Accordingly, Prince's Motion for Reconsideration will be denied.

**IT IS THEREFORE ORDERED** denying the Motion for Reconsideration filed by class member Larry Joe Prince.  (Doc. 1527)

Dated this 22nd day of April, 2016.

David K. Duncan
United States Magistrate Judge