LARRY JOE PRINCE
ADOC#058251
ASPC Eyman Browning Unit
P.O. Box 3400
Florence, Arizona 85132

In Propria Persona



☒ FILED   ☐ LODGED

**Apr 21 2016**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | NO. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | REQUEST FOR CLARIFICATION OF COURTS ORDER(Doc.1533) |
| Charles L. Ryan, et al., | |
| Defendants. | |

   Intervenor, Larry Joe Prince, is in receipt of the Courts Order Doc.1533 advising Prince (1) he shall continue to file any documents electronically; (2) he is not a party to this case; (3) he is not entitled to a NEF; and, (4) he will receive only documents that pertain to him. Prince seeks brief clarification.

   **First,** Judicial Conference of the United States policy permits Prince to receive one free electronic copy of all documents filed electronically. If Prince is not to receive his NEF then how is it posed he shall receive his one free copy?

   **Second,** Prince, and all those similarly situated in the Browning Unit, were not aware of any other ongoing litigation in this case nor was any other documents requested (only those we are asking the Court to take notice of), but it would appear that since the greatest number of prisoners that should be

monitored under the relief in this case is in Browning Unit that Browning Unit prisoners should be kept up to date on this class action case. Prince would ask that such documents be posted in the Browning Unit library resource center.

**Lastly,** if any party has filed a Response to Prince's Motion for Reconsideration of Court's Order (Doc.1522) Denying Motion to Intervene to Enforce Stipulation (Doc.1513), filed on or about March 21, 2016 (filing date and document number unclear due to lack of NEF), Prince advises he has not received any such Response or Order by the Court in relation to that pleading.

Respectfully submitted this 21st day of April, 2016.

Larry Joe Prince
In Propria Persona

**CERTIFICATE OF FILING**

This document has been e-filed on the same day submitted in accordance with the Courts Order of April 08, 2016 (Doc.1533).

Larry Joe Prince
In Propria Persona

2