**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: April 26, 2016

Title: Parsons et al   vs. Ryan et al
          Plaintiffs       Defendants
=========================================================================

HON:    David K. Duncan          Judge # 70BL/DKD

        Caryn Smith              CourtSmart
        Deputy Clerk             Recorded

**APPEARANCES:**

Donald Specter, Corene Kendrick, Alison Hardy, Amy Fettig and Kirstin Eidenbach for Plaintiffs
Daniel Struck, Ashlee Fletcher, Michael Gottfried, Lucy Rand and Dawn Northrup for Defendants

=========================================================================
**PROCEEDINGS:**     **X   Open Court**      _____ Chambers      _____ Other

This is the time set for Telephonic Status Conference.  Court and counsel discuss matters regarding the Court's role with respect to the enforcement of the Stipulation.

Discussion is held.  Although not all of the items before the Court will be able to be addressed this date, IT IS ORDERED the Motion to Seal Document Associated with Plaintiffs' Motion to Enforce Stipulation (Doc. 1540) is GRANTED.  IT IS FURTHER ORDERED Plaintiffs shall refile a corrected redacted version of the material which should not have been disclosed with respect to the class members' identification, classification numbers and medical records.

Further discussion is held.  The Court determines the proper way to proceed with respect to the issue of compliance is to focus on whether or not the required percentage of compliance has been met with the 103 healthcare outcome performance measures.  This objective measure is the easiest way to track the notice, the mediation, and then the proposed remediation to correct any identified deficiencies.  IT IS ORDERED Plaintiffs shall provide to the Court and opposing counsel no later than 5:00 PM on May 3, 2016, a summation of its notice regarding the performance healthcare outcome measures which were set forth in Exhibits 1 through 6 to the Eidenbach Declaration.  The summation will link the specific healthcare outcome measure and the related notice said to be provided in Exhibits 1 through 6.  The Court will review the summation and determine whether the process has been complied with such that a particular healthcare

outcome measure should be before this Court. In the summation, Plaintiffs shall identify which performance measures they believe sufficient notice was given to Defendants. If the Court agrees with Plaintiffs, it will determine that the third stage of the process has been reached requiring the Court to determine whether a deficiency has been identified which would require the Defendants to propose a corrective plan. If there are issues for which the Court determines fair notice was not provided, it will deem the summation to constitute notice to the Defendants and that will trigger the dispute resolution mechanism with respect to those issues. Once the dispute resolution process has been completed, those issues would be ripe for consideration by this Court.

IT IS ORDERED the parties shall meet and confer to determine a schedule to set the next status conference.

Defendants having requested an opportunity to respond to Plaintiffs' summation,

LATER:  IT IS ORDERED granting the parties' subsequent Stipulation to Extend Deadline (Doc. 1553); Defendants shall file their response by May 10, 2016. IT IS FURTHER ORDERED granting Plaintiffs' Motion for Leave to Exceed Page Limits re: Plaintiffs' Motion to Enforce Stipulation (Doc. 1534).


Time in court: 25 min (3:02 PM – 3:27 PM)