1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8  *others similarly situated*

   [ADDITIONAL COUNSEL LISTED BELOW]
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13        adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
   [ADDITIONAL COUNSEL LISTED BELOW]
15

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**CORRECTED DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as Exhibit 1, pursuant to Federal Rule of Evidence 1006, is a true and correct print-out of a Microsoft Excel spreadsheet that I created. [PLTF-PARSONS-036222-36228] The spreadsheet records and summarizes some of the monthly data contained within Defendants' Compliance-Green-Amber-Red ("CGAR") reports for all ten Arizona State Prison Complexes for the months of February to December 2015.

3. Counsel for Defendants produces the Bates-stamped CGAR reports to Plaintiffs' counsel on a monthly basis, pursuant to the requirements of the Stipulation of this case. (The complete CGAR reports for all ten prisons and for all eleven months that underlie Exhibit 1 are attached herein under seal as Exhibits 7-16; *see* paragraphs 10-19 below.)

4. When my office receives the monthly production of CGAR reports from the Defendants, one of the Prison Law Office litigation assistants assigned to the case, under my direction and supervision, goes through the reports and records the monthly score for each prison complex for the designated performance measures. I also spot check the litigation assistants' work to ensure that they have accurately recorded the information. The tables use the averaging function built into Excel to calculate the statewide monthly averages, and the 2015 averages.

5. Attached herein and filed under seal as Exhibit 2 is a true and correct print out of a Microsoft Excel spreadsheet that was produced by Counsel for Defendants on December 18, 2015, and the cover email enclosing the spreadsheet. [PLTF-PARSONS-036229-36243]

1  6. Attached herein and filed under seal as Exhibit 3 is a true and correct copy of a memo dated December 18, 2015, written by Corizon Senior Management of Compliance, entitled "Staffing Concerns Arizona Healthcare Contract" that was produced to by Counsel for Defendants on December 18, 2015, and the cover email enclosing the memo. [PLTF-PARSONS-036244-36247]

7. Attached herein as Exhibit 4 is a true and correct copy of a 2015 medical journal article entitled "Cancer Statistics." [PLTF-PARSONS-036248-36272]

8. Attached herein as Exhibit 5 is a true and correct copy of the Arizona Department of Correction's Health Services Technical Manual, produced by Counsel for Defendants. [ADC010648-011231]

9. Attached herein as Exhibit 6 is a true and correct copy of a January 14, 2016 email from Adrienne Jacobson to Rebecca Wallace regarding Colorado Department of Corrections health care staffing figures. [PLTF-PARSONS-036273]

10. Attached herein as Exhibit 7 is a true and correct copy of the contract between the Alabama Department of Corrections and Corizon Health, Inc. [PLTF-PARSONS-036274-36346]

11. Attached herein as Exhibit 8 is a true and correct copy of the Arizona Department of Correction's Mental Health Services Technical Manual, produced by Counsel for Defendants. [ADC267378-267459]

12. Attached herein and filed under seal as Exhibit 9 are true and correct copies of the CGAR reports for ASPC-Douglas for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

    a. February 2015 (ADCM 015872-15901);
    b. March 2015 (ADCM 036887-36920);
    c. April 2015 (ADCM 274054-274085);
    d. May 2015 (ADCM 071732-71761);

1        e.    June 2015 (ADCM 120670-120701);

2        f.    July 2015 (ADCM 135411-135444);

3        g.    August 2015 (ADCM 170595-170619);

4        h.    September 2015 (ADCM 196879-196910);

5        i.    October 2015 (ADCM 225919-225946);

6        j.    November 2015 (ADCM 228202-228235); and,

7        k.    December 2015 (ADCM 322442-322469).

8    13.    Attached herein and filed under seal as Exhibit 10 are true and correct copies of the CGAR reports for ASPC-Eyman for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

13        a.    February 2015 (ADCM015902-015963);

14        b.    March 2015 (ADCM036191-036981);

15        c.    April 2015 (ADCM274054-274085);

16        d.    May 2015 (ADCM071762-071827);

17        e.    June 2015 (ADCM120702-120767);

18        f.    July 2015 (ADCM135445-135501);

19        g.    August 2015 (ADCM170620-170665);

20        h.    September 2015 (ADCM196911-196958);

21        i.    October 2015 (ADCM225947-226000);

22        j.    November 2015 (ADCM228236-228298);

23        k.    December 2015 (ADCM322470-322527).

24    14.    Attached herein and filed under seal as Exhibit 11 are true and correct copies of the CGAR reports for ASPC-Florence for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

      a.    February 2015 (ADCM015964-016025);

      b.    March 2015 (ADCM036982-037043);

      c.    April 2015 (ADCM274086-274140);

      d.    May 2015 (ADCM071828-071875);

      e.    June 2015 (ADCM120768-120822);

      f.    July 2015 (ADCM135445-135501);

      g.    August 2015 (ADCM170666-170720);

      h.    September 2015 (ADCM196959-197010);

      i.    October 2015 (ADCM226001-226051);

      j.    November 2015 (ADCM228299-228356);

      k.    December 2015 (ADCM322528-322591).

15.    Attached herein and filed under seal as Exhibit 12 are true and correct copies of the CGAR reports for ASPC-Lewis for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

      a.    February 2015 (ADCM016026-016069);

      b.    March 2015 (ADCM037044-037098);

      c.    April 2015 (ADCM274207-274270);

      d.    May 2015 (ADCM071876-071925);

      e.    June 2015 (ADCM120823-120876);

      f.    July 2015 (ADCM135557-135610);

      g.    August 2015 (ADCM170721-170768);

      h.    September 2015 (ADCM197011-197072);

      i.    October 2015 (ADCM226052-226119);

      j.    November 2015 (ADCM228357-228427);

      k.    December 2015 (ADCM322592-322657).

16. Attached herein and filed under seal as Exhibit 13 are true and correct copies of the CGAR reports for ASPC-Perryville for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

   a. February 2015 (ADCM016070-016119);
   b. March 2015 (ADCM037099-037149);
   c. April 2015 (ADCM274271-274320);
   d. May 2015 (ADCM071926-071971);
   e. June 2015 (ADCM120877-120924);
   f. July 2015 (ADCM135726-135784);
   g. August 2015 (ADCM170769-170817);
   h. September 2015 (ADCM197073-197136);
   i. October 2015 (ADCM226120-226189);
   j. November 2015 (ADCM228428-228501);
   k. December 2015 (ADCM322658-322725).

17. Attached herein and filed under seal as Exhibit 14 are true and correct copies of the CGAR reports for ASPC-Phoenix for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

   a. February 2015 (ADCM016120-016153);
   b. March 2015 (ADCM037150-037182);
   c. April 2015 (ADCM274321-274360);
   d. May 2015 (ADCM071972-072005);
   e. June 2015 (ADCM120925-120960);
   f. July 2015 (ADCM135611-135641);
   g. August 2015 (ADCM170818-170847);

1        h.    September 2015 (ADCM197137-197173);

2        i.    October 2015 (ADCM226190-226232);

3        j.    November 2015 (ADCM228502-228551);

4        k.    December 2015 (ADCM322726-322769).

5    18.   Attached herein and filed under seal as Exhibit 15 are true and correct copies of the CGAR reports for ASPC-Safford for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

       a.    February 2015 (ADCM016154-016180);

       b.    March 2015 (ADCM037183-037206);

       c.    April 2015 (ADCM274361-274388);

       d.    May 2015 (ADCM072006-072033);

       e.    June 2015 (ADCM120961-120987);

       f.    July 2015 (ADCM135642-135672);

       g.    August 2015 (ADCM170848-170868);

       h.    September 2015 (ADCM197174-197197);

       i.    October 2015 (ADCM226233-226256);

       j.    November 2015 (ADCM228552-228573);

       k.    December 2015 (ADCM322770-322791).

19. Attached herein and filed under seal as Exhibit 16 are true and correct copies of the CGAR reports for ASPC-Tucson for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

       a.    February 2015 (ADCM016181-016234);

       b.    March 2015 (ADCM037207-037262);

       c.    April 2015 (ADCM274389-274444);

1         d.     May 2015 (ADCM072034-072085);

2         e.     June 2015 (ADCM120988-121038);

3         f.     July 2015 (ADCM135673-135725);

4         g.     August 2015 (ADCM170869-170925);

5         h.     September 2015 (ADCM197198-197265);

6         i.     October 2015 (ADCM226257-226328);

7         j.     November 2015 (ADCM228574-228649);

8         k.     December 2015 (ADCM322792-322863).

20. Attached herein and filed under seal as Exhibit 17 are true and correct copies of the CGAR reports for ASPC-Winslow for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as follows:

        a.     February 2015 (ADCM016235-016268);

        b.     March 2015 (ADCM037263-037297);

        c.     April 2015 (ADCM274445-274477);

        d.     May 2015 (ADCM072086-072115);

        e.     June 2015 (ADCM121039-121068);

        f.     July 2015 (ADCM135726-135754);

        g.     August 2015 (ADCM170926-170945);

        h.     September 2015 (ADCM197266-197289);

        i.     October 2015 (ADCM226329-226354);

        j.     November 2015 (ADCM228650-228677);

        k.     December 2015 (ADCM322864-322888).

21. Attached herein and filed under seal as Exhibit 18 are true and correct copies of the CGAR reports for ASPC-Yuma for the time period of February through December 2015. The April 2015 CGAR document also includes the Corrective Action

1  Plans (CAPs) for that month. The documents were Bates-stamped by Defendants as
2  follows:
3        a.    February 2015 (ADCM016269-016309);
4        b.    March 2015 (ADCM037298-037344);
5        c.    April 2015 (ADCM274478-274524);
6        d.    May 2015 (ADCM072116-072156);
7        e.    June 2015 (ADCM121069-121110);
8        f.    July 2015 (ADCM135755-135795);
9        g.    August 2015 (ADCM170946-170980);
10       h.    September 2015 (ADCM197290-197335);
11       i.    October 2015 (ADCM226355-226402);
12       j.    November 2015 (ADCM228678-228732);
13       k.    December 2015 (ADCM322889-322934).
14     22.    Attached herein and filed under seal as Exhibit 19 are true and correct
15 copies of the CAPs for May–August 2015. The documents were Bates-stamped by
16 Defendants as follows:
17       a.    May 2015 (ADCM196816-196818; ADCM196862-196878;
18              ADCM199317-199370);
19       b.    June 2015 (ADCM199371-199410);
20       c.    July 2015 (ADCM199411-199484);
21       d.    August 2015 (ADCM199485-199663).
22     23.    Attached herein and filed under seal as Exhibit 20 are true and correct
23 copies of Corizon's staffing reports for April–December 2015 for all health care positions,
24 statewide and by prison institution. The documents were Bates-stamped by Defendants as
25 follows:
26       a.    April 2015 (ADCM199686-199696);
27       b.    May 2015 (ADCM199697-199707);
28       c.    June 2015 (ADCM199708-199718);

|   |   |   |
|---|---|---|
| 1 | d. | July 2015 (ADCM199719-199729); |
| 2 | e. | August 2015 (ADCM197336-346); |
| 3 | f. | September 2015 (ADCM197347-357); |
| 4 | g. | October 2015 (ADCM197358-368); |
| 5 | h. | November 2015 (ADCM273945-273955); |
| 6 | i. | December 2015 (ADCM274691-274701). |

24. Attached herein and filed under seal as Exhibit 21 are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at ASPC-Tucson for September–November 2015. The documents were Bates-stamped by Defendants as follows:

      a.    Sept. 2015 (ADCM197763-197769);

      b.    Oct. 2015 (ADCM197775-197778);

      c.    Nov. 2015 (ADCM197784-197788).

25. Attached herein and filed under seal as Exhibit 22 are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at ASPC-Florence for September–November 2015. The documents were Bates-stamped by Defendants as follows:

      a.    September 2015 (ADCM225780-225790);

      b.    October 2015 (ADCM225861-225869);

      c.    November 2015 (ADCM228116-228125).

26. Attached herein and filed under seal as Exhibit 23 are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at ASPC-Perryville for September and November 2015. The documents were Bates-stamped by Defendants as follows:

      a.    September 2015 (ADCM225815- 225824);

      b.    November 2015 (ADCM228142-228145).

27. Attached herein and filed under seal as Exhibit 24 are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings

at ASPC-Lewis for September 2015, produced by Counsel for Defendants. [ADCM225792-225814]

28. Attached herein and filed under seal as Exhibit 25 are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at ASPC-Yuma for September 2015, produced by Counsel for Defendants. [ADCM225847- 225854]

29. Attached herein and filed under seal as Exhibits 26 through 72 are true and correct copies of class member medical records, mortality reviews, and psychological autopsies. The documents were Bates-stamped by Defendants as follows:

| Ex. | Bates No | Prisoner & Type of Document |
|---|---|---|
| 26 | ADCM228171-228175 | ▮ Mortality Review Committee |
| 27 | ADCM122214-123242 | ▮ Medical Records |
| 28 | ADCM196783-196791 | ▮ Psych Autopsy |
| 29 | ADCM250523-251924 | ▮ Medical Records |
| 30 | ADCM173601-173605 | ▮ Mortality Review Committee |
| 31 | ADCM172396-173384 | ▮ Medical Records |
| 32 | ADCM080580-086332 | ▮ Medical Records |
| 33 | ADCM225754-225757 | ▮ Mortality Review Committee |
| 34 | ADCM254700-254921 | ▮ Medical Records |
| 35 | ADCM131228-132051 | ▮ Medical Records |
| 36 | ADCM078869-080579 | ▮ Medical Records |
| 37 | ADCM107423-107851 | ▮ Medical Records |
| 38 | ADCM130866-130869 | ▮ Mortality Review Committee |
| 39 | ADCM107852-108411 | ▮ Medical Records |
| 40 | ADCM061502-063739 | ▮ Medical Records |
| 41 | ADCM254922-255923 | ▮ Medical Records |
| 42 | ADCM070740-071207 | ▮ Medical Records |

| Ex. | Bates No | Prisoner & Type of Document |
|---|---|---|
| 43 | ADCM196792-196801 | ▮▮▮ Psych Autopsy |
| 44 | ADCM196736-196739 | ▮▮▮ Mortality Review Committee |
| 45 | ADCM135399-135402 | ▮▮▮ Mortality Review Committee |
| 46 | ADCM038816-039965 | ▮▮▮ Medical Records |
| 47 | ADCM044566-044569 | ▮▮▮ Mortality Review Committee |
| 48 | ADCM039966-040270 | ▮▮▮ Medical Records |
| 49 | ADCM120637-120640 | ▮▮▮ Mortality Review Committee |
| 50 | ADCM228184-228188 | ▮▮▮ Mortality Review Committee |
| 51 | ADCM018347-021607 | ▮▮▮ Medical Records |
| 52 | ADCM190847-192180 | ▮▮▮ Medical Records |
| 53 | ADCM245917-247155 | ▮▮▮ Medical Records |
| 54 | ADCM086333-086844 | ▮▮▮ Medical Records |
| 55 | ADCM120645-120648 | ▮▮▮ Mortality Review Committee |
| 56 | ADCM086845-089498 | ▮▮▮ Medical Records |
| 57 | ADCM196767-196770 | ▮▮▮ Mortality Review Committee |
| 58 | ADCM225738-225741 | ▮▮▮ Mortality Review Committee |
| 59 | ADCM267546-268284 | ▮▮▮ Medical Records |
| 60 | ADCM418684-418743 | ▮▮▮ Medical Records |
| 61 | ADCM153928-154776 | ▮▮▮ Medical Records |
| 62 | ADCM270381-270966 | ▮▮▮ Medical Records |
| 63 | ADCM134249-135398 | ▮▮▮ Medical Records |
| 64 | ADCM113311-113447 | ▮▮▮ Medical Records |
| 65 | ADCM196802-196815 | ▮▮▮ Psych Autopsy |
| 66 | ADCM228189-228192 | ▮▮▮ Mortality Review Committee |
| 67 | ADCM339812-340383 | ▮▮▮ Medical Records |
| 68 | ADCM228193-228193 | ▮▮▮ Mortality Review Committee |

| Ex. | Bates No | Prisoner & Type of Document |
|---|---|---|
| 69 | ADCM228197-228201 | ▮ Mortality Review Committee |
| 70 | ADCM215775-216336 | ▮ Medical Records |
| 71 | ADCM116583-120632 | ▮ Medical Records |
| 72 | ADCM272622-273376 | ▮ Medical Records |

30. Attached herein and filed under seal as Exhibits 73 through 82 are true and correct copies of the Master Record Files (MRFs) of class members. The documents were Bates-stamped by Defendants as follows:

| Ex. | Bates Range | Description |
|---|---|---|
| 73 | ADCM130870-130954 | ▮ MRF |
| 74 | ADCM273377-273446 | ▮ MRF |
| 75 | ADCM068244-068592 | ▮ MRF |
| 76 | ADCM273447-273649 | ▮ MRF |
| 77 | ADCM188292-188336 | ▮ MRF |
| 78 | ADCM273650-273778 | ▮ MRF |
| 79 | ADCM131142-131227 | ▮ MRF |
| 80 | ADCM273779-273862 | ▮ MRF |
| 81 | ADCM216689-216773 | ▮ MRF |
| 82 | ADCM273863-273913 | ▮ MRF |

31. Attached herein as Exhibit 83 is the Mortality Review Committee report for ▮.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 11th of April 2016, in Berkeley, California.

                                                         s/ Corene Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | **PRISON LAW OFFICE** |
| 4 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 5 | | Telephone: (510) 280-2621 |
| | | Email:  dspecter@prisonlaw.com |
| 6 | |   ahardy@prisonlaw.com |
| | |   snorman@prisonlaw.com |
| 7 | |   ckendrick@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
  afettig@npp-aclu.org
  jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
  agerlicher@perkinscoie.com
  jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

    s/ D. Freouf