# EXHIBIT 5

# HEALTH SERVICES TECHNICAL MANUAL

Division Director
Dr. Michael Adu-Tutu

1 January 2010

ADC010648

 

**PURPOSE**

This Health Services Technical Manual was created to provide technical and professional guidance for the delivery of quality health care within the Arizona Department of Corrections facilities or their supporting non-ADC organizations.

---

**RESPONSIBILITY**

It is the responsibility of the Facility Health Administrator (FHA) at each complex to ensure that adequate Dental, Medical, Mental Health, Nursing, Pharmaceutical, Medical Records, Laboratory, and X-ray services are available to the inmate population incarcerated within the Arizona Department of Corrections.

The FHA and facility staff will be supported in this labor by the Health Services Division Director and the Health Services Program Managers and staff.

ADC010649

# HEALTH SERVICES TECHNICAL MANUAL JANUARY 1, 2010

Chapter1 1.0. Guiding Doctrines And Philosophies

Chapter1 2.0. Authority And Accountability

Chapter1 3.0. Communications And Meetings

Chapter1 4.0. Policies And Procedures

Chapter1 5.0. Quality Improvement Of Health Services

Chapter1 5.1. Peer Review Of Professional Activities

Chapter1 6.0. Incident Command System (ICS)

Chapter1 6.1. Urgent Notification List

Chapter1 6.2. Emergency Supplies

Chapter1 7.0. Confidentiality

Chapter1 8.0. Inmate Medical Grievances

Chapter2 1.0. Resource Administration

Chapter2 2.0. Pharmacy Inventory

Chapter2 3.0. Medical Sharp And Tool Control

Chapter2 4.0. Budget And Inventory Control

Chapter2 5.0. Infection Control

Chapter2 6.0. Environmental Health

Chapter2 7.0 Kitchen Sanitation

Chapter2 8.0 Ectoparasite Control

Chapter3 1.0. Staff Administration

Chapter3 2.0. Staffing Patterns

Chapter3 3.0 Credentialling Responsibilities

Chapter3 4.0. Training And Orientation For Health Services

Chapter3 4.1. Medication Administration Training Of HS Staff

Chapter3 5.0. Clinic Space, Equipment, And Supplies

Chapter3 5.1. Health Care Liaison

Chapter3 6.0. Student Extern Clinical Rotation

Chapter3 7.0. Inmate Workers And Volunteers (TBP)

Chapter3 7.0. Inmate Workers

Chapter3 8.0. Training For Correctional Officers

Chapter4 1.0. Pharmacy Administration

Chapter4 1.1. Pharmaceutical Dispensing Procedures

Chapter4 1.10. Special Pharmacy Issues

ADC010650

Chapter4 1.11. Psychotropic Meds

Chapter4 1.12. Methadone Tx

Chapter4 1.2. Pharmacy Issues To Clinic RDSA Stock

Chapter4 1.3. After Hours Pharmacy Support

Chapter4 1.4. Pharmacy Security

Chapter4 1.5. Post Exposure Prophylaxis

Chapter4 1.6. Non Formulary Drug Requests

Chapter4 1.7. Compounding And Prepackaging

Chapter4 1.8. Drug Utilization Review

Chapter4 1.9. Drug Recall Policy

Chapter4 2.0. Laboratory Procedures

Chapter4 3.0. Radiology Procedures

Chapter5 1.0. Inmate Access To Health Care

Chapter5 1.1. Transportation Of Inmate

Chapter5 1.2.0. Special Intake Medication Issues

Chapter5 1.2.1. Transfer Released IM

Chapter5 1.2.2. Transfer Arrival Departure IM

Chapter5 1.3. Progress Notes & SOAP

Chapter5 1.4. Treatment Plans

Chapter5 1.5 Nursing Assessments And Protocols

Chapter5 2.0. Intake & Return To Custody Responsibilities

Chapter5 2.1. Intake At Non-Reception Facility

Chapter5 3.0. Non Emergency Health Issues

Chapter5 3.1. Routine Appointments (Request)

Chapter5 3.2. Inmate Access To Appointment Locations

Chapter5 4.0. Routine Appointments (Recording)

Chapter5 5.0. Continuity Of Care Upon Transfer

Chapter5 5.0.Continuity Of Care Upon Transfer

Chapter5 5.1. Chronic Condition Care

Chapter5 5.2 Security Accountability Of Medical Records

Chapter5 5.2. Security And Accountability Of Health Records

Chapter5 5.3. Organization Of The Medical Record

Chapter5 6.0. KOP Medications

Chapter5 6.1. Transfer Medications

Chapter5 6.2. Intake And Outside Med Orders

ADC010651

Chapter5 6.3. Adverse Drug Reactions

Chapter5 6.4. Medication Adminstration

Chapter5 6.5. Narcotics Accountability

Chapter5 6.6. Med Errors

Chapter5 7.0. Follow Up Requirements

Chapter5 7.1. Missed Appointment

Chapter5 7.2. Treatment Refusal

Chapter5 8.0. Health Services Fees

Chapter5 9.0 Oral Health Care Services

Chapter6 1.0. Health Education And Promotion

Chapter6 2.0. Tobacco Use

Chapter6 3.0. Exercise

Chapter6 4.0. Personal Hygiene

Chapter6 4.1. Self Catheterization And Colostomy Care

Chapter7 1.0. A. Special Needs And Facility Capabilities Attachment Updated Oct 2009

Chapter7 1.0. Special Needs And Facility Capabilities

Chapter7 1.1. Alcohol And Substance Abuse Support

Chapter7 1.2. Protection From Sun Exposure

Chapter7 1.3. Therapeutic Diets

Chapter7 1.4. The Pregnant Inmate

Chapter7 1.5 TB Screening Management

Chapter7 1.6. Suicide And Mental Health Watches

Chapter7 1.6.1. Hunger Strike Clinical Support

Chapter7 1.7. ADA Eligible Inmate Management

Chapter7 1.8. Clinical Staffing Of Special Problems

Chapter7 1.9. Special Needs Considerations And Orders

Chapter7 10.0. Sexual Assault

Chapter7 11.0 Orthotic And Prosthetic Aids

Chapter7 2.0. Outside (Specialty) Care And Clinics

Chapter7 3.0. Outside Hospitalization

Chapter7 4.0. Infirmary & Sheltered Housing Management

Chapter7 5.0. Emergency Transports

Chapter7 6.0. Segregation

Chapter7 7.0. Management Of Terminal Illness Issues

Chapter7 7.1. Furlough Requests

ADC010652

Chapter7 7.2. Inmate Mortality

Chapter7 7.3. HR Transfer - Deceased

Chapter7 7.4. Hospice Services Support

Chapter7 8.0. Medical AIMS Entries

Chapter7 9.0. TBP Medical Classification Scores

Chapter8 1.0. Establishment Of HR

Chapter8 2.0. Informed Consent

Chapter8 2.1. Release Of Information

Chapter8 2.2. HIPAA

Chapter8 2.3. Request For Medical Records From Outside Medic

Chapter8 3.0. Retention Of HR

Chapter8 4.0. Inmate Access To HR

Chapter8 4.1. Inmate Family Access To HR

Chapter9 10.0. Execution Involvement

Chapter9 5.0. Discharge Planning

Chapter9 6.0. Medical Research

Chapter9 7.0. Access To Custody Information

Chapter9 8.0. Clinical Restraints And Seclusion

Chapter9 9.0. Forensic Examinations And Information

Appendix A - Job Descriptions

Appendix A - Statistics

Appendix B - Dental Services

Appendix C - 1.0 - Monitored Conditions Protocols

Appendix C - 2.0 - Monitored Conditions Hepatitis C Treatment Policy

Appendix D - 1.0. Communicable Disease Definitions

Appendix D - 2.0. Tuberculosis Screening

Appendix E - 1.0. Nursing Emergency Response Orders

Appendix E - 2.0. Nursing Assessment & Treatment Protocols

Appendix F - 1.0 Forms,Stamps Legibility

Appendix F - Msds Chemblend Fixer

Appendix F - Msds XRAY

Appendix F - Pharmacy Forms

Appendix G - 1.0 - Authorized Abbreviations

6

ADC010653

Appendix G - 2.0 - Glossary ----------------------------------------------

Appendix H - Mental Health Services --------------------------------------

ADC010654

|  | Guiding Doctrines and Philosophies | OPR:<br>Health Services/ Division Administrator |
|---|---|---|
| | | Auth: jac |
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 1.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     NCCHC STANDARD P-A-01
                    NCCHC STANDARD P-A-03

**PURPOSE**:  To provide grounding guidance for Health Services Division staff to ensure access to, and provision of, high quality and well organized Health Services to inmates that are incarcerated in facilities that are under the medical auspices of the Arizona Department of Corrections.

**RESPONSIBILITY**
It is the responsibility of the Program Managers, Health Regional Operations Directors, and Facility Health Administrators to ensure that the communications regarding activities affecting the delivery of health care services are accurate, complete, and timely.  Each is to be responsive to the other.  It is every staff member's responsibility to ensure that inmate-patients can be seen by a clinician and receive professional clinical judgments regarding their health status and also receive pertinent clinically necessary care that is ordered by authorized clinicians.

1.0.    Guiding Doctrines and Philosophies

Department of Corrections Mission:
        The Arizona Department of Correction recruits and recognizes a well-trained, professional work force to serve and protect our communities and its crime victims by effectively employing the field's best security practices, and proven pre-release programming support, to prepare for the release and reintegration ex-offenders as civil, productive citizens.

Program Services Division Mission:
        Through full programming of ADC offenders the Programs Division intends to contribute to putting a dent in Arizona's relapse, revocation, and recidivism.   A strategic and integrated approach to offender programming that combines the strengths of Health, Religious Services, Workforce Development, Work-based Education (Vocational

8

Training), Mental Health Symptom Management, Alcohol and Drug, and Sex Offender Treatment delivers that promise. Targeted for change are those risk factors that drive offender criminality. This approach strengthens prison security and supports programs that normalize and reinforce responsible offender behavior through a philosophy. This is a system of "Change for Success by Design".

Program Services Division

Our strategy is to provide evidenced-based programming opportunities and services that sound social science research identifies as risk reducing activities. We will use proven techniques embedded in social learning theory, behavioral repetition that supports personal accountability, followed by positive reinforcement. With the funding provided by Arizona citizens, Programs will require offenders to practice on the inside the behaviors that produce civil and productive citizens on the outside. A business-like approach is our strategic goal to offender programming.

2.0.    Health Services Division Mission:  To provide constitutionally mandated health care to the offenders of the Arizona Department of Corrections, while protecting the health of its employees.  To accomplish this, Health Care has several program and specialty areas for the employee and offender needs.  The Arizona Department of Corrections provides inmates reasons for living healthy lifestyles and appropriate access to medical and dental health care at reasonable fees.  Appropriate and uninterrupted health care be provided to inmates with chronic health conditions.  ADC ensures that all inmates are provided access to scheduled and emergency (as needed) health care, and are not refused health care treatment due to financial incapability.

Consistent with community standards, provide quality medical care and services responsive to the inmate population to include: medical services, dental care, primary nursing care, and quality pharmacy care. Keeping inmates healthy is the basic platform from which the inmate is launched to successfully complete basic education, workforce development, and alcohol and drug treatment sessions essential to building good citizenship and self-sufficiency. The Correctional Public Health program assists in reducing the incidence and spread of communicable diseases, making the prison system a healthy and productive environment for both staff and inmates.

3.0.    Health Services Staff hold to the basic tenets of the modern Hippocratic Oath (*L. Lasagna*, 1964) as guiding principles of daily activity.

I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.

I will apply, for the benefit of the sick, all measures [that] are required, avoiding those twin traps of over treatment and therapeutic nihilism.

I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.

I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.

9

ADC010656

I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know.  Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty. Above all, I must not play at God.

I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick.

I will prevent disease whenever I can, for prevention is preferable to cure.

I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.

10

ADC010657

| | Authority and Accountability | OPR: Administrative Services Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac |
| Health Services Technical Manual | HSTM Chapter 1 Section 2.0. | Supersedes: Effective Date: January 1, 2010 |

**REFERENCES**:     DEPARTMENT ORDER 105
DEPARTMENT ORDER 509
DEPARTMENT ORDER 512
DEPARTMENT ORDER 706
DEPARTMENT ORDER 703
DEPARTMENT ORDER 712
NCCHC STANDARD P-A-02
NCCHC STANDARD P-D-01
NCCHC STANDARD P-G-04

**PURPOSE:** To establish general authority for the provision of clinical and administrative services by the Health Services Division (HSB) organization at each complex.

**RESPONSIBILITY:**
The Division Administrator is responsible to the Division Director and Director for the provision of health care to inmates incarcerated in the Department Of Corrections. The Health Regional Operations Directors, Program Managers, Division Support Personnel, and Facility Health Administrators have been delegated certain authorities to help the Division Administrator meet the mission of the Health Services Division and Department of Corrections by performing the day-to-day Health Services labors.

**1.0    Health Services Division Central Office Personnel:**
1.1.    The Division Administrator Health Services Division is responsible to ensure that all inmates are provided access to scheduled and emergency (as needed) health care, and are not refused health care treatment due to financial reasons. The HSB Administrator shall ensure that health care is delivered through a joint effort of Health Services and security operations. The HSB Administrator monitors health care staff to ensure compliance with the same security regulations as other Department employees. HSB Administrator ensures that clinical decisions and actions regarding health care services

11

ADC010658

provided to inmates remain the sole responsibility of qualified health care professionals. The Division Administrator accomplishes this through his Facility Health Administrators. The Facility Health Administrators are supported in their services by the remainder of the Central Office staff.

1.2     The Medical Director shares responsibility with the HSB Administrator in ensuring that clinical decisions and actions regarding health care services provided to inmates remain the sole responsibility of qualified health care professionals.  The Medical Director serves as the senior Health Services clinician for the Department. The Medical Director also sets, monitors, and adjusts standards of professionalism and care for the Department.  The Medical Director for HSB shall develop medical staff by-laws.

1.3     The Program Managers are available to provide technical advice and assistance in their respective professional disciplines as the need may arise.  Field recommendations for discipline-specific procedural or policy changes will be reviewed by the respective Program Manager prior to submission to the Division Administrator HSB for approval. Program Managers will be directly involved in interviewing and hiring key contact personnel; providing technical and professional input to the decision.

**2.0 Health Regional Operations Director (HROD)**:
        The HROD shall perform periodic reviews of the assigned complex health facilities to ensure compliance with Department Orders, HSB Technical Manuals, and to monitor compliance with local policy and procedures.

        The HROD shall be responsible for ensuring that, within their assigned Regions, there are adequate resources to the Facility Health Administrator (FHA) that will allow for the accomplishment of their mission.

        At least one HROD shall be responsible for monitoring the health care activity of contracted prison systems housing Arizona Department of Corrections inmates.

**3.0.     Complex Responsibilities**
3.1.     General Administration
The FHA is responsible for developing, reviewing, creating, and publishing, and updating complex-specific post orders in support of Department Orders, Director's Instructions, the Health Services Technical Manual and Institutional Orders.
The FHA is responsible for recommendation for, and administration of, the budget assigned for each of the line items: Equipment Budget, Other Operating Budget, Travel Budget, and the Professional/Outside Services Budget
The FHA is responsible for guiding and monitoring the daily operations of the health care delivery system to ensure actions are compliant with all administrative directives and pertinent State regulatory agency technical provisions.
All Key Contacts are charged with ensuring the adherence by all staff to governing professional and technical regulations, ADC Department Orders, HS Technical Manual, and Post Orders.

3.2.  Personnel:
Position Authority:     The Facility Health Administrator at each complex is designated as the Responsible Health Authority.  His or her responsibilities are delineated in the ADC job description, Position Description Questionnaire, and Health Services Technical

ADC010659

Manual. The Responsible Health Authority is responsible complex-wide, for all levels of health care, providing quality accessible health services to all inmates.  The FHA shall ensure that all facility health staff are knowledgeable of the FHA's liaison responsibilities.

The Facility Health Administrator is the Risk Manager for all Health Services Division resources maintained at their respective facility.

The Key Contact Physician is designated as the <u>Responsible Physician</u> for each complex.  The responsibility for senior clinical judgment and final authority for clinical issues at the complex resides in this position.

**Staffing Patterns**

The FHA, in orchestration with the respective key contact, shall establish a standard staffing schedule, to include unit assignment, to ensure that adequate levels of staff are available to meet the requirements published by the Division Administrator as the HSB standards of care.

The FHA shall ensure that there is a current urgent notification (after hours) schedule for all pertinent disciplines as set forth by this Manual and Department Order 512.

**Personnel Requirements**

The FHA is responsible for development of all documents required to validate staffing needs, establish new positions, recruit staff, and document staff training.

The FHA shall be responsible for ensuring that acquisition of contracted providers and other health care services are requested and (if approved by HSB Administrator) scheduled as needed.

The FHA is the hiring authority for personnel at the institution level.  However, the FHA shall not enact hiring activities that are for direct hire positions.

The FHA is responsible for ensuring all employed and contracted professional and technical staff are required to meet their licensure and certification requirements.  Those failing to meet this requirement will be referred by the FHA for administrative action.

The FHA is responsible for developing systems to support ensuring that all facility health staff meet the annual training requirements.  Those failing to meet this requirement will be referred by the FHA for administrative action.

The FHA is responsible for ensuring that each new employee receives New Employee Orientation within sixty days of hiring in accordance with ADC  Department Order 509.

The FHA is responsible developing systems hat ensure that Health Services Division supervisors meet their responsibility by providing employees with current performance appraisal in accordance with regulations.

It is the responsibility of the FHA to ensure that all personnel actions are performed in accordance with ADC Department Orders and Personnel Rules.

The FHA shall be responsible for ensuring that all documentation regarding misconduct and letters of discipline are forwarded to the Division Administrator for action.

**3.3.    Physical Plant:**

13

ADC010660

The FHA is responsible for ensuring the acquisition of equipment, and supplies for routine and emergency services.

The FHA is responsible for ensuring all requirements for Department, State, and uniform building and safety codes are satisfied and documented.

The FHA is responsible for ordering all equipment, supplies, forms, Department Orders, and Technical information.

The FHA shall ensure that all radiology equipment is properly and regularly inspected and registered with Arizona Radiology Regulatory Commission.

The FHA is responsible for conducting a biweekly walk through of the health units.
Refer to Department Orders 703 and 712.)

The FHA is the overall property manager for the assigned facility and shall ensure that all inventorial and non-inventorial equipment under their responsibility is accounted for and controlled at all times.  The list of budgeted equipment and capital and non-capital will be provided by the HS Division Administrator.

It is the FHA's responsibility to advise pre-construction activities and periodically review the on-site construction of any prison health unit being built on his/her complex, communicating any construction problems to the HS Division Administrator.

**3.4.    Safety and Security:**

The FHA is responsible to coordinate all routine, emergent, and advance planning with the complex Warden and designated staff as well as inform the HROD on the resulting agreements and procedures.

The FHA is responsible for the safe and secure operation of the Health Unit.

The FHA is responsible for ensuring facility Health Services staff compliance with ADC Department Orders and complex Post Orders.

The FHA has the responsibility to coordinate security coverage for the Health Units during normal business hours and after hour's emergencies with the Warden or his/her designee.

The FHA is responsible for ensuring that all Health Services contracted or other visits to the facility are cleared by security prior to the visit. (Refer to Department Order 202).

The FHA is responsible to notify the HROD when significant events occur.

All HSB personnel are responsible to report all injuries and losses of personal property or real property within 48 hour from the time of occurrence and provide all back-up documentation as directed in Risk Management Department Order 404.

The FHA shall, in conjunction with Occupational Health Unit, establish an infection control plan in order to comply with all OSHA & HAZMAT regulations.

The FHA shall, in conjunction with complex Fire and Safety Liaison and the Occupational Health Unit, monitor and advise the Warden regarding creation and management of biomedical waste.

The FHA shall ensure that medication RDSA and Clinic stock audits and inventories are performed by the Pharmacist, Lead Dentist or designee, and CRNS II or designee as follows:  The pharmacist is responsible for the quarterly audit of all drug storage areas.  A lead dentist or designee, or CRNS II or designee will be responsible for auditing their respective health units and RDSAs (dental RDSA and medical RDSA)

14

monthly.  Medical and dental RDSAs are to be inventoried weekly, except when the RDSA is sealed by a safety seal.  It can be inventoried each time the seal is broken by the lead dentist or designee, nursing staff, or medication liaison.

**3.5.    Access to Care**:
The FHA is responsible for ensuring the development and implementation of program establishment and procedures that have been directed by Health Services Division Administrator.

The FHA shall ensure the establishment and publication of clinical procedures for each of the clinical areas; Medical, Nursing, Dental, and Medical Records under their responsibility. This will be performed in coordination with the respective key contact.

The FHA retains responsibility to create systems that provide for (that at the time of admission and throughout their stay) all inmates are informed verbally and with written instructional handouts a description of the process to access health care services.

The Facility Health Administrator is responsible to develop systems to ensure that sufficient and suitable space, equipment, and supplies are made available for providing an adequate health care delivery system in the complex.

The FHA will ensure that all newly arrived inmates are provided with required up-to-date orientation information and/or literature.

The FHA shall oversee and ensure development, publication, and distribution of schedules of hours of health care services and services that are provided to inmates assigned to the complex.

**3.6.    Provision of Care**: The FHA is responsible for ensuring that any recommendation for care and treatment taken by the medical staff is supported through facility resources.

The FHA shall ensure that on-site clinics are scheduled in accordance with need and in compliance with the governing contracts and directives.

The FHA, in coordination with the appropriate Program Manager, will ensure on-site compliance with governing licensure and treatment statutes.

The FHA is responsible to establish a process for the delivery of authorized medications, treatments, and diagnostic testing.  The systems should include a process for the clinic issue supply reordering and delivery of bulk clinical supplies.

**3.7.    Special Needs and Special Issues**:
The FHA is the convening authority for Clinical Staffing when one is requested by the attending provider of record to address the inmate who presents with complex issue(s) or series of health issues.

The FHA, in coordination with the Nursing Key Contact, shall develop procedures for the delivery of both routine and emergency nursing services to CDU/Lockdown

The FHA is responsible to ensure the Key Contact Nurse develops a schedule for the passing of medications to include CDU and Lockdown and maintenance of the Remote Drug Storage Area.

The FHA is responsible to coordinate with the Key Contact Nurse to identify the number of Americans with Disabilities Act (ADA) Beds in the facility and develop a method for identifying and tracking inmates who meet ADA criteria.

15

ADC010662

The FHA is responsible to coordinate the management team in developing procedures for facility specific emergency medical services and procedures to include ground and air transportation.

The FHA shall develop a local plan for IMS in coordination with the Complex Incident Management System plan. (Refer to Department Order 706)

The FHA shall, in coordination with the Mental Health staff, establish local procedure (to include training protocols and schedules) to provide Health Services support required to support the health of the inmate being managed under Department Order 804.

The FHA shall establish ORC in accordance with Department Order 1101.

The FHA is the Pharmacy Certificate holder for pharmaceutical FDA/Drug Compliance for the Complex.  He will be advised in this responsibility by the Pharmacy Program Manager

4.0.    Mental Health Services will be provided under the regulation and administration of the Counseling and Treatment Services Division (CTS).   Health Services staff will provide medical and dental assistance in the provision of care.  CTS provides treatment for routine, acute, and crisis mental and psychiatric needs.

**5.0.**    This technical manual must be reviewed at least annually and updated as necessary.  Annual review will be documented by signing and dating this technical manual by the Key Contact staff members and Facility Health Administer (FHA).

ADC010663

| | Communications, Meetings and Reports | OPR: Administrative Services Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: gp/st/tj/jt |
| Health Services Technical Manual | HSTM Chapter 1 Section 3.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:     DEPARTMENT ORDER 112
DEPARTMENT ORDER 117
DEPARTMENT INSTRUCTION 173
DEPARTMENT ORDER 513
DEPARTMENT ORDER 201
DEPARTMENT ORDER 105
DEPARTMENT ORDER 508
DEPARTMENT ORDER 706
DEPARTMENT ORDER 711
NCCHC STANDARD P-A-04
NCCHC STANDARD P-A-08
NCCHC STANDARD P-E-08

**PURPOSE:**  To provide an outline of mechanisms for communication with different Arizona Department of Corrections individuals and groups both within and outside of Health Services Division and other state agencies.

**RESPONSIBILITY**:  It is the responsibility of the Program Managers, Health Services Regional Operations Directors (HROD), and Facility Health Administrator (FHA) to ensure that the communications regarding activities affecting the delivery of health care services are accurate, complete and timely; each is to be responsive to the other.

**1.0.**    **Scheduled Health Services Division Meetings/Conference Calls**.  All meetings, conferences, and professional gatherings that will be held off-site (away from the attendees' normal work complex or office complex) or require expenditure of State funds must be approved in advance by the coordinator's supervisor.

**1.1.**    **Management Team Meetings:**  The FHA shall convene a meeting of the facilities management team (Key Contacts) at a minimum of twice a month.  Minutes of these meetings shall be prepared and distributed to the Division Administrator, the HRODs, other FHAs, the facility Warden and the facility Key Contacts.   The FHA will invite the Warden to attend this Management Team Meeting at least once a quarter.

17

1.2.     The FHA shall conduct a meeting of **complex health services** staff at least quarterly.  The meeting should be used as an opportunity to recognize the accomplishments of health services staff as well as disseminate general information.  In accordance with Department Order 112.3 each Warden will schedule a meeting with the Health Services employee group on a quarterly basis to ascertain their professional concerns/conduct, as well as their compliance with security practices.

1.3.     The FHA shall convene a monthly **Complex Continuous Quality Improvement Committee**.  The meeting will serve to describe ongoing quality improvement studies and activities.  This meeting may be convened in conjunction with another meeting.

1.4.     The FHA shall ensure that a **Nursing Professional Meeting** is conducted by the CRNS II.  This meeting shall be convened on a monthly basis and will serve to educate nursing staff regarding policies, procedures, and disease management.  Minutes will be taken and a copy submitted to the Nursing Program Manager.

1.5.     **FHA Quarterly** Meetings – There shall be a quarterly FHA meeting held by the Division Administrator and/or Regional Health Operations Directors.  This meeting may be held on- off-site, or may be held via teleconference.  Agenda, locations and dates will be determined and published prior to each meeting.

1.6.     **Extended Health Services Executive Staff Meeting**, which includes the Health Services Division Administrator, the HRODs, Program Managers and FHAs, shall be held biannually.

1.7.     The Division Administrator shall hold **bi-weekly conference calls**.  The HRODs, FHAs, Program Managers, and applicable subject matter experts from HSB or the field will participate.

1.8.     The HROD shall conduct a state-wide **monthly FHA conference call**.  All FHAs and HRODs shall participate; Program Managers and Key Contact staff are invited.  Agenda items shall be submitted one week prior to the conference call to the hosting FHA.  Minutes shall be maintained by the hosting FHA and distributed to the Health Services Division Administrator, the HRODs, Program Managers and FHAs.  Conference calls should be scheduled to ensure information is provided to the field in a timely manner.

1.9.     **Professional Discipline conference calls** may be scheduled by the respective Program Manager as needed.

1.10.    A **monthly HROD-FHA one-on-one meetings** will be held for those FHAs within the respective HROD's region.

1.11.    **Health Services Executive Staff** (Health Services Division Administrator, the HRODs, and the Medical Program Manager) will meet monthly.

1.12.    **Pharmacy and Therapeutics Committee**:  The ADC Inmate Health Services maintains a dynamic closed Drug Formulary designed to provide necessary medications to address the health care needs of the inmate population, promote continuity of care within the system, and maintain cost-effectiveness.

1.13.    Scheduled Inter-Division Meetings

    **Complex Meetings**

    The FHA shall attend the Warden's Executive Staff meetings.

    The FHA shall meet one-on-one with the Warden at least monthly.

    The HROD shall attend the Warden's Executive Staff meetings once each quarter

    The attendance of the HROD at the Executive Staff meeting may be more frequent when deemed necessary.

ADC010665

The Key Contact Physician should be provided the opportunity to attend the Warden's quarterly meeting with Health Services staff.

**2.0.     Communication between HSB and the Health Units**:   All communication, written or verbal, shall be transmitted in the most direct, concise, timely and clear manner in order to facilitate issue resolution.  Written communication includes, but is not limited to:  Department Orders, Technical Manuals, Technical/Clinical Notices, Standard Operating Procedures, Meeting Minutes, Personnel Actions, Addendums, Letters and Memorandums.

Verbal communication includes, but is not limited to:  conference calls, information requests, and inmate status inquiries.

2.1.     All communication via telephone or face to face will be conducted in a professional and courteous manner. Significant verbal decisions and/or directions given or received by the initiator shall be followed up by written memorandum to the other party.

2.2.     Program Managers will ensure that the FHAs are informed of their technical and clinical guidelines and directions, information requests and other related issues and inquiries. Any special projects assigned by Program Managers to the FHA must be coordinated through the HROD as appropriate. In situations judged to be emergent, the Program Manager shall contact the FHA. If the FHA is not available, contact the appropriate Key Contact staff member who shall ensure that the FHA is informed of the situation as soon as possible, followed by written documentation with a copy to the HROD.

2.3.     On administrative situations of a systemic nature, the Program Manager shall contact the HROD.

2.4.     For situations localized to a specific complex, the Program Manager shall contact the FHA who will respond to the situation or request.

2.5.     On routine technical/clinical situations, the Program Manager shall contact the appropriate Key Contact staff member.

2.6.     The FHA shall ensure that the Program Manager is the primary point of contact for all technical/clinical issues related to the appropriate program.  In situations judged to be emergent, the FHA shall (directly or through the Key Contact staff member) communicate with the appropriate Program Manager in order to ensure expeditious resolution of the issue.  On routine technical/clinical situations, the Key Contact staff member shall communicate with the appropriate Program Manager.  The FHA shall provide the Key Contact staff time to discuss pertinent information received from their Program Manager during the Management Team Meeting.

2.7.     Non-emergent facility clinical/administrative issues that remain unresolved or without apparent closure within seven business days are to be discussed with the respective Program Manager and HROD.

**3.0     Emergency Notifications to Health Regional Operations Director**

3.1.     The FHA shall notify the Regional Health Administrator immediately (day or night) when any of the following significant events occur:

-        Any unusual incidents that may be newsworthy or politically important.
-        Major disturbances, e.g., riots.  Any IMS of a level "C" response or above.
-        Death of an inmate or Health Services employee.

ADC010666

-    Property Loss, Vehicle accident or personnel injury.
-    Inquiries from the Governor's Office, Congressional delegation, members of the State Legislature, other elected officials and the news media.
-    Suspected cases of TB, chicken pox, Hepatitis A, mumps, Rubella (German measles), and Rubeola (measles); or any other communicable disease.  (Refer to Department Order 1102, Communicable Disease Reporting Requirements.)
-    Missing sharps, medications or other potentially dangerous items.
-    Alleged sexual assaults, prisoner on prisoner.
-    All violations or breaches of conduct, Code of Ethics, licensure or certification, and/or Community Standards of Care.

3.2.    The FHA shall forward a written information report, to the HROD, detailing the circumstances by the close of business on the next business day following the occurrence.

3.3.    The HROD will be responsible for notification to the HS Administrator and appropriate health services staff.

3.4.    On the next business day following an emergency send-out, the FHA, or his designee, will provide notification to the HSB Administrator or his designee of any non-scheduled transports for medical care via electronic means with a copy to the HROD.

3.5.    During an emergency (while under IMS), the FHA, in coordination with the Logistics Section Commander, will determine who will be issued radios and coordinate the communication methodologies to be followed during the IMS.

**4.0.**   **Emergency Notifications to Warden.**

The FHA shall notify the Warden, or designee, of all serious illness, injury, communicable disease outbreak, or potential disease outbreak.  The Warden shall be notified of an inmate's health status when, as determined by health staff:

-    An illness is life threatening.
-    That due to unusual circumstances an extended hospital stay is required.
-    Any incident involving reported potential safety hazard.
-    The Warden shall be notified of the death of an inmate.

Notification to next of kin will be carried out by Security Operations and/or the chaplain service according to established policy at the local prison complex and as described in Department Order 711.

All attempts and/or completion of notification shall be documented on an incident report and forwarded in accordance with DO 711.

When referred to the FHA, every effort should be made to answer any related questions or inquiries by the family within the confines of confidentiality policies.  Any questions or information of concern should be discussed with the HROD.

**5.0.**   **Information Reports**:  Incident report formatting and submission of such reports are to be in compliance with Department Orders 105 and 706.  This document and the references describe proper notification and reporting of significant incidents. Staff shall complete an Information Report, Form 105-2pf on all major or minor incidents.

Information reports of a serious nature, to include:  missing sharps and medications, breaches of security, staff assaults, and inmate medical issues should be faxed to the Health Services Division Administrator immediately upon completion for guidance on pursuing an investigation.

ADC010667

6.0.    **Emergency Notifications to Facility Professional Management Staff**
As a general rule, inmates will not be transported off-complex to outside hospitals without the acknowledgment and/or direction of a medical provider employed by ADC.
The FHA will be contacted by either the nursing staff or the Provider of any "send outs" to the hospital or emergency facilities.
After hours, following the departure of an inmate by emergency medical transportation, the attending nurse will contact the staff and offices identified by local post order and leave a voice or e-mail message informing the recipient of the transport.
The Facility Health Administrator will be immediately contacted by the on–site nurse if any unplanned conditions occur related to an emergency medical transport.
All errors relating to an inter-facility transfer must be communicated to the FHA at the time the error (inappropriate placement, inability for receiving complex to provide adequate care of the inmate's needs, etc.) has been identified.

7.0.    **Investigative Reports::**   These types of reports will be initiated by the Division Administrator or his designee and follow procedures as outlined in Department Order 601, Internal Affairs Investigations and Department Order.

8.0.    **Outside Communications:**
Oral Communication Regarding Inmate Health Status will be responded to in accordance with the guidance contained in this Manual.
Inquiries relating to an inmate's health condition shall be referred to the FHA or their designee. Authorization for release of information must be obtained from the inmate prior to releasing any information.
If a health services staff member receives a Governor's inquiry, Legislature inquiry, an inquiry from any elected official or a media inquiry, the Division Administrator and the HROD must be notified IMMEDIATELY.
If contacted by the Media for information refer to Department Order 201.

9.0    **Electronic Communication Devices**:   Facility Health Administrators are authorized to carry electronic instruments (Cell Phones, handheld computers i.e., "palm pilots," etc, into secured perimeters in accordance with Department Instruction 173 and Department Order 513.

10.0    All **public speaking presentations** on behalf of ADC, must receive approval by the Division Administrator. The FHA and Program Manager must be notified with intent to submit the draft.

21

ADC010668

| | Policy Administration | OPR:<br>Health Services Regional<br>Health Administrators |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac |
| Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 4.0. | Supercedes:<br>HSTM 1.4.0. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:    Department Order 512
NCCHC STANDARD P-A-05

**PURPOSE:**  To provide current Health Services contact information to medical and security staff in the event of a medical emergency, providing capability to address emergent medical needs on a twenty-four hour basis by medical staff although a medical Provider may not be on site.  To provide policy formats for standard publications.

**RESPONSIBILITY:**  It is the responsibility of the Health Services Division Director (or designee) to provide current and complete guidance to the Division.  It is the responsibility of all Health Services staff to ensure standardized policies are published and adhered to, in accordance with sound medical and security practices.

1.0    The Arizona Department of Corrections Health Services Division maintains a Health Services Technical Manual (HSTM) that serves as an adjunct to Department Order manual and as a departure point for Facility Post Orders.
1.1.    The HSTM shall contain only those policies that are approved by the Health Services Division Director and the Health Services Medical Director.
1.2.    The policy statements define the official position on particular issues, and procedures describe how the policies are carried out.

2.0.    The individual Program Managers retain responsibility for development, annual review and revision of policies and procedures.   The Facility Health Directors and Key Contacts retain responsibility to annually review the HSTM as well as Facility Post Orders to ensure accuracy and effectiveness.

3.0.    Each institution FHA is responsible for regularly reviewing policies and procedures to identify and document desired or approved deviations. The review should

22

involve subordinate staff and deviations are to be discussed with affected staff to determine ways to improve the process, or, the policy and procedure.

4.0.    Each HSTM policy and each Post Order will be cross-referenced with the appropriate NCCHC Standard(s), ADC Department Orders, ADC Director's Instructions, if applicable, and any other appropriate official document(s).

4.1.    Each HSTM policy shall utilize the following format for publication.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | TITLE | OPR:<br>(Office of Primary Responsibility and/or author)<br><br><br><br><br>(Author initials) |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | Chapter No.<br>Section No. | Supersedes:<br>Effective Date:<br>Date designated by HS DIV |
| **REFERENCES**:          Department Order XXX<br>                              NCCHC Standard<br><br>**PURPOSE:**<br>**RESPONSIBILITY:**<br>**POLICY:** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.0.    All policies published for inclusion in the HSTM will be published under a POLICY TRANSMITTAL COVER SHEET.

5.1.    The coversheet will describe the policy number, title, a short description of the reason for the policy, where the policy should be filed.   The Coversheet is not to be published without the signature of the Health Services Division Director or his policy designee.

5.2.    The FHA is responsible to copy and distribute the new policy to all unit Technical Manuals under his/her supervision.   Upon completion of the entries into the unit HSTM, the transmittal should be dated and initialed by the FHA or his administrative designee and filed with the FHA's Master HSTM (maintained under the control of the FHA and located in the FHA's office).

5.3.    The fly sheet of the FHA's Master HSTM must indicate (by dated signature) an annual review of the HSTM by all the facility's Key Contacts and the FHA.

ADC010670

6.0.    The verbiage contained in this manual is provided to assist Division personnel. The guidance contained in this Manual is designed to clarify State and Federal regulations.  It is also designed to intertwine with professional standards and common sense.

6.1.    Many of the words and abbreviations in common use will be found in Appendix G.  However, not all words are defined due to the common sense nature of many health service expressions.  For example;

- "document" generally means to write information in a permanent and officially sanctioned form.

- "notify" generally means to contact an individual through immediate one-on-one means without relying on voice mail or unverifiable intermediary methods.

- "observe" generally means to visualize with one's own eyes without relying on reports from others.


7.0.    All policies are provided as guidance in administration by Health Services Division staff.  Facility Health Directors are responsible to ensure compliance.

7.1.    Should a FHA perceive a need for a change to policy or a waiver of policy, as it affects the specific complex health facility, the FHA shall produce a letter to the Health Services Division Director that:

- Identifies the particular policy element that presents a problem.
- Identifies what is requested to be waived.
- Describes any recommended changes to policy.
- Describes the expected outcome should the waiver not be granted.

7.2.    The letter must receive a comment and endorsement by the appropriate Health Services Regional Operations Director prior to decision by the Division Director.

7.3.    The original policy shall be complied with until and unless the waiver is authorized and published by the Division Director.

24

ADC010671

| | Quality improvement of Health Services | OPR:<br>Health Services Division Director<br><br><br><br>Auth: jac/ds/jt |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 5.0. | Supercedes: May 1, 2007<br>Effective Date: January 1, 2010 |

REFERENCES:        DEPARTMENT ORDER 1101
                   NCCHC STANDARD P-A-06

**PURPOSE:**   To establish a Continuous Quality Improvement (CQI) philosophy for the Inmate Health Services Division.  To establish a structure that develops and utilizes quality resources and promotes the implementation of Continuous Quality Improvement. Implementation of CQI will be accomplished by the instruction of quality tools and team facilitation skills on a just-in-time basis.  The quality of the delivery of health care in the Arizona Department of Corrections will be monitored through Continuous Improvement activities, which will include program review, inquiries regarding customer satisfaction, assessment of health care outcomes, assessment of the relationship of Health Services to other areas of inmate management, and educational activities.  The Health Services Division has embarked on a process of Results Oriented Quality to achieve the desired outcomes.

**RESPONSIBILITY:**  It is the responsibility of the Health Services Division Director, Health Services Regional Operations Directors, Program Managers, Facility Health Administrators and Complex Key Contact Staff to ensure program compliance.  It is the responsibility of all HSB staff to implement and utilize quality tools and concepts.  This is to include but not limited to:  Attending quality and team training, systemic thinking, identifying opportunities for improvements, management by fact, and focusing on processes, not people.  The Quality Specialist (who may be accessed through the Health Services Division Director's office) is responsible for ensuring that the daily operations of the Quality Improvement Program are in compliance with the ADC System of Written Instruction; Department Orders and HSB Technical Manuals.

**PROCEDURES:**
1.0      Health Services Continuous Quality Improvement Councils.
Health Services Central Office CQI Committee will consist of the Health Services Division Director, Health Services Health Regional Operations Directors, Medical,

ADC010672

Dental, Pharmacy and Nursing Program Mangers. Other Health Services staff may be required to attend as directed by the Health Services Division Director.

1.1.    The Central Office CQI Committee will meet quarterly to review complex CQI reports and activities.  They will report their findings through meeting minutes evaluating the complete CQI results / activities and evaluation of the program effectiveness.  This committee will also advise and provide direction to complex committees to ensure program effectiveness.  If approved through this committee, Program Managers may direct specific CQI studies or process topics for the discipline under their guidance as they feel is required to address concerns or issues that have been identified during Central Office CQI committee meetings.

1.2.    Monthly Complex CQI Committee responsibilities
The Facility Health Administrator is responsible to ensure the establishment of the complex CQI committee.  The Complex CQI committee will have representation from all disciplines practicing on the complex. This group will meet monthly, and minutes of committee meetings will be prepared utilizing the approved format. The FHA will forward a narrative report to the Division Director by the 5th working day of each month. These narrative reports describe any ongoing CQI process study, updates on assigned Focus Studies as well as review of grievances, infection control, review of emergency transports, medication errors, overview of chart reviews, environmental inspections, and any health care delivery concerns or improvements addressed by the committee.

1.3.    Quarterly Complex CQI Committee responsibilities:   The complex committee will conduct at least two process quality improvement studies and two outcome quality studies a year.  Complex selected quarterly CQI process studies must address all disciplines involvement in the delivery of health care over a year period.

1.4.    The CQI committee will assure that the following areas to be reviewed at least annually include (but are not limited to); access to care, admission screening and evaluations, nursing and provider lines, chronic disease services, health assessments, continuity of care, hospitalizations, infirmary care, pharmacy services, diagnostic services, dental services, adverse patient occurrences and all deaths. Further review will include disaster drills, environmental inspection reports, food service inspections, inmate grievances and infection control practices.

ADC010673

2.0.    Quality assurance/continuous quality improvement chart reviews
The Facility Health Administrator will ensure that the Key Contact Physician (or a physician designated to perform chart reviews in that complex) completes monthly quality assurance/continuous quality improvement chart reviews.
2.1.    The focus of these reviews is clinical aspects of the outpatient health care delivery system.  Criteria for a quality assurance chart review are included on the audit form provided below.  The Key Contact Physician (KCP) may delegate chart reviews to subordinate prescribing provider(s).  Results of subordinate reviews must be annotated after review by the KCP.
2.2.    Chart reviews and the findings will be reviewed during the complex monthly CQI committee meeting.  The volume of chart to be reviewed monthly by the KCP or designated provider (s) is as follows:
- Facilities with populations less than 500 inmates review a minimum of 15 charts monthly
- Facilities with populations of 500 to 2000 inmates review a minimum of 20 charts per month.
- Facilities with populations of 2000 or more inmates review a minimum of 25 charts monthly.

3.0    CQI Studies (Outcome- or Process-study) will be reported in the following formats
- How topic was selected
- Methodology used to study the topic
- Findings of the group
- Plan for improvement based on evidence
- Implementation plan
- Outcome following monitoring of 3, 6, or 9 months.
3.1.    CQI Study reports will be an attachment to the monthly CQI meeting minutes to the Health Services Administrator.

4.0.    QUALITY TEAMS: Quality Teams shall be initial vehicle of implementing Continuous Quality Improvement.  These teams are created to resolve specific problem(s).   A problem can be identified by any employee.  The employee brings the problem to the attention of their supervisor. The supervisor then routes the issue to the FHA.  The FHA determines whether a team is needed to analyze and recommend solutions they either initiate a charter form or forward the request with their comments to the appropriate Program Manager or Deputy Director for chartering.

4.1.    A Quality team can be chartered by a FHA for a problem specific to their institution, and/or a Program Manager for program specific problems that impact more than one institution, and/or an HROD for a problems of a systemic nature which impact multiple institutions and/or programs, and/or the Division Director for a policy impact problem or a problem that includes multiple programs or will require substantial resources to resolve.

27

ADC010674

4.2.     The person or group of people chartering the team is referred to as the Team Sponsor. They are responsible for; completing a team charter form, supplying the technology/people, staying informed of the team's progress, reporting progress to Division Director.

Process for cross-divisional staff participation:  Processes in need of improvement may cross Divisional lines.  In such cases, the chartering sponsor must request participation from the supervisor(s) and Deputy or Assistant Director of the other Division or Warden of employees who would be beneficial to the team and show interest in participating.

4.3.     The Division Director may report progress to the HROD or Program Manager, when deemed necessary; challenging the team by asking hard questions to keep them on track, providing guidance and direction, breaking down team barriers to success, and being committed and staying involved (this does not mean attending all team meetings).

6.2.     QUALITY TRACKING: Quality tracking is the process in which data regarding improvement efforts is collected in one location.  The reasons for this include:  ensure timely recognition of effort, providing easy access to improvement effort information, reducing duplication of efforts, providing contacts for other facilities to obtain details on improvement, and to share improvement efforts information with other facilities/organizations.

All information about projects and significant improvements will be collected and submitted to the ADC's Quality Administrator through the HSB Quality Specialist.  A copy of the Teams' workbooks and documentation will be kept by the Quality Specialist at HSB Central Office.  Each team will be responsible for submitting a synopsis paragraph of their team, which includes: problem statement, data collections, recommendations, implementation and results.  This will be submitted to the Team Sponsor and a copy sent to the CQI Specialist for use in recognition and tracking of results.

ADC010675

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Monthly CQCR Report and Action Plan**

| Institution/Unit | [ ]Jan  [ ]Feb  [ ]Mar  [ ]Apr   [ ]May  [ ]Jun<br>[ ]Jul   [ ]Aug  [ ]Sep  [ ]Oct   [ ]Nov   [ ]Dec<br><br>Year: |
|---|---|

**CHART REVIEWS**

| Total Number of Charts Reviewed | Discussion of Noncompliant Items | Action Taken | Person(s) Responsible | Time Lines |
|---|---|---|---|---|
|  |  |  |  |  |

| **Overall conclusion of chart findings:**<br>**Still working on completeness of problem lists.** |
|---|

| **Infection Control Reviews and Findings:** |
|---|

| July: | Aug: |
|---|---|
| PPD's     - | PPD's      - |
| HEP-C   - | HEP – C  - |
| MRSA     - | MRSA      - |
| Syphilis  - | Syphilis   - |
| HIV        - | HIV          - |

**Environmental Inspection Report Findings:**
**Fire & Safety Reports:**
**Kitchen Inspections:**

**Additional Reviews and Findings:**
[  ] Prescription Errors             [  ] Inmate Grievances                    [ ] Psychotropic Med Review Bd
[  ] Emergency Drill   (1)          [  ]  MRC (Non Routine)
[  ] MRC Committee               [  ]  Death and Mortality Reviews
Comments: (Narrative Detail)

**Emergency Drills:**
**Inmate Grievances:**
**Prescription errors:**
**Death and Mortality Review:**

29

ADC010676

**IN ATTENDANCE**

| Administration: | Dental: | Medical : |
|---|---|---|
| Medical Records: | Nursing: | Mental Health: |
| Pharmacy | Psychiatry | Other |

| Submitted By | Date |
|---|---|
| | |

ADC010677

## ACTION PLAN

| Significant Problems (follow-up on <u>previous</u> meetings, and present findings) | Units | Corrective Action and Time Line | Responsible Person(s) and Status |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| Comments: | | | |
|  | | | |

## FOCUS STUDIES IDENTIFIED

| Describe Problem | Discuss Method Evaluation Method | Responsible Person(s) and Status |
|---|---|---|
|  | See attached narrative report |  |
| <u>PROCESS STUDY:</u> | See attached narrative report |  |
| Comments: | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |

| Health Services Administrator Signature | Date |
|---|---|
|  |  |

**1105-7**
**1/18/05**

31

ADC010678

**Arizona Department of Corrections**
**Health Services Division**

**QUALITY ASSURANCE CHART AUDIT**

**Audit Completed by:** _____    **Date:** _____

**Institution:** _____

| AUDIT CRITERIA | | ADC # | ADC# |
|---|---|---|---|
| 1.  Dates of service reviewed in chart. | Dates of Service Reviewed. | | |
| 2. Name of staff whose documentation was reviewed. | Names of Health Care Staff Whose Documentation Was Reviewed. | | |
| 3.  Was the exam appropriate to the patient's complaint? | Yes/No Not Applicable | | |
| 4.  Were on site lab tests, EKGs, Vital Signs appropriate? | Yes/No Not Applicable | | |
| 5.  Were appropriate lab tests, diagnostic studies, and/or consults ordered? | Yes/No Not Applicable | | |
| 6.  Were lab tests, diagnostic studies, and/or consults completed in a timely manner? | Yes/No Not Applicable | | |
| 7.  Were abnormal lab or other diagnostic test results acknowledged and acted upon? | Yes/No Not Applicable | | |
| 8.Was the assessment consistent with the subjective and objective notes? | Yes/No Not Applicable | | |
| 9.  If medication was prescribed was it consistent with the diagnosis? | Yes/No Not Applicable | | |
| 10.  Were follow up instructions noted as given? | Yes/No Not Applicable | | |
| 11.  Where changes in housing or work assignment documented if needed? | Yes/No Not Applicable | | |
| 12.  Was patient education documented if needed? | Yes/No Not Applicable | | |
| Comments | | | |

ADC010679

**Arizona Department of Corrections**
SUGGESTED GRIEVANCE WORK SHEET

| Facility | | | |
|---|---|---|---|
| | | | |
| **UNIT** | | | |
| | | | |
| **SEX** | Male          Female | | |
| | | | |
| **AGE** | | HepC | YES          NO |
| | | | |
| **CATEGORY** | **Medication issue – related to receipt of medication** | | |
| | | Pharmacy  related | Nursing related |
| | | Intake Related | |
| | Dental access issue-imperfection in provision of dental care | | |
| | Dental Treatment issue-disagrees with dental care plan | | |
| | Professional inter-relations RN-addresses specific RN | | |
| | Professional inter-relations provider-addresses specific provider | | |
| | Prosthetic devices –dental | | |
| | Prosthetic devices-glasses (exam relation below) | | |
| | Prosthetic devices-ortho | | |
| | Prosthetic devices-misc | | |
| | Medical  treatment disagreement-disagrees with prescribed plan of medical care.<br>Nursing, provider, timelines, medications, discrimination, plan of care, miscellaneous. | | |
| | Living assignment issues-relates to living accessories and/or assignment | | |
| | Medical access-imperfection in provision  of medical care | | |
| | Diets-related to receipt of or provision of therapeutic diets | | |
| | IPC issues-relates to provision of  inpatient care | | |
| | Miscellaneous-responded to by health services, doesn't fit above categories and may or may not be medically related | | |
| | Medical Records-related to receipt. provision of medical records | | |

33

ADC010680

| | | |
|---|---|---|
| | | Access to eye exam-unable to obtain eye exam |
| | | Charging-inmate disagrees with co-pay for visit |
| **COMPONENTS** | | **For reviewing quality of responses** |
| | | Appropriate-does it place blame, does it assume responsibility |
| | | Informational-does it address concern of patient |
| | | Professional-does it acknowledge the importance of the concern or consider the patient, or is it argumentative, defensive and lacking in professional ethics |
| | | Directed to the patient |

34

ADC010681

| | PEER REVIEW OF PROFESSIONAL ACTIVITIES | OPR: MEDICAL PROGRAM MANAGER |
|---|---|---|
| ARIZONA DEPARTMENT OF CORRECTIONS | | AUTH: JT/JAC |
| Health Services Technical Manual | HSTM Chapter 1 Section 5.1. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**         DEPARTMENT ORDER 1105
                        NCCHC STANDARD P-A-06

**PURPOSE:**   To support the continuous quality improvement philosophy for the Health Services Division.  To establish a structure that focuses record reviews and promotes education discussions of complex clinical issues.  To provide a framework for medical professionals and dental professionals in development of corrective action when errors, omissions, or educational needs are discovered.

**RESPONSIBILITY**:   The FHA and the Key Contact Professionals (Physician and Dentist) shall ensure that processes are in place to ensure that monitoring and responses occur in a timely manner in an effort to ensure that quality of care is maintained.

**GENERAL PROCEDURE:**

1.0.      Reviews shall be conducted on a random basis.  The essential requirement will be to perform a peer review of entries, contained in five medical records, of each medical and dental provider, on a quarterly basis.  The Medical Record Supervisor will randomly select the charts for medical review, keeping the numeric goal in mind.

1.1.      All documents and summary pages must be stamped with the following:

> **\*DO NOT COPY\***
> PEER/URC REVIEW
> **Document not Subject to Discovery**
> Healthcare Utilization Review A.R.S. § 36-441 -
> A.R.S. § 36-445 A.R.S. § 36-2401 - A.R.S.§ 36-2403

35

ADC010682

2.0.     First Level--Local Review: The Key Contact Physician shall review the health record activity entries of all other medical care providers at the complex.  The Key Contact Dentist shall review the dental activity records of all other dental care providers at the complex.  The review should focus on the time period within the past quarter if possible.  The records of the Key Contact Physician shall be reviewed by the Medical Director or his designee according to the following peer review procedures.  The records of the Key Contact Dentist shall be reviewed by the Dental Program Manager or his designee according to the following peer review procedures.  Copies of the health  record sections do not need to be made for this local review.

2.1.     For each health record reviewed, information gathered shall be recorded on the "Peer Review Form."  A separate form shall be utilized for each health record reviewed. Key Contact Physician and Key Contact Dentist is to retain all copies of review reports for 1 year following the review.

2.2.     The review form and a cover letter summarizing the results shall be forwarded to the respective HSB Program Manager no later than the 15th day of the month following the end of the quarter.

2.3.     All original documents of the review should be forwarded to respective Program Manager.  No duplicates are permitted with the exception of Key Contact confidential file.

3.0.     First Level--Medical Program/Dental Program Manager Review: Records forwarded for Central Office reviews (of clinical activities of the Key Contact Provider and/or others as determined by the Program Manager) should include a copy of that portion of the medical record that includes sections for SOAP notes, lab, x-ray, consults, and any additional requested information.   The complex Medical Record Librarian II shall make copies of the pertinent portions.

3.1.     All SOAP notes, health records, lab, x-ray, consults, problem list, and HNRs shall be forwarded for review by the respective Program Manager for the 6 month period prior to the review.

3.2.     These records are to be received in HSB within 10 work days following the quarter. Copies of the health record should be sent to the respective Program Manager during the first month of the quarter.

4.0.     First Level--Formal Peer/Case Review: A formal peer review or case review may be requested relative to inmate health care by the Facility Health Administrator, ADC-CO Program Managers (restricted to program area), or the Health Services Division Administrator.

4.1.     Within ten working days of the written request for a Formal Peer review, the Facility Health Administrator shall convene a committee to conduct the initial review. The committee shall include (as appropriate):  Facility Health Administrator; Medical

36

ADC010683

Provider(s); Dental Provider, Mental Health Provider; Pharmacist; Nursing Supervisor; and Others as needed

4.2.    The Facility Health Administrator shall obtain copies of the complete health record(s) of the case prompting the Peer Review, including both those from within ADC and those from offsite providers of care for the focus inmate.   The FHA may also acquire and provide to the committee, any health records of other inmates relevant to the case being reviewed.

4.3.    Upon completion of the peer review, a complete copy of the inmate health record; committee findings, summary statement along with a cover letter must be forwarded to HSB, Attention: Program Manager, (for the appropriate area) within ten working days following completion of the review.

5.0.    <u>Second Level--Health Services Division Administrator/Medical Director Review:</u>

5.1.    Upon receipt by the Health Services Division's Medical Director of the items produced by the first level peer review, a second level peer committee may be convened by the appropriate Program Manager within ten working days to review in a comprehensive manner all relevant materials, documents, and initial peer review findings.

5.2.    The committee may include, as appropriate, the following: Program Manager(s) identified by the Medical Director and other members as required or directed by the Division Administrator.  The committee may seek input from other subject matter experts as appropriate and necessary to complete its function.

5.3.    Upon completion of the second level peer review, a summary of findings shall be prepared and submitted to the Health Services Division Administrator within ten working days.

6.0.    The Medical Records Librarian II should use an easily followed mechanism to track the activities and ensure that all steps are completed.   One possibility is use of a matrix:

|  | QTR 1 | QTR 2 | QTR 3 | QTR 4 |
|---|---|---|---|---|
| **Pulled and given to Provider** | | | | |
| **Pulled to review by provider** | | | | |
| **Copied to Key Contact** | | | | |
| **Mailed to Central Office by** | | | | |

ADC010684

| | Incident Command System (ICS) | OPR:<br>Regional Health Administrators |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac/ds/jt |
| Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 6.0. | Supercedes:<br>HSTM 1.6.0. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     Department Order 804
                    Department Order 706
                    Department Order 1101
                    NCCHC STANDARD P-A-06
                    NCCHC STANDARD P-A-07

**PURPOSE:** The following procedure describes and explains Health Services' emergency response roles and responsibilities in the event of a man-made disaster, natural disaster, internal disaster and/or an external disaster. This procedure applies to ICS responses, level "B" and above, as defined by DO 706 in which Prison Operations has determined a need for health staff involvement.   This procedure also outlines training and documentation requirements necessary to help staff prepare for a large scale emergency. Proper training will yield an efficient response in the event of an actual emergency. An ICS drill is to be practiced, documented, and critiqued at least annually on all shifts, and at all units where medical staff are routinely assigned.
This procedure is designed to provide the greatest amount of good for the greatest number of people in the event of an emergency.

**RESPONSIBILITY:** It is the responsibility of the FHA to coordinate the Emergency Plan with the Warden and designed staff as well as inform all Health Services Division staff of the defined procedures below.   All Health Services Division staff, including professional and technically trained experts, are expected to respond appropriately to all medical emergencies.

1.0.   **General Organization Response Requirements**.
1.1.     While the primary focus of the Health Services Division is to provide routine and emergency services to inmates, all staff must also be prepared to (and must) respond to medical emergencies involving security staff and visitors.  An educated and calm medical individual may be the primary key to keeping an emergency situation from becoming a panic scene.  In general, the emergency support provided by Health Services staff, may include such things as advice in contacting emergency first responders; application of basic first aid and CPR while waiting for

38

emergency response personnel to arrive; or serving as on-scene medical managers of acute situations.

1.2.     As the most likely profession to be called upon to respond to emergencies, nursing staff are reminded that they should not provide care outside the scope of the Nurse Practice Act or in areas beyond the limits of their training.  Additionally staff are reminded that, within the directives of the senior security officer on scene, care is to proceed regardless of the availability or non-availability of a camera to record the event.

1.3.     It is the responsibility of the FHA to keep up-to-date emergency phone numbers and distribute this phone list to Key Contact staff. Phone lists should include the approximate time it would take an employee to get to the facility in the event of an emergency.

1.4.     Vital health services necessary for the preservation of life or function should be maintained at involved as well as uninvolved units, but only when it is safe and reasonable to do so.  The FHA, under direction of the Incident Commander, should instruct and direct HSB staff at other units.

1.5.     Wardens and Facility Health Administrators are expected to coordinate emergency response exercise scenarios that require emergency response within the time frame and response described in ADC Directives into existing emergency exercise plans. Post orders must reflect procedures to support the three minute response required by Directive and to reduce the response time of Medical Staff to the minimum time possible.

2.0.     ICS organization:

2.1.     The FHA will be notified of an ICS by the Warden or designee. The FHA or designee must be available by pager or cell phone at all times in case of an emergency.

2.2.     In the event of an ICS, health staff fall under the administrative coordination of the Logistics Section of the ICS Control organization.  This group is called OPAL (**O**perations, **P**lanning, **A**dministration, and **L**ogistics).

2.3.     Any ICS at a level "C" response or above requires notification of the Health Regional Operations Director by the FHA. See HSTM Chapter 1 Section 3.0.

2.4.     It is the intent of this policy that a complex specific system be created by the Facility Health Administrator and the Warden that ensures that the personnel arriving and/or responding to a medical emergency contact the most appropriate level of medical support.  That is, Security Staff may be the staff who makes the call to 911 to acquire an ambulance.  This will typically be at the direction of the attending medical staff.  However, if awaiting medical staff's arrival will endanger the life of an inmate, security staff may make the call.

3.0.     **Simulations and Plan Evaluation**:   The Emergency Plan developed in coordination with the Warden must be practiced, documented and critiqued at least annually security and HSB staff.

3.1.     Wardens and Facility Health Administrators are expected to conduct exercises and drills that test staff response time to these situations.
 "Man-Down" drills must simulate an emergency affecting one individual and must be practiced once per year per shift per unit where medical staffs are regularly assigned; and

          "Mass disaster" drills must involve staff on all shifts and must be practiced so that over a 3-year period each shift has participated; and

          The simulations must be level "B" ICS or higher that involves medical personnel.

39

Prior to the simulation, the FHA is to appoint 1-3 people to serve as evaluators of the ICS simulation. One evaluator shall be a representative from Prison Operations.  The evaluators are to fill out the ICS critique and submit it to the FHA. The results of the critique shall be disseminated to involved health staff and incorporated into future ICS training sessions. The FHA will forward a copy of the Critique to the Division Director.

In the event of an actual ICS, the FHA is responsible for the completion of the ICS critique within five business days. A copy of this critique will be sent to the Division Director of HS by the end of the 5th business day.

The Comprehensive Quality Review Committee must review the written evaluation in accordance with the NCCHC Standard P-A-06.

## 4.0.    General Medical Response Requirements

In the event of an ICS (level "C" and above), the FHA or designee will assume command of HSB staff in coordination with the Logistic Section Leader at the Command Post. The location of the Command Post is determined by the Incident Commander.

The FHA will act in coordination with the Logistics Section to expand the ICS as needed. This may include obtaining backup staff.   If back up health staff is required, the FHA should first contact on-call staff, followed by facility Key Contacts. Key Contacts will then notify additional staff at the FHA directions.

All HSB staff should assess scene safety before entering an area to provide treatment or triage.

## 5.0.    Emergency Supplies

At least one "man-down" bag will be kept in the Pharmacy or RDSA area, to be used in the event of a level "C" ICS or above. If the Complex does not have a Pharmacy which is outside the secured perimeter, then an alternate location must be identified. The contents of the "man-down" bag should be monitored routinely in accordance with the inventory listed in HSTM Chapter 1 Section 6.2.  Additional "man-down" bags and supplies can be obtained from units not effected by the ICS.

A robust set of medical supplies will be located at a place identified by the FHA and Warden and will be maintained and acquired for use in Mass casualty situations as directed by the FHA.

## 6.0    Multiple Inmate Events:
## 6.1.    Triage

The Logistics Section Leader will determine where triage will occur. When possible, staff members will be triaged in separate areas from inmates.

The Primary Triage Officer is the person with the most appropriate health care skill and experience on the scene. The Primary Triage Officer is subject to change as more experienced medical personnel arrive on the scene.  Upon changing Primary Triage Officers, a status briefing should be given by the initial triage officer to the new person assuming this responsibility.

Triage tags will be used to triage victims of an emergency. The triage tags need to identify treatment and transportation needs of victims based on a four level classification scheme such as the following:

**Priority 1** - patients needing immediate care that have a high likelihood of survival. Examples include patients with airway obstruction and early signs of hemorrhagic shock.

ADC010687

**Priority 2** - patients whose transport and treatment can be delayed for a few hours. Examples include patients with fractures or sprains and soft tissue injuries.

**Priority 3** - patients whose injuries do not threaten life or functions.

**Priority 0** – patients who are dead or whose injuries are so severe that prognosis is poor. The following guidelines can be used to triage victims:

First, any patient who can walk should be moved away from victims who cannot walk. These patients rarely have life-threatening injuries and therefore should be tagged as Priority 3. Do not force victims to walk if they complain of pain when attempting to move.

Second, assess and tag the remaining victims by moving in a systematic fashion from one to the next. Do not spend more then one minute at each patient.

To assess a patient in a mass casualty situation, first check all patients for breathing.   If the patient is not breathing, reposition the airway, quickly clear the mouth of foreign matter, and reassess. If the patient is still not breathing, tag the patient with a Priority 0 tag. If the patient is breathing on his own, and breaths are greater than 30 per minute, tag the patient as Priority 1. If breaths are less than 30 per minute, assess circulation.

Check carotid pulse. If the pulse is absent, tag the patient as Priority 0 . If the pulse is weak or irregular, tag the victim as Priority 1. If there is profuse bleeding, assign someone to apply direct pressure and attempt to control the bleeding. The Primary Triage Officer should not attempt to control bleeding. Tag patients with profuse bleeding as Priority 1. If there is a strong pulse, assess mental status of the patient.

Patients who can follow simple commands such as "close your eyes" or "squeeze my fingers" should be given a Priority 2 tag. Patients who cannot follow simple commands should be labeled as Priority 1.

When all patients have been assessed, reassess them with the same procedure until all patients have been treated.

The deceased must be immediately tagged for identification of bodies.

6.2.   **Treatment Location**

When possible, treatment areas should be kept separate from triage areas.   Separate treatment areas will be established for injured inmates and staff.

A log should be kept indicating disposition of victims in an emergency. A separate form is to be used for staff and for inmates. This log shall be utilized after ICS to document treatment in an inmate's medical records. (Refer to Appendix Staff/Inmate Disposition Log).

The FHA shall designate personnel responsible for completion of this log.

The Logistics Section Leader is responsible to determine who will accompany inmates transferred to off-site medical resources.

6.3.   **Management of Fatalities**:   Deceased victims shall be removed from triage or treatment areas and placed in a holding area determined by the Logistics Section Leader. If possible, separate holding areas should be established for staff and inmate bodies.

6.4.   **Medication Administration in a Disturbance.**   Facility Health Administrators will develop a local response for each incident with the input of the Key Contact Physician, CRNS II, supporting Pharmacist and Medical Records Librarian.  The plan must generally include the following elements:

-      Methods for identification of inmates in varying need of medications or treatment.
-      Methods of delivery of medication and treatment in highly controlled **or** unsecured areas.
-      Coordination of communication under ICS restrictions.
-      Methods of control and monitoring of staff safety.

41

ADC010688

- Personnel relief plans should the ICS overlap shifts.

7.0.    Individual inmate emergencies:
It is the standard of the Arizona Department of Corrections to assess and render aid to all medical emergencies, including suicide attempts, within three minutes of becoming aware of a non-responsive inmate or an inmate in medical crisis.

In the event that an inmate is found non-responsive, in a state of medical emergency, or in the act of attempting suicide, staff shall assess the situation and render aid within three minutes of becoming aware. In the instance where an inmate is secured in a cell, a minimum of two staff (including non-security staff) may access a cell to respond and initiate aid. Where an inmate is in a single cell, one staff member may access the cell to respond and initiate aid. Assembling a team to remove an inmate from a cell is not required. It is not required that a supervisor be present prior to cell access or before initiating aid to an inmate.

8.0.    For all emergency responses, staff should assess the situation and proceed as follows within the three minute time frame:
Activate Incident Control System (ICS). Inherent in the ICS is the notification to supervisory staff and medical responders as required.

8.1.    In the case of a non-responsive inmate, issue two loud orders for the inmate to respond.
- Conduct a visual sweep of the area to determine that no weapons are present or accessible.
- If an inmate's hands cannot be seen and he/she is non-responsive, an immediate judgment must be made by a first responder to determine whether the inmate's condition outweighs the potential risk involved in entering the cell/living area.
- Remove other inmates from the cell/living area.
- While ideally all situations of this type should be videotaped whenever possible, the availability or arrival of a video camera should never delay entry into a cell/living area or the initiation of aid to an inmate.

42

ADC010689

|  | Urgent Notification List | OPR:Medical Program Manager & Dental Program Manager & Nursing Program Manager & Pharmacy Program Manger<br><br>Auth: rp |
| Arizona Department of Corrections<br><br>Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 6.1. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:     Arizona Administrative Code R4-23-672
                    DEPARTMENT ORDER 512
                    NCCHC STANDARD P-A-07

**PURPOSE:**  To provide current Health Services contact information to medical and security staff in the event of a medical emergency, providing capability to address emergent medical needs on a twenty-four hour basis by medical staff although a medical Provider may not be on site.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator (or designee) to provide a current On Call / Urgent Notification List (UNL) to Medical and Operations staff upon receipt from the below authors.  This list is to be used in providing after hours clinical support.

**1.0.**  Urgent Notification List Authors:  The UNL will be provided for Medical, Dental, Pharmacy, and Nursing staff.  Mental Health will be responsible for their area.
- Creation and publication of the Medical Providers UNL is the responsibility of the Medical Program Manager.
- Creation and publication of the Dental Providers UNL is the responsibility of the Dental Program Manager.
- Creation and publication of the Pharmacy UNL is the responsibility of the Pharmacist in Charge (at each filling facility).

**2.0**  UNL Development Process:  The UNL will be created identifying staff that will be responsible for coverage of assigned complexes. The UNL will identify both a Primary and a Secondary staff member with current contact numbers including cell number, home phone number, and pager number. The UNL will include contact numbers for the Program Managers, Facility Health Administrator, Health Services Regional Operations Directors, and Division Administrator.

2.1.     The UNL will identify the dates that each staff member is providing coverage.

43

-        Coverage will be identified on one-week blocks for each calendar month.
-        Coverage begins on a Tuesday at 1700.
-        Coverage ends on a Tuesday at 0700.
-        The UNL will be provided to all medical staff no later than the 20th day of the month preceding the coverage period.
-        Any changes to a published UNL will require notification to all medical employees to prevent any lapse in coverage.
<u>EXCEPTION</u>:   Pharmacy key contact phone number will be available from the FHA and provided during emergencies.

**3.0**.  UNL Actions.
3.1.     Staff identified on the UNL are to be contacted only in an emergent situation which requires medical intervention by a licensed staff and there is no qualified staff on site.
3.2.     If a pager message is issued as a method of contacting the UNL individual,  allow 15 minutes for response, if clinically possible.  Pager messages will include a complete return phone number to include area code and specific extension.

3.3.     Order of contact for professional support:  Staff members identified as PRIMARY are to be called initially.   In the event no contact is made, the call will be made to the SECONDARY staff member on the UNL.      In the event the SECONDARY staff member cannot be reached, calls will be made to the following list (in order) until contact has been made:
          -  Facility Health Administrator
          -  Health Services Regional Health Administrator
          -  Division Director

3.4.     Calls to UNL staff members are to be documented in SOAP notes for any patient, indicating the time of the call (or page) was placed, and the time of the response.

ADC010691

| | Emergency Medical Supplies | OPR: Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: sr |
| Health Services Technical Manual | HSTM Chapter 1 Section 6.2. | Effective Date: January 1, 2010 |

**PURPOSE:**   To assure that adequate supplies are in place to provide for continuity of emergency medical care during a disturbance, emergency or other interruption of routine care.

**RESPONSIBILITY:**   The Facility Health Administrator bears the responsibility (in conjunction with the Key Contact Physician and CRNS II) to design and manage adequate supplies in preparation for a potential loss of access to a medical unit or in preparation for a small (single patient) event requiring man-portable emergency supplies.  The Key Contact Nurse Supervisor (CRNS II) is accountable for assuring that nursing staff are knowledgeable in use of emergency supplies and provision of emergency medical care and triage/assessment techniques.

1.0.    The purpose of the "Man-Down" bag is for individual response during emergency situations.

2.0    A stock of supplies (to be determined by the CRNS II and KCP and approved for purchase by the FHA) must be created and maintained in a readily accessible area of the secure perimeter in an event that access to a yard is lost. The approved listing of stock supplies must take into account the needs of either multiple individual events or single site mass casualties.

3.0.    Medical Equipment
All efforts should be taken by the nurse to retain equipment that is the property of ADC.  This includes full and half-back boards, wheelchairs, stretchers and any other equipment that could be utilized by emergency transport services.  In the event such equipment is taken, the nurse will complete an Incident Report noting the agency that took the equipment, and submit to the Facility Health Administrator.

45

ADC010692

## 4.0.    "Man-Down Bag"

The purpose of the man-down bag is to provide immediate first aid to a patient in the field until he/she can be transferred to the triage room or the EMS personal arrives. The following list describes the minimal equipment required. The CRNSII may add more equipment based on consultation with the providers, nursing staff, and the FHAs.

| **Medication Requirements** | **IV Set-up** |
|---|---|
| Ammonia Inhalant 1 box | 18 gauge needle x 2 |
| Baby Aspirin 81 mg Bottle of #36 pills | 20 gauge needles x2 |
| Diphenhydramine 50 mg IM one syringe | Tourniquet |
| Epipen x2 | Latex Free Gloves- size per staff |
| Glucagon Emergency Kit | 1 inch role of non-allergenic tape |
| Narcan 2mg syringe x2 | Betadine scrub and ointment 2 packages. |
| Nitroglycern .4 mg SL btl. of # 25 pills. | Alcohol Prep and opsite IV dressings x5 |
| Glucose Gel | 1000 cc of each-D5W, and 0. 9% Normal Saline. |
| Glucose Tablets 1 Box. | IV tubing |
| D50 syringe. | |

| **Assessment/Equipment kit** | **Injury kit** | **Dressing kit** |
|---|---|---|
| Stethoscope | Clavicle splint x2 | Eye Wash |
| Blood Pressure cuff | Cervical Collarx2 | Gauze petroleum – |
| Airways of all different sizes | Extremity splints x2 | Sterile 3x9 (10 dressing) |
| Mask Res-Q-Flow | ACE Wrap 4 inch x2 | Blood Stopper Dressing x10 |
| Ambu Bag | | Kerlix 6 inch x 4 rolls. |
| Portable O2 and tubing/mask | | Scissors and tape |
| Pen Light | | |
| Mask | | |
| Protective Eye Shield | | |
| Clip Board with Soap Notes, refusal form, and a pen. | | |
| 30 second maximum protection kit | | |
| Small sharp container | | |
| Hand disinfectant | | |

46

ADC010693

| | Confidentiality | OPR:<br>Medical Records Program<br>Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM<br>Chapter 1<br>Section 7.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**       DEPARTMENT ORDER 201
                      NCCHC STANDARD P-A-09
                      NCCHC STANDARD P-H-02

**PURPOSE:** To educate the HSD staff regarding the importance of confidentiality.   To provide an environment where there is an assurance on behalf of the patient that health care encounters remain private and that the patient's dignity is protected.  By doing so, the fostering of necessary and candid dialog between the patient and the provider occurs.

**RESPONSIBILITY:** It is the responsibility of the FHA to ensure that all clinical encounters are conducted in private and carried out in a manner designed to encourage the patient's subsequent use of health services.  The HSD staff at each facility faces challenges to this obligation to keep all information between provider and the inmate private.  Dental staff, nursing, laboratory, radiology, health records, and support staff is required to respect the patient's privacy by restricting access of others to that information.

**REQUIREMENTS:**
1.0.     Unless otherwise directed by Arizona law, all medical records, and the information contained in the health records, are privileged and confidential.  A health care provider may only disclose part or all of a patient's health records as authorized by Arizona State or federal law.  The provider may disclose information upon receipt of a written authorization signed by the patient.

2.0.     The Arizona Department of Corrections is a non-covered entity and not subject to the privacy requirement of HIPAA.
2.1.     Specifically, HIPAA addresses correctional institutions and other law enforcement custodial situations.  It allows Permitted Disclosures.
2.2.     A covered entity may disclose to a correctional institution having lawful custody of an inmate, protected health information (PHI) about such inmate, if the correctional institution represents that such health information is necessary for the provision of care.

47

ADC010694

3.0.    Privacy:

3.1.    Clinical encounters are conducted in private, without being observed or overheard by security personnel.   Privacy is made more difficult when triaging health complaints at the inmate's cell, in segregated housing, or in a lockdown setting.  When triage is required to be conducted at the inmate's cell, health services staff will take extra precautions to promote private communication between health staff and the patient.

3.2.    When safety is a concern and full visual privacy cannot be afforded, alternative strategies for partial privacy, such as a privacy screen, will be utilized.   Security personnel are present only if the patient poses a probable risk to the safety of the health care provider or others.

3.3.    Medical staff will provide timely instruction to security staff who observe or hear health encounters regarding maintaining confidentiality.

48

ADC010695

| | Medical Grievance System | OPR: Medical Services Administrator |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac/gp |
| Health Services Technical Manual | HSTM Chapter 1 Section 8.0. | Supercedes: June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**   DEPARTMENT ORDER 1101
DEPARTMENT ORDER 802
NCCHC STANDARD P-A-11

**PURPOSE:**   The outcome of the delivery of health care in the Arizona Department of Corrections will receive a significant amount of monitoring and feedback through the Inmate Grievance program.

**PROCEDURE:**

1.0.    Inmates are authorized and encouraged to utilize the Inmate Communication System described in Department Order 802.

2.0.    Medical Grievances

2.1.    Filing the Grievance.   The inmate shall attempt to resolve the complaint informally, prior to filing a formal grievance, in accordance with the procedure outlined in Department Order 802.   In attempting to resolve the complaint, the inmate's assigned CO III has authority to correspond or speak with the appropriate medical staff to develop a response.

2.2.    If the complaint remains unresolved, the inmate shall submit the formal grievance within ten calendar days from the date the inmate receives the CO III's response to the Inmate Request/Response.

2.3. The inmate shall provide, in writing on the Inmate Grievance form #802-1P, a description of the grievance regarding medical actions or needs.

2.4.    Review by the Facility Health Administrator.   The Grievance Coordinator shall forward grievance of medical issues to the Facility Health Administrator. Within 15 calendar days of receipt of the grievance, the Facility Health Administrator shall investigate the complaint, personally meet with the inmate, and prepare a written response.  Return written documentation to the inmate through the Unit COIV Grievance Coordinator as directed by Department Order 802.  First Level appeal to the Health Services Regional Health Administrator: within 5 work days of receiving the formal grievance response the inmate may elect to appeal the decision by

49

submitting form 802-3 to the RHA.  Within 20 work days the RHA shall issue a written response to the inmate that either affirms or reverses the decision of the FHA.

2.5.    <u>Appeal to the Director</u>.   Within 5 workdays from the date the inmate received the decision of the RHA, the inmate may appeal to the Director.

3.0.    The complex CQI committee will review the grievances to determine if there are any patterns or issues which require intervention.

3.1.    Each institution Facility Health Administrator is responsible to include results of the CQI's consideration of the grievance patterns and issues in the quarterly narrative report to the Health Services Medical Director's office.

50

ADC010697

| | Resource Administration | OPR: Division Administrator |
|---|---|---|
| | | Auth: jac |
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM Chapter 2 Section 1.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**     DEPARTMENT ORDER 102
DEPARTMENT ORDER 304
DEPARTMENT ORDER 712
DEPARTMENT ORDER 912
NCCHC STANDARD P-F-02
NCCHC STANDARD P-B-02

**PURPOSE:** To provide guidance for administration of assigned and acquired resources.  To maximize resources while protecting taxpayer expenditures.  To maximize resources while providing quality care.

**RESPONSIBILITY:**

1.0.     **Facility Health Administrator's Responsibilities**:  The FHA is responsible for ensuring that the daily operations of the health care delivery system are compliant with all administrative directives charged to not only the FHA but all Key Contacts and the adherence by all staff to ADC Department Orders and Health Services Technical Manuals.  It is the responsibility of the Facility Health Administrator (FHA) to ensure that adequate services are available to the inmate population in the following areas: Dental; Medical; Nursing; Pharmacy; Medical Records; Laboratory; and X-ray.

2.0.     **Facility Inspections:**  In accordance with guidance in Department Orders 712, the FHA is responsible for conducting periodic security inspections and submitting a report to the Division Administrator of Health Services.  To meet this responsibility, the FHA will conduct a regular tour through each of the health units on his/her complex. (Refer to DO 712)

2.1.     A documented clinic inspection shall be conducted to ensure a clean and sanitary working environment. Areas inspected should include nurses stations, storage areas, exam rooms, pharmacy/medication rooms, x-rays, lab, medical records office, and other administrative clinic office areas.   Results of inspections shall be documented.   Documentation shall be maintained for one year from date of inspection.

ADC010698

3.0.    **Kitchen Inspections**: The FHA or his designee is responsible for participating in facility kitchen inspections. (Refer to DO 912) and NCCHC Standard P-F-02.

4.0.    **Inventory** (Refer to DO 304).
4.1.    The Health Services Programs and Projects Specialist II (PPSII) shall ensure that all inventorial equipment is assigned an ADC equipment tag number and shall affix the assigned tag to the appropriate piece of equipment during the next unannounced inventory audit. The PPSII shall conduct three unannounced equipment audits per fiscal year to ensure compliance with ADC Department Orders.

4.2.    The FHA is the overall property manager for the facility(ies) and shall ensure that all inventorial and non-inventorial equipment under their responsibility is accounted for at all times. The FHA shall appoint a facility property custodian to assist in accounting for inventorial and non-inventorial equipment. The FHA shall ensure that a Department Property Inventory list, ADC Form 40900058, is completed for each area with equipment and posted for easy review and audit in each area. The FHA shall ensure that the annual year-end equipment inventory is completed and returned in the specified period of time. The year-end equipment inventory shall be signed by the FHA and the staff member conducting the inventory.

5.0   **Risk Management** (RM) activities when there has been loss or damage to personal property while performing assigned ADC duties. (Refer to DO 304). Employees must report personal property losses to their supervisor immediately following the loss. The employee shall telephone the police agency having jurisdiction and file a Police Report. The employee shall contact the HSB, Administrative Program Manager, for forms and a Claim Number. The employee shall complete a General Liability Loss Report (RM012), Notice of Against the State of Arizona (RM015), and attach a supervisor's authorization allowing the personal property's use in the workplace. The employee shall submit the completed RM012, a copy of the RM015, and the supervisor's letter of authorization for use to, Mail Code 324. The employee shall submit the white copy of the RM015 to the Attorney General's Office, the canary copy to RM, keeping the pink copy for their records.

6.0.    **Reporting State Personal Property Losses:** The FHA shall contact the HSB, Administrative Program Manager, for forms and a Claim Number. The FHA shall fill out the Property Loss Report (RM013) and attach an estimate of the repair or replacement if available or practical. The FHA shall submit the completed RM013 to Mail Code 324 within five working days from the date-of-loss.

7.0.    **Reporting an Environmental Property Loss** or Incident.
The employee shall notify their supervisor immediately of any incident involving a hazardous material/substance.
The Supervisor shall immediately contact the Office of Safety and Environmental Services at (602) 542-4907. The Supervisor shall fill out the Environmental Property Loss Report (ENV01) and submit by facsimile (602) 542-2021 and follow up with the original hard copy the RM address at the bottom of the form. The Supervisor shall notify the on-site Safety Specialist. The Supervisor shall seal and avoid the incident area.

52

7.1.    **Reporting an Vehicle Accident or Vehicle Property Loss**.  The employee shall notify their supervisor immediately of an accident.  The employee shall fill out an Automobile Loss Report (RM011) and submit to the FHA within 24 hours.

The FHA shall follow up within five working days with the original hard copy to Mail Code 324. If as a result of the accident, an injury occurs, or private property is damaged, and other than state property is involved, the time to submit is twenty four hours.   The FHA shall notify the Warden who shall notify the ADC Fleet Management Office (602) 255-2632, extension 405. The FHA shall notify the Health Services Division Administrator.  The FHA shall notify the Health Services Division Program and Projects Specialist II within 48 hours and follow up with copy (ies) of incident.

8.0.   **Acquisition/Security of Computer Equipment** and Software/Information, Technology Services Division.  Hardware and software purchases must meet standards as set forth by the Information Technology and Service Division (Refer to DO 102).  Requests for computer hardware and software must be submitted to the Division Administrator with a written justification for consideration and approval.  Requests that do not meet established standards shall be returned to the requestor.

8.1.     All computer and software equipment approved for purchase will be delivered to Central Office for assignment of an ADC equipment tag number by the Programs and Projects Specialist II prior to distribution.

8.2.     Movement of computer equipment is prohibited unless a Fixed Asset Transfer Form, ADC Form 20303002, is submitted to Central Office and approved by the Deputy Director.

8.3.     All computers which are surpluses must have all information data/program removed.

ADC010700

| | Pharmacy Inventory Control | OPR:<br>Pharmacy Program Manager<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/sr |
| Health Services Technical Manual | HSTM<br>Chapter 2<br>Section 2.0. | Supercedes:<br>HSTM 2.2.0. June 15, 2008<br>Effective:<br>January 1, 2010 |

**REFERENCES:**     ARIZONA Administrative Code R4-23-658
ARIZONA Administrative Code R4-23-672
DEPARTMENT ORDER 304
DEPARTMENT ORDER 702
DEPARTMENT ORDER 712
NCCHC STANDARD P-B-02
NCCHC STANDARD P-D-03

**PURPOSE**:    To ensure that all pharmaceuticals and the pharmacy inventory is accounted for and actively managed at each Facility Health Unit and Pharmacy at all times.

**RESPONSIBILITIES:**  It is the responsibility of the Key Contact Pharmacist, and Correctional Nurse Supervisor to make sure that all procedures are followed to maintain the accountability of controlled substances, legend and OTC medication and needles and syringes.

**PROCEDURES:**
1.0.     **Narcotic Substock Inventory**:
The narcotic substock is that working stock of Controlled Substances, CII-CV, kept in the nursing station for daily use issued via a prescription or medical order. Any health staff member who receives, delivers, dispenses, returns or administers a controlled substance shall be held responsible for documenting the transaction.  All Controlled Substock will be signed for at the time of delivery to health care staff at locations where there is a pharmacy onsite.  All Controlled Substock will be signed for by receiving health care staff and documented receipt of Controlled Substock will be faxed to the sending pharmacy within 12 hours of receipt at the remote facility, when there is no pharmacy on site.   If a medication liaison is onsite, it will be their responsibility to fax the information to the pharmacy.  If there is no medication liaison on site, it will be the responsibility of the nursing or dental staff receiving the Controlled Substock to fax the documented receipt to the pharmacy.
1.1.     Monthly inventory audits shall be conducted for all controlled substances, in addition to the daily shift change audits by Nursing staff.  Two Correctional Nurses, shall conduct the

ADC010701

inventories. Monthly inventory logs will be maintained by the Charge Nurse. The completed logs shall be kept on file by the Nursing Supervisor.  All discrepancies shall be reported on a Medication Incident Report, 1101-53P (formerly 70400033), to the Facility Health Administrator for action. The Facility Health Administrator shall make a written report of all discrepancies and resolutions to the Pharmacist in Charge, Nursing and Pharmacy Program Managers.

1.2.     This stock will be stored in a double locked wall mounted cabinet.  Transferring of narcotics to substock will be performed via a written prescription and dispensed from the institutional pharmacy.  A perpetual use inventory log will be kept with each prescription.  A record of each dose administered will be recorded.

1.3.     At the beginning and end of each shift a narcotic substock inventory will be checked by the off-going and on-coming Charge Nurse responsible for the narcotic substock inventory and recorded on the Narcotic Substock Log and verified as being accurate.

1.4     All narcotic substock administered will be recorded on the inmate's medication record form, and on a internal perpetual inventory narcotic substock log.

1.5.     All controlled substances returned to the pharmacy will be documented upon return.  The Charge Nurse or designee sending the controlled substances and the pharmacy staff person receiving the returned narcotics will account for the doses being returned on the perpetual narcotics use inventory log.

1.6.     Any recording error in the records will be lined through (with one horizontal line), annotated with "error", and initialed by the person who made the error.  The accurate entry will be recorded below the error entry.  Errors will not be "blacked out" or written over.

1.7.     Narcotic Prescriptions to Substock and Narcotic Substock Inventory Logs will be kept on file in pharmacy for seven years.

1.8.     All controlled substance logs will be returned to the pharmacy regardless of whether all medication has been dispensed or there are remaining narcotics being returned.

2.0.     **Narcotic Bulk Stock Inventory (Pharmacy Stock)**: The narcotic bulk stock is a stock of Controlled Substances, CII-CV, kept in the pharmacy area to assure continual supply between ordering periods to replenish substock.  This stock will be stored in a secured area and under lock.  Receiving and issuing of Narcotic Bulk Stock (via prescription) will be in accordance with State and Federal law.  The Perpetual Inventory Bulk Stock Log will be maintained with the following information:

     Drug
     Strength
     Sub-unit of issue (i.e. tablet, capsule, vial etc.)
     Date of transaction
     Purchase Order number or Transfer to Substock number (Prescription Number)
     Quantity received/issued
     Balance to date

2.1.     Any recording error in the records will be lined through (with one horizontal line), annotated with "error", and initialed by the person who made the error.  The accurate entry will be recorded below the errored entry.  Errors will not be "blocked out" or written over.

ADC010702

2.2.    All Controlled Substance logs and invoices will be maintained for a period of two years after the last biennial narcotic inventory.

3.0.    **Needle and Syringe Inventory** is described HSTM policy Chapter 1 Section 2.3.0 regarding Medical Tools and Sharps and will not be addressed in this policy.   HSTM 2-3.0 addresses the requirements for bulk stock of syringes and needles, procurement, and storage for normal clinic operations.

4.0.    **Yearly Pharmacy Inventory, Quarterly Audits, Monthly Audits, Weekly Inventories of Medication Rooms and RDSAs** :   An annual inventory will be conducted of all pharmaceutical supplies, stocked within each Health Unit Pharmacy, for reporting a Year-End Pharmaceutical Inventory report for each Health Unit Pharmacy.  Every effort shall be made to close the pharmacy during the inventory to ensure an accurate count of all items.

4.1.    A physical inventory of pharmaceutical items shall be conducted on June 30th of each fiscal year unless the Key Contact Pharmacist determines another date that is acceptable which provides all documentation to the ADC business office by July 25th of that calendar year.
        The inventory team shall be composed of at least two employees or, for security reasons, an outside licensed bonded inventory service may be used to perform the inventory.  One team member shall count and call out stock description, quantity, etc.; the other member shall enter the information on the Cardinal telxon or an inventory sheet.  Both team members must sign and date each inventory count sheet. Damaged or unusable items shall be noted on the inventory sheet.  The pricing of the inventory sheets shall be completed after all counts and reconciliations to the inventory have been completed.  The unit cost shall be entered for all items and multiplied by the quantity for each line item to arrive at the extended price. The extended price shall be added to each page total and all page totals added to arrive at a grand total for the entire inventory.  The grand total must be recorded on the last page of the inventory sheet.        The employee(s) who price and extend cost shall sign and date the inventory sheets.

4.2.    To reduce errors and increase efficiency, all items should be arranged in an orderly manner to achieve a systematic method of counting.  The Cardinal Report shall be used to record all items inventoried.  Key Contact Pharmacists shall be held responsible for his/her inventory.

4.3.    The Facility Health Administrator shall review and approve the completed inventories to ensure all areas of the inventory forms have been properly completed.  All Health Units shall have their pharmacy inventory report completed, approved, and one copy sent to the HS Division Director not later than July 25th of each fiscal year Computerized inventories will be acceptable if all criteria above have been met.
        Any incomplete inventory received by the HS Division Director will be returned to the unit.  This corrective requirement must be completed within seven working days of receipt.

4.4.    The Pharmacist will conduct and document a quarterly audit of all drug storage areas. This will include the following elements: Inspection for neat, organized, and clean storage and work areas, and evidence of expired or contaminated drugs and to ensure that all medications are kept in clean, dry containers protected from extremes in temperature and damaging light and in compliance with manufacturer's storage instructions.   Search for discontinued and outdated

56

drugs; containers with worn, illegible, or missing labels.  Found items will be returned to the pharmacy for proper disposition.  Food, food products, and laboratory specimens will not be stored in refrigerators designated for storage of drugs and/or sterile laboratory stock. Review of stock levels of drug inventories.

4.5.      A Correctional Pharmacist will be responsible for auditing the health unit quarterly and a copy of the report will be maintained on site by the Facility Health Administrator and at the regional filling pharmacy. Quarterly audit results are reported by the FHA at the next onsite Quality Control Meeting for discussion and follow-up by the identified discipline.

5.0.      **Quality Assurance at Remote Health Care Sites:**   A Lead Dentist or designee or CRNS I (or designee) will be responsible for auditing their respective health unit and RDSA (Dental RDSA and Medical RDSA) monthly with the following minimal requirements:
              Medication storage area is locked when not in use; Keys with nurse or Lead Dentist or designee; Health Unit, RDSA, OTC, Clinic Stock, Controlled Substance and Refrigerator Medications within date of expiration; All medications are properly accounted for and discrepancies reported to the FHA, Pharmacist, Lead Dentist, CRNS II for appropriate follow-up and completion of proof of use sheet or medication incident report and follow-up. Refrigerator temperature between 36 to 44 F or 2 to 7 C.  Room temperature between 65 to 85 F or 18 to 29 C. Inventory of all areas documented as required by current policies and procedures.

5.1.      RDSA is to be inventoried weekly, except when the RDSA is sealed by a safety seal, it can be inventoried each time the seal is broken by Lead Dentist or designee, medication liaison or nursing staff with all medication properly accounted for and discrepancies reported to the FHA, Pharmacist in Charge, Lead Dentist, CRNS II for appropriate follow-up and completion of proof of use sheet or medication incident report and follow-up.

5.2.      A copy of the monthly Health Unit Audit Report is maintained on site by dental staff and nursing staff and a copy is sent to the regional pharmacy by the 10th day of the next month to meet licensure requirements.  Health Unit Audit results are reported at the next onsite Quality Control Meeting for discussion and follow-up by the identified discipline.

6.0.      **Medication Procurement**:  Arizona Department of Corrections belongs to the Minnesota Multi-State Contracting Alliance for Pharmacy.  All drugs and pharmaceutical supplies will be procured through the contracted Prime Vendor servicing the contract or other State Contracted vendors when necessary.  Procurement procedures are delineated by the vendor and business office.

7.0.      **Transfer of Excess Drug Stock**:
Medications identified as potentially expiring before their use, and deemed NON-RETURNABLE through the Prime Vendor, will be recorded and a list of these medications will be distributed to all ADC facilities and distributed for use if possible.

8.0.      **Borrowing Medications**:
              Medications not immediately available from the Primary Vendor may be borrowed and returned from any ADC pharmacy as needed.  All transactions will be recorded in a Lend &

ADC010704

Borrow Log maintained in the pharmacy which will contain the following:  Item Loaned or Borrowed (drug and strength); Number of items; Cost of items;       Date Loaned or Borrowed (initialed by pharmacist); Date Returned or reconciled (initialed by pharmacist); Controlled Substances transferred between facilities will adhere to all State and Federal Laws regulating such transactions.

9.0.   **Outdated Drug Monitoring**:
An outdate log will be maintained by the Key Contact Pharmacist of all medications in stock that will outdate in the current calendar year.  The log will contain:
Drug name
Drug strength
Drug location
Drug expiration date
Date drug removed from active inventory
At the beginning of each calendar year a visual inspection will be made of all stock and working inventories.  Any medication outdating in the current calendar year will be recorded and entered on the log under the appropriate month of expiring.
New inventory received be will reviewed and any outdating in the current calendar year will be entered into the outdate log as above.
The outdate log will be reviewed at the end of each month and outdated items removed from active stock and placed in the outdate section of the store room, separate from other medications, for returns. This procedure may be replaced by an equally effective system if authorized by the Pharmacy Program Manager.  The procedure must be in writing and be able to identify outdating medications throughout the facility.

10.0.   **Multi-Dose Vials:**  Multi-dose vials will be dated, on the label, when opened and initialed by the user.  All opened vials will be considered to be expired one year from their opening (despite manufacturer's expiration date being longer) unless the expiration date is shorter as evidenced by the manufacturer's expiration date.
EXCEPTION:  Lantus insulin expires 30 days after they are opened and should be destroyed.
EXCEPTION: Tuberculin expires 30 days after it is opened and should be destroyed.
Multi-dose vials will be inspected quarterly by pharmacy staff, monthly by nursing staff and/or monthly by dental staff for evidence of deterioration and contamination.  Vials with evidence of either will be removed from use.  Noncompliance with this procedure will be reported to the Charge Nurse, CRNS II, and/or the FHA.

11.0.   **Disposal of Expired, Contaminated, or Partial Drug Stocks:**
**Non-controlled Substances**
Medications removed from stock having reached their expiration date will be returned to the filling pharmacy and will be maintained in a separate area from current active stock.  All documentation as required by the Primary Vendor or authorized return goods vendor will be completed at the earliest convenience and the medication returned to the Prime Vendor or authorized return goods vendor for credit or replacement.  Primary disposal will be through a contract vendor for facility medical waste.  A log of disposals will be kept on file in the pharmacy.  All prefilled syringes (except Controlled Substances) will be disposed of in an

58

approved sharps container without emptying their contents.   All live virus vaccine containers, vials & syringes, will be disposed of in an approved sharps container and included with bio-hazard waste for proper disposal as above.

**12.0.   Disposal of Expired, Contaminated, or Partial Drug Stocks**:  **Controlled Substances, CII-V:**  Out dated or contaminated Controlled Substances will be removed from active stock and placed in a separate area from current active stock.  Adjusting entries will be made in the Controlled Substances log book documenting the removal of out dated or contaminated medications that are quarantined to be destroyed by the State Board of Pharmacy during their annual visit to the pharmacy.  The sheet listing the controlled substances to be destroyed will be signed and dated and the record will be maintained with the annual inventory.

12.1.   Items obtained from the pharmacy that are **found in an inmate's possession**/room/area are considered contraband if their period of intended use has expired.  These items are to be disposed in accordance with Federal, State, and local regulations.

12.2.   All Controlled Substances received from inmates and county jails at an Intake Facility will be sent to the pharmacy for destruction by the State Board of Pharmacy or placed in a Pharmacy Red Hazard Container.

59

ADC010706

|   Arizona Department of Corrections | Medical Sharp and Tool Control | OPR: Regional Health Administrators  Auth: st/dc/eb |
|---|---|---|
| Health Services Technical Manual | HSTM Chapter 2 Section 3.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:        DEPARTMENT ORDER 712
NCCHC STANDARD P-A-01
NCCHC STANDARD P-B-02

**PURPOSE:**  To provide a procedure for the safe and effective handling, control and disposal of potentially dangerous items and materials in the correctional medical/dental environment and to comply with the OSHA Hazard Communication Standard, 29CFR1919.1300.  To provide guidance to Health Services staff and Security Operations staff in controlling and documenting tools that are used in the provision of health services within the facility's health units.  To serve as an adjunct to the guidance delineated in Department Order 712.

**RESPONSIBILITY:**  The Facility Health Administrator shall ensure that all tools that are used in the provision of health services are perpetually accounted for and controlled. The Key Contacts are responsible for the regular accounting activities for areas under the control of professionals and technicians assigned under their supervision.   The Facility Health Administrator is responsible to ensure that all tools, instrumentation, devices, and hand-held tools are identified and controlled in accordance with the guidelines of Department Order 712.

**PROCEDURES**:
1.0.     Health Services Tools.  The Facility Health Administrator will identify and designate Health Services Tools and Sharps in accordance with Department Order 712 and in consultation with the Complex Warden.

1.1.     Health Services tools, sharps, and instruments are defined to consist of Class "A" (restricted) medical sharps which could be used by inmates in effecting an escape or causing death or serious injury.  These include (but are not limited to) the items listed in Department Order 712.
1.2.     A. Master Tool Inventory report (form 712-5PF) must be maintained by the Facility Health Administrator.
1.3.     Narcotics count is performed as a distinctive and unique activity from sharps accounting.  The activity is performed under the direction of nursing services.  Direction is provided in Health

Services Technical Manual policy (HSTM Chapter 5 Section 6.5.) and is not addressed in this policy section.

2.0.     Storage:  Health Services sharps and tools shall be considered tools as defined by Department Order and maintained in a secure area consistent with professional health services practice and in accordance with the appropriate Health Services Division Policy or Facility Post Order.

2.1.     Professional health services practice requires placement of equipment in a location that offers a clean or sterile environment, does not hinder the provision of health care, reasonably immediate access, and an ability to store like items or kits in close association to tools used concurrently.   Security control areas are defined by an observable and/or limited access location.

2.2.     Items that are stored or held in a limited access areas includes item stored in lock boxes that are sealed with a numbered tamperproof tag, items that are in locked drawers, items that are held behind locked doors, and items that are held in cabinetry designed to be locked by installed locks or padlocks.  All locking mechanisms used by Health Services Division facilities to control access to Health Services tools and sharps must be approved and/or installed by ADC locksmiths.

2.3.     Tools that are maintained in a location that is under constant observation (i.e., dental tools placed on a dental tray during treatment and in the presence of dental staff) are accepted as controlled.

2.4.     Bulk supplies of needles and disposable syringes should be stored in the area designated by the Facility Health Administrator and may be checked out by the Health Services Personnel for use as needed.   Unless the complex has an onsite pharmacy, the bulk supplies will be held in the in the area designated by the FHA.  This area will be maintained under the supervision of the complex FHA and the supervising Pharmacy.

2.5.     Needles and syringes will be procured, received, and stored to assure a sufficient supply for normal clinic operations.  Supplies on hand in a clinic will normally be limited to a one week supply.  The facility will develop post orders that describe specific maximum balances to be held at each clinic.

2.6.     All receipt/ issues of syringes/needles to and from the medical liaison inventory will be maintained in a perpetual inventory log with a current balance.

2.7.     Medical Units may requisition needles/syringes from the medical liaison or designee on an as needed basis, per local post orders, using an inventory control form (Inventory Control Log, form #40000157, 12/17/91, or, Material Requisition Form #40300012).  The original will be kept in the medical liaison area records for three years.

2.8.     All needles and syringes issued to the Medical Units will be signed for by nursing staff per HSTM guidance.  Syringes and needles issued to Medical Units will be logged out to those specific areas (Health Unit level, e.g. ASPC E Cook, ASPC-E Meadows, etc.).

2.9.     Other hazardous instruments and supplies are obtained and stored in the same manner as all other supplies in the clinic with the exception that only the minimum amount needed to provide services are to be kept in any area that is accessible by inmates under treatment.

2.10.   **Remote site distribution of sharps**: The medication liaison, correctional nurse, administrative assistant or designee will provide distribution of sharps/needles/supplies for each facility health care unit.

2.11.   Wholesale use of "**shadow boards**" is not consistent with clinical access needs of the provision of healthcare and is not authorized for medically designated tools and sharps that are

61

routinely used by Health Services staff.  The Facility Health Administrator will determine, in consultation with the Warden, what classes or groups of infrequently used medical sharps may be maintained on shadow board mechanisms.

2.12.   **Tools that cannot be engraved** due to risk of alteration of clinical capability or decreased ability to sterilize will be identified by the Facility Health Administrator in accordance with Department Order 712.

3.0.   Disposal and destruction of instruments shall be accomplished and documented in accordance with Department Order 712.  Sharps are to be discarded in appropriate sharps containers that prevent puncture and inhibit retrieval from the container. The container should be labeled to show the nature of its contents.

3.1.   **Infectious waste** and hazardous materials are to be discarded in appropriately labeled containers, i.e., red bags, barrels, biohazard containers etc. for the safe and efficient removal and destruction of such material.

4.0.   **Inventory Controls**

4.1.   A **Master Tool Inventory** described in Department Order 712 shall be maintained by the Facility Health Administrator.    The Master Tool Inventory may be maintained by the FHA in a single binder or may be maintained by each Key Contact for their areas of responsibility.   If the decision is made for each Key Contact to retain their section, the FHA must have unrestricted access to the section.   Each Key Contact from each medical discipline with sharps and tools will maintain a section (original or copy) of the Master Tool Inventory for their area of responsibility.

5.0.   **Accounting**

5.1.   **General Accounting Requirements include:**

-   Tools used within the unit are not to be logged out but are to be returned to the secure location upon procedure completion.

-   A set of multiple instruments shall note the contents of the set on the outside of the container.  The set shall be counted as one set and not the number of individual instruments.

-   During repair, medical/dental tools shall be removed from the inventory as directed in Department Order 712.02.

-   No loose instruments are to be stored in any health facility location; rather, extra instruments should be kept in areas off limits to inmates, such as the pharmacy.

-   During clean up and sterilization, instruments should be verified by a visual check at the completion of each patient visit.

5.2.   **Daily counts:**   A daily inventory of all the instruments in the health area will be conducted to maintain control and accurate records.  An inventory will be performed at the beginning of each shift that is staffed by Health Services personnel and at the end of each shift that is staffed by Health Services Personnel.

Well before to the end of the Health Services shift, the responsible staff member will request (through locally negotiated procedures) a Correctional Officer to witness the count.  If a CO is not available within a reasonable amount of time (i.e., less than 15 minutes), two Health Services Staff members will perform the inventory.

If only one Health Services staff member is available and a CO was not able to attend, the HS staff member will perform the inventory and provide an Information Report to the Facility

62

ADC010709

Health Administrator documenting the attempt to acquire a CO and the outcome of the inventory.   The FHA will share the IR with the appropriate Deputy Warden and develop systems to prevent future single count events.

A <u>Daily Tools Inventory Count</u> sheet, or sheets, (see Attachment A) are to be maintained within the clinic, lab, health unit, etc., where instruments are kept.   Disposable Sharps such as needles, scalpels, carpules, etc. must also be accounted for on the <u>Daily Tools Inventory Count</u>. The count sheet must accurately reflect the number and type of instruments kept in the respective drawer, cupboard, etc.

The count will be maintained as a rolling total including all additions, removals, distributions, deletions, and disposals of the identified item.

The staff performing the inventory and one witness will sign the Health Services <u>End of Shift Summary Count</u> (304-15-Proposed) (Attachment B).   Each shift should be annotated on each line.   Therefore, on a 24 hour fully staffed unit where there is face-to-face turnover between shift staff, there should be a minimum of three entries on three lines; beginning of day shift, beginning of swing shift, beginning of night shift.  Note that this sample is for three 8 hour shifts in a 24 hour period.  Units staffed with 12 hour shifts may have only two turnover entries per 24 hour period.  If there is no face to face turnover, each shift will perform an opening and closing count.

5.3.   **Monthly Roll-up counts:**   At the end of each month, the senior unit individual responsible for the area will forward a copy of the individual <u>Daily Tools Inventory Count</u> to the pertinent Key Contact for review and development of the <u>Master Tool Inventory</u> (712-5PF).

The Key Contact of the respective discipline or designee shall ensure that a <u>Master Tool Inventory</u> report for the prior month is completed and submitted to the Facility Health Administrator no later than the third business day of the month for the immediately preceding month or more often as directed by the FHA.

The Medication Liaison will perform an inventory of all sharps and tools maintained in the Medication Liaison's Area and submit this report to the FHA no later than the third business day of the month for the immediately preceding month or more often as directed by the FHA.

The Facility Health Administrator will on a monthly basis, review and collate the <u>Master Tool Inventory</u> and forward a copy to the Complex Chief of Security within the time frame of dates negotiated between the FHA and the complex Warden.  The Complex Chief of Security will review and distribute the inventory to the Unit Chiefs of Security.  Since the FHA maintains the <u>Master Tool Inventory</u> on a month by month basis, the units are not required to retain prior month inventories unless directed by the respective FHA.

ADC010710

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inventory Control Log - Health Services**

| Health Unit | | | | | Date of First Entry | |
|---|---|---|---|---|---|---|
| Item | | | | | Location | |
| Date | Begin Inventory | Inventory Added | Inventory Deleted | Inventory Balance | Counted By (Signature) | Witness (initials) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

304-14P
12/5/01

64

# Arizona Department of Corrections
## Health Services End of Shift Summary Count

**Enter the date and time the inventory was reviewed.  Two staff members are to review the inventory and acknowledge this review by their signature and position title.**

| Date | Time | Signature and Title | Signature and Title |
|------|------|---------------------|---------------------|
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |
|      |      |                     |                     |

304-15 (proposed)
9/15/2006

65

ADC010712

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Master Tool Inventory**

| Institution/Facility | For Month of | |
|---|---|---|
| Storage Location | Prepared By | Date |

| Tool Description | Classification | Beginning Inventory | Added Inventory | Less Lost/Damaged* | Ending Inventory |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Attach documentation with disposition of these tools.(716-6)

712-5
2/15/06

ADC010713

|  | Budget and Inventory Control | OPR: Administrative Services Program Manager |
| Arizona Department of Corrections | | Auth: |
| Health Services Technical Manual | HSTM Chapter 2 Section 4.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:      DEPARTMENT ORDER 1101
                    NCCHC STANDARD P-A-04

**PURPOSE:**   To ensure that Health Services Division facilities are resourced and managed in accordance with sound business practices, regulation, and community standards.

**RESPONSIBILITY:**  It is the responsibility of all HS staff to manage the resources entrusted by the citizens of the State of Arizona to achieve quality care for the inmate population.

**PROCEDURE:  To be Published.  Pending publication, information may be found in the Budget Technical Manual.**

67

ADC010714

| | Infection Control | OPR:<br>Medical Director<br><br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Chapter 2<br>Section 5.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:      DEPARTMENT ORDER 1102
                           DEPARTMENT ORDER 116
                           NCCHC STANDARD P-B-01

**PURPOSE:**   To coordinate identification of and responses to infectious or potentially infectious diseases.

**RESPONSIBILITY:**  The Division Administrator for Health Services is responsible for directing the Department's program to provide surveillance, prevention, diagnosis and treatment of suspected or confirmed communicable diseases.  He is also responsible to notify the Assistant Director for Human Resources/Development and other authorized recipients of each suspected or confirmed communicable disease in inmates and epidemiological information related to communicable disease in inmates.  Wardens, Deputy Wardens and Administrators are responsible for ensuring that inmate workers, when appropriate, use approved universal precautions, engineering controls and personal protective equipment to prevent exposure to communicable disease.  Contractors who operate facilities for the Department are responsible for promulgating an inmate screening program for communicable disease.

**PROCEDURE:**

1.0.     Department Order 1102 provides a standard guideline to ensure appropriate notification and documentation of reportable diseases, and for the appropriate management of inmates who require medical isolation to ensure that all inmates and staff are protected from communicable disease. It also provides an inmate tuberculosis screening program that is designed to control tuberculosis among inmates in the correctional work place.

2.0.     Department Order 116 establishes a safety and loss control program for Department employees that includes safe work practices, accident investigation and prevention measures, construction and maintenance of safe facilities, timely accident and exposure reporting, related training and record keeping. The Department recognizes that Department employees may be exposed to communicable diseases such as Hepatitis B, Hepatitis C, Human Immunodeficiency Virus and Tuberculosis, in the performance of their duties. The Department is dedicated to protecting employees from exposure to these diseases through the establishment of administrative procedures, engineering controls, and the use of personal protective equipment.

ADC010715

3.0.    **Exposure Control Plan**.  To be published.

ADC010716

| | Environmental Health | OPR:<br>Assistant Division Director |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac |
| Health Services Technical Manual | HSTM<br>Chapter 2<br>Section 6.0. | Supercedes:<br>HSTM 2.6.0 June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:     DEPARTMENT ORDER 404
                    DEPARTMENT ORDER 519
                    DEPARTMENT ORDER 503
                    DEPARTMENT ORDER 1102
                    NCCHC STANDARD P-B-02

**PURPOSE:**   To ensure that inmates are housed, work, study, and receive health care in a clean, safe, and healthy environment.  To ensure that Health staff work in environmentally safe and sanitary conditions.

**RESPONSIBILITY:** Department Order 519 establishes a programmed approach in the management of employee health conditions which affects the ability to work.  Department Order 404 describes the fire and safety programs in the Department.  Through the programs described in the references and the following policy, Health Staff employees shall make every effort to ensure that the health of inmates, staff, and visitors is protected through the maintenance of a clean and orderly facility.

**PROCEDURE:**
1.0.     Regularly scheduled environmental inspections of the facility will be conducted in accordance with the guidance of Department Order 519.
1.1.     The inspection shall include (as a minimum):
          - cleanliness and safety of all inmate housing;
          - laundry and housekeeping practices;
          - pest control measures;
          - risk exposure containment measures;
          - equipment inspection and maintenance; and
          - occupational and environmental safety measures.
1.2.     Facility Health Administrators are responsible to ensure that all manufacturer and state regulatory agency required inspections are completed on Health Services Division equipment.

2.0      Written reports must be reviewed by the Facility Health Administrator.  However, the filed original may be retained by the appropriate supporting staff (e.g., Office of Safety and Environmental Services Liaison, Occupational Health Unit, etc)

70

3.0     Corrective actions must be documented.

4.0     All health staff are responsible to comply with the safety and style requirements set as clothing standards under Department Order 503.  Of particular interest is the health industry requirement to wear non-skid shoes which are securely fastened to the foot.  Crocs, toeless sandals, and clogs are not acceptable footwear in a clinical setting.

71

ADC010718

| <br>Arizona Department of Corrections | Kitchen Sanitation | OPR:<br>Medical Director<br><br><br><br>Auth: |
|---|---|---|
| Health Services Technical Manual | HSTM<br>Chapter 2<br>Section 7.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:       DEPARTMENT ORDER 703
                      DEPARTMENT ORDER 912
                      NCCHC STANDARD P-B-03

**PURPOSE:**  The purpose of this policy is to ensure that inmates are provided nutritional, cost-effective food service and that the food is prepared in a manner that is efficient and sanitary, and includes safe food preparation practices and operation.

**RESPONSIBILITY:**  The Division Administrator for Health Services is responsible for monitoring the Department's diet program to ensure food preparation is performed in a effective manner.  The Medical Director is responsible to advise regarding clinical aspects of food preparation to preclude spreading of communicable disease.   The Facility Health Administrator is responsible as the senior member of the Kitchen Inspection Team.

**PROCEDURE:**

1.0.     Department Order 703 provides a standard guideline for inspection of facility kitchens.

2.0.     Department Order 912 establishes a kitchen and food preparation program for the Department.  The FHA will coordinate the functions listed therein.

72

ADC010719

| | Ectoparasite Control And Treatment Procedures | OPR: Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: sr |
| Health Services Technical Manual | HSTM Chapter 2 Section 8.0. | Supercedes: Effective Date January 1, 2010 |

**REFERENCES**      DEPARTMENT ORDER 403
NCCHC STANDARD P-B-04
NCCHC STANDARD P-E-02

**PURPOSE:** The purpose of this procedure is the prevention of the spread of ectoparasites within the prison population.

**RESPONSIBILITY**: It is the responsibility of the CRNS II to ensure that all licensed nurses are trained in identifying, screening, and providing appropriate treatment to inmates for LICE (Pediculosis), Scabies, RINGWORM OR TINA CAPITIS, or Body Lice.

1.0.    Upon initial nursing screening intake done at Alhambra/Phoenix ASPC/Perryville, or a case screened on Nurse's/ provider line at the prison complex**.**  The licensed nurse will screen the individual for ectoparasite. If the individual is found with ectoparasite, they are isolated from the rest of population until appropriate treatment is rendered.  This person is immediately issued proper intervention for either shampoo for the hair or cream for the body.  The nurse is responsible in instructing the individual in the treatment of ectoparasite according to nursing procedures.

The nurse is responsible for documenting the ectoparasite nursing procedure and instructions to the inmate in the health record.  The licensed nurse will notify the CRNSII of the situation. The CRNSII will notify the FHA. The FHA will notify the Warden of the situation. All roommates will be screened for ectoparasite by the nursing staff and treated accordingly.

2.0    Hygienic maintenance of clothing, bedding, and personal hair items.

2.1.    The CRNS will instruct security to have linens and clothes washed and dried at inmates' laundry services. Place linens and clothes in black bag with a label tag.  Remind laundry staff to use gloves and follow all required precautions.  Have the black bag sit in the sun for 3 days prior to washing.

2.2.    Have inmate wash his/her mattress, the prison laundry services will wash bedding and all of his/her clothes before and after cream/shampoo is applied. Cloth mattresses or mattresses with holes must be bagged in a black bag for 4-5 days.

2.3.    All of hair combs/ brushes are discarded and re-issue by security.

73

ADC010720

3.0.    Isolation of the inmate:

3.1.    For Head Lice/ *Pediculosis* once the shampoo treatment occurs the bedding, clothing, and the mattress are to be washed from original and the isolation cell, then the inmate is released from isolation.

-        For scabies/ body louse once the cream has been left on for 8 to 14 hours per the advice of the nurse, and the clothing, linen, and mattress has been washed the inmate can be released from isolation.

-        The inmate will remain isolated from rest of the population until the treatment is finished. Before an inmate is released from isolation, the nurse must screen the individual to ensure the lice/ scabies are no longer present.

3.2.    For Ringworm or Tina Capitis.

-        If the vector is identified as an animal, the Warden or Deputy Warden of Operations must be contacted and informed so they can remove the animal.

-        See nursing assessment/procedure protocol for treatment of RINGWORM OR TINA CAPITIS.

-        The inmate does not have to be isolated from the other population.  The nurse will monitor the inmate weekly on nurses' line until the situation is resolved.

4.0.    Inmate follow-up for Head Lice/Pediculosis, Scabies or body louse.

4.1.    In seven days the nurse will screen the inmate on nurses line for re-occurrence of lice/scabies.  Appointments need to be scheduled at the time of the incident, in case of a transfer, then review the below procedure.

4.2.    Lice is retreated for seven days, scabies are not unless ectoparasites are present again.

4.3.    A Woods light may be needed to screen for lice/scabies.

5.0.    Inmates who are transferred to another facility after receiving treatment.

5.1.    When an inmate is transferred the transferring nurse will write in red pen or via stamp in the right hand corner of the Continuity of Care form, "**Follow up for ectoparasites on_____ (the date)**."

5.2.    The receiving nurse who performs the chart review for intake will schedule this inmate on Nurse's line on the filled in date.  This visit will be for the purpose of screening the inmate a second time for ectoparasites. If the date falls on a weekend, the nurse on duty on that date needs to screen the inmate for ectoparasites, and treat according to nursing assessment protocol.

5.3  All process is documented in the SOAP notes.

74

ADC010721

| | Responsible Authorities and Staff Administration | OPR: Health Services Division Administrator |
|---|---|---|
| Arizona Department of Corrections | | Auth: tj/jt |
| Health Services Technical Manual | HSTM Chapter 3 Section 1.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**       DEPARTMENT ORDER 514
                                    DIRECTORS INSTRUCTION 30
                                    NCCHC STANDARD P-A-02
                                    NCCHC STANDARD P-A-03

**PURPOSE:**   To provide understanding of the supervisory structure (chain of command) of the Health Services staff.  To provide guidance relative to the assignments and work schedules of the staff.  To provide direction regarding communication between the complex staff and the Program Manager and promote an atmosphere of shared information/communication.  To provide a mechanism for meetings of Health Services staff for purposes of communication, instruction, and project development.

1.0.   **General Responsibilities:**
1.1.     Health care shall be delivered through a joint effort of Health Services and Security Operations. Health care staffs are subject to the same security regulations as other Department employees.
1.2.     The Division Administrator is responsible to provide strategic direction to the Division. His primary responsibility is to ensure that all inmates are provided access to scheduled and emergency health care, and are not refused health care treatment.  The Division Administrator shall develop medical staff by-laws.
1.3.     The HROD is responsible for ensuring that there are adequate resources that will allow for the accomplishment of the mission.
1.4.     Wardens, Deputy Wardens and Administrators are responsible for ensuring security/transportation staff transport inmates for scheduled and emergency health care, and for ensuring appropriate security escort is provided when inmates are transported by ambulance.

2.0.   Facility Health Administrator: The **Responsible Health Authority** will be held by the on-site FHA at each complex. His or her responsibilities are delineated in the ADC job description, PDQ and this HSTM. The Responsible Health Authority is responsible complex-wide, for all levels of health care, providing quality accessible health services to all inmates.
2.1.     The FHA or designee will discuss with the Warden or designee the implementation of new or revised health services programs which have an impact on institution operations.   The

75

FHA shall ensure that all facility health staff are knowledgeable of their technical, professional, and operational responsibilities.

3.0.   Physicians:
3.1.   Matters of medical judgment and orders are the sole responsibility of the Health Services Division.   Clinical decisions and actions regarding health care services provided to inmates are the sole responsibility of qualified health care professionals.   Medical and dental judgments are the sole responsibility of qualified health care personnel and are not to be compromised for security reasons.   Final clinical judgments will rest with the Key Contact Physician, who is designated as the Responsible Clinician for each complex.   Medical and Dental staff are assured that clinical decisions are allowed to be made for clinical proposes and will not be interfered with by other personnel.
3.1.   Specialists who hold clinics on the prison complex grounds are required to provide ADC with a copy of their State medical license to practice within their specialty.

4.0.   Mid-Level Providers:
4.1.   Nurse Practitioner and Physician Assistants are designated as Mid-Level Providers for the Health Services Division.   Matters of medical judgment and orders that fall within the educational and clinical capability of these individuals will be the sole responsibility of these individuals.
4.2.   Nurse Practitioners in the State of Arizona do not require physician supervision. Physician Assistants will be assigned a physician supervisor in accordance with Board of Medical Examiners rules and Arizona State law.  Final clinical judgments will rest with the Key Contact Physician, who is designated as the Responsible Clinician for each complex.
4.3.   These individuals will be included as "providers" and will attend and consult during medical staff meetings.
4.4.   Medical judgments are not to be compromised for security reasons.   Medical and Dental staff are assured that clinical decisions are allowed to be made for clinical proposes and will not be interfered with by other personnel.

5.0.   Dental Staff:
5.1.   Matters of dental judgment and orders are the sole responsibility of the Health Services Division.   Clinical decisions and actions regarding health care services provided to inmates are the sole responsibility of qualified health care professionals.   Dental judgments are the sole responsibility of qualified health care personnel and are not to be compromised for security reasons.   Final clinical judgments will rest with the Key Contact Dentist.
5.2.   Dental staff are assured that clinical decisions are allowed to be made for clinical proposes and will not be interfered with by other personnel.
5.3.   Specialists who hold clinics on the prison complex grounds are required to provide ADC with a copy of their State dental license to practice within their specialty.

6.0.   Nursing Staff:
6.1.   Matters of nursing care judgment and orders are the sole responsibility of the Health Services Division.   Nursing clinical decisions and actions regarding health care services provided to inmates are the sole responsibility of qualified health care professionals.   Nursing assessment and treatment judgments are the sole responsibility of qualified health care personnel

ADC010723

and are not to be compromised for security reasons.   Final clinical judgments will rest with the Key Contact Nurse and Responsible Clinician.

6.2.      Nursing staff are assured that nursing clinical decisions are allowed to be made for clinical proposes and will not be interfered with by non-clinical personnel.

6.3.      Specialists who hold clinics on the prison complex grounds are required to provide ADC with a copy of their State nursing license to practice within their specialty.

7.0.   <u>Medical Records Librarians:</u>

7.1.      Separation of Duties Guidance.   All matters related to issues concerning legal requirements of initiation, maintenance, storage/retention/destruction, confidentiality, and release of information or copies of medical records come under the professional oversight of the Medical Record Program Manager.   The Medical Record Program Manager may make recommendations regarding the work hours of the Medical Record staff.

7.2.      At facilities having more than one Medical Record staff on site, the Program Manager may provide input into the assignment of the Key Contact Medical Record Staff.

7.3.      Medical Records Supervision issues: The FHA will possess Administrative Supervision duties of the Medical Record Staff regarding; Approval of Annual Leave Requests, Approval of Sick Leave Requests, Assignment of work stations, Assignment of work schedules.

7.4.      The Medical Record Program Manager should be informed by the FHA on medical records staffing issues that may have a negative impact on the completion of the medical documentation mission of the facility.  Such topics include but are not limited to frequent tardiness, unavailability for duty, Employee injury, whether or not it involves time lost from work, and problem with completion of assigned duties.

-         The FHA will have Evaluation Supervision of the Medical Record staff in accordance with Department Order 514.  Prisons with one Medical Record employee:  The FHA shall be the first line supervisor (rater) of the Medical Record employee.  Prisons with more than one Medical Record employee:  The FHA shall be the first line supervisor (rater) of the Medical Record staff designated as the Key Contact.

7.5.      **Medical Records Staff Meetings**:   The Medical Records Program Manager will hold meetings with the Key Contact Medical Record staff on a quarterly basis as authorized by the Director.  In addition to the Key Contact Medical Record staff from the various prison facilities.

-         If there is more than one Medical Record staff person at a prison facility, Key Contact Medical Record staff shall hold monthly meetings of the facility Medical Record staff.  Staff from the various prison facilities may attend **if applicable**.

-         The Agenda for the quarterly meeting shall be established at least one week in advance of the meeting date.  The agenda for this and the local meetings may include; Medical Record issues related to coverage, productivity and state-wide or local procedures; Medical Record quality assurance reviews; information sent or received from the Program Manager; information from other Central Office Meetings (as it relates to Medical Record staff or issues); information from local facility Key Contact meetings; other informational items; and educational topics.

-         Items for the Program Manager's meeting agenda may be submitted to the Medical Records Program Manager for consideration no later than 10 days prior to the meeting date. Agenda items may be submitted by any of the following: Members of the Medical Record staff, Division Administrator, Health Services Division, Program Managers, Other ADC staff members.

ADC010724

| Arizona Department of Corrections | Staffing Patterns | OPR:<br>Administrative Services Program Manager / Health Services Regional Operations Directors<br><br>Auth: tj/jt |
|---|---|---|
| Health Services Technical Manual | HSTM<br>Chapter 3<br>Section 2.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     DIRECTORS INSTRUCTION 180
DIRECTORS INSTRUCTION 200
DEPARTMENT ORDER 512
DEPARTMENT ORDER 602
NCCHC STANDARD P-C-07

**PURPOSE:**  To establish basic requirements assure that sufficient health staff of varying technical and professional specialties are available to provide adequate and timely evaluation and treatment to the inmates confined to Department facilities.

**RESPONSIBILITY:**  It is the Facility Health Administrator's responsibility, in orchestration with the respective key contact, to establish the standard schedule of personnel need and duty activity.

**PROCEDURES:**

1.0 Minimal Requirements
Staff will comply with the guidelines set forth in Department Order 512 Scheduling, Reporting Hours Worked, and Compensation.  Staff filling exempt positions will record attendance in accordance with Director's Instruction 180.  Failure to comply with these guidelines may result in administrative and/or disciplinary actions.

2.0 Staffing Plans
2.1.     The FHA will establish a uniform approach to maintaining adequate staffing levels to ensure adequate services to the inmate populations. The FHA will develop and monitor a staffing plan that will ensure that a sufficient number of qualified health personnel assigned to disciplines, is available to provide timely evaluation and treatment consistent with the standard of care within the community.
2.2.     The staffing plan will be monitored in accordance with the ability to meet all constitutional health care needs, and within a reasonable time frame, as determined by the Health Services Division Administrator. While accrediting agencies generally do not specify staffing formulas, it is recognized that sufficient staffing will also be measured by compliance with accreditation standards, and overall access to care and treatment.

ADC010725

2.3.    Staffing will be determined by the size of the facility, types and scope of services delivered, and the needs of the inmate population.  A staffing plan at each complex will be reviewed by the FHA and Division Administrator at least annually to address all disciplines and the services provided at each complex.  Administrators and supervisors will identify and justify requirements for staffing changes annually in conjunction with the budget process.

3.0.    On Site Clinics
3.1.    The FHA shall ensure that on-site clinics are scheduled in accordance with need and in compliance with the contract. The FHA shall identify the designated location for the clinics.
3.2.    The FHA shall ensure that inmate appointments do not exceed the number of stated contract appointments.
3.3.    The FHA shall ensure that the scheduling of clinics does not interfere or disrupt the daily routine provision of inmate health services.
3.4.    The FHA shall ensure that the proper security clearances are made to include any equipment that will be brought on site. This will be required every six months (Refer to Department Order 602).  The FHA shall ensure that the contractors receive training as required by the Department.

4.0.    The Facility Health Administrator and CRNS II are encouraged to develop and publish a complex expectation of volume of patients per day for nursing lines.  The number of patients seen on a nursing line is a function of acuity of the general population on that yard, availability of nursing staff, regulatory requirements, and corrections standard of care. Any locally developed standard will be communicated to the Division Administrator in all correspondence that deals with nursing staffing issues.

ADC010726

|   Arizona Department of Corrections | Credentialing Responsibilities | OPR:  Medical Program Manager/ Dental Program Manager/ Nursing Program Manager  Auth: jac |
|---|---|---|
| Health Services Technical Manual | HSTM Chapter 3 Section 3.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**      DEPARTMENT ORDER 1101
NCCHC STANDARD P-C-01
NCCHC STANDARD P-C-02

**PURPOSE:**    To provide guidance in conducting peer review of the care provided to inmates. To validate the legal and performance qualifications of the providers employed by Arizona Department of Corrections.  To ensure that all professional Health Services staff providing care within the Department of Corrections are in good standing with their respective licensure/certification Board to practice their profession.

**RESPONSIBILITY:**   The Health Services Division Administrator is responsible to ensure that all care is provided in a manner that meets minimum standards.  The Program Managers are responsible to ensure that professional staffs continue working within their expertise/training and that the work remains at a high level of quality.  It is the responsibility of the FHA to ensure that all appropriate professional Health Services staff have copies of current licensure/certification kept locally.

**PROCEDURE:**
1.0.      The FHA shall ensure that professional HSB staffs requiring licensure/certification to practice their profession within the State of Arizona are in compliance with standards of conduct for their profession. This includes, but is not limited to:  Physicians; Physician Assistants; Nurse Practitioners; Nursing Personnel; Radiology/Lab Technicians; Dentists; and Pharmacists.
1.1.      The FHA shall ensure that appropriate HSB staff submits copies of documentation that verifies licensure/certification.  The FHA will verify that the individual remains in good standing with their licensing board upon hiring and on an annual basis as required by State/Board regulation. The documentation will be maintained by the FHA.

80

ADC010727

2.0.    Prior to expiration date of the licensure, the FHA or designee should request a copy of renewal license/certificate from the individual.   If initial request is ignored, a warning memo at least 20 days prior to expiration shall be directed to the employee.  If the warning memo is ignored, a certified letter is sent to employee's house at a minimum of 10 days prior to expiration.
2.1.    The FHA shall immediately notify the Division Administrator of any employee who has not renewed their license/certification.

3.0.    If for any reason, a health professional fails to renew their license/certificate, comes under investigation, or has their licenses/certification revoked/suspended by their respective Board, the Division Administrator shall administer appropriate corrective action.

4.0.    The FHA shall notify the Division Administrator of any information received regarding revoked/suspended and/or restricted license/certification, license under investigation or expired license.
4.1.    The FHA shall notify the employee of the licensure revocation or suspension or restriction, or license under investigation, or expired license information. The employee shall be required to report to the FHA's office daily for an appropriate work assignment until further notice from the Division Administrator.
4.2.    In the event that the health professional is unable to resume professional duties within thirty days, termination action may be initiated.

5.0.    If for any reason during the calendar year, a health care professional comes under investigation, or has their license/certification revoked/suspended by their respective Board, the health care professional shall notify the FHA immediately and the FHA shall immediately notify the Division Administrator and the respective Program Manager.

6.0.    The FHA shall be responsible for obtaining current licensure/certification on all new employees whose position requires licensure/certification.

ADC010728

| | Orientation and Education for Health Services Staff | OPR: Administrative Services Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: lh/mf |
| Health Services Technical Manual | HSTM Chapter 3 Section 4.0. | Supercedes: Effective Date: January 1, 2010 |

REFERENCES:          DEPARTMENT ORDER 509
                     DIRECTORS INSTRUCTION 159
                     NCCHC STANDARD P-C-03
                     NCCHC STANDARD P-C-09

**PURPOSE:**   To provide consistency in the delivery of an immediate basic orientation for all health care staff, as well as a formal in-depth orientation to the Health Services Program.

**RESPONSIBILITY:**   It is the responsibility of the Facility Health Administrator (FHA) to ensure that all Health Services staff completes an orientation to the correctional setting and to the health services delivery system.   All staff undergoing orientation are responsible to read this manual paying particular attention to the technical or professional area identified by the pertinent Key Contact individual.    All staff are also responsible to understand or seek explanation of the contents of the Health Services Technical Manual.

1.0 Initial **Orientation for Health Services Staff is** provided on the first day of employment. This orientation is required to provide information that will be necessary for the health staff member to function safely in the facility.  The program should include a map of the facility and tour of the assigned unit as well as issuance of a site specific New Employee Orientation Manual.

1.1.     At a minimum, Orientation will include the review of the following directives:
         Health Services Department Orders (DO) 1101 through 1105
         DO 501, Employee Professionalism
         DO 503, Employee Grooming and Dress
         DO 509, Employee Training and Education
         DO 517, Employee Grievances
         DO 916, Staff-Inmate Communication

1.2.     The employee shall sign acknowledging receipt of their handbook.  The orientation coordinator should provide a copy of Health Services Emergency Response Plan and the employee shall sign acknowledging receipt of their emergency response plan

ADC010729

**2.0.   In-Depth Orientation**

**2.1.   Health Services Division**

Within 30 days of employment the new employee shall view the eight part video, Welcome to Health Services.  Within 30 days of employment the new employee shall complete a discipline specific orientation which is documented via a check list and placed in their working personnel file upon completion.

The Program Managers are responsible for developing the discipline specific orientation check list.

Within 30 days of employment the new employee shall complete a general orientation to health services as indicated via an orientation checklist and placed in their working personnel file upon completion.

The FHA is responsible for developing the general orientation checklist.

**2.2.   Arizona Department of Corrections**

Within 90 days of employment the new employee shall complete the Department's mandatory 40 hours New Employee Orientation.  All supervisors shall complete the Professional Development Program (PDP) within six months of hire.  Provide new employees with department handouts on sexual harassment. Employee shall sign acknowledging receipt of sexual harassment handout. Health Service personnel comply with security regulations of the Department. Health Services personnel receive training and/or are notified of security regulations for which they are to comply.

**3.0.   Annual Continuing Professional Education**

**3.1.**   Clinical Education is required for all staff in accordance with the ADC Annual Education Plan and NCCHC Accreditation standards.

**4.0.   Cardio-Pulmonary Resuscitation**

**4.1.**   All Health Services Division staff who have direct patient contact must remain current in professional-level cardiopulmonary resuscitation techniques.

**4.2.**   The HSB will remain contracted with an educational organization that has been approved by ADC to provide a certification and recertification on a regular basis.  The certification will require refresher training or recertification a minimum of every two years.  The certification will include the basic elements for health care professionals who have never been exposed to CPR and/or who are in need of refresher training in CPR.

ADC010730

| | Medication Administration Training | OPR: Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: sr/mf |
| Health Services Technical Manual | HSTM Chapter 3 Section 4.1. | Supercedes: Effective: January 1, 2010 |

**REFERENCES**:      NCCHC STANDARD P-C-05

**PURPOSE**:   To establish a program to assure that staff who administer or deliver medications are appropriately trained.

**RESPONSIBILITY**:  It is the responsibility of the Facility Health Administrator and Nursing Supervisors to assure that staffs comply with this Procedure.

**PROCEDURE:**
1.0     All new Health Services staff that will be required to deliver and/or administer medication to inmates must complete the Medication Administration Orientation Checklist within 60 days of hire.

1.1.     The Nursing Supervisor, or preceptor, will:

-       review medication procedures with each staff member.

-       evaluate the staff member's understanding of medication administration by documenting on the Medication Administration Orientation Checklist.

-       meet with the staff member upon completion of the Checklist, review the findings, and counsel the staff member as appropriate.

-       assure that the staff member receives instruction on security issues related to medication administration.

-       assure that the staff member is oriented to the Medication Incident Reporting policy.

-       Assure that the staff member is familiar with procedures to follow when accessing the Pharmacy after-hours Cabinet.

1.2.     The Nursing Supervisor shall assure that a completed copy of the Medication Administration Orientation Checklist is maintained on file.

ADC010731

| | Clinic Space, Equipment, and Supplies | OPR: Medical Services Administrator/Health Services Regional Operations Directors |
|---|---|---|
| Arizona Department of Corrections | | Auth: |
| Health Services Technical Manual | HSTM Chapter 3 Section 5.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**   Arizona Administrative Code R4-23-609 through 611
DEPARTMENT ORDER 401
DEPARTMENT ORDER 403
DEPARTMENT ORDER 703
DEPARTMENT ORDER 1101
NCCHC STANDARD P-D-03

**PURPOSE:**   To ensure that all complexes and HSB facilities have designated adequate clinical space for providing health services to inmate-patients.

**RESPONSIBILITY:**   The Health Services Division Administrator is responsible to ensure that adequate spaces are available for provision of health care services to the inmate population.  The Warden and Facility Health Administrator are responsible to ensure that facilities are monitored and maintained in working order and all maintenance needs are addressed in a timely manner.

**PROCEDURE:**
1.0.   <u>Clinic Spaces:</u>
1.1.   The policies currently in effect under Department Order 401 provide guidance in construction of health services spaces.  Examination and treatment rooms must be large enough to accommodate the necessary equipment, supplies, and fixtures and to permit privacy during clinical encounters.  Administrative files, health record storage space, and other clerical areas must be sufficient to provide unhindered health care.  All ancillary areas must be sufficient to support provision of specialized diagnostic or medical activities.   Waiting areas will be sufficiently designed and controlled to provide for adequate seating and access to drinking water and toilets.

1.2.   The policies currently in effect under Department Order 402 provide guidance in maintenance of all facility spaces.

1.3.   The policies currently in effect under Department Order 703 provide guidance in inspection of all facility spaces. Pharmaceuticals, medical supplies, medical equipment and mobile/portable medical equipment are to be available and inspected regularly.   Chapter 2

85

ADC010732

Section 3.0 provides guidance regarding inventory and inspection of items that are subject to abuse or modification into weapons.

2.0    Equipment:  The Facility Health Administrator is responsible to ensure that the facility has sufficient equipment, durable supplies, and consumable supplies to provide for examination and treatment of patients.

2.1.    Basic equipment for medical services includes but is not limited to:
- hand washing facilities or other approved hand sanitation methods;
- examination tables and/or surfaces;
- adequate direct illumination lighting for clinical examinations;
- access to weight scales;
- thermometers;
- blood pressure measurement equipment;
- stethoscopes;
- opthalmoscopes;
- otoscopes;
- immediate access to oxygen;
- wheeled transportation equipment for patients (i.e., wheelchair, stretcher);
- biohazard identified (i.e., red) material trash containers;
- sharps (biohazard, puncture resistant) containers; and
- equipment and supplies for pelvic examinations (female units only).

2.2.    Basic equipment for dental services includes but is not limited to:
- hand washing facilities or other approved hand sanitation methods;
- dental examination chairs;
- adequate direct illumination lighting for clinical examinations;
- sterilization equipment;
- blood pressure measurement equipment;
- dental electronic-, hydraulic-, or hand-powered equipment;
- biohazard identified (i.e., red) material trash containers;
- sharps (biohazard, puncture resistant) containers; and
- dental care delivery equipment including:
  - intraoral xray equipment w/ developer and
  - immediate access to oxygen.

3.0.    The Facility Health Administrator will coordinate with the Health Services Division Administrative Services Program Manager to maintain or update staff access to current electronic and written educational resources.

86

ADC010733

| | Health Care Liaison | OPR:<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: st/ds |
| Health Services Technical Manual | HSTM<br>Chapter 3<br>Section 5.1. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     NCCHC STANDARD P-C-08

**PURPOSE:**  To establish a Health Care Liaison in the facility to provide certain health administrative support duties when qualified health care professionals are not on site.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator, in cooperation with the Warden, to designate and train a Correctional Health Care Liaison to coordinate health care delivery services in the facility/unit on those days when qualified health care professionals are not on site.

**PROCEDURE:**
1.0.  The FHA, in cooperation with the Warden, shall designate a security staff member that is trained by the facility Key Contact Physician and Key Contact Nurse to carry out certain duties when qualified health care professionals are not on site.

2.0.  The FHA will identify the liaison in writing who will be authorized by this Section to:
-       Ensure that provider orders (i.e., diet, housing, and work assignments) are complied with.
-       Coordinate the packaging and sealing of medical records for inmates being transferred out of the facility and notify Health Staff of the transfer via Information Report.
-       Contact the Urgent Response Provider to coordinate transfers of inmates to a hospital emergency room as deemed necessary by the Provider or if the situation is a life threatening situation.
-       Maintain and refer to the Correctional Officer Chronic Condition Emergency Instruction Manual for all emergent situations and which is the Key Physician approved Protocols for use in emergency cases.

3.0.  Training of the identified Health Care Liaison will be performed by the Key Contact Physician (supported by Key Contact Nurse and FHA) and will include:
-       Issues and elements of medical documentation; and
-       Issues and methods of communication of health needs; and
-       Issues of confidentiality of inmates' health needs; and
-       Issues of emergency treatment coordination.

87

ADC010734

|  | Student and Extern Clinical Rotations Programs | OPR: Administrative Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: gp |
| Health Services Technical Manual | HSTM Chapter 3 Section 6.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**     NCCHC STANDARD P-C-03

**PURPOSE**: To establish a procedure for orientation and participation of students and externs serving a clinical rotation with the Arizona Department of Corrections. Specifics regarding the type of student/extern and the clinical rotation requirements are addressed in each of the agreements between the Universities and the Arizona Department of Corrections.

**RESPONSIBILITY**: It is the responsibility of the specific Program Manager or designee to ensure that all actions regarding students and externs are in accordance with Arizona Department of Corrections Department Orders, Technical Manuals, Personnel Rules and the Intergovernmental Education Agreement(s).

**PROCEDURES**:
1.0.     Clearance
1.1.     The university or college sponsoring the student/extern rotation with ADC will provide the name, date of birth, social security number, and any additional information required by ADC, to the appropriate receiving program manager or designee, to obtain a security clearance, at least 21 days prior to starting date.
1.2.     The Program Manager or designee, in conjunction with a representative from the university, will determine the rotation schedule for the students/externs.
1.3.     The clinical rotation list shall be provided to the appropriate program manager, the appropriate medical discipline program manager, and the appropriate Facility Health Administrator(s) at least one week prior to the beginning of the rotation.
1.4.     The appropriate program manager or designee, will ensure that a security check has been completed and a temporary contractor I. D. badge issued. A copy of the completed clearance will be maintained by the appropriate program manager or designee.

2.0.     The initial orientation shall be scheduled with the Program Manager or designee.  This will include an overview/orientation of ADC as well as ADC Health Services.
2.1.     Each student will initially report to HSB Central Office for a system orientation/overview.

ADC010735

2.2.     The Key Contact shall ensure each student receive a proper orientation at the facility level to the correctional environment and role of health care provided to inmates.  Each Program Manager will, in coordination the receiving FHA, designate an individual from the appropriate discipline to conduct the orientation.

3.0.     The Facility Health Administrator and appropriate Key Contact shall ensure that each student or extern is oriented to the complex as well as the health unit(s).
3.1.     The orientation is to include, but is not limited to the following:
-       How Health Services meets the medical needs of the inmate population;
-       The philosophy of ADC with regard to the operations of the Health Unit;
-       The role of Security in the delivery of health care to inmates;
-       Discussions of pertinent Department Orders, Technical Manuals, and Post Orders.
3.2.     ADC providers and professionals assigned as preceptors are to be familiar with the course objectives for the student/extern and are to be responsive to the student/extern to assist in achieving those objectives.  Other objectives to be met are:
-       Describe how to manage communicable diseases in a correctional setting;
-       Identify personal safety issues in the role as a medical care provider in a correctional setting;
-       Identify appropriate therapeutic communication techniques when dealing with inmates;
-       Describe the philosophy of managed care in the correctional environment.
3.3.     Assignments - The Key Contact Pharmacist shall ensure each student is aware of all assignments, expectations and calendars assigned.   All assignments will be reviewed by the on-site preceptor and discussed with the student before the end of the clerkship rotation.

4.0.     Students/externs will be offered the opportunity to evaluate their clinical experience in accordance with their sponsoring university policies and procedures and those of ADC.   At or near the conclusion of the rotation, an appointment will be made for the student/extern to meet with the appropriate Medical, Nursing, or Pharmacy Program Manager or designee to review the experience of the ADC rotation and the overall learning experience.
4.1.     If required and provided by agreement, a completed university/college evaluation will be forwarded to the coordinator designated in the Clerkship agreement.   Additionally, students will be asked to complete a Health Services Student Evaluation Form at the HSB Central Office.

5.0.     In the event of an injury or illness of a student they are to be referred to the sponsoring university for necessary care.  Unless the condition is diagnosed as limb or life threatening, they will not be referred to or treated by ADC Occupational Health.

6.0.     Pharmacy Student Clerkships through Midwestern University.
6.1.     Agreement -  ADC-HSB and Midwestern University have entered into a mutually beneficial agreement in which ADC will provide pharmacist preceptors and clerkship sites for Midwestern Pharmacy Students and Midwestern University will provide Pharmacy Students for these clerkship rotations.  Midwestern University uniquely offers a Doctor of Pharmacy (PharmD) program aimed at ambulatory pharmacy practice.  Their system is structured to accept pre-qualified students into a three year, 12 months a year, program.  Pre-requisites for acceptance include two years of undergraduate studies with the typical enrollee having completed their

89

bachelor's degree.  Students entering their first year of pharmacy studies will simultaneously complete clinic clerkship rotations in each of their enrolled years.

6.2.    Clerkships

PS1 - First Year Pharmacy Student Clerkships will be scheduled as a singular ten week rotation at a clerkship site.  The Student will be on-site one, four hour session each week.  This rotation is intended to familiarize the student with the role of the pharmacist in the health care system and the pharmacists' inter-relationships with other health care team members.  The direction of the student is to "Shadow" the pharmacist preceptor and observe his role/function. PS1 Schedule as determined by Midwestern guidelines

PS2 - Second Year Pharmacy Student Clerkships are structured to provide the Pharmacy Student with an introduction to pharmacy distribution systems and responsibilities.  The Student will be assigned to six (6) clerkship rotations, five (5) each, 40 hour weeks each,  offering a different functional environment for the student.  Students are expected to develop the necessary skills and competencies to function autonomously in a distributive ambulatory environment upon graduation. PS2 Schedule: as determined by Midwestern guidelines

PS3 - Third Year Pharmacy Student Clerkships will concentrate on the student developing clinical expertise in ambulatory setting.  Skills and knowledge acquired academically will be applied to clinical situations in which the student will be expected to provide solutions to real life situations to enhance patient care and promote optimal health care outcomes. PS3 Schedule: as determined by Midwestern guidelines

7.0.    Pharmacy Student Clerkships through University of Arizona - Specific student rotation types are developed and provided to each student and preceptor prior to each rotation

7.1.    Pharmacy Preceptor - Every pharmacy participating in the student clerkship relationship shall have on staff a pharmacist registered with the State of Arizona and University as a Pharmacist Preceptor.

ADC010737

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Services**

**STUDENT EVALUATION OF CLINICAL EXPERIENCE**

University: _____ Dates of Clinical Rotation: _____

ADC Location: _____ Preceptor: _____

**Directions**:     Read each statement and mark your response in the space provided.  You do not need to enter your name.  These evaluations are part of the assessment of program effectiveness.

| | Strongly Agree | Agree | Disagree | Strongly Disagree |
|---|---|---|---|---|
| **Orientation to the Correctional environment/Security was sufficient to feel secure within the Complex.** | | | | |
| **Orientation to the Health Unit was sufficient to function within the Unit, in order to meet the course objectives.** | | | | |
| **Correctional Health Staff was readily accessible to facilitate my clinical experience.** | | | | |
| **The range of health problems represented in the inmate population was sufficient to meet the course objectives.** | | | | |
| **There were sufficient resources (staff and supplies) available to meet course objectives.** | | | | |
| **The attitude of the Correctional Health Staff on the Units contributed to a supportive learning environment.** | | | | |

**What did you like most about your experience in Correctional Health Care?**

**What did you like least about your experience in Correctional Health Care?**

**Additional Comment**

91

ADC010738

| | Inmate Workers | OPR:<br>Medical Services<br>Administrator/ Tucson FHA<br><br><br>Auth: jac/gp/st |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Chapter 3<br>Section 7.0. | Supercedes:<br>HSTM 3.7.0 of June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**   DEPARTMENT ORDER 903
NCCHC STANDARD P-C-06

**PURPOSE:**   To provide guidance in the use and employment of inmates in health activities.

**RESPONSIBILITY**:   It is the responsibility of the Warden and the Facility Health Administrator to ensure that inmates are not placed in a position of authority over their peers.  It is equally their responsibility to ensure that positions that allow inmates to serve or further their occupational capabilities are encouraged and supported.

**PROCEDURE**:
1.0.    Inmate Workers:   Department Order 903 provides guidance regarding authorized and prohibited duties of inmates.
1.1.    Inmates shall not be employed in direct delivery of care services to other inmates when a non-incarcerated individual is available.
1.2.    Inmates may not have access to, nor handle, HNRs or other medically related documents that are not their own document.
1.3.    Inmates may not have access to, nor handle, medications that are not their own.
1.4.    Inmates may not have access to, nor handle, medical or surgical instruments.
1.5.    Inmate Porters may be utilized as Porters, under the guidance of Department policy.  All assigned porters must be appropriately trained in the chemicals used, tools available, and restrictions to be followed when performing their cleaning duties.   Documentation of that training must be maintained in accordance with Department Order 903.

ADC010739

|  | Training for Correctional Officers | OPR: Administrative Services Program Manager |
| | | |
| Arizona Department of Corrections | | Auth: ta |
| Health Services Technical Manual | HSTM Chapter 3 Section 8.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:  DEPARTMENT ORDER 509
NCCHC STANDARD P-C-04
NCCHC STANDARD P-G-06

**PURPOSE:**  To provide appropriate health related training to correctional officers so that they may recognize when the need to refer an inmate to a qualified health care professional occurs and to provide emergency care until a qualified health care professional arrives on scene. Because correctional personnel are often the first to respond to problems, they must be aware of the potential for emergencies that may arise, know the proper response to life-threatening situations, and understand their part in the early detection of illness and injury.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator, in cooperation with the Warden, to see that an established and approved health-related training program is made available and completed by correctional officers who work with inmates.

**PROCEDURES:**
1.0.    Correctional officers who work with inmates are to receive health-related training at least every 2 years.
1.1.    The training will include the following minimum information; administration of first aid (BLS), recognizing the need for emergency care and intervention in life threatening situations, i.e., heart attack, recognizing acute manifestations of certain chronic illnesses, i.e., asthma, seizures, as well as intoxication and withdrawal, and adverse reactions to medications, recognizing signs and symptoms of mental illness (while included in this series of training, the presentation will be developed and provided by the Counseling and Treatment Services Division), knowledge of procedures for suicide prevention (while included in this series of training, the presentation will be developed and provided by the Counseling and Treatment Services Division), knowledge of procedures for appropriate referral on inmates with health complaints to health staff, knowledge of procedures and precautions with respect to infectious and communicable diseases, and cardiopulmonary resuscitation (CPR).

2.0.    The appropriate nature of the health-related training is verified by an outline of the course length, course content and length of the course.

93

2.1.    Each Complex has a training officer who maintains original training records and associated rosters.   A certificate of completion or other evidence of attendance is kept on site by the Complex or Unit Training Coordinator for each employee.

3.0.    While it is expected that 100% of the correctional staff who work with inmates are trained in all these areas, compliance to the established ADC standards requires at least 75% of the staff present on each shift are current in their health-related training.

ADC010741

|  | Pharmacy Administration | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/mh |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.0. | Supercedes: HSTM 4.1.0. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**    Arizona Administrative Code R4-23-612
NCCHC STANDARD P-D-01

**PURPOSE**:   This policy is a guide to the daily operation of the pharmacy.  It provides a concise reference for orientation of personnel to the pharmacy and a source of information to answer questions in the absence of the regular pharmacy staff.  All procedures are developed to ensure compliance with Arizona State and Federal laws and policies established in Arizona Department of Corrections' Department Orders.

**RESPONSIBILITIES:**    This reference should be maintained by the individual designated as responsible for the pharmacy.  All pharmacy staff are responsible to read and apply the contents of this manual to the pharmacy operations.  Questions of interpretation and intent should be referred to the Pharmacy Program Manager.

1.0.    Designation of Responsibility for Pharmacy.
This policy is provided as a clinic resource, to facilitate the training of new personnel in the pharmacy, and to serve as an information source when regular pharmacy personnel are unavailable.  Questions regarding this manual or pharmacy services should be directed to the Key Contact Pharmacist or the Pharmacy Program Manager.

2.0.    Pharmacy Section Responsibilities.
2.1.    Pharmacy Personnel Responsibilities.  Resources will be sufficient to assure compliance with state and federal regulations, timely procurement, proper storage, reliable record keeping, and accurate medication dispensing.
2.2.    Staffing Certification and levels.  Pharmacists shall meet all qualifications for state licensure and be licensed in the State of Arizona to practice pharmacy.  The pharmacy will be staffed with the proper resources to provide necessary pharmaceutical services to all inmates.
2.3.    The Key Contact Pharmacist (KCP) is Responsible for ensuring that the assigned pharmacy:
-       Insures that daily pharmacy operations are conducted in accordance with State Law, Federal Law, ADC Department Orders, and the Pharmacy Technical Manual and accepted standards for the

ADC010742

practice of pharmacy.
- Adheres to State and Federal Law when performing all controlled substance transactions and other requirements.
- Is staffed by fully supervised and trained personnel.
- Maintains proper storage and dispensing of all medications used in the institution; including inventory maintenance and pharmacy procurements. All record keeping associated with the procurement, storage, and dispensing of pharmaceuticals is monitored by the KCP.
- Routinely inspects clinic emergency medications in the urgent care room, emergency kits, and remote drug storage areas (RSDAs).
- Procures, maintains, organizes storage, inventories, and keeps records on bulk supply syringes and needles.
- Reviews and maintains the ADC formulary.
- Provides ongoing education for all health service staff and inmates on medications and pharmacy policies. Plans and conducts training of clinic staff in pharmacology, pharmaceutical dosing, and pharmacy procedures.
- Updates pharmacy publications including the Pharmacy directives and ADC Formulary maintained in the pharmacy.
- Assures that pharmacy/clinical directives issued by the Pharmacy Program Manager are carried out.
- Performs initial review and action on Non-Formulary Drug Requests (NFDRs).
- Maintains records of compliance for licensure, pharmacists' continuing education, inspections, and reporting as required by Federal and State Law, ADC Department Orders, Pharmacy Technical Manual, and local procedures, see Administration Technical Manual.
- Maintains a "signature file" of all staff authorized to prescribe medications and/or record on any required pharmacy form or record.
- Obtains and/or maintains all records of State of Arizona Pharmacy Licensure and renewals. Additionally, each pharmacy will maintain a DEA license through the Drug Enforcement Agency. The DEA license number will be used to identify clinic controlled substance activity by location and provider.
- Performs inspections of medications stored in all clinic work areas.
- Participates in Facility Health Services' committees and meetings as they relate to drugs and drug therapy.
- Assists in providing coverage at other ADC facilities as needed.
- Participates in Health Service projects as authorized by the Division Director, Inmate Health Services Division and Pharmacy Program Manager.
- Maintains files of the Pharmacy and Therapeutics Committee Meeting Minutes and maintains the Master Formulary. Ensuring that all complex providers are in possession of an up-to-date formulary.
2.4. The Pharmacist I is Responsible for:
- The daily operation of the pharmacy, including receiving, preparing and dispensing of medications.
- All duties listed for Key Contact Pharmacist during their absence.
- Other duties as assigned by the Key Contact Pharmacist.
2.5. The Pharmacy Technicians/Pharmacy Technician Trainees are Responsible for:
- Noting medications that are in short supply and informing pharmacy staff of such.
- Technical duties assigned in conjunction with providing pharmaceutical care.

96

2.6.    Pharmacy Students are responsible for:
-       Reading and being responsible for knowing and applying the contents of this manual, Arizona State Laws and Federal Laws to pharmacy operations.
-       Assuring that each prescription they prepare is checked by a pharmacist for accuracy and completeness before dispensing.
-       Participating in and completing all projects, duties, and orientations assigned by the Key Contact Pharmacist.
-       Completing the requirements of the Student and Extern Clinical Rotations Programs policy contained in this manual.
2.7.    Department Clinical Pharmacist is responsible to:
-       Assist the Medical and Pharmacy Program Managers in developing Treatment Algorithms.
-       Evaluate Non-formulary Drug Requests and make recommendations to the Medical Program Manager for approval or denial.
-       Provide advanced pharmaceutical information and consultations to ADC Medical Staff.
-       Provide expert consultative services to the Pharmacy and Therapeutics Committee regarding new drugs, drugs of choice, and cost effective therapies.
-       Provide Drug Utilization Reviews and Evaluations (DUR & DUE) regarding the Department's use of medications.
-       Implement Continuing Medical Educations programs for Medical Staff.
-       Perform focused medical record chart reviews for quality of care issues as requested by the Program Managers.
-       Collect and evaluate data, create reports, and provide summaries to Program Managers and the Division Director, Health Services.
-       Provide clinical oversight, direction, and training to pharmacy staff assigned to the Clinical Pharmacy Program.


3.0.    ADC Formulary Compliance.
3.1.    Therapeutic Substitution
-       The Therapeutic substitution list will facilitate the conversion to formulary medications. Each ADC provider will receive a copy of the Therapeutic Substitution list and this policy and will acknowledge such by signing a memo of understanding provided by the Lead Pharmacist. This signed memo will be kept on file at the servicing pharmacy.  A new signed memo of the understanding will be obtained annually.  The Therapeutic Substitution list may be updated periodically through the P& T Committee.  Updated lists will be distributed to the appropriate staff.
-       If a non-formulary medication order for a listed medication is received from an ADC provider on such patients without a non-formulary request documenting its necessity, the therapeutic substitution outlined on the list will be carried out by the pharmacy and a progress note documenting the change as a therapeutic substitution will be sent to the prescribing provider.  The receiving provider will sign the progress note, acknowledging the substitution and forward the note to the medical records librarian to file in the patient's chart.
-       If a provider feels that the designated substitution is inappropriate in a particular patient, the provider must fill out a non-formulary request form and send it to the pharmacy with the prescription.

ADC010744

- There will be no therapeutic substitution for medications that have been prescribed to inmates arriving at intake facilities.

3.2. Practitioners shall:
- Routinely prescribe only those medications listed in the ADC Formulary,
- Prescribe only those medications which are therapeutically correct,
- Follow procedures for obtaining non-formulary medications as prescribed in this manual,
- Review medications prescribed by outside consultants and issue a prescription for the medication or substitute a therapeutically equivalent medication available from the ADC Formulary.

3.3. The Pharmacist shall:
- Evaluate all prescriptions for non-formulary drugs from ADC providers and substitute a therapeutically equivalent medication available from the ADC Formulary when authorized by the ADC formulary and as agreed to by the prescriber.
- Evaluate all non-formulary drug requests and make an initial disposition;
- Forward all non-formulary drug requests to the Clinical Pharmacist for review;
- Maintain a sufficient stock of formulary medications to fill routine prescriptions and clinic stock orders;
- Ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality.

4.0. Facilities and hours of operation
4.1. The pharmacy will be of sufficient size to meet State Board of Pharmacy (BOP) regulations and allow adequate work space and storage to accommodate pharmacy staff personnel and supplies for at least seven days of operation.  Additional storage areas accessible only by pharmacists shall be of sufficient size to accommodate storage of pharmaceuticals and supplies to provide for uninterrupted pharmacy services including secured narcotic storage and records keeping area.  Any site that does not meet workspace requirements may be waived by agreement between the BOP and Division Director.
- Equipment and resources will be maintained and provided to ensure that necessary medications are procured, stored, and dispensed in accordance with pharmaceutical standards and program procedures.  Equipment will include those items listed in A.A.C. R4-23-612 (Arizona State Board of Pharmacy's Rules and Regulations).
- The base computer system will be compatible with that which is necessary to run the Pharmacy Software designated by the Division Director.   Appropriate reference texts and journals will be maintained to provide up to date information for health care staff.
4.2. Normal Hours of Regular Pharmacy Services:  The Health Service Unit provides normal pharmacy service from 0700 to 1700 daily, Monday through Friday, excluding holidays (unless otherwise authorized by the Division Director, Health Services Division).

5.0. Pharmacy Strategic Plan:  The Pharmacy Program Manager in conjunction with the Key Contact Pharmacists will establish and maintain a five year Pharmacy Strategic Plan.  This plan will be reviewed and progress reports generated as scheduled in the Plan.

6.0. Medication Liaison for Remote locations

ADC010745

6.1.   At those complexes without a Pharmacy, a Medication Liaison may be designated by the Facility Health Administrator.  This individual may be a correctional nurse or administrative assistant, or other health services staff member.   The Medication Liaison and two back-up staff will be trained in the following areas:

-      Preparation of medication for delivery and distribution to nursing staff and correctional staff.

-      "Brown Bagging" in opaque bags (HIPPA requirement) for officer delivery of  Keep on person medication using automated equipment, if available.

-      Distribution of medication to nursing staff and correctional staff.

-      Ordering and distribution of Over the Counter medication to providers and nursing staff.

-      Training in the use of the RDSA is required for personnel permitted to access the Remote Drug Storage Areas to obtain medications.  (Charge nurses and their designees, Lead Dentists and their designees). Training will be provided by the supporting pharmacy services.

ADC010746

| | Pharmaceutical Dispensing Procedures | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.1. | Supercedes: HSTM 4.1.1. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**      Code of Federal Regulations, 21 CFR 1306.04(a)
Arizona Revised Statutes 32-1901(66)
Arizona Administrative Code R4-23-672
NCCHC STANDARD P-D-01
NCCHC STANDARD P-D-02

**PURPOSE**:    To provide details of prescription limits, release medication, define authorized prescribers, identify required prescription information, set limits of prescription quantities and refills, contract provider prescriptions, emergency and after hours prescriptions for narcotics and psychotropic medications, investigational drugs, clinical trial medications and protocols, provider DEA numbers, hormones for transsexual supplementation, occupational health, supplies and institutional medications.

**RESPONSIBILITIES:**    It is the responsibility of the Pharmacy Program Manager to oversee the dispensing functions of ADC pharmacies.  It is the responsibility of the Key Contact Pharmacist to oversee the dispensing functions of the individual ADC pharmacies.  It is the responsibility of the pharmacy staff, provider staff, nursing staff, administrative staff and mental health staff to maintain the integrity of dispensing procedures to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive excellent pharmaceutical care while under the supervision of ADC health services.

**PROCEDURES:**
1.0.    **Authorized Prescribers:**
1.1.    Only Arizona Department of Corrections employees legally licensed by the State of Arizona to prescribe medications shall be authorized to prescribe medications for inmates. Prescription orders written by consultants shall be considered "treatment plan recommendations" to the ADC provider.  The following ADC practitioners are required to have an ADC assigned DEA number:

ADC010747

\-      Physicians (D.O.s and M.D.s) ADC employed physicians will have authority to prescribe any medication listed in the ADC Drug Formulary, with the exception of psychotropic medications (unless an emergency exists), and approved for use within the limits approved by the P&T Committee. Non-formulary drugs may be prescribed if prior approval for their use has been obtained from the Key Contact Pharmacist (or his designee) or the Clinical Pharmacist.

\-      Dentists (D.D.S.s and D.M.D.s)  ADC employed dentists may prescribe any formulary and non-formulary medication as above that is pertinent to their practice.

\-      Mid-Level Providers (Nurse Practitioners and Physician Assistants).  ADC Physician's Assistants and Nurse Practitioners are authorized to prescribe within the same parameters as ADC physicians and in accordance with and limits of  State and Federal Laws. They may not institute, modify, or continue psychotropic medications (as outlined in the Drug Formulary).

1.2.    **Provider DEA Numbers**:  Every authorized Primary Care Provider in the Arizona Department of Corrections will have a personal identification number (DEA number) for the purpose of legally prescribing Controlled Substances.

This number will consist of the ADC Complex Filling Pharmacy's DEA number plus a provider specific suffix number assigned by ADC-IHS Central Office.  The Division Director of Health Services (or his designee) will maintain the list of ADC provider DEA number suffixes indefinitely.  The suffixes will be assigned consecutively in numeric order as providers are hired.

Upon employment and reporting to an ADC Complex, the FHA will assure that a DEA number suffix is obtained from the Health Services Central Office.  The Division Director or his designee will issue a memorandum to the appropriate FHA assigning the DEA suffix number to new Health Care providers.  It is the responsibility of the ASPC FHAs to assure that Heath Care Providers understand the use of the DEA suffix number and use it accordingly.

1.3.    Pharmacists may write verbal orders from an authorized prescriber and immediately reduce it to writing.  Providers must furnish an original prescription within seven days of a verbal CII prescription.  All verbal order prescriptions must be annotated so as to clearly indicate that the prescription is a verbal order.

1.4.    Nursing Staff may issue medications under Nursing Protocols or Algorithm's authorized under HSTM policy. To ensure that health care treatment, performed by a health staff member in the absence of a health care provider, is a written treatment protocol order or direct order of a health care provider as authorized by law, the Facility Health Administrator shall ensure:

\-      that treatment protocol orders are limited to those promulgated by the Division Director, Health Services Division; and

\-      that all health care treatment is provided only at the direct order or treatment protocol order of an authorized health care provider; and

\-      that all treatment protocol orders are reviewed annually; and

\-      that a copy of all treatment protocol orders/nursing protocols are readily available in the pharmacy.

2.0.    **Prescription Information**:  All prescriptions will be written on an official ADC prescription form and be limited to the number of drugs per form as the form is designed to accommodate, Prescription Record 70400185 or pre-printed prescription form provided by pharmacy software.

101

ADC010748

2.1.     Prescriptions presented to the pharmacy will contain the following information in clear concise format and be written in black or blue ink.  (Prescriptions NOT submitted in accordance with these requirements will be returned to the Health Care Provider to correct or complete).
-         Inmate's name (last, first);
-         Inmate's ADC  number;
-         Inmate's location and unit;
-         Date of issuance;
-         Full medication name (generic). Medications written as BRAND name shall be dispensed by Generic substitution and under Generic name. (only authorized abbreviations listed in Appendix G may be used);
-         Strength;
-         Dosage prescribed or device name;
-         The route the medication is to be given, e.g., oral, I.M., IV, if necessary;
-         Quantity to be dispensed (The exact number of days or doses to be given);
-         For medications that are to be taken prn (e.g., NSAIDS, Aspirin, antacids, inhalers) or which are unit of use medications (e.g., eyedrops, creams, lotions, etc.) it is important to specify the initial quantity and the number of refills authorized.  (Chronic routine medications may be written for a specific length of time, without indicating the quantity and the number of authorized refills, e.g., HCTZ 25 mg.  qd for 180 days);
-         The number of times per day the medication is to be given or used;
-         Diagnosis/Medical Condition and Allergies;
-         Complete, concise directions for the patient ("UD" or "as directed" is NOT acceptable);
-         Prescriber's legal signature and stamped name; and
-         Any other specific information needed to fill the prescription (e.g., Unit, Release Medications, etc.)


3.0.     Inmate Patient Profiles/Record:
         The pharmacy will maintain patient profiles/records on all inmates receiving prescription medication. The profile/record will contain the information listed above.


4.0.     Prescription Quantities and Refill Information.   Prescription quantities, duration, and dosages will be in compliance with ADC Disease Treatment Algorithms/ Guidelines, the ADC Drug Formulary, and the Health Services Technical Manual unless approved otherwise via a Non Formulary Drug Request.  Prescriptions that are not within the guidelines limits will be dispensed per guideline.
4.1.     General Quantities:
-         Quantities will be limited to a maximum of a 28 - 34 days supply, unless exempted by the ADC Drug Formulary, this manual, or the Division Director, Health Services, but may be subdivided with additional refills authorized.
-         Refills will be marked on the medication container.
-         All refills will be processed through the pharmacy computer database.
-         Antibiotics may be dispensed in up to 28 day increments.
4.2. Prescription Limits:
General:

ADC010749

- Prescriptions for chronic conditions may not exceed a 1 year time period. (The period of ONE MONTH shall be interpreted as 4 weeks/28 days
- Keep-on-Person (KOP) maximum quantities dispensed may not exceed a 28 day supply, except for unit of use medications (e.g., eye drops, creams, lotions, etc.) which expire when the prescription expires.
- Controlled Substance prescription authorization will be limited by ADC Department Orders and Department Program Technical Manuals, not to exceed State and Federal limitations upon each class of provider.

Physicians, Psychiatrists, and Nurse Practitioners:
- Controlled Substance (CII-CV), may not exceed 28 days to facilitate inventory tracking and control.
- Phenobarbital used to treat seizure disorders may be prescribed for up to 6 months.
- Midrin used to treat migraines may be prescribed 10/week with 5 refills in a 6 month period.
- DEA Controlled Substances shall NOT be used for hypnotic purposes
- DEA Controlled Substances, used in cases of chronic or terminal illness resulting in unremitting pain not likely to abate in the short term, will be valid for one month.

Mid -Level Providers (Physician Assistants): (Arizona Revised Statute 32-2532) as determined by their license privilege or restrictions
- Schedule CII or CIII – 3-14 days    -    Schedule CIV-CV – 28 days

4.3. Patient product information (PPI) is required by law to be provided to patients each time a new prescription is provided for the following medications:
- Birth Control Pills
- Oral Estrogen Products
- Vaginal Estrogen Products
- Oral Progesterone Products

4.4. Exceptions to policy must be submitted and approved through the Non-Formulary process.

## 5.0.   **Release Medications**

5.1.    At the time of release to Community (Half-Way House, Home Arrest, or Release) the releasing Facility shall provide up to a 30 day supply of necessary medication pursuant to a new prescription.   Prescriptions for release medications will comply with all State and Federal law.

5.2.    The Key Contact Pharmacist, FHA, and Warden will designate a common point at their respective Complexes for release medications to be picked up by inmates being released.  The chain of custody will be maintained and documented through a receipt process from pharmacy to corrections to inmate.

5.3.    In an effort to assist releasing inmates to prepare for self-care, insulin dependant diabetics may be allowed to self administer their insulin for up to a 30 day period prior to their confirmed release date.  This must be initiated by a provider's written order.

5.4.    Birth Control Pills may be prescribed and dispensed to female inmates one month prior to release with an additional month's supply given at time of release at the Health Care Providers discretion.

5.5.    Exceptions to this policy must be authorized by the Division Director of Health Services, in consultation with the ADC Medical Director.

6.0.    Treatment protocol orders/Nursing Assessment/Protocols Program:

ADC010750

6.1.     To ensure Pre-Packaged medications are available in each Facility for use on Nurses-Line in conjunction with authorized treatment algorithms or protocols, each Facility Pharmacist shall ensure that properly labeled prepackaged medications, in standard amounts, are routinely available.

6.2.     Authorized medications will be stocked for distribution during the Nurse's Line.

6.3.     Items available will be limited to those authorized by the HSTM.

7.0.     **Processing New Prescriptions** and Medical Orders:

7.1.     All prescriptions will be delivered directly to the pharmacy for processing.

7.2.     Prescriptions may be generated at the Health Care Unit and Faxed to the Institution Pharmacy for processing.  Faxing should be completed in a timely manner and NOT left until the end of shift.  The pharmacy staff will periodically check the facsimile machine for transmitted prescriptions.

7.3.     All prescriptions received by the pharmacy will be reviewed for completeness, accuracy, interactions, therapeutics, and all other pertinent information.  Discrepancies will be resolved with the primary care provider before filling.

7.4.     All information necessary for processing the prescription as required by the pharmacy data base prescription program will be entered into the pharmacy data base program and a label generated.  The label generated will meet all requirements above except for accessory labels, which may be necessary and must be attached separately after filling and labeling the prescription.

-        All prescriptions will be affixed with a control number which corresponds to the computer assigned prescription number.  The computer software can be used for tracking medications purchased from a local pharmacy (i.e. Schedule II's) or compunding pharmacy (i.e. compounded ribavirin).  The prescription would be entered with a start and expiration date with a zero quantity for tracking purposes only.

-        The prescription will be filled and initialed by the Pharmacist responsible for filling the prescription.  This includes orders filled by a technician, student or orientee.  (The requirements may be met by attaching a computer generated label to the prescription; a computer generated log sheet may be used to check accuracy of labels if compared against the original prescription)

-        The prescription label will be initialed, after checking, by the pharmacist.

-        The medication will be placed in the designated area for dispensing or clinic box after filling and distributed/delivered during med-line.

-        Prescriptions for unit dose medications may be filled for up to a 28 day supply.

-        The prescription will be delivered to the appropriate nursing unit for administration.

7.5.     All medications shall be dispensed in plastic containers, unless dispensed in the original manufacturers packaging, e.g., nitroglycerin, creams, ointments, etc.  Whenever possible, avoid dispensing in glass or metal containers.  Medications may be administered from but WILL NOT be dispensed in paper or manila envelopes.

8.0.     The last day of a prescription time period for a medication order shall constitute a STOP DATE for that drug order.

9.0.     **Processing Prescription Refills**:

9.1.     Refills of chronic medications may not be written to exceed 1 year.   Inmates must still be seen quarterly, every 6 months or as directed per Medical Program policy.

ADC010751

9.2.    Prescriptions for Prenatal vitamins and iron to be good for duration of pregnancy plus two months. Inmates will be seen for medical follow-up as determined by the HCP.

9.3.    Refill requests for non-chronic medications will be initiated by the inmate by submitting a refill label or by filling out a Health Needs Request form (HNR) and submitting it (along with their empty medication container when mandated) to Health Services if the medication is NOT on automatic refill.  The prescription will be reviewed for proper use (compliance, expiration date, and refill status).

9.4.    If appropriate, the medication will be refilled through the following process;
-       the refill information entered into the pharmacy computer database, and
-       the HNR completed with the full name and signature of the person completing the HNR.
-       If the inmate's use of the medication is not in compliance with the written directions; the medication will not be refilled and the following process will be followed.
        - The ordering provider will be contacted at the discretion of the pharmacist, and the problem communicated; and
        - a note will be made on the HNR to the inmate with specifics as to why the medication was not refilled, and
        - A copy of the HNR will be filed in the inmate's medical record.


10.0.   **Telephone And Faxed Prescriptions** and Telephone Prescribing:
[reference: A.R.S. 32-1901(66) and Code of Federal Regulations, 21 CFR 1306.04(a)]
10.1.   Although prescriptions may be transmitted verbally to the pharmacy, this should be discouraged and reserved for logistic situations that do not allow for routine processing of the prescriptions.  Telephone orders to facilitate speed of medication delivery shall be immediately reduced to writing by the pharmacist.
10.2.   Faxed prescriptions will be received by the pharmacy and prepared for administration and delivery to the inmate.   The faxed prescription is the considered a legal document and will be maintained by the pharmacy as required by state and federal statutes.  Rules regarding Schedule II drugs requires that an original prescription order be sent to the pharmacy within 7 days and attached to the fax copy.


11.0 **Regional Dispensing**:
11.1.   Upon the receipt of a faxed, verbal or original prescription from an ADC Provider from a remote location, the Regional Pharmacy will:
-       dispense the medication for administration and/or delivery.
-       in accordance with the cut-off time for receiving prescriptions that has been set by the Key Contact Pharmacist and FHA, prescriptions received after that time will be filled for next day delivery.
-       Upon receipt of required documentation for dispensing medication for administration and/or delivery will produce and package the medications.
-       A copy of the faxed or original prescription and RDSA and clinic stock orders will be maintained by the filling pharmacy for seven years as mandated by federal and state laws for document preservation.
-       A copy of the prescription shall be maintained by the sending facility by the medication liaison, correctional nurse or designee to make sure medications sent correspond to medications received by the remote location.  When the ordered medication (listed on the faxed prescription

ADC010752

form) is confirmed as received, the sending facility's script form may be destroyed. The faxed prescription is a legal prescription; which is maintained by the pharmacy.

11.2. If a discrepancy occurs between what was ordered and what was received, the Regional pharmacy shall be notified that day and/or the prescription shall be faxed again with explanation of discrepancy except when a prescription is faxed past the pharmacy cut off time. In that case the faxed prescription will be filled for next day delivery.

11.3. All Schedule II faxed prescriptions are considered to be a legal prescription by the DEA and the faxed prescription may be retained as the official record, but rules regarding Schedule II drugs also require that an original prescription order be sent to the pharmacy within 7 days and attached to the fax copy.

12.0   Refill Requests:
12.1.   Requests for refills will be processed through Health Needs Request Forms (HNR) and medication refill labels which are faxed to the receiving pharmacy. Responses back to the patient's HNR with specifics as to why the medication was not filled, will be sent in the medication tote for delivery to the patient.
-       Refill requests by pharmacy labels will be processed unless a problem is noted. If a response is needed, a copy of the refill label is sent back in the tote along with an explanation by pharmacy staff as to why the medication could not be refilled.

13.0   Over the counter medication (OTCs) will be provided to the requesting health unit as scheduled by the regional pharmacy.

14.0   Prescriptions for non-formulary medication must be accompanied by a non-formulary drug request at the time the prescription is sent to the pharmacy. If the non-formulary is approved locally or by the central office procedure the prescription will be filled. Non-formulary requests that are denied will have accompanying notification for the provider and pharmacy.

15.0   Pending Discharge Medication orders must be sent to the pharmacy by nursing services at least one week prior (but no sooner than two weeks prior) to discharge for the medication to be filled by the Regional Pharmacy. An alternate procedure that meets the spirit of this requirement may be developed by the Pharmacist in Charge and approved by the Pharmacy Program Manager.
15.1.   Late notification for discharge medications will require a facility procedure using outside contracted pharmacy services to provide discharge medication. Assistance in acquiring these contracts will be provided through HSB.

16.0.   Medications prepared for administration and/or delivery to a remote patient will be securely packaged in a medication tote and delivered to the remote location by statewide transport, state vehicle, or contracted delivery services.
16.1.   The Facility Health Administrator (FHA) and the Pharmacist-in Charge shall work closely with the Warden and Institutional Records staff, monitoring the daily transportation movement, rescheduled transports or cancellations by statewide transport, state vehicle transport, or contracted delivery services.

106

ADC010753

- A member of the Health Services staff identified by the Facility Health Administrator shall be responsible for the placement of the medication tote in a secure area for pick-up by the statewide transport system, state vehicle, or contracted delivery service.  A member of the Health Services staff identified by the FHA will be responsible for placing totes going to the Regional Pharmacy in a secure area for timely pick up by the statewide transport.
- Each medication tote prepared for transport will have the receiving facilities name affixed to the exterior surface with an identifying security number.
- Each medication tote shall contain the prepared medications and a packing slip noting the medications with respective patient/medical unit location and date of dispensing.
- A member of the Health Services staff shall be responsible for the receipt of the medication tote at the receiving facility.  The person responsible will be identified by the Facility Health Administrator and may be a medication liaison, correctional nurse, administrative assistant or other designee.
- The medication liaison or designee receiving the medication tote for distribution shall compare the contents of the medication tote with the packing slip.
- Any discrepancies in contents shall be reported within 1 hour of receipt of tote by the medication liaison or designee to the sending pharmacy.
- The sending pharmacy shall take the necessary actions to address any content discrepancies and resolve the issue.
- In addition, the contents shall be reviewed against the Rx copy that was maintained by the sending facility.
- Any prescriptions not filled will be reported immediately to the sending pharmacy to resolve the issue.
- In the event that a leg of the statewide movement process is not scheduled for a specific day and there is a requirement to transport medication to a specific complex, a contract carrier or state vehicle shall be utilized.  The Facility Health Administrator will be responsible for addressing issues with scheduling statewide transport, state vehicle transport, and contract carriers.
- A contracted delivery service or other state vehicle transport may be utilized if warranted when problems arise with scheduled statewide transport.  Arrangements for transport services will be made by the Facility Health Administrator.
- The receiving facility shall be notified by the Facility Health Administrator (or designee) of the need to use a contract carrier or state vehicle, and the anticipated medication departure and arrival time at the receiving facility.
- A statewide transport log will be developed and maintained by the Regional pharmacy listing the date, time of pickup or drop-off and problems encountered each day for Outbound and Inbound transports.  Persistent problems will be reported to the Facility Health Administrator/Regional Health Administrator.

16.2.   The Health Services Regional Health Administrators will provide written direction for the transportation of medications on the statewide system including the proper storage temperature precautions for pharmaceuticals.   A copy will be posted at each prison location in an appropriate site and in all transport vehicles.  Each transport driver will be supplied a copy.

107

ADC010754

| | Pharmacy Issues to Clinics and RDSA Stock | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 1.2. | Supercedes:<br>HSTM 4.1.2. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**    Arizona Administrative Code R4-23-672
DEPARTMENT ORDER 302
DEPARTMENT ORDER 712
NCCHC STANDARD P-D-01
NCCHC STANDARD P-D-02

**PURPOSE**:    To provide mechanisms and requirements for issuing supply and resupply and maintaining proper stockage levels in Clinic Medication Rooms and Remote Drug Storage Areas (RDSAs).

**RESPONSIBILITIES:** The responsible pharmacy will provide pharmaceutical supply and resupply support to unit clinics and RDSAs. The Remote Drug Storage Area is an extension of the Pharmacy. All State and Federal laws and Rules and Regulations pertaining to the practice of pharmacy shall apply to the RDSA.

**PROCESS:**
1.0    All controlled items, Controlled Substances and needles and syringes, will be signed for by the receiving ADC staff in areas where there are onsite pharmacies.
1.1.    All RDSA Controlled Substances sent to remote locations, where there is not a pharmacy on site, will require a signature of receipt from receiving health care staff and a faxed copy of receipt will be sent to the sending pharmacy within 12 hours of receiving the medication. If a medication liaison is onsite, it will be their responsibility to fax the information to the pharmacy. If there is no medication liaison on site, it will be the responsibility of the nursing or dental staff receiving the Controlled RDSA medication to fax the documented receipt to the pharmacy. The faxed receipt will be filed in the pharmacy and kept on file for seven years.
1.2.    Needles and syringes will be signed for by receiving ADC staff in areas where there are no onsite pharmacies. If a Medication Liaison is on site they will maintain the needle and syringe documentation. If there is no Medication Liaison on site, the person responsible for distribution of needles and syringes will maintain the documentation.

ADC010755

1.3.     Requisitioned items will be placed in the clinic's basket (or marked for the clinic) to be transported to the nursing units.   All controlled items, Controlled Substances and needles and syringes, will be signed for by the receiving ADC staff and the receipt filed in the pharmacy and kept on file for seven years.

2.0.     Starter Packs:  The Dental and Medical Remote Drug Storage Areas shall be the only sources of Starter Pack prescription medications for delivery to the inmates for self administration when the medication is not filled as a prescription by the pharmacy.
-        Starter Pack medications available from the Remote Drug Storage Areas shall be determined by the Key Contact Pharmacist with input from all facility providers and in complete compliance with the ADC Formulary.  Stocked medications should be governed by anticipated usage.  Medications stocked will include psychotropic bridge medications.
-        All Starter Packs shall be provided for storage in the RDSA with accompanying proof of use sheets for accountability.  The proof of use sheet for controlled substances will include the date dispensed, and the receiving facilities DEA number.  The proof of use sheets are the responsibility of the Licensed Nurses or Lead Dentist.  The Licensed Nurse or Lead Dentist will sign acknowledging receipt of the RDSA stock.   The proof of use sheet shall be a reversed-numbered log for the number of Starter Packs of each individual medication, i.e., 8 packages of Ibuprofen 400 mg #12 tablets each.  Each line of the proof of use sheet shall account for one package of that medication and shall be serially numbered by pharmacy as an individual prescription.  Each line shall have space to log the date, inmate name, ADC number name of provider ordering the medication, name of the nurse delivering the medication, diagnosis of the patient, and allergy information (to make sure the inmate is not allergic to the medication prescribed before delivering the medication to the inmate).
-        The original shall be returned to the pharmacy when more medication is requested.  A new proof of use sheet will be provided by pharmacy, along with the total number of packages to be kept in the RDSA.

3.0.     Pharmacy provides at least two sheets of each medication in the RDSA.
3.1.     When one sheet is used up, that sheet will be sent back to the pharmacy for restock.  The second sheet of medication will be available for use until the medication is restocked.  Some yards may have three to four sheets of 8 so they have enough to make it to their next delivery.  RDSA, OTCs and clinic stock may be sent one day a week.
3.2.     **EXCEPTION**: Remote Drug Storage Areas supplied by the Alhambra pharmacy may send out each RDSA prescription with an individual RDSA Rx blank attached.  The Rx blank will include all required information for a legal RDSA prescription.  A dispensing log will be maintained for each drug in the RDSA which will include all required information for documentation.
3.3.     Pharmacy shall issue a serial number to each Starter Package of medication sent on the proof of use sheet to the RDSA.  Upon receipt of the filled-in proof of use sheet, pharmacy shall enter each prescription file on the computer and insert the provider's name and inmate's name respectively, thus posting these prescriptions to the appropriate patient profiles.
3.4.     Medications to be made available in the RDSA shall be those authorized in HSTM Protocols/Algorithms and those approved by the P&T committee for self administration by the patient or unit dose administration by nursing staff.  Medications for use in the clinic, (E.G., injectables, vaccines), medications for unit dose, and medications to be picked up or delivered

109

are also authorized to be kept in the medication room.  No other medications or starter packs are authorized.

3.5.    Upon receipt of a valid order from an ADC Provider, the Licensed Nurse, Lead Dentist or designee may deliver a Starter Package of medication to the inmate from the Remote Drug Storage Area. Prior to delivering the package to the inmate, the Licensed Nurse, Lead Dentist (or designee) shall check the inmate's medical record to assure that the inmate is not allergic to the medication and shall match the serial number on the medication with the proper line on the proof of use sheet and verify that the next lower number package is being delivered.  The appropriate information is to be recorded on the proof of use sheet and the inmate's name and ADC number and provider's name shall be added to the Starter Pack label.  The order will be documented on the patient SOAP note by the Nurse, Lead Dentist, or designee as "Prescription Given From RDSA."

3.6.    Starter Packs delivered to inmates by the Licensed Nurse, Lead Dentist or designee from the RDSA are deemed to be for self administration by the inmate.

4.0.    **Dental Support**:  Standard care in dental practice often incorporates the use of analgesics prior to procedures or instrumentations (that may produce significant pain) and post-procedure for pain before prescription medication can be obtained.  Because the need for pre/post analgesia cannot always be anticipated prior to the appointment examination and to promote the welfare of the inmate patient, ibuprofen 200 mg and acetaminophen 325mg, Over-the-Counter (OTC), will be available from the Dental Clinic for analgesia.  To address the immediate analgesic needs of inmates, when it is anticipated that the inmate can not obtain his prescription before the anesthesia wears off, OTC ibuprofen 200 mg and acetaminophen 325mg will be issued to each dental unit.

4.1.    NSAIDs are the drugs of choice for dental analgesia.  They offer pain relief comparable to opioids and in most instances offer comparable analgesia with each other when given at comparable doses.  Ibuprofen exhibits an analgesic plateau effect at about 400 mg, therefore doses exceeding 400 mg are seldom necessary.  Acetaminophen 325 mg will be stocked for contra-indications or intolerance to ibuprofen. The ibuprofen and acetaminophen will be obtained from the pharmacy and will be under the direct control and accountability of the Lead Dentist.

4.2.    The pharmacy will issue OTC ibuprofen and acetaminophen to each dental unit under the following parameters:

-        The ibuprofen and acetaminophen will be secured and NOT accessible by inmates; and
-        Only OTC strength (ibuprofen 200 mg and acetaminophen 325 mg) will be issued; and
-        OTC labeling will be on each package; and
-        all use will be documented in IMs health record and on the <u>OTC Ibuprofen or Acetaminophen Use Log</u>.  The Use Log will be maintained by Dental as required by appropriate Federal and State laws; and
-        replacement OTC's will be provided by receipt of a order on a pharmacy order sheet; and
-        inmate charts and the <u>OTC Ibuprofen or Acetaminophen Use Log</u> will be subject to periodic audits by dental staff.

4.3.    Inmates requiring analgesics other than ibuprofen or acetaminophen will be handled on a case by case basis through standard procedures.

110

ADC010757

5.0.    Medication Pickup from the Pharmacy shall occur as follows:
-       Nursing staff, dental staff, and/or correctional staff will sign the pharmacy sign out sheet acknowledging the receipt and count of medications.
-       Medications received for later delivery by nursing will be secured in the medication room by the nurse.
-       Undelivered medications must be returned to the pharmacy within 7 days by nursing staff, dental staff, and on the same day or next day by correctional staff.

6.0.    DEA registrations
6.1.    The AZ Dept of Corrections will obtain DEA registrations for all locations where there is a remote drug storage area with no pharmacy at that location.
6.2.    The Facility Health Administrator will be the authorized agent and power of attorney for the Remote Site location DEA license.
6.3.    DEA licenses will be obtained by the Facility Health Administrator by applying on line in accordance with the guidance contained in 7.1. below and at:  www.deadiversion.usdoj.gov.   For section 3: All remote facilities use the State Board of Pharmacy license number for their supporting pharmacy:  1508 .  (Except Globe – will use Alhambra's: 1279).  Important:  Do not send a written application and apply on-line.
Please send a copy of your DEA registration to Laurie Berg,  Executive Staff Assistant

6.4.    DEA 222 order forms will be required for the transfer of all C-II drugs transferred for emergency stocking and dispensing from the Remote Drug Storage Area.
6.4.1.  Active prescriptions (with patient name) dispensed by the pharmacy do not require this tracking mechanism.
6.5.     DEA 222 Form will be utilized as the Suppliers copy 1. We do not transfer CIIs on a 222 form when the pharmacy is on site and servicing their own on site medical unit RDSAs.

6.6.  Copy distribution
-       Sending Pharmacy Facility (brown)
        Form is stored at the sending pharmacy for no less than seven years.
        Pharmacy notes quantity shipped
        Pharmacy notes date shipped
-       DEA (green) mailed to DEA monthly by filling pharmacy.
-       Remote Facility location (blue)
        FHA maintains copy for not less than seven years.
        FHA or designee notes quantity received.
        FHA or designee signs and dates the blue copy.
6.7.  Facsimile
ADC facilities will be considered the same as long term care facilities for the purpose of authorizing the facsimile transmission of C-II prescriptions.   The facsimile will be maintained as the prescription of record.  An original prescription must be received by the pharmacy within seven days and then attached to the fax copy.


7.0.   Obtaining Licensure.  Perryville will maintain their Pharmacy Hospital/Clinic DEA license
       for intake prescriptions – in addition, for the time being, they will have a FHA – DEA

111

License for the Winslow and Apache Facility under their filling pharmacy SBOP number. Same would be true for Lewis (for Yuma) and Eyman (for Florence).  Alhambra will maintain their Pharmacy Hospital/Clinic DEA license for intakes and Mental Health Hospital prescriptions – in addition, Alhambra will have a FHA – DEA license for the Globe facility under their SBOP license number.   Tucson will maintain their Pharmacy Hospital/Clinic DEA license for their facility and the In Patient Component Facility – in addition, Tucson will have a FHA – DEA license for Douglas, Ft.Grant/Safford.

7.1. Obtaining & Processing DEA 222 Forms.  Requesting Official Order Forms

Official Order Forms can be initially requested by checking "block 3" on the application for new registration (DEA Form-224). There is no charge. Send the form to:

Drug Enforcement Administration
Registration Unit
Central Station
P.O. Box 28083
Washington, D.C. 20038-8083

Once a registrant has received Official Order Forms (DEA Form-222), a separate requisition form (DEA Form-222a) will be mailed to the registrant to request additional Official Order Forms. The registrant may also request Official Order Forms by calling either the DEA Headquarters Registration Unit (toll free: 1-800-882-9539) or the nearest DEA Registration Field Office.

Each book of DEA Official Order Forms consists of seven sets of forms. Each pharmacy is provided a maximum of six books at one time unless its needs exceed this limit. In such a case, the pharmacy should contact the DEA Registration Field Office serving their state.

   (a)  Completing Official Order Forms

When ordering Schedule II substances, the pharmacist is responsible for filling in the number of packages, the size of the package and the name of the item. Each Official Order Form must be signed and dated by a person authorized to sign a registration application. (See Power of Attorney to Sign an Official Order Form) When the items are received, the pharmacist must document on the purchaser's copy (copy 3) the actual number of packages received and the date received.

Official Order Forms must be maintained separately from the pharmacy's other business records. However, this does not preclude a registrant from attaching a copy of the supplier's invoice to the related Order Form.

The Code of Federal Regulations requires that the Official Order Form must be "complete, legible, and properly prepared, with no signs of alteration, erasure or change of any description." A supplier may refuse to accept an order for any of these reasons. However, DEA has

112

acknowledged some minor changes or alterations may be accepted by a supplier. For example, suppliers may correct Official Order Forms that have:

Minor errors, which lack inconsequential information or
An incorrect date unintentionally annotated by the purchaser.

If an order is refused, the supplier should return Official Order Form copies 1 and 2 to the purchaser with a statement explaining the reason the order was refused.

DEA policy does not preclude the substitution of identical products differing in packaging size from those initially ordered, provided that the actual quantity received does not exceed the amount initially ordered and that the National Drug Code number reflected is that of the actual product shipped. For example, a distributor may substitute 5 bottles of 100, 2mg tablets for 1 bottle of 500, 2mg tablets or any variation thereof.

The FHA will answer yes to the question in section 2 – business activity of the DEA application to order DEA 222 forms for the remote location. The DEA forms will be mailed to the FHA at the remote location by the DEA.  The packet of DEA 222 forms will be forwarded by the FHA to the filling pharmacy.  Each DEA 222 form will be completed by the responsible pharmacist (attorney in fact) or designee at the filling pharmacy when C-II medication is requested by the remote location and the blue copy of the 222 forms will be sent to the remote site along with the C-II medication by the pharmacist for verification and record storage by the FHA.

7.2  Records that must be maintained.
-       Official order forms (DEA Form 222)
-       Power of Attorney authorization to sign order forms.
-       Receipts and invoices for schedule C-II thru V
-       All inventory record of controlled substances, including the initial and biennial inventories.
-       Records of controlled substances distributed or dispensed
-       Report of theft or loss (DEA Form 106)
-       Inventory of drugs surrendered for disposal (DEA form 41)
-       Records of transfers of controlled substances between pharmacies
-       DEA registration certificate

7.3.  Initial Inventories (see biennial inventory sample form)
When issued a DEA registration, a registrant must take an initial inventory, which is an actual physical count of all controlled substances in their possession.  (Remote Drug Storage Area controlled substances).  The Code of Federal Regulations also requires that all inventories be maintained at the registered location in a readily retrievable manner for at least two years for copying and inspection.  In addition, the inventory the Schedule II controlled substances must be kept separate from those for all other controlled substances.

7.4. Code of Federal Regulations (CFR) requires that the inventory include: The inventory date; the time the inventory is taken (i.e., opening or close of business); the drug name; the drug

113

strength; the drug form (e.g., tablet, capsule, etc.); the number of units/volume; and the total quantity.

7.4.  Inventory Record.   DEA recommends that the inventory record include: the name, address, and DEA registration number of the registrant and the signature of the person or persons responsible for taking the inventory

7.5. Biennial Inventory.
Following the initial inventory, the registrant is required to take a biennial inventory (every two years, **the onsite DEA Investigator suggested doing the inventory every 6 months to be safe**) which requires the same information as the initial inventory (see list above) of all RDSA controlled substances on hand.  The biennial inventory may be taken on any date which is within two years of the previous inventory date.  There is no requirement to submit a copy of the inventory to the DEA.  When taking the inventory of Schedule II controlled substances, an actual physical count must be made.  For the inventory of Schedules III, IV and V controlled substances, an estimated count may be made.  A count of bottles must be made if the container holds more than 1,000 dosage units and has been opened.

7.6.  RDSA Dispensing Record
The dispensing record for C-II-V's will be sent to the remote facility with accompanying Remote Drug Storage Area Dispensing Records.  The dispensing record will contain the following: Date dispensed; the DEA number of the remote site receiving the controlled substance – a new requirement by DEA; the facility/yard; drug name; quantity/package size; pharmacy information; lot number information; blanks for required information to be filled in at the time of administration – date, i/m name, adc #, ordered by; administered by, (change terminology from dispensed by to administered by) diagnosis, and allergies.
**Note that once the new automation is in place this form will be printed in total, without the need for the CIPS sticker.**

8.0.  Power of Attorney to Sign and Official Order Form.  Any registrant may authorize one or more individuals, whether or not they are located at the registered location, to obtain and execute Official Order Forms by granting a power of attorney to each such individual.  The power of attorney must be signed by the same person who signed the most recent application for registration or renewal registration, as well as the individual being authorized to obtain and execute Official Order Forms.
8.1. Power of Attorney to Sign and Official Order Form.

Suggested formats for granting and revoking power of attorney follow:

*****************************************************************

**POWER OF ATTORNEY FOR DEA ORDER FORMS**

_____(Name of registrant)
_____(Address of registrant)
_____(DEA registration number)

114

ADC010761

I, _____(name of person granting power), the undersigned, who is authorized to sign the current application for registration of the above named registrant under the Controlled Substances Act or Controlled Substances Import and Export Act, have made, constituted, and appointed, and by these present, do make, constitute, and appoint _____(name of attorney-in-fact), my true and lawful attorney for me in my name, place, and stead, to execute applications for books of official order forms and to sign such order forms in requisition for Schedule I and II controlled substances, in accordance with Section 308 of the Controlled Substances Act (21 U.S.C. 828) and part 1305 of Title 21 of the Code of Federal Regulations. I hereby ratify and confirm all that said attorney shall lawfully do or cause to be done by virtue hereof.

(Signature of person granting power) I, _____(name of attorney-in-fact), hereby affirm that I am the person named herein as attorney-in-fact and that the signature affixed hereto is my signature.

Witnesses:

1. _____
2. _____

Signed and dated on the ____ day of _____in the year_____ at _____.

115

ADC010762

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REVOCATION OF POWER OF ATTORNEY

The foregoing power of attorney is hereby revoked by the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act or the Controlled Substances Import and Export Act. Written notice of this revocation has been given to the attorney-in-fact _____ this same day. (Signature of person revoking power)

Witnesses:

1. _____
2. _____

Signed and dated on the _____ day of _____, in the year_____

at _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The power of attorney may be revoked at any time by the person who signed the power of attorney.  It is necessary to grant a new power of attorney when the pharmacy completes a renewal registration, only if the renewal application is signed by a different person.  The power of attorney should be filed with executed Official Order Forms as a readily retrievable record. The power of attorney is not submitted to DEA.

8.2.  Attorney-in-fact.  The Facility Health Administrator will give attorney-in-fact authorization to the Responsible Pharmacist at the filling pharmacy.  They may give authorization to other designated staff members to act in their behalf when they are not available if they so desire.
8.2.1.   When the Facility Health Administrator (FHA) changes at the facility, the new FHA will complete a new registration.  He/she can give Power of Attorney to his/her designee to act in his/her behalf and will create new documents when staff changes, correct?
8.2.2.   When pharmacists leave and new pharmacists start, a new Attorney-in-Fact document will be created to allow the new pharmacists to complete documentation, correct?

9.0.   Responsibilities
9.1.     FHA is responsible to:
    Obtain remote site DEA license.
    Complete initial inventory.
    Train nurses and dental staff in documentation of perpetual inventory – starts the day of the initial inventory.
    Complete a 6 month inventory.
    Complete a biennial inventory.
    Complete Power of Attorney for designee to act on his/her behalf in times of absence.

116

ADC010763

Complete Attorney in Fact for dispensing pharmacists – so they can fill medications for remote RDSAs and complete 222 Forms for transfer of CIIs.
Copies of Power of Attorney and Attorney in Fact documents will be stored by the FHA and by the PIC Pharmacists.
Complete document for transfer of controlled substances from one DEA number to the FHA DEA number.
Comply with all State and Federal regulations as required by the DEA registrant.

9.2.    Nursing Supervisors
Receive training from FHA on documentation of perpetual inventory.
Train all nursing staff on documentation of perpetual inventory.
Assume responsibility for proper documentation of the RDSA dispensing record.
Train all nursing staff in proper documentation of the RDSA dispensing record.
Comply with all State and Federal regulations as required.

9.3.    Dental Supervisors
Receive training from FHA on documentation of perpetual inventory for controlled substances if included in their RDSAs.
Train all dental staff on documentation of perpetual inventory for controlled substances if included in their RDSAs.
Assume responsibility for proper documentation of the RDSA dispensing record.
Train all dental staff in proper documentation of the RDSA dispensing record.
Comply with all State and Federal regulations as required.

9.4.    Pharmacists
Receive and prepare 222 forms for transfer of CIIs to remote site RDSAs.
Place DEA number of the receiving RDSA facility on the RDSA dispensing record.
Use current restocking methods for controlled substance replacement – using completed RDSA dispensing records for replacement.
Complete with FHA the Attorney in Fact documents for each pharmacist involved in the process of filling RDSA dispensing record replacements.
Maintain copies of all Power of Attorney and Attorney in Fact documents on site at the filling pharmacy.
Comply with all State and Federal regulations as required.

9.5.    Medical, Dental, Nursing and Pharmacy Program Managers
Prepare policies and procedures regarding FHA – DEA licensure for the Health Service Technical Manual.

9.6.    Medical Director, ADC
Provide general clinical oversight for controlled substances located in RDSAs.
Comply with all State and Federal regulations as required.

117

ADC010764

|                  | After Hours Pharmacy Support and Remote Drug Storage Area | OPR: Pharmacy Program Manager |
|--------------------------------------|-----------------------------------------------------------|-------------------------------|
| Arizona Department of Corrections    |                                                           | Auth: pb/kw                   |
| Health Services Technical Manual     | HSTM Chapter 4 Section 1.3.                                | Supercedes: 4.1.3. of June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**      NCCHC STANDARD P-E-08

**PURPOSE**:    Frequently, medical conditions of an urgent nature arise in an inmate population requiring the timely intervention of health staff.  To insure the availability of prescription medications for inmates during urgent situations, after normal duty hours or when the pharmacy is closed; to ensure that the distribution of medication in urgent/after hours situations are in compliance with State and Federal laws and Rules and Regulations of the Arizona State Board of Pharmacy; and, to insure uniformity among facility health units in the procedure for storage, usage, and accountability of medications for urgent/after hours use, minimal quantities of medications are readily available for use in these events,  and those during which the pharmacy is closed, so that prompt, appropriate treatment is available.

**RESPONSIBILITIES:**
The FHA and Key Contact Pharmacist (under the guidance of the Pharmacy Program Manager) will establish Remote Drug Storage Areas (RDSA) to meet the needs of the institution after hours and in the absence of a pharmacy.

**PROCESS:**
1.0.    After Hours Pharmacy Services and Remote Drug Storage Areas (RDSA) is considered an emergency extension for limited medications normally provided by the Pharmacy.  The nurse that is accessing the RDSA under this policy must keep in mind that, depending on the medication and health status of the patient, it may be acceptable to wait until the pharmacy services are available.  Please allow adequate pharmacy response time (i.e., one turnaround day on weekdays) when discussing this option with the provider.

1.1.    During after hours (1700 to 0700), weekends, and holidays pharmacy services will be limited to those services necessary to maintain inmate health.    The system, designed by the FHA and Key Contact Pharmacist will ensure existence of a system to provide urgent, necessary medications ordered by physicians after hours (in carrying out their after hours duties), and ensure continuation of chronic medications, if delaying until normal refill time would adversely compromise the inmate's health, and, ensure distribution of medications in compliance with

118

ADC010765

provider orders or approved nursing protocols.  Note that the need for urgent, necessary medications may occur during regular duty hours also.

2.0.    Remote Drug Storage Areas shall be established in units deemed appropriate by the Key Contact Pharmacist approved by the Unit Deputy Warden or Warden, the facility's supervising physician/dentist and the Facility Health Administrator.

2.1    Remote Drug Storage Areas will be located at designated medical units as authorized by joint agreement between the FHA, Key Contact Pharmacist, and the Pharmacy Program Manager.

2.2.    The Remote Drug Storage Area is an extension of the Pharmacy.  All State and Federal laws and Rules and Regulations pertaining to the practice of pharmacy shall apply to the Remote Drug Storage Areas.

2.3.    The Remote Drug Storage Area shall be maintained in a neat, organized and sanitary condition commensurate with all regulations pertaining to the operations of a pharmacy.

2.4.    Controlled substances will be maintained separately from other medications in the RDSA and will be inventoried by licensed nurses at shift change as directed in nursing policy and procedures.

2.5.    All legend medications shall be dispensed in a pre-labeled prescription container.  The label shall contain all appropriate information including, but not limited to, the serial prescription number, date dispensed, name and quantity of medication, appropriate instructions, the beyond use date or expiration date and lot number of the medication and all pertinent ancillary caution labels.  The name, location and ADC number of the patient and the name of the provider shall be left blank to be filled in at the time of the delivery of the medication to the inmate.

3.0.    Access to the RDSA:  The Pharmacy shall control the keys to the Remote Drug Storage Area.

3.1.    Pharmacy shall provide keys to the RDSAs for dental and nursing staff to allow access when needed.

3.2.    The Licensed Nurse and Lead Dentist or designee shall be the staff member responsible for the keys to their RDSA.  The keys to the RDSA are to be under the responsibility of the Licensed Nurse and Lead Dentist at all times.  The Licensed Nurse and Lead Dentist (or designee) is the only members of the staff permitted to access the Remote Drug Storage Areas for the purpose of obtaining medications.

4.0.    **Medications in the RDSA**.

4.1.    Medications to be made available in the RDSA shall be those authorized by the Division Director and those approved by the P & T Committee for self administration by the patient or unit dose administration by nursing staff.  Medications for use in the clinic, (e.g., injectables, vaccines), medications for unit dosed, and medications to be picked up or delivered are also authorized to be kept in the medication room.  No other medications or starter packs are authorized.  The RDSA shall also contain approved Post Exposure Prophylaxis (PEP) regimen medications

4.2.    Medications in the RDSA remain under the supervision and responsibility of the Pharmacy and shall be handled in accordance with all applicable laws and the Rules and Regulations of the Arizona State Board of Pharmacy.  This responsibility extends to the labeling regulations, freshness and integrity of drugs, inventory control (exclusive of weekly

ADC010766

accountability records in the Dental RDSA and Medical RDSAs which are the Lead Dentist's responsibility OR the medication liaison or nursing staff's responsibility and monthly audits conducted by the nursing supervisors or designees and reported in writing), accuracy of prescriptions, and all other aspects of requirements of the Food and Drug Administration and the Arizona State Board of Pharmacy. Exception:  The weekly RDSA inventory may be excluded if a safety seal secures the RDSA.  The RDSA may be inventoried each time the seal is broken instead of weekly.  The monthly audit may not be excluded and the seal must be broken to complete the audit.  When the security seal is broken, the date and time will be documented on the flow sheet.

4.3.    The Remote Drug Storage Area shall be the only source of a Starter Pack prescription medication for the delivery to the inmates for self administration when the medication is not filled as a prescription by the pharmacy. (Note: exception for inmates returning from hospitalization).   Guidance is provided in HSTM Chapter 4 Section 1.2.

4.4.    All medications pre-packaged by the pharmacy shall be assigned a beyond use date which is twelve (see USP) months from the date of repackaging, or the actual expiration date of the medication, whichever is less.  When the medication is packaged by the manufacturer, then the designated expiration date on the stock package will be in effect up to twelve months from the date of repackaging whichever is less.

4.5.    Accountability for medications placed in the RDSA by the pharmacy and the accuracy of entries on the Proof of Use Sheets shall be the responsibility of the Unit Licensed Nurses or Lead Dentist.  The Licensed Nurse, Lead Dentist or designee shall sign the accompanying transmittal document acknowledging receipt of each separate medication placed in the Remote Drug Storage Area by pharmacy.   All instances of entry into the RDSA and/or removal of medications from the RDSA by nursing staff and/or dental staff shall be recorded in the inmate's chart.

4.6.    Training in the use of the RDSA is required for the personnel permitted to access the Remote Drug Storage Areas to obtain medications.  (Licensed nurses or their designees, Lead Dentists or their designees).  Training is provided by pharmacy services.

5.0.    **Medications NOT in the RDSA**. This guidance is to be utilized when an inmate-patient requires a medication that is not contained in the RDSA and the need is discovered after day shift or during weekend or holiday.  This option is not available at those sites without a pharmacy.

5.1.    The permission for the charge nurse access medication within the pharmacy is authorized within this Technical manual under Chapter 4. Section 1.4.   The authority is based on the Arizona Board of Pharmacy Rules (R4-23-672), which authorizes that,

> When no pharmacist will be on duty in the correctional facility, the pharmacist in charge shall arrange...for medical staff...to have access to a remote drug storage area.  If a drug is not available in the RDSA and is required to treat the immediate needs of a patient, then the limited-service correctional pharmacy can be accessed.

For example a nurse may access medications in the limited-service pharmacy by opening original containers and removing the medication that is needed. Additional requirements are listed in the Arizona Administrative Code and are discussed below.  General requirements include ensuring that the access is delegated to a nurse working in a supervisory capacity.  For best practices, this individual refers to CRNS II and CRNS I.  However, if there are staff shortages and/or the need is for an emergency, the access may be delegated to a Shift Charge Nurse that has been trained by the CRNS.

120

ADC010767

- A compilation and reporting of all RDSA audits (weekly, monthly, quarterly) shall be sent to the Division Director (or designee) for compliance monitoring.

5.2. Following a nursing assessment, determination of the medication and the health status of the inmate, and discussion with the provider; it may be clinically acceptable to wait until the pharmacy services are available. Allow one turnaround day when discussing this option with the provider.

5.3. Expiration reports provide information for continuity of care follow ups with the providers and prevent the expiration of a prescription. Once the prescription has expired it will be necessary to provide emergency coverage through the RDSA or entry into the pharmacy. **NOTE THAT** expiration reports should be printed and reviewed monthly by unit nursing staff to provide follow-up for provider lines. Expiration reports identify needs for immediate follow-up and new prescription orders. This procedure will prevent "emergency status" of medication retrieval from our RDSAs and entry into the pharmacy after hours.

5.4 When a prescription order is received and is not available in the RDSA, the nurse may contact the on-call provider for an alternate medication that is available in the RDSA.

5.5. The final option, that must be discussed with the Facility Health Administrator before performed, is that the nurse can acquire a new Rx from the provider and have it filled at a local pharmacy.

5.6. Note that, as guided by this policy and local post orders, nursing staff may access RDSA cabinets that are maintained at other units (within the same complex). This action must be fully documented, and restocking activity must take place as described in this Technical Manual.

6.0. **Audit and Inspection of the RDSA**.

6.1. To insure that all prescriptions are properly packaged and stored, that all medications are in date, fresh and safe for use and that proper documentation and accountability is being maintained:

- The Lead Dentist or designee, Medication Liaison, or nursing staff shall conduct a weekly inventory (OR if the Remote Drug Storage Area is sealed with a safety seal, it can be inventoried each time the seal is broken instead of weekly); and

- The unit CRNS I (or designee) and Lead Dentist or designee shall inspect monthly the contents of the RDSA; and

- A Registered ADC Pharmacist shall inspect quarterly the contents of the RDSA and all activity concerning the Remote Drug Storage Area.

6.2. Audit Findings   Medications which are found to be missing or unaccounted for by the Pharmacist, Lead Dentist or designee, Medication Liaison, or nursing staff shall be documented on an Medication Incident Report using Form 70400033. A copy of each medication Incident report documenting a missing medication shall be sent to the Key Contact Pharmacist, CRNS II, Lead Dentist, and the Facility Health Administrator. The Facility Health Administrator will send a copy of the medication Incident report to the Health Services Division Director for distribution to the Program Manager for the involved staff member.

- Upon receipt of a copy of a medication Incident report documenting missing medication, the Lead Dentist or designee, (for dental RDSA) CRNS II or designee (for medical RDSA) and the Facility Health Administrator will attempt to account for the medication through review of the RDSA proof of use sheet and the medical records.

121

ADC010768

-       If the missing medication is accounted for to the satisfaction of the Facility Health Administrator, pharmacy, dental and nursing staff, the resolution shall be noted on the medication Incident report and returned to pharmacy for filing.

6.3.    Continuous or persistent errors in documentation and accountability shall be noted by the CRNS II, Lead Dentist, Facility Health Administrator and the Key Contact Pharmacist and appropriate actions taken by the FHA, up to and including disciplinary actions.  Copies of all unresolved medication accountability reports shall be forwarded to the Program Managers of the discipline involved for further investigation or action.

6.4.    All incidents involving medications which remain unaccounted for will be reported to the Health Services Division Director, by the respective Program Managers for further investigation and action at his discretion, which may include reporting to Inspections and Investigations, the Drug Enforcement Agency or the Arizona State Board of Pharmacy.

6.5.    The Remote Drug Storage Areas shall be subject to audit at any time (upon obtaining the necessary security clearance) by the Arizona State Board of Pharmacy, the Drug Enforcement Agency, other law enforcement or regulatory agency, and specific personnel appointed or authorized by the Division Director including the Regional Health Administrators, HSD when such audit is within the legal purview of that authority.

-       The Regional Health Administrator may notify the Facility Health Administrator, who will notify the appropriate staff of the date of the onsite quality assurance audit.

-       The Pharmacist-in-Charge, nursing supervisor or lead dentist (or their designees) will provide assistance to, and/or presence with, the auditors in conducting their audits.

-       The results of the audit will be reported to the Facility Health Administrator, who will report any irregularities or concerns to the Pharmacist-in-charge, nursing supervisor or lead dentist for follow-up.


7.0.    **Restockage Levels**: When pharmacy has not yet restocked a medication in the RDSA and the supply has been reduced to a level which may not be adequate to meet the needs of the facility, the Licensed Nurse, Lead Dentist or designee will return the proof of use sheet and unused packages/doses to the pharmacy.  The pharmacy shall provide a fresh supply with a new proof of use sheet and the licensed nurse shall sign the proof of use sheet acknowledging receipt of the stock to be placed in the RDSA.

ADC010769

| | After Hours Pharmacy Support and Remote Drug Storage Area | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/kw |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.3. | Supercedes: 4.1.3. of June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**     NCCHC STANDARD P-E-08

**PURPOSE**:    Frequently, medical conditions of an urgent nature arise in an inmate population requiring the timely intervention of health staff.  To insure the availability of prescription medications for inmates during urgent situations, after normal duty hours or when the pharmacy is closed; to ensure that the distribution of medication in urgent/after hours situations are in compliance with State and Federal laws and Rules and Regulations of the Arizona State Board of Pharmacy; and, to insure uniformity among facility health units in the procedure for storage, usage, and accountability of medications for urgent/after hours use, minimal quantities of medications are readily available for use in these events,  and those during which the pharmacy is closed, so that prompt, appropriate treatment is available.

**RESPONSIBILITIES:**
The FHA and Key Contact Pharmacist (under the guidance of the Pharmacy Program Manager) will establish Remote Drug Storage Areas (RDSA) to meet the needs of the institution after hours and in the absence of a pharmacy.

**PROCESS:**
1.0.     After Hours Pharmacy Services and Remote Drug Storage Areas (RDSA) is considered an emergency extension for limited medications normally provided by the Pharmacy.  The nurse that is accessing the RDSA under this policy must keep in mind that, depending on the medication and health status of the patient, it may be acceptable to wait until the pharmacy services are available.  Please allow adequate pharmacy response time (i.e., one turnaround day on weekdays) when discussing this option with the provider.

1.1.     During after hours (1700 to 0700), weekends, and holidays pharmacy services will be limited to those services necessary to maintain inmate health.    The system, designed by the FHA and Key Contact Pharmacist will ensure existence of a system to provide urgent, necessary medications ordered by physicians after hours (in carrying out their after hours duties), and ensure continuation of chronic medications, if delaying until normal refill time would adversely compromise the inmate's health, and, ensure distribution of medications in compliance with

ADC010770

provider orders or approved nursing protocols.  Note that the need for urgent, necessary medications may occur during regular duty hours also.

2.0.     Remote Drug Storage Areas shall be established in units deemed appropriate by the Key Contact Pharmacist approved by the Unit Deputy Warden or Warden, the facility's supervising physician/dentist and the Facility Health Administrator.
2.1      Remote Drug Storage Areas will be located at designated medical units as authorized by joint agreement between the FHA, Key Contact Pharmacist, and the Pharmacy Program Manager.
2.2.     The Remote Drug Storage Area is an extension of the Pharmacy.  All State and Federal laws and Rules and Regulations pertaining to the practice of pharmacy shall apply to the Remote Drug Storage Areas.
2.3.     The Remote Drug Storage Area shall be maintained in a neat, organized and sanitary condition commensurate with all regulations pertaining to the operations of a pharmacy.
2.4.     Controlled substances will be maintained separately from other medications in the RDSA and will be inventoried by licensed nurses at shift change as directed in nursing policy and procedures.
2.5.     All legend medications shall be dispensed in a pre-labeled prescription container.  The label shall contain all appropriate information including, but not limited to, the serial prescription number, date dispensed, name and quantity of medication, appropriate instructions, the beyond use date or expiration date and lot number of the medication and all pertinent ancillary caution labels.  The name, location and ADC number of the patient and the name of the provider shall be left blank to be filled in at the time of the delivery of the medication to the inmate.

3.0.     Access to the RDSA:  The Pharmacy shall control the keys to the Remote Drug Storage Area.
3.1.     Pharmacy shall provide keys to the RDSAs for dental and nursing staff to allow access when needed.
3.2.     The Licensed Nurse and Lead Dentist or designee shall be the staff member responsible for the keys to their RDSA.  The keys to the RDSA are to be under the responsibility of the Licensed Nurse and Lead Dentist at all times.  The Licensed Nurse and Lead Dentist (or designee) is the only members of the staff permitted to access the Remote Drug Storage Areas for the purpose of obtaining medications.

4.0.     **Medications in the RDSA**.
4.1.     Medications to be made available in the RDSA shall be those authorized by the Division Director and those approved by the P & T Committee for self administration by the patient or unit dose administration by nursing staff.  Medications for use in the clinic, (e.g., injectables, vaccines), medications for unit dosed, and medications to be picked up or delivered are also authorized to be kept in the medication room.  No other medications or starter packs are authorized.  The RDSA shall also contain approved Post Exposure Prophylaxis (PEP) regimen medications
4.2.     Medications in the RDSA remain under the supervision and responsibility of the Pharmacy and shall be handled in accordance with all applicable laws and the Rules and Regulations of the Arizona State Board of Pharmacy.  This responsibility extends to the labeling regulations, freshness and integrity of drugs, inventory control (exclusive of weekly

ADC010771

accountability records in the Dental RDSA and Medical RDSAs which are the Lead Dentist's responsibility OR the medication liaison or nursing staff's responsibility and monthly audits conducted by the nursing supervisors or designees and reported in writing), accuracy of prescriptions, and all other aspects of requirements of the Food and Drug Administration and the Arizona State Board of Pharmacy. Exception:  The weekly RDSA inventory may be excluded if a safety seal secures the RDSA.  The RDSA may be inventoried each time the seal is broken instead of weekly.  The monthly audit may not be excluded and the seal must be broken to complete the audit.  When the security seal is broken, the date and time will be documented on the flow sheet.

4.3.     The Remote Drug Storage Area shall be the only source of a Starter Pack prescription medication for the delivery to the inmates for self administration when the medication is not filled as a prescription by the pharmacy. (Note: exception for inmates returning from hospitalization).   Guidance is provided in HSTM Chapter 4 Section 1.2.

4.4.     All medications pre-packaged by the pharmacy shall be assigned a beyond use date which is twelve (see USP) months from the date of repackaging, or the actual expiration date of the medication, whichever is less.  When the medication is packaged by the manufacturer, then the designated expiration date on the stock package will be in effect up to twelve months from the date of repackaging whichever is less.

4.5.     Accountability for medications placed in the RDSA by the pharmacy and the accuracy of entries on the Proof of Use Sheets shall be the responsibility of the Unit Licensed Nurses or Lead Dentist.  The Licensed Nurse, Lead Dentist or designee shall sign the accompanying transmittal document acknowledging receipt of each separate medication placed in the Remote Drug Storage Area by pharmacy.   All instances of entry into the RDSA and/or removal of medications from the RDSA by nursing staff and/or dental staff shall be recorded in the inmate's chart.

4.6.     Training in the use of the RDSA is required for the personnel permitted to access the Remote Drug Storage Areas to obtain medications.  (Licensed nurses or their designees, Lead Dentists or their designees).  Training is provided by pharmacy services.

5.0.     **Medications NOT in the RDSA**. This guidance is to be utilized when an inmate-patient requires a medication that is not contained in the RDSA and the need is discovered after day shift or during weekend or holiday.  This option is not available at those sites without a pharmacy.

5.1.     The permission for the charge nurse access medication within the pharmacy is authorized within this Technical manual under Chapter 4. Section 1.4.   The authority is based on the Arizona Board of Pharmacy Rules (R4-23-672), which authorizes that,

> When no pharmacist will be on duty in the correctional facility, the pharmacist in charge shall arrange...for medical staff...to have access to a remote drug storage area.  If a drug is not available in the RDSA and is required to treat the immediate needs of a patient, then the limited-service correctional pharmacy can be accessed.

For example a nurse may access medications in the limited-service pharmacy by opening original containers and removing the medication that is needed. Additional requirements are listed in the Arizona Administrative Code and are discussed below.  General requirements include ensuring that the access is delegated to a nurse working in a supervisory capacity.  For best practices, this individual refers to CRNS II and CRNS I.  However, if there are staff shortages and/or the need is for an emergency, the access may be delegated to a Shift Charge Nurse that has been trained by the CRNS.

125

ADC010772

- A compilation and reporting of all RDSA audits (weekly, monthly, quarterly) shall be sent to the Division Director (or designee) for compliance monitoring.

5.2.    Following a nursing assessment, determination of the medication and the health status of the inmate, and discussion with the provider; it may be clinically acceptable to wait until the pharmacy services are available. Allow one turnaround day when discussing this option with the provider.

5.3.    Expiration reports provide information for continuity of care follow ups with the providers and prevent the expiration of a prescription.  Once the prescription has expired it will be necessary to provide emergency coverage through the RDSA or entry into the pharmacy. **NOTE THAT** expiration reports should be printed and reviewed monthly by unit nursing staff to provide follow-up for provider lines.  Expiration reports identify needs for immediate follow-up and new prescription orders.  This procedure will prevent "emergency status" of medication retrieval from our RDSAs and entry into the pharmacy after hours.

5.4   When a prescription order is received and is not available in the RDSA, the nurse may contact the on-call provider for an alternate medication that is available in the RDSA.

5.5.    The final option, that must be discussed with the Facility Health Administrator before performed, is that the nurse can acquire a new Rx from the provider and have it filled at a local pharmacy.

5.6.    Note that, as guided by this policy and local post orders, nursing staff may access RDSA cabinets that are maintained at other units (within the same complex).  This action must be fully documented, and restocking activity must take place as described in this Technical Manual.

## 6.0.    **Audit and Inspection of the RDSA**.

6.1.    To insure that all prescriptions are properly packaged and stored, that all medications are in date, fresh and safe for use and that proper documentation and accountability is being maintained:

- The Lead Dentist or designee, Medication Liaison, or nursing staff shall conduct a weekly inventory (OR if the Remote Drug Storage Area is sealed with a safety seal, it can be inventoried each time the seal is broken instead of weekly); and

- The unit CRNS I (or designee) and Lead Dentist or designee shall inspect monthly the contents of the RDSA; and

- A Registered ADC Pharmacist shall inspect quarterly the contents of the RDSA and all activity concerning the Remote Drug Storage Area.

6.2.    Audit Findings   Medications which are found to be missing or unaccounted for by the Pharmacist, Lead Dentist or designee, Medication Liaison, or nursing staff shall be documented on an Medication Incident Report using Form 70400033.  A copy of each medication Incident report documenting a missing medication shall be sent to the Key Contact Pharmacist, CRNS II, Lead Dentist, and the Facility Health Administrator.  The Facility Health Administrator will send a copy of the medication Incident report to the Health Services Division Director for distribution to the Program Manager for the involved staff member.

- Upon receipt of a copy of a medication Incident report documenting missing medication, the Lead Dentist or designee, (for dental RDSA) CRNS II or designee (for medical RDSA) and the Facility Health Administrator will attempt to account for the medication through review of the RDSA proof of use sheet and the medical records.

126

-       If the missing medication is accounted for to the satisfaction of the Facility Health Administrator, pharmacy, dental and nursing staff, the resolution shall be noted on the medication Incident report and returned to pharmacy for filing.

6.3.    Continuous or persistent errors in documentation and accountability shall be noted by the CRNS II, Lead Dentist, Facility Health Administrator and the Key Contact Pharmacist and appropriate actions taken by the FHA, up to and including disciplinary actions.  Copies of all unresolved medication accountability reports shall be forwarded to the Program Managers of the discipline involved for further investigation or action.

6.4.    All incidents involving medications which remain unaccounted for will be reported to the Health Services Division Director, by the respective Program Managers for further investigation and action at his discretion, which may include reporting to Inspections and Investigations, the Drug Enforcement Agency or the Arizona State Board of Pharmacy.

6.5.    The Remote Drug Storage Areas shall be subject to audit at any time (upon obtaining the necessary security clearance) by the Arizona State Board of Pharmacy, the Drug Enforcement Agency, other law enforcement or regulatory agency, and specific personnel appointed or authorized by the Division Director including the Regional Health Administrators, HSD when such audit is within the legal purview of that authority.

-       The Regional Health Administrator may notify the Facility Health Administrator, who will notify the appropriate staff of the date of the onsite quality assurance audit.

-       The Pharmacist-in-Charge, nursing supervisor or lead dentist (or their designees) will provide assistance to, and/or presence with, the auditors in conducting their audits.

-       The results of the audit will be reported to the Facility Health Administrator, who will report any irregularities or concerns to the Pharmacist-in-charge, nursing supervisor or lead dentist for follow-up.


7.0.    **Restockage Levels**: When pharmacy has not yet restocked a medication in the RDSA and the supply has been reduced to a level which may not be adequate to meet the needs of the facility, the Licensed Nurse, Lead Dentist or designee will return the proof of use sheet and unused packages/doses to the pharmacy.  The pharmacy shall provide a fresh supply with a new proof of use sheet and the licensed nurse shall sign the proof of use sheet acknowledging receipt of the stock to be placed in the RDSA.

127

|   Arizona Department of Corrections | Pharmacy Security | OPR: Pharmacy Program Manager  Auth: pb |
|---|---|---|
| Health Services Technical Manual | HSTM Chapter 4 Section 1.4. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**        DEPARTMENT ORDER 702
                                  NCCHC STANDARD P-D-01

**PURPOSE**:   To provide general requirements and procedures for creating a secure environment and monitoring compliance with security regulations.

**RESPONSIBILITIES:** The Facility Health Administrator and the Key Contact Pharmacist are responsible to set procedures in place to ensure that pharmaceuticals are maintained in a safe and secure environment.  This refers to environmental and access controls.

**PROCEDURES:**
1.0.     Unauthorized persons will not have access to ADC pharmacies.
1.1.     To insure access to the pharmacy when a drug is not available from the Remote Drug Storage Area (RDSA) and such a drug is required to treat the immediate needs of a patient, whose health may otherwise be compromised, the drug may then be obtained from the on site pharmacy in accordance with the requirements of this subsection.
1.2.     Distribution of medication in urgent situations or after hours shall be in compliance with State and Federal laws and Rules and Regulations of the Arizona State Board of Pharmacy and be uniform among facility health units in the procedure for storage, use, and accountability of medications for urgent/after hour use.
1.3.     The Key Contact  Pharmacist has the responsibility to ensure that only those persons legally permitted in the pharmacy are authorized to gain access.

2.0.     No person may enter the pharmacy unless a Registered Pharmacist is in attendance, except that:
-        An ADC Pharmacy Technician may be present in the pharmacy when the pharmacist is not present, provided that the pharmacist is on the facility site and actively involved in an official pharmacy task.
-        The Charge Nurse or designee of each shift may enter the on site Pharmacy to retrieve medications in an emergency.

ADC010775

-       Facility Security personnel may enter the pharmacy if a non-medical emergency situation threatens the pharmacy or adjacent buildings.  Examples of non-medical emergencies include but are not limited to:
  - Fire
  - Broken pipes or electrical wiring appliances
  - A break in or burglary of the pharmacy or an alarm sounding an unauthorized entry into the pharmacy.

2.1.    One Charge Nurse or designee in any given shift may enter the pharmacy to remove a drug if the drug is not available from the Remote Drug Storage Area and such drug is required to treat the immediate needs of a patient whose health may otherwise be compromised, such drug may be obtained from the pharmacy in accordance with requirements of this sub-section.

2.2.    The Charge Nurse, or designee, in a given shift is responsible for removing any medications.  The responsible nurse may, in times of emergency, delegate this duty to another nurse.  The responsible nurse, prior to being permitted to obtain access to the pharmacy, shall receive thorough education and training in the proper methods of access, removal of drugs and records and procedures required.  Such education and training shall be given by the Key Contact Pharmacist, or designee. Such Charge Nurse, or designee, shall be accompanied by the Security Shift Supervisor, or designee, who shall witness the entrance to the pharmacy and the removal of drugs.

3.0.    The Charge Nurse, or designee, will be required to check out the pharmacy key to permit entry into the pharmacy.  The pharmacy key is numbered and is issued from a designated control area.  Each time the key is issued or returned, an entry shall be made in the Key Issue/Return Log, ADC Form #40101006.  The log entry shall specify the key number, the date of issue and return, the name of the charge nurse or other authorized person to whom the key is issued, the initials of the staff member who issued the key, the name of the charge nurse or other authorized person who returned the key and the initials of the staff member to whom the key was returned.

4.0     A record of drug removal will be kept.  The Key Contact Pharmacist will make a log available for Removal of any drug from the Pharmacy by the Charge Nurse or designee on a suitable log showing:
  Patient's name, ADC number and patient's location.
  Name of the drug, strength and dosage form.
  Dose prescribed.
  Number of doses removed.
  Name of provider ordering medication.
  Time and date of removal.
  Signature of charge nurse or designee removing the drug.
  Signature of the security shift supervisor or designee accompanying the nurse.
  The copy of the medication order.

5.0.    The Charge Nurse shall obtain only a quantity of drug sufficient to last until the pharmacy is opened and a prescription can be filled.  When entering the pharmacy after hours, a nurse may take the exact number of doses needed to fill the urgent prescription and place them in a container identifying the medication and strength instead of taking the whole bottle to the health unit and dosing from it.  The medication removed from the pharmacy must be UNIT

ADC010776

DOSE WATCH SWALLOW to the inmate until a prescription for the inmate is received from the pharmacy for delivery.  A container prepared by the nurse can not be given to the inmate for self-administration. (KOP).

- The record of drug removal shall be placed conspicuously in the pharmacy and must be verified within four hours of the pharmacist returning to duty in the institution or a maximum of 96 hours.

- An incident report, form 40000029, will be completed and submitted to the FHA and a copy submitted to the Key Contact Pharmacist and Warden.


6.0. The Key Contact Pharmacist is directly accountable for the activities of any non-pharmacy personnel who have been authorized to enter the pharmacy.

- Health staff, Security staff and pharmaceutical company representatives will be authorized admittance only in the lawful pursuit of required duties and normal business practices.

- Agents of recognized law enforcement and regulatory agencies will be afforded access to the pharmacy, when an ADC pharmacist is in attendance, in order to carry out official business, during normal business hours (except as in emergency entrance as stated above).

6.1. At no time will the number of people occupying an ADC pharmacy exceed the legal requirements for space as dictated by the Arizona State Board of Pharmacy or of posted Health regulations.

6.2. At all times when authorized non-pharmacy personnel are present in the pharmacy, all controlled substances shall remain under lock and key within the pharmacy.


7.0. All pharmacies will participate in a system of key control which provides an exact accounting for all pharmacy keys.  Pharmacy keys will be maintained in compliance with Institutional Security procedures.  A key control system will be instituted by the Warden to control access and accountability each time a key is issued or returned.

7.1. Inmates will not possess any key to an area where pharmaceuticals are stored.  Keys are stored so that inmates do not have access to them when the keys are not in the possession of a staff member or other authorized person.

7.2. At the discretion of the Warden, emergency keys to areas where pharmaceuticals are stored may be authorized and held in a secure area. Emergency key rings shall:

- Enable staff to access every part of the complex/ facility rapidly to respond to a riot, fire, or any other crisis.

- Be clearly delineated from all other keys.

- Be stored separately from all other keys

- Be designated as requiring that an IR be written on every use.

- Employees shall be responsible for the safe-keeping and control of keys issued to them until the keys are formally relinquished and returned to the control area.

- Employees terminating employment or transferring to another work site shall return all keys on their last workday.

- Key control violations constitute a major breach of security.  Employee negligence in key control shall result in disciplinary action.

- If an employee does not return an assigned key, the cost of replacing the key or re-keying the lock may be withheld from the employee's paycheck.

- All missing keys shall be reported to security staff immediately.

- No unauthorized Keys will be manufactured or duplicated to fit Pharmacy locks.

ADC010777

| | Post-Exposure Prophylaxis for Employees | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.5. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**   DEPARTMENT ORDER 116
NCCHC STANDARD P-B-01

**PURPOSE**:   To provide mechanisms and requirements for providing post-exposure prophylaxis support for ADC employees.

**RESPONSIBILITIES:**  The Facility Health Administrator and Key Contact Pharmacist are responsible to support Occupational Health staff as they coordinate provision of post-exposure prophylaxis to staff that have been potentially exposed to specific diseases.

**PROCEDURES:**
1.0.    Pharmacy Staff will assure that these items, not used for inmate health care, are individually identified on invoices and forwarded to the appropriate operational area for billing.

2.0.    Occupational Health Post-Exposure Prophylaxis medications.  Viral Post Exposure Prophylaxis (PEP) guidance can be acquired through the complex Occupational Health Unit/Nurse.
2.1.    Each Prison Complex ADC Health Unit approved by the Division Administrator will maintain a four days supply of prepackaged HIV PEP medications as recommended by the U.S.P.H.S. PEP Guidelines.   Medications will be available in each facility in the appropriate designated RDSA area.
2.2.    Each exposure packet will have a drug information sheet attached to it to provide initial counseling to the employee regarding the medication and its proper use, adverse effects, etc.  A current copy of the U.S.P.H.S. Post Exposure Guidelines must also be in the exposure packet.

3.0.    Supplies for this procedure will be ordered and maintained in accordance with HSTM Chapter 4 Section 1.10.

ADC010778

| | Non-Formulary Drug Requests | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.6. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**  NCCHC STANDARD P-D-01

**PURPOSE**:  To provide mechanisms and requirements for ensuring that medications that are necessary to provide quality care to inmates yet are not on the ADC formulary are received by inmates.

**RESPONSIBILITIES:**  The Key Contact Physician and Key Contact Pharmacist are responsible to set procedures in place to ensure that requests for necessary non-formulary medications are received by appropriate inmate-patients.

**PROCEDURES:**
1.0.    A Non-formulary Drug Request Form (NFDR) will be submitted and approved before the procurement of any drug, medication, or other medical item that is managed under the ADC Formulary Process.  This includes compounded medications prepared for dispensing; and items may also be requested for ADC Formulary addition via this form and checking "Request for Formulary Addition".  Supporting information must accompany the request.
1.1.    Provider will provide formulary medication for continuity of care, if needed, while the NFDR is being processed.  If a non-formulary medication is an urgent request the Medical Program Manager, ADC Clinical Pharmacist or the Pharmacy Program Manager should be called.


2.0.    A NFDR need only be submitted one time if approved for continual use throughout incarceration.  However, it may be approved for shorter periods of time, in which case continuation of therapy will be dependant upon re-approval.
2.1.    The NFDR form will be initiated by the attending primary care Physician, Dentist, Physician's Assistant, or Nurse Practitioner, who will complete "section A" of the form.  This document should fully support the request for the item.  Attachments may be enclosed and are encouraged.  Incomplete forms will be returned for completion before consideration.
2.2.    The following items must be completed in detail before forwarding to the Key Contact Pharmacist for action:

132

- Non-formulary Drug Requested:
- Drug Strength:
- Dose to be employed:
- Therapeutic Class:
- Date of Request:
- Indicate whether the use of the drug is intended for Urgent or Routine Acquisition, and Length of Anticipated Therapy:
- Document any and all significant labs that influence therapy and all diseases/conditions that impact therapy:
- List other therapies and formulary items used and why this requested item is superior to a formulary agent

2.3.     ORC Recommendations are NOT required, but available if the issue was discussed at an ORC meeting.

2.4.     Sign and Date the NFDR, affix your name stamp and submit it to the Key Contact Pharmacist.


3.0.     The Key Contact Pharmacist, or his/her designee, upon receiving a completed NFDR will review it, complete section B, and take initial action to:

Approve the Request: Concur that the requested therapy is the next logical therapeutic alternative available and that formulary items are ineffective therapeutic choices, or if more clinical information is needed, forward the request to the DC Clinical Pharmacist for consideration and approval from the Medical Program Manager.

Change the Request: Agree with the requesting authority that another therapeutic alternative should be tried.  If there is a disagreement, the non-formulary request will be forwarded to Central Office for consideration.

Forward non-urgent requests with disagreements to Central Office for a decision (urgent requests will be telephoned to the Medical Program Manager, DC Clinical Pharmacist, or Pharmacy Program Manager for a decision):  When a disagreement exists the next logical therapeutic step will be decided upon by the Medical Program Manager or designee.


3.1.     Prior to forwarding to the Central Office, the Key Contact Pharmacist will use the triplicate form or create two duplicate copies of the NFDR form after checking approved, disapproved, or other, and adding additional comments, pricing etc. (Pharmacy Copy, Central Office Copy, and Medical Record Original).  He/she will also send the original NFDR to the unit to be filed in the inmate's Medical Record when complete.


3.2.     Actions of the ADC Clinical Pharmacist:  The ADC Clinical Pharmacist will investigate the request and gather sufficient information to review the request with the Medical Program Manager or Health Services Division Administrator for approval or disapproval.  The ADC Clinical Pharmacist will annotate section C of the NFDR and relay the decision to the requesting facility's Key Contact Pharmacist.  The ADC Clinical Pharmacist will notify the Key Contact Pharmacist regarding decisions and /or comments to be documented on the original NFDR form. The approval or disapproval status will be documented as a NOTE in CIPS.  Information documented will include the date of the decision, reviewer and the length of time if approved.

133

4.0.    Upon receiving notification of approval or disapproval the Key Contact Pharmacist will document the decision on the NFDR form AND place the decision on the inmate's CIPS profile record including the date of approval/disapproval, reviewer and length of time for the approval. This information will be transferred with the inmate when he/she travels from one facility to another.

Upon receiving approval or disapproval from the Central Program Office, the Key Contact Pharmacist will notify the originator provider of the NFDR of the final Central Office decision.

5.0.    Decisions may be appealed to the Central Program Office by notifying the DC Clinical Pharmacist, the Pharmacy Program Manager or the Medical Program Manager.

6.0.    The Central Office will maintain a file of NFDRs as will the Institution's pharmacy.

ADC010781

| | Compounding and Prepackaging | OPR:<br>Pharmacy Program Manager<br>Nursing Program Manager<br><br><br>Auth: pb/mh |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 1.7. | Supercedes:<br>HSTM 4.1.7 June 15, 2008<br>Effective:<br>January 1, 2010 |

**REFERENCES:**      ARIZONA ADMINISTRATIVE CODE R4-23-672
                           NCCHC STANDARD P-D-02

**PURPOSE**:    To ensure that all pharmaceuticals and the pharmacy inventory is accounted for and actively managed at each Facility Health Unit and Pharmacy at all times.

**RESPONSIBILITIES:**  Bulk compounding and prepackaging of prescription medications will be performed with authorization by the Health Service Division Director.

**PROCEDURES:**
1.0.    **Drug Compounding:**  Unit-of-use compounding may be done at the time of dispensing; however every attempt will be made to substitute a commercially available formulary product.  A compounded drug is NOT a formulary item and must be initiated via a Non-Formulary Drug Request Form.  All compounded medications will be accomplished in accordance with professional pharmaceutical arts and training.
1.1.    All compounding information including drug (or chemicals), manufacturer, lot numbers, expiration dates, and amounts will be annotated on the back of the prescription as well as the compounding pharmacist's initials.  A short description of the technique used will also be included.
1.2.    Compounding prescriptions will only be done on an as ordered basis and will not be bulk compounded or stored.

2.0.    Prepackaged legend medications will be prepared for use in the RDSA as outlined in this manual in a plastic resealable bag (if properly labeled with drug, strength, date, inmates name/number, directions, and expiration date).
2.1.    Other prescription medications may be authorized for pre-packaging by the Division Director in accordance with State Board of Pharmacy regulations and recommendations.

3.0.    Preparation of medications to be delivered by nursing staff can only be prepoured or staged within the same shift as the delivery.
3.1.    The health services staff who prepares the medication for delivery is the person who is responsible for the delivery process of the unit dose delivery.

135

| | Drug Utilization Review/Evaluation | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/sr |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.8. | Supercedes: Effective: January 1, 2010 |

**REFERENCES:**     ARIZONA Administrative Code R4-23-672
                    DEPARTMENT ORDER 122
                    NCCHC STANDARD P-D-02

**RESPONSIBILITIES:**  An ongoing Drug Utilization/Evaluation (DUR/DUE) program will be conducted as directed by the P & T Committee or the Pharmacy Program Manager.

**PROCEDURES:**
1.0.     Drug use parameters will be developed and approved by the Pharmacy Program Manager or designee e.g., P&T Committee.  DUR/DUEs will be reviewed and the results reported to the P&T Committee for evaluation and action if necessary. A file of DUR/DUEs will be maintained by institutional pharmacies.  Facilities may conduct additional DUE/DUR to meet their needs.

2.0.     Mental Health staff monitor inmates placed on lithium therapy.
2.1.     General provisions specify that Psychiatrists will ensure that all patients receiving Lithium shall have serum Lithium levels within 30 days of starting lithium therapy , every 3 months during the first 6 months of therapy, and once stable every 6 months (or more often as clinically indicated), to ensure that an adequate therapeutic dosage is maintained and that the possibility of toxic side effects is obviated  Mania and bipolar manic depressive illness are comparatively rare conditions that usually respond admirably to prophylactic lithium therapy.  However, side effects of this treatment may occasionally arise and it is essential that all possible steps be taken to minimize their occurrence.  There are three elements to proper management.
2.2.     The appropriate dosage of Lithium preparations is determined by the individual's clinical response, but in all cases the effective dose will result in a serum Lithium level falling between 0.8 and 1.5 mEq/L measured 12 hours after the last dose.  Regular estimates are necessary to prevent toxic doses, and to ensure that the patient is, in fact, taking the prescribed medication.
2.3.     Daily observation of the patient is necessary to note the possible onset of toxic side effects.  Common side effects include tremors, abdominal cramps, nausea, vomiting and diarrhea. Less commonly, thirst, polyuria, fatigue, sleepiness, and weight gain may occur.  In very rare cases, severe Lithium poisoning may cause seizure phenomena and even coma.
2.4.     Because of Lithium's metabolic similarity to other ions, particularly sodium, certain precautions are necessary to maintain proper electrolyte balance.  A normal diet, including salt

136

ADC010783

and adequate fluids must be taken.  Diuretics should not, as far as is possible, be given concurrently with long-term Lithium therapy.  Of particular importance in Arizona is the avoidance of excessive sweating from prolonged exposure to the sun or strenuous exercise.

2.5.     All Health Unit Staff will follow all rules and regulations prescribed for Lithium treatment.

<u>Stabilization</u>:  Lithium therapy will only be initiated by a psychiatrist with adequate training and experience in this treatment.  Once stabilized at an optimum dosage, and only after serum Lithium estimates have been conducted to determine the normative dosage for each patient, a Lithium treatment regime will be developed and documented for each patient.  This regime shall include a schedule of periodic serum Lithium estimates which, with rare exception, shall be made at no more than 180 days intervals

<u>Monitoring</u>:  Patients receiving Lithium therapy will be informed of potential side effects and instructed to report their onset to a member of the Health Staff immediately.  All must be instructed to maintain a proper diet and fluid intake and to avoid situations in which excessive or prolonged heat and/or exercise may cause an electrolyte imbalance and consequent Lithium toxicity.

<u>Incompatibilities</u>: All physicians, dentists and mid-level providers will be aware of Lithium incompatibilities when prescribing treatment for other ailments.  It is important that outside providers to whom a patient is referred for treatment be appraised of the patient's Lithium therapy.

<u>Toxicity</u>:  Should toxicity be diagnosed, whether by onset of clinical symptomatology, or by a serum Lithium level in excess of 1.5 mEq/L, the drug must be stopped immediately.  As soon as possible the Institutional Psychiatrist and the Medical Program Manger must be contacted and his advice solicited.  When a patient is referred to an outside provider, the consultation will indicate that the patient is on Lithium therapy.

137

ADC010784

| | Drug Recalls | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 1.9. | Supercedes:<br>Effective:<br>January 1, 2010 |

**REFERENCES:**     Arizona Administrative Code R4-23-672
                    NCCHC STANDARD P-D-01

**PURPOSE**:    To ensure that all pharmaceuticals and the pharmacy inventory is accounted for and actively managed at each Facility Health Unit and Pharmacy at all times.

**PROCEDURES:**
1.0.    Drug recall notices may be received through several sources but usually via prime Vendor recall notices, ECHO on-line EMS, or from Manufacturer recall notices.

2.0.    Upon receipt of a Drug Recall Notice the pharmacy staff will:
        - Note the class of the recall (I, II, or III)
        - Check all stock to ascertain if any of the recalled drugs are currently or have been stocked in the past.

3.0.    For all Class I recalls, identify and contact all inmates that have received or may have received the drug product.
3.1.    Inmates will be instructed to stop taking the medication and return it immediately to the pharmacy.
3.2.    All providers will be notified and advised of the recall.
3.3.    Comply with instructions in the Recall Notice.
3.4.    Annotate on the Recall Notice the actions taken, date, and initials of responsible person.
3.5.    File Recall Notice and retain for two years on file in the pharmacy.

138

ADC010785

| | Special Pharmacy Issues | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM Chapter 4 Section 1.10. | Supercedes: Effective Date: January 1, 2010 |

**PURPOSE**:   To provide mechanisms and requirements for responding to special issues in the provision of pharmacy care.

**RESPONSIBILITIES:**  The Facility Health Administrator and Key Contact Physician are responsible to ensure that special pharmaceutical requirements passed to the complex are met for ADC employees, ADC property, and ADC inmates.  The Division Director has the responsibility to consider and authorize special programs to meet these needs.

**PROCEDURES:**  The following programs have been authorized by the Health Services Division Director to request pharmacy services to procure medications for their programs that result in operational efficiencies or cost savings through pharmacy contracts and procedures.

1.0.     Pharmacy Staff will assure that these items, not used for inmate health care, are individually identified on invoices and forwarded to the appropriate operational area for billing.

2.0.     Occupational Health will order their drugs and syringes through the pharmacy in accordance with current policies for health units.
2.1.     Occupational Health Post-Exposure Prophylaxis medications will be properly maintained, and their use monitored.
2.2.     Pharmacies will provide a copy of supplies ordered by OH along with a separate invoice so that it can be forwarded to the Occupational Health Program Manager who will account for the funds in accordance with policy.

3.0.     Medications for ADC canines pursuant to a legal prescription from a licensed veterinarian doctor. Pharmacy staff will not involve themselves in the care for any canine other than procuring the medication and dispensing it.  Contacts to the veterinarian for renewal or additional refills will not be made. Unresolved medical problems must be addressed by the veterinarian.

ADC010786

4.0.     Therapeutic Substitution is the selection of a chemically different drug that is from the same therapeutic class and has the same pharmacodynamic properties and pharmacotherapeutic outcomes of the originally prescribed medication.

A Therapeutic Substitution list was developed at the request of the Division's  P & T committee and approved by that committee to expedite conversion of ADC provider prescriptions to formulary prescriptions.  The list will be updated as new treatment guidelines and new drugs emerge (A copy of the substitution list is attached in HSTM Forms Appendix) The Medical Program Manager and Health Services Division Director also approved the procedure and list of medications that may be substituted.  A signed memo from each practitioner acknowledging the practice of therapeutic substitution for identified medication is to be forwarded to the Key Contact Pharmacist to be kept on file in the pharmacy.

          The substitutions on the list will be carried out by pharmacy and a S.O.A.P. note documenting the change will be sent to the prescribing provider to be signed and placed in the chart.  If a non-formulary drug is deemed necessary by the prescribing provider a non-formulary request will be submitted with the prescription.


5.0.     Investigational Drugs:  Investigational and/or experimental drugs as designated by the FDA will not be used without the expressed written consent of the inmate and the Health Services Division Director.


6.0.     Clinical Trial Medications/Protocols: Clinical trials of medications approved by the Food and Drug Administration will proceed only according to drug use protocols developed and/or recommended by the Pharmacy and Therapeutics (P&T) Committee and/or the Pharmacy Program Manager and Medical Program Manager.  The trials will be dependent upon the written approval of the Health Services Division Director.

          Trials will be conducted under the direction of the P&T Committee and monitored as indicated by the Pharmacy Program Manager, Medical Program Manager, and the Health Services Division Director.


7.0.     Hormones for Transsexual Supplementation:

7.1      Inmates incarcerated within the Arizona Department of Corrections will not be started on sex hormones for the purpose of transgender supplementation without the prior authorization of the Health Services Division Director.

7.2.     Inmates taking sex hormones for transgender supplementation, prior to incarceration, will only be continued on their current dose (and treatment status) at their pre-incarceration level/status.

7.3.     Inmates wishing to continue their sex hormones for transgender supplementation must comply with policies and procedures as set forth by Counseling and Treatment Services policy.  Inmates not able to provide evidence of participation in a legal medical procedure for transgender sex change will be referred to ADC Counseling and Treatment Services for evaluation of mental stability and recommendations for sex hormone treatment.

7.4.     Inmates on sex hormones will also be evaluated medically for risk factors associated with sex hormone therapy.  Evidence of adverse medication effects will be reason to discontinue the treatment immediately.

140

7.5.     All recommendations to treat inmates with sex hormones for transgender supplementation will be forwarded to the Health Services Division Director for review and authorization.

8.0.     Use of Drug Samples in the Clinic:  Drug samples will not be distributed within the institution.  Manufacturer's representatives may not distribute drug samples through the pharmacy.   Practitioners MAY NOT request medications for themselves or family from manufacturers representative during work hours and on ADC property.

9.0      Drug Manufacturer's Representatives:  Drug manufacturer representatives are recognized as a valuable source or information and are encouraged to call upon ADC Institutions on a regular basis.  The representative may only see staff by obtaining a prior appointment which must be made through pharmacy personnel.  All representatives will supply the pharmacy with current information needed to obtain clearance for their admittance to the facility at least three working days prior to their visit.  Representatives are encouraged to provide new drug information, educational materials, and staff in-services which will be arranged through the pharmacy department in concurrence with the FHA.

141

ADC010788

| | Psychotropic Medications | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/kw |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 1.11. | Supercedes:<br>4.1.11 of 1 June 15, 2008<br>Effective:<br>January 1, 2010 |

**REFERENCES:**     Arizona Administrative Code R4-23-672
DEPARTMENT ORDER 1103
DEPARTMENT ORDER 708
NCCHC STANDARD P-D-01
NCCHC STANDARD P-D-02
NCCHC STANDARD P-I-02

**PURPOSE**:   To provide a consistent and uniform system of delivery psychotropic prescription medications to the inmate/patient population. To ensure that medications are delivered in a uniform and consistent manner throughout the Department, and that accountability is maintained in all phases of the delivery process.

**RESPONSIBILITIES:**  It is the joint responsibility of the Mental Health Staff and Nursing Staff to deliver psychotropic medications to the inmate population.

**PROCEDURES:**
1.0.     Psychotropic Medications:   A Department psychiatrist or mental health nurse practitioner (or another attending physician if a psychiatrist or MHNP is unavailable) may order emergency psychotropic medication (see Glossary) for and administer it involuntarily to an inmate with a mental disorder if, after evaluating the severity of the inmate's symptoms and the likely effects of the particular drug to be used, the psychiatrist or mental health nurse practitioner determines that:, that will be dispensed and administered under controlled conditions, for inmates with mental disorders under normal circumstances.
-   An emergency exists in which the inmate's conduct presents an imminent likelihood of serious bodily harm; and
-   Alternative methods of restraint are inadequate; and
-   Forced medication is required, as a last resort, to deal with the emergency.

2.0.     Possession of Psychotropic Medications
2.1.     Staff who discovers any psychotropic medication in an inmate's possession that was not ordered in a current prescription by a psychiatrist shall consider the medication to be contraband.

142

ADC staff who discover unauthorized medication in an inmate's possession shall seize the contraband and process the matter in accordance with Department Orders 708 and 909.

2.2.    It is illegal for any inmate to possess a psychotropic medication that has not been ordered in a current prescription by a psychiatrist.  An inmate who possesses such medication may be charged with drug abuse and possession of contraband.

2.3.    A person who provides psychotropic medication to an inmate that was not ordered in a current prescription by a psychiatrist or MHNP may be charged with introduction of contraband.


3.0.     When a non-corridor ADC Institution receives an inmate on psychotropic medications the intake/triage nurse will immediately contact the ADC point of contact Psychiatrist or Psychiatrist on call.   The psychiatrist will issue orders of care for the inmate that will include a medication care plan.


4.0.    ASP/ASPC pharmacies will routinely stock the following psychotropic bridge medications for such situations:
- amitriptyline 25 mg (Elavil ®) substituted for all tricyclic antidepressants
- chlorpromazine 25 mg (Thorazine ®) substituted for all phenothiazines
- haloperidol 5 mg (Haldol ®) substituted for risperidol and haloperidol

4.1.    If the ADC psychiatrist cannot be reached, the Mental Health Urgent Notification listed individual to acquire guidance.

4.2.    The medications contained in the unit's medication room shall be maintained in accordance with local post order and pharmacy policy.  In no case shall psychiatric medications be separated into a distinct toolbox/cabinet of psychiatric medications.


5.0.    The intake/triage nurse shall subsequently advise the ASP/ASPC FHA of the inmate. The FHA will notify the Mental Health Program Manager of the inmate's status and arrange for the inmate's transfer if psychotropic medications are continued as part of the inmate's treatment plan.


6.0.    Counseling and Treatment Services Division has developed a Psychotropic Medication Review Board (PMRB) for the purpose of evaluating patient needs for forced psychotropic medications.   In general, the PMRBs are managed by the complex Psychologist III.  Should medical clinical assistance be requested, the FHA will coordinate any non psychiatric/psychological support services.


7.0.    A registered nurse or licensed practical nurse may acquire and deliver psychotropic medications that have been duly ordered by a qualified physician.  When CTS' psychiatric nursing staff (PRN) are on complex, they shall deliver/administer all injectible medications.  All other deliveries may be made by PRN (as their primary responsibility) or RN or LPNs as determined by availability of staff, unless the ordering physician has specifically ordered that the medication be administered by a PRN.

143

| | Methadone Use | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 1.12. | Supercedes:<br>Effective:<br>January 1, 2010 |

**REFERENCES;**          NCCHC STANDARD P-G-06

**PURPOSE**:   Methadone is a Schedule II narcotic used medically to treat pain and in methadone treatment programs to address narcotic addiction.  Methadone's use within the Arizona Department of Corrections is outlined below.  This policy is created to provide a consistent delivery of Methadone for the inmate/patient population. To ensure that this medication is uniformly and consistently administered throughout the Department.

**PROCEDURES:**

1.0.      Analgesic use: Used for acute or chronic pain when it is determined to be the drug of choice.  Also used when a long acting liquid formulation is necessary; e.g. disease states resulting in difficulty in swallowing and for terminally ill inmates with chronic pain.

2.0      Pregnancy stabilization: Used to stabilize pregnancy in Narcotic Addicted Inmates. ADC does NOT treat narcotic addiction, either withdrawal or maintenance, with the exception of pregnant inmates upon a medical order from an official methadone maintenance program or a board certified obstetrician.

2.1.      Pregnant inmates, on methadone prior to ADC incarceration, will be maintained on methadone throughout their pregnancy to prevent withdrawal and catastrophic outcomes, only when medically indicated and enrolled in a methadone treatment program.  Pregnant inmates will NOT be started on methadone maintenance without appropriate medical work-up and risk/benefit assessment.

2.2.      Post-partum inmates will be withdrawn from methadone maintenance as determined by the licensed methadone treatment program.

 2.3.      The prescribing of methadone will be initiated by:

-  A licensed methadone treatment program physician when routine enrollment and physical exam can be accomplished in a timely manner.

-  An ADC physician when the pregnant inmate, already enrolled in a methadone treatment program, cannot be seen at a licensed methadone treatment facility before a necessary dose of methadone is due.  Under this circumstance, a prescription for methadone for up to 96 hours may be written until the inmate can be enrolled at a licensed methadone treatment facility and the medication supplied through their treatment program.

144

2.4.     Therefore, the ADC physician will perform a detailed history and physical exam; and verify a methadone dose through the inmate's treatment program; and write medical orders including an enrollment/examination visit by licensed methadone treatment personnel at the earliest availability.  Write a S.O.A.P. note documenting that "methadone is being prescribed for MEDICAL REASONS to stabilize the pregnancy"

3.0.     <u>Methadone Maintenance and Detoxification</u>: Inmates will not be placed on methadone maintenance unless they are pregnant and they are currently enrolled in a methadone maintenance program for the health and well being of their undelivered fetus, or, pregnant inmates suspected of narcotic addiction and impending withdrawal will be referred to Contract OB/Gyn for immediate evaluation and treatment recommendations.

3.1.     Pregnant inmates in need of methadone treatment will be transferred to the current (Perryville) ADC female unit designated by the Division Director, HS at the earliest availability. The inmate will be placed on a detoxification program immediately post-partum.

4.0.     <u>Detoxification Procedure</u> to taper methadone dependent delivered female inmates: At the end of a seven to ten day period a delivered female inmate will have received the last dose of methadone (unless an alternative program is recommended and approved through the contracted methadone treatment program licensed personnel).

4.1.     To reduce the effects of withdrawal from methadone dependent delivered female inmates the Physician or Mid Level Provider will write specific orders in the inmate's health record file for methadone detoxification which must include:
-  The exact dosage to be given.  The contracted methadone treatment program licensed personnel will be contacted to provide the tapering dose schedule.
-  The route (oral) the medication is to be given.
-  The exact number of times per day the medicine is to be given.
-  The health staff member who is responsible for administrating the medication will:
-  Document the reducing dosage in the inmate's Health Record medication form
-  Document the reducing dosage in the Narcotic Log
-  Count daily with another staff member the remaining methadone in the locked Narcotic Box.
-  Document any unusual reactions in the Health Record file.
-  Document and observe the inmate swallowing the liquid methadone.
-  Inform the Physician or Mid Level Provider of any unusual or adverse reaction to the detoxifying procedure.
-  The methadone for maintenance/detoxification must be obtained through the methadone detoxification/treatment program in which the inmate is enrolled and NOT through normal pharmaceutical procurement.

5.0.     Stockage
Methadone obtained through the licensed methadone treatment facility for methadone maintenance/detoxification:
-  will be delivered to the Health Unit where in inmate is incarcerated.
-  will not exceed a months supply of medication for any inmate.
-  will be kept separately from methadone stock obtained for analgesia.
-  will be labeled for individual use.

145

ADC010792

- Methadone inventories must be maintained separately from other records.

5.1.    Methadone will be routinely stocked at ASPC Perryville Complex Pharmacy to meet any anticipated need.  ASPC-Perryville (or current ADC unit designated by the Health Services Division Director) pharmacy will stock liquid methadone for the medical purpose of preventing pregnancy complications pending enrollment.  This can be continued for up to 96 hours, during which Alpha Community Medical Service will be contacted.

This pharmacy stock methadone will be inventoried separately but will be purchased through normal procurement sources and under the clinics DEA license (this is medical use inventory).  Inventory should be able to accommodate a supply of methadone for pregnancy stabilization.  When dispensed, it will meet all labeling requirements of prescription medication.

6.0.    Current Methadone Treatment Procedures: Per discussion and agreement with Alpha Community Medical Service: (602) 955- 7997 the following plan is published.

6.1.    All pregnant inmates requiring methadone will be transferred to the current ADC female unit designated by the Health Services Division Director as soon as possible.  To facilitate the timely enrollment in Alpha's methadone maintenance program, the intake nurse at ASPC-Perryville (or current ADC female unit designated by the Health Services Division Director) will page Mr. Rick Christensen at (602) 408-5566 or Dr. George Stavros at (480) 731-0336, if Mr. Christensen is unavailable.

6.2.    An appointment will be scheduled at the next appropriate time slot.  A maintenance drug and dosage will be recommended to the ASPC-Perryville (or current ADC female unit designated by the Division Director) medical provider.

6.3.    Enrolled inmates will be seen on a routine basis by an Alpha Community Medical Service provider.  It will be the responsibility of Alpha Community Medical Services to call 10 to 14 days in advance to schedule an appointment.  When this is done, priority will be given to inmates and she will be seen with a minimal amount of delay.

Alpha Community Medical Service will submit bills to ADC on a monthly basis for payment at the contracted rate.  This will include all routine program costs including methadone.

6.4.    Alpha Community Medical Service will deliver the prescribed doses of methadone to ASPC-Perryville (or current ADC female unit designated by the Health Services Division Director) on a monthly basis.

6.5..    Alpha Community Medical Services shall be notified by Perryville Nursing Services when a patient receiving methadone treatment for pregnancy stabilization or post-partum detoxification is  DISCHARGED from ADC custody.  Alpha Medical Services can be contacted at (602) 955-7997 from 0530 to 1130, Monday through Friday.

146

| | Laboratory Procedures | OPR:<br>Medical Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 2.0. | Supercedes:<br>X-Ray/Lab Tech Man, 1999<br>and Med Tech Manual, 1999.<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**          NCCHC STANDARD P-D-04

**PURPOSE:**  To provide laboratory procedures to help the medical provider assess, diagnose and/or monitor an inmate's state of health.

**RESPONSIBILITY:**  Facility Health Administrator shall monitor compliance with all policies and procedures.

1.0     General Laboratory Procedures
        Laboratory specimens shall be obtained under the written or verbal order of a health care provider, psychiatrist, or dentist.  However, a court order issued by a judge will also serve as an authorized order and must result in a laboratory specimen being collected.
        Necessary laboratory supplies and courier services shall be identified and provided by the contracted laboratory vendor.

2.0.    Venipuncture and specimen collection, performed by authorized Health Services staff, shall be done in accordance with generally accepted techniques and standards.  Appropriately placed labels, provided by the contracted laboratory vendor, shall be utilized according to the contracted laboratory specimen requirement guidelines.

3.0.    Certain laboratory testing requires special patient preparation.  For individual test preparations, refer to contract laboratory requirements for collecting.

4.0.    Appropriate personal protective equipment (PPE) shall be available and worn during specimen collection and processing.

5.0.    Specimens shall be processed and stored according to contracted laboratory requirements. Specimen preparation or storage and handling may require the use of the following equipment:
        - A refrigerator, used for laboratory specimens only, located in the lab area of each lab draw site and one is to be at the main collection point.

147

ADC010794

- A centrifuge for each lab draw site.
- The centrifuge will be provided and calibration maintained by the contracted laboratory vendor.
- The centrifuge routine cleaning will be maintained by the laboratory technician on-site.

6.0.   Safety in the Laboratory  Employee safety includes the following and must be observed as appropriate. Universal precautions shall be followed.  Personal Protective Equipment (PPE) must be available in the work setting and used as appropriate.  The following is the recommended, but not inclusive, list of personal protective gear:
- Gloves
- Protective eyewear
- Face shield

In case of an exposure to bio-hazardous materials or body fluids, either by skin/mucous membrane contact or an inadvertent needle stick, the employee must follow the exposure control plan as provided by the Occupational Health staff.

6.1.   Environmental Safety  Contaminated needles/materials shall be disposed of in appropriate bio-hazardous collection devices.  Disinfection – the lab work area shall be disinfected regularly and when a contamination occurs using the recommended cleaning agent.

7.0.   Laboratory Testing
7.1.   On-site testing:  The following testing is performed on-site by a nurse or designee, using the directions provided in the kit:
- Blood glucose level by glucometer
- Urinalysis by manual dipstick
- Hemocult testing of stool samples
- Peak Flow Meter measurement of peak expiratory flow rate
- Urine Pregnancy Test (hCG) for female inmates

7.2.   Off-site testing:  All general laboratory services are provided to ADC under a contract with a full service reference laboratory.   Paternity testing is ordered by a judge, processed by Central Office, and sent to the appropriate facility, where it is collected using guidelines provided with each kit.

8.0.   Laboratory Test Results:  All laboratory test results are to be reviewed by a medical provider, psychiatrist, or dentist.   "Panic" values as outlined by the contract laboratory are to be reported to the appropriate provider immediately for review and action, as necessary.   Routine results will process as follows:
- Test results are received by designated computer(s).
- Results are placed in the inmate's medical record with a designated review stamp for provider review.
- After provider review, the lab results are filed in the medical record.

148

ADC010795

| | Radiologic Imaging Procedures | OPR:<br>Medical Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: dc |
| Health Services Technical Manual | HSTM<br>Chapter 4<br>Section 3.0. | Supercedes: HSTM 4.3.0.<br>June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**          NCCHC STANDARD P-D-04

**PURPOSE:**  To provide radiographic services to inmates utilizing either on-site equipment or off-site contracted vendors for assessing, diagnosing, or monitoring of an inmate's state of health.

**RESPONSIBILITY**:  Facility Health Administrator shall ensure that only authorized personnel order and produce radiological studies within the confines of the facility.  All pertinent policies and procedures must be followed to ensure the highest quality diagnostic care.

**PROCEDURES:**
1.0.     Personnel and Equipment Certifications:
1.1.     Radiographic procedures may only be ordered by a medical care provider or dental care provider.  The provider shall complete the portion of the request regarding history and note the clinical findings.
1.2.     The Radiologist interpreting and issuing reports must have a current license issued by the State of Arizona, Board of Medical Examiners or the Arizona Board of Osteopathic Examiners in Medicine and Surgery.
1.3.     Radiologic Technologists shall maintain a current certification issued by the Arizona Medical Radiologic Technology Board of Examiners and be posted in the work area.
1.4.     An X-ray unit registration certification, issued by the Arizona Radiation Regulatory Agency (ARRA), must be posted for each machine on the complex.

2.0.     Overview:   Safety principals shall be adhered to at all times including environmental and personal safety.   Environmental safety principles that shall be upheld include but are not limited to:
-   A material safety data sheet (MSDS) specific to the processing fluids shall be available in the radiology department.
-   The door to the x-ray room must be closed during radiographic procedures to avoid inadvertent entry and radiation exposure
-   A sign stating "Caution Radiation Area" with the three blade radiation symbol shall be posted at all entrances to the radiology room.

149

ADC010796

3.0.     Personal safety.   Universal precautions shall be followed.  For information, contact the Occupational Health staff and refer to OSHA Standards on Occupational Exposure to Blood borne Pathogens.

3.1.     The technologist and dental staff shall wear radiation badges at all times to monitor x-ray exposure.  The film badges are collected from all personnel by the Radiologic Technologist III or designee.  All film badges are then forwarded to the contract vendor for processing and analysis.  A written report is returned from the contractor and results are made available for viewing by the Radiology Department.

3.2.     Any abnormal results are reported immediately to the individual, the individual's supervisor and the Facility Health Administrator.  The individual shall not be allowed to work in areas of possible radiation exposure until specifically authorized by the Facility Health Administrator.   The Division Administrator of Health Services, Dental Program Manager, and/or Medical Program Manager are then notified by the Facility Health Administrator. Any additional required action will then be directed by the Division Administrator of Health Services.

3.3.     During the x-ray procedure, the radiologic technologist shall be protected from radiation by standing in the protective designated area or wear appropriate lead protection.

3.4.     Reasonable precautions shall be taken to protect the inmate in the radiology room.  Pregnancy status must be determined prior to performing any radiographic procedure.  A pregnant inmate may not receive routine x-rays unless the health care provider determines the existence of medical necessity.

3.5.     Lead shielding that is available and used when appropriate include the following: Lead Aprons; Gonad Shield (used on all inmates (male and female) of child bearing age); Lead Gloves; and Thyroid shield.

4.0.     Requisition Processing:   A requisition for a medical radiographic study must be signed by a medical provider and sent to the radiologic technologist.  Radiographic examinations are scheduled by the radiologic technologist.  Urgent or emergent requests shall be coordinated by the radiologic technologist.

5.0.     The following routine diagnostic radiographs are performed at each prison complex: Lower extremities; Hips; Upper extremities; Shoulders; Bony Thorax, Pelvis; and All head work (i.e. sinuses, orbits, facial, mandible, mastoid, skull, TMJs)

6.0.     Examinations done at designated facilities and performed by a radiologist include the following studies:
-  Esophagus - Barium swallow;
-  Stomach - Upper Gastrointestinal Series – Nothing by mouth after midnight the day before the scheduled exam;
-  Small bowel follow-through - Nothing by mouth after midnight the day before the scheduled exam;
-  Colon - Barium Enema. - Bowel preparation is required prior to this procedure.  The day before the medical procedure, the inmate will be given instructions on the proper use of the prep kit.  Barium enemas performed outside of the facility shall be prepared according to the attending radiologist or hospital protocols.

ADC010797

-   Intravenous pyelograms (IVP) (Other Contrast Studies) may be performed.

6.1.     Require the inmate sign an informed consent prior to the procedure.

6.2.     History regarding allergies to shellfish, iodine or a previous reaction to contrast medium "x-ray dye" must be brought to the attention of the health care provider prior to the IVP examination.

6.3.     The health care provider must be present in the immediate area during the procedure. The contrast medium is injected intravenously by the HCP or designee.  Emergency medications and equipment must be present during an IVP, including, but not limited to:

-   Solu-Cortef (4) 250 mg. Mix-a-Vials.
-   "Man Down Bag"
-   Benadryl


5.0      Other Radiographic Procedures.   Specific radiographic studies beyond facility capabilities shall be provided by an outside contracted vendor. This includes angiography, special x-ray procedures, CT, MRI, ultrasound, mammography, nuclear medicine scans and radiation therapy.

5.1.     All procedures require personal history and consultation generated by the provider.


6.0.     Equipment Maintenance:

6.1.     X-ray units are calibrated and maintained regularly by a contracted vendor.  X-ray unit calibration is verified by the Arizona Radiation Regulatory Agency (ARRA) and posted within the x-ray department.

6.2.     Processors maintenance is performed regularly by a contracted vendor. This shall include:

-   Equipment cleaning and inspection
-   Changing of processing fluids
-   Disposal of processing fluids
-   Repairs as needed


8.0      Radiograph Interpretation and Reporting

8.1.     Routine radiograph interpretation.   The Medical Provider shall review all radiographs prior to the submission for Radiologist interpretation and make an appropriate entry of the preliminary findings on the X-ray Request Form in the findings section. Radiographs are prepared and packaged by the radiologic technologist and sent to a contract radiologist via courier, mail, or UPS.  The radiologist reviews the films and issues a written report on each radiographic study submitted.  The radiographs and report are returned to the facility via courier, mail, or UPS.  The radiographs are filed in the radiology department based upon the inmate ADC identification number.  The report is given to the medical provider for review.  The Medical Records Librarian then files the report in the inmate's medical record.

8.2.     Emergent (STAT) Interpretation:  The radiographs are taken to the Contract Radiologist or the closest hospital staffed with a Radiologist for interpretation. Coordination of report is facilitated by the radiologic technologist.

8.3.     Urgent:  The radiologic technologist places a call to the contract Radiologist requesting the interpretation be expedited and followed by a written preliminary report sent via electronic transmission (facsimile or e-mail). These reports are given to the medical provider for review.

151

ADC010798

9.0      Radiograph Transfers and Storage.  Active inmate radiograph files are stored at the facility complex where the inmate resides.

9.1.     <u>Facility Transfers</u>: The radiologic technologist is notified when an inmate is transferred to another facility. The radiographs are packaged and given to the Medical Records Librarian to accompany the inmate along with the medical record.

9.2.     <u>Consultations</u>: If radiographs are necessary for a consultation (on-site or off-site)  with a specialist, the clinical coordinator advises the radiologic technologist who  then facilitates the delivery of the films for consultant review.

9.3.     <u>Release</u>:  The radiologic technologist is notified of release from custody of an inmate. Within 30 days following the release, all radiographs are sent to the Central Unit at ASPC-Florence for maintenance and storage for 10 years; after which the films are destroyed per policy.


10.0    Duplication of X-rays:

Duplication of x-rays shall be performed by the use of an x-ray copying machine which may be available at some complexes or utilizing a contracted hospital's radiology department.

ADC010799



| | Inmate Access to Health Care | OPR: Health Services Regional Operations Directors |
| --- | --- | --- |
| Arizona Department of Corrections | | Auth: lh/st/ds |
| Health Services Technical Manual | HSTM Chapter 5 Section 1.0. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:  Arizona Revised Statute 31-201.01
DEPARTMENT ORDER 1101
NCCHC STANDARD P-A-01
NCCHC STANDARD P-E -01

**PURPOSE:**  To ensure inmates have reasonable and appropriate access to care to meet their serious Medical, Dental and Mental Health needs.  Reasonable fees will be charged.  Scheduled health care appointments and emergency health treatment will be accomplished through cooperation and coordination between security, program, transportation and health staff.

**RESPONSIBILITY:**  The Division Administrator for Health Services shall ensure that all inmates are provided access to scheduled and emergency health care and are not refused health care treatment due to financial reasons.  The Health Services Regional Operations Director (HROD) shall ensure consistency and continuity of care in the delivery of Constitutional Health Care to the inmate population.  The Facility Health Administrator shall ensure that adequate services are available to the inmate population in each of the following areas; Dental, Medical, Nursing, Pharmacy, Medical Records, Laboratory, and Radiology.

**PROCEDURE:**
1.0.    Inmate Notification of How to Access Health Care
1.1.   Reception Centers will provide every inmate with a handout which outlines how they are to access health care.  The Center will ensure handouts are available in Spanish and English.
1.2.  Complexes will;
- upon transfer of an inmate from another complex, the receiving complex must ensure that the inmate's orientation packets provided by Program staff contain information on how to access health care.
- Ensure handouts and orientation packets are available in Spanish and English.
- Ensure that Access to Healthcare Signs are properly posted.

153

1.3.  The handout/orientation packet is to be delivered to newly arrived inmates in a manner that encourages and supports health staff responsiveness to any questions the inmates  may have regarding the process of accessing healthcare.

2.0.    Access to Health Care Signs
2.1.    Ensure the signs are posted throughout the complex. At a minimum, signs will be posted at intake and on yard bulletin boards.  Where possible, post signs in housing areas.  Ensure all signs are available in Spanish and English.

3.0.    Charges
3.1.  Inmates will be charged per Department Order 1101 and ARS 31-201.01.
3.2.    Every inmate, not otherwise exempted as below, shall be charged a reasonable medical and health services fee for each medical visit an inmate makes pursuant to a health needs request form or for emergency treatment.
3.3.    The director shall exempt certain inmates, or medical visits by inmates, from payment of medical and health services fees and fees for prescriptions, medication or prosthetic devices.
3.4.    No inmate will be denied care due to being indigent.  He/she will be seen by health care staff.

154

ADC010801

| | Transportation of Inmate-Patients | OPR: Health Services/ Medical Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: tj/jac |
| Health Services Technical Manual | Chapter 5 Section 1.1. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**    DEPARTMENT ORDER 1101
                   NCCHC STANDARD P-E-10

**PURPOSE:**  To assure that inmates have unimpeded access to health care services and visits irrespective of their housing location, temporary placement, and/or security classification.

**RESPONSIBILITY**:   The FHA and the Warden shall ensure that processes are in place to ensure continuity of care continues throughout the inmate inter-complex transportation process.

**PROCEDURE:**
**1.0    EMERGENCY**
1.1.    Security will provide support and will arrange for all send outs.
1.2.    Any significant delay in transportation of an emergency send out will be reported by the senior on scene Health Services representative to the on site Complex Administrator for immediate corrective action.

**2.0.  Offsite (Outside) Medical Appointments**
2.1.    Inmates are pre-scheduled for Offsite appointments and hospital visits.
2.2.    Depending upon locations around the state and the appointment location, the inmate may be transferred to a centralized "transitory holding area" via statewide transportation and the inmates are escorted as a group.
2.3.    Single day appointments to local facilities will generally have escorts provided by the sending complex.  For example, the Florence and Eyman complexes are responsible for transporting their inmates to the hospital facilities for day appointments and returning with the inmates the same day.  Additional escort supervision may be provided by ADC personnel at the hospital.  However, the sending complexes remain responsible for escorting the inmates both to and from the appointment.
2.4.    Escort officers for these offsite appointments are responsible for also transporting the confidential medical information and securing any medications that may be involved during the day or upon discharge from the hospital and/or the inmate's appointment.

155

2.5.     Upon return to the complex, escorting officers will bring the inmate past the sending health unit for review of the medical information, assessment of the inmate, and determination of any additional medications and/or interventions that area required for the inmate.

## 3.0     DIABETIC INMATES:

3.1     Transportation has several well defined categories; in-complex movement, local movement, statewide medical movement, and statewide routine movement.  All types of movement must be considered and must be designed to enable diabetic inmates' to have their medication and dietary needs met.  Diabetic patients may be transported by any of these methods at any time.

Off-complex travel poses special risks to a patient with diabetes.  Therefore, when a diabetic inmate enters travel status, their special dietary needs must be met through communication between Health Services and the Operations Transportation Group.

3.2.     In-complex and local movement:   This type of movement may be medically driven or operationally driven.  It may include short off complex travel distance for a local appointment or transportation from one unit to another (of the same complex).  The transportation is typically arranged and performed by the inmate's home unit or complex.
a.        The traveling diabetic inmate's dietary needs shall be noted in the comments section of the accompanying ADC Health Services appointment list.
i.        The annotation should indicate the period of time he is scheduled for absence from his unit, and the specific times that his meals are required.
ii.       The Unit Shift Supervisor shall review the ADC Health Services appointment list and ensure that the necessary meals (the providing kitchen will already be aware of this patient's dietary orders) are provided at the required time in accordance with current transportation policy.

3.2.     State-wide Non-medically directed transportation of inmates:  When the medical unit is informed that an inmate is scheduled for travel from his current complex (due to non-medical reasons such as transfer, court date, security interview, etc.) the Transportation Team must be informed of the patient's known dietary requirements during his/her offsite travels.
a.        The attending unit nurse shall complete the inmate's medical record Continuity of Care form.  The nurse will complete a "Inmate Transportation Dietary Needs" form for those inmates with special diabetic dietary needs.  This will be included with the Medical Records that is sent to the Medical Records department for preparation for transfer.  This form shall note the daily requirements of the diet.
b.        Additionally, if the departing patient is determined, by recorded entry in the AIMS system and/or by medical staff review of the medical record, that the patient is diabetic, the word "**DIABETIC**" must be written in the lower left corner of the Travel Order Sheet that is provided by the Offender Information Unit to initiate the travel.
c.        These forms shall be compiled by the unit medical records staff and provided with the medical records to the Offender Information Unit or the transportation officer.  The Inmate Transportation Dietary Needs form shall be attached to the outside of the Medical Record envelope and in full view of the Transportation staff.
d.        Complex Transportation staff shall ensure that the proper diet is ordered, received, and delivered to the patient during the transportation event as directed in the Inmate Transportation Dietary Needs form and in accordance with transportation policies.

ADC010803

3.3.     Statewide Transportation for Medical Treatment

a.        The Offsite Consultation Request form is the primary document that directs the need for offsite special medical care that is not available on complex or at a local unit.   Therefore, this form shall note the special diet needs of the inmate

b.        When an Outside Consult Request is written for a patient with diabetes, the word "**DIABETIC**" should be written by the requesting provider in the lower left corner of the Consult Request Form.

c.        The specific menu that is appropriate to the patient's diagnosis and status should be entered next to the above annotation.  e.g., "**2400 calorie 6am and 3pm**"

d.        The annotation on an approved Consult Request will serve as the directive for the Clinical Coordinator to make arrangements for a shelf stable meal to be served to the patient during the transport.

d.        The sending Complex Transportation Supervisor shall ensure the necessary meals are provided at the specific time in accordance with the Clinical Coordinator's orders and current transportation policy.  The sending Supervisor shall ensure that these orders are transmitted to the transportation hub staff should the transportation require a transfer from one travel branch to another Coordinator.

157

| | Special Handling Intake Medication Issues | OPR:<br>Pharmacy Program Manager<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: jac/pb/sr |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 1.2.0. | Supercedes: HSTM 5.1.2.0 of June 15, 2008<br>Effective:<br>January 1, 2010 |

**REFERENCES:**     DIRECTOR'S INSTRUCTION 256

**PURPOSE**:    Special Handling inmates are typically processed through intake facilities in less than a 24 hour period.  This policy is provided to provide guidance for coordinating immediate needs of Special Handling inmates entering the system.  This document delineates the procedure for the transfer of inmates between facilities specific to the continuity of care and of health care information.

**RESPONSIBILITIES:**  It is the responsibility of Facility Health Administrator to ensure that inmate treatment records and health care information is transferred to the receiving complex health services facility within the timelines provided.

**PROCEDURES:**
1.0.    **Definition**:   Special Handling Inmates may include inmates condemned to a life sentence, Strategic Threat Group, Protective Segregation and other "high visibility" inmates.

2.0.     **Intake Facility**:
2.1.    The Health Services Facility must work out a system through which staff will be notified of the arrival of Special Handling, Lifers, STG inmates under the methods and processes described by Institutional Order.  The FHA will also work with the Warden to develop a local system to ensure that health services are informed of a "no-notice" departure of an inmate.
2.2.    Health Services Facility Health Administrator will develop Post Orders that direct specific actions in support of the Institutional order.  The Post Order (and/or Institutional Order) shall address the following elements:
2.3.    Methods of notification of the Health Services that a special handling inmate has arrived.  This must ensure that Health Services are notified at the arrival of the inmate to reduce or eliminate the late surprise transportation of the inmate out of the intake facility.
2.4.    Verification and acquisition of the sending county jail's summary sheet, continuity of care, Prescriptions, SOAPs, Medication Administration Record, etc
2.5.    Filing of any received medication printouts into the newly created medical chart.
2.6.    Filing of all loose records received with the intake inmate before the departure of the inmate.

158

ADC010805

2.7.     Forwarding of all loose records to the permanent facility by fax.  The faxed original will be annotated with the date, time, and sender's identity.  This should be performed by a stamp with pen and ink entry.

2.8.     Method of informing special needs patients for permanent complex review of these special handling inmates.  Method of communication may utilize telephone, email, or faxing.  In any case, the intake facility must document the contact and forward the contact to the permanent facility for filing in the record.

2.9.     All medications including controlled substances received from inmates and county jails upon intake are to be forwarded to the pharmacy for destruction, as guided by the State Board of Pharmacy, or placed in a Pharmacy Red Hazard Container.   The Pharmacist in Charge has the authority and responsibility to determine whether received medications may be used to fill the first 28 day's supply.

2.10.    Methods must be developed to guide health staff in responding to "no-notice" departures; including handling of incomplete records, transfer of medications, etc.

**3.0.    Receiving "permanent" facility responsibility**:

3.1.     The Health Services Facility Health Administrator will develop Post Orders that direct specific actions.

3.2.     The Post Order shall address the following elements:
-    Requirement of reviewing the Continuity of Care/Transfer summary.
-    Requirement to review the medical record for significant medication, medical history, and treatment continuation needs.

3.3.     Method of receiving information on pending arrival of a special needs patients an initiation of review of the records of these special handling inmates.  The receiving permanent facility must document the contact in the record of the inmate.

3.4.     Perform a chart audit of the received records.  Specifically this audit is to be focused on identifying those items that are missing

**4.0.    Pharmacy Responsibility**: When an inmates arrival to and departure from an intake facility takes place on the same day, the nurse on the sending unit will notify the pharmacy staff and forward any received or newly created prescriptions to the pharmacy immediately for special handling.

4.1.     Pharmacy staff will prioritize these prescriptions as "STAT," fill them immediately and assure that they are transported to the unit where the inmate is being held.  The nurse on the sending unit assures that the medications accompany the inmate.

4.2.     If the inmate moves prior to the pharmacy filling the prescription, the sending pharmacy shall notify the receiving institution's pharmacy of the medication(s), inmate name and any other information deemed appropriate.

**5.0.    Mental Health Issues**: In all cases where the intake medical staff are informed of or discover that intake inmates have mental health issues, psychotropic prescriptions, or mental health concerns, the pertinent information will be passed immediately to the intake facility mental health provider identified by local Post Order or Mental Health processes.

159

ADC010806

|  | HEALTH RECORDS TRANSFER PROCESS – Released Offenders | OPR: Medical Records Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM Chapter 5 Section 1.2.1. | Supercedes: HSTM 5.1.2.1. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**     DEPARTMENT ORDER 1104
                    NCCHC STANDARD P-H-05

**PURPOSE:** To provide a uniform system to prepare health records for transfer of the records of released inmates to Library and Archives at the time of the release of an inmate.

**RESPONSIBILITY:** The Medical Records Librarian is responsible for health records review and alterations when an inmate departs the prison system.

**POLICY:** <u>RELEASED OFFENDERS</u>
1.0.    Extractions of the records of released inmates from general files may be accomplished up to once per month. The Medical Records Librarian Key Contact and the FHA will make the determination. The following guidance is provided for medical records personnel if the decision is made for Daily Pulls:
1.1.    No later than 0800 hours (Monday through Friday) obtain a copy of the Daily Movement Sheet supplied by the facility Institutional Record Office, listing the names of offenders who have been released from ADC during the previous 24 hours.
1.2.    Obtain all required documentation for inclusion in the health record and place it in the health record jacket in the proper location as per HSTM policy.
        - Chronic Health Problem Card (held in selected contracted prisons)
        - Medication Sheets
        - Laboratory, x-ray, Consultation and/or other Reports
        - Secure any "loose sheet" filing from sorter.
1.3.    Complete columns 4, 5, and 6 of the Inmate Chronological Movement Record (Form #1101-82P) on top of Section IV of the health record jacket
1.4.    For each released offender complete the last three columns on the Departure Log, mark the Transfer Date with the release date and MRL initials to designate as released.
1.5     Designate the health records as those of Released Offenders and keep them separate from other health records in the medical record office or area.

2.0.    Processing released records:

ADC010807

2.1.    Pull records in date order of release – obtain all old volumes.

2.2.    Put in box and log at same time.  Leave two inches of space so records are able to be accessed and the box is not too heavy.

2.3.    Attach barcode label to box and the label says "Attach to Box"

2.4.    Fill out release record log and write Barcode number in log.

      2.4.1.  Last name

      2.4.2.  First name

      2.4.3.  ADC #

      2.4.4.  Release date

      2.4.5.  volume number (be specific for each volume.

2.5.    Write date faxed to CO on form.  Fax log to CO Health Services for processing in the database.  Sign name of MRL.

2.6.    Attach the other barcode (the one that says "Data Entry") to release log. Keep in released record notebook.

2.7.    Central office will fax/scan the inventory logs to MRL when completed.

2.8.    Compare list with handwritten log to make sure a chart wasn't missed during data entry.  If a chart has been removed and sent to another complex circle the name and # on the log an fax back to Central Office to remove from the database.  Write the date and unit that the record is being sent to on the log when pulling from box.

2.9.    Fill out the boxed record data form with the record series data code "496" for adults.  For Minor (Tucson/Perryville) records, the code is "497".  Fill out the date range in the boxes from month/year to month/year.  This determines the destruction date.  Retention period is currently 6 years for adults.  Retention period for Minors is until the individual is 24 years of age.

2.10.    Mail the original boxed records data form with the original barcodes to Central Office Medical Record Program Manager.  The Medical Record Program Manager coordinates with the local MRL and Library/Archives for an approved delivery date.

2.11.    Library/Archives will notify the MRL with the delivery date and the number of boxes that will be accepted on that date.

2.12.    Do not tape the boxes until they are ready to be delivered to C.O. or Library/Archives.

2.13.    Place a copy of the inventory log in the box.

2.14.    Put a cover sheet (Delivery notice) on the top of the box that specifies the enclosed are Arizona Department of Corrections Medical Records.

2.15.    The following records are delivered directly to the Library/Archives.

      2.15.1. Florence

      2.15.2. Eyman

      2.15.3. Florence West

      2.15.4. Perryville

      2.15.5. Lewis

      2.15.6. Phoenix

      2.15.7. Yuma

      2.15.8. Tucson

      2.15.9. Douglas

ADC010808

2.15.10.    Safford

2.15.11.    Fort Grant

2.16.   The following records are delivered directly to Central Office or the 1645 mail room

2.16.1. Winslow/Apache

2.16.2. Globe

2.16.3. Marana

2.16.4. Kingman

2.16.5. Phoenix West

2.17.   Write the date on the inventory log with the date of the delivery to the receiving location.  Write the name of the person taking the boxes and the actual location that they are being delivered to.

2.18.   Retain logs for 10 years.

3.0.    Any loss or absence of a record will be reported immediately to the Medical Records Program Manager.

4.0.    Refer to HSTM 8.5.0 Retention of Health Records for guidance on use of Arizona Department of Library, Archives and Public Records.

162

|  | Continuous Progress Notes (SOAP) | OPR:<br>Medical Record Program Manager / Counseling and Treatment Services |
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 1.3. | Supercedes:<br>HSTM 5.1.3. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**      DEPARTMENT ORDER 1104
                     NCCHC STANDARD P-H-01

**PURPOSE:**  To assure that documentation contained in the Continuous Progress Notes section of the medical record are made in a consistent and uniform manner throughout the ADC and that they meet requirements of the legal document which is the medical record.

**RESPONSIBILITY:**  The accuracy of the information of the Medical Record is the responsibility of all professionals who are authorized to write in the medical record.  Each individual making an entry must reference and conform to HSTM policy.

**PROCEDURES:**   Documentation of all encounters with the inmate is vital.  The inmate health record is no less important than a similar health care record in the private sector.  Department Order 1104 provides primary guidance regarding the Health Record.

1.0.     Delineation of who may make entries in the continuous progress notes.
1.1.     Only specified members of the Health Services staff may make entries in the Continuous Progress Notes of an inmate's medical record. These include, but are not limited to:
Health Providers, i.e. Physicians, Mid Level Medical Care Providers, Health Educators, Dentists, Psychiatrists,  Psychologists, Psychology Associates, Nursing staff, Dental Technicians, X-ray staff, Laboratory staff, Medical record staff, Pharmacists, and Facility Health Administrators.

2.0.     Required format for the continuous progress note.
2.1.     All Continuous Progress Notes will be made in accordance with the following format or a functionally equivalent format
**S = Subjective-** Inmate's complaint and answers to direct questioning about the current illness, other systemic complaints, past medical history, family medical history, and social history..
**O = Objective-** Pertinent findings in the physical exam, including vital signs, radiological imaging studies, and laboratory data. Vital signs and other important ongoing Objective and Assessment information may be recorded on the Monitored Condition Flow Sheet (the uppermost document in section 1 of the medical record) rather than in the Continuous Progress

163

ADC010810

Notes when appropriate. This information does not have to be duplicated in the progress notes since it is readily available in a parallel dated note. Likewise, for inmates with chronic disease(s) that are being monitored -- important ongoing laboratory data may be tracked apart from the progress note on the Monitored Condition Lab Tracking Flow Sheet in section 1 of the medical record

**A = Assessment**- Provider's diagnosis or differential diagnosis. A nursing assessment.
**P = Plan**- The advice given, treatment provided or diagnostic/treatment plan developed based upon the assessment. Specific directions provided to the inmate. An inmate's treatment or management plan for a monitored condition may be documented on a separate note in section 1 of the medical record under the Problem List.

3.0.  Progress notes will meet the following general criteria:
3.1. <u>General Guidance</u>
There must be no irrelevant, inappropriate, or personal, statements included in the entries. Errors are corrected as described below.
3.2. <u>Entries</u>
-       The documentation will be made the same day as the contact and completed at or as close to the actual time of the occurrence or encounter as possible.
-       Entries are chronological and continuous.
-       Should it become necessary to make an entry at a time subsequent to the occurrence or encounter (known as a Late Entry), the author will document the date and time of the entry and on the first line state: "Late Entry": On (actual date/time of the occurrence or encounter) the following occurred (and then proceed with the Progress Note).
-       Entries include the date (month/day/year) and time (24-hour, military style).
-       Entries should be made in black ink.  Blue ink is acceptable if the writing is dark enough to be copied.
-       "Whiteout®" or liquid paper is never to be used on, nor is obscuring an original entry ever to be performed on an official document within the medical record.
3.3. <u>Format</u>
-    All entries will be made within the margins of the Progress Note or no closer than ½ inch from the edge of the page when the progress note is being entered on other approved forms for progress note documentation.
-    When a medication is being reordered, changed or ordered for the first time, the printout known as the CIPS doctor's order may be used to document this both as the order in the continuous progress notes and be FAXed to the pharmacy or copied and delivered to the pharmacy as the prescription for these medications. (See HSTM 4.1.1 also)
-       This same CIPS doctor's order form may be used, when appropriate, to document the entire Continuous Progress Note.- No more than one line will be left between entries.
-       If an entry is of sufficient length to extend from one page to another, the last line on the first page will be annotated **"Continued" and signed and stamped by the author**. The second page entry will begin with the date and time (military time) and "Continued", and proceed with the note.
-       Entries will be legible. Handwritten entries must be legible and clear and can be either in cursive or print style.
-       If an entry does not continue to the end of the current page, but the author elects to make an entry on a new page, the author will draw several diagonal lines from the last line of the entry

ADC010811

to the bottom of the page, thus preventing subsequent entries being made out of sequence to the actual time frames.
-        The note includes complete identifying information on it.

3.4. Identification
-        Entries are signed underneath the entries.
-        The complete signature (as found in legal documents) and initials of the author's professional title are required.
-        The author's name stamp is required.
-        If the author does not have a name stamp, then, the author will print his name and title under the signature.


4.0. Corrections.
4.1. Should it be necessary to make a correction to an entry, if the error is not lengthy in nature, the author must:
-        Draw a single line through the incorrect entry (original entry must be visible and legible);
-        write "an error" above or beside the incorrect entry;
-        make the correct entry; initial the correction and entry.
4.2. Should it be necessary to make a correction to an entry which is lengthy in nature;
-        the author must either draw a single line through the entire original entry, or draw a large "X" over the original entry (original entry must be visible and legible)
-        write the word "Error" diagonally across the entry;
-        make the correct entry;
-        initial the corrected entry
4.3. At no time is it acceptable to obliterate the original entry either by use of chemical White Out ® liquid, or correction tape, or by overwriting, or by crossing out the entry that the original cannot be read.
4.4. At no time is it acceptable to remove any entry which has been placed in a medical record, either individual entries or whole pages which then are re-written to exclude the original entry.

ADC010812

| | Treatment Plans | OPR:<br>Medical Program Manager /<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 1.4. | Supersedes: HSTM 5.1.4.<br>June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**　　ARIZONA REVISED STATUTES 36-201.01 (G)
　　　　　　　　　　DEPARTMENT ORDER 1101
　　　　　　　　　　NCCHC STANDARD:  P-G-01

**PURPOSE:**  To insure that inmates with chronic conditions or conditions that require regular visits receive ongoing multidisciplinary care.

**RESPONSIBILITY:**  It is the responsibility of the health care provider to develop an individualized treatment plan at the time of diagnosis.  It is the responsibility of the Medical Records Librarians to provide data regarding tracked conditions to provider staff for performance of required health care.

1.0.　　<u>Identification at Reception</u> of inmates requiring ongoing care.
1.1.　　Reception personnel will complete the screening process immediately upon arrival to the facility to include a medical history.  A physical examination  will be done within the first seven days after arrival of the inmate.  Screening tests for tuberculosis (PPD) must be completed.  Immediate health care needs must be identified and addressed.  All chronic conditions and conditions that require ongoing care are to be identified on the problem list.
1.2.　　Mental Health will complete initial evaluations and assign needs scores in accordance with their policies.

2.0.　　<u>Periodic examinations</u>
2.1.　　All inmates over 55 years of age will be offered an annual physical examination.
2.2.　　All inmates with chronic conditions or other monitored conditions will have an annual physical.
2.3.　　Inmates with chronic or monitored conditions will be examined at least every six months.  Diabetic inmates will be seen at least once a quarter.  A treatment plan must be documented.

3.0.　　Inmates who have been identified with chronic or monitored conditions will have a <u>treatment plan </u>that includes:
-　　　　Frequency of follow-up examinations.

ADC010813

-     Type and frequency of diagnostic testing.
-     Therapeutic medications and modalities.
-     Patient education given.

4.0.     Every inmate will have a <u>Problem List</u> which is used by the provider to:
-     Record all chronic conditions.
-     List special care needs required due to altered mental states.
-     Identify those patients having physical impairments such as:  Loss of hearing or sight;
Mobility issues; ADA accommodations needed; Positive PPDs and treatment completed date.
-     Record provider determined changes to status

4.1     The provider is responsible for the accuracy and updating of this form.

4.2.     Problems shall be numbered on the left margin as they are entered.  The numbering
system is to be used to aid in referring to individual problems when documenting a visit.
When/if a problem listed is resolved; the provider will make an entry indication resolution of the
issue.  That entry will be dated and initialed by the provider.  The problem list will <u>not</u> be
renumbered.

4.3.     When a provider reviews the problem list the date of review will be entered in pencil and
initialed in pencil in the lower right corner of the form.

5.0     <u>Master List of chronic conditions</u>

5.1.     A data base of all chronic conditions will be maintained by Health Services in accordance
with this Manual and A.R.S. 36-201.01 (G), and Department Order 1101.

5.2     Medical records staff at each facility will provide a list (that has been derived from the
Monitored Care Database) of inmates needing follow-up care to the medical units.

5.3     Date of the next appointment for chronic clinics will noted on the inter-facility transfer
summary and on the appointment flow sheet in each medical record.

167

| | Nursing Assessment/Procedure Emergency Response Orders/Protocols | OPR: Nursing Program Manager/ Medical Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: sr/jac |
| Health Services Technical Manual | HSTM Chapter 5 Section 1.5. | Supercedes: HSTM 5.1.5. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES**        NCCHC STANDARD P-E-11

**PURPOSE:** The purpose of the nursing assessment protocols is to provide nursing with standardize nursing practices based on nursing statutes and regulations to deliver quality nursing care to the inmate population.

**RESPONSIBILITY**: It is the responsibility of the CRNSII to ensure that all licensed nurses are trained in providing emergency nursing care, health maintenance and prevention to the patient who is in need of these services. The FHAs is responsible to ensure compliance occurs within their facility.

**1.0.    Nursing assessment/procedure/EROs protocol:**    The nursing assessment protocol is broken down into three parts and is contained in Appendix E to this technical manual:
        - The first part is the set of nursing emergency response orders (EROs) are for life-threatening emergencies only.
        - The second part is the set of nursing assessment/procedure protocols that provide guidelines in the health maintenance of the individual.
        - The third part is the set of protocols for the prevention of illness.

**1.1.    Emergency Response Orders:**  The Emergency Response Orders (EROs) are step-by-step written instructions from the provider on providing emergency acute care to a patient during life-threatening event.  The ERO assist the licensed nurse either by nursing assessment or triage to stabilize or maintain the patient until Emergency Medical Services (i.e., EMTs, Ambulance, or PMTs) have responded and/or the provider is contacted to provide further instructions.

**1.2.    Nursing assessment protocol**:  The nursing assessment protocol is divided into triage and assessment because a licensed practical nurse can only perform triage tasks and report the findings to a registered nurse or provider per the nursing scope of practice.  The nursing assessment provides step-by -step guidelines in the management of the patient. The protocol provides the guidance to the nurse in advising the patient what over the counter medication the inmate can utilize in the maintenance of basic illness/injury.

168

ADC010815

1.3.     **Illness prevention protocols:**   Illness prevention protocols for preventive health care maintenance by the licensed nurse. Prevention would be immunizations, allergies, heartburn and so forth.

**2.0.     Nursing Assessment/Procedures protocol, including ERO annual compliance and maintenance:**

2.1.     The areas of the Nursing Assessment/Procedure/EROs Protocol will be reviewed and signed annually by the Medical Program Manager, Nursing Program Manager, Division Administrator, Lead Physician, FHAs, and CRNSII at the assigned facilities.

2.2.     Annual training in regards to the protocol will occur with all licensed nurses.  The CRNSII and FHAs are responsible for ensuring training occurs annually.

2.3.     All health units will have the Nursing Assessment/Procedure manual available to them. Original manual will be kept in the FHAs office.

2.4.     Yearly renewal of signatures annotating review of the documents will be the responsibility of Central Office and the FHAs. The updated signature sheet will be kept in original manual.

**3.0.     Training requirements of Nursing Assessment protocol:**

3.1.     Return demonstration of skills and knowledge in regards to the Nursing Assessment/Procedures, Emergency Response Orders will be performed annually. The FHAs and CRNSII are responsible for ensuring this occurs in each facility.

3.2.     Annual documentation is required to demonstrate the licensed nurse can perform the skills expected. A copy of the documentation must be sent to the Nurse Program Manager.

3.3.     When new or revised assessments/ procedures/ERO are introduced it is the CRNSII responsibility to introduce them during the nurses meeting.

ADC010816

| | Receiving Screening and Delineation of Duties During Intake/Return to Custody | OPR: Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: ds/dc |
| Health Services Technical Manual | HSTM Chapter 5 Section 2.0. | Supercedes: HSTM 5.2.0. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**  NCCHC STANDARD P-E-01
NCCHC STANDARD P-E-02
NCCHC STANDARD P-E-05
NCCHC STANDARD P-E-06
NCCHC STANDARD P-G-06

**PURPOSE:**  To establish the requirements for receiving screening of all incoming inmates immediately upon their arrival in the Reception Center and upon return to custody at other facilities.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator and Key Contact Staff, to guarantee compliance with this Procedure.  Designated nursing staff from the psychiatric units shall complete the receiving screening after normal business hours.

**NEW INTAKE PROCEDURE:**
1.0.     Receiving screening takes place immediately upon arrival for all inmates.  Designated nursing staff from the psychiatric units shall complete the receiving screening after normal business hours.
1.1.     Inmates who present with a possible life-threatening condition are immediately referred for care.  After normal business hours, the nurse shall contact the provider on the Urgent Notification List for orders to send the inmate to the emergency room per existing post order procedures.
1.2.     Medical Records staff shall assure that a medical record is established for each reception inmate (including Parole Violators); Clear inmates for movement as all processes are completed;
1.3.     The following exceptions are allowed to transfer inmates prior to the completion of all reception processes: DI67; Death Row or Life Imprisonment Sentences; and Security Threat Group (STG) inmates.

2.0.     Facility Health administrator and Key Contact staff will ensure that the complex establishes a method for distributing information about the availability of, and access to, health care services to inmates upon their arrival at the facility.

170

2.1.    The primary elements include signs regarding how to access health care are posted in the intake/processing area of each facility, within 12 hours of their arrival, inmates are given written information (written information may be in the form of a facility handbook either by health services staff or operations staff a handout or postings in inmate housing areas) about how to access emergency and routine medical, mental health and dental services including instruction to the inmate regarding the purpose, use and preparation and "Drop Box" for the HNR form; the fee for service program; the grievance process for health-related complaints; special procedures, such as interpreters, are available to ensure that inmates who have difficulty communicating understand how to access health services; instructions are to be available in written form in English and Spanish, and provided verbally for all inmates during intake; and video presentations may support an initial and follow-up to the Orientation Program.

3.0.    Nursing staff shall review the intake record within 12 hours of the arrival of the inmate on the complex.  This is required so that professional nursing staff can focus on making sure that medications and emergent/urgent needs are met in a timely manner.

3.1.    Reception Center Screening form including observations of the inmate's appearance (e.g., sweating, tremors, anxious, disheveled) and the inmate's behavior (e.g., disorderly, appropriately, insensible).  This includes a mental status assessment of altered orientation potentially due to ingestion of drugs and/or alcohol.  The form requires observation of state of consciousness (e.g., alert, responsive, lethargic), ease of movement (e.g., body deformities, gait), breathing (e.g., persistent cough, hyperventilation); and skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos, and needle marks or other indications of drug abuse).  It also includes the requirement for an assessment for communicable conditions including scalp for head lice and skin for scabies.

3.2.    Perform a nursing dental screening (visual inspection of the mouth) and referral to a dentist as appropriate.

3.3.    Complete a Medical History questionnaire.

3.4.    Perform a nursing physical Exam (top part of form including Blood pressure, pulse, respiration and temperature), Snellen eye exam, and urinalysis (complete urine dipstick);

3.5.    Completion of TB Symptomatology Checklist (Administration of PPD skin test to be read at 48 to 72 hours);

3.6.    Notice of Right to Request Limitation of Extraordinary Life Support; wherein the inmate will acknowledge receipt of this orientation by signing at the bottom of the printed material (Form 1101-2P).  Inmates will be advised that they may, at any time, implement a Do Not Resuscitate declaration by submitting an inmate letter to their Correctional Officer III or the FHA.  They will further be advised that if they wish to make such a declaration, they will meet with the physician and, if deemed necessary, will meet with a psychiatrist.

3.7.    Insure that information on access to health care is provided to the inmate and documented on the screening form.

3.8.    Transfer Summary/Continuity of Care

3.9.    When clinically indicated, there is an immediate referral to an appropriate health care service with the referral being noted on the receiving screening form.  Immediate health needs are identified and addressed, and potentially infectious inmates are isolated.   Inmates with "special needs" will be identified upon intake and individually oriented regarding access to non-emergency health care services.

171

ADC010818

3.10. The disposition of the inmate (e.g., immediate referral to a hospital, placed in general population) is indicated on the receiving screening form.

3.11. Receiving screening forms are dated and timed immediately upon completion and include the signature and title of the person completing the form.

4.0. The Medical Provider shall complete a physical examination of the inmate by day seven of the inmate's arrival at the intake facility, write orders for routine labs, and others as appropriate and order chest, or other, x-rays as necessary.

4.1. All arriving inmates must receive the PPD-Mantoux test at the reception center. The dispensed PPD skin test must be read between 48 to 72 hours following administration. Note that at Perryville intake, PPDs are administered to all inmates unless the JMS database verifies that a PPD was administered and the results were read along w/ the measurements of the reaction site. If the administered PPD test is inconclusive upon reading, order a repeat PPD in 7 to 12 days. If indicated, the inmate may be transferred prior to the completion of the repeat PPD and the Transfer Summary should note that a repeat PPD is required.

4.2. Continue documented transitional medications for 28 days (or up to 42 days for MH transitional medications);

4.3. Enter a medical score on the Physical Exam form, the Reception Center Checklist and the Problem List.

4.4. The disposition of the inmate (e.g., immediate referral to a hospital, placed in general population) is indicated on the receiving screening form. Receiving screening forms are dated and timed immediately upon completion and include the signature and title of the person completing the form.

5.0. Dental staff shall complete a Panorex x-ray of all inmates if not completed within the past year; provide instruction on oral hygiene and document this in the health record; and complete an initial dental exam for any inmate remaining at the Reception Center for over 20 days.

6.0. Lab staff shall immediately collect routine labs and document the collection on the Medical Work Up form for all reception inmates (including parole violators); and, if designated by local policy, collect buccal swab DNA specimens on all inmates on the Daily DNA batch List and enter collection date in AIMS.

7.0. Mental Health staff have been directed to complete the 14-Day Mental Health Assessment and refer inmates to providers in accordance with current Counseling and Treatment Services policy. Health Services Division Staff will provide any necessary medical or dental health assistance to support the patient's physical health needs.

**RETURN TO CUSTODY/NON-INTAKE LOCATION PROCEDURE:**

8.0. All receiving screening directed in paragraphs 1.0. through 7.0 above shall be completed with the following modifications or additional guidance:

8.1. Parole Violators must also be screened by nursing staff, especially if they arrive after normal business hours. Note that at non-reception complexes, psychiatric personnel will be informed to conduct the mental health screening the following business day as designated by local post order.

ADC010819

8.2.    Facility Health administrator and Key Contact staff will ensure that the complex distributes complex specific information about the availability of, and access to, health care services to inmates upon their arrival at the facility; including all elements in 2.1. above.

8.3.    All laboratory or diagnostic testing shall be provided in accordance with paragraph 4.0 above, with the following additional guidance:

-       PPD is not required for those inmates who are returning to custody and are <u>documented</u> to have had, within 10 months, a PPD administered and the results were read along with the measurements of the reaction site.

-       PAP is not required for those inmates who are returning to custody and are <u>documented</u> to have had, within one year, a PAP administered and the results were negative.

-       Routine intake labs are not required for those inmates who are returning to custody and are documented to have been in ADC custody within 90 days of the return to custody.

173

| | Intake Assessment and Screening for Non-Reception Centers | OPR:<br>Medical Program Manager &<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: tj/jac |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 2.1. | Supercedes:<br>HSTM 5.2.1.   June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**        NCCHC STANDARD P-E-01
                       NCCHC STANDARD P-E-02

**PURPOSE:**   To establish the requirements for assessing the status and immediate clinical needs of newly incarcerated inmates arriving at non-Reception Centers.  This policy is provided as an adjunct to HSTM Chapter 5 Section 2.0.   Its purpose is to guide the initial assessment of inmates who have not been previously processed or screened by the Arizona Department of Corrections.

**RESPONSIBILITY:**   It is the responsibility of the Department of Corrections to evaluate all inmates being placed under control of the Department through other than normal channels (i.e., not as a result of Return to Custody nor through intake centers such as Phoenix or Perryville).  It is the responsibility of the Facility Health Administrator and Key Contact Staff, to guarantee compliance with this procedure.

**PROCEDURE:**
1.0.     Inmates may arrive at any facility at any time of the day or night, via a planned or unplanned transportation.  Receiving screening must take place immediately upon arrival for all inmates.
1.1.     The Facility Health Administrator and Warden of all non-Reception Center complexes shall develop local policy to ensure that the Health Services facility is informed when a newly incarcerated inmate arrives at the complex for temporary staging, intra-transportation delays, or other purposes.
1.2.     This policy is not meant to replace the requirements for long term and in depth assessments and inmate education.

2.0.     The local policy shall provide the following minimum elements:
2.1.     Nursing staff perform a face-to-face interview and assessment of the inmate within the same shift that the inmate arrived; and
2.2.     Inmates who present with a possible life-threatening condition are immediately referred for care, following existing policies for after normal business hours referrals; and

174

2.3.    Inmates who present with possible communicable diseases are immediately referred for clinical decision, following existing policies for after normal business hours referrals; and

2.4.    Inmates who present with possible severe psychiatric or mental health issues are immediately referred to designated psychiatric personnel.

2.5.    Any clinical decisions to hold, treat, or transfer inmates will be made by a provider and fully documented on a Medical Progress Record form.

3.0.    The assessment documentation shall include

3.1.    Observations of the inmate's appearance (e.g., sweating, tremors, anxious, disheveled) and the inmate's behavior (e.g., disorderly, appropriately, insensible).  This includes a mental status assessment of altered orientation potentially due to ingestion of drugs and/or alcohol. Observation of state of consciousness (e.g., alert, responsive, lethargic), ease of movement (e.g., body deformities, gait), breathing (e.g., persistent cough, hyperventilation); and skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos, and needle marks or other indications of drug abuse).  It also includes the requirement for an assessment for communicable conditions including scalp for head lice and skin for scabies.

3.2.    TB Symptomology checklist

3.3.    Transfer Summary/Continuity of Care


4.0.    The following Reception Center or Return to Custody requirements not required at this screening.  While not required, should the assessing staff member deem the item necessary to produce a complete picture of the patient, their conduct is not prohibited:

4.1.    A nursing dental screening.

4.2.    A Medical History.

4.3.    Snellen eye exam

4.4.    Urinalysis (complete urine dipstick);

4.5.    Administration of PPD skin test to be read at 48 to 72 hours.

175

ADC010822

| | Non-Emergency Health Issues | OPR: Medical Program Manager & Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: gg |
| Health Services Technical Manual | HSTM Chapter 5 Section 3.0. | Supersedes: HSTM 5.3.0. dtd June 15, 2008 Effective: January 1, 2010 |

**REFERENCES:**     Arizona Revised Statutes. 31-201.01.
NCCHC STANDARD P-A-01
NCCHC STANDARD P-E-01
NCCHC STANDARD P-E-04
NCCHC STANDARD P-E-07
NCCHC STANDARD P-G-01

**PURPOSE:**   To provide general description of the responsibilities for providing periodic health care to those in the inmate-patient population who do not require emergent attention.

**RESPONSIBILITY:**  It is the responsibility of the FHA to ensure that healthcare is provided in a timely fashion.  It is the responsibility of the Operations staff to ensure that inmates are not impeded in their efforts to access healthcare services.

**1.0**  Non-emergency Health Needs:
1.1. Non-emergency service requests are generated by a Health Needs Request.  Also, services may be provided on a routine scheduled basis for an identified Chronic Care condition.
1.2.  Sick Call and appointment treatment and care must comply with the plan of care response entered into section IV of the HNR.

**2.0.**  Medical and Mid-Level Provider Line
2.1.  When treating inmates during scheduled appointments with Health Care Professionals, more than one medical issue or complaint may be addressed as found to be clinically necessary in accordance with the determination of the provider.
2.2. Chronic Condition/Chronic disease is an illness or condition that affects an individual's well-being for an extended interval, and generally is not curable, but can be managed to provide optimum functioning within any limitations the condition imposes on the individual.
a.  Inmates with a designated Chronic Condition as defined in DO 1101,

176

ADC010823

(e.g., Diabetes, Hypertension, Cardiac Disease, TB/positive PPD, COPD/Asthma, Seizure, HIV/AIDs, or Cancer) will be scheduled routinely 3 to 12 months based upon current guidelines and health status for a chronic condition evaluation.

3.0. Nurses' Line
3.1. Nurses' Line will be held for follow-up encounters as ordered by the Provider as well as routine services such as annual TB testing, vital sign checks, educational services, and wound care.
3.2.    Nurses line will not be canceled except for security reasons. When canceled or disrupted for security reasons, the Nursing staff will immediately review scheduled inmates main complaint. If determined that delay would jeopardize the health of specific inmates, the supervising CRNS shall coordinate with the Major of Security/Shift Commander to arrange to examine and treat the inmate(s) if at all possible within the bounds of safety.

4.0  Periodic Medical Appointments
4.1. Nursing staff have the responsibility to schedule a. routine follow-up; and Chronic Care visits for the inmate population; and routine lab work; and physical exams in accordance with current policies.

5.0.  Physical Examinations:
5.1. Chronic Condition: The unit provider is responsible to ensure that physical examinations are conducted on inmates who have been identified and documented as having a chronic condition (as defined by Department Order 1101) at their scheduled chronic condition clinic appointment with the medical provider.  The senior nursing staff member on each unit will ensure that these inmates are scheduled to receive an annual physical at their scheduled appointment with the medical provider.

5.2. Inmates 55 years of age or older: the senior nursing staff member on each unit will schedule inmates who are 55 years of age or older to have an annual physical examination by a medical provider. Those inmates who are 55 years of age and older shall be identified via computer print-out obtained from Medical Records personnel for yearly Physical Examination.

5.3. Inmates under 55 years of age without a chronic condition: inmates will be scheduled for a physical examination following submission of an HNR. This visit will require charging of the authorized co-pay amount in accordance with Department Orders.

6.0.    Special Physical Examinations:
6.1    Inmates who have been identified to be assigned as Food Service/Kitchen Workers must be medically cleared prior to assignment to the position in accordance with specifications of the Food Service Technical Manual. Known HIV positive inmates shall not be cleared for assignment to a kitchen.  Food Service staff/inmate workers with any contagious illnesses are not to be allowed to work in any capacity that may present a health threat to the food service operation and that hygienic food-handling practices are followed. All cleared inmates are considered cleared for kitchen duty as they move from complex to complex unless a medical entry has been made in the AIMS database.

177

ADC010824

6.2.     These inmates will be identified to the unit's medical staff by the WIPP or CO III. Health Services staff shall review the medical record (or perform a physical examination if the record indicates a need for a face to face evaluation) to ensure there is no danger posed by the inmate's performance of the assigned duty.

ADC010825

| | Routine Appointments (Request) | OPR: Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: gg |
| Health Services Technical Manual | HSTM Chapter 5 Section 3.1. | Supercedes: HSTM 5.3.1. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES**:     DEPARTMENT ORDER 1101
                    NCCHC STANDARD P-E-07

**PURPOSE:**  To assure that all inmates have the opportunity to request health care services on a daily basis and to be seen in an appropriate timeframe by the most appropriate qualified health care professional consistent with the inmate's identified medical needs.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator through the Key Contact Nurse to maintain the system and flow of Health Needs Requests by inmates.  This includes the provision for collecting, triaging, distributing and making appointments for the inmate, and to document the disposition of each request.

1.0  General Policy
1.1.  All inmates will access non-emergency health care by making an appointment.
1.2.     An appointment is made by completing a non-emergency Health Needs Request (HNR) Form 1101-10P.  The completed HNR is deposited in the appropriately labeled box.  Health staff will pick up HNRs daily from the appropriately labeled box.  Nursing will administratively triage the HNRs and schedule the inmate for an appointment.

2.0. Initiating Request for Non-emergency service
2.1.  The Health Needs Request (HNR form # 1101-10p and 1101-10ps) is the primary written document for an inmate to request non-emergency medical services.  The form is designed to enable the inmate to complete the form with little or no additional supervision or assistance.
2.2.  Security is responsible for maintaining a supply of these forms and assuring that every inmate on all yards and housing areas, including lockdowns, will have access to the forms.
2.3.  Inmates will complete the HNR form, remove and retain the goldenrod copy, and place the original (white), pink, and canary copies in the "Drop Box".   Any Health Services staff may collect the HNRs in accordance with local post orders. Staff will collect the HNRS by 2400 of each day.   Waivers to collection time may be granted by the Division Administrator and must be filed in the FHA's files.

179

ADC010826

2.4.  The form should be handled as a confidential correspondence between health services staff and the patient.  Security staff are not authorized to access or read completed HNRs.  The only exception is a properly designated Health Services Liaison Officer.

2.5.  Security, in consultation with Health Services, will assure that appropriate weather proof collection boxes are available for inmate's daily use either on the yards or in the housing areas of the open yards.  In the lockdowns areas, the collection of HNRs will be done in such a manner as to assure medical confidentiality for the inmate. There shall be coordination with complex Warden, to ensure that an HNR "Drop Box" is available.

2.6. On a daily basis, seven days per week Health Services staff (or authorized Liaison Officers) will pick up the HNRs from the collection boxes on the open yards

2.7. Inmates in a "Lock-down/lockup" status will be especially monitored to ensure that access to healthcare is not obstructed.

3.0   Triaging of HNRs by nursing professionals is performed to sort and classify the inmates' health requests to determine priority of need and the proper place for inmate care to be rendered.

3.1 Qualified health professionals with the most experience should be assigned to triage inmate requests.  Nursing staff will review each HNR within four hours following the time stamped as the receipt of the HNR. The date and time of collection by nursing will be indicated on the top right corner of the form.  HNRs must be picked up between 8 p.m. and 4 a.m. and must be triaged no later then 8 a.m.  Alternative schedules due to staffing or organizational requirements must be documented as an approved waiver for the complex.  HSTM Chapter 1 Section 4.0. provides direction on requesting a waiver of this type.

3.2. Following collection of all of the HNRs Nursing will sort them into disciplines, such as dental, mental health, nursing lines and provider lines.

3.3. HNRs that document or indicate the inmate may have or be suffering from a condition that requires immediate attention will be scheduled to be seen the same day that the HNR is received. If the situation requires that the inmate be seen by another discipline, the triaging nurse will initiate a telephone referral to the appropriate area.  The HNRs of other disciplines will be distributed on the same day for their action, as clinically appropriate.

3.3.  HNRs requesting only information may be returned to the inmate with the appropriate response without the need for making an appointment.

3.4.  If  HNR is unclear or lacks sufficient information to formulate a response, clearly state the reason for return in Section III and return the HNR form to the inmate via the inmate mail system.

4.0.     Scheduling: Following the guidance in 3.0. above, if the triaging nurse is able to acquire/provide/schedule an immediate response to the inmates needs (e.g., medications update, blanket, diet comment, review of lab/x-ray report, or creating an inmate communiqué), he/she should do so.  If the triaging nurse cannot either determine what the inmate needs or cannot provide what the inmate requests, the inmate should be seen within 24 hours.  If a weekend or holiday immediately follows the submission or receipt of the HNR, and it is clinically reasonable to do so, the appointment may be delayed up to 72 hours.

5.0.     At the discretion of the health services staff, and with consideration of time constraints and other inmates, at a given scheduled appointment more than one medical issue or complaint may be addressed or attended to.  Irrespective of the number of issues addressed only one co-pay

ADC010827

charge will be made for the single visit.

ADC010828

|  | Inmate Access to Appointment Locations | OPR:<br>Health Services Regional Operations Directors |
|---|---|---|
| Arizona Department of Corrections |  | Auth: gg |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 3.2. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**   DEPARTMENT ORDER 1101
                   NCCHC STANDARD P-A-09
                   NCCHC STANDARD P-E-10

**PURPOSE:**  To assure that inmates have unimpeded access to health care services and visits irrespective of their housing location, temporary placement, and/or security classification.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator to monitor and respond to any potential impediments of the inmate's access to care which includes Security's inability to bring inmates to health services.  It is the responsibility of the FHA to ensure that all clinical encounters are conducted in private and carried out in a manner designed to encourage the patient's subsequent use of health services.  The procedure of turning inmates out to medical appointments may vary depending upon the classification of the inmate, the level of custody on any given yard and/or whether or not the yard has open circulation vs. controlled movement of inmates.   In lockdown areas the traditional definition of escorting an inmate may apply. Alternatively, some medical services may be delivered in satellite locations closer to the inmate's housing unit.  It is the responsibility of all Health Services staff to comply with this policy and report all potential or observed barriers to inmate access to health care to the FHA.

## 1.0    On-Site Open Yard Escorting

1.1     Movement on an Open Yard can take the form of unescorted movement, group movement (such as to the Chow Hall, or insulin medication turnout) up to a more restricted controlled movement.  Medical and dental movements are based upon a pre-printed turn out list (Appointment Lists).  On yards that utilize the IPP system of computerized turnout scheduling, the Appointment Lists are incorporated into the IPP list daily by the Security IPP coordinator.

1.2.     Open yards allowing inmate unescorted supervision will permit the inmate to walk to their medical appointment based upon the pre-printed turnout sheet and/or appointment lists for the housing unit.  The supervision of the inmate would subsequently be assumed up by the Security Officer working in medical who is coordinating the appointment list turnout for the health unit.

ADC010829

1.3.    Yards with closed or supervised movement only will have a Security Officer accompany the inmate from their housing location, (or other location if they happen to be working or in school, etc.,) to the health unit for their appointment.  The inmate will be turned over to the Security Officer working in the health unit.

1.4.    Security will provide escorts for emergency "add-ons" to the Appointment Lists for such things as urgent dental care, special lab/blood draws, urgent medical follow up due to new medical diagnostic information requiring immediate attention, etc.  These types of turnouts would be requested by health services personnel following the original submission of the appointment lists on the prior day.

1.5.    If an inmate feels the medical need for an unscheduled appointment/visit to medical his request will be reviewed by the Shift Commander on the respective yard (in accordance with Department Order1101) , who will discuss with medical personnel the circumstances, issues and symptoms of the inmate making the request in order to determine the disposition of the inmate, i.e., "bring the inmate to medical on an emergency basis" or "have the inmate submit an HNR to be triaged with other requesting inmates in the routine manner.

2.0    On-Site Closed Yard/Lockdown Escorting
2.1.    On Level 5 yards and lockdown areas such as CDU's the inmate is most generally escorted by an officer to the health unit for medical attention.  Inmates will usually be restrained (shackled) according to the risk assigned by Security as they are escorted to the health unit and while in the health unit.  At the medical provider's request, alternate methods of restraining an inmate may be arranged with Security to permit the physical examination of the inmate and/or testing.  In all cases staff safety will be a major consideration.  Medical patient confidentiality will be maintained by requesting that the escorting officer distance himself from overhearing discussions with the inmate and medical personnel as far as possible.

2.2.    There are a number of parties requesting turnout of inmates to accomplish the mission of health services.  These may include nurse's line, doctor/provider lines, treatment lines for special monitoring of inmate vital signs, supervised exercises, eye exams, SVN treatments, lab blood drawing and x-ray turnouts, dental appointments, mental health appointments for both psychologists and psychiatrists, medical record chart reviews, etc.  Health Services will work with Security to minimize the number of escorts required on any given day by coordinating the variety of turnout requests to avoid conflicting scheduling as far as possible.  However, the provision of an appropriate number of escorts to provide inmate access to medical is ultimately the responsibility of Security and the Wardens.  This includes not only the day shift but the PM shift for Security if the patient volume for additional escorts is necessary.

2.3.    Several medical services may be delivered in satellite locations from the main health unit in these lockdown areas.  These may include administering PPD's, insulin injections and glucose monitoring, delivery and administration of "watch/swallow" medications, pre-scheduled injections, and delivery of KOP medications and personal eye glasses.  In these situations, Security will provide an escort of the inmates from their individual cells to the satellite treatment

183

ADC010830

area that provides a measure of security, medical confidentiality and convenience for both medical and security personnel.

## 3.0    Telemedicine Services

3.1.    Health Service provides Telemedicine Services on all of its major complexes to reduce the need for outside sendouts for medical attention, thus minimizing security issues and escort requirements.

3.2.    Telemedicine Services are prescheduled by medical specialty each month and need to occur on a timely basis as the Complexes are scheduled in a pre-determined rotation.  This makes it imperative that the inmates are brought to the central location for telemedicine clinics on a relatively tight time frame.

3.3.    Security will provide escorts and transportation from the various yards and housing locations to the health services unit and will maintain escort supervision over the inmate during the telemedicine appointments.

3.4.    Telemedicine Services will be pre-scheduled similar to offsite medical appointments to allow Security optimum notice to plan for escorting the inmates to their appointments.
It is up to Security to determine the staffing and assignment of Officers to do the escorting of inmates from the various housing locations and how to provide continuous escort supervision during the appointment.

3.5.    Telemedicine appointments will not be cancelled due to a lack of escorts, but will be referred to the appropriate Deputy Warden and/or Warden, if necessary, to assist in providing adequate escort personnel.


4.0.    Visual supervision of inmates by escorting officers will be maintained as much as possible while respecting the privacy issues of inmates during "sensitive physical examinations." Inmates in the maximum secured areas such the SMUs at Eyman and CB6 at Florence will have single inmate escorting to the health unit and the Officer will remain with the inmate unless turned over to the Officer(s) working in the health unit.

4.1.    Clinical encounters are interactions between inmates and health care providers that involve a treatment and/or exchange of confidential information.  To the maximum extent possible, within the structure of safety and security, clinical encounters are conducted in private, without being observed or overheard by security personnel.

4.2.    Privacy is made more difficult when triaging health complaints at the inmate's cell, in segregated housing, or in a lockdown setting.  When cellside triage is required, health professionals should take extra precautions to promote private communication between health staff and the patient.

4.3.    When safety is a concern and full visual privacy cannot be afforded, privacy screens may be used.

4.4.    Security personnel are to be personally present (in the same room) only if the patient poses a risk to the safety of the health care provider or others.

184

|   Arizona Department of Corrections | Routine Appointments (Recording) | OPR: Health Services/ Medical Records Program Manager  Auth: cp |
|---|---|---|
| Health Services Technical Manual | HSTM Chapter 5 Section 4.0. | Supersedes: HSTM 5.4.0. June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES**:    NCCHC STANDARD P-E-07
                              NCCHC STANDARD P-A-01
                              NCCHC STANDARD P-E-12

**PURPOSE:** To ensure that pending appointment information is transferred from the sending facility to the receiving facility for the following disciplines: medical, nursing, medical records, health education and supportive services.

**RESPONSIBILITY:**  It is the responsibility of the Correctional Registered Nurse Supervisor II (CRNS II) to monitor the correctional nursing staff for compliance with this written directive.  In addition, the CRNS II shall provide, as indicated, the necessary in-service training to accomplish this process in an accurate and timely manner.  Management and supervisory staff shall ensure their respective disciplines comply with this written directive.

**PROCEDURE:**
1.0  Form #1101-69 Management:
1.1.     Inmates shall be scheduled for appointments as indicated by the specific discipline providing the required service or exam.  When scheduling inmates for appointments that require transfer to another facility within the Arizona Department of Corrections or to a non-ADC facility, Unit, or Jail; a Continuity of Care Form and CIPS medication profile must be completed and sent with the transferring inmate.  If a CIPS printout is not available, a copy of the most current MARs form should be forwarded.  Refer to HSTM 5. 5.0.
1.2.     Upon completion of the scheduled appointment any subsequent appointment that is scheduled shall be noted in the appropriate health unit appointment book.  The scheduled appointment shall be noted on the "Scheduled Appointment" form #1101-69.
1.3.     The form shall note:
         - Documentation Date/Today's Date
         - The date of the scheduled appointment
         - The appointment location;
         - The appointing discipline;
         - The indicating reason for the specific health care appointment.

185

ADC010832

1.4.     In the event that an appointment is to be scheduled and there are compelling reasons that in cannot be scheduled at the time of the initial appointment, columns as noted above shall be completed.  The author of the initial appointment or the staff member noting the order shall document in the progress note the reason for the postponement of the next scheduled appointment.

1.5.     When the determination has been made that the appointment is to be made; a member from the respective discipline shall place the appointment date in the unit appointment book and on the Scheduled Appointment form.

1.6.     Upon completion of the scheduled appointment the actual date the inmate was seen shall be noted in the "Date Seen" column.

1.7.     If the initial date of the scheduled appointment is changed the unit appointment book shall reflect the rescheduled date.  In addition "Rescheduled" shall be noted in the "Date Seen" column of the Scheduled Appointment form and a new and total entry shall be completed (see Example A).

2.0   On-site Radiology and Laboratory

2.1.     Upon noting the orders, the nursing staff member shall complete the Health Services Scheduled Appointments form with the known information.  The form shall note:
- Documentation Date/Today's Date
- Appointment prison location; where the event will take place
- Discipline, i.e. Laboratory
- The diagnostic reason for the lab or x-ray procedure shall be noted in the "Reason for Appointment" section.

2.2.     All prison laboratory and radiology reports shall be reviewed.  The reviewing medical provider shall note the date he/she has reviewed/seen the report on the scheduled appointment form in the "Date Seen" column.

3.0.   Specialty Consultation on or off prison complex.  Upon noting the orders that include a specialty consultation, the nursing staff member shall NOT add these consultation requests to the Scheduled Appointment form.  As indicated in ADC written directives, these requests for specialty consultations shall be forwarded to the Clinical Coordinator for processing.

3.1.     Upon notification of approval from the Medical Review Board (MRB) and/or scheduling of the actual appointment, the Clinical Coordinator shall notify the inmate's prison unit nurse.

3.2.     Upon notification of the inmate's pending appointment, the unit nurse shall complete all columns of the Health Services Scheduled Appointment form excluding the "Date Seen" column.

3.3.     All specialty consultation medical records are to be reviewed and noted upon receipt by the attending medical provider.  The receiving medical provider shall note the date he/she has received/seen the report on the Scheduled Appointment form in the "Date Seen" column.

4.0     The Scheduled Appointment form shall be maintained as the top document in section number one of the inmate medical record.

**Example A**
Arizona Department of Corrections

186

ADC010833

Health Services Scheduled Appointments

| Reference # | Documentation Date/Today's Date | Appt. Date | Appt. Location | Discipline | Reason for Appointment | Date Seen/Date Reviewed |
|---|---|---|---|---|---|---|
| 1.3 | 9-8-06 | 9-12-06 | South Unit | Nursing | Low back pain | 9-12-06 |
| 1.3 | 9-12-06 | 9-22-06 | South Unit | Medical | Low back pain | 9-22-06 |
| 1.4 | 9-22-06 | | South Unit | Medical | In-house referral LBP | |
| 2.2 | 10-5-06 | | Central Unit | Radiology | LBP | 10-12-06 |

187

ADC010834

| | Continuity of Care - Upon Transfer | OPR: Medical Program Manager & Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: dc/cp |
| Health Services Technical Manual | HSTM Chapter 5 Section 5.0. | Supercedes: HSTM 5.5.0. June  15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**          NCCHC STANDARD P-E-02
                        NCCHC STANDARD P-E-03
                        NCCHC STANDARD P-E-12

**PURPOSE:**  To provide guidance for ensuring the continuity of care upon transfer to another facility within the Arizona Department of Corrections or upon transfer to a non-ADC Facility, Unit or Jail.  This also provides guidance in the Reception of the Inmate.  The ensuring of continuity is directed through review of arriving inmate medical records by a qualified health staff member prior to transfer to another state ADC facility, contract facility, or out to court.  To ensure that the inmate medical records are reviewed upon arrival at the receiving facility and the inmate is interviewed by a receiving health services staff member.

**RESPONSIBILITY:**  It is the responsibility of the Correctional Registered Nurse Supervisor II to monitor that a correctional nurse completes a Continuity of Care Form prior to an inmate transfer; that the medical record is reviewed by a correctional nurse upon the inmate's arrival at the receiving facility; and the inmate is interviewed concerning the state of his/her health care and all related needs.

**GENERAL PROCEDURES:**  All inmates shall have their needs communicated from the sending facility to the receiving facility by the Continuity of Care Form and verbally at the time of transfer.
1.0.     **MEDICAL RECORDS TRANSFER PROCESS**.  Medical record staff or in their absence, other designated HSB staff shall, beginning at 1000 hours and continually throughout the day, check AIMS (DI-71) for listing of inmates scheduled to depart the facility for another ADC facility the following day.  Review the current medical record and the AIMS DT-08 for Medical Holds or Restrictions.
1.1.     If a Medical Hold or Restriction is in place, advise local Classification Office that a Medical Hold or Restriction exists and the inmate may not be transferred except as listed on DT 08.

188

1.2.     If no Hold or Restrictions exist, Medical Records staff must complete the inmate identifying information on a Transfer Summary/Continuity of Care form and affix it to the front of the medical record jacket.  Then give the medical record to the designated nursing staff for completion of the Transfer Summary/Continuity of Care form and return to medical record staff. If nursing staff has identified an impediment to the pending transfer, nursing staff shall notify of the impediment, medical record staff shall then notify facility Classification staff as soon as possible.

1.3.     When medical record (with completed Transfer Summary /Continuity of Care form) is received from nursing staff, medical record staff shall obtain all required documentation for inclusion in the medical record and place in the medical record jacket in the proper location as per Organization of ADC Medical Record. The staff shall then place the Transfer Summary/Continuity of Care form in the required location of the medical record jacket.  Then the staff shall designate the medical records as those pending transfer and keep them separate from other medical records in the medical record office or area.

1.4.     Sometime after 1500 hours medical record staff shall be advised by Classification staff that the transfer list is complete; at this time, medical record staff shall; Complete columns 4, 5, and 6 of the Inmate Chronological Movement Record on top of Section IV of the medical record jacket; Enter pertinent information for each transferring inmate (as listed below) in a Departure Log (NOTE: This may be either a manual or an electronic log).Transfer Date, ADC No., Inmate Name, Receiving Facility, M.R.Sent Today (Y/N), Date M.R. Sent (if after Transfer Date); Package all **volumes** of medical records of inmates who are to be transferred to the same facility in a sealed container clearly addressed to the receiving facility. For those facilities with more than one unit, each medical record shall be marked with a removable label indicating the unit inmate is to be transferred to; Deliver packaged medical records to designated location where Security and/or Transportation staff shall pick up the medical records of transferred inmates.

2.0.     The MRL II and FHA of each complex will develop a post order that describes methodology for regular health staff receipt and review of the Movement list.   These lists are reviewed to serve as a trigger and double check of departing inmates to ensure that all necessary clinical preparations are made to support continuity of care when an inmate transfers.  The post order will also ensure that incoming inmates (from other complexes or jails) are reviewed ensure that all necessary clinical responses are provided to support continuity of care when an inmate is received – specifically to ensure that ongoing care is continued and necessary care is initiated.

2.1.     No later than 0800 hours (Monday through Friday), obtain a copy of the Daily Movement Sheet supplied by the facility Inmate Record Office , which lists all inmates who were transferred from the facility within the past 24, hours. On Mondays or following legal holidays, this time period may be expanded from 24 to 72 hours.

2.2.     Check the names of the inmates listed on the Daily Movement Sheet against those listed on the Departure Log to ascertain that **all of the volumes** of the medical records for all transferred inmates were sent to the receiving facilities.

2.3.     If lists/log comparison demonstrates that medical record(s) were not sent, notify receiving facility.

3.0      **Sending Facility (Departing Inmates)**.   The MRL II will review the Movement list to ensure that all necessary clinical preparations are made to support continuity of care when an inmate transfers.

189

ADC010836

3.1.    The sending facility <u>nursing staff</u> are responsible to immediately, upon notification of an inmate's impending transfer, review the inmate's medical record; and complete the necessary information elements on the Continuity of Care Form prior to transfer.  The report must identify any existing chronic illness/disease; and/or any medication ordered which must be continued during transportation and after intake at the new facility.  They are also responsible to provide a copy of the inmate's Corrections Institution Pharmacy Software (CIPS) medication profile when transferring to a non-ADC facility.  The nursing staff shall also contact the Clinical Coordinator for referral appointment information to an off-facility medical or dental provider, or to a clinic/hospital for evaluation; a follow-up appointment needed by an onsite medical or dental provider; any special requirements which are to be documented under "Comments".

3.2.    If the inmate is being transferred to another unit and a diagnostic report has been received in the medical record but has not been reviewed and signed by the ordering provider:  The report is to be placed on top of the SOAP divider so the transferring unit can route the chart and report to the provider assigned to that unit so treatment can be rendered if necessary.

3.3.    Sending facility <u>medical records staff</u> are responsible to: place the Continuity of Care Form in Section 2 of the health record to remain as a permanent part of the record.

3.4.    The Medical Record Scheduled Appointment Form discussed in the "Outside Specialty Care Clinics" section and "Routine Appointments (Recording) section must be verified and provided to the receiving complex.  Review of the form will allow nursing staff to advise a need to cancel the movement or to inform the receiving complex of any pending care/treatment.

3.5.    The Facility Health Administrator (with the advice and assistance of the Medical Records Librarian, the Pharmacy Liaison, and the CRNS II) will develop complex post orders or policies to ensure that the appropriate staff also verify that all medical records and x-rays on file will accompany the inmate at the time of transfer and verify that all medication sheets and observed therapy (watch swallow) medications will accompany the inmate at the time of transfer.  This policy must ensure that any non-administered Keep on Person medications should accompany the inmate at time of transfer.  Note that a one week supply of prescription medications should accompany all inmates transferred to non-ADC private prisons.

3.6.    Medical record or in their absence, other designated IHSD staff shall beginning at 1000 hours and continually throughout the day, check AIMS (DI-71) for listing of inmates scheduled to depart the facility for another ADC facility the following day <u>and</u> review the current medical record and the AIMS DT-08 for Medical Holds or Restrictions.

-        If medical Hold or Restriction is in place, advise local Classification Office that a medical Hold or Restriction exists and the inmate may not be transferred except as listed on DT 08.

-        If no Hold or Restriction exists; complete the inmate identifying information on a Transfer Summary/Continuity of Care form and affix it to the front of the medical record jacket.

-        Give the medical record to the designated nursing staff for completion of the Transfer Summary/Continuity of Care form and return to medical record staff. If nursing staff has identified an impediment to the pending transfer, nursing staff shall notify of the impediment, medical record staff shall then notify facility Classification staff as soon as possible.

3.7.    When medical record with completed Transfer Summary /Continuity of Care form is received from nursing staff, medical record staff shall:

-        Obtain all required documentation for inclusion in the medical record and place in the medical record jacket in the proper location as per Organization of ADC Medical Record as outlined in Chapter 2 of this Technical Manual. Chronic Health Problem Card(From designated

190

Chronic Condition Tickler file box)Medication Sheets(From Medication books Nursing/Pharmacy)Laboratory, x-ray, Consultation and/or other reports

- Place Transfer Summary/Continuity of Care form on top of Section II of the medical record jacket affixed in prongs

- Designate the medical records as those pending transfer and keep them separate from other medical records in the medical record office or area.

3.8. After 1500 hours medical record staff shall be advised by Classification staff that the transfer list is complete, so far. (NOTE: Despite this notification, inmates subsequently may be added to the list by Classification.) At this time, medical record staff shall:

Complete columns 4, 5, and 6 of the Inmate Chronological Movement Record on top of Section IV of the medical record jacket. (**Date Transferred:, Transferred To:, Medical Records Cleared By: )**

- Enter pertinent information for each transferring inmate (as listed below) in a Departure Log (NOTE: This may be either a manual or an electronic log).Transfer Date, ADC No., Inmate Name, Receiving Facility, M.R. Sent Today (Y/N), Date M.R. Sent (if after Transfer Date)

- Package all volumes of medical records of inmates who are to be transferred to the same facility in a sealed container clearly addressed to the receiving facility.  For those facilities with more than one unit, each medical record shall be marked with a removable label indicating the unit inmate is to be transferred to.

- Deliver packaged medical records to designated location where Security and/or Transportation staff shall pick up the medical records of transferred inmates.

4.6. No later than 0800 hours (Monday through Friday), obtain a copy of the Daily Movement Sheet supplied by the facility Inmate Record Office , which lists all inmates who were transferred from the facility within the past 24, hours.   On Mondays or following legal holidays, this time period may be expanded from 24 to 72 hours.

- Check the names of the inmates listed on the Daily Movement Sheet against those listed on the Departure Log to ascertain that all of the volumes of the medical records for all transferred inmates were sent to the receiving facilities.  If lists/log comparison demonstrates that medical record(s) were not sent, notify receiving facility and proceed as described above.


4.0. **Receiving Facility. (Arriving Inmates)**   As above, the review of the Movement list will be performed to ensure that incoming inmates (from other complexes or jails) receive all necessary clinical responses to support continuity of care when an inmate.

4.1. Receiving facility nursing staff are responsible to perform a chart review within 12 hours upon arrival.  They must physically assess an inmate within twenty-four hours of his/her arrival at a permanently assigned facility.  The nursing staff will complete and sign the Initial Inter-facility Assessment Form and refer the inmate for appropriate emergency or routine health care service as determined by the chart review and assessment.  The nursing staff shall also complete a Medical Work-Up Form, including date and signature and verify that the inmate has all required medical equipment, medication and supplies.

4.2. The Medical Record Scheduled Appointment Form discussed in the "Outside Specialty Care Clinics" section and "Routine Appointments (Recording) section, must be reviewed to allow nursing staff to plan for any patient needs regarding pending care/treatment.


5.0. <u>Current Medical/Dental Orders</u>

ADC010838

5.1.     Receiving nursing services may continue an inmate's medication order up to ten working days in order to ensure continuity of care.

5.2.     A provider must renew required prescriptions within a ten working day period.  This interim provision in no way diminishes the obligation of the receiving institution to do intake assessments in a timely manner.

5.3.     Inmates who are received at a facility with a current provider order that has not been complete shall have that order completed at the soonest opportunity.

5.4.     Nursing staff at the receiving facility are authorized to accomplish testing properly ordered by an ASPC-Phoenix physician, nurse practitioner, or PA.

6.0.     Transfer Errors

6.1.     All errors relating to an inter-facility transfer must be communicated to the FHA at the time the error (inappropriate placement, inability for receiving complex to provide adequate care of the inmate's needs, etc.) has been identified.

6.2.     The FHA shall assume the responsibility for taking appropriate action as required by the specific event.

7.0.     Transfers under Immigration and Naturalization Service (INS) agreements.   Inmates are often being transferred from Douglas, Safford and Fort Grant to Tucson for release to INS.  Inmates housed at Kingman and Winslow are often transferred to Lewis for release to INS.

7.1.     The medical record will not be transferred to the new unit.  However, a Continuity of Care form must be done in order for nursing at the new unit to have medical information in case of an emergency.  The original Continuity of Care form must to stay in the chart.  A copy is to be sent in an envelope marked 'Medical Information:  inmate #, date of move, Tucson or Lewis transitory for INS release."  This C of C will be accompanied by the Discharge Medication.  These items will be turned over to the Immigration and Customs Enforcement Officers.

7.2.     In most cases, the inmate is released to INS the next day or within 2 days.  AIMS will need to be checked to ensure the release date is written on the Inmate Chronological Movement Record form.

7.3.     The record will then be processed with the other releases from your unit.

8.0.     Transfers to County custody.   Inmates are often being transferred to the various Arizona counties for court appointments or other legal actions.  Their absence may be as short as one day and as long as several years.  There is always a potential that these inmates may or may not return to ADC custody.  The continuity of care for these inmates places a special burden on the sending complex.

8.1.     FHAs will, under the guidance of the appropriate HSROD, remain in communication with the local county medical contact.   The goals include ensuring that Continuity of Care forms are received and utilized by receiving county staff; ensuring that ADC has accurate contact numbers, addresses, and fax numbers.

8.2.     FHAs shall create local post orders that describe:

- the method of communication with local OIU re: pending transfer to county and

- the method of reducing or eliminating missed appointments by communicating needed and pending ADC scheduled specialty appointments and

- describes the method of communication of a patient needs to a receiving county agency and

192

ADC010839

- describes the local method of monitoring returned inmates to reduce/eliminate the potential of missing necessary continuity of care requirements upon return from county custody.

ADC010840

| | Continuity of Care - Upon Transfer | OPR:<br>Medical Program Manager & Nursing Program Manager |
| --- | --- | --- |
| Arizona Department of Corrections | | Auth: dc/cp |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 5.0. | Supercedes:<br>Nursing Technical Manual, 1999, Dr. Robert Jones memo dated 02/15/2002<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**          NCCHC STANDARD P-E-02
                         NCCHC STANDARD P-E-03
                         NCCHC STANDARD P-E-12

**PURPOSE:**  To provide guidance for ensuring the continuity of care upon transfer to another facility within the Arizona Department of Corrections or upon transfer to a non-ADC Facility, Unit or Jail.  This also provides guidance in the Reception of the Inmate.  The ensuring of continuity is directed through review of arriving inmate medical records by a qualified health staff member prior to transfer to another state ADC facility, contract facility, or out to court.  To ensure that the inmate medical records are reviewed upon arrival at the receiving facility and the inmate is interviewed by a receiving health services staff member.

**RESPONSIBILITY:**  It is the responsibility of the Correctional Registered Nurse Supervisor II to monitor that a correctional nurse completes a Continuity of Care Form prior to an inmate transfer; that the medical record is reviewed by a correctional nurse upon the inmate's arrival at the receiving facility; and the inmate is interviewed concerning the state of his/her health care and all related needs.

**GENERAL PROCEDURES:**  All inmates shall have their needs communicated from the sending facility to the receiving facility by the Continuity of Care Form and verbally at the time of transfer.

1.0     **Sending Facility**.
1.1.     The sending facility <u>nursing staff</u> are responsible to immediately, upon notification of an inmate's impending transfer, review the inmate's medical record; and complete the following information on the Continuity of Care Form prior to transfer.  The form must identify any existing chronic illness/disease; and/or any medication ordered which must be continued during transportation and after intake at the new facility.  They are also responsible to provide a copy of

194

ADC010841

the inmate's Corrections Institution Pharmacy Software (CIPS) medication profile when transferring to a non-ADC facility.  The nursing staff shall also contact the Clinical Coordinator for referral appointment information to an off-facility medical or dental provider, or to a clinic/hospital for evaluation; a follow-up appointment needed by an onsite medical or dental provider; any special requirements which are to be documented under "Comments".

If the inmate is being transferred to another unit and a diagnostic report has been received in the medical record but has not been reviewed and signed by the ordering provider:  The report is to be placed on top of the SOAP divider so the transferring unit can route the chart and report to the provider assigned to that unit so treatment can be rendered if necessary.

1.2.    Sending facility medical records staff are responsible to: place the Continuity of Care Form in Section 2 of the health record to remain as a permanent part of the record.

1.3.    The Medical Record Scheduled Appointment Form discussed in the "Outside Specialty Care Clinics" section and "Routine Appointments (Recording) section, must be verified and provided to the receiving complex.  Review of the form will allow nursing staff to advise a need to cancel the movement or to inform the receiving complex of any pending care/treatment.

1.4.    The Facility Health Administrator (with the advice and assistance of the Medical Records Librarian, the Pharmacy Liaison, and the CRNS II) will develop complex post orders or policies to ensure that the appropriate staff also verify that all medical records and x-rays on file will accompany the inmate at the time of transfer and verify that all medication sheets and observed therapy (watch swallow) medications will accompany the inmate at the time of transfer.  This policy must ensure that any non-administered Keep on Person medications should accompany the inmate at time of transfer.  Note that a one week supply of prescription medications should accompany all inmates transferred to non-ADC private prisons.


2.0    **Receiving Facility**
2.1    Receiving facility nursing staff are responsible to perform a chart review upon arrival. They must assess an inmate within twenty-four hours of his/her arrival at a permanently assigned facility.  The nursing staff will complete and sign the Initial Inter-facility Assessment Form and refer the inmate for appropriate emergency or routine health care service as determined by the chart review and assessment.  The nursing staff shall also complete a Medical Work-Up Form, including date and signature and verify that the inmate has all required medical equipment, medication and supplies.
2.2.    The Medical Record Scheduled Appointment Form discussed in the "Outside Specialty Care Clinics" section and "Routine Appointments (Recording) section, must be reviewed to allow nursing staff to plan for any patient needs regarding pending care/treatment.

3.0.    Current Medical/Dental Orders
3.1.    Receiving nursing services may continue an inmate's medication order up to ten working days in order to ensure continuity of care.
3.2.    A provider must renew required prescriptions within a ten working day period.  This interim provision in no way diminishes the obligation of the receiving institution to do intake assessments in a timely manner.

195

ADC010842

3.3.    Inmates who are received at a facility with a current provider order that has not been complete shall have that order completed at the soonest opportunity.

3.4.    Nursing staff at the receiving facility are authorized to accomplish testing properly ordered by an ASPC-Phoenix physician, nurse practitioner, or PA.

3.0    Transfer Errors

3.1    All errors relating to an inter-facility transfer must be communicated to the FHA at the time the error (inappropriate placement, inability for receiving complex to provide adequate care of the inmate's needs, etc.) has been identified.

3.2.    The FHA shall assume the responsibility for taking appropriate action as required by the specific event.

ADC010843

| 

Arizona Department of Corrections | Chronic Condition Care | OPR:<br>Medical Records Program Manager & Medical Program Manager<br><br><br>Auth: cp |
|---|---|---|
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 5.1. | Supercedes:<br>HSTM 5.5.1. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:     ARIZONA REVISED STATUTES 31-201
                    DEPARTMENT ORDER 1101
                    NCCHC STANDARD P-G-02

**PURPOSE**:   To provide consistent criteria for providing care to special needs inmate-patients who are identified as having a chronic disease.

**RESPONSIBILITY:** It is the responsibility of the Arizona Department of Corrections Director to comply with the guidance of statute. The Director has established certain conditions as Chronic Conditions. These have been identified for legal and financial requirements and are not designed nor intended to serve as an exhaustive clinical listing of what may be considered clinically chronic.

**PROCEDURES:**
1.0     Chronic conditions require regular examinations and/or treatment.
1.1     Arizona Department of Corrections health care providers shall determine whether regular examinations and/or treatment are directly related to a qualifying disability. There is no health care fee for these conditions.
1.2.    The Medical Director and Medical Program Manager have established ADC chronic condition clinical practice guidelines that are consistent with selected national clinical practice guidelines that have been published by subject matter experts.   These are enclosed in Appendix E to this manual.   All providers are responsible to ensure that their diagnostic and treatment efforts remain in compliance with the clinical principles set forth in the guidelines.

197

ADC010844

2.0.     Chronic conditions are identified in Department Order 1101 as:
     ADA Qualified Inmates Requiring Regular Examinations and/or Treatment
     Allergies
     Cancer (monitored)
     Developmentally Disabled
     Diabetes (monitored)
     Heart Disease  (monitored)
     Hepatitis C
     Hypertension (monitored)
     Mental Illness.
     Mentally Impaired
     Latent Tuberculosis Infection (LTBI) (identified by a positive Purified Protein Derivative Test-PPD)
     Respiratory Disease (monitored)
     Seizure Disorder (monitored)
     Seriously Mentally Ill (SMI)
     Tuberculosis
     HIV (monitored)

3.0.     Chronic Condition Examinations
3.1.     The senior nursing staff member on each unit will ensure that inmates with chronic conditions are scheduled to be examined and/or treated at least every six months by a medical provider.
3.2.     Those inmates with identified chronic conditions shall receive an annual physical at their scheduled appointment with the medical provider.
3.3.     Currently scheduled encounters for inmates with Monitored or Chronic Conditions are documented in a progress note and a note on the Chronic Conditions Flow Sheet in section 1 of the medical record.

4.0.     The conditions identified above will be monitored in accordance with A.R.S. 36-201.01 (G), and Department Order 1101 via a centralized chronic diseases electronic tickler system.
4.1.     The Monitored Condition Database was converted from paper in 2004.  The procedures are described in HSTM Appendix E.   The monitored Condition Database provides the following capabilities:  Identification of inmates with Chronic Conditions; A mechanism for patient follow–up; and assists with re-ordering medications for inmates in a timely manner to treat their chronic conditions minimizing interruption or unnecessary delay.
4.3.     The process ensures that inmates receive medical attention on a regular basis. Reports are entered into a Centralized Database at Central Office Phoenix and reports are generated for monthly appointments.
4.4.     The goal with Health Services as we expand is to have each facility do their own input.
4.5.     Guidance will be provided by the Medical Records Program Manager for those clinics without database access and/or should there be an emergent need to replace the electronic system w/ a non-electric based form.

5.0      The Facility Health Administrator will ensure the existence and use of a chronic condition tracking system by which inmates who have been identified as having a chronic condition (identified above and Department Order 1101) can be scheduled regularly for various

ADC010845

examinations, evaluations and follow-up care.

6.0.    Private/contracted facilities and complexes are encouraged to discuss their administration and recording of the treatment of chronic conditions with the appropriate Health Services Regional Operations Director.   The ADC Director has defined the conditions listed in 2.0 above as Chronic Conditions as a response to the guidance contained in A.R.S. 31-201.01.(12) which states that "Inmates who are undergoing follow-up medical treatment for chronic diseases…." are exempt from the charging of health services fees.

ADC010846

| | SECURITY OF/ACCOUNTABILITY OF MEDICAL RECORDS | OPR: Medical Records Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM Chapter 5 Section 5.2. | Supercedes: Medical Record Technical Manual, June 15, 2008 Effective Date: January 1, 2010 |

**PURPOSE:**  To provide a system for tracking and locating medical records which have been removed from the numerical file shelving system.

**RESPONSIBILITY:**  The Medical Records staff shall ensure the security and accountability of medical charts.  When HSB staff is not present in the unit, the door shall be closed and locked. In case of emergency, security does have access to the room, and must sign out the record using a red plastic out guide/out card.

## 1.0 REMOVAL OF MEDICAL RECORDS FROM THE FILE
1.1 Authorized Personnel:
-       Only HSB staff may remove medical records from the file.
-       Medical records may not be removed from the health unit and/or health administration area without the express authorization/direction of the Facility Health Administrator OR Medical Records Program Manager OR the Division Administrator.
-       Staff may not make copies or utilize medical documents for personal use (i.e., response to lawsuit, development of anecdotal files, etc.)

1.2 Time Limit:
-       Medical Records must be returned to file within **three business days** of removal from the file.   If the medical record cannot be returned to file within this period, a revision must be made to the out guide/out card by the person who originally removed the medical record.

1.3 Requirement for out guide/out card:
-       An out guide or out card shall be inserted in place of every medical record which is removed from the file system, unless there is an appointment/provider list posted on the bulletin board (see 1.4.1)
-       Out guide/out card must contain the following information:  ADC number, Inmate: last and first name, Date of removal, Reason for removal, Location of medical record, Legible signature of health staff who removed the medical record from file.

ADC010847

-        The out guide used shall be red vinyl, comparable to Oxford, Style No. F21356 .

1.4 Removal of multiple medical records:
-        When numerous medical records are removed for the same purpose (e.g. - Dental appointment, Outside Review Committee meeting, etc.), a listing of the medical records removed shall be posted in the medical record file room.
-        List must contain the following: Date of removal, Purpose of removal, Location of the removed medical records, ADC numbers, Inmate: last and first name, Legible signature of staff person who removed the medical records.

1.5 Filing documents while medical records are out of file:
-        Any loose documents received for filing while the medical record is in "OUT" status from the file shall be placed in the pocket of the out guide/out card until such time as the medical record is returned to the file.

## 2.0    RETURN OF MEDICAL RECORDS TO FILE
2.1 Medical records must be returned to file within **three business days** of removal.
2.2 All medical records shall be returned to file by the discipline that removed it from the shelf. Records pulled for Dr.'s Line, Dental Line, Mental Health, Nurses Line will be filed by respected disciplines working in conjunction with medical record staff.
2.3.    At facilities having no medical record staff, the respected disciplines shall be responsible for re-filing of the medical records working in conjunction with the staff designated to perform the medical record functions.
2.4    As medical record is returned to file, out guide/out card is removed.
2.5.    Any documents found in the pocket of the out guide/out card are to be filed into the medical record jacket according to the format as in Organization of ADC Health Records.

## 3.0.    FOLLOW UP MONITORING AND TRACKING
3.1 At least once per week, medical record or other designated staff shall review each pending out guide/out card remaining in the file to determine those which are older than **three business days.**
3.2.    A listing shall be made of each record out of file longer than **three business days**.
3.3.    Staff who removed the medical record shall be advised they have a medical record that is overdue and must: Return the medical record(s) by end of current shift OR Revise the information on the out guide/out card AND notify the medical record or other designated staff of the change
3.4.    If action as outlined in 3.3. does not occur, the Key Contact medical record staff and the FHA, shall be notified.

ADC010848

| | Security of/Accountability for Health Records | OPR: Medical Records Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM Chapter 5 Section 5.2. | Supercedes: HSTM 5.5.2. June 15, 2008 Effective Date: January 1, 2010 |

REFERENCES:         NCCHC STANDARD P-H-04
                    NCCHC STANDARD P-H-03

**PURPOSE:**  To provide a system for tracking and locating medical records which have been removed from the numerical file shelving system.

**RESPONSIBILITY:**  The Medical Records staff shall ensure the security and accountability of medical charts.  When HSB staff is not present in the unit, the door shall be closed and locked. In case of emergency, security does have access to the room, and must sign out the record using a red plastic out guide/out card.

**1.0 REMOVAL OF MEDICAL RECORDS FROM THE FILE**

1.3 Authorized Personnel:
-         Only HSB staff may remove medical records from the file.
-         Medical records may not be removed from the health unit and/or health administration area without the express authorization/direction of the Facility Health Administrator OR Medical Records Program Manager OR the Division Administrator.
-         Staff may not make copies or utilize medical documents for personal use (i.e., response to lawsuit, development of anecdotal files, etc.)

1.4 Time Limit:
-         Medical Records must be returned to file within **three business days** of removal from the file.   If the medical record cannot be returned to file within this period, a revision must be made to the out guide/out card by the person who originally removed the medical record.

1.3 Requirement for out guide/out card:
-         An out guide or out card shall be inserted in place of every medical record which is removed from the file system, unless there is an appointment/provider list posted on the bulletin board (see 1.4.1)

ADC010849

-       Out guide/out card must contain the following information:  ADC number, Inmate: last and first name, Date of removal, Reason for removal, Location of medical record, Legible signature of health staff who removed the medical record from file.
-       The out guide used shall be red vinyl, comparable to Oxford, Style No. F21356 .

1.4 Removal of multiple medical records:
-       When numerous medical records are removed for the same purpose (e.g. - Dental appointment, Outside Review Committee meeting, etc.), a listing of the medical records removed shall be posted in the medical record file room.
-       List must contain the following: Date of removal, Purpose of removal, Location of the removed medical records, ADC numbers, Inmate: last and first name, Legible signature of staff person who removed the medical records.

1.5 Filing documents while medical records are out of file:
-       Any loose documents received for filing while the medical record is in "OUT" status from the file shall be placed in the pocket of the out guide/out card until such time as the medical record is returned to the file.

## 2.0     RETURN OF MEDICAL RECORDS TO FILE
2.1 Medical records must be returned to file within **three business days** of removal.
2.2 All medical records shall be returned to file by the discipline that removed it from the shelf. Records pulled for Dr.'s Line, Dental Line, Mental Health, Nurses Line will be filed by respected disciplines working in conjunction with medical record staff.
2.3.     At remote facilities having no medical record staff (i.e., Apache), the respective disciplines shall be responsible for re-filing of the medical records working in conjunction with the staff designated to perform the medical record functions.
2.4     As medical record is returned to file, out guide/out card is removed.
2.5.     Any documents found in the pocket of the out guide/out card are to be filed into the medical record jacket according to the format as in Organization of ADC Health Records.
2.6.     "Loose" document filing:
-       Each complex Medical Records Librarian II shall determine, with the Facility Health Administrator, the proper method of collecting and filing loose documents.
-       Generally, as with re-filing removed medical records, each discipline is responsible for filing their own loose documents following review by the designated health professional.
-       HNRs, diagnostic reports, consultation reports shall be reviewed in accordance with individual professional standards and policies and will be filed as designated in local post order.

## 3.0.     FOLLOW UP MONITORING AND TRACKING
3.1 At least once per week, medical record or other designated staff shall review each pending out guide/out card remaining in the file to determine those which are older than **three business days.**
3.2.     A listing shall be made of each record out of file longer than **three business days**.
3.3.     Staff who removed the medical record shall be advised they have a medical record that is overdue and must: Return the medical record(s) by end of current shift OR Revise the information on the out guide/out card AND notify the medical record or other designated staff of the change

203

3.4.     If action as outlined in 3.3. does not occur, the Key Contact medical record staff and the FHA, shall be notified.

ADC010851

|  | Organization of the Medical Record | OPR:<br>Medical Records Program Manager |
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 5.3. | Supercedes:<br>HSTM June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCE**:        NCCHC STANDARD P-H-01

**PURPOSE:**
To provide a uniform document in which a record of an inmate's health status, diagnosis(es), examination(s), evaluation(s), treatment(s) and response(s) to treatment(s) can be recorded and maintained.

**RESPONSIBILITY**: The uniformity of the Medical Record is the responsibility of the Medical Record staff.  The maintenance of that uniformity is the responsibility of all Health Staff accessing the Medical Record.


PROCEDURES:

1.0 ESTABLISHMENT OF THE ADC HEALTH RECORD
**1.1 Origination of Health Records: Upon arrival at any of the designated Reception Centers medical record staff shall originate the document which becomes the inmates' medical record.**
**-        Alhambra Reception & Treatment Center (ASPC-Phoenix-ARTC): Adult male**

**inmates**

**-        Lumley Reception & Assessment (ASPC-Perryville): All female inmates and female**

**minor inmates**

**-        Browning (ASPC-Eyman): Death Row male inmates**

205

-       **Rincon Minors Unit (ASPC-Tucson): Minor male inmates adjudicated by the court as adults.**

**1.2.    Organization of All ADC Medical Records Shall be:**

-       **Filed in** 4-part classification-type binders, **in standard letter size (81/2" X 11").**

-       **Only forms which have been approved as stipulated in Directors Instruction 14,** Forms Control, **may be used in the health record.**

-       **Contents of the health record must be organized as per the specified approved format.**

-       **The Medical Record Program Manager may change, or revise this organization as may be required by statute, regulation, Department Order or procedural changes.**

**1.3.    Inmate Identification Information:    The health record jacket shall contain the following information:**

-       In the upper right hand corner of the file jacket:

        -       **Inmate's full name (last name, first name)**

        -       **ADC Number (which becomes the health record file number),**

        -       **Information regarding any allergies the inmate may have (annotated in red on the Front of the file jacket).**

        -       **list "AKAs" to the left of the name label.**

**1.4.    The ADC Number adhered to the bottom edge of the back cover of the jacket. Inmate Numbers shall be in the specified color-coded bands**

ADC INMATE COLOR-CODED NUMERICAL BANDS

ADC010853

| 1- LT BLUE | 2-RED | 3- LT GREEN | 4-GRAY | 5-GOLD |
|---|---|---|---|---|
| 6-DK GREEN | 7-BLUE | 8-ORANGE | 9- BLACK | 0- YELLOW |

**1.5.** **Color-coded tabs indicating any specified Chronic Conditions which the inmate has been diagnosed as having. Color Code(s) for HIV+/AIDS shall be affixed to the inside front cover of the jacket, upper left hand corner**

**2.0.** **All forms contained in the health record must contain the following identifying information, and be filed in chronological order, with most current on top:**

**Inmate's full name, ADC Number,**

**Inmate's current location (Prison, Unit).**

3.0.   ORGANIZATION OF ADC MEDICAL RECORDS
*SECTION I*

- **Problem List (Problem list MUST be maintained and kept current with the medical providers making any additions, corrections, or deletions.  File the most current on top.  Health Provider: MD, DO, NP, PA, Dentist, Psychiatrist, Psychologist, Nursing may document on Problem List)**
- **Health Education HIV Tracking Form**
- **Health Education Diabetes Tracking Form**
- **Hepatitis B/C Contraindications Table**
- **Hepatitis B/C Screening Table**
- **Checklist for Hepatitis C treatment**

207

ADC010854

- **HCV Therapy Monitoring Log**
- **Currently does not qualify for Hepatitis C**
- **SMI Check list**
- **ADA Checklist (Functional Assessment)**
- **Chronic Condition Flow Sheets (Various Conditions)**
- **14-day Mental Health Assessment**

Index Tab Divider: Intake Data

- **Initial/Inter-Facility Assessment**
- **Physical Examination(s)**
- **Nursing Staff Assessment**
- **Reception Center Screening**
- **Medical History**

Index Tab Divider:  Health Education

- **Continuous Progress Notes**

Index Tab Divider: Pr(ior) Rec(ords)/Rel(ease) of Info(rmation)*

- **\*NOTE: Documents in this section are NOT part of the medical record !!**
- Previous MH records are removed from the medical record during offender review of the medical record and are never copied and released as part of the Medical Record unless the inmate specifically authorizes the release of Previous Records on "Authorization to Disclose Copies or Provide Information from Medical Records (form 1104-2).
- Inmates are allowed to review Previous Medical records and may release Previous Records.
- **Any medical documents obtained from medical facilities for health care received prior to ADC incarceration**
- **Authorizations to Obtain Copies of Medical Records from medical facilities (requests for records  etc.**
- **Transfer Summary/Continuity of Care (from County Jails)**

*SECTION II*

- **NOTE: Items listed shall appear only in cases involving death of an offender.**
- **Central Office Mortality Review Documents**
- **Autopsy Report/Medical Examiner's Report**
- **Facility Mortality Review Documents**
- **Significant Incident/Information Reports Related to Final Episode**

Index Tab Divider: Progress Notes

- **Appointment Log**
- **Continuous Progress Notes**
- **CIPS Profile**
- **Wound Documentation Flow Sheet**

ADC010855

- **Continuous Progress Record – Pharmacy**
- **Transfer Summary/Continuity of Care (for Inter-facility Transfers, Court Transfers) (Located within the Progress Notes in chronological order as they occur)**

Index Tab Divider: Consults/Flow Sheets

- **In-House Consultation Reports**
- **Consultation Reports**
- **IPC records (Florence & Tucson):**
  - o **Request for In-House Consultation (Mental Health)**
  - o **Emergency Room Records &/Or Inpatient Medical Records for Admission During incarceration**
- **NPO Instruction Sheets for Procedures (Barium Enema, UGI, Colonoscopy Prep, Thyroid scans, EGD, Outpatient surgery, dental)**
- **Optometry Patient Record/ Eye Glass Order**
- **Flow Sheets (Various Types)**
- **Observation Records (CDU)**
- **Vital Signs**

Index Tab Divider: Dental

- **Dental Chart**
- **Dental Chart - Continuation Sheet**
- **Dental Communique**
- **Dental Instructions**

*POCKET BETWEEN SECTIONS II & III*

**Dental Panoramic and bite-wing X-rays**

*SECTION III*

- **Medical Work-up/Follow-up (Pink Sheet)**
- **Immunization Record (Yellow)**

Index Tab Divider: Lab/x-ray/EKGs

- **Laboratory Report (Various)**

- **X-ray Request and Report**

- **Mammograms**

209

ADC010856

- **Other Imaging Reports (Scans, Ultrasounds, MRIs, etc.)**

- **Audiometric tests**

- **Pulmonary Function Testing**

- **EKG Reports**

- **Urinalysis Forms**

- **PPD Forms**

Index Tab Divider: Consents/Refusals

- **Refusal of Treatment Forms (for In-house &/or Outside Appointments) (must be witnessed x 2)**
- **Consent/Refusal for Substance Abuse Treatment**
- **Post HIV Counseling Checklist**
- **Consent to Test for HIV**
- **Education/Consent for Possible Treatment of Hepatitis C**
- **Vaccine Consents (MMR, Influenza, etc.)**
- **Minor Surgery Consent**
- **PPD Conversion Counseling**
- **Informed Consent for Oral Surgery**

Index Tab Divider: Medication Sheets/Miscellaneous

- **Medical Delivery/OTC Flow Sheets**
- **Medication Distribution Log**
- **INH Administration Record**
- **Non-formulary Request**
- **Psychiatry Non-formulary Request (1103-25)**
- **Duty/Special Needs Orders**
- **Patient Disposition**
- **Shaving Waivers**
- **Restricted Diet Orders**

*SECTION IV*

- **Inmate Chronological Movement Record**
- **Notice of Destroyed Medical Record (if applicable)**
- **Notice from Library & Archives if chart cannot be located**

Index Tab Divider: Health Needs Request

ADC010857

- **Health Needs Request Forms (English/Spanish)**
- **Health Needs Request (For Emergency Requests)**

Index Tab Divider: Mental Health

- **Documents in this section are removed from the medical record during offender review of the medical record.**

- **MH Data Sheet (Yellow cardstock) (1103-26)**

- **Psychotropic Related Testing (Yellow cardstock) (1103-29)**

**(The above two forms will always be the first 2 forms filed under the MH tab.)**

- **Mental Health Continuous Progress Notes**
  - **Group Progress**
  - **SMA Assessment**
- **Psychiatric Follow-up Note (1103-37)**
- **Psychiatric Evaluation – MH (yellow paper/3 page document) (1103-32)**
- **Suicide Risk Screening Form**
- **Medical Nursing Watch (1103-A40)**
- **Mental Health Disposition (suicide/mental health watch)**
- **Any correspondence/letters from the inmate to MH staff**
- **Mental Health Treatment Plan**
- **WTU - Diagnostic Page**
  - **Problem list**
  - **Problem Plan(s)**
  - **Signature Page**
  - **Treatment Plan Reviews**
- **Informed Consent**
  - **Mental Health and WTU**

(Divider)

- **ADC inpatient progress notes (Flamenco) (for records that are not 6 part charts)**
- **Psychological Assessments**
- **Consent for Psychotropic Medications**
- **Cell front Checklist**

Index Tab Divider: Legal/Administrative**\***

211

**\*NOTE: Documents in this section are NOT part of the medical record.  They are removed from the medical record during offender review of the medical record (Medical and Mental Health) and are never copied and released as part of the Medical Record.**

\-        **Requests for Copies of Medical Records (outside requesters -- Not on ADC Forms)**

\-        **Authorization(s) to Release Copies of ADC Medical Records**

\-        **Documentation regarding specific medical documents released**

\-        **Currently Does not Qualify for Hep C Treatment**

\-        **Outside Request Review Sheet (MRC Approval/Denial Form)**

\-        **HEP C Committee Follow Up Information Request.**

\-        **Medical INCR Form**

\-        **Mental Health INCR Form**

\-        **Correspondence**

\-        **Court Documents**

\-        **DNA and/or Paternity Court Order and Test Confirmation**

\-        **Guidelines - Inmate Medical Record Reviews**

\-        **Right to Request Limitation of Extraordinary Life Support Measures**

\-        **Consent to Release Medical Information/Medical Record (This is the verbal consent - signed at intake)**

*PLASTIC POCKET, INSIDE BACK OF MEDICAL RECORD JACKET*

212

ADC010859

\-      **VA Benefits Information  Chronic Health Problem Card  (During transport, and until needed for use in Chronic Condition System).  Chronic Condition Cards are pulled and maintained by the Nursing staff when a condition is identified.  Card Must be pulled by Nursing staff when inmate is transferred or released and placed in pocket located in back of chart.**

**MMC Identification Card (If applicable) (Not ADC Form)**

\-      **DOCUMENT PLACEMENT:  DOCUMENTS ARE PLACED IN THE VARIOUS SECTIONS IN REVERSE CHRONOLOGICAL ORDER (Newest or most current on top)**

**Unless otherwise noted, in sections where more than one type of the same form/document is included in the section, group all like documents together, file in reverse chronological order. (Example: all PPD slips, all x-rays, all EKGs, all Scans, all MRIs, etc.)**

**4.0. _BAKER/FLAMENCO SECTIONS 5 AND 6  CHART ORDER:_**

\-      **CHART ORGANIZATION FOR ALHAMBRA BEHAVIORAL HEALTH TREATMENT FACILITY (ABHTF) NOTE: NOTHING IS TO BE REMOVED FROM SECTIONS 5 AND 6 UNTIL ADMITTED TO BAKER/FLAMENCO UNIT.**

_SECTION 1_: **Same as green medical record**

_SECTION II_: **Same as green medical record**

_BROWN POCKET/TAB_: **Dental X-rays**

_SECTION III_: **Same as green medical record**

ADC010860

*SECTION IV*: **Same as green medical record (QUIET unit admission records are under the Mental Health Tab in this section until admitted to the unit.  QUIET unit is not part of the licensed units)**

*BROWN POCKET/TAB*:

- **Chronic Card**
- **Face Sheets**
- **Extra Labels**

*SECTION V*: **INPATIENT PSYCH.  "MEDICAL": used for Baker and Flamenco units only.  DO NOT REMOVE ANYTHING FROM THIS SECTION.**

TAB 1: **MEDICAL PROGRESS NOTES**

- **All progress notes (medical)**
- **Medical Physical**
- **Medical History**

TAB 2: **ALL DIAGNOSTICS**

- **Lab reports**

- **PPD**

- **x-ray reports**

- **EKG's**

TAB 3: **MEDICATION SHEETS/MISCELLANEOUS**

- **MAR'S**

- **Special needs status**

- **Limited duty status**

- **Diet Restrictions**

214

<u>SECTION VI</u>: **INPATIENT MENTAL HEALTH:**

**Documents in this section are removed from the medical record during offender review of the medical record.  DO NOT REMOVE ANYTHING FROM THIS SECTION.**

- **Discharge Summary**

<u>TAB 1</u>: **MENTAL HEALTH PROGRESS NOTES**

- **All progress notes charted**
- **Group Notes**
- **Cell front checklists**
- **Mental Health Disposition forms**

<u>TAB 2</u>: **CONSENTS/ORIENTATION**

- **Inmate Patient Orientation**

- **Conditions to Admission**

- **Mental Health Treatment Consent**

- **Grievance Policy**

- **Informed consent for Psychiatric medications**

<u>TAB 3</u>: **ADMISSION/ASSESSMENT**

- **Admission and Interim Treatment Plan**

- **Treatment Plan**

- **Psychological Report**

- **Clinical Assessment Packet**

- **Test Data**

- **Occupational Therapy Assessment**

215

ADC010862

<u>TAB 4</u>: **LEGAL**

- **Court-ordered Treatment**
- **Court-ordered Evaluation**
- **Psychiatric**
- **Release of Information**
- **Outside Medical Records**
- **Mental Health INCR's**

*Notes*:

- **SMI CHECK LISTS go in SECTION 1 UNDER "PROBLEM LIST"**
- **All FLOW SHEETS go in SECTION 2 UNDER TAB "FLOW SHEETS"**
- **All REFUSAL OF TREATMENT'S go in SECTION 3 UNDER TAB "REFUSAL OF TREATMENT FORMS"**
- **All HNR's go in SECTION 4 UNDER TAB "HNR"**

**5.0.**   THINNING A CHART

**Steps to creating a new volume:**

- **Label volume**

- **Name/# label**

- **ADC # stickers**

- **CC color stickers**

- **Allergy**

- **Mark old volume (STOP-DO NOT USE: SEE VOLUME # _____)**

- **Mark new volume #**

- **Mark "Medical Record" on front of chart**

- **Move appropriate documents to new volume (see below)**

216

ADC010863

-        **Documents to be carried forward to new volume:**

| SECTION 1 | Problem List – current |
| | Functional Assessment – current |
| | Mental Health Assessment – currrent |
| | CC- tracking forms – current |
| **Intake (tab)** | **Inter-facility Assessment – current** |
| | **Physical – current** |
| | **History – current** |
| **Previous Records (tab)** | **0** |
| SECTION 2 | **PROGRESS notes - 1 to 6 months** |
| | **(depends on thickness)** |
| **Consults/Flow sheets (tab)** | **Consultation – 1 to 6 months (depends** |
| | **on thickness)** |
| | **Ophthalmology Report w/Eyeglass Rx –** |
| | **current** |
| | **Flow sheets – current** |
| **Dental (tab)** | **All if possible** |
| Section 3 | **Medical Work-up – current** |
| **Lab/X-ray/EKG** | **Lab/PPD- current** |

217

| | |
|---|---|
| | **X-ray – current** <br><br> **EKG- current** <br><br> **Mammogram – current** <br><br> **PAP – current** |
| **Consents/Refusals (tab)** | **0** |
| **Miscellaneous (tab)** | **MAR sheets – 1 month** <br><br> **Duty status – current** <br><br> **Diet – current** <br><br> **Shaving waiver – current** |
| Section 4 | **Chrono movement – entire** |
| **Legal/Administrative (tab)** | **INCR – current** <br><br> **Right to Limit… - current** |
| **HNR (tab)** | **HNR – max 1 month worth** |
| **Mental Health (tab)** | **MH PROGRESS notes – 1 to 6 months** <br><br> **SMI Treatment Plan – current** |
| | |

218

ADC010865

| | Medication Delivery - (Keep On Person) | OPR:<br>Nursing Program Manager/<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/sr |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 6.0. | Supercedes:<br>HSTM 5.6.0. June 15, 2008<br>Effective;<br>January 1, 2010 |

**REFERENCES:**      Arizona Administrative Code R4-23-658
Arizona Administrative Code R4-23-672
Arizona Revised Statutes 32-1901 to 36-2515.A.2
Arizona Revised Statutes 32-1901 to 32-1996
Arizona Revised Statutes 36-2511 to 36-2552
Arizona Revised Statutes 36-2512.A.1 to 36-2515.A.1
DEPARTMENT ORDER 702
NCCHC STANDARD P-C-05
NCCHC STANDARD P-D-01
NCCHC STANDARD P-D-02

**PURPOSE**:    To provide a consistent and uniform system of delivery of Keep On Person prescription medications to the inmate/patient population. To ensure that medications are delivered on a daily basis in a uniform and consistent manner throughout the Department, and that accountability is maintained in all phases of the delivery process.

**RESPONSIBILITIES:**  It is the joint responsibility of the Nursing Staff and Operations Staff to deliver prescription medications to the inmate population.  Keep on Person medication may be delivered to the inmate by medical staff.  However, every effort must be made to develop local procedures to allow security staff to deliver Keep on Person medication.  When medication is delivered by security staff it must be in HIPAA compliant packaging.

**PROCEDURES:**
1.0.    The complete audit trail for all medications issued by a pharmacy must be maintained for subsequent inspection by Health Services staff, as well as Federal and State enforcement, investigative and licensing agencies.
1.1.    Medication for inmates who are out to court or in the hospital shall be maintained at the unit pending the inmate's return to the facility unless the order has expired.   Exception will be when the mediation is delivered to the inmate by security.  Security will return any medication undeliverable to the pharmacy immediately.

219

ADC010866

Upon the inmate's return from the hospital the unit nurse will provide the discharge summary and hospital notes to the provider for review for medication formulary compliance or consideration of changing the medications.  If there is no provider scheduled for that unit upon return of the inmate, the unit nurse will contact another facility provider or the on call provider to obtain orders based on the hospital discharge summary for the inmate and current medications provided by the ADC facility.   All discontinued medications will be returned to the pharmacy.

2.0.    Keep-on-Person (KOP) maximum quantities dispensed may not exceed a 28 day supply, except for unit of use medications (e.g., eye drops, creams, lotions, etc.) which expire when gone.

2.1.    Inmates shall pick up KOP Medications from nursing staff or correctional staff at designated dates and times in accordance with local post orders.  Documentation is to be accomplished in accordance with Pharmacy direction and medical records guidance to ensure that a complete record of treatment is maintained.

2.2.    The correctional officer shall document the delivery of the medication by inmate signature and that documentation returned to the pharmacy.   Security officers will be trained by pharmacy services in all aspects of the distribution of medication to the inmate.

2.3    Medication will be placed in opaque bags to protect the identity of the medications delivered to the inmate by security staff.

3.0.    Medication Delivery:

3.1.    <u>Quantity</u>:

Normally when initially filling a prescription, the supporting pharmacy shall prepare and issue a quantity (up to a 34 day supply) sufficient to last until the scheduled pick-up day. The remainder of the order shall be prepared (in quantities of 28 days supply) and sent on scheduled pick-up days until the order has expired.  Each Complex will develop post-orders to establish and delineate procedures for each inmate housing unit to pick up their medications to include procedures of notifying inmates that they may have non-weekly medications to pick up.

Certain medications recommended by the Pharmacy and Therapeutics Committee, and approved by the Health Services Division Administrator, may be dispensed and delivered to an inmate in more than a one month supply.  These medications include topical preparations, inhalers, or other unit of use medications.

Antibiotic medications may be dispensed in the total amount of up to 28 days to complete therapy if the amount is considered safe.

Keep-on-Person (KOP) Preparation:

KOP medications will be prepared for officer delivery to the inmate by the pharmacy, medication liaison, or designee, under the supervision of the Facility Health Administrator.  Unit Dose medications will be prepared for distribution to nursing services by the medication liaison or designee, under the supervision of the Facility Health Administrator.

Bar Coded systems and scanners may be utilized by the medication liaison or designee, to assure that the bar-coded prescription is placed in the correct bar-coded opaque bag for delivery to the inmate by correctional officer staff.

3.2.    <u>Pick-up days to synchronize medication pick-up.</u>

KOP medications are delivered directly from the pharmacy to the appropriate Operations staff on a daily basis. Documentation of receipt of the medication by the inmate is returned to the

ADC010867

pharmacy.  Certain KOP medications may be delivered to an inmate in a supply to cover multiple days (up to thirty)

KOP medications are assigned for pick-up on a specific day, based upon the last digit of the inmate's number as follows:  The last digit of an inmate's ADC number designates their PICK-UP DAY as follows:

| | |
|---|---|
| 0 or 1 | Monday |
| 2 or 3 | Tuesday |
| 4 or 5 | Wednesday |
| 6 or 7 | Thursday |
| 8 or 9 | Friday |

3.3.    Delivery of medications shall be documented at every stage of the delivery system.
-        The correctional officer and nursing staff receiving medications from the medication liaison shall complete the "sign-off" sheets acknowledging receipt and count.  -    Inmates shall acknowledge the receipt of medications from Correctional Staff by signature and the document will be kept on file at the facility as defined in administrative policy and procedures.
-        During the regionalization process, documentation of receipt of medications by signature will be kept for 7 years by the pharmacy as long as there is a pharmacy on site.

4.0.    All discontinued/undelivered prescription medication  shall be returned to the pharmacy, but not sooner than three days and no later than seven days after the last expected delivery date EXCEPT when delivered by security.  Non-delivered medication from security will be immediately returned to pharmacy/nursing staff in accordance with locally developed post orders to research why the medication was undelivered.
4.1.    Undelivered Unit dosed medications will be retained in the custody and control of Nursing staff until determination is made regarding continuation of the prescription by the prescribing Provider.  Documentation of non-receipt will be maintained in the Medical Record.
4.2.    Confirmation of whether or not a medication is still active for an inmate will be determined by accessing the CIPS Reader computer.  If the prescription is in fact still active, and the inmate has changed locations, the nurse or medication liaison will provide transfer of the medication within the facility.
4.3.    If the inmate has moved to another facility the medication will be returned to the regional pharmacy for redistribution.   The pharmacy receives daily download reports of transfers identifying relocation of inmates and processes prescription replacement as needed.
4.4.    Transmittal/signature documents showing the non-delivery of Medication shall be returned to the pharmacy with the medications.
4.5.    If the undelivered medications never left the control of the pharmacy, correctional staff, nursing staff or medication liaison staff, they shall be returned to stock.
4.6.    Notation shall be made on the prescription file in the pharmacy computer to show the medication return.  An inventory adjustment shall be made using the "returned to stock" function of the pharmacy inventory control portion of the software.
4.7.    Returned medications which cannot be "returned to stock" must be destroyed.  Pharmacy staff shall document medication destruction or disposal through an approved contract vendor.  Destruction shall comply with applicable Environmental Protection Agency and Occupational Safety and Health Agency (OSHA) directives.  Records shall be maintained for three years.

ADC010868

5.0.    Medications delivered to Inpatient Beds (IPC and Wards) will be delivered by coordinated schedules established by the FHA, CNRS II, and Key Contact Pharmacist.  These medications are to be administered by Correctional Nursing Staff and will not be KOP medications.  Post Orders must be written to delineate procedures.

6.0.    All psychotropic medications provided to patients in the Men's Treatment Unit will be Keep on Person unless ordered "unit dose" by a Psychiatrist.

7.0.    Pre-placement of medications that are to be delivered by nursing staff must be carefully managed to ensure security and patient safety.  Complex CRNS II and unit CRNS Is are responsible to ensure that pre-pouring of medications is performed only in accordance with the HSTM 4.1.7. guidance and to ensure that all delivery activities are performed within the guidelines of the Nursing Practice Act.   Preparation of medications to be delivered by nursing staff can only be prepoured or staged within the same shift as the delivery.  The nursing staff who prepares the medication for delivery is the person who is responsible for the delivery process of the unit dose medications.

8.0.    The following are recommended and authorized elements of complex post order that guides staff in delivery of keep on person medications.

8.1.    General Responsibilities:  All prescriptions will be legible and contain the diagnosis and all known allergies. The prescriptions must meet all regulations set by both State and Federal agencies.  The bags will be placed into a plastic bin for transport. The bin must be sealed with combination locks.  The prescription bags must be stamped in English and Spanish with Division approved information about the delivery process. The bags will include the inmate's name, ADC number and housing location on the outside of the sealed bag.  The bags will be placed in housing unit bundles by specifically assigned personnel.  The medications will be placed in a health unit area for pick up by assigned delivery staff.

8.2.    Pharmacy professional's Responsibilities: All Keep On Person prescriptions will be placed in a bag and sealed by Pharmacy Technicians and Pharmacists.  Assigned personnel shall audit sign off sheets to ensure all medications are received, i.e. missing inmate signature requires investigation. Unclaimed medication must be returned to the pharmacy for entry in the Pharmacy computer as "returned to stock."

8.3.    Officer/Delivering staff's Responsibilities:  Sign off sheets and must be returned to health unit in accordance with local schedules.  The assigned personnel (correctional officers) will hand the medication bag to the inmates after the inmate has signed their name on the sign-off sheet provided. Sign off sheets and unclaimed medication must be returned to the health unit in accordance with local policy.  Completed sign-off sheet and unclaimed medication should be placed in the empty bins.  All paper, unclaimed prescriptions, and new prescriptions must be returned to the Pharmacy within the emptied bins.  In the event that an inmate reports that medications were missing, the officer must be directed immediately inform Health Staff and to write an Information Report for documentation purposes.  When returning the sign off sheets to the health unit, the officer should immediately notify Health staff of any missing medications.

ADC010869

| | Transfer Medications | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 6.1. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**  NCCHC STANDARD P-H-05

**PURPOSE**:   To provide mechanisms and requirements for ensuring continuity of care through maintenance of possession or delivery of properly ordered medications.

**RESPONSIBILITIES:**  The Facility Health Administrator and Key Contact Physician are responsible to set procedures in place to ensure that transferring inmate-patients do not go without medications that have been duly ordered by a provider and provided by ADC pharmacy services.

**PROCEDURES:**

1.0.    Inmate Transfer Medications:  Inmates transferring between ADC Facilities and ADC complexes will continue their current medications as ordered.   Inmates will self carry their currently issued Keep On Person (KOP) prescriptions in accordance with this manual and pertinent Department Orders.  Watch swallow medications will be transported in the inmate's chart accompanying the movement to the receiving complex or facility.

Medical Record librarians print the DI 71 departure movement no later than 1400, pull the medical records (all volumes), prepare Continuity of Care/Transfer Summary form for nursing to complete, prepare envelopes, and give charts to nursing.

CRNS I or designee (Registry staff must be adequately trained in this area if used) is responsible to complete the continuity of care/transfer summary and place inmate's watch swallow medication in the chart for transport to the receiving facility or complex.  Count movement gives nursing a list in the evening of add-ons or cancellations for preparation of charts and medication for late notification movements.

CRNS I or designee will be responsible to prepare and administer the inmates evening dose or morning dose of watch swallow medication as part of the transfer procedure.  Chart may be prepared before the pm or next morning am dose have been given – in that case, medication would be prepared for those doses.

1.1.    Pharmacy Services at any receiving institution will continue inmate prescriptions pending evaluation by a Provider at the receiving institution.

223

ADC010870

1.2.     Medications (prescriptions) shall remain in effect for NO longer than the prescription expiration date as determined from the original medical order.

2.0.     Controlled Substances DEA II-V will NOT be transferable except Midrin for the treatment of migraine headaches which may be written for up to 12 weeks.

2.1.     The pharmacy software download program will transfer controlled substances on the download transfer but controlled substances are not considered transferable.  A new prescription order must be obtained from an onsite provider to continue the controlled substance.

3.0.     Upon transfer of an inmate from one ADC Complex to another, the Pharmacy Computer Database (CIPS) will automatically discontinue all active prescriptions for the inmate being transferred. Simultaneously, CIPS will generate a new prescription for the transferred inmate at their new facility.  The new prescription will contain the same parameters as the original prescription and will be valid for the duration of the original prescription.

3.1.     CIPS will be directed to generate a "Download Transferred RX" report that will contain the following information:
- New Rx Number
- Old RX Number
- Sending Pharmacy
- Next Fill Date
- Quantity Due
- Refills Authorized , if applicable
- Patient Name
- Drug & Strength
- Doctor
- Origination Date
- Expiration Date
- Last Filled Date
- Ordered Days Supply
- Ordered Refills Authorized
- PRN Medication
- Referred Used (for future use)
- Refill Quantity
- Refill Days Supply
- Daily Quantity
- Quantity per Dose
- Quantity Replaced
- Sig

3.2.     The Download Transferred RX report will be kept as the hard copy new prescription and maintained in a log for a period of not less than three (3) years, in numeric sequence, signed and dated by the pharmacist, consistent with State Board of Pharmacy Rules and Regulations.

4.0.     Inmates received from other than an ADC facility, and have no CIPS records, will have their medical record reviewed for current medication orders.   A medical record copy of current

224

medication orders (SOAP note) or transfer summary will be evaluated at the time of intake and presented to an ADC provider for assessment and medication orders.  Medications orders will be presented to the onsite pharmacy at intake facilities.  Established procedures will be used to obtain medication at the time of intake.

5.0.     This interim provision in no way diminishes the obligation of the receiving institution to do intake evaluations in a timely manner and assign inmates to appropriate clinics for continuity of care.

225

ADC010872

| | Outside, Intake and Transfer Medication orders | OPR:<br>Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 6.2. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     DEPARTMENT ORDER 909
NCCHC STANDARD P-E-02
NCCHC STANDARD P-D-02
Arizona Administrative Code R4-23-672

**PURPOSE**:    To provide mechanisms and requirements for continuing prescribed pharmaceuticals ordered by non-ADC healthcare entities, to ensure continuity of care for inmates received at intake and to ensure continuity of care for transferred inmates.

**RESPONSIBILITIES:** The responsible pharmacy will provide pharmaceutical support to individual patients in accordance with properly executed medical and nursing provider orders.

**PROCEDURES:**
1.0.    Outside Prescription Orders
In-house prescriptions generated by contracted health care providers will be reviewed and counter-signed or rewritten with a therapeutic equivalent formulary medication by an authorized ADC Health Care Provider.
1.1.    Externally generated prescriptions from referral health care providers (off complex and down-town trips and hospitalizations) will be referred to an ADC Health Care Provider for review and prescriptions written by consultants must be evaluated and rewritten by authorized ADC health care providers.
1.2.    The Health Care Provider must evaluate the medication order and prescribe therapeutic formulary medications if appropriate.  If a non-formulary medication is required to treat a condition, the provider will submit a non-formulary drug request along with the prescription to the pharmacy upon evaluation.  The pharmacy will process the Non-Formulary Drug Request upon receipt.

2.0.    Intake Prescription Orders
2.1.    Pharmacy Services at any receiving institution may continue an inmate's current medication by receiving a Provider's order pending intake evaluation by a Provider at the receiving institution.  No continuation of medications per existing ADC nursing protocol shall

226

remain in effect after its expiration date, unless specifically authorized by the Health Services Division Administrator. (This interim provision in no way diminishes the obligation of the receiving institution to do nursing intake evaluations, chart reviews, or provider evaluations in the required and timely manner.)

2.2.     Intake and Return to Custody inmates received after normal clinic hours with documented current use of psychotropic medications or controlled substances may be continued on their medications (or an authorized therapeutic substitute).  The medical care physician or psychiatrist provider may order a new prescription for the medication, for up to 28 days (or up to 42 days for MH prescription).  If the medication is not in current stock the nurse will call the psychiatrist, on-call for direction and therapeutic alternatives.

3.0.     <u>For Patients not seen by the health care provider at intake</u>.  Orders from transfer summaries from the sending facility for inmates coming from county jail or other correctional systems will be reviewed and either counter-signed, rewritten or obtained by verbal order from the ADC provider at the time of intake at the reception facility.

3.1.     MEDICAL PRESCRIPTIONS – The Health Care Provider should evaluate the medication order and prescribe appropriate therapeutic equivalent formulary medications when patient outcome would not be negatively affected.  If the non-formulary drug is deemed necessary a non-formulary drug request will be submitted with the prescription.  The pharmacy will process the Non-Formulary Drug Request upon receipt.  Continuation orders may not exceed a 28-day supply for patients not seen at the time of intake.  A provider's name should not be used to automatically renew the inmates' medication at the receiving facility.

3.2.     MENTAL HEALTH PRESCRIPTIONS – The prescribing Psychiatrist or mental health provider shall mark an asterisk in the upper left corner of the prescription to indicate that the inmate was not seen.  All medications, including those which are non-formulary (excluding Controlled substances), can be continued for 42 days without a Non-formulary request.  The prescribing provider shall order no more than the maximum dosage approved by the FDA for any medication regardless of the amount the inmate was formerly receiving.  Reducing the dose in this manner will not require a Non-formulary request.

4.0.     <u>For Patients seen by the health care provider at intake</u>.  Orders for patients who have gone through assessment and evaluation by the ADC health care provider at the intake facility may be written for up to 1 year as formulary guidelines permit.

4.1.     MEDICAL PRESCRIPTIONS - The Health care Provider should evaluate the medication order and prescribe appropriate therapeutic equivalent formulary medications when patient outcome would not be negatively affected.  If a non-formulary drug is deemed necessary, a non-formulary drug request will be submitted with the prescription.  The pharmacy will process the Non-Formulary Drug Request upon receipt.

4.2.     MENTAL HEALTH PRESCRIPTIONS – Non-formulary medications can be continued without a non-formulary request, provided that a continuity of care form or equivalent documentation has been received from the referring facility or their pharmacy documenting use of the non-formulary items.  The medications can be continued at the same or reduced dosage for up to 42 days.  Prescription duration  in excess of 28 days will require a non-formulary request form be completed.  The prescribing provider shall order no more than the maximum dosage approved by the FDA for any medication regardless of the amount the inmate was formerly receiving.  Reducing the dose in this manner will not require a non-formulary request.

227

ADC010874

Increasing the dose of a non-formulary medication above that specified on the referring facility's documentation will require a non-formulary request.

5.0.    Parole violators in need of medical care/prescription medication will be seen by an ADC provider or a verbal order may be obtained at the time of reception and assessment.  The Health Care Provider should evaluate the medication order and prescribe appropriate therapeutic equivalent formulary medications when patient outcome would not be negatively affected.  If it is determined that a non-formulary medication is needed for continuity of care or mental health stability a non-formulary drug request must be submitted and approved to continue the non-formulary medication.   A provider's name should not be used to automatically renew the inmates' medication at the receiving facility.

6.0.     All intake orders will be documented by the intake nurse or the health care provider on the prescription and in the medical record.  Any changes to the medical orders obtained through the pharmacy will be documented by a  S.O.A.P. note and sent to medical records.

7.0.     Prescriptions will NOT be void upon transfer of an inmate. When an inmate is transferred to another facility, medication orders can be rolled over to the new facility by pharmacy software and extended up to expiration date of the prescription (if appropriate and indicated) and then becomes void.  An intake review must still be completed by nursing.

ADC010875

| | Adverse (Untoward) Drug Reactions | OPR: Pharmacy Program Manager Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/sr |
| Health Services Technical Manual | HSTM Chapter 5 Section 6.3. | Supercedes: Effective January 1, 2010 |

**REFERENCES:**     ARIZONA REVISED STATUTES R4-23-672
                    NCCHC STANDARD P-D-02

**PROCEDURES:**

1.0.    When an adverse drug reaction is suspected, the nurse, provider, or pharmacist will notify the attending health care provider for his review.

2.0.    Adverse drugs reactions, as noted by any serious, rare, and/or unusual reaction to a drug, will be noted in the inmate's medical record.

2.1.    The reaction will be recorded on Form-FD 1639a or FDA Form 3500 (6/93) and copies sent to the Pharmacy Program Manager who will evaluate and forward appropriate reports to the FDA at:

> **Division of Epidemiology and Drug Experience (HFD-210)**
> **Food and Drug Administration**
> **5600 Fishers Lane**
> **Rockville, Maryland  20852-9787 or,**
> **FAX to 1-800-FDA-0178**

2.2.    The original will be maintained in the pharmacy.

3.0.    Drug Problem Reporting:
3.1.    Any problem with dosage forms dispensed from or stocked in the pharmacy will be referred to the Key Contact Pharmacist.
3.2.    If recommended by the Key Contact Pharmacist, the problem will be reported to the FDA by calling 1-800-FDA-1088.

229

ADC010876

| | Medication Administration | OPR: Pharmacy Program Manager & Nursing Program Manager Auth: pb/sr/jb |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM Chapter 5 Section 6.4. | Supercedes: HSTM 5.6.4 June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**      DEPARTMENT ORDER 702
                    NCCHC STANDARD P-D-02
                    NCCHC STANDARD P-C-05
                    NCCHC STANDARD P-I-06

**PURPOSE**:    To establish a procedure for the general administration of medications to inmates, including unit dose and insulin medications.

**RESPONSIBILITIES:**  It is the responsibility of the Key Contact Staff and Supervisors to assure compliance with this procedure.   Complex CRNS II and unit CRNS Is are responsible to ensure that pre-pouring of medications is performed only in accordance with this policy and that all administration activities are performed within the guidelines of the Nursing Practice Act. CRNS IIs are responsible to ensure that all nursing staff follows this policy.

**PROCEDURES:**
1.0.     General Procedures:   Prescription medications are administered to inmates only upon the order of a physician, dentist, psychiatrist or other legally authorized individual.   Medications are prescribed only when clinically indicated.  A quick reference is provided in the table below this policy.
1.1.     All Controlled Substances and Tricyclic antidepressants will be Unit Dose (formerly called Watched Swallow) only.
1.2.     Psychotropic medications and controlled substances shall be administered by Unit Dose with the following exceptions:
- Valproic Acid, sodium divalproate, carbamazepine, SSRIs, and Psychiatric adjunct medications (such as benztropine, benadryl, hydroxyzine, colace, metamucil, etc.) will be KOP weekly dosed except in Baker, Flamenco.
-  Psychiatrists can restrict use to Unit Dose as necessary in individual patients.
-   In addition, patients housed in CDUs under Mental Health Watch or Suicide Watch will have all their medication administered by Unit Dose with no exceptions.
- Diflucan:  When Diflucan is ordered for pulmonary or disseminated coccidiomycosis, the prescription must be annotated as a required "Unit Dose."

ADC010877

1.3.     The servicing Pharmacy shall be notified of the change of a medication to a Unit Dose by receiving a new order from the provider changing the KOP medication to a Unit Dose medication.

2.0.     Medication Administration Lines for Unit Dose medications (Med Lines) and Insulin delivery:
2.1.     Med lines will be conducted at regularly scheduled times as determined by the FHA in consultation with the Deputy Warden.  Medication refills and new medication orders may be picked up during this time ONLY if authorized by the FHA.
-  Med-lines will be conducted at the health care units or other location mutually agreed upon by the FHA and Deputy Warden.  Requests for medications may only be approved/disapproved by the Facility Health Administrator following review of the situation, patient needs, and staffing issues.
2.2.     Med-line medications to inmates in the Lock-down Units will be administered to the inmates by the health care staff assigned those responsibilities.
2.3.     Medications administered at the med-line are determined by Central Office Health Service policy and are delineated in the ADC Pharmacy Formulary.  No medications may be added to the list without prior approval from the Central Program Office, see formulary restrictions.
2.4.     Exceptions are made (via physician to physician authorization received from Medical Program Manager) for individuals that are suspected of abusing or misusing their medications; including non-compliance.

3.0.     <u>Directly Observed Therapy/Unit Dosed Medications</u>.  Administering medications occupies a disproportionate amount of nursing time compared to Keep-on-Person medications.  Key Contact Physicians should review and approve unit dosage medications administration of these prescriptions.
3.1.     Advice and/or consultations may be received from Central Office (i.e. Medical Program Manager, Nursing Program Manager) in questions of duration or type of medications to be used as unit dose.
3.2.     Dosing schedules for approved unit dosed drugs shall be prescribed at their least frequent dosing interval.  i.e., BID instead of TID or QID.
3.3.     All unit dose medications are administered directly to the inmates by Nursing Staff
3.4.     Medications are administered daily at a consistent time and location.  The administered of medication is authorized to take place within an hour before the designated time or an hour after.  If administered outside of these parameters, the nurse must document the actual time of administration on the MAR.
3.5.     Directly Observed Therapy.  Directly Observed Therapy may be ordered by any ADC practitioner, but must be approved by the ADC Medical Director or designee.
3.6.     Documentation of receipt (or non-receipt) of the medication by the inmate is completed by Nursing Staff in a Medication Administration Record (MAR).  The health service staff member responsible for the nurse's line will ensure that all documentation is complete.   Nursing staff shall document the administration of unit dose medications on the MAR.  The inmates' medication record will be initialed in the appropriate time slot which will signify that the complete dose was administered.

231

ADC010878

3.7.    Prior to the medication being administered to the inmate, the nursing staff member must verify the medication against the MAR to ensure the appropriate person, dosage, time, route, medication.

-    The MAR must accompany the nursing staff member during administration of the medication.  Lockdown areas and security or clinical situations determined by the CRNSII as not conducive to safe control of the MAR are exempted from this requirement.

-    As soon as the medication is administered the nursing staff will document on the MAR. Pre-charting of medication administration on the MAR is not authorized.

-    Variances from the complete dose being administered will also be annotated on the MAR (e.g. "refused", "1 tab").

3.8.    When unit security necessitates, medications may be administered through food traps in the cell door.


4.0.    Refusal of Psychotropic Medications by any inmate may exacerbate a mental health condition.  Refusal by an inmate on Mental Health or Suicide Watch is of particular concern. The following will be required for nursing personnel

4.1.    The refusal by inmate of prescribed psychotropic medication for a greater than three day period must be reported to the unit mental health staff.

4.2.    If no mental health personnel are present on site, the urgent notification list for mental health personnel will be utilized for purposes of this notification.

4.3.    For purposes of this directive, the notification to mental health personnel of a refused psychotropic medication shall occur immediately after returning from medication administration rounds.

4.4.    The medical staff who attempted to administer the medications will document the refusal immediately upon return to the nursing unit and after rounds are completed.


5.0.    Any Health Care Staff member may temporarily restrict a Keep-On-Person medication to unit dose for/with cause for a period not to exceed ten days.  If the patient has not seen a primary care provider by the tenth day, the restriction will be ended unless extended by authorization of the Key Contact Physician in consultation with the CRNS II.  The Key Contact Physician will document any decision to continue in the patient's medical record.

-  All medications will be "unit dosed" to inmates on suicide watch.

-  Any medication may be "unit dosed" for security reasons, non-compliance, or suspected abuse/misuse until the primary care provider can review and evaluate the inmate.

-  All information supporting the need to have a medication administered by "unit dose" will be documented in the inmate's medical record and the treating Provider will be notified. Additionally, the Pharmacy will be notified for implementation.


6.0.    Emergency and After Hours Prescriptions for Narcotics and Psychotropic:

Inmates developing acute symptoms after normal clinic hours that, in the opinion of the attending medical staff, are in need of psychotropic medications or controlled substances, CII-CV, will be referred to the physician or psychiatrist on-call for direction and a verbal order for medication if necessary.  A verbal order for medication may be given for up to 4 days for psychotropic medications and up to 4 days for pain medications. Medical staff will obtain and document consent from the inmate before administering any psychotropic medication.

232

ADC010879

6.0.     Insulin administration lines:
6.1.     Insulin will be drawn up by the health service staff.
6.2.     The syringes will be checked out from the nurses supply inventory.  In the interest of security, the syringe will NOT be handed to the inmate for self injection.   The syringe will be discarded by the staff member administering the injection in accordance with OSHA standards in an approved sharps container as soon as possible.
6.3.     Medication refills and new medication orders may be picked up during this time ONLY if authorized by the FHA.
6.4.     The only exception to the guidance in 6.2 above is in the case of discharge supplies and self-administration training for inmates within 30 days of being released.


7.0.     INH medication must be administered as a unit dose medication.  The inmate will be seen on nurse's line once a month to be monitored for their chronic condition (positive PPD).
7.1.     If the inmate is assigned to an off-site work crew, the unit nurse is to provide initial education regarding adverse side effects when the medication is first ordered. The inmate must be instructed to notify the nurse if they notice these signs and symptoms by submitting a HNR. The education and any report of signs and symptoms will be documented in progress notes. This group of patients is exempt from monthly nurses line and unit dose.

ADC010880

**ADC Formulary Authorized Unit Dose Medication**
**January 15, 2008**

| ANTITUBERCULOSIS AGENTS | PSYCHOTHERAPEUTIC AGENTS *** |
|---|---|
| Isoniazid | **ANTIPSYCHOTICS** |
| Rifampin | Chlorprozmazine |
| Ethambutol | |
| **OPIATE AGONISTS** | Fluphenazine |
| Codeine (with acetaminophen) | Haloperidol |
| Meperidine | Thioridazine |
| Morphine | Thiothixene |
| Propoxyphene (with acetaminophen) | Trifluoperazine |
| **OPIATE PARTIAL AGONISTS** | Risperidone |
| Nalbuphine Injectable | **ANTIDEPRESSANTS** |
| **OPIATE ANTAGONISTS** | Amitriptyline |
| Naloxone Injectable | Desipramine |
| **BENZODIAZEPHINES** | Doxepin |
| Diazepam Injectable | Imipramine |
| **ANTICHOLENERGICS** | Trazodone |
| Benztropine | **MOOD STABILIZERS** |
| KOP 7 day supply unless ordered unit dose | Lithium * |
| | Carbamazepine ** |
| | Valproic acid ** |

*  Due to the possibility of toxic side effects, Lithium is a unit dose medication to ensure that daily observations of the patient are made.

** Carbamazepine, Valproic Acid will be KOP unless ordered as a unit dose medication.

*** SSRIs, and Psychiatric adjunct medications (colace, benadryl, metamucil) will be KOP weekly-dosed except in SMUs, Mental Health Programs, Baker, Flamenco, Step Down Units, WTU, and SPU.

Attachment to HSTM Chapter 5 6.4.

234

ADC010881

| | Narcotics (Controlled Substances) Accountability | OPR: Pharmacy Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth:  pb |
| Health Services Technical Manual | HSTM Chapter 5 Section 6.5 | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**       Arizona Administrative Code *R4-23-672*
                     Arizona Administrative Code R4-19-207 and 208
                     NCCHC STANDARD P-D-01

**PURPOSE:** The purpose of this procedure is accountability of controlled substances (narcotics) within the prison environment.

**RESPONSIBILITY**: It is the responsibility of the CRNSII/Key Contact Dentist to ensure that all licensed nurses/dental staff are trained in the act of recording, counting, and verifying narcotics (controlled substances) for their assigned area.

**PROCEDURE**:
1.0.    Narcotics will be counted every shift according to the following criteria :
1.1.    A licensed nurse will be accountable for the narcotic cabinet keys and will be the contact person for accessing narcotics.  The larger facilities must control keys in a safe and logical manner.   For example, if a large facility has three or less licensed nurses on duty for the entire complex after hours and on weekends, then each nurse may be authorized by the FHA to carry a set of narcotic keys.  This flexibility does not apply to smaller complexes such as Alhrambra, Apache, Winslow, Fort-Grant, and Safford.  A back-up should be maintained in accordance with complex security restricted key processes.
1.2.    Narcotics will be counted at the end of every shift by two licensed nurses.  The two licensed nurses who count the narcotics is arriving and departing from their assigned post of duty.
1.3.    The health unit that is open for services will have a narcotic count prior to closing the unit for the evening or night shift.
1.4.    Only exception to the rule of two licensed nurses counting narcotics is that time when only one licensed nurse is available, in this case then security- person may count with the licensed nurse.
1.5.    If a closed health unit is opened for an emergency the licensed nurse is to count the narcotics with another nurse or security person only if the narcotics are accessed prior to departure.

235

2.0.    Narcotic Storage and Access:  All narcotics including RDSA and individually prescribed medication are to be segregated from all other medications. The narcotics are to be under double lock and key.  Narcotic must be stored in cool place/medication room.  Only one designated licensed person will have access to the narcotics per shift.  This designated licensed person who has access to the narcotics is accountable for recording the administration of narcotics in the narcotic count book.

3.0.    Narcotic Recording:  A Narcotic count book is kept on every unit that has narcotics along with a narcotic log form for each individual narcotic.  As narcotics are removed from the narcotic stock, or individual's narcotic prescription, the designated licensed person will enter in the person's name who is receiving the narcotic, the date, time, amount remaining via actual count, ADC# and the nurse's signature.

   Every shift that the health unit is open, counting of narcotics will occur with proper documentation of each narcotic amount, date, and time.  The narcotics counting process is that one nurse actually counts the pills and reports to the other nurse the number of pills in the prescription bag while the other nurse verifies that the narcotic log form count matches the pills actually counted as being correct. Both licensed nurses sign the narcotic log form with their signature stating the narcotics are accounted for.

4.0.    Narcotic Accountability Error:  If an error in the count occurs while narcotics are being counted, the counting process is to continue till the count is finished. The log sheet of the particular unaccountable narcotic will be pulled from the log book during the counting process.
4.1.    The designated licensed nurse who carried the keys for that particular shift will track the unaccountable narcotic.
   -    The nurse must identify those who were administering medication.
   -    Identify the patient with the particular medication/narcotic prescription when it was last administered.
   -    Check for misplacement of the narcotic in medication room.
   -    If the medication is accounted for there no further intervention needed. If the narcotic is not accounted for, a Medication Incident Report form and an IR will be completed.
   -    The licensed nurse is to responsible to immediately report the incident to the CRNSI.
   -    The CRNSI is to report the situation to the CRNSII, CRNSII reports to the FHA, the FHA reports to the Pharmacist in Charge and the Warden, and the RHA, who will make the necessary notification to Central Office including the Pharmacy Program Manager.

4.2.    Narcotic Unaccounted for:  The FHA will perform his/her own internal investigation and send final report to the RHA and the Pharmacy Program Manager.  The RHA will notify other appropriate program managers.  If the volume of narcotics is more then one or two pills or a pattern presents itself of unaccountable narcotics then the FHA will notify the RHA for further instructions.  The RHA will then notify the Division Director  of the situation for further instructions.  A final report is sent to the RHA , who will distribute the report to the appropriate program.

236

| | Medication Error Reporting | OPR: Pharmacy Program Manager Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: pb/sr |
| Health Services Technical Manual | HSTM Chapter 5 Section 6.6. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES:**   ARIZONA Administrative Code R4-23-672
NCCHC STANDARD P-D-01
NCCHC STANDARD P-D-02

**PURPOSE:**   To ensure that all pharmaceuticals and the pharmacy inventory is accounted for and actively managed at each Facility Health Unit and Pharmacy at all times.

**PROCEDURES:**

1.0    When a Medication Incident Report is needed due to a nursing delivery/ administration error or a pharmacy error discovered after the prescription has been dispensed), the following will be performed.

1.1    A Medication Incident Report (form 70400033) will be completed and submitted to the FHA who will provide a copy to the Key Contact Pharmacist, and Key Contact Nurse, and Medical Program Manager, and Pharmacy Program Manager, and/or Nursing Program Manager, and/or Dental Program Manager.  The Medication Incident report will include:
-    Inmate's name
-    Inmate's number
-    Date
-    Prescriber's name
-    Name or person that made the error
-    Name of person discovering the error
-    Description of error
-    Action taken after discovery of error (patient and Prescriber notification etc.)
-    Other relevant information to the incident

2.0.    When an inmate has taken a medication that is in error, staff finding the error must ensure that the pharmacy is immediately informed.  The Pharmacist will notify the prescriber of the error and assist the provider to perform any corrective action.  The individual identifying and/or reporting the error must document the incident in the SOAP notes.

237

ADC010884

3.0.　　Facility Health Administrator will direct, via post order, which types of medication errors require staff to complete an Information Report (Form 105-2pf/40000029).  Examples of possible reasons may include patterns, adverse outcomes, involvement of security in caring for the inmate, etc.

3.1.　　The individual identifying the error shall forward the Information Report and the Medication Incident Report to the Key Contact Pharmacist for review.

3.2.　　The Pharmacy will, utilizing existing protocols, review and act on the Medication Incident Reports.　The Information Report and a copy of the Medication Incident report will then be forwarded to the Pharmacy Program Manager. A copy of the Information Report will be kept on file indefinitely in the Pharmacy that fills prescriptions for the Facility.

ADC010885

| | Clinical Follow Up Requirements | OPR: Medical  Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth:  cp |
| Health Services Technical Manual | HSTM Chapter 5 Section 7.0. | Supercedes: HSTM 5.7.0 June 15, 2008 Effective Date: January 1, 2010 |

**REFERENCES:**       NCCHC STANDARD P-E-12

**PURPOSE:**  To establish procedures for health staff to us when following pending health care issues.

**RESPONSIBILITY:**  It is the responsibility of the Facility Health Administrator and Key Contact Staff to assure that staff complies with this procedure.  Responding to and informing patients of outcome of clinical activity (especially abnormal results) remains the primary responsibility of the attending physician, nurse practitioner, or physician's assistant.

**PROCEDURE:**

1.0 <u>All Clinical Provider Staff</u> are responsible to track important diagnostic reports and consultation requests for their patients. Medical Providers shall write orders for important diagnostic tests and consultation requests as necessary and track these by maintaining a log or by ordering appropriate and timely follow-up visits so that they can follow up to assure they receive results. (Important diagnostic tests include, pulmonary function tests, electroencephalograms , imaging reports (scans, ultrasounds, MRI's, etc.), mammography reports, audiometry tests, and any other important reports ordered as part of the treatment plan of their assigned patient.) Routine reports which do not need to be tracked include laboratory reports, x-rays, electrocardiogram (EKG), and urinalysis results. A sample format is provided below.

2.0.      Diagnostic reports must be reviewed by provider, signed, stamped and dated prior to filing into the medical record.

2.1      If the inmate is being transferred to another unit, and the report <u>has not been</u> reviewed and signed, the report is to be placed on top of the SOAP divider so the transferring unit can route the chart.  The information/chart transferred should be adequately available to prompt and support the provider assigned to that unit to render treatment if indicated.

2.2.      Dental Providers staff shall track any Consultation Report that the dentist submits to assure that the referral to the outside consultant occurs in a timely manner.

ADC010886

3.0    Lab staff shall collect specimens and send them to the laboratory contractor; follow-up on pending lab results with the laboratory contractor; forward lab results to the appropriate provider for review; and notify the provider immediately of any critical results.

4.0.    The Clinical Coordinator will follow up with Central Office on any outstanding Consultation Reports pending approval after five business days and inform the FHA and Key Contact Provider of these pending reports.  Refer to HSTM 7.2.0. for specific guidance in Clinical Coordination of outside consultations.  The Clinical Coordinator shall, in accordance with HSTM 7.2.0, place a medical hold on inmates who have a scheduled appointment with an outside consultant.  They shall also follow up and remove these holds after the inmate's appointment with the consultant.

5.0    Nursing staff shall note orders from the providers and follow through to assure that the order is completed as ordered by the provider; follow up with the provider, Clinical Coordinator, or other responsible staff to ascertain the status of a pending order (e.g., status of medical shoes ordered for an inmate); track and place inmates with chronic conditions on the provider line to assure that they are seen every six months, or as ordered by the provider; plan PPD testing as appropriate and read the PPD skin test at 48-72 hours (this includes assuring that an annual PPD test or follow-up is completed for each inmate on the unit).
5.1.    Responsibility to notify a patient regarding abnormal laboratory/testing findings may not be delegated by the provider to nursing staff.

6.0    Radiology Technologist shall maintain a tracking log of x-rays sent to the radiologist contractor that, at a minimum, notes inmate name, ADC number, date x-ray sent to contractor and date report is received from radiologist contractor.  The Radiologist Technologist shall follow up with the contractor if reports are not received within the amount of time specified in the contract.  Notify the FHA and Key Contact Provider if any delays in receiving reports.

7.0    Medical Records staff shall place a medical hold on inmates who have a scheduled appointment with an outside consultant.  They shall also follow up and remove these holds after the inmate's appointment with the consultant.

**SAMPLE A**

| Inmate Name | Inmate Number | Test ordered | Date ordered | Results Expected On/about | Results received |
|---|---|---|---|---|---|
| *Sample, Jr* | 066659 | *EEG* | *6/13* | *6/21* | |
| *Manygoats,B* | 012345 | *PFT* | *6/13* | *6/19* | *6/20* |
| | | | | | |
| | | | | | |

240

ADC010887

| | Missed Appointments | OPR:<br>Nursing Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: gg |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 7.1. | Supercedes:<br>HSTM 5.7.1. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES:**     ARIZONA REVISED STATUTE 31-201.01
                                DEPARTMENT ORDER 1101
                                NCCHC STANDARD  P-E-07
                                NCCHC STANDARD  P-I-06

**PURPOSE:**  This policy is provided to guide ADC staffs' response to, and documentation of, medical or dental appointments that were not completed.

**RESPONSIBILITY:**  The health and well-being of inmates is designated to be the responsibility of the State of Arizona.  As such, the State, through the Department of Corrections' Health Services Division holds a responsibility to make every effort to ensure that inmates are provided required health care in a timely manner.

1.0. Missed Appointments can occur for a variety of reason as a result of inmate personal decision-making or security generated complications.  As a general rule, any missed appointment needs to be reviewed to determine the need for rescheduling the appointment and to allow administration to consider modifications to processes.  This evaluation must be performed on a comparative priority basis in order to determine whether the inmate should be seen prior to existing appointments or the appointment should be cancelled altogether.

2.0.  If the Health Services Division professional personnel are unable to see all of the inmates appointed on the day's appointment turnout list, any inmates that were not seen will be rescheduled to be seen as early as possible and at the next available appointment time.

3.0. If Security is unable to turn out the inmates as previously scheduled, an Information Report (or memorandum) will be written from the Facility Health Administrator to the Deputy Warden of the respective yard requesting an explanation of why Security was unable to turnout the named inmate to health services at the requested appointment time. (refer to Department Order 1101.03, Para. 1.9).

241

3.1.  Repeated impediment to inmate-patient health care delivery on a yard will be referred to the Warden for review.

ADC010889

| | Appointment or Treatment Refusals | OPR: Nursing Technical Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: st |
| Health Services Technical Manual | HSTM Chapter 5 Section 7.2. | Supercedes: Effective Date: January 1, 2010 |

**REFERENCES**:      ARIZONA REVISED STATUTE 31-201.01
 DEPARTMENT ORDER 1101
 NCCHC STANDARD P-E-07
 NCCHC STANDARD P-I-06

**PURPOSE:**  A process for documentation of an inmate's refusal to attend an appointment or accept treatment for a specific health issue.

**RESPONSIBILITY**:   The health and wellbeing of inmates is designated to be the responsibility of the State of Arizona.  As such, the State, through the Department of Corrections' Health Services Division holds a responsibility to make every effort to ensure that inmates are provided required health care in a timely manner.  It is the responsibility of the Key Contact Personnel to ensure pertinent staff obtains an inmates' refusal to accept recommended treatment for a known, potential, or suspected health problem.

**GENERAL PROCEDURE:**
1.0      **Cancellation Acceptance**:
1.1.      An inmate may cancel an appointment that was created by his/her HNR for limited medical attention on the Nurses' line (such as cold symptoms that have improved since submitting the HNR).  If the inmate later changes his/her mind, he/she may seek and be provided treatment again.

1.2.      HNR requests that have resulted in scheduling the physician/provider, mental health practitioners, and dental staff cannot be cancelled by the inmate without coming to medical to complete the Refusal to Submit to Treatment form.  Staff will document their efforts to explain the consequences of this refusal including the potential delay in rescheduling the appointment.

1.3.      Requests for medical attention suggesting a serious medical condition to the appointed health services provider staff that is scheduled to see the patient cannot be refused except by coming to the health unit to discuss the impact of refusing care and treatment for the identified

ADC010890

medical issue.  Staff will document their efforts to explain the consequences of this refusal including the potential delay in rescheduling the appointment.

1.4.    Appointments initiated by nursing and/or the medical provider as follow up visits, counseling, additional procedures, lab testing, etc. cannot be cancelled by the inmate without coming to medical to sign a refusal. Staff will document their efforts to explain the consequences of this refusal including the potential delay in rescheduling the appointment.

1.5.    Appointments for telemedicine services may only be refused at the telemedicine location in order to permit full disclosure to the inmate by the medical Specialist of the medical consequences of his refusal.   Staff will document their efforts to explain the consequences of this refusal including the potential delay in rescheduling the appointment.

1.6.    Refusal of appointments for off-site medical care by specialists must be completed by the inmate, in person, at the inmate's treating health unit whenever possible based on availability of the health staff to take the refusal.   Staff will document their efforts to explain the consequences of this refusal including the potential delay in rescheduling the appointment.

2.0.    **Documentation:** The inmate may document his refusal by properly completing and signing the Refusal to Submit to Treatment (Form #1101-4P) and submitting it to health services.
2.1.    If completed outside of the health unit, the placement of the inmate's signature on the form must be witnessed by two security officers.  Note that this is not authorized for the items listed in paragraph 1.0 through 1.6 above.
2.2.    If completed in the health unit, or before a Health Services staff member, the placement of the inmate's signature on the form must be witnessed by one health services staff member.

3.0.    If an inmate refuses to accept treatment or sign a Consent to Treat form, nursing staff will;
3.1.    In language the inmate can understand, explain the consequences of his/her refusal to accept the proposed procedure/treatment.
3.2.    Document exactly what was told to the inmate regarding the refusal of the procedure/treatment on the Refusal to Submit to Treatment form (Form #1101-4P or 1101-4PS).
3.3.    Request the inmate to sign and date the completed Refusal to Submit to Treatment (Form #1101-4P or 1101-4PS) form before two witnesses.
3.4.    Have the witnesses sign the completed form.
3.5.    Filed the completed form in the Legal Section of the inmate's health record. The completed form is to be filed in section three of the inmates health record under the Consent Refusal of Treatment tab.
3.6.    Document the signing of the refusal form in SOAP form on the Continuous Progress Record.


4.0     If the inmate refuses to sign the refusal form, the nurse will:
4.1.    Document the refusal on the Refusal to Submit to Treatment form.
4.2.    Have two witnesses sign the refusal form.
4.3.    File the completed form in the health record file under consents/refusal section.

244

ADC010891

4.4.     Document the refusal to sign the refusal form in a SOAP form on the Continuous Progress Record.

4.5.     The completed form is to be filed in Section Three of the inmate's health record under the Consent Refusal of Treatment tab.


5.0  If Security is unable to turn out the inmates as previously scheduled and a refusal is not received as required, the Facility Health Administrator will write an Information Report (or memorandum) to the Deputy Warden of the respective yard requesting a response as to why Security was unable to turnout the named inmate to health services at the requested appointment time.  (Department Order 1101.03, sec. 1.9).  Repeated complications on a yard will be referred to the Warden for review.


6.0     If an inmate refuses treatment or service more than three consecutive times (e.g. FSBS, physician ordered evaluation, etc) the patient's provider will review the chart or see the patient for possible new orders.  This is not meant to preclude earlier intervention as the attending provider determines is necessary to protect the health of the patient.


7.0  If the inmate changes his/her mind, he/she may seek and be provided treatment again.

ADC010892

|  | Health Services Fees | OPR:<br>Nursing Program Manager |
| Arizona Department of Corrections | | Auth: st |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 8.0. | Supercedes:<br>HSTM 5.8.0. June 15, 2008<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:      Arizona Revised Statutes 31-201.01
                                 DEPARTMENT ORDER 916

**PURPOSE:** To provide consistent criteria for charging for Health Services received by inmates within the Arizona Department of Corrections or contracted facility.   To ensure that medical visits by inmates who are exempt by order of the Director do not have fees deducted from their accounts.

**RESPONSIBILITY:**  It is the responsibility of the Facility Heath Administrator to ensure Health Services staff complete and forward original appointment lists to the business office each day.  Health Services staff will insure that inmates are being charged as authorized and directed in Department Order 1101 and ARS 31-201.  Inmates may be charged $4.00 co-pay for their health care visit.

1.0.      AUTHORITIES: The authority to waive any charges other than those defined by ARS 31-201.01 is restricted to the Director of the Department of Corrections.

2.0.      PROHIBITION OF CARE DENIAL: No inmate will be denied care due to lack of funds. No inmate will be denied care due to being indigent.  He/she will be seen by health care staff. The Business Office will place a $4.00 hold on their bank account for the visit.

3.0.      CHARGING PROCEDURES: (Refer to Department Order 1101).   Inmates will be charged per Department Order 1101 and ARS 31-201.    Inmates may be charged a $4.00 co-pay for their health care visit.
3.1.      The nursing staff shall complete the Appointment List (# 1101-13P) prior to the visit. Upon completion of the Health Service Appointment List, nursing shall indicate if the visit is a Charge or No Charge (in appropriate column).   If the visit is a No Charge, nursing shall place the appropriate exemption code (below) in the charge column of the Health Service Appointment List.   NOTE: If the Shift Supervisor has requested an unscheduled security-need-to-know examination the Health Service Appointment List will indicate a No Charge.
3.2.      At the time of visit the charge status will be indicated and the inmate must sign before being seen for treatment.

246

ADC010893

3.3.     The completed original of the appointment list will be submitted to the complex Business Office within **72 hours of completion** of the health services appointment and the copy retained on the Health unit for 1 year.

3.4.     One of the most common inmate requests is to waive the charge.  This may not be done. The Fee-For-Service is a nursing procedure and a mid-level or primary care provider does not have the authority to alter a fee.

4.0.     Should an inmate dispute any charge he/she can have it reviewed by submitting an Inmate letter to the FHA.

4.1.     The following method shall be used by the inmate in accordance with Department Order 916.  The inmate shall acquire a copy of his account report; highlight the disputed charges; and forward the report to the FHA with justification regarding why the account should not be charged.

8.0.     FEE WAVIER PROCEDURE:  Except as provided in this document, every inmate shall be charged a reasonable medical and health services fee for each medical visit an inmate makes pursuant to a health needs request form or for emergency treatment.

8.1.  The director shall exempt certain inmates, or medical visits by inmates, from payment of medical and health services fees and fees for prescriptions, medication or prosthetic devices. The director exempts the following inmates, or medical visits by inmates, from payment of medical and health services fees and fees for prescriptions, medication or prosthetic devices:
-  Medical visits initiated by the medical or mental health staff of the department.
-  Medical visits to a physician by inmates who are referred by a physician assistant or nurse practitioner.
-  Inmates at reception centers.
-  Juvenile inmates.
-  Pregnant inmates.
-  Seriously mentally ill inmates. For the purposes of this paragraph, "seriously mentally ill inmates" means inmates who as a result of a mental disorder as defined in section 36-501 exhibit emotional or behavioral functioning which is so impaired as to interfere substantially with their capacity to remain in the general prison population without supportive treatment or services of a long-term or indefinite duration and whose mental disability is severe and persistent, resulting in a long-term limitation of their functional capacities for primary activities of daily living, including interpersonal relationships, self-care, employment and recreation.
-  Developmentally disabled inmates who are housed in a special programs unit.
-  Inmates who are housed in unit 8 at the Florence prison facility.
-  Inmates who are inpatients at the Alhambra prison facility special programs psychiatric hospital.
-  Inmates who are inpatients at the Flamenco prison facility mental health treatment unit.
-  Inmates who are undergoing administrative physical examinations for statewide driver status and fire fighting crews.
-  Inmates who are undergoing follow-up medical treatment for chronic diseases
-  Any condition requiring regular examination, treatment or follow up as determined and documented by an ADC Healthcare Provider.

ADC010894

8.2.    Obviously many more disorders will be seen on a repetitive, persistent basis.  As described above, the fee waiver will occur if a return visit is initiated by the provider at the time of visit, e.g. a follow-up in 7 days, etc.  Thus an appointment book entry and no Health Needs Request Form would be required.  If an HNR (Form # 70400152 or 70400152ES) is needed to be seen, a charge is indicated.  The Nurse determines "Fee" status of the visit.

8.3.    All visits in the IPC will be provided on a No Charge basis using the appropriate exemption code in the charge column of the Health Service Appointment List;  NC-7 for HU8 ASPC-Florence; NC-8 for Inpatient at ASPC-Phoenix (Mental Health Units); and NC-9 for IPC Patient (ASPC-Florence/Tucson/Lewis).

9.0.    The following Exemption Codes are authorized for entry into the appointment and charging documents and will be tracked via database processes:

NC-1   Medical visit initiated by provider (s)   This does not include weights, blood pressure checks, or prn visits.

NC-2   Inmate processing through Reception Center

NC-3   Juvenile

NC-4   Pregnant

NC-5   Seriously Mentally Ill

NC-6   SPU

NC-7   HU8 ASPC-Florence

NC-8   Inpatient at ASPC-Phoenix (Mental Health Units)

NC-9   IPC Patient (ASPC-Florence/Tucson/Lewis)

NC-10 Administrative Examinations (Food Service, Fire Crew, Parole, etc.) to include:

- PPD's
- lab
- X-Ray
- chronic conditions
- Medication delivery
- vital signs
- Medical record reviews
- physicals
- Every-two-year nursing assignments
- treatments

Note that NC- 1 and NC-10 are not to include intakes, or CDU visits (Nurses Line).

ADC010895

| | Oral Health Care Services | OPR:<br>Dental  Program Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: ma |
| Health Services Technical Manual | HSTM<br>Chapter 5<br>Section 9.0. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**REFERENCES**:          DENTAL TECHNICAL MANUAL (April 2003)
                              NCCHC STANDARD P-E-06

**PURPOSE:** To provide consistent guidance for providing quality oral health care to incarcerated patients.

**RESPONSIBILITY:**  It is the responsibility of the Dental Program Manager to provide State-wide clinical guidance in oral health care.

**PROCEDURES:**
1.0.      The guidance found in Dental Technical Manual, dated April 2003 and attached as an appendix to this manual, shall remain in effect until completely integrated into the Health Services Technical Manual.

ADC010896