| | | OPR:<br>Medical Director |
|---|---|---|
| <br>Arizona Department of Corrections | Statistics and Reporting Requirements | Auth: |
| Health Services Technical Manual | HSTM<br>Appendix A<br>. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

# Appendix A: Section II

## Statistics and Reporting Requirements

To provide guidance relating to the completion and submission of all required reports and statistics.

It is the responsibility of the FHA in conjunction with each Key Contact staff to ensure that all reports and statistics are completed and submitted in accordance with ADC Department Orders. The FHA shall ensure that reports and statistics are completed and submitted:

CATEGORIES

| I - Inmate Status | F - Fiscal | □ - Policy Driven |
|---|---|---|
| A - Activity/Production | O - Operational | |
| M - Material Management | C - Central Office | |

FACILITY REPORTS TO CENTRAL OFFICE

| Category | TITLE: | FREQUENCY: | DUE DATE: | COMPLETED BY: | SENT TO: | USED FOR: |
|---|---|---|---|---|---|---|
| A/I | Census IPC | MONTHLY | 15th | Nursing staff at Tucson & Florence | Medical Records/ Investigations | Annual Budget |
| A | Dental Productio | WEEKLY | 7 days followin | Dentists | Dental Program Manager | Monthly Monitoring Annual Budget |

367

| | | | | | | |
|---|---|---|---|---|---|---|
| | n | | g end of week | | | |
| A/I | Monthly Census in Community Hospitals | MONTHLY | 15th | Nursing staff | Medical Records/ Investigations | Annual Budget Nat. Cor. Yrbk |
| A/F | On-Site Clinics | MONTHLY | 15th | | Medical Program Manager | |
| A | Pharmacy/ Provider Prescription Statistics | MONTHLY | 15th | Pharmacists | Pharmacy Program Manager | Budget Year-end |
| A | SOTP Report | MONTHLY | 15th | Mental Hlth Coordinator | Warden/ Bureau Administrator M.H. Program Mgr | Monthly monitoring Invoice/budgeting |
| F | Assault Report | BI-WEEKLY | Friday after payday | Updated by Admin Asst. | Budget Administrator | Wardens Year-end Bi-weekly budget status report |
| F | High Cost Inmate Report | BI-WEEKLY | Friday after payday | Updated by Admin Asst. | Budget Administrator | Cost Projections Annual budget Bi-weekly budget status report |
| F/A | Professional & Outside Services Report | BI-WEEKLY | Friday after payday | Updated by Admin Asst. | Budget Administrator | Cost projections Annual Budget Bi-weekly budget status report |
| Category | TITLE: | FREQUENCY: | DUE DATE: | COMPLETED BY: | SENT TO: | USED FOR: |

ADC011015

| F | Contracted Monitoring Checklist (Professional) | Bi-ANNUALLY | Feb & Aug | form completed by FHA & key contacts | Budget Administrator | Contracts Admin. Vendors |
|---|---|---|---|---|---|---|
| F/A | HNR Report | MONTHLY | 15th | FHA | Dental Program Manager | Director Year-end |
| F/I/A | Monthly Activity Report | MONTHLY | 15th | | Medical Records/ Investigations | Budget PLUS MORE |
| F | Ortho Report | MONTHLY | 15th | Updated by Admin Asst. | Bureau Administrator | Gov. Fact sheet |
| F/A | Outside Referrals of Inmate Statistics | WEEKLY | Close of business Friday | CRNS II/Clinical Coordinator | Medical Records/ Investigations | Medical Audit by Medical Program Manager |
| I | ADA | MONTHLY | 15th | | Health Services Coordinator | Denise check with Debbie |
| I | Chronic Condition Inventory | QTRLY | 15th day after close of quarter | CRNS II ?? | Medical Records/ Investigations | Year-end Federal Report |
| I | Inpatient Component Status | WEEKLY | | CRNS II | Health Services Coordinator | |
| I | Mortality Statistics | MONTHLY | 15th | ?? | Medical Records/Investigations | Gov. Fact Sheet Year-end |
| M | Annual Pharmacy Inventory | ANNUALLY | July 25th | Pharmacists | Budget Administrator | State Auditor General |

369

| M | Capitalized Inventory | ANNUALLY | August | Admin Asst. | Program & Project Specialist II | State Auditor General |
| M | Fuel Consumption Report | MONTHLY | | | Jim Charles | |
| M | Medical Supply Report | MONTHLY | | | Nurse Program Manager????? | |
| M | Vaccine Usage Report | MONTHLY | | | Health Services Coordinate | |

| Category | TITLE: | FREQUENCY: | DUE DATE: | Completed BY: | SENT TO: | USED FOR: |
|---|---|---|---|---|---|---|
| O | Complex Mental Health Team Mtg. Minutes w/Grievances list | MONTHLY | 10th | FHA | Bureau Administrator M.H. Program Mgr | Management Casey vs Lewis |
| O | FMA - Family Medical Leave Act | AS NEEDED | | | Bureau Administrator | |

REPORTS FROM OUTSIDE ADC

| I/F | Hospital Utilization | DAILY | | | Health Services Coordinator | |

FACILITY REPORTS (NOT SENT TO CENTRAL OFFICE)

| Category | TITLE: | FREQUENCY: | DUE DATE: | COMPLETED BY: | SENT TO: | USED FOR: |
|---|---|---|---|---|---|---|
| M | Tools & | MONTHLY | | | Chief of Security | |

370

ADC011017

|  | Sharps Inventory |  |  |  |  |  |
|---|---|---|---|---|---|---|
| O | Health Unit Security Report | MONTHLY |  |  | Chief of Security |  |
| O | Internal Operating Report | MONTHLY |  |  |  |  |
| O | Kitchen Inspection | MONTHLY |  |  | cc: Bureau Administrator (Ask Dr. Lutz) |  |
| A | X-ray Report | MONTHLY | 15th |  | Medical Program Manager |  |
| A | Mental Health Programming Report | MONTHLY | UNDER REVISION |  | Warden |  |
|  |  |  |  |  |  |  |

CENTRAL OFFICE REPORTS - Not completed...

| Category | TITLE: | FREQUENCY: | DUE DATE: | COMPLETED BY: | SENT TO: | USED FOR: |
|---|---|---|---|---|---|---|
| C | Alcoholic Treatment Fund | MONTHLY |  | DD/MHPM MH Svs. Coordinator |  | Annual Budget request |
| C | Grievance Log |  |  |  |  |  |
|  | USAS Exp. Report | MONTHLY | Distributed by 15th of month | AA=s |  |  |
|  |  |  |  |  |  |  |

ADC011018

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

MEETING MINUTES

| Category | TITLE: | FREQUENCY: | DUE DATE: | COMPLETED BY: | SENT TO: | USED FOR: |
|---|---|---|---|---|---|---|
| A | Central Office Management Team Minutes | WEEKLY |  |  | Program Managers FHA=s |  |
| A | ORC Minutes | WEEKLY |  | 7 day following end of week | Medical Program Manager |  |
| A | Bureau Administrator Telecom | MONTHLY |  |  | FHA=s Program Managers |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

MONTHLY PACKET TO INCLUDE: Monthly packet to be sent in to one person and data is entered/distributed

| | |
|---|---|
| # Monthly Activity Report (TO BE NEW AND IMPROVED) | # Ortho Report - just total cost sent to Budget Administrator |
| # SOTP Report | # Census IPC |
| # Pharmacy Provider Prescription Statistics | # HNR Report |
| # Monthly Census in Community Hospitals | # Outside Referrals of Inmate Statistics |
|  | # Mortality Statistics |

372

ADC011019

| | Dental Technical Manual | OPR:<br>Dental  Director<br><br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix B<br>. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**APPENDIX B DELETED.  SEE DENTAL TECHNICAL MANUAL**

373

| | Chronic Conditions | OPR:<br>Medical Director<br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix C<br>. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

## APPENDIX C: MONITORED (CHRONIC) CONDITIONS

### EXECUTIVE SUMMARY:

ADC monitors the following conditions:
- Cancer
- HIV
- Diabetes
- Hypertension
- Cardiac
- Seizure
- Respiratory
- Hepatitis C

In accordance with A.R.S. 36-201.01 (G), and Department Order 1101-06.

The Monitored Condition Database is a Centralized chronic disease electronic tickler system converted from paper in 2004. This Department Order requires that inmates be provided appropriate access to medical care at reasonable fees. The Department Order also requires that appropriate and uninterrupted health care be provided to inmates with chronic health conditions

The monitored Condition Database does just that by providing the following:

- Identification of inmates with Chronic Conditions
- A mechanism for patient follow – up
- Assist with re-ordering medications for inmates in a timely manner to treat their chronic conditions minimizing interruption or unnecessary delay.

374

In the past, tickler cards had generated follow – up appointments for Inmates with Chronic Medical Conditions. This process ensured that inmates received medical attention on a monthly basis. A report would be generated from a color code on the tickler card or a hand written list created for each month, allowing staff to identify Inmate follow - up appointments once a month or mid month. This also required extensive research in AIMS to identify if the inmate still resided at the facility, was a new commitment or had been transferred.

Currently, reports are entered into a Centralized Database at Central Office Phoenix and reports are generated for monthly appointments. The goal with Health Services as we expand is to have each facility do their own input.

375

**MONITORED CONDITIONS FORM VIEW**



# Article IV.    MONITORED CONDITIONS FORM

| FIELD NAME | DESCRIPTION | COMMENT |
|---|---|---|
| Date Entered | Date Entered automatically | |
| I/M # | Enter Inmate Number | Curser must be in this field to search. |
| Diabetes | Select Yes or No | |
| Type  1 or 2 | Select type 1 or 2 Diabetes | |
| Hypertension | Enter Yes or No | |
| Heart Disease | Enter Yes or No | |
| Respiratory | Enter Yes or No | |
| Seizures | Enter Yes or No | |
| HIV | Enter Yes or No | |
| AIDS | Enter Yes or No | |
| Cancer | Enter Yes or No | |
| Renal | Enter Yes or No | |
| Next Appointment | Enter Follow up Appointment Date | If no Follow up leave or make field blank and enter comments in comment field. |
| Comment: | Enter comments regarding this inmate (i.e. DC'd, Gone, Moved, not CC, Etc.) | |
| TOOL BAR ACTIONS | USE / DESCRIPTION | COMMENT |
| Binoculars Icon or  Control "F" | Used to search by Inmate name or Inmate number. | *Must* be in specific field to search correctly (i.e. IM Name or IM Number) |
| * (Asterisk) | Used to add new Record to Database | |
| | END PROCESS | |

377

ADC011024

**MONITORED CONDITIONS QUERY VIEW**
**QUERIES: "By Facility Due Monthly" &**
**QUERIES: "By Facility Mid Month"**



378

ADC011025



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Name Description Modified Created Type
Open
Design
New
Find duplicates for Qry: Results Diabetic with AIC 4/4/2005 10:49:54 ... 4/4/2005 10:49:54 ... Query: Select Query
Qry: All Due by Date range 5/6/2005 1:55:37 PM 4/20/2005 4:50:52 PM Query: Select Query
Qry: ALL due Monthly 4/3/2006 1:43:56 PM 1/26/2004 3:10:59 PM Query: Select Query
Qry: ALL due Monthly_Crosstab 4:37 ... 3/8/2005 9:03:22 AM Query: Crosstab Q...
Qry: By Facility 49:1... 1/8/2004 4:36:22 PM Query: Select Query
Qry: By Facility - null dates :05 ... 6/17/2004 9:55:54 ... Query: Select Query
Qry: By Facility Due Monthly :35 PM 1/26/2004 2:57:15 PM Query: Select Query
Qry: By Facility Mid Month :04 PM 7/12/2004 10:11:3... Query: Select Query
Qry: By Unit 22 PM 2/7/2005 11:00:20 ... Query: Select Query
Qry: Combined Chang 01 AM 6/2/2003 2:35:51 PM Query: Select Query
Qry: Combined Diabetic 11/1/2005 8:10:21 ... 3/30/2005 4:15:37 PM Query: Select Query
Qry: Combined Diabetic Without Matching Analytedata - ... 5/11/2005 9:45:46 ... 4/4/2005 9:17:03 AM Query: Select Query
Qry: Combined Seizure 4/13/2005 1:48:50 PM 4/13/2005 1:48:21 PM Query: Select Query
Qry: Combined Seizure w/o matching Analyte 5/31/2005 1:51:02 PM 4/13/2005 1:49:13 PM Query: Select Query
Qry: Combined_Crosstab Copy to Excell 2/22/2006 2:27:22 PM 9/27/2005 1:41:06 PM Query: Crosstab Q...
Qry: Combined_Crosstab - change disease Used for Counting disease states☐☐ 1/23/2006 3:07:35 PM 7/20/2004 7:14:47 ... Query: Crosstab Q...
Qry: Diabetic with AIC Step 1 3/27/2006 11:38:4... 4/4/2005 9:15:35 AM Query: Select Query
Qry: HIV 11/2/2005 11:25:0... 11/2/2005 11:24:1... Query: Select Query
Qry: HIV match w/HIV database 10/26/2005 12:56:... 10/26/2005 12:54:... Query: Select Query
Qry: HIV Without Matching Clinical 11/2/2005 11:26:3... 11/2/2005 11:26:1... Query: Select Query
Qry: Indv Overview 5/5/2005 10:04:12 ... 5/5/2005 10:03:43 ... Query: Select Query
Qry: Max Date Diabetic with AIC Step 2 11/23/2005 9:20:4... 4/4/2005 10:25:53 ... Query: Select Query
Qry: Mid Month to support cross tab 4/14/2005 1:15:46 PM 4/14/2005 1:14:24 PM Query: Select Query
Qry: Mid Month to support cross tab_Crosstab 4/14/2005 1:16:38 PM 4/14/2005 1:16:38 PM Query: Crosstab Q...
Qry: Results Diabetic with AIC Step 3 - Results 3/27/2006 11:34:3... 4/4/2005 10:38:32 ... Query: Select Query
Qry: Update AIC into Master 1/30/2006 8:52:32 ... 1/30/2006 8:51:55 ... Query: Append Query
Qry: Update from HIV database 10/26/2005 12:51:... 10/26/2005 11:12:... Query: Append Query
Enter Parameter Value
Type Facility
eyman
OK
Cancel
Ready
NUM
start
Microsoft Access - [M...
MONITORED CONDIT...
9:53 AM



380



| Comment | Facility | Building | BED | Loc | Next Appt | ADC# | LName | FName | DOB | Diabetes | Type | Hypert | Expr10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seen Weekly by Dr. | EYMAN | 5-AB | 5B20 | A14 | 2/17/2006 | 22594 | LOPEZ | MANUEL | 2/6/1936 | | | Yes | |
| | EYMAN | 6-D- | 216L | A12 | 4/18/2006 | 29395 | RIVERS | DONAVAN | 3/3/1950 | | | Yes | |
| | EYMAN | | | A14 | 3/1/2006 | 29633 | THOMAS | DONNELL | 8/31/1950 | | | | |
| | EYMAN | 5-B- | 223L | A12 | 3/1/2006 | 30449 | ANTON | DONALD | 2/19/1949 | No | | Yes | No |
| | EYMAN | 06AB | WA27 | A16 | 1/10/2006 | 31059 | NOBLE | ANDREW | 3/12/1946 | Yes | | Yes | |
| | EYMAN | WG3H | 026B | A27 | 3/13/2006 | 31293 | MOORMAN | ROBERT | 6/4/1945 | Yes | | No | |
| | EYMAN | 07AB | WE09 | A16 | 3/16/2006 | 31390 | LOPEZ | BRUNO | 1/17/1945 | Yes | | No | |
| | EYMAN | 07AB | WE14 | A16 | 3/21/2006 | 31822 | BATTELLE | RONALD | 10/1/1940 | No | | Yes | No |
| | EYMAN | 07AB | WA31 | A16 | 3/16/2006 | 32212 | LUCAS | DONALD | 1/26/1947 | No | | Yes | No |
| | EYMAN | WG4I | 039B | A21 | 4/5/2006 | 32440 | CLARK | DAVID | 7/22/1956 | No | | No | No |
| | EYMAN | WG4J | 045B | A21 | 4/3/2006 | 33224 | BARNETT | ANDREW | 2/5/1952 | No | | Yes | No |
| | EYMAN | 7-D- | 226L | A12 | 4/1/2006 | 33398 | PARKER | RODGER | 10/13/1953 | | | Yes | |
| | EYMAN | WG4J | 032B | A21 | 2/5/2006 | 33406 | BORQUEZ | TEOFILO | 4/21/1947 | No | | Yes | No |
| | EYMAN | 6-C- | 113L | A12 | 4/4/2006 | 33428 | WHITE | RUSSELL | 1/10/1953 | No | | No | No |
| | EYMAN | 06AB | WA29 | A16 | 4/27/2006 | 33782 | NUELS | DAVID | 9/18/1954 | No | | Yes | No |
| | EYMAN | 07AB | WA05 | A16 | 3/29/2006 | 34389 | BURTON | MICHAEL | 1/1/1953 | | | Yes | |
| | EYMAN | 06CD | WC03 | A16 | 3/20/2006 | 34470 | MARTINEZ | ELIAS | 6/16/1951 | | | | |
| | EYMAN | 09AB | WA31 | A16 | 1/17/2006 | 34726 | RECORD | NELSON | 4/2/1945 | | | Yes | |
| | EYMAN | 5-D- | 119L | A12 | 5/1/2006 | 35553 | GALLAGHER | MICHAEL | 3/4/1957 | Yes | 2 | No | No |
| | EYMAN | 7-D- | 126L | A12 | 3/1/2006 | 36321 | DAVIS | ROBERT | 6/7/1942 | No | | Yes | No |
| | EYMAN | 06AB | WB08 | A16 | 4/27/2006 | 37194 | SNYDER | ARTHUR | 12/31/1956 | No | | No | No |
| | EYMAN | 6-A- | 209L | A12 | 4/1/2006 | 37264 | FARRELL | DAVID | 1/6/1956 | No | | Yes | Yes |
| | EYMAN | 5-B- | 119L | A12 | 5/1/2006 | 37415 | KING | STEPHEN | 3/18/1949 | Yes | | Yes | No |
| | EYMAN | WG4I | 022B | A21 | 2/2/2006 | 37486 | HAMPTON | MARK | 1/25/1956 | No | | Yes | No |
| | EYMAN | WG4J | 041B | A21 | 4/19/2006 | 38594 | PERKINS | LEE | 5/24/1954 | No | | Yes | No |
| | EYMAN | 06CD | WD26 | A16 | 3/27/2006 | 38777 | LEWIS | ELROY | 7/11/1957 | Yes | | Yes | No |
| | EYMAN | 04AB | WB32 | A16 | 4/12/2006 | 39080 | SPERA | JOSEPH | 1/5/1961 | No | | Yes | No |
| | EYMAN | 06AB | WB28 | A16 | 4/11/2006 | 39246 | DEMOREST | RONNIE | 9/26/1956 | | | Yes | |
| | EYMAN | 10AB | WE10 | A16 | 4/27/2006 | 39401 | MOORE | MARK | 8/29/1956 | | | | |
| | EYMAN | 7-D- | 221L | A12 | 2/26/2006 | 39471 | SMITH | CHARLES | 11/6/1945 | No | | Yes | No |
| | EYMAN | DUAB | 201L | A19 | 4/17/2006 | 39492 | WASHINGTO | RICHARD | 5/25/1954 | Yes | 2 | No | No |



| Comment | Facility | Building | BED | Loc | Next Appt | ADC # | LName | FName | DOB | Diabetes | Type | Hypert | Expr1013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seen Weekly by Dr. | EYMAN | 5-AB | 5B20 | | 2/17/2006 | 22594 | LOPEZ | MANUEL | 2/6/1930 | | | Yes | |
| | EYMAN | | | A14 | 3/1/2006 | 29533 | THOMAS | DONNELL | 8/31/1960 | | | | |
| | EYMAN | 2-CD | 2C23 | A14 | 1/1/2006 | 42761 | DEUEL | ARTHUR | 3/18/1956 | | | | |
| | EYMAN | 8-AB | 8B33 | | 5/1/2006 | 49665 | MOORE | R | 3/17/1962 | No | | No | No |
| | EYMAN | | | A14 | 3/13/2006 | 55965 | KELLY | TORRANO | 4/8/1957 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C21 | A14 | 4/1/2006 | 77911 | DUENAS | CONRADO | 7/9/1951 | No | | No | No |
| | EYMAN | 6-CD | 6C19 | A14 | 1/1/2006 | 81112 | FRANKLIN | CANTRIEL | 8/17/1962 | | | Yes | |
| | EYMAN | 2-AB | 2B26 | A14 | 2/1/2006 | 82615 | LUGO | FRANCISCO | 11/5/1963 | Yes | | | |
| | EYMAN | 4-AB | 4A32 | A14 | 3/17/2006 | 85304 | CABRERA | CURTIS | 5/27/1971 | No | | No | No |
| | EYMAN | 6-AB | 6B31 | A14 | 1/1/2006 | 86420 | GUERRERO | RUDOLPHO | 10/8/1972 | | | Yes | |
| | EYMAN | 7-AB | 7B19 | A14 | 4/17/2006 | 105743 | GARCIA | DAVID | 9/11/1966 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C19 | A14 | 2/1/2006 | 127239 | KENDALL | ANTHOINY | 2/1/1971 | | | | |
| | EYMAN | 8-CD | 8C31 | A14 | 3/1/2006 | 132968 | GUERRERO | REYNALDO | 4/22/1974 | | | | |
| A14 | EYMAN | 6-AB | 6A22 | A14 | | 149505 | BROWN | CALVIN | 6/25/1956 | No | | No | No |
| | EYMAN | 1-CD | 1D16 | A14 | | 148283 | MCINTOSH | DURRAN | 10/6/1973 | | | Yes | |
| | EYMAN | 4-AB | 4B23 | A14 | 1/26/2006 | 151562 | KRUEGER | TIMOTHY | 5/27/1981 | | | | |
| | EYMAN | 2-AB | 2A20 | A14 | 2/1/2006 | 162179 | CARD | TRAVIS | 9/14/1976 | Yes | | | |
| | EYMAN | 1-CD | 1C15 | A14 | 3/13/2006 | 177622 | NORIEGA | JOHNNY | 8/30/1959 | | | | |
| | EYMAN | 5-CD | 5C14 | A14 | 3/27/2006 | 180005 | BRACKETT | JERRY | 7/7/1955 | Yes | | No | No |
| | EYMAN | 3-CD | 3C10 | A14 | 3/7/2006 | 183942 | MCCALL | ROBERT | 11/6/1949 | No | | Yes | No |
| | EYMAN | 6-AB | 6A15 | A14 | 1/4/2006 | 184213 | SIMBOLO | JOHN | 6/20/1954 | No | | Yes | No |
| | EYMAN | 6-AB | 6A14 | A14 | 4/1/2006 | 190652 | TUXFORD | JOHN | 4/16/1948 | | | Yes | |
| | EYMAN | 7-CD | 7C20 | A14 | | 191167 | WASHINGTO | TIMOTHY | 6/6/1960 | | | | |
| | EYMAN | 3-CD | 3D22 | A14 | | 191670 | ARRIOLA | JESSE | 1/5/1986 | | | | |
| | EYMAN | 3-AB | 3A25 | A14 | | 197281 | RAUCHO | JOSE | 7/11/1957 | Yes | 2 | Yes | |

382



| Comment | Facility | Building | BED | Loc | Next Appt | ADC # | LName | FName | DOB | Diabetes | Type | Hypert | Expr1013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seen Weekly by Dr. | EYMAN | 5-AB | 5B20 | A14 | 2/17/2006 | 29298 | LOPEZ | MANUEL | 2/6/1930 | | | Yes | |
| | EYMAN | | | A14 | 3/1/2006 | 29933 | THOMAS | DONNELL | 8/31/1960 | | | | |
| | EYMAN | 2-CD | 2C23 | A14 | 1/1/2006 | 42760 | DEUEL | ARTHUR | 3/18/1956 | | | | |
| | EYMAN | 8-AB | 8B33 | A14 | 5/1/2006 | 49665 | MOORE | R | 3/17/1962 | No | | No | No |
| | EYMAN | | | A14 | 3/13/2006 | 55965 | KELLY | TORRANO | 4/6/1957 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C21 | A14 | 4/1/2006 | 77911 | DUENAS | CONRADO | 7/9/1951 | No | | No | No |
| | EYMAN | 6-CD | 6C19 | A14 | 1/1/2006 | 81112 | FRANKLIN | CANTRIEL | 8/17/1962 | | | Yes | |
| | EYMAN | 2-AB | 2B26 | A14 | 2/1/2006 | 82616 | LUGO | FRANCISCO | 11/3/1963 | Yes | | | |
| | EYMAN | 4-AB | 4A32 | A14 | 3/17/2006 | 85304 | CABRERA | CURTIS | 5/27/1971 | No | | No | No |
| | EYMAN | 6-AB | 6B31 | A14 | 1/1/2006 | 86420 | GUERRERO | RUDOLPHO | 10/6/1972 | | | Yes | |
| | EYMAN | 7-AB | 7B19 | A14 | 4/17/2006 | 106743 | GARCIA | DAVID | 9/11/1966 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C19 | A14 | 2/1/2006 | 127239 | KENDALL | ANTHOINY | 2/1/1971 | | | | |
| | EYMAN | 8-CD | 8C31 | A14 | 3/1/2006 | 132968 | GUERRERO | REYNALDO | 4/22/1974 | | | | |
| A14 | EYMAN | 6-AB | 6A22 | A14 | | 145505 | BROWN | CALVIN | 6/25/1956 | No | | No | No |
| | EYMAN | 1-CD | 1D16 | A14 | | 148283 | MCINTOSH | DURRAN | 10/6/1973 | | | Yes | |
| | EYMAN | 4-AB | 4B23 | A14 | 1/26/2006 | 151962 | KRUEGER | TIMOTHY | 5/27/1981 | | | | |
| | EYMAN | 2-AB | 2A20 | A14 | 2/1/2006 | 162179 | CARD | TRAVIS | 9/14/1976 | Yes | | | |
| | EYMAN | 1-CD | 1C15 | A14 | 3/13/2006 | 177622 | NORIEGA | JOHNNY | 8/30/1959 | | | | |
| | EYMAN | 5-CD | 5C14 | A14 | 3/27/2006 | 180805 | BRACKETT | JERRY | 7/7/1956 | Yes | | No | No |
| | EYMAN | 3-CD | 3C10 | A14 | 3/7/2006 | 183642 | MCCALL | ROBERT | 11/6/1949 | No | | Yes | No |
| | EYMAN | 6-AB | 6A15 | A14 | 1/4/2006 | 184213 | SIMBOLO | JOHN | 6/20/1964 | No | | Yes | No |
| | EYMAN | 6-AB | 6A14 | A14 | 4/1/2006 | 190652 | TUXFORD | JOHN | 4/16/1948 | | | Yes | |
| | EYMAN | 7-CD | 7C20 | A14 | | 191167 | WASHINGTO | TIMOTHY | 6/6/1960 | | | | |
| | EYMAN | 3-CD | 3D22 | A14 | | 191678 | ARRIOLA | JESSE | 1/5/1969 | | | | |
| | EYMAN | 3-AB | 3A25 | A14 | | 197281 | RAUCHO | JOSE | 7/11/1957 | Yes | 2 | Yes | |

Record: 1 of 25 (Filtered)

Datasheet View

383





ADC011032



| Comment | Facility | Building | BED | Loc | Next Appt | ADC # | LName | FName | DOB | Diabetes | Type | Hypert | Expr1013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seen Weekly by Dr. | EYMAN | 5-AB | 5B20 | A14 | 2/17/2006 | 22594 | LOPEZ | MANUEL | 2/6/1936 | | | Yes | |
| | EYMAN | | | A14 | 3/1/2006 | 29933 | THOMAS | DONNELL | 8/31/1960 | | | | |
| | EYMAN | 2-CD | 2C23 | A14 | 1/1/2006 | 42760 | DEUEL | ARTHUR | 3/18/1956 | | | | |
| | EYMAN | 8-AB | 8B33 | A14 | 5/1/2006 | 49665 | MOORE | R | 3/17/1962 | No | | No | No |
| | EYMAN | | | A14 | 3/13/2006 | 55965 | KELLY | TORRANO | 4/6/1957 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C21 | A14 | 4/1/2006 | 77911 | DUENAS | CONRADO | 7/9/1951 | No | | No | No |
| | EYMAN | 6-CD | 6C19 | A14 | 1/1/2006 | 81112 | FRANKLIN | CANTRIEL | 8/17/1962 | | | Yes | |
| | EYMAN | 2-AB | 2B26 | A14 | 2/1/2006 | 82616 | LUGO | FRANCISCO | 11/5/1963 | Yes | | | |
| | EYMAN | 4-AB | 4A32 | A14 | 3/17/2006 | 85304 | CABRERA | CURTIS | 5/27/1971 | No | | No | No |
| | EYMAN | 6-AB | 6B31 | A14 | 1/1/2006 | 86420 | GUERRERO | RUDOLPHO | 10/8/1972 | | | Yes | |
| | EYMAN | 7-AB | 7B19 | A14 | 4/17/2006 | 106743 | GARCIA | DAVID | 9/11/1966 | Yes | | Yes | |
| | EYMAN | 5-CD | 5C19 | A14 | 2/1/2006 | 127239 | KENDALL | ANTHOINY | 2/1/1971 | | | | |
| | EYMAN | 8-CD | 8C31 | A14 | 3/1/2006 | 132968 | GUERRERO | REYNALDO | 4/22/1974 | | | | |
| A14 | EYMAN | 6-AB | 6A22 | A14 | | 145505 | BROWN | CALVIN | 6/25/1956 | No | | No | No |
| | EYMAN | 1-CD | 1D16 | A14 | | 148283 | MCINTOSH | DURRAN | 10/6/1973 | | | Yes | |
| | EYMAN | 4-AB | 4B23 | A14 | 1/26/2006 | 151962 | KRUEGER | TIMOTHY | 5/27/1981 | | | | |
| | EYMAN | 2-AB | 2A20 | A14 | 2/1/2006 | 162179 | CARD | TRAVIS | 9/14/1976 | Yes | | | |
| | EYMAN | 1-CD | 1C15 | A14 | 3/13/2006 | 177622 | NORIEGA | JOHNNY | 8/30/1959 | | | | |
| | EYMAN | 5-CD | 5C14 | A14 | 3/27/2006 | 180805 | BRACKETT | JERRY | 7/7/1955 | Yes | | No | No |
| | EYMAN | 3-CD | 3C10 | A14 | 3/7/2006 | 183642 | MCCALL | ROBERT | 11/6/1949 | No | | Yes | No |
| | EYMAN | 5-AB | 6A15 | A14 | 1/4/2006 | 184213 | SIMBOLO | JOHN | 6/20/1964 | No | | Yes | No |
| | EYMAN | 6-AB | 6A14 | A14 | 4/1/2006 | 190652 | TUXFORD | JOHN | 4/16/1948 | | | Yes | |
| | EYMAN | 7-CD | 7C20 | A14 | | 191167 | WASHINGTO | TIMOTHY | 6/6/1960 | | | | |
| | EYMAN | 3-CD | 3D22 | A14 | | 191678 | ARRIOLA | JESSE | 1/5/1986 | | | | |
| | EYMAN | 3-AB | 3A25 | A14 | | 197281 | RAUCHO | JOSE | 7/11/1957 | Yes | 2 | Yes | |

386

## MONITORED CONDITIONS
## QUERIES: "By Facility Due Monthly"

| QRY: BY FACILITY DUE MONTHLY | DESCRIPTION | CO ONLY |
|---|---|---|
| Double Click Query selection "By Facility Due Monthly" | This selects the Monthly Query | |
| Type Facility | Enter your Facility Name | |
| Type First Date | Enter Date range Ex. 05/01/06 | Date need's to be entered with a slash (/) or a dash (-) To determine this date use the 1st. date of the preceding month. 06 (if the current month is April use May 1st) |
| Type End Date | Enter  Date range Ex. 05/31/06 | Date need to be entered with a slash (/) or a dash (-) |
| | *This Query request that information be entered a second time.* | |
| SORT  TABLE LOCATION | DESCRIPTION | |
| Find location in column # 4 (LOC)  i.e. A14 | This action will sort all inmates at this location. | Data entry will be simplified with this process. |
| Highlight selection | Place curser in field to Highlight | You can use the arrow or curser for this action |
| TOOL BAR ACTIONS | USE / DESCRIPTION | COMMENT |
| Select the Funnel/lighting bolt Icon | This will filter out all but the  selected Location | |
| Highlight column # 6 (ADC#) | To sort by inmate number numerically (Ascending) | |
| Select A - Z ↓ Icon | This  Sort's in Ascending order  (example 1 – 10) | |
| Binoculars or Control "F" | Enter Inmate name or Inmate number | *Must* be in specific field to search correctly (i.e. IM Name or IM Number) |
| Next Appt. | Enter inmates next appointment date in column # 5 | Continue until all have been updated. |
| | END OF PROCESS | |

387

ADC011034



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Open
Design
New
Name | Description | Modified | Created | Type
AnalyteData AIC Dec 05 Query | 1/31/2006 3:37:38 PM | 1/31/2006 3:37:38 PM | Query: Select Query
Combined for special requests | Director etc requsts | 3/8/2006 12:03:51 PM | 3/8/2006 12:02:48 PM | Query: Select Query
Eyman | Change Disease column and Facility if ... | 4/6/2006 11:48:14 ... | 4/5/2006 4:29:33 PM | Query: Select Query
eyman_Crosstab | 4/6/2006 9:22:21 AM | 4/5/2006 4:38:36 PM | Query: Crosstab Q...
Find duplicates for Qry: Results Diabetic with AIC | 4/4/2005 10:49:54 ... | 4/4/2005 10:49:54 ... | Query: Select Query
Qry: All Due by Date range | 5/6/2005 1:55:37 PM | 4/20/2005 4:50:52 PM | Query: Select Query
Qry: ALL due Monthly | 4/3/2006 1:43:56 PM | 1/26/2004 3:10:59 PM | Query: Select Query
Qry: ALL due Monthly_Crosstab | 4/26/2005 9:14:37 ... | 3/8/2005 9:03:22 AM | Query: Crosstab Q...
Qry: By Facility | 4/20/2005 12:49:1... | 1/8/2004 4:36:22 PM | Query: Select Query
Qry: By Facility - null dates | 4/14/2005 7:53:05 ... | 6/17/2004 9:55:54 ... | Query: Select Query
Qry: By Facility Due Monthly | 4/7/2006 12:48:35 PM | 1/26/2004 2:57:15 PM | Query: Select Query
Qry: By Facility Mid Month | 4/7/2006 12:52:04 PM | 7/12/2004 10:11:3... | Query: Select Query
Qry: By Unit | 7/6/2005 3:18:22 PM | 2/7/2005 11:00:20 ... | Query: Select Query
Qry: Combined | Change Disease column | 4/6/2006 9:12:01 AM | 6/2/2003 2:35:51 PM | Query: Select Query
Qry: Combined Diabetic | 11/1/2005 8:10:21 ... | 3/30/2005 4:15:37 PM | Query: Select Query
Qry: Combined Diabetic Without Matching Analytedata - ... | 5/11/2005 9:45:46 ... | 4/4/2005 9:17:03 AM | Query: Select Query
Qry: Combined Seizure | 4/13/2005 1:48:50 PM | 4/13/2005 1:48:21 PM | Query: Select Query
Qry: Combined Seizure w/o matching Analyte | 5/31/2005 1:51:02 PM | 4/13/2005 1:49:13 PM | Query: Select Query
Qry: Combined_Crosstab | Copy to Excell | 2/22/2006 2:27:22 PM | 9/27/2005 1:41:06 PM | Query: Crosstab Q...
Qry: Combined_Crosstab - change disease | Used for Counting disease states□□ | 1/23/2006 3:07:35 PM | 7/20/2004 7:14:47 ... | Query: Crosstab Q...
Qry: Diabetic with AIC | Step 1 | 3/27/2006 11:38:4... | 4/4/2005 9:15:35 AM | Query: Select Query
Qry: HIV | 11/2/2005 11:25:0... | 11/2/2005 11:24:1... | Query: Select Query
Qry: HIV match w/HIV database | 10/26/2005 12:56:... | 10/26/2005 12:54:... | Query: Select Query
Qry: HIV Without Matching Clinical | 11/2/2005 11:26:3... | 11/2/2005 11:26:1... | Query: Select Query
Qry: Indy Overview | 5/5/2005 10:04:12 ... | 5/5/2005 10:03:43 ... | Query: Select Query
Qry: Max Date Diabetic with AIC | Step 2 | 11/23/2005 9:20:4... | 4/4/2005 10:25:53 ... | Query: Select Query
Qry: Mid Month to support cross tab | 4/14/2005 1:15:46 PM | 4/14/2005 1:14:24 PM | Query: Select Query
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:10 PM

388



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Open
Design
New
Name Description Modified Created Type
AnalyteData AIC Dec 05 Query 1/31/2006 3:37:38 PM 1/31/2006 3:37:38 PM Query: Select Query
Combined for special requests Director etc requsts 3/8/2006 12:03:51 PM 3/8/2006 12:02:48 PM Query: Select Query
Eyman Change Disease column and Facility if ... 4/6/2006 11:48:14 ... 4/5/2006 4:29:33 PM Query: Select Query
eyman_Crosstab 4/5/2006 4:38:36 PM Query: Crosstab Q...
Find duplicates for Qry: Results Diabetic with AIC 4/4/2005 10:49:54 ... Query: Select Query
Qry: All Due by Date range 4/20/2005 4:50:52 PM Query: Select Query
Qry: ALL due Monthly 1/26/2004 3:10:59 PM Query: Select Query
Qry: ALL due Monthly_Crosstab 3/8/2005 9:03:22 AM Query: Crosstab Q...
Qry: By Facility 1/8/2004 4:36:22 PM Query: Select Query
Qry: By Facility - null dates 6/17/2004 9:55:54 ... Query: Select Query
Qry: By Facility Due Monthly 4/7/2006 12:48:35 PM 1/26/2004 2:57:15 PM Query: Select Query
Qry: By Facility Mid Month 4/7/2006 12:52:04 PM 7/12/2004 10:11:3... Query: Select Query
Qry: By Unit 7/6/2005 3:18:22 PM 2/7/2005 11:00:20 ... Query: Select Query
Qry: Combined Change Disease column 4/6/2006 9:12:01 AM 6/2/2003 2:35:51 PM Query: Select Query
Qry: Combined Diabetic 11/1/2005 8:10:21 ... 3/30/2005 4:15:37 PM Query: Select Query
Qry: Combined Diabetic Without Matching Analytedate - ... 5/11/2005 9:45:46 ... 4/4/2005 9:17:03 AM Query: Select Query
Qry: Combined Seizure 4/13/2005 1:48:50 PM 4/13/2005 1:48:21 PM Query: Select Query
Qry: Combined Seizure w/o matching Analyte 5/31/2005 1:51:02 PM 4/13/2005 1:49:13 PM Query: Select Query
Qry: Combined_Crosstab Copy to Excell 2/22/2006 2:27:22 PM 9/27/2005 1:41:06 PM Query: Crosstab Q...
Qry: Combined_Crosstab - change disease Used for Counting disease states 1/23/2006 3:07:35 PM 7/20/2004 7:14:47 ... Query: Crosstab Q...
Qry: Diabetic with AIC Step 1 3/27/2006 11:38:4... 4/4/2005 9:15:35 AM Query: Select Query
Qry: HIV 11/2/2005 11:25:0... 11/2/2005 11:24:1... Query: Select Query
Qry: HIV match w/HIV database 10/26/2005 12:56:... 10/26/2005 12:54:... Query: Select Query
Qry: HIV Without Matching Clinical 11/2/2005 11:26:3... 11/2/2005 11:26:1... Query: Select Query
Qry: Indv Overview 5/5/2005 10:04:12 ... 5/5/2005 10:03:43 ... Query: Select Query
Qry: Max Date Diabetic with AIC Step 2 11/23/2005 9:20:4... 4/4/2005 10:25:53 ... Query: Select Query
Qry: Mid Month to support cross tab 4/14/2005 1:15:46 PM 4/14/2005 1:14:24 PM Query: Select Query
Enter Parameter Value
Type Facility
eyman
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:11 PM



**(This process is the same as the Monthly Query shown except fro the date used.)**

ADC011037

## MONITORED CONDITIONS
## QUERIES: "By Facility Mid Month"

| QRY: BY FACILITY DUE MONTHLY | DESCRIPTION | CO ONLY |
|---|---|---|
| Double Click Query selection "By Facility Due Monthly" | This selects the Mid Month Query | |
| Type Facility | Enter your Facility Name | |
| Less then date | Enter  Date range Ex. 04/30/06 | Date need's to be entered with a slash (/) or a dash (-) To determine this date use a date 45 days prior to the 15th of the current month. |
| | *This Query request that information be entered a second time.* | |
| **SORT  TABLE LOCATION** | **DESCRIPTION** | |
| Find location in column # 4 (LOC)  i.e. A14 | This action will sort all inmates at this location. | Data entry will be simplified with this process. |
| Highlight selection | Place curser in field to Highlight | You can use the arrow or curser for this action |
| **TOOL BAR ACTIONS** | **USE / DESCRIPTION** | **COMMENT** |
| Select the Funnel/lighting bolt Icon | This will filter out all but the  selected Location | |
| Highlight column # 6 (ADC#) | To sort by inmate number numerically (Ascending) | |
| Select A - Z ↓ Icon | This  Sort's in Ascending order  (example 1 – 10) | |
| **(A)** Binoculars or Control "F" | Enter Inmate Name or Inmate number | *Must* be in specific field to search correctly (i.e. IM Name or IM Number) |
| **(B)** Next Appt. | Enter inmates next appointment date in column # 5 | Continue until all appointments are updated |
| | **Repeat step's (A) and (B)** | |
| | **END OF PROCESS** | |

391

ADC011038

**MONITORED CONDITIONS REPORT VIEW**
**REPORT: "FAC: CC By Facility – Mid Month due" (date changes)**



392

ADC011039



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables
Queries
Forms
Reports
Macros
Modules
Name
Description
Modified
Created
Type
Preview
Design
New
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Enter Parameter Value
Type Facility
eyman
OK
Cancel
Ready
CAPS NUM
start
Microsoft Access - [M...
MONITORED CONDIT...
10:37 AM



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables
Queries
Forms
Reports
Macros
Modules
Name
Description
Modified
Created
Type
Preview
Design
New
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Enter Parameter Value
Less than date
04/30/06
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:02 PM



## Monitored Conditions (Mid-month)    EYMAN

| Bldg/Bed | I/M # | LName | FName | DOB | Diabete | 1 or 2 | Hyper-tension | Cancer | Cardia | COPD/Asthma | Seizure | HIV | AID | Due | Next/comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit* | *A08* | 60 | | | | | | | | | | | | | |
| WG3 846 | 36272 | VAUGHN | SHANNO | 6/2/1956 | | | Yes | | | | | | | 12/1/2005 | |
| WG4 534 | 50564 | NICHOLS | SCOTT | 1/27/1961 | Yes | 2 | | | | Yes | | | | 3/2/2006 | |
| WG2 214 | 60440 | LEWIS | KEVIN | 1/7/1963 | | | | | | Yes | | | | | |
| WG3 208 | 67165 | PEMBER | JAY | 7/21/1966 | | | | | | Yes | | | | 6/1/2005 | |
| WG1 429 | 70656 | ROBINSON | EDWARD | 1/16/1964 | Yes | 2 | | | | | | | | 12/22/2005 | |
| WG1 427 | 71843 | DEBOARD | RAMIRO | 1/12/1967 | | | | | | Yes | | | | 1/14/2006 | |
| WG3 841 | 72323 | CARTER | RICHARD | 7/15/1970 | | | | | | Yes | | | | 9/1/2005 | |
| WG2 429 | 77773 | FAVELA | FRANK | 12/16/1962 | | | | | | Yes | | | | 11/5/2005 | |
| WG2 211 | 82806 | LEWIS | LEO | 3/31/1973 | | | | | | Yes | | | | 11/14/2005 | |
| WG1 841 | 84220 | DOWNEY | BRIAN | 7/30/1966 | | | | | | Yes | Yes | | | 10/17/2005 | |
| WG3 843 | 91399 | YAZZIE | JEROME | 4/18/1968 | | | Yes | | Yes | | | | | 9/1/2005 | |
| WG4 538 | 93042 | ROSS | ALLEN | 3/18/1973 | | | Yes | | | | | | | 4/4/2006 | |
| WG2 210 | 97474 | RUIZ | ROMEO | 12/25/1974 | | | | | | Yes | | | | 6/23/2005 | |
| WG2 842 | 101860 | RIOS | GILBERT | 1/23/1960 | Yes | | Yes | | | | | | | 12/13/2005 | |
| WG1 319 | 104558 | ZAMMARRO | ALFREDO | 4/9/1975 | | | | | | Yes | | | | 4/17/2006 | |
| WG1 644 | 107375 | DAVIS | DANE | 10/6/1975 | | | | | | | Yes | | | 8/17/2005 | |
| WG3 321 | 115387 | WILLIAMS | CODY | 10/13/1976 | | | | | | Yes | | | | 2/1/2006 | |
| WG4 843 | 116088 | SANCHEZ | FRANCIS | 8/12/1964 | | | Yes | | | | | | | 8/30/2005 | |
| WG1 845 | 123384 | SLACK | BRYAN | 4/23/1973 | | | | | | | Yes | | | 12/9/2005 | |
| WG2 320 | 129144 | WILDER | SHON | 10/21/1978 | | | | | | Yes | | | | 3/3/2006 | |
| WG4 104 | 131171 | ABRAHAM | BRANDO | 11/18/1979 | | | | | | Yes | | | | 11/1/2005 | |
| WG2 102 | 134103 | MCLEOD | CHRISTO | 7/30/1980 | | | | | | Yes | | | | 9/2/2005 | |
| WG1 535 | 135222 | DEVINE | ROBERT | 9/8/1942 | Yes | | Yes | | | | | | | 7/28/2005 | |

ADC011042

## MONITORED CONDITIONS REPORT VIEW
## REPORT: "FAC: CC By Facility Due 05/19/06" (date changes)



396



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables
Queries
Forms
Reports
Macros
Modules
Name
Description
Modified
Created
Type
Preview
Design
New
FAC: CC by Facility - Mid Month due 05-12-06
3/27/2006 7:16:04 ...
7/12/2004 10:15:5...
Report
FAC: CC By Facility Due 05-19-06
3/27/2006 7:16:10 ...
1/26/2004 2:56:01 PM
Report
Qry: Indv Overview
5/5/2005 10:11:36 ...
5/5/2005 10:06:31 ...
Report
Rpt: ALL By Facility
1/8/2004 4:42:29 PM
Report
Rpt: By Unit
2/7/2005 11:00:02 ...
Report
Rpt: Diabetics
11/1/2005 8:09:21 ...
Report
Rpt: Inmates in database that may not belong
5/24/2004 3:14:13 PM
Report
Rpt: Inmates needing A1C
4/4/2005 9:18:25 AM
Report
Rpt: Null Date report
6/17/2004 9:57:08 ...
Report
Rpt: Vaccine Eligible (65 and Over - no Chronics)
11/3/2004 10:20:5...
Report
Vaccine Eligible (Chronic Conditions)
10/26/2005 3:36:2...
10/28/2004 1:28:5...
Report
Enter Parameter Value
Type Facility
eyman
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
11:55 AM



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables
Queries
Forms
Reports
Macros
Modules
Name
Description
Modified
Created
Type
Preview
Design
New
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Enter Parameter Value
Type first
05/01/06
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:00 PM



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Name Description Modified Created Type
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Enter Parameter Value
Type end
05/31/06
OK
Cancel
Preview
Design
New
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:00 PM



**Monitored Conditions          EYMAN**

| Bldg/Bed | I/M # | LName | FName | DOB | Diabete | 1 or 2 | Hyper-sension | Cancer | Cardia | COPD/Asthma | Seizure | HIV | AID | Due | Next/comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Unit* | *A08* | 7 | | | | | | | | | | | | | |
| WG 214 | 60040 | LEWIS | KEVIN | 1/7/1963 | | | | | | Yes | | | | | |
| WG 430 | 148290 | MONTOYA | MICHAEL | 10/28/1981 | Yes | | | | | | | | | | |
| WG 323 | 153034 | TULER | MARK | 4/9/1967 | | | Yes | | | | | | | 5/25/2006 | |
| WG 537 | 168087 | PILIPOW | PAUL | 5/7/1973 | | | | | | | | | | | |
| WG 646 | 184695 | ESTEP | JAMEY | 7/1/1986 | | | | | | Yes | | | | | |
| WG 539 | 184939 | GOMEZ | CARLOS | 10/26/1973 | | | Yes | | Yes | Yes | | | | 5/17/2006 | |
| WG 209 | 195475 | SABIN | RICKY | 7/25/1961 | | | Yes | | Yes | | | | | | |

400

**MONITORED CONDITIONS**
**REPORT: FAC: CC By Facility Due 05/19/06 (Date Changes)**

| QRY: BY FACILITY DUE MONTHLY | DESCRIPTION | COMMENT |
|---|---|---|
| Double Click selection "FAC: CC By Facility Due" | This selects the Monthly Report | |
| Type Facility Name | Enter your Facility Name | |
| Type First Date | Enter (GAP) TT Denise | Date need to be entered with a slash (/) or a dash (-) |
| Type End Date | Enter  (GAP) TT Denise | Date need to be entered with a slash (/) or a dash (-) |
| Press Enter | | |
| | END OF PROCESS | |

401

ADC011048



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Preview
Design
New
Name Description Modified Created Type
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 4/20/2005 12:52:0... 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:05:58 ... 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 12:12:3... 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 8/15/2005 12:20:3... 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 12/14/2005 5:43:2... 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:58:40 ... 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 12/8/2005 12:59:4... 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:17 PM



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables Queries Forms Reports Macros Modules
Name Description Modified Created Type
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Preview
Design
New
Enter Parameter Value
Type Facility
eyman
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:18 PM

ADC011050



Microsoft Access - [Monitored Conditions : Database]
File Edit View Insert Tools Window Help
Tables
Queries
Forms
Reports
Macros
Modules
Name
Description
Modified
Created
Type
Preview
Design
New
FAC: CC by Facility - Mid Month due 05-12-06 3/27/2006 7:16:04 ... 7/12/2004 10:15:5... Report
FAC: CC By Facility Due 05-19-06 3/27/2006 7:16:10 ... 1/26/2004 2:56:01 PM Report
Qry: Indv Overview 5/5/2005 10:11:36 ... 5/5/2005 10:06:31 ... Report
Rpt: ALL By Facility 1/8/2004 4:42:29 PM Report
Rpt: By Unit 2/7/2005 11:00:02 ... Report
Rpt: Diabetics 11/1/2005 8:09:21 ... Report
Rpt: Inmates in database that may not belong 5/24/2004 3:14:13 PM Report
Rpt: Inmates needing A1C 4/4/2005 9:18:25 AM Report
Rpt: Null Date report 6/17/2004 9:57:08 ... Report
Rpt: Vaccine Eligible (65 and Over - no Chronics) 11/3/2004 10:20:5... Report
Vaccine Eligible (Chronic Conditions) 10/26/2005 3:36:2... 10/28/2004 1:28:5... Report
Enter Parameter Value
Less than date
04/30/06
OK
Cancel
Ready
NUM
start
MONITORED CONDIT...
Microsoft Access - [M...
12:13 PM



## Monitored Conditions (Mid-month)   EYMAN

| Bldg/Bed | I/M # | LName | FName | DOB | Diabete | 1 or 2 | Hyper-tension | Cancer | Cardia | COPD/Asthma | Seizures | HIV | AID | Due | Next/comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit | A06 | 80 | | | | | | | | | | | | | |
| WG3 646 | 36272 | VAUGHN | SHANNO | 6/2/1959 | | | Yes | | | | | | | 1/21/2005 | |
| WG4 534 | 50564 | NICHOLS | SCOTT | 1/27/1961 | Yes | 2 | | | | | Yes | | | 3/2/2006 | |
| WG2 214 | 60440 | LEWIS | KEVIN | 1/7/1963 | | | | | | Yes | | | | 1/1/2005 | |
| WG3 209 | 67165 | PEMBER | JAY | 7/21/1966 | | | | | | | Yes | | | 6/1/2005 | |
| WG1 429 | 70656 | ROBINSON | EDWARD | 1/16/1964 | Yes | 2 | | | | | | | | 12/22/2005 | |
| WG1 427 | 71943 | DEBOARD | RAMIRO | 1/12/1967 | | | | | | Yes | | | | 1/14/2006 | |
| WG3 641 | 72323 | CARTER | RICHARD | 7/15/1970 | | | | | | Yes | | | | 9/1/2005 | |
| WG2 429 | 77773 | FAVELA | FRANK | 12/16/1962 | | | | | | Yes | | | | 11/5/2005 | |
| WG2 211 | 82806 | LEWIS | LEO | 3/31/1973 | | | | | | Yes | | | | 11/14/2005 | |
| WG1 641 | 84220 | DOWNEY | BRIAN | 7/30/1966 | | | | | | Yes | Yes | | | 10/17/2005 | |
| WG3 643 | 91399 | YAZZIE | JEROME | 4/18/1968 | | | Yes | | Yes | | | | | 9/1/2005 | |
| WG4 530 | 93042 | ROSS | ALLEN | 3/18/1973 | | | Yes | | | | | | | 4/4/2006 | |
| WG2 210 | 97474 | RUIZ | ROMEO | 12/25/1974 | | | | | | Yes | | | | 6/23/2005 | |
| WG2 642 | 101860 | RIOS | GILBERT | 1/23/1965 | Yes | | Yes | | | | | | | 12/13/2005 | |
| WG1 319 | 104558 | ZAMMARRO | ALFREDO | 4/9/1975 | | | | | | Yes | | | | 6/17/2006 | |
| WG1 644 | 107378 | DAVIS | DANE | 10/6/1975 | | | | | | | Yes | | | 6/17/2005 | |
| WG3 321 | 116387 | WILLIAMS | CODY | 10/13/1975 | | | | | | Yes | | | | 2/1/2006 | |
| WG4 643 | 116089 | SANCHEZ | FRANCIS | 8/12/1964 | | | Yes | | | | | | | 8/30/2005 | |
| WG1 645 | 123384 | SLACK | BRYAN | 4/23/1973 | | | | | | | Yes | | | 1/29/2005 | |
| WG2 320 | 123144 | WILDER | SHON | 10/21/1978 | | | | | | Yes | | | | 3/3/2006 | |
| WG4 104 | 131171 | ABRAHAM | BRANDO | 11/18/1979 | | | | | | Yes | | | | 11/1/2005 | |
| WG2 102 | 134103 | MCLEOD | CHRISTO | 7/30/1980 | | | | | | | Yes | | | 9/2/2005 | |
| WG1 535 | 138222 | DEVINE | ROBERT | 9/8/1942 | Yes | | Yes | | | | | | | 7/28/2005 | |

405

**MONITORED CONDITIONS**
**REPORT: FAC: CC By Facility – Mid Month due 05/12/06 (Date Changes)**

| QRY: BY FACILITY DUE MONTHLY | DESCRIPTION | COMMENT |
|---|---|---|
| Double Click selection "FAC: CC By Facility Due" | This selects the Mid Month Report | |
| Type Facility Name | Enter your Facility Name | |
| Type Less then Date | Enter (GAP) TT Denise | Date need to be entered with a slash (/) or a dash (-) |
| Press Enter | | |
| | END OF PROCESS | |

406

ADC011053

**ARIZONA
DEPARTMENT OF CORRECTIONS
Health Services Division**

**CLINICAL PRACTICE POLICY
for
THE PREVENTION AND TREATMENT
of
VIRAL HEPATITIS C**

## Purpose

The Arizona Department of Corrections Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis C provide recommendations for the medical management of inmates with viral hepatitis C infections or who are otherwise at risk of infection.

## Background

### Hepatitis C

Hepatitis C virus (HCV) infection is a major public health problem in the United States (U.S.) because of its potential to lead to cirrhosis, hepatocellular carcinoma, and other life-threatening conditions. Chronic hepatitis C is the most common bloodborne infection in the U.S.
The prevalence of HCV infection in prison inmates is substantially higher than that of the general U.S. population. Among all U.S. prison inmates, 16%–41% have been infected with HCV. Of those, 12%–35% are chronically infected, compared to 1%–1.5% in the uninstitutionalized US population. The prevalence of HCV infection in ADC inmates is approximately 23%.
HCV infection is primarily associated with a history of injection drug use, but may be related to other risk factors.

## Identification

An anti-HCV antibody test will be performed for the following inmates during the intake visit:

- Inmates who have ever injected illegal drugs or shared equipment;
- Inmates who have received tattoos or body piercings while in jail or prison

407

ADC011054

- Inmates who have snorted or smoked street drugs
- Inmates with HIV infection or chronic HBV infection;
- Inmates who received a blood transfusion/organ transplant before 1992 or received clotting factor transfusion prior to 1987; and
- Inmates who have received hemodialysis
- Inmates who have had unprotected sex with a person infected with Hepatitis C
- Inmates who have had unprotected sex with multiple sex partners
- Inmates with current or past unexplained liver disease
- Inmates with current or past unexplained abnormal liver function tests

Additionally, an inmate requesting testing for Hepatitis or reporting at-risk behavior for blood borne diseases will have certain laboratory testing ordered (see Procedure Note 1)

## Education and Prevention

Inmates who test positive for the Hepatitis C antibody will be counseled on the natural history of the disease, potential treatment options, and specific measures for preventing transmission of HCV infection to others, both during incarceration and upon release.

All inmates, when identified as Hepatitis C antibody positive, will be given the Twinrix vaccine series, unless there is equivalent prior vaccination or known immunity.

All inmates, when identified as Hepatitis C antibody positive, will have laboratory testing for liver function (See Procedure note 2).

## Evaluation

Inmates identified as Hepatitis C Antibody positive will be evaluated for possible treatment of Hepatitis C.

Inmates with a normal serum alanine transaminase (ALT) will have laboratory testing for biochemical markers of significant liver disease (see Procedure note 2). If no biochemical markers are present, the inmate will be followed annually with a serum ALT measurement.

Inmates with a sentence of less than 3 years, or an Earliest Release Date (ERD) of less than 1.5 years will have laboratory testing for biochemical markers of significant liver disease (see Procedure note 2). If no biochemical markers are present, the inmate will be followed annually with ALT measurement.

408

ADC011055

Inmates with a sentence of less than 3 years, or whose Earliest Release Date (ERD) is less than 1.5 years, and who <u>have</u> biochemical markers for significant liver disease, will have a clinical and laboratory evaluation (see Procedure note 3) performed for consideration for Hepatitis C treatment, and the medical practitioner will complete a Hepatitis C Checklist, Hepatitis C Consent for Treatment, and Consult Request for a Fibrosure test.  These documents will be forwarded to the Central Office Hepatitis C Committee (See Procedure note 4).

Inmates with sentences of 3 years or greater, and whose Earliest Release Date (ERD) is 1.5 years or greater, with even one elevated alanine transferase (ALT) level will be considered a candidate for treatment.

After the clinical and laboratory evaluation (see Procedure note 3), the medical practitioner will complete a Hepatitis C Checklist, Hepatitis C Consent for Treatment, and Consult Request for a Fibrosure test.  These documents will be forwarded to the Central Office Hepatitis C Committee (See Procedure note 4).

A refusal for treatment for Hepatitis C will be acknowledged by the inmate's signature, and countersigned by the responsible medical practitioner (see procedure note 4).

A refusal to consent to treatment, with a concomitant refusal to sign the refusal, will be countersigned by the responsible medical practitioner **and** a witness.

A copy of the refusal will be faxed to the Central Office Hepatitis C Committee.

An inmate may rescind his refusal for treatment at any time.

ADC utilizes a surrogate marker test initially to determine Stage and Grade of disease. Occasionally, the surrogate marker test will return results with a necroinflammatory score sufficiently elevated as to make the fibrosis score not valid.  In these cases, the Hepatitis C Committee will cause a Consult Request for liver biopsy to be approved and scheduled.

Absent medical contraindications to pegylated interferon/ribavirin therapy and adverse disciplinary history indicating continuance of risky behavior, ADC will treat inmates with Stage 2, 3, and compensated Stage 4 disease with pegylated interferon and ribavirin (see Treatment below).

Inmates with stage 0 and 1 will not be treated, but will undergo repeat surrogate marker testing five (5) years from the date of surrogate marker testing or liver biopsy.

409

# Central Office Hepatitis C Committee

The Central Office Hepatitis C Committee is made up of the ADC Medical Director, ADC Clinical Pharmacist, and designated ADC Health Care Practitioners.

The Committee meets once per month.

The Committee will review each case submitted for treatment consideration by ADC Health Care Practitioners. The review will focus on, but may not be limited to:

1. Absence of medical contraindications for treatment.
2. Stage and Grade of liver disease
3. Presence or absence of clinical or biochemical markers of significant liver disease
4. Presence or absence of co-infection with HIV or Hepatitis B
5. Absence of risky behavior as evidenced by no disciplinary tickets for drug possession or tattoos for one year
6. Sentence length
7. Time left to serve

Upon review of each case submitted, an entry will be made in the Central Office Hepatitis C database regarding the Committee's recommendations. The recommendations will be sent back to the Facility Hepatitis C Coordinator for distribution to the submitting Health Care Practitioner.

# Treatment

Treatment of all genotypes will be with pegylated interferon and ribavirin.

Inmates undergoing treatment for Hepatitis C will have baseline laboratory examinations prior to initiation of treatment (See Procedure note 5)

Inmates with an undectable viral load for Hepatitis C RNA or other laboratory contraindications at baseline laboratory examination will not have treatment initiated. These inmates will be scheduled to be seen by the Health Care Practitioner and counselled about the implications of the undetectable viral load or the laboratory contraindications.

Inmates undergoing treatment for Hepatitis C will have periodic face-to-face meetings with the responsible practitioner consistent with good clinical practice to discuss monitoring laboratory tests, and to check for commonly encountered side effects, including the development of mental health issues.

Inmates undergoing treatment for Hepatitis C will have periodic laboratory examinations while receiving pegylated interferon and ribavirin (See Procedure note 6).

410

Inmates with genotype 1 and 4 undergoing treatment for Hepatitis C will have a viral load for Hepatitis C RNA drawn at 12 weeks following the initiation of therapy.  This viral load for Hepatitis C RNA will be compared to the pre-treatment viral load for Hepatitis C RNA.  Inmates not demonstrating at least a 2 log drop in Hepatitis C RNA will have treatment terminated and classified as a non-responder.  These inmates will be scheduled to be seen by the Health Care Practitioner and counselled regarding their non-responder status.

Inmates with genotype 1 and 4 undergoing treatment for Hepatitis C that demonstrate at least a 2 log drop in Hepatitis C RNA at 12 weeks of therapy will be continued for 48 weeks of therapy.

Inmates with genotype 2 and 3 undergoing treatment for Hepatitis C will have therapy continued for 24 weeks.

Inmates with all genotypes undergoing treatment for Hepatitis C will have a viral load for Hepatitis C RNA drawn at the end of therapy, and at 24 weeks after end of therapy to determine their status.

411

ADC011058

## PROCEDURE NOTES

1.   Hepatitis C antibody, Hepatitis B surface antigen ( HepBsag) and HIV.

2.   CBC, Automated Chem Panel (ACP), and Prothrombin time/INR.

   If biochemical markers of liver disease (**low albumin, increased PT/INR, elevated bilirubin, low platelets or hematocrit**) are present on this initial laboratory exam, proceed with checklist and note abnormalities.

   Significant liver disease may be indicated with any or all of the abnormalities.  When in doubt, refer the case to the Central Office Hepatitis C Committee.

3.   Laboratory testing for initial work-up of a patient for the presence of contra-indications to pegylated interferon/ribavirin therapy include a complete blood count (CBC), Automated Chem Panel, Prothrombin time/INR, Thyroid Stimulating Hormone (TSH), Hep B Surface Antigen and HIV test.

4.   Hepatitis C Treatment Checklist
   http://10.6.0.30/forms/1100/1101--7%20-%20Hepatitis%20C%20Treatment%20Checklist,%20dated%204-07-08.pdf

   Consent/Refusal to Treatment of Hepatitis C
   http://10.6.0.30/forms/1100/1101-50%20-%20Consent%7ERefusal%20to%20Treatment%20of%20Hepatitis%20C,%20dated%207-16-08.pdf

5.   Baseline laboratory examination is drawn **prior** to initiation of treatment.

   Baseline laboratory examinations include a complete blood count (CBC), Automated Chem Panel, Prothrombin time/INR, Thyroid Stimulating Hormone (TSH), Hepatitis C RNA Viral load, Hepatitis C Genotype, and Pregnancy test (females only).

   These items may be ordered using the lab pick-list number C5

6.   Periodic laboratory examinations for patients undergoing treatment with pegylated interferon and ribavirin

   Genotypes 1 and 4
   http://10.6.0.30/forms/1100/1101-91%20-%20Hepatitis%20C%20Treatment%20Lab%20Orders%20-%2048%20Week,%20dated%207-16-08.pdf

   Genotypes 2 and 3
   http://10.6.0.30/forms/1100/1101-73%20-%20Hepatitis%20C%20Treatment%20Lab%20Orders%20-%2024%20Week,%20dated%207-15-08.pdf

412

ADC011059

| | Communicable Disease Definitions | OPR:<br>Medical Director |
|---|---|---|
| Arizona Department of Corrections | | Auth: |
| Health Services Technical Manual | HSTM<br>Appendix D<br>Section 1.0. | Supercedes:<br>Effective Date:<br>May 1, 2007 |

**PURPOSE:** Department Order 1103 provides a standard guideline for notification and documentation of reportable diseases, and for the appropriate management of inmates who require medical isolation to ensure that all inmates and staff are protected from communicable disease. This Department Order applies specifically to reporting, management and control of communicable diseases among inmates.

In accordance with Department Order 1102, The Facility Health Administrator (FHA) or designee shall submit a communicable disease report to the county Health Department (or Indian Health Service Unit) of a case or a suspect case of the diseases and conditions listed in Attachment A, Diseases To Be Reported, within the time frames noted on the attachment, by telephone or other equally expeditious means.

The FHA or designee shall submit a weekly written report of positive laboratory findings for the communicable disease pathogens listed in Attachment B, Reportable Positive Findings, to the Arizona Department of Health Services.

No inmate, area, unit or complex shall be placed in isolation status without the Medical Director, or his representative's, approval. **All suspected or confirmed communicable disease are to reported to the Medical Director and Medical Program Manager immediately for guidance.**

1.0   DISEASES TO BE REPORTED

1.1.   LIST OF REPORTABLE DISEASES:  Arizona Administrative Code Requires Providers to report the following Reportable Diseases (Immediately report underlined diseases)

| | | |
|---|---|---|
| AIDS | Hepatitis B | Rubella |
| Amebiasis1 | Hepatitis C | Salmonellosis1 |
| Anthrax | Hepatitis D | Scabies2 |

413

ADC011060

Aseptic meningitis                Hepatitis Non-A, Non-B, Non-C                Shigellosis1
Botulism                          Herpes genitalis                             Streptococcal Group A, invasive
Brucellosis             HIV infection & related disease              Streptococcal Group B, invasive in
Campylobacteriosis1  HTLV I/II                              Infants only
Chancroid             Lead poisoning3                        Syphilis
Chlamydial infections (genital)        Legionellosis              Taeniasis
Cholera              Leprosy                 Tetanus
Coccidioidomycosis   Listeriosis             Toxic Shock Syndrome
Colorado tick fever    Lyme disease          Trichinosis
Congenital Rubella Syndrome        Malaria                Tuberculosis
Conjunctivitis, acute 2        Measles                TB Infection in Children
< 6 yrs
Cryptosporidiosis              Meningococcal Disease, Invasive        Tularemia
Dengue                          Mumps                       Typhoid Fever1
Diphtheria           Pertussis                     Typhus Fever
Escherichia Coli O157:H71    Pesticide Poisoning3        Vancomycin-resistant
Enterococcus
Ehrlichiosis         Plague                Vancomycin-resistant Staphylococcus
Encephalitis, viral        Poliomyelitis              aureus
Foodborne/Waterborne Outbreaks     Psittacosis              Vancomycin-resistant
Staphylococcus
Giardiasis1          Q Fever                           epidermidis
Gonorrhea            Rabies                Varicella (chickenpox)
Haemophilus influenzae,        InvasiveRelapsing fever              Vibrio infection
Hantavirus infection   Reye syndrome              Yellow Fever
Hepatitis A1          Rocky Mountain spotted fever              Yersiniosis

1 Report within 24 hours of diagnosis if in food handler.
2 Report outbreaks only.
3 Report directly to State Health Department at (602) 230-5830

The following diseases shall be reported to the county Health Department (or Indian Health Service Unit) within:
= Five days
= Twenty four hours
= Twenty four hours if related to a food handler
Amebiosis
Anthrax
Aseptic Meningitis (viral)
Botulism
Brucellosis

414

ADC011061

Campylobacteriosis
Chancroid (Haemophilus ducreyi)
Chlamydia
Cholera
Coccidioidomycosis (Valley Fever)
Colorado Tick Fever
Conjunctivitis: Acute
Cryptosporidiosis
Dengue
Diphtheria
Ehrlichiosis
Encephalitis: Viral
Escherichia Coli O157:H7 infectious
Foodborne/Waterborne Illness (Unspecified Agent)
Giardiasis
Gonorrhea
Haemophilus Influenzae: Invasive Disease
Hantavirus Infection
Hepatitis A
Hepatitis B and Delta Hepatitis
Hepatitis C
Hepatitis Non-A, Non-B
Herpes Genitalis
Human Immunodeficiency Virus (HIV) Infection and Related Disease
Human T-cell Lymphotropic Virus (HTLV-I/II) Type I and II Infection
Legionellosis (Legionnaires' Disease)
Leprosy (Hansen's Disease)
Leptospirosis
Listeriosis
Lyme Disease
Malaria
Measles (rubeola)
Meningococcal invasive disease
Mumps
Pertussis (whooping cough)
Plague
Poliomyelitis
Psittacosis (Ornithosis)
Q Fever
Rabies in Humans
Relapsing Fever (Borreliosis)
Reye Syndrome
Rocky Mountain Spotted Fever

415

Rubella (German measles)
Rubella Syndrome, Congenital
Salmonellosis

Scabies
Shigellosis
Streptococcal Group A: Invasive Disease
Streptococcal Group B: Invasive Dosease in Infants Less Than 30 Days of Age
Syphilis
Taeniasis
Tetanus
Toxic Shock Syndrome
Trichinosis
Tuberculosis
Tularemia
Typhoid Fever
Typhus Fever: Flea-borne
Vancomycin resistant Enterococcus sp.
Vancomycin resistant Staphylococcus aureus
Vancomycin resistant Staphylococcus epidermidis
Varicella (Chickenpox)
Vibrio infection
Yellow Fever
Yersiniosis

POSITIVE LABORATORY FINDINGS
(Reportable to the Arizona Department of Health Services)

Bordetella pertussis
Brucella sp.
Campylobacter sp.
Chlamydia trichomatous
Coccidioides immitis: culture or serologies
Cryptosporidium sp.
Escherichia coli O157:H7
Group A Streptococcus; isolated from normally sterile site, tissue or body fluid
Group B Streptococcus: isolated from normally sterile site, tissue or body fluid
Hantavirus
Hemophilus influenza type b: isolated from normally sterile sites
Hepatitis A Virus, symptomatic (anti HAV-IgM serologies)
Hepatitis B Virus, symptomatic (anti-Hepatitis B core-IgM serologies and Hepatitis. B surface
antigen serologies)
Hepatitis C Virus (anti-Hepatitis C RIBA, PCR or other confirmatory test

416

Hepatitis Delta Virus
Human Immunodeficiency Virus (HIV)
Human T-cell Lymphotropic Virus type I and II
Legionella sp.: Culture or DFA
Listeriosis sp.: culture isolated from normally sterile sites only
Mycobacterium tuberculosis and its drug sensitivity patterns
Neisseria gonorrhoeae
Neisseria meningitidis isolated from normally sterile sites
Plasmodium sp.
Streptococcus pneumoniae and its drug sensitivity pattern; culture isolated from normally sterile sites only
Treponema palladium (syphilis)
 Vancomycin resistant Entercoccus
Vancomycin resistant Staphylococcus aureus
Vancomycin resistant Staphylococcus epidermidis
Vibrio sp.
Yersinia sp


An occasional requirement for a negative air flow room may be required to house an inmate in isolation while sputum testing is being accomplished to rule out an infectious disease such as tuberculosis.  In these situations, the inmate will be transferred to one of the contracted community hospitals wherein these housing accommodations can be maintained.

417

ADC011064

| | Article V.  TUBERCULOSIS SCREENING/CONTACT INVESTIGATION | OPR: Medical Director |
|---|---|---|
| | | Auth: |
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM Appendix D Section 2.0. | Supercedes: Effective Date: May 1, 2007 |

# Article VI.

# Article VII.

**PURPOSE**:  To provide standard guidelines for the appropriate management of offenders with active Tuberculosis and their contacts, following the guidelines of the Arizona Department of Health Services and the Center for Disease Control.

**RESPONSIBILITY**: It is the responsibility of the Medical Program Manager to ensure that all Health Care Providers read and comply with these guidelines.   The topic shall be specifically included as part of the New Employee Orientation Program and reviewed annually.

It is the responsibility of the Facility Health Administrator to monitor compliance.

**DEFINITIONS**:

A.  TB screening

1.  Tuberculosis (TB) – an infectious disease caused by the Tuberculosis Bacillus and spread from person to person through the air.

2.  Bacteriostatic – capable of preventing bacterial growth (but not necessarily capable of killing bacteria).

418

3.  Compliance – taking medications as prescribed.

4.  Contact – an individual (offender or employee) who has shared the same air space as a case of active TB for a sufficient amount of time that there is a probability the transmission of TB may have occurred.

5.  Anergy – impaired absent ability to react to specific antigens.

6.  Classification of TB exposure/infection;

a.  Class 0 – No TB exposure, not infected

b.  Class 1 – TB exposure, no evidence of infection

c.  Class 2 – TB infection, no disease

d.  Class 3 Tuberculosis, current disease

e.  Class 4 – Tuberculosis, no current disease

f.  Class 5 – Tuberculosis suspect

Converter – a person within a two year period, who has:

a.  Had an initial TB skin test without a "significant" reaction.

b.  Had a second skin test with a "significant" reaction.

Induced sputum – material obtained from a patient unable to cough up a sputum specimen spontaneously.  The patient inhales a mist of saline, which stimulates a cough from deep within the lungs.

Purified Protein Derivative (PPD) – type of purified tuberculin preparation derived from old tuberculin.

INH Therapy – A drug to prevent the development of the disease.

Infectiousness – Offenders should be considered infectious if they are coughing or undergoing cough – induced or aerosol generating procedure or have sputum smears positive for acid-fast baculli and they are not received therapy, have just started therapy or have a poor clinical response to therapy.

419

ADC011066

Non-infectiousness – Offenders are not considered infectious if they meet all these criteria:

a.   Adequate therapy for 2-3 weeks.

b.   Favorable clinical response to therapy, and

c.   Three consecutive negative sputum smears from sputum collected on different days.

GUIDELINES

A.  Tuberculin Skin Test (PPD)

All offenders shall receive a PPD intradermally regardless of BCG vaccination unless exempt.

   Exemptions will be made for offenders:

a.   With a confirmed past positive PPD

b.   With a confirmed history of having TB disease

All offenders receiving PPD skin tests shall receive them at the following time frames:

a.   Upon arrival at the receiving reception center. All offenders receiving their PPD at the reception center should remain at the reception center for a minimum of 48 hours so the test results may be obtained and documented in the medical record prior to movement to their permanent facility to prevent any spread of infectious disease.

b.   Upon return to custody, the offender shall receive the PPD at the institution to which the offender is returned.  A repeat PPD test is not required if less than 90 days from prior release.

c.   Yearly thereafter from date of last PPD.

d.   After exposure to any confirmed active TB disease.

e.   If the skin test reaction is 5-9 mm of induration, with no history of exposure to TB, a repeat PPD shall be preformed between 7-12 days following the first PPD to elicit possible boosting.

4.   If an offender refuses to submit to a PPD, chest x-ray or (in suspicious cases) a medical work-up, follow procedures as outlined in (testing offenders who refuse to cooperate).

   Positive Tuberculin Skin Test:

420

ADC011067

1. L induration of 10 mm or greater in any offender

2. Induration of 5 mm or greater in the following offenders:

a. HIV+

b. Close recent contact with an active TB case.

c. Abnormal chest x-ray consistent with TB

d. Suppressed immune systems

e. Injected drugs if HIV status is unknown

    C.       Offenders with positive PPD skin test shall:

1. Have a chest x-ray within 72 hours of a positive PPD

2. Baseline liver function tests and repeat according to the clinical symptoms.

a. A baseline liver profile should be done prior to initiation of INH therapy then followed up after 3 and 5 months of therapy. In an offender with compromised liver function, or all offenders with a history of IVDA or ETOH abuse the liver profile should be done at 1, 2, 3 and 6 months of therapy.

3. The Provider or Correctional Nurse shall counsel the offender on the findings and treatment.

4. Initial and annual follow-up symptomatology check list shall be completed and documented in the offenders medical record.

5. Initiate INH therapy

D. If the chest x-ray is abnormal and/or symptoms are compatible with active TB

1. The Assistant Director or designee is to be notified immediately to determine if respiratory isolation and/or transfer to a hospital for treatment are indicated. If the offender is transferred to the hospital:

a. The offender shall be masked with a paper mask in route

b. Employees shall wear particulate masks:

1. When entering rooms housing individuals with suspected or confirmed infectious TB.

421

ADC011068

2.   When performing high hazard procedures on offenders with suspected or confirmed TB disease i.e.

3.   When transporting offenders with suspected or confirmed TB disease.

2.   Isolation shall be maintained until at least three consecutive negative sputums for acid fast bacilli have been reported and until all the criteria has been met for non-infectivity.

3.   Anti-tubercular treatment shall be established at the hospital and all medications shall be watch swallow.

a.   Drug regimen shall be monitored by the local county Health Department TB officer until completion of therapy'

b.   Offenders should be encouraged to undergo HIV testing

c.   In the event the offender is non-compliant with TB therapy, counseling with the nurse and provider shall occur and documented in the medical record.  If the offender continues to refuse; the Assistant Director of Offender Health Services shall be immediately notified for case review.

E.   A chest x-ray shall be performed:

1.   On offenders with a negative PPD skin test but who has symptoms of TB (cough, anorexia, weight loss, fever and/or hemoplysis).

2.   On all new converters.  Old converters who are asymptomatic shall not have a chest x-ray, unless there is a suspicion of TB or exposure.

F.   Case reporting

1.   Sent the appropriate report to the local count Health Department.  See Nursing Technical Manuel (communicable disease reports).

2.   See Arizona Department of Public Health TB Control Manual for proper reporting forms.

3.   The Assistant Director of OHSD or designee shall be notified immediately of any active case.

G.   Contact investigations of offenders diagnosed with active TB.

1.   Close contacts i.e. live, work or share air with an active case of TB, shall have a PPD skin test unless then have known positive PPD.

422

ADC011069

2.  Close contacts with a known positive PPD shall undergo chest x-ray.  Follow-up chest x-ray will be completed at 6 month, 12 month and 2 year intervals from exposure.  If chest x-ray remains negative in that 2 year period the investigation is completed.

3.  Close contacts receiving a PPD skin test with a negative reading shall be re-skin tested at 12 weeks.

H.  Reference

1.  Arizona Tuberculosis Control Manuel, current edition.

423

| | Emergency Response Orders | OPR:<br>Nursing Director<br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix E | Supercedes:<br>Effective Date:<br>January 1, 2010 |

## APPENDIX E: Emergency Response Orders

The Emergency Response Orders were developed to provide guidance in emergency or life - threatening situations. Using these guidelines, licensed nursing staff may initiate emergency care based on nursing assessment in consultation with a medical practitioner.

The relevant medical history, pertinent physical findings, and vital signs shall be available for the provider and thoroughly documented in the medical record by the nurse.

These orders are for **emergencies and life-threatening situations only**. The Emergency Response Orders may be initiated by medical/nursing staff to manage emergencies and life threatening situations affecting staff and visitors. Medical/Nursing staff will complete an information report for staff or visitors and submit the report to the Facility Health Administrator. These procedures are to be utilized only if there is an immediate or imminent threat to the patient's life. Should an emergency or life-threatening situation occur, treatment should be implemented in the following order:

1. Activate ICS, if not already activated.
2. Have Complex Control access the local EMS system via 911, if necessary.
3. Institute emergency measures listed under the appropriate Emergency Response Orders.

   **Note**: Emergency Response Orders containing instructions to administer oxygen at the maximum flow rate of 15 liters per minute may not be possible in some of the ASPC health units due to equipment (tank regulator) limitations. In these situations, **8 liters** or **10 liters per minute** may be the highest flow rate that can be attained.

4. Notify practitioner and obtain subsequent orders.

424

ADC011071

5. Document the incident **as soon as possible** in the Continuous Progress Record. Documentation must be completed prior to the end of shift.

6. Any incident requiring use of the Emergency Response Orders and documentation in the Continuous Progress Record **must be signed** by the responsible practitioner on the following business day or as soon as possible.

7. If transport is required, complete Consultation Report form prior to transport.

**The Emergency Response Orders must be reviewed and signed at least annually  by the Health Services Bureau Administrator, Medical Director, and Nursing Program Manager.**

425

ADC011072

## 1)   *Table of Contents*

| Title | Number |
|---|---|
| Acute Asthma/Bronchospasm | 1 |
| Anaphylaxis | 2 |
| Cardiac Arrest | 3 |
| Chest Pain | 4 |
| Heatstroke | 5 |
| Hypoglycemia | 6 |
| Overdose | 7 |
| Shock | 8 |
| Status Epilepticus | 10 |
| Unconscious Patient | 11 |
| Smoke Inhalation | 9 |

426

ADC011073

## ACUTE ASTHMA / BRONCHOSPASM  --- ORDER 1

Obtain pertinent history of current attack, measure vital signs including $O_2$ saturation, perform a nursing assessment/evaluation of the heart and lungs, and record in the Continuous Progress Record.

For wheezing documented on examination, or poor tidal volume/air exchange is noted, initiate treatment as follows:

1.  Administer small volume nebulizer treatment (**SVN)** with **0.5 cc Albuterol mixed with 2.5 cc Normal Saline.**

2.  May repeat immediately, if no improvement.

3.  Notify practitioner and obtain subsequent orders, if indicated.

427

ADC011074

### (b) <u>ANAPHYLAXIS --- ORDER 2</u>

Anaphylactic reactions can be caused by insect bites, most notably bees and other stinging insects.

They can also be caused by ingestion of foods, as well as medications, both prescriptive and

illegal.  Occasionally, such reactions can occur after inhalation of allergens or topical

application of medication. Generally, parenteral and not oral administration of medication

causes anaphylaxis.

Anaphylaxis is characterized by the onset of symptoms from the time of the triggering event is short, often between 5 and 60 minutes. **Note: The more rapid the onset of symptoms, the more severe the reaction.**

<u>**Common Signs/Symptoms:**</u>

- Tightness in the chest
- Rapid respiratory rate - tachypnea
- Cough
- Wheezing / Rales
- Generalized rash and hives/or itching
- Angioedema of the face or tongue
- Stridor due to laryngeal edema

428

ADC011075

*Section 7.02*        *Treatment*

1. **Place patient in the supine position, or the position that best supports respiratory effort.**
2. **Take and record vital signs, including Oxygen (O$_2$) saturation.**
3. **Place patient in Trendelenburg by adjusting the position of the bed or by raising the lower extremities with several pillows if systolic blood pressure is less than 90 mm Hg.**
4. **Begin O$_2$ at 15 liters per minute via non-rebreather mask,** *unless* **there is a known history of Chronic Obstructive Pulmonary Disease (COPD), in which case, O$_2$ should be administered by nasal cannula at no more than 2 liters per minute.**
5. **Assess patient for evidence of stridor, facial swelling, and swelling of tongue, generalized rash, wheezes, or rales. If present, begin treatment with aqueous epinephrine (1:1000) 0.3 mg** *SUBCUT.*
6. **After the** *first* **dose of epinephrine, administer Diphenhydramine 50 mg IM**.
7. Repeat vital signs and document.

*Section 7.03*        **8.   If above symptoms persist, repeat aqueous epinephrine (1:1000) 0.3 mg** *SUBCUT* *every*        20 minutes for a total of 3 doses.

**Note:  If a second dose is required, check vital signs and contact the practitioner. Notify Complex Control to activate local EMS system.**

9. Start IV with Normal Saline. Run at an appropriate rate (not to exceed 200 cc/hr) to keep systolic blood pressure >110 mm Hg.
10. Prepare patient for transport.

429

ADC011076

## CARDIAC ARREST --- ORDER 3

1. Activate ICS, if not already done.

2. Assess **ABCs**

    a. Place patient on a firm horizontal surface.

    b. Have officers remove other inmates from the immediate area, if necessary.

    c. Assure **<u>A</u>irway** is patent.

    d. Begin Rescue **<u>B</u>reathing**.

    **e.** Perform external chest compressions to maintain **<u>C</u>irculation.**

**3. If AED is available, activate and shock if indicated, then continue CPR.**

4. **<u>D</u>elegate** rescue breathing/ventilation and external cardiac compressions to security staff.

5. Begin IV with **Normal Saline** at a keep open rate.

6. Notify Complex Control to activate local EMS via the 911 system.

7. Continue CPR until the local EMS provider arrives on scene.

**8. Notify practitioner and prepare for transport of patient.**

430

## CHEST PAIN --- ORDER 4

Take medical history, measure vital signs including $O_2$ saturation, perform a cardiac and respiratory assessment/evaluation, and record in the Continuous Progress Record.

1. Administer $O_2$ via non-rebreather mask at 15 liters per minute unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

2. Administer **Nitroglycerin 0.4 mg sublingually** and **Aspirin 81 mg orally (chewable). Measure vital signs and record.**

3. Obtain a 12 lead ECG.

4. Notify Complex Control to activate EMS system via 911.

5. May repeat **nitroglycerin twice at five-minute intervals**, if necessary.
    i. Monitor and record vital signs after each dose.
    ii. Document patient's response to medication in the Continuous Progress Record.

6. Start IV with **Normal Saline** at a keep open rate.

7. Notify practitioner and obtain subsequent orders.

431

## HEATSTROKE --- ORDER 5

Characterized by hot, dry skin, temperature generally greater than 104 Fahrenheit, and evidence of central nervous system (CNS) dysfunction, such as delirium, seizures, or coma.

1. Instruct correctional officers to begin emergency treatment by moving patient to a shady area. Cover patient with wet towels or spray with cool water, if available, while being transported to the Health Unit. Have the patient drink cool water, if able.

2. Upon arrival in Health Unit, take vital signs including temperature and $O_2$ saturation. Record in the Continuous Progress Record.

3. Remove all clothes, and cover with wet towels.

4. If temperature is 104 degrees Fahrenheit or greater, or if delirium, seizures or unresponsiveness is present, notify Complex Control to activate local EMS via the 911 system.

5. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

6. Begin IV with **Normal Saline** at a rate not to exceed 200 cc/hr.

7. Begin cooling using wet sheets with ice packed around patient.
   a. Use fans to accomplish vigorous airflow over patient.
   b. Use ice packs in axilla, neck and groin areas.

8. Notify practitioner and obtain subsequent orders, if indicated. Prepare for transport of patient.

432

## HYPOGLYCEMIA --- ORDER 6

**Treatment without unconsciousness:**

1. Take medical history; obtain vital signs, glucose meter reading, and $O_2$ saturation. Record in the Continuous Progress Record.
2. If blood glucose is below 60 mg/dl, give up to three (3) glucose chew tablets 5 g each (in individual blister pack) or glucose chew tablets 4 g each (in packaged tubes). **Instead of glucose chew tablets, may give one tube of glucose gel orally.**
3. Obtain repeat glucose meter reading in 30 minutes and record.
4. Notify practitioner and obtain subsequent orders.

**Treatment with unconsciousness or altered state of consciousness**:

1. Obtain vital signs, glucose meter reading, and $O_2$ saturation. Record in Continuous Progress Record.
2. Start IV with D5W at keep open rate. If unable to obtain IV access, skip to #7.
3. Give 50 cc D50 IV push. **(RN only)**
    a. **LPN  (Follow steps 7- 12 below)**
4. Obtain repeat glucose meter readings in 10 -15 minutes.
5. If no response to D50, reassess patient using **Emergency Response Order, Unconsciousness.**
6. Notify practitioner and obtain subsequent orders.
7. **If unable to obtain IV access, administer Glucagon 1 mg IM.**
8. Obtain glucose meter reading 15 minutes after administration of Glucagon.
9. If glucose meter reading is 60 mg/dl or less, or if patient is still symptomatic, **may repeat Glucagon 1 mg IM**.
10. If no response to Glucagon and still unable to access IV, reassess patient using **Emergency Response Order**, **Unconsciousness**.
11. Notify practitioner and obtain subsequent orders.
12. After stabilizing the patient, try to obtain a clear medical history. It is important to check for areas of possible injury if the patient lost consciousness.
    a. If there are potential neck injuries, immobilize the patient's neck with a cervical collar and notify the practitioner.

433

ADC011080

## OVERDOSE --- ORDER 7

Overdose can occur with prescribed medication or illegal medication. It can be purposeful or accidental.

    a)   TREATMENT

Unconscious Patient  --  **Follow Emergency Response Orders, Unconsciousness.**

    i)Conscious Patient

1.  Obtain medical history, including drug(s) taken. Measure vital signs, including $O_2$ saturation, and record in the Continuous Progress Record.

2.  **From any prison complex, Poison Control Center can be reached at 1-800-222-1222.**

3.  If  Poison Control Center indicates a need for oxygen, IV placement, or antidotes, follow instructions below:

4.  Start $O_2$ via nasal cannula at 4- 6 liters per minute, unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

5.  Start IV with Normal Saline at keep open rate.

6.  Follow antidote instructions, up to and including the PO administration of activated charcoal. Use directions printed on the box for dosage and frequency.

7.  Notify practitioner of incident and obtain subsequent orders, if indicated.

8.  Transport to Emergency Department at nearest hospital if advised by either the practitioner or the Poison Control Center.

434

ADC011081

## SHOCK --- ORDER 8

Shock is a syndrome characterized by decreased tissue perfusion. While the syndrome itself is a diagnosis, there is always an underlying cause. Both the cause and the shock must be treated simultaneously or the outcome will be lethal.

b)   Types of Shock:

1. Hypovolemic shock
2. Cardiogenic shock
3. Septic shock
4. Anaphylactic shock
5. Other (pericardial tamponade, pulmonary embolus, venous obstruction, cervical cord transection)

**Early in the syndrome, the following may occur:**

1. Slightly increased, normal, or slightly decreased blood pressure.
2. Restlessness and anxiety
3. Mild tachycardia
4. Cool, clammy skin

***As the syndrome progresses, the following may occur:***

1. Decreased systolic blood pressure (<90 mm Hg)
2. Altered level of consciousness
3. Tachycardia
4. Tachypnea (usually a rapid, shallow respiratory pattern)
5. Pale, cool, clammy skin

**TREATMENT** at the facility should be aimed at resuscitation, stabilization (if possible), and transport. Characterization of the type of shock is unimportant.

1. Obtain pertinent medical history and vital signs including $O_2$ saturation and record in the Continuous Progress Record.
2. Place patient in the supine position.
    a. If systolic blood pressure is <90 mm Hg, place patient in Trendelenburg position by adjusting the position of the bed or by raising the lower extremities with several pillows.
3. Activate ICS, if not already done.
4. Notify Complex Control to activate local EMS system via the 911.
5. Administer $O_2$ via non-rebreather mask at 15 liters per minute. Unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.
6. Start IV with Normal Saline.
    a. Run at appropriate rate (not to exceed 200cc/hr) to keep systolic blood pressure at or above 110 mm Hg.
7. Notify practitioner and obtain subsequent orders.
8. Transport to Emergency Department at nearest hospital.

435

## SMOKE INHALATION --- ORDER 9

Smoke and other toxic fumes, including those from chemicals are primarily respiratory mucosal irritants. Substantial exposure can lead to respiratory mucosal damage, and in severe cases, can destroy the respiratory epithelium.

Varying degrees of respiratory symptoms and distress are seen with inhalation injuries.  Cough is the most frequent symptom, along with mild respiratory distress. Moderate or severe respiratory distress, as evidenced by flaring of the nostrils, use of respiratory accessory muscles and sternal or costal retractions are indicative of significant respiratory injury. Patient with anything other than mild distress following an inhalation injury should be transported to a definitive care center.

c)   **TREATMENT**

1.  If moderate to severe respiratory distress is present, activate IMS.

2.  Notify Complex Control to activate the local EMS system via 911.

3.  Obtain a focused medical history including:
    a.  mechanism of inhalation, and
    b.  identification of substance inhaled, and
    c.  current diagnoses on record and current medication regimens, and
    d.  record this information on the Continuous Progress Record.

4.  Obtain vital signs, including $O_2$ saturation, and record in the Continuous Progress Record.

5.  Place patient in the supine position, with head elevated 45 - 90 degrees.

6.  Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless there is a known history of COPD**; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

7.  **Start IV with Normal Saline at keep open rate.**

8.  Notify practitioner and obtain subsequent orders.

9.  Prepare patient for transport to Emergency Department at nearest hospital.

436

ADC011083

## **STATUS EPILEPTICUS --- ORDER 10**

Status Epilepticus is a life-threatening condition. Generally, seizures that occur during Status Epilepticus are of the **grand mal** type, and occur one after the other. The patient **may or may not** regain some level of consciousness between seizures. Seizures may occur in rapid progression, or may have some short period of time (usually 10 minutes or less) between episodes. Cerebral hypoxia and anoxia are common, especially when the seizure activity is repetitive.

   d)   TREATMENT
1. Activate ICS, if not already activated.
      a. Notify Complex Control to activate the local EMS system via 911.

2. Place patient in the supine position, and be prepared to protect airway if necessary.

3. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

4. Start IV with **Normal Saline** at keep open rate.

5. **For adults weighing 167 -244 lbs:**   Administer Diastat (Diazepam) 20 mg RECTAL GEL, may repeat 4-12 hours later.

6. **For adults weighing 112 -166 lbs:**  Administer Diastat (Diazepam) 15 mg RECTAL GEL, may repeat 4-12 hours later.

7. Notify practitioner and obtain subsequent orders.

8. Obtain pertinent medical information from the Medical Record, check, and record vital signs in the Continuous Progress Record.

9. Prepare patient for transport to Emergency Department at nearest hospital.

ADC011084

## UNCONSCIOUSNESS --- ORDER 11

Unconsciousness, or nonresponsiveness, is a symptom rather than a disease entity. Causes are many, and include trauma, cerebrovascular disease, cardiovascular disease, metabolic disorders, and medication overdoses from both prescribed and illegal drugs. Factitial unconsciousness may also be seen.

e)   TREATMENT

1. Activate ICS, if not already activated.
2. **Assume that trauma to the neck may have occurred, and stabilize the cervical spine.**
3. Place in the supine position. Be ready at all times to roll patient onto side if vomiting occurs. Have suction device available and ready for use.
4. Obtain pertinent medical history, **vital signs including blood pressure**, glucose meter reading, and $O_2$ saturation. Record in the Continuous Progress Record.
5. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD, in which case administer $O_2$ via nasal cannula at no more than 2 liters per minute.
6. **If systolic blood pressure is <90mm Hg, follow Emergency Response Orders, Shock (e.g., place patient in Trendelenburg position).**
7. **If systolic blood pressure is >90 mm Hg, start IV with Normal Saline at a keep open rate**.
8. **If glucose meter reading indicates hypoglycemia with a blood glucose value of less than 60 mg/dl, give 50 cc D50 IV push (RNs only) and follow Emergency Response Orders for Hypoglycemia.**
9. If hypoglycemia is not present, administer **Narcan 2 mg IV push (RNs only).**
    a. This may be repeated after five minutes, if no response.
    b. **For LPNs**, **administer Narcan 2mg SUBCUT or IM.**
10. Insert Foley catheter to obtain urine for drug screen.
11. Notify practitioner and obtain subsequent orders.
12. EMS to transport patient to Emergency Department at nearest hospital.

438

ADC011085

|   Arizona Department of Corrections | Nursing Assessment Protocols | OPR:<br>Nursing Director<br><br><br>Auth: |
|---|---|---|
| Health Services Technical Manual | HSTM<br>Appendix E<br>. | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**Introduction to**
**Nursing Assessment Protocols**

The Nursing Assessment Protocols are clinical guidelines for licensed nursing staff when a practitioner is not readily available or on site. Using these guidelines, licensed nursing staff may initiate protocols based on their nursing assessment and/or observation.

Documentation in the SOAP note by the nurse must include the relevant medical history, pertinent physical findings, and vital signs. **In addition, the specific reason for the OTC administration should be clearly linked to a health condition, which is identified in the protocol. The specific protocol and health condition must be documented in the SOAP.**

The Nursing Assessment Protocols shall be reviewed and signed at least annually by the Health Services Bureau Administrator, Medical Director, and Nursing Program Manager.

439

ADC011086

| *Title* | Nurse Treatment Protocol # |
|---|---|
| Acute Anxiety | 16 |
| Allergic Reactions | 2 |
| Athlete's Feet | 37 |
| Bruises | 26 |
| Burns | 8 |
| Common Cold | 17 |
| Conditions Related to Heat | 3 |
| Constipation | 18 |
| Contact with practitioners on urgent notification list | 29 |
| Continuation of medical orders on transfer of patient | 28 |
| Continuation of Orders from ASPC-Phoenix | 45 |
| Continuous Wound Care | 5 |
| CRN Procedures | ?? |
| Dental Abscess | 13 |
| Diarrhea, Acute Onset | 19 |
| Disruption of Health Care Services | 43 |
| Dry Socket (tooth) | 13 |
| Earache | 20 |
| Eye Examinations/Eye Wear | 21 |
| Eye Injuries/Red Eye | 46 |
| Eye Problems | 4 |
| Groshong Catheter Care | 32 |
| Headache | 22 |
| Hearing Aides | 23 |
| Hearing Loss | 23 |
| Heparin Lock (Care and Maintenance) | 34 |
| HIV Test Request (Patient HNR) | 25 |
| Hypertension | 6 |
| Impacted Cerumen | 24 |
| Indications for C-Spine and Spine Board Precautions | 35 |
| Inhalation Injuries | 10 |

440

ADC011087

| | |
|---|---|
| Insertion of Nasogastric Tubes, Short Tubes, Levine and Salem Sump. | 33 |
| Jock Itch | 37 |
| Kitchen Clearance | 42 |
| Levine Tubes | 33 |
| Lice (Pediculosis) and Scabies | 38 |
| Medical Ice | 31 |
| Medication Refusals | 43 |
| Minors Sprains and Contusions | 26 |
| Monitored Conditions | 44 |
| Nasogastric Tubes | 33 |
| Nausea and Vomiting | 27 |
| Open wounds | 5 |
| OTC Medications for Symptomatic Complaints | 1 |
| Patient HNR HIV Test Request | 25 |
| Pepper Spray, Mace and Tear Gas Exposure | 7 |
| Pin Care | 36 |
| Reserved - | 5 |
| Reserved - | 15 |
| Ringworm | 37 |
| Salem Sump tubes | 33 |
| Seizures | 9 |
| Short Tubes | 33 |
| Snake Bites | 11 |
| Sore Throat | 14 |
| Spider/Scorpion and Insect Bites | 12 |
| Sprain | 26 |
| Status Epilepticus | 9 |
| Tetanus and Diptheria (Td) Vaccine | 39A |
| Toothache/Dental Abscess | 13 |
| Tuberculosis | 40 |
| Vaccinations | 39 |
| Waivers, Diets and Special Need Orders | 41 |

441

ADC011088

## OTC MEDICATIONS FOR SYMPTOMATIC COMPLAINTS  --- PROTOCOL 1

Certain OTCs are authorized to be given to inmates under this protocol. These medications may be used to address a symptomatic complaint if there are no other symptoms to indicate that a serious medical problem exists. OTCs may **not** be repeated without a practitioner evaluation.

### Symptoms for which nursing staff may provide OTC medications:

A.  Symptomatic Complaint:
**Fever** Must have temp >100 F orally on nursing assessment

OTC to be used:
ASA 325 mg (2) orally q 6h as needed (#24)
Acetaminophen 325 mg (2) orally q 6h as needed (#24)

Contraindications:  ASA

Known bleeding disorder, Coumadin therapy, Gastro Esophageal Reflux Disease (GERD), Gastritis, Peptic Ulcer Disease (PUD), Known drug allergy

Contraindications: Acetaminophen

Known End Stage Liver Disease (ESLD), Known drug allergy

B.  Symptomatic Complaint: **Pain**
For symptomatic minor aches and pains, when the etiology of the pain is known, e.g., minor sprains and contusions.

OTC to be used:
ASA 325 mg (2) orally q 6h as needed (#24)
Acetaminophen 325 mg (2) orally q 6h  as needed #24)
Ibuprofen 200 mg (2) orally q 6h as needed (#24)

Contraindications:   ASA

Known bleeding disorder, Coumadin therapy, GERD, Gastritis, PUD, Known drug allergy

Contraindications: Acetaminophen

Known ESLD, Known drug allergy

Contraindications:   Ibuprofen

Known bleeding disorder, Coumadin therapy, GERD, Gastritis, PUD, ESLD or Rectal Disease, Known Drug allergy

442

ADC011089

C.      Symptomatic Complaint:
       **Minor Heart Burn**

OTC to be used:
   Liquid antacid #1 (4 oz) take 2 tablespoons every
    4 hours as needed for 3 days

      Contraindications:

Recent history of vomiting blood, Known drug allergy

D.      Symptomatic Complaint:
       **Diarrhea, simple**

OTC to be used:
   Loperamide 4 mg orally at onset, then 2 mg
   orally after each loose stool, not to exceed 16 mg per
   day

443

ADC011090

## OTC MEDICATIONS FOR SYMPTOMATIC COMPLAINTS
## PROTOCOL 1 (continued):

E.　Symptomatic Complaint:　　　　　OTC to be used:
**Inflammation of Hemorrhoids**　　Apply Hydrocortisone 1.0 % cream #1 (15 g) to affected area in A.M. and P.M. and after each bowel movement. Refer to medical practitioner if significant bleeding occurs.

**Contraindications:**　　　　　Known drug allergy

F.　Symptomatic Complaint:　　　　　OTC to be used:
**Skin Rash (minor)**　　　 Hydrocortisone 1.0% cream #1 (15 g)
**Insect bites**　　Clean the affected area and sparingly apply cream. Refer to medical practitioner if any signs of secondary bacterial infection are present.

**Contraindications:**

Known drug allergy

G.　Symptomatic Complaint:　　　　　OTC to be used:
**Allergies, runny nose, itching**　　Chlorpheniramine 4 mg, 1 tab  orally three times daily as needed for five (5) days

**Contraindications:**　　　　　Known drug allergy

OTC Protocols may be implemented based on nursing assessment and/or observation. Protocols must be documented in the medical record. The practitioner assigned to the health unit will sign the OTC order the next business day or as soon as possible.

Inmates requesting an appointment for the same (or similar) complaint **within 96 hours (4 days)** are to be referred to the medical practitioner. **IMPORTANT!**

444

ADC011091

# ALLERGIC REACTIONS  --- <u>PROTOCOL 2</u>

**<u>Adverse Drug Reaction Occurring Immediately After Initiation of Drug:</u>**

1.    Consider diagnosis of anaphylaxis.
2.    Place patient in supine position, or position which best supports respiratory effort.
3.    Monitor vital signs and record.
4.    **Obtain orders from practitioner.**
5.    Notify pharmacy of adverse reaction (i.e., complete Adverse Drug Reaction report).
6.    Document adverse reaction in the SOAP note.

**<u>Adverse Drug Reaction Delayed Onset:</u>**

Discontinue suspected drug immediately.
Forward medical chart to practitioner in A.M., or the next business day.
Observe patient until symptoms abate, or condition is stable.
Notify pharmacy of adverse reaction (i.e., complete Adverse Drug Reaction Report).
Document adverse reaction in the Continuous Progress Record.

**<u>Insect Sting:</u>**

Local swelling in the area of the sting:
1.    Apply cold compress to affected area.

**<u>Generalized hives/urticaria:</u>**

1.    Consider diagnosis of anaphylaxis.
2.    Place patient in supine position.
3.    Monitor vital signs and record.
4.    **Obtain practitioner's orders.**

445

ADC011092

## CONDITIONS RELATED TO HEAT --- <u>PROTOCOL 3</u>
### Heat Cramps

Heat cramps are painful, involuntary muscle spasms that usually occur during heavy exercise or exertion in hot environments. The spasms may be more intense and prolonged than typical nighttime leg cramps. Muscles most often affected are those in the abdominal wall, back, arms and calves although any muscle group may be involved after exercise or exertion. Inadequate fluid intake often contributes to heat cramps. Findings include temperature and vital signs within normal range, moist skin and no CNS symptoms.

1. Obtain thorough history from patient.
2. Record vital signs (TPR, including blood pressure).
3. Have patient drink cool water (500 cc to 1000 cc water).
4. Record hydration status.
5. Follow up with practitioner ASAP.
6. No duty status until released by practitioner.
7. NO salt tablets.
8. Instruct patient that residual muscle soreness can typically last 24 - 48 hours.

### Heat exhaustion (Heat Prostration, Heat Collapse):
### Instructions for Correctional Officers in the Field

Heat exhaustion is the most common heat disorder. It should be suspected when patient develops nausea, vomiting, dizziness, or headache, and may include confusion or disorientation. Vital signs can vary from a normal to elevated pulse, normal or low BP, a normal or elevated temperature, but if elevated, is usually less then 104° F.

1. Move the patient out of the sun and into a shady or air-conditioned location. Begin cooling measures, such as spraying the patient with a garden hose or sponging him or her with cool water and fanning.
2. Loosen or remove the patient's clothing as needed.
3. Have patient brought to health unit ASAP.
4. Place patient in supine position and elevate legs and feet slightly.
5. Obtain vital signs, including blood pressure. **Note temperature** and record vital signs in the Continuous Progress Record.
6. Have patient drink water, 500 to 1000 cc, if conscious, and airway maintained.
7. Cool the patient by spraying or sponging him or her with cool water and fanning.
8. Notify the practitioner, if on site.
9. If the practitioner is not immediately available and patient is not able to take oral fluids due to altered level of consciousness, **obtain phone orders from practitioner.**
10. Monitor the patient carefully. **(Heat exhaustion can quickly become heatstroke.)**
11. **If fever is greater than 102 degrees F, or if fainting, confusion, or seizures occur, activate EMS via the 911 system.**
12. Call receiving medical facility with complete history.

446

## OPEN WOUNDS --- PROTOCOL 5:
(e.g., Abrasions, Lacerations, Punctures, Avulsions, Amputations)

**Protective gloves and other personal protective equipment should be utilized prior to any *hands on* evaluation of a laceration.**

Physical Examination:
1. Obtain the following information:
   - Time of injury
     Mechanism of injury
2. Obtain vital signs, blood pressure and weight. Record in the Continuous Progress Record..
3. Skin - Description of wound, full or partial, location, length, extent of bleeding and involvement of underlying tissue.
4. Wound - Describe  location, length, extent of bleeding, the edges of lacerations if applicable, and involvement of deeper structures, e.g., nerves, vessels tendons, bones, joints, organs.
5. With extremity involvement - assess vessel, nerve or joint involvement, assess distal pulses, assess motor and sensory status.
6. Check history of tetanus immunization.
7. Refer to Immunization Log filed under the Medical Work-Up Sheet.
8. Refer to Nursing Assessment Protocols, Vaccinations.

Small or uncomplicated lacerations, abrasions or puncture wounds (including taser removal):
1. Gently cleanse the affected area with warm water and antibacterial soap. (If applicable, remove taser using 4x4s dampened with warm water and antibacterial soap, then gently cleanse the puncture site.)
2. Apply triple antibacterial ointment and band-aid.
3. If applicable, apply skin tape or tissue adhesive (steri-strips). **Schedule on nurse line within 48 hours for follow up.**
4. Document accurate history and description of wound in the Continuous Progress Record.
5. Draw a picture on Wound Documentation Flow Sheet (#11-1-41).
6. Record vital signs in treatment section on Wound Documentation Flow Sheet (#1101-41).
7. Recommend elevation and rest as necessary for 48 hours.
8. Notify practitioner if there are any questions regarding treatment.
9. Provide inmate with Common Sense Care Form: **Abrasions and Lacerations (minor cuts).**
10. Inmate must sign Inmate Information Sheet Checklist acknowledging receipt of education.
11. Follow up with HNR as needed.

447

ADC011094

## OPEN WOUNDS --- <u>PROTOCOL 5 Continued</u>:

<u>Large or complicated wounds such as lacerations **with controlled bleeding**</u>:
1. Document accurate history and description of wound/laceration in Continuous Progress Record. (Draw a picture on Wound Documentation Flow Sheet #1101-41.)
2. Record vital signs in Treatment section on Wound Documentation Flow Sheet (#1101-41).
3. Notify practitioner after cleansing of wound to receive treatment orders. These often require suturing or other special care.

<u>Wounds, such as lacerations **with active bleeding**</u>:

1. Apply firm, **direct pressure** on wound for 10 minutes with moist, saline gauze.
2. If bleeding is not controlled with 10 minutes of direct pressure, dress with heavily moistened saline gauze pressure bandage.
3. Should dressing become saturated with blood, do not remove. Apply additional dressings as needed.
4. Notify the practitioner.

<u>Single or multiple wounds, such as lacerations **with uncontrolled bleeding despite direct pressure**</u>:
    1. Dress wound(s) with heavy gauze pressure bandages.
    2. Obtain practitioner's orders as soon as possible. Be prepared to activate EMS via 911, if needed.

**Continuous Wound Care**:
1. Follow wound care orders as prescribed by practitioner. Order should be transcribed on the Wound Documentation Flow Sheet, Form #1101-41, in the treatment section in upper right hand corner.
2. Each encounter will be documented on Flow Sheet, not in the Continuous Progress Record.
3. Vital signs, including TPR, blood pressure and weight will be obtained at each encounter and recorded in the Treatment Section.
4. As working documents, flow sheets will be maintained as treatment logs.
5. Completed flow sheets will be filed in the Med Sheets/Miscellaneous section of the Inmate Medical Record.

**As indicated, kitchen clearance will be denied until open wounds are healed.**

ADC011095

## HYPERTENSION --- <u>PROTOCOL 6</u>

1. Obtain medical history, including current medications, and note presence or absence of headache, visual difficulties, or neurological symptoms and document in the Continuous Progress Record.

2. Document blood pressure in the sitting and supine position, as well as the pulse, respiratory rate, and temperature.

3. Blood pressures >160 mm Hg systolic or >95 mm Hg diastolic should be repeated after 5 minutes of rest in the supine position.

**<u>Patients known to have hypertension</u>:**
1.    If BP is >160 mm Hg systolic or >95 mm Hg diastolic on two separate occasions, notify the practitioner.
2.    If BP is >145 mm Hg systolic or >90 mm Hg diastolic **and** patient has a headache, visual difficulties, or neurological symptoms, notify the practitioner ASAP.

**<u>Patient not known to have hypertension:</u>**
If BP is >145 mm Hg systolic or >90 mm Hg diastolic **and** patient has a headache, visual difficulties, or neurological symptoms, notify practitioner ASAP.

Hypertension is a chronic condition under ADC guidelines. Patients who are hypertensive must be followed by the practitioner in accordance with ADC policy.

449

# PEPPER SPRAY, MACE, TEAR GAS EXPOSURE --- <u>PROTOCOL 7</u>

1.   Remove contaminated clothing and irrigate affected areas with copious amounts of cool water. (Make sure contaminated clothing is removed prior to coming to the health unit.)

2.   If eyes are affected, irrigate eyes with water for 15 minute with water or buffering agent, such as milk, if available

     Note: Milk is an extremely effective buffer for mucous membranes and secretory areas, such as eyes, mouth, testes.

**THEN:**

3.   Observe for signs of cardiac distress. Should there be any indications of cardiac distress, notify the practitioner immediately. Be prepared to institute the appropriate Emergency Response Order, if indicated.

4.   Observe for signs of respiratory distress, dyspnea, or complaints of chest tightness:
     a. If signs of respiratory distress are evident, provide $O_2$ 4-6 L/min by nasal cannula, or 6-10 L/min via simple face mask.
     b. If there is a known history of COPD, administer $O_2$ at 2 L/min by nasal cannula.
     c. Notify practitioner immediately for subsequent orders. Be prepared to institute the appropriate Emergency Response Order,  if indicated.

450

ADC011097

# BURNS --- <u>PROTOCOL 8</u>:

Obtain medical history, including mechanism of burn injury, current medications, tetanus prophylaxis history, and record in the Continuous Progress Record. A nursing assessment including vital signs, assessment of cardio respiratory system, and estimation of Total Body Surface Area (TBSA) of burn using the "Rule of Nines" below must be performed. Estimation of the degree is essential.

Smoke inhalation, rescue from a structure fire, or exposure to an explosive event increases the risk of significant respiratory mucosal burn. Any such history, **when associated with a facial burn**, is nearly always diagnostic of respiratory mucosal injury. These patients should be transported immediately to the nearest Emergency Department.

## <u>DEGREE CLASSIFICATION OF BURNS AND SPECIFIC PROTOCOLS</u>

**- First Degree Burns**:
1. Skin is erythematous only.
2. No blistering is present.
3. Prototype first-degree burn is sunburn.
4. Clean with mild soap/water, if needed.
5. Follow up on nurse line for reassessment in 24 hours.
6. Return to duty after 48 hours with counseling on sunlight exposure.

**- Second Degree Burns**:
1. Skin is erythematous.
2. Intact or broken blisters will be present. Leave blisters intact.
3. Clean with mild soap/water, if dirty. Leave blisters intact.
4. Notify practitioner who may order if indicated, silver sulfadiazine (silvadene) to be applied to the burned area with a dry dressing.

**- Third Degree Burns**:
1. Skin may be dark red, gray or white.
2. **Inmates with third degree burns will be transported to a hospital ED.**

**- Fourth Degree Burns**:
1. Skin may or may not be visible.
2. Burn will extend into subcutaneous tissue or underlying muscle.
3. **All fourth degree burns <u>must</u> be treated in a burn center.**

451

ADC011098

## BURNS --- PROTOCOL 8 Continued

### RULE OF NINES
1. Each upper extremity equals 9% of Total Body Surface Area (TBSA).
2. Each lower extremity equals 18% TBSA.
3. Anterior and posterior trunk each equals 18% TBSA.
4. Head and neck equals 9% TBSA.
5. Genitalia and perineum equals 1% TBSA.

### SPECIAL ISSUES
**Notify practitioner under the following circumstances:**
1. Burned area with more then 15% TBSA.
2. Burn involves face, genitalia or perineum.
3. Patient is over 55 years of age **and** burn is >9% TBSA **or** involves the face, genitalia or perineum.

**If respiratory distress is present** (respiratory rate <10 or >30), begin $O_2$ via non-rebreather mask at 15 L/min.
**If there is a known history of COPD**, begin $O_2$ via nasal cannula at 2 L/min.
**If wheezes or rales are present**, **obtain practitioner's orders**.

### ELECTRICAL BURNS/ELECTROCUTION:
Injuries from electrocution, or near electrocution, are caused by exposure to DC (direct current), such as lightning and high voltage power lines, or AC (alternating current) found in homes, offices, and factories. DC shock usually results in respiratory arrest from apnea, with circulatory collapse due to asystole. AC shock can result in immediate circulatory arrest due to ventricular fibrillation. In both instances, the treatment is the same: **A**irway restoration and maintenance, **B**reathing for the victim utilizing artificial respiration, and **C**irculatory support utilizing external cardiac compression. Patient exposed to large voltage DC currents from lightning or high- tension power lines, or from AC current of 440 volts should be evaluated in an Emergency Department setting.

For any electrocution victim who is not responsive:  **MAKE SURE ELECTRICAL SOURCE IS REMOVED FROM VICTIM OR IS DISABLED PRIOR TO ENTERING AREA SURROUNDING PATIENT. IF SO:**
1. Evaluate for respirations and pulse. If neither is found, begin treatment for cardiac arrest.
2. If patient is responsive, obtain a brief, focused medical history including mechanism of shock, associated complaints, and current medications. Obtain vital signs.
3. Perform a physical assessment looking for entrance/exit wounds, burns, or other injuries that may have occurred because of the near-electrocution. Record in the Continuous Progress Record.

452

ADC011099

## BURNS --- <u>PROTOCOL 8 Continued</u>:

4.  Perform ECG.
5.  Notify the practitioner as soon as possible for subsequent orders.

### <u>CHEMICAL BURNS</u>:

1.  Begin immediate rinsing of affected area with copious amount of tap water.
2.  Obtain brief, focused medical history, including how the exposure occurred, the identity of the chemical or the product, current medication, and tetanus prophylaxis history. Estimate size of burn, using the "Rule of Nines" if appropriate.
3.  Refer to MSDS sheet.
4.  From all prison complexes, contact the Poison Control Center at 1-800-222-1222.
5.  Notify practitioner as soon as possible for subsequent orders.


**<u>As indicated, kitchen clearance will be denied until the burn is healed.</u>**

ADC011100

## SEIZURES  --- <u>PROTOCOL 9</u>

Seizures can be the cause of injury; however, seizures are rarely life threatening as a <u>single</u> event.

## *Section 7.04       <u>TREATMENT FOR A SINGLE SEIZURE</u>*

1. Protect patient from self-injury, and be prepared to roll patient on side to protect airway in the event of vomiting.

2. DO NOT attempt to manipulate the mouth during the seizure.

3. After seizure is complete, obtain vital signs and record in the Continuous Progress Record.

4. Obtain a focused medical history including seizure medication taken, illicit medication history, and current diagnoses. Record in the Continuous Progress Record.

****************

**Status Epilepticus** is a true medical emergency, and occurs when a patient has repetitive seizures without regaining full consciousness, or if consciousness is regained, the duration of consciousness is very short.

**Refer to ERO for Status Epilepticus. These patients must be transported without delay to the nearest Emergency Department facility.**

454

ADC011101

## INHALATION INJURIES  --- <u>PROTOCOL 10</u>

All inhalation injuries are potentially life threatening. Chemical inhalations, especially with acids, alkalis, chlorine, herbicides or pesticides must be treated immediately in an Emergency Department setting. Mild smoke inhalations, in which the symptoms are limited to cough and no preexisting lung disease is present, may be treated on site.

     **a)  TREATMENT**

Treat all inhalation exposures by following **Emergency Response Orders, Smoke Inhalation**. Notify the practitioner to obtain subsequent orders.

455

ADC011102

## SNAKE BITES  --- <u>PROTOCOL 11</u>

### Instructions for correctional officers in the field for patient with snake bite:
1. Do **not** try to capture the snake.
2. Immobilize the bitten area and keep it lower than the heart.
3. Do **not** try to cut the wound or attempt to remove the venom.
4. Keep patient calm and as quiet as possible.
5. **Transport to nearest Emergency Department immediately.**
6. Notify health unit of incident.

### Patient brought to Health Unit:
1. Obtain history on Bite Assessment Form, 1101-03, file in C.M.A./SOAP Section.
2. Keep patient calm and place in supine position.
3. Monitor vital signs including blood pressure.
4. Wash bite with antibacterial soap and water.
5. Immobilize the bitten area and keep it lower than the heart.
6. Activate EMS via 911.
7. If there is evidence of hypotension or shock**, and if practitioner is not immediately available on site,** follow Emergency Response Orders for **Shock**.
8. Notify practitioner by phone to obtain subsequent orders.
9. Prepare patient for transport to the nearest Emergency Department as soon as possible.
10. Notify hospital of patient history prior to arrival.

ADC011103

## SPIDER, SCORPION, & INSECT BITES/STINGS --- <u>PROTOCOL 12</u>

**Spider Bites**
All spiders inject venom when they bite. Only two spiders, the Black Widow and the Brown Recluse, cause significant envenomation syndromes. Bites occurring from spiders other than the Black Widow and Brown Recluse may be treated symptomatically.

**Treatment of Non-Black Widow / Non-Brown Recluse Spider Bites**
1.  Record medical history, including history relevant to the bite, on the Bite Assessment Form, 1101-33.

2.  Obtain and record vital signs on the Bite Assessment Form, 1101-33.

3.  Cleanse the wound and apply cold compresses.

**Black Widow Spider Bites**
The Black Widow Spider is endemic to Arizona. The female of the species is black, with a globular body approximately 1 cm. long, and has an orange-red hourglass marking on the ventral surface. The adult male of the species is approximately half the size of the adult female.
Initially, there is a sharp pain at the site of the bite, which quickly resolves. Local muscle cramping will develop within 15 minutes to 2 hours. Envenomation typically results in generalized muscle pain, painful muscle contractions, and ascending motor paralysis. The abdomen may become rigidly board-like, and symptoms such as delirium, seizures, shock, and respiratory distress may be seen. Only rarely does Black Widow envenomation cause death.
Antivenin is available; however, it is given only in the hospital setting.

   *a.   Treatment*
1.  Record medical history, including history relevant to the bite, on the Bite Assessment Form, 1101-33.
2.  Obtain and record vital signs on the Bite Assessment Form, 1101-33.
3.  Cleanse wound and apply cold compresses.
4.  Notify practitioner for further orders.
5.  Activate EMS via 911, if indicated.
6.  Prepare patient for transport, if indicated.

   **(b)**

   **(c) Brown Recluse Spider Bites**
The Brown Recluse Spider is also endemic to Arizona. It is brown in color, and has a dark brown violin shaped marking on the dorsal thorax. It is approximately 1 cm. in length. The Brown Recluse venom is cytotoxic and hemotoxic, causing progressive local necrosis and coagulation syndromes, including disseminated intravascular

457

ADC011104

coagulation. Development of coagulopathies, which occurs rarely, may be life threatening.

458

ADC011105

# SPIDER, SCORPION, & INSECT BITES/STINGS ---
## PROTOCOL 12 Continued

Brown Recluse Spider Bites (continued)

The bite is usually only mildly painful, but invariably progresses to being intensely painful. A blister

will form at the site of the bite, which progresses to an eschar within a week.  Over the next

2-6 weeks, the eschar loosens to reveal a necrotic ulcer. Location and depth of the ulcer

dictate whether or not surgical treatment is necessary.


     **a.**   *Treatment*

1. Record medical history, including history relevant to the bite, on the Bite Assessment Form, 1101-33.
2. Obtain and record vital signs on the Bite Assessment Form, 1101-33.
3. Cleanse the wound and apply cold compresses.
4. Arrange for practitioner follow-up.


## Scorpion Stings

Scorpions are generally found only in the Southwest. Scorpions are endemic to Arizona. Most scorpion species are harmless, or relatively so, with stings causing only mild local reactions. One scorpion in particular, however, has a sting, which can cause systemic as well as local reactions. This scorpion is *Centruroides exilicauda*, which is yellowish in color, 1-3 inches long, and has a prominent tubercle at the base of the stinger.

There is usually intense pain immediately at the site of the sting, but usually there is little swelling present. Even light touch to the area of the sting some hours later produces excruciating pain.

Systemic reactions include restlessness, uncontrolled jerking, incontinence, excessive salivation and sweating, wheezing and elevated blood pressure. Recovery usually occurs within 12 hours.


    (d)  **Treatment**

1. Record medical history, including history relevant to the sting, on the Bite Assessment Form, 1101-33.
2. Obtain and record vital signs on the Bite Assessment Form, 1101-33.
3. Cleanse the wound and apply cold compresses.
4. Do not elevate affected extremity or body part.
5. Observe in health unit for at least 1 hour for symptom progression. If none, return to housing unit.


## Bee and Wasp Stings

Bee and wasp stings generally cause a local reaction at the site of the sting, unless there is an allergy to bee or wasp venom. Although it is common practice to use antihistamines in the treatment of local reactions, there is no benefit.

## Treatment of Bee/Wasp Stings

1. Record pertinent medical history, including history relevant to the sting on the Bite Assessment Form, 1101-33.

ADC011106

2. Obtain and record vital signs on the Bite Assessment Form, 1101-33.
3. Remove stinger by scraping with a tongue blade, cleanse site, and apply cold compresses.
4. Watch for signs and symptoms of allergic reaction.


## TOOTHACHE / DENTAL ABSCESS --- <u>PROTOCOL 13</u>:


*Section 7.05*      *<u>TOOTHACH/ABCESS</u>*

**1. Record medical history including affected area, in the Continuous Progress      Record.**
2. Obtain and record vital signs in Continuous Progress Record.
**3. If patient is febrile (100 degrees Fahrenheit orally or greater) or is having difficulty swallowing, contact the dentist for orders.**
4. If not febrile, submit patient's record for review by medical practitioner or dentist within 3 working days.
5. See Nursing Assessment Protocols for OTCs for symptomatic relief.
   **a. May administer Acetaminophen 325 mg, 2 tabs orally q 4-6 h as needed for pain #24, or**
   **b. Ibuprofen 200 mg 1-2 tabs orally q 4-6 h as needed for pain #24.**

**If an abscess is clearly visible,** contact the urgent notification dental or medical practitioner for orders:
   **a. Instruct patient to rinse** mouth with warm water every 4 hours.
   b. Discontinue if pain persists.
   c. Continue medication as ordered until evaluated by dentist, or practitioner, if dentist is not available.


<u>**DRY SOCKET:**</u>
**If patient is febrile (100 degrees Fahrenheit orally or greater) or is having difficulty swallowing, contact the dentist for orders. Otherwise, follow the steps below:**
1. Gently irrigate the socket with saline.
2. Do not curette the socket. Leave the non-lysed blood clot intact.
3. Carefully suction all excess saline.
4. Gently insert a small strip of iodoform gauze soaked with Dry Socket Paste into the socket.
5. Remove and replace the dressing every day or every other day for the following 3 to 5 days until symptoms subside. If symptoms continue or if patient develops a fever, please contact dentist immediately.
6. May administer OTC medications, such as acetaminophen 325 mg, 2 tab orally q 4-6 h for pain # 24, or ibuprofen 200 mg 1-2 tabs q 4-6h orally, as needed for pain # 24.
7. Follow up with the dentist.

460

ADC011107

## SORE THROAT --- <u>PROTOCOL 14</u>

Most often sore throat occurs because of infection, and viruses are the most common cause of throat infections. The next most common cause is bacterial.

Viral infections **cannot** be effectively treated with antibiotics. Antibiotics are effective only in bacterial infections.

Viral infections cannot be easily distinguished from bacterial infections. There is virtually no physical finding pathognomonic of bacterial infection.

A sore throat may have other causes, such as irritation from smoking or noxious fumes. Sore throat can also be the first symptom of laryngeal or pharyngeal cancer.

### <u>PROCEDURE</u>

1. Complete ENT nursing assessment, obtain vital signs and document in the medical records.

   Instruct patient to gargle with saltwater solution consisting of 1/2 tbsp. salt dissolved in 8 oz very warm water. **A Special Need Order will need to be completed by the nurse to allow the patient to obtain salt packets from the kitchen. (Refer to Waivers/Special Need Orders, Protocol #41.)**

2. May use acetaminophen 325 mg (2) orally four times daily as needed #24 or Ibuprofen 200 mg (2) orally three times daily as needed for discomfort #24.
   **Contraindications:**
   - Ibuprofen are: Known bleeding disorder, Coumadin therapy, GERD, gastritis, PUD, known drug allergy
   - Acetaminophen are: Known End Stage Liver Disease (ESLD), known drug allergy

4. Instruct the patient to submit HNR if symptoms persist.

461

ADC011108

## ACUTE ANXIETY --- <u>PROTOCOL 16</u>:

Acute anxiety can be caused by organic disease, such as cardiovascular, respiratory and metabolic disease. Organic causes must be ruled out prior to ascribing the anxiety to a mental disorder.

1. Obtain a medical history and document in the Continuous Progress Record.

2. Measure vital signs and document in the Continuous Progress Record.

3. Perform a nursing assessment and record in the Continuous Progress Record.

4. Notify Mental Health Practitioner for orders, if indicated.

5. Hyperventilation **not** caused by organic disease may be treated with a re-breather bag.

462

ADC011109

## COMMON COLD --- <u>PROTOCOL 17</u>

The common cold is caused by a number of different viruses. There is no known cure, only symptomatic relief.

Document history, obtain vital signs, perform an ENT and respiratory nursing assessment and document into the medical record.

May issue:
        a. Chlorpheniramine 4 mg, (1) tablet t.i.d., orally, as needed, #24.
        b. Acetaminophen 325mg (2) orally q 4h, #24 dispensed, for discomfort.

Advise patient to increase fluid intake.

Saltwater gargles may be advised if sore throat is present. Have patient dissolve 1/2 tbsp. salt in 8 oz. of warm water to gargle. (Refer to Waivers/Special Need Orders, Protocol #41.)

Re-evaluate on a PRN basis.

Instruct patient to submit HNR if fever, chills or productive cough develop, or if symptoms continue for more than 1 week.

463

## CONSTIPATION--- <u>PROTOCOL 18</u>

Constipation is a symptom and not a disease process. The most common cause of constipation is inadequate fluid intake, or it may be a side effect of medication, or lack of adequate fiber intake. It can occasionally be the symptom of serious disease.

Obtain history, vital signs, a nursing assessment and record in the Continuous Program Record.

Review current medications that may cause constipation i.e. analgesics, antacids, anti-cholinergic, anti-depressants, anti-parkinsonians, barium sulfate, diuretics, iron sulfate, laxative abuse, opiates and psychotherapeutics.

Constipation <u>with abdominal pain or fever</u> should be evaluated by practitioner.

If no organic cause is apparent, instruct patient to:
    a. Eat more fiber and vegetables.
    b. Drink six 8 ounce glasses of water per day.
    c. May give M.O.M. 2 tbsp (30 cc) orally at night up to 3 times ---
       if needed and not contraindicated.

**Inmates complaining of constipation with abdominal pain, rebound tenderness, absent, or diminished bowel sounds or fever** should be scheduled ASAP with a practitioner, or if after hours, a practitioner should be notified.

Enemas may **not** be given without an order from a practitioner.

464

ADC011111

## DIARRHEA, ACUTE ONSET  --- <u>PROTOCOL 19</u>

Diarrhea is a <u>symptom</u> of other disease, rather than a disease entity. <u>Most</u> of the time, diarrhea is self-limiting, and responds to simple measures. In the presence of other disease, or as a result of other disease, diarrhea can become life threatening.

### <u>HISTORY AND EXAMINATION</u>

1.  Obtain a medical history and document <u>positive</u> and <u>negative</u> findings in the medical record. Include the following:
    a.   Date of onset of the diarrhea.
    b.   Number of loose stools per day.
    c. Presence or absence of fever, chills, or associated nausea and vomiting.
    d.   Presence or absence of <u>any</u> blood, mucous, or pus in the stools.
    e.   Recent change in medications.
    f. Change in diet or history of eating old/unrefrigerated food.
    g.   Current history of diabetes.
    h.   Current history of hypertension.
    i. Current history of neoplastic disease.
    j. Current history of HIV infection.

2.  Obtain vital signs and document in the medical record:
    a.   Blood pressure <u>and</u> pulse <u>first</u> in the supine position, <u>followed</u> by blood pressure and pulse in the sitting position.
    b.   Temperature.
    c. Respiratory rate.
    d.   Weight.

3.  Perform an abdominal exam:
    a.   Presence of a rigid abdomen.
    b.   Presence or absence of abdominal tenderness and location.
    c.   Presence or absence of guarding.
    d.   Presence or absence of bowel sounds

### <u>TREATMENT</u>

1.  Notify Practitioner ASAP if:
    a.   There is a positive finding in the medical history,  **and**
    b.   Orthostatic findings are present when BP and pulse are taken
    c.    (>10 mm Hg **drop** in **either the systolic or diastolic** BP in the sitting BP as compared to the supine BP), or an **increase** in the pulse rate by 10 beats/minute in the sitting position as compared to the supine position, <u>or</u>
    d.   Temperature orally > 101 F, <u>or</u>
    e.   Respiratory rate >30/ min, <u>or</u>
    f.   Abdominal examination demonstrates absence of bowel sounds or rigidity.

2.   If none of the above is present, treatment may be accomplished with the following:
    a.   Increase fluid intake.
    b.   **Non duty status** until diarrhea is resolved.
    c.   **No food handling** assignments.
    d.   Loperamide 4 mg orally at onset, then 2 mg orally after each loose stool, as needed, not to exceed 16 mg/day.

465

ADC011112

## EARACHE  --- <u>PROTOCOL 20</u>:

Earache is typically the result of infection. It can also be due to impacted cerumen, self- induced trauma, or may be the result of trauma inflicted by another inmate.

Complete history, vital signs, physical exam, including ENT exam and document in the Continuous Progress Record.

Inability to see the tympanic membrane, redness of the tympanic membrane or ear canal, purulent or bloody discharge, or perforation of the tympanic membrane should be referred to the practitioner as soon as possible.

3.  See **Nursing Assessment Protocols, OTC meds** for symptomatic relief.

466

ADC011113

# EYE EXAMINATIONS / EYE WEAR --- <u>PROTOCOL 21</u>

1.  Upon receipt of a Health Needs Request form for eye clinic services, a Health Services staff member shall perform an initial screening using the Snellen chart (for both near and far-sighted vision). Vision should be recorded as follows:

| **FAR** | | Uncorrected | | Corrected | |
|---|---|---|---|---|---|
| | R eye | 20/ | OD | 20/ | OD |
| | L eye | 20/ | OS | 20/ | OS |
| | Both | 20/ | OU | 20/ | OU |

| **NEAR** | | Uncorrected | | Corrected | |
|---|---|---|---|---|---|
| | R eye | 20/ | OD | 20/ | OD |
| | L eye | 20/ | OS | 20/ | OS |
| | Both | 20/ | OU | 20/ | OU |

2.  Corrected visual acuity >20/40 in either eye separately or in both eyes shall be referred to the optometrist.

3.  Visual acuity $\leq$20/40 may be referred for routine follow-up according to the following schedule.

    a.  $\leq$ 40 years of age               Every three (3) years
    b.  > 40 years of age               Annually

4.  Contact lenses are **not** provided unless medically necessary.

    a.  If contact lenses are prescribed by an ADC Optometrist or Ophthalmologist, ADC shall provide contact lens solution.

    b.  If contact lenses are not an ADC prescription, ADC shall **not** provide contact lens solution.

467

ADC011114

## HEADACHE --- <u>PROTOCOL 22:</u>

Headache is a <u>symptom</u> of other disease, rather than a disease entity. <u>Most</u> of the time, headache is self limiting, and responds to simple measures. In the presence of other disease, or as a result of other disease, headaches may signal a life-threatening condition.

## <u>PROCEDURES</u>

1.  Obtain a medical history and document <u>positive</u> and <u>negative</u> findings in the medical record. Include the following:
    a.  Date of onset of the headache.
    b.  Have the patient describe the **character** of the headache, i.e., sharp, dull, throbbing, knife-like, unilateral, and bilateral.
    c.  Recent history of head, neck or facial trauma.
    d.  Recent history of toothache, upper/lower respiratory infection, earache/ear infection, sinus drainage/infection, sore throat, vomiting, fever or chills.
    e.  History of hypertension.
    f.  History of neurological symptoms such as slurring of speech, difficulty understanding speech, difficulty with vision, numbness or weakness of the face, arm or leg on one side of the body, confusion, dizziness, or a headache that began suddenly.
    g.  Presence of fever, chills, or associated nausea and vomiting.
    h.  History of lower back pain, recent back surgery, or procedures, such as spinal tap or myelography.

2.  Obtain vital signs, blood pressure and weight. Document in the medical record.

3.  Have patient rate headache pain on a 1-10 scale. Document in the medical record.

4.  Record in the medical record the following:
    a.  Pupil size in millimeters.
    b.  Any evident facial weakness; evidenced by asymmetry or inability to smile.
    c.  Whether or not flexion of neck causes the headache to worsen.
    d.  Grip strength bilaterally.
    e.  Whether or not headache pain is affected by passive lifting of lower extremity off exam table.

4.  If there are **no positive findings** in the medical history or examination, and headache is 7 or less on the pain scale, the nurse may administer:
    a.  Acetaminophen 325 mg. (2) orally every 4 hours for 24 hours   (#24 tabs)

5.  For headache **with positive history or examination findings**, 8 or greater on the pain scale, or sudden onset headache **with** or **without** positive medical history or exam findings, the medical practitioner must be notified ASAP.

468

ADC011115

## HEARING LOSS --- <u>PROTOCOL 23</u>:

1. An HNR regarding a patient complaint of hearing loss shall be referred to nursing to perform a screening audiogram. This test shall record each ear according to air conduction of sound. Document findings in medical record.

2. Screening audiograms with significant abnormal results (>25 dB loss) in either or both ears shall be referred to a practitioner to evaluate the need for a referral to the audiologist.

3. If hearing aid(s) are dispensed after the audiologist's recommendation, re-evaluations on a biennial basis shall occur.

## <u>HEARING AIDS</u>:

1. When a patient arrives in the Department of Corrections with their own hearing aid, the nurse shall document during reception assessment:
   a. How long the patient has had the hearing aid.
   b. How long it has been since the patient's last hearing evaluation
   c. Refer for scheduling of evaluation, if needed.

2. Per HNR request by the patient, the Medical Supply Coordinator will supply and dispense batteries to the nursing staff. Used batteries are to be exchanged when receiving new ones.

469

ADC011116

## IMPACTED CERUMEN --- <u>PROTOCOL 24</u>:

1. **<u>If impacted cerumen is present, and any of the following conditions are noted, refer to practitioner immediately.</u>**
     a. Fever.
     b. Ear Pain.
     c. Swollen lymph nodes.
     d. If there is known injury or rupture of the tympanic membrane.
     e. If there is a history of draining ears.
     f. If there is a history of perforation or other complications from previous ear irrigation.
     g. If the ear canal is red or swollen.
     h. If there is anything in the ear other than cerumen.

2. **<u>If impacted cerumen is present, and none of the conditions noted above</u>** are present, begin treatment as follows:
     a. Debrox (or generic equivalent) 3 gtts bid in the affected ear(s) x 3 days.

     b. After the third day, if ear wax still present, irrigate the affected ear canal **gently** with warm water.

     c. If unsuccessful at removal, refer to the practitioner.

     d. During the irrigation process, observe the patient for signs of pain or dizziness. If either occurs, stop the procedure immediately and arrange for follow-up with the practitioner.

ADC011117

## HIV TEST REQUEST (Patient HNR) --- <u>PROTOCOL 25</u>

1.  Nursing staff will review the HNR request and the medical record.

2.  The nurse will schedule the patient on the nurse's line to obtain the consent and then refer to the laboratory technician to collect the HIV specimen.

3.  Upon return of the HIV test results, the patient will be scheduled on nurse's line if the results are negative or on the practitioner line for post-test counseling if results are positive. The respective health care discipline providing the post-test counseling will complete and sign the POST-TEST COUNSELING CHECKLIST.

4.  The nurse will record the date the HIV test was performed on the Medical Work-Up Sheet.

5.  Based on a self- initiated request, the patient will be charged for the nursing visit. Subsequent HIV testing may be ordered by the practitioner at no charge.

ADC011118

## MINOR SPRAINS AND CONTUSIONS --- PROTOCOL 26

1.  Obtain history, including mechanism of injury, vital signs, perform a nursing assessment, and document in the Continuous Progress Record.

2.  If appropriate, immobilize the affected area. May apply ice to the affected area for 72 hours to decrease swelling and pain.

3.  For mild to moderate pain and inflammation, may issue Ibuprofen 200mg (2) orally four times daily #24 or Acetaminophen 325 mg (2) orally q 4h #24, as needed. See OTC Medication for Symptomatic Complaints.

4.  May issue crutches for three (3) days if patient is unable to bear weight on affected extremity.

5.  No duty until cleared.

5.  Schedule on nurse's line in three (3) days to reassess affected area and to determine if the continued use of splints, ace bandages or crutches is needed.

8.  If affected area has improved, clear for return to duty.

9.  If affected area has not improved, continue with no duty status and refer patient to the practitioner ASAP. Practitioner will need to clear for duty.

472

ADC011119

## NAUSEA AND VOMITING --- PROTOCOL 27:

Nausea and/or vomiting are <u>symptoms</u> of other disease, rather than a disease entity. <u>Most</u> of the time, nausea and/or vomiting is self limiting, and responds to simple measures. In the presence of other disease, or as a result of other disease, nausea and vomiting can become life-threatening.

    a) Procedures

1. **Obtain a medical history and document <u>positive</u> and <u>negative</u> findings in the medical record. Include the following:**

    a.  Date of onset of the nausea/vomiting.
    b.  Number of episodes of emesis per day.
    c.  Presence of fever, chills, or diarrhea.
    d.  Presence of <u>any</u> blood, mucous, or pus in the emesis.
    e.  Recent change in medications.
    f.  Change in diet or history of eating old/unrefrigerated food.
    g.  Current history of diabetes.
    h.  Current history of hypertension
    i.  Current history of neoplastic disease.
    j.  Current history of HIV infection.
    k.  Current history of peptic ulcer disease, GERD or gastritis.

2. Obtain vital signs, blood pressure and weight. Document in the medical record.

    a.  Obtain blood pressure <u>and</u> pulse <u>first</u> in the supine position, <u>followed</u> <u>by</u> blood pressure and pulse in the sitting position.

3. Perform an abdominal exam:

    a.  Presence or absence of abdominal tenderness and location.
    b.  Presence or absence of guarding.
    c.  Presence or absence of a rigid abdomen.
    d.  Presence or absence of bowel sounds.

473

ADC011120

## NAUSEA AND VOMITING --- PROTOCOL 27 Continued:

4. **Notify practitioner ASAP if:**
   a. There is a positive finding in the medical history, **and**
   b. Orthostatic findings are present when BP and pulse are taken (>10 mm Hg **drop** in **either** the systolic or diastolic BP in the sitting BP as compared to the supine BP or an **increase** in the pulse rate by 10 beats/minute in the sitting position as compared to the supine position), **or**
   c. Temperature orally > 101 F, **or**
   d. Respiratory rate >30/ min, **or**
   e. Abdominal examination demonstrates absence of bowel sounds or rigidity.

5. **If none of the above is present, treatment may be accomplished with the following:**

   a. Bed rest for 48 hours.
   b. Nothing by mouth for 24 hours, except small sips of water or ice chips.
   c. Schedule follow-up with nurse in 24 hours.
   d. Nausea or vomiting that does not resolve within 48 hours will be scheduled ASAP with practitioner.
   e. **Non-duty status** until nausea/vomiting is resolved.
   f. **No food handling** assignments.

474

ADC011121

# CONTINUATION OF MEDICATION ORDERS ON TRANSFER OF PATIENT --- <u>PROTOCOL 28</u>

1.  Obtain from the MEDICAL RECORD the current medications the patient was taking at the sending facility.

2.  Forward medical record to practitioner for continuation of therapy.

3.  In the case of inter-facility transfer, Pharmacy and Nursing services at the receiving institution may continue current medications until the expiration date of the original prescription.

4.  Upon return from an acute care facility, medications lawfully dispensed by the acute care facility, or referring medical practitioner, may be continued for up to 72 hours, **provided** that the medication accompanies the patient.

475

ADC011122

# CONTACT W/ PRACTITIONERS ON URGENT NOTIFICATION LIST--- PROTOCOL 29

**(b)**



** If Key Contact Medical Practitioner order is of concern, notify Medical Program Manager.

476

ADC011123

# MEDICAL ICE  --- PROTOCOL 31

**Indications**:
1.   Acute injuries, such as sprains, strains, dislocations, fractures, or conditions where soft
      tissue injury is resulting in swelling.

2.   Some localized allergic or inflammatory reactions, such as bee or wasp stings.

3.   Any specialist recommendations for medical ice must be reviewed by the medical
      practitioner for approval.

**Not indicated for**:
Authorization for ice pack is **not** indicated for chronic problems, such as chronic swelling or pain.

When indicated, a licensed nurse or practitioner must document the authorization on a **Special Need Order** for medical ice three (3) times daily. Medical ice may be authorized by the nurse for a **maximum** of 72 hours.

477

ADC011124

## GROSHONG CATHETER CARE--- <u>PROTOCOL 32</u>

To ensure standardized nursing care of patients with Groshong catheter (central venous catheter), the following protocol may be followed by Correctional Registered Nurse Supervisors, and Correctional Registered Nurses who have received appropriate training and demonstrated competence in Groshong catheter use, care and maintenance.

## PROCEDURE

1. **Dressing Change** – Equipment: Sterile Normal Saline, sterile cotton swabs, sterile cup, alcohol wipes, exam gloves, transparent dressing 4 x 7.
    a. Gather equipment, explain procedure to patient, wash hands and put on gloves.
    b. Remove old dressing and discard, remove gloves.
    c. Examine catheter exit site for signs of infection.
    d. Cleanse catheter exit site with Normal Saline soaked sterile cotton swabs.
    e. Put on sterile gloves. Using an alcohol wipe, clean catheter from exit site on capped.
    f. Remove gloves.
    g. Apply transparent dressing, then date and initial dressing.
    h. Loop catheter once and secure to skin with tape.
2. Frequency of Dressing Change: Once a week or as needed for loose or contaminated dressing.
3. Document on the treatment record and in the Continuous Progress Record.

## POINTS OF CONSIDERATION

1. Patients with Groshong catheters are to have vital signs obtained weekly or as needed.
2. Patients are to be checked for signs and symptoms of infection weekly or as needed.
3. Do **not** use acetone near or on a Groshong catheter as it damages the catheter material.
4. Do not wipe back and forth.
5. When catheter exit site is fully healed with no exudates or erythema, a sterile 4 x 4 may be used instead of a transparent dressing.
6. Instruct patient:
    a. On the importance of keeping the catheter site dry.
    b. On the signs and symptoms of INFECTION.

## Flushing of Groshong Catheter - Equipment: Sterile Normal Saline; 6cc syringe; 1 20 gauge, 1" needle; alcohol wipes; gloves.

1. Gather equipment, explain procedure to patient and wash hands.
2. Draw up 5 cc of Normal Saline into syringe.
3. Clean top of PRN infusion adapter with alcohol wipes as needed.
4. Flush catheter, using the push-pause method, with 5 cc of Normal Saline.
5. Maintain positive pressure on syringe plunger as needle is withdrawn from infusion adapter.

478

ADC011125

## GROSHONG CATHETER CARE--- <u>PROTOCOL 32 Continued</u>
<u>Flushing of Groshong Catheter Continued</u>

6.   Document on the treatment record and in the Continuous Progress Record.
7.   Heparin is not needed due to 2-way valve.
8.   This is necessary to thoroughly clean lumen of catheter. Do not use excessive force as it
       may rupture catheter or dislodge a blood clot.
9.   Valve will automatically close and prevent blood back flow. One lumen of Groshong
       catheter shall be dedicated solely to TPN administration. If a second infusion is needed
       (i.e., IV antibiotics) use a separate lumen of the Groshong or start an IV in a separate site.
      a.   <u>Flush with 5 cc of Normal Saline</u>:
          i.   Once every 7 days when catheter is not in use
          ii.  After each use
      b.   <u>Flush with 20 cc of Normal Saline</u>:
          i.   After withdrawal of blood specimen
          ii.  If blood is observed in catheter
          iii. After administration of TPN

**PRN Infusion Adapter Change**
1.   Change PRN infusion adapter weekly and/or each time infusion adapter is removed from catheter or as needed.
2.   Gather equipment, explain procedure to patient, and wash hands.
3.   Prime PRN infusion adapter with sterile Normal Saline.
4.   Put on gloves.
5.   Remove infusion adapter, discard and replace with new one.
6.   Irrigate catheter, following Steps 1 through 5 of above Flushing instructions.
7.   Document on the treatment record and in the Continuous Progress Record.

**Blood Drawing** - Equipment: 6cc syringe; (2) 20 cc syringes; sterile Normal Saline; alcohol wipes; blood specimen tubes; PRN infusion adapter (luer lock type); gloves.
1.   Gather equipment, explain procedure to patient and wash hands.
2.   Fill 20 cc syringe with normal saline and prime infusion adapter.
3.   Put on gloves.
4.   Clean injection cap and catheter connection with alcohol wipe. Remove cap and discard, replace with 6 cc syringe.
5.   Withdraw 5 cc of blood and discard
6.   Attach 20 cc syringe to catheter and withdraw amount of blood needed.
7.   Remove syringe, attach a new PRN infusion adapter. Transfer blood to specimen tubes, labeled appropriately. A new PRN infusion adapter is to be attached after every blood draw.
8.   Irrigate catheter with 20cc Normal Saline. See irrigation procedure above - steps 4 and 5.
9.   Document on the treatment record and in the Continuous Progress Record.

479

10. No clamp required.
11. If blood is difficult to aspirate:
     a.  Irrigate with Normal Saline
     b.  Change patient's position

480

# NASOGASTRIC TUBES, SHORT TUBES, LEVINE, AND SALEM SUMP - -- PROTOCOL 33

To maintain care and continuity of Nasogastric Tubes, Short Tubes, Levine Tubes, and Salem Sump, the Correctional Registered Nurse Supervisors and Correctional Registered Nurses retain responsibility when they have received appropriate training and demonstrated competence in the use, care and maintenance of tubes and Salem Sump.

**Equipment Needed:**
1. #14 or #16 French Nasogastric (NG) tube
   a. Levine – standard NG tube;
   b. Salem Sump – NG tube with side ports
2. Emesis basin
3. Tissue
4. ½" or 1" tape
5. Disposable gloves
6. Water soluble lubricant
7. Glass of water with straw (if not contraindicated)
8. 50 ml catheter tipped syringe
9. Stethoscope

**Procedure**:
**INSERTION**
1. Provide privacy and explain procedure.
2. Place patient in high Fowlers position.
3. Place barrier drape, over patient's chest and place emesis basin and tissues within reach of patient.
4. If patient has ever had a broken nose or nasal surgery, choose unaffected side.
5. Determine the length of the tube needed to reach the stomach. Place the tip of the tube on the patient nose then extend to the earlobe and down to the xiphoid process. Mark this distance on the tube with a small piece of tape.
6. Lubricate the tip of the tube with water-soluble lubricant (do not occlude the tip with lubricant). You also need to prime the tube by flushing with 5 cc water.
7. Instruct patient to tilt head back slightly.
8. Insert tube into nostril aiming downward towards the closer ear. Advance slowly to avoid injury to nasal turbinates (which can cause pain and bleeding).
9. When you feel the tube begin to curve downward, tell patient to tilt head forward to help close the trachea.
10. Unless contraindicated give the patient a glass of water (with a straw) and instruct patient to sip.
11. As patient swallows, advance the tube until the tape mark reaches his nostril. (If respiratory distress occurs, quickly remove the tube and start over, as this may indicate that the tube is in the trachea.)

481

ADC011128

## NASOGASTRIC TUBES, SHORT TUBES, LEVINE, AND SALEM SUMP--
## -_PROTOCOL 33 continued

12. Check placement of tube by attaching a salem catheter syringe with 15-20 ml of air to the tube. Position stethoscope below xiphoid process and then instill air while listening (burping the tube). If it is in place you will hear the air as it is injected.
13. After placement is assured, secure tube to nose with tape, then pin the tube loosely to the patient's gown.
14. Attach the tube to suction per order and dispose of equipment. Place call light within reach of patient.
15. Document sizes, side of nose and patient's tolerance of procedure in the progress note.

**MONITORING**
1. To maintain decompression and tube patency, irrigate nasogastric tubes with Normal Saline, according to order. Note: Any solution that does not return must be counted as intake.
2. When draining bottle is full, dispose of entire inner lining. The outer canister is not disposable. Mark I & O on tape on outer canister. Document I & O in the Continuous Progress Record noting color, quantity, and changes in contents.

**REMOVAL**
To remove NG tubes, remove and stop suction, gently but firmly pull tube out in a continuous motion. Instruct patient to breathe out while removing the tube.

**Note**: Salem Sump tube has a second lumen, which is open to air (helps to prevent build-up of excessive negative pressure). This tube will not function effectively if attached to intermittent suction and must be set on continuous suction.


**Insertion, maintenance and removal of nasogastric tubes, short tubes, Levine and Salem Sump must be recorded in the inmate medical record.**

ADC011129

## HEPARIN LOCK (CARE AND MAINTENANCE) --- <u>PROTOCOL 34</u>

To maintain care and continuity of a Heparin Lock, the Correctional Registered Nurse Supervisors and Correctional Registered Nurses who are responsible for care of a Heparin Lock must follow the below protocol.

**<u>Equipment needed</u>:**
1. Needle free system, Heplock caps for needle free system.
2. Two syringes filled with 2 cc of Normal Saline
3. Gloves
4. Betadine or alcohol swabs

**<u>Procedure:</u>**
1. Check or maintain patency of Heparin Lock every shift by injecting 2 cc of Normal Saline into catheter.
2. Document Normal Saline administration on IV medication sheet.
3. Flush catheter before and after administration of medications to ensure patency.
4. Note: Perform maintenance of Heparin Lock and Infusion sets while maintaining IV site and peripheral dressing.
5. Maintenance of Heparin Lock must be documented in medical record.

ADC011130

# INDICATIONS FOR C-SPINE AND SPINE BOARD PRECAUTIONS ---PROTOCOL 35

To ensure that nursing staff evaluate and manage the patient who has had a potential injury to the spine the following protocol and understanding of the injury must be considered.

## MECHANISM OF INJURY

1. Evaluation of the mechanism of injury is critical. If the mechanism of injury is unknown or any of those listed in #2 below, special precautions are necessary prior to transport. Otherwise, the patient may be transported to the health unit by any appropriate means.

2. Presence of spine injury and an unstable spine should be assumed in the following situations:
   a. Any mechanism that causes violent impact on head, neck, torso, or pelvis.
   b. Sudden acceleration, deceleration or lateral bending.
   c. Falls from significant height, landing on feet or head.
   d. Falls resulting in one part of body to stop suddenly while other parts continue to fall.
   e. Any situation where possible spine damage has occurred as with:
      i. Head injury and change in level of consciousness
      ii. Significant blunt injury from torso to above clavicle
      iii. Impacted or other decelerated fractures of legs or hips
      iv. Significant localized injuries to the spinal column
      v. Fall from a significant height
   f. Ability to walk does NOT rule out spinal injury.
   g. Lack of neurological deficit does NOT rule out fracture or unstable spine.

## ASSESSMENT:

3. Vital Signs with assessment of:
   a. Airway
   b. Breathing
   c. Circulation
   d. Detection of neuro injury
   e. Exposure of injury site
4. Rapid survey of scene, situation, and history of event to determine likelihood of spinal injury exists
5. Note: If a spinal injury MIGHT exist - it DOES exist until proven otherwise.
   a. Spine must be manually protected
      i. The head, unless contraindicated, should be placed in a neutral position in-line position.
      ii. The head must be maintained with manual immobilization until replaced with spine immobilization.
   b. Devices for spinal immobilization:
      i. Half spine board

ADC011131

    ii.  Long spine board
   iii.  Vest-type device

ADC011132

## INDICATIONS FOR C-SPINE AND SPINE BOARD PRECAUTIONS ---
## PROTOCOL 35 Continued

6.  Evaluate for other injuries due to traumatic event.
7.  Physical sign and symptoms of spine trauma
    a.  Pain or pain on movement
    b.  Point tenderness
    c.  Deformity
    d.  Crepitus
    e.  Guarding area of spine
8.  Neurological signs and symptoms
    a.  Bilateral paralysis
    b.  Partial paralysis
    c.  Paresis
    d.  Numbness, tingling, prickling
    e.  Males - priapism
    f.  Signs and symptoms of neurogenic shock
    g.  Indicators of spine trauma requiring treatment
    h.  Mechanism of injury - regardless of absence of any other signs and
        symptoms.
    i.  Other injuries that indicate violent forces acted upon the spine.


## MANAGEMENT
1.  Patients generally present in one of four postures:
    a.  Sitting
    b.  Semi-prone
    c.  Supine
    d.  Standing
2.  If obvious major injury, inmate should be maintained at scene and ambulance called.
    a.  Any patient with suspected spine instability should be immobilized in supine
        position on a rigid spine board in neutral in-line position.
    b.  The head, neck torso and pelvis must each be in neutral in-line position to
        prevent any further injury or damage to the spinal cord.
3.  The supine position is the most stable to ensure protection during handling, carrying
    and transport of patient.
4.  The supine position also allows for access to airway, chest and abdomen.
5.  The spine must be protected and immobilized immediately and continuously from
    time of discovery until mechanically secured to spine board.
6.  Management of a patient with suspected spine injury must include:
    a.  Manual in-line immobilization
    b.  Evaluation of ABCDE and assessment of need for resuscitation, evaluation of
        motor, sensory, and circulatory functions in all four extremities.
    c.  Examination of neck and application of proper cervical collar.
        i.  Cervical collars used alone do not immobilize.
    ii.The spine board is the "gold standard" for cervical spine immobilization.

486

ADC011133

## INDICATIONS FOR C-SPINE AND SPINE BOARD PRECAUTIONS --- PROTOCOL 35 Continued

    d.  Immobilization of torso, then legs to spine board so torso cannot move in any direction.

    e.  Pad behind head.

    f.   Once secured on spine board, immobilize arms at chest.

    g.  Recheck using ABCDE method and reassess motor, sensory and circulation in all four extremities.

## TRANSPORT

1.  Transport the fully immobilized inmate to the health unit.

    a.  Officers may be used to assist under medical direction.

    b.  Recheck using ABCDE method and reassess motor, sensory, and circulation in all four extremities.

    c.  Call practitioner on-call for further instructions.

487

## PIN CARE --- <u>PROTOCOL 36</u>

The metal hardware (pins, tongs or wires) used with skeletal traction pierces the skin and passes into the bone must be cared for in accordance with the following procedures to prevent infection at the insertion sites requires special attention.

**<u>Equipment needed:</u>**
-    Betadine and/or hydrogen peroxide (according to the physician's preference).
-    Sterile water
-    Sterile applicators
-    Sterile gloves
-    Povidone - Iodine gauze (or Betadine- soaked gauze).

**<u>Procedure:</u>**

1. Obtain necessary equipment from utility room.
2. Remove the dressing and inspect the insertion sites for signs of infection.
3. Notify the doctor if any of the following are noted.
    a.  Signs of infection: redness, swelling and/or purulent drainage.
    b.  Bright red blood
    c.  Change in pin position
4. Put on sterile gloves.
5. Use sterile applicators dipped in hydrogen peroxide or Betadine to clean around pins. Note: Some physicians feel Betadine can corrode pins with long term use. Patients may be allergic to Betadine, therefore, the specific agent used, may depend on the patient and doctor's preference.
6. Repeat the cleansing procedure with fresh applicators dipped in sterile water.
7. When cleansing is completed, wrap Povidone-iodine gauze around the pin. Leave gauze in place until next cleaning.
8. In some cases, halo rings or tongs may not require dressings.
9. Frequency depends on insertion site conditions and care may be required once a shift or more often. After initial period, daily pin care may be all that is required.
10. Care to insertion site must be documented in medical record.

488

ADC011135

## ATHLETE'S FOOT (TINEA PEDIS) or JOCK ITCH (TINEA CRURIS) --- <u>PROTOCOL 37</u>

### SIGNS AND SYMPTOMS

1. Commonly referred to as "ringworm."
2. Scabbing and/or cracking of skin primarily between the toes and on the soles of feet
3. Flat, red skin rash that forms a ring around normal skin
4. Inflammation
5. Burning
6. Itching
7. Vesicular lesions in severe cases
8. TINEA CRURIS occurs predominately in males.

### TREATMENT

1. Complete nursing assessment, obtain vital signs and document in the medical record.
2. Advise elimination of the moisture to affected area, wear dry socks and under garments.
3. Instruct patient to wear and wash shower shoes and thoroughly dry affected area, especially between toes, prior to application of cream.
4. May use Tolnaftate 1% anti-fungal cream b.i.d. for 14 days. Apply Tolnaftate sparingly.
5. Instruct inmate to submit a HNR, if condition worsens before the end of treatment.
6. Schedule on nurse line for reassessment at the end of therapy.
7. If scabbing and cracking or secondary bacterial infection is evident upon reassessment, refer to medical practitioner.

489

ADC011136

## LICE (PEDICULOSIS) AND SCABIES --- <u>PROTOCOL 38</u>

**<u>Three types of lice and one type of mite</u>** <u>affect human beings:</u>
- Pediculosis capitis – head louse
- Pediculosis corporis - body louse
- Phthirius pubis – pubic louse/crab louse can attach only curly hair – pubes, axillae, and eyebrows.

- Sarcoptes scabies – scabies **mite**. A skin condition caused by a burrowing organism.

Each type of louse generally remains in the area designated by its name, but may occasionally be noted in other areas of the body. Lice are transmitted by direct contact with people or their personal belongings harboring the lice. Scabies is generally associated with poor living conditions.

### <u>Signs and Symptoms:</u>
1. The primary symptom is severe itching and scratching of the affected area. Infestation may result in serve itching and excoriation of the scalp and body.
2. Body lice may produce minute red lesions with black or rust – colored dots clinging to the base of the hairs.
3. Lice may infest hairs of chest, pubic axillary hair, beard and eyelashes.
4. Grey-blue macules (1-3 cm in diameter) may be seen on the trunk, thighs and axillae a result of the action of the louse saliva.
5. **Scabies should be considered in every case of persistent itching**.

### <u>Prevention and Treatment (Lice):</u>

1. Provide *Inmate Information* material, Human Lice (HEP 1016). Instruct the patient as follows:
   a. Shower with soap and water.
   b. After shower, instruct patient to apply Lice Treatment Shampoo thoroughly covering the affected area. Leave on for about 10 minutes and then wash the affected area with warm water and soap. Rinse and dry with a clean towel.
   c. Wash hands immediately after use.
   d. Repeat Lice Treatment Shampoo once 7-10 days later to kill any newly hatched lice.
   e. Do not apply to eyebrows, eyelids, or eyelashes - may cause eye irritation.
   f. Apply ophthalmic petrolatum to eyelashes - smothers the lice and allows easier removal of nits and lice.
   g. Remove nits manually from eyelashes and eyebrows with cotton-tipped applicator.
2. Provide inmate with a fine tooth comb, if allowed, to remove scalp lice from scalp hair.
3. Recommend that the inmate discard combs, hairbrushes and caution against

490

ADC011137

shaving. Do not wear other inmates' hats.

4.  Wash linens in water temperature above 52 °C. (120°F.) for 10 minutes or store in a closed bag for 10 days.

ADC011138

# LICE (PEDICULOSIS) AND SCABIES --- <u>PROTOCOL 38 Continued</u>

### SCABIES :

1. Instruct inmates to apply Permethrin 5% cream from head to the soles of their feet, including under your nails and in skin folds, such as between the toes, as directed. Apply this medication as soon as possible after it is prescribed.

2. Massage the cream into skin. Do not use more medication than prescribed. Wash off the cream after 8-14 hours by showering or taking a bath.

3. Permethrin 5%  cream has a residual effect and should kill lice and eggs in one application.

4.  Follow-up on nurse line in 7 - 10 days to observe and document the response to treatment:

5. Note the change in the degree of discomfort caused by itching.

6. Observe infected areas for changes in the characteristics of the lesions.

7. Observe for systemic manifestations of infections. Refer to practitioner for treatment.

8. To avoid giving scabies to another person or getting it again, instruct inmates on the following: Clothing and bed linens that have been in contact with their skin less than 2 days before treatment should be machine-washed with hot water/machine dried or removed from body contact for 72 hours.

9. Notify Facility Health Administrator to facilitate the proper washing and drying of linens and clothing.

492

ADC011139

## (c) VACCINATIONS --- <u>PROTOCOL 39</u>

**NOTE**:  Administer vaccines **only when epinephrine 1:1000 is available** in Health Unit to treat adverse reactions.

### (d)

### (e) - <u>MEASLES RUBELLA</u>

(f) <u>CRITERIA</u>: For all inmates born after 1957 and without a confirmed history of prior vaccination (except during pregnancy).

<u>PROCEDURE:</u>

1. Provide inmate with Vaccine Information Statements (VISS)
2. Have inmate read and sign the Medical Consent Form (form 11-0-3P)
3. Administer MR 0.5 ml subq.
4. Document on Immunization Record (Form 1101-17P).
5. For "Return to Custody" inmates, review the  medical record prior to administering MR.

## INFLUENZA/PNEUMONIA VACCINATIONS

<u>CRITERIA:</u>   Criteria for high risk groups will be identified by CO prior to flu season and include the following:

1. Patients 65 years of age and older
2. Patient with identified chronic conditions (cardiac, respiratory, diabetes, cancer, HIV+).
3. Offer vaccine, advising inmate/patient of contraindications and possible side effects.
4. Special considerations: Pneumonia vaccine is to be given only once. It provides lifetime immunity. Allergic reactions have occurred among those given second doses.
5. Influenza vaccine - contraindicated for:
   a. Those who have an allergy to eggs that causes a dangerous reaction, if eaten.
   b. Those who have had a serious reaction to previous influenza vaccinations should consult with the physician prior to receiving the vaccine.

<u>PROCEDURE</u>:

1. The inmate will sign the Medical Treatment Consent Form (Form # 11-03P)
2. Administer vaccination (as directed by manufacturer).
3. Document administration on Immunization Record (Form 1101-17P).

493

**(i)**

**(ii)**      **TWINRIX [HEPATITIS A INACTIVATED & HEPATITIS B (RECOMBINANT)]**

Administration of each injection of TWINRIX will be recorded on the yellow **Immunization Record** (Form 1101-17P) and **the Medication Administration Record** (MAR).

494

## TETANUS AND DIPHTHERIA (Td) VACCINE --- PROTOCOL 39A

**Assessment:**
1.      Inmates with injuries, such as puncture wounds, burns, or lacerations shall be assessed      for the need of a tetanus booster.
2.      Assessment must include:
   a. length of time since exposure
   b. length of time since last known Td booster or immunization.
   c. nature and location of wound.


**Procedure**:
Administration
1.  The nurse will administer a Td booster based on the following guidelines:
   a. **Active immunization is maintained by a Td booster every 10 years.**
   b. **Inmates *who sustain wounds that are contaminated with dirt, feces or saliva, puncture wounds, avulsions or burns* do <u>not</u> require a Td booster provided there is evidence of primary Td vaccination with a booster within the past five (5) years.**
   c. **Inmates *who sustain minor, uncontaminated wounds* do <u>not</u> require a Td booster provided there is evidence of primary Td vaccination with a Td booster within the past ten (10) years.**
   d. **If there is <u>no</u> evidence of primary Td vaccination with a Td booster and the inmate sustains *a wound of any type*, a Td booster will be given immediately. In addition, inmates with *wounds that are contaminated with dirt, feces or saliva, puncture wounds, avulsions or burns* shall receive tetanus immune globulin along with the booster.**
   e. **Since the incubation period of tetanus can be very long, it is never too late to receive prophylaxis.**

2.  A licensed nurse will administer Tetanus-diphtheria (Td) vaccine.

Documentation
1.      The inmate must read and sign Medical Treatment Consent Form, (Form # 11-3-OP).
2.      Nurse must document the immunization on the Immunization Record (Form #1101-      17P).

ADC011142

## TUBERCULOSIS --- PROTOCOL 40
### GUIDELINES
1. All inmates shall have a tuberculosis evaluation within 48 hours of arrival at the Reception Center and annually thereafter, regardless of BCG vaccinations unless:
   a. Documentation of PPD administration and results within the past 12 months.
   b. Confirmed past positive PPD
   c. Confirmed history of tuberculosis
2. If the inmate is a known TB skin test reactor, a TB skin test will not be administered.
3. Any inmate not compliant with the TB evaluation procedures shall have testing/screening facilitated as defined by D.O.1102.5.1.4.
4. All inmates shall be given a Mantoux Tuberculin (TB) (Purified Protein Derivative PPD) skin test, and read in millimeters (mm).

### PROCEDURE:
1. Administer intradermally 0.1 ml of 5 TU Purified Protein Derivative (PPD), on inner aspect of the left forearm.
2. Document administration date on Medical Work-Up sheet (Form 1101-68P).
3. Read within 48-72 hours after the administration of the test. Results will be documented in millimeters on the Medical Work-up Sheet. (Form 1101-68P)
4. For a known positive TB skin test reactor, the nurse will screen the inmate using TB Symptomatology Checklist (Form 1106-61P) upon intake and annually thereafter.

### ASSESSMENT OF INDURATION:
1. The presence or absence of induration determined by inspection and palpation determines a positive reaction.
2. The diameter of induration should be measured transversely in millimeters.
3. The induration should be recorded on the Medical Work-Up Sheet (Form 1101-68P).
4. Three cut-off levels are recommended for defining a positive tuberculin reaction:
   a. >=5mm (greater than or equal to 5 millimeters),
   b. >=10mm (greater than or equal to 10 millimeters)
   c. >=15mm(greater than or equal to 15 millimeters)

### RESPONSE TO INDURATION
1. **Reaction of >=5mm of induration**:
   a. Considered positive for those who are at highest risk for developing TB disease, which includes the following.
      i. Persons whose chest radiographs are suggestive of previous TB disease, i.e. fibrotic changes of chest x-ray consistent with prior TB.
      ii. Close contacts of a person who has infectious (active) TB.
      iii. Persons known to have HIV infection.
      iv. Persons with organ transplants and other immunosuppressed patient (receiving the equivalent of >= 15/mg/d of prednisone for 1 month or more). If the initial PPD reaction if 5 - 9 mm induration, with no known history of exposure to TB, a repeat PPD shall be performed between 7-12 days following the first PPD to the right forearm.

496

## TUBERCULOSIS --- <u>PROTOCOL 40 Continued</u>

2. <u>Reaction of >=10 mm of induration:</u>
   a. Considered positive for those persons with an increased risk for TB, such as:
      i. Recent immigrants from high prevalence countries (within the last 5 years).
      ii. Injection drug users.
      iii. Residents and employees of high-risk setting, i.e. prisons, jails, nursing homes, other long-term care facilities for the elderly, residential facilities for AIDS patient, and homeless shelters.
      iv. Persons with silicosis, diabetes mellitus, chronic renal failure, some hematologic disorders (i.e., leukemias and lymphomas), other specific malignancies such as carcinoma of the head and neck and lung, weight loss >= 10% ideal body wt, gastrectomy and jejunoileal bypass.
      v. Mycobacteriology laboratory personnel.
      vi. Children younger than 4 years of age or infants, children and adolescents exposed to adults at high-risk.

3. <u>Reaction of >=15mm of induration:</u>
   a. Considered positive in those with no risk factors for TB.
   b. If the inmate's annual PPD screening test is positive:
      i. The CRN shall complete the TB Symptomatology Checklist (Form 1106-61P). If the inmate is symptomatic, notify key contact physician and facility health administrator immediately, institute airborne precautions and discontinue kitchen clearance.
   c. If the inmate is asymptomatic, the CRN will requisition a chest x-ray (posterior-anterior view) to be completed within 72 hours of a positive PPD.
   d. The CRN shall notify the key contact practitioner and schedule a practitioner appointment for evaluation and/or treatment upon receipt of x-ray results.
   e. INH therapy will be:
      i. Unit Dosed
      ii. Twice weekly for 9 months
   f. The nurse will record INH Therapy or INH Form
   g. (A copy of the INH Form will be provided to inmate upon ADC release.
   h. Inmate may return to kitchen duty after one month of compliant INH therapy. If the inmate is non-compliant, refer to CRN. Have the inmate sign a Refusal of Treatment Form. A SOAP entry will be made, and the chart will be referred to the medical practitioner.
   i. A baseline liver function test should be requested. If INH therapy is initiated, the CRN will requisition an ACP prior to and after 30 days of therapy. ACP results will be forwarded to the practitioner.

4. <u>Notification</u>: The CRN will notify the Facility Health Administrator and Central Office of a confirmed or R/O case in an inmate. A coordinated plan of surveillance will be discussed.

497

ADC011144

## WAIVERS AND SPECIAL NEED ORDERS --- <u>PROTOCOL 41</u>

1.   Request for renewal must be initiated by a HNR.
2.   Waivers and Special Need Orders may be renewed by an RN or nurse line. This includes but is not limited to:

- Medical Shoes
- Wedges
- Lower Back
- Arch Supports
- Ice
- Broken Glasses
- Limited Duty
- Extra Mattresses
- Salt Packets from Kitchen- To be given to inmate for saltwater gargle in Nursing Assessment Protocols (Sore Throat and Common Cold). Nurse to specify the
  number of packets with each meal and include end date on the SNO.

   * Nurses may initiate this SNO without an order from the practitioner as instructions
      are covered in the Nursing Assessment Protocols.

3.   The nursing assessment will be completed in the SOAP format.

4.   The nurse will complete Duty/Special Need Order (Form 1101-60P) or Restricted Diet Order (form 912-3P).

5.   Waivers, Diets and Special Need Orders will be logged on Medical Work-Up Sheet.

498

ADC011145

## KITCHEN CLEARANCE --- <u>PROTOCOL 42</u>

Nursing staff will clear inmates with health conditions for assignment to the kitchen as a Food Service Worker. Clearance will only be required once during each incarceration, unless an inmate presents with a health condition that disqualifies him/her from kitchen duty.

1. Inmate will receive a medical clearance for a Food Service Worker upon intake at the receiving facility.

2. Medical clearance will be exclusionary. All are considered eligible for assignment as a Food Service Worker unless a health condition exists which precludes kitchen duty.

3. Health conditions that are exclusionary include:

   - Hepatitis A (HAV).
   - Chronic diarrhea or a disease associated with chronic diarrhea.
   - Acute gastrointestinal illnesses.
   - HIV +.
   - (+) PPD - must have completed 30 days of INH therapy. If after 30 days of therapy, an inmate becomes non-complaint, the inmate should be excluded from kitchen duty until IHN therapy compliance has resumed.
   - Open, unhealed or infected wounds.

4. Kitchen clearance as a Food Service Worker will be documented onto the Inmate Kitchen Clearance Form and Medical Work-up Sheet (Form 1101-68P).

ADC011146

## DISRUPTION OF HEALTH CARE SERVICES --- <u>PROTOCOL 43</u>

The delivery of routine health care services on a specific yard and/or entire complex may be disrupted due to extenuating circumstances. It is not within the scope of a licensed nurse to terminate the delivery of health services. If routine services are disrupted, the nurse will:

1. Attempt to administer/deliver medications or provide health services to inmates with acute and chronic conditions by being escorted to the inmate housing area or have the inmate brought up to the health unit.
2. If circumstances prevent health services from being delivered as prescribed, and alternate modes of delivery cannot be accomplished, the nurse will:
   a. Contact the Facility Health Administrator. Describe the circumstances preventing delivery of care and any alternate attempts to continue the delivery of services. Describe the impact based on the number of inmates with acute and chronic conditions who will affected by the disruption in the care.
   b. Obtain a verbal order from the KCP to cover the altered delivery of care. If after hours, contact the medical practitioner. If unable to contact either, notify the Medical Program Manager or Medical Director.
   c. The circumstances and the practitioner order should be written on an Information Report.
3. Once the delivery of services resumes, the date and time should be entered into the comments section of the Information Report.
4. The nurse will document on each MAR and/or treatment log "D" for disruption.

**Medication Refusals**
1. Inmates must report for medication pass; nursing cannot accept a NO SHOW as a refusal. If the inmate is a NO SHOW, nursing will:
   a. Notify the shift commander
   b. Complete a Medication Error Report Form
   c. Complete an Information Report
   d. Nursing must obtain a signed Refusal to Submit to Treatment Form (#1101-4P) for each medication pass (Unit Dose and KOP) when an inmate refuses medications.
      i. The medication nurse will identify the medication on the Refusal Form.
      ii. The inmate will identify on the Refusal Form why the medication is refused and sign the form.
      iii. Nursing will ensure the signed Refusal Form is filed into the medical record.
2. Inmates who refuse medications prescribed by the medical practitioner will be scheduled on the next practitioner line.
3. Inmates who refuse medications prescribed by the mental health practitioner will complete and sign the Refusal Form.
   a. Nursing will copy the signed refusal.
   b. The copy will be forwarded to mental health and the original will be filed into the medical record.
4. After **FIVE** consecutive days of signed refusals, nursing can **HOLD** medication pass.
   a. The inmate will be referred to mental health services based upon health unit business practices.
   b. The MAR will not be pulled and medications will not be returned pharmacy until the practitioner has discontinued the medication order.
   c. Nursing will record **"H"** hold on the MAR for each medication pass until the

ADC011147

practitioner orders the medication to continue or discontinue the medication.

ADC011148

## MONITORED CONDITIONS --- <u>PROTOCOL 44</u>

1.   Nursing will, upon receipt of the Monitored Condition List, arrange for the following data/lab
      tests to be obtained and reported in the medical record prior to the inmate seeing the
      practitioner:

| <u>CONDITION</u> | <u>MEDICAL INFORMATION</u> |
|---|---|
| CARDIAC | Chem 14+6 (no CBC) |
| COPD | Peak Flow<br>Oximetry (If $O_2$ is prescribed, obtain $O_2$ saturation on and off $O_2$. Wait a minimum of 15 minutes between obtaining parameters) |
| DIABETES | **Quarterly:**  Hemoglobin A1C, ACP<br>**Annually:**   CBC, Lipid panel, and Microalbumin-to-creatinine ratio in addition to quarterly ACP and Hgb A1C |
| HIV | CD4 Monitoring Panel<br>ACP (w/CBC), viral load |
| HYPERTENSION | Chem 14 + 6 (no CBC) |
| SEIZURES | Drug level for prescribed anticonvulsant |

2.   Nursing will request the Monitored Condition laboratory tests on the ADC Lab Order Form.

502

**CONTINUATION OF ORDERS FROM ASPC-PHOENIX --- <u>PROTOCOL 45</u>**

# Article VIII.

1. Inmates are evaluated for active disease states when in-processed at ASPC Phoenix (Alhambra).

2. Occasionally, the intake physician, nurse practitioner, or PA will order certain testing, such as an ECG, labs, or X-rays.

3. Nursing staff at receiving facilities are hereby authorized by this Nursing Assessment Protocol to complete tests properly ordered and signed off by ASPC Phoenix medical practitioners.

ADC011150

# EYE INJURIES / RED EYE --- <u>PROTOCOL 46</u>

The single most important "vital sign" in the eye injuries/red eye evaluation is **visual acuity**.

For eye injuries/red eye evaluations, the following process will be followed:

**HISTORY**:
Obtain an accurate history regarding the eye injury or red eye.

<u>Injury</u>:
- History of blunt force or penetrating injury.
- Presence or absence of any difficulty with vision
- Job history (welding, metal grinding)

- Prior surgical/medical history of eye disease (corneal graft, keratoconus, intraocular

  lens, glaucoma)

<u>Red Eye</u>:
- Presence or absence of pain, drainage
- Presence or absence of any difficulty with vision
- Job history (welding, metal grinding)
- Prior surgical/medical history of eye disease (corneal graft, keratoconus, intraocular
  lens, glaucoma)

# <u>PHYSICAL ASSESSMENT</u>

1.  Obtain visual acuity in the right, left and both eyes. Assessment is to be completed with and without corrective lenses, if worn. Current visual acuity must be compared to prior visual acuity measurement.
2.  Assess light reflex of pupil. Place patient in darkened room for this assessment. Pupils should react briskly to light.
3.  Contact practitioner for **immediate evaluation** if there is a penetrating injury (or the **possibility** of a penetrating injury), significant change in visual acuity, red eye with significant pain, sluggish or absent light reflex.
4.  For purposes of this Nursing Assessment Protocol, immediate evaluation means evaluation within 4 hours, either by an ADC practitioner or outside consultant.

504

**Schedule** appointment for next business day for eye injury/red eye **if there is no possibility of penetration, no significant visual acuity change, no significant pain, and normal light reflex. Use eyewash solution to gently cleanse affected eye.**

ADC011152

|  | Forms and Stamps | OPR:<br>Division Director<br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix F | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**HEALTH SERVICE FORMATS:**

The standardization of Forms and stamps is a necessity since Health Service encompasses multi-sites throughout the State of Arizona.  When one introduces a site-specific form, it must be approved via the Forms Committee process.  The circumvention of the Forms & Stamp Control process will not be tolerated.  The success of our mission is dependent upon knowing what others have done, in the care of the patient, and where to look for information needed.

 Multiple Forms frequently provide the same information that could and should be available on one form.  Adherence to Form Control will decrease inefficiencies, duplicity of action and the frustration with the bureaucratic paper process.

506

ADC011153

**Ibuprofen or Acetaminophen Use Log**

An allergy check will be completed to make sure the inmate is not allergic to the medication prior to the delivery of the medication to the inmate.

| Date | Inmate Name | ADC IM Number | Tablets Issued | Ordered/Issued By |
|------|-------------|---------------|----------------|-------------------|
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |
|      |             |               |                |                   |

507

ADC011154

# MSDS
H.R. Simon and Company, Inc. (800) 638-9460
3515 Marmenco Court
Baltimore, Maryland 21230
for chemical Emergency: (800) 424-9300

## Section 1 Identification

**Chemical Name:** Chemblend Fixer
**MSDS Number:** C8

**Chemical Family:** Working Solution
**Date:** 01-03

## Section 2 Composition (Ingredients required):

| Name | % | CAS Number | | ACGIH (TLV) | OSHA (PEL) |
|---|---|---|---|---|---|
| Ammonium Thiosulfate | 10-15 | 7783-18-8 | | Not Established | Not Established |
| Sodium Sulfite | 1-2 | 7757-83-7 | | Not Established | Not Established |
| Acetic Acid | 1-2 | 64-19-7 | | Not Established | Not Established |
| Aluminum Sulfate | | 1.5-3 | 10043-01-3 | $2mg/m^3$ | Not Established |

## Section 3 Hazards Identification:

**Warning! Contains:** Sodium Sulfite
**May irritate eyes or skin**
**Inhalation may irritate respiratory tract**

## Section 4 First Aid Measures:

Eyes: Immediately flush eyes with water for fifteen minutes. Seek medical help.
Skin: Remove contaminated clothing. Flush skin for fifteen minutes. If symptoms
persist, seek medical help.
Ingestion: Conscious subject: immediately give large amounts of water and induce
vomiting. Unconscious person: call for medical help immediately Do not give
anything by mouth to an unconscious person.
Inhalation: Remove subject to fresh air. If symptoms persist, seek medical help.

## Section 5 Fire Fighting Measures:

**Flash Point:** None
**Extinguishing Media:** Use media for surrounding material
**Fire Fighting Procedures:** No special procedures
**Unusual Fire and Explosion Hazards:** None

## Section 6 Accidental Release Measures:

Small spills may be mopped up. Soak spill with saw dust, sand, oil dry,
or any other absorbent material. Dispose of recovered material in accordance
with all federal, state, and local regulations.

## Section 7 Handling and Storage:

No special storage requirements.

## Section 8 Exposure Controls:

NOISH approved respirator for mists. No special ventilation is necessary, except in small
enclosed areas where a local exhaust fan should be used. Use latex neoprene gloves, safety
glasses with side-shields or chemical goggles. Wear a chemical resistant apron.

## Section 9 Physical Chemical Properties:

**Boiling Point:** >212°F
**Appearance:** Colorless
**Specific Gravity:** 1.08 @15°C

**Solubility in Water:** Complete
**Odor:** Slight Ammonia Odor
**pH Level:** 4.2 @25°C

ADC011155

**MSDS** H.R. Simon and Company, Inc. (800) 638-9460
3515 Marmenco Court
Baltimore, Maryland 21230
for chemical Emergency: (800) 424-9300

**Section 10 Stability and Reactivity:**                                **C8 Chemblend Fixer**

Chemical Stability: Stable. **Incompatibility:** Strong Alkaline Materials.
**Decomposition Products**: None. **Hazardous Polymerization**, will not occur.

**Section 11 Toxicology Information:**

May irritate eyes, skin and respiratory tract. May cause skin rash. May cause allergic
reactions in some people. Inhalation may cause adverse reactions in susceptible individuals,
especially asthmatics.

**Section 12 Ecological Information:**

Small quantities diluted with water followed by secondary waste treatment system should not
cause adverse environmental effects.

**Section 13 Disposal Considerations:**

Dispose of recovered materials through a licensed contractor or a waste water treatment
system. Comply with all federal, state and local regulations.

**Section 14 Transportation Information:**

For transportation regarding this product, contact H.R. Simon & Company, Inc.
(800) 638-9460.

**Section 15 Regulatory Information:**

Materials known to state of California to cause cancer: None
Materials known to state of California to cause adverse reproductive effects: None
Carcinogenicity Classification (components present at 0.1% or more):
    International Agency for Research of Cancer (IARC): None
    American Conference of Governmental Industrial Hygienists (ACGIH): None
    National Toxicology Program (NTP): None
    Occupational Safety and Health Administration (OSHA): None

Chemicals subject to the reporting requirements of Section 313 or Title III of the
Superfund Amendments Reauthorization Act (SARA) of 1986 and 40 CFR Part 372: None

**Section 16 Other Data:**

**NFPA HAZARD CODES (0=LEAST; 4=MOST)**
HEALTH=1
FLAMMABILITY=0
REACTIVITY=0
SPECIFIC HAZARD=0

Note: This MSDS relates only to the material herein, and does not relate in combination with any other material or process. This MSDS is based on information provided by us and is believed to be
accurate, although no guarantee or warranty is provided or implied by the company in this respect. Since the use of this product is in the exclusive control of the user, it is the user's responsibility to
determine the conditions of safe use. Such conditions must comply with government regulations.

2

509

# MSDS
H.R. Simon and Company, Inc. (800) 638-9460
3515 Marmenco Court
Baltimore, Maryland 21230
for chemical Emergency: (800) 424-9300

**Section 1 Identification**

**Chemical Name:** HS Developer/Replenisher          **Chemical Family:** Working Solution
**MSDS Number:** C7                                  **Date:** 01-03

**Section 2 Composition (Ingredients required):**

| Name | % | CAS Number | ACGIH (TLV) | OSHA (PEL) |
|------|---|-----------|-------------|------------|
| Hydroquinone | 1-2 | 123-31-9 | $2mg/m^3$ | $2mg/m^3$ |
| Sodium Bisulfite | 3-5 | 7681-57-4 | $5mg/m^3$ | ----- |
| Glutaraldehyde | .5-.9 | 111-30-8 | --------- | 0.2 ppm |

**Section 3 Hazards Identification:**

Warning! Contains: Hydroquinone, Sodium Bisulfite, and Glutaraldehyde
May irritate eyes or skin
Inhalation may irritate respiratory tract

**Section 4 First Aid Measures:**

Eyes:       Immediately flush eyes with water for fifteen minutes. Seek medical help.
Skin:       Remove contaminated clothing. Flush skin for fifteen minutes. If symptoms
            persist, seek medical help.
Ingestion:  Conscious subject: immediately give large amounts of water and induce
            vomiting. Unconscious person: call for medical help immediately Do not give
            anything by mouth to an unconscious person.
Inhalation: Remove subject to fresh air. If symptoms persist, seek medical help.

**Section 5 Fire Fighting Measures:**

**Flash Point:** None
**Extinguishing Media:** Use media for surrounding material
**Fire Fighting Procedures:** No special procedures
**Unusual Fire and Explosion Hazards:** None

**Section 6 Accidental Release Measures:**

Small spills may be mopped up. Soak spill with saw dust, sand, oil dry,
or any other absorbent material. Dispose of recovered material in accordance with all
federal, state, and local regulations.

**Section 7 Handling and Storage:**

No special storage requirements.

**Section 8 Exposure Controls:**

NOISH approved respirator for mists. No special ventilation is necessary, except in small
enclosed areas where a local exhaust fan should be used. Use latex neoprene gloves, safety
glasses with side-shields or chemical goggles. Wear a chemical resistant apron.

**Section 9 Physical Chemical Properties:**

**Boiling Point:** >212°F                            **Solubility in Water:** Complete
**Appearance:** Clear Yellow                         **Odor:** Slight indistinguishable odor
**Specific Gravity:** 1.079 – 1.08 @15°C             **pH Level:** 10.3 @25°C

510

**MSDS** H.R. Simon and Company, Inc. (800) 638-9460
3515 Marmenco Court
Baltimore, Maryland 21230
for chemical **Emergency:** (800) 424-9300

**Section 10 Stability and Reactivity:** **C7 HS Developer/Replenisher**

**Chemical Stability:** Stable. **Incompatibility:** Strong Alkaline Materials.
**Decomposition Products**: If heated to dryness, oxides of sulfur could be released.

**Section 11 Toxicology Information:**

Causes irritation to the eyes. May cause conjunctivitis or redness to eyes. May cause irritation
to skin. Vapor may be irritating to respiratory tract. May cause allergic reactions in some people.
Inhalation may cause adverse reactions in susceptible individuals, especially asthmatics.

**Section 12 Ecological Information:**

Small quantities diluted with water followed by secondary waste treatment system should not
cause adverse environmental effects.

**Section 13 Disposal Considerations:**

Dispose of recovered materials through a licensed contractor or a wastewater treatment
system. Comply with all federal, state and local regulations.

**Section 14 Transportation Information:**

For transportation regarding this product, contact H.R. Simon & Company, Inc.
(800) 638-9460.

**Section 15 Regulatory Information:**

Materials known to state of California to cause cancer: None
Materials known to state of California to cause adverse reproductive effects: None
Carcinogenicity Classification (components present at 0.1% of more):
    International Agency for Research of Cancer (IARC): None
    American Conference of Governmental Industrial Hygienists (ACGIH): None
    National Toxicology Program (NTP): None
    Occupational Safety and Health Administration (OSHA): None

Chemicals subject to the reporting requirements of Section 313 or Title III of the
Superfund Amendments Reauthorization Act (SARA) of 1986 and 40 CFR Part 372: None

**Section 16 Other Data:**

**NFPA HAZARD CODES (0=LEAST; 4=MOST)**
HEALTH=1
FLAMMABILITY=0
REACTIVITY=0
SPECIFIC HAZARD=0

Note: This MSDS relates only to the material herein, and does not relate in combination with any other material or process. This MSDS is based on information provided
by us and is believed to be accurate, although no guarantee or warranty is provided or implied by the company in this respect. Since the use of this product is in the
exclusive control of the user, it is the user's responsibility to determine the conditions of safe use. Such conditions must comply with government regulations.

511

10/03/95    30 38   FAX 602 255 1678          A R I C                          Ø 002

**ARIZONA DEPARTMENT OF CORRECTIONS**
**INFORMATION REPORT**

| | |
|---|---|
| Report # | _____ |
| Report Date | _____ |
| Page | _____ of _____ |

| To (first line supervisor) | Title | Unit |
|---|---|---|
| From (print) | Title | Unit |
| Subject | | |

**STAFF INVOLVED**

| STAFF NAME (Last, First, MI) | | Title | Badge Number |
|---|---|---|---|
| STAFF NAME (Last, First, MI) | | Title | Badge Number |

**INTEL**

| INTELLIGENCE CATEGORY 1: | | INTELLIGENCE CATEGORY 2: | |
|---|---|---|---|
| SOURCE TYPE: | SOURCE LAST NAME: | | SOURCE ADC # |

**INMATES INVOLVED**

| INMATE'S NAME (LAST, FIRST, MI) | ADC # | UNIT | HU/BED | INVOLVED AS: |
|---|---|---|---|---|
| INMATE'S NAME (LAST, FIRST, MI) | ADC # | UNIT | HU/BED | INVOLVED AS: |

| Time | Date | Location |
|---|---|---|

**SUMMARY**

SUMMARY

Signature _____

**ACTION TAKEN**

Comments/Actions Taken

| Signature | Date |
|---|---|

Distribution   (check all that apply)                Entered into Data Base

[ ] _____                BY: _____
[ ] _____                DATE: _____          Form: 10000029
[ ] _____                                              Rev. 08/04/94

512

ADC011159

U.S. Department of Health and Human Services

# MedWatch

The FDA Safety Information and
Adverse Event Reporting Program

For **VOLUNTARY** reporting of
adverse events and product problems

Page ___

## A. Patient information

1. Patient identifier   2. Age at time of event:

Date of birth:

3. Sex
☐ female
☐ male

4. Weight
___ lbs
___ kgs

In confidence

## B. Adverse event or product problem

1. ☐ Adverse event   and/or   ☐ Product problem (e.g. defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
☐ death
☐ life-threatening
☐ hospitalization - initial or prolonged
☐ disability
☐ congenital anomaly
☐ required intervention to prevent permanent impairment/damage
☐ other

3. Date of event         Date of this report

4. Describe event or problem

5. Relevant tests/laboratory data, including dates

6. Other relevant history, including preexisting medical conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

PLEASE TYPE OR USE BLACK INK

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1
#2

2. Dose, frequency & route used          3. Therapy dates (if unknown, give duration) (from/to (or best estimate))
#1                                        #1
#2                                        #2

4. Diagnosis for use (indication)         5. Event abated after use stopped or dose reduced
#1                                        #1 ☐ yes ☐ no ☐ doesn't apply
#2                                        #2 ☐ yes ☐ no ☐ doesn't apply

6. Lot # (if known)    7. Exp. date (if known)   8. Event reappeared after reintroduction
#1                     #1                        #1 ☐ yes ☐ no ☐ doesn't apply
#2                     #2                        #2 ☐ yes ☐ no ☐ doesn't apply

9. NDC # (for product problems only)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name

2. Type of device

3. Manufacturer name & address

4. Operator of device
☐ health professional
☐ lay user/patient
☐ other

5. Expiration date (mm/dd/yy)

6. model #
catalog #
serial #
lot #
other #

7. If implanted, give date (mm/dd/yy)

8. If explanted, give date (mm/dd/yy)

9. Device available for evaluation?  (Do not send to FDA)
☐ yes ☐ no ☐ returned to manufacturer on ___ (mm/dd/yy)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## E. Reporter (see confidentiality section on back)

1. Name & address                         phone #

2. Health professional?   3. Occupation   4. Also reported to
☐ yes ☐ no                               ☐ manufacturer
                                         ☐ user facility
                                         ☐ distributor

5. If you do NOT want your identity disclosed to the manufacturer, place an "X" in this box. ☐



Mail to: **MedWatch**
5600 Fishers Lane
Rockville, MD 20852-9787

or FAX to:
1-800-FDA-0178

FDA Form 3500 (1/03)   Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

ADC011160

# ADVICE ABOUT VOLUNTARY REPORTING

**Report adverse experiences with:**
- medications (drugs or biologics)
- medical devices (including in-vitro diagnostics)
- special nutritional products (dietary supplements, medical foods, infant formulas)
- cosmetics
- medication errors

**Report product problems** – quality, performance or safety concerns such as:
- suspected contamination
- questionable stability
- defective components
- poor packaging or labeling
- therapeutic failures

**Report SERIOUS adverse events. An event is serious when the patient outcome is:**
- death
- life-threatening (real risk of dying)
- hospitalization (initial or prolonged)
- disability (significant, persistent or permanent)
- congenital anomaly
- required intervention to prevent permanent impairment or damage

**Report even if:**
- you're not certain the product caused the event
- you don't have all the details

**How to report:**
- just fill in the sections that apply to your report
- use section C for all products except medical devices
- attach additional blank pages if needed
- use a separate form for each patient
- report either to FDA or the manufacturer (or both)

**Confidentiality:** The patient's identity is held in strict confidence by FDA and protected to the fullest extent of the law. FDA will not disclose the reporter's identity in response to a request from the public, pursuant to the Freedom of Information Act. The reporter's identity, including the identity of a self-reporter, may be shared with the manufacturer unless requested otherwise.

**If your report involves a serious adverse event** with a device and it occurred in a facility outside a doctor's office, that facility may be legally required to report to FDA and/or the manufacturer. Please notify the person in that facility who would handle such reporting.

**Important numbers:**
- 1-800-FDA-0178  to FAX report
- 1-800-FDA-1088  to report by phone or for more information
- 1-800-822-7967  for a VAERS form for vaccines

**To Report via the Internet:**
https://www.accessdata.fda.gov/scripts/medwatch/

The public reporting burden for this collection of information has been estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services Food and Drug Administration (HFD-410) 5600 Fishers Lane Rockville, MD 20857

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Please DO NOT RETURN this form to this address.

FDA Form 3500-back   **Please Use Address Provided Below – Just Fold in Thirds, Tape and Mail**

**Department of Health and Human Services**
Public Health Service
Food and Drug Administration
Rockville, MD 20857

**Official Business**
Penalty for Private Use $300



**BUSINESS REPLY MAIL**
FIRST CLASS MAIL  PERMIT NO. 946  ROCKVILLE, MD

*POSTAGE WILL BE PAID BY FOOD AND DRUG ADMINISTRATION*

**NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES OR APO/FPO**

## *MEDWATCH*

The FDA Safety Information and Adverse Event Reporting Program
Food and Drug Administration
5600 Fishers Lane
Rockville, MD  20852-9787

ADC011161

## ADVERSE DRUG REACTION
## DATA COLLECTION FORM

Inmate's Name_____Age_____Sex_____
ADC No._____Facility/Unit_____Date Rec'd_____
Primary Diagnosis_____
Secondary Diagnosis_____
Known Drug and/or Other Allergies_____

Suspected Drug/Type of Reaction_____

Date/Time of Onset of Reaction_____Treatment initiated_____

Date/Time Reaction Abated_____

### All Drugs Taken at Time of Reaction

| Drug (generic)/Dose/Route/Start Date | Drug (generic)/Dose/Route/Start Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### All Drugs Discontinued Within One Week Prior to Reaction

| Drug (generic)  Start/Stop Date | Drug (generic)  Start/Stop Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Prescribing Provider_____
Reshallenge Date/Time/Reaction_____

Report Completed By:_____
                                              Name/Title

Attachment B                                    ADC Form #_____

515

## ADVERSE DRUG REACTION
## DATA COLLECTION FORM

Inmate's Name_____   Age____   Sex____
ADC No._____   Facility/Unit_____   Date Rec'd____
Primary Diagnosis_____
Secondary Diagnosis_____
Known Drug and/or Other Allergies_____

Suspected Drug/Type of Reaction_____

Date/Time of Onset of Reaction_____   Treatment initiated___

Date/Time Reaction Abated_____

### All Drugs Taken at Time of Reaction

| Drug (generic)/Dose/Route/Start Date | Drug (generic)/Dose/Route/Start Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

### All Drugs Discontinued Within One Week Prior to Reaction

| Drug (generic)  Start/Stop Date | Drug (generic)  Start/Stop Date |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Prescribing Provider_____
Reshallongo Date/Time/Reaction_____

Report Completed By:_____
                                     Name/Title

Attachment B                              ADC Form #_____

516

ADC011163

Pharmacy Technical Manual
Revised: 07/05/2000

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Health Services Division

### STUDENT EVALUATION OF CLINICAL EXPERIENCE

University _____  _____ Dates of Clinical Rotation _____  Preceptor _____

Directions:    Read each statement and mark your response in the space provided. You do not need to enter your name. These evaluations are part of the assessment of program effectiveness.

| | Strongly agree | Agree | Disagree | Strongly Disagree |
|---|---|---|---|---|
| Orientation to the Correctional environment/Security was sufficient to feel secure within the Complex. | | | | |
| Orientation to the Health Unit was sufficient to function within the Unit, in order to meet the course objectives. | | | | |
| Correctional Health Staff was readily accessible to facilitate your clinical experience. | | | | |
| The range of health problems represented in the inmate population was sufficient to meet the course objectives. | | | | |
| There were sufficient resources (staff and supplies) available to meet course objectives. | | | | |
| The attitude of the Correctional Health Staff on the Units contributed to a supportive learning environment. | | | | |

What did you like **most** about your experience in Correctional Health Care?

What did you like **least** about your experience in Correctional Health Care?

Additional Comments:

Ch. Pg. 31

Back to Table of Contents

ADC011164

REMOTE DRUG STORAGE AREA
WEEKLY INVENTORY
MEDICAL OR DENTAL RDSA (CIRCLE ONE)

ASPC: _____     Name of Health Unit Audited: _____ _____

Date of Inspection: _____     Signature: _____ _____

Inspected by: _____ _____     *If seal is broken, that person is responsible to count RDSA before shift ends*

| RDSA | | |
|------|---|---|
| Contents Posted or listed in RDSA Book | | |
| All Medication accounted for no Missing Medication | | |
| Meds within Exp. Date | | |
| Procedures for use and restocking followed | | |

**Medication Error Report**

| Medication Error Report | | |
|-------------------------|---|---|
| Written for missing Medication | | |
| Medication Error Report sent to lead Dentist, CRNS II, FHA, Key Contact and Pharmacist | | |

Comments: _____

_____

_____

_____

Short-dated Drugs: _____ _____

_____

_____

DISTRIBUTION:
     FHA
     KEY CONTACT PHARMACIST
     CRNS II - MEDICAL RDSA'S
     LEAD DENTIST - DENATL RDSA'S

ADC011165

Remote Drug Storage Area
**MONTHLY**
**AUDIT AND CLINIC INSPECTION REPORT**
Medical /Dental
(Circle One)

ASPC: _____

Date of Inspection: _____   Name of Health Unit: _____

Inspected by: _____   Signature: _____   Date: _____

| Med Room | Non- Compliant | Compliant |
|---|---|---|
| Clean and Organized | | |
| Room Temperature 36 – 86 F/18-29C | | |
| Cleaning solution separate from External meds | | |
| Internal meds separate from External meds | | |
| Meds within Exp date | | |
| Med Room Locked when not in use | | |
| Opened MDVs Dated and Initialed | | |
| No evidence of Drug Contamination or Deterioration | | |

| REFRIGERATOR | Non- Compliant | Compliant |
|---|---|---|
| Temperature 36 – 44 F/2-7 C | | |
| Daily Temperature Log Current | | |
| No Food | | |
| Meds within exp. Date | | |
| Opened MDV's dated & initialed | | |

| RDSA | Non- Compliant | Compliant |
|---|---|---|
| Contents Posted or listed in RDSA Book | | |
| All Medication accounted for no Missing Medication | | |
| Meds within Exp. Date | | |
| Procedures for use and restocking followed | | |

| Max-Down Beds | | |
|---|---|---|
| Meds within Exp. Date | | |

| Dental | | |
|---|---|---|
| Room Temperature 66 – 86 F/18-29C | | |
| Meds with Exp. Date | | |
| Emergency Kit with Exp Date | | |

| Medication Error Report | | |
|---|---|---|
| Medication Error Report | | |
| Written for missing Medication | | |
| Medication Error Report sent to lead Dentist, CRNS II, FHA, Key Contact Pharmacist | | |

Comments: _____

Short-dated Drugs: _____

FHA
KEY CONTACT PHARMACIST
FHAS I- MEDICAL - HSM'S
LEAD DENTIST - DENTAL RDSA'S

FHA DISTRIBUTES MED ERROR REPORTS:
Medical Program Manager
Dental Program Manager
Nursing Program Manager
Pharmacy Program Manager

519

ADC011166

ASPC: _____

Year: _____

REMOTE DRUG STORAGE AREA
MONTHLY AUDIT SIGN OFF SHEET
MEDICAL OR DENTAL
(CIRCLE ONE)

Name of Health Unit Inventoried: _____

| MONTH | DATE | SIGNATURE |
|---|---|---|
| JANUARY | | |
| FEBRUARY | | |
| MARCH | | |
| APRIL | | |
| MAY | | |
| JUNE | | |
| JULY | | |
| AUGUST | | |
| SEPTEMBER | | |
| OCTOBER | | |
| NOVEMBER | | |
| DECEMBER | | |

520

ADC011167

REMOTE DRUG STORAGE AREA
PHARMACY SERVCIES
QUARTERLY
AUDIT AND CLINIC INSPECTION REPORT

ASPC: _____     Name of Health Unit Audited _____

Date of Inspection: _____     Signature: _____

Inspected by: _____

| Med Room | Compliant | Non-Compliant |
|---|---|---|
| Clean and Organized | | |
| Room Temperature 85 - 86 F/18-29C | | |
| Cleaning solution separate from External meds | | |
| Internal meds separate from External meds | | |
| Meds within Exp date | | |
| Med Room Locked when not in use | | |
| Opened MDV's Dated and Initialed | | |
| No evidence of Drug Contamination or Deterioration | | |

| RDSA | Compliant | Non-Compliant |
|---|---|---|
| Contents Posted or listed in RDSA Book | | |
| All Medication accounted for no Missing Medication | | |
| Meds within Exp. Date | | |
| Procedures for use and restocking followed | | |

Man-Down Bags

| | | |
|---|---|---|
| Meds within Exp. Date | | |

Dental

| | | |
|---|---|---|
| Room Temperature 65 - 86 F/18-29C | | |
| Meds with Exp. Date | | |
| Emergency Kit with Exp Date | | |

| REFRIGERATOR | Compliant | Non-Compliant |
|---|---|---|
| Temperature 35 - 44 F/2-7c | | |
| Daily Temperature Log Current | | |
| No Food | | |
| Meds within Exp. Date | | |
| Opened MDV's dated & Initialed | | |

Medication Error Report

| | | |
|---|---|---|
| Medication Error Report Written for missing Medication | | |
| Medication Error Report sent to lead Dentist, CRNS II, FHA, Key Contact Pharmacist | | |

Chart Audited (Three Required)

| Date | I/M Name | MAR | Drug | Order in chart | Noted Given from RDSA | Nurse |
|---|---|---|---|---|---|---|
| | | | | Y / N | | |
| | | | | Y / N | | |
| | | | | Y / N | | |
| | | | | Y / N | | |
| | | | | Y / N | | |

Comments: _____

_____

Short-dated Drugs: _____

_____

FHA
KEY CONTACT PHARMACIST
CRNS II - CLINICAL RDSA'S
LEAD DENTIST - DENTAL RDSA'S

FILE IN STRIBUTED MED CHECKS ALL COPIES:
Medical Program Manager
Dental Program Manager
Nursing Program Manager
Pharmacy Program Manager

ADC011168

ASPC: _____ ___

Year:

REMOTE DRUG STORAGE AREA
QUARTERLY AUDIT SIGN OFF SHEET
BY PHARMACIST
MEDICAL OR DENTAL
(CIRCLE ONE)

Name of Health Unit Inventoried_____

| QUARTERLY | DATE | SIGNATURE |
|---|---|---|
| JANUARY | | |
| FEBRUARY | | |
| MARCH | | |
| APRIL | | |
| MAY | | |
| JUNE | | |
| JULY | | |
| AUGUST | | |
| SEPTEMBER | | |
| OCTOBER | | |
| NOVEMBER | | |
| DECEMBER | | |

522

1

ADC011169

ASPC: _____

Year: _____

Name of Health Unit Inventoried: _____

**REMOTE DRUG STORAGE AREA (RDSA)**
**WEEKLY INVENTORY MEDICAL OR DENTAL**
**(CIRCLE ONE)**

The remote drug storage area can be sealed with a safety seal and inventoried each time the seal
is broken instead of weekly. If the seal has not been broken then a inventory is not warranted.
See attached sheets for additions.

| Week | LOCK #1 | LOCK #2 | LOCK #3 | LOCK #4 | EXOCK #5 | COUNT CORRECT MEDICATIONS | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | YES / NO | | |
| 2 | | | | | | YES / NO | | |
| 3 | | | | | | YES / NO | | |
| 4 | | | | | | YES / NO | | |
| 5 | | | | | | YES / NO | | |
| 6 | | | | | | YES / NO | | |
| 7 | | | | | | YES / NO | | |
| 8 | | | | | | YES / NO | | |
| 9 | | | | | | YES / NO | | |
| 10 | | | | | | YES / NO | | |
| 11 | | | | | | YES / NO | | |
| 12 | | | | | | YES / NO | | |
| 13 | | | | | | YES / NO | | |
| 14 | | | | | | YES / NO | | |
| 15 | | | | | | YES / NO | | |
| 16 | | | | | | YES / NO | | |
| 17 | | | | | | YES / NO | | |
| 18 | | | | | | YES / NO | | |
| 19 | | | | | | YES / NO | | |
| 20 | | | | | | YES / NO | | |
| 21 | | | | | | YES / NO | | |
| 22 | | | | | | YES / NO | | |
| 23 | | | | | | YES / NO | | |
| 24 | | | | | | YES / NO | | |
| 25 | | | | | | YES / NO | | |
| 26 | | | | | | YES / NO | | |
| 27 | | | | | | YES / NO | | |
| 28 | | | | | | YES / NO | | |
| 29 | | | | | | YES / NO | | |
| 30 | | | | | | YES / NO | | |

523

1

ADC011170

ASPC: _____          REMOTE DRUG STORAGE AREA (RDSA)          Name of Health Unit Inventoried:_____

Year:_____          WEEKLY INVENTORY MEDICAL OR DENTAL
(CIRCLE ONE)

The remote drug storage area can be sealed with a safety seal and inventoried each time the seal
is broken instead of weekly.  If the seal has not been broken then a inventory is not warranted.
See attached sheets for additions

| WEEK# | LOCK #1 | LOCK #2 | LOCK #3 | LOCK #4 | COUNT | COUNT CORRECT | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | YES / NO | | |
| 32 | | | | | | YES / NO | | |
| 33 | | | | | | YES / NO | | |
| 34 | | | | | | YES / NO | | |
| 35 | | | | | | YES / NO | | |
| 36 | | | | | | YES / NO | | |
| 37 | | | | | | YES / NO | | |
| 38 | | | | | | YES / NO | | |
| 39 | | | | | | YES / NO | | |
| 40 | | | | | | YES / NO | | |
| 41 | | | | | | YES / NO | | |
| 42 | | | | | | YES / NO | | |
| 43 | | | | | | YES / NO | | |
| 44 | | | | | | YES / NO | | |
| 45 | | | | | | YES / NO | | |
| 46 | | | | | | YES / NO | | |
| 47 | | | | | | YES / NO | | |
| 48 | | | | | | YES / NO | | |
| 49 | | | | | | YES / NO | | |
| 50 | | | | | | YES / NO | | |
| 51 | | | | | | YES / NO | | |
| 52 | | | | | | YES / NO | | |

2

524

ADC011171

ASPC _____

Year _____

Name of Health Unit Inventoried: _____

**REMOTE DRUG STORAGE AREA (RDSA)**
**WEEKLY INVENTORY MEDICAL OR DENTAL**
(CIRCLE ONE)

**ADDITIONAL**
The remote drug storage area can be sealed with a safety seal and inventoried each time the seal
is broken instead of weekly.  If the seal has not been broken then a inventory is not warranted.
These sheets are provided for additional counts

| WEEK | LOCK #1 | LOCK #2 | LOCK #3 | RDSA #1 | RDSA #2 | COUNT CORRECT ALL ITEMS | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | YES / NO | | |
| 2 | | | | | | YES / NO | | |
| 3 | | | | | | YES / NO | | |
| 4 | | | | | | YES / NO | | |
| 5 | | | | | | YES / NO | | |
| 6 | | | | | | YES / NO | | |
| 7 | | | | | | YES / NO | | |
| 8 | | | | | | YES / NO | | |
| 9 | | | | | | YES / NO | | |
| 10 | | | | | | YES / NO | | |
| 11 | | | | | | YES / NO | | |
| 12 | | | | | | YES / NO | | |
| 13 | | | | | | YES / NO | | |
| 14 | | | | | | YES / NO | | |
| 15 | | | | | | YES / NO | | |
| 16 | | | | | | YES / NO | | |
| 17 | | | | | | YES / NO | | |
| 18 | | | | | | YES / NO | | |
| 19 | | | | | | YES / NO | | |
| 20 | | | | | | YES / NO | | |
| 21 | | | | | | YES / NO | | |
| 22 | | | | | | YES / NO | | |
| 23 | | | | | | YES / NO | | |
| 24 | | | | | | YES / NO | | |
| 25 | | | | | | YES / NO | | |
| 26 | | | | | | YES / NO | | |
| 27 | | | | | | YES / NO | | |
| 28 | | | | | | YES / NO | | |
| 29 | | | | | | YES / NO | | |
| 30 | | | | | | YES / NO | | |

3

525

ADC011172

ASPC: _____

Year: _____

Name of Health Unit inventoried:_____

REMOTE DRUG STORAGE AREA (RDSA)
WEEKLY INVENTORY MEDICAL OR DENTAL
(CIRCLE ONE)

ADDITIONAL
The remote drug storage area can be sealed with a safety seal and inventoried each time the seal
is broken instead of weekly. If the seal has not been broken then a inventory is not warranted

| WEEK# | STOCK# | LOGGED# | LOCK # | PICK# | LOCK#'S | COUNT CORRECT ALL ITEMS | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | YES / NO | | |
| 32 | | | | | | YES / NO | | |
| 33 | | | | | | YES / NO | | |
| 34 | | | | | | YES / NO | | |
| 35 | | | | | | YES / NO | | |
| 36 | | | | | | YES / NO | | |
| 37 | | | | | | YES / NO | | |
| 38 | | | | | | YES / NO | | |
| 39 | | | | | | YES / NO | | |
| 40 | | | | | | YES / NO | | |
| 41 | | | | | | YES / NO | | |
| 42 | | | | | | YES / NO | | |
| 43 | | | | | | YES / NO | | |
| 44 | | | | | | YES / NO | | |
| 45 | | | | | | YES / NO | | |
| 46 | | | | | | YES / NO | | |
| 47 | | | | | | YES / NO | | |
| 48 | | | | | | YES / NO | | |
| 49 | | | | | | YES / NO | | |
| 50 | | | | | | YES / NO | | |
| 51 | | | | | | YES / NO | | |
| 52 | | | | | | YES / NO | | |

ADC011173

526

| | Authorized Abbreviations and Glossary | OPR: Division Director |
|---|---|---|
| | | Auth: |
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM Appendix G. | Supercedes: Effective Date: January 1, 2010 |

## ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES BUREAU

# APPROVED
# MEDICAL AND DENTAL
# ABBREVIATION LIST

Reviewed and Approved for Publication May 1, 2007

Published by:          Arizona Department of Corrections
                       Health Services Bureau

527

ADC011174

**FORWARD**

The Arizona Department of Corrections Health Services Bureau publishes its <u>Approved Medical and Dental Abbreviation List</u> (hereinafter called the List) on an annual basis.

The document is the official legal listing of the medical and dental abbreviations, various symbols and acronyms which have been approved by the Bureau Administrator of Health Services Bureau for use in the Arizona Department of Corrections medical records.  Only those which are listed in this <u>official approved list</u> may be used in the medical records.

Suggestions for changes, additions or deletions to this listing may be submitted for consideration to the Bureau Administrator through the Medical Records Program Manager.

Changes to the published list will be disseminated to the ADC health staff for inclusion in the official <u>Approved Medical and Dental Abbreviation List</u> as they occur.

A new Approval Sheet will be disseminated to the users for inclusion in the official list annually.

528

ADC011175

- A -

| | |
|---|---|
| **A.** | Assessment (as used in POMR) |
| **aa** | Of each |
| **AAA** | Abdominal Aortic Aneurysm |
| **ab** | Abortion |
| **abd** | Abdomen, Abdominal |
| **ABG** | Arterial Blood Gasses |
| **ABHTF** | Alhambra Behavioral Health Treatment Facility |
| **ABR** | Absolute Bed Rest |
| **ac** | Before meals |
| **ACE** | Angiotension Conventing Enzyme |
| **ACTH** | Adrenocorticotropic Hormone |
| **ACW** | Arizona Center for Women |
| **AD** | Right Ear |
| **A.D.** | Assistant Director |
| **Ad lib** | As Desired |
| **ADA** | Americans with Disabilities Act |
| **ADC** | Arizona Department of Corrections |
| **ADHS** | Arizona Department of Health Services |
| **ADL** | Activities of Daily Living |
| **Adm** | Admit, admitted, admission |
| **Adv** | Advisory |
| **AFB** | Acid Fast Bacilli(us) |
| **A.Fib** | Atrial Fibrillation |

529

ADC011176

| | |
|---|---|
| **AHCCCS** | Arizona Health Care Cost Containment System |
| **AHF** | Antihemophilic Factor |
| **AIDS** | Acquired Immune Deficiency Syndrome |
| **AKA** | Above Knee Amputation |
| **aka** | Also known as |
| **Alb** | Albumin |
| **Alc** | Alcohol |
| **Alk Phos** | Alkaline Phosphatase |
| **Alt** | Alternate, Alteration |
| **AM, a.m.** | Morning |
| **AMA** | Against Medical Advice |
| **A.M.A.** | American Medical Association |
| **Amb** | Ambulatory |
| **AMI** | Acute Myocardial Infarction |
| **Amp** | Ampule; Amputee |
| **Amt** | Amount |
| **ANP** | Adult Nurse Practitioner |
| **Ant** | Anterior |
| **A/O** | As of |
| **A & O** | Alert and Oriented |
| **AODM** | Adult Onset Diabetes Mellitus |
| **AP** | Anterior Posterior; Apical Pulse |
| **AP & Lat** | Anterior Posterior and Lateral |
| **APAP** | Acetaminophen (Tylenol) |
| **APAP/Cod** | Acetaminophen with Codeine |

ADC011177

| | |
|---|---|
| **APC** | Aspirin, Phenacetin, Caffeine |
| **App** | Appendectomy |
| **Approx** | Approximately, Approximate |
| **Appy** | Appendectomy |
| **ARC** | Alhambra Reception Center |
| **ARTC** | Alhambra Reception and Treatment Center |
| **Art** | Artery, Arterial |
| **AS** | Left Ear |
| **ASA** | Acetylsalicylic Acid, Aspirin |
| **ASCVD** | Arteriosclerotic Cardiovascular Disease |
| **ASH** | Arizona State Hospital |
| **ASHD** | Arteriosclerotic Heart Disease |
| **ASO(T)** | Antistreptolysin-O (titer) |
| **ASP-FG** | Arizona State Prison-Ft. Grant |
| **ASPC-** | Arizona State Prison Complex |
| **ASPC-D** | As above - Douglas (Units: Gila, Mohave, Maricopa, Papago (DWI) |
| **ASPC-E** | As above - Eyman (Units: Rynning, SMU I, Meadows, Cook, SMU II) |
| **ASPC-F** | As above - Florence (Units: CB-6, Central, East, North, Picacho, South) |
| **ASPC-PHX** | Arizona State Prison Complex-Phoenix (Units: ACW, ARC, ABHTF, Globe) |
| **ASPC-PV** | As above - Perryville (Units: San Juan, San Pedro, Santa Cruz, Santa Maria) |
| **ASPC-S** | As above - Safford (Units: Graham, Tonto) |
| **ASPC-T** | As above - Tucson (Units: Cimarron, Santa Rita, Rincon, Echo, Manzanita, Winchester, SACRC) |
| **ASPC-W** | As above - Winslow (Units: Coronado, Kaibab North, Kaibab South) |
| **ASPC-Y** | As above - Yuma (Units: Cheyenne, Cocopah) |
| **Asst** | Assistant |

531

ADC011178

| | |
|---|---|
| **AUB** | Abnormal Uterine Bleeding |
| **AST** | Antibiotic Sensitivity Test |
| **AU** | Both Ears |
| **Atty** | Attorney |
| **AV** | Atrioventricular |
| **AWOL** | Absent Without Leave |
| **Ausc** | Auscultation |
| **Ax** | Axillary |
| **AZT** | Zidavudine |

**-B-**

| | |
|---|---|
| **B.Mod.** | Behavior Modification |
| **Ba** | Barium |
| **Bact** | Bacteria, Bacterial |
| **BBB** | Bundle Branch Block |
| **BE** | Barium Enema |
| **Bfst** | Breakfast |
| **b.i.d.** | Twice a day |
| **Bil** | Bilateral |
| **Bili** | Bilirubin |
| **BKA** | Below Knee Amputation |
| **BM** | Bowel Movement |
| **BMR** | Basal Metabolism Rate |
| **BNDD** | Bureau of Narcotics, Dangerous Drugs |
| **BOM** | Bilateral Otitis Media |
| **BOMEX** | Board of Medical Examiners |
| **BP** | Blood Pressure |

532

ADC011179

| | |
|---|---|
| **BPH** | Benign Prostatic Hypertrophy |
| **BR** | Bathroom |
| **Brady** | Bradycardia |
| **BRP** | Bathroom Privileges |
| **BS** | Bowel Sounds |
| **B/S** | Breath Sounds |
| **BSC** | Bedside Commode |
| **BSO** | Bilateral Salpingo-oophorectomy |
| **BUN** | Blood Urea Nitrogen |
| **Bx** | Biopsy |
| | **- C -** |
| **c̄** | With |
| **C** | Centigrade |
| **C1, C2, etc.** | Refers to Cervical Vertebrae |
| **Ca** | Carcinoma, Cancer |
| **Cal** | Calorie |
| **CAMC** | Central Arizona Medical Center |
| **Cap** | Capsule |
| **Carbo** | Carbohydrate |
| **CAT** | Computerized Axial Tomography |
| **Cath** | Catheter, Catheterization |
| **CBC** | Complete Blood Count |
| **CBS** | Chronic Brain Syndrome |
| **c/c** | Chief Complaint |
| **cc** | Cubic Centimeter |

ADC011180

| | |
|---|---|
| **CCU** | Coronary Care Unit |
| **C & D** | Clean and Dry |
| **CDB** | Cough and Deep Breathe |
| **CDC** | Center for Disease Control |
| **CDE** | Common Duct Exploration |
| **CDU** | Complex Detention Unit |
| **CEA** | Carcino-embryonic Antigen |
| **CFT4** | Calculated Free Thyroxide |
| **CHF** | Congestive Heart Failure |
| **Chg** | Change |
| **CHO** | Carbohydrate |
| **Chol** | Cholesterol |
| **Chr, Ch** | Chronic |
| **Chrg** | Charge |
| **CI** | Continuous Improvement |
| **Circ** | Circulation |
| **Cl** | Chloride |
| **cm** | Centimeter |
| **CMHC** | Community Mental Health Center |
| **CMA** | Correctional Medical Assistant |
| **CMV** | Cytomegally Virus |
| **CNS** | Central Nervous System |
| **C/o** | Complaint(s) of |
| **C.O.** | Central Office |
| **CO** | Correctional Officer |

534

ADC011181

| | |
|---|---|
| **CO2** | Carbon Dioxide |
| **Coag.** | Coagulation; Coagulase |
| **COB** | Close of Business |
| **Cocci** | Coccidioidomycosis |
| **Cod.** | Codeine |
| **COE** | Court Ordered Evaluation/Examination |
| **COLD** | Chronic Obstructive Lung Disease |
| **Comf.** | Comfortable, Comfort |
| **Comm** | Committee |
| **Comp** | Compound |
| **Cond** | Condition |
| **Cone** | Conization |
| **Cont** | Continuous, Continue |
| **COPD** | Chronic Obstructive Pulmonary Disease |
| **Corr** | Correctional |
| **CPK** | Creatinine Phosphokinase |
| **CPO** | Correctional Program Officer |
| **CPR** | Cardiopulmonary Resuscitation |
| **CQI** | Continuous Quality Improvement |
| **Creat** | Creatinine |
| **CRN** | Correctional Registered Nurse |
| **CRNS** | Correctional Registered Nurse Supervisor |
| **C/S** | Caesarean Section or C - Section |
| **C & S** | Culture and Sensitivity |
| **CSF** | Cerebral Spinal Fluid |

535

ADC011182

| | |
|---|---|
| **CSO** | Correctional Service Officer |
| **Ct** | Court |
| **CTM** | Chlortrimeton (Chlorpheninamine) |
| **CVA** | Cerebral Vascular Accident |
| **CVL** | Central Venous Line |
| **CVP** | Central Venous Pressure |
| **CXR** | Chest x-ray |
| **Cysto** | Cystoscopy |
| | **- D -** |
| **D** | Dextrose |
| **D4T** | Stavudine |
| **D & C** | Dilatation and Curettage |
| **DC** | Discontinue |
| **D/C** | Discharge |
| **DD** | Deputy Director |
| **DDC** | Didanosine |
| **DDI** | Zalcitabine |
| **DDS** | Doctor of Dental Surgery |
| **DEA** | Drug Enforcement Administration/Agency |
| **Decub** | Decubiti(us) |
| **Deg** | Degenerative, Degeneration |
| **Dept** | Department |
| **Diag** | Diagnosis |
| **Diff** | Differential |
| **Dig** | Digitalis |

ADC011183

| | |
|---|---|
| **Dil** | Dilute |
| **DIPJ** | Distal Interphalangeal Joint |
| **Dis** | Disease |
| **Disp** | Dispense |
| **Div** | Division |
| **DJD** | Degenerative Joint Disease |
| **D.M., DM** | Diabetes Mellitus |
| **DNA** | Deoxyribonucleic Acid |
| **D.O.** | Doctor of Osteopathy |
| **DOA** | Dead on Arrival |
| **DPM** | Doctor of Podiatric Medicine |
| **DPT** | Diphtheria, Pertussis & Tetanus |
| **Dr.** | Doctor |
| **DT(s)** | Delirium Tremens |
| **DTR** | Deep Tendon Reflexes |
| **DUB** | Dysfunctional Uterine Bleeding |
| **D/W** | Dextrose in Water |
| **DUI** | Driving under the influence |
| **DWI** | Driving while intoxicated |
| **D-5W** | 5% Water in Dextrose |
| **Dx** | Diagnosis |

**- E -**

| | |
|---|---|
| **E** | Enema |
| **ea** | Each |
| **EBL** | Estimated Blood Loss |

537

ADC011184

| | |
|---|---|
| **EBV** | Epstein Barr Virus |
| **ECG** | Electrocardiogram |
| **E.coli** | Escherichia coli |
| **ECT** | Electroconvulsive Therapy |
| **EDC** | Expected Date of Confinement |
| **EEG** | Electroencephalogram |
| **EENT** | Eye, Ear, Nose, Throat |
| **EGD** | Esophagogastroduodenoscopy |
| **EKG** | Electrocardiogram |
| **Elix** | Elixir |
| **EMG** | Electromyogram |
| **Emp** | Employee |
| **EMS** | Emergency Medical Services |
| **EMT** | Emergency Medical Technician |
| **ENT** | Ear, Nose, Throat |
| **EPS** | Extrapyramidal Side Effects |
| **EOM** | Extra Ocular Movement |
| **EOS** | Eosinophil |
| **Eq** | Equivalent |
| **ER** | Emergency Room |
| **ERD** | Esophageal Reflux Disorder |
| **ESR** | Erythrocyte Sedimentation Rate |
| **Est** | Estimated |
| **ETA** | Estimated Time of Arrival |
| **et** | and |

538

ADC011185

| | |
|---|---|
| **et al** | And Others |
| **ETC., etc.** | Etcetera |
| **ETH** | Elixir Terpin Hydrate |
| **ETH c Cod** | Elixir Terpin Hydrate with Codeine |
| **Etiol** | Etiology |
| **ETOH** | Alcohol, ethyl |
| **EST** | Electroshock Therapy |
| **Eval** | Evaluation |
| **Exam** | Examination |
| **Exc** | Excision |
| **Exp** | Expire(s), Expired, Expiration |
| **Ext** | External, exterior, extension, extensor, extremity |
| | **- F -** |
| **F.** | Fahrenheit |
| **f, F** | Female |
| **FB** | Foreign Body |
| **FBS** | Fasting Blood Sugar |
| **F & C** | Fever and Chills |
| **Fdg** | Feeding |
| **Fe** | Iron |
| **FEF** | Forced Expiratory Flow |
| **Fem** | Femoral |
| **FEV** | Forced Expiratory Volume |
| **FFP** | Fresh Frozen Plasma |
| **FHA** | Facility Health Administrator |

539

ADC011186

**Fib**        Fibrillation

**Fld**        Fluid

**Flex**       Flexion

**FNP**        Family Nurse Practitioner

**FO**         Foreign Object

**FS**         Frozen Section

**Ft**         Foot

**F/U**        Follow Up

**Funct**      Function

**FUO**        Fever of Undetermined Origin

**FVC**        Forced Vital Capacity

**Fx**         Fracture

**FXN**        Function

               **- G -**

**G**          Gravida

**GAF**        Global Assessment Form

**GAS**        Global Assessment Scale

**GB**         Gallbladder

**GBD**        Gallbladder Disease

**GC**         Gonorrhea, Gonococcus

**Gen**        General, Generalized

**GERD**       Gastro-esophageal Reflux Disorder

**GI**         Gastrointestinal

**Gluc**       Glucose

**gm**         Gram

540

ADC011187

| | |
|---|---|
| **GP** | General Practice, General Practitioner |
| **GPC** | Gram Positive Cocci |
| **GNR** | Gram Negative Rods |
| **gr** | Grain |
| **Grav** | Gravida (Number of Pregnancies) |
| **GSW** | Gunshot Wound |
| **GTT** | Glucose Tolerance Test |
| **Gtt(s)** | drop(s) |
| **GU** | Genitourinary |
| **GYN** | Gynecology, Gynecological |

- H -

| | |
|---|---|
| **h, hr, hrs** | hour, hours |
| **(H), "H"** | Hypodermic |
| **H2** | Hestamine "2" Blocker |
| **HA** | Headache |
| **HAA** | Hepatitis Associated Antigen |
| **HASHD** | Hypertensive Arteriosclerotic Heart Disease |
| **HBD** | Hydroxybutyrate Dehydrogenase |
| **HBIG** | Hepatitis B Immune Globulin |
| **HBP** | High Blood Pressure |
| **HBV** | Hepatitis B Virus |
| **HCV** | Hepatitis C Virus |
| **HbSAg** | Hepatitis B Surface Antigen |
| **HCG** | Human Chorionic Gonadotropin |
| **HCl** | Hydrochloric Acid |

541

ADC011188

| | |
|---|---|
| **HCP** | Health Care Provider |
| **Hct** | Hematocrit |
| **HCTZ** | Hydrochorothiazide |
| **HCVD** | Hypertensive Cardiovascular Disease |
| **HDL** | High Density Lipoprotein |
| **HE** | Health Educator |
| **HEAC** | Health Education Advisory Committee |
| **HEENT** | Head, Eyes, Ears, Nose, Throat |
| **Hemi** | Half |
| **Hep** | Hepatitis |
| **Hgb** | Hemoglobin |
| **H/H** | Hemoglobin/Hematocrit |
| **HIV** | Human Immunodeficiency Virus |
| **HNP** | Herniated Nucleus Pulposus |
| **HNR** | Health Needs Referral |
| **H/O** | History of |
| **Hosp** | Hospital, Hospitalization |
| **H$^2$O** | Water |
| **H$^2$O$^2$** | Hydrogen Peroxide |
| **HOB** | Head of Bed |
| **HP** | Health Provider |
| **H & P** | History & Physical |
| **HR** | Heart Rate |
| **HS, hs** | Hour of Sleep (bedtime) |
| **HSS** | Health Services Staff |

542

ADC011189

| | |
|---|---|
| **Ht** | Height |
| **HTN** | Hypertension |
| **Hypo** | Hypodermic, Hypodermically |
| **Hx** | History |
| | **- I -** |
| **IBC** | Iron Binding Capacity |
| **IBS** | Irritable Bowel Syndrome |
| **Ibu** | Ibuprofen |
| **ICU** | Intensive Care Unit |
| **ID** | Identification |
| **IDDM** | Insulin Dependent Diabetes Mellitus |
| **I & D** | Incision and Drainage |
| **IM** | Intramuscular |
| **I/M** | Inmate |
| **Imm** | Immunization |
| **Imp** | Impression |
| **In** | Inch |
| **Inc** | Incomplete |
| **Incr** | Increase |
| **Inf** | Inferior, infusion, infection |
| **Info** | Information |
| **Infx** | Infection |
| **Inpt** | Inpatient |
| **Int** | Internal |
| **IOP** | Intra Ocular Pressure |

543

ADC011190

| | |
|---|---|
| **I & O** | Intake and Output |
| **IP** | Interphalangeal |
| **IPC** | Inpatient Component |
| **IPK** | Intractable Plantar Keratosis |
| **IPPB** | Intermittent Positive Pressure Breathing |
| **IQ** | Intelligence Quotient |
| **ISO** | Isolation |
| **IUD** | Intrauterine Device |
| **IUP** | Intrauterine Pregnancy |
| **IV** | Intravenous |
| **IVC** | Intravenous Cholangiogram |
| **IVCU** | Intravenous Voiding Cystourethrogram |
| **IVF** | Intravenous Fluids |
| **IVP** | Intravenous Pyelogram |
| **IVU** | Intravenous Urogram |

**- J -**

| | |
|---|---|
| **Jt** | Joint |
| **Juv** | Juvenile |
| **JVD** | Jugular Venous Distention |
| **JV** | Jugular Vein |
| **JVP** | Jugular Venous Pulse |

**- K -**

| | |
|---|---|
| **K 9** | Canine |
| **KCl** | Potassium Chloride |
| **K+** | Potassium |

544

ADC011191

| | |
|---|---|
| **K.O.P.** | Keep on Person |
| **Kg** | Kilogram |
| **KI** | Potassium Iodine |
| **Kite** | Inmate Letter |
| **KJ** | Knee Jerk |
| **KO** | Keep Open |
| **KUB** | Kidney, Ureters, Bladder |
| **KVO** | Keep Vein Open |
| | **- L -** |
| **L** | Liter |
| **L1, L2, etc.** | Refers to Lumbar Vertebrae |
| **L & A** | Light and Accommodation |
| **Lab** | Laboratory |
| **Lap** | Laparoscopy or Laparotomy |
| **Lat** | Lateral |
| **lb** | Pound |
| **LBBB** | Left Bundle Branch Block |
| **LC** | Living children |
| **LD** | Left Deltoid |
| **L & D** | Labor and Delivery |
| **LDH** | Lactic Dehydrogenase |
| **Lg** | Large |
| **Li** | Lithium |
| **LiCO3** | Lithium Carbonate |
| **Liq** | Liquid |

545

ADC011192

| | |
|---|---|
| **LLE** | Left Lower Extremity |
| **LLL** | Left Lower Lobe |
| **LLQ** | Left Lower Quadrant |
| **L/M** | Liters per Minute |
| **LMP** | Last Menstrual Period |
| **LN** | Lymph Node |
| **LOA** | Left occipito-anterior; Left occipital anterior |
| **LOC** | Loss of Consciousness |
| **LOS** | Length of Stay |
| **LP** | Lumbar Puncture |
| **LPN** | Licensed Practical Nurse |
| **LR** | Lactated Ringers |
| **LRQ** | Lower Right Quadrant |
| **LS** | Lumbosacral |
| **LSD** | Lysergic Acid Diethylamide |
| **Lt.** | Light |
| **Lt. OM** | Left Otitis Media |
| **L/U** | Lock up |
| **LUE** | Left Upper Extremity |
| **LUL** | Left Upper Lobe |
| **LUQ** | Left Upper Quadrant |
| **LVH** | Left Ventricular Hypertrophy |
| **L, Lt.** | Left |
| **L/W** | Living and Well |
| **Lymphs** | Lymphocytes |

546

ADC011193

| | |
|---|---|
| **Lytes** | Electrolytes |
| | **- M -** |
| **M** | Male |
| **m** | Meter |
| **MCA** | Motorcycle Accident |
| **Manip** | Manipulation |
| **Masc** | Masculine |
| **Max** | Maximum |
| **Max Sec** | Maximum Security |
| **Mc** | Millicurie |
| **Mcg** | Microgram |
| **MCH** | Mean Corpuscular Hemoglobin |
| **MCHC** | Mean Corpuscular Hemoglobin Concentration |
| **MCL** | Midclavicular Line |
| **MCV** | Mean Corpuscular Volume |
| **MD** | Medical Doctor |
| **MDR** | Multiple Drug Resistant |
| **Med** | Medicine, Medication; Medium |
| **Med Rec** | Medical Record(s) |
| **mEq** | Milliequivalent(s) |
| **Mg.** | Magnesium |
| **Mg, Mgm** | Milligram |
| **Mgr** | Manager |
| **MH** | Mental Health |

ADC011194

| | |
|---|---|
| **MI** | Myocardial Infarction |
| **Min** | Minute, Minimum, Minimal |
| **Misc** | Miscellaneous |
| **ml** | Milliliter |
| **mm** | Millimeter |
| **MMC** | Maricopa Medical Center |
| **MMR** | Measles, Mumps, Rubella |
| **MN** | Midnight |
| **Mo(s)** | Month(s) |
| **Mod** | Moderate |
| **MOM, mom** | Milk of Magnesia |
| **Mono** | Monocyte(s); Mononucleosis |
| **MR** | Medical Record |
| **MR** | Measles/Rubella (vaccine) |
| **MRI** | Magnetic Resonance Imaging |
| **MRL** | Medical Record Librarian |
| **MRT** | Medical Record Technician |
| **MS** | Morphine Sulphate |
| **MSRA** | Methicillin Resistant Staphylococcus Aureus |
| **MTB** | Mycobacterium Tuberculosis |
| **MU** | million units |
| **MVA** | Motor Vehicle Accident |
| | **- N -** |
| **N/A** | Not Applicable |
| **NA** | Nursing Assistant |

ADC011195

| | |
|---|---|
| **Na+** | Sodium |
| **NAD** | No Apparent Distress |
| **NB** | Take Notice (Noto Bene) |
| **N/C, n/c** | No complaint(s) |
| **NCCHC** | National Commission on Correctional Health Care |
| **Neg** | Negative |
| **Neuro** | Neurologic, Neurological |
| **NF** | Non-formulary, National Formulary |
| **NG** | Nasogastric |
| **NIDDM** | Non-Insulin Dependent Diabetes Mellitus |
| **NKA** | No Known Allergies |
| **NKDA** | No Known Drug Allergies |
| **NLT** | Not Later Than |
| **NNRTI** | Non Nucleoside Reverse Transcriptase Inhibor |
| **No.** | Number |
| **Noc** | Night |
| **Noct** | Nocturnal |
| **NOS** | Not Otherwise Specified |
| **NOS** | No Observable Symptoms |
| **NP** | Nurse Practitioner |
| **NPH** | Type of Insulin |
| **NPN** | Nonprotein Nitrogen |
| **NPO** | Nothing by Mouth |
| **NR,Non rep** | Do not repeat |
| **NRTI** | Nucleoside Reverse Transcriptase Inhibitor |

549

ADC011196

| | |
|---|---|
| **N/S** | Normal Saline |
| **NSR** | Normal Sinus Rhythm |
| **NS, NSS** | Normal Saline Solution |
| **NSAID** | Nonsteroidal anti-flammatory drug |
| **NTG** | Nitroglycerin |
| **NTP** | Nursing assessment and/or treatment protocols |
| **N & V** | Nausea and Vomiting |
| | **- O -** |
| **O.** | Objective (As used in POMR) |
| **O, O** | Oxygen |
| **OB** | Obstetrics |
| **OB/GYNNP** | Obstetrics & Gynecology Nurse Practitioner |
| **Obl** | Oblique |
| **Obs** | Observation |
| **OBS** | Organic Brain Syndrome |
| **Occ, Occas** | Occasional |
| **OCG** | Oral Cholecystogram |
| **O.D.** | Right Eye, Doctor of Optometry |
| **OD** | Overdose |
| **OJ** | Orange Juice |
| **OMT** | Osteopathic Manipulation Therapy |
| **OOB** | Out of Bed |
| **Op** | Operation |
| **OP, O/P** | Outpatient |
| **Ophth** | Ophthalmology |

550

ADC011197

| OPS | Outpatient Surgery |
| OPT | Optometry |
| OR | Operating Room |
| ORC | Outside Review Committee |
| Ortho | Orthopedic(s) |
| Os | Mouth |
| O.S. | Left Eye |
| OSHA | Occupational & Safety Health Act (or Agency) |
| OT | Occupational Therapy |
| OTC | Over the Counter (Medications) |
| O.U. | Both eyes |
| Ox3 | Oriented to person, time and place |
| Oz | Ounce |
| | **- P -** |
| P. | Plan (as used in POMR) |
| p̄ | After |
| P | (See Para) |
| PA | Posterior Anterior |
| PA and Lat | Pastercor-Antecor and lateral (e.g. CxR) |
| P & A | Percussion and Auscultation |
| PA-C | Physician Assistant - Correctional |
| PAC | Premature Atrial Contraction(s) |
| Pacer | Pacemaker |
| PAP | Papanicoulous (smear) |
| Para | Number of Deliveries |

551

ADC011198

| | |
|---|---|
| **PAT** | Paroxysmal Atrial Tachycardia |
| **Path** | Pathology |
| **p.c.** | After Eating |
| **pc** | Packed Cells |
| **PCO2** | Carbon Dioxide Pressure |
| **PCV** | Packed Cell Volume |
| **PDR** | Physicians' Desk Reference |
| **PE** | Physical Examination |
| **Peds** | Pediatrics |
| **PEEP** | Positive End Expiratory Pressure |
| **Per** | By |
| **Per os** | By Mouth |
| **Peri** | Perineum, Perineal |
| **Peri** | About or Around (when used as adjective: eg - Peri-Orbital) |
| **Perio** | Periodontal |
| **PERRLA** | Pupils equal, round,  react to light & accommodation |
| **PFB** | Pseudo Folliculitis Barbae |
| **PG, pg** | Pregnant |
| **pH** | Hydrogen Ion Concentration |
| **Pharm D** | Doctor of Pharmacy |
| **Phys** | Physician |
| **Phys.Tx** | Physical Therapy |
| **PI** | Protease Inhibotor |
| **PID** | Pelvic Inflammatory Disease |
| **PIPJ** | Proximal Interphalangeal Joint |

552

ADC011199

| | |
|---|---|
| **PKU** | Phenylketonuria |
| **PM, pm** | Post Meridian, Afternoon |
| **Pn** | Pneumonia |
| **PO** | By Mouth |
| **Pol** | Policy |
| **Polio** | Poliomyelitis |
| **POMR** | Problem Oriented Medical Record |
| **Poss** | Possible |
| **Post** | Posterior |
| **Post-op** | Postoperative; post-operative |
| **PP** | Post partum |
| **ppBS** | Post Prandial Blood sugar |
| **PPD** | Purified Protein Derivative |
| **PR** | Pulse Rate |
| **PRBC** | Packed Red Blood Cells |
| **Preg** | Pregnant, Pregnancy |
| **Pre-op** | Preoperative; pre-operative |
| **Prep** | Prepare, Preparation |
| **PRN** | Psychiatric Registered Nurse |
| **prn** | As necessary |
| **Prob** | Probable; problem |
| **Proc** | Procedure |
| **Pro-time** | Prothrombin Time |
| **Prox** | Proximal |
| **PSVT** | Paroxysmal Supraventricular Tachycardia |

553

ADC011200

| | |
|---|---|
| **Psych** | Psychiatry, Psychiatric |
| **Psychol** | Psychologist, Psychological |
| **Pt, pt** | Patient |
| **PT** | Prothrombin Time |
| **P.T.** | Physical Therapy |
| **PTT** | Partial Thromboplastin Time |
| **PUD** | Peptic Ulcer Disease |
| **Pulm** | Pulmonary |
| **PV** | Parole Violator |
| **PVC** | Premature Ventricular Contracture, Contractions |
| **Px** | Physical Examination |
| | **- Q -** |
| **q̄** | Every |
| **QA** | Quality Assurance |
| **qam** | Every Morning |
| **qd** | Every Day |
| **qh** | Every Hour |
| **qid** | Four Time a Day |
| **qhs** | Every Night at Bedtime |
| **qnoc** | Every Night |
| **qns** | Quantity(ies) Not Sufficient |
| **qod** | Every Other Day |
| **qs** | Quantity(ies) Sufficient |
| **qt** | Quart |
| **q2h** | Every 2 Hours |

ADC011201

| | |
|---|---|
| **q3h** | Every 3 Hours |
| **q4h** | Every 4 Hours |
| **q6h** | Every 6 Hours |
| **q8h** | Every 8 Hours |
| **q12h** | Every 12 hours |
| **qwk** | Every Week |
| | **- R -** |
| **RA** | Rheumatoid Arthritis (slide test) |
| **Rad. Tech.** | Radiology Technician |
| **RBBB** | Right Bundle Branch Block |
| **RBC** | Red Blood Cells |
| **RBS** | Random Blood Sugar |
| **RCV** | Red Cell Volume |
| **RSDA** | Remote Drug Storage Area |
| **Re** | Regarding |
| **Rec** | Recommend, Recommendation |
| **Rec'd** | Received |
| **Reg** | Regular |
| **Resp** | Respirations, Respiratory |
| **Retic** | Reticulocyte |
| **RF** | Rheumatoid Factor |
| **Rh** | Rhesus (factor) |
| **RIA** | Radioactive Iodine Assay |
| **RL** | Ringers Lactate |
| **RLE** | Right Lower Extremity |

555

ADC011202

| | |
|---|---|
| **RLL** | Right Lower Lobe |
| **RLQ** | Right Lower Quadrant |
| **RM** | Risk Management |
| **RN** | Registered Nurse |
| **RNA** | Ribonucleic Acid |
| **R/O** | Rule Out |
| **ROA** | Right Occiput Anterior |
| **ROM** | Range of Motion |
| **RPG** | Randon Plasma Glucose |
| **Rph** | Registered Pharmasist |
| **RPR** | Rapid Plasma Reagin |
| **RR** | Recovery Room |
| **R, Rt.** | Right |
| **R.T.** | Respiratory Therapy |
| **RTC** | Return to Clinic |
| **Rt. OM** | Right Otitis Media |
| **RUE** | Right Upper Extremity |
| **RUL** | Right Upper Lobe |
| **RUM** | Radial Ulnar Median (Nerve) |
| **RUQ** | Right Upper Quadrant |
| **Rx** | Prescription |
| | **- S -** |
| **S.** | Subjective (as used in POMR) |
| **s̄** | Without |
| **SACRC** | Southern Arizona Correctional Release Center |

556

ADC011203

| | |
|---|---|
| **S1, S2, etc.** | Refers to Sacral Vertebrae |
| **SA** | Sino-atrial |
| **Sch** | Schedule |
| **SC, sc** | Sick Call |
| **SCU** | Special Care Unit |
| **Scop** | Scopolamine |
| **SEAMC** | Southeastern Arizona Medical Center |
| **Sed** | Sediment, Sedimentation |
| **Sed Rate** | Sedimentation Rate |
| **Semi** | Half |
| **Sep** | Separate |
| **SF** | Salt Free |
| **SGOT** | Serum Glutamic Oxaloacetic Transaminase (also, ALT) |
| **SGPT** | Serum Glutamic Pyruvic Transaminase (also, AST) |
| **SH** | Surgical History |
| **sig** | Let it be Labeled, Labeled |
| **sl** | slight |
| **Sm** | small |
| **SMA** | Special Management Area |
| **SME** | Subject Matter Expert |
| **SMH(-T)** | St. Mary's Hospital (-Tucson) |
| **SMI** | Serious Mental Illness |
| **SMR** | Submucous Resection |
| **SMU** | Special Management Unit |
| **SOAP** | Subjective/Objective/Assessment/Plan |

557

ADC011204

| | |
|---|---|
| **SOB** | Short of Breath |
| **Sod Pent** | Sodium Pentothal |
| **Sol** | Solution |
| **SP** | Suicide Precaution(s) |
| **S/P** | Status Post |
| **SPA** | Special Programs Area |
| **Spans** | Spansules |
| **Spec** | Specimen |
| **Sp Ed** | Special Education |
| **Sp Gr** | Specific Gravity |
| **Spont ab** | Spontaneous Abortion |
| **SPU** | Special Programs Unit |
| **S/S** | Signs and Symptoms |
| **ss** | Half |
| **SSRI** | Selective Serotonin Re-uptake Inhibitor |
| **SS #** | Social Security Number |
| **SSE** | Soap Suds Enema |
| **Staph** | Staphylococcus |
| **Stat** | Immediately |
| **STD** | Sexually Transmitted Disease |
| **STE** | Soft Tissue Examination |
| **Strep,Strept** | Streptococcus |
| **STT** | Soft Tissue Trauma |
| **Subj.** | Subject |
| **Sub-q, sq** | Subcutaneous |

558

ADC011205

| | |
|---|---|
| **Sup** | Superior |
| **Supp** | Suppository |
| **Surg** | Surgical |
| **Svcs** | Services |
| **SVN** | Small Volume Nebulizer |
| **SVT** | Supraventricular Tachycardia |
| **Sx** | Symptoms |
| | **- T -** |
| **T, Tbsp** | Tablespoon |
| **t, tsp** | Teaspoon |
| **T., Temp** | Temperature |
| **T1, T2, etc.** | Refers to Thoracic Vertebrae |
| **T RIA** | Triiodothyronine Radioactive Iodine Assay |
| **T4** | Thyroxine, levo thyroxine, tetraiodothyronine |
| **T & A** | Tonsillectomy and Adenoidectomy |
| **tab** | Tablet |
| **Tach** | Tachycardia |
| **TAH** | Total Abdominal Hysterectomy |
| **TAT** | Tetanus Antitoxin |
| **TB** | Tuberculosis, Tubercule Bacillus |
| **TCA** | Tricyclic Antidepressant |
| **TCDB** | Turn, Cough, Deep Breathe |
| **Td** | Diptheria, Tetanus, Adult |
| **TD** | Tardive Dyskinesia |
| **Tech** | Technician |

559

ADC011206

| | |
|---|---|
| **TF** | To Follow |
| **TIA** | Transient Ischemic Attack |
| **TIBC** | Total Iron Binding Capacity |
| **tid, TID** | Three times a day |
| **TIG** | Tetanus Immune Globulin |
| **tinct** | Tincture |
| **TKO** | To keep open |
| **TLC** | Tender Loving Care; Total Lung Capacity |
| **TM(s)** | Tympanic Membrane(s) |
| **TMJ** | Temporomandibular Joint |
| **TNTC** | Too Numerous To Count |
| **TO, T.O.** | Telephone Order |
| **TPR** | Temperature, Pulse and Respirations |
| **TQM** | Total Quality Management |
| **Transp** | Transport, Transportation |
| **TSS** | Toxic Shock Syndrome |
| **TUR** | Transurethral Resection |
| **TURP** | Transurethral Resection of Prostate |
| **Tx** | Treatment |
| | **- U -** |
| **U** | Unit |
| **UA** | Urine Analysis, Urinalysis |
| **UGI** | Upper Gastrointestinal |
| **ULQ** | Upper Left Quadrant |
| **Unk** | Unknown |

ADC011207

| | |
|---|---|
| **UR** | Utilization Review |
| **URC** | Utilization Review Committee |
| **URI** | Upper Respiratory Infection |
| **URQ** | Upper Right Quadrant |
| **Ung** | Ointment |
| **U/S** | Ultrasound |
| **USP** | U.S. Pharmacopeia |
| **UTI** | Urinary Tract Infection |
| | **- V -** |
| **Vag** | Vagina, Vaginal |
| **Vag Hyst.** | Vaginal Hysterectomy |
| **Vasc** | Vascular |
| **VD** | Venereal Disease |
| **vd** | Void |
| **vdg** | Voiding |
| **VDRL** | A flocculation test for Syphilis |
| **VEGAN** | vegtable-based hypoallergenic alternative nutrition |
| **Vent** | Ventricular, Ventricle |
| **Vit** | Vitamin |
| **VO, vo** | Verbal Order, vocal order |
| **vol** | Volume |
| **v/s** | Vital Signs |
| **vs** | Versus |
| **V. Tach** | Ventricular Tachycardia |
| | **- W -** |

561

ADC011208

| w̄ or w/ | With |
|---|---|
| **WAIS** | Weschler Adult Intelligence Scale |
| **WBC, wbc** | White Blood Cells |
| **WC, w/c** | Wheelchair |
| **WDWM** | Well developed white male |
| **WDWF** | Well developed white female |
| **WDBM** | Well developed black male |
| **WDBF** | Well developed black female |
| **WDHM** | Well developed hispanic male |
| **WDHF** | Well developed hispanic female |
| **WDIM** | Well developed Indian male |
| **WDIF** | Well developed Indian female |
| **WHC MP** | Womens Health Care Nurse Practitioner (Formerly OB/GYN NP) |
| **wk** | Week |
| **WNL** | Within Normal Limits |
| **w/o** | without |
| **wt** | Weight |
| **w → d** | Wet to Dry (as in dressings) |

| | **- X -** |
| **x** | Times |

| | **- Y -** |
| **Yd** | Yard |
| **Yr** | Year |
| **YTD** | Year to Date |

| | **- Z -** |

562

ADC011209

**ZDV**          Zidovudine

ADC011210

# ARIZONA DEPARTMENT OF CORRECTIONS
# HEALTH SERVICES BUREAU

# APPROVED GLOSSARY

Reviewed and Approved for publication: January 1, 2008

Published by:  Arizona Department of Corrections
Health Services Bureau

ADC011211

FORWARD

The Arizona Department of Corrections Health Services Bureau publishes its **Approved Glossary**.

The document is the official listing and definitions of most of difficult or specialized words and terms used in this Technical Manual and in Health Services correspondence.   The definitions have been approved by the Bureau Administrator of Health Services Bureau for use in the Arizona Department of Corrections correspondence.

Suggestions for changes, additions or deletions to this listing may be submitted for consideration to the Bureau Administrator through the Medical Records Program Manager.

Changes to the published list will be disseminated to the ADC health staff for inclusion in the official **Approved Glossary** as they occur.

A new Approval Sheet will be disseminated to the users for inclusion in the official list annually.

ADC011212

- A -

ACHIEVEMENT AGE:  A person's educational proficiency as measured by standard achievement tests that compare the individual's academic scores to the median scores for persons of the same chronological age.

ACQUIRED IMMUNE DEFICIENCY (AIDS):  A human disease characterized by a collapse of the body's natural immunity against disease. Because of this failure of the immune system, patients with AIDS are highly vulnerable to one or more unusual infections or cancers that usually do not pose a threat to anyone whose immune system is functioning normally. AIDS diagnosis is made when the person is HIV positive and has had an AIDS-related disease occur.

ADMINISTER:  The direct application of a controlled substance, prescription-only drug, dangerous drug or narcotic, whether by injection, inhalation, ingestion, or any other means, to the body of patient or research subject by a practitioner or by his authorized agent or the patient or research subject at the direction of the practitioner.

ADMINISTRATIVE REVIEW COMMITTEE:  A committee convened quarterly to review policy and procedure recommendations forwarded from the Medical Peer Review Committee.

ADMINISTRATIVE DETENTION: Inmates isolated from the general population for unacceptable behavior requiring further evaluation.

AFB: = Acid fast bacillus; *M. tuberculosis* is an example of an AFB positive organism

AIMS:  (Arizona Inmate Management System) Online screen and batch report used to input data to track inmate population. Types of information are as follows, movement, medical status, medical holds, restrictions, etc.

ATTEMPTED SUICIDE:  An intentional and voluntary act of attempting to take one's own life, which results in hospitalization or significant or life threatening injury.

AUTHORIZED RECIPIENT:  For the purposes of the medical information release policies of this manual, only the Director and Assistant Directors, Wardens, and Deputy Wardens, who are authorized by A.R.S. 41-1606 to receive inmate medical history information and to use the information for correctional-related purposes.

- B –

BEHAVIOR MANAGEMENT/MODIFICATION:  Services based on the principles of reward and reinforcement designed to modify/improve the inmate's ability to socialize, maintain acceptable hygiene, and develops general coping and living skills.

ADC011213

BOARDER:  An inmate not requiring IPC or HU-8 level of care, but may require observation, infrequent medical treatment, administrative admission and or mental health observation without significant medical issues.

BOARD OF EXECUTIVE CLEMENCY (BOEC):  The BOEC considers and grants parole to inmates certified as eligible by the Department of Corrections and who meet the legal criteria for a grant of parole and it recommends to the Governor appropriate clemency actions.

BODY FLUIDS THAT TRANSMIT HIV AND HBV:
- Blood
- Semen
- Vaginal Secretions
- Cerebrospinal Fluid
- Synovial Fluid
- Pleural Fluid
- Pericardial Fluid
- Peritoneal Fluid
- Amniotic Fluid
- Saliva (in dental setting)
- Unfixed tissue or organ (other than intact skin from a human, living or dead).
- HIV-containing cell or tissue cultures, organ cultures, and HIV or HBV containing culture medium or other solutions.
- Any bodily fluid with visible blood present.

- C -

CARRIER:  An infected person who harbors an infectious agent in the absence of clinical disease and who serves as a potential source of infection.

CASE:  A person with a clinical syndrome of a communicable disease whose condition is documented by laboratory results that support the presence of the causative agent, by a physician's diagnosis based on clinical observation, or by epidemiologic associations with communicable disease, the causative agent or its toxic products.

CENTRAL CORRIDOR FACILITY: This is an internal designation for larger complexes capable of supporting more complex health issues.  Central Corridor facilities are most often identified by their inpatient capability, proximity to major highways, robust health staffing, and access to specialty care.

CENTRAL OFFICE MORTALITY REVIEW COMMITTEE:  Mortality review held in the Central Office Health Services Program Phoenix office with the following Committee members: Medical Program Manager, Nursing Program Manager, Pharmacy Program Manager and a Mental Health Program Manager.

567

ADC011214

CHARGE NURSE:   The nursing staff member designated as the responsible Nurse for a given shift.

CHEST X-RAY:  An x-ray photograph of the chest that may provide evidence of whether the examined individual has been infected or is currently infected with a communicable disease (e.g., tuberculosis).

CHEST X-RAY REPORT:  A written report from a physician explaining the results of a chest x-ray.

CHRONIC CONDITIONS:  Requiring Regular Examinations and/or Treatment for cancer, diabetes, hypertension, seizure disorder, heart disease, respiratory disease, tuberculosis, HIV/AIDS and serious mental illness, as defined by Department Order and A.R.S. ' 4-1604 on Health Care for Inmates with Chronic Conditions.

CLINIC STOCK/FLOOR STOCK:  A minimum supply of essential medication/supplies not labeled for specific patient for the purpose of administration to an inmate by an authorized Arizona Department of Corrections Health Services Bureau staff member.

CLINICAL ENCOUNTERS: are interactions between inmates and health care providers that involve a treatment and/or exchange of confidential information.

CLOSE CONTACT:  A person who lives with, works with or frequently is in close proximity in an enclosed environment to a person with infectious TB (TB disease). NOTE: Central Office-Health Services in consultation with the local or state health department will provide direction in defining a close contact.

COMMUNICABLE PERIOD:   The time during which an infectious agent may be transferred directly or indirectly from one person to the other.

COMPLEX MORTALITY REVIEW COMMITTEE:  Mortality Review shall be held at the deceased offender's institution. The Committee consists of the following members: Facility Health Administrator, Key Contact Physician, Correctional Registered Nurse Supervisor II, Key Contact Pharmacist, Mental Health Key Contact, and as appropriate, the institutional Warden and Deputy Warden of the offender's unit.

COMPLIANCE:  An inmate diagnosed with a communicable disease (e.g., tuberculosis) complies with the guidance in this Technical Manual by taking medications as prescribed.

CONFIDENTIAL COMMUNICABLE DISEASE INFORMATION:  Personal data that may be used to identify a particular patient, e.g., the patient's name, social security number and housing location, and which is derived from the patient's medical record or other source.

CONTACT - An individual (inmate or employee) who has shared air and/or living space with a person who has a communicable disease, resulting in the probability that the transmission of a communicable disease may have occurred.

568

CONTACT INVESTIGATION The process of identifying, screening and evaluating individuals who are considered recent close contacts of a TB case or suspect.

CONTAMINATION - The presence of an infectious agent on a body surface; also on or in any object.

CONTROLLED SUBSTANCE: Any prescription drug which has been deemed by the Drug Enforcement Administration (DEA) or Arizona State Board of Pharmacy to require a higher degree of accountability, and therefore is subject to Federal and State restrictions. May also be any other medication which has been identified by the Pharmacy and Therapeutics Committee as a security risk or hazard to the health of the inmate.

CONVERTER - An inmate who, within a two-year period, has had:
An initial tuberculosis test without a "significant" reaction.
A second test with a "significant" reaction, and a difference of six or more millimeters (mm) of induration between the two tests.

CORRECTIONAL OFFICER III/IV: Counselor assigned to an inmate(s) who meet regularly to ensure that the inmate understands the rules and regulations and understands treatment plans. Provides feedback to other members and serves as primary contact and resource.

CORRECTIONAL-RELATED PURPOSE - For the purposes of the medical records policies contained within this Manual, the reasons that an authorized recipient may receive inmate medical history information and appropriate uses of the information in the management and operation of a correctional facility.

CURRENT AUTHORIZATION -- an authorization that has been signed within the prior 365 days.

-D -

DECLARATION - A "Declaration of Intent to Limit Extraordinary Life-Support Procedures" form signed by an inmate and two witnesses.  A completed Declaration establishes the inmate's intent to limit extraordinary life-support procedures intended only to prolong the dying process that would otherwise be administered were they to have a incurable and terminal medical condition.

DECONTAMINATION - The use of physical or chemical means to remove, deactivate or destroy biological pathogens on a surface or item, to the extent that the pathogens are no longer capable of transmitting infectious particles, and the surface or item is rendered safe for handling, use or disposal.

DELIVERY - The actual, constructive or attempted transfer from one person to another whether or not there is an agency relationship.

ADC011216

DESIGNEE – For the purpose of the information release policy, an individual, who is not a relative and claims to have an interest in an inmate's medical condition, treatment, or outcome.

DEVELOPMENTALLY DISABLED/RETARDATION - A congenital abnormality, traumatic injury or disease that impairs normal intellectual functioning and prevents a person from participating normally in activities appropriate for the person's particular age group. This disorder is characterized by deficient intellectual functions which impair the ability of the individual to learn and adapt socially.

DIRECT CONTACT - When a body fluid of one person comes into contact with the mucous membrane, body fluid or broken skin of another person.

DIRECT OBSERVED THERAPY (DOT): Recommended method of administering TB medication(s) where medical staff hands the medication and watches the person swallow this medication.  See Unit Dose.

DISPENSE - To deliver a chemical or chemical compound (pharmaceutical) to an ultimate user by or pursuant to the lawful order of a practitioner, including the prescribing, administering, packaging, labeling or compounding necessary to prepare for that delivery.

DISTRIBUTE - To deliver, other than by administering or dispensing.

DOCUMENTED HISTORY OF A POSITIVE TB SKIN TEST:  Any written documentation or verbal information which includes the year and location of skin testing and duration of INH treatment.

DNA BLOOD SAMPLE:  Blood withdrawn from an offender, from which a DNA Profile can be extracted for identification purposes.

DNA BUCCAL SWAB:  Swabbing the inside of the mouth (cheek) to obtain a specimen to submit for a DNA profile.

DNA-OFFENDER TO BE TESTED:  Any inmate, or offender under community supervision (except those being supervised pursuant to an interstate compact agreement), who was convicted of one or more of the offenses pursuant to Article 13, Chapter 14, Sexual Offenses and Title 13, Chapter 36, Family Offenses.

DNA TEST - A mandatory process in which a DNA blood sample or a buccal swab is collected and fingerprints are taken from new commitments and offenders who have been convicted of an offense specified in A.R.S. 13-4438 and who are to be released on or after August l, 1993.  (The sample and the fingerprints are evidentiary items).

DRUG UTILIZATION REVIEW COMMITTEE:  A committee of Arizona Department of Corrections providers and pharmacists whose purpose is ensuring the inmate population receives appropriate drug therapy, by following Drug Utilization Evaluation standards.

ADC011217

DSM-IV - The Diagnostic and Statistical Manual of Mental Disorders, Edition 4, Washington, D.C., 1995.  The DSM-IV, which is the current taxonomy of mental disorders published by the American Psychiatric Association, is used by psychiatrists and certified psychologists to diagnose mental disorders.  Any references to axes and classes of mental illness in ADC manuals are intended to be and shall be interpreted by psychologists and psychiatrists to be consistent with the most current edition of the Diagnostic and Statistical Manual of Mental Disorders.

- E -

EMERGENCY:  For the purposes of the policies contained in this manual, the inmate's current disorder or condition that involves a clear threat of death or physical injury to the inmate, other inmates or staff.

EPIDEMIOLOGICAL INFORMATION - The number of occurrences and distribution of a disease, which is released for statistical or public health purposes only after confidential medical record information has been deleted in a manner that prevents an individual from being identified.

EXPOSURE INCIDENT - As defined by OSHA, an incident in which visible blood or specific bodily fluids enter through an opening in the skin or mucous membranes.

- F -

FLOOR STOCK - A minimum supply of essential medication/supplies not labeled for specific patient for the purpose of administration to an inmate by an Arizona Department of Corrections provider nurse.

FOOD BORNE/WATER BORNE - Means food or water serves as a source for the spread of disease or illness.

FOOD HANDLER - Any inmate who prepares or serves food or who has direct contact with food.

FORMULARY:  A basic list of drugs accepted/approved for use in the Arizona Department of Corrections, Health Services Bureau. The written compendium of prescription medications approved for use in ADC and which are available from ADC Pharmacies.

- G -

- H -

HAZARDOUS MATERIALS - substances and/or materials that are a potential threat to human health and well being.

571

HEALTH CARE PROFESSIONAL: A physician's assistant, licensed practical nurse, registered nurse or nurse practitioner who is licensed in the State of Arizona and authorized by law to administer medication which has been prescribed by a licensed physician or psychiatrist and dispensed by a pharmacist.

HEALTH NEEDS REQUEST (HNR) FORM: The means by which an inmate can request non-emergency health care services.

HEALTH CARE PROVIDER:  (HCP) Department/contract physicians, correctional registered nurses, physician's assistants, nurse practitioners.

HEALTH STAFF MEMBER:  The registered and/or licensed person who provides the direct health care ordered by written, verbal or standing medical order of the health care provider. Individuals having direct patient contact.

HIGH EFFICIENCY PARTICULATE APPARATUS (HEPA) - Respiration mask that filters out 95% of microns that are .1 to .5 microns in size.

HIGH-HAZARD PROCEDURES - Tasks identified by OSHA that require employees to wear HEPA respirator while performing the following tasks:  Entering inmate rooms/cells; Performing nursing procedures on inmates, such as aerosolized medication treatment, bronchoscopy, sputum induction, endotracheal intubation and suctioning procedures; Transporting inmates in a vehicle.

HIPAA: The first comprehensive set of Federal Regulations of Health Information, the Privacy Rule under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), came into effect in April 2003.

HUMAN IMMUNODEFICIENT VIRUS (HIV): A virus that infects and destroys certain white blood cells, thereby undermining that part of a person's immune system that normally combats infections and disease.  HIV is the cause of AIDS.

HOUSING UNIT 8 - a housing unit for housing of inmates with long term care needs, not requiring the inpatient component level of care, but not able to be cared for through the individual health units.  Located at ASPC-Florence Central Unit and at ASPC-Tucson Rincon Unit.

- I -

INFECTION CONTROL LIAISON - An "Authorized Representative" designated by a physician or health care administrator to perform specific tasks for the prevention, investigation, or reporting of a disease.

INFECTIOUS MATERIALS - Those items that are contaminated with blood, body fluids or other infected media that pose a potential health risk to employees or others, should they come in contact with them i.e. extracted teeth, bloody gauze, dirty gloves, etc.

ADC011219

INFORMED CONSENT - Permission obtained from a patient to perform a specific test, procedure or treatment after an explanation to the patient of all the material facts concerning the nature, consequences, risks and alternatives of the proposed procedure/treatment/test by the Health Care Provider.

INPATIENT - an inmate admitted to the IPC for medical treatment.

INPATIENT COMPONENT (IPC) - provides for transitional level of nursing care of a limited duration and scope, for those inmates whose medical care needs are above the level of care available in the individual health units.

INTERACTIVE REAL TIME - A medical case presentation utilizing video conferencing.

INVOLUNTARY ADMISSION - The court-ordered commitment of an inmate, releasee, or parolee to a Departmental mental health inpatient treatment facility, or to the Arizona State Hospital for females whose behavior constitutes a danger to themselves or others.

INVOLUNTARY ADMINISTRATION OF PSYCHOTROPIC MEDICATION: Administering any psychotropic medication to an inmate without the inmate's agreement to take the medication, following an explanation by the psychiatrist, in terms and language the inmate can understand, of material facts regarding the consequences of taking and not taking the medication, and any risk to the inmate's health status.

IMMUNOCOMPROMISED:  A condition where immune response is reduced or absent. Conditions that can compromise the immune system include cancer, HIV/AIDS, organ transplantation, renal dysfunction, end stage liver disease, uncontrolled diabetes, persons receiving prednisone $\geq$ 15mg/day for $\geq$ 1month, etc).

- J -

- K –
**KEEP ON PERSON MEDICATION (KOP): Medications that may be kept on person by**

**the inmate, for self-administration.**

- L –

LATENT TB INFECTION (LTBI): Presence of Mycobacterium tuberculosis as evidenced by a positive test result from an approved test for tuberculosis in an individual who:  has no symptoms of active tuberculosis, has no clinical signs of tuberculosis other than the positive results from the approved test for tuberculosis, is not infectious to others

LICENSED MENTAL HEALTH FACILITY - For adult male inmates/releasees/parolees, the Alhambra Behavioral Health Treatment Facility (licensed as a Level 1 Behavioral Health Treatment Facility by the Arizona Department of Health Services) which includes B Ward and

573

Flamenco; for adult female inmates/releasees/parolees, the Arizona State Hospital or the Alhambra Behavioral Health Treatment Facility, and for all juvenile inmates/releasees/parolees, the Arizona State Hospital.

LICENSURE - Documented confirmation that an individual is qualified and licensed by the appropriate Arizona Licensure Board. See Licensure/Certification in Administrative Technical Manual.

LIFE SUPPORT SYSTEM: Devices or machines such as mechanical ventilators that provide necessary bodily functions for medical patients.

LIFE THREATENING: A medical condition that could, in a Medical Provider's opinion, lead to an inmate's death, if not treated.

LIKELIHOOD OF SERIOUS HARM - For the purposes of this order, a substantial risk that physical harm will be inflicted by an inmate upon the occurrence of at least one of the following:

> ➢ His or her own person, as evidenced by threats or attempts to commit suicide or inflict physical harm to one's self.
> ➢ Another, as evidenced by behavior which has caused such harm or places another person or persons in reasonable fear of sustaining such harm.
> ➢ The property of others, as evidenced by behavior which has caused substantial loss or damage to the property of others.

LOCAL HEALTH AGENCY - State or County Health Department.

LOCKDOWN MEDICAL LOGS:     Documentation of Nursing encounters with individuals who are in a segregated housing unit.

- M -

MEDICAL HISTORY INFORMATION - For the purposes of the policies contained in this technical manual , information in psychological, mental health and medical records that is confidential pursuant to A.R.S. and Department Order #901, Inmate Records Information Court Action System.

MEDICAL HOLD -  An inmate who is undergoing current specialty treatment that will have an eventual termination at which time the medical hold is removed, a medical hold is temporary.

MEDICAL ISOLATION - Isolation of one or more individuals, or groups from the general population.

MEDICAL ORDER - An order signed by the attending physician that outlines the type of medical treatment to be given an inmate.  The Medical Order becomes part of the patient's hospital record.

574

ADC011221

MEDICAL PROVIDER - Licensed Correctional Health Providers, including Physicians, Psychologists, Correctional Mid-level Providers (Nurse Practitioner or Physician Assistants)

MEDICAL RECORDS -- (also known as "Health Records"):  Includes all documents officially entered into a folder by an ADC Medical Records Librarian or ADC medical staff member. Documents include but are not limited to orders and results for laboratory, radiology, hospitalization, specialty care received while in custody, and official copies of records of prior treatment received through clinical channels.

MEDICAL RECORD REQUEST (MRR):  request generated from Central office for copies of Medical Records to be used for Release of Information purposes, or for use when responding to inmate letters or inmate grievances.  MRR's are faxed or e-mailed to the MRL to handle.

MEDICAL RESTRICTION -Is a permanent restriction to a unit, facility(ies) because of medical or psychiatric limitations or disorders.

MEDICAL SEGREGATION - Inmates isolated from the general population in order to safeguard others, or, to protect them from acquiring a contagious disease.

MEDICATIONS - All prescription-only and over-the-counter (OTC) drugs prepared and issued by an ADC Pharmacy for delivery to an inmate.

**MEDICATION LIAISON:  A member of the medical staff working under the supervision of the Facility Health Administrator who is responsible for preparation for distribution and accountability of medication and supplies.**

MENTAL AGE - The age level at which a person functions intellectually, as determined by standardized psychological and intelligence tests which interpret functional abilities as the age at which that level of function is normally achieved.

MENTAL DISORDERS - A substantial disorder of a person's emotional processes, thought, cognition or memory.

MENTAL HEALTH KEY CONTACT - The Psychologist III at each facility who oversees the mental health program for that facility.

MENTAL HEALTH PROFESSIONAL - A staff member who is a certified clinical psychologist, a psychiatrist, a psychiatric social worker, a psychology associate, a psychiatric nurse or a psychotherapist.

MENTAL HEALTH STAFF - Department/contract psychiatrists, psychologists, psychology associates and/or psychiatric nurses.

ADC011222

MENTAL ILLNESS - A substantial disorder of a person's emotional processes, thought, cognition or memory. More specifically, for the purposes of the policies contained in this technical manual, a diagnosis by a licensed psychiatrist or psychologist that is consistent with one or more classes of mental disorders in axes I of the DSM-IV (or the most current edition). Includes schizophrenic disorders; delusional disorders; psychotic disorders not elsewhere classified; mood disorder (bipolar disorder and/or depressive disorder); anxiety disorders (excluding social phobia or simple phobia); organic mental disorders or syndromes; and others disorders listed in the DSM-IV, with the exception of psychosexual disorders. (Includes organic mood disorders; organic delusional disorders; organic anxiety disorders; organic personality disorders; organic hallucinoses not caused by psychoactive substance use; and organic mental disorders not otherwise specified. Also includes maladaptive [self-destructive and/or suicidal] behaviors when caused by a mental illness as defined axes I of the DSM-IV.)

MODALITY - A method of therapy, e.g., treatment as an inpatient in a long-term care facility, or partial hospitalization.

- N –

NURSE APPOINTMENT:  Sick call requests requiring individual hands-on assessment by nursing staff are seen, evaluated, treated, and/or referred to a Providers' Appointment Schedule.

NURSE'S LINE:  The means by which inmates submitting sick call requests, requiring individual hands-on assessment by nursing staff, are seen, evaluated, treated, and/or referred to a Providers' Appointment schedule.

NURSING TREATMENT PROTOCOLS:  A set of guidelines developed to be used when treating specified illness/complaints in the absence of an on site Health Care Provider.

- O –

OBSERVED ADMINISTRATION:  Direct observation of a medication being consumed by the inmate.

OBSERVATION RECORD:  A documented record of all visual health and welfare checks conducted by staff during a suicide watch on a specific inmate.

- P –

PACKAGING – The act or process of placing a drug item or device in a container for the purpose or intent of dispensing or distributing the item or device to another.

PAROLEE - An adult offender who has been granted a parole and is under community supervision.

PATIENT - For the purposes of the policies contained in this technical manual, an inmate receiving health treatment services from a health care professional.

ADC011223

PERSONAL PROTECTIVE EQUIPMENT (PPE):  All protective equipment and devices that are used in universal precautions.   The list includes, but is not limited to, vinyl or rubber gloves, impermeable gowns, splash face-plates or goggles, and Certified Particulate Respirators approved by the National Institute of Occupational Safety and Health (NIOSH) for high-risk tasks, or other respirators approved by OSHA for low-risk procedures.

PHARMACY - The ADC facility pharmacy, licensed by the Arizona State Board of Pharmacy.

PHARMACY AND THERAPEUTIC COMMITTEE:  A committee composed of Physicians, Pharmacist and other members of the health staff as selected by the Deputy Director, Health Services. The committee shall compile, review and update the ADC Formulary annually or more frequently if indicated.

PHARMACY URGENT CARE AREA (PUCA):  Note: This definition is provided for historical reasons only.  Until the Pharmacy was centralized, this was an area, within the pharmacy, where starter packaged medications were made available, accessible by nursing staff, after normal pharmacy working hours, to address the needs of inmates when waiting until the next working day could cause an increase in morbidity or mortality to the inmate patient.

**Preventive therapy** = A course of TB treatment given to someone with LTBI to prevent the infection from becoming an active TB disease.

POSITIVE PPD TEST - Evidence that may result from a PPD test that the tested inmate has been infected or is currently infected with mycobacterium tuberculosis.
A reaction greater than 5 mm induration (temporary hardening and redness of the injection site) is considered positive in persons who have had close recent contact with an infectious person, in persons who have an abnormal chest x-ray consistent with tuberculosis, and in persons whose immune systems are suppressed or who are known to be infected with the human immunodeficiency virus.  A reaction greater than 10 mm induration is considered positive for inmates and corrections staff. A reaction of 15 mm or greater is considered positive for the general public.  Organ transplant recipient or is immunocompromised (e.g., organ transplantation renal dysfunction, end stage liver disease, uncontrolled diabetes, HIV+/AIDS, cancer, persons receiving $\geq$ 15 mg/day of prednisone for $\geq$ 1 month).

POWER OF ATTORNEY:  A legal document allowing another person to act in a specific written manner for the named individual.

POWER OF ATTORNEY HOLDER:  individual designated by the inmate or the court to make decisions for the inmate if he/she can no longer make their own decisions.

PPD CONVERTER: A person who is now testing PPD positive after a previously negative PPD.

PPD TEST - Mantoux tuberculin skin test consisting of an intradermal (within the skin) injection of five tuberculin units (0.1 cc) of purified protein derivative (PPD) to determine if antibodies to mycobacterium tuberculosis are present.

577

ADC011224

PRACTITIONERS - A Physician, Dentist, Physician's Assistant, Nurse Practitioner or any other health care provider duly licensed-by the State of Arizona to write prescription orders.

PRESCRIPTION:  A practitioner's specific written, verbal or faxed order.

PROBLEM LIST - A chronological record of major health disabilities/problems as determined by the Health Care Provider.

PROTECTIVE SEGREGATION - Isolation of an inmate in order to safeguard from potential violence of others.

PROVIDER - Any health care practitioner employed by Arizona Department of Corrections who has been duly empowered by the State of Arizona to write prescriptions.

PROVIDER APPOINTMENT - The means by which appropriate health care services for complaints that have been referred are provided by licensed/certified health services staff.

PSYCHOTROPIC MEDICATIONS -  Prescription medications ordered by a licensed provider for the treatment or mitigation of a psychiatric disorder or mental illness, as defined by the Diagnostic and Statistical Manual of Mental Disorders, DSM-IV.

PSYCHOTROPIC MEDICATION REVIEW BOARD (PMRB) - For the purposes of this order, a committee designated by the individual identified in Department Order as authorized to convene a committee composed of one Psychiatrist, one Psychologist, and one Deputy Warden or Associate Deputy Warden.  The committee has the responsibility to consider and recommend or not recommend forced psychotropic medication.

- Q –

QUALIFIED HEALTH SERVICE STAFF - Registered and/or licensed person who provides the direct health care ordered by written, verbal or standing medical order of the Health Care Provider(s).

- R –

RVCT:  Report of Verified Case of Tuberculosis; a report submitted to the state or local health department for each confirmed TB case.

REASONABLE COSTS - For the purposes of copying medical record information and in accordance with A.R.S. 12-351, fees of ten cents for each page copied and ten dollars per hour for costs incurred in locating and making documents available, which are charged to a requestor after providing documents in response to a subpoena, all other copy charges are 50 cents per page.

RECEIVING FACILITY - The Institution to which the inmate is transferred, and which will take over responsibility for the inmate's medical record and medication orders.

ADC011225

RELATIVE OR IMMEDIATE FAMILY - An inmate's spouse; parent or stepparent; grandparent; mother-in-law or father-in-law; sibling; natural, adopted or step child; aunt or uncle; godparent or any other person who had the primary responsibility of raising the inmate in the absence of parents (as defined in Department Order 911; Inmate Visitation).

RELEASEE - An adult offender who is on release status, e.g. mandatory, temporary, compassionate leave, provisional, under community supervision.

REMOTE DRUG STORAGE AREA (RDSA):  Any area of a licensed pharmacy which lies outside the physical area of said pharmacy and which is used for the storage of medications.

REQUIRED TRAINING - Information and training for employees with occupational exposure that addresses the nature and transmissibility of communicable diseases; the risk factors for disease development; the signs, symptoms, diagnosis and treatment of communicable disease; reporting procedures relative to patient/inmate symptomatology; and the proper use of engineering controls, universal precautions and PPE appropriate to the workplace to reduce employee exposure.

RESPONSIBLE PHARMACIST:   The pharmacist who is (designated as) responsible to the Arizona State Board of Pharmacy for a licensed pharmacy's compliance with the laws and regulations of this State and of the Federal government, pertaining to the practice of pharmacy, manufacturing of drugs and   the distribution of drugs and devices.  Nothing in this definition or in the definition set forth by the Board of Pharmacy relieves any other persons or pharmacists from their responsibility to comply with State and Federal laws and regulations.

- S -

SECLUSION CELL - A secure cell designed and organized to provide for the temporary care and observation of an inmate. The cell provides an environment with minimal stimuli, with security protection and with provisions for either direct or indirect staff observations.

SECURITY SHIFT SUPERVISOR - The security staff member designated as the responsible security officer for a given shift.

SEGREGATION - Isolation of an inmate from the general population.

SELF-DESTRUCTIVE BEHAVIOR - A pattern of deliberate behavior likely to result in self-inflicted bodily harm, but not in death.

SENDING FACILITY - The Institution where an inmate is incarcerated immediately prior to a transfer, and wherein the inmate's medical record and medication(s) reside.

SERIOUS INJURY - A medical condition involving an inmate that, if not treated immediately, would result in serious medical complications, loss of life, or permanent impairment to bodily

ADC011226

functions, e.g., uncontrolled bleeding, loss of consciousness, poisoning, severe shortness of breath, severe chest pain, paralysis, suspected overdose of medication, and apparent stroke.

SEX OFFENDER - An adult inmate whose primary or secondary conviction is a sexual offense or who has a history of sex offenses.

SHARPS:  Any instrument, implement or artifact, whether made of metal, glass or other substance, that could aid in the abuse of drugs or cause bodily injury. ie., needles, scalpels, broken glass, syringes, etc.

SICK CALL - The health care delivery system by which each inmate requests legitimate and appropriate health care services of a NON-EMERGENCY nature using a Health Needs Request Form.

S.O.A.P. FORMAT - For the purposes of the policies contained in this technical manual, the reporting format for documenting a health professional's encounter with inmate-patients.  The format includes the following descriptive elements: Subjective; Objective; Assessment; Plan.

SPECIAL MANAGEMENT TREATMENT UNIT/AREA - A single and double bed cell, isolated area at ASPC-Perryville, Santa Maria, for females, or at ASPC-Eyman, SMU II for male inmates who have been identified as having a mental disorder or a syndrome associated with an organic brain dysfunction, who demonstrate assaultive or other significant enduring behavior problems, and whose mental disorder is not of an acuity requiring placement in a licensed behavioral health facility.

SPECIAL NEEDS INMATES - Inmates, who have a medical need above and beyond that of the average inmate.

SPECIAL PROGRAMS UNIT/AREA - An open yard, dormitory-style unit for inmates who have been identified as having a mental disorder or a syndrome associated with an organic brain dysfunction.

SPECIAL TOPIC EXPERT/SUBJECT MATTER EXPERT:  A provider, dentist, pharmacist or nurse whose area of practice and experience qualifies them as an expert

STANDING ORDERS - Orders as approved by the Bureau Administrator and Medical Director for use during an on-site emergency or for the definite treatment of an identified condition in the absence of the Health Care Provider.

STATEMENT OF CONFIDENTIALITY - The following explanation, which the Department issues to the recipient of confidential communicable disease information: "This information has been disclosed to you from records that are required by law to be confidential. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains. Any person who violates this rule by releasing or publicizing this confidential communicable disease information is guilty of a Class 3 Misdemeanor (A.R.S. 36-140)."

ADC011227

STARTER PACK - A pre-filled prescription, dispensed by an Arizona Department of Corrections pharmacy, to be delivered to the inmate for self administration.  The starter pack is issued upon a legal order from an Arizona Department of Corrections provider, in a quantity to insure the availability of medication in urgent/after hour situations.

STORE AND FORWARD - A medical case presentation utilizing either video, audio, video snapshot, or x-ray scan, or any combination thereof. The multimedia information is then transmitted, by the creation of a computer file, to another health care provider for interpretation

SUICIDAL BEHAVIOR - Deliberate behavior which is likely to result in one's death.

SUICIDE ASSESSMENT - An evaluation by mental health staff or, in their absence, health care staff, of an inmate's behavior, statements and history for signs that would indicate a suicide risk. The assessment shall include face to face contact with the inmate, a review of the inmate's health record, and an evaluation of the inmate's present life circumstance.

SUICIDE WATCH - Ordered for the immediate prevention of self-destructive or suicidal behavior by an inmate who is considered to be a high risk. Suicide watch is not used as an alternative to ongoing mental health treatment.

SUPPLIES - Those products (chemicals) used in the delivery of dental services that have potential for causing harm to employees and others, ie., Formo Cresol, Bleach, Acid, etc.

SUSPECTED TUBERCULOSIS DISEASE - When an inmate has been identified as having symptoms consistent with tuberculosis, which the Centers for Disease Control and Prevention have identified as productive cough, coughing up blood, weight loss, loss of appetite, lethargy, weakness, night sweats, or fever.

SYMPTOMS OF PULMONARY TUBERCULOSIS (PTB):  Any of the following that cannot be attributed to a disease or condition other than tuberculosis.
▪ Productive cough that has lasted for at least three weeks
▪ Coughing up blood or hemoptysis
▪ Chest pain
▪ A combination of at least three of the following:
▪ Fever
▪ Chills
▪ Night sweats
▪ Easy fatigability
▪ Loss of appetite
▪ Unexplained weight loss

- T –

TB CASE:  A person who has been confirmed to have TB disease or someone infected with *M. tuberculosis* as confirmed by a sputum culture or through clinical evaluation.

ADC011228

TB SUSPECT:  A person who presents symptoms and physical or chest X-ray findings suggestive of tuberculosis, but confirmation by sputum culture has not been completed.

TELEMEDICINE - The transmission of medical data and services, by electronic signals, from one site to another using telecommunications technology.  A Telemedicine evaluation may include video conferencing, audio transmission, high resolution photographs, radiological images and medical records.

TRANSFER OF INMATES:       The movement of inmates from one ADC Institution to another which results in an indefinite change of domicile.

TUBERCULOSIS DISEASE - A chronic pulmonary and extrapulmonary infectious disease caused by the tuberculosis bacillus, specifically pulmonary and laryngial, are spread through the air. (Multidrug-resistant tuberculosis is a tuberculosis organism that is resistant to drugs prescribed for patients infected with tuberculosis).

TUBERCULOSIS INFECTION - Evidence that may result from a positive PPD test that the person has been infected or is currently infected with mycobacterium tuberculosis.

- U -

UNEXPECTED DEATH - Death in which the cause of death is not immediately known or anticipated

UNIT DOSE - A single oral dose of medication for administration and immediate consumption.

UNIVERSAL PRECAUTIONS Safety procedures that are designed to eliminate or minimize exposure incidents involving the transmission of pathogens through body fluids (i.e. blood, saliva & urine)  air, or by direct person to person contact.  These procedures include the appropriate use of good hand washing technique, personal protective equipment (PPE) such as gloves, masks, gown, when indicated.  Universal precautions should be followed especially among individuals receiving treatment of any kind.

- V –

VOLUNTARY ADMISSION - The admission of either a female or male inmate/releasee/parolee to a Departmental mental health inpatient treatment facility or of a female to the Arizona State Hospital with the inmate/releasee/parolee's informed consent.

- W –

WATCHED SWALLOW:  A correctional security term regarding the ingestion of medication by an inmate while being watched by a correctional professional until the medication has been swallowed and followed by a mouth check to be certain that the medication was actually swallowed.  See Unit dose.

582

ADC011229

WEEKLY MEDICATIONS:  Medications prepared and issued by a pharmacy in a seven (7) day supply, and which will be sent in successive weekly increments until the entire order or prescription has been delivered.

- X –

- Y –

- Z –

ADC011230

| | Mental Health Services | OPR:<br>Mental Health Program Manager<br><br><br><br>Auth: ma |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix H | Supercedes:<br>Effective Date:<br>January 1, 2010 |

**PURPOSE:**   To provide guidance for the provision of Mental Health services.

**PROCEDURE:.**  Follow the guidance contained in Mental Health Technical Manual.

ADC011231