Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **PLAINTIFFS' CITATION SUMMARY OF NOTICE OF SUBSTANTIAL NONCOMPLIANCE PROVIDED TO DEFENDANTS** |

LEGAL130853135.1

Pursuant to the Court's Minute Entry (Doc. 1554) following the status conference on April 26, 2016, Plaintiffs provide a summation, attached as Exhibit 1, listing the date of notice of substantial noncompliance they had provided to Defendants prior to the March 1, 2016 mediation, and the cite to the court record. These written notices were filed with this Court as Exhibits 1-6 (Docs. 1561-1 and 1561-2[1]) to the Corrected Declaration of Kirstin T. Eidenbach (Doc. 1561) in support of Plaintiffs' Motion to Enforce the Stipulation (Doc. 1535).

In their Motion to Enforce the Stipulation, Plaintiffs raise Defendants' noncompliance with Performance Measures 11, 13, 14, 27, 29, 37, 39, 46, 47, 50, 51, 54, 66, 77, 80, 81, 85, 87, 88, 92, 93, 94, and 98. The attached list sets forth that Plaintiffs provided adequate written notice of noncompliance to Defendants for each of the Performance Measures included in the Motion to Enforce, except for 27 and 29. In most cases, Plaintiffs provided notice on multiple occasions. As directed by the Court, Plaintiffs hereby provide Defendants with notice that they are in substantial noncompliance with Performance Measures 27 and 29.

Dated: May 3, 2016　　　　　　　　　　　**PRISON LAW OFFICE**

By:   s/ Donald Specter
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
　　　　 ahardy@prisonlaw.com
　　　　 snorman@prisonlaw.com
　　　　 ckendrick@prisonlaw.com

*Admitted *pro hac vice*

---

[1] Documents 1561-1 and 1561-2 refer to the correctly redacted versions of Docs. 1537-1 and 1537-2, but they are otherwise identical.

LEGAL130853135.1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
  agerlicher@perkinscoie.com
  jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
  jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
  afettig@npp-aclu.org
  jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
  aamiri@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email:   kirstin@eidenbachlaw.com |
| 5 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 6 | 717 Texas Street<br>Houston, Texas 77002 |
| 7 | Telephone: (832) 239-3939<br>Email:   jlwilkes@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 10 | 222 East 41 Street<br>New York, New York 10017 |
| 11 | Telephone: (212) 326-3498<br>Email:   jkmessina@jonesday.com |
| 12 | |
| 13 | *Admitted *pro hac vice* |
| 14 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 15 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 16 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL130853135.1                    -3-

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Sarah Kader
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*


                                    s/ D. Freouf