# EXHIBIT 1

| Performance Measure | CGAR Number | Performance Measure Language | Date of Notice | Citations to the Record | Description of Notice Provided |
|---|---|---|---|---|---|
| 11 | Pharmacy 1 | Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 35 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 72 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 84 | Substantial Noncompliance |
| 13 | Pharmacy 2 | Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 36 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 53 | Treatment not in accord with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 67-68, 72-73 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 84 | Substantial Noncompliance |
| | | | 21-Sep-15 | Doc. 1561-2 at 115 | Treatment not in compliance with Stipulation |
| 14 | Pharmacy 3 | Any refill for chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 35 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 37 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 69 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 85 | Substantial Noncompliance |
| 37 | Access to Care 2 | Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need). | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 23, 25 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 67-69, 71-74 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 76 | Substantial Noncompliance |
| | | | 25-Sep-15 | Doc. 1561-2 at 127 | Treatment not in compliance with Stipulation |
| | | | 8-Feb-16 | Doc. 1561-2 at 176 | Treatment not in compliance with Stipulation |
| 39 | Access to Care 4 | Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 25, 26 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 67-69, 72-73 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 77 | Substantial Noncompliance |
| | | | 25-Sep-15 | Doc. 1561-2 at 127 | Treatment not in compliance with Stipulation |
| 46 | Specialty Care 7 | A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 43-44 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 68-69, 71 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 88 | Substantial Noncompliance |
| 47 | Specialty Care 8 | A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. | 15-Oct-15 | Doc. 1561-2 at 69-70, 74 | Treatment not in compliance with Stipulation |
| 50 | Specialty Care 3 | Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider. | 15-Oct-15 | Doc. 1561-2 at 58, 67-69, 71, 73 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 95 | Treatment not in compliance with Stipulation |
| | | | 17-Sept-15, 18-Sept-15, 23-Sept-15, 12-Oct-15 | Doc. 1561-2 at 107, 110, 123, 129 | Treatment not in compliance with Stipulation |
| | | | 8-Feb-16 | Doc. 1561-2 at 170 | Treatment not in compliance with Stipulation |
| 51 | Specialty Care 4 | Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider. | 15-Oct-15 | Doc. 1561-2 at 58-59, 67-68, 70, 72-73 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 95 | Treatment not in compliance with Stipulation |
| | | | 21-Sep-15 | Doc. 1561-2 at 114 | Treatment not in compliance with Stipulation |
| | | | 8-Feb-16 | Doc. 1561-2 at 170-71 | Treatment not in compliance with Stipulation |
| 54 | Chronic Care 2 | Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than 180 days unless the provider documents a reason why a longer time frame can be in place. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 40 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 67-70, 72-74 | Treatment not in compliance with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 86 | Substantial Noncompliance |
| 66 | Infirmary Care 4 | In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours. [Sic] | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 28 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 80 | Substantial Noncompliance |
| 77 | Mental Health 5 | Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners. | 15-Oct-15 | Doc. 1561-2 at 49-56 | Treatment not in accord with Stipulation |
| 80 | Mental Health 8 | MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician. | 28-Aug-15 | Doc. 1561-1 at 58 | Refusal to comply |
| | | | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 47, 48 | Noncompliant marked as compliant |
| | | | 15-Oct-15 | Doc. 1561-2 at 49-51, 53-56 | Treatment not in accord with Stipulation |
| 81 | Mental Health 9 | MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. | 28-Aug-15 | Doc. 1561-1 at 58 | Refusal to comply |
| | | | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 48 | Noncompliant marked as compliant |
| | | | 15-Oct-15 | Doc. 1561-2 at 49, 51-56 | Treatment not in accord with Stipulation |
| 85 | Mental Health 13 | MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. | 28-Aug-15 | Doc. 1561-1 at 58 | Refusal to comply |
| | | | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 30 | Substantial Noncompliance |

| | | | | | |
|---|---|---|---|---|---|
| | | | 15-Oct-15 | Doc. 1561-2 at 50 | Treatment not in accord with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 82 | Substantial Noncompliance |
| 87 | Mental Health 15 | MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 50 | Treatment not in accord with Stipulation |
| 88 | Mental Health 16 | MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| 92 | Mental Health 20 | MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 31 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 47 | Noncompliant marked as compliant |
| | | | 15-Oct-15 | Doc. 1561-2 at 49 | Treatment not in accord with Stipulation |
| | | | 15-Oct-15 | Doc. 1561-2 at 82 | Substantial Noncompliance |
| | | | 21-Sep-15 | Doc. 1561-2 at 116 | Treatment not in compliance with Stipulation |
| 93 | Mental Health 21 | Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 32 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 83 | Substantial Noncompliance |
| | | | 21-Sep-15 | Doc. 1561-2 at 116 | Treatment not in compliance with Stipulation |
| 94 | Mental Health 22 | All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends and holidays, by a registered nurse. | 15-Oct-15 | Doc. 1561-2 at 4 | Refusal to monitor |
| | | | 15-Oct-15 | Doc. 1561-2 at 49 | Treatment not in accord with Stipulation |
| | | | 21-Sep-15 | Doc. 1561-2 at 116 | Treatment not in compliance with Stipulation |
| | | | 8-Feb-16 | Doc. 1561-2 at 171 | Treatment not in compliance with Stipulation |
| 98 | Mental Health 26 | Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. | 15-Oct-15 | Doc. 1561-2 at 21 | Widespread Deficiencies and Non-compliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 33 | Substantial Noncompliance |
| | | | 15-Oct-15 | Doc. 1561-2 at 83 | Substantial Noncompliance |