1

2

3

4

5

6                        **IN THE UNITED STATES DISTRICT COURT**

7                            **FOR THE DISTRICT OF ARIZONA**

8

9    Victor Antonio Parsons, et al.,              No. CV-12-00601-PHX-DKD

10                  Plaintiffs,                    **ORDER**

11   v.

12   Charles L Ryan, et al.,

13                  Defendants.

14

15          Larry Joe Prince seeks clarification of the Court's April 8, 2016 Order.  Prince

16   unsuccessfully sought to intervene in this action and seeks electronic copies of the

17   Court's Orders.  Prince erroneously believes that he is entitled to one free copy of all

18   documents filed electronically.  Under the Electronic Public Access Fee Schedule, only

19   parties to an action are entitled to one free electronic copy of documents.  Because Prince

20   is not a party to this action, he is not so entitled.

21          Second, to the extent that Prince seeks for the Court to direct that documents from

22   this case be posted in his unit's library, the Court declines to so order.  Prince may seek

23   status updates from class counsel.

24          **IT IS THEREFORE ORDERED** that the Motion for Clarification (Doc. 1552) is

25   **granted** to the extent discussed herein.

26          Dated this 4th day of May, 2016.

27

28                                               _____
                                                      David K. Duncan
                                                 United States Magistrate Judge