# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' three Motions to Correct the Record (Docs. 1546-1548). They request that the Court replace pages with personal information with redacted versions. The Court declines to do so but will seal the relevant documents (Docs. 1536, 1536-1, 1537). It appears that Plaintiffs have already filed redacted versions of these filings (Docs. 1560-1561).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motions to Correct the Record (Doc. 1546, 1547, 1548) are **granted**. The Clerk of Court must seal the documents at Doc. 1536, 1536-1, and 1537.

Dated this 4th day of May, 2016.

_____
David K. Duncan
United States Magistrate Judge