Sarah Kader (AZ State Bar No. 027147)
Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No.  2:12-cv-00601-DKD |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to L.R.C.P. 83.3, Maya Abela, of the Arizona Center for Disability Law, hereby enters her appearance on behalf of Plaintiff Arizona Center for Disability Law.  Plaintiff Arizona Center for Disability Law continues to be represented in this matter by other Arizona Center for Disability attorneys, including Rose Daly-Rooney, Asim Dietrich, and Sarah Kader.

Maya Abela's current contact information is: 177 North Church Avenue, Suite 800, Tucson, Arizona 85701; Telephone: 520-327-9547; Email: mabela@azdisabilitylaw.org.

DATED this 6th day of May, 2016.

**ARIZONA CENTER FOR DISABILITY LAW**

By:   */s/Maya Abela*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on May 6, 2016, I electronically transmitted the above Notice

3

of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal

4

of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love

10
Timothy J. Bojanowski
Nicholas D. Acedo

11
Ashlee B. Fletcher
Anne M. Orcutt

12
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.

13
dstruck@swlfirm.com
kwieneke@swlfirm.com

14
rlove@swlfirm.com
tbojanowski@swlfirm.com

15
nacedo@swlfirm.com
afletcher@swlfirm.com

16
aorcutt@swlfirm.com
jlee@swlfirm.com

17

18
*Attorneys for Defendants*

19

20
Daniel Pochoda
James Duff Lyall

21
ACLU FOUNDATION OF ARIZONA
dpochoda@acluaz.org

22
jlyall@acluaz.org

23
Daniel C. Barr
Amelia M. Gerlicher

24
John H. Gray
PERKINS COIE LLP

25
dbarr@perkinscoie.com
agerlicher@perkinscoie.com

26
jhgray@perkinscoie.com

Donald Specter
Alison Hardy
Sara Norman
Corene Kendrick
PRISON LAW OFFICE
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

David C. Fathi
Amy Fettig
Jamelia Natasha Morgan
ACLU NATIONAL PRISON PROJECT
dfathi@npp-aclu.org
afettig@npp-aclu.org
jmorgan@aclu.org

Kirstin T. Eidenbach
EIDENBACH LAW, P.C.
kirstin@eidenbachlaw.com

Caroline Mitchell
Amir Q. Amiri
John Laurens Wilkes
Jennifer K. Messina
JONES DAY
cnmitchell@jonesday.com
aamiri@jonesday.com
jlwilkes@jonesday.com
jkmessina@jonesday.com

*Attorneys for Prisoner Plaintiffs*

27

28

*/s/Melanie Montenegro*