1. LORETTA ANN GREER-ADOC#155667
2. PERRYVILLE / LUMLEY 42-04 A YARD
3. P.O. BOX 3300
4. GOODYEAR, AZ. 85395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 8. PARSONS ET. AL. | CASE 2:12-CV-00601-NVW---MEA |
| 9. Plaintiff's, | NOTICE OF RYAN ET. AL. BEING IN CONTEMPT, PUTT- |
| 10. V. | ING OTHER THING'S IN PLACE OF WHAT PARSON |
| 11. Defendants, | S ET. AL TURN IN, PETITION FOR COURT TO SEND |
| 12. RYAN ET. AL. | ACLU COPIE OF THIS, AND FILE EMERGENCIE |
| | INJUCTION, TELLING RYAN NOT TO CAUSE DE- |
| | ATH, ALLOW ATTORNEY CONTACT, STOP STEALING. |

16. Petitioner Loretta Ann Greer respectfully File this notice of Ryan et.al. being
17. in contempt of order from this court approving settlement of the case,
18. putting other things in place of what me and other inmates A.K.A Pe-
19. rsons et. al. turn in for ACLU, And petition for court to send ACLU a
20. copie of this, And I request ACLU to file an emergencie injunction re-
21. questing this court to issue a emergencie injunction, telling Ryan et.al. not
22. to cause the death, allow Attorney contact, stop stealing, circumv-
23. enting Mail, songs, jokes, poems, Manuscripts, inventions, ideas, refusing Medic-
24. ial attention and process grievances, respond to inmate letters, HNR
25. 6. This is supported by exhibits and declaration requesting relief fo-
26. r the following reasons. See exhibit #1 it is a HNR turned in 3/28/16 by Me re-
27. garding something deadly being inserted in to My body by Medical. It is accompa-
28. nied by exhibit #2 demonstrating Medical is refusing to give Me Medical tre-
29. atment for the issue in My HNR, which is related to thoes in exhibit #2. It is
30. a responce from FHA raising issue of cancer, Bacteria that is in My food along wit-
31. h, what officials are putting in it causes infections, etc. I have evidence t-
32. hat along with witnesses, polygraph test, will prove, Ryan et.al. is using und-
33. ue influence Mentacide, to coecer inmates in to hanging thier self, publi-
34. shing things inmates created, stealing Mail, jokes, etc, circumventing them
35. Illegally. See exhibit #3 indicating legal Mail should have been returned but

was not, It is a inmate letter responce to Me, From Mcwilliams, carson, stating in part the Mail returned to you as contraband, has not been legal Mail, it was poems, songs, drawings, etc... That means some employee of the state has My things. And is trying to circumvent, steal and benifit From them illegally... Since no seized, property Contraband reciept has been issued, And they are required to be returned to Me if, officials are not going to Forward them to the attorney, whom they are addressed to. The attorney of safe streets / prisons Foundation and assistent/director Dennis Sobin is My contact, helping Me publish some of over thirty Manuscripts of Mine. Adoc officials are challenging Me and a inmate at Another Adoc prison to stop them From stealing ?... And becouse the crooked officials of A.G. office, Riskmanagment, central office, Adoc, want things such as thoe's, to benifit thier self, They are stopping inmates From sending thier Jokes, Manuscripts, inventions, Ideas, etc that are written down, out to attorneys, court clerks, Judges, etc, who will acknowledge that inmates own/created, thought of, authred them. When Teresa Bateman wrote Me in March or April 2016 she stated in part, "Hello Loretta, we recived a letter From Robert Turner, "He says he has written to you several times and is wondering if you are getting the Mail, Exhibit #4 is her letter, see exhibit #5 it is a grievance From Me to coIII weiss that she refuse to process thoe it is, not inviolation of any section of D.O. 802. And request to Call Aclu who wrote Me indicating, what they are reciving From Me and other inmates is not what we turn in, so officials can Mail the document or documents. This exhibit also, instructs Me not to proceed to the next step, Contains a

lie, is dated signed by COIV weiss on 4-04-16, Exhibit #6 is another grievance, from me regarding state workers intrusion into attorney client relationships, stopping me from sending my manuscripts out to attorneys, violating me and other inmates who try sending thier out, right to the 1st amendment to U.S. Constitution, etc. I dont think that over one hundred agents/people who my family Brian, pastor william, has sent mail to such as Amazon, Black woman Blueprint, InventHelp, Big Idea Entertainment, LLC, Bank of America, Library of congress/Office of the poet Laureate, is ignoring me, Im on more then three pen pal sites/list. However ninty nine percent of my mail is not being deliverd. Men such as Gerald, Mose, Mark, Westly, Dewight, James, Jamal, who I wrote after getting mail from, responces are not being deliverd. They are not inmates, however ADOC workers of Complex/Lumley who know, I cant write inmates Im not approved to write, Have gave me over twenty letters from inmates, Becouse they know I'll get in trouble, be untruthful to my God, if I violate the rules. and respond. See exhibits #seven through twenty seven," is all inmate letters, demonstrating I've turned them in regarding unprocessed grievances, For Ryan, CO3s, COIVs, are lying, like Im not allowed to take polygraphtest, For Mcwilliams, plus weiss being a lier, ADOC workers trying to make me play crazy, doing thing's to make it seem as thoe me and other inmates are SMA, For DR. Honkey, General Counsel, regarding not being allowed to exhaust, Legal access Monitor regarding," Parlegal—parlegal lying in order to deny access to court, For parlegal Ulibarri regarding her lying like my documents are not

signed and lying like they are alterd in order to deny My access to Court. For CIU Girke Conserning him investigating to Find Out Why 99 percent OF My Mail is being sobateged, not deliverd, For D.W. Ortiz regarding COIV weiss & not processing, Ortiz ignoring the Facts, For Chaplian Holder regarding the Minors not being OFFerd Church, CO II McClellan and one For Sargent Miller regarding no Mail being deliverd, Director Ryan regarding Me having permission to record What his employees Say to Me, PREA regarding Folk allowing inmates to be in homosexual relationships, homosexuals, plus thoes Who arent gay to Steal 99 percent OF My Mail, because I wont be a homo anyMore, Nor give them gIFts, presents, ideas, invention(s), I have, thought of, Created, because OF My relationship with God... D.W. Ortiz told Me On 4-13-16 that none OF the Adoc workers listed above Wants to answer the Inmate letters. And lied like She did an investigation For thoes Folk, and My Claims are UnFound... So in order to show that IM not lying ACLU Must take action, Other inmate are also Complaining about these Issues. And we Feel as thoe one or more OF Us will be killed by Adoc workers. And are, have, SuFFerd, Serious physical InJury, likelyhood OF death, Loose OF love, aFFection, property, Mail, etc,... Which is in Violation OF our rights to the 1st, 4th, 5th, 6th, 8th, 14th, amendment to Us constitution..... The inJunction, investigation, etc, is needed to correct an ongoing violation or and current one's." as set Fourth... Without it the violations will continue, inmates will die, which is greater then the harm Ryan et.al. will Face, by not being able to Continue Using Undue InFlunce

Mentacide, denying Medical attention, which cause death, or not allowing attorney contact, not being able to keep things of inmates to benifit thier self's, or being investigated, polygraphed, indited, Found guilty, Sentenced, For doing things that are illegal. See exhibit #28, it is page #39 OF Parson et,al. V. Ryan Case 2:12-CV-00601-NVW-MEA Filed 3-22-12. Demonstrating inmate Mr Dix asked For, or help, waited For it, was badly in need of Medical attention, like me, went without treatment, while Sadistic Medical, Ryan et,al...who are indicating it "excites" them when one of us dies, are hurt, dont have our property, Family contact, etc. See Estelle V. Gamble, 429 U.S. 97, 103 (1976) Supporting our needs are not being met. Prison Officials have/continue showing deliberate indifference to our serious medical needs. I have been diagnosed with Cancer, and was given three month's to live by Medical workers in 2012 or 13... Demonstrating they have a pattern of doing things that cause inmates death...My Father God has Kept Me alive, so I can bring them to Justice. I've got evidence they premeditate to let inmates die, cause our death, which require an arrest or arrests Conviction. I Feel something contracting in my stomach wher I was cut in 2012 as thoe a baby has been put there that would grow, while I slowly die... At times it moves as thoe trying to get out, which is a Serious Medical need. They are giving inmates the death penalty in a whole "diffrent" way...The Courts have held only outgoing correspondence, concerning escape plans, criminal activities, threats, to community/prison officials, are sufficient to Justify censorship. See Brewer V. Wilkinson 3 F.3d"

816,826 (5th Cir. 1993). Demonstrating what I state, is being done by state/ADOC workers and true.... They are trying to force me and other inmates to be thier providers. See Daskalea V. District of Columbia 227 F.3d 433, 441 (D.C. Cir. 2000) 8th amendment claim stated because officials were forcing inmate to striptease. See Johnson V. Meltzer, 134 F.3d 1393, 1398 (9th Cir 1998). Demonstrating that doctors acted with deliberate indiffrence, while I was unconscious when they or she put something inside of me that may be slowly causing my death, can be felt unwinding as thoe it is a snake, which then curl's back up. There doing thing's that keep us from acting on our own behalf, and intentionally doing so. See Deshaney V. Winnebago County Dept of Soc. Servs 489 U.S. 189, 199-200 (1999) we have no protection nor other remedie. It would be odd for the Court/ACLU to deny relief/injunction, since I have provided some proof, evidence of unsafe, life threating, etc, condictons. See Donnelly Constr. Co. V. Oberg/Hunt/Gilleland 139 Ariz. 184, 186, 677 P.2d 1292, 1294 (1984) Tripati V. State, Ariz. Dept of Corrections, 199 Ariz. 222, 226, ¶ 12, 16 P.3d 783, 787 (App. 2000) with respect to the facts, claim's stated. This Court as well, as ACLU must assume what I alledge is true and view my allegations, in a light most favorable to me. We are in imminent danger, can not exhaust administrative remedies, due to wiess' and others refusing to process them. With the assistence of ACLU, petitioner will along with inmates/witnesses, prove... some state workers have also lost thier rights, to be officials, and must become inmate's since they broke the law, while violating our rights. I have attached twentyeight exhibi-

ts. After these documents and the supporting declaration are turned over to ADOC workers AKA Ryan et, al,! things may be taken out of order, etc. I have attached/ certificate of mailing(s) signed my documents as required and request this Court/ACLU/Attorney General, Clerk of Court to acknowledge the Forgoing. I took a look at the area wher inmates are kept during suicide watch and discoverd they are now being housed up stairs, as well as down stairs, where as in 2014, they were only down stairs... This demonstrates things have only got worse, Inmates are being tortured, see exhibit #29, re: undue inflence, and Mentacide, devices, which is illegally circumvented in the States System. See U.S. V. Paul, 614 F2d 115, 117, 6th Cir. 1980) Demonstrating that they exist and state workers are using a "diffrent kind" for the very propurse of causing death, see also title III. My polygraph will prove it and, s, Harkins, Wade, Uholla, Jump, Gillie, Bayless, Brown, Schriro, Jan, Nielsons, Frigo, Trapp's, Ryan, stand alone publication, Internal affairs, A.G. Liaison, Bivins, Jump, Drake, Ruiz, Vaga, Coleman, Smith, Hollings, Sedillo, Wills, Ribbins, Hennessy, Goddard, Rudd, Baily, Carter, others who have worked or retired, and some, that have taken thier place... Harkins, Wade, Uholla, personally gave me information, when they made "comments" for example like, "IF I can tell that they caused you to do something you should not have done," "I wont give you the ticket." Or "they just want to make sure you are doing things right." And Uholla said, "Someone is Fighting you, Greer," "and you dont know how to fight back." All of the mistakes I've made while writing this document is because

ADOC workers know, IM writing the truth and are monitoring what IM doing, even when IM on the toilet... And they are all wrapped up in a game which challenges Me to expose, stop them from continuing to function illegally... See the definition of undue influnce and Mentacide, Demonstrating inmates who were found dead were not acting on thier own accord, Thoe thier untimely death's have been ruled as suicide....", My key witness is a Man name Troy Thomas from California testfing the. Mentacide is used to stop people from doing things correct such as thinking, reading, or and interfer with thoes, plus other things, we should be able to do without complication. No one can defend thier self from thoes who are in control of the devise, All inmates who have been writing things that tell what's going on at ADOC, documents will have tell, tell signs of "many errors" supporting, they are finding it almost impossible not to make Many mistakes, while writing. Ordinary I can write letters, etc, without making any mistakes, As I did before coming to the system, Making out phone bill's, Job applications, other things. I like to be in control of My own thinking Just as others and we should be able to stop state workers who are interfering with it. People who have invented trapp, trace, other devises, will be able to demonstrate that someone has pattent rights to the one IM sure has been combined with others, you've heard of before, which makes it very intellect, interceptive, etc. I am 100% compentent, I use to play crazy, I know that it is difficult for you to belive this, But if IM not taken seriously other inmates will be forced to kill thier se-

...

IF. Wherefore petitioner request the Court to grant the relief. I declare under penalty of perjury the foregoing true and correct. Respectfully submitted. April 26th 2016 Loretta Ann_____

# CERTIFICATE OF MAILING

I hereby certifie that on aprox April 26th 2016 petitioner requested Clerk of ADoc to pick up orignal so copies may be authorized of this notice and petition plus its twenty eight exhibits. per D.O. She has three working days to authorize copies or three days. And as soon as the orignal plus six copies, I requested are returned which should be no later then May 3rd 2016 Orignal plus three copies will be / was turned in to CoII Casper with supporting declaration. For U.S. District Court Clerk to file forward to Judge

. Copy turned in for ACLU May third 2016
. Copie Attorney General Mark May third 2016 pursuant to ADoc Mail box rules  *Louella Ann Olsen*

10. of.
   10
plus 28