ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

EXHIBIT #1

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria* *(Use este formulario para describir un problema a la vez!*]

SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* X Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Something has been put in my stomach [illegible]
[illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión politica de este estado.]

EXHIBIT #2

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: GREER, LORRETTA ADC No.: 155667 Case No.: B02-047-015

Institution: ASPC- PERRYVILLE/SPEC MGMT Date Received: December 31, 2015

I have reviewed your Grievance Appeal wherein you allege that you have received conflicting information about the presence or absence of a yeast or bladder infection.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. On 11/13/15, you were seen at the nurse line for complaints of dysuria, foul urine odor and vaginal discomfort. Examination showed no acute findings and urinalysis was essentially normal except for the presence of blood and leukocytes. Urine culture was ordered and you were advised that you would be followed at the provider line. On 11/23/15, you were evaluated by the onsite gynecologist. He noted that your urinalysis showed the presence of protein, leukocytes and nitrates and your urine culture was positive for Group B streptococcus infection; you refused to be examined during this visit. The provider wrote that you have a history of cervical cancer for which you have refused treatment. These findings were discussed with you and you were also advised about the increased risk of urinary tract infection in the presence of cervical cancer. You were prescribed Penicillin V-K (250 mg tablet) to be taken at one tablet three times daily for 10 days to treat your urinary tract infection. During subsequent medical visits, you made no mention of any urinary issues. Based on these findings, no further action is necessary regarding your appeal.
2. Please submit a Health Needs Request (HNR) if you have additional medical concerns.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

By [signature]
Charles L. Ryan, Director

3/22/16
Date

cc: Facility Health Administrator, ASPC-Perryville
C.O. Inmate File

EXHIBIT #3



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Greer, Loretta | 155667 |

| INSTITUTION/UNIT |
|---|
| ASPC PV Lumley |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| McWilliams, Carson Division Director | Offender Operations |

I am in receipt of your inmate letter dated 03/14/16 concerning staff processing your mail I have the following information:

As previously stated, "The mail room processes your legal mail in accordance to policy. If the legal mail is determined not to be valid, it will be returned to you as contraband items". The mail room is referring to your unit mail room or the mail officer picking up the mail from your cell. If you do not mark the letters as legal mail, it can be opened and inspected. The mail returned to you as contraband, has not been legal mail, it was poems, songs, drawings etc.

cc: Judy L. Frigo, Warden, Perryville
Carol Ortiz, Deputy Warden, Lumley Unit
File P.O. 61

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] | 3/24/16 |

Distribution: Original – Master File
Copy - Inmate

918-2(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**



| RECEIVED BY | Danner |
|---|---|
| TITLE | CO II |
| BADGE NUMBER 458 | DATE (mm/dd/yyyy) 3-18-16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Greer Loretta | 155667 | 3-16-16 |
| INSTITUTION/FACILITY: Perryville | CASE NUMBER: | |
| TO: GRIEVANCE COORDINATOR: D.W. Ortiz | | |

**Description of Grievance** *(To be completed by the Inmate)* The Aclu didnt Mention My Class action Complaint but it was in their envelope This has My inFormal, Co3 Danner responce to it a letter From prison law oFFice, a rough draFt oF a letter I turned in For them on aprox 2-18-16, SelF help inFormation they sent Me.

And a Class action Complaint I turned in For ACLU attorneys on 2-22-16. I want to ask them what the letter they recived said, Becouse, IF you look at the one From them that is attached here you will see, They Stated in part we cannot provide assistance on issues in your letter, they are not related to the isolation unit. Then look at My rough draFt attached, which a Clear draFt was turned in For them, I've under lined the statements that brought red Flags up, when I read thier letter. Becouse Mine address Solitary/Isolation, Issues.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* I Submitted an Emergencie phone call request, Becouse I dont have legal envelopes and it need to be discussed. I Filed inFormal to Co3 Danner plus Emergencie Phone Call request, Becouse the Same thing is being indicated by them and riskmanagment. Althoe I turned in inFormation that is SuFFicent For them to help Me, Thoes things seem to not be what they recived, aFter ADOC workers who dont want to be sued, picked up the mail I addressed to ACLU. Allow Me to Call and address this, investigate, etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Loretta Ann Greer | 3-16-16 | Z Weiss | 4/4/16 |

**Action taken by Documentation of Resolution or Attempts at Resolution.**

Unprocessed. We cannot control another agencies desire to communicate with you. This is not a grieveable matter and you may not proceed to the next step.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| Z Weiss | 5171 | 4/4/16 |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

EXHIBIT #6



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | [signature] |
|---|---|
| TITLE | CO III |
| BADGE NUMBER | 4580 |
| DATE (mm/dd/yyyy) | 3-18-16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Greer Loretta A | 155667 | 3-16-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Perryville | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)* See Brewer V. Wilkinson 3.F.3d 816, 826 (5th Cir 1993) Demonstrating ADOC workers may not interfer with rights associated to the U.S. Constitution: This has my informal, CO3 Danner responce to it, as well as a responce From McWilliams plus one page From inside the bars SMA. That ADOC workers printed out and gave to all inmates, attached. Pursaunt to the 1st amendment Prison officials may not interfer with a prisoners exercise of these right, unless the interference is reasonably related to a legitimate penal intrest. The 5th 14th amendment prohibit goverment / ADOC workers From depriving inmates of life, propert, liberty without due process. State workers intrusion into attorney client relationship violates the 6th amendment. The constitutation guarantees prisoners the right of access to the court. No policie nor ADOC worker has a right to stop me From sending out evidence that show I am the author of over thirty books, And inventer of games in some of them, etc. Nor From handing them over to secure pattent / copyrights, sell, etc. As McWilliams has.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* With respect to ADOC workers perventing me From sending out evidence that show they are guilty see pg4 here I Filed informal about the issue of McWilliams indicating I can not turn evidence in to Attorners, Judges, Clerk of Court, assistents, which will allow them to acknowledge I am the author of over 30 books etc. And allow them to establish that I own the copy rights, pattern rights, books, etc, and not ADOC workers who indicate they are going to stop me From exercising my 1st, 5th, 14th, 6th amendment rights, or their D.O. dose without legit penal intrest. I resolut you tell Ryan this and investigate McWilliams plus others involved, etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Loretta Ann Greer | 3-16-16 | Z Weiss | 04/04/16 |

**Action taken by Documentation of Resolution or Attempts at Resolution.**

Div. Dir. McWilliams has already addressed this matter and is not grievable by yourself.

Unprocessed. You may not proceed to the next level.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| Z Weiss | 5171 | 4/4/16 |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS
EXHIBIT #7
**Inmate Letter**

Need to file a informal regarding risk Management for false policy notice of claims

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 3-15-16 |

| To | Location |
|---|---|
| Legal Access Monitor | Central office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3-14-16 I recived a Inmate letter from Division Director MC Williams which indicate he is trying to dictate what I Send my attorneys, Judges, Courts, Clerks, assistent, as evidence to prove his or any other Folk in AZ Official positions guilt. I request that you stop him and any others at Lumley / Complex who are doing this. Allthoe none of the legal mail Ive turned in since 5-1-15 to the present has been returned stating it is in violation of any section of D.O. 902.11, MCWilliams indicated I could do nothing that will allow my attorneys, Judges, Court Clerks, to establish, acknowledge that I am the author of booklets that have my Jokes, knock-knocks, Songs, poems, Brain Teasers, Rhymes, Riddles, Trivias, Screen plays, word block counting spelling games, Christian stationary penpals etc, The lords spider that stays on a web, Snuffy Groffy, Teetor Totter, Christian Counting numbers, alphabets, booklets, Connecting lines to Gods message booklets, DR. Loretta Christian Children Numbers, Alphabets, Spelling words, Countin Games. % which I personally thought of, invented, designed, a pattern for plus rules, etc. And that my attorneys, Judges, Court Clerks, assist, Prisons Foundation Director who help inmates maintain thier Copyrights etc. Could not be sent these things which are my evidence that IM the owner/author, Not you or any other State worker who wants them. He also indicated Staff are opening legal mail after they take it from me. which violate D.O. 902.11-1.4.2.2. It is to be inspected in my presence only!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 3-15-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name: I declare Under Penalty of Perjury the foregoing true and Correct [signature]

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

EXHIBIT # 8

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville/Lumley/ | 3-19-16 |

| To: | Location |
|---|---|
| PREA sent c/o C. Totten at law | CENTRAL OFFICE — PREA — |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

It appears to me that you dont care however IM going to let the ADOC Files / records reflect that, My polygraphtest along with others at this prison, will prove, Director Ryan, warden Frigo, warden Ortiz and Willis... As Well, as Internal affairs, SSU, Stand alone publication workers, A.G. Liaison, Family & Friends Cassano, CIU, COIIs COIVs, LT, Majors, Administration workers, Captians, Sargents, CO3s, Are allowing inmates who are in homosexual relationships, That they personally know about, to be roomates, in SMA / G.P... And are allowing the homosexuals who are officers, etc of mail and property to keep 99 percent of my men pen pals away from me, Becouse I wont be a homosexual any more. And the ADOC workers wont to have, plus use things of mine to benifit thier self illegally. On 3-19-16 I heard a inmate tell another one "I'll kill you if you try to leave me. The officers heard this and did nothing, Also inmates Ravian is sending letters out to another Female & others who arent authorized are doing this. Mail & Property is letting homosexual letters come through. Stop this please.

Inmate Signature: Loretta Ann Greer

Date: 3-19-16

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

EXHIBIT #9

**Inmate Letter**

call ask for copies of what Aclu etc recivd

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-4-16 |

| To | Location |
|---|---|
| D.W. Ortiz | Admin / Lumley |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3/23/16 you wrote " you need to provide me with a copy of the item you claim has been put in the letter. you will have to contact Attorney General Mark Brnovich, ACLU and state bar Az, As well, as Alliance Defence. And ask them to send you a copie of every thing they recived with my name on it. Then we will compare that to copies of the notice of claim's I turned in as well as other things, which these agents are indicating they didnt recive.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-3-16 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No Mail and property officer

If yes, give the staff member's name: Unknown

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 10

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

unbelivers Challanging me and God who I belive in to stop them from doing

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-4-16 |

| To | Location |
|---|---|
| Senior Chapland Holder | Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please Send me the names of any all Senior Chaplins / Chaplians / Imans who have retired, quit, etc that you have on File or know of.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-3-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS
EXHIBIT #10 U
Inmate Letter

Bank Application held? Letter for Margaret, Brian, Drewess, Fred, Ann, Shelton

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-11-16 |

| To | Location |
|---|---|
| McWilliams | Central OFFice |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please Check with SSU, and CIU OF Complex / Lumley, And ask IF they or any one you Know is holding a bank application For My loan. As well as any Other Mail OF Mine. Becouse no siezd property / contraband reciept has been issoed. And a lot OF Mail that Should be deliverd to Me has not been deliverd. The people I've had My Spiritual Family Send mail to would not ignore My letters. I want to Know what CIU, SSU, A.G. Liaision have in thier mail Files Conserning Me as well, as any one elce working For ADOC So I Can have an attorney Subpeona it in to Court, Find out why it is being kept From Me. Nothing IM doing is Illegal I'll prove that in Court. I declare Under penalty of perjury the Foregoing true and Correct.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta A Greer | 4-11-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name.

Distribution: Original – Master File
Copy - Inmate

**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT #12

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Greer Loretta A | 155667 | Perryville | 4-8-16 |

| To | Location |
| --- | --- |
| MC Williams | 30 yard |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3-18-16 Danner Signed for and took aprox Seven notice of Claims, A 20 page Class action law suit, One page from inside the bars SMA Created by ADOC workers, Self help inform ation packet plus supporting attachments.? with two grivances. I have proof which is his Signature. And On that date my polygraptest will Show he gave them to Co3 Stevens to put in the box that was being pushed on a Cart with other papers in it. I want to take a polygraptest to Support this, Becouse COIV Weiss Stated She never recived these things which are in Support of My grievance Facts. I request you set it up.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
| --- | --- |
| Loretta Ann Greer | 4-8-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT #13

**Inmate Letter** 18

weiss / ortiz

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | perryville | 4-7-16 |

| To | Location |
|---|---|
| Director Ryan | Central office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Various grievances as well, as appeal's have been returned to me unprocessed that are not in violation of any section of D.O.802. My evidence show that COIV weiss is a lier, I'm ~~very disapointed to see that she dose not~~ have my best interst in mind, nor dose D.W. Ortiz, Frigo, you and others from what I've personally wittnessed. I request that you have Mc williams review my grievances and appeals, And process them. I dont feel safe becouse weiss and ortiz are telling lies, not processing them. And the Co3 wont investigate as D.O.802 directs!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-7-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT #14

**Inmate Letter** 18

Lying Like cant take polygraph

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | perryville | 4-7-16 |

| To | Location |
|---|---|
| McWilliams | Central office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

The Co3s and CoIVs are Lying like IM not allowed to take a polygraptest. See D.O. 603.01-1 1.3. I request that you arrange for me to take One as the Court will to Support My allegations / Facts against ADOC workers. That I've stated in informals, grievances, Appeals, Notice OF Claim's, petitions, Complaints, Letters. I declare " under penalty of perjury the Forgoing true and Correct. please dont try to help your coworkers hide the truth A lot of dr's who were hired by Superior Court of Az have discoverd I'M 100% Competent. Also State why you won't allow me to take a polygrap IF your answer to my request is no.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-07-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 15

**Inmate Letter** 18

Weiss indicator she is going to keep try make it appear as the crazy

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-7-16 |

| To | Location |
|---|---|
| MC Williams | Central office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CoIV Weiss has shown me evidence and given them to me, which I'll use in Court to prove she is a lier, who must face the conclusions of a Judge or Jury will make. She is declaring that IM Crazy thoe she is not a doctor. And indicating that DR Honkey, Discovery unit workers, Attorney General liaison, A.Gs who arent working Central office along with Ryan, Internal affairs, Legal access monitors, CIV, Frigo, Ortiz, want me to pretend to be incompetent like I use to do, Before Jesus Changed my heart. This is making me feel unsafe as well, as some other unprofessional things she is doing. I request that she be replaced for my safty

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-07-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT#16

**Inmate Letter** 18

RC diagnostic Test

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-10-16 |

| To | Location |
|---|---|
| DR HONKEY / D.Dye | Central OFFice |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am requesting that I be given diagnostic test, psyche-valuation, polygraphtest which will demonstrate as the DR hired by Superior Court OF AZ has, That I am 100% Co-mpentant. And I advised Medical staFF over eight ye-ars ago, That I was only Faking a mental illness whil-el reciving SSI in the Community, And while I was in WTU program. I have evidence that some ADoc State w-orkers are trying to Force Me to play Crazy like I use to. And that they are FalsiFieing ADoc Files/records, logs to Make it seem as thoe IM Crazy. I have witne-sses who will testFie ADoc State workers are taking things out OF envelopes, That I put in them. And that they are doing these things to Stop Me From exposing some-thing very awFul, which I'll prove involve 99% OF all OF y-ou. IM not hearing psycotic voices, nor seeing things, I dont have a p-roblem communicating, reading, writing, understanding, thinking, drawing, nor doing other things. And request the licences OF any DR Claiming Other wise be taken. I declare under penal-ty OF Perjury the Foregoing true and Correct. Loretta [signature]

INMATE SIGNATURE

DATE (mm/dd/yyyy) 4-10-16

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



ARIZONA DEPARTMENT OF CORRECTIONS
EXHIBIT #17
Inmate Letter 18

petition for court Turned in

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-11-16 |

| To | Location |
|---|---|
| General Counsel | Central OFFice |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM Sending this becouse I Just thought I Should let you Know beFore your Served with a lawsuit For Failer to act while My right to exhust is being violated. one oF the issue's I grived this Month is in regard to McWilliam indicating I can not Send My Songs, poems, Jokes, Brain-Teasers, Funny Things, Comics, puzzles, Knock-Knock who's There, SnuFFy GroFFy, The Lords Spider, Numbers, Alphabets, Counting, Spelling, word games Manuscripts, Stationary pattern's; etc that I've created out to attorneys who work with Publishers, plus Secure Copyrights, "U-S pattent rights For My work, Inventions, Ideas. I have evidence From Copyright OFFice that Copyright registration is a legal Formality intended to make a public record OF the basic Facts OF a particular Copyright. And beFore My InFringment Suit Can be Filed against ADOC/State workers and any others who have indicated they are illegally Circumventing things I created, thought oF, etc, to thier beniFit I Must be able to Continue Sending My things out to an attorney who will help Me establish registration, etc. I am legally entitled to Submit My application, work in to the Copyright OFFice Since IM the author, Have Permission From others to use things they Publish to go with My work I also request that you Stop McWilliam, A.G. Liaison, From InFringing on this right and any others involved in it.

INMATE SIGNATURE: Loretta Ann Greer

DATE (mm/dd/yyyy): 4-11-16

Have You Discussed This With Institution Staff? ☐ Yes ☐ No I Filed InFormal/grievance Weiss wont Process it

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 19

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-04-16 |

| To | Location |
|---|---|
| Legal Access Monitor | Central office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I will be Calling you to Court to testifie weather or not you've recived any of the many inmate letters I've turned in regarding parlegal lying in order to deny my access to the Court. And a polygraph test reading will show that I am not lying. I want all of the legal documents she refused to authorize reviewed by you and the Court who they are for. So they will see that they are signed and only the back page's that are not for Judge Coury review have been previously used for other purpose. All attachments are marked and numberd I declare under penalty of perjury the foregoing true and correct.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Loretta Ann Greer | 4-4-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS
EXHIBIT #14
**Inmate Letter**

perlegal

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-21-16 |

| To: | Location |
|---|---|
| Parlegal Ulibarri | Resource Library |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please State in writing and be Specific about why you did not authorize my Copies on 4-1-16. Be-Couse my polygraphtest will show all of my legal documents are and were Signed when you recived them. what makes you think they are alterd? From my understanding Clerk Jones indicated that you lied like I removed Some words or put some on documents that are not Suppose to be there for the Court to review. The paper I used to prepare my document's had been previously used on the other Side only. And the Court was not directed to See that Side of the pages. I would like the Court to determin weather or not I've done any thing wrong and will take a Polygraptest to show that I didnt. I request you take one. I declare under penalty of perjury the foregoing true and Correct.

Inmate Signature: Loretta Ann Greer

Date: 4-21-16

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

18

EXHIBIT #20

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta | 155667 | Perryville | 4-4-16 |

| To: | Location |
|---|---|
| CIU Glerke | CIU Complex investigations |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I have asked the Co3 to email you this to make sure it is recived, since I've turned in serveral for you and no responce has came. I'd appreciate if you would do what investigator kerr indicated he'd do on 5-30-06. He wrote in order for me to make the inquiries into the mail not recived by your pen-pals, you will need to make a list of the pen-pals so I may make contact with them. I have new plus old evidence I'd like you to see that support Complex/Lumley workers have a schame going on conserning my incoming mail. They are taking things out of envelopes so when people who will assist me get the envelope what ever is inside of it dose not make sence/ or is not in thier scope of duty. From my understanding A.G. Liaison, Inspector General, Internal affairs, SSU, as well as, Ryan, Frigo, stand alone publication, Major, Capt you and others are all in on the scheam trying to avoid Justice. I declare under penalty of perjury the Foregoing true and Correct.

Inmate Signature: Loretta Ann Greer

Date: 4-4-16

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 21

**Inmate Letter**

18

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | perryville | 4-7-16 |

| To | Location |
|---|---|
| D.W. Ortiz | Admin / Lumley |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

There is a Serious Conflict of interest between me and CoIV weiss. who you directed to process my grievance appeals. On 3-28-16 you returned them to her and have wrote at the bottom 3-28-16 - returned unprocessed to inmate. Must be sent through grievance Coordnaitor. It seems like you have chosen to ignore the fact that CoIV weiss didnt process any of them thoe they are not in violation of any section of D.O. 802. looks like you are going to be in Court with her and others who are trying to silence me and violating my rights. I request you have them processed

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-7-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS
EXHIBIT

**Inmate Letter**

18 legal event Kate

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-8-16 |

| To: | Location |
|---|---|
| Senior Chaplian Holder | Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I want to know why the minors are not being offerd church?

| Inmate Signature | Date |
|---|---|
| Loretta Ann Greer | 4-8-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter 18

EXHIBIT # 23

No mail 4-6-16

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | perryville | 4-8-16 |

| To | Location |
|---|---|
| McClellan | 30 yard |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 4-6-16 you passed out U.S. postal Mail that was not legal, However you indicated to your Coworker Booker that there was not any U.S. postal Mail For Me. And My polygraph test will along with yours show you did not give me any U.S. postal Mail. please dont help your Coworkers hide the truth. They at Complex/Lumely are stealing 99% OF My U.S. postal Mail. Its a Crime. It is being indicated that you are involved. I request that you state the truth below or on your Inmate responce that you did not give me any U.S. postal Mail On 4-6-16 & declare under penalty of perjury the Foregoing true and Correct.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Greer | 4-8-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 24

**Inmate Letter** 18

No Mail 4-7-16

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-8-16 |

| To | Location |
|---|---|
| Sargent Miller | 30 yard |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 4-7-16 your officer passed out US postal mail, plenty of Mail Should be Coming in For Me. More then three web sites have my pen pal ads. Courts and attorneys as well, as many other's have been Sent Mail Conserning me. ADOC workers are robbing me For 99% of My mail etc. your officer didnt give me any & request that you have him or her put that nothing was deliverd to me on 4-7-16 for a court of law. please dont try helping your coworker hide this truth. The Case that is about to be filed against them will bring all of what they have done to thee public eye's & declare under penalty of perjury the forgoing true and Correct

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Ann Greer | 4-8-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

EXHIBIT 4 ADC

**Inmate Letter**

Please return Copy

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 1-06-16 |

| To: | Location |
|---|---|
| Director Ryan | Central Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Pursuant to ADOC D.O. 916 Staff Inmate Communications Proceedures / Methods of Communication 916.01-1.8 & 916.02 1.1.-1.2. I would like your permission to tape record what ADOC workers are saying to me regarding my mail, etc. It will be used in a Civil Court of law as evidence. Per D.O. 916.01-1.8 the Communication Method must be approved by you, or deputy director, division directors, Regional Operations Directors, wardens, Deputy wardens or administrators. And pursuant to 916.02 I can not record personal nor official Conversations with out the knowledge / Consent of other people. I request that you provide me with a tape recorder and let ADoc Workers Know I want to record our Conversations, so they may give thier Consent. This will reduce any potential misunderstanding about what is being said between everyone, And will prove I am not crazy nor lying on ADoc workers who have/are violating me etc.

Signature: [signature] Date: 1-06-16

If yes, ...

Discussed This With Institution Staff? ☐ Yes ☐ No

...er's name:

Distribution: Copies ...rd File

916-1



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT # 26

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville/Lumley | |

| To | Location |
|---|---|
| C/o Attorney C. Totten PREA | Central OFFice |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

It appears to Me that you dont Care, however IM going to
let the ADOC Files/records reflect, That My polygraph te-
st along with others will prove, Director Ryan, warden F-
rigo, warden ortiz & willis... As well, as Internal AFFairs, S-
su, stand alone publication workers, Attorney General Liais-
on, Family/Friend liaison, CIU, CO IVs, CO IVs, L.T.s, MaJor C-
olman, Administration workers, Captians, Sargents, CO3s,
CO IIs, Are allowing inmates who are in homosexual relation-
ships, That they personally Know about, To be roomates
in SMA/G.P...And are allowing homosexuals who are OFFic-
ers, etc OF Mail and property, To steal 99% OF My Men
pen pals Mail away From Me, And Some OFFicials who are-
nt gay Becouse I wont be a homosexual any more. And
becouse I refuse to give them presents, gifts, ideas,
inventions etc. God has blessed Me with. Also a lot OF oth-
er Mail From attorneys, Big Idea, Invent Help, Black
woman Blue print, etc has not been deliverd. Becouse
Some ADOC workers along with Central OFFice are try-
ing and or planing to illegally benifit OFF things God
bless Me with. I will not give in to the presure of
these Folk. And request that you take action. I decl-
are under penalty OF perJury the Foregoing true and Correct.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Loretta Greer | 3-22-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**
EXHIBIT# 27
**Inmate Letter** (8 list the names addresses on log for dates of

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Greer Loretta | 155667 | Perryville | 4-11-16 |

| To | Location |
|---|---|
| COII Danner | 30 yard |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please look on the Computor and Send Me a list of all the names plus addresses For people who Should be on the legal log outgoing Sheets For the Months of January 2016 up to the present, So I Can Compare what you all have to what I've recorded.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Loretta Greer | 4-11-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12