1  LORETTA ANN GREER-#195667 ADOC
2  ASPC PERRYVILLE PRISON-A-42-04
3  P.O. BOX 3300 Goodyear, AZ 85395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 7  PARSON'S Et, al. | CASE# 2:12-CV-00601-NVW--MEA |
| 8  Plaintiff's | DECLARATION #1 IN SUPPORT OF NOTICE OF RY- |
| 9  V. | AN et,al. BEING IN CONTEMPT, PUTTING OTH- |
| 10 Defendants | ER THING'S IN PLACE OF WHAT PARSON'S et,al. |
| 11 RYAN et, al. | TURN IN, PETITION FOR COURT TO SEND ACL- |
| | U COPIE OF THIS, AND FILE EMERGENCIE INJU- |
| | NCTION, TELLING RYAN "NOT TO CAUSE DEATH" |
| | "ALLOW ATTORNEY CONTACT," STOP STEALING.!! |

FILED ✓   LODGED
RECEIVED   COPY
MAY 0 6 2016
CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY         B  DEPUTY

16 Petitioner Loretta Ann Greer respectfully file this 1st declaration in support
17 of notice of Ryan et,al being in contempt of Court order From this court,
18 Judge whom approved Settlement of the case, putting other things in plac-
19 e of what me and other inmates AKA persons et,al turn in For ACLU.!!
20 And petition For court to send ACLU a Copie of this, And I request.
21 ACLU to File an emergencie injunction requesting court to file a emergen
22 cie injunction, telling Ryan et,al. Not to cause the death, allow attorney.
23 contact, stop stealing, circumventing songs, jokes, poems, etc, Refusing Medical.
24 attention, process grievance's, respond to inmate letters, HNRs and its su-
25 pporting exhibits, And request relief For the Following reasons. I've got.
26 evidence ADOC/state workers are in contempt of the court order sin-
27 ce I've put in HNR's month's ago and have not been pulled for an.
28 appointment. I've got evidence, proof ADOC workers are putting thing-
29 s in place of what Pearson et,al turn in For ACLU so we can no-
30 t recive help from ACLU, My info proves Ryan, et. al. and others have,
31 caused the death of over seven people, Ryan et,al and other state-
32 workers will keep causing deaths, if action is not taken, see declaration # 2..

I declare under penalty of perjury the forgoing true and correct. Respectfully Submitted April 26th 2016 Louth Ana Ogu

page # Two OF Three declaration # One OF Seven

— CERTIFICATE OF MAILING —

I hereby Certifie that on Aprox April 26 2016 I requested Clerk to pick up thee orignals so parlegal can authorize Copies required for Filing. She has three days to do so. And on aprox May 4th 2016 if Copies were returned with orignals petitioners turned originals plus three Copies in to Adoc workers, of Mail/property to send Clerk of Court/copie Judge/copie, ACLU, Copie A.G. Mark, pursuant to Mail box rules.

Youtha Ann Green

Pg Three of Three Declaration # One of Seven