Loretta Ann Greer-ADOC#155667
Perryville/Lumley 42-04 A Yard
P.O. Box 3300
Goodyear, AZ 85395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PARSONS et. al.
Plaintiff,
v.
Defendant,
Ryan et. al.

CASE 2:12-CV-00601-NVW--MEA
DECLARATION #2 IN SUPPORT OF NOTICE OF Ryan et. al BEING IN CONTEMPT, PUTTING OTHER THINGS IN PLACE OF WHAT PARSON et. al TURN IN, PETITION FOR COURT TO SEND ACLU COPIE OF THIS, AND FILE EMERGENCIE INJUNCTION, TELLING RYAN "NOT TO CAUSE DEATH", "ALLOW ATTORNEY CONTACT" STOP STEALING."

FILED ___ LODGED ___
RECEIVED ___ COPY
MAY 06 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IF My info, polygraph test, witnesses, are taken, reviewed, and investigated My evidences, witnesses will prove Ryan et. al. has been stealing, circumventing My songs, jokes, poems, ideas, inventions, songs, manuscripts, etc. As well, as other inmates who prepare things different from one another, and 99 percent of our mail is being stole, circumvented unlawfully by him and other state workers. My info, evidence, witnesses will prove it is illegal for Ryan et. al. as well, as other state workers to profit from inmates work/mail, pen-pals, etc. And that they did not have permission to do so from inmates who are dead or alive. My info, evidence, polygraph test will prove undue influnce, mentacide is/has been used to coerce inmates into killing thier self, etc. And that bacteria growth plus whatever elce state workers are putting in our food causes infections, death, etc. We are not being allowed to exhaust administrative remedies, grievances are being returned unprocessed, thoe they are not in violation of any section of D.O. 802. And have genuine issues related to this peti

1. OF 3.

tion. I declare under penalty of perjury the forgoing true and correct. Respectfully Submitted 4-26-16 Loutta O'Sn___

Two of Three 2nd declaration

CERTIFICATE OF MAILING

I hereby certifie that on Aprox April 26 2016 I requested Clerk to pick up thee originals so parlegal can authorize co. pics required for filing. She has three days to do so. And on aprox Aprox May 4th 2016 If copies were returned with originals petitioner turned originals plus three copies in to ADOC worker, of Mail/property/ to send Clerk of Court/ copie Judge/ copie ACLU/ copie A.G. Mark pursuant to mail box rules. Louella Olsen

pg # Three   Declaration # Two