1  LORETTA ANN GREER 155667 ADOC
2  ASPC PERRYVILLE PRISON-A-42-04 SMA
3  P.O. BOX 3300 GOODYEAR, AZ. 85395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PARSON'S Et, al.    : CASE # 2:12-CV-00601-NVW--MEA
Plaintiff's,        : DECLARATION #3 IN SUPPORT OF NOTICE OF RYA-
       V.           : N et.al. BEING IN CONTEMPT, PUTTING OTHE-
Defendant's,        : R THINGS IN PLACE OF WHAT PARSON'S Et.al.
Ryan Et. al.        : TURN IN, PETITION FOR COURT TO SEND ACLU
                    : COPIE OF THIS, AND FILE EMERGENCIE INJU-
                    : NCTION TELLING RYAN "NOT TO CAUSE DEATH
                    : ALLOW ATTORNEY CONTACT, STOP STEALING."

FILED LODGED RECEIVED COPY MAY 06 2016 CLERK US DISTRICT COURT DISTRICT OF ARIZONA BY_____ B_ DEPUTY

Petitioner Greer hereby declare under penalty of perjury that." #1. IF My info, polygraph, witnesses, are taken, reviewed, and investigated they will prove, over one hundred letters have been sent to diffrent agencies such as "Big Idea Entertainment, Invent Help, Black Woman Blue Print, Bank Of America, And no responce have been deliverd by state workers, For 99% of that as well, as other Mail. IM on More then one pen pal website/list, am not being allowed to send 99% of My Mail back and Forth, Nor are other inmates reciving thiers. Non of the things IM doing are illegal, against rules, D.O., or and threaten officials, public people. IM not being allowed to take polygraph test as department order state, inmates who make allegations against staff should be. IM 100% competent, doctors hired by Superior Court of AZ will testfie to this fact. Me and other inmates face a liklichood of death, have, are suffering serious physical injury. Our rights to the 1st, 4th, 5th, 6th, 8th, 14th, amendment to thee US Constitution has been violated. State workers are taking certificates of Mai

lings off petitions, etc. See declaration # four. Respectfully submitted April 26 2016 By Loretta Ann Olsen

page Two of Three declaration # Three.

— CERTIFICATE OF MAILING —

I hereby Certific that On aprox April 26 2016 I requested Clerk to pick Up thee originals so paralegal can authorize Authorize Copies required for filing. She has three day's to do so. And On aprox May foorth 2016 if Copies were returned with originals petitioner turned originals plus three Copies in to ADOC workers of mail/property to Send Clerk Of Court / 1 Copie Judge / Copie ACLU, Copie Mark, pursuant to mail box rules. /s/ Joseph Zoulka

Pg Three, OF. Three Declaration # Three