Loretta Ann Greer - 155667 ADOC
ASPC Perryville Prison - A-42-04
P.O. Box 3300 Goodyear, AZ 85395

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| PARSON'S et.al. | CASE # 2:12-CV-00601-NVW---MEA |
|---|---|
| Plaintiffs, | DECLARATION #4 IN SUPPORT OF NOTICE OF RYAN et.al. BEING IN CONTEMPT, PUTTING OTHER THINGS IN PLACE OF WHAT PARSON et.al TURN IN, PETITION FOR COURT TO SEND ACLU COPIE OF THIS, AND FILE EMERGENCIE INJUNCTION TELLING RYAN "NOT TO CAUSE DEATH, ALLOW ATTORNEY CONTACT, STOP STEALING. |
| V. | |
| Defendants, | |
| RYAN et.al. | |

FILED ___ LODGED ___ COPY
RECEIVED ___
MAY 06 2016
CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ B. DEPUTY

Petitioner Greer AKA informent declare under penalty of perjury that, IF My info, polygraph, witnesses, are taken, reviewed, and investigated they will prove, responces to 99 percent of inmate letters are not being answerd, No seized property/contraband reciepts are being issued for things state workers have of inmates, state workers are refusing to let me send My Manuscripts, Jokes, poems, Brain teasers, Games, etc I've personally made up, thought of, invented, as well as the specifications of My Christian inventions/ideas to attorneys, publishers, Judges, etc, who will acknowledge they are Mine, assist me with registering My Copyrights, etc. Becouse Ryan et.al. and other state workers think they are going to use/keep My things as well, as other inmates to take care of thier self. And that COIV Weiss others wont allow us to make legal call's to ACLU, nor other attorneys, Becouse they know they are guilty, stealing, killing, sobatoging Mail, And want to continue doing these things, Are challangeing Me and others to stop them From doing t-

the things we complain about. I declare under penalty of perjury the Foregoing true and Correct. Respectfully submitted April 26th 2016 Louella Ann Olson

2 OF 3 Declaration # Four of Seven

CERTIFICATE OF MAILING

I hereby certifie that on aprox April 26 2016 I requested Clerk to pick up three origuals so p- arlegal can authorize copies required for filing. She has three days to do so. And on aprox May 4th 2016 if copies were returned with origuals p- etitioner turned origuals plus three copies in to ADOC worker of mail and property to send Clerk of court / 1 copie for Judge / 1 copie ACLU / one copie A.G. Mark pursaunt to Mail box rules. *Louis Open*

page # Three of Three Declaration number Four