Loretta Ann Greer-155667 Adoc
ASPC Perryville Prison-A-42-04
P.O. Box 3300 Goodyear, Az 85395

IN THE UNITED STATES DISTRICT COURT OF ARIZONA
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARSON'S et, al. | CASE # 2:12-CV-00601-NVW---MEA |
| Plaintiffs, | DECLARATION #5 IN SUPPORT OF NOTICE OF R- |
| V. | YAN et, al. BEING IN CONTEMPT, PUTTING OTHER |
| Defendants, | THING'S IN PLACE OF WHAT PARSON'S et, al. |
| RYAN et, al. | TURN IN PETITION FOR COURT TO SEND ACLU |
| | COPIE OF THIS AND FILE EMERGENCIE IN- |
| | JUNCTION, TELLING RYAN "NOT TO CAUSE DEAT- |
| | H, Allow ATTORNEY CONTACT, STOP STEALING |

FILED ___ LODGED ___ RECEIVED ___ COPY
MAY 06 2016
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Petitioner Loretta Ann Greer declare under Penalty of Perjury the following:
IF My info, polygraph, witnesses, are taken, reviewed they will prove state workers have been lying, trying to make me play crazy, like I use to before Jesus changed my heart, I am not lying, Me and other inmates are in immediate danger, being Monitored 24 hours a day, even while showering, going to the toilet, thoe we are not on sucicide, A device has been illegally circumvented into the state system which allows state workers in control of it to use undue influnce, mentacide, the mistakes me and others made while writing, thoe corrected are made 99% of the time, becouse state workers are monitoring every thing we write, interfering with our abilities to complea- te whole sentences and paragraphs, without making errors, 99% percent of the time. They are telling me to be a boy, provide them with things of mine so they'll make money, IM in fear of loosing my life. IF I or another inmate come up dea-

.d, it was/is due to ADOC/other state workers misconduct premeditated. I declare under penalty of perjury the foregoing true and correct. Respectfully Submitted April 26 2016

Pg Two. of. Three declaration #5

- Certificate Of Mailing -

I hereby Certifie that On Aprox April 26 2016 I requested Clerk to pick up thee Orignals so parlegal can authorize Copies required for Filing. She has three days to do so. And On aprox May 4th 2016 if Copies were returned with orignals petitioner turned Orig'nals plus three Copies In to ADOC workers of Mail/property to send Clerk of Court/Copie for Judge/Copie for ACLU, Copie Mark. pursaunt to Mail box rules.

Youth Ann efuen.

Pg 3 Of 3 Declaration # Five