1  LORETTA ANN GREER- ADOC #155667
2  ASPC PERRYVILLE PRISON-A-42-04
3  P.O. BOX 3300 GOODYEAR, AZ. 85395
4       IN THE UNITED STATE'S DISTRICT COURT
5         FOR THE DISTRICT OF ARIZONA
6
7  PARSON'S et.al.          : CASE #2:12-CV-00601 NVW--MEA
8  Plaintiff's              : DECLARATION #06 IN SUPPORT OF NOTICE OF
9       V.                  : RYAN et.al. BEING IN CONTEMPT, PUTTING OTH-
10 Defendants,               : ER THING'S IN PLACE OF WHAT PEARSONS et.al.
11 RYAN et. al.              : TURN IN, PETITION FOR COURT TO SEND ACL-
                             : U COPIE OF THIS AND FILE EMERGENCIE I-
                             : NJUNCTION, TELLING RYAN "NOT TO CAUSE DEAT-
                             : H, ALLOW ATTORNEY CONTACT STOP STEALING :

16 Petitioner Loretta Ann Greer "AKA" informant declare under pen-
17 alty of perjury the following is true and correct:
18 If my info, polygraph, witnesses, are taken, reviewed, investigat-
19 ed they will prove Attorney generals, A.G. Liaisons, are in-
20 violation of ER 1.6. A, b, c, ER 3.3.(1)(2)(4). And aware that the
21 other state workers are doing 99% of the things me and
21 other inmates alledge. They refuse to investigate our noti-
22 ce of claims and commit perjury, are involved in on going
23 crimes, have access to devises which allow the infliction
24 of Mentacide, Undue influnce, see electronic surveillance exempt-
25 ed from title III. I have attached all exhibits except #  , I ref-
26 er the court to the files of this court which has it. I ha-
27 ve attached certificate's of mailing to all my documents
28 concerning these issues, and served all parties turned in origna-
29 l plus three copies for Clerk, Judge. I declare under penalty
30 of perjury the foregoing true and correct Respectfully Submitted 4-26-16 Loretta Greer

1 OF 2

FILED  RECEIVED  COPY
MAY 06 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CERTIFICATE OF MAILING

I hereby Certify that on Aprox April 26 2016 I requested Clerk to pick up thee originals so paralegal can authorize copies required for filing. She has three days to do so. And on Aprox May 14th 2016 if copies were returned with originals petitioner turned her originals plus three copies in to Aroc workers of mail/property to send Clerk of Court/ 1 copie Judge/ copie for ACLU, copie mark." pursaunt to mail box rules Louth Ann Osbin

Page Two of Two declaration # Six