1
2  Loretta Ann Creek - ADOC #155669
3  ASPC Perryville Prison - A - 42-04
4  P.O. Box 3300 Goodyear, AZ. 85395
5        IN THE UNITED STATES DISTRICT COURT
6           FOR THE DISTRICT OF ARIZONA
7
8  PARSON'S et, al.                CASE # 2:12-CV-00601 NVW -- MEA
9  Plaintiffs,                     DECLARATION #07 IN SUPPORT OF NOTICE OF
10        V.                       RYAN et, al. BEING IN CONTEMPT, PUTTING
   Defendants,                     OTHER THING'S IN PLACE OF WHAT PEARSON's Et al
11
12 RYAN et, al                     TURN IN, PETITION FOR COURT TO SEND A
   FILED ___ LODGED                CLU COPIE OF THIS, AND FILE EMERGENCIE
13 RECEIVED ___ COPY                INJUCTION, TELLING RYAN "NOT TO CAUSE DEA-
14     MAY 0 6 2016                 TH, ALLOW ATTORNEY CONTACT, STOP STEALING"
15 CLERK U.S DISTRICT COURT
   DISTRICT OF ARIZONA
   BY ___ DEPUTY
16
17
18 IF MY INFO, polygraph, witnesses, are taken, reviewed, and investig-
19 ated they will prove some ADOC, central office, Attorney gene-
20 ral, Risk Managment, workers, who are indicating they are city
21 of police, FBI, Homland Securitie workers, are guilty of doing
22 99 percent of the bad things being said by me and other inma-
23 tes, They are doing things to us illegally for the very purpose of
24 causing death, to profit and get thier kicks, over ten inmate-
25 s have been found dead becouse of them. They must be indited cha-
26 rged with the crimes, held liable. They will not suffer harm whi-
27 ch is greater then inmates have by not being able to contenu-
28 e doing the Foregoing, since it is prohibited. we have no remedie
29 nor protection due to the Forgoing which I've wrote. This Cour-
30 t, attorneys, and the public must assume what Im stating i-
31 s true and grant relief I've requested on behalf of me an-
32 d other inmates. See Donnelly Constr. Co. V. Oberg/Hunt/ Gilleland

1 of 3

139 Ariz.184, 186, 677, P2d 1292, 1294 (1984) And Tripati v. State, Arizona. Dept of Corrections, 199 Ariz. 222, 226¶12,16, P3d 783, 787 (APP 2000)

Respectfully Submitted April 26th 2016  *Jouetta Ann Dyer*

pg Two of Three declaration # Seven

## CERTIFICATE OF MAILING

I hereby Certifie that on Aprox April 26th 2016 I requested Clerk to pick up thee originals so paralegal can authorize Copies required for filing. She has three days to do so. And on aprox May 4th 2016 If copies were returned with orignals petitioner turned orignals plus three copies in to ADOC workers of mail and property to send Clerk/1copie Judge/1 Copie Attorney general pursaunt to mail box rules Loretta Ann Dyer

Pg 3 of 3 Declaration # Seven