Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-DKD

**PLAINTIFFS' STATUS REPORT REGARDING THE FURTHER MEET AND CONFER REGARDING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO AFFORD REASONABLE ACCESS TO HEALTH AND VIDEO RECORDS (DOC. 1506)**

Following a Status Conference with the Court on April 26, 2016 to discuss several pending matters in the case (Doc. 1554), the parties further conferred on Plaintiffs' pending Motion to Compel Defendants to Afford Reasonable Access to Health and Video Records (Doc. 1506), specifically with regard to the video records. Defendants have not responded to Plaintiffs' repeated attempts to schedule a phone conference regarding access to health records.

**1. Defendants' Production of Use of Force Videos**

On May 5, 2016, Plaintiffs' counsel Amy Fettig and Jamelia Morgan conferred telephonically with Defendants' counsel Lucy Rand regarding Defendants' production of use of force videos. Ms. Rand indicated that the Defendants will produce the use of force videos for units they have been monitoring under the Stipulation. Ms. Rand indicated that the Defendants will not produce videos for Florence Central CB 1-4 or Tucson Minors Unit due to Defendants' position that these units are not subject to the Stipulation. Plaintiffs dispute this position. [Declaration of Amy Fettig ("Fettig Decl."), ¶ 2].

Plaintiffs' counsel asked Ms. Rand about the timing of production of the use of force videos due to the long delays in production of maximum custody documents generally. Ms. Rand indicated that the Defendants are waiting for the Court to order them to produce the videos, but that she is starting the process of gathering them now. Ms. Rand indicated that she is meeting with the Defendants on May 17 to discuss the matter and will email Ms. Fettig a time frame for production following that meeting. [Fettig Decl., ¶ 3]. Plaintiffs request that the Court order Defendants to produce these videos by a date certain.

**2. Defendants' Production of Electronic Health Records**

Plaintiffs have sent several emails to Ms. Rand attempting to set up a meeting to discuss Plaintiffs' access to the electronic health records. Ms. Rand has refused to set a meeting date. On May 3, 2016 Plaintiffs' counsel Alison Hardy emailed Ms. Rand asking for her availability to meet during that week. Ms. Rand indicated that

Defendants would meet with Corizon the following week to discuss the issue, and indicated she had no information for Plaintiffs at that time. To allow time for the meeting with Corizon, Ms. Hardy proposed a phone meeting with Defendants on Friday afternoon, May 13, 2016. Ms. Rand replied that they had not yet set the Corizon meeting, and might not be ready to discuss the issue with Plaintiffs by May 13, 2016. Ms. Hardy again asked to set the meeting for that date, with the understanding that the parties may have to reschedule it. Ms. Rand replied that Defendants would prefer to schedule the Corizon meeting first, before setting the meeting with Plaintiffs. Ms. Hardy emailed a request that Defendants notify Plaintiffs when the Corizon meeting was set. Defendants did not reply to this email. [Fettig Decl., ¶ 4].

On May 11, 2016 Ms. Hardy emailed Ms. Rand requesting an update on the status of Defendants' meeting with Corizon and again asking to schedule Defendants' meeting with Plaintiffs. As of May 13, 2016, Plaintiffs have received no response to this request. [Fettig Decl., ¶¶ 6, 8].

Dated: May 13, 2016

**ACLU NATIONAL PRISON PROJECT**

By: *s/Amy Fettig*
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com
daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 N. Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/Amy Fettig