# Exhibit 1

# Amy Fettig

| | |
|---|---|
| From: | Alison Hardy <ahardy@prisonlaw.com> |
| Sent: | Tuesday, May 03, 2016 7:22 PM |
| To: | Rand, Lucy |
| Cc: | rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; David Fathi; Amy Fettig; Corrina Regnier; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; RPratt@azcorrections.gov |
| Subject: | RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152 |

Okay. Could you let me know about the timing of the meeting when you have more information about you schedule? Thanks,
A

---

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Tuesday, May 03, 2016 4:19 PM
**To:** 'Alison Hardy'
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; RPratt@azcorrections.gov
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

Alison,

Respectfully, I would prefer to wait until we at least have our meeting set.

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

---

**From:** Alison Hardy [mailto:ahardy@prisonlaw.com]
**Sent:** Tuesday, May 03, 2016 4:19 PM
**To:** Rand, Lucy
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; RPratt@azcorrections.gov
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

I understand. I'd like to set the meeting time now, with the agreement that we will cancel it if you are not yet ready to discuss the issue. Are you available at 2 pm on Friday, May 13?
A

1

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Tuesday, May 03, 2016 4:13 PM
**To:** 'Alison Hardy'
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; RPratt@azcorrections.gov
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

Alison,

We have not set our date yet. We are still waiting for availability. This is the first meeting to begin discussing this issue. We may not be ready to discuss it with Plaintiffs by the end of next week.

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

---

**From:** Alison Hardy [mailto:ahardy@prisonlaw.com]
**Sent:** Tuesday, May 03, 2016 4:12 PM
**To:** Rand, Lucy
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; RPratt@azcorrections.gov
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

Thanks, Lucy. As you will be discussing this matter next week with Corizon, I'd like to set up a phone call for the end of the week. Are you available on Friday afternoon, May 13?

Alison

Alison Hardy
Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
510.280.2638
ahardy@prisonlaw.com

---

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Tuesday, May 03, 2016 3:56 PM
**To:** 'Alison Hardy'
**Cc:** 'rowens1@azcorrections.gov'; 'epercevecz@swlfirm.com'; 'tbojanowski@swlfirm.com'; 'Megan Lynch'; 'dfathi@aclu.org'; 'afettig@aclu.org'; 'cregnier@aclu.org'; 'mabela@azdisabilitylaw.org'; 'kirstin@eidenbachlaw.com'; 'Corene Kendrick'; 'Laura Graham'; 'BKeogh@azcorrections.gov'; 'EPercevecz@swlfirm.com'; 'RPratt@azcorrections.gov'
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

2

Alison,

Although we will be working on this task, I will remind you that the court has not officially ordered Defendants to provide access to eOMIS yet.

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

---

**From:** Rand, Lucy
**Sent:** Tuesday, May 03, 2016 3:14 PM
**To:** 'Alison Hardy'
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham; BKeogh@azcorrections.gov; EPercevecz@swlfirm.com; RPratt@azcorrections.gov
**Subject:** RE: PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

Allison,

Defendants and Corizon are planning on meeting next week to discuss this. At this time, we do not have any information to provide to you.

If you have any requests, please forward them to me in writing so that we may consider them at the meeting.

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

---

**From:** Alison Hardy [mailto:ahardy@prisonlaw.com]
**Sent:** Monday, May 02, 2016 1:35 PM
**To:** Rand, Lucy
**Cc:** rowens1@azcorrections.gov; epercevecz@swlfirm.com; tbojanowski@swlfirm.com; Megan Lynch; dfathi@aclu.org; afettig@aclu.org; cregnier@aclu.org; mabela@azdisabilitylaw.org; kirstin@eidenbachlaw.com; Corene Kendrick; Laura Graham
**Subject:** PARSONS v. RYAN, USDC CV12-00601, LMS12-0152

Dear Lucy,

In light of Judge Duncan's direction to meet and confer further regarding plaintiffs' access to class members' medical records, I would like to set up a time for a telephone conference.  Please let me know when you are available this week.

Thanks,
Alison

Alison Hardy
Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
510.280.2638
ahardy@prisonlaw.com