Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**NOTICE OF MEASURES THAT WERE IN COMPLIANCE AS OF PLAINTIFFS' OCTOBER 15 NOTICE OF NON-COMPLIANCE** |

As directed by the Court during today's status conference, Defendants hereby advise which measures were in compliance at the time of Plaintiffs' October 15, 2015 correspondence.[1]

The Court held that Plaintiffs provided Defendants with notice that the following performance measures were in substantial non-compliance at the following facilities as of October 15, 2015:

**Performance Measure 11:** Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.

**Performance Measure 13:** Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

**Performance Measure 14:** Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

**Performance Measure 37:** Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.

**Performance Measure 39:** Eyman, Florence, Lewis, Perryville, and Tucson.

**Performance Measure 46:** Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.

**Performance Measure 54:** Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.

**Performance Measure 66:** Florence, Lewis, and Tucson.

**Performance Measure 85:** Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

**Performance Measure 92:** Eyman, Florence, Lewis, Perryville, and Tucson.

**Performance Measure 93:** Eyman, Florence, Lewis, Tucson.

**Performance Measure 98:** Eyman, Florence, Lewis, and Winslow.

In order for a measure to drop off, it must be compliant for eighteen months out of a twenty-four month period and have not been out of compliance for three or more

---

[1] Defendants relied on the applicable CGAR data available to Plaintiffs when drafting their October 15, 2015 correspondence; which were the CGARS from March 2015 – September 2015.

consecutive months within the past eighteen month period. (Dkt. 1185 at 4 – 5). Defendants assert that of the above measures and facilities, as of October 15, 2015, the following performance measures: (1) did not have more than 6 total months of non-compliance; or (2) were not non-compliant for three or more consecutive months. As a result, at the time of Plaintiffs' October 15, 2015 Notice of Substantial Non-Compliance, the following measures at the following facilities were not in substantial non-compliance pursuant to the Stipulation:

**Performance Measure 11:** Yuma.

**Performance Measure 13:** Tucson.

**Performance Measure 14:** Perryville.

**Performance Measure 37:** Winslow.

**Performance Measure 39:** Lewis.

**Performance Measure 54:** Yuma.

**Performance Measure 66:** Lewis.

**Performance Measure 93:** Lewis and Tucson.

**Performance Measure 98:** Winslow.

Therefore, Defendants should not be required to set forth remedial plans for the above performance measures to these facilities.

DATED this 18th day of May 2016.

          STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

4

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck