**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**　　　　　　DATE: <u>May 18, 2016</u>

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
　　　　Plaintiffs　　Defendants
================================================================

HON:　<u>David K. Duncan</u>　　　　Judge # <u>70BL/DKD</u>

　　　<u>Caryn Smith</u>　　　　　　CourtSmart
　　　　Deputy Clerk　　　　　　　Recorded

**APPEARANCES:**
Donald Specter, Alison Hardy, Corene Kendrick, David Fathi, Amy Fettig and Maya Abela appearing telephonically for Plaintiffs

Daniel Struck, Ashlee Fletcher, Kathleen Wieneke, Michael Gottfried and Lucy Rand for Defendants
================================================================
**PROCEEDINGS:**　　**X** Open Court　　　　Chambers　　　　Other

This is the time set for Status Conference. Court and counsel discuss matters. As to the Notice re: Plaintiffs' Citation Summary of Notice of Substantial Non-Compliance Provided to Defendants (Doc. 1562), the Court identifies Performance Measures and prison units for which it finds the Stipulation's notice requirement satisfied. Defendants shall have until close of business today to challenge any of the identified measures and units. The Court will then identify in an order tomorrow those measures and units for which a remediation plan is required. For those performance measures and units thus identified, IT IS ORDERED Defendants shall submit a plan to be approved by the Court to remedy the deficiencies as identified by the Court by June 8, 2016. Plaintiffs shall have until June 15, 2016 to file any comments. The Court will then address those measures at a hearing set for June 24, 2016 at 9:00 AM, courtroom 305, 401 West Washington Street, Phoenix, AZ.

Court addresses Plaintiffs' Motion to Compel Defendants to Afford Reasonable Access to Health and Video Records (Doc. 1506) and explains its view that Defendants must facilitate access for Plaintiffs' counsel to the electronic medical records which are now in use in the prison system. Defendants' counsel will move forward with exploring read-only remote access to these medical records and provide a progress report in three weeks.

Court addresses production of the use-of-force videos. IT IS ORDERED the videos shall be produced by June 8, 2016.

Discussion is held regarding discovery issues. If discovery issues cannot be resolved in a meet and confer, counsel may contact the Court instead of filing motions. The Court will determine at that time if a formal motion is required.

Time in court: 1 hr 2 min (9:05 AM – 10:07 AM)