IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Plaintiffs have alleged that certain facilities were in substantial non-compliance with the parties' Stipulation and, in their Citation Summary, Plaintiffs provided the Court with citations of when and how they informed Defendants of which facilities were in substantial non-compliance with which performance measures. (Doc. 1562) Defendants have raised a challenge to a subset of those facilities. (Doc. 1580) Plaintiffs counter that Defendants are misapplying the Stipulation's standard for the termination of monitoring. (Doc. 1581)

Plaintiff's opposition is well-taken. It appears that Defendants are referring to the Stipulation's standard for "Termination of the duty to measure and report on a particular performance measure." (Doc. 1185 at ¶ 10(b))  This is not the same as the Stipulation's standard for "Determining substantial compliance with a particular performance measure at a particular facility." (Doc. 1185 at ¶ 10(a)).  The current issue pending before the Court is whether Defendants are in substantial compliance and, therefore, the Court will

rely on the standard for substantial compliance as established by the Stipulation at ¶ 10(a)(i):

> For the first twelve months after the effective date of this Stipulation, meeting or exceeding a seventy-five percent (75%) threshold for the particular performance measure that applies to a specific complex.

Accordingly, as discussed with the parties during the May 18, 2016 status conference, Defendants will be required to submit a remedial plan for the following facilities and performance measures:

- Performance Measure 11: Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.
- Performance Measure 13: Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.
- Performance Measure 14: Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.
- Performance Measure 37: Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.
- Performance Measure 39: Eyman, Florence, Lewis, Perryville, and Tucson.
- Performance Measure 46: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.
- Performance Measure 54: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.
- Performance Measure 66: Florence, Lewis, and Tucson.
- Performance Measure 85: Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.
- Performance Measure 92: Eyman, Florence, Lewis, Perryville, and Tucson.
- Performance Measure 93: Eyman, Florence, Lewis, Tucson.
- Performance Measure 98: Eyman, Florence, Lewis, and Winslow.

**IT IS THEREFORE ORDERED** that Defendants shall submit a plan to be approved by the Court to remedy the deficiencies as identified by the Court by June 8, 2016. Plaintiffs shall have until June 15, 2016 to file any comments. The Court will then

address those measures at a hearing set for June 24, 2016 at 9:00 a.m., courtroom 305, 401 West Washington Street, Phoenix, AZ.

Dated this 19th day of May, 2016.

_____
David K. Duncan
United States Magistrate Judge