Loretta Ann Greer - ADOC#155437
Perryville/Lumley 42 - A 30/SMA/Isolation
P.O. Box 3300 Goodyear, AZ 85395

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

FILED ___ LODGE ___
RECEIVED ___ COPY ___
MAY 23 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CV-12-601-PHX-DKD

PARSONS ET, AL.  :  CASE #2:12-CV-00601-NVW--MEA
PLAINTIFFS       :  EMERGENCIE PETITION, DECLARATION COMB-
     V.          :  INED, REQUESTING COURT TO NOTIFIE ACLU
RYAN ET.AL       :  ORDER RYAN, WEISS TO ALLOW PHONE CALL
                 :  TO ACLU WITH 5 EXHIBITS ATTACHED......

Petitioner Loretta Ann Greer who has attempted to send legal Mail to ACLU, And requested an emergencie legal phone call to AC-LU, which were sobatoged, and denied, Respectfully File this em-ergencie Petition, declaration combined, requesting this Court, To notifie ACLU, that ADOC Complex, Lumley Officials, are sob-atoging the mail I've turned in For them. And For this Court to order Ryan/weiss to allow me a legal call to ACLU with Five ex-hibits attached. And request this Court to grant this requeste-d relief For the Following reasons. On aprox 3-11-16 I discoverd ADOC state workers are keeping ACLU From reciving one class action complaint, I turned in #1 on 2-22-16 For ACLU of California, so C-oII Quitagon could mail it. See exhibit #1.OF.5 it is the 1st page of my 20 page class action complaint, Demonstrating with exhibit #2 OF 5 which is a 2 pg letter to ACLU that was also turned in, The Cl-ass action complaint exist. And it raise issues in exhibit #2 regard-ing us inmates being given Food that makes us sick pg 2 lines 14 to 17. we are not allowed to be baptized in SMA isolation, see lines 19. See ex-hibit #3 it is a letter From ACLU indicating they recived something, But it it did not address problem's of health/care conditions in SMU, wher Im at

1 OF 3 PLUS 5

1

#2.
It is not doing me any good to send mail to ACLU due to misconduct. See exhibit #4.OF.5 it is a-legal/emergency telephone call request. Submitted by me on aprox 3-14-16. The name of person to be called says Anabtawi Rana she is named on exhibit #03 as staff attorney who brought the lawsuit with ACLU against Ryan. It supports the Forgoing facts of me being denied legal call at line 16/17 of pg#1. After I gave exhibit to COIV weiss stating the legal call is needed, Becouse on 3-11-16 I recived a letter from them indicating they recived mail from me with issues not related to health or isolation. And thats what my issue is about as well, as other class action issues. And that I need to find out what they recived. And if they put a class action complaint in the envelope I recived on 3-11-16. Becouse there is no indication that it is being returned. And I dont have envelopes to send a letter unless I use my personal. COIV weiss try's to pretend that she dose not relize her coworker's are sobatoging the mail with malice intent, And doing so, to avoid being brought to Justice. you will find her comment on exhibit 04 stating "Need to use Inmete Mail System to retain Counsel. And exhibit 4 shows phone call is disaproved with comment#2 by COIV weiss stating attorney has not been retained as counsel, As well as the signature she wrote plus a 3-15-16 date. I want to interduce exhibit #5 it is a inmate responce, From Sargeant LoveJoy to me stating. This is in responce to your letter dated 11-03-02. All security staff are Authorized to handle mail. Demonstrating all of them may be involved in the scheams. I will take a polygraph test and have wittnesses, other evidence which Support I am telling the truth. I've attached the five exhibits, If they are

2.OF.3
Plus.5

not here moved supporting from the inmate to, Then ADOC workers removed them with malice intent to obstruct Justice. I am 100% compentent, old enough to make oaths of truth, The requested relief For this Court to contact ACLU, order Ryan, Weiss to allow phone call to ACLU is needed to stop ADOC/state workers From continuing in crimes they are committing on inmates that cause death, deprive them of thier rights to the First, 4th, 5th, 6th, 8th, 14th, Amendment to thee US constitution. I declare under penalty of perjury the foregoing true and correct. Respectfully submitted, Louella Ann Ijur April 2016

— CERTIFICATE OF MAILING —

I hereby certifie on aprox 4-5-16 & requested 6 copies to be authorized by paralegal of ADOC prison. And turned the original plus three copies of this over to mail and property officer, For this Court Clerk/Judge. Copie For Attorney General Mark Brnovich (copy) For ACLU. Thoe they may not recive it. On aprox April eleventh 2016. pursaunt to mail box rules. Louella Ann Ijur

1. To ACLU ATTORNEY FIRM: Please take knowledge of the fa-
2. cts starting on this page At lines 38, And 2 of 9 Let it be know-
3. n. Page one. To. Twenty. EXHIBIT #1 January 29th 2016
4. TO: ACLU ATTORNEY DANIEl Pochoda And James Duff 3707 N. 7th
5. Street, Suite 235/ -CLASS ACTION-
6. PHx, Az. 85013 -COMPLAINT AND EXHIBITS-
7. TO: FBI PHx AGENTS
8. 21711 N. 7th Street PHX, AZ 85024
9. Attorney Cynthia Totten 3325 Wilshire Blvd., Suite #340 Los Angeles, CA. 90010
10. KSAZ FOX 10:
11. 511 W. Adams street Phx, AZ 85003
12. United States Government c/o US. Postal service, EMBarcadero Po-
13. stal center 390 Main St, STE 740
14. San Francisco, CA. 94105
15. State Bar of Arizona Grievance Attorney: 4201 N. 24th Street
16. Suite #100
17. Phx, AZ. 85016
18. City of PHx Police Department: 620 West Washington street
19. PHX, AZ. 85003
20. Health Service Divison: 1110 W. Washington, Suite 310 PHX, AZ 85007
21. Senator John McCain: 407 W. Congress, STE 103 Tucson, AZ 85701
22. Rep. Ron. Barber: 3945 E. Fort Lowell Rd Suite 211 Tucson, AZ. 85712
23. CITY Hall Assistance Mayor Iolanda Tilford: 5850 W. Glendale
24. Ave, Glendale, AZ. 85301
    Jon Wendell
25. County Attorney Office: 301 W Jefferson street. 8th Floor PHX
26. AZ 85003
27. Adult Protective services 1789 W. Jefferson St. PHX. AZ 85007
28. Copyright Office/Office of The Poet Laurcate Poetry And
29. Literature Center 101 Independence Ave. SE Washington, DC 20540
30. USA Today News paper 7950 Jones Branch Drive Mc Lean, VA. 22108
31. Law Office of P.A. Hampel-1202 Hallmark #201 San Antonio, TX.
32. 78216
33. DEA PHx Divison: West Mount Place, Suite 301 PHX, AZ. 85012
34. Alliance Defending Freedom: 15100 N. 90th St, Scottsdale, AZ 85260
35. Judicial Watch: 425 Third St. SW Suite # 800 Washington, DC 20024
36. O, The oPrah Magazine: P.O. Box 6000 Harlan, IA. 51593
37. Social Security Administration Office of Public Inquiries:
38. Windsor Park Building 6401 Security Blvd. Baltimore, Md. 21285
39. On aprox January 24th, 2016 I Loretta Ann Greer was convicted by
40. the holy Spirit to expose the Misconduct of Az Attorney Gen-
41. erals @ 1275 W. Washington, ADOC Attorney General Liaisons, Government of AZ

1  To ACLU ATTORNEY Faith please take knowledge of The fa-
2  cts starting on this page At lines 38, And Let It Be Know
3  n, "page one. To. Twenty.   EXHIBIT #1   January 29th 2016
4  To: ACLU ATTORNEY DANIEL Pochoda And James Duff 3707 N. 7th
5  Street, Suite 235/              — CLASS ACTION —
6  Phx, AZ. 85013                — COMPLAINT AND EXHIBITS —
7  TO: FBI Phx AGENTS
8  21711 N. 7th Street Phx, AZ 85024
   Attorney Cynthia Totten 3325 Wilshire Blvd., Suite #340 Los Angeles, CA. 90010
9  KSAZ / Fox 10:
10 511 W. Adams Street Phx, AZ 85003
11 United States Government c/o U.S. Postal Service, Embarcadero Po-
12 stal Center 390 Main St, STE 740
13 San Francisco, CA. 94105
14 State Bar of Arizona Grievance Attorney: 4201 N. 24th Street
15 Suite #100
16 Phx, AZ. 85016
17 City of Phx Police Department: 620 West Washington Street
18 Phx, AZ. 85003
19 Health Service Divison: 1110 W. Washington, Suite 310 Phx, AZ 85007
20 Senator John McCain: 407 W. Congress, STE 103 Tucson, AZ 85701
21 Rep. Ron. Barber: 3945 E. Fort Lowell Rd Suite 211 Tucson, AZ. 85712
22 CITY Hall Assistance Mayor Tolanda Tilford: 5850 W. Glendale
23 Ave, Glendale, AZ. 85301
   Jon Wendell
24 County Attorney Office: 301 W. Jefferson Street. 8th Floor Phx "
25 AZ 85003
26 Adult Protective Services 1789 W. Jefferson St. Phx. AZ 85007
27 Copyright Office / Office of The Poet Laureate Poetry And
28 Literature Center 101 Independence, Ave. SE Washington, DC 20540
29 USA Today Newspaper 7950 Jones Branch Drive. McLean, VA. 22108
30 Law Office of P.A. Hampel - 1202 Hallmark #201 San Antonio, TX.
31 78216
32 DEA Phx Divison: West Mount Place, Suite 301 Phx, AZ. 85012
33 Alliance Defending Freedom: 15100 N. 90th St, Scottsdale, AZ 85260
34 Judicial Watch: 425 Third St. SW Suite #800 Washington, DC 20024
35 O, The Oprah Magazine: P.O. Box 6000 Harlan, IA. 51593
36 Social Security Administration Office of Public Enquiries:
37 Windsor Park Building 6401 Security Blvd. Baltimore, Md. 21285
38 On aprox January 24th, 2016 I Loretta Ann Greer was Convicted by
39 the holy Spirit to expose the Misconduct of AZ Attorney Gen-
40 erals @ 1275 W. Washington, ADOC Attorney General Liaisons, Government of AZ

1 of 20

Prison Law Office: - Cover Letter - EXHIBIT #2
ACLU Attorney Fathi / Rana Anabtawi And All others:
General Delivery   Page 1 of 24   Sent 2-22-16
San Quentin, CA. 94964

Greetings in the name of our lord and Savior Jesus Christ. Please find here to a Fifteen page Class action Complaint. Plus Five pages from prison legal new paper. Dated September 2004 pg 14, May 2005 pg 15, February 2005 pg 16, October 14th pg 17, September 2004 pg 18, Plus one page From Criminon, To whom it may Concern regarding Ms Loretta Greer and one page from Crossroad bible institute To whom it may Concern regarding Me. The First Five exhibits demonstrate how State Doc workers have been busted, exposed in the past for violating inmates rights, acting Maliciously / sadistically, causing inmates to be found hung dead in their cells. Focus on inmates work such as Manuscripts, Drawings, Mail, etc, and take it, attemp to silence us, Illegally profit from things of ours, or us. And act as a team to hide these Criminal activities. Pages number 19 and 20 demonstrate how I am rehabilitating Myself while in prison trying to go on to a successful and honest life, become a good Citizen, Am focused with a very good level of accuracy, etc. I am enrolled with other Schools now. This establish that my Facts are true and the action of making Contact with you plus others named, on the Face of the Complaint is Sincere. The Complaint is against Governer Doug Ducey, Risk managment, PREA worker, Legislators, Ryan, Frigo, Ortiz, Inspector General, Criminal investigators, D.W.



EXHIBIT #3

**PRISON LAW OFFICE**
General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Corene Kendrick
Kelly Knapp
Alison Hardy
Millard Murphy
Lynn Wu

## LEGAL MAIL - CONFIDENTIAL

Dear Sir or Madam:

We received your letter asking for assistance, information, or legal advice. Unfortunately, we cannot provide you the help you are requesting. *Parsons v. Ryan* is the class action lawsuit brought by our office, the ACLU, and other lawyers against ADC regarding problems with ADC's health care system and conditions in secure management units (SMUs). We cannot provide assistance on the issues you raised in your letter, because they are not related to health care or the isolation unit conditions. We are sorry that we do not have the resources to help you. Please understand that our decision not to help does not mean that you do not have a real problem or worthy case. It is just we can't help everybody who writes. We have enclosed any self-help material we think might be helpful. If no material is enclosed, we do not have any information relevant to your problem.

We urge you to turn in a grievance to try to fix any problems you are having. To be able to file a lawsuit in court in the future, you must start by turning in a grievance. When you get a response to your grievance, you must appeal through all available levels. Be sure to keep copies of your grievances and appeals and any responses. Our office has a memo explaining the ADC grievance process, if you would like a free copy, please write us back and request it.

If your issue involves your criminal case, you should contact the attorney who represented you. If you are factually innocent of the crime for which you were convicted, or you believe you are being held past your release date, you should write the following organization via Legal Mail. Any prisoner who wants to challenge his or her conviction or sentence should pursue, in a timely manner, any direct appeal or collateral attack (such as a habeas corpus action), regardless of whether the case might be eligible for assistance from an Innocence Project:

Arizona Justice Project
c/o Arizona State University
Mail Code 4420
411 N. Central Ave., Suite 600
Phoenix, AZ 85004-2139

We hope that in the future we will be able to expand our services to help more prisoners throughout Arizona.

Sincerely,

Prison Law Office

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President •
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



# ARIZONA DEPARTMENT OF CORRECTIONS
## Legal/Emergency Telephone Call Request

EXHIBIT #4

**NOTE:** This form to be placed in inmate's institution file upon completion.

**INMATE NAME** (Last, First M.I.): Greer Loretta A
**ADC NUMBER:** 155667
**UNIT/BUILDING/POD/ROOM:** Lumley 30 A 32-10
**TIME:** 7:00 PM

**NAME OF PERSON TO BE CALLED:** Anabtawi Rana
**DATE AND TIME (requested to make call):** 3-19-16 3:00 PM

**RELATIONSHIP:** Attorney
**HOME TELEPHONE NUMBER:** (510) 280-2621

**Why is it necessary to make this telephone call instead of using the mail?** Because on 3-11-16 I recieved a l-etter from them, indicating they recieved Mail from me with issues not related to health/or isolation. And thats what my issue is about as well, as other class action issues. I need to find out what they recieved. And if they put a class action complaint in the envelope I recieved on 3-11-16. Because there is no indication that it was being returned. And I dont have envelopes to send a letter unless I use my personal

**INMATE SIGNATURE:** Loretta Ann Greer
**DATE:** 3-11-16

☒ Information/telephone number verified and accurate as evidenced by records, inmate file, etc.
☐ Information inaccurate/not verified

**Comments:** Need to use Inmate Mail system to retain Counsel.

**TELEPHONE CALL IS:**
☐ Approved   ☒ Disapproved

**Comments:** Attorney has not been retained as council.

**AUTHORIZED SIGNATURE:** Z Nash
**DATE:** 3/15/16

☐ Call Attempted  ☐ Call Accepted  ☐ Call Refused
**CALL BEGAN AT** ___ hrs.
**CALL TERMINATED AT** ___ hrs.

**Comments:**

If recall attempts are necessary, note them in the comment section as well as acceptance/refusal and other comments.

**SIGNATURE OF STAFF INITIATING CALL:**
**DATE:**

915-2(e)
4/21/08



EXHIBIT #5

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Letter Response

EXHIBIT #

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Greer | 155667 |

| Institution / Unit |
|---|
| A.S.P.C. Perryville, Brent W. Lumley |

| From | Location |
|---|---|
| Sergeant D. Lovejoy | S.O.C. |

This response is in regard to your letter dated 11-03-02.
All security staff are authorized to handle mail.

Staff Signature

Computer Electronic Version
Distribution: Copy - Central Office Master File
 Copy - Inmate
 Copy - Institutional File

Date: 11-18-02

9102PF
10/02