Loretta Ann Greeer ADOC #155667
ASPC Perryville / Lumley A yard
42-05
P.O. Box 3300 Goodyear, Az 85395

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

CV-12-601-PHX-DKD

FILED ___ LODGE ___
RECEIVED ___ COPY ___
MAY 2 3 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Victor Antonio Parsons, et.al. | CV:12-0601-PHX, NVW-MEA."
Plaintiffs, | SUBPONA TO PRODUCE DOCUME-
| NT'S, INFORMATION, OBJECTS, PH-
V. | OTS, FOR INSPECTION IN A CI-
| VIL ACTION:
Defendants |
Charles Ryan et.al. | HON JUDGE DUNCAN

TO: Libiary of Congress Attorney, Chief Examing Divison:
101 Independence Ave, S.E. Washington, DC. 20556

☐ PRODUCTION:
You Are Commanded: To produce Manuscripts / Book titles, Names of Author's, Content's which we belive have been Circumvented / stole by ADOC, state workers of Arizona which are based on inmates in prison from 1999-2013. And any which are based on Pimp's and Prostitutes from 2006-2016. Any poems-songs, jokes, Brain teasers, Funny things, Funny stuff, single alphabet, Number alphabets, word blocks, Knock-Knock who's there, Trivas, Screen plays, Children books, Math books Crames, reading writing, Counting, Spelling, Learning games etc. Submitted from the State of Az In 2005-2016. And Stationary drawings submitted from the State of Arizona in 2005-2016. We would like Copies of any evidence for Court Proceedings which will show inmates things are being stole. And 99% of thoes inmates have been given something to cause death, etc. Send To: Attorney ACDL Asim Dietrich." At 5025 East Washington Phx, AZ. 85034 Suite #202 or Fax 602-274-6779

SCANNED