1 Loretta Ann Greer - Adoc #155661
2 P.O. Box 3300 Goodyear, AZ. 85395

3 UNITED STATES DISTRICT COURT
4 DISTRICT OF ARIZONA

5 CV-12-601-PHX-DKD

FILED        LODGE
RECEIVED      COPY
MAY 2 3 2016
CLERK U S DISTRICT COUR
DISTRICT OF ARIZONA
BY                DEPUTY

6 Victor Antonio Parsons | No: CV 12-0601-PHX-NVW   MEA
7 et.al.                | 1st
                        | NOTICE OF PEARSONS REQUESTING FBI."
8 Plaintiffs,           | TO INVESTIGATE RYAN, TAKE POLYGRAP-
9          V.           | H, RE: PREMEDITAING TO CAUSE DEAT-
10 Defendants,          | H, OF INMATE'S-INTENT TO PRESS CH-
11 Charles Ryan et.al.  | ARGES, MEMO, EXHIBITS, DECLARATION.
12

13 Pursuant, to ARS 13-0251, 13-0932, 13-0403, 13-1307, 13-292101." etc:
14 Petitioner Loretta Ann Greer For the class of parson, et.al. respect-
15 Fully take's action in this case, since Aclu has not, And Files
16 this notice of requesting the FBI to investigate, Ryan et.al and
17 other State/Adoc workers. Have an expert who will not lie to
18 take polygraptest with regards to Ryan et.al and other's who
19 work For the State OF AZ, Premeditating to cause the de-
20 aths of all inmates found hanging dead in thier cell's, Marsha
21 Powell who was found dead in a cage, All inmates who have
22 died From Cancer, See exhibit#1 it is a photo of Mr Dix
23 who died due to State workers refusing to treat his Cance-
24 r, Knowing the result would cause death. And on behalf of a-
25 ll inmates who have been diagnosed with Cancer "after" en-
26 tering Adoc. Because My witnesses, evidence, will prove along wi-
27 th polygraph, That State/Adoc workers premeditated to cause an-
28 nd or let inmates die...For the Very Purpose of obtaining thoes
29 inmates Money, Mail, Poems, Jokes, Manuscripts, Ideas, etc, and to teac-
30 h the inmates a lesson. It is theft by extortion, Assult wit-
31 h a caustic chem," which is being put in Food of Inmates Cau-
32 sing Cancer, The device used Allowed them to dominate, See 2nd not

ice notice of requesting the FBI to investigate Ryan et.al. I
declare under penalty of perjury the foregoing true
and correct. Loretta Ann Ebsen May 2nd 2016

2. of.
   3ᵗ photo of DIX

I hereby Certifie that on aprox May 5th 2016 I reques-
sted Clerk OF ADoc to pick up orignals so pariegal Can
authorize Copies required For Filing. She has three
day to do so. And on aprox May 10th 2016 If Copies
Were returned with orignals, petitioner turned in,
orignals plus three Copies to ADoc workers OF Mai-
l and property to Send Clerk OF Court, Judge, FBI
ACLU/ County Attorney/Attorney General pursuant
to mail box rules. Twila Ann Osen

3. OF. 3 plus Photo OF Dix