Loretta Ann Greer 155661
P.O. Box 3300 Goodyear, AZ. 85395

# UNITED STATE'S DISTRICT COURT
# DISTRICT OF ARIZONA

CV-12-601-PHX-DKD

Victor Antonio Parsons et.al.

Plaintiffs,

V.

Defendants,

Charles Ryan et. al.

NO: CV12-0601-PHX-NVW

2nd NOTICE OF PEARSONS REQUESTING FBI TO INVESTIGATE RYAN, TAKE POLYGRAPH, RE: PREMEDITATING TO CAUSE DEATH, OF INMATE'S — INTENT TO PRESS CHARGES, MEMO, EXHIBIT'S, DECLARATION.

Greer Will Prove ① Ryan et.al. have unlawfully obtained, used inmate's money, poem's, songs, jokes, ideas, inventions, Mail, etc. to illegally gain profit, ② Undue influnce Mentacide was used is still in affect, which allow Ryan/others to dominate the Mind's of inmates who were found dead by using a device that disable's the "intelligence" to focus, on living under oppression...See exhibit #2 it is a memo from 1. Officer Nordstorm A.K.A witness, demonstrating part of what her coworkers have been doing to harrass Me and other inmates to death, who the State/ADOC worker want thing's from, or have a desire to kill, watch die slowly. Exhibit #2 is dated 12-29-04 stating in part, "To Whom it May Concern, subject Greers unprofessional treatment," I have personally been witness to officers calling Greer babykiller. She has been harrassed. I have over thirty Manuscripts that contain thing I personally thought of drew, wrote, made chart's, specifications, etc, for...with my own jokes, Math, reading, writing, numbers, alphabets, spelling, counting, word games, verious Christian inventions, plus idea's etc, thier focusing on

attempting to steal /circumvent, They are committing Mail Fruad. Making thier self _over_ Familer with me and, Other inmates, As well, as our property, mail, stealing work we create. Doing things to make it seem as thoe we are mentally unfit. Trying to Force me into playing crazy, while acting as a team relizing at all time's that they are braking the law, Causing death's of inmates. And have a "vandetta" against us. I declare under penalty of perjury the Forgoing true and correct. Respectfully submitted, May 2nd 2016 Louella Ann Ol____

2, OF 3
plus one memo of Nordstorm

## CERTIFICATE OF MAILING

I hereby certifie that on aprox May Fifth 2016 I requested Clerk to pick up orignals so farlegal can authorize copies required for filing. She has three days to do so. And on aprox May 10th 2016 if copies were returned with orignals, petitioner turned in orignals plus three copies to ADoc workers of mail and property to send Clerk of Court, Judge/Copie ACLU/County Attorney/ And Attorney general pursaunt to Mail rules. Joutta Ann Ojen

3. of 3 plus one Memo of Nordstorm

ARIZONA DEPARTMENT OF CORRECTIONS
ASPC-Perryville, Complex
MEMORANDUM

EXHIBIT #2

TO: Whom It Concerns - Re: Inmate Greer, ADC#

FROM: COII Nordstrom

DATE: 12/29/04

SUBJECT: <u>Inmate Greer's Unprofessional Treatment at Lumley Yard</u>

I have been working in Corrections since 1996 and with Arizona Dept of Corrections since May 1999. I've been at Perryville Women's Prison since March 2004. I've worked on Yard 30 at Lumley Unit the entire time. I've known Inmate Greer the entire time I've been at Perryville.

Most of the inmates on Yard 30, especially C and D Pods have committed serious and sometimes heinous crimes; many have committed one or more murders. I have personally been witness to officers calling IM Greer a "baby killer" out loud on the run. Other inmates have heard this, as well. I've NEVER witnessed such unprofessional behavior. IM Greer would stress out during these times and understandably so. I feel she has constantly been singled out and harassed by officers on all three shifts. Any transfer possible for her, it seems to me, would stop this type of harassment if only a more professional group of officers could be