Loretta Creer ADOC#155661
P.O. Box 3300 Goodyear, AZ 85395

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CV-12-601-PHX-DKD

| | |
|---|---|
| Victor Antonio Parsons, et. al. | No: CV 12-0601 PHX-NVW---MEA |
| | 3rd NOTICE OF PEARSONS REQUESTING FBI |
| Plaintiff's | TO INVESTIGATE RYAN, TAKE POLYGRAP- |
| V. | H, RE: PREMEDITATING TO CAUSE DEAT- |
| Defendant's | H, OF INMATE'S~INTENT TO PRESS CH- |
| Charles Ryan-et.al. | ARGES, MEMO, EXHIBITS, DECLARATION. |

It is Fair to say Ryan et.al. admitted to intentionally causing the deaths of more then one inmate Mr Dix as seen in exhibit #1 when they settled the case. The public, a Jury and the Family's have the right to search For, reach, and Find the truth regarding this. Thoes inmates were deprived of life, liberty. I pray in the name of Jesus that Justice will prevail in the Criminal division/court... And that Ryan et.al. will be Found guilty. See exhibit #3 it is From NAACP Dianne stating in part, "You know about the case against DOC's terrible Medical Care that ACLU Just won. They have been giving me spray cleaner mixed in My Food, ashes, etc. as well as others. And told me I'd be dead back in 2012 or 13. with in three Month's. However IM still alive "but" have a tumor growing in My Left breast, that is the size of a golF ball, or larger. Medical is ignoring My request For "help." See exhibit #4 From coIII Dahdal it is a inmate letter responce to me stating in part, "Regarding you wanting staff polygraphed, I can't help you. I have others From Frigo," I make this declaration, in support of all 3 notices, Exhibits,

Memo, I will prove the facts, I wrote in My notice of Pearsons requesting FBI to investigate Ryan, et.al. and Others. I have attached all Five exhibits if they are not here to, Ryan et.al. has removed them with Malice intent to obstruct Justice. All Certificates OF Mailings are attached. I am Loretta Ann Greer. A inmate/informer. 100% Compentant, old enough to Make a Sworn oath. My Facts are correct & declare under penalty of perjury the Foregoing true and correct. Respectfully Submitted May 10th 2016

X Loretta Ann Greer

# 2.OF.3 plus one letter from NAACP / CO3 Dahdal

## CERTIFICATE OF MAILING

I hereby Certify that on aprox May Fifth 2016 I requested Clerk of ADOC to pick up originals, so paralegal can authorize copies required for filing etc. She has three days to do so. And on aprox May 10th 2016 if copies are returned with originals, petitioner turn in, originals plus three copies to ADOC workers of mail and property to send Clerk of Court, Judge, FBI And ACLU / 1 copie County attorney/general pursuant to Mail box rules. Louetta Ann Ogun

3.of.3 plus one letter from NAACP/ cos Dahdal

EXHIBIT # 3

# NATIONAL ASSOCIATION for the ADVANCEMENT of COLORED PEOPLE



**MARICOPA COUNTY BRANCH**
P.O. Box 20883 * Phoenix, Arizona 85036-0883
Telephone: (602) 252-4064
Fax: (602) 252-2954

30 October 2014

Loretta Greer

BK#T122592

2939 W Durango

Phoenix, AZ 85009

Dear Ms. Greer,

See the enclosed letter I sent to Perryvale. I'm sure you know about the case against DOC's terrible medical care that ACLU just won. Medical malpractice is a very difficult case to win and I don't think you will have much luck finding anyone to take it. We at NAACP do not have attorneys to take cases. I can refer you to some medical malpractice but again, so can the Bar and I think Your changes care slim.

Sincerely,

Dianne Post, Legal Redress

EXHIBIT #4

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Greer | 155667 |

| Institution/Unit |
|---|
| ASPC-PV-Lumley |

| From | Location |
|---|---|
| COIII Dahdal #5319 | ASPC-Perryvile- Lumley |

In reference to your informal complaint dated 11/01/15 regarding you wanting staff polygraphed. I cannot help you with that.

Staff Signature: [signature]

Date: 11-4-15

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12