1 Loretta Ann Greer
2 Perryville / P.O. Box 3300 Goodyear, AZ 85395

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

CV-12-601-PHX-DKD

6 Victor Antonio Parsons
7 et, al.
8 Plaintiffs,
9 V.
10 Defendants,
11 Charles Ryan et, al

NO: CV12-0601PHX-NVW---MEA
MEMO SUPPORTING PEARSONS REQUEST FOR FBI TO INVESTIGATE RYAN, TAKE POLYGRAPH. RE: PREMEDITATING TO CAUSE DEATH OF INMATE'S — INTENT TO PRESS CHARGES, AND EXHIBIT NUMBER FIVE:

13. See Donnelly Constr. Co V. Oberg/Hunt/Gilleland, 139 Ariz. 184, 186, 677 P.2d 1292,
14. 1294, 1984) Tripati V. State, Ariz. Dep't of Corrections 199 Ariz. 222, 226 ¶¶
15. 12, 16 P.3d 783, 787 (App 2000) This Court and others must assume that wh-
16. at I Say is true, And view my Facts as well, as the exhibits, eviden-
17. ce in a light most favorable to Pearsons et, al. Since plaintiff has Sho-
18. wn evidence/provided facts, which are required to justifie asking the FBI to
19. investigate. More evidence of premeditated murder will be discoverd once a
20. investigation/polygraph, etc, is taken...That will require grand jury to indite Ry-
21. an et, al./other state workers involved, Plus: arrest...For thier serious c-
22. rimes. See exhibit #5 it is a inmate letter responce from "Officer" Hurtel/witne-
23. ss, dated 5-28-05 stating in part, "Greer recived her tray, her apple sauce had
24. brown specks in it...She asked me what it was and I had never seen it before.
25. Sarg paccione informed staff that if the tray was not accepted another wou-
26. ld not be orderd. Demonstrating me and other inmates are forced to starve or
27. eat what will cause cancer, slowly kill us. See Pennsylvania V. Labron 518 U.S. 9,
28. 38, 939 (1996) Reguarding "Officer" observing incident, IF I were to premeditate to gi-
29. ve any one food that has for example cigarette ashes, stool, etc, in it knowing th-
30. at would cause cancer, death, or premeditate to let them die like Mr Dix did, or
31. use undue inflluence, mentacide, torture, to coccer them in to hanging to death in a
32. cell like over seven ADOC inmates have, due to Ryan et, al/others who are stealing

1 OF 3 plus 1

have stole inmate's that are dead, or alive mail, money, songs, poems, jokes, etc, and or circumvented them for thier self, friends, benifit, with malice intent to intentionally deprive thoe's inmates, For intertainment... ADOC/state workers in part have indicated or admitted, They put ink, etc, in my food becouse I File to many complaints, am to smart, for my own good, according to CoII Dyer. And that they use drug's, etc, but havent been caught. Are involved in a "game" against inmates which allow's them to keep us from submitting our poem's, jokes, brain teasers, songs, games, puzzles, etc, into the copyright, Trade Mark office / mailing them to publishers, Becouse our work, ideas, inventions is being stole by the state/ADOC workers. For the Forgoing reasons in notices, evidence, exhibits, we request FBI to investigate Ryan et,al./others involved in the deadly games, And we intend to press/file charges of premeditated murder, good cause shown. & declare under penalty of perjury the Forgoing true and correct. Respectfully submitted May 2nd 2016 Loutta Ann Gru—

Two. of 3 plus one Exhibit by Hurtel

— CERTIFICATE OF MAILING —

I hereby certifie that on aprox May 5th 2016 I requ-
ested Clerk of ADOC to pick up orignals so paralegal C-
an authorize copies required for filing etc. She has
three days to do so. And on aprox May tenth 2016 I-
F copies are returned with orignals, plaintiff w-
ill turn in orignals plus three copies to ADOC wor-
kers of mail and property to send Clerk of C-
ourt, one copie for Judge Duncan / one copie,
Attorney general, County attorney, ACLU, FBI, Purs-
aunt to Mail box rules. *Loutta Ogun*




Three of Three plus one exhibit by officer Hortel

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter Response

EXHIBIT #5

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

**Inmate Name** (Last, First M.I.): Greer Loretta
**ADC Number:** 155667
**Institution/Unit:** ASPC-PV-CX-CDU

**From:** CO II Hurdle
**Location:** CDU

On 5/24/05 Inmate Greer #155667 recieved her breakfast tray. Her applesauce had brown specks in it. She asked me what it was and I told her I didn't know what is was and I had never seen it before. Sgt. Paccione was notified and he informed staff that if the tray was not accepted it is considered a refusal and another tray would not be ordered.

**Staff Signature:** [signature]
**Date:** 5-28-05

Distribution: White - Central Office Master File
Yellow - Inmate
Pink - Institutional File

916-2
4/15/04