1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES** |

　　　　IT IS ORDERED that the parties Stipulation to Extend Deadlines is granted.