Case 2:12-cv-00601-ROS Document 1592 Filed 06/06/16 Page 1 of 2

RECEIVED ___ COPY
JUN 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1. Loretta Ann Greer #135664
2. ADOC/ASPC Perryville/Lumley
3. A 42-05
4. P.O. Box 3300 Goodyear, AZ 85395

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Antonio Parsons Et.al.
Plaintiff's,

V.

Defendant's
Ryan Et.al,

NO: 12-0601-PHX-NVW---MEA
1st NOTICE OF FILING QUESTION'S FOR FBI TO ASK DEFENDANTS/OTHER'S BEFORE ANY MORE PARSONS et,al. PLAINTIFF'S ARE FOUND DEAD ON ADOC PROPERTY, REQUEST FOR COURT TO SEND FOX 10 NEW'S / FBI/ACLU/GRAND JURY

Loretta Ann Greer/petitioner who is part of the Class respectfully File this,"Notice of Filing questions For FBI, ACLU, To ask defendant Ryan et,al and others, Before any More Pearsons et,al Plaintiff's are Found dead on ADOC property, And request for Court to send Fox 10 News, FBI, ACLU, Grand Jury a Copie of this for the following reasons. On aprox June 17th 2016 questions will be Filed which will demonstrate Parsons, et.al is in immediate danger, Ther is probable Cause and exigent Circumstances existing which require "FBI" to question Ryan et,al./ Others while they are under polygraphtest. Some of the state workers have retired, Changed Job's, quit, rotated, been Fired, Promoated, Flead. Inmates are being eleminated From prison by death due to Ryan et,al. premeditating/Causing/letting us die, due to no treatment and profiting. I will prove we in part or whole have been given poision Chemicials in small amounts with our Food that Cause Cancer, etc, in our bodys over a period of time. And that being given by Ryan et,al. eventually Caused death. see notice #2."
I declare under penalty of perjury the foregoing true and correct Loretta Greer 5/13/16

1 OF 2

CERTIFICATE OF MAILING

I hereby Certific that on May 13th 2016 I turned the two pages in So ADoc Clerk Jones could have parlegal authorize Copies. She has three days to authorize Copies, And if She did I turned in Orignal plus four Copies for this Court Clerk / Judge Duncan One Copie for Attorney general Mark pursaunt to Mail box rules.
5-25-16

Louella Ann Green

2.
OF
2