ASPC Perryville/Lumley-A-42-05
P.O. Box 3300 Goodyear, AZ 85395

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Victor Antonio Parsons Et, al.
Plaintiff's,

v.

Defendant's
Ryan Et, al.

NO: 12-0601-PHX-NVW---MEA

2nd NOTICE OF FILING QUESTIONS FOR FBI TO ASK DEFENDANTS/OTHERS BEFORE ANY MORE PARSONS et,al. PLAINTIFF's ARE FOUND DEAD ON ADOC PROPERTY, REQUEST FOR COURT TO SEND, FOX10 NEWS, FBI, ACLU, GRAND JURY ~
~ HON: JUDGE DUNCAN ~

See Tison, 481 U.S. at 154 authorizing death penalty regardless of intent to kill. Undue influnce, Mentacide is being used to coercer inmates into hanging thier self, while state workers AKA Ryan et,al. Monitor them... Minor's and adult's are being Monitored while they shower, use toilet, homosect, Masterbate. Some inmates Mail, Money, songs, poems, Jokes, Stationary drawings, games, specification for inventions/ideas, etc, are being stole, Circumvented to benifit Ryan et,al./state workers who do not have a order for the electronic Survellance device they are unlawfully Using to assist them with Carrying out thier Crime's see Title III which Mandates that Certain procedures be followed when officials Conduct electronic Surveillance. The device can be used for inflicting Undue influnce, Mentacide, Causing people to make lots of "Mistakes", while typing writing things against Ryan et,al. And used to effect Memory amoung other things. Before the FBI Can investigate, and the grand Jury indite Ryan et,al. For Premeditated Murder the questions, I have Must be asked Since they will reveal facts, lead to evidence, requiring prosecution I have turned in letter's for Fox10, FBI, and no response was deliver-

d. I declare under penalty of perjury the foregoing true and correct. Respectfully Submitted May 13th 2016 Louella Ann Ilgen

First notice Note: There Are Two

Certificate of Mailing

I hereby Certific that on May 13th 2016 I turned in originals so ADOC Clerk Jones could have paralegal authorize copies. She has three days to do so. And if she did I turned in originals plus four copies for this Court Clerk / Judge Duncan one Copie, Copie for Attorney General Mark on 5-25-16 aprox pursaunt to Mail box rules. Louella Ann Shur

3.
OF 3  First notice Note: There Are Two.