1 Loretta Ann Greer ADOC #158594
2 ASPC Perryville prison Lumley A42-05
3 P.O. Box 3300 Goodyear, AZ 85395

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

4 IN THE UNITED STATE'S DISTRICT COURT
5 DISTRICT OF ARIZONA
6
7 Victor A. Parsons ET, AL | NO: 12-0601-PHX-NVW---MEA
8 Plaintiff's | 1st NOTICE OF FILING SPECIFICATIONS OF [sic]
9 V. | GREER LORETTA CHRISTIAN IDEAS, INVENTIO-
10 | NS, SONGS, POEMS, STATIONARY DRAWINGS,
11 Defendants | MANUSCRIPTS, SCREEN PLAYS, JOKE'S, BRAI-
12 C. Ryan Et, AL, | N TEASER'S, ETC THAT ADOC/STATE WORK-
13 | ERS ARE TRYING TO STEAL AND KILL ME
14 | OVER, PETITION FOR COURT ORDER EXHIBITS,"
15

16 Petitioner AKA informant Loretta Ann Greer respectfully file
17 this First notice of Filing Specifications of Greer Loretta C-
18 hristian Ideas and invention's, Her Songs, poems, Stationary dra-
19 wings, Manuscripts, Screen plays, Jokes, Brain teasers, Etc, that A.
20 Doc/state workers are trying to Steal and Kill Me over com-
21 bined with petition For Court order instructing parlegal to a-
22 uthorize copies of them, Exhibits, supported by declaration pu-
23 rsaunt to the 4th amendment. And request this Court to grant
24 relief For the Following reasons. The 4th amendment prote-
25 cts people under circumstances in which one would reasonably
26 expect Freedom From intrusion, The State/ ADOC officials hav-
27 e no right to My Property, But have Stole Four of My Manu-
28 scripts, I have written proof that ADOC workers are So-
29 liciting inmates For the type of things I've Created, I've
30 told them no. See exhibit # one it is a inmate letter to
31 CO III Stevens From Me dated 4-29-16 stating in part I rec-
32 ived a notice, you and others are interested in My Jokes, etc. See-

Second Notice of Filing Specifications of Greer Loretta Christian ideas, Inventions, Songs, Poems, Stationary drawings, Manuscripts, Screen plays, Jokes, Brain teasers, Etc. that ADOC/State workers are trying to steal and kill me over, combined with petition for Court order, exhibits. I declare under Penalty of Perjury the Forgoing true and correct. Respectfully Submitted May 25th 2016

2 of 3 plus one

– CERTIFICATE OF MAILING –

I hereby Certifie that on aprox May 16th 2016 I requested the resource library Clerk Jones to come pick these documents up for paralegal to authorize copies. She has three working days to do so. And if she did I turned in originals plus four copies for this court clerk; one for Judge Duncan on 5-25-16, one for Attorney General on 5-25-16 pursaunt to mail box rules Louther Ifner 5-14-16

3.OF.3 plus one