Loretta A. Greer ADC# 156647
ASPC Perryville Lumley A 42-05
P.O. Box 3300 Goodyear, AZ 85395

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor A. Parsons Et,al | No: 12-0601-PHX-NVW---MEA |
| Plaintiffs, Et,al. | 2nd NOTICE OF FILING SPECIFICATIONS, OF GREER LORETTA CHRISTIAN IDEAS, INVENTIONS, SONGS, POEMS, STATIONARY DRAWINGS, MANUSCRIPTS, SCREEN PLAYS, JOKES, BRAIN TEASERS, ETC, THAT ADOC/STATE WORKERS ARE TRYING TO STEAL AND KILL, ME OVER PETITION FOR COURT ORDER, EXHIBITS. |
| V. | |
| Defendants, | |
| C. Ryan Et, al | |

Adoc/State workers intrest in inmates property, who dont want them to have it demonstrates why most of our lives are at risk... See exhibit #2 it is a inmate letter responce from coIII Stevens to me dated 5/12/16 stating in part. In responce to your letter dated 4/29/16 Submitting items to the news letter is Voluntary. My evidence, witnesses will show the courts that the defendants are stealing from us, and doing things to cause our death, before we can prove what we have been deprived of. See exhibit #3 To me From A. Kame it is inmate letter responce stating in part; "The Parlegal Checks your legal paperwork and makes a decission what is to be Copied. It has been said she will not authorize Copies of My Specifications, Jokes, Songs, etc. But She will not put it in writing." See exhibit #4 it is a inmate letter responce to me From Mcwilliams, Division Director stating in part "<u>Legal Mail</u> that contain poems, drawings, etc, will be returned as Contraband. This demonstrates why the Court must issue an order instructing Parlegal to authorize the Copies, and for Mail workers to deliver t-

them to the post office, who will mail them to this Court. See third notice of Filing specifications of Greer Loretta Christian ideas, inventions, songs, poems, stationary drawings, manuscripts, screen plays, jokes, brain teasers, etc. That A.D.O.C. State workers are trying to steal and kill me over. Combined with petition For Court order, exhibits. I declare under penalty of perjury the forgoing true and correct. Respectfully Submitted May 25th 2016 Loretta Ann Greer

2 of 3
Plus 3

~ Certificate of Mailing ~

I hereby Certifie that on aprox 5-19-16 I requested Clerk Jones to pick up these documents so Paralegal can authorize Copies. She has three working days to do so. And if she authorized them & turned in originals plus three Copies for Court Clerk one Copie for Attorney General Mark, pursaunt to mail box rules. Fourth

*signature* May 25th 2016

2. oF 3 plus 3



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

EXHIBITS # one



Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 4-29-16 |

| To COIII | Location |
|---|---|
| Stevens | A Yard |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I recived a notice on aprox April 19th 2016 and can see that you along with other ADOC folk are interested in My Jokes, Brain-teasers, Funny stuff, things, Stationary drawings, etc... According to what the Flyer says. I gave COIII Danner some photo's that have scripture on back of them for the news letter, you need things to go in, and you returned thoes...The thing's I've created are going to be sold in the Public for Money, so I can do Gods work...IM also aware that some of you are trying to steal My things/circumventing them illegally. I have admitted to the courts that it's happening, so I cant give you anything for your new's letter it will Jeprodize the case against officials who May want to lie, like I'd give them My things, so they can profit, while IM indigent. I declare under penalty of Perjury the forgoing true and correct.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Loretta Greer | 4-29-16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response** Exhibit Two

For distribution: Copy of corresponding inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Greer | 155667 |

| INSTITUTION/UNIT |
|---|
| ASPC PV Lumley |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| COIII K Stevens | B28 |

In response to your inmate letter dated 4/29/16 submitting items to the newsletter is completely voluntary.

STAFF SIGNATURE: [signature] #3022

DATE (mm/dd/yyyy): 5/12/16

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12

*Inmate Copy*

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

EXHIBIT #3

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| GREER LORRETTA A. | 155667 |

| Institution / Unit |
|---|
| ASPC - Perryville - CDU   BLD: CDU- BED: B07L |

| From | Location |
|---|---|
| A. Kame | Education |

This is in response to your letter dated 1/29/2005. I know it is past the response time, but I just received these letters. I don't know who had these, but I will be looking into the delay. Your paperwork has been copied and returned to you in a timely manner. There is no legal paperwork pending at this time. The Paralegal checks your legal paperwork each week and makes a decision what is to be copied and notarized. The Librarians make your copies and return them to you in a timely manner . . . at least once weekly. The Librarians are picking up your legal paperwork when they visit you each week.

| Staff Signature | Date |
|---|---|
| [signature] | May 23, 2005 |

Computer Electronic Version
Distribution: Copy - Central Office Master File
            Copy - Inmate
            Copy - Institutional File

916-2PF
1/9/02



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response — EXHIBIT #04

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

**INMATE NAME** (Last, First M.I.) (Please print): Greer, Loretta
**ADC NUMBER:** 155667
**INSTITUTION/UNIT:** ASPC PV Lumley

**FROM** (Last, First M.I.) (Please print): McWilliams, Carson Division Director
**LOCATION:** Offender Operations

I am in receipt of your inmate letter dated 02/09/2016 concerning staff disposing of your mail I have the following information:

Deputy Warden Ortiz has reported that the paralegal has informed her the courts have no court deadlines of anything you are pursuing.

Regarding the mailing of legal mail, the mail and property officer will submit the name of the inmate and the amount of postage to inmate banking for inmates who cannot afford the postage for legal envelopes. Mail and property are not required to provide inmates copies of the logs. Any envelopes not marked as legal mail and/or that do not contain legal mail in the envelope will not be forwarded to the complex mail room for processing as legal mail. Legal mail that contains poems, drawings, recipes, art work etc, will be returned as contraband.

A polygraph test will not be conducted.

cc: Judy L. Frigo, Warden, Perryville
Carol Ortiz, Deputy Warden, Lumley Unit
Project File #16-027

Po # 37

**STAFF SIGNATURE:** W/Dr McWilliams
**DATE:** 3/3/16

Distribution: Original – Master File
Copy – Inmate

8. OF. 10

916-2(e)
5/14/12