Loretta Ann Greer - ADOC #155667
ASPC Perryville / Lumley A 42-05
P.O. Box 3300 Goodyear, AZ 85395

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Victor A. Parsons Et, al. | No. 12-0601-PHX-NVW --- MEA |
|---|---|
| Plaintiffs, | 3rd NOTICE OF FILING SPECIFICATIONS OF GREER LORETTA CHRISTIAN IDEAS, INVENTIONS, SONGS, POEMS, STATIONARY DRAWINGS, MANUSCRIPTS, SCREEN PLAYS, JOKES, BRAIN TEASERS, ETC, THAT ADOC/STATE WORKERS ARE TRYING TO STEAL AND KILL ME OVER, PETITION FOR COURT ORDER, EXHIBITS |
| V. | |
| Defendants, | |
| C Ryan Et, al. | |

Petitioner intended to keep her specifications, etc, privet untill they were manufactured, published, and in stores for sell. Then it became clearer then ever that ADOC/state workers are trying to steal them and doing something that is causing me to slowly die. I must now show that there is probable cause for this Court, FBI, Grand Jury, Prosecutors, public, to belived that the defendants are "premeditating" to cause inmates death, doing things to cause our death, And stealing from us while doing so. See U.S. V. Armstrong, 517 U.S. 456, 464 (1996) Prosecutors Must along with others take action, so the laws are faithfully executed. My evidence, witnesses, will show defendants have submitted things into the Copyright and or US Trade Mark Office, that is idenical to mine, or idenical to others in the class. See exhibit #5 it is inmate letter responce from McWilliams stating in part, The Mail returned to you as Contraband was poems, songs, drawings, etc. My polygraph and Mail officers, will show they never returned it.

1 OF 3. Plus 1

to me. The Media needs to know about these crimes so the entire public will, since it is in the public intrest for untrustworthy officials, to be arrested, indited, sentenced. See Fourth notice of Filing specifications of Greer Loreth Christian ideas inventions songs, poems, stationary drawings, Manuscripts, Screen plays, Jokes, Brain teasers, Ect, That ADOC state workers are trying to kill me over, petition for court order, Exhibits Louth Ann Elgin May 25 Respectfully Submitted. I declare under penalty of perjury the forgoing true and correct. Elgin

Plus One

Certificate of Mailing

I hereby Certific that on aprox 5-19-16 I requested Clerk Jones to pick up these documents so parlegal Can authorize Copies. She has three working days to do so. And if She authorized them & turned in original plus three Copies for Court One Copie for Attorney General pursaunt to Mail box rules Lauta Ann Ijun May 25th 2016

3.
OF
.3

EXHIBIT #5

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding inmate Letter must be attached to this response.

**INMATE NAME** (Last, First M.I.) (Please print): Greer, Loretta
**ADC NUMBER:** 155667
**INSTITUTION/UNIT:** ASPC PV Lumley

**FROM** (Last, First M.I.) (Please print): McWilliams, Carson Division Director
**LOCATION:** Offender Operations

I am in receipt of your inmate letter dated 03/14/16 concerning staff processing your mail I have the following information:

As previously stated, "The mail room processes your legal mail in accordance to policy. If the legal mail is determined not to be valid, it will be returned to you as contraband items". The mail room is referring to your unit mail room or the mail officer picking up the mail from your cell. If you do not mark the letters as legal mail, it can be opened and inspected. The mail returned to you as contraband, has not been legal mail, it was poems, songs, drawings etc.

cc: Judy L. Frigo, Warden, Perryville
Carol Ortiz, Deputy Warden, Lumley Unit
File P.O. 61

**STAFF SIGNATURE:** McWilliams
**DATE (mm/dd/yyyy):** 3/24/16

Distribution: Original – Master File
Copy - Inmate

916-2(a)
5/14/12