Loretta Ann Greer
ASPC Perryville / Lumley A42-05
P.O. Box 3300 Goodyear, AZ. 85395

UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF ARIZONA

Victor A. Parsons et, al
Plaintiffs,

V.

Defendants,
C. Ryan Et, al.

NO: 12-0601-PHX-NVW---MEA
4th NOTICE OF FILING SPECIFICTIONS. OF GREER LORETTA CHRISTIAN IDEAS, INVENTIONS, SONGs, POEMS, STATIONARY DRAWINGs, MANUSCRIPTS, SCREEN PLAYS, JOKES, BRAIN TEASERS, ETC, THAT ADOC WORKERS ARE TRYING TO STEAL AND KILL ME OVER, PETITION FOR COURT ORDER, EXHIBITS.

The defendants are threating to take all of my specifications, manuscripts, evidence, which, along with my witnesses will prove they are guilty of stealing from, and causing inmates death. See exhibit #6 it is inmate letter from Frigo to me stating in part "if you are attempting to send out "legal mail" that dose not meet the criteria it will be contrabanded. If I can not send out my things to Attorneys, publishers, Judges, who will acknowledge that Im the author, inventor, etc, of them, it would give the defendant's, who are trying to kill me over them an advantage. They are dictating what inmates May send out to Attorneys, who help with registering copyrights, publishing, etc, and what Judges May, and May not Make a determination on. I've discovered COII Hegler statments are false, See exhibits #7 it is inmate letter from me to COII que asking why didnt I get the mail back? etc Her responce is on the same page stating in part "The letter and envelope was forwarded to SSU. See SSU responce on exhibit #8 it is inmate letter from me to SSU. AKA. Hagier who responded stating in part NO after I ask Are you retaini-

1 OF 3 PLUS 3

ng any mail or have you removed from the mailing, etc. & declare under penalty of perjury the foregoing true and correct. Respectfully Submitted May 25th 2016 Louetta A.

2 OF 3 plus 3

– Certificate Of Mailing –

I hereby Certifie that On aprox May 16th 2016 I requested the officer to call Clerk Jones to pick up these documents for parlegal to authorize copies. She has three days to do so. And if She did Original plus four Copies were turned in On 5-25-16 for Court Clerk, One Judge Duncan, One A.G Mark pursaunt to mail box rules By

Judith Ana Ifru

3. OF. 3 plus 3



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

EXHIBIT #6  4-20-16

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Greer, Loretta | 155667 |

| INSTITUTION/UNIT |
|---|
| ASPC-Perryville- Lumley Unit A42 - 04L |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Frigo, Judy L. Warden | Complex Administration |

I am in receipt of your inmate letter dated 03/15/16 regarding issues with your mail and have the following information:

You have previously addressed your allegations with the Division Director and the Deputy Warden of Lumley Unit and your allegations are unfounded regarding staff tampering with your mail. Staff are not intentionally interfering with your inmate mail. If you are attempting to send out legal mail that does not meet the criteria it will be contrabanded.

cc: Carol Ortiz, Deputy Warden, Lumley Unit
    File - Project #16-046

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] for | 4-21-16 |

Distribution: Original – Master File
             Copy - Inmate

916-2(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

EXHIBIT #7

Please return copy

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

INMATE NAME (Last, First M.I.) (Please print): Greer Loretta A
ADC NUMB: 155667
INSTITUTION/UNIT: Perryville
DATE (mm/dd/yyyy): 1-05-16

To: CoII Que
Location: Mail and Property

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 1-04-16 you picked up legal Mail From me to Mail out. At that time you also stated that the Mail I turned in for Robert Turner would be returned to me because I put letters in the envelope with his for him to Mail people who are in the community. On 1-04-16 the officer passing out Mail wittnessed that he did not have any Mail from Robert Turner for Me. So my question is why didnt I get the Mail back like you said I would And wher dose it say in the Mail policie that inmates May not have other people to send Mail out to them that is for people in the community. The letter and the envelope was forwarded to SSU. You should have recieved a siezed property paper in the mail. CoII 1-12-16

INMATE SIGNATURE: Loretta Ann Greer
DATE (mm/dd/yyyy): 1-5-16

Have You Discussed This With Institution Staff? ☒ Yes ☐ No
If yes, give the staff member's name: CoII Que, Lewis, informal is filed

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Letter**

EXHIBIT #8

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer Loretta A | 155667 | Perryville | 2-3-16 |

| To | Location |
|---|---|
| SSU Contraband Officer Hagler | Building 21 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Are you retaining any mail or have you removed from the mailing becouse you think it pose a direct and immediate threat to the security, safety, or order of the instition, may substantially hinder efforts to treat or rehabilitate, I request that you provide me with a list of it if so, and or send a list to ACLU. So they can use it in the case being filed against you as well as others involved in violating my rights.

2/9/16
Response: No I am not holding any of your mail

INMATE SIGNATURE: Loretta Ann Greer
DATE: 2-3-16

Have You Discussed This With Institution Staff? ☐ Yes  ☐ No
If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12