1. Loretta Ann Greer
2. ADOC #156661 ASPC Perryville/Lumley A 42-05
3. P.O. Box 3300 Goodyear, AZ 85395

4. UNITED STATES DISTRICT COURT
5. FOR THE DISTRICT OF ARIZONA
6.

| | |
|---|---|
| 7. Victor A Parsons Et, al. | No: 12-0601-PHX-NVW---MEA |
| 8. Plaintiffs, | 5TH NOTICE OF FILING SPECIFICATIONS OF |
| 9. V. | GREER LORETTA CHRISTIAN IDEAS, IN- |
| 10. | VENTIONS, SONGS, POEMS, STATIONARY, |
| 11. Defendants | DRAWINGS, MANUSCRIPTS, SCREEN PLAYS, |
| 12. C. Ryan Et, al | JOKES, BRAIN TEASERS, ETC, THAT ADOC/ |
| 13. | STATE WORKERS ARE TRYING TO STEAL |
| 14. | AND KILL ME OVER, PETITION FOR COURT ORDER, EXHIBITS |

15.
16. The defendants Conspiracies to kill inmates slowly, whil steali-
17. ng our things Constitute offences, which require them,
18. to be Convicted. Plaintiff's a right to Full, Fair opportunity to
19. Provide evidence, which will prove defendant's who pleaded gu-
20. ilty, by settleing the suit have and continue violating laws, and.
21. Must be investigated, polygraphed, indited Charged With Captial Mur-
22. der. See Buchanan V. Angelone, 103 F.3d 344, 349 (4th Cir 1996). I Sent.
23. CoII Heglar exhibit #9 it is a inmate letter dated 5/3/16 Stating in.
24. Part do you have anything in your Files Conserning Me? Exhibit 10.
25. is her responce stating in part, "I do not know What you are spe-
26. aking of SSU dose not handle that area. Now see exhibit #11 dem-
27. onstrating on 1-4-16 My property was seized by CoII Quitangon who L-
28. ied like I was piggy backing and My Mail was sent From her to SSU.
29. A.K.A Heglar, on 1-5-16. Quitagon / McWilliams, Frigo, are all indicati-
30. ng CoII Heglar has some of My things. And CoII Hagler is indica-
31. ting that she dose not. Thier guilt is overwhelming. see 6th A-

'otice. I declare under penalty of perjury the foregoing true and correct. Respectfully Submitted May 25th 2016 Loretta Ann Isbeer

2. OF 3 plus 3
   Exhibits 9, 10, 11

Certificate of Mailing

I hereby Certifie on aprox May 16th I requested the officers to call Clerk Jones to pick up these documents for paralegal to authorize copies. She has three days to do so. And if she did & turned in originals plus four copies. On 5/25/16 for Court, Clerk. One for Judge Duncan. And Attorney General Mark, pursuant to mail box rules Louetta Green.

3 of 3 plus 5 IML to Hagler SSU Hagler responce
Inmate property tracking For 909



**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Letter**

EXHIBIT #9

re songs poems letter Alphabet

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Greer | 155667 | Perryville | 5-3-16 |

| To | Location |
|---|---|
| Hagler SSU | Lumley |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Do you have any things in your Files Concerning Me? McWilliams / Frigo are indicating that you do. And I have not recived a contraband / seized For any thing except Mail I attempted to send to Robert Turner. And that was resolved. Please provide names of any one who may have the songs, etc of Mine McWilliams say should have been returned. Becouse some crooked ADOC worker is holding them, And Im going to have the Court take action that will make them give my things up.

INMATE SIGNATURE: [signature]
DATE: 5-3-16

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**
EXHIBIT # 10
**Inmate Letter Response**

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Greer | 155667 |

| INSTITUTION/UNIT |
|---|
| ASPC PV LUMLEY |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Hegler, T | ASPC PV LUMLEY SSU |

In response to your inmate letter on 5/3/16 regarding contraband that was seized from you. I do not know what you are speaking of as far as SSU is concerned we do not have any of your property. I have told you this once before.

However if you have receipts of such property that you believe were taken from you, you will have to direct that towards mail/property. SSU does not handle that area.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| CoII Hegler | 05/05/2016 |

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12



ARIZONA DEPARTMENT OF CORRECTIONS



Exhibit 11.
A42-10

Inmate Property/Contraband/Disposition Tracking

| LOCATION/UNIT | DATE (mm/dd/yyyy) | TIME |
|---|---|---|
| BWL | 1-4-16 | 0800 |
| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | PROPERTY SEIZED BY |
| Greer | 155607 | Quitangon |

**SEIZED PROPERTY RECEIPT**

| # | Description | Reason |
|---|---|---|
| 1 | mail | Piggy backing |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

The above described contraband was seized from the suspect/inmate when he/she knowingly took said contraband into a correctional facility, or was found in possession of said contraband in violation of A.R.S. 13-2505.

**CONTRABAND CONTROL / CHAIN OF EVIDENCE**

Evidence Control Number:

| From | Date (mm/dd/yyyy) | Time | To | Initials |
|---|---|---|---|---|
| Greer | 1-4-16 |  | Q (mail) | CQ |
| Q | 1-5-16 | 1330 | SSu | OQ |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**PROPERTY RELEASE**

| INMATE SIGNATURE | DATE OF NOTIFICATION (mm/dd/yyyy) |
|---|---|
|  | 1-4-16 |
| CONTRABAND CONTROL NUMBER | NOTIFIED BY (Staff Signature and Badge Number) |

☐ I wish to donate the property listed above to the Department of Corrections
☐ I wish to have the property listed above destroyed by the Department of Corrections
☐ SEND TO: Name _____ Address _____   ☐ HOLD FOR: Name _____ Address _____

| SIGNATURE OF PERSON PICKING UP PROPERTY | DATE PROPERTY PICKED UP |
|---|---|

| CONTRABAND CONTROL OFFICER (Last, First M.I.) (Please print) | BADGE NUMBER | DISPOSAL DATE (mm/dd/yyyy) |
|---|---|---|
| DESTRUCTION COMMITTEE MEMBER (Last, First M.I.) (Please print) | BADGE NUMBER | DISPOSAL DATE (mm/dd/yyyy) |
| DESTRUCTION COMMITTEE MEMBER (Last, First M.I.) (If Inmate unavailable) | BADGE NUMBER | DISPOSAL DATE (mm/dd/yyyy) |

Distribution: Original – Property Officer

909-6(a)