```
Loretta Greer #153661
ASPC Perryville / Lumley A 42-05
P.O. Box 3300 Goodyear, AZ 85395
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor A. Parsons Et.al | No: 12-0601-PHX-NVW --- MEA |
| Plaintiffs, | NOTICE OF FILING SPECIFICATIONS OF GREER LORETTA CHRISTIAN IDEAS, INVENTIONS, SONGS, POEMS, STATIONARY DRAWINGS, MANUSCRIPTS, SCREEN PLAYS, JOKES, BRAIN TEASERS, ETC, THAT ADOC/STATE WORKERS ARE TRYING TO STEAL AND |
| Defendants, | |
| C. Ryan Et.al | KILL ME OVER, PETITION FOR COURT ORDER, EXHIBITS |

A Grand Jury will review my specifications and state ADOC workers. As well as my manuscripts, etc, and any thing state workers have submitted in the copyright / US Patent Trade Mark office, review over one thousand pages of evidence, along with my polygraph, testmonie, witnesses, provided. And determine weather there is probable cause to belive any crimes have been committed. This court is authorized to have the criminal division summon qualified citizens for grand jury services or do so it self, so inditment may be issued. See #2 Officer Nordstorm testmonie/memo, stating in part, "To whom it concern, From COII Nordstorm 12/29/04, Subject Greer: I've been working in corrections since 1996. I have personally been witness to officers calling Greer a "baby killer. They continue calling me names, making it look", as thoe I'm crazy, and have found another way of doing so. I've personally heard a female say were killing you, baby killer. From my understanding they are a bunch of colored officials with Ryan. See exhibits 13 and 14 they are inmate letters to A.G. & internal afa-

irs who failed to acknowledge what their coworkers are doing to me, wont investgate, place me under polygraph nor **did they respond.** Have Joined in on the crimes of premeditated Murder / robbery. And Choose to keep silent as the guilty has a right to do. See declaration Supporting these Facts, exhibits. I declare under penalty of perjury the foregoing true and Correct. Respectfully Submitted May 25th 2016 Louita Ann Chrous

2. OF 3 plus 3 EXHIBITS 12, 13, 14

~Certificate of Mailing~

I hereby Certify that on aprox May 16 2016 I requested the officers to call Clerk Jones to pick up these documents for paralegal to authorize copies. She has thiced to do so. And if Sue did orignal plus four copies were turned in on 5-25-16 for court clerk, copy for & Attorney General Mark, pursaunt to mail box rules

Louth Ilven

3. OF. 3 plus 3 EXHIBITS 12, 13, 14

ARIZONA DEPARTMENT OF CORRECTIONS
ASPC-Perryville, Complex
MEMORANDUM

EXHIBIT #12

TO: Whom It Concerns - Re: Inmate Greer, ADC#

FROM: CoII Nordstrom

DATE: 12/29/04

SUBJECT: <u>Inmate Greer's Unprofessional Treatment at Lumley Yard</u>

I have been working in Corrections since 1996 and with Arizona Dept of Corrections since May 1999. I've been at Perryville Women's Prison since March 2004. I've worked on Yard 30 at Lumley Unit the entire time. I've known Inmate Greer the entire time I've been at Perryville.

Most of the inmates on Yard 30, especially C and D Pods have committed serious and sometimes heinous crimes; many have committed one or more murders. <u>I have personally been witness to officers calling Im Greer a "baby killer" out loud on the run. Other inmates have heard this, as well. I've NEVER witnessed such unprofessional behavior. IM Greer would stress out during these times and understandably so. I feel she has constantly been singled out and harrassed by officers on all three shifts. Any transfer possible for her, it seems to me, would stop this type of harrassment if only a more professional group of officers could be</u>

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter
Case 2:12-cv-00601-ROS   Document 1599   Filed 06/06/16   Page 5 of 5
EXHIBIT Return Copy #13
Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Greer Loretta A | 155667 | 155667 | 1-06-16 |

To: A.G. Liaison
Location: Central Office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

From my understanding you are the mastermind of a scheam on my mail, songs, jokes, rhymes, riddles, poems, puzzles, ideas, ect... Along with ADOC workers who have worked the system over fifteen years. Such as I.I. CIU, SSU, Internal Affairs, Ryan, Frigo, per Mail Property inmates are allowed to send mail to any one that is not in prison unless they are L.R. approved on 1-05-16 CO II Quitangon and SSU stole a pack of mail with letters to Robert Turner, Bank of America, Black Womans Blue print, Invent Help, Mark and T Bateman, National Womans Law Center, Oiko Credit, Main State Bar Attorney, Tyrone Williams, Lawrence Greer, And they as well as other ADOC workers are sending mail out to my people with thier hand writing on it rather then what I turn in — Please investigate this —

Inmate Signature: Loretta Ann Greer
Date: 1-06-16

Have You Discussed This With Institution Staff? ☐ Yes  ☑ No
If yes, give the staff member's name:

Distribution: Original - Master Record File
           Copy - Inmate

916-1
5/14/12