Loretta Ann Greer-Adoc #156667
Aspc Perryville / Lumicy A 42-05
P.O. Box 3300 Goodyear, Az 85395

FILED — LODGED
— RECEIVED — COPY
JUN 06 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor A. Parsons Et, al
Plantiffs,

V.

Defendants,
C. Ryan Et, al.

No: 12-0601-PHX-NVW---MEA

DECLARATION IN SUPPORT OF NOTICE OF FILING, SPECIFICATIONS OF GREER LORETTA CHRISTIAN IDEAS, INVENTIONS, SONGS, POEMS, STATIONARY DRAWINGS, MANUSCRIPTS, SCREEN PLAYS, JOKES, BRAIN TEASERS, ETC, THAT ADOC/STATE WORKERS ARE TRYING TO STEAL AND KILL ME OVER, PETITION FOR COURT ORDER EXHIBITS

I declare under penalty the on going/ Forgoing is true and Correct. Daskalea V. District of Columbia, 227 F.3d 433, 441 (D.C. Cir 2000) Demonstrates how state/ ADOC workers are trying to Force inmates to do thing's that we Chose not to do. See Turner V. Calderon, 281 F.3d 851, 885-86 (9th Cir. 2002 Demonstrating Ryan et, al. Could get the death penalty: I hereby affirm and Make this declaration in Support of My Facts, exhibits, which demonstrate probable Cause exist that require FBI to investigate the defendants, take polygraph test, then indite thoes who have and continue premeditating to let inmates die, and do things that Cause our death. Photo's of My body will Show injurys, blood and puss has been ozzing out of Me all week. Ryan et, al Must be Stopped. I've requested the Court to grant relief, which will Show Ryan et, al. Motive is to also Profit From inmates, they are letting die/ Making Sick. They are guilty of Premeditated Murder. I am 100% Compentant, I've attached all exhibits to the notices if not ther Ryan et, al. removed them with Malice. This Court

should grant relief. I read and wrote 1st, 2nd, 3rd, 4th, 5th, 6th, notice of Filing specifications, etc. They are made in good Faith. I'm old enough to make oaths of truth; "I declare under penalty of perjury the foregoing t-rue and correct. Respectfully Submitted May 25th 2016 By Loretta Ann [illegible]

~ Certificate OF Mailing ~

I hereby Certifie that on May 20th 2016 I turned the two pages in so ADOC Clerk Jones Could have parlegal authorize Copies. She has three days to authorize Copies, And if She did I turned in origonals plus Four Copies so this Court Clerk Could File, Forward one to Judge, return one Comform, And I turned in one Copie For Attorney General Mark