IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Deadlines (Doc. 1591), and upon good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadlines (Doc. 1591).

Dated this 7th day of June, 2016.

_____
David K. Duncan
United States Magistrate Judge