Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' STATUS REPORT REGARDING REMOTE ACCESS TO ELECTRONIC MEDICAL RECORDS** |

In accordance with the Court's Minute Entry dated May 18, 2016 (Doc. 1582), Defendants file this status report regarding read-only remote access to electronic medical records of Arizona Department of Corrections (ADC) inmates contained in the eOMIS system.

## I. HISTORY OF REMOTE ACCESS

The Stipulation requires Defendants to provide Plaintiffs' counsel with "reasonable access to the . . . documents necessary to properly evaluate whether Defendants are complying with the performance measures and other provisions of this Stipulation." Doc. 1185 at 12. Specifically with respect to medical records, the Stipulation provides that each month, Defendants must provide Plaintiffs' counsel copies of a year's worth of health care records of ten class members and five subclass members selected by Plaintiffs, as well as ongoing production of health care records of class members who died during their confinement at a state-operated facility. *Id.* The Stipulation also provides that "Plaintiffs' counsel and their experts shall be able to review health . . . records of class members . . . *during the tours*." *Id.* at 13-14 (emphasis added).

Defendants initially provided Plaintiffs with the health records required by the Stipulation to be produced on a monthly basis in PDF format. In January 2016, almost a year after providing Plaintiffs' counsel the medical records in this format, counsel for Plaintiffs complained for the first time that their expert, Todd Wilcox, had difficulty navigating these PDF documents, and that they believed it would be more efficient for their expert to review the documents in eOMIS. Over time, Plaintiffs' request for remote access has morphed from providing temporary remote access for their expert to the very limited set of records that the Stipulation requires Defendants to produce each month to providing unlimited remote access for any of Plaintiffs' counsel, staff, or experts to all of the health care records of any ADC inmate for any timeframe. This is vastly greater access to health care records than contemplated by the Stipulation, goes far beyond what is necessary to check whether ADC's monitors are accurately reporting their findings with respect to the monthly sample of health care records they review for the Stipulation

1

Performance Measures, and would only serve to increase the costs of monitoring the Stipulation, not lessen them.

## II. CURRENT STATUS

Defendants have been coordinating with Corizon, ADC's contracted healthcare provider, and its software vendors to determine the scope of access to eOMIS that can be reasonably and securely provided to Plaintiffs' counsel, whether such access can be provided using the software as it currently exists, and the costs of providing such access, using either the current eOMIS software or developing a new interface. While this coordination is still ongoing, Defendants have been informed that the eOMIS system is capable of providing secure, read-only remote access, but that there are programming costs associated with creating such access for Plaintiffs. Defendants have requested additional information with respect to the costs and timeframe associated with the necessary programming.

Defendants will continue to engage with Corizon and its vendors and propose to provide the Court with a further status update within 14 days regarding their progress in providing read-only remote access to Plaintiffs in accordance with the terms of the Stipulation.

DATED this 8th day of June 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

4

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck

5