June 6, 2016

To: Hon. David K. Duncan
From: Laura L. Nosley
Re: Charles L. Ryan and Richard Pratt
    Embezzlement of State & Federal Funds
    CV 12-601-PHX-DKD

Your Honor;

As you are aware, ADC on-site medical care is privatized and off-site medical care is contracted by ADC. Each contracted off-site medical providers submit two billing statements. One is submitted to A.D.S. of which ADC claims that they provide funds to pay their bills and another statement to A.S.P.C. Lewis.

In actuality, ADCCCS which the majority of funding is provided by Medicaid through the Social Security Administration through DES is paying the bills. Simply stated, it is illegal to use Medicaid funds to pay for an inmates health care. Charles L. Ryan and Richard Pratt are using the billing statements that are sent to A.S.P.C. Lewis to deduct funds from ADC accounts claiming that these funds were used to pay the bills. However, they are pocketing these monies.

①

I have been incarcerated for 4 years for insurance fraud and only have a few months remaining on my sentence. If I can go to prison for insurance fraud why should there be an exception for Charles L. Ryan and Richard Pratt? Especially when both are responsible for torturing and murdering their inmates, my friends by refusing to provide adequate health care services.

ADC is absolutely corrupt. Targeted disciplinary actions, cell searches, drug testing, denial of legal services and theft of legal mail. I've experienced the entire gambit of retaliatory actions. The Governor and Attorney General's office are aware of my allegations. Neither wants a scandal and will do whatever is necessary to keep the status quo. I have made numerous attempts to contact various federal agency's about this matter, however, ADC steals my mail. Can you find me a Fed?

Sincerely,

[signature]

**INMATE MAIL**: **ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Joseph L. Mealey
ADC# 167655
Arizona State Prison Complex
Unit: Santa Cruz B-41-02
City: P.O. Box 3600, Florence, AZ 85132

LEGAL MAIL
Az Dept of Corrections

PHOENIX AZ 852
08 JUN 2016 PM 11 L

U.S. District Court
Attn: Hon. David K. Duncan
401 W. Washington
Phx Az. 85003

85003—215145

RECEIVED
JUN 0 9 2016
DAVID K. DUNCAN