IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L Ryan, et al., | |
| Defendants. | |

Loretta Ann Greer has filed two motions requesting the Court order various parties to perform various tasks. (Docs. 1566 and 1584) These motions are supported by declarations, notices, subpoenas, and supporting memoranda. (Docs. 1567-1573, 1585-1589, 1592-1603) Another class member, Michael Cohn, filed a Motion for Criminal Investigation. (Doc. 1590).

As class members, Greer and Cohn are represented in this matter by class counsel and so the Court will not consider their motions. The Court notes that it appears both of their motions are outside the scope of this matter and would be best handled through separate lawsuits.

**IT IS THEREFORE ORDERED** denying class members' motions (Docs. 1566, 1584, 1590).

Dated this 13th day of June, 2016.

_____
David K. Duncan
United States Magistrate Judge