Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DEFENDANTS' NOTICE OF SERVICE OF REMEDIATION PLAN PURSUANT TO COURT ORDER, DKT. 1583** |

Pursuant to the Court's May 20, 2016 Order identifying deficiencies to be addressed by Defendants, Defendants hereby submit their Remedial Plan.  *See* Ex. 1 (Defendants' Remedial Plan).  The Remedial Plan is a collaborative effort by ADC and Corizon to develop a plan to increase compliance with each performance measure, at each facility identified by the Court.  Preparation of the Remedial Plan consisted of a historical review of each measure, and a detailed evaluation of what caused repeated non-compliance and why prior Corrective Action Plans ("CAPS") have been unsuccessful.  This information was then analyzed to determine the most effective way to overcome the obstacles.  New, revised plans, at both the facility and statewide level were formed as a result and are reflected in the Remedial Plan.

While Defendants are confident that the Remedial Plan will be effective and result in long-term compliance with the performance measures identified by the Court, positive results will not be immediately reflected in the monthly Compliance Green Amber Red ("CGAR") scores.  This is because the monitors review performance measures one month in arrears in order to capture complete months' information.  For example, July activity is monitored during the month of August.  Those August results are then tabulated and presented in the third month (September) following the actual audited month.  As such, results from the Remedial Plan, if fully implemented and put into place at the beginning of July, may not be truly reflected until the month of July is audited in August, and reported in September.

1    DATED this  13th  day of June 2016.

2                                    STRUCK WIENEKE & LOVE, P.L.C.

3

4                                    By /s/ Daniel P. Struck

5                                       Daniel P. Struck
                                        Kathleen L. Wieneke

6                                       Rachel Love
                                        Timothy J. Bojanowski

7                                       Nicholas D. Acedo
                                        Ashlee B. Fletcher

8                                       Anne M. Orcutt
                                        Jacob B. Lee

9                                       STRUCK WIENEKE & LOVE, P.L.C.
                                        3100 West Ray Road, Suite 300

10                                      Chandler, Arizona  85226

11                                      Arizona Attorney General Mark Brnovich
                                        Office of the Attorney General

12                                      Michael E. Gottfried
                                        Lucy M. Rand

13                                      Assistant Attorneys General
                                        1275 W. Washington Street

14                                      Phoenix, Arizona 85007-2926

15                                      *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:        aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:         afettig@npp-aclu.org

Asim Varma:           avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Jennifer K. Messina:    jkmessina@jonesday.com

Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela           mabela@azdisabilitylaw.org

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

Sara Norman:         snorman@prisonlaw.com

Sarah Eve Kader:      skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

3

1

2          I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4          N/A

5                                          /s/ Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28