# EXHIBIT 1

EXHIBIT 1

# Performance Measure Remediation Plan

In response to:
Case 2:12-cv-00601-DKD, Dkt. 1583

## Performance Measure: 11

**Standard:**
*Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.*

**Systemic Corrections at Eyman, Florence, Lewis, Tucson, Winslow, and Yuma:**
*Note: Florence and Winslow complexes continue to trend compliance.*






Accountability Manifest Log: A manifest log is a detailed receipt that comes with every medication delivery. The manifest log lists every medication delivered with a particular shipment. Each manifest log also includes a "notes" section that explains why certain medications that were ordered were not delivered with the shipment. The notes section often includes things like, "refilled too soon", "no refills remaining" or "medication unavailable" to explain why an ordered medication was not shipped. Problematically, when delivering medications, the Inventory Control ("IC") did not review the notes section and instead focused on quick delivery of the medications to the inmates. Overlooking the notes section, however, resulted in later confusion about why medications were not delivered and often resulted in duplicative requests for medications. To remedy this, each IC will review all "notes" sections in detail and be held accountable for this daily review. The IC will then notify the provider, Monday – Friday, of any updates that need to be given for medications that were not delivered and the reasons why the medications were not delivered so the provider can decide the best way to proceed in order to maintain compliance with this measure.

Clinic Stock Review/Update: To ensure inmates timely receive their medications, a statewide review of clinic stock is underway. The review will ensure all complexes have access to the same clinic stock and that the clinic stock is robust enough to support the complex's need. Additionally, clinic stock medications will now be used for all STAT and new orders, until the inmates' specific medications are received. If clinic stock is unavailable, medication will be obtained from the back-up pharmacy or another complex. For ease of reference and to speed up preparation time, clinic stock "cheat sheets" will be posted in all provider exam rooms at every complex.

KOP ("Keep on Person") Log – Trust & Verify: As a check and balance, KOP logs will now be utilized as a verification tool. To confirm KOP medications are distributed daily, the following process is being implemented: The lead IC will provide the KOP log to the Director of Nursing (DON), or designee, daily. The DON, or designee, will then use the KOP log to confirm and verify that the KOP medications were actually delivered.

Addition of an "Officer Delivery" tab to the Electronic Medical Record (EMR): The above referenced facilities have routinely been non-compliant with this measure not because inmates were not timely receiving their medications, but because the EMR was unable to track when the medications were actually delivered by security staff. Thus, the monitors were unable to determine, based on a review of audit documentation, whether the medications were timely delivered. As a result, credit for these deliveries was not given and the facilities were found to be non-compliant with this measure. To better document and track delivered medications by security staff, a drop-down was added in the EMR to capture "officer delivery."

Additional IC position – (Lewis): A hurdle for the Lewis complex in maintaining compliance with this measure was that Lewis complex was one of the last stops of the day for United Parcel Service ("UPS"). As such, mail is not delivered until 2 p.m. This was problematic because the 2 p.m. delivery occurred toward the end of shift and often resulted in the medication delivery being delayed by a day. Numerous efforts were made by medical staff to request that UPS make Lewis complex one of its first stops so that medications could be received in the morning. Unfortunately, UPS was unable to accommodate these requests. As such, Corizon added a second full-time IC position to accommodate the late UPS deliveries. This additional coverage ensures staff is available at all times to receive medications and, in turn, will assist in the timely delivery of medications to inmates as required by this measure.

Collaboration Medical/Security: In an effort to become more efficient, medical and security staff will collaborate on medication delivery. If an inmate does not show up for medication distribution, the nurse will draft an Incident Report ("IR") and notify security to locate the inmate. The Facility Health Administrator and Deputy Warden will also work together to ensure this collaboration occurs.

## Performance Measure: 13

**Standard:**
*Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.*

**Systemic Corrections at Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma:**
*Note: The Douglas complex continues to trend into compliance.*




eOMIS/PharmaCorr Interface: Historically, providers utilized Pharmacorr to request medications. Problematically, however, PharmaCorr's interface with eOMIS did not have the ability to sync and "talk" to the eOMIS website. As a result, this measure was often non-compliant, not because medications were not being timely renewed, but because the current information was not available in eOMIS. To more accurately track medication renewals, the interface between eOMIS and PharmaCorr has been modified. Today, both systems communicate collaboratively to manage medication inventory as it is ordered, consumed, renewed and/or expired. This modification allows the provider to determine the appropriate amount of refills remaining. This information is needed to efficiently and effectively determine if a refill needs approval and/or if a new prescription order needs to be submitted.

Time Change in Medication Renewal: The Expired Medication Report contains a list of medications that have expired or will expire. Until recently, when reviewing this report, providers could not submit refills for prescriptions unless they were within 15 days of expiring. eOMIS now has the capability to renew medication 30 days prior to expiration. This larger window allows providers to set designated times to renew medications and minimizes the number of times a provider needs to review medication renewals. This will decrease missed medications and duplicative renewal requests. In an additional effort to

increase medication receipt time, the Expired Medication Report will be sent to all providers on a weekly basis. Each week, the providers will review this list and renew expiring medications so as not to cause a lapse in medications for the inmates.

Offline MAR: Because eOMIS requires an internet connection and because many of the housing units do not have access to Wi-Fi, providers are unable to access eOMIS inside the units. Access to eOMIS in all housing units would substantially increase compliance, as it would allow providers to input and look up information simultaneous with their contact and improve medication administration. As such, Corizon submitted a critical request for an offline MAR through the EMR vendor, Marquis.

Discontinuation of Medications When Alternative Medication is Received: Oftentimes, an alternative medication is ordered to substitute an inmate's current medication. Historically, when the alternative medication was ordered, the previous medication remained in the system. As a result, monitors were marking files non-complaint for failure to refill an old medication, not realizing that the old medication was no longer active. Now, outdated medications are marked as discontinued so that monitors know the inmate is receiving a replacement medication.

Statewide Addition of Complex Chronic Care Nurse: A chronic care nurse position has been added to each ADC complex. This position will assist in updating chronic care databases and serve as a gatekeeper for medication renewals.

Additional Tele-Psychiatry/Medicine Carts (Lewis): Historically, transporting maximum security inmates to be seen by healthcare providers was challenging and often resulted in non-compliance for Lewis complex. Tele-services minimizes, and sometimes eliminates, the requirement to move inmates. To increase access to care, Lewis complex has added three tele-psychiatry systems and an additional telemedicine cart to the maximum custody unit at Lewis, Rast.

# Performance Measure: 14

## Standard:

*Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.*

## Systemic Corrections at Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma:

Accountability Manifest Log: A manifest log is a detailed receipt that comes with every medication delivery. The manifest log lists every medication delivered with a particular shipment. Each manifest log also includes a "notes" section that explains why certain medications that were ordered were not delivered with the shipment. The notes section often includes things like, "refilled too soon", "no refills remaining" or "medication unavailable" to explain why an ordered medication was not shipped. Problematically, when delivering medications, the IC did not review the notes section and instead focused on quick delivery of the medications to the inmates. Overlooking the notes section, however, resulted in later confusion about why medications were not delivered and often resulted in duplicative requests for medications. To remedy this, each IC will review all "notes" sections in detail and be held accountable for this daily review. The IC will then notify the provider, Monday – Friday, of any updates that need to be given for medications that were not delivered and the reasons why the medications were not delivered so the provider can decide the best way to proceed in order to maintain compliance with this measure.

eOMIS/PharmaCorr Interface: Historically, providers utilized Pharmacorr to request medications. Problematically, however, PharmaCorr's interface with eOMIS did not have the ability to sync and "talk" to the eOMIS website. As a result, this measure was often non-compliant, not because medications were not being timely renewed, but because the current information was not available in eOMIS. To more accurately track medication renewals, the interface between eOMIS and PharmaCorr has been modified. Today, both systems communicate collaboratively to manage medication inventory as it is ordered, consumed, renewed and/or expired. This modification allows the provider to determine the appropriate amount of refills remaining. This information is needed to efficiently and effectively determine if a refill needs approval and/or if a new prescription order needs to be submitted.

Change in Health Needs Request Log: To improve the HNR process, in May of 2016 Corizon rolled out a standardized Health Needs Request (HNR) log to be used by all complexes. This improvement eliminates the need to handwrite logs, which was time consuming, often times illegible, and inconsistent among nursing staff maintaining the logs. The new system is uniform, in excel format, and stored on a shared drive to allow access to all nursing and support staff so they can quickly and efficiency enter HNR information and IC to generate refills.

Pharmacy Log Improvements: Corizon is in the process of developing a pharmacy log to improve tracking HNR medication requests. Upon completion, all HNRs that request medication renewals or refills will be tracked through the pharmacy log. The pharmacy log is digital and alerts the user if a request was made within 3 – 7 days from expiration. The IC will maintain this log. The use of the log will also provide the monitors with more accurate source documents.

KOP Log – Trust & Verify: As a check and balance, KOP logs will now be utilized as a verification tool. To confirm KOP medications are distributed daily, the following process is being implemented: The lead IC will provide the KOP log to the Director of Nursing (DON), or designee, daily. The DON, or designee, will then use the KOP log to confirm and verify that the KOP medications were actually delivered.

Time Change in Medication Renewal: The Expired Medication Report contains a list of medications that have expired or will expire. Until recently, when reviewing this report, providers could not submit refills for prescriptions unless they were within fifteen days of expiring. eOMIS now has the capability to renew medications thirty days prior to expiration. This larger window allows providers to set designated times to renew medications and minimizes the number of times a provider needs to review medication renewals. This will decrease missed medications and duplicative renewal requests. In an additional effort to increase medication receipt time, the Expired Medication Report will be sent to all providers on a weekly basis. Each week, the providers will review this list and renew expiring medications so as not to cause a lapse in medications for the inmates.

Enforce use of L-Card system and the Tickler System: To ensure chronic care medications do not lapse, the IC will use the L-Card system for Direct Observation Therapy (DOT) and the tickler file system for KOP medications. The L-Card system consists of placing the letter "L" on the last medication blister sheet when the medication is received. This way, when this card is used, the nurse administering medications is alerted it is the last sheet and the medication needs to be re-ordered. This proactive step reduces the number of refill requests. Similarly, stickers are used by the IC to ticker refills. These stickers are also on inmates' KOP medications for use on their HNR request for refill. The stickers are then later used to quickly and easily request refills.

## Performance Measure: 37

### Standard:
*Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).*

### Systemic Corrections at Eyman, Florence, Lewis, Tucson, Winslow, and Yuma:
*Note: The Winslow complex continues to remain in compliance.*




<u>Change in HNR Process</u>: The larger complexes have converted to a centralized HNR process to ensure accountability in HNR log documentation and to evaluate resource needs for nurse line more accurately. DON/Supervisors will run nursing lines when necessary to keep in compliance with the requirement. Those patients requiring immediate/emergent needs will be seen same day.

<u>Medical/Custody Collaboration</u>: In an effort to become more efficient, medical and security staff will collaborate on medication delivery. If an inmate does not show up for medication distribution, the nurse will draft an IR and notify security to locate the inmate. The Facility Health Administrator and Deputy Warden will also work together to ensure this collaboration occurs.

<u>Sick Call</u>: The DON will request additional sick call assistance and/or coordinate a sick call line if at any time sick call needs exceed the capacity of current staff.

# Performance Measure: 39

## Standard:

*Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.*

## Systemic Corrections at Eyman, Florence, Lewis, Perryville, and Tucson:

Provider Productivity: Throughout the state, all Site Medical Directors (SMD) have been instructed that their medical providers must maintain a certain level of productivity each day. Specifically, each provider must see 15 patients a day and dedicate one hour a day to administrative tasks. Productivity will be reviewed weekly beginning June 2016.

Added Regional Tele-Medicine Support: 2.5 telemedicine providers have been added to assist all complexes on an as needed basis. All complexes have been instructed to utilize these regional tele-med providers, as needed, to relieve site providers when necessary. An individual at Corizon has been charged with overseeing the schedules of these additional 2.5 providers and working with the facilities to meet their needs.

Added Additional Asst. Regional Medical Director (ARMD): Additional ARMDs have been added at the following facilities to assist the SMD with clinical needs:

ARMD 1 – Tucson/Douglas
ARMD 2 – Eyman/Florence
ARMD 3 – Perryville/Lewis
Regional Medical Director (RMD) – Winslow, Safford, Yuma, and Phoenix.

Alternative Solutions: Corizon is utilizing alternative solutions to cover vacant positions, including locum tenens providers, available regional providers, tele-med providers, and providers assigned to other complexes.

# Performance Measure: 46

## Standard:

*A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.*

## Systemic Corrections at Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma:

EMR (eOMIS) Improvement: The researching method for report results has been modified. In the past, providers at Phoenix (the only male intake facility) would order diagnostics, but the diagnostics were viewable by the ordering provider only. This was a problem because inmates would quickly transfer (within 2 – 3 days) prior to the requesting provider receiving/reviewing the diagnostic reports. This resulted in audit deficiencies that relied on the requesting provider from another complex. The modification allows providers to search diagnostic reports by complex and/or by housing units. Every day, the SMD can now look at an entire complex to verify that providers are reviewing diagnostic results to provide a level of trust and verify accountability.

SMD Accountability: Each SMD received additional training on the CGAR process. As a result of this training, each signed an acknowledgment form stating it is their duty to hold their providers accountable for these standards.

Schedule Adjustment: Due to the high number of diagnostic reports to review each day, providers are now required to dedicate one hour a day to reviewing diagnostic reports.

# Performance Measure: 54

## Standard:

*Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.*

## Systemic Corrections at Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma:

Medical/Custody Collaboration: In an effort to become more efficient, medical and security staff will collaborate on medication delivery. If an inmate does not show up for medication distribution, the nurse will draft an IR and notify security to locate the inmate. The Facility Health Administrator and Deputy Warden will also work together to ensure this collaboration occurs.

Provider Productivity: Throughout the state, all Site Medical Directors (SMD) have been instructed that their medical providers must maintain a certain level of productivity each day. Specifically, each provider must see 15 patients a day and dedicate one hour a day to administrative tasks. Productivity will be reviewed weekly beginning June 2016.

Statewide Addition of Complex Chronic Care Nurse: A chronic care nurse position has been added to each ADC complex. This position will assist in updating chronic care databases and serve as a gatekeeper for medication renewals.

Added Regional Tele-Medicine Support: 2.5 telemedicine providers have been added to assist all complexes on an as needed basis. All complexes have been instructed to utilize these regional tele-med providers, as needed, to relieve site providers when necessary. An individual at Corizon has been charged with overseeing the schedules of these additional 2.5 providers and working with the facilities to meet their needs.

Added Additional Asst. Regional Medical Director (ARMD): Additional ARMDs have been added at the following facilities to assist the SMD with clinical needs:

ARMD 1 – Tucson/Douglas
ARMD 2 – Eyman/Florence
ARMD 3 – Perryville/Lewis
Regional Medical Director (RMD) – Winslow, Safford, Yuma, and Phoenix.

Alternative Solutions: Corizon is utilizing alternative solutions to cover vacant positions, including locum tenens providers, available regional providers, tele-med providers, and providers assigned to other complexes.

Additional Tele-Psychiatry/Medicine Carts (Lewis): Historically, transporting maximum security inmates to be seen by healthcare providers was challenging and often resulted in non-compliance for Lewis complex. Tele-services minimizes, and sometimes eliminates, the requirement to move inmates. To increase access to care, Lewis complex has added three tele-psychiatry systems and an additional telemedicine cart.

## Performance Measure: 66

### Standard:
*In an IPC, medical provider encounters will occur at a minimum every 72 hours.*

### Systemic Corrections at Florence, Lewis, and Tucson:
Note: The Lewis complex has largely been in compliance since the beginning of compliance monitoring.




<u>SMD Accountability</u>: Each SMD received additional training on the CGAR process. As a result of this training, each signed an acknowledgment form stating it is their duty to hold their providers accountable for these standards.

<u>Timely Documentation</u>: Previous audit deficiencies revealed that, although providers were conducting rounds, providers were not documenting rounds. Additional requirements have been implemented to ensure each round is documented so that credit is given for the provider contact.

<u>Change in Assignments</u>: Additional resources have been provided to all IPC units to ensure there are enough provider resources to document the rounds being conducted by providers.

<u>Internist/Hospitalist (Tucson, Florence)</u>: Corizon is currently recruiting for a part-time position for an Internist/Hospitalist at both the Florence and Tucson facilities to assist with infirmary rounds. Active recruitment for these positions is ongoing.

## Performance Measure: 85

**Standard:**
*MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. Note: Perryville has maintained compliance for the past three months and Yuma has maintained compliance for the past two months.*

**Systemic Corrections at Eyman, Florence, Lewis, Perryville, Tucson, and Yuma:**






Background: Through auditing, we determined there are a number of inmates labeled with the incorrect mental health subcategory. When medications have been added or removed, the psychiatric providers were not changing the score accordingly. Due to the numerous inmates classified as MH-3D that did not meet the criteria for the category, auditing has resulted in a very small sample that actually met the criteria.

Process: Over the next 30 days, all inmates designated as MH-3D will be re-evaluated to determine if they meet the appropriate criteria. Once the population is correctly identified, those still needing a contact by a psychiatric provider will be scheduled for a contact in the next 30 days. The mental health caseload databases will be updated no less than once per week to ensure that all inmates are maintained in compliance. The psychiatric providers will sign a memo indicating they are aware of the return to clinic requirement for inmates whom they discontinue off all medications.

Accountability: Accountability for the weekly updates to the unit specific database is assigned to the clinician located on that specific unit (except for Eyman, Lewis, and Tucson where a centralized scheduler will be maintaining the databases). The MH RN will note the orders on the same day the medications are discontinued, and the follow up appointment will be scheduled no more than 30 days from that date. The MH lead, or designee, will conduct a weekly review of all MH-3D inmates with outstanding appointments and report the backlog to the FHA and Regional Mental Health Director.

## Performance Measure: 92

**Standard:**

*MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.*

*Note: Florence has been in compliance since August 2015. Eyman has been in compliance every month since September 2015.*

**Systemic Corrections at Eyman, Florence, Lewis, Perryville, and Tucson:**






Background: Maximum custody requires a much higher frequency of contacts than any of the lower custody yards. Additionally, as we have rolled out an increase in overall programming to the inmates in maximum custody, we have found scheduling class time and officer escorts to be challenging.

Process: All complexes will have an up-to-date database of all inmates with an MH-3 score or higher within the next 30 days. The unit specific databases will be maintained minimally on a weekly basis by either the clinician assigned to the unit or by a centralized scheduler. Based upon operational factors, the staff members assigned to a maximum custody unit will schedule, each day, a minimum of 8-15 individual sessions or 2-4 psychotherapy groups (or an appropriate combination thereof) to ensure timeframe compliance. Any refusal will be documented according to policy on the same day that services were offered to the inmate. Any cancellation of these scheduled contacts will be reported to the FHA, the Regional Mental Health Director, and the Warden in a daily email.

Accountability: The clinician assigned to the unit will be accountable for maintaining contacts in compliance and ensuring that the database is updated at least weekly. The MH lead will review any backlog numbers on a weekly basis and provide the results on the weekly lead call.

## Performance Measure: 93

**Standard:**

*Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.*

*Note: Florence has maintained compliance since June 2015. Tucson has only had two months out of compliance since August 2015. Eyman has maintained compliance for four of the past seven months.*

**Systemic Corrections at Eyman, Florence, Lewis, and Tucson:**









Background: Many challenges arise when ensuring all inmates are seen for each calendar week in a month. Many of the inmates move around – making it difficult to ensure they receive their weekly contact. Additionally, the high number of contacts causes some inmates not to have necessary entries in eOMIS.

Process: The staff member assigned to complete the segregation rounds will print out a segregation visit housing list on the day that rounds are scheduled. They will document on the housing sheet information pertaining to their contact with each inmate. The staff member will document in red ink the in/out time of their pod walks on the correctional officer service journal.

<u>Accountability</u>: The MH lead will be accountable for ensuring that the psych techs complete the segregation checks on a weekly basis. A specific schedule for these checks will be created by the MH lead, and backup staff will be scheduled in the event the assigned staff member is not available to complete the segregation checks.

# Performance Measure: 98

## Standard:

*Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0*

## Systemic Corrections at Eyman, Florence, Lewis, and Winslow:

Background: In order to be compliant with recent changes to the NCCHC accreditation guidelines, new processes have been implemented to ensure compliance. Unfortunately, the mental health HNR performance measure is worded in such a way that it requires adherence to a policy that is no longer in effect. As processes have changed to meet the evolving standards, it has caused disruption in the obsolete HNR process described in the MHTM from two years ago.

Process: All HNRs will be triaged by the medical staff. Any mental health HNR stating clinical symptoms will be logged into the HNR log and scheduled to be seen on the sick call nursing line. After the nurse sees the inmate, any inmate needing to be seen by a psychiatric provider will be scheduled by the sick call nurse. Any inmate needing to see a clinician will be referred to the psychology staff. Any mental health HNRs not describing clinical symptoms will be forwarded on the same day they are received to the psychology staff at each respective unit. The psychology staff will review all triaged HNRs each day they are on site and log these HNRs into their specific log. A response will be provided to the inmate within five business days.

Accountability: The DON/ADON will oversee the HNR process. The DON/ADON will ensure that a specific staff member is assigned each day to triage the HNRs and complete the scheduling for the sick call nursing line on a daily basis. The Regional Director of Nursing will ensure that the HNR log remains consistent at each complex and that all staff have been trained on the HNR process within the next 30 days.