UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**[PROPOSED] ORDER DIRECTING DEFENDANTS TO IMPLEMENT REMEDIAL PLAN** |

The Court, having reviewed the record and documents filed by the Parties, hereby **ORDERS**:

1. Defendants shall immediately implement the remedial plan set forth in Doc. 1608, Exhibit 1, except that the Court rejects Defendants' plan with regard to Performance Measure 85. Defendants are ordered to submit, within ten days of this Order, a revised remedial plan for Performance Measure 85 that does not involve the reclassification of MH-3D prisoners;

2. Defendants shall, within ten days of this Order, provide Plaintiffs with a list of all former MH-3D prisoners who have been reclassified since February 18, 2015, stating for each prisoner the date of reclassification and

1 the prisoner's new mental health classification.  Defendants shall provide
2 Plaintiffs' counsel and their experts access to the medical records of these
3 prisoners without requiring counsel or experts to travel to Arizona for that
4 purpose;

5 3. Defendants shall adhere to the mental health classifications set forth in the
6 Stipulation (*see* Doc. 1185-1 at 4-5) in classifying prisoners and in
7 monitoring compliance with the Performance Measures; and

8 4. The Court finds that the relief ordered herein is narrowly drawn, extends no
9 further than necessary to correct the violation of federal rights, and is the
10 least intrusive means necessary to correct the violation of federal rights.