1
2
3
4
5

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO CORRECT THE RECORD** |

The Court, having reviewed Plaintiffs' Emergency Motion to Correct the Record, and finding good cause, hereby **GRANTS** the Motion. The Clerk is hereby immediately ordered to substitute Exhibit 3 attached to Plaintiffs' Emergency Motion to Correct the Record with pages 8-13 of Doc. 1611-1.