IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-0601-PHX-DKD<br><br><br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion to Correct the Record (Doc. 1612). They request that the Court replace a redacted version of Exhibit 3 attached to Document 1611. The Court declines to do so but will seal the relevant documents (Attachment 1, Exhibits 1-3).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Correct the Record (Doc. 1612) is **granted**. The Clerk of Court must seal Attachment 1, Exhibit 1-3 of Document 1611.

**IT IS FURTHER ORDERED** that Plaintiffs file a redacted version of Attachment 1 to Document 1611.

Dated this 21st day of June, 2016.

_____
David K. Duncan
United States Magistrate Judge