Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' SECOND STATUS REPORT REGARDING REMOTE ACCESS TO ELECTRONIC MEDICAL RECORDS** |

1     In accordance with the Court's Minute Entry dated May 18, 2016 (Doc. 1582), Defendants file this second status report regarding read-only remote access to electronic medical records of Arizona Department of Corrections (ADC) inmates contained in the eOMIS system.

Defendants have been coordinating with Corizon, ADC's contracted healthcare provider, and its software vendors to determine the scope of access to eOMIS that can be reasonably and securely provided to Plaintiffs' counsel. In addition, ADC and Corizon are attempting to determine whether such access can be provided using the software as it currently exists and the cost of providing such access. Finally, ADC and Corizon must determine whether Plaintiffs can use the current eOMIS software or whether a new interface must be developed.

Defendants have been advised that eOMIS currently is not providing read-only access. Therefore, software programming will be necessary to provide read-only access to Plaintiffs. Based on the software vendor's present workload queue, this will take between six to eight weeks. The necessary software programming hours to accomplish this task is estimated to be between 60 to 120 hours, which includes both development programming at $120/hour and testing hours at $67/hour, and will cost between $7,605 and $15,210.[1] In addition to software programming, Corizon will need time to ensure seamless connectivity between the newly programmed software and Corizon's systems, as well as time to set up Plaintiffs' user accounts. Setup programming for users is estimated to be one to two hours, depending upon the number of users and will cost between $67 and $134. However, the amount of time to ensure seamless connectivity between the software and Corizon's systems and troubleshoot issues, if necessary, will not be known until it occurs. Future costs will be incurred if Plaintiffs add or remove users. It is estimated that

---

[1] It should be noted that when Plaintiffs asked to have access to electronic medical records, Plaintiffs stated they would consider paying for this programming because the amount of money Plaintiffs were spending to have their experts review paper and PDF medical records is much higher than the cost for programming. Stewart and Haney's hourly rate is substantially higher than the quoted programming rates of $120 or $67 per hour noted above.

1

adding and removing users will require a minimum of one hour or more of programming depending upon the number of users at a cost of $67 per hour.

DATED this 22nd day of June 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Timothy J. Bojanowski
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:    ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:    aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:    afettig@npp-aclu.org

Asim Varma:    avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

| | | |
|---|---|---|
| 1 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| 2 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| 3 | Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| 4 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| 5 | Donald Specter: | dspecter@prisonlaw.com |
| 6 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| 7 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 8 | Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| 9 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 10 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 11 | Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| 12 | Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| 13 | Maya Abela | mabela@azdisabilitylaw.org |
| 14 | Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| 15 | Sara Norman: | snorman@prisonlaw.com |
| 16 | Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

3