IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has received a notice from class member Laura Medley alleging that Defendants have committed fraud when billing for class members' off-site care because "it is illegal to use Medicaid funds to pay for an inmate's health care." (Doc. 1606)

This allegation is beyond the scope of field of this lawsuit and so the Court will take no action with respect to the content of this notice.[1]

Dated this 23rd day of June, 2016.

David K. Duncan
United States Magistrate Judge

---

[1] *But see* 42 U.S.C. § 1396d(a)(29)(A) (Medicaid payments prohibited "with respect to care or services for any individual who is an inmate of a public institution (*except as a patient in a medical institution*).") (emphasis added).