ATT: Clerk of The Court
Mr Grant Kenneth Darril ADCK# 076824

CV-12-00601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY
JUN 22 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons v Ryan is a class action lawsuit that was filed in federal court in 2012 claiming that the medical, mental health and dental care in ADC's state run Prisons and the conditions in the maximum Lou middinal security units are unconstitutional.

Grant Case 1: 2:12-CV-00601 DKD Document 1204 Filed 12/15/14 Page 9 of 9 Notice to all ADC Prisoners About Settlement In Parson v. Ryan.

Grant v ADC. let me start by saying if there is additional my stay I SMU II An SMU I Being on a Suicide Suicide Watch. I was Inclosed in a Small area of SMU II Some Stains For Serious mentally Illed Condition where they would use Paper Spray For control movement. I have Bad Brithing Problems Becouse of The Paper Spray. Officers have Disrectily us The gas on me Before When I was In a checking Position From A Bad Sheet. I'm Now on a Inhalor that I use Daily & weekly.

I Beleve they will Show CCTV cam to see Incendent that happen 2002 to 2015. It was the worst thing I had to go though. I Don't Agree with The Settlement I Beleve there should Be A cash awad sporifc Individuals. I recived A Document Stating A Fair Settlement For Both Parties ADC Gets A 4.9 million Dollars to make condition over a red chereds to make Condition Batter & The Prisoners get No damage awarded, or cash rewards.

Ending of Page (1)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4 (Rule Number/Section)

I'm Mr Brant is NT Court order to take medication. When I refused to take madiction, officers of ADC-Doc Forced medication on me Bye Neidle Point, or Gently shot me in Thoe Ankles, with the medason without me knowing what it was.

I Mr Brant was served A NOTICE For A SETTELMENT we have No Legal Advicers or Law Libeary Books here at mental Health mentaly ille united. So I'm waiting from Flowmenco mental Health ran Bye Garison ADC-DOC. Which stands for Arizona Dept. of Correction. Document of Correction. I'm Looking For A Cash weaward.

When A Tour came to visit the makudal i'middem units the hid. The Paper spray, But I'm A Furn Beleiver That ADC-DOC Knows when the tour would visit the units fear for there own snitches Some officers where still useing the gas (Paper) spray.

There were a Court Date I have missed Doe to Doc- Detention officer of Correction. officers of Doc Beleve there are No camras And I have through US Army. & Air Force. CIA. Central-Inteliasent Agentele. I'm looking For A werded. For damages Sorry so late with my responses. I had No Legal Advice or No Law concerling - or No Law Book to Fright A very heard case.

From A very Conceerd emate ADC# 076884 Brant K-
- Darrell Flowmeco. IDA Ward. Seving 2 yrs In the Az Dept of Corretion. Alhambra Flowmeco. P.O Box 52109 Phoenix Az 85072

this Letter will Be Notorized.
With A seal of state, of Arizona readability.
Sorry So late only when I had no legal counciling
to reach me Mr Grant Darrell Kenborn ADC# 076824
Enmate. Flowrenceo IDA 167. Legal Mail

        Mr Darrell K Grant
        ADC# 076824
        ASPC - Flowrenceo unit IDA 167
        ASPC - Alhambra
        P.O Box 52109
        Phoenix Az 85072.

Thank you For your Time an Patience.
(Note)
Couldn't get A Notery stamp sorry.

INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Dirken Grant
ADC#: 076834
Arizona State Prison Complex: Lewis
Unit: Morey - TDA
City: Buckeye

Clerk of the Court
United States District Court, District of Arizona
401 W Washington St Suite 130 SPC 1
Phoenix AZ 85003-2118

RECEIVED
JUN 22 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



USA FOREVER