**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: June 24, 2016

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
            Plaintiffs        Defendants
================================================================

HON:   <u>David K. Duncan</u>            Judge # <u>70BL/DKD</u>

         <u>Caryn Smith</u>                CourtSmart
         Deputy Clerk                    Recorded

**APPEARANCES:**
Don Specter, Alison Hardy, Corene Kendrick, David Fathi and Maya Abela, appearing telephonically, and Kirstin Eidenbach for Plaintiffs

Daniel Struck, Ashlee Fletcher and Michael Gottfried for Defendants

================================================================
**PROCEEDINGS:**       **X**   Open Court        _____ Chambers        _____ Other

This is the time set for Status Conference Regarding Defendants' Proposed Remediation Plan [Docs. 1608/1609]. The Court approves Defendants' remediation plan with respect to Performance Measures 11, 13, 14, 37, 39, 46, 54, 66, 92, 93, and 98 but provides notice of its concern, for the reasons stated on the record, that the Remediation Plan will not address Defendants' failures to meet these performance measures as required in the Stipulation. With respect to Performance Measure 85, the parties shall meet and confer regarding Plaintiffs' discovery requests which may proceed as identified in Plaintiffs' Response [Doc. 1610 at p. 5] if the parties are unable to resolve informally Plaintiffs' objection to Defendants' Remediation Plan for Performance Measure 85. With respect to meeting all Performance Measures, the Court further encourages Defendants to identify at the earliest possible moment any failure of the approved remediation steps to correct the performance failures and to enlist Plaintiffs' assistance in identifying alternative solutions.

Argument is heard regarding access to electronic medical records. The Court believes providing Plaintiffs' counsel with remote, read-only access to all Plaintiff Class medical records is the most practical and efficient way to proceed. Plaintiffs and Defendants shall split the costs of making such access available to Plaintiffs' counsel.

Parsons et al v. Ryan et al.
June 24, 2016
Page 2

IT IS ORDERED setting a Status Conference regarding providing this access to the electronic medical records for August 1, 2016 at 9:30 AM before this Court.

The Court will conduct a further hearing during the second week of September to evaluate the effectiveness of the Remediation Plans approved today. IT IS FURTHER ORDERED the parties shall meet and confer to propose a hearing date during this time period in September. The parties shall also propose filing dates in advance of this hearing for the Defendants' progress report and the Plaintiffs' response.


Time in court: 1 hr 3 min (9:01 AM – 10:04 AM)