Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION** |

131881887.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as Exhibit 1 is a true and correct copy of a January 4, 2016 Notice of Noncompliance sent from David Fathi, Counsel for Plaintiffs, to Daniel Struck, Counsel for Defendants.

3. Attached herein as Exhibit 2 and filed under seal is a true and correct copy of an August 20, 2015 letter from Lucy Rand, Counsel for Defendants, to Kirstin Eidenbach, Counsel for Plaintiffs, in response to Plaintiffs' July 14, 2015 Notice of Noncompliance [Doc. 1561-1, Ex. 1].

4. Attached herein as Exhibit 3 and filed under seal is a true and correct copy of an October 13, 2015 letter from Lucy Rand, Counsel for Defendants, to David Fathi, Counsel for Plaintiffs, in response to Plaintiffs' August 28, 2015 Notice of Noncompliance [Doc. 1561-1, Ex. 2].

5. Attached herein as Exhibit 4 and filed under seal is a true and correct copy of a November 24, 2015 letter from Lucy Rand, Counsel for Defendants, to Kirstin Eidenbach, Counsel for Plaintiffs, in response to Plaintiffs' October 15, 2015 Notice of Noncompliance [Doc. 1561-2, Ex. 3].

6. Attached herein as Exhibit 5 and filed under seal is a true and correct copy of Defendants' Response to Attachments to Plaintiffs' October 15, 2015 Notice of Noncompliance.

7. Attached herein as Exhibit 6 is a true and correct copy of a December 1, 2015 letter from Lucy Rand, Counsel for Defendants, to Corene Kendrick, Counsel for Plaintiffs, memorializing the parties' meet and confer held that same day.

131881887.1

8. Attached herein as Exhibit 7 is a true and correct copy of a March 17, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, regarding proposed topics for a March 22, 2016 call on the revised monitoring guide. Pursuant to the parties' protective order, the publicly-filed version of the letter has had the name of a former class member redacted from it. A non-redacted copy of the letter is filed under seal.

9. Attached herein as Exhibit 8 is a true and correct copy of a March 23, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, memorializing agreed-upon changes to the monitoring guide from the parties' March 22, 2016 call.

10. Attached herein as Exhibit 9 is a true and correct copy of a March 24, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, regarding proposed topics for a March 29, 2016 call on the revised monitoring guide.

11. Attached herein as Exhibit 10 is a true and correct copy of a March 30, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, memorializing agreed-upon changes to the monitoring guide from the parties' March 29, 2016 call.

12. Attached herein as Exhibit 11 is a true and correct copy of an April 1, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, regarding proposed topics for an April 5, 2016 call on the revised monitoring guide.

13. Attached herein as Exhibit 12 is a true and correct copy of an April 6, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for Defendants, memorializing agreed-upon changes to the monitoring guide from the parties' April 5, 2016 call.

14. Attached herein as Exhibit 13 is a true and correct copy of an April 7, 2016 letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for

1  Defendants, regarding proposed topics for an April 12, 2016 call on the revised
2  monitoring guide.

3     15. Attached herein as Exhibit 14 is a true and correct copy of an April 15, 2016
4  letter from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for
5  Defendants, memorializing agreed-upon changes to the monitoring guide from the parties'
6  April 12, 2016 call, and regarding all outstanding issues and questions with proposed
7  methodology of remaining performance measures.

8     16. Attached herein as Exhibit 15 is a true and correct copy of a June 6, 2016
9  email from Lucy Rand, counsel for Defendants, retracting a previously sent letter
10 responding to Plaintiffs' April 12, 2016 letter.

11     17. Attached herein as Exhibit 16 is a true and correct copy of a June 6, 2016
12 email from Corene Kendrick, Counsel for Plaintiffs, to Lucy Rand, Counsel for
13 Defendants, regarding Defendants' failure to respond to Plaintiffs' April 12, 2016 letter.

14     18. Attached herein as Exhibit 17 is a true and correct copy of the April 11,
15 2016 version of ADC's Draft Monitoring Guide. This is the most current version of the
16 guide that Defendants have provided to Plaintiffs.

17     19. Attached herein as Exhibit 18 and filed under seal are two pages from the
18 March 2016 ASPC-Perryville CGAR report that were Bates-stamped by Defendants as
19 ADCM463534-35.

20     20. Attached herein as Exhibit 19 and filed under seal is one page from the
21 April 2016 ASPC-Eyman CGAR report that was Bates-stamped by Defendants as
22 ADCM496391.

23     21. Attached herein as Exhibit 20 and filed under seal are two letters dated
24 August 6, 2015 and June 28, 2016, from David Fathi, Counsel for Plaintiffs, to Dan
25 Struck, Counsel for Defendants, regarding an ADC prisoner in need of mental health care

26     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
27 is true and correct.

28

Executed this 12th of July, 2016, in Berkeley, California.

          s/ Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
      ahardy@prisonlaw.com
      snorman@prisonlaw.com
      ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
      afettig@npp-aclu.org
      jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
| 2 | **JONES DAY**<br>222 East 41 Street |
| 3 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 4 | Email: jkmessina@jonesday.com |
| 5 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                            s/ D. Freouf