# EXHIBIT 17



ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor

# Guide

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

March 29April 11, 2016
Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction.................................................................................................................1

    The CGAR Auditing Tool......................................................................................2

    History.................................................................................................................3

Monitor Responsibilities...........................................................................................5

The Audit Cycle.........................................................................................................7

Performance Measures...............................................................................................9

Methodology..............................................................................................................9

Source of Records......................................................................................................9

    **Random Selection** ...............................................................................................9

Addressing Deficiencies..........................................................................................10

Unavailable Inmates................................................................................................10

Ethics for Excellence ..............................................................................................11

Glossary...................................................................................................................12

Performance Measure Monitoring Methodology .....................................................13


Appendix A: Definitions ................................................................................................

Appendix B: DSM-5 Classifications ...............................................................................

## Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC): Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.



**1**

MONITOR GUIDE

## The CGAR Auditing Tool

The "GAR" system of auditing has been utilized by the ADC's security personnel for a number of years with beneficial audit outcomes noted. The initials G, A, and R indicate the general level of compliance with a specific performance measure. Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are noncompliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are noncompliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format. It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor. Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine an audit score.

The audit is a cyclical process repeated every month. Each monthly audit looks at a specific month to determine if the specific performance factors are in compliance during that reporting period. Each audit measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

---

## History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

---

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012:** The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR auditing tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a 90-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services.  The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford.  The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition.  The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

---

4

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed.   (Dkt. 1185.)   This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

As the title suggests, Health Services Contract Monitoring Bureau (HSCMB) Monitors are responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation. Monitors need to approach their job as a neutral fact-finder trying to ensure health and safety of the institution, the inmates, and the public.  Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports.  Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs).  The purpose of these monthly audits is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, Director Orders (DOs), and the Stipulation.

- **Reporting**: documenting deficiencies using the CGAR auditing tool and report to ensure the requirements specified in the contract and Stipulation are met.  Monitors must communicate with the vendor and its health services staff to address all deficiencies.  The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication.  If non-compliance issues are noted, the vendor must submit appropriate CAPs.  Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring.  Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing.  Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **not** responsible for directing the operations of the facility.  Monitors observe and consult with health services staff and supervisors.  Monitors assess the preparedness and responsiveness of health services staff and supervisors by observing, listening, reading, asking and answering relevant questions.  Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation. Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient.  The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau.  As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies.  Monitors must also plan for the week, month, and quarter and prioritize tasks daily.  Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

**MONITOR GUIDE**

## The Audit Cycle

Generally, an audit cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be Audited

Contract Monitors currently audit the Performance Measures set forth in the *Parsons v. Ryan* Stipulation.  (Dkt. 1185)  The areas that are audited include mental health, dental and medical care.  Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2:** Identify and Understand Performance Measures or Best Practices

Identify what aspects should be included in the audit.  While every aspect of the vendor's performance requires review, the focus of a consistent audit is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Auditing Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical audit is often misunderstood.  The audit criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable.  The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR auditing tool. Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Collect the Data

Determine the information or data that must be collected and select dates on which you will collect the data.  The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure.  The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records.  Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population.  Because it is impractical to review every record for every inmate, monitors review a random sample of records.  Randomly selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for audit periods to be consistent and complete.  Data reporting periods are the prior complete month.  For instance, in August, monitors will review data from the completed month of July.

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining substantial compliance. While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program. For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month (31 days), in order to be deemed substantially compliant with the performance measure. Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures

**Stage 5:** Analyze the Data

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation. Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR auditing tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of any audit. All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate an Audit Report

This is the final stage of the audit cycle. It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures. When communicating results, it is important for the exchange to be consistent and independent. Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement. (Report Card)

**Stage 8**: Follow-Up and Re-Audit

After audit results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Re-audit is another portion of the audit cycle. This is carried out by auditing the same performance measure from one month to another, allowing trends to be identified.

MONITOR GUIDE

# Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including: staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

# Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures. These general protocols are part of the methodology used to measure compliance. These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified. As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes. As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

# Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation. More specific locations of these records are contained in this Monitor Guide. As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs. When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review and audit a random selection of medical records. Whenever possible, a list of applicable source document records will be inserted into an Excel spreadsheet and assigned a random number using Excel randomizing macros will be used to generate a true random sample of records to audit. Performance measures will identify where the random sample will be pulled.

MONITOR GUIDE

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue.  If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate.  This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden.  The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of custody (e.g., out to court, out to the hospital, released) or otherwise out of the facility. External movement can be located in (1) the AIMS Movement Screen (DI 24, Shift +F5) ; or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements.").  If an inmate is not at the facility during a portion of the auditing month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.  If a contact is cancelled for these reasons and it is noted in the medical record, the vendor has five additional business days to complete the contact and remain in compliance.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

## Ethics for Excellence

Monitors must have a highly refined sense of duty.  Adherence to the core values of the Department is demanded at all times.

### "PRICE"

**P** = Professionalism:     Modeling the ideal

**R** = Responsibility:       Owning your actions

**I** = Integrity:             Doing the right thing

**C** = Courage:             Taking actions despite fear

**E** = Efficiency:           Making every actions count

*<u>You are entrusted with a very significant role.</u>*

**11**

Draft Revised: 0304/2911/16

MONITOR GUIDE

## Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System [electronic inmate prison record] |
| ATP | Alternative Treatment Plan |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| DOT | Direct Observed Therapy (medication) (aka "watch swallow") |
| EHR | Electronic Healthcare Records [per eOMIS Guide] |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HNR | Health Needs Request |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted HS | |
| Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| KOP | "Keep on Person" medication |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| QHCP | Qualified Health Care Provider |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |
| STAT | Derived from Latin word "statim", which means "instantly" or "immediately." |

**M O N I T O R   G U I D E**

# Performance Measure Monitoring Methodology



**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 1**
**Stipulation Category: Staffing (01)**

**CGAR Category: Staffing (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:**<br><br>Nursing staff schedules for the audited month. |
| **Methodology:**<br><br><ul><li>Review the reconciled staff schedules for each complex for the audited month for RN coverage on each shift.</li></ul> |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

<u>CGAR Category: Staffing (C) 02</u>

| |
|---|
| **Performance Measure:** |
| Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:** |
| Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:** |
| Contracted Vendor: ~~-~~Provider staff schedules for the audited month; ~~on~~On-~~call~~ Call List. |
| **Methodology:** |
| • Review the reconciled staff schedules for each complex for the audited month for onsite provider coverage during regular business hours. |
| • Review the ~~on~~On-~~call~~ Call List for the audited month for on-call provider coverage. |

Draft Revised: ~~03~~04/~~29~~11/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 3**
**Stipulation Category: Staffing (03)**

**CGAR Category: Staffing (C) 03**

| |
|---|
| **Performance Measure:** |
| Dental staffing will be maintained at current contract levels – 30 dentists. |
| **CGAR Question:** |
| Is statewide dental staffing maintained at current contract levels? |
| **Source of Records/Review:** |
| Contracted Vendor:  Monthly Staffing Rollup Report |
| **Methodology:** |
| • Review the monthly Staffing Rollup Report submitted by the <u>Contracted</u> ~~v~~<u>V</u>endor. |
| • Divide the total number of FTEs for dentists by thirty. |

**16**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 4**
**Stipulation Category: Staffing (04)**

**CGAR Category: Staffing (C) 04**

| |
|---|
| **Performance Measure:** |
| Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |

| |
|---|
| **CGAR Question:** |
| Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |

| |
|---|
| **Source of Records/Review:** |
| Contracted Vendor: -Staff schedules for the audited month. |

| |
|---|
| **Methodology:** |
| • Review the staff schedules and reconciled staff schedules for each complex for the audited month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 5**
**Stipulation Category: Medical Records (01)**

**CGAR Category: Medical Records (C) 01**

| |
|---|
| **Performance Measure:** |
| Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location. |
| **CGAR Question:** |
| Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location? |
| **Source of Records/Review:** |
| Scheduled Nursing and Provider Line Appointment Lists from the preceding thirty days:  Appointment Lists from the audited month; eOMIS/Medical Record. |
| **Methodology:** |
| • Select a random sample of inmate names/numbers from the Nurse Line and/or Provider Line Appointment Lists. |
| • If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling. |
| • If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts. |
| • Review the scanned documents in eOMIS to determine compliance with this question. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 6**
**Stipulation Category: Medical Records (02)**

**CGAR Category: Medical Records (C) 02**

---

**Performance Measure:**

Provider orders will be noted daily with time, date, and name of person taking the orders off.

---

**CGAR Question:**

Are provider orders being noted daily with time, date, and name of the person taking the orders off?

---

**Source of Records/Review:**

Scheduled Provider Line Appointment Lists from the preceding thirty days: Appointment Lists from the audited month; eOMIS/Medical Record.

---

**Methodology:**

- Select a random sample of inmate names/numbers from the Provider Line Appointment List.

- If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling.

- If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts.

- Review the provider contacts in eOMIS to determine compliance with this question.

---

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 7**
**Stipulation Category: Medical Records (03)**

<u>**CGAR Category: Medical Records (C) 03**</u>

| |
|---|
| **Performance Measure:** |
| Medical record entries will be legible, and complete with time, name stamp and signature present. |

| |
|---|
| **CGAR Question:** |
| Are medical records legible, and complete with time, name stamp and signature present? |

| |
|---|
| **Source of Records/Review:** |
| Scheduled Nursing and Provider Lines Appointment Lists from the preceding thirty days:  Appointment Lists from the audited month; eOMIS/Medical Record. |

| |
|---|
| **Methodology:** |
| • Select a random sample of inmate names/numbers from the Nurse Line and/or Provider Line Appointment Lists. |
| • If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling. |
| • If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts. |
| • The monitor may review scanned documents, Health Needs Requests, and consent forms in eOMIS to determine compliance with this question. |

Draft Revised: ~~0304~~/~~29~~11/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 8**
**Stipulation Category: Medical Records (04)**

**CGAR Category: Medical Records (C) 04**

| Performance Measure: |
|---|
| Nursing protocols/NETs will be utilized by nurses for sick call. |

| CGAR Question: |
|---|
| Are nursing protocols/NETs utilized by nurses for sick call? |

| Source of Records/Review: |
|---|
| Scheduled Nurse Line Appointment Lists from the preceding thirty days: Appointment Lists from the audited month; eOMIS/Medical Record. |

**Methodology:**

- Select a random sample of inmate names/numbers from the ~~N~~Nurse Line Appointment Lists.

- If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling.

- If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts.

- Review the Nurse Line encounters in eOMIS to determine compliance with this question.

Draft Revised: ~~03~~04/~~29~~11/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 9**
**Stipulation Category: Medical Records (05)**

**CGAR Category: Medical Records (C) 05**

| |
|---|
| **Performance Measure:** |
| SOAPE format will be utilized in the medical record for encounters. |
| **CGAR Question:** |
| Is SOAPE format being utilized in the medical record for encounters? |
| **Source of Records/Review:** |
| Scheduled Nursing and Provider lines from the preceding thirty days: Appointment Lists from the audited month; eOMIS/Medical Record. |
| **Methodology:** |
| • Select a random sample of inmate names/numbers from the ~~N~~Nurse Line and/or Provider Line Appointment Lists. |
| • If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling. |
| • If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts. |
| • Review the Nurse/Provider Lines encounters in eOMIS to determine compliance with this question. |

Draft Revised: ~~03~~04/~~29~~11/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 10**
**Stipulation Category: Medical Records (06)**

**CGAR Category: Medical Records (C) 06**

| |
|---|
| **Performance Measure:**<br><br>Each patient's medical record will include an up-to-date Master Problem list. |
| **CGAR Question:**<br><br>Does each patient's medical record include an up-to-date Master Problem list? |
| **Source of Records/Review:**<br><br>Scheduled Provider lines from the preceding thirty days:  Appointment Lists from the audited month; eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Select a random sample of inmate names/numbers from the Provider Line Appointment List.</li><br><li>If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling.</li><br><li>If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts.</li><br><li>Review the provider contacts in eOMIS to determine compliance with this question.</li></ul> |

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

CGAR Category: Pharmacy (C) 01

| **Performance Measure:** |
|---|
| Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. |

| **CGAR Question:** |
|---|
| Are newly prescribed provider-ordered formulary medications provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT? |

| **Source of Records/Review:** |
|---|
| Contracted ~~vendor~~ Vendor to provide list of Formulary Medications ordered from the preceding thirty days and MARs and eOMIS: Inmate Profile Report, paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment. |

| **Methodology:** |
|---|
| • The Inmate Profile Report for the audited month will be filtered by location. The first medication listed for each of the first ten inmates per health unit will be audited.

• If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached. If a sample of ten inmates is not available for this question, subsequent medications per inmate name will be audited, up to and including~~,~~ if necessary.

• The following medications will be excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.

• Compliance determination will be based on comparison of the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription |

Draft Revised: ~~03~~04/~~29~~11/16

**M O N I T O R   G U I D E**

orders or scanned paper MAR if no electronic documentation exists.

- Documentation not included in the Medical Record will not be considered for compliance.

- Determination of two business days will be based on the following plus holidays, if applicable:  Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.

SELECT

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 12**
**Stipulation Category: Pharmacy (02)**

**CGAR Category: Medical Records (C) 07**

| |
|---|
| **Performance Measure:** |
| Medical record will contain documentation of refusals or "no shows." |

| |
|---|
| **CGAR Question:** |
| Does the medical record contain documentation of refusals or "no shows?" |

| |
|---|
| **Source of Records/Review:** |
| MARs and eOMIS from preceding thirty days:  Nurse Line and/or Provider Line Appointment Lists from the audited month; No -Show and -/Medication Re-fusal logs. |

| |
|---|
| **Methodology:** |
| <ul><li>Select a random sample of inmate names/numbers with a no show/refusal noted on the ?Nurse Line or Provider Line Appointment Lists or Medication Refusal Log.</li><li>If a chart from the selected sample is not appropriate for this question, select an additional chart for review using the same method of sampling.</li><li>If there are ten or fewer inmates that are appropriate for this question, review all available inmate charts.</li><li>Review the Medical Record in eOMIS to determine compliance with this question.</li></ul> |

**26**

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 13
Stipulation Category: Pharmacy (03)

<u>CGAR Category: Pharmacy (C) 02</u>

| Performance Measure: |
| --- |
| Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. |

| CGAR Question: |
| --- |
| Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication? |

| Source of Records/Review: |
| --- |
| Contracted Vendor Medication Expiration Report (PharmaCorr) and medication manifests from preceding thirty days, and MARs: eOMIS/Medical Record, clinic stock report, and HNR logs from the audited month. |

| Methodology: |
| --- |
| • Review the Medication Expiration Report provided by Corizon/PharmaCorr, which is randomized by dates, using the 1st to the 15th of the month. <br><br> • Review the first ten random prescriptions listed for each health unit within the date range for compliance. <br><br> • If ten prescriptions within the date range are not available for review, use the report for the 16th to the 30th of the month, starting back at the beginning of the report. |

**27**

**MONITOR GUIDE**

**Health Care Performance Measure No. 14**
**Stipulation Category: Pharmacy (04)**

**CGAR Category: Pharmacy (C) 03**

| |
|---|
| **Performance Measure:**<br><br>Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. |
| **CGAR Question:**<br><br>Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication? |
| **Source of Records/Review:**<br><br>Contracted ~~vendor~~ Vendor HNR logs from preceding thirty days and MARs: eOMIS/Medical Records from the audited month. |
| **Methodology:**<br><br>• Review the HNR log for the audited month and select the first ten inmates per health unit identified as requesting a medication refill.<br><br>• If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates..<br><br>• Review the first medication per inmate if the exclusion criteria does not apply.<br><br>• Review Drug Prescription Orders in eOMIS, the paper MAR, and refusals to determine compliance.<br><br>• Keep on person (KOP) medications shall be considered compliant if eOMIS documentation indicates the inmate has received the medication the next calendar day or if the prior refill covered the inmate through the day of receipt of the HNR requested medication. |

**28**

**M O N I T O R   G U I D E**

- Direct Observation Therapy (DOT) medications shall be considered compliant if the inmate receives a dose of the medication the next calendar day.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops (exclude only for KOP), medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, and medications with all available refills previously received by the inmate.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 15**
**Stipulation Category: Pharmacy (05)**

**CGAR Category: Medical Records (C) 09**

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three  consecutive refusals? |
| **Source of Records/Review:**<br><br>MARs, Medication Non-compliance Logs, and Appointment Lists (Form 1103-13) from the preceding thirty days will be reviewed for refusals and no shows, and Medical Records/eOMIS will be reviewed for follow up counseling. |
| **Methodology:**<br><br><ul><li>Select the first ten random inmates with an inmate number ending in an even/odd number from the Medication Non-compliance Log for the audited month.</li><br><li>If there are ten or fewer inmates appropriate for this question, all inmate charts will be audited.</li><br><li>Review the scanned documents tab in eOMIS for a Refusal to Treatment form documenting follow-up counseling by a QHCP following three consecutive refusals or no shows.</li><br><li>A QHCP includes a nurse or above; certified nursing assistants (CNA) may not perform the follow-up counseling.</li><br><li>The credentials of the individual providing the counseling are determined from the signature/name stamp.</li></ul> |

Draft Revised: 03~~04~~/29~~11~~/16

**M O N I T O R   G U I D E**

- The Refusal to Submit to Treatment form must be completed in its entirety to be counted as compliant for this question.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

CGAR Category: Pharmacy (C) 04

| |
|---|
| **Performance Measure:** |
| Perpetual inventory medication logs will be maintained on each yard. |

| |
|---|
| **CGAR Question:** |
| Are perpetual inventory medication logs being maintained on each yard? |

| |
|---|
| **Source of Records/Review:** |
| Perpetual Inventory Logs from the preceding thirty days (i.e. the audited month). |

| |
|---|
| **Methodology:**<br><br>    **Review for:**<br><br>• Completion in entirety with population of all required information<br>• Accuracy of count based upon physical inventory of the randomly audited medications<br>• Date sequence and order<br>• Any "Corrected Counts" or denotation of count variation<br>• Count discrepancies<br>• IR documentation on the log (including IR NUMBER) next to any discrepancies<br>• Signature of two licensed nurses (or a licensed nurse and an officer) for every incident of "wasted" medications |

32

**Health Care Performance Measure No. 17**
**Stipulation Category: Pharmacy (07)**

**CGAR Category: Chronic Care (C) 05**

| |
|---|
| **Performance Measure:** |
| The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |
| **CGAR Question:** |
| Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |
| **Source of Records/Review:** |
| Inmate Profile Report and MARs from the preceding thirty days:  paper MARs, eOMIS Drug Prescription Orders, MAR history report, and Refusal to Submit to Treatment. |

**Methodology:**

- Randomize the Inmate Profile Report using Excel and sort it in ascending order and by location.
- Select the first ten inmates with medications due to be administered per health unit from the Inmate Profile Report.
- If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.
- 
- Exclude from the sample inmates with only prn medications or inmates without a dose scheduled to be administered prior to the conclusion of the month.
- Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders" and/or the MAR History Report.  Paper MARs may be considered.
- To be compliant, a document for the review period must reflect a dose, frequency, start date, and nurse's signature.
- The use of multiple source documents may be necessary to identify all the required components.

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

CGAR Category: Pharmacy (C) 05

| |
|---|
| **Performance Measure:**<br><br>Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN. |
| **CGAR Question:**<br><br>Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN? |
| **Source of Records/Review:**<br><br>Daily delivery manifests from the preceding thirty days:  RED BOOK and controlled substance manifests. |
| **Methodology:**<br><br>• Review five daily manifest and five controlled substance manifests for the auditing month.<br><br>• If five controlled substance manifests are not available, substitute with daily manifests to obtain a total of five.<br><br>• Review the manifests for a nurse's signature and date. |

34

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 19**
**Stipulation Category: Pharmacy (09)**

**CGAR Category: Pharmacy (C) 06**

| |
|---|
| **Performance Measure:** |
| Perpetual inventory medications will be signed off on the Inmate's individual MAR. |
| **CGAR Question:** |
| Are perpetual inventory medications signed off on the Inmate's individual MAR? |
| **Source of Records/Review:** |
| Perpetual Inventory Logs and MARs from the preceding thirty days: eOMIS/Medical Records, perpetual inventory logs, MARs, clinic stock report, and RED BOOK. |
| **Methodology:** |
| • The first ten individual random medications on the list are reviewed. If ten random medications are not listed, duplicate medications may be used in the review, and injectable, topical, or optic medications may be reviewed to meet minimum numbers of medication for review. |
| • Review to determine if medications listed in the log were appropriately documented as given on the inmate MARS. |

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 20**
**Stipulation Category: Pharmacy (10)**

**CGAR Category: Medical Records (C) 08**

| |
|---|
| **Performance Measure:** |
| Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |

| |
|---|
| **CGAR Question:** |
| Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |

| |
|---|
| **Source of Records/Review:** |
| Scheduled Provider lines from the preceding thirty days: eOMIS/Medical Record; Batch Reports from AIMS; DI35 screen (AIMS), and Special Needs Orders (SNOs). |

| |
|---|
| **Methodology:** |
| <ul><li>Obtain a random sample of inmate charts to review.</li><li>Compare the Special Needs Order (SNO) with the AIMS batch report for the audited month to verify the accuracy of the medical AIMS entries.</li><li>SNOs should be scanned into eOMIS, but some units also have binders with SNOs in them (temporarily).</li></ul> |

36

MONITOR GUIDE

**Health Care Performance Measure No. 21**
**Stipulation Category: Pharmacy (11)**

**CGAR Category: Medical Records (C) 11**

| |
|---|
| **Performance Measure:** |
| Inmates who are paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor. |

| |
|---|
| **CGAR Question:** |
| Are inmates who are paroled or released from ASPCs receiving a 30-day supply of all medications currently prescribed by the ADC contracted vendor? |

| |
|---|
| **Source of Records/Review:** |
| The Released Inmate Medication report from the ~~contracted~~ Contracted ~~vendor~~ Vendor from the preceding thirty days (i.e. audited month) and an ADC report with inmate signature documenting receipt of appropriate medications: eOMIS/Medical Record; OIU Release Lists/e-mails; IC E-mails, Patient Release Transfer forms; IC list. |

| |
|---|
| **Methodology:** |
| • Review the Release Lists and/or E-mails from the OIU and IC E-mails regarding releases for the audited month. |
| • Randomly select ten inmates. |
| • If there are ten or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be audited. |
| • Review the Released Inmate Medication Report from the Contracted ~~vendor~~ Vendor and Patient Release Transfer forms in eOMIS under scanned documents. |

Draft Revised: ~~03~~04/~~29~~11/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 22**
**Stipulation Category: Pharmacy (12)**

**CGAR Category: Pharmacy (C) 07**

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor supplied NFDR report for the auditing month; and eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten medications listed on the NFDR report for compliance.<br><br>• Obtain an extract from the drug status order screen on eOMIS. Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two business days of the prescription order. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 23**
**Stipulation Category: Equipment (01)**

**CGAR Category: Equipment (C) 01**

| |
|---|
| **Performance Measure:** |
| Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. |

| |
|---|
| **CGAR Question:** |
| Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? |

| |
|---|
| **Source of Records/Review:** |
| All AEDs and Checklist Binder. |

| |
|---|
| **Methodology:** |
| <ul><li>At each facility, a monthly physical inspection of all AEDs positioned in the health units will occur, and the inspection is noted on the checklist maintained in a binder on the unit.</li><li>The checklist is scanned and uploaded onto the portal accessible to the monitors.</li><li>If the checklist indicates that the AED was checked, the AED is considered to be maintained and readily accessible to Health Care Staff.</li></ul> |

**39**

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 24
Stipulation Category: Equipment (02)

**CGAR Category: Equipment (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |
| **CGAR Question:**<br><br>Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |
| **Source of Records/Review:**<br><br>All Emergency response bags, Checklist Binder. |
| **Methodology:**<br><br><ul><li>Review the checklist binder to evaluate whether medical staff (1) checked off that they reviewed the emergency response bag/box daily, (2) inventoried the bag/box at least once during the month, and (3) verified that the bag/box contains all required essential items in accordance with the checklist on the outside of the bag/box at least once during the month.</li><br><li>The emergency response bag/box must have a new tag number applied every time the seal is broken, which must occur at least once a month.</li><br><li>A new inventory must be completed each time items are used.</li><br><li>If any day is missed, this will result in a zero finding for that yard for the entire month.</li></ul> |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 25**
**Stipulation Category: Emergency Response (01)**

**CGAR Category: Emergency Response (C) 01**

---

**Performance Measure:**

A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency.

---

**CGAR Question:**

Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency?

---

**Source of Records/Review:**

Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from audited month (ADC).

---

**Methodology:**

- Review SIRs and IRs from the audited month and select the first ten inmates per yard who required basic life support.

- Basic life support includes starting cardiopulmonary resuscitation (CPR) and/or maintaining an airway.

- Compare the time the SIR was initiated to the time care began to determine compliance.

---

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 26**
**Stipulation Category: Quality Improvement (01)**

**CGAR Category: Quality Improvement (C) 01**

---

**Performance Measure:**

Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance.

---

**CGAR Question:**

Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance?

---

**Source of Records/Review:**

Grievance logs maintained by security staff (CO III or CO IV) at each yard; Contracted Vendor grievance logs.

---

**Methodology:**

- Review the grievance logs maintained by security staff on each yard and the Contracted vendor's Vendor's grievance log for the audited month.

- If there are more than ten health care grievances on a yard for the audited month, a sample of ten will be randomly selected.

---

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 27**
**Stipulation Category: Quality Improvement (02)**

**CGAR Category:      Quality Improvement (C) 02**

---

**Performance Measure:**

Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06

---

**CGAR Question:**

Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06?

---

**Source of Records/Review:**

Monthly CQI meeting minutes.

---

**Methodology:**

- Review the monthly CQI Meeting minutes for the audited month and compare them to NCCHC Standard P-A-06.

- Assess whether the CQI minutes reflect an Interdisciplinary Team approach to meeting (signatures of members present or indication that the members participated by telephone), process study, outcome study, updates, responsible parties, due date, etc.

---

Draft Revised: 03~~04~~/29~~11~~/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 28**
**Stipulation Category: Quality Improvement (03)**

**CGAR Category: Quality Improvement (C) 03**

| |
|---|
| **Performance Measure:** |
| Every medical provider will undergo peer reviews annually with reviews and recommended actions documented. |
| **CGAR Question:** |
| Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented? |
| **Source of Records/Review:** |
| Annual peer review spreadsheet; monthly report from ~~Contracted vendor~~Vendor. |
| **Methodology:** |
| • Review the monthly report received from Corizon listing which providers are due for their annual reviews for the audited month and whether they were reviewed. |

**44**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 29**
**Stipulation Category: Quality Improvement (04)**

**CGAR Category: Quality Improvement (C) 04**

| |
|---|
| **Performance Measure:**<br><br>Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02. |
| **CGAR Question:**<br><br>Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02? |
| **Source of Records/Review:**<br><br>Annual clinical performance review spreadsheet. |
| **Methodology:**<br><br>• Review the annual clinical performance review spreadsheet to determine which nurses are due for an annual review during the audited month, as based on their hire date or previous review date.<br><br>• Review the performance reviews completed during the audited month to determine compliance. |

**45**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 30**
**Stipulation Category: Quality Improvement (05)**

**CGAR Category: Medical Records CO (C) 01**

| |
|---|
| **Performance Measure:**<br><br>The initial mortality review of an inmate's death will be completed within 10 working days of death. |
| **CGAR Question:**<br><br>Is the initial mortality review of an inmate's death completed within ten (10) working days of death? |
| **Source of Records/Review:**<br><br>Mortality reviews for inmate deaths in the audited month. |
| **Methodology:**<br><br>• At each facility, all deaths that occurred in the audited month are reviewed for compliance.  There is no sampling for this measure because all mortality reviews are audited. |

**46**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 31**
**Stipulation Category: Quality Improvement (06)**

**CGAR Category: Medical Records CO (C) 02**

| |
|---|
| **Performance Measure:** |
| Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken. |
| **CGAR Question:** |
| Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken? |
| **Source of Records/Review:** |
| Monthly CQI meeting minutes. |
| **Methodology:** |
| • At each facility, all deaths that occurred in the audited month are reviewed for compliance.  There is no sampling for this measure. <br><br> • Review monthly CQI meeting minutes for the audited month for reference to discussion of mortality reviews. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 32**
**Stipulation Category: Quality Improvement (07)**

**CGAR Category: Medical Records CO C03 and Quality Improvement 06**

| |
|---|
| **Performance Measure:** |
| A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. |
| **CGAR Question:** |
| Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings? |
| **Source of Records/Review:** |
| HSCMB signed and dated Mortality Review. |
| **Methodology:** |
| • Review the final Mortality Reviews submitted during the audited month for completion within ten days of receipt of the medical examiner's findings. |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

Health Care Performance Measure No. 33
Stipulation Category: Intake Facility (01)

**CGAR Category: Intake (C) 01**

| |
|---|
| **Performance Measure:** |
| All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:** |
| Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:** |
| Medical records from inmates received during the audited month; Arrival Log/List; and Monthly Appointment List. |
| **Methodology:** |

- The intake facilities to be audited for this measure are Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row.

- Review the Arrival Log from the audited month for each intake facility and randomly select ten inmates.

- If there are ten or fewer inmate intakes for the audited month from an intake facility, review all inmate intake charts for that facility.

- ~~Review the encounters tab in eOMIS for a nursing screening within one day of the inmate's arrival.~~

- Review eOMIS~~,~~ under "Nurse Favorites>H/S Encounters" and look for the encounter type "Provider - Physical - Intake", "Nurse - Intake - Screening", or "Nurse - Intake - History" ~~Health Services Encounters>Medical Provider>Physical Intake, to locate a~~ ~~for~~documented history and physical examination by a Medical Provider (not a dentist) within two days of the inmate's arrival at the intake facility.

- The auditor will open and review the screening note to ~~ensure~~ confirm

49

> **Formatted:** Font: +Body (Calibri), Bold, Condensed by 0.15 pt

> **Formatted:** Font: (Default) Garamond, 12 pt

> **Formatted:** Left, Indent: Left: 0.5", Right: 0", No bullets or numbering

**M O N I T O R   G U I D E**

that an actual health screening was completed and documented by an LPN or RN~~the form has been completed~~.



Draft Revised: ~~03~~04/~~29~~11/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 34**
**Stipulation Category: Intake Facility (02)**

**CGAR Category: Intake (C) 02**

| **Performance Measure:** |
|---|
| A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |
| **CGAR Question:** |
| Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |
| **Source of Records/Review:** |
| Medical records from inmates received during the audited month. Arrival Log/List. |
| **Methodology:** |
| • The intake facilities to be audited for this measure are Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row.<br><br>• Review the Arrival Log from the audited month for each intake facility and randomly select ten inmate/names/numbers<br><br>• If there are ten or fewer inmate intakes for the audited month for an intake facility, review all inmate intake charts for that facility.<br><br>• Review eOMIS; under "Nurse Favorites>Health Services Encounters H/S Encounters">, and look for the encounter type "Provider - Physical - Intake", "Nurse - Intake - Screening", or "Nurse - Intake - History" Medical Provider>Physical Intake", for to locate a documented history and physical examination by a Medical Provider (not a dentist) within two days of the inmate's arrival at the intake facility. The auditor will open and review the screening note to ensure confirm that an actual health screening was completed and documented by an LPN or RN the form has been completed. |

Formatted: List Paragraph, Bulleted + Level: 1 + Aligned at: 0.25" + Indent at: 0.5"

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 35**
**Stipulation Category: Intersystem Transfers (01)**

**CGAR Category: Access to Care (C) 10**

| |
|---|
| **Performance Measure:**<br><br>All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. |
| **CGAR Question:**<br><br>For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? |
| **Source of Records/Review:**<br><br>Transfer logs (arrival/departure) at each facility, and transfer screening form in the eOMIS/Medical Record from the audited month. |
| **Methodology:**<br><br>• Review the Arrival/Transfer Log from the audited month for each facility and randomly select ten inmate names/numbers.<br><br>• If there are ten or fewer transfers for the audited month from a facility, review all charts of inmates who transferred to that facility within the audited month.<br><br>• Review the transfer screening form, notes, and MAR in eOMIS for determination as to whether the inmate received his/her medications at the receiving facility. |

Draft Revised: 03~~04~~/29~~11~~/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 36**
**Stipulation Category: Access to Care (01)**

**CGAR Category: Access to Care (C) 01**

| |
|---|
| **Performance Measure:** |
| A LPN or RN will screen HNRs within 24 hours of receipt. |
| **CGAR Question:** |
| Does an LPN or RN screen HNRs within 24 hours of receipt? |
| **Source of Records/Review:** |
| HNR log, Appointment Lists, and eOMIS/Medical Record for audited month. |

**Methodology:**

- Review the Nurse Line Appointment Lists from the audited month and randomly select ten inmate names/numbers.

- Review the HNR date stamp (or handwritten date) to determine date of receipt by medical.

- Review the triage date documented in Section 3 of the HNR.

**MONITOR GUIDE**

**Health Care Performance Measure No. 37**
**Stipulation Category: Access to Care (02)**

**CGAR Category: Access to Care (C) 02**

---

**Performance Measure:**

Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).

---

**CGAR Question:**

Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?

---

**Source of Records/Review:**

Nurse line log, Appointment Lists, HNR logs, and eOMIS/Medical Records from the audited month.

---

**Methodology:**

- Review the Nurse Line Appointment Lists and HNR Logs from the audited month and randomly select ten inmate names/numbers.

- If there are ten or less inmates from a facility that are applicable for this question, review all applicable inmate charts.

- Review the HNR for date of receipt by medical and compare with the date the inmate was seen on ~~N~~Nurse Line.

---

**54**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 38**
**Stipulation Category: Access to Care (03)**

**CGAR Category: Access to Care (C) 03**

| |
|---|
| **Performance Measure:** |
| Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. |
| **CGAR Question:** |
| Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call? |
| **Source of Records/Review:** |
| Nurse Line Appointment Lists/Log and eOMIS/Medical Record from audited month. |
| **Methodology:** |
| • Review the Nurse Line Appointment Lists/Log from the audited month and randomly select ten inmate names/numbers. <br><br> • If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts. <br><br> • Review the nursing encounters in eOMIS for the audited month for documentation of vital signs. |

Draft Revised: 03̶0̶4/29̶11/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 39**
**Stipulation Category: Access to care (04)**

**CGAR Category: Access to Care (C) 04**

| |
|---|
| **Performance Measure:**<br><br>Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. |
| **CGAR Question:**<br><br>Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen calendar days of the referral? |
| **Source of Records/Review:**<br><br>Nurse Line Appointment Lists/Log,[1] Medical Provider Appointment Lists, and eOMIS/Medical Record from the audited month. |
| **Methodology:**<br><br>• Review the Nurse Line Appointment Lists/Log[2] from the audited month and randomly select ten inmates. If there are ten or fewer inmates from a facility that are applicable for this question, monitor all applicable inmates for this performance measure.<br><br>• Review the provider encounters and notes in eOMIS for the audited month for documentation of Medical Provider encounter within fourteen days of the referral. For any referred encounter that occurs between the first and the fifteenth of the audited month, the referral appointment will potentially occur between the fourteenth and the last day of the month before the audited month. |

---

[1]   Once the Nurse Line Log is used as the source for this performance measure, references to the Nurse Line Appointment Lists will be removed from this performance measure.

[2]   Reference to both the Nurse Line Appointment Lists and Nurse Line Logs are included in the Methodology. Once the Excel spreadsheets for the Nurse Line Logs are implemented, the reference to the Nurse Line Appointment Lists will be removed.

**Formatted:** Indent: Left: 0", Hanging: 0.25"

Draft Revised: 0304/2911/16

MONITOR GUIDE

- Provider referral notes may be found in eOMIS in Health Services Encounters.  Referrals may also be noted on HNRs found in Scanned Documents on eOMIS.

- Referrals may also be found in the Nurse Line Log and noted as a Provider Referral Routine or Provider Referral Urgent.[3]

---

[3]   Once the Nurse Line Log is used as the source for this performance measure, this bullet point will be removed.

**Formatted:** Indent: Left:  0", Hanging:  0.25"

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 40**
**Stipulation Category: Access to Care (05)**

**CGAR Category: Access to Care (C) 05**

---

**Performance Measure:**

Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.

---

**CGAR Question:**

Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?

---

**Source of Records/Review:**

ER Log; Nurse Line Appointment Lists/Log,4 and eOMIS/Medical Record from audited month.

---

**Methodology:**

1.
- Review the Nurse Line Appointment Lists/Log from the audited month and randomly select ten inmate names/numbers.

- If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts.

2.
- Then review nursing encounters in eOMIS, under Health Services Encounters, to determine whether the inmate was seen by a Medical Provider (Provider Reviews do not count) within twenty-four hours of the Nursing Referral.  If no Medical Provider Encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site. If the inmate was not seen by a Medical Provider and was not sent to the ER, then the performance measure is noncompliant.

---

4   Once the Nurse Line Log is used as the source for this performance measure, references to the ER Log and the Nurse Line Appointment Lists will be removed from this performance measure.

**MONITOR GUIDE**

Health Care Performance Measure No. 41
Stipulation Category: Access to Care (06)

**CGAR Category: Access to Care (C) 06**

| **Performance Measure:** |
|---|
| Emergent provider referrals are seen immediately by a Medical Provider. |

| **CGAR Question:** |
|---|
| Are emergent referrals being seen immediately by a Medical Provider? |

| **Source of Records/Review:** |
|---|
| ER Log, Nurse Line Log/Appointment Lists,[5] and eOMIS/Medical Record from audited month. |

| **Methodology:** |
|---|
| 1. <br><br> • Review the Nurse Line Appointment Lists/Log for emergent referrals to a Medical Provider from the audited month and randomly select ten inmate names/numbers. <br><br> • If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts. <br><br> 2. <br><br> Then review nursing encounters in eOMIS, under Health Services Encounters, to determine whether the inmate was seen immediately by a Medical Provider after an emergent Nursing Referral. If no Medical Provider Encounter can be found, look in Scanned Documents, check eOMIS to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site. If the inmate was not seen by a Medical Provider and was not sent to the ER, then the performance measure is noncompliant. |

---

[5] Once the Nurse Line Log is used as the source for this performance measure, references to the ER Log and the Nurse Line Appointment Lists will be removed from this performance measure.

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 42**
**Stipulation Category: Access to Care (07)**

**CGAR Category: Access to Care (C) 07**

| |
|---|
| **Performance Measure:**<br><br>A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. |
| **CGAR Question:**<br><br>Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider? |
| **Source of Records/Review:**<br><br>Nurse Line Log/Appointment Lists, and eOMIS/Medical Record from audited month. |
| **Methodology:**<br><br><ul><li>Review the Nurse Line Appointment Lists / Logs from the audited month and randomly select ten inmate names/numbers.</li><li>If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts.</li><li>Review Provider encounters in eOMIS, under Health Services Encounters, to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider.</li></ul> |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 43**
**Stipulation Category: Access to Care (08)**

**CGAR Category: Access to Care (C) 08**

---

**Performance Measure:**

Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there.

---

**CGAR Question:**

Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there?

---

**Source of Records/Review:**

Hospital report; ER Log, Nurse Line Log / Appointment Lists, and eOMIS/medical record from audited month.

---

**Methodology:**

Review the Hospital report, medical record, the ER Log provided by HSCMB, and Appointment Lists from the audited month and randomly select ten inmate names/numbers.

- If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts.

- Review the ER Log and identify any contacts with a Medical Provider.

- Review nursing encounters in eOMIS, under "Nurse Favorites>Nursing Encounters". Then select the encounter type "Nurse -      " Health Services Encounters, to determine whether the inmate was assessed by an RN or LPN after returning for an inpatient hospital stay or ER transport. Nursing encounters may be found in a variety of electronic entries, including but not limited to, a nursing encounter. The nursing notes may include a hyperlink to the schedule or a Provider note. Referrals may also be noted in the Nurse Line log and noted as a Provider Referral Urgent or Appointment Lists.

---

Draft Revised: 0304/2911/16

**Health Care Performance Measure No. 44**
**Stipulation Category: Access to Care (09)**

**CGAR Category: Access to Care (C) 09**

| |
|---|
| **Performance Measure:** |
| Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. |
| **CGAR Question:** |
| Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? |
| **Source of Records/Review:** |
| Hospital report; eOMIS/Medical Record; ER Log; Monthly Appointment List, Admission and Discharge Log. |
| **Methodology:** |
| • Review the Hospital report, ER Log, and Monthly Appointment List and randomly select ten inmate names/numbers. |
| • If there are ten or fewer inmates from a facility that are applicable for this question, review all applicable inmate charts. |
| • Review the Hospital report, ER Log, Monthly Appointment List, or Hospital Admission and Discharge Log and identify the date of discharge to the unit. |
| • Then review nursing notes or provider notes in eOMIS, under "H?S Encounters" Health Services Encounters, for any language noting that the treatment recommendation was reviewed or read back to the provider. |
| • A chart is compliant with this question if a provider does a chart review or if the nurse provides the information to a provider, as documented in the nursing encounter tool or a provider review note. |

**M O N I T O R   G U I D E**

---

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

**CGAR Category: Specialty Care (C) 06**

| |
|---|
| **Performance Measure:** |
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine |
| **CGAR Question:** |
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? |
| **Source of Records/Review:** |
| Radiology, lab lines within the audited month; Lab report; x-ray log; eOMIS Lab Test Orders; eOMIS X-ray Orders; Scanned Documents for STAT labs; STAT x-rays; x-rays provided by a subcontracted vendor; and Refusal to Submit to Treatment. |
| **Methodology:** |
| • Obtain the x-rays or labs for the appropriate review period. Select inmates using Excel's randomizing macros. Review the first ten diagnostic services per health unit on the randomized logs for timeframe compliance. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional diagnostic services for each qualified inmate, if necessary, until the desired number of diagnostic services is reached. |
| • Review eOMIS in "Nurse Favorites>Lab Test Orders" |
| • Review eOMIS in "Nurse Favorites>X-Ray Orders" |
| • Review eOMIS in "Nurse Favorites>Scanned Documents/Photos" |
| • "Common>Health Records>H/SHealth Services Encounters", under encounter type "Lab"Lab report, "X-Ray" x-ray log, eOMIS Lab Test Orders, eOMIS X-ray Orders, or in Scanned Documents for STAT labs, x-rays completed by a subcontracted or STAT x-rays, to determine |

**63**

Formatted: Font: (Default) Garamond, 12 pt

Formatted: Left, Indent: Left:  0.5", Right: 0", Space After:  10 pt, Line spacing:  Multiple 1.15 li,  No bullets or numbering

Formatted: Font: (Default) Garamond, 12 pt

Formatted: Left, Indent: Left:  0.5", Right: 0", Space After:  10 pt, Line spacing:  Multiple 1.15 li,  No bullets or numbering

Formatted: Font: (Default) Garamond, 12 pt

Formatted: Left, Indent: Left:  0.5", Right: 0", Space After:  10 pt, Line spacing:  Multiple 1.15 li,  No bullets or numbering

timeframe compliance.

- Note:  Diagnostic services indicated as drawn with no results available within ten days shall be considered noncompliant.

**Proposed Methodology:**

- Obtain the combined Diagnostic Service Report for STAT, routine, and urgent diagnostic services.

- Randomize the report using the Excel Randomizing function.

- Sort the report by the randomization column in ascending order.

- Sort the report by location.

- Audit the first ten charts per medical unit to determine if the diagnostic service occurred within the timeframe required by the performance measure.

- A refusal, date collected, or date taken, any of which must be supported by diagnostic service results or a scanned refusal available in the medical record, shall be considered compliant if the date collected, taken, or refused occurs within 14 calendar days if ordered routine or the same day if ordered STAT or urgent.

- For vendor-provided services, the status history for x-rays shall be used to determine the date the x-ray was taken and the specimen collected date shall be used to determine the date the lab was collected.  If a lab or x-ray is reported as collected or taken and no results are available in the medical record within 10 calendar days, the file shall be considered noncompliant.

**Formatted:** Space After:  12 pt, Add space between paragraphs of the same style, Line spacing:  single

**MONITOR GUIDE**

**Health Care Performance Measure No. 46**
**Stipulation Category: Diagnostic Services (02)**

**CGAR Category: Specialty Care (C) 07**

---

**Performance Measure:**

A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.

---

**CGAR Question:**

Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?

---

**Source of Records/Review:**

Lab report, x-ray log, eOMIS Lab Test Orders, eOMIS x-ray Orders, Scanned Documents for STAT labs, x-rays completed by a subcontracted or STAT x-rays.

---

**Methodology:**

- Obtain the x-ray and lab logs for the appropriate review period. Select inmates using Excel's randomizing macros.  Review the first ten diagnostic services per health unit on the randomized logs for timeframe compliance.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional diagnostic services for each qualified inmate, if necessary, until the desired number of diagnostic services is reached.

- Review eOMIS in "Nurse Favorites>Lab Test Orders"

- Review eOMIS in "Nurse Favorites>X-Ray Orders"

- Review eOMIS in "Nurse Favorites>Scanned Documents/Photos"

- "Common>Health Records>H/S Encounters", under encounter type "Lab", "X-Ray"

---

**65**

- Review eOMIS in Health Services Encounters, under Lab report, x-ray log, eOMIS Lab Test Orders, eOMIS X-ray Orders, or in Scanned Documents for STAT labs, x-rays completed by a subcontracted or STAT x-rays, to determine timeframe compliance.

**Proposed Methodology:**

- Obtain the combined Diagnostic Service Report for Stat, routine, and urgent diagnostic services.
- Randomize the report using the Excel randomizing function.
- Sort the report by the randomization column in ascending order.
- Sort the report by location.
- Audit the first ten charts per medical unit with documented reports to determine if the diagnostic service reports were reviewed and acted upon within five calendar days of receiving the report at the prison.

Draft Revised: 03~~04~~/29~~11~~/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 47**
**Stipulation Category: Diagnostic Services (03)**

**CGAR Category: Specialty Care (C) 08**

| |
|---|
| **Performance Measure:** |
| A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. |
| **CGAR Question:** |
| Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request? |
| **Source of Records/Review:** |
| HNR Log, in eOMIS "Provider - Sick Call - Scheduled", "Provider - Follow Up Care", "Provider - Chronic Care", Inmate Communiqué in Scanned Documents, HNR document, and Refusal to Submit to Treatment. |
| **Methodology:** |
| • Select the first ten inmates per health unit identified as requesting diagnostic service results from the randomized list. <br><br> • If there are fewer than ten applicable requests on the log for the audited month, review all applicable requests. <br><br> • Determine compliance based on communication of the results to the inmate through an Inmate Communiqué with the provider's name, signature, and date or as documented on eOMIS under "Medical Encounter" or "Provider Encounter", encounter type "Provider - Follow Up", "Provider - Chronic Care" or "Provider - Sick Call". |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 48**
**Stipulation Category: Specialty Care (01)**

**CGAR Category: Specialty Care (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen calendar days, and placed in the patient's medical record. |

| |
|---|
| **CGAR Question:**<br><br>Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen calendar days, and placed in the patient's medical record? |

| |
|---|
| **Source of Records/Review:**<br><br>ORC Denied Report:⁶ Consult log Log and eOMIS/Medical Record |

**Methodology:**

- Obtain the ORC denied Denied report Report for the appropriate review period.

- After performing the Using the Excel "randomizing" macros, select the first ten inmates per health unit with a denied specialty consultation.

- If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. .

- Review eOMIS in under "Health Services Encounter">"Inmate Consult Request" , under inmate consult request, to determine whether the denial was documented within fourteen calendar days of the request and whether it included the reason for the denial. timeframe compliance. If no decision has been made within fourteen days, this performance

---

⁶   Once the Consultat Log is used as the source, the references to the "ORC Denied Report" will be removed from this performance measure.

Draft Revised: 0304/2911/16

**Formatted:** Indent: Left: 0", Hanging: 0.25"

measure is deemed noncompliant.

- If no decision has been made within fourteen days, the performance measure is determined to be noncompliant.

**Proposed Methodology:**

- Obtain the ~~consult~~ Consult L~~l~~og.

- Randomize the report using the Excel randomizing function.

- Sort the report by the randomization column in ascending order.

- Identify the first ten consultation requests per medical unit with either an "ATP communicated to Provider" that did not result in a scheduled appointment for the originally requested service or a consultation request with a "Date Consult Written" and "Date Request Approved" that exceeds fourteen calendar days when comparing the dates.

- Inmates with an "ATP communicated to Provider" that did not result in a scheduled appointment for the originally requested service must have documentation in the Medical Record within eOMIS under ~~the~~ "Nurse Favorites>Inmate Consult Request" ~~subsection of eOMIS~~ indicating that the denial was communicated to the provider within fourteen calendar days of the consult request date.

  Consults with no Utilization Management action within fourteen calendar days of the date the consult was written, ~~and~~ as well as consults with no documentation indicating that the denial was communicated to the provider within fourteen calendar days, shall be ~~considered~~ deemed non-compliant.

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 49**
**Stipulation Category: Specialty Care (02)**

**CGAR Category: Specialty Care (C) 02**

---

**Performance Measure:**

Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.

---

**CGAR Question:**

Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within 30 days of the denial?

---

**Source of Records/Review:**

ORC Denied Report [7] / ORC denied report, consult Consult Llog; "Provider - Follow Up Care" lines; eOMIS/Medical Records.

---

**Methodology:**

- Obtain the ORC denied Denied report Report for the month prior to the monitored month appropriate review period.

- and randomize Perform Excel "randomizing" macros on the ORC Denied Report using Excel.

- Select the first ten inmates per health unit with a denied utilization management request.

- Monitor the first denied specialty service request for each of the ten inmates.

- If there are ten or fewer inmates who have a denied utilization management request, that qualify to be monitored under this

---

[7]   Once the Consult Log becomes the source for selecting inmates to monitor, the references to the "ORC Denied Report" will be removed from this performance measure.

**70**

performance measure, monitor additional denied special services requests for each qualified inmate, if necessary, until the desired 10 number of denied specialty services requests per health unit is reached, if possible.

- In eOMIS, access "H/S Encounters" (from "Nurse Favorites>H/S Encounters" or from "Common>Health Records>H/S Encounters"), select the pull up encounter type Review the "Provider - –Follow- Up Care", and filter the H/S Encounters.  Review the resultant H/S Encounters -in eOMIS to determine if whether the communication of the denial occurred within thirty days.

**Proposed Methodology:**

- Obtain the consult Consult logLog for the month prior to the monitored month.

- Perform Excel "randomizing" macros on the Consult Log.Randomize the report using the Excel randomizing function.

- Sort the report by the randomization column in ascending order.

- Identify the first ten consultation requests per medical unit with an "ATP communicated to the Provider" that did not result in a scheduled appointment for the originally requested service.

- In eOMIS, access "H/S Encounters" (from "Nurse Favorites>H/S Encounters" or from "Common>Health Records>H/S Encounters"), select the encounter type "Provider – Follow Up Care", and filter the H/S Encounters.  Review the resultant H/S Encounters to determine whether the communication of the denial occurred within thirty days.

- Documentation of a provider visit that indicates denial information was provided to the inmate and a plan was created shall be considered compliant if the visit occurred within thirty days of the denial.

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 50**
**Stipulation Category: Specialty Care (03)**

**CGAR Category: Specialty Care (C) 03**

**Performance Measure:**

Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.

**CGAR Question:**

Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within 30 calendar days of the consultation being requested by the provider?

**Source of Records/Review:**

Consult ~~log~~Log, and eOMIS/Medical records: Nurse-Return From Offsite, Inmate Consult Request, and Refusal to Submit to Treatment;

**Methodology:**

- Obtain the ~~consult~~ Consult ~~log~~ Log for the month prior to the monitored month.

- Perform Excel "randomizing" macros on the ORC Denied Report.

- ~~appropriate review period and randomize using Excel.~~

- Select the first ten urgent specialty ~~consultation~~ service requests per health unit ~~with an urgent specialty consultation.~~

- Monitor the first urgent specialty consult for each of the ten inmates.

- If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional specialty services for each qualified inmate~~, if necessary,~~ until ~~the~~ ten ~~desired number of~~ specialty services per helath unit is reached.

- Reported appointments shall be considered compliant if the appointment occurred within the timeframe as evidenced by a "Nurse-

Formatted: Space After:  12 pt, Add space between paragraphs of the same style

Return From Offsite" note supporting the appointment type/location or an offsite practitioner's report under the Inmate Consult Request.

- Specialty consultations that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure. only, as Corizon's utilization management process approves all visits in a series of visits request at the time Corizon approves the first visit.

- If no documentation of the appointment exists on the aforementioned documents, the visit shall be considered noncompliant.

**MONITOR GUIDE**

**Health Care Performance Measure No. 51**
**Stipulation Category: Specialty Care (04)**

**CGAR Category: Specialty Care (C) 04**

**Performance Measure:**

Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.

**CGAR Question:**

Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?

**Source of Records/Review:**

Consult ~~log~~Log, Inmate Consult Request, scanned documents for optometry, and Nurse- Return From Offsite~~,~~ Refusal to Submit to Treatment.

**Methodology:**

- Obtain the ~~consult~~ Consult ~~log~~ Log for the month prior to the monitored month. ~~appropriate review period and randomize using Excel.~~

- Perform Excel "randomizing" macros on the Consult Log.

- Select the first ten routine specialty service requests per health unit.

- Monitor the first specialty service request for each of the ten inmates.

- ~~Select the first consultation requests per health unit with a routine specialty consultation.~~ If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional scheduled routine specialty consults for each qualified inmate until ten scheduled specialty consults are obtained, if possible.~~If a sample of ten inmates is not available, 100% examination shall occur.~~

- Reported appointments shall be considered compliant if the appointment occurred within the timeframe as evidenced by a Nurse-Return from Offsite note supporting the appointment type/location or an offsite practitioner's report under Inmate Consult Request.

- Specialty consult~~ation~~s that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When

74

**M O N I T O R   G U I D E**

an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.   , with subsequent visits available for follow-up outside of the CGAR.

- Annual diabetic optometry exams will be excluded from this performance measure to allow for appropriate tracking/scheduling.

- Follow-up visits ordered prior to 60 days shall be considered compliant if completed within the off-site practitioner's recommended timeframe.

- If no documentation of the appointment exists on the aforementioned documents, the visit shall be considered noncompliant.

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 52**
**Stipulation Category: Specialty Care (05)**

**CGAR Category: Specialty Care (C) 05**

---

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

**Source of Records/Review:**

Consult Log, Inmate Consult Request, scanned documents for optometry reports.

**Methodology:**

- Obtain the consult log for the appropriate review period and randomize using Excel. Select the first ten consultation requests per health unit with specialty consultation reports available for review.  If a sample of ten inmates is not available, 100% examination shall occur.

- Obtain the Consult Log for the month prior to the monitored month.

- Perform Excel "randomizing" macros on the Consult Log.

- Select the first ten specialty service requests per health unit.

- Monitor the first specialty service request for each of the ten inmates.

- If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional scheduled routine specialty consults for each qualified inmate until ten scheduled specialty consults are obtained, if possible.

- Audit for provider review timeframe compliance as documented under Inmate Consult Request or scanned documents for optometry visits.

---

**Health Care Performance Measure No. 53**
**Stipulation Category: Chronic Care (01)**

**CGAR Category: Chronic Care (C) 01**

| **Performance Measure:** |
| --- |
| Treatment plans will be developed and documented in the medical record by a provider within 30 calendar days of identification that the inmate has a chronic disease. |

| **CGAR Question:** |
| --- |
| Are treatment plans developed and documented in the medical record by a provider within 30 calendar days of identification that the inmate has a chronic disease? |

| **Source of Records/Review:** |
| --- |
| New Diagnoses Report and eOMIS/Medical Records: (primary source in eOMIS> "Medical Encounters" or "H/S Health Services Encounters", then select > "Provider – Physical – Intake"), secondary sources will be considered as needed. |

| **Methodology:** |
| --- |
| • Obtain the new diagnoses report for the appropriate review period and randomize using Excel. Select the first ten inmates per health unit with identified chronic conditions from the randomized report. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional new diagnoses, if necessary, until the desired number of new diagnoses is reached. |
| • Non-stipulation agreement chronic care conditions and previously recognized chronic conditions that are updates to coding will be excluded from review for this measure. |
| • In eOMIS under in "H/S Health Services Encounters", under New Diagnoses Report, Medical Record (primary source in eOMIS> or "Medical Encounters", or Health Services Encounters> select "Provider – Physical – Intake" as the encounter type, filter the H/S Encounters, and determine whether there is documentation of a treatment plan for the newly diagnosed chronic condition. |
| • Compliance is determined based on the presence of a measurable |

timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing, therapeutic regimens, and provide education.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard".

- The facility shall maintain a list of special needs patients.

- For intake inmates, the primary source of review shall be the Provider Physical Intake, which shall include a measurable timeframe for the first chronic care visit.

- When an inmate is approved for a series of consultation appointments, ( e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 54
Stipulation Category: Chronic Care (02)

**CGAR Category: Chronic Care (C) 02**

| |
|---|
| **Performance Measure:** |
| Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. |
| **CGAR Question:** |
| Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place? |
| **Source of Records/Review:** |
| Chronic Care Logs and eOMIS/Medical Records: eOMIS "Provider - Chronic Care", and "Refusal to Submit to Treatment". |
| **Methodology:** |
| • Obtain the Chronic Care Log for the appropriate review period and randomize using Excel. Select the first ten inmates per health unit with identified chronic conditions from the randomized report. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional identified chronic conditions for each qualified inmate, if necessary, until the desired number of chronic conditions is reached. |
| • Non-stipulation chronic conditions Compliance will be determined based on additional documentation in the Provider CC and other records in eOMIS for the first chronic care visit. |
| • If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months, not to exceed one-hundred and eighty days, unless a reason and a measurable timeframe are documented under Plan Notes or review. |
| • Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider. |

**Formatted:** Space After:  12 pt, Add space between paragraphs of the same style

Draft Revised: 0304/2911/16

MONITOR GUIDE

- Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within 30 days or as ordered by the provider

Draft Revised: 0304/2911/16

**Health Care Performance Measure No. 55**
**Stipulation Category: Chronic Care (03)**

**CGAR Category: Chronic Care (C) 03**

| Performance Measure: |
| --- |
| Disease management guidelines will be implemented for chronic diseases. |

| CGAR Question: |
| --- |
| Are disease management guidelines implemented for chronic diseases? |

| Source of Records/Review: |
| --- |
| Chronic Care Logs and eOMIS/Medical Records: "Provider - Chronic Care", "Lab Test Orders", "Scanned Documents/Photos" for annual eye exam and Refusal to Submit to Treatment. |

**Methodology:**

- Obtain the Chronic Care Logs for the appropriate review period and randomize using Excel. Select the first ten inmates per health unit with identified chronic conditions from the randomized report. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional identified chronic conditions for each qualified inmate, if necessary, until the desired number of chronic conditions is reached.

- Non-stipulation chronic conditions.

- Compliance will be determined based on documentation in eOMIS under "Provider - Chronic Care" or other eOMIS records for the first CC visit, "Lab Test Orders", and "Scanned Documents/Photos" for the annual eye exam for diabetics.

- Timeframe compliance will allow for completion of the visit by conclusion of the month during which the visit should occur.

- A provider-ordered timeframe inconsistent with the specified guidelines will be honored if the prior chronic care visit includes both a reason for the deviation and a measurable timeframe documented under Plan Notes or review.

MONITOR GUIDE

- An inmate with a newly diagnosed CC will be considered compliant with the lab and optometry components of the performance measure if the initial lab or optometry results are available for review within the recommended timeframe

- Diabetic eye exams will be included in this population.

- Inmates receiving treatment for cancer will be considered to have an active process and will require monthly visits.

- Labs must be completed and available for review at time of the chronic care appointment.

- Additional considerations if no timeframe is ordered: 1) intakes must have initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines; 3) an existing inmate with a newly identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the new condition; 5) a transfer from a private prison must have a CC visit within 30 days or as ordered by the provider

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 56**
**Stipulation Category: Chronic Care (04)**

**CGAR Category: Chronic Care (C) 04**

| |
|---|
| **Performance Measure:** <br><br> Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. |
| **CGAR Question:** <br><br> Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record? |
| **Source of Records/Review:** <br><br> Chronic Care Log, eOMIS/Medical Records: eOMIS "Provider - Chronic Care", and Refusal to Submit to Treatment. |
| **Methodology:** <br><br> • Obtain Chronic Care Logs for the appropriate review period and randomize using Excel.  Select the first ten inmates per health unit with identified chronic conditions from the randomized report.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor additional identified chronic conditions for each qualified inmate, if necessary, until the desired number of chronic conditions is reached. <br><br> • Review for documentation of education in eOMIS under "Medical Encounters" or "Provider Encounters", "Provider – Chronic Care" encounter type. |

**83**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 57**
**Stipulation Category: Prenatal Services (01)**

**CGAR Category: Female Care – Prenatal Preventative (C) 02**

---

**Performance Measure:**

A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination.

---

**CGAR Question:**

Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination?

---

**Source of Records/Review:**

Pregnant Inmate List, Drug Prescription Orders, Other Actions/Procedures

---

**Methodology:**

- This measure is specific to Perryville intake inmates.

- Obtain the Pregnant Inmate List and update the Excel spreadsheet

- Randomize the report using the Excel randomizing function

- Sort the report by the randomization column in ascending order

- Identify the first ten pregnant inmates per medical unit for the review period

- Documentation of orders for prenatal vitamins and diet shall be considered compliant if ordered at the inmate's initial intake physical examination

---

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 58**
**Stipulation Category: Prenatal Services (02)**

**CGAR Category: Female Care – Prenatal Preventative (C) 03**

| |
|---|
| **Performance Measure:** |
| Results of an inmate's prenatal screening tests will be documented in the medical record. |

| |
|---|
| **CGAR Question:** |
| Are results of an inmate's prenatal screening tests documented in the medical record? |

| |
|---|
| **Source of Records/Review:** |
| eOMIS/Medical record:  Pregnant Inmate List. |

| |
|---|
| **Methodology:** |
| <ul><li>This measure is specific to Perryville intake inmates.</li><li>Review the pregnant inmate list and the intake list to determine all pregnant intakes for the prior two months.</li><li>Review the medical files from all pregnant intakes in the previous two months to confirm that results of prenatal screening tests are documented in the medical record.</li><li>Prenatal screening tests include gestational age/pregnancy test-, Rapid Plasma Reagin (RPR), HIV, Hepatitis B and C, Complete Blood Count (CBC), Comprehensive Metabolic Panel (CMP), Urine, Rubella, ABO Group and RH Antigen and Antibody.</li><li>Labs shall be available for viewing within thirty days of intake, although remain subject to audit under HC PM ##45~~/~~ and 46.</li></ul> |

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 59**
**Stipulation Category: Preventative Services (01)**

**CGAR Category: Medical Records (C) 10**

| |
|---|
| **Performance Measure:** |
| Inmates will be screened for TB on an annual basis. |
| **CGAR Question:** |
| Are inmates being screened for TB on an annual basis? |
| **Source of Records/Review:** |
| eOMIS/Medical Record and AIMS PPD Report, Arrival log, Appointment Lists. |
| **Methodology:** |
| <ul><li>Review the PPD report (AIMS), Arrival logs, and Appointment lists and randomly select ten inmate names/numbers.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.</li><li>Review eOMIS, under the top right of the Home Screen for a PPD administration or PPD testing encounter, to determine compliance.</li><li>Then review the Inmate Intake Process by Administration report in AIMS, which shows the inmate's medical score, mental health score, and PPD administration.</li></ul> |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 60**
**Stipulation Category: Preventative Services (02)**

**CGAR Category: Intake (C) 03**

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>eOMIS/Medical Record: Medical records from inmates received at intake during the audited month; documentation of postings on yards; and inmate TV. |
| **Methodology:**<br><br>• This measure is specific to Perryville.<br><br>• For intakes, select ten random inmates on the Arrival Log/List for the audited month and review the provider encounters in eOMIS for the audited month to confirm that a pap smear was offered.<br><br>• For non-intakes, verify that postings offering pap smears are available in the health units, on the yards, and on inmate TV, where available. |

Draft Revised: 0304/2911/16

**Health Care Performance Measure No. 61**
**Stipulation Category: Preventative Services (03)**

**CGAR Category: Female Care – Prenatal Preventative (C) 01**

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 being offered a pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Notices offering Pap smears will be posted in health units and on yards, as well as information placed on inmate TV where available.  eOMIS. |
| **Methodology:**<br><br>  •  Verify that there are postings in health units, on yards, and on inmate TV, where available, offering pap smears.<br><br>  •  Using an AIMS Report,[8] ten inmate charts per yard will be selected.<br><br>  •  The auditor will verify that female inmates between the ages of 21 to 65 years old have an Inmate Communique in eOMIS "Scanned Documents", ~~that~~ which offered the inmate a pap smear every thirty-six months. |

**Formatted:** Justified

---
[8]   ADC IT is in the process of creating a pap smear database and corresponding report.

**MONITOR GUIDE**

**Health Care Performance Measure No. 62**
**Stipulation Category: Preventative Services (04)**

**CGAR Category: Intake (C) 04**

| |
|---|
| **Performance Measure:**<br><br>All prisoners are screened for tuberculosis upon intake. |
| **CGAR Question:**<br><br>Are prisoners screened for tuberculosis upon intake? |
| **Source of Records/Review:**<br><br>Medical records from inmates received at intake during the audited month. |
| **Methodology:**<br><br>• ASPC Phoenix (male), Perryville, Tucson-Minors, and Eyman-Condemned Row are reviewed for this measure.<br><br>• Select the ten random inmates on the arrival log/list for each reception center.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.<br><br>• Review eOMIS, under the top right of the Home Screen for a PPD administration or PPD testing encounter, to determine compliance.  The tuberculosis screening may also be noted in a nursing or intake encounter.<br><br>• Then review the new inmate intake charts or Inmate Intake Process by Administration report in AIMS, which shows the inmate's medical score, mental health score, and PPD administration. |

Draft Revised: 03~~04~~/29~~11~~/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 63**
**Stipulation Category: Infirmary Care (01)**

**CGAR Category: Infirmary Care (C) 01**

| |
|---|
| **Performance Measure:** |
| In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |
| **CGAR Question:** |
| Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |
| **Source of Records/Review:** |
| IPC Census and eOMIS/Medical Record: Nurse- Infirmary Admission |
| **Methodology:** |
| <ul><li>Review the IPC census for the appropriate review period and select the first ten inmates admitted during the review period.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.</li><li>Review eOMIS, under Health Services Encounters, for compliance. You can either scroll through all Health Services Encounters and find the Nurse-Infirmary Admission contact or conduct a direct search for the record.</li><li>23 hour observations are exempt from this performance measure; once 24 hours is reached, the inmate's medical record is subject to audit under this performance measure.</li><li>Infirmary-to-infirmary transfers must have current and appropriate documentation, but do not require a new admission.</li><li>Inmates that were hospitalized (observation status or full admit) are subject to audit under this performance measure and require a new admission to the infirmary.</li></ul> |

**Health Care Performance Measure No. 64**
**Stipulation Category: Infirmary Care (02)**

**CGAR Category: Infirmary Care (C) 02**

| |
|---|
| **Performance Measure:**<br><br>In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. |
| **CGAR Question:**<br><br>Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC? |
| **Source of Records/Review:**<br><br>IPC census and eOMIS/Medical Record: "Provider - Infirmary Admission", and Refusal to Submit to Treatment. |
| **Methodology:**<br><br>• Review the IPC census for the appropriate review period and select the first ten inmates admitted during the review period.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.<br><br>• Review eOMIS under "H/S Encounters" for compliance.  Either scroll through all "H/S Encounters" and find a contact for "Provider - Infirmary Admission" or Refusal to Submit to Treatment, or conduct a direct search for the record.<br><br>• 23-hour observations are exempt from this performance measure; once 24 hours is reached, the inmate is subject to audit under this performance measure.<br><br>• Infirmary-to-infirmary transfers must have current and appropriate documentation, but do not require a new admission.<br><br>• Inmates that were hospitalized (observation status or full admit) are subject to audit under this performance measure and require a new admission to the infirmary. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 65**
**Stipulation Category: Infirmary Care (03)**

**CGAR Category: Infirmary Care (C) 03**

| |
|---|
| **Performance Measure:** |
| In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. |

| |
|---|
| **CGAR Question:** |
| Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? |

| |
|---|
| **Source of Records/Review:** |
| IPC census and eOMIS/Medical Record: "Provider - Infirmary Admission" (including addendum) and Refusal to Submit to Treatment. |

| |
|---|
| **Methodology:** |
| <ul><li>Review the IPC census for the appropriate review period and select the first ten inmates admitted during the review period.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.</li><li>In eOMIS under "H/S Encounters" review for compliance by either scrolling through all "H/S Encounters" and finding a contact for "Provider - Infirmary Admission" (including addendum) and Refusal to Submit to Treatment or conduct a direct search for the record.</li><li>Twenty-three-hour observations are exempt from this performance measure.</li><li>Infirmary-to-infirmary transfers must have current and appropriate documentation, but do not require a new admission.</li><li>Inmates that were hospitalized (observation status or full admit) are subject to audit under this performance measure and require a new admission to the infirmary.</li></ul> |

Draft Revised: 03̶0̶4̶/2̶9̶11/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 66**
**Stipulation Category: Infirmary Care (04)**

**CGAR Category: Infirmary Care (C) 04**

| **Performance Measure:** |
|---|
| In an IPC, a Medical Provider encounter will occur at a minimum every 72 hours. |
| **CGAR Question:** |
| Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates? |
| **Source of Records/Review:** |
| IPC census and eOMIS/Medical Record: Provider- Infirmary Rounds, Provider- Infirmary Discharge, Provider- Chronic Care, Refusal to Submit to Treatment. |
| **Methodology:** |

- Review the IPC census for the appropriate review period and select the first ten inmates admitted and housed greater than seventy-two hours.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.

- Review eOMIS, under Health Services Encounters, for compliance. You can either scroll through all Health Services Encounters and find a contact for Provider- Infirmary Rounds, Provider- Infirmary Discharge, Provider- Chronic Care, or Refusal to Submit to Treatment or conduct a direct search for the record.

- Twenty-three-hour observations are exempt from this performance measure.

- Inmates must be admitted for a minimum of seventy-two hours to be subject to this performance measure.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 67**
**Stipulation Category: Infirmary Care (05)**

**CGAR Category: Infirmary Care (C) 05**

| |
|---|
| **Performance Measure:** |
| In an IPC, Registered nurses will conduct and document an assessment at least once every shift.  Graveyard shift assessments can be welfare checks. |

| |
|---|
| **CGAR Question:** |
| Is an RN conducting and documenting an assessment at least once every shift in the IPC?   Graveyard shift assessments may be completed and documented as welfare checks. |

| |
|---|
| **Source of Records/Review:** |
| IPC census and eOMIS/Medical Record: "Nurse - Infirmary Rounds", "Nurse - Segregation Visit", "Nurse – Infirmary Discharge" and Refusal to Submit to Treatment. |

| |
|---|
| **Methodology:** |
| • Review the IPC census for the appropriate review period and select the first ten inmates.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. <br><br> • In eOMIS under "H/S Encounters" review for compliance by either scrolling through all "H/S Encounters" to find a contact for "Nurse - Infirmary Rounds", "Nurse - Segregation Visit", "Nurse – Infirmary Discharge", or Refusal to Submit to Treatment or conduct a direct search for the record. <br><br> • Both twenty-three-hour observations and admitted inmates are subject to this measure. |

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 68**
**Stipulation Category: Infirmary Care (06)**

**CGAR Category: Infirmary Care (C) 06**

| |
|---|
| **Performance Measure:** |
| In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. |
| **CGAR Question:** |
| Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given? |
| **Source of Records/Review:** |
| IPC census and eOMIS/Medical Record:  Nurse-Infirmary Admission or Provider-Infirmary Admission. |
| **Methodology:** |
| • Review the IPC census for the appropriate review period and select the first ten inmates admitted. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. <br><br> • Review eOMIS, under Health Services Encounters, for compliance. You can either scroll through all Health Services Encounters and find a contact for Nurse-Infirmary Admission or Provider-Infirmary Admission or conduct a direct search for the record. <br><br> • Further review eOMIS, under Health Services Encounters or Scanned Documents, for additional documental of care and treatment provided. <br><br> • 23-hour observations are exempt from this performance measure. <br><br> • Infirmary-to-infirmary transfers must have current and appropriate documentation, but do not require a new admission. <br><br> • Inmates that were hospitalized (observation status or full admit) are subject to audit under this performance measure and require a new admission to the infirmary. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 69**
**Stipulation Category: Infirmary Care (07)**

**CGAR Category: Infirmary Care (C) 07**

| **Performance Measure:** |
| --- |
| In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. |

| **CGAR Question:** |
| --- |
| Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? |

| **Source of Records/Review:** |
| --- |
| IPC census and eOMIS/Medical Record:  front and back of care plans in Scanned Documents |

| **Methodology:** |
| --- |
| • Review the IPC census for the appropriate review period and select the first ten inmates housed greater than seven days.  If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.<br><br>• Review eOMIS, under Scanned Documents, for nursing care plans. Review front and back of care plans for signatures and dates of reviews.<br><br>• 23-hour observations are exempt from this performance measure.<br><br>• Nursing care plan shall be created/initiated within 24 hours of admission.<br><br>• The care plan must be updated weekly.<br><br>• Monthly scanning of the care plan shall occur. |

96

**MONITOR GUIDE**

**Health Care Performance Measure No. 70**
**Stipulation Category: Infirmary Care (08)**

**CGAR Category: Infirmary Care (C) 08**

---

**Performance Measure:**

All IPC patients have properly working call buttons, and if not, health care staff perform and document 30-minute patient welfare checks.

---

**CGAR Question:**

Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting 30-minute patient welfare checks?

---

**Source of Records/Review:**

IPC census and eOMIS/Medical Record: call button test, 1101-16 form (showing thirty minute checks)

---

**Methodology:**

- Review the IPC census for the appropriate review period.

- All inmates currently present in the IPC will have their call lights tested to determine working status. This audit will appear on the subsequent CGAR Report, because you are monitoring the status of call buttons of current IPC patients.

- Any inmate with a working call light or an available 1101-16 form, documenting thirty minute checks, for the most recent thirty-minute period will be considered compliant.

---

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 71**
**Stipulation Category: Medical Diets (01)**

**CGAR Category: Medical Diets (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |
| **CGAR Question:**<br><br>When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |
| **Source of Records/Review:**<br><br>ADC Diet Roster, Batch report in AIMS, and eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Dietary Roster for the audited month and randomly select ten inmate names/numbers. If there are ten or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.<br><br>• Review the Dietary Roster from the Food Service Liaison at the complex.<br><br>• Review eOMIS under Other Actions and Procedures for a scanned diet order or under Scanned Documents for restricted diet. |

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 72**
**Stipulation Category: Medical Diets (02)**

**CGAR Category: Medical Diets (C) 02**

| |
|---|
| **Performance Measure:** |
| Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP. |
| **CGAR Question:** |
| Are inmates who refuse prescribed diets for more than 3 consecutive days receiving follow up nutritional counseling by a QHCP? |
| **Source of Records/Review:** |
| ADC dietary liaison and eOMIS/Medical Record. IRs showing non-compliance with Diet. Signed Diet Roster. |
| **Methodology:** |
| • Review the Signed Dietary Signature sheets for the audited month and randomly select ten inmate names/numbers. |
| • Dietary liaison will advise regarding non-compliance, which will be followed up with nutritional counseling. |
| • Review the Signed Dietary Signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diet. |
| • Review eOMIS under Health Services Encounter for a nutritional counseling note or under Scanned Documents for a refusal form. |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 73**
**Stipulation Category: Mental Health (01)**

**CGAR Category: Mental Health (C) 01**

| Performance Measure: |
| --- |
| All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days.* |

| CGAR Question: |
| --- |
| Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every 30 days? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report |

| Methodology: |
| --- |
| <ul><li>A random sample will be extracted from the AIMS for MH-3 minor inmates at Tucson and Perryville. Ten records (if available) will be randomly selected from the report for review.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then it is deemed to be noncompliant with a "tf". If there is no contact in the audit month, then it is deemed to be noncompliant.</li></ul> |

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 74**
**Stipulation Category: Mental Health (02)**

**CGAR Category: Mental Health (C) 02**

| |
|---|
| **Performance Measure:** |
| All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum. |

| |
|---|
| **CGAR Question:** |
| Are all female prisoners being seen by a licensed mental health clinician within five working days of return from a hospital post-partum? |

| |
|---|
| **Source of Records/Review:** |
| Inpatient Hospital Report |

| |
|---|
| **Methodology:** |
| • The HSCMB MH staff will review the inpatient hospital report and review the records of up to ten post-partum women during the audit month. |
| • Review the external Movement Screen in AIMS (DI 24, Shift + F5) to determine the date the inmate arrived back at the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.) |
| • Then review eOMIS under the Mental Health menu to determine if the inmate was seen within five days of arriving back from the hospital. |
| • Then look to see who saw the inmate and determine whether this was done by a licensed mental health clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor. |

**101**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 75**
**Stipulation Category: Mental Health (03)**

**CGAR Category: Mental Health (C) 03**

| |
|---|
| **Performance Measure:** |
| A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |
| **CGAR Question:** |
| Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |
| **Source of Records/Review:** |
| Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row |
| **Methodology:**<br>• The intake logs from each identified sites will be randomized and ten records (if available) will be selected.<br><br>• Review the external Movement Screen in AIMS (DI 24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)<br><br>• Then review eOMIS under the Mental Health menu to determine whether the inmate was seen by a mental health staff member by the end of the inmate's second full day.  Generally, the contact will be categorized as an "Intake" contact.<br><br>• Also, record if a licensed clinician made the contact.  A monthly list of licensed mental health clinicians is obtained from the health services contractor. |

Draft Revised: ~~0304~~/~~2911~~/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 76**
**Stipulation Category: Mental Health (04)**

**CGAR Category: Mental Health (C) 04**

| |
|---|
| **Performance Measure:** |
| If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC. |
| **CGAR Question:** |
| If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within fourteen days of his or her arrival into ADC? |
| **Source of Records/Review:** |
| Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician. |
| **Methodology:** |
| • Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health staff, then the record will be re-reviewed in twenty days for compliance with this performance measure. |
| • Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.) |
| • In eOMIS under the Mental Health menu determine whether the inmate had an additional contact by a mental health clinician within fourteen days of the inmate's arrival.  A monthly list of licensed mental health clinicians is obtained from the Contracted Vendor. |

**103**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 77**
**Stipulation Category: Mental Health (05)**

**CGAR Category: Mental Health (C) 05**

| **Performance Measure:** |
|---|
| Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners. |

| **CGAR Question:** |
|---|
| Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners? |

| **Source of Records/Review:** |
|---|
| Review all inmates who were identified for HC PM ## 73, 80, 82, 84, 86, 87, 89 and 92. |

| **Methodology:** |
|---|
| • All records reviewed for HC PM ## 73, 80, 82, 84, 86, 87, 89, and 92 will also be reviewed for compliance with this performance measure. <br><br> • Review eOMIS under the Mental Health menu for the most recent treatment plan. <br><br> • If the treatment plan occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ninety days or less (or one year if applicable). If the previous treatment plan was more than ninety days (or one year if applicable), then it is deemed noncompliant with a "tf". <br><br> • If the treatment plan occurred in any month prior to the reporting month, then determine if the treatment plan was completed ninety days or less (or one year if applicable) from the last day of the reporting month. |

**104**

**Health Care Performance Measure No. 78**
**Stipulation Category: Mental Health (06)**

**CGAR Category: Mental Health (C) 06**

| **Performance Measure:** |
|---|
| All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |

| **CGAR Question:** |
|---|
| Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |

| **Source of Records/Review:** |
|---|
| All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the audit month. |

| **Methodology:** |
|---|
| <ul><li>Each record that is reviewed for treatment plan compliance (in HC PM #77) will also be reviewed for a face-to-face SOAPE note dated the same date if it was updated during the audit month.</li><li>Review eOMIS under the Mental Health menu to see whether there is both a treatment plan and contact on the same day.</li><li>A face-to-face contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit, group note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch, etc.</li></ul> |

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 79**
**Stipulation Category: Mental Health (07)**

**CGAR Category: Mental Health (C) 07**

| |
|---|
| **Performance Measure:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |
| **CGAR Question:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |
| **Source of Records/Review:** |
| Review the same inmate charts that are reviewed for HC PM #77. |
| **Methodology:** |
| <ul><li>For all records reviewed for HC PM #77 who are also on psychotropic medications, it will be determined if this performance measure was complied with.</li><li>Review eOMIS under the Mental Health menu to determine whether the inmate was seen by psychiatry during the audited month.</li><li>If they were seen during the audited month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If there is no treatment plan for them to review, this performance measure will be considered not applicable (N/A).</li></ul> |

**106**

**Health Care Performance Measure No. 80**
**Stipulation Category: Mental Health (08)**

**CGAR Category: Mental Health (C) 08**

| Performance Measure: |
|---|
| MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician. |

| CGAR Question: |
|---|
| Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician? |

| Source of Records/Review: |
|---|
| AIMS Report |

| Methodology: |
|---|
| • The AIMS report will be randomized using Macros, and ten records (if available) will be selected for review at each yard. |
| • Review eOMIS under the Mental Health menu for the most recent contact by a clinician. A contact may be documented in various encounters, including the following: "MH - Individual Counseling", "MH – Segregation Visit", "MH – Group Counseling", "MH – Treatment Plan", "MH - Sick Call - Scheduled", "MH - Sick Call - Unscheduled", "MH -_____ [suicide watch]. |
| • If the contact occurred in the audit month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact occurred more than thirty days before, then it is deemed noncompliant with "tf". If there is no contact in the audit month, then it is deemed noncompliant. |
| • If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.) |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

<u>CGAR Category: Mental Health (C) 09</u>

| |
|---|
| **Performance Measure:**<br><br>MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. |
| **CGAR Question:**<br><br>Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? |
| **Source of Records/Review:**<br><br>Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |
| **Methodology:**<br><br>• The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.<br><br>• Review eOMIS under the Mental Health menu for the most recent psychiatry contact. A psychiatric contact may be documented in various encounters including the following: "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled", "MH – Initial Psychiatric Evaluation".<br><br>• If the contact occurred in the audit month, then look to see if the preceding psychiatry contact occurred within ninety days or less. If the preceding contact occurred more than ninety days before, then it is deemed noncompliant with "tf".<br><br>• If the contact occurred in any month prior to the audit month, check if the inmate was seen 90 ninety days or less before the last day of the audit month.<br><br>• If the inmate is not currently on medication, then the performance measure is deemed not applicable (N/A). |

Draft Revised: ~~0304~~/~~2911~~/16

**Health Care Performance Measure No. 82**
**Stipulation Category: Mental Health (10)**

**CGAR Category: Mental Health (C) 10**

| |
|---|
| **Performance Measure:**<br><br>MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |
| **CGAR Question:**<br><br>Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report |
| **Methodology:**<br><br>• The AIMS report will be randomized using macros, and ten records (if available) will be selected for review at each yard.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit, group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.<br><br>• If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety days or less. If the preceding contact was more than ninety days, then it is deemed noncompliant as "tf".<br><br>• If there is no contact in the audit month, then looked to see if the previous contact was completed ninety days or less from the last day of the auditing month. |

MONITOR GUIDE

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

**CGAR Category: Mental Health (C) 11**

| Performance Measure: |
| --- |
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days? |

| Source of Records/Review: |
| --- |
| Review the records for the same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>To determine the inmate's prevailing psychiatric diagnosis for the evaluation of compliance with this performance measure:  , the below provides the steps to be followed:<ul><li>1.   If the follow-up psychiatry contact occurred in the auditing month, then look back to the prior psychiatry contact for a diagnosis.,  A mental health provider[10] psychiatric contact may be documented under a variety of in multiple mental health encounter typeselectronic entries, including, for example, but not limited toto the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner –</li></ul></li></ul> |

---

[9]   See the Rrelevant portions of the DSM-5, are attached in the Appendix.

[10]   Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

Draft Revised: 0304/2911/16

Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled", ~~scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.~~  If the preceding contact was less than ninety days before, then put "n/a" the special diagnosis column and the contact is in compliance.

Formatted: Font: 12 pt

- If the preceding psychiatry contact occurred more than ninety days before, look first at the preceding psychiatry contact.  If there is no diagnosis listed, then look at the treatment plan in place at the time of the preceding psychiatry contact, if none listed then look at the problems list to find the last diagnosis in place just before the preceding psychiatry contact.  If there is no diagnosis anywhere, then the default is ninety days.  If the preceding contact is more than ninety days (or one-hundred and eighty days if applicable), then it is deemed noncompliant as "tf".[11]

- If the psychiatry contact was completed in any month prior to the auditing month, then look to see if the inmate was seen ninety days or less before the last day of the auditing month.  If so, then put "n/a" in the special diagnosis column and the contact is in compliance.  If it is more than ninety days, then look at the most recent psychiatry note to determine the diagnosis.  If there is no diagnosis, then look in the treatment plan in place at the time of the most recent psychiatry contact, if none listed then look at the problems list to find the last diagnosis in place just before the most recent psychiatry contact.  If there is no diagnosis anywhere, then the default is ninety days.

---

[11]  The abbreviation "tf" means that although the inmate was seen, the appointment did not comply with the requirement of this performance measure or was held late (out of the required time frame).

Formatted: Justified, Indent: Left:  0", Hanging:  0.25"

**Health Care Performance Measure No. 84**
**Stipulation Category: Mental Health (12)**

**CGAR Category: Mental Health (C) 12**

| |
|---|
| **Performance Measure:** |
| MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |
| **CGAR Question:** |
| Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |
| **Source of Records/Review:** |
| AIMS Report |

**Methodology:**

- The AIMS report will be randomized using Macros, and ten records (if available) will be selected for review at each yard.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. If the contact occurred in the audit month, then look to see if the preceding contact occurred within one-hundred and eighty days. If the preceding contact is more than one-hundred and eighty days before, then it will be determined to be noncompliant as "tf". A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in any month prior to the audit month, look to see if the inmate was seen one-hundred and eighty days or less before the last day of the reporting month.

**M O N I T O R   G U I D E**

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| |
|---|
| **Performance Measure:** |
| MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. |
| **CGAR Question:** |
| Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? |
| **Source of Records/Review:** |
| AIMS Report |
| **Methodology:** <ul><li>The same inmate charts reviewed for HC PM #86, will be reviewed for this measure for all inmates who were discontinued off of medications.</li><li>Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>After determining the date the medications were discontinued, look to see if they were seen in the audit month.  If the contact occurred within thirty days or less of the discontinue date, then it will be deemed compliant.  If the subsequent contact occurred more than thirty days after the discontinuation date, then it will be deemed noncompliant as "tf".</li><li>If the subsequent contact occurred in any month prior to the auditing month or if the inmate as not on medication(s), then indicate that this contact~~ed~~ is not applicable (N/A).</li><li>If the contact still has not occurred and it is past due from January 2015 going forward, then ~~mark~~ the performance measure is deemed ~~it as~~ noncompliant.</li></ul> |

Draft Revised: 03~~04~~/29~~11~~/16

**M O N I T O R   G U I D E**

---

- If the medications were discontinued in the audit month, and no follow up has yet occurred, then ~~it is~~ the performance measure is ~~coded~~ determined to be ~~as~~ not applicable (N/A).  If the contact occurred later in the audit month, then the performance measure is determined to be ~~it is coded as~~ compliant.

---

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 86**
**Stipulation Category: Mental Health (14)**

**CGAR Category: Mental Health (C) 14**

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |
| **Source of Records/Review:**<br><br>AIMS Report |
| **Methodology:**<br><br>• The AIMS report will be randomized using macros, and ten records (if available) will be selected for review at each yard.<br><br>• Review eOMIS, under the  in the Mental Health tab, for the most recent contact by a clinician.  A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit, group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.<br><br>• If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety days or less.  If the preceding contact was more than ninety days before, then it is determined to be noncompliant as "tf".<br><br>• If there is no contact in the audit month, then look to see if a contact occurred ninety days or less from the last day of the audit month. |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Health Care Performance Measure No. 87**
**Stipulation Category: Mental Health (15)**

**CGAR Category: Mental Health (C) 15**

| **Performance Measure:** |
| --- |
| MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. |

| **CGAR Question:** |
| --- |
| Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every 30 days? |

| **Source of Records/Review:** |
| --- |
| AIMS Report |

| **Methodology:** |
| --- |
| • The AIMS report will be randomized using macros, and ten records (if available) will be selected for review at each yard containing a residential program. . <br><br> • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit, scheduled sick call, unscheduled sick call, suicide watch, etc. <br><br> • If the individual contact occurred in the audit month, then look to see if the preceding contact within thirty days or less.  If the preceding contact occurred more than thirty days before, then it is deemed noncompliant as "tf". <br><br> • If there is no contact in the audit month, then it is deemed noncompliant. |

Draft Revised: 0304/2911/16

**Health Care Performance Measure No. 88**
**Stipulation Category: Mental Health (16)**

**CGAR Category: Mental Health (C) 16**

| |
|---|
| **Performance Measure:** |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |
| **CGAR Question:** |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |
| **Source of Records/Review:** |
| Review the records for the same inmates reviewed for HC PM #87 if they are currently on psychotropic medications. |
| **Methodology:** |
| • The Records reviewed for HC PM #87 will also be reviewed for compliance with this performance measure if the inmate is currently on medications. <br> • Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. <br> • If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety days or less. If the preceding contact occurred more than ninety days before, then it is deemed noncompliant as "tf". <br> • If the contact occurred in any month prior to the audit month, look to see if the inmate was seen ninety days or less before the last day of the auditing month. <br> • If the inmate is not on medications, then this performance measure is deemed not applicable (N/A). |

MONITOR GUIDE

**Health Care Performance Measure No. 89**
**Stipulation Category: Mental Health (17)**

**CGAR Category: Mental Health (C) 17**

| **Performance Measure:** |
|---|
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven days. |
| **CGAR Question:** |
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven days? |
| **Source of Records/Review:** |
| AIMS Report |
| **Methodology:** |
| <ul><li>The AIMS report will be randomized using Macros, and ten records (if available) will be selected for review at each yard with an inpatient program.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit, scheduled sick call, unscheduled sick call, suicide watch, etc.</li><li>To be deemed compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than 7 days later than the one before.</li><li>If there is a gap in contacts review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li></ul> |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

CGAR Category: Mental Health (C) 18

| Performance Measure: |
|---|
| MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days. |

| CGAR Question: |
|---|
| Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every 30 days? |

| Source of Records/Review: |
|---|
| Review the records for the same inmates reviewed for HC PM #89 if they are currently on psychotropic medications. |

**Methodology:**

- The Records reviewed for HC PM #89 will also be reviewed for compliance with this performance measure for inmates who are currently on medications.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMISincluding the following locations:: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation.

- If the contact occurred in the audit month, look to see if the preceding contact was within thirty days or less. If the preceding contact was more than thirty days before, then it is deemed noncompliant as "tf".

- If there is no contact in the audit month, then it is determined to be noncompliant.

- If the inmate is not currently on medications, then it is determined to be not applicable (N/A).

**MONITOR GUIDE**

**Health Care Performance Measure No. 91**
**Stipulation Category: Mental Health (19)**

**CGAR Category: Mental Health (C) 19**

| |
|---|
| **Performance Measure:** |
| MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. |

| |
|---|
| **CGAR Question:** |
| Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? |

| |
|---|
| **Source of Records/Review:** |
| Phoenix Complex Continuous Watch Log. |

| |
|---|
| **Methodology:** |
| • The Continuous Watch Log is randomized using macros, and ten records (if available) will be selected for review at the Phoenix Complex. |
| • Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch. |
| • A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit, group note, treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch. |

**Health Care Performance Measure No. 92**
**Stipulation Category: Mental Health (20)**

**CGAR Category: Mental Health (C) 20**

| |
|---|
| **Performance Measure:** |
| MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. |

| |
|---|
| **CGAR Question:** |
| Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? |

| |
|---|
| **Source of Records/Review:** |
| AIMS Report |

| |
|---|
| **Methodology:** |
| • The AIMS report will be randomized using macros, and ten records (if available) will be selected for review at each maximum custody yard. |
| • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit, group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc. |
| • If the contact occurred in the audit month, look to see if the preceding contact occurred within thirty days or less. If the preceding contact occurred more than thirty days before, then it is determined to be noncompliant as "tf". If there is no contact in the audit month, then it is determined to be noncompliant. |

**Health Care Performance Measure No. 93**
**Stipulation Category: Mental Health (21)**

**CGAR Category: Mental Health (C) 21**

| **Performance Measure:** |
|---|
| Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. |

| **CGAR Question:** |
|---|
| Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? |

| **Source of Records/Review:** |
|---|
| Review the records for the same inmates reviewed for HC PM #92. |

| **Methodology:** |
|---|
| <ul><li>The Records reviewed for HC PM #92 will also be reviewed for compliance with this performance measure.</li><li>Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff.</li><li>In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody.  A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.</li><li>Record the total number in compliance over the total number of rounds that should have occurred (e.g., 2/3, 4/4).</li></ul> |

**Health Care Performance Measure No. 94**
**Stipulation Category: Mental Health (22)**

**CGAR Category: Mental Health (C) 22**

| |
|---|
| **Performance Measure:** |
| All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |
| **CGAR Question:** |
| Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |
| **Source of Records/Review:** |
| Suicide Watch Log |
| **Methodology:** |
| • The contractor will develop and provide to HSCMB MH staff a watch log of all inmates currently on watch. The log will be randomized using Macros for all inmates who were on watch at least one day during the audit month.  A minimum of ten records (if available) per complex will be reviewed, except ASPC Eyman which will review twenty records. |
| • Review eOMIS under the Mental Health tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the audit month.  ~A contact note may be found in various locations in eOMIS, including the following locations: individual contact, segregation visit, treatment plan, scheduled sick call, unscheduled sick call, suicide watch. |
| • Also, verify that those contacts were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the ~~HS~~ Contracted Vendor. |

**Health Care Performance Measure No. 95**
**Stipulation Category: Mental Health (23)**

**CGAR Category: Mental Health (C) 23**

---

**Performance Measure:**

Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.

---

**CGAR Question:**

Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?   Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch?

---

**Source of Records/Review:**

Suicide Watch Log

---

**Methodology:**

- The ~~HS~~ Contracted Vendor will develop and provide to HSCMB MH staff a Watch Log of all inmates discontinued off watch.  The log will be randomized using across for all inmates who had a watch follow up due during the audit month.  A minimum of ten inmate (if available) per complex will be reviewed, except ASPC Eyman which will review twenty inmates .

- Review eOMIS under the Mental Health tab for the required watch follow-up note(s).

- Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the audit month.  A watch follow-up note may

Draft Revised: ~~0304~~/~~29~~11/16

MONITOR GUIDE

be found in a variety of locations in eOMIS, including the following locations: individual contact, segregation visit, treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation.

- Also, verify that the clinician, who discontinued the watch, was a licensed clinician.   A monthly list of licensed mental health clinicians will be provided by the ~~HS~~ Contracted Vendor.

**MONITOR GUIDE**

**Health Care Performance Measure No. 96**
**Stipulation Category: Mental Health (24)**

**CGAR Category: Mental Health (C) 24**

| |
|---|
| **Performance Measure:** |
| A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above. |
| **CGAR Question:** |
| Are reentry/discharge plans established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above? |
| **Source of Records/Review:** |
| AIMS Report at each Complex |
| **Methodology:** |
| • The AIMS report will be run for those inmates releasing in the next thirty days. Ten records (if available) per yard will be reviewed. <br><br> • Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be marked compliant if it was done thirty days or more before the inmate's release date. <br><br> • If the inmate was incarcerated less than thirty days, then the chart will be determined to be not applicable (N/A). |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

**CGAR Category: Mental Health (C) 25**

| Performance Measure: |
|---|
| A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. |

| CGAR Question: |
|---|
| Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? |

| Source of Records/Review: |
|---|
| Telepsychiatry Logs |

| Methodology: |
|---|
| • The ~~Contracted V~~vendor will supply the Telepsychiatry Log for the audit month to the HSCMB MH staff. The log will be randomized by yard using Macros for all inmates who were seen on the Telepsychiary Line. Ten records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.<br><br>• Review eOMIS under the Mental Health menu for any non-clinical contact note that contains the required documents needing to be scanned in and indicates where the rest of the documents can be located. Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review.<br><br>• If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as not applicable (N/A). This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider. |

Draft Revised: ~~0304~~/~~29~~11/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 98**
**Stipulation Category: Mental Health (26)**

**CGAR Category: Mental Health (C) 26**

| |
|---|
| **Performance Measure:** |
| Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. |
| **CGAR Question:** |
| Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)? |
| **Source of Records/Review:** |
| HNR Log |
| **Methodology:** |
| • The ~~HS~~ Contracted Vendor will provide an HNR Log for each complex. The log will be randomized using Macros for all inmates who sent in a routine mental health HNR during the audit month.  Ten records (if available) from each yard will be reviewed for compliance with this performance measure. |
| • Review eOMIS for the HNR and determine if the inmate was seen or responded to with a specific plan within five business days of the date nursing triaged the HNR.  Review any response notes on the Mental Health HNRs in Scanned Documents.  If there are no notes on the HNR, then review Mental Health encounters in the Mental Health tab, to determine if the inmate was seen within five business days of the HNR triage date.  These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact, segregation visit, treatment plan, scheduled sick call, unscheduled sick call, or suicide watch. |

Draft Revised: ~~0304~~/~~2911~~/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 99**
**Stipulation Category: Mental Health (27)**

**CGAR Category: Mental Health (C) 27**

| |
|---|
| **Performance Measure:** |
| Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |
| **CGAR Question:** |
| Are peer reviews being conducted as set forth in the current MHTM? |
| **Source of Records/Review:** |
| Peer Review Report |
| **Methodology:** |
| • The Contracted Vvendor will provide a peer review report on all required peer reviews for the Psychiatrists, Psychiatric Nurse Practitioners, and Psychologists to the HSCMB MH staff. |
| • All peer reviews for Mental Health that are due in the audit month are reviewed to determine if they were completed in the audit month. |

**129**

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 100**
**Stipulation Category: Dental (01)**

**CGAR Category: Dental (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. |
| **CGAR Question:**<br><br>Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs? |
| **Source of Records/Review:**<br><br>Appointment Lists; Correctional Dental Software (CDS); eOMIS/ Medical Record. |
| **Methodology:**<br><br>• Review CDS to locate inmates on the routine care list who were seen for urgent care or pain appointments in the audited month to determine whether these inmates are still on the routine care list.<br><br>• Randomly select ten inmate names/numbers.<br><br>• Review eOMIS, under Dental Services, for a corresponding dental note. |

**130**

**MONITOR GUIDE**

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

<u>CGAR Category: Dental (C) 02</u>

| |
|---|
| **Performance Measure:**<br><br>Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |
| **CGAR Question:**<br><br>Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |
| **Source of Records/Review:**<br><br>Appointment Lists; CDS; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Appointment Lists for the audited month and randomly select ten inmate names/numbers.<br><br>• Review the "Objective" section of the note to see if the Dentist ordered vital signs per the Dental Tech Manual and radiographs and determine if these were completed for the encounter.<br><br>• Review eOMIS, under Dental Services, for a corresponding dental note. |

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

<u>CGAR Category: Dental (C) 03</u>

| |
|---|
| **Performance Measure:**<br><br>Routine dental care wait times will be no more than 90 days from the date the HNR was received. |
| **CGAR Question:**<br><br>Are routine dental care wait times no more than 90 days from the date the HNR was received? |
| **Source of Records/Review:**<br><br>Appointment Lists; CDS; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Appointment Lists for the audited month and randomly select ten inmate names/numbers.<br><br>• For each chart, review CDS to determine whether the inmate was seen within ninety days for a routine care appointment.<br><br>• Review eOMIS, under Dental Services, for a corresponding dental note. |

Draft Revised: 03~~04~~/29~~11~~/16

**M O N I T O R   G U I D E**

**Health Care Performance Measure No. 103**
**Stipulation Category: Dental (04)**

**CGAR Category: Dental(C) 04**

---

**Performance Measure:**

Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received.

---

**CGAR Question:**

Are urgent dental care wait times, as determined by the contracted vendor, no more than 72 hours from the date the HNR was received by dental?

---

**Source of Records/Review:**

Appointment Lists, CDS, eOMIS/Medical Record.

---

**Methodology:**

- Review the Appointment Lists from the audited month and randomly select ten inmate names/numbers.

- For each chart, review CDS to determine whether the inmate was seen within seventy-two hours for urgent care.

- Review eOMIS, under Dental Services, for a corresponding dental note.

---

Draft Revised: 0304/2911/16

**Max Custody Performance Measure No. 01**
**Stipulation Category: Max Custody (01)**

**CGAR Category:   Max Custody**

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered a minimum of 7.5 hours out-of-cell time per week.   Those at Step II are offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III are offered a minimum of 9.5 hours out-of-cell time per week.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman- Browning, Eyman- SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered a minimum of 7.5 hours out-of-cell time per week? Are those at Step II offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III offered a minimum of 9.5 hours out-of-cell time per week?

---

**Source of Records/Review:**

Max Custody Monthly Activity Schedule; Max Custody Daily Out of Cell Time Tracking Form: The count sheets for the unit are used to determine the pool. The total number of inmates eligible for DI 326 is then divided by ten, and every *nth* inmate is reviewed.   The Max Custody Daily Out of Cell Time Tracking Form for the specific auditing week is reviewed for each of the ten inmates.

---

**Methodology:**

- At each designated location, Max Custody Monthly Activity Schedule Calendars are selected for each monitored month.

- At each designated location, Max Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates.

- Based on the step level for each inmate, it is determine how much out of cell time they were afforded during the auditing week.

---

Draft Revised: 0304/2911/16

**MONITOR GUIDE**

**Max Custody Performance Measure No. 02**
**Stipulation Category: Max Custody (02)**

**CGAR Category:  Max Custody**

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered at least one hour of out-of-cell group programming a week at Step II and Step III.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered at least one hour of out-of-cell group programming a week at Step II and Step III?

---

**Source of Records/Review:**

Max Custody Monthly Activity Schedule; Max Custody Daily Out of Cell Time Tracking Form; Program Attendance/Sign-In Sheets (containing prisoner signature): Those inmates reviewed in MC PM #1 who are Step II or Step III, are also reviewed for this performance measure.  The Max Custody Daily Out of Cell Time Tracking Form for the specific auditing week is reviewed.

---

**Methodology:**

- At each designated location, Max Custody Monthly Activity Schedule Calendars are selected for each monitored month.

- At each designated location, Max Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates.

- At each designated location, DI 326 Programming Attendance/Sign-In Sheets for Step II and III are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates.

---

**135**

MONITOR GUIDE

- The Max Custody Daily Out of Cell Time Tracking Form is reviewed to determine if the Step II and Step III were afforded one hour of group programming during the auditing week.



Draft Revised: 03~~04~~/29~~11~~/16

**MONITOR GUIDE**

**Max Custody Performance Measure No. 03**
**Stipulation Category: Max Custody (03)**

**CGAR Category:  Max Custody**

| |
|---|
| **Performance Measure:** |
| All out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled is properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶26 of the Stipulation. |

| |
|---|
| **CGAR Question:** |
| Is all out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled is properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶26 of the Stipulation? |

| |
|---|
| **Source of Records/Review:** |
| Max Custody Daily Out of Cell Time Tracking Form:  Any IRs generated during the auditing week pertaining to the cancellation or limiting of out-of-cell time are reviewed and if there are more than ten inmates, then the total is divided by ten and every *nth* inmate is reviewed. |
| Warden Certification of individual security risk necessitating limitation or cancellation where applicable to randomly selected prisoner. |

| |
|---|
| **Methodology:** |
| • At each designated location, Max Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates. |
| • If there are any cancellations / limitations on out-of-cell time, it is first determined if it was for a proper reason as identified in the Stipulation. Legitimate operational or safety and security reasons, include: an unexpected staffing shortage, inclement weather or facility emergency lockdown. |
| • Next it is determined if reasonable steps were taken to make the out-of-cell time up. Warden Certification of individual security risk necessitating limitation or cancellation where applicable to randomly selected inmate. |

Draft Revised: ~~03~~04/~~29~~11/16

**MONITOR GUIDE**

**Max Custody Performance Measure No. 04**
**Stipulation Category: Max Custody (04)**

**CGAR Category:  Max Custody**

| **Performance Measure:** |
|---|
| All maximum custody prisoners receive meals with the same caloric and nutritional content as meals served to other ADC prisoners. |
| **CGAR Question:** |
| Are all maximum custody prisoners receiving meals with the same caloric and nutritional content as meals served to other ADC prisoners? |
| **Source of Records/Review:** |
| Max Custody Monthly Prisoner Meal Food Services Menu. |
| **Methodology:** |
| • At each designated location, Monthly Max Custody Prisoner Food Services Menus are selected for each monitored month. <br><br> • The contracted Food Vendor provides a memo certifying whether or not the inmates in maximum custody settings are receiving similar meals to those in lower custody areas. <br><br> • The memo produced by the contracted Food Vendor is uploaded into the CGAR. |

Draft Revised: 0304/2911/16

**Max Custody Performance Measure No. 05**
**Stipulation Category: Max Custody (05)**

**CGAR Category:  Max Custody**

| |
|---|
| **Performance Measure:** |
| All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max are offered a minimum of 6 hours of out-of-cell exercise time a week. |

| |
|---|
| **CGAR Question:** |
| Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max offered a minimum of 6 hours of out-of-cell exercise time a week? |

| |
|---|
| **Source of Records/Review:** |
| Max Custody Daily Out of Cell Time Tracking Form: Those inmates reviewed in MC PM #1, are also reviewed for this performance measure.  The Max Custody Daily Out of Cell Time Tracking Form for the specific auditing week is reviewed. |

| |
|---|
| **Methodology:** |
| • Those inmates reviewed for MC PM #1 are also reviewed for this performance measure. <br><br> • At each designated location, Max Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates. <br><br> • The Max Custody Daily Out of Cell Time Tracking Form is reviewed to determine if each of the inmates were afforded a minimum of six hours of out-of-cell exercise during the auditing week. |

**139**

**Max Custody Performance Measure No. 06**
**Stipulation Category: Max Custody (06)**

**CGAR Category:  Max Custody**

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy?

---

**Source of Records/Review:**

Max Custody Monthly Activity Schedule; Max Custody Daily Out of Cell Time Tracking Form; Program Attendance/Sign-In Sheets (containing prisoner signature); Prisoner Property Files.

Those inmates reviewed in MC PM #1  are also reviewed for this performance measure.

---

**Methodology:**

- At each designated location, Max Custody Monthly Activity Schedule Calendars are selected for each monitored month. At each designated location, Max Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates.

- At each designated location, DI 326 Programming Attendance/Sign-In Sheets are reviewed for one randomly selected week for each monitored month, for ten randomly selected inmates.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

- At each designated location, a minimum of ten Prisoner Property Files are randomly selected and reviewed to identify access to allowable property consistent with Step Level under DI 326 for each monitored month.

- The Max Custody Daily Out of Cell Time Tracking Form is reviewed to determine if each of the inmates were afforded the minimum number of out-of-cell time, and required programming.

- Additionally, the property records are reviewed to determine whether they are in compliance with allowable property based on their Step Level.

Draft Revised: 0304/2911/16

**M O N I T O R   G U I D E**

**Max Custody Performance Measure No. 07**
**Stipulation Category: Max Custody (07)**

**CGAR Category:  Max Custody**

| |
|---|
| **Performance Measure:** |
| No prisoners with a mental health classification of MH3 or higher are housed in Florence Central-CB-5 or CB-7 unless the cell fronts are substantially modified to increase visibility. |
| **CGAR Question:** |
| Are there any prisoners with a mental health classification of MH3 or higher housed in Florence Central-CB-5 or CB-7 without a cell front that has been substantially modified to increase visibility? |
| **Source of Records/Review:** |
| Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher:  The Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher is reviewed for one randomly selected day of each monitored month. |
| **Methodology:**<br><br>• All inmates who are classified as MH-3 (or above) in CB5 and CB7 are reviewed to determine whether they are in cells with a modified cell front. |

Draft Revised: 0304/2911/16

**Max Custody Performance Measure No. 08**
**Stipulation Category: Max Custody (08)**

**CGAR Category:  Max Custody**

| |
|---|
| **Performance Measure:** |

In addition to the general privileges and incentives afforded to prisoners under DI 326, all SMI prisoners in maximum custody receive:

·       10 hours of unstructured out-of-cell time per week
·       1 hour of additional out-of-cell mental health programming per week
·       1 hour of additional out-of-cell psycho-educational programming per week
·       1 hour of additional out-of-cell programming per week

**CGAR Question:**

In addition to the general privileges and incentives afforded to prisoners under DI 326, are all SMI prisoners in maximum custody, receiving:

·       10 hours of unstructured out-of-cell time per week
·       1 hour of additional out-of-cell mental health programming per week
·       1 hour of additional out-of-cell psycho-educational programming per week
·       1 hour of additional out-of-cell programming per week

**Source of Records/Review:**

Maximum Custody Monthly Activity Schedule; Maximum Custody Daily Out of Cell Time Tracking Form; DI 326 Program; Attendance/Sign-in Sheets (containing prisoner signature); Mental Health Program Attendance/Sign-In Sheets (containing prisoner signature).

The count sheets for the unit are used to determine the pool.  The total number of inmates classified as SMI is then divided by ten, and every *nth* inmate is reviewed.

Maximum Custody Daily Out of Cell Time Tracking Form for the auditing week is reviewed for the same ten inmates

**Methodology:**
•       At each maximum custody unit where SMI inmates are housed, Maximum Custody Monthly (Program) Activity Schedule Calendars are selected for each monitored month.

- At each maximum custody unit where SMI inmates are housed, Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed for one randomly selected week of each monitored month, for ten randomly selected inmates.

- At each maximum custody unit where SMI inmates are housed, DI 326 Programming Attendance/Sign-in Sheets are reviewed for one randomly selected week of each monitored month, for ten randomly selected inmates.

- At each maximum custody unit where SMI inmates are housed, Mental Health Programming Attendance/Sign-in Sheets are reviewed for one randomly selected week of each monitored month, for ten randomly selected inmates.

- For each of the selected inmate, the Step Level is recorded, and it is determined if the basic requirements of DI 326 are met.

  - Determine whether they were afforded ten hours of unstructured out-of-cell time during the auditing week.

  - Determine whether they were afforded one hour of mental health group programming during the auditing week.

  - Determine whether they were afforded one hour of psychiatric educational programming during the auditing week.

  - Determine whether they were afforded one hour of additional out-of-cell programming during the auditing week.

Draft Revised: 0304/2911/16

MONITOR GUIDE

**Max Custody Performance Measure No. 09**
**Stipulation Category: Max Custody (09)**

<u>**CGAR Category:  Max Custody**</u>

| **Performance Measure:** |
|---|
| All use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB1 and CB4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation. |
| **CGAR Question:** |
| Do all use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation? |
| **Source of Records/Review:** |
| SIR Packet; Use of Force Review Packet (if applicable); incident video (if applicable). |
| Review the above listed records for maximum custody prisoners classified as SMI at the following housing areas:  Forence-CB1 and CB4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2). |
| **Methodology:** |
| • At each designated location, all Use of Force, SIRs, and Use of Force Review Packets (if applicable) that occurred during the reporting period for the inmates specified in the performance measure are reviewed for compliance with the procedures for use of force set forth in Stipulation ¶ 27 (a)-(e). |
|     • Chemical agents shall be used only in case of imminent threat. An imminent threat is any situation or circumstance that jeopardizes the safety of persons or compromises the security of |

**145**

the institution, requiring immediate action to stop the threat. Some examples include, but are not limited to: an attempt to escape, on-going physical harm or active physical resistance. A decision to use chemical agents shall be based on follow orders. If the inmate has not responded to staff for an extended period of time, and it appears that the inmate does not present an imminent physical threat, additional consideration and evaluation should occur before the use of chemical agents is authorized.

- All controlled uses of force shall be preceded by a cool down period to allow the inmate an opportunity to comply with custody staff orders. The cool down period shall include clinical intervention (attempts to verbally counsel and persuade the inmate to voluntarily exit the area) by a mental health clinician, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m. At all other times, a QHCP (other than a LPN) shall provide such clinical intervention. This cool down period may include similar attempts by custody staff.

- If it is determined the inmate does not have the ability to understand orders, chemical agents shall not be used without authorization from the Warden, or if the Warden is unavailable, the administrative duty officer.

- If it is determined an inmate has the ability to understand orders but has difficulty complying due to mental health issues, or when a mental health clinician believes the inmate's mental health issues are such that the controlled use of force could lead to a substantial risk of decompensation, a mental health clinician shall propose reasonable strategies to employ in an effort to gain compliance, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m. At all other times, a QHCP (other than a LPN) shall propose such reasonable strategies.

- The cool down period may also include use of other available resources/options such as dialogue via religious leaders, correctional counselors, correctional officers and other custody and non-custody staff that have established rapport with the inmate.

MONITOR GUIDE

# Appendix A: Definitions

Stipulation terms and their definitions.  (Dkt. 1185, Exhibit A.)

| TERM | DEFINITION |
|------|------------|
| Active labor & delivery | Contractions lasting 45-60 seconds and being 3 to 4 minutes apart |
| ASPC | Arizona State Prison Complex. ASPC- Safford includes Ft. Grant. ASPC-Florence includes Globe. ASPC-Winslow includes Apache. |
| ATP | Alternate Treatment Plan |
| Chronic Disease | Chronic diseases include the following:<br>• diabetes<br>• HIV/AIDs<br>• cancer<br>• hypertension<br>• Respiratory disease (for example, COPD / asthma / cystic fibrosis)<br>• Seizure Disorder<br>• heart disease<br>• sickle cell disease<br>• Hepatitis C<br>• Tuberculosis<br>• Neurological disorders (Parkinson's, multiple sclerosis, myasthenia gravis, etc.)<br>• Cocci (Valley Fever)<br>• End-Stage Liver Disease<br>• Hyperlipidemia<br>• Renal Diseases<br>• Blood Diseases (including those on anticoagulants (or long term >six months))<br>• Rheumatological Diseases (including lupus, rheumatoid arthritis)<br>• Hyperthyroidism<br>• Crohn's Disease |
| Contracted Vendor | For purposes of this agreement, contracted vendor refers directly to Corizon Health and its subcontractors, or any successor contractor/subcontractor. |
| CQI | Continuous Quality Improvement |

Draft Revised: 0304/2911/16

MONITOR GUIDE

| TERM | DEFINITION |
|---|---|
| Diagnostic Service | Lab draws and specimen collections, X-rays, vision testing, and hearing testing |
| DOT | Direct-observation therapy (watch-swallow) (medications) |
| Effective date of the Stipulation | The date on which the Court grants final approval to the Stipulation. |
| Encounter | Interaction between a patient and a qualified healthcare provider that involves a treatment and/or exchange of confidential information. |
| Healthcare staff | Includes QHCPs as well as administrative and support staff (e.g. health record administrators, lab techs, nursing and medical assistants and clerical workers). |
| HNR | Health Needs Request |
| HSCMB | ADC's Health Services Compliance Monitoring Bureau |
| IPC | Inpatient Component / Infirmary beds |
| IR | Information Report |
| KOP | Keep-on-person (medications) |
| Licensed | Healthcare staff who hold an active and unrestricted license in the State of Arizona in the relevant professional discipline. |
| MAR | Medication Administration Record |
| Medical Provider | Physician, Dentist, Nurse Practitioner, Physician's Assistant-C.  Any health care practitioner who has been duly empowered by the State of Arizona to write prescriptions. |
| Mental Health Clinician | Psychologist, Psychology Associate |
| Mental Health Provider | Psychiatrist, Psychiatry Nurse Practitioner |
| Mental Health Staff | Includes QHCP's who have received instruction and supervision in identifying and interacting with individuals in need of mental health services. |
| MH-1 (Mental Health 1) | Inmates who have no history of mental health issue or treatment. |
| MH-2 (Mental Health 2) | Inmates who do not currently have mental health needs and are not currently in treatment but have had treatment in the past. |
| MH-3 (Mental Health 3) | Inmates with Mental Health needs, who require current outpatient treatment. Inmates meeting this criterion will be divided into four (4) categories. These categories may change during each interaction with the inmate as their condition warrants. |

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Draft Revised: 0304/2911/16

MONITOR GUIDE

| TERM | DEFINITION |
|------|------------|
| MH-3A<br>(Mental Health 3A) | Inmates in acute distress who may require substantial intervention in order to remain stable. Inmates classified as SMI in ADC and/or the community will remain a Category MH-3A (or MH-4 or MH-5 if in specialized mental health program). |
| MH-3B<br>(Mental Health 3B) | Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. |
| MH-3C<br>(Mental Health 3C) | Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. These inmates participate in psychiatric interventions only. |
| MH-3D<br>(Mental Health 3D) | Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. |
| MH-4<br>(Mental Health 4) | Inmates who are admitted to a specialized mental health program as identified in the Mental Health Technical Manual outside of inpatient treatment areas. |
| MH-5<br>(Mental Health 5) | Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and Flamenco). |
| Prenatal screening tests | GA/Preg, RPR, HIV, HEP, B & C, CBC, CMP (standardized lab panel), Urine, Rubella, ABO RH & Antibody |
| Psychology Associate | A mental health clinician who has a master's or doctoral-level degree in a mental health discipline, but is not a licensed psychologist. |
| Qualified Health Care Professional (QHCP) | Physicians, Physician Assistants, Dentists, nurses, nurse practitioners, dentists, mental health professionals, and others, who by virtue of their education, credentials/license, and experience are permitted by law to evaluate and care for patients. |
| Regular Business Hours | Monday through Friday, 0800 am -1600 pm or similar 8-hour time frame; excluding weekends and holidays. |
| "Seeing a provider"/<br>seen/ "seen by" | Interaction between a patient and a Medical Provider, Mental Health Provider or Mental Health Clinician that involves a treatment and/or exchange of information in a confidential setting. With respect to Mental Health staff, means an encounter that takes place in a confidential setting outside the prisoner's cell, unless the prisoner refuses to exit his or her cell for the encounter |

**149**

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

MONITOR GUIDE

| TERM | DEFINITION |
|------|-----------|
| SMI | According to a licensed mental health clinician or provider, possessing a qualifying mental health diagnosis as indicated on the SMI Determination Form (#1103.13) as well as a severe functional impairment directly relating to the mental illness. All inmates determined to be SMI in the community shall also be designated as SMI in ADC. All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will be designated a MH-3A, MH-4, or MH-5 based on their current program placement. |
| SNO | Special Needs Order |
| Specialized Medical Housing | Infirmary beds (IPC) |

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**150**

MONITOR GUIDE

# Appendix B: DSM-5 Classifications

Schizophrenia Spectrum and Other Psychotic Disorders (87)

Bipolar and Related Disorders (123)

Depressive Disorders (155)

Formatted: Body Text

# EXHIBIT 18

# FILED UNDER SEAL

# EXHIBIT 19

# FILED UNDER SEAL

# EXHIBIT 20

# FILED UNDER SEAL