**Index of Exhibits to Declaration of Pablo Stewart**

Exhibit 1:   Medical record of Armando Aguilar, ADC #77204 **[FILED UNDER SEAL]**

Exhibit 2:   ADC notice of death

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

State Agencies    State Services          Search az.gov  



Search ADC

Select Language ▼
Powered by Google Translate

# Inmate Death Notification - Aguilar

Wednesday, March 9, 2016



**ARIZONA DEPARTMENT OF CORRECTIONS**

1601 W. JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133

www.azcorrections.gov (http://www.azcorrections.gov/)



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

For more information contact:
Andrew Wilder
awilder@azcorrections.gov (mailto:awilder@azcorrection
Bill Lamoreaux
blamorea@azcorrections.gov (mailto:blamorea@azcorrec

**NEWS RELEASE**

**For Immediate Release**

Wednesday, March 09, 2016

## Inmate Death Notification

**TUCSON** – Inmate Armando I. Aguilar, 61, ADC #077204, died today from an apparent suicide after medical responders attempted life saving measures.

Aguilar was sentenced to 27 years for kidnapping and attempted sexual assault (both convictions were for dangerous crimes against children, pursuant to Arizona Revised Statutes).

He recently returned to ADC custody for a parole violation and was housed at ASPC-Tucson.

All inmate deaths are investigated in consultation with the county medical examiner's office.

###

© 2016 Copyright Arizona Department of Corrections

Contact Us | Sign In | Privacy Policy | Web Page Disclaimer