UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS ASSOCIATED WITH MOTION TO ENFORCE** |

This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with Motion to Enforce Stipulation, and finding good cause, hereby **GRANTS** Plaintiffs Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to Seal (Exhibits 2, 4-5, 7, and 18-20 to the Declaration of Corene Kendrick and Exhibit 1 to the Declaration of Pablo Stewart, M.D.)