Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,
Joshua Polson, and Charlotte Wells, on behalf of themselves and all
others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **JOINT NOTICE OF DEADLINES REGARDING DEFENDANTS' REMEDIAL PLAN** |

1   Pursuant to the Court's direction at the June 24, 2016 status conference (the "Status

2   Conference") and the resulting Minute Entry [Doc. 1619], the Parties hereby propose and

3   give notice of the following agreed upon deadlines.   Defendants propose their report

4   detailing their progress on implementing the Remedial Plan [Doc. 1608], approved by the

5   Court (with the exception of Performance Measure 85) at the Status Conference, be due

6   August 22, 2016.   Plaintiffs propose their response to this report be due September 2,

7   2016.   The Court will hold a hearing on these filings and Defendants' progress on

8   September 8, 2016 at 9:00 a.m.

9   Dated this 12th day of July, 2016.

10   **EIDENBACH LAW, P.C.**                    **STRUCK, WIENEKE, & LOVE, P.L.C.**

12   By:   s/ Kirstin T. Eidenbach            By:   s/ Ashlee B. Fletcher
     Kirstin T. Eidenbach (Bar No. 027341)          (with permission)
     P. O. Box 91398                          Daniel P. Struck (Bar No. 012377)
13   Tucson, Arizona 85752                     Kathleen L. Wieneke (Bar No.
     Telephone:  (520) 477-1475               011139)
14   Email:   kirstin@eidenbachlaw.com         Rachel Love (Bar No. 019881)
                                              Timothy J. Bojanowski (Bar No.
15                                            22126)
                                              Nicholas D. Acedo (Bar No. 021644)
16                                            Ashlee B. Fletcher (Bar No. 028874)
                                              Anne M. Orcutt (Bar No. 029387)
17                                            Jacob B. Lee (Bar No. 030371)
                                              3100 West Ray Road, Suite 300
18                                            Chandler, Arizona 85226
                                              Telephone:  (480) 420-1600
19                                             Email:   dstruck@swlfirm.com
20                                                      kwieneke@swlfirm.com
                                                       rlove@swlfirm.com
21                                                      tbojanowski@swlfirm.com
                                                       nacedo@swlfirm.com
22                                                      afletcher@swlfirm.com
                                                       aorcutt@swlfirm.com
23                                                      jlee@swlfirm.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Arizona Attorney General
Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:  (602) 542-4951
Email:    Michael.Gottfried@azag.gov
          Lucy.Rand@azag.gov

*Attorneys for Defendants*

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
              jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
              aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

**ARIZONA CENTER FOR DISABILITY LAW**

2

3

By:   s/ Maya Abela
      Sarah Kader (Bar No. 027147)

4
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202

5
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287

6
      Email:   skader@azdisabilitylaw.org
                 adietrich@azdisabilitylaw.org

7

8
      Rose A. Daly-Rooney (Bar No. 015690)

9
      J.J. Rico (Bar No. 021292)
      Jessica Jansepar Ross (Bar No. 030553)
      Maya Abela (Bar No. 027232)

10
      **ARIZONA CENTER FOR DISABILITY LAW**

11
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701

12
      Telephone:  (520) 327-9547
      Email:

13
         rdalyrooney@azdisabilitylaw.org
              jrico@azdisabilitylaw.org

14
              jross@azdisabilitylaw.org
              mabela@azdisabilitylaw.org

15

16
*Attorneys for Arizona Center for Disability Law*

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 12, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL131907616.1

-5-