IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>    Plaintiffs,<br>v.<br>Charles L Ryan, et al.,<br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Motion to Enforce Stipulation (Doc. 1628), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal (Doc. 1628) and directs the Clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 2, 4-5, 7, and 18-20 to the Declaration of Corene Kendrick (Doc. 1629) and Exhibit 1 to the Declaration of Pablo Stewart, M.D. (Doc. 1630)).

Dated this 13th day of July, 2016.

_____
David K. Duncan
United States Magistrate Judge