Loretta Ann Greer Abde #155669
ASPC Perryville / Lumley A 42-05
P.O. Box 3300 Goodyear, AZ 85395

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

FILED __ LODGED
__ RECEIVED __ COPY

JUL 14 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| VICTOR ANTONIO PARSONS Et, Al. Plaintiffs, | CASE 2:12-CV-00601-NVW--MEA |
| V. | Notice Regarding Weather Or Not June 13, 2016 Order Is Genuine/Ryan et,al. Indicating They Have Access To Clerk Stamp," Petition For Court To State, And Order, |
| Defendants, CHARLES L. RYAN Et, Al. | ACLU To Visit Declaration, Memo, Exhibits: |

Petitioner Loretta Ann respectfully file this, notice regarding weather or not the June 13th 2016 Order is genuine/ Ryan et,al. indicating they have access to this Court Clerk Conform Copic tool which is used to stamp documents. And petition Court to state why pleadings are not related to this case, were other pleadings recived, order ACLU to visit, combined with declaration, Memo, Exhibits attached, Requesting Court to grant petition For the following reasons. Loretta Ann Greer recived an order dated 13th day of June, 2016 Exhibit #1 stating in part No. CV-12-0601"PHX"-DKD, see exhibit #2 it is pg 35, 36, OF Class action Complaint Filed by ACLU For Parsons et,al showing No 2:12-CV-00601-"NVW"--MEA and the date 3/22/12. It is unclear why the letters "NVW" MEA" is not behind the case # on thee June 13 16 Court Order. I have been told by Ryan et,al in part, that they are Falsifying documents and have evidence they did in the past, so its not Clear weather or not the Order is genuine. I Know From experience all things Filed Must have the Same CV# Plus letters. Exhibit 1,2, show the letter's are different, see also exhibit #1 it's a declaration in support of Ryan et,al. being in Contempt, etc pg 1 of 2, lines 21-32 demonstrat the petition is within the scope of this Matter, it is Comformed, dated May, six, 2016. However the court order at lines 22-23 indicate Court recived Motions with issues outside scope of this Matter. Other Pleadings Were Turned in, no Comform Copies of thoes were deliverd. A Visit From ACLU will Clear all this up along with

A statement from Judge Duncan stating why he is unable to take action in regard to the issue of Contemp in exhibit # three. A statment from the Judge as to how he came to the Concluesion that the petitions Filed are not related to this case. For Clerk of Court to state weather or not My pleadings were recived, after May 23 2016. Declaration. I make this declaration in good faith. I've wrote then read my facts, they are true, I've attached all exhibits listed, if they are not here supporting My Facts then crooked ADOC officials have with Malice intent removed them. I am compentent, old enough to Make Oath's of truth. ADOC Crooked workers have indicated they have access to the Court Clerk Seal. that is used to conform copies. I have evidence they are falsifying documents, despert, trying to avoid being brought to Justice, plus proof, witnesses, my polygraphtest will support this facts in part or whole. The Court should grant relief, take any other action deemed proper — Memo of Law — See Donnelly Constr. Co V. Oberg / Hunt / Gilleland 139 Ariz 184, 186, 677, p2d 12-92, 1292 (1984) And Tripati V. State, Arizona. Dept of Corrections 199 Ariz 222 226 ¶ 1216 p.3d 787 (App 2000) And U.S. V. Redondolemos, 27 F 3d 439, 444 9th Cir 1994. I declare under penalty of perjury the foregoing true and correct. 6-17-16 Respectfolly Submitted by Loretta Ann Olsen Aprox 6-20-16 (Notice regarding weather or not June order genuine)

Page 2 of 3 plus 4

Certificate of Mailing

I hereby Certifie that On June 16th 2016 aprox I requested Clerk to pick up this so parlegal can authorize Copies, She has three days to approve them. And if She did On aprox June, 20th 2016 I turned in Orignals plus Copies for Clerk, Judge, Attorny General, AcLu. pursavant to Mail box rules. Loretta Elnor

6-17-16

3 OF 3. PLUS. 4

Case 2:12-cv-00601-ROS Document 1635 Filed 06/13/2016 Page 1 of 1

EXHIBIT # 1 OF 3 pg 1. OF 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

Loretta Ann Greer has filed two motions requesting the Court order various parties to perform various tasks. (Docs. 1566 and 1584) These motions are supported by declarations, notices, subpoenas, and supporting memoranda. (Docs. 1567-1573, 1585-1589, 1592-1603) Another class member, Michael Cohn, filed a Motion for Criminal Investigation. (Doc. 1590).

As class members, Greer and Cohn are represented in this matter by class counsel and so the Court will not consider their motions. The Court notes that it appears both of their motions are outside the scope of this matter and would be best handled through separate lawsuits.

**IT IS THEREFORE ORDERED** denying class members' motions (Docs. 1566, 1584, 1590).

Dated this 13th day of June, 2016.

David K. Duncan
United States Magistrate Judge

EXHIBIT #0f3pg 2 OF 3

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Bcc: Message-Id:<15006797@azd.uscourts.gov>Subject:Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Order on Motion for Miscellaneous Relief Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**
The following transaction was entered on 6/13/2016 at 12:36 PM MST and filed on 6/13/2016

**Case Name:**         Parsons et al v. Ryan et al

**Case Number:**       2:12-cv-00601-DKD

**Filer:**

**WARNING: CASE CLOSED on 02/25/2015**

**Document Number:**   1607

**Docket Text:**
ORDER denying class members' motions (Docs. [1566], [1584], [1590]). Signed by Magistrate Judge David K Duncan on 6/13/16. (EJA)

**2:12-cv-00601-DKD Notice has been electronically mailed to:**
Daniel Clayton Barr     DBarr@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com
Kathleen L Wieneke     kwieneke@swlfirm.com, kpenny@swlfirm.com, lpiasecki@swlfirm.com
Michael Evan Gottfried     michael.gottfried@azag.gov, colleen.jordan@azag.gov, geneva.johnson-joksch@azag.gov, jeannette.miller@azag.gov, lucy.rand@azag.gov
Daniel Patrick Struck     DStruck@swlfirm.com, MGiardina@swlfirm.com, MMahler@swlfirm.com
David Cyrus Fathi     dfathi@aclu.org, cregnier@aclu.org, jonka@aclu.org
Rose Ann Daly-Rooney     rdalyrooney@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org, mmontenegro@azdisabilitylaw.org
Daniel Joseph Pochoda     dpochoda@acluaz.org, danpoc@cox.net, gtorres@acluaz.org
Rachel Love     RLove@swlfirm.com, ARowley@swlfirm.com, MRosenberg@swlfirm.com
Jose de Jesus Rico     jrico@azdisabilitylaw.org, cgoyette@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org
Timothy James Bojanowski     tbojanowski@swlfirm.com, abartles@swlfirm.com,

EXHIBIT #1 OF 3 pg 3.0F.3

epercevecz@swlfirm.com
Nicholas Daniel Acedo    NAcedo@swlfirm.com, swolford@swlfirm.com
Amelia Morrow Gerlicher    agerlicher@perkinscoie.com, docketPHX@perkinscoie.com, kleach@perkinscoie.com
Kirstin T Eidenbach    kirstin@eidenbachlaw.com, dfreouf@perkinscoie.com
John Howard Gray    jhgray@perkinscoie.com, docketPHX@perkinscoie.com, slawson@perkinscoie.com
Sarah Eve Kader    skader@azdisabilitylaw.org, rstarling@azdisabilitylaw.org, tdedrick@azdisabilitylaw.org
Asim Dietrich    adietrich@azdisabilitylaw.org, jdunham@azdisabilitylaw.org
Christian Watson Hancock    chancock@babc.com, mpalmer@babc.com
Ashlee B Fletcher    afletcher@swlfirm.com, abender@swlfirm.com
James Duff Lyall    jlyall@acluaz.org, gtorres@acluaz.org
Donald Specter    dspecter@prisonlaw.com
Sara Norman    snorman@prisonlaw.com
Corene T Kendrick    ckendrick@prisonlaw.com, akirby@prisonlaw.com
Caroline N Mitchell    cnmitchell@jonesday.com, lwong@jonesday.com, mlandsborough@jonesday.com, powens@jonesday.com
Alison Hardy    ahardy@prisonlaw.com
Amy B Fettig (Terminated)    afettig@aclu.org
Anne Marie Orcutt    aorcutt@swlfirm.com, abender@swlfirm.com
John Laurens Wilkes    jlwilkes@jonesday.com, dkkerr@jonesday.com
Jennifer K Messina (Terminated)    jkmessina@jonesday.com
Lucy Marie Rand    Lucy.Rand@azag.gov, Barbara.Ratter@azag.gov, Lupe.Munoz@azag.gov, Susan.OQuinn@azag.gov
Jacob Brady Lee    JLee@swlfirm.com, ARowley@swlfirm.com
Amir Q Amiri    aamiri@jonesday.com
Jessica Pari Jansepar Ross    jross@azdisabilitylaw.org, CGutierrez@azdisabilitylaw.org
Maya Stock Abela    mabela@azdisabilitylaw.org, jdunham@azdisabilitylaw.org, mmontenegro@azdisabilitylaw.org
Jamelia Natasha Morgan, 38785    jmorgan@aclu.org
2:12-cv-00601-DKD Notice will be sent by other means to those listed below if they are affected by this filing:
Loretta Ann Greer
#155667
GOODYEAR-AZ-PERRYVILLE-ASPC-LUMLEY
LUMLEY UNIT
P.O. BOX 3300
GOODYEAR, AZ 85395
Michael J Cohn
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326

EXHIBIT #2

"merely cosmetic," yet when the prisoner asked about his prognosis, the doctor joked, "I wouldn't go to Vegas with you." A prisoner who has Hepatitis C requested treatment in a HNR, but was told in response that since he had received a disciplinary ticket, he was not eligible for treatment until one year after the date of the ticket.

60. Defendants also have a policy and practice of not providing medical diets ordered by clinicians for prisoners with chronic conditions such as high blood pressure, high cholesterol, kidney failure, and diabetes. Instead, all prisoners, including those with chronic conditions requiring special diets, are given a nutritionally inadequate, high-fat and high-sodium diet. Plaintiff Hefner has chronic gastroesophageal reflux disease (GERD) and requires a special diet. However, his request for a medical diet was denied, and the meals he is given often aggravate his condition, forcing him to choose between eating food that will cause physical distress, or eating nothing.

61. Defendants also have a policy and practice of failing to effectively enforce state law prohibiting smoking inside buildings, endangering the health of prisoners and Defendants' employees with chronic medical conditions such as asthma, chronic obstructive pulmonary disease, allergies, or emphysema, and posing a health risk to prisoners and staff exposed to second-hand smoke. Plaintiffs Gamez and Thomas both have asthma, and report that second-hand cigarette smoke has triggered asthma attacks.

62. Defendants have a policy and practice of failing to mitigate the risk of infectious and communicable diseases, such as MRSA, Vancomycin-Resistant Enterococcus (VRE), Hepatitis C, and tuberculosis. Defendants fail to maintain basic

---

sanitation to prevent the exacerbation of chronic conditions and the spread of infectious diseases. Many sections of ADC's prisons are filthy, fail to meet basic sanitation standards, and expose prisoners to serious, and sometimes fatal, communicable diseases. These conditions include urine-soaked mattresses, uncontrolled infestations of vermin, and cell walls and floors covered with black mold or smeared with the feces, spit, and blood of other inmates. Prisoners with cuts or other injuries to their bodies have contracted serious infections from the unsanitary conditions of the prison. A prisoner living in unsanitary conditions in the Tucson complex developed a staph infection but was not examined by medical staff until the infection had spread to his eyes. He now has minimal vision in his right eye and has lost vision in his left eye.

2. **Defendants Fail to Provide Timely Access to Medically Necessary Specialty Care**

63. Defendants have a policy and practice of failing to provide prisoners with specialty care, or doing so only after extensive and unreasonable delays, often resulting in unnecessary pain and suffering, permanent injuries, and death. Defendants do not employ medical specialists, but instead send prisoners to contracted outside specialists. In 2009, reimbursement rates for prison medical contractors were capped so as to be no higher than those paid by the State's Medicaid program, the Arizona Health Care Cost Containment System. Defendants knew of the impending change to the reimbursement system, but failed to take steps to ameliorate the foreseeable impact of the change in policy. As a result, all outside medical providers ended their contracts with ADC. For much of 2009 and 2010, Defendants had no contracts in place with outside providers, and even today

1 LORETTA ANN GREER #153606 ADOC
2 ASPC PERRYVILLE PRESON-A-42-04
3 P.O. BOX 3300 GOODYEAR, AZ 85395

EXHIBIT #3

4 IN THE UNITED STATES DISTRICT COURT
5 FOR THE DISTRICT OF ARIZONA
6
7 PARSON'S ET, al.                    CASE# 2:12-CV-00601-NVW---MEA
8 Plaintiff's                         DECLARATION #1 IN SUPPORT OF NOTICE OF RY
9         V.                          AN et, al BEING IN CONTEMPT, PUTTING OTH
10 Defendants                          ER THING'S IN PLACE OF WHAT PARSONS et, al.
11 RYAN et, al.                        TURN IN, PETITION FOR COURT TO SEND ACL
12                                     U COPIE OF THIS, AND FILE EMERGENCIE INJU
13                                     NCTION, TELLING RYAN "NOT TO CAUSE DEATH"
14                                     "ALLOW ATTORNEY CONTACT," STOP STEALING.!!
15

[Stamp: FILED ___ LODGED ___ RECEIVED ___ COPY MAY 03 2016 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY]

16 Petitioner Loretta Ann Greer respectfully File this 1st declaration in support.
17 Of notice of Ryan et, al being in contempt of Court order From this court's.
18 Judge whom approved Settlement of the case, putting other things in plac
19 e of what me and other inmates AKA persons et, al turn in For ACLU.!!
20 And petition For court to send ACLU a copie of this, And I request.
21 ACLU to File an emergencie injunction requesting Court to File a emergen
22 cie injunction, telling Ryan et, al. Not to Cause the death, allow attorney.
23 Contact, Stop stealing, Circumventing songs, Jokes, poems, etc, Refusing Medical.
24 attention, Process grievance's, respond to inmate letters, HNRs and its su-
25 pporting exhibits, And request relief For the Following reasons. I've got.
26 evidence ADOC/state workers are in contempt of the Court order sin-
27 ce I've put in HNR's Month's ago and have not been pulled For an.
28 appointment. I've got evidence, Proof ADOC workers are putting thing-
29 s in place of what Pearson et, al turn in For ACLU so we can no-
30 t recive help From ACLU. My info proves Ryan, et, al, and others have,
31 Caused the death of over seven people. Ryan et, al and other State.
32 workers will keep causing deaths, if action is not taken. See declaration#2.