Joseph Assyd #120372
ASPC-Tucson - Cimarron
PO Box 24408
Tucson, AZ. 85734

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUL 18 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4 (Rule Number/Section)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PARSONS, ET AL.,
   PLAINTIFFS,

V.

RYAN, ET AL.,
   DEFENDANTS.

NO. CV-12-0601-PHX-DKD

MOTION FOR COURT ORDER TO BE TRANSPORTED TO THE V.A. HOSPITAL TO BE TREATED FOR MEDICAL CONDITIONS DISREGARDED IN VIOLATION OF SETTLEMENT.

COMES NOW JOSEPH ASSYD, PLAINTIFF CLASS MEMBER REQUESTS FROM THIS COURT AN ORDER FOR THE DEPARTMENT OF CORRECTIONS TO TRANSPORT PLAINTIFF TO THE V.A. HOSPITAL TO BE TREATED FOR HIS MEDICAL CONDITIONS SINCE I AM A VETERAN. THIS IS NECESSARY DUE TO DEFENDANT'S HEALTH CARE CONTRACTOR CORIZON MEDICAL, HAS DISREGARDED MY CRONIC MEDICAL NEEDS EVEN THOUGH I HAD BEEN SCHEDULED FOR DOCTOR'S LINE BUT NEVER SEEN. ONE NURSE STATED THAT CORIZON MEDICAL HAD INADEQUATE NUMBER OF DOCTORS HIRED TO CARE FOR THE PRISONERS MEDICAL NEEDS. I MUST POINT OUT THAT CORIZON MEDICAL HAD DISREGARDED ANOTHER VETERAN AT THIS UNIT NAMED DAVID GALLAHGER, WHO IS NOW DEAD DUE TO DISREGARDING OF HIS MEDICAL CONDITION. IN NO WAY DO

I WANT THE SAME THING TO HAPPEN TO ME AS HAD HAPPENED TO DAVID GALLAHERR IN TIME THE NEWS AGENCIES WILL BE MADE AWARE AS TO A VETERANS DEATH DUE TO THE DISREGARDING OF HIS MEDICAL CONDITION TO FORCE PUBLIC OPINION ON THE FEDERAL AUTHORITIES TO INVESTAGATE.

DOCTOR GOODMAN PRIOR TO MOVING TO ANOTHER UNIT STATED THAT SHE NEEDED TO STABELIZE ME AND DID NOT LIKE THE TEST RESULTS ON MY KIDNEYS. THE TELEMED DOCTOR HAD ORDERED DIABETIC SHOES AFTER A TELEMED DOCTOR APPOINTMENT, BUT NO MEDICAL SHOES HAVE BEEN RECEIVED BY THE DOCTORS ORDER. THEN THE PRESCRIPTION OF GAVAPENTEN WAS NOT RENEWED, WHICH DOCTOR GOODMAN PRESCRIBED FOR DIABETIC NERVE DAMAGE TO MY FEET, WHICH NOW I AM BEING SUBJECTED SERIOUS PAIN AND UNABLE TO EVEN WALK THE TRACK AS INSTRUCTED FOR MY CRONIC MEDICAL CONDITION. PER THE SETTLEMENT IN PARSONS V. RYAN, CV-12-0601-PHX-DKD, HEALTH CARE OUTCOME MEASURES, EXHIBIT B PHARMACY #13 STATES:

> "CRONIC CARE AND PSYCHOTROPIC MEDICATION RENEWALS WILL BE COMPLETED IN A MANNER SUCH THAT THERE IS NO INTERUPTION OR LAPS IN MEDICATION."

A HEALTH NEEDS REQUEST (HNR) WAS SUBMITTED ON 6/3/16 TO HAVE THE PRESCRIPTION RENEWED, WHICH EXPIRED ON 6/13/16 AND CORIZON MEDICAL HAD FAILED TO RENEW THE CRONIC CARE MEDICATION WHICH WAS PRESCRIBED. PER A CORIZON MEDICAL NURSE IT WAS CORIZON ADMINISTRATIONS DECISION NOT TO RENEW THE CRONIC CARE PAIN MEDICATION, WHICH CORIZON MEDICAL HAS DONE BEFORE TO SAVE MONEY AND HAD INJURED ANOTHER PERSON. SEE FIELDS V. CORIZON HEALTH, 490 F. ED. APPX 170 (11TH CIR 2012) (UNPUBLISHED) WHICH WAS PUBLISHED IN PRISON LEGAL NEWS MARCH 2013 PAGE 54. THERE IS A VERY LONG LONG LIST OF CORIZON MEDICAL CASES FOR DELAYED MEDICAL CARE WHICH CANNOT BE IGNORED DUE TO

David Gallagher's death, which supports plaintiff's motion for a court order to be transported to the V.A Hospital for the denied/delayed treatment by Corizon medical, the Department of Corrections medical contractor.

Lt. Hansen and Sgt. Reynolds had both said that I should initiate the grievance process on Corizon medical, and both said they could do nothing to Corizon medical because Corizon was the Department of Corrections contractor for health care, even though they knew of the problems. There has been no response and by policy is work days past the due date allowed me to proceed to the next stage of the grievance process. Due to the fact that I am feeling very bad, nauseated, sore joints and muscles, chest pains and abdominal pains I have no choice but to submit this motion for the court action. The court should stipulate in the order that Corizon medical and the Department of Corrections must comply with the V.A. Hospital doctors prescribed treatment of the plaintiff.

In Gluth v. Kansas, No. CIV-84-1626-PHX-PGR, in defendants' response to the objection Assistant Attorney General Dean E. Brekke stated:

> "Prisoners need only have 'the minimal help necessary' to file legal claims. The Constitution does not even mandate that prisoners (literate or illiterate) be able to conduct generalized research, but only that they be able to present their grievances to the courts." Madrid v. Gomez, 190 F3d. 920, 995 (9th Cir. 1999).

Here plaintiff is presenting his grievances to the court for a

response and the necessary court action in this matter.

Plaintiff must inform this court that this unit is locked down and plaintiff has no access to copying facilities. Plaintiff is also indigent and requests this court to order the clerk of the court to make the necessary copies and to mail them to opposing parties, and to mail a stamped filed copy to the plaintiff.

Respectfully submitted this 13th day of July, 2016

By: _____

Joseph Assyd, Plaintiff Class Member

-4-