FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐

JUL 18 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ~~Clerk of the Court~~ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4 (Rule Number/Section)

Julie K Pavlich, #128948
ASPC-Perryville: Unit-
Lumley, 26yd., C1108,
P.O. Box #3300, Goodyear,
AZ 85395

July 11, 2016

Clerk of the Court, U.S. District Court
401 W. Washington Street, Suite #130,
SPC 1, Phoenix, Arizona 85003-2118

**To:** Magistrate Judge Duncan, Mediator, Magistrate Judge Buttrick

**From:** Member of Plaintiff Class, Julie K. Pavlich

**RE:** Parsons v. Ryan, Case # CV12-00601-PHX, Fairness Hearing - February 18, 2015

I am writing to inform you about the current and past dereliction of duty from our Medical Provider, Corizon. On the Stipulation and Provisions on Case 2:12-cv-00601-DJH, Document 1185, filed October 14, 2014, are a joke and nonexistent. Just on myself, they (Corizon) have violated over twenty-five (25) provisions on Exhibit C. That Exhibit names: Category, Measure #, Final Measure, Protocol, Source of Records/Review.

I did write "Comments" to Magistrate Judge Duncan, in hopes of release early as I am Chronic Care, Critical Condition. In the meantime I was on San Carlos, a minimum yard, for over two and one half years. All of a sudden I am being charged with bogus Major Tickets.

#2. PAVLICH #128946

I know that Corizon wanted me off the yard - what a good idea. I was very vociferous with new inmates arriving and others returning. I told each one I could, "Pray to God you don't get sick or get hurt." After what they did to me I believe it was sage advice! Fast forward, I was moved to a Medium yard, Santa Cruz, (known for many fights) and no one would give me a Medical override. The RN's at medical said, "Well, Pavlich, if you get hurt, fall, or get pushed, we'll take it from there." I was only one point. Again, more bogus tickets, this time to Lumley, Closed-custody. I've written three times to ACLU regarding the violation of prisoner rights but I guess I'm just a drop of water in a big ocean. Yet, they were part of the lawsuit? When I get to Lumley it took three days to get my full medication, plus I was not allowed to have three pill calls a day. Next thing I know is this pill call RN? (I doubt it) forgets to order my Neurotan, or Gabapentin, which is my major pain management medication and relief from my neuropathy. That medication shall NOT lapse and will cause seizures and other side effects. Page 1 ⊕

#3 Pavlich, #128948

Category Pharmacy, Measure #13. It gets better, the next week, ALL OF A SUDDEN, my Gabapentin is reduced one third, 800 mg. per day, in addition my Tramadol was reduced in HALF, 100mg. I write HNR's (health needs request) to NO AVAIL. I am losing what little muscle tone I had, because everywhere my muscles are atrophying. We do not get out but to get medication twice a day, go to chow twice a day, and once for sack lunches at night. I have a bunkie and we both have breathing issues, but all's we get is re-cycled air. I am also on a special diet that includes milks 3x daily and two liquid supplements. But Nasty Nurses decided to take my Special Needs Order away from me; No medical ice for my back and to keep milk cold, no more medical mattress (or two regular), no more extra pillows, no extra T.P. and Pads — NO NADA; Oh but they did keep wheelchair transport — Absurd — No one comes to pick me up — Can you please read Copy of my letter to the Governor Doug & MRS. Ducey and that will tell the truth! I please need an early release. I have over four years in and that's 80% plus. Please consider

#4 PAVLICH #128248

this as THIS is my life. I don't want to lose the use of my legs! Thank you, both Magistrate Judge Duncan and Magistrate Judge Buttrick. God has saved my life four times while here. He's got BIG PLANS for me. If at all possible I sure would be blessed if you could reply. Again, thank you for your time and consideration.

Sincerely,

Julie R. Pavlice

P.S. Under Procedural Provisions, page 5, #15, If a prisoner who is taking pyschotropic medication suffers a heat intolerance reaction, prisoner will be transferred to housing 85° degrees or lower. No go—Ours is 96.6 every time CO II's check it — Please I implore you, I can't sleep and I'm going crazy. ¨

Julie K. Pavlich #128948
ASPC-Perryville-Santa Cruz
A-3110 Lower, P.O. Box #3200
Goodyear, AZ 85395

April 2, 2016

Dear Governor Doug & Mrs. Ducey,

Thank you, first of all, for taking the time to read my letter. I sincerely appreciate it. My name is Julie K. Pavlich. I am 56 years old and I am considered by Corizon Medical "Critical Condition" Chronic Care. I have had two (2) serious, life threatening, emergency surgeries within thirteen (13) months. Additionally, I need at least two (2) more. I have Advanced Degenerative Disc & Joint Disease with Spinal Stenosis, C.O.P.D., (Chronic Obstructive Pulmonary Disease) Thyroid Disease, Heart Issues, SMI - with O.C.D., P.T.S.D., Severe Aniexty and Depression, and diagnosed C.I.M.D. (Competency Is Medically Dependent) during Rule Eleven (11) at Maricopa County.

I begged Corizon Medical for ten (10) months for an MRI. It was finally approved in January 2014, however I never received a consult by the Neurosurgeon. Instead on March 13, 2014, a Neurosurgeon, Dr. Kumar Kakarla, called Corizon and demanded that Medical put me on a slant board, attach a Cervical Collar, stabilize me, check my vitals and call immediately for emergency transpor-

tation, to Barrows Neurosurgical Unit. There was no O.R. available, he made time for me on March 14, 2014. It took two (2) Neurosurgeons over five (5) hours and fifty-six (56) stitches to fuse #1 & #2 cervical vertebrae together because my skull was not attached. The doctors had to insert/install three (3) titanium rods to stabilize my thoracic area and placed five (5) titanium screws on both sides of my neck. There were blatant fractures on #1 & #2 cervical vertebrae and I could have died instantly at any time or ended up a quadriplegic at best! I lost the use of my left hand and arm permanently. My left leg is also very weak and I lose balance easily. I have to be transported by wheelchair for long distances.

During all those months I was pleading for help, medically and mentally, I was called (finally) up to Medical at 8am on September 20, 2013. I was so "happy", but after I was escorted back, I was hand-cuffed, belly-chained, shackled, and thrown into a van. I was driven to Lumley, 30 Yard, Death Row, told to "shut up-Pavlich, you'll be O.K." I was stripped naked, no underwear, and put into a "dress" made of

blanket-material with a velcro closure in front. I was given a pepper-spray infused blanket and ordered to lay down on a yoga-type mat on the floor. I always had to have my arms on top of blanket with my head facing the door. The lights were on 24/7, no soap, toilet paper, water cup, no toothbrush, no cold running water, only hot water, no paper towels. I was stunned and no one would talk to me. I was fed through the trap - sandwiches only, by the officers on duty. Nurses would deliver medication at 4am and 4pm. By the second day I could only crawl to the door. My horror story continues. Every shift change I was stripped out and all the male officers stood on the "hill" to watch and throw out cat calls etc. This was pure mental and physical abuse. I would jusk ask God to get me through. Months later after my six-day ordeal, I was told later by Dr. Katz, P.h.d., that I was being "<u>punished</u>" for writing too many H.N.R.'s. (Health Needs Requests). My health rapidly deteriorated from then on.

Fast forward, two Medical Grievances and eleven (11) months after first emergency surgery, Dr. Rere's & Stabinsky discontinued my main medication, Neurotan, which is for

#4. Public #126948

pain management after surgery and for on-going neuropathy, which is 24-7. It was over thirty (30) days. This medication is NOT to be lapsed as it causes major withdrawl symptoms as well as seizures. Corizon continues to blatantly disregard the Settlement Agreement dated October 14, 2014. This was a Class Action Lawsuit of inmates and ACLU of AZ, AZ Center For Disability Law v. Charles Ryan, Director of AZ Department of Corrections. Page #18 of 47: Category - Pharmacy. Measure #13 - "Chronic care and psychotropic medication renewals will be completed in a manner such there is no interruption or lapse in medication." Due to all the stress and pain without my Neurotan, I started having pains in my lower right stomach and pelvic area. An ICS was called at approximately 12:15 am on April 11, 2016. I was driven over to IPC at Complex Medical (with my wheelchair). RN's Shank and Peace told me, "you are not getting any pain meds and why are you bothering us at 12:30 am, go back to your yard." They never even examined me! After the ICS, I implored the RN's at pill call three (3) times daily that I was very dehydrated and I could not masticate my food. I could

only swallow liquids. This denial of a problem by medical continued until April 28, 2015. On this day, Lt. Sablan, from graveyard shift saw me at 5am. I was white as a ghost and very ill. He paged medical immediately to get saline IV solution and get me in ASAP. Once again, I was never examined, they just plugged me up with a drip bag in the hallway. I went through two (2) bags in six (6) hours. I was sent back to my cube for count. By this time I was having difficulty balancing, speaking gibberish, and not understanding what was happening to me. I fell twice trying to get in my wheelchair to go to pill call. My wheelchair pusher had to request help from another inmate. I was brought to medical - no medication for me, I was going to IPC. The nurse remembered me from last time I was there and she did an exam and knew right away I was bleeding internally and in bad shape. I was rushed by ambulance to West Valley Hospital. After CT scan and check of vitals it was evident I had a perforated stomach and bleeding internally for at least two (2) weeks. IV's already in place at West Valley, they called for ambulance to Tempe St. Luke's. I died twice in the O.R. and once in ICU.

No one thought I'd live this one through. I had to have over two (2) Blood Transfusions. The infections (salmonella, e-coli, and yeast) were so pervasive the doctors had to move my organs out of my abdominal cavity and "hose" them off! I look like I was in a knife and gun fight — 62 stitches, jagged and lumpy and two bullet holes — (drainage and feeding tubes). I was in such bad shape the Dr.'s induced a coma so my pain would be relieved. I was hooked up on both arms — one was "major" antibiotics and the other for liquid supplements. After over three (3) weeks at Tempe St. Lukes, I was transported back to Perryville IPC for another two and one half months. I had to reach 109 lbs., then I could be sent back to my yard, San Carlos. (I'm 5'7½"). I have not yet been able to recover fully.

 Moving on, Corizon Medical has known I have needed additional surgery now on my lumbar area. Furthermore Tempe St. Luke's saved my life but left me a hernia — didn't return my organs in the correct order to my abdominal cavity. My stomach is bulging in different places. On my medical records it also said by Dr.'s Vasiq and Zyadeh, M.D., for Co-

# t. Kavlchalts #128146

rizon Medical to perform another CT Scan as there is a possible malignancy in the pelvic area. Corizon said No and there's NO Record of that. Yes, well it's known that alot of "shredding" goes on with regard to medical records. (Mine, too.) On March 24, 2016, I was informed by RN Ellison that I would not receive any more treatment on my lumbar area. Even though this is a necessary surgery, they will not address this issue. I do not wish to lose the ability to walk! The Provider Johnson who is a Physicians Assistant, made the RN tell me because he's ashamed of Corizon's stand. I have already watched over ten (10) people die on San Carlos within two (2) years - unnecessarily." Corizon's idea of "Cost Effective" is DEATH. Who cares?, it's only an inmate I am a human being that made a bad decision that only hurt myself. (Incarceration) I do not want to die here. PLEASE help me, please grant me a Pardon with Time Served. I am so afraid that I will get pushed and/or I will fall and the hardware inside me may cause an early death.

God has big plans for me or I would be dead by now. I have been mentoring with

#8: Pavlich #128948

Christ Church Lutheran for over two and one half years in Bible Study. I have also been studying with Emmaus Prison Bible Studies in Tucson for over two years. My husband, David Gilardi was mis-diagnosed by the V.A. Hospital last April 2015. In July 2015 they updated their findings to be Esophageal Cancer. The V.A., as usual, kept putting it off, so by Nov. 2015 he underwent a full removal of the esophagus and built a new one with part of his stomach. Please give me a chance to spend time with my husband — we've known each other about 21 years — married 16 as of March 24, 2016.

I will make you proud and you will not find me back in the system. I humbly beseech you. Thank you again for your time and consideration.

Sincerely,

Julie K. Pavlich

A.R.S. 31-433

cc: Attachment - current status in U.S. District Court.

| United States Postal Service® **Firm Delivery Receipt for Accountable and Bulk Delivery Mail** | | | | | | 5199 9990 0009 0747 938 | | |
|---|---|---|---|---|---|---|---|---|
| ☒ Certified <br> ☐ COD | ☐ Delivery Confirmation™ Service | ☐ Express Mail® <br> ☐ Service Insured | ☐ Recorded Delivery <br> ☐ Registered | ☒ Return Receipt for Merchandise | ☐ Signature Confirmation™ Service | Mail for/Bill Number | | |
| Article Number | Code | Office of Origin (International) | Article Number | | | | Code | Office of Origin (International) |
| 1. 70150640002295913955 | | PAVLICH | 11. GOVE RNOR DUCE 7 | | | | | |
| 2. | | 1L5993 | 12. MRS DUCE | | | | | |
| 3. | | SCASI-10 | 13. 1700 W. WASHINGTON ST | | | | | |
| 4. | | | 14. PHOENIX AZ 85007 | | | | | |
| 5. | | | 15. | | | | | |
| 6. | | | 16. | | | | | |
| 7. | | | 17. | | | | | |
| 8. | K Sharp | | 18. | | | | | |
| 9. | | | 19. | | | | | |
| 10. | | | 20. | | | | | |

* CODE: DC = Received in Damaged Condition.   R = Return Receipt Requested.   RS = Returned to Sender.

Date of Delivery: 11-6-16
Delivered By: (Clerk/Carrier) MARTINEZ, E.
Number of pieces described above: 1
Recipient signs Form 3849.
ERM sites: send Form 3849 to CFS
Form 3849 Barcode Number: 7015 0640 0002 2939 1395
MRM sites: file Form 3849 with Form 3883

Postmark – Delivery: GOODYEAR AZ 85666 APR 6 2016 USPS

PS Form **3883**, February 2002                                                         3-Custo
◆ Follow proper scanning procedures for all articles.