UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                Defendants. | No. CV 12-00601-PHX-DKD<br><br>**[Proposed]**<br><br>**ORDER GRANTING MOTION TO WITHDRAW JAMES DUFF LYALL AS COUNSEL OF RECORD FOR PLAINTIFFS** |

Pursuant to Plaintiffs' Motion to Withdraw James Duff Lyall as counsel of record for the Plaintiffs (Doc. ___) and good cause appearing,

IT IS HEREBY ORDERED removing James Duff Lyall as counsel of record for the Plaintiffs.

DATED this _____ day of _____, 2016.

                                                  _____
                                                  David K. Duncan
                                                  United States Magistrate Judge