**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | | | Date |
|---|---|---|---|---|---|
| Yokois, Douglas D. | 240176 | Eyman | SMU-I | 2A17 | 10-31-14 |

| To: | Location |
|---|---|
| CO III Green | Wing 2 Counselor's Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please explain to me why it is that eventhough I have been enrolled in the "step program" which is outlined in Director's Instruction 326, Maximum Custody Population Management (D.I. 326), and have been a "step 3" since 10-10-14, I am unable to avail myself of the incentives that are specifically identified in this program. D.I. 326, which took effect upon its promuligation on 03-27-14, states that I am allowed certain privileges as a "step 3" such as; weekly and holiday spending limits at $100.00 and $160.00, respectively; an $80.00 Securepak every other month; Three (3) non-contact visits per week; increased recreation activities; fundraiser participation; hobby-craft; unrestrained escorts; and WIPP porter and kitchen positions. While I have expended every effort to comply with all aspects of this important D.I., I feel that those in authority at SMU-I and who are responsible for implementing this program are not in compliance with D.I. 326. Please make the necessary changes that will allow me to fully enjoy the incentives that I am due per D.I. 326 immediately. Thank You

| Inmate Signature | Date |
|---|---|
| | 10-31-2014 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☒ No

—31—

If yes, give the staff member's name:

Page 22 of 27    "Incents"    916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to <u>one page</u> and <u>one issue</u>. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Yobois, Douglas D. | 240176 | Eyman / SMU-I / 2A17 | 10-31-14 |

| To: | Location |
|---|---|
| Keefe Contract Employee | SMU-I Inmate Store |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Dear Sir or Ma'am:

As of 10-10-14, I have been a Step III per Director's Instruction (D.I.) 326. As a step III, my inmate store weekly spending limit is $100.00 per week / $160.00 per week at Christmas, and an $80.00 Securepak once every other month. Yet, as of 10-24-2014, 14 <u>Days</u> after I was elevated to Step III, my inmate store order #3597627 was deliberately limited to $60.00. This is the spending limit for a max custody SMU-I inmate who is a Step I per D.I 326.

Please immediately explain to me why Keefe's inmate store is not complying with D.I. 326, which took effect on March 27, 2014. Furthermore, please fix your computer system to allow me to submit orders as I am allowed per D.I.326.

Thank You in Advance

*[handwritten circled note:]* Due to Our records Showing You are a phase I been a Step III per max now check with your co III to help solve this... is Keefe

| Inmate Signature | Date |
|---|---|
| | 10-31-2014 |

Have You Discussed This With Institution Staff? ☐ Yes ☑ No

If yes, give the staff member's name:

-32-

Distribution: Original - Master Record File
Copy - Inmate

Page 27 of 27

916-1
5/14/12

P.O. BOX 17490, ST. LOUIS, MO 63178-7490          SHIP FROM: 375

NAME:YOKOIS, DOUGLAS D.
NUMBER:240176                                              CPR :101562:23
CUSTY NUMBER:16406(28/02P-001)                    SEG FUND BAL: 3,763.86
LOC:GRO E   TIER:M62A   CELL:317B                 ORDER DATE:10/24/2014
FACILITY NAME:A S P LYMAN FLORENCE                    ORDER :3597527

D=3597527101562123x:HO4:D
X:3117X722x:HO4:D

CHG *ALIAS QTY UOM DESCRIPTION                    ITEM# T   PRICE   TOTAL

 9458    1   EA 2S/CT PLAQUE REMOVER      21036    0.36    0.36
 2011    4   EA KF DECAF(CLRPK W/AID)      7024    2.79   11.16
 9146    4   EA CHEESE CRACKERS             718    1.11    4.44
 3570    5   EA SMOKED ALMONDS            6032    1.05    5.25
 4371    3   EA PISTACHIO KERNELS         9489    5.00   15.00
 4015   10   EA LIME CHILI W/SHRIMP RAM   1347    0.59    5.90
 6080    1   EA WHOLE SHABANG 6OZ         5114    1.91    1.91
 5263    4   PK MAYONNAISE-12PK           6510    0.96    3.84
 3103    1   EA CLR CHC CHUNKY PB         9589    1.00    1.00
 6429    1   EA CA JALAP CHEESE SQUEEZE   2585    0.30    0.30
 6600    1   EA FLOUR TORTILLAS           5070    0.78    0.78
 3438    1   EA C/A SLICED JALAPENO 12O    355    1.45    1.45
 6718    8   EA SV CHILI FLRV BEAN&&RIC   5939    0.90    7.20
 3847    1   EA SECRTY PEN BLK INK REFI 824732    0.63    0.63

ALTED ITEMS
      ALIAS  QTY   DESCRIPTION                 REASON
      6080     1   WHOLE SHABANG 6OZ           Exceeded Spending Group Li
      6429     6   CA JALAP CHEESE SQUEEZE     Exceeded Spending Group Li
      6600     3   FLOUR TORTILLAS             Exceeded Spending Group Li

                    CR 2 X 4371 (A)

I=Invalid(NotOnMenu) B=Backordered C=Cancelled      SUBTOTAL      55.62
S=Available/Sub. S=Substituted V=NonInventory       SALES TAX      1.20
                                                    ORDER TOTAL   56.82

                                                    END FUND BAL 3,704.05

TYPE OF SHORTAGE AND/OR DAMAGE       QTY  CATEGORY/DESCRIPTION

                     -33-
                Page 24 of 27

## Arizona State Prison Complex Eyman – SMUI
## Notice of Step Change

Inmate Name: <u>YOKOIS</u>    ADC: <u>240176</u>    Cell :<u>2A17</u>

This notice is to advise you that as of 10/10/2014 your Step has changed from Step 2 to Step 3 and will remain a Step 3 for a minimum of 0 days per Department Order 326.

"ØIncenis"

-34-

Page 25 of 27

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Yokiois | 240176 |

| Institution/Unit |
|---|
| ASPC Eyman - SMUI |

| From | Location |
|---|---|
| COIII Francisco | Programs |

This is in response to your letter dated 9-22-2014 about your step level.  By being housed in Max Custody you are a part of the DI326 step program.  You are a step 2 and may be eligible to move up in step on or after 10-4-14.  You can move up by engaging in positive behaviors and not having negative reports.

| Staff Signature | Date 9/26/14 |
|---|---|

Distribution:  Original -  Master Record File
　　　　　　　　Copy - Inmate

916-2
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

*Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Tolleris, Douglas D | 240176 | Egmon/SMUI/2A17 | 09-22-14 |

| To: | Location |
|---|---|
| CO II Shaw | smu-I |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

In accordance with D.I. 326, I wish to be formally enrolled in the Maximum Custody, Population Management Step Program. I have been in Max Custody since April 14, 2014, and I have been an active and willing participant in all group classes. I have received notification that I moved from Step I to Step III and back to Step II. By my calculations, I should be approved to move back to Step III on 09-29-2014, if approved by the Assessment Team.

   If I am already enrolled, please disregard this inmate letter.

                                  Respectfully,

| Inmate Signature | Date |
|---|---|
| | 09-22-2014 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No           —36—

If yes, give the staff member's name:   Psych Aide Cohen

Distribution:  Original - Master Record File
               Copy - Inmate

916-1
5/14/12

Exhibit 2



# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 270 | Yokois | 240176 | A38030016 | Eyman | SMU I |

In your grievance filed at SMUI, you claim that your request for a jacket was denied. You are requesting to be issued a jacket during the winter months.

Your grievance appeal has been reviewed at Central Office and the Warden's response is affirmed. Pursuant to Department Order 909, Attachment A, inmates housed in maximum security units are not permitted to possess state issue jackets. You do have the option to purchase a sweatshirt or long sleeved T-shirt from the Inmate Store.

No further action is warranted in this matter.

CC: Warden, Eyman Complex

H.R.

_____
**Appeals Officer**

_____
**Charles L. Ryan, Director**

04/20/2016
**Date**

-38-

Page 1 of 1

Page 1 of 16

"Øthefs Jackets"

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: Diaz
Title: COII
Badge #: 11651
Date: 03-31-16

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Yokois, Douglas D. | 240176 | 03-31-16 |

| Institution | Case Number |
|---|---|
| ASPC-E/SMU-1 | A38-030-016 |

TO: Director Charles L. Ryan
1601 West Jefferson, Phoenix, Arizona 85007

I am appealing the decision of Warden O'Neil, Eyman Complex Administrator for the following reasons:

1. I am dissatisfied with the response I received on 03-24-16 dated 03-23-16, to my First Level Appeal, submitted and dated on 02-22-16. My problem is being ignored. Since the promulgation of D.I 326 on 03-27-14 and the decision of the Parsons v. Ryan Settlement of 10-10-14, the department, the complex and the SMU-1 has refused to comply with the provisions of these documents by forcing myself and all other inmates similarly situated to be routinely confined in outside weather-exposed cages and recreation pens for up to 4 hour continues "recreation periods" (continued next page)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 03-31-16 | | 4/6/16 |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

"8Hats Jackets"

802-3
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | ASPC-E/Smu-1 | A38-030-016 |

(Continued from page 1) without weather appropriate attire such as sun hats, knit caps, ball caps, coats, sunglasses and thermal underwear in the rain, cold and wind in the winter at temperatures at or below 50°F; and in the summer to the hot temperatures at or above 90°F without proper aids such as water misters, sun and rain shelters, iced water or hot beverage as needed.

2. I am not going to rewrite the contents of my Formal or First Level Appeal here. For a thorough and detailed discussion of my problem, the attempts I have made to resolve it, and the action steps that you must take to resolve it, refer to the documentation attached to my Second Level Appeal.

3. Instead, I am going to rebutt the Complex Warden, Warden O'Neils, feckless and disingenuous First Level Appeal Response here. First and foremost, the warden deliberately misused the time frame extension provision of D.O. 802 to give himself extra time to meet the response time limit as opposed to it's legitimate purpose of allowing more time to investigate a problem so that they can resolve them for me. The warden writes: "Your request is not authorized per Department Order 909, therefore your request is denied." The warden then writes: "Therefore, no further action is required." I am glad that the warden has gone on the record in this direct way, which is very unlike him. I disagree. Further action is required by the law!

4. I order to resolve my problem, I require that you grant my Appeal by reversing the decisions of the deputy warden and the warden by immediately performing the action steps I have already written in paragraphs 7.a. through 7.d. and 8. on pages 4 and 5 of my Inmate Grievance.

Signature _____

Date 03-31-16

"8Hats Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

-40-

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

Page 2 of 16

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Decision of Appeal

Please *PRINT* all information

Check One ✓ ☐ Disciplinary Appeal ☒ Grievance Appeal ☐ Maximum Custody Placement

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | CASE NUMBER |
|---|---|---|---|
| Yokois | 240176 | ASPC- Eyman- SMUI | A38-030-016 |

Your appeal in the above referenced case has been reviewed. The decision of the Warden/Deputy Warden/Administrator/Hearing Officer is to:

☒ Uphold the finding ☐ Modify the penalties ☐ Remand to the Hearing Officer for re-hearing ☐ Dismiss

Findings and Conclusions:

I am in receipt of your Grievance Appeal dated February 19, 2016 which was received in my office on February 24,2016 regarding your request for jackets in maximum custody.

I have reviewed your claims that you have noted in your grievance appeal and all supporting documentation you have provided. Deputy Warden VanWinkle's response to you is affirmed. Officer. Your request is not authorized per Department Order 909, therefore your request is denied.

Therefore, no further action is required

If you are not satisfied with this decision you may submit an appeal to the Director with n five (5) work days of receipt.

WARDEN/DEPUTY WARDEN/ADMINISTRATOR/APPEALS OFFICER NAME *(Last, First M.I.) (Please print)*

DWp R. Lee

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 03/23/2016 |

Inmate Received a copy of Decision of Appeal *(Step I Only)*

DELIVERY OFFICER NAME *(Last, First M.I.) (Please print)*

CoTII J. Rielles

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 3-24-16 |

Distribution: Coordinator to make two copies of form:
Original – Master Record File
Copy - Institutional File
Copy - Inmate

"Ottas Jackets" 803-6(e)
6/7/14

Page 4 of 9.6

—41—

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter Response

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Yokois | 240176 |

| Institution/ Unit |
|---|
| ASPC-Eyman / SMUI |

| From | Location |
|---|---|
| J. Garrison, CO IV Complex Grievance Appeal Coordinator | Eyman Complex Administration |

**This is a notification of time frames extension regarding your grievance appeal number ( A38 030 016 ). Your grievance was received on ( 2/24/16 ) and requires a response within 20 working days ( 3/23/15 ). However, investigation into your grievance issue has not been completed. As outline in Department Order 802, Inmate Grievance Procedure, an extension of 15 working days is authorized to provide the additional time required to process your grievance. A response to this grievance appeal will be completed prior to the deadline of this ( 4/13/16 ).**

| Staff Signature | Date |
|---|---|
|  | 3/15/16 |

Distribution:   Original - Master File
                Copy – Inmate

"State's Jacket"

916-2
4/15/04

Page 2 of 2 plus

— 42 —

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

(To be completed by staff member initially receiving appeal)

> The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: _Brown_
Title: _CCII_
Badge #: _3099_
Date: _02-22-16_

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Yokois, Douglas D. | 240176 | 02-22-16 |

| Institution | Case Number |
|---|---|
| ASPC-E/SMU-1 | A38-030-016 |

TO:

Warden O'Neil, Eyman Complex Administration

I am appealing the decision of D. VanWinkle, SMU-1 Administration          for the following reasons:

I am dissatisfied with the deputy warden's response, received on 02-12-16, dated 02-10-16, in the yard mail the evening of 02-12-16, to my Inmate Grievance submitted 02-03-16. My problem is being brushed off and ignored. At SMU-1, since at least 03-27-14 if not longer, I and other inmates are routinely confined in outside cages on recreation pens that are exposed to the outside for four (4) hour continuous "recreation periods" without hats, coats, sunglasses and thermal underwear, in the rain and cold temperatures below 50°F and to temperatures in excess of 90°F in summer without proper aids such as       (continued next page)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 02-22-16 | CCII  J.W. Warden | 2-23-16 |

| Response To Inmate By: | Location |
|---|---|

FEB 24 2016

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

"Affidavit Exhibit"

802-3
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | ASPC-E/SMU-1 | A38-030-016 |

(Continued from page 1) misters and ice water.

1. I am not going to rewrite the contents of my Inmate Grievance here. For a complete and detailed discussion of my problem, the attempts I have made to resolve it and the action steps that you must take to resolve it, please refer to my Inmate Grievance and its attached supporting documentation attached to this First Level Appeal.

2. Instead, I wish to rebutt the SMU-1's deputy warden's (D.W.) feckless response to my Inmate Grievance here. The D.W. writes "...that per DOAO [sic] jackets and headwear are not permitted in maximum custody." To this statement my response is simply to change D.O. "16". I say this because I am allowed to go to a recreation pen for two (2) hours at a time, 3 days per 7 day period. This predates D.I. 326 by many years, as these recreation pens appear to have been constructed at the same time as the prison. Therefore the D.W.s excuse that "With the implementation of DI 326 [sic] this policy is currently under-review regarding cold weather allowable property." Not only that, but the original recreation pens have no misters, and we are not given ice water during the summer, therefore, what is experienced in the extreme heat and cold of this desert environment is not what any reasonable person would ever define as "recreation." The D.W. fails to address, even in passing, what I wrote in my Inmate Grievance about there not being ice water available or the misters not being maintained in the outside recreation cages or the lack of shade or windbreaks, despite there being such items provided for security staff. Then there is perhaps the most lame and feckless of all of the D.W.'s statements. "However, until such time as policy is restructured [SMU-1] is not authorized to issue jackets and head gear to the inmate population." Policy has been restructured with the promulgation of D.I. 326 and the acceptance of the settlement agreement of Parsons v. Ryan. Not only this, but it has been long-established law that reptile / inmates possibly prolonged exposure to (continued next page)

| Signature | Date |
|---|---|
| [signature] | 02-22-16 |

"O Hats Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yukois, Douglas D. | 240176 | ASPC-1 / SMU-1 | A38-030-011 |

(Continued from page 2) temperatures below 50°F or above 90°F is a violation of the U.S. Constitution's 8th Amendment prohibition against cruel and unusual punishment. That is an undisputed fact here. So, since the SMU-1 was built the ADC through the actions of its employees have been violating the law. And since 03-27-14, D.W. VanWinkle, Warden O'Neil and ADC director Ryan have increased the amount of time that I and all other inmates are exposed to excessive heat and cold from 3 2-hour periods per week to an additional 1 to 3 4-hour periods per month without making even a scintilla of an effort for 2 years to correct the problem. The D.W. has done nothing to attempt to resolve my problem. Two years is 2 years to long to have not lifted a finger to resolve my problem, not to mention fixing the defects in the construction of the original recreation pens.

3. In order to resolve my problem, I require that you completely reverse the decision of D.W. VanWinkle by immediately performing the action steps that I have already written in paragraphs 7.a through 7.d and 8. on pages 4 and 5 of my Inmate Grievance.

| Signature | Date |
|---|---|
| | 03-22-16 |

"C Hats Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

-45-

Page 8 of 16

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## ASPC EYMAN - SMUI

## INMATE GRIEVANCE RESPONSE

Case number:      A38-030-016

Inmate Name:      Yokois, Douglas 240176

I am in receipt of your inmate grievance, case number A38-030-016, in reference to jackets and hats. It is your claim that SMUI does not issue jackets or hats to the inmates, despite the fact that inmates are routinely confined to outside recreation enclosures for four hours at a time.

Your proposed resolution is conduct an investigation to determine compliance of SMUI and to take correct administrative action to resolve any noted discrepancies.

I have investigated your claim and find that per DO909 jackets and headwear are not permitted in maximum custody. With the implementation of DI326 this policy is currently under review regarding cold weather allowable property. However, until such time as policy is restructured SMUI is not authorized to issue jackets and headgear to the inmate population. Based on this information there is no further action available on this matter.

Your grievance is resolved. You have five (5) working days from the receipt of this response to appeal to the Warden.

_____                         2-10-16
DW J. Van Winkle                                Date

"¢ Hats Jackets"

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | |
|---|---|
| Received By | Sullivan |
| Title | CO II |
| Badge Number | 2972 | Date | 02-05-16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Douglas D. Yabois | 240176 | 32-05-16 |

| Institution/Facility | Case Number |
|---|---|
| ASPC-E / SMU-1 | A38-130-016 |

To: D.W. VanWinkle, SMU-1 Administration

**Description of Grievance** *(To be completed by the inmate)*

I am unable to resolve my problem informally. My problem is that: At SMU-1, I and other inmates are routinely confined in outside cages for four (4) hour continuous "recreation periods" without hats and coats in the rain and cold temperatures below 50°F.

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I attempted to resolve my problem informally by submitting an Inmate Informal Complaint Resolution, Form 802-11, to my assigned CCIII on 01-11-16. However, on 01-29-16 he responded that he was unable to resolve it.

1. Since the implementation of Director's Instruction (D.I.) 326, Maximum Custody Population Management on 03-27-14 *(continued next page)*

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 02-05-16 | COII J. Hernandez | 2-9-16 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

-47-

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

"Hats Jackets"

802-1
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Ybois, Douglas D | 240176 | ASPC-E/SMU-1 | |

(Continued from page 1) and the settlement agreement reached and agreed to by the parties in *Parsons v. Ryan*, No. CV12-00601-PHX-DJH on 10-14-14, Inmates have been allowed up to six (6) hours per week in an recreation pen in three (3) two (2) hour periods; plus from one (1) to three (3) four (4) hour periods per month in outside recreation cages, depending on their step level. All of these recreation pens and cages are exposed to the outside elements.

2. Inmates housed here at the SMU-1 spend the majority of their time inside small cells that have some climate control. I am not acclimatized to outdoor temperatures, especially the extremes of temperature here in the Arizona desert. Yet I and the other inmates housed here are routinely placed in pens and cages where we are exposed to near freezing or even freezing temperatures for up to 4 hours at a time clothed in nothing more than a short-sleeved "T" shirt and a pair of lightweight pants. Compare this clothing to other custody levels where recreation periods are just 2 hours in duration. But the halved recreation period is just part of that story.

3. On level 3 yards such as South, Meadows and Cook Units, Inmates may purchase, possess and wear thermal underwear, knit or bull caps, sunglasses, and jackets. They can also leave the recreation area and go back inside to their housing areas at their own option, if the weather proves to be too extreme for them. They can also bring hot drinks with them.

4. Contrast paragraph 3 above with the reality of "recreation" here at SMU-1. At this unit, inmates are exposed to these temperatures and extremely bright levels of sunlight in an undershirt and at most a lightweight pair of pants. We are forced to spend the entire 4 hour recreation period outside in under with out so much as a windbreak. We do routinely endure this "recreation" under the watchful eyes of the guards, who huddle together under (continued next page)

| Signature | Date |
|---|---|
| | 3-7-15 |

"Hats Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yokeis Douglas D. | 241076 | ASPC-E/SMU-1 | |

(Continued from page 2) a shelter that provides shade from the sun and a windbreak from the cold winds in winter, with weather-appropriate clothing such as thermal underwear, hats, gloves, jackets and sunglasses to protect their eyes, white they drink hot liquids. What is worse is that inmates have no means to protect their eyes and skin, unused to the harsh desert sun, from damage by using sunglasses, ball caps, or in the case of those who are taking medications that make them sensitive to the harsh sunlight, a sun hat to protect them from harmful levels of sunlight exposure.

5. In the summertime it is worse. Because I am not allowed to wear a hat to protect my skin, nor sunglasses to protect my eyes, from the extremely intense sunlight, and because there is no ice water available to help mitigate the effects of the extremely high desert temperatures which can reach 160°F at ground level here. I have experienced heat exhaustion and extremely painful headaches. The ice water and the misters, which we are supposed to have access to, is frequently missing or inoperative, respectively.

6. Repeated exposures to these extremes of bright sun and cold and heat for four and even two hour periods in without appropriate protective clothing and structures in these conditions is not "recreation" and the SMU-1 staff knows it. The proof is that they clothe their own staff with appropriate outerwear and give them the appropriate hot or iced liquids to keep them warm or cool, they allow them to come inside to heated or air-conditioned spaces to take breaks when needed. Rather, this so-called "recreation" is really cruel and unusual punishment in it's current form, especially when temperatures are below 50°F or above 90°F.

(Continued next page)

| Signature | Date |
|---|---|
| | 07-05-16 |

—49—

"(Yokeis Yokeis)"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink- Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

902-7
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yokois, Douglas D. | 240776 | ASPC-E / SMU-1 | |

(Continued from page 3)

7. In order to resolve my problem, I require that you immediately perform the following action steps:

a. Bring the SMU-1 into compliance with the law and policy regarding the exposure of inmates to excessively high (>90°F) or, low (<50°F) temperatures. This should include, but not be limited to, providing inmates with the same weather-appropriate clothing options such as knit or ball caps or sun hats, thermal underwear jackets and sunglasses. Also maintain misters, install sufficient sun shades and wind barriers, and ice water or warm liquids such as coffee when appropriate. At minimum, create a "half-time" during which inmates can come inside from the elements if they cannot endure the full recreation period. Monitor inmates for signs of distress from the weather, and take appropriate corrective action such as removing them to the inside or contacting medical.

b. Conduct a D.O. 601 Investigation to determine why the SMU-1 is not in compliance with the law and policy on these matters.

c. Provide a copy of this Inmate Grievance, the D.O. 601 Investigation and the steps taken to correct my problem to the parties monitoring the SMU-1 staffs compliance with N.I. 326 and Parsons v. Ryan.

d. Take corrective administrative and disciplinary action to ensure continued compliance with policies and the law concerning this important problem.

e. I hereby reserve all forms of relief to which (continued next page)

Signature

Date: 02-05-16

"Gives Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

-50-

802-7
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yckois, Douglas D. | 240176 | ASPC-E/Smull-1 | |

(Continued from page 4) I may be entitled to under federal and state laws for the damages and injuries I have been forced to suffer at the hands of the aforementioned parties' actions or their failures to act, many of whom I do not know at this point in time, that were acting under ~~state~~ the color of state law in their official capacities as public officers or state employees, or outside the scope of their duties due to their own misconduct.

| Signature | Date |
|---|---|
| | 02-05-16 |

"Gifts Jackets"

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

Page 1 of 16



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | |
|---|---|
| *For Distribution:* Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. | |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Yokois, Douglas | 240176 |

| Institution/Unit | |
|---|---|
| ASPC-E-SMU I | 3B27 |

| From | Location |
|---|---|
| CO III  M. Smith | 3 B/C |

I have received your complaint Dated 01/11/2016 on 01/12/2016

Concerning: being left outdoors.

Due to the nature of your allegations, I an unable to resolve your complaint at the informal level. You have 5 working days from receipt of this response to file a formal grievance. End of response.

| Staff Signature | Date |
|---|---|
| | 1-28-16 |

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | ASPC-E SMU-1 | 01-11-16 |

| TO | LOCATION |
|---|---|
| COIII Smith | 3B/3C Counselor's Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

At SMU-1, I and other inmates are routinely placed out in the elements for four (4) hour continuous "recreation periods" without hats and coats in the rain and temperatures below 50°F.

Proposed Resolution: Since the implementation of D.I. 326 and the settlement of Parsons V. Ryan, Inmates who are not acclimatized to the extreme temperature swings of the Arizona desert are routinely placed outside in cages where the temperatures can be near freezing for a 4 hour recreation period, clothed in nothing more than a short-sleeve "T"-shirt and a pair of lightweight pants. This is in contrast to other custody levels, where recreation periods are only half the duration, and inmates can wear thermal underwear, knit caps and jackets, and can come inside halfway through the recreation period (level 4) or whenever they choose to (level 3 and below). Inmates are exposed to the elements in next to nothing, while COs huddle under a shelter with a windbreak, hats, jackets, gloves and hot liquids. What is worse, Inmates who are unused to the bright sunlight have no sunglasses to protect their eyes, and no sun hats or ball caps to keep themselves from excessive sun exposure.

In order to resolve my problem, I require that you immediately perform the following action steps:

1. Conform the SMU-1's policy of recreation with that of other custody levels where inmates are confined out in the elements by allowing/issuing weather-appropriate clothing such as thermals, knit caps, sunhats/ballcaps, jackets and sunglasses as optional clothing. 2. Allow inmates to come inside halfway through the recreation period, or if they are showing distress from the weather,

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 01-11-16 |

| Have you discussed this with institution staff? ☐ Yes ☐ No |
|---|
| If yes, give the staff member name: |

- 53 -

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

Exhibit 3

 **ARIZONA DEPARTMENT OF CORRECTIONS**

| | For distribution:   Copy of corresponding Inmate Letter must be attached to this response. |
|---|---|

**Inmate Letter Response**     (1-4-37)

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Yokois, D | 240176 |

| INSTITUTION/UNIT |
|---|
| Eyman SMU - 1 |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| Moore, B COIII | SMU 1 |

In regards to Keefe and step increases.  Keefe's computer is updated by AIMS (DOC computer program).  When I update AIMS with an increase in step, Keefe's computer receives that update to their system.  I was told by Keefe worker Rash that their system updates once a week on Thursday.  So Keefe can tell when a step level increases or dereases to allow for more store.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| 9022 | 5/11/16 |

Distribution:   Original – Master File
                Copy - Inmate

916-2(e)
5/14/12

Exhibit 4

```
07:22 AM                    KEEFE COMMISSARY NETWORK SALES          PAGE: 1 OF    1
06/03/2016         P.O BOX 17490, St Louis, MO 63178-7490          SHIP FROM: 325

        NAME: YOKOIS, DOUGLAS D.                    CPR : 101661214
       NUMBER: 240176                           BEG FUND BAL: 1,549.39
FACILITY NUMBER: 16406(28702P-001)                ORDER DATE: 06/03/2016
BLOCK: SMU E   TIER: W61A   CELL: 537B               ORDER : 6133442
   FACILITY NAME: A S P EYMAN FLORENCE
```

| BAY | SEQ *ALIAS | QTY | UOM | DESCRIPTION | ITEM# | PRICE | TOTAL |
|-----|-----------|-----|-----|-------------|-------|-------|-------|
| KA2 | | | | | | | |
| | 0448 | 1 | EA | 25/CT PLAQUE REMOVER | 21038 | 0.36 | 0.36 |
| | 0473 | 1 | EA | ALEVE 24/CT | 22370 | 4.79 | 4.79 |
| | 0845 | 3 | EA | FILE FOLDER | 2430 | 0.05 | 0.15 |
| | 1007 | 6 | EA | AZ PRE-ADRSD MANILA ENV | 5454 | 0.12 | 0.72 |
| | 1060 | 2 | PAD | 8.5 X 11 LETTER PAD WHT | 20235 | 1.01 | 2.02 |
| | 1075 | 3 | EA | PENCIL (GOLF TYPE) | 20462 | 0.02 | 0.06 |
| | 1158 | 1 | EA | ARROW HEAD ERASER | 21138 | 0.02 | 0.02 |
| | 2011 | 4 | EA | KF DECAF(C)LRPK W/ZINE | 7024 | 2.83 | 11.32 |
| | 4637 | 1 | EA | POCKET FOLDER | 22571 | 0.25 | 0.25 |
| | 6016 | 5 | EA | LIME CHILI W/SHRIMP RAM | 1347 | 0.59 | 2.95 |
| | 6262 | 8 | PK | MAYONNAISE 12PK | 6510 | 0.97 | 7.76 |
| | 6628 | 4 | EA | C/A SLICED JALAPENO 12O | 355 | 1.45 | 5.80 |
| | *0980 | 20 | EA | PRE-PRNTD ENV-WATR ACTV | 24898 | 0.58 | 11.60 |
| WFAEY | | | | | | | |
| | *2989 | 4 | EA | BAG OF ICE | 2366 | 2.10 | 8.40 |

```
PROPERTY ITEMS TO BE DELIVERED FROM PROPERTY OFFICE
        7045     1  EA  PROPERTY ITEM     5306801099     1.87     1.87

REJECTED ITEMS
        ALIAS    QTY    DESCRIPTION              REASON
        6016     15     LIME CHILI W/SHRIMP RAMEN  Exceeded Spending Group Li
```

```
+-------------------------------------------------+          SUBTOTAL      68.07
! I=Invalid(NotOnMenu) B=Backordered C=Cancelled  !          SALES TAX      1.63
! N=NotAvailable/Sub   S=Substituted V=NonInventory!          ORDER TOTAL   69.70
+-------------------------------------------------+
                                                             END FUND BAL  1,489.69
LIST ITEM# OF SHORTAGES AND/OR DAMAGES    QTY      CATEGORY/DESCRIPTION


SIGNED _____        DATE _____

WITNESSED BY _____       DATE _____
```