IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Motion to Withdraw James Duff Lyall as Counsel of Record for the Plaintiffs (Doc.1639) and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Withdraw James Duff Lyall as Counsel of Record for the Plaintiffs (Doc.1639) and removing James Duff Lyall as counsel of record for the Plaintiffs.

Dated this 19th day of July, 2016.

_____
David K. Duncan
United States Magistrate Judge