James Sanchez 61919
P.O. Box 3600
Buckeye, AZ
    85326

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCiv 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 21 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons et. al.
        Plaintiff
vs.

Department of Corr.
Ryan,

Motion for Order
For Defendants
Compliance with
Directors Instruction
#326

CV-12-00601-PHX-DKD

Plaintiff is a member of the Class Parson v. Ryan.

Plaintiff has been Confined to (ADOC) RAST-Max-Lewis Facility in Buckeye Arizona.

Plaintiff has been held in the Max-Facility Since April 28, 2016.

Plaintiff has been classified as a STG Debrief renounced inmate.

Plaintiff arrived from another out of State Facility and has since completed the required programming and educational programs required to progress in the Step down program.

and has been denied to receive a lower step despite being compliant and being disciplinary violation free.

The policy has specific step down requirements and until they are met the class members remain as a step 1. Despite guidelines and requirements being met by plaintiff to progress in status, the defendants are not complying with the guidelines set fourth by/in the agreement.

Plaintiff has written several letters to defendants regarding his status to include personally speaking to CO IV Compton. The Coordinator for the Steps Program, He stated He would look into it. On 7/1/16. To date no action has been taken. Plaintiff again spoke to the CO III Sherette who has stated on several occasioos since Early may 2016. That He has sent emails to CO IV Compton and that it was up to him to approve and give plaintiff his step. This has gone on since 3/28/2016. Plaintiff should be a Step III by now and has exceeded beyond the 90 day time to enjoy Additional incentives. Such as Contact Visits, Food additional privileges. etc. all these are being denied to plaintiffs in RAST-MAX despite Plaintiffs being compliant.

Further, Defendants Cpt. Kurtoff, Lt. Hudson CoIV Compton, and other Defendants continue to violate the conditions agreed to within the Order for Compliance.

When inmates comply and meet Step II and/or Step III Plaintiffs are entitled to receive recreation 1.5.1.3. 7.0/8.0/

The Step matrix program establishes plaintiffs in Step II and III will be permitted to have recreation time in a Larger recreation area yet defendants continue to put plaintiffs that are, and have been approved for the recreation enclosures 20x40 basketball enclosures. Defendants are putting up to 20 and 30 inmates at one time in the enclosures one time a month and forcing all Step II and III prisoners to go into other 10x10 cages two in one cage even if the cell mate is a Step II or III and as myself im a Step I and have been put in a Step 1 cage 10x10 with another Step II or III inmate. (These cages are designed for 1 inmate Not two) Defendants claim these orders are from the Captain and this is done due to them Not having enough room due to the cages being with Misters that dont work, this has been ongoing as well for Months because they're Not being fixed.

Defendants continue to violate the recreation and incentives requirement.

There are several other items not being complied with. Plaintiff has made every effort to informally resolve the issues to no avail. This includes writing letters to 1601 W. Jefferson, Legal Services to get intervention

The grievance process has become dysfunctional and grievances for compliance go unanswered and no corrective action is taken.

Plaintiff has address' the personell in writing and No One ever responds, This has included, Plaintiffs letters and grievances being sent back to plaintiff unanswered.

The ~~Plaintiff~~ Defendants do not issue prisoners any orientation or directives upon arrival to RAST-MAX facility. Prisoners do not become aware of the Step program by orientation or some form of staff assistance. Plaintiff are forced to learn what is expected of them by other prisoners. This can easily be evidenced by reviewing a signature of all the new arrivals here at RAST-MAX, No Orientation is ever given which requires signature,

Plaintiffs arrive to the RAST-MAX facility and are <u>Not</u> given eating utensils. Sack lunches are given for breakfast and a Dinner tray at Night.

However the Kitchen does Not issue Sporks to eat with. The defendant's are Suppose to issue a plastic spoon supposedly, but it's Never done, and only discovered by the inmate after asking why No Utensils are ever issued. Only after weeks, then will a Spoon And cup to drink from be issued. This occurs with all New arrivals.

Further, when a inmate arrives at RAST-MAX. Defendants do not issue any clothing Blankets, Sheets, Pillows or basic hygeine Kit, Suchas a toothbrush, Soap or wash cloth, Towel. etc.
This practice Continues and Nothing is being done to correct this Neglect. This can also be evidenced by reviewing a clothing form signed by any inmate arriving here Never done.

Prisoners are sitting in cells for months without exchange of clothes, or Hygieve, eating Utensils Due to this. Staff here dont have any Management to correct these ongoing violations.

On 7/12/16 several inmates including myself addressed a Lieutenant during our step 1 recreation Lt. Hudson. regarding None of us being provided with state issue Bedding clothing, or hygiene items as New arrivals and No responses being given. Lt. Hudson's response was that "she could Not issue us what she didn't have". I explained to her that I had been here going on (4) months and That sanitation officer Wilkenson stated he did not have specific sizes of clothes and She stated "well we dont have Nothing, That, Due to Her Not being given any money to buy the stuff to issue."

This has continued here and (Doc) defendants continue to Neglect these issues and fail to take any action to correct it. Every inmate is simply told "oh we dont have anything to issue" and thus leaving plaintiffs to sit with Nothing. This occasionally includes being denied a mattress. Plaintiff has written to (Doc) personell and No action is taken.

See attached Exhibits from Clothing/Sanitation.

Additionally plaintiffs are still not being given additional out of cell time for dayroom access. Wherefore Plaintiff request and move this court for an order for Compliance Respectfully, submitted This 18th day of July 2016. *[signature]*
Plaintiff

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter Response

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| SANCHEZ | 061919 |

| INSTITUTION/UNIT |
|---|
| ASPC LEWIS RAST UNIT    3B6-4 |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| WILKINSON, N  COII | SANITATION |

The clothing and /or bedding you requested:

[X] Not available/in stock at this time.

[ ] Were issued to you on _____.

[ ] This is only available through medical.

[ ] This is available through store purchase only.

[X] Not allowed at this custody level.  Trash bucket

[ ] Other:


EXHIBIT-A-


| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature]  445 | 5/12/16 |

Distribution: Original - Master File
Copy - Inmate

916-2(e)
5/14/12



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Sanchez James A. | 61919 | F-SMU-III | 5/2/16 |

**To:** Wilkinson.
**Location:** 3B-Pod 6 - cell 4

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I arrived here on 4-28-2016. I was not given any Of the Clothes, Boxers, Pants, Socks, Washcloth anything. I have only the Clothes I wore to here. My property was issued. Today, But No Clothes. No Utinsils either.

I spoke to property officer and I was told to write to you. No utensils or pillows were issued, Either. I would appreciate your assistance. Thank you.

| | |
|---|---|
| 3X Boxers | Need Trash Bucket. |
| 2X T Shirts | and chair to sit on. |
| 40 36. Pants | |
| Socks | |
| Shoes | |

**INMATE SIGNATURE:** J Sanchez
**DATE (mm/dd/yyyy):** 5/2/16

Have You Discussed This With Institution Staff? ☒ Yes ☐ No
If yes, give the staff member's name: