James Sanchez 619191
ASPC RAST-LEWIS
P.O. Box 3600
Buckeye, Arizona
85326

Clerk of the Court
United States District Court of
Arizona.
401 W. Washington St.
Suite 130 SPC 1
Phoenix, Arizona 85003-2118

Indigent
Legal Mail

RECEIVED
JUL 21 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. POSTAGE >> PITNEY BOWES
ZIP 85326
02 1W
0001395104 JUL 18 2016
$ 000.67