James Sanchez 61919
P.O. Box 3600
Buckeye, AZ
85326

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRWS.1
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
JUL 21 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons et. al.
           Plaintiff
vs.

Department of Corr.
Ryan,

Motion for Order
For Defendants
Compliance with
Directors Instruction
#326

CV-12-00601-PHX-DKD

Plaintiff is a member of the class Parson v. Ryan.

Plaintiff has been confined to (ADOC) RAST-Max-Lewis Facility in Buckeye Arizona.

Plaintiff has been held in the Max-Facility since April 28, 2016.

Plaintiff has been classified as a STG Debrief renounced inmate.

Plaintiff arrived from another out of state facility and has since completed the required programming and educational programs required to progress in the step down program.