July 18, 2016

Your Honor;

CV 12-601-PHX-DKD

At A.S.P.C. Perryville, Santa Maria, Lumley, San Pedro and Santa Cruz, utilize swamp coolers. Currently our cells are 90+ degrees with severe humidity.

Under the Parsons v. Ryan settlement agreement, SMI inmates on certain medications have to be housed in 85° and under. So over a month ago, I guess in an attempt to comply with this agreement, at 7:00 p.m each night, SMI inmates were instructed to take their mattress to visitation with the A/C to sleep on the floor.

Inmates Robin Farr and myself are SMI and were placed on this list to sleep in visitation. However, both of us are ADA classified by the Department of Corrections and due to our disability we can not be housed on the floor of visitation. As an accommodation, we asked for an A/C unit for the ADA Pod. Instead, ADC stopped all inmates from going to visitation.

①

WE ARE ASKING THAT ADC COMPLY WITH THE SETTLEMENT AGREEMENT AND ACCOMODATE THE SMI'S WHO ARE ALSO ADA INMATES.

SINCERELY,

[signature]

# Duty/Special Needs Order - Inmate Health

| Date Issued | Expiration Date |
|---|---|
| 11/25/15 | 11/24/16 |

✔ **Check the Appropriate Category**
- ☐ Full Duty
- ☒ Limited Duty
- ☐ Non-Duty/No Work
- ☐ Lay in/Confined to living quarters with bathroom privileges

**ENSURE ALL LIMITATIONS ARE COMPATIBLE**

**Inmate Limited Duty** (✔ Check only those that apply)
- ✔ No lifting, No pushing, No pulling, No running
- ✔ No lifting over ✔ 10 ___ 20 ___ 50 ___ pounds
- ✔ No repetitive bending/twisting body part (L) arm / hand
- ☐ No repetitive motion to injured part Body Part ___
- ☐ No work reaching above the shoulder
- ✔ No operation of a motor vehicle
- ✔ No climbing ✔ ladders ___ stairs
- ✔ No operation of machinery or power tools
- ✔ No off-complex work assignments
- ✔ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- ✔ No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

**Other Limitations of Daily Activity** (✔ Check only those that apply)
Yes = Inmate is able to    No = Inmate is unable to

- ✔ Yes ☐ No — Meals in Living Quarters
- ☐ Yes ☐ No
- ☐ Yes ✔ No — Field Activities ___ day(s)/week(s)
- ✔ Yes ☐ No — Walk Track
- ☐ Yes ✔ No — Sports Activities ___ day(s)/week(s)
- ✔ Yes ☐ No — Visitation
- ☐ Yes ☐ No — Other ___

**Additional Considerations**
Quad cane (4pt), Arm sling, orthopedic shoes

**Medical Property Issued**
Extra blanket, extra mattress

**Medical Property to be Returned to Clinic by:**
Wheelchair to all.

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

Workday Capacity
- Can sit ___ hours/day or consecutive hours
- Can stand ___ hours/day or consecutive hours
- Can walk ___ hours/day or consecutive hours

☒ Other Limitations/Considerations (Explain)
Wheelchair for long distances, Toilet seat riser also needed

**Restrictions**
- 001 CORRID
- (002) L BUNK
- 003 TUCSN
- 004 FLO/EYM
- 005 NO STAIR
- 006 CLSE - DIN
- 007 CLSE - BTH
- 008 NO TENT
- (009) ADA SHWR
- 010 ADA PRTR

**Medical Score - Circle One**    1    2    3    (4)

**ADA**    ✔ Yes    or    ☐ No

**Provider Signature/Date** [signature] 11/25/15

**Inmate Signature/Date** [signature]

Distribution:
White - Medical Record
Canary - Unit Chief of Security
Pink - Inmate

**Inmate Name** (Last, First M.I.) [illegible]
**ADC Number** [illegible]
**Date of Birth** 11/4/62
**Facility/Unit** [illegible]

1101-60
12/19/12



PHOENIX AZ 852

20 JUL 2016 PM 6 L

**RECEIVED**

**JUL 2 2 2016**

**DAVID K. DUNCAN**

U.S. DISTRICT COURT
ATTN: HON. DAVID K. DUNCAN
401 W. WASHINGTON
PHX. AZ 85003

85003-211799

**INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate _Jerry Smith_
ADC# _196983_
Arizona State Prison Complex _Perryville_
Unit _Santa Cruz  9-4EA_
_YOB 3100_
City _Goodyear_  AZ _85338-0904_

**LEGAL MAIL**