IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**             DATE: August 1, 2016

Title: Parsons et al vs. Ryan et al
       Plaintiffs     Defendants
=====================================================================

HON:   David K. Duncan              Judge # 70BL/DKD

       Caryn Smith                  CourtSmart
       Deputy Clerk                 Recorded

**APPEARANCES:**
David Fathi, Donald Specter and Maya Abela appearing telephonically and Kirstin Eidenbach for Plaintiffs

Daniel Struck, Timothy Bojanowski, Ashlee Fletcher and Lucy Rand for Defendants with Corizon Health representatives Jennifer Finger, Jessica Lee and Cindy Black appearing telephonically

=====================================================================
**PROCEEDINGS:**    X   Open Court       _____ Chambers       _____ Other

This is the time set for Status Conference regarding Plaintiffs' counsels' access to class plaintiffs' electronic medical records. Defendants present a written proposal from Corizon Health with a statement of work regarding the eOMIS access to electronic medical records. Discussion is held regarding time of implementation and time of response. IT IS ORDERED the parties shall share the cost of putting the access into place. Further discussion is held regarding the Court's view that the parties should continue to evaluate whether silo access is the most efficient manner of access. Defendants agree to provide for Plaintiffs' IT people to talk with Marquis' IT department.

Discussion is held regarding Plaintiffs' recent Motion to Enforce Stipulation (Doc. 1625). Parties are advised that Judge Buttrick will retire August 16, 2016, and there will need to be a new mediator put into place upon his retirement. The parties will meet and confer to discuss how best to proceed and may contact the Court via conference call if helpful.

Court hears follow-up discussion regarding certain class members' mental health classifications. It appearing that the State will produce the requested discovery in two weeks, this particular issue may be resolved.

2

The Court hears Plaintiffs' request for regular status conferences to address logistical and other various miscellaneous issues that arise in this matter.  The Court agrees to set telephonic conferences on a regular monthly basis for 30 minutes each.  The parties shall meet and confer to determine the best date and time on a regular basis that works for all schedules involved and to contact the Court's Judicial Assistant to have these dates placed on the calendar.

Time in court: 34 min (9:32 AM – 10:06 AM)