IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons et. al., ) | |
| ) | No.  CV-12-00601-PHX-DKD |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **SETTLEMENT CONFERENCE ORDER** |
| Charles L. Ryan et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties having contacted the Court, and good cause appearing,

IT IS ORDERED setting a Settlement Conference for Tuesday, August 9, 2016 at 9:30 AM before Magistrate Judge John A. Buttrick, courtroom 605.

IT IS FURTHER ORDERED that the parties shall submit a Joint Status Report to the Court no later than 5:00 PM on Monday, August 8, 2016.  The report shall not exceed FIVE (5) pages in length.

The Joint Status Report shall **NOT** be filed with the Clerk.  The Joint Status Report shall be delivered directly to the Sandra Day O'Connor Clerk's Office or e-mailed to the undersigned's ECF mailbox (Buttrick_chambers@azd.uscourts.gov).

DATED this 4th day of August, 2016

_____
JOHN A. BUTTRICK
United States Magistrate Judge