1
2
3
4
5
6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;       No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci;            **[PROPOSED] ORDER
10  Joseph Hefner; Joshua Polson; and Charlotte         GRANTING UNOPPOSED
    Wells, on behalf of themselves and all others       MOTION FOR EXTENSION
11  similarly situated; and Arizona Center for          OF TIME TO FILE REPLY**
    Disability Law,
12
                        Plaintiffs,
13
            v.
14
    Charles Ryan, Director, Arizona Department of
15  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
16  Department of Corrections, in their official
    capacities,
17
                        Defendants.

18
            The Court, having reviewed the Unopposed Motion for Extension of Time to File
19
    Reply, and finding good cause, hereby **GRANTS** the Motion.  Plaintiffs shall have up to
20
    and including Friday, August 12, 2016 to file their Reply in support of the Motion to
21
    Enforce the Stipulation (Doc. 1625).
22
23
24
25
26
27
28