IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>　　　　Plaintiffs,<br>v.<br>Charles L. Ryan, et al.,<br>　　　　Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

　　　　The Court having reviewed the Unopposed Motion for Extension of Time to File Reply (Doc. 1648), and upon good cause shown,

　　　　**IT IS HEREBY ORDERED** granting the Unopposed Motion for Extension of Time to File Reply (Doc. 1648). Plaintiffs shall have up to and including Friday, August 12, 2016 to file their Reply in support of the Motion to Enforce the Stipulation (Doc. 1625).

　　　　Dated this 4th day of August, 2016.

_____
David K. Duncan
United States Magistrate Judge