| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | Daniel J. Pochoda (Bar No. 021979) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: kbrody@acluaz.org |
| | Email: dpochoda@acluaz.org |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen, Stephen* |
| 6 | *Swartz, Dustin Brislan, Sonia Rodriguez,* |
| | *Christina Verduzco, Jackie Thomas, Jeremy Smith,* |
| 7 | *Robert Gamez, Maryanne Chisholm, Desiree* |
| | *Licci, Joseph Hefner, Joshua Polson, and* |
| 8 | *Charlotte Wells, on behalf of themselves and all* |
| | *others similarly situated* |
| 9 | |
| | **[ADDITIONAL COUNSEL LISTED ON** |
| 10 | **SIGNATURE PAGE]** |
| 11 | Sarah Kader (Bar No. 027147) |
| | Asim Dietrich (Bar No. 027927) |
| 12 | **ARIZONA CENTER FOR DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 13 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 14 | Email: skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 15 | *Attorneys for Plaintiff Arizona Center for Disability* |
| | *Law* |
| 16 | **[ADDITIONAL COUNSEL LISTED ON** |
| | **SIGNATURE PAGE]** |
| 17 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 20 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | **No. CV 12-00601-PHX-DKD** |
| | | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS** |
| 24 | Plaintiffs, | |
| | v. | |
| 25 | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| | Defendants. | |

Pursuant to Local Rule 83.3, Kathleen E. Brody of the ACLU Foundation of Arizona hereby enters her appearance as co-counsel of record for the Plaintiffs.

Dated this 8th day of August, 2016.

By: *Kathleen E. Brody*
Kathleen E. Brody
Daniel J. Pochoda
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

**PRISON LAW OFFICE**
Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
1917 Fifth Street
Berkeley, California 94710

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)
Jamelia Natasha Morgan (N.Y.5351176)
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475

John Laurens Wilkes (Tex. 24053548)
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939

Jennifer K. Messina (N.Y. 4912440)
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2016 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

                                    /s/*Kathleen E. Brody*
                                    Kathleen E. Brody