To: Magistrate Judge David K. Duncan        7-5-16
From: LeRoy Montoya #238802
Re: Parsons V. Ryan
    No. CV 12-601-PHx-DKD

☑ FILED        ☐ LODGED
☐ RECEIVED     ☐ COPY

AUG 0 4 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv P 54
PERSONAL (Rule Number/Section)

        Good morning, my name is LeRoy Montoya and i
am presently incarcerated in an Arizona State prison.
        I was reading the Transcript for the Fairness
Hearing (dated 2-18-15 @ 1:34 pm). I have been trying to
receive a copy from ADOC library for about 10 months and its
one excuse after another. I have been unable to receive a
copy of the transcript for the Fairness Hearing. I wrote
the Prison Law office and they sent it that very week.
        Mr. Specter stated: "As far as the comments go,
the Plaintiff class members submitted over 200 comments,
as you well know. Even though it's less than 1 percent of the
33,000 prisoners," etc. (i.e. page 10, lines 1-3), then you your
Honor, quote: "The second point that is one that I would echo
that was made by plaintiffs' counsel, and that is that the
that the proportion of criticism is, although each of the
opinions is important, the overall number against those for
whom the notice was provided is low. It is 1 percent,
and so it would seem that it is not fair to say that there
was an overriding outcry of protest." (i.e. page 36, lines 9-
15). As a convict who has been incarcerated for approx.
3,470 days, let me explain "why" there is not an overriding
outcry of protest."

①        SCANNED

1. In fear of retaliation (i.e. to get revenge) from ADOC, staff, C/O's, C.O. 3's, C.O. 4, ADW, DW, Warden and Director Ryan.

2. No trust in the Justice and/or ADOC system.

3. Alot of convicts are not aware of Parsons v. Ryan lawsuit. And "do not" understand.

4. Alot of convicts are illiterate (i.e. having little or no education; unable to read or write; showing a lack of familiarity with the fundamentals of a particular field of knowledge). And

5. A huge percentage of convicts (i.e. approx. 50% or more) are youngsters in great health and/or do not have a very long sentence to serve in prison.

That being said your Honor, the 1% is a very small majority (i.e. a number greater than half of a total), however that 1% of convicts are human beings (i.e. having human form or attributes), and we have the 23 DNA identifications, just like every other human being on this planet! This prison treats us convicts as if we are "anthropomorphism," please do not do that your Honor? this prison is antinomian when it comes to Health Care, Dental, mental health, etc.

This prison (i.e. ADOC), Corizon, the Justice System, etc. are broken and i believe at our expense, nothing has changed much since this lawsuit started (march 22, 2012) more convicts will die, try and commit suicide and be much worse than before! However, i'm only in the 1% percent

②

of the prison population and there was not "an overriding outcry of protest," so therefore i'm just collateral (i.e. associated but of secondary importance) damage (i.e. loss or harm due to injury to persons, property or reputation).

Enclose are some situations that have occurred upon me, please take the time to read (Please don't thumb thru it)?!

I do appriciate your time.

thank you
Respeicfully submitted

<u>Re: Broken right hand or wrist ?</u>

1. Fight at Bachman unit (BDU), Jose Arias = 4-16-16

2. nurse wraps right hand = 4-16-16
   ✓ Letter to the supreme court = 4-17-16

3. Suppose to get x-rays, ice & medication on = 4-18-16 (didn't happen)

✓ 4. Kite to medical (Emergency) = 4-18-16

5. moved from Bachman (BDU) to Morey (mdu) iso. cell 2-B-26 = 4-19-16

✓ 6. Letter to Ben Brewer (Attorney) = 4-20-16

✓ 7. Kite to Medical (Morey-MDU) = 4-20-16

✓ 8. Informal to Co.3 Yazzie or BDU C.O.3 = 4-20-16

9. Moved from iso. cell 2-B-26 to iso cell 3-B-27= 4-21-16

10. moved from morey (iso cell 3-D-27) to Rast max. (4Cb-11) = 4-22-16

✓ 11. HNR = 4-22-16

✓ 12. HNR = 4-27-16

✓ 13. Letter to supreme court = 4-29-16

✓ 14. HNR (Emergency) = 5-4-16

✓ 15. Response to HNR (dated 4-27-16) = Recd. 5-5-16

16. went to see nurse = 5-5-16

✓ 17. my notes = 5-5-16

✓ 18. HNR = 5-16-16

✓ 19. Inmate Grievance (# ____) to I.G. Coordinator = 5-18-16

✓ 20. HNR = 5-23-16

✓ 21. HNR = 5-23-16

22. went to see the nurse again (they had to re-order x-rays again) = 5-23-16

✓ 23. my notes = 5-23-16

✓ 24. Response to HNR (dated 5-16-16) = Recd. 5-24-16

✓ 25. Letter Ben Brewer wrote Director charles Ryan (dated 5-20-16) = Recd. 5-24-16

26. went to get x-rays for right hand (it's been 40 days) = 5-26-16

27. went to complex medical for x-rays again (2nd. time) = 5-27-16

✓ 28. my notes = 5-22-16

✓ 29. HNR = 5-29-16

30. C/O comes to my cell (4C6-11) & tells me "all our of IBUPROFEN." @ 9:15am = 5-31-16

✓ 31. HNR = 6-2-16

✓ 32. Moved from 4C6-11 to 4C4-16 = 6-3-16

33. moved from 4C4-16 to 4C6-13 = 6-6-13

✓ 34. Response to my HNR (dated 5-29-16) "you are schedule for an appr." = 5-30-16 (Recd. 6-9-16)

✓ 35. Letter to ACLU = 6-1-16

✓ 36. Letter to Prison Law office = 6-1-16

✓ 37. Response to Ben Brewer letter (dated 5-20-16) from Vanessa Headstream (Program Evaluation Administrator Health Service contract monitoring Bureau) = 5-31-16 (Recd. 6-13-16)

✓ 38. Letter to Vanessa Headstream = 6-13-16

✓ 39. HNR = 6-13-16

✓ 40. Response to my HNR (dated 6-2-16) = Recd. 6-15-16

✓ 41. Health services communique (dated 6-7-16) = Recd. 6-15-16 Note: it states: "X-ray of Right hand on 5/27/16 fractures noted by Radiologist."

✓ 42. HNR = 6-16-16

✓ 43. Kite to medical = 6-20-16   Re: radiologist

✓ 44. Kite to medical = 6-20-16   Re: DR's name

✓ 45. Kite to FHA  = 6-20-16

✓ 46. Letter to Director Ryan = 6-20-16

✓ 47. I.G. response from Kataushia Thomas, msm. (dated 6-13-16) = Recd. 6-28-16

✓ 48. I.G. appeal (#L21-154-016) to Warden Moody = 7-4-16

49. Went to speak to the nurse = 7-5-16

✓ 50. my notes = 7-5-16

✓ 51. Letter & attachment to Magistrate Judge David k. Duncan = 7-5-16

✓ 52. Letter to Director Ryan = 7-5-16

✓ 53. Response to my HNR (dated 6-13-16) with medical release forms = 6-15-16 (Recd. 7-6-16)

②

✓ 53. Response to my HNR (dated 6-13-16) with medical release forms = 6-15-16 (Recd. 7-10-16)

✓ 54. Kite to DR. Taylor = 7-10-16

✓ 55. Letter to Daniel P. Struck w/attachments = 7-10-16

✓ 56. Inmate letter response from Vanessa Headstream = 7-1-16 (Recd. 7-12-16)

✓ 57. Letter from Prison Law office (Ms. Corene Kendrick) = 7-7-16 (Recd. 7-13-16)

✓ 58. Letter to Vanessa Headstream (Program Evaluation Administrator) = 7-13-16

59. Moved from 4C6-13 to 3B5-12 = 7-20-16

60. Moved from 3B5-12 back to 4C6-13 = 7-21-16

61. Went to see the nurse Re: my right hand = 7-21-16

✓ 62. My notes = 7-21-16

✓ 63. Response to my HNR (dated 7-7-16) = Recd. 7-22-16

✓ 64. HNR = 7-30-16

To: Supreme Court                                        4-17-16
From: LeRoy Maivia
Re: CR-2007-0058
        Ext. of Time

        Good morning. I was moved from:
ASPC Lewis, Buckley Unit 4-C-7
        P.O. Box 3400
        Buckeye, AZ. 85326
                To
        ASPC Lewis, Bauchman Unit (BDU)
        P.O. Box 3500
        Buckeye, AZ. 85326
On April 14, 2016.
        The ADOC prison set me up on this move
on 4-14-16 to this unit (its all documented). I got into
a fight, broke my right hand (my writing hand) & i'm
in the prison hole with none on my legal boxes, etc.
        I am requesting a motion to stay on my
PFR until my right hand is completly healed. Prisons
"do not give you pain medication". I have a deadline
on 4-18-16 on this case. I am mailing out this letter
on 4-18-16. That is the earliest they (i.e. prison staff)
can do my legal mail. Can you please send me a copy
of this letter?

                        Thank you
                        Respectfully submitted

Emergency

To: medical                                                    4-18-16

From: Leroy Monroe

Re: possibly broken right hand
       or wrist

          I was in a fight on 4-16-16,
I saw a nurse & she wrapped my hand
with an ace-bandage, she said it might
be broken because of the swollen, bruising,
discoloration, etc.

          The nurse said on Monday
morning i would get x-rays, ice &
medication for the pain. I had to wait
from Saturday (4-16-16) until now & its
8:17 pm. Look, i'm in severe fn pain,
i can't sleep, i think i have a fever
because i'm hot & then cold & i'm
sweating, i can't eat, i can't think
straight.

          This prison tried to set me up
with guy in my cell (Jose Arias).
It didn't work. I need medical
attention.

                              thanks

①

To: Ben Brewer                                    4-20-16
From: Leroy Monroy
Re: CR-2007-0058

        Good morning mr. Brewer. I hope
life is treating you good. hey, i don't
know what is happening to me. I'm
cold & then hot & chills. I can't sleep
or eat & I'm having a fever or some
thing. let me back up a minute.
        ok, since 1-21-16 until now, i've
been moved 8 times to different prison
units. 1st. Buckley unit (1-c-13) to Rast unit
        on 1-21-16.
        then from Rast closed to Stiener unit
(sDu) on 1-22-16.
        then from stiener (sDu) to morey
unit (mdu) on 1-23-16.
        then from morey unit (mdu) Back
To Buckley unit (4-c-24) on 1-24-16.
        then from Buckley unit (4-c-24)
back to Rast closed unit (iso. cell 2-D-26
on 1-29-16.                    RECEIVED MAY 1 9 2016
        then from Rast closed unit

②

(iso. cell 2-D-24) back again To Buckley
unit (4-c-7) on 2-2-16.

then the prison took all my legal
boxes, property, fan, T.v., hygene,
etc., then out of all 25 of my
legal boxes, the prison lost or
misplaced 1 of my legal box & it
happen to be the legal box, full of
all my legal books (worth approx.
$2,500 dollars worth). Funny huh?

then the prison asks me, "have i
learned my lesson?" mr. Brewer,
you know what i told them? i Told
them, "That's all you got!" ☺

then i'm moved From Buckley unit
(4-c-7) To Bauchman unit (BDU) on 4-14-16.

then For the 8th time, i'm moved
From Bauchman unit (BDU) To morey unit
(iso. cell 2-B-16).

Oh yeah, there of course is more
To This storye I had a celly when
i was at Buckley unit (4-c-7). And on
4-12-16 in the morning, my celly (Jose
Avona) when the c/o's pick up The
breakfenst trays they open are cell door

(3)

& Jose Arias exited the cell & refuses to go back into the cell. He told the C/O's that i had a pico (shank) & that i was going to kill him. The C/o hit the panick button & hit my cell back. They found a pico on my bunk. Mr. Brewer, i did not have one. Jose Arias put it in my bunk area. I'm put on report & bunch of other drama

On 4-14-16, i was moved from Buckley Unit (4-C-7) to Bauchman (BDU), but 1st. the van has to go pick up some other convicts at Rast-closed prison. Guess who is coming on the van with us to Bauchman (BDU). Yes, sir. Jose Arias. I know the game in prison. This prison does set convicts up. The C/O's are placing there bets to who survive's, who wins, who loses & so on. Like i tell everyone "I only look like this!"

Mr. Brewer, they cell us up together on 4-16-16. Short story long or long story short. It wasn't a good day for Jose Arias. I think i broke my right hand or wrist. That is what the nurse said.

②

since it was on a saturday, the prison
let me suffer until monday (4-18-16)
To see The Doctor, get x-rays, ice,
& pain medication.

Well, its 4-20-16 & no medical
care yet, I'm now at morey unit in
an isp cell, freezing cold, no blanket,
no sheet, nothing. I'm in pain,
i think i'm going delirious, my
hand is swollen about the size of
a grapefruit in 1/2. The nurse said
because of The swelling, bruising &
discoloration it might be broken.

I'm like, "you think" I've
been in enough fights & broken enough
bones To know when something is
broken.

I'm going To Try & get this
letter out thru this convict. its a
50/50 chance.

Mr. Brewer, can you write warden
moody & especially Director Ryan & see
if i can receive medical attention for
my right hand, please. Sorry about the
sloppy writing. No glasses & broken hand.

P.S. Please
a copy
of this
letter.
Thanks

To: Medical (Morey-MDU)          4-20-16
From: LeRoy Montoya
Re: Medical care for broken right hand!

          Good morning. I was at Bachman
(BDU), got into a fight I was suppose
to get x-rays, ice, & medication. It
did not happen. I was moved from BDU
To here on 4-19-16. I'm in an iso cell
(28-26). Its freezing fro cold, no blanket,
& I'm in Fro pain. I need ro see the
Doctor.

                    Thanks

Informal To Co.3 Yazzie or BOU Co.3          4-20-16
location: Bachman unit (BOU)

        I am informally trying to resolve this
problem? I was in a fight on 4-16-16. I was
seen by the nurse. She wrapped it. She said
~~it was right to~~ my right hand or wrist might
possibly broken because of the swollen, bruising
& discoloration. She said monday (4-18-16), i
would get x-rays, ice, & medication. It has
not happen. I need medical care for my
right hand. I'm in severe pain, i can't
sleep, i can't eat, i can't think. I'm
requesting x-rays, to be seen by the Doctor
& medication for the fn pain! I've sent
HNR's (no help), spoke to nurse (said "put in an HNR").
                                    Thanks



**Health Needs Request (HNR)**

Date: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | | 238802 | 4-22-16 |

| CELL/BED NUMBER/CELDA NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6B | Rastrax | 5 | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige que diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria. (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below/AREA DE INTERES (Marque Un Espacio Solamente)   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

Good morning, I just got here last
nite (4-22-16). I have my sight harder i
have received no medical attention I'm in
pain + i cant sleep very well because of
the pain. thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/19/12

SECTION 4, HNR

To: Supreme Court                          4-29-16
From: Leroy Montoya
Re: CR-2007-0058
    CR-2007-0343

    Good morning: I need a 90 day
ext. For both above cases. For the
following reasons:
    1. I broke my right hand & i'm
right handed.
    2. The prison took all my legal
boxes & will not give them to me.
    3. The prison lost all my legal
books. (approx. #2,500 dollars worth).
    4. The prison took & lost my reading
glasses & regular glasses.
    5. The prison paralegal mrs. ulibarri-
Ruiz still denies my legal copy requests.
    6. I have receive no medical attention
medication, etc. for my right hand & i am
in severe pain. I can't sleep & i can't
stay focus on my legal work because of
the pain.
    7. I have no pens, writing paper,

RECEIVED MAY 1 9 2016

①

legal supplies, etc., to even do my legal
work properly. And,
       8. I'm now in a lockdown prison
unit (Rast max. smu 2), lockdown 24/7,
with no human contact.

       I have not been receiving any
of my mail for 2 weeks or so.
       I know i have deadlines with this
court on CR-2007-0052 & CR-2007-0342
       I need a 90 day ext., stay, or
dismiss this case without prejudice.
       I am at a disadvantage right now.
Please grant my request.

                          Thank you
                          Respectfully

②

my new Address:

ASPc Lewis, Rast max.
P.O. Box 3600
Buckeye, AZ 85326

③

Date _____
Time _____
Initials _____

*Emergency*

## SECTION I/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 218842 | 5-4-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| HCL-11 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). (Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION II/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☐ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue used in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning I have four HNR's regarding my broken
right hand or wrist. I'm in pain. circle Yes-you will help or
NO-go screw yourself?!

          Yes, I will help    or
            NO, go screw yourself?!         Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying the fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (exceptuando las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

**INMATE SIGNATURE/FIRMA DEL PRISIONERO**

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA**  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
                             Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/19/12

SECTION 4, HNR

ARIZONA DEPARTMENT OF CORRECTIONS
**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

SCANNED

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 4-27-16 |

| CELL/BED NUMBER/CELDA Y NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-4 | Rast max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT/ Describe your medical/dental treatment issue/need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA/ Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning. I was told i would get
x-rays, check up & medication for my right hand,
(ie. right hand broken). That has not happened
its been over 1 week & i'm still in pain daily!
Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | 7:35 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN |
|---|
| Schedule Nurse line |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | 4/28/16 | 11 AM |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/10

SECTION 4, HNR

Note:                                    5-5-16

① I saw the nurse. she looked at my hand & wrist.

② put me on line for x-rays & for DR. to look at my right hand & wrist.

③ she said it should take a few more days until i get x-rays & see DR.

④ The Swollen has gone down alot; still hurts. I can sleep a little better; im eating now. it has been approx. 19 days with no medical help from ADOC.

⑤ I guess they circled yes on my HNR!

**Health Needs Request (HNR)**

Time: _____

Initials: _____

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)*

Morrain, Leroy

ADC NUMBER/NÚMERO DE ADC: 238802

DATE/FECHA *(mm/dd/yyyy)*: 5-16-16

CELL/BED NUMBER/CELDA NÚMERO DE CAMA: 4C6-11

UNIT/UNIDAD: Rast max

P.O. BOX/APARTADO POSTAL: 3600

INSTITUTION/INSTALACIÓN: ADC: Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)

[X] Medical/Médico  [ ] Dental  [ ] FHA

[ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning. I believe i broke my hand or wrist on 4-16-16. I've put in HNR's at BDU & more now i am here. I was seen by the nurse on 5-5-16. I was told i would see the Dr. & get x-rays. It has been 11 days I'm still in pain & how long does it take? It has been 30 days since i broke my hand & no medical care yet.

I understand that, per ARS 31-201.01, I will be charged a State Health Services fee *(excluding exemptions granted by statute)* for the visit, that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO: *(signature)*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA

[ ] Medical/Médico  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA

[ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other *(specify)/Otros (especifique)*

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA *(mm/dd/yyyy)*

TIME/HORA

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA *(mm/dd/yyyy)*

TIME/HORA

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

*"i did not receive a Timely response from the C.O.3 per. D.O. policy."*

| | |
|---|---|
| RECEIVED BY | *Reyes* |
| TITLE | *CO II* |
| BADGE NUMBER | *12247* |
| DATE (mm/dd/yyyy) | *5/18/16* |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| *Montoya, LeRoy* | *238802* | *5-12-16* |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| *Lewis, Rast Max.* | |

TO: GRIEVANCE COORDINATOR  *< 9 pages attached to this grievance >*

**Description of Grievance** (To be completed by the inmate)

*Good morning. I did not receive a response from the C.O.3 at Bachman unit (BOU).*
*I got into a fight on 4-16-16. The nurse said my hand / wrist might be broken. I was suppose to see the Doctor on 4-18-16 for exam, x-rays, ice & pain medication. It did not happen. I am requesting to see the Dr. I'm still in pain, etc.*

*Thank you*
*Respectfully submitted*

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

*Kite to medical (emergency) on 4-18-16, (no response). Kite to medical on 4-20-16, (no response), informal to C.O.3 (no response). HNR on 4-22-16, (no response), HNR on 4-27-16 & 5-4-16, (no response). Saw nurse on 5-5-16 to get x-rays & pain medication & new ace bandage. Thank you*

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | *5-12-16* | | |

**Action taken by Documentation of Resolution or Attempts at Resolution.**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date:

Time:

Initials:

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 5-23-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4Cb-11 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☑ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning. I would like to speak to the Director of
mental health (Dr. Leonard) regarding medication. I'm depressed
frustrated, etc.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 5-23-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| NC6-11 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCIÓN II

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☑ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

Good Morning. I would like to speak to the psyche guy, please?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

NOTES:                                                    5-23-16

① Went to see the nurse for a second time regarding my right hand.

② The nurse had to re-order x-rays for my right hand.

③ Nurse gave me a bottle of IBUPROFen.

④ It has been apprex. 37 days & no x-rays, no medication for the pain, i have not seen the Doctor & no ice.

⑤ I explain to the nurse at nite & when i wake up, i still have pain in my right hand & its like in the inside of my palm & fingers. the nurse Said: "your hand is healing & it might be healing wrong & if thats the case it will have to be re-broken and set."

⑥ still a little frustrated with medical & the prison about how long it is taking for medical care. I'm glad a broken hand and/or wrist with severe swollen & bruising is not an "emergency" to this prison! " Funny huh?



**Health Needs Request (HNR)**

SCANNED

Initials: _A_

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, LeRoy | 238802 | 5-16-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-11 | Rast max. | 3600 | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**ÁREA DE INTERÉS** (Marque Un Espacio Solamente)    ☒ Medical/Médico    ☐ Dental    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!

Good morning, I believe i broke my hand or wrist on 4-16-16. I've put in HNR's at BDU & more unit & also here. I was seen by the nurse on 5-5-16. I was told i would see the DR. & get x-rays. It has been 11 days. I'm still in pain & how long does it take? It has been 30 days since i broke my hand & no medical care yet!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMÁS EN EL BUZÓN PETICIÓN DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA**    ☒ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN | | |
|---|---|---|
| *You are Schedule for an appointment* | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | 5/19/16 | 2pm |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                              Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/19/12

SECTION 4, HNR

**THE BREWER LAW OFFICE**
Benjamin M. Brewer, Esq.
*Certified Specialist in Criminal Law*
911 E. Deuce of Clubs, Show Low, AZ 85901
brewlaw@hotmail.com

928-537-3262 tel.
928-537-3264 fax                    Office hours:  Mon – Fri, 8:00 a.m. to 5:00 p.m.
                                     *The first to present his case seems right, till another comes forward and questions him.  Prov. 18:17*

May 20, 2016

Director Charles Ryan
Arizona Department of Corrections
1600 W. Jefferson
Phoenix, Arizona 85007

          Re:    Mr. Leroy Montoya, CR 2007-0058

Director Ryan:

My name is Ben Brewer and I previously represented Mr. Montoya in his post-conviction
matters.  Recently, he advised he had a medical issue pertaining to the potential for a
broken hand.  I have no supporting documentation; however he indicated he has received
less than adequate medical treatment for this situation and has been is great pain for over
a month now.

I would appreciate it if you looked into this matter and determine whether his medical
needs are being met.

I thank you for your assistance in this matter.  If you have any questions please contact
me at your convenience.

Sincerely,

Benjamin M. Brewer

Cc: Mr. Montoya

My Notes:                                                    5-22-16

1.  On 5-26-16 i went for x-rays at the Rast Max. High. I was
    Told by the X-ray Technician that within a few hours the Doctor
    will tell me the results of the x-rays & then go from there.
    Note: It is 9:15 pm & no one has spoken to me.

2.  On 5-27-16 a Sgt. came to my cell to take me to x-rays at complex
    medical

3.  On 5-27-16 i got x-rays for my right hand. It was the same
    X-ray Technician from yesterday (i.e. 5-26-16) & she said the
    x-rays she took, didn't come out right & something about the
    x-ray machine was not working.

4.  she made a comment about i was top priority to get x-rays
    because she was getting calls & e-mails about me.

5.  the x-ray Technician said that in about 1 hour i will know
    if my hand and/or wrist is broken, the Doctor will get at
    me.
    Note: it has been approx. 41 days since i broke my hand
    and/or wrist & nobody can tell me what is going on.
    Note: It is 8:35 pm & no one has spoken to me.

**Health Needs Request (HNR)**

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Mendoza, Leroy | 238902 | 5-24-16 |

| CELL/BED NUMBER/CELDA Y NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4CB-11 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(Use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez)*]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

*Good Morning. I would like to request another bottle of Ibuprofen for the pain in my right hand/wrist (possibly broken).*

*Thank you*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo. (*excluyendo las exenciones otorgadas por la ley*). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoini Cefit | 238802 | 6-2-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4Clo-11 | East Marr | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use esta formulario para describir un problema a la vez)].

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☒ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (especifique) _Doctor_

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good Morning, Last Thurs. (5-26-16) i went for x-rays for my right hand. the x-ray lady said within an hour a Dr. will speak to me. that did not happen. then Fri (5-27-16) i went to complex medical for x-rays again for my right hand. Same x-ray lady said "within an hour a Dr. will speak to me about my x-rays." It's been 2 days & no one has spoken to me about my x-rays and/or my right hand. I would like an update. Thanks

I understand that, per ARS 31-201.01, I will be charged a ~~$4.00~~ Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☒ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**Health Needs Request (HNR)**

ADC

'16 MAY 30 AM 7:20
Initials: _AS_

Recd. 6-9-16

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Montoya, Leroy | 238802 | 5-29-16 |

| CELL/BED NUMBER/CELDA NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-11 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/*Otros *(especifique)*

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico.  ¡NO USE MAS HOJAS!

Good morning. I would like to request another bottle of IBUProfen for the pain in my right hand/wrist. (Possibly broken).

thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS]**

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA**   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/*Otros *(especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *N. Gonzales LPN* | | '16 MAY 30 AM 7:43 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN |
|---|
| *You are Schedule for an appointment* |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *N. Gonzales LPN* | 5/30/16 | 8am |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.* [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

TO: ACLU

From: LeRoy Montoya #238802                                    6-1-16

Re: Broken right hand and/or wrist

      Good morning. My name is LeRoy Montoya and i am presently incarcerated at Lewis complex, Rast max. I was in a fight on April 16, 2016 at Bachman unit (BDU). I believe i broke my right hand and/or wrist.

      I have pleaded with ADOC & anyone who will listen that i need medical treatment. I have put in HNR's, kites, etc. & they go un-answered and/or no help. Please look at the enclose inmate grievance's (dated 5-12-16).

      When your office did a walk thru a few weeks ago, here at Lewis complex, Rast max. (4ca). I asked the c/o's that i wanted to talk with your office, however, it never happen!

      I'm still in pain & much discomfort. It has been 45 days of B.S. with corizon, ADOC, etc.

                     Thank you

To: Prison law office                                              6-1-16

From: LeRoy Monroe #238802

Re: Broken right hand and/or wrist

        Good morning, my name is LeRoy Monroe
and i am presently incarcerated at Lewis Complex, Rast
max. I was in a fight on April 11e, 2016 at Bachman unit
(BDU). I believe i broke my right hand and/or wrist.

        I have pleaded with BDU, & anyone who
will listen that i need medical Treatment. I have
put in HNA's, kites, etc. & they go un-answered
and/or no help. Please look at the enclose inmate
grievance's (dated 5-12-16).

        When your office did a walk thru a few
weeks ago, here at Lewis Complex, Rast max (4CU).
I asked the C/O's that i wanted to talk with your
office, however, it never happen!

        I'm still in pain & much discomfort. It
has been 45 days & B.S. with Corizon, BDU, etc.

                                    Thank you

Recd. 6-13-16



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

May 31, 2016

The Brewster Law Office
911 E. Deuce of Clubs
Show Low, AZ 85901

Re: Inmate Leroy Montoya, ADC #238802

Dear Mr. Brewer:

I am receipt of your correspondence addressed to Director Ryan regarding inmate Montoya.

You state that inmate Montoya advised you that he has not received adequate medical treatment for a potentially broken hand and has suffered a great deal of pain for over a month.

In reviewing your concerns, I am advised that our records do not show that there is a valid HIPAA compliant release on file authorizing your access to inmate Montoya's medical information. We have investigated your concerns and they have been addressed as applicable, but without a valid HIPAA release further information cannot be provided.

The Department of Corrections (ADC) shares your concern for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services. Responsibility and accountability for inmate heath care is demanded now, as in the past. ADC expects its contracted health care provider to be responsive to inmate health needs and concerns raised by outside stakeholders.

Medical care is available to all inmates at every facility throughout the state. Care may be requested directly through submission of a Health Needs Request. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should inmate Montoya desire to submit a written concern or complaint, or if it is felt that the provided health care is not adequate or appropriate, assistance may be requested through the Inmate Grievance process. The process is designed specifically for this purpose. Inmate Montoya may also request the assistance of the Security and Operations staff on the yard if necessary.

For specific concerns regarding the health care of this inmate, you may contact the Corizon Director of Nursing at ASPC-Lewis at (623)386-6160, extension 54831. Due to the confidentiality of medical records, a release of information from the inmate may be required to provide specific details of any treatment plans.

cc: Client

RECEIVED JUN 0 3 2016

Going forward, in the event you do not receive a response from Corizon within one week of any requests, please feel free to contact my office directly. Thank you for bringing this to my attention.

Respectfully,

Vanessa Headstream

Vanessa Headstream
Program Evaluation Administrator
Health Services Contract Monitoring Bureau

CLR91456722

CC:     Facility Health Administrator, Corizon, ASPC-Lewis
        Terry Allred, Compliance Monitor, ASPC-Lewis

Emergency

To: Vanessa Headstream                                    6-13-16
      Program Evaluation Administrator
From: Leroy Montoya #238802
Re: medical Treatment (Broken right hand and/or wrist)

                Good morning. I just received a copy of your
letter to "The Brewer Law Office" (i.e. Ben Brewer),
Attorney. There is an "HIPAA" on record for Ben
Brewer, (i.e. Feb. 2013) and mr. Brewer has corresponded
with Director Ryan & warden Credio in 2013 & my
medical file was released to him. That being said,
your response to mr. Brewer is puerile!
                I broke my hand in a fight on April 16, 16 & i
have put in approx. 8 or 9 HNR's & kites to medical &
they go un-answered. I went for x-rays on 5-26-16
& 5-27-16. The first time, the x-rays didn't come out
correctly and/or the machine is broke. The x-ray
technician told me both times, "within 1 hour The
Doctor will look at my x-rays & speak to me."' It has not
happen. It has been approx. 57 days & no proper medical
treatment for my right hand.
                I am requesting to see a Doctor for my broken
right hand and/or wrist!
                I also did an I.G. on 5-18-16 & no response. I've
spoken to nurse's, sent HNR's, kites & had my Attorney
Ben Brewer write & still "no help!" I'm still in pain &
much discomfort!
                                                          Thank you

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 6-13-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-13 | Rast Man | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*

☐ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)*

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning; I would like to know if my Attorney (Benjamin M. Breuer) is authorize access to my medical file or information? (ie: HIPAA); If not I would like to request an HIPAA form?

thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)*

| STAFF SIGNATURE STAMP/FÍRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: 16 JUN 3 6:59
Initials:

| SECTION I | | |
|---|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| Montoya, LeRoy | 238802 | 6-2-16 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 4C6-11 | Rasr MAx. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]

**SECTION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☒ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other.(specify)/Otros (especifique) DOCTOR

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. Last thurs. (5-26-16) i went for x-rays for my Right hand. The x-ray lady said within an hour a Dr. will speak to me. that did not happen. then Fri (5-27-16) i went to compler medical for x-rays again for my right hand. Same x-ray lady said "within an hour a Dr. will speak to me about my x-rays" It's been 7 days & no one has spoken to me about my x-rays and/or my right hand. I would like an update thanks

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| N. Gonzales LPN | | '16 JUN 3 AM 7:25 |

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

See Attached Communique

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| N. Gonzales LPN | 6/6/16 | 1 pm |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS
Health Services - Communique

| Inmate Name *(Last First MI)* | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |
| Facility Lewis | Unit Rast Ma |

## THE FOLLOWING RESULTS WERE NORMAL

☐ LAB

☐ X-RAY

☐ EKG

☐ PAP

☐ MAMMO

Other

*(illegible handwritten text, scribbled out)*

Comments

Signature _LAWRENCE ENDE, NP-C_   Date 5/7/16

**Submit HNR if additional information is requested.**

1101-26
8/10/11

Distribution: White - Medical File; Yellow - Inmate

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*DOCTOR*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 6-16-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-13 | Rast Marr | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☒ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I received your "Health Services Communique" dated 6-2-16 & it states: "X-ray of Right hand on 5-22-16 fractures noted by Radiologist." that being said "what is the Doctor going to do!?" It has been exactly 60 days since i broke my hand and/or wrist. I still have not received Proper medical care! — THANK YOU

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoza, LeRoy | 238802 | Lewis- Rast MAF. | 6-20-16 |

| To | Location |
|---|---|
| Medical | Medical  Rast MAF.  Lewis Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good Morning, I would like to know the name of the X-ray radiologist who looked at my X-rays on 5-27-16.?

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 6-20-16 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name:

Distribution:   Original – Master File
                Copy - Inmate

916-1(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue.  NO ATTACHMENTS PERMITTED.  Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, LeRoy | 238802 | Lewis, Rast max. | 6-20-16 |

| To | Location |
|---|---|
| Medical | Lewis Complex, Rast max. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Good Morning. I would like to know the name of the Doctor for Rast Max? I broke My hand and/or wrist on 4-16-16 & the Doctor was suppose to see me. It never happened. Who was the Doctor?

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  | 6-20-16 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No

If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis - Rast mak. | 6-20-16 |

| To | FHA | Location | Medical (Rast mak.) |
|---|---|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I believe i have put in 2 request To speak to someone from Corizon (i.e. FHA) regarding my right hand. It has not happen. I would like to speak to someone from Corizon (i.e. FHA).

THANK you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 6-20-16 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No

If yes, give the staff member's name:

Distribution:   Original – Master File
Copy – Inmate

To: Director Ryan                                      6-20-16

From: LeRoy Montoya  #238802

Re: Broken right hand

            Good morning. I broke my right hand and/or wrist
on 4-16-16. As of today "no medical Treatment." It has
been 64 days. I had x-rays done on 5-27-16. I received
a Health Services communique (dated 6-7-16) and i received
it on 6-15-16 and it states: "X-ray of Right hand on
5/27/16 fractures noted by Radiologist." still no
medical attention. My hand still hurts, i have pain & i am
very, very, very frustrated. I have sent HNR's, kites,
Ben Brewer (attorney) wrote you, i'm doing an inmate
grievance and i get NO RESPONSE'S and
  NO HELP!! what is going on? I need help, i need
medical attention.

                          Thank you

                          Respectfully submitted

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

*"i did not receive a Timely response from the C.O.3 per. D.O. policy."*

Recd: 6-28-16

Med:

**RECEIVED BY** *Rejas*

**TITLE** *COII*

**BADGE NUMBER** *122A7*

**DATE (mm/dd/yyyy)** *5/19/16*

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 5-12-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Lewis, Rast Max. | L21-154-016 |

**TO: GRIEVANCE COORDINATOR** < 9 pages attached to this grievance >

### Description of Grievance (To be completed by the inmate)

Good morning. I did not receive a response from the C.O.3 at Bachman unit (BOU).
I got into a fight on 4-16-16. the nurse said my hand/wrist might be broken. I was suppose to see the Doctor on 4-18-16 for exam, x-rays, ice & pain medication. It did not happen. I am requesting to see the Dr. I'm still in pain, etc.

Thank you
Respectfully submitted

### Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Kite to medical (emergency) on 4-18-16, (no response).
Kite to medical on 4-20-16, (no response). Informal to C.O.3
(no response). HNR on 4-22-16, (no response), HNR on 4-27-16 &
5-4-16, (no response). Saw nurse on 5-5-16 to get x-rays &
pain medication & new ace bandage. thank you

| Inmate's Signature | Date 5-12-16 | Grievance Coordinator's Signature | Date 5-19-16 |
|---|---|---|---|

### Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED MAY 23 2016

47507

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

Recd @ 2:30 p.m.

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*:<br><br>**MONTOYA, LEROY** | ADC #: 238802<br><br>Grievance Number:<br>L21-154-016 |
|---|---|

| Institution/ Unit / Housing:<br><br>LEWIS / RAST MAX |
|---|

| From:<br><br>Kataushia Thomas, FHA | Location / Unit:<br><br>ASPC-Lewis/Corizon |
|---|---|

This is in response to your 05.19.2016 Grievance that was received by medical on 05.23.2016:
You have stated that you require additional follow up due to a hand injury.
After review of your medical documentation, records indicate that you were x-rayed on 05.27.2016 and the findings were normal. Currently, there is no medical indication for a bandage.

If you have any further concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

| **Staff Signature:** Kataushia Thomas, MSM<br><br>Corizon Health Service Administrator   *K. Thomas* | Date:<br><br>6/13/16 |
|---|---|

Copy: Institutional File     Copy: Grievance Coordinator          916-2PF

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

| | |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: *Fernandez* |
| | Title: *CO II* |
| | Badge #: *1277* |
| | Date: (mm/dd/yyyy) *7/04/16* |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 7-4-16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Lewis-Rast Max. | L21-154-016 |

TO: Warden Moody    (40 pages attached to this I.G. appeal)

I am appealing the decision of Kataushia thomas, msm _____ for the following reasons:

Good morning. I do not agree with K. thomas response. Please look at Health service communique dated 6-17-16 it states "x-ray of right hand on 5-27-16 fractures noted by Radiologist." I cannot believe ADoc's response's! this prison has done nothing for my broken right hand and/or wrist since 4-16-16. what is Adoc's problem?! I have put in HNR's, kites, etc & i receive no help! I need medical attention NOW!

thank you

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| *[signature]* | 7-4-16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

STAFF SIGNATURE

DATE (mm/dd/yyyy)

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
Pink – Inmate
FINAL:  White – Inmate
Canary – Grievance File

802-3
12/12/13

My notes:                                    7-5-16

1. Went to speak to nurse about my left eye.

2. This has been going on for almost 2 yrs. regarding surgery
for my left eye (i.e. Pterygium).

3. I tried to explain my situation & she was not understanding

NOTE: 4. I asked her if we could talk about my right hand.
she said "no." I told her i have put in many kites
to speak to someone about my right hand. she said,
she doesn't have the time & that she has over 40
other inmates to see today.

NOTE: 5. Wow! Hand still hurts. I still have discomfort!

To: Director Ryan                                                    7-5-16

From: Leroy Montoya

Re: Your responsibilities

        Good morning. over the many year's of my
incarceration - here at ADOC, you have been the Director
(ie. one that directs, supervisor) of Arizona Department of
corrections. I have done various inmate grievances, per. Dir.
policy 802 over the years and they either go un-answered,
and/or un-resolved and i have written you dozen's of
times and they also go un-answered, and/or un-resolved.
the times you do sign off on my inmate grievance appeals,
you are absolutly clueless on my issues & you just provide
your signature. A few times your office does respone on
your behalf (i.e. support, defense) and this is how it is stated:
"this is in response to your inmate letter and/or letter, received
in the office of the Director for ADOC. Please allow me to
respond on his (i.e. Director Charles Ryan) behalf." then some-
one from your office will respone on your behalf.
        that being said, i just want to make sure that
you understand your responsibilities (ie. the quality or state
of being responsible; liable to be called upon to answer for one's acts
or decisions; trustworthy; able to chose for oneself between
right and wrong). "As the Director of the ADC, Mr. Ryan is
responsible for establishing, monitoring, and enforcing
overall operations, policies, and practices of the Arizona
state prison system, which includes the provision of

(1)

constitutionally adequate medical, mental health, and dental
care for all prisoners (i.e. a person deprived of liberty)
committed to the custody of ADC. A.R.S. 31-201, 41-1604 (A),
41-1608. As Director, Mr. Ryan is responsible for decisions
concerning staff hiring, supervision, deployment, and training
that directly affect prisoner's abilities to obtain adequate and
necessary health services. Mr. Ryan is responsible for providing
constitutional conditions of confinement in all units, including
but not limited to isolation units. At all times relevant hereto,
Mr. Ryan has acted under color of state law." i.e. Parsons
v. Charles Ryan, CV12-0601-PHx-NVW.

    Mr. Ryan, I have addressed many issue's thru
the inmate grievance D.o. policy 802. Per. D.O. 802.01.1.12.,
states: "the maximum length of time for completion of the
grievance process is 120 calendar days (i.e. 4 months) from
initiation of the formal grievance process to final disposition."

    Blot of my inmate grievances go way beyond 120
calendar days. Approx 85% percent of my inmate grievance's
go un-answered, un-processed and are at or around 10
months or longer. I want to make sure you understand
and aware of this problem. I have sent numerous
kites and letter to warden Mooty, D.W.'s, C.O. 4's and
to you and nobodie response to my kites or letter.

    I am requesting that you follow up on all my
inmate grievances and tell me what is going on?! 1) I.G.
appeal (#15-L29-0189), 2) I.G. appeal (#15-L29-0193), 3) I.G.
appeal (#15-L29-0218), 4) I.G. appeal (#15-L29-0204),

5) I.G. appeal (dated 6-3-16), 6) I.G. appeal (dated 6-3-16),
7) I.G. appeal (dated 6-8-16), 8) I.G. appeal (dated 6-10-16),
9) I.G. appeal (dated 6-9-16), 10) I.G. appeal (dated 6-8-16),
11) I.G. appeal (dated 6-1-16), 12) I.G. appeal to Warden (dated
6-9-16), 13) I.G. appeal to Warden (dated 6-10-16), 14) I.G.
appeal to Warden (dated 6-10-16), 15) I.G. appeal to Warden
(# L21-154-016), 16) I.G. to grievance coordinator (dated
5-12-16), 17) I.G. to grievance coordinator (dated 5-12-16),
18) I.G. to grievance coordinator (dated 6-8-16), 19) I.G.
to grievance coordinator (dated 6-8-16), 20) I.G. to
grievance coordinator (dated 6-3-16), 21) I.G. to grievance
coordinator (dated 6-8-16), 22) I.G. to grievance
coordinator (dated 6-12-16), And, 23) I.G. to grievance
coordinator (dated 7-4-16).

          Mr. Ryan, I thru 11 is at the Directors level. Alot
of my I.G.'s & I.G. appeal's go un-answered and per. D.O.
802.01.1.11.1. states: "If an inmate does not receive a response
within the time period specified, his/her time to proceed
to the next stage of the grievance process is the same as
if he/she had received a response. The time to proceed
to the next stage of the grievance process begins to run
the day after a response was due back to the inmate."

                              Thank you
                          Respectfully submitted



# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Recd. 7-6-16

Date: 16 JUN 15 AM 7:27
Time:
Initials: N

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 6-13-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-13 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☒ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning. I would like to know if my Attorney (Benjamin M. Brewer) is authorize access to my medical file or information? (i.e. HIPAA). If not, i would like to request an HIPAA form?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☒ Other (specify)/Otros (especifique) Medical Records

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | '16 JUN 15 AM 7:27 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION  Sending two Release of Information forms a Verbal and one to obtain copies fill out and send back.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| M. Grabowski MCR - Supervisor  M. Naba Sm | 6/15/16 | RECEIVED JUN 15 2016 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.

Distribution/Distribución:   White/Blanca ~ Health Unit/Unidad de Salud
Canary, Pink & Goldenrod ~ Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES 12/19/12

SECTION 4, HNR

# Health Needs Request (HNR)

DR Taylor                                    Time:
                                             Initials:

SECTION/SECCION I

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Montoya, Leroy

ADC Number/Número de ADC
238802

Date/Fecha
7-10-16

Cell/Bed Number/Celda/Número de Cama:
4C6-13

Unit/Unidad
Rast Max

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez).]*

SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* __DR Taylor__

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good Morning, I have seen many HNRS & kites to
medical & FHA regarding my right hand. I need to speak
TO you about my right hand.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios:

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

PLAN OF ACTION/PLAN DE ACCION:

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur. - Prisonero

[This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.)]

1101-10ES
12/19/12

To: Daniel P. Stryck                                    7-10-16
From: LeRoy Montoya #238802
Re: I.G. L21-154-016

          Good morning. My name is LeRoy Montoya
and i am presently incarcerated in an Arizona state
prison. Enclosed are 59 pages of documents regarding my
broken right hand and/or wrist. I have pleaded with
ADOC, Administration, medical (i.e. corizon) and whoever
else would hear me, which that has not happen.
          It has been approx. 84 days with no medical
treatment for my right hand. I hope you take the time
to properly read all 59 documents enclosed. I do
appriciate your time.

                              thank you
                              Respectfully submitted

# ARIZONA DEPARTMENT OF CORRECTIONS

Recd:
7-12-16



# Inmate Letter Response

| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-16-0208 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L RAST MAX | 6/21/2016 |

Your letters, all dated 06/13/16, were received 06/21/16 and 06/29/16 by my office for review and response. You advise that your attorney, Ben Brewer, received medical information for you in February 2013, therefore the response to his recent inquiry stating that no valid HIPAA compliant release is on file is a lie. You also state that you broke your hand in a fight on 04/16/16 and Health Needs Requests (HNRs) to medical have gone unanswered. You had xrays completed but you have not spoken to a dr. You claim that it has been 57 days without proper medical treatment being provided and you request to see a dr. for your hand and wrist.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate health care is demanded now, as in the past.

A medical release of information is valid for two years after the date it is signed; therefore a release of information that was in place in 2013 is not valid at this time. You may submit an Inmate Letter to medical records requesting to sign new release of information forms. In researching your medical concerns, I am advised that you submitted an HNR 04/28/16 complaining of hand pain and you were scheduled for a nursing evaluation 05/05/16. At the nursing encounter you reported that you had broken your hand a week earlier and you requested an xray. Documentation of the encounter indicates that your right hand was swollen and you had a limited range of motion without discoloration or bruising noted. You were advised to keep your hand elevated, take ibuprofen for pain and swelling, and use an ace wrap on your hand. The provider was contacted and a routine xray of your hand was ordered. On 05/23/16 you were again seen by nursing for your right hand and you advised that you had not received the ordered xray. You were unable to make a fist with your right hand and it was noted to have a weaker grip than the left hand. A routine xray of your right hand was again ordered. The xrays of your right hand were taken 05/27/16 and resulted in normal findings; there was no evidence of fracture, dislocation, or lesions. All of your fingers, interspaces, hand and forearm bones were intact. On 06/07/16 a communiqué was sent to you reporting the xray results and on 06/10/16 you submitted an HNR requesting the results of your hand xrays.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Lewis for further follow up.

*Vanessa Headstream* _____

**Vanessa Headstream, Program Evaluation
Administrator, Health Services Contract Monitoring
Bureau**

07/01/16 _____
Date

cc: Complex Site Manager, LEWIS

c.o. Master File

Ms. Lucy Rand
Re: Leroy Montoya, 238802
Lewis – Rast
July 7, 2016
Page 2

not receive any communication about the x-ray results or when he would see the provider, and filed a 6/2/16 HNR requesting this information.

Eight days later on 6/10/16, in violation of PMs 46 and 47, he was sent a HNR response that included the results of the X-ray.  Per the medical communique from NP Ende, the radiologist's review of the X-rays showed fractures in his right hand, yet Mr. Ende indicated on the form sent to Mr. Montoya that the results were "normal" and the form instructed him to submit a HNR if he needed additional information.

Mr. Montoya reports that as of July 1, 2016, he still has not received follow up care for his fractured hand (violation of PM 46) or an urgent referral to an orthopedist, despite submitting another HNR on 6/16/16, two inmate letters on 6/20/16, and a letter to Charles Ryan on 6/20/16.

Pursuant to Performance Measure 50, we request that Mr. Montoya be immediately referred to an orthopedic specialist for his fractured hand for treatment, with all provider follow up provided pursuant to Performance Measure 52.

Thank you for your attention to this matter.

Sincerely,

/s/ Corene Kendrick

Corene Kendrick, Staff Attorney

cc:   Mr. Montoya
      Counsel of Record

To: Vanessa Headstream                                    7-13-16

From: LeRoy Montoye  #238802

Re: Inmate letter #11-16-0208

   Inmate Grievance #L21-154-016

       Good morning. I received your inmate letter response (dated 7-7-16), received 7-12-16, thank you.

       I do not understand your logic or common sense in your puerile & ridiculous response to me ms. Headstream. Do you hear your self in your response to me? I need proper medical attention for my right hand. I have sent many HNR's & kites for help & i get no help. Mr. Brewer is trying to help me in my situation, and all you want to do is play games with the HIPAA release form. Shouldn't your job be in trying to resolve the problem? Instead, you are the problem!

       Please review my inmate grievance no. L21-154-016. Ms. Headstream, you are the "Program Evaluation Administrator, Health Services Contract monitoring Bureau." is that short for: "very dull in mind" (i.e. stupid) and "mendacious" (i.e. given to deception or falsehood)?

       I am now holding you personally responsible for the injury of my right hand, the lack of proper medical attention.

                                  Thank you
                                  Respectfully submitted

My Notes:                                                    7-21-16

1. Went to see the nurse again for my right hand.

2. It was the same nurse who i have spoken to before. At first she acted like she did not know anything or she could not recall talking with me.

3. I told her the story again. I told her it has been 95 days since i broke my right hand and/or wrist. I told her there is still discomfort in my wrist, I told her i cannot do a push up. I told her when i write for a couple hours, i have pain & much discomfort.

4. I asked her what is the "normal" amount of time for a broken bone to heal? she said, approx. 6 to 8 weeks. I told her it has been over 12 weeks. she did not know what to say.

5. the nurse got defensive on some of my comments & then she said she remembered & started tell me about my x-rays, the radiologist, letters to the Director, etc.

6. she said she will order me a new ace bandage, 600 mg. IBVProfen for the continuing pain & talk with the Doctor again. A never ending story & nothing gets Done. what a joke!

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

DR. Khilnani

Date: _____

'16 Time: 8 AM 10:43

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | | Z 38802 | 2-7-16 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 4C6-13 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☒ Other (specify)/Otros (especifique) | | | DR. Khilnani |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

Good morning. I would like to speak to DR. Khilnani, A.S.A.P.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☒ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☑ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| L. Miner, LPN | '16 JUL 8 AM 10:43 | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

You are Scheduled for the next available psychology line.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| J. Raak, M.A., LAC, CCHP-MH  Lead Psychology Associate | 7/8/16 | 1013 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

| | |
|---|---|
| Date : _____ | |
| Time: _____ | |
| Initials: _____ | |

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 7-30-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-13 | Rast max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]

## SECTION/SECCIÓN II

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☒ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

Good morning. I went to see the nurse on 7-21-16 for my right hand. she said in a day or 2 i will receive 600 mg. of IBUPROFEN & a new ace bandage. It has not happen. I spoke to the male nurse on 7-28-16, 7-29-13 & today & he keeps telling me he will check but it never happens. what is going on? thanks

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

Affidavit          1-20-13

Arizona State
County of Pinal.

"Indeed, no more than (affidavit)
is necessary to make the prima
facie case." United States v. Kis,
658 F. 2nd, 526, 536. (7th cir. 1981);
Cert Denied, 50 U.S.L.W. 2169; S. Ct.
March 22, 1982.

That I, LeRoy Montoya, a living, breathing man, being first
duly sworn, depose and say and declare by my signature
that the following facts are true to the best of my
knowledge and belief.

That I, LeRoy Montoya, am willing to take a lie
detector test, and/or allow to be hypnotiz thru hypnosis,
and/or be given truth serum (i.e. a drug held to induce
a subject (human) under questioning to talk freely.

That I, LeRoy Montoya, rely on the <u>Liberal Construction
Doctrine</u>, i.e. "An interpretation that applies a writing in
light of the situation presented and that tends to
effectuate the spirit and purpose of the writing."
regarding this Affidavit.

That I, LeRoy Montoya, rely on the <u>Liberal Interpretation</u>,
i.e. "Interpretation according to what the reader believes
the author reasonably intended, even if, through inadvertence,

(1)

the author failed to think of it. Regarding this Affidavit.

That I, LeRoy Montoya, rely on the <u>Logical Interpretation</u>, i.e. "Interpretation that departs from the literal words on the ground that there may be other, more satisfactory evidence of the author's true intention." Regarding this Affidavit.

That, on January 5, 2013 at approximately 3PM, I was finishing doing my laundry in my sink and preparing for dinner. I was standing at my sink when I felt a pop in my abdomen. I felt immediate pain in my abdomen, I went to my bunk to sit down, then I laid down, then became very cold. After about 20 minutes, I knocked on the wall to my neighbor (cell #52) to call medical personal to my cell for assistance. About 5 minutes later several C/o's correctional officers and medical personal were at my cell door. It took another several minutes for the C/o's and medical providers to enter my cell.

I am profiled as S.T.G. validated in a supermax prison, locked down twenty four seven (24/7). However, I am in a debriefing processing pod and I have successfully debriefed on July 10, 2012, pending the polygraph test. see: Exhibit A.

I was then taken to C.M.A. medical. I believe I was confused and very disoriented, due to the unbelievable pain in my stomach. I informed the health care nurse's, C/o's correctional staff, what I was doing in my cell quater's prior to the excruciating pain, and the pop I felt and what I experienced right now and then.

After approximately one hour or so, the medical provider's and staff realized I was in great pain and was not faking or playing games. Any human being who had a high school, could te

(2)

76

after 10 minutes that I wasn't pretending my symptoms.

This was then the paramedics were called to immediately transport me to Florence Emergency medical Hospital.

I was placed onto a guiney, then into the emergency paramedic ambulance Van and then proceeded to exit Florence State Prison, Browning Unit, SMU II.

The paramedic Van was informed and then stopped in the sally port before exiting the prison complex, due to the fact that the Co's needed a supervisor Sergeant and a sporter Car escort for the paramedic Van to Florence Hospital. I heard the Co's and paramedic's personel talk about Browning unit being short of staff, they didn't have a lieutenant on duty and in the cluster, I am assigned and housed (1-B-57), a.k.a. Baker Cluster and Charlie Cluster, there was only one Co working the bubble and one Co working the floor.

There are 60 men approximately in each cluster and that nite of January 5, 2013 at approximate time of 4pm, there was Two Co's in charge of two clusters with over 120 men (inmates). I was informed that per D.O. policy there should be (2) Co's in each bubble and (3) Co's working each cluster, and a sergeant and Lieutenant on each shift, that was not the case here. The paramedic's, one Co and myself were stuck in the sally port for approximately 90 minutes or so.

I was administered approximately 4mL. of morphine (i.e. an addictive drug obtain from opium and used to ease pain or induce sedative sleep). I believe it was around 7:30pm or 8pm until we arrived to the Florence Emergency Hospital. At approximately 4 hours later the pain was so intense.

(3)

77

1. and so unbearable, that all I was given every hour
2. was 4mL of morphine. I kept askin for some water,
3. something to eat and I was told "no, because I will
4. be having an emergency surgery". However, no one
5. would tell me what kind of surgery and why!
6.      Then, from the time I got to Florence Hospital,
7. I was shackled around my waist, with my left and right
8. ~~hand~~ hand in cuffs and both my left and right ankle
9. were in cuffs also. For approximately the next four hours
10. I was in a room approx. 10' by 10', shackled, in pain, nothing
11. to drink (nor even crushed ice), Doctors and nurse's entering
12. or exiting my room to either draw blood, shoot me with
13. more morphine (approx. every 1 hour), a nurse had me
14. drink something so when they did x-rays and CAT
15. scan it would show something inside me; 3 C/O's were
16. in my room at all times (1 sgt. to my left, 1 C/O to my
17. right, and 1 C/O at the foot of my bed), and all I heard
18. them is complain about Browning unit, there hungry,
19. will they get overtime if they have to stay pass 10pm,
20. whats going on, why is it taken so long, this Sgt. or
21. L.T. is an asshole, talkin about the social life and so
22. on. Twice, I asked them "to shut the Fuck up, because
23. I don't want to hear it." "I'm in pain."
24.      Then a male nurse came in my room, talking like
25. I wasn't even there and he was going to shoot me
26. with more morphine and he was saying about all the
27. hours he has put in, he is tired, the hospital is not
28.

(4)

1  doing this right or this wrong and on and on and
2  on and right before the MALE nurse was going to
3  inject me with another dose of 4mL of morphine
4  (I think it has been 4 or 5 doses of 4mL of morphine)
5  I stopped him and said, "I'm not deaf, I'm not stupid,
6  I'm not retarded, I just look like this, do you talk
7  like this all the time and do you treat everyone
8  like you are treating me?" And the MALE nurse, said:
9  "what do you mean?" and I said "like a fuckin
10 animal!" "I don't want you injecting me with anything
11 just get some one else to do it." He, said "I didn't
12 mean anything by it & sorry if you thought I
13 disrespected you."
14          This Treatment of disrespect, unbearable pain, high off
15 morphine (I had been clean and sober from all narcotic's for
16 almost 7 year's, I have been incarcerated for 6 year's), I'm
17 now hallucinating, I'm delusional now, hearing voice's, seeing
18 things that are not there, I feel helpless, I now feel hopeless,
19 I'm now getting paranoid and everyone is in my hospital
20 room looking at me in agony and pain and not doing one
21 thing to help me and this went on until approx. 12midnite.
22          Then, the hospital staff and C/O's went out into the
23 hallway to talk about what to do next. I was informed
24 by hospital personal and the C/O's that Florence hospital
25 was unable to due the surgery on me and that I needed
26 to be transported to Tempe St. Luke Hospital so they
27 can do the major surgery. Still at this point, no one
28

(5)

79

1   would tell me why I'm in so much pain and whats wrong
2   with me. All I was told is that I needed Major
3   surgery quickly and that they will continue to give
4   me 4 ml., of morphine to reduce some of the pain.
5   Before leaving Florence hospital, one of the <sup>c</sup>/o's said:
6      1. "I think it's his appendix,"
7      2. "what the fuck is going on and why is it taken so
8   long, this man is in pain." and,
9      3. this looks like a 3 million dollar lawsuit."
10      I was then transported by a paramedic van to
11   Tempe St. Luke Hospital prison ward.
12      That, approx. 1am or 1:30 am I was received by the
13   <sup>c</sup>/o's at Tempe St. Luke Hospital and this is where the horrific
14   story begans of: Torture, Torment, Cruelty, unprofessionalism,
15   helplessness, pain, suffering, malice, conspiracy, humiliation,
16   and where I, LeRoy Montoya overdose on morphine and
17   what the anesthesia hospital personell gave me, to put me
18   asleep while the Doctors performed the surgery of removing
19   my appendix due to the fact it was inflamed and then bussed
20   inside me and then crashing in recovery and loosing oxygen
21   to my brain for several minutes and as one <sup>c</sup>/o said it best,
22   <u>"I died on the table !"</u> I, LeRoy Montoya demanded after
23   5 days to be released from Tempe St. Luke Hospital, back to
24   the custody of Florence State prison, Browning Unit, SMU II
25   because <u>"I was in fear of my life and health,"</u> while I was
26   in custody of the <sup>c</sup>/o's at Tempe St. Luke Hospital.
27
28

(6)

That I, LeRoy Montoya, rely on the legal Terminology of The Black's Law Dictionary, fifth edition, on several legal words while writing This Affidavit in support of what I experienced physically, emotionally, what I saw and heard while I was in-custody of the C/o's and the hospital staff at Tempe St. Luke Hospital for 4 days and 3 nites (i.e. 1-6-2013 thru 1-9-2013).

On, January 6, 2013 (Day 1).

1.    Put in hospital room, shackeled to bed (i.e. 2 pairs), left hand in a cuff to bed and right ankle cuffed to bed. I must rely on C/o's to uncuff me to use bathroom, to stand up, and to eat my meals.

2. I have been refused water, food, and any kind of liquid. It has been approx. 10 hours.

3. Approx. 3am, a nurse informed me That I am scheduled for surgery at 8:30 am. I asked nurse, "what am I getting surgery for?" Nurse: "I don't know, you need to talk with The Doctor." I asked: "is the Doctor here so I can talk with him?" Nurse: "no, he's not here, he will be here before your 8:30 am surgery." Nurse: "are you still in pain?" I told her "yes." nurse: gives me more morphine.

4. Jan. 6, 2013 around 7am. Doctor comes into my room, with nurse, and C/o's. ask's me a few question, taps my stomach a few times and says: "It's your appendix."

5. In the last 20 hours, I have had 2 x-rays, 2 cat scans, drank some dye, so they can see whats wrong with me

(7)

81

1  inside and not one person could tell me "why I'm in so
2  much pain?" And, this Doctor comes in for 2 minutes, taps
3  my stomach a few times and tells me "I have an inflamed
4  appendice" on January 7, 2013. (Day 2).

5       6. When the Doctor came into my room, he questioned
6  the nurse on why I had something going thru my
7  I.V. and to remove it.

8       7. The nurse came into my room before surgery
9  and informed me that someone would come into my
10 hospital room or before surgery to talk to me about
11 the anesthetic that I will be given to put me to sleep,
12 during the operation.

13      8. The Doctor, the nurse's, and CO's told me the
14 surgery is no big deal, its an out patient procedure and
15 I will be back to my cell either by tonite or first
16 thing in the morning.

17      9. I never spoke with anyone regarding the drug that
18 would be given to me before the surgery.

19      10. I was still cuffed to my hospital bed (i.e. 2 points),
20 taken to the surgery location and all I remember is a
21 guy putting something in my arm and then I'm out.

22      11. Approx. 5 or 6 hours later, I awoke in my hospital
23 room and I'm screaming, can't breath, my vision is blurred,
24 and I felt like a knife was in my stomach, with more
25 pain than I have felt in my 47 years of living, I'm
26 still cuffed to my hospital bed (i.e. 2 points), I'm thirsty,

27                              (8)

I have oxygen mask on me, a room full of people (i.e. DR.'s, C/o's, nurse's, and the crash unit), that is what a nurse told me. I.v.'s in my arm's, some people trying to hold me down, a lot of talking, movement, screaming, and chaos.

12. This is what I was told:

1. A nurse: "Mr. Montoya you crashed and lost consciousness."

2. Another nurse on a different shift: "You went out and lost oxygen to your brain for a few minutes and that's why you have the IV with potassium and another one with antibiotics to flush out your system."

3. Correctional officer: "You died on the table." And the he just left my hospital room.

4. A 3rd. nurse: "You were taken out of recovery to fast, and I believe you went into shock."

5. A Doctor's assistant (mike) said: "You overdose with the morphine and what the anaesthetic gave you." (i.e., I wasn't told about this for about a day and a half, 1-8-13). Mike then said: "Mr. Montoya, you should be thanking us for saving you life."

13. January 8, 2013 (Day 3).

After almost 3 days, I finally can eat and drink fluids. I am still in pain. Every shift (1sr., 2nd., & 3rd.), I ask the nurse's, medical staff, and C/o's, "what happen to me and why am I in so much pain and why do I feel weird." No one would tell me "absolutly nothing." I did wonder

(a)

83

1  why the nurse's and c.o's wanted to get me up every
2  hour to walk around. I couldn't get out of bed because of
3  the pain and I felt weird (i.e. drowsy, confused, helpless,
4  bad thoughts, paranoid, and tired, very, very, tired).
5       14. Finally, Mike the Doctor's assistant came into my
6  room and talked with me.
7           I asked: "what happen to me?",
8                     "whats goin on?",
9                     "why am I still in pain?",
10                    "Is my appendix out, if so why do I
11  still hurt?"
12                    "the nurse's are not telling me anything?"
13  and I continued to ask questions, because I wanted
14  some answer's.
15      15. That is when Mike the Doctor's assistant told
16  me I overdose and that I should be thanking him for
17  saving my life. (i.e. it took approx. a day and a half
18  to tell me).
19      16. I then said: "I should be shaking your hand
20  (I extended my right arm that was not in a cuff to
21  shake his hand), however, he refused to shake my
22  hand."
23      17. I felt frustrated, disrespected, offended, and
24  angry.
25      18. I told Mike the Doctor's assistant.
26           "Is that right", now check this out," lets
27                        (10)                              84

say you start a fire at this house and there is a family
inside and you come in and kick down the door and
you save the family," then you expect that family to
Thank you & say your a hero." well this is what I have
To say "Fxxk you."

19. I asked mike the doctor's assistant "why no one
told me I overdose on morphine?"

20. "why did it take so long to tell me?"

21. "where is the Doctor who operated on me so I can
Talk with him?"

22. Then I told mike the doctor's assistant, "it was this
hospital who overdose me, it was this hospital who is
responsible for the overdose, my pain and agony and
that is why I'm getting my system flushed, the c/o's
want me to get up every hour and walk, thats why I
have been feeling weird (i.e. paranoid, feeling helpless, etc.).

23. And, this is what mike the doctor's assistant told
me: "well mr. montoya, you probably kept asking the
nurses for so much morphine."

I said: "so, now its my fault, once again Fxxk
you!"

mike the doctor's assistant then exited my hospital
room with no further discussions.

24. when the c/o came in for my hourly "getting up & walk around
my room." I told him "come with it, I know now what needs to
be done for an overdose." the c/o uncuffed me from the bed
and did not cuff arms, only my ankles. the c/o's were suppose

(11)

85

1  To stay with me in the hospital room, however, the C/o 'asked
2  I would be ok by myself, I told him "Yes."

3      25. I am still in pain, I'm having hot & cold spells,
4  nervousness, I'm basically coming down from the narcotic morphine-

5      26. In my hospital room I had a bathroom with a shower.
6  I have IV's in my arms, heart monitor taps on my chest & stomach,
7  oxygen in my nose. I strip to my boxer shorts & socks, tear
8  everything off my body, except the IV in my right arm.
9  I turn on the cold water to the shower and get in under
10  the water.

11      27. I felt rejuvenated, I felt alive, I felt, "wow, I'm
12  going to be OK."

13      28. I do not know how much time went by, maybe 20
14  minutes, or 30 minutes or 40 minutes, however, the C/o
15  who left me by myself, came into my hospital room and
16  hit the roof and started to yell at me to get out, what am I doing,
17  I'm in trouble and so on. I told the C/o "I'm not getting out until
18  I want to!" He continued to yell at me and I paid no attention to
19  him.

20      29. Around 5 or 10 minutes later I got out, tried to dry off the
21  best I could. The C/o was very angry and he wouldn't help
22  me in anyway, because I'm still in pain and my legs are in
23  shackle and my IV thing (needle) pulled out of my arm and
24  blood is now squarting all over my bed sheets and floor. Several
25  more C/o's enter my hospital room and now everyone is pissed
26  off at me. I somewhat changed and dried off and now
27  the C/o's put me in 3 points now, (i.e. left wrist tied down,
28                              (12)

and my left and right ankle are now tied down, and I now have a belly chain around my waist. I cannot move, I cannot get up, I can't do anything now unless I press the nurse's button and then they will call the C/O's to see what I need. It now takes hours for anyone to respone to my call for anything.

30. January 8th. and 9th., 2013, after the shower incident until my release around 7pm on January 9, 2013. This is what occured:

A. Strapped down 3 points.

B. The C/O's would no longer allow me to walk every hour.

C. Refused to call my attorney Ben Brewer.

D. The C/O's would not uncuff me to eat my meals.

E. The C/O's refuse to let me use the restroom to relieve myself.

F. The C/O's would move the button for me to press the button for the nurse's, so it would be out of my reach.

G. I asked for approx. 3 days for the nurse's and C/O's to change my bed sheets and 2 pillow case's, they refused.

H. I laid in my filth for 2 days.

I. It smelled so bad in my room, the C/O's turned up the A/C to keep my room cold.

J. I was freezing cold and I requested an extra blanket and the C/O's would tell me, "Fxxk you Montoya."

K. I would ask the C/O's on each shift, I have to go to the restroom and multiple C/O's on different shifts would tell me, "go ahead & piss and shit on yourself" or

(13)

1   "F**k you" or "moron, just wait right there," or "until you
2   behave then I will let you go."

3       L. The C/o on 2nd. shift., took my spoon & fork for
4   my dinner. Then after 2 hours when the nurse brung
5   me a spoon & fork, the C/o moved the tray from out of
6   my reach.

7       M. A C/o or 2 C/o's would try to engage in a conversation
8   with me just to try and get me mad, so I could continue
9   to be strapped down in 3 points.

10      N. A Sgt. and 2 C/o's came into my room to provoke
11  me, slander me, and I got the Sgt. so pissed off, he
12  told me he has zero tolerance for me and has no problem
13  kicking my ass.

14      O. The C/o's refused to get a L.T. or Captain so I can
15  talk with them to get off 3 points, change, change my
16  sheets, etc., etc.

17      P. The C/o's refused to get me any underwear (boxers).

18      Q. Several C/o's told me on each shift to apologize to the
19  Sgt. I disrespected to get off 3 points.

20      R. Several C/o's told me "you don't know who you are
21  f**king with" or "we don't give a f**k that your a code
22  red" or "who's going to believe a piece of shit like you."

23      S. On January 8, 2013 on the graveyard shift, I asked the C/o
24  to release me from this hospital back to Browning Unit, SMU II,
25  because "I'm in fear of my life and health." the C/o said "yeah,
26  whatever."

27      T. The C/o's on different shifts at different times would

(14)

88

1  unhook my IV or these pumps that were hooked up to both
2  my legs to circulate and message my legs.
3    u. several c/o's on different shifts would not help me
4  move or get up or anything when I had to get x-rays or
5  Cat scans.
6    v. when I would go for x-rays or cat scans, I would ask
7  for protective gear to cover my groan area and they
8  refused.
9    w. I asked several c/o's on each shift, "whats up" and
10  "why am I being treated like this?" And I was told because
11  I showed disrespect to that Sgt. and that since I know now,
12  I overdose, that they no longer have to play nice with me.
13    x. the c/o's refused to call my mom to inform her of my
14  surgery.
15    y. A Sgt. and 2 c/o's, when I was still in unbelievable
16  pain, I asked for a Doctor and to unhook the right pump
17  to my leg and the Sgt. made fun of me and called me a
18  pussy, mocked me. then before the Doctor came to see me,
19  the Sgt. went to the foot of my bed and ran something
20  sharp up both my feet and then reached across my right leg and
21  squeezed it and asked me if that hurt and then laughed.
22    z. when the Doctor came in to find out whats wrong with
23  me, he lifted my hospital gown (I had no boxer shorts on)
24  and the Sgt. and 2 c/o's started to laugh and made a comment
25  about taken a picture and putting it on YouTube.
26    31. on January 9, 2013 at approx. 7pm I was released from
27  Tempe St. Luke Hospital back to the custody of the c/o's
28                    (15)

89

1   at Florence State prison, Browning unit, smu II. Upon my
2   release from Tempe St. Luke hospital, a C/o told me and
3   the C/o who was transporting me back to smu II, said:
4   "Monroya, your not a code red, I just checked on the
5   Computer on your Aims,"
6        32. I do not remember the nurse's names or C/o's, however,
7   I do not ever forget a face.
8        33. I would like to address a few Dictionary words:
9        A. Conclusive evidence,
10       B. Concomitant evidence,
11       C. Direct evidence,
12       D. Retrospectant evidence,
13       E. Hand Formula,
14       F. Torture,
15       G. Constitutional law,
16       H. Constitutional Question,
17       I. Wheel conspiracy,
18       J. Malice,
19       K. Particular malice,
20       L. Malfeasance,
21       M. Cruel and unusual punishment,
22       N. Cruelty,
23       O. Culpable,
24       P. Criminal negligence,
25       Q. Inexcusable neglect,
26       R. Negligence,
27       S. Wounded feelings,
28                    (16)

90

1        T. wrong of strict liability,

2        U. Intentional infliction of emotional distress,

3        V. malicious injury,

4        W. Color of Law,

5        X. malpractice,

6        Y. Malicious act, and

7        Z. Maltreatment.

8    Those are the words I use for this Affidavit. See: Exhibit B.

9      This is a holograph document (affidavit), written by my

10 hand on this 20th day of January, 2013.

11      That I, LeRoy Montoya, at any time, may amend this

12 affidavit. See: Exhibit C, and D.

13

14                   LeRoy Montoya

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sent To: CC:

President Barack Obama (Legal Dept.)

Governor Janice Brewer

Thomas C. Horne (Attorney General)

Director Charles Ryan, Arizona Dept. of Corrections

Warden Ron Credio, Florence State Prison, Browning Unit, SMU II

Dawn Northup, (General Counsel) Arizona Dept. of Corrections

Greg Lauchner, Arizona Dept. of Corrections

Florence Hospital (Legal Dept.)

Tempe-St. Luke Hospital (Legal Dept.)

Florence Mayor (T. Rankin)

Tempe Mayor (Mark Mitchell)

Arizona Dept. of Public Safety

Arizona State Senator John McCain

Surgeon General

Arizona State Board of Nursing

Channel 10 News (Andrea Robinson)

Channel 10 News (Ron Hoon)

Mohave Daily News, Attn: Jim Seckler

Florence Reminder and Blade Tribune, Attn: Mark Cowling

Tempe Newspaper (Wrangler News)

The Arizona Republic, Attn: Veronica Sanchez

Holly R. Gieszl (Attorney at Law)

Benjamin M. Brewer (Attorney at Law)

Kenneth L. Sondgeroth, P.C., (Attorney at Law)

James Duff Lyall, ACLU (Attorney at Law)

Dix and Forman, P.C., Robert J. Forman (Attorney at Law)

Prison Law office (Board of Directors) San Quentin, California

92

# Exhibit A



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

July 13, 2012

Benjamin M. Brewer, Esq.
Brewer Law Office
PO Box 983
Show Low, Arizona 85902

RE:    Inmate Leroy Montoya, ADC #238802

Dear Mr. Brewer:

I am in receipt of your letter dated June 27, 2012, referencing your client, inmate Montoya's #238802 debriefing process. The Unit Administrator was contacted to look into this issue and he has advised accordingly.

On July 10, 2012, inmate Montoya was advised that he is currently approved as a "debriefer" but will have to pass a polygraph in order to reduce in custody. Inmate Montoya was also advised that he is currently on the list to be seen when one becomes available.

Thank you for bringing your concern regarding the missed legal calls to our attention. In the future, if you have this issue reoccur please contact either CO IV Cottrell, ASPC-Eyman/Browning Unit at (520) 868-0201, extension 6716 or CO IV Perez, ASPC-Eyman/Browning Unit at (520) 868-0201, extension 6719 and they will assist you. If neither of them is available you may contact the Unit Administrator and arrangements will be made to accommodate your request.

Thank you again for communicating your concerns to this office. If you have any additional questions or concerns please feel free to contact Antonio Barrios, Deputy Warden, ASPC-Eyman/Browning Unit at 4374 E. Butte Avenue/PO Box 3500, Florence Arizona 85232 or (520) 868-0201, extension 6600.

Sincerely,

Ron Credio, Warden
Arizona State Prison Complex-Eyman

RC/AB/kmc

cc:    Antonio Barrios, Deputy Warden, ASPC-Eyman/Browning Unit

Client

RECEIVED JUL 2 0 2012

94

# Exhibit B

## Black's LAW Dictionary

A. Conclusive evidence = Evidence so string as To overbear any other evidence To the contary.

B. Concomitant evidence = Evidence That, at the time of the act, the alleged doer of the act was present and actually did it.

C. Direct evidence = Evidence That is based on personal knowledge or observation and That, if True, proves a fact without inference or presumption.

D. Retrospectant evidence = Evidence that, although it occurs after an act has been done, suggests that the alleged doer of the act actually did it.

E. Hand Formula = A balancing Test for determing whether conduct has created an unreasonable risk of harm, first formulated by Judge Learned Hand in United States v. Carroll Towing Co., 159 F. 2d 169 (2d cir. 1947). under this Test, an actor is negligent if the burden of taking adequate precautions against the harm is outweighed by the probable gravity of the harm multiplied by the probability that the harm will occur.

F. Torture = the infliction of intense pain to the body or mind To punish or To obtain sadistic pleasure

①

96

G. Constitutional Law = The body of law deriving from the U.S. Constitution and dealing primarily with governmental powers, civil rights, and civil liberties.

H. Constitutional question = A legal issue resolvable by the interpretation of a constitution, rather than a statute.

I. Wheel conspiracy = A conspiracy in which a single member or group (the hub) separately agrees with two or more other members or groups (the spokes). The person or group at the hub is the only party liable for all the conspiracies.

J. Malice = The intent, without justification or excuse, to commit a wrongful act. Reckless disregard of the law or of a person's legal rights. Wickedness of heart.

K. Particular Malice = Malice that is directed at a particular person.

L. Malfeasance = A wrongful or unlawful act.

M. Cruel and unusual punishment = Punishment that is torturous, degrading, inhuman, gross disproportionate to the crime in question, or otherwise shocking to the moral sense of the community.

N. Cruelty = The intentional and malicious infliction of mental or physical suffering on a living creature, a human, abusive treatment, outrage.

②

O. Culpable = Guilty, blameworthy. Involving the breach of a duty.

P. Criminal Negligence = Gross negligence so extreme that it is punishable as a crime.

Q. Inexcusable Neglect = Unjustifiable neglect, neglect that implies more than unintentional inadvertence.

R. Negligence = The failure to exercise the standard of care that a reasonably prudent person would have exercised in a similar situation, any conduct that falls below the legal standard established to protect others against unreasonable risk of harm.

S. Wounded feelings = Injuries resulting from insults, indignity, or humiliation, as distinguished from the usual mental pain and suffering consequent to physical injury.

T. Wrong of strict liability = A wrong in which a "mens rea" is not required because neither wrongful intent nor culpable negligence is a necessary condition of responsibility.

U. Intentional infliction of emotional distress = Intentionally or recklessly causing another person severe emotional distress through one's extreme or outrageous acts.

③

V. Malicious Injury = An injury resulting from a willful act committed with knowledge that it is likely to injure another or with reckless disregard of the consequences.

W. Color of Law = The appearance or semblance, without the substance, of a legal right. The term implies a misuse of power made possible because the wrongdoer is clothed with the authority of the state.

X. Malpractice = An instance of negligence or incompetence on the part of a professional.

Y. Malicious Act = An intentional, wrongful act performed against another without legal justification or excuse.

Z. Maltreatment = Bad treatment (esp. improper treatment by a surgeon) resulting from ignorance, neglect, or willfulness.

④

# EXHIBIT
# C

1-20-13

I wrote this in the early morning on 1-6-13

before my surgery in my hospital room at Tempe - St. Luke Hospital.
I do not know why I did write this, however I do know at my
weakest time in my life, I was in unbelievable pain, so out of it on
morphine, feeling so hopeless and helpless. I had a minute or two of
Clarity of my Dad, Mom, Anthony, Sabirha, Hannah, Levi, & my miranda
and no one else, it got me sad & happy. I also just knew God was
in control & was there, its so hard to explain. I just knew!

1-6-13
Dad = sorry        Mom- your my
                   compass
Anthony - sorry    Taby - I'm proud
                     of you & your
 my Miranda          my #1
 Favorite
                   Hannah - Supermodel
                   your gorgeous

                   Levi - handsome, #1,
                     I'm sorry, forgive
                       me

# Exhibit D

Note : need to get Medical
file from Florence Hospital & Tempe - St. Luke
hospital from 1-5-13 Thru 1-9-13 (Put in request
on 1-23-13).

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: JAN 19 AM 2:01

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 1-18-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-57 | Browning | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*Good morning, Nurse Roberts, I would like to request a copy of my medical records for Jan. 5, 2012 until Jan. 10, 2012. If you can tell me how to go about it & how much, I do appreciate it. THANK you very much.*

*Respectfully Submitted*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [X] Other/Otros *(specify)* *(especifique)* MRL

Comments/Comentarios _____ 1- 1-21-13

*Referred to medical records 1/18/13*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| J. Johnson | | JAN 19 AM 2:01 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

*You are not allowed copies of your record.*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 1/23/13 | 1400 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

104 10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

JAN 23 AM 11:40

Initials: _____

| SECTION I | Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|---|
| | Montoya, Leroy | | 238802 | 1-23-13 |
| | Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| | 1-B-57 | Browning | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*

**SECTION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES***(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I would like to request a copy & how much To get a copy of my medical file from 1-5-13 thru 1-10-13. Please see 2 page Attachment to provide medical Records.

Thank you

Respectfully submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $ ____ por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

Referred to medical Records

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| S. ___ MRN | | JAN 24 AM 2:36 |

**SECTION IV**

**PLAN OF ACTION/PLAN DE ACCION** Forms sent to Central office for processing. The charge is 50¢ per page

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| T. Rodman | 1-24-13 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1050ES

Arizona Department of Corrections And Florence and St. Luke Hospital, Tempe
Authorization To Disclose Copies
and Provide Information From Medical Records

LeRoy Montoya #238802    12-14-1965
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    6-13-2018 (Release Date)

Individual Authorized To receive information :
Mary Ellen Montoya (mother)  ▓▓▓▓▓▓
▓▓ Glen Drive. Bullhead City, AZ. 86442

the undersigned hereby authorizes the Arizona Department of
Corrections To provide The above named individual With ; ET, Al.
☒ Copies of the following documents : And ☒ verbally provide medical
                                                treatment information.
☒ Medical and Physical History from Jan. 5, 2013 thru Jan. 9, 2013.
☒ X-Ray Reports From Jan. 5, 2013 thru Jan. 9, 2013.
☒ Medication Records From Jan. 5, 2013 thru Jan. 9, 2013.
☒ Entire medical Records from Jan. 5, 2013 thru Jan. 9, 2013.
☒ Lab reports From Jan. 5, 2013 thru Jan. 9, 2013.
☒ Treatment Plans From Jan. 5, 2013 thru Jan. 9, 2013.
☒ Progress notes From Jan. 5, 2013 thru Jan. 9, 2013
☒ others, how many times and how many M.L of Morphine from
       Jan. 5, 2013 thru Jan. 9, 2013.

       This form must provide all information and have a witness to
the signature to be valid. I understand that I may revoke this
authorization at any time, except to the extent that action has
already been Taken To comply with request. without my express
written revocation, this authorization will automatically expire le mowk

(1)                                                                106

from date of signature if expiration is not completed.

Effective Date: January 22, 2013 - Expiration Date: July 21, 2013.

It is understood that copies of records will be provided to the designated individual (Mary Ellen Montoya), only upon payment of .10 cent for each page reproduced, with exception for copies used for continuity of care.

I understand that "any records" my include any/and all records of ADoc, Florence Hospital, and St. Luke Hospital - Tempe, from non-ADoc providers.

I understand that these records are protected by various Federal and state laws or regulations, and can be disclosed by this written authorization. I hereby release the parties from any legal liability that may arise from the release of information requested who are not a party to the act.

Date: x 1-22-2013          Name: Leroy Montoya

                            x

Acknowledgement

SUBCRIBED TO AND SWORN before me this 22 day of Jan , 2013, A notary, That Leroy Montoya , personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

A Frances Owens          (seal)

Notary Public in and for said State
My commission expires; 4/1/2013

OFFICIAL SEAL
A. FRANCES OWENS
NOTARY PUBLIC - State of Arizona
PINAL COUNTY
My Comm. Expires April 1, 2013

(2)

107

**THE BREWER LAW OFFICE**
Benjamin M. Brewer, Esq.
*Certified Specialist in Criminal Law*
911 E. Deuce of Clubs, Show Low, AZ 85901
brewlaw@hotmail.com

928-537-3262 tel.
928-537-3264 fax
                                        **Office hours:  Mon – Fri, 8:00 a.m. to 5:00 p.m.**
                                        *The first to present his case seems right, till another comes forward and questions him.  Prov. 18:17*
February 11, 2013

Director Charles Ryan
Arizona Department of Corrections
1600 W. Jefferson
Phoenix, Arizona 85007

Re:     Mr. Leroy Montoya, ADC # 238802 Documentation

Director Ryan:

My name is Ben Brewer and I represent Mr. Montoya in his post-conviction matters.  Mr. Montoya requested that I contact you regarding his whereabouts during the time frame from 1-5-13 through 1-9-13.  Apparently he had some kind of serious medical issue and is not being provided with consistent answers regarding this situation.  He has limited recollection of these events and would like all the documentation that the Department of Corrections possesses so he may have a better understanding.  He would like to know what happened to him during those time frames, where he was located, and to be provided with any supporting documentation.  He has attempted in many different ways to acquire this information to no avail.

I thank you for your assistance in this matter.  If you have any questions please contact me at your convenience.

Sincerely,

Benjamin M. Brewer

Cc: Mr. Montoya

108

**THE BREWER LAW OFFICE**
Benjamin M. Brewer, Esq.
*Certified Specialist in Criminal Law*
911 E. Deuce of Clubs, Show Low, AZ 85901
brewlaw@hotmail.com

**928-537-3262 tel.**
**928-537-3264 fax**      **Office hours: Mon – Fri, 8:00 a.m. to 5:00 p.m.**
                          *The first to present his case seems right, till another comes forward and questions him. Prov. 18:17*

February 12, 2013

Mr. Ron Credio, Prison Warden
ASPC Eyman
P.O. Box 3500
Florence, Arizona 85132

        Re:    Mr. Leroy Montoya, ADC # 238802 Documentation request

Warden Credio:

My name is Ben Brewer and I represent Mr. Montoya in his post-conviction matters. Mr. Montoya requested that I contact you regarding his whereabouts during the time frame from 1-5-13 through 1-9-13. Apparently he had some kind of serious medical issue and is not being provided with consistent answers regarding this situation. He has limited recollection of these events and would like all the documentation that the Department of Corrections possesses so he may have a better understanding. He would like to know what happened to him during those time frames, where he was located, and to be provided with any supporting documentation. He has attempted in many different ways to acquire this information to no avail.

I thank you for your assistance in this matter. If you have any questions please contact me at your convenience.

Sincerely,

Benjamin M. Brewer

Cc: Mr. Montoya

109

To: Florence Hospital at Anthem (Legal Dept.)          5-28-13

From: LeRoy Montoya

Re: Account # 4008716

Good morning. My name is LeRoy Montoya and I am presently incarcerated in an Arizona State Prison. On Jan. 5, 2013 at approx. 15:45 I was taken to your hospital for "Abdominal Pain?" I have 5 questions and I am hopeful that you can answer them?

1. From my arrival time according to Director Charles L. Ryan (I.D. # A21-039-013) it is documented that I arrived at Florence Hospital at Anthem at 1552 hours, until my departure time at 23:39. Did the DR.'s know exactly what was wrong with me?

2. Why was I transfered to Tempe - St. Luke hospital?

3. Why didn't the doctor's do the operation at your hospital?

4. Why was I in that little room in pain from my arrival until my departure time at 2339?

5. Why was I given morphine almost every hour? And did you inform the Doctor's at Tempe - St. Luke hospital, before my surgery?

I do appriciate your time and help.

"State of Arizona, county of Pinal                    Thank you

Comes now LeRoy Montoya, being known by me          Respectfully submitted

as the above indicated individual, and swears,          _LeRoy_

under oath, that he has prepared the above

document, and knows the contents thereof."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 13 day of May 2013 By

_Leroy Montoya_

_T. Dixon_

OFFICIAL SEAL
T. DIXON
NOTARY PUBLIC - State of Arizona
PINAL COUNTY
My Comm. Expires Feb. 9, 2015

                                                    2-9-2015

Notary Public                        my commission expires:

110

TO: Temple - St. Luke Hospital (Legal Dept.)                    5-28-13
From: LeRoy Montoya
Re: Account # 1300602004

Good morning. My name is LeRoy Montoya and I am presently incarcerated in an Arizona state prison. I was admitted to your hospital on Jan. 6, 2013 at around 12midnite or 12:30am. I have 6 questions and I am hopeful that you can answer them?

1. After surgery, the second I woke up. what happen?

2. Did I overdose on morphine or any other drug?

3. Mike (the Doctor's assist.) told me I should be thanking them for saving my life? (i.e. Doctor's, Nurse's, etc.). Why? what did they do?

4. I was told by one of the correctional officers, that I died and it was the hospital that saved me? Is this true?

5. Why was I in the hospital for 4 days & 3 nites? And,

6. Do you know why I demanded for 3 days and 2 nites to be released from your hospital, back to Florence prison, same # ? I do appriciate your time & help.                    Thank you

"State of Arizona, County of Pinal            Respectfully submitted
Comes now LeRoy Montoya, being known
by me as the above indicated individual, and swears,
under oath, that he has prepared the above document,
and knows the contents thereof."

SUBSCRIBED AND SWORN TO BEFORE ME THIS 13 day of May, 2013 by

LeRoy Montoya

OFFICIAL SEAL
T. DIXON
NOTARY PUBLIC - State of Arizona
PINAL COUNTY
My Comm. Expires Feb. 9, 2015

                                                2-9-2015
Notary Public                              My commission expires:

111