US POSTAGE PITNEY BOWES

ZIP 85326
02 1W
0001365104 AUG 01 2016
$ 006.80

LeRoy Montoya #238802
ASPC Lewis, Rast Max.
P.O. Box 3600
Buckeye, Az. 85326

United States District Court
Magistrate Judge David K. Duncan
401 W. Washington St.
Phoenix, Az. 85003 - 2118

RECEIVED
AUG 0 4 2016
DAVID K. DUNCAN



USPS TRACKING™

Label 400 Jan. 2013
7690-16-000-7948

9114 9012 3080 3240 2482 25



PRIORITY MAIL
★ ★ ★ ★
TRACKED
INSURED

UNITED STATES POSTAL SERVICE®
For Domestic Use Only

Label 107R July 2013

LEGAL MAIL