Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
        dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen
Swartz, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on
behalf of themselves and all others similarly
situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability
Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION** |

LEGAL132349325.1

I, DAVID C. FATHI, DECLARE:

1.     I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class.  I have personal knowledge of the matters set forth herein and could testify competently thereto.

**The origin of the Stipulation's mental health Performance Measures**

2.     I was one of the counsel for Plaintiffs participating in the settlement negotiations in this case in the fall of 2014.  Most of the Stipulation's mental health care Performance Measures (PMs 73-99) (*see* Doc. 1185-1 at 13-15) were taken virtually verbatim from the then-current version of Defendants' Mental Health Technical Manual (MHTM), dated April 18, 2014.

3.     Attached hereto as Exhibit 1 is an illustrative chart comparing some of the Stipulation's mental health Performance Measures to the MHTM provisions from which they were taken.  Attached hereto as Exhibit 2 are true and correct copies of the pages from the April 18, 2014 MHTM that are cited in the chart.

**Calculating 30, 90, or 180 days**

4.     The following are free websites that will calculate a date 30, 90, or 180 days in the future or in the past:

- http://www.datecalculator.org/days-from-today-calculator
- http://www.convertunits.com/dates/daysfromdate/
- http://www.timeanddate.com/date/dateadd.html
- http://www.wikidates.org/calculate/90-days-from-today.html
- http://www.wikidates.org/calculate/30-days-from-today.html

Attached hereto as Exhibit 3 are true and correct copies of the homepages of these websites.

**Definition of "intake"**

5.     Attached hereto as Exhibit 4 is a true and correct copy of the first definition of "intake" from the online version of the Oxford English Dictionary.

**Performance Measure 85**

6.     Attached hereto as Exhibit 5 are documents Bates-stamped ADCM496537, ADCM538149, and ADCM538150, produced by Defendants in this litigation.   These documents are pages from the April and May 2016 CGAR (compliance) reports from ASPC-Perryville, with patient identifying information redacted.  They show that in April, 66 MH-3D records were drawn, of which 9 were reviewed for compliance with Performance Measure 85.  In May, 62 MH-3D records were drawn, of which 10 were reviewed for compliance with Performance Measure 85.

**Performance Measure 98**

7.     Attached hereto as Exhibit 6 are documents Bates-stamped ADCM225907 and ADCM225909, produced by Defendants in this litigation.  These documents are the cover page and an excerpt from the minutes of the October 14, 2015 Continuous Quality Improvement (CQI) meeting at ASPC-Winslow.  Page ADCM225909 shows that, in one month at ASPC-Winslow, 545 medical HNRs (Health Needs Request forms) were received; 229 dental HNRs were received; and 11 mental health HNRs were received.

8.     On April 5, 2016, I participated in a telephonic meet and confer with Defendants' counsel regarding the monitoring methodology for various Performance Measures.  Participating for Defendants were Tim Bojanowski and Nicole Taylor, among others.  Among the measures discussed was Performance Measure 98, pertaining to the timeliness of responses to mental health HNRs.

9.     During that call, Dr. Taylor took the position that Defendants would monitor only one of the five categories of mental health HNRs required to be monitored by Performance Measure 98—"routine non-medication issues"—on the ground that the other four categories are monitored "under Performance Measure 37."  I asked whether it is possible that the monitoring sample drawn for Performance Measure 37 in a given month might not include any mental health HNRs, and Dr. Taylor responded that that is possible.

**Definition of "seen"**

10.     In her declaration (Doc. 1644-1), Dr. Taylor makes the following statement:

> Under Performance Measure 94, inmates on suicide watch are considered "seen" when seen in a cell front/segregation visit. *Plaintiffs take no issue with this methodology being used for this measure.*

The italicized sentence is false.  Plaintiffs have repeatedly informed Defendants that cellfront visits do not comply with the Stipulation's definition of "seen," and Plaintiffs' Motion to Enforce the Stipulation specifically identified Performance Measure 94 as one of the measures for which Plaintiffs challenge Defendants' refusal to comply with that definition.  [*See* Doc. 1625 at 11:7-9]

**Plaintiffs' offer to negotiate and Defendants' refusal**

11.    On June 29, 2016, I spoke by telephone with Dan Struck, counsel for Defendants.  I asked Mr. Struck if Defendants would be willing to resume negotiations on three of the issues now before the Court in Plaintiffs' Motion to Enforce the Stipulation (Doc. 1625).  On July 12, I received an email from Mr. Struck stating that "defendants decline to alter their position on the three issues we discussed."  A true and correct copy of this email is attached as Exhibit 7.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 11th of August, 2016, in Washington, D.C.


                                           s/ David C. Fathi
                                           David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
             afettig@npp-aclu.org
             jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
             dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
            aamiri@jonesday.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf