**Index of Exhibits to Declaration
of David C. Fathi**

**Exhibit 1**    Illustrative chart comparing some of the Stipulation's mental health Performance Measures to the MHTM provisions

**Exhibit 2**    Pages from the April 18, 2014 MHTM

**Exhibit 3**    Homepages of various websites

**Exhibit 4**    First definition of "intake" from the online version of the Oxford English Dictionary

**Exhibit 5**    Documents Bates-stamped ADCM496537, ADCM538149, and ADCM538150

**Exhibit 6**    Documents Bates-stamped ADCM225907 and ADCM225909 **[FILED UNDER SEAL]**

**Exhibit 7**    Email string between David Fathi and Dan Struck

# EXHIBIT 1

| Performance Measure # | Language used in *Parsons* Stipulation Performance Measure | Language used in ADC Mental Health Technical Manual (Revised 4/18/14) |
|---|---|---|
| 73 | All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days. | Minor inmates with a Mental Health Score of 3 will be seen every thirty (30) days by a mental health clinician, regardless of their current Category.  (ADC267411) |
| 74 | All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum. | The mental health staff assigned to the unit will follow-up with each female inmate within five (5) days of their return from the hospital after delivering a baby or miscarriage. (ADC267417) |
| 75 | A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. | Within two (2) days of an inmate's arrival at the Arizona Department of Corrections, a qualified mental health staff will evaluate the inmate and complete the 14-Day Assessment (Form #1103-27).  (ADC267398) |
| 76 | If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC. | If an Initial Mental Health Assessment is not completed by licensed mental health staff, then the completed assessment will be reviewed by licensed mental health staff within one (1) business day.  (ADC267398)

Those inmates who quickly move to another facility will be seen by the receiving facility's mental health clinician within fourteen (14) days of arrival to the Department. (ADC267408) |
| 77 | Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, a minimum of every 12 months for all other MH-3 prisoners. | *Mental Health 3*: This treatment plan will be updated at a minimum of every twelve (12) months, or as the inmate's condition warrants.  (ADC267402)

Treatment plans for SMI inmates shall be reviewed/updated every ninety (90) days.  (ADC267404)

*Mental Health 4*: This treatment plan will be updated minimally every ninety (90) days, or more often as clinically |

| Performance Measure # | Language used in *Parsons* Stipulation Performance Measure | Language used in ADC Mental Health Technical Manual (Revised 4/18/14) |
|---|---|---|
| | | indicated.  (ADC267403)<br><br>*Mental Health Five*: This treatment plan will be updated minimally every ninety (90) days, or more often as clinically indicated.  (ADC267403) |
| 81 | MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. | *Mental Health 3, Category A:*<br>All inmates on medications will be seen at a minimum by a P/PNP every ninety (90) days, unless under a PMRB (then a minimum of every thirty (30) days).  (ADC267401) |
| 84 | MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. | *Mental Health 3, Category C:*<br>Category C Inmates shall be seen at a minimum every one hundred and eighty (180) days by P/PNP.  (ADC267402) |
| 86 | MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. | *Mental Health 3, Category D:*<br>Inmates who have been recently taken off of psychotropic medications require follow up to ensure stability over time. Inmates shall been seen at a minimum every ninety (90) days by a mental health clinician (or every thirty (30) days if in detention or Maximum Custody), for at least a six (6) month period.  (ADC267402) |
| 87 | MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. | *From Attachment 2-2.0A:*<br>MH-4 Face-to-Face Meetings. MH clinician: minimum 30 days.  (ADC267405) |
| 88 | MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. | *From Attachment 2-2.0A:*<br>MH-4 Face-to-Face Meetings. Psychiatry: minimum 90 days.  (ADC267405) |
| 89 | MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven days. | *Mental Health 5:*<br>The mental health clinician will conduct weekly 1:1 contacts, or more often as clinically indicated.  (ADC267404) |

| Performance Measure # | Language used in *Parsons* Stipulation Performance Measure | Language used in ADC Mental Health Technical Manual (Revised 4/18/14) |
|---|---|---|
| 90 | MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days. | *From Attachment 2-2.0A:* MH-5 Face-to-Face Meetings. MH clinician: Weekly; Psychiatry: minimum 30 days.  (ADC267405) |
| 92 | MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. | *From Attachment 2-2.0A:* All MH-3, 4 or 5 inmates, if transferred to segregated housing (see definition above), will be seen by a mental health clinician a minimum of once every (30) days, or more often as clinically indicated thereafter.  (ADC267405) |
| 93 | Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. | Mental health staff or medical staff with specialized mental health training shall visit SMI inmates in detention/maximum custody three (3) times a week.  (ADC267405) |
| 95 | Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch. | Only licensed mental health staff will reduce the level of observation and/or discontinue a watch.  (ADC267413) Post watch follow-up for inmates being discharged from any level of mental health watch will be conducted between twenty-four (24) and seventy-two (72) hours after watch discontinuation. An additional watch follow-up appointment will occur between seven (7) and ten (10) days after watch discontinuation, and a final follow-up appointment will occur between twenty-one (21) and twenty-four (24) days after watch discontinuation.  (ADC267416) |
| 98 | Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. | Inmates with emergency mental health issues will be seen by nursing staff immediately upon receipt of the HNR. Inmates with urgent medication issues (e.g., serious medication side effects or lack of receiving prescribed medications) will be seen by nursing staff within twenty-four (24) hours of HNR triage. Inmates with urgent non-medications issues describing |

| Performance Measure # | Language used in *Parsons* Stipulation Performance Measure | Language used in ADC Mental Health Technical Manual (Revised 4/18/14) |
|---|---|---|
| | | serious mental health symptoms will be seen by either nursing or mental health staff within twenty-four (24) hours of receipt of the HNR.<br><br>Inmates with routine non-medication issues will be forwarded to appropriate mental health staff, and will be responded to within five (5) working days with a specific plan of action. Inmates with routine medication issues will be referred to a P/PNP, and seen within fourteen (14) days.  (MHTM Chapter 2, Section 5.0) (ADC267409) |
| **99** | Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. | See MHTM Chapter 1, Section 3.0. (ADC267385-ADC267387) |

# EXHIBIT 2

ADC Mental Health Technical Manual - Revised 4/18/14                    1
Appendix G of the Health Service Technical Manual



Arizona Department of Corrections


Appendix G of the Health Services
Technical Manual


Revised April 18, 2014

ADC267378

ADC Mental Health Technical Manual - Revised 4/18/14                8
Appendix G of the Health Service Technical Manual

| | Psychiatric and Mental Health Peer Review | OPR:<br>Assistant Director Health Services<br>Contract Monitoring Bureau |
|---|---|---|
| CORRECTIONS ADC<br>Arizona Department of Corrections | | |
| Mental Health Technical Manual | MHTM<br>Chapter 1<br>Section 3.0 | Supersedes:<br>Procedural Instruction AD0002,<br>MHTM 1/1/14<br>Effective Date:<br>4/18/14 |

**Purpose**:  To provide a standardized peer review procedure for the assurance of the quality of care and content of records for each mental health staff person to include Psychiatrists and psychiatric Nurse Practitioners.

**Responsibility**:  It is the responsibility of each Lead Psychologist (or designee) to ensure that all mental health staff members receive a peer review annually.

1.0     Psychology Peer Reviews

    1.1     Each supervisor shall, on an annual basis, conduct a thorough review of the mental health section of five (5) inmate medical records for each mental health staff member they supervise and complete the Peer Review Checklist.

    1.2     The mental health section will be reviewed completely, to include the:

        1.2.1   Quality of service delivery

        1.2.2   Thoroughness of assessment

        1.2.3   Follow-up

        1.2.4   Referrals made for mental health services/programs (when needed)

        1.2.5   Treatment planning

        1.2.6   Adherence to documentation timeframes

        1.2.7   Quality of documentation (legibility, format, inclusiveness, appropriateness of notes, etc.) shall be noted and discussed with supervisee

ADC267385

ADC Mental Health Technical Manual - Revised 4/18/14          9
Appendix G of the Health Service Technical Manual

1.3  Additionally the record as a whole shall be reviewed for elements such as: SMI designation (brown tag in a paper medical record), completeness of problem list, MH score, SMI checklist, informed consents, etc.

1.4  The supervisor will provide each staff member a copy of the Peer Review Checklist for each review completed.

1.5  The staff member will have thirty (30) days to correct any deficiencies and return the form.

1.6  When corrections are completed, the form is to be signed and returned to the supervisor.

2.0  Psychiatry Peer Reviews

2.1  Each supervising Psychiatrist shall, on an annual basis, conduct a thorough review of five (5) inmate medical records for each P/PNP member they supervise and complete the Peer Review Checklist.

2.2  The mental health section will be reviewed completely, to include the:

2.2.1  Medical and mental health SOAPE notes
2.2.2  Medication sheets/orders
2.2.3  Lab work/reports
2.2.4  X-rays
2.2.5  Consultations
2.2.6  HNRs for the  six (6) month period prior to the review

2.3  The review should focus on the preceding ninety (90) to one-hundred and eighty (180) days if possible.

2.4  The records being reviewed will include at least three (3) chosen at random, from the provider's caseload, and may include up to two (2) chosen at the supervisor's discretion.

2.5  The records of the supervisor shall be reviewed according to the following:

2.5.1  The Complex FHA will randomly select two (2) records for psychiatric review and forwarded to the Director of Psychiatry, or designee, for review. The material to be reviewed will include:

2.5.1.1 All SOAPE notes
2.5.1.2 Mental health records
2.5.1.3 Lab work
2.5.1.4 X-ray

ADC267386

ADC Mental Health Technical Manual - Revised 4/18/14          10
Appendix G of the Health Service Technical Manual

2.5.1.5 Consultations
2.5.1.6 HNRs for the six (6) month period prior to the review

2.6     For each medical record reviewed, information gathered shall be recorded on the
        appropriate Psychiatric Peer Review Form.

        2.6.1   Reviewing Psychiatrists are to retain all copies of reviews.
2.7     A formal peer review or case review may be requested relative to inmate health
        care by the ADC Monitoring Bureau or the Vendor Administration.

2.8     In those complexes which do not have a supervising Psychiatrist, peer reviews
        will be completed by the Director of Psychiatry.

ADC267387

ADC Mental Health Technical Manual - Revised 4/18/14    21
Appendix G of the Health Service Technical Manual

| | Initial Mental Health Assessment | OPR:<br>Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Arizona Department of Corrections | | |
| Mental Health Technical Manual | MHTM<br>Chapter 2<br>Section  1.0 | Supersedes:<br>   MHTM 1/1/14<br>Effective Date:<br>   4/18/14 |

**Reference:** NCCHC MH-E-02

**Purpose**:  This procedure is to ensure that all inmates, upon their arrival in the Arizona Department of Corrections, have a mental health assessment completed. This assessment will be used to assist in decisions regarding classification, placement and need level for further mental health services and/or programming.

**Responsibility**: Mental health staff assigned to the Alhambra and Perryville reception centers specifically, as well as mental health staff at all complexes where inmates are received directly from the community or county, federal and other facilities are responsible to assess and determine individual mental health needs.

1.0    Procedure

    1.1    Within two (2) days of an inmate's arrival at the Arizona Department of Corrections, a qualified mental health staff will evaluate the inmate and complete the 14-Day Assessment (Form #1103-27).

        1.1.1    If an Initial Mental Health Assessment is not completed by licensed mental health staff, then the completed assessment will be reviewed by licensed mental health staff within one (1) business day.

    1.2    The completed assessment will be located in the inmate's Medical Record (under the Problem List in a paper record).

    1.3    The qualified mental health staff will update DI 85 in AIMS accordingly.  If the form needs to be reviewed by a licensed mental health staff, then the DI 85 screen will only be updated after the review has occurred.

    1.4    If an inmate does not receive the assessment at the Reception Center, the receiving facility will complete the assessment within these two (2) days.

ADC267398

ADC Mental Health Technical Manual - Revised 4/18/14          24
Appendix G of the Health Service Technical Manual

1.2.2   The inmate's mental health score may be increased when clinically indicated based upon the treating clinician's assessment of the quality of the inmate's current functioning.

1.2.3   Inmates classified as MH-2 must have demonstrated behavioral and psychological stability for at least six (6) months.

1.2.4   Inmates with suicide attempt histories shall be evaluated on a case-by-case basis as well. Inmates with verified serious suicide attempts shall be classified as MH-2 or greater.

1.2.5   Inmates designated as MH-2 are able to eligible for all movement and occupations.

## 1.3   MENTAL HEALTH 3

1.3.1   Inmates with Mental Health needs, who require current outpatient treatment.

1.3.2   Inmates meeting this criterion will be divided into four (4) categories. These categories will be notated in the record used for AIMS classification, and may change during each interaction with the inmate as their condition warrants:

1.3.2.1   **Category A:** Inmates in acute distress who may require substantial intervention in order to remain stable (Example: A floridly psychotic or delusional inmate with current or frequent suicidal ideation, or currently under a PMRB.) All inmates classified as SMI in ADC and/or the community will remain a Category A (or MH-4 and MH-5 if in specialized mental health program). Category A Inmates shall be seen at a minimum every thirty (30) days in either a clinical group or individual session.  All inmates on medications will be seen at a minimum by a P/PNP every ninety (90) days, unless under a PMRB (then a minimum of every thirty (30) days).

1.3.2.2   **Category B:** Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. (Example: An inmate with a major depressive or other affective disorder who benefits from routine contact with both psychiatry and psychology staff.) Category B Inmates shall be seen at a minimum every one hundred and eighty (180) days by a P/PNP and also every ninety (90) days by a mental health clinician in a group or individual session.

ADC267401

1.3.2.3 **Category C:** Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. (Example: An inmate with a general mood or anxiety disorder who has learned to manage their symptoms effectively through the use of medication and infrequent contact with mental health staff.) Category C Inmates shall be seen at a minimum every one hundred and eighty (180) days by P/PNP. Category C Inmates shall by seen by a mental health clinician by HNR or upon referral. If an inmate is determined to be in this category, the mental health clinician must include a detailed note indicating the justification for the C Category. No inmate currently placed in detention or Maximum Custody shall be classified as 3C.

1.3.2.4 **Category D:** Inmates who have been recently taken off of psychotropic medications require follow up to ensure stability over time. Inmates shall be seen at a minimum every ninety (90) days by a mental health clinician (or every thirty (30) days if in detention or Maximum Custody), for at least a six (6) month period. At which time, if the inmate demonstrates sufficient stability, the MH score may be changed to an MH-2.

1.3.3 Individual sessions by mental health clinicians will not be conducted at the inmate's cell front, and will be conducted in a private, confidential setting.

1.3.4 A new treatment plan is developed for all categories upon their arrival at their receiving facility. If a treatment plan already exists, then it will be updated upon their arrival.

1.3.4.1 This treatment plan will be updated at a minimum of every twelve (12) months, or as the inmate's condition warrants. Refer to 1.6 of this section regarding treatment plan updates for SMI inmates.

1.3.5 A Mental Health Treatment Staffing will occur as clinically indicated, and will be documented on a staffing note (Form #1103-69).

1.3.6 Any inmate who engages in self-harm gestures/attempts will be made a MH-3 until stability is demonstrated to be reduced to a MH-2.

1.3.6.1 If an inmate requires being placed on watch, but there was no actual self-harm event, then the clinician shall write a detailed note indicating the reasons the MH score was not increased to MH-3.

1.3.7 If housed in segregated housing, all mental health inmates will receive mental health contacts a minimum of once every thirty (30) days, or more

often as clinically indicated by mental health clinicians.  This includes
those segregated from general population and who receive services and
activities apart from other inmates (administrative/ disciplinary
segregation or maximum custody unit).

1.4     **MENTAL HEALTH 4**

1.4.1     Inmates who are admitted to a specialized mental health program outside
of inpatient treatment areas (MTU/WTU, BMU, Rincon Mental Health
Program, SMA, Florence and Eyman Maximum Custody programs).

  1.4.1.1 A new treatment plan is developed for all inmates.

      1.4.1.1.1    This treatment plan will be updated minimally every
          ninety (90) days, or more often as clinically indicated.

  1.4.1.2 A Mental Health Treatment Staffing as clinically indicated, and
  documented on a staffing note (Form #1103-69).

  1.4.1.3 Inmates are to participate in structured program activities on a
  weekly basis.  The mental health clinician will provide services
  consistent with description of the program the inmate is
  participating in.

  1.4.1.4 Upon discharge, these inmates require placement in a corridor
  facility.  Inmate's score is to remain an MH-4 until he/she is
  transferred to the receiving unit.  The receiving unit's clinician will
  change the mental health score to reflect his/her current placement
  and level of functioning.

  1.4.1.5 Inmates participating in a structured mental health program will be
  seen by a P/PNP a minimum of every ninety (90) days.

1.5     **MENTAL HEALTH 5**

1.5.1     Inmates with mental health needs who are admitted to an inpatient
psychiatric treatment program (Baker Ward and FMHC).

  1.5.1.1 An initial treatment plan is written upon admissions, and a new
  inpatient treatment plan is developed within thirty (30) days of
  admissions.

      1.5.1.1.1    This treatment plan will be updated minimally every
          ninety (90) days, or more often as clinically indicated.

ADC267403

ADC Mental Health Technical Manual - Revised 4/18/14          27
Appendix G of the Health Service Technical Manual

1.5.1.2 A Mental Health Treatment Staffing as clinically indicated, and documented on a staffing note (Form #1103-69).

1.5.1.3 The mental health clinician will conduct weekly 1:1 contacts, or more often as clinically indicated.

1.5.1.4 Upon discharge, these inmates require placement in a corridor facility. Inmate's score is to remain an MH-5 until he/she is transferred to the receiving unit. The receiving unit's clinician will change the mental health score to reflect his/her current placement and level of functioning.

1.5.1.5 Inmates admitted to an inpatient psychiatric treatment program will be seen by a P/PNP a minimum of every thirty (30) days.

1.6    **SERIOUSLY MENTALLY ILL (SMI)**

1.6.1   All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will:

1.6.1.1 Be designated a MH-3A, MH-4, or MH-5 based on their current program placement.

1.6.1.2 All inmates who have been confirmed as SMI in the community will also be maintained as SMI in ADC.

1.6.1.3 Have a treatment plan in the medical record.

1.6.1.3.1   Treatment plans for SMI inmates shall be reviewed/ updated every ninety (90) days.

1.6.1.4 All SMI inmates will be seen by a P/PNP a minimum of every ninety (90) days, unless under a PMRB order, then they will be seen a minimum of every thirty (30) days.

1.6.2   Health Planning Coordinators, or designee, shall refer all SMI inmates to community mental health agencies for evaluation prior to release to ensure continuity of mental health care services for SMI.

1.6.3   SMI Inmates in Segregation

1.6.3.1 Mental health staff will visit SMI inmates placed in a maximum custody cell (including detention) within twenty-four (24) hours of notification by the shift commander. If this occurs on a weekend or holiday, then this duty will be performed by a nurse, in consultation with mental health staff.

ADC267404

ADC Mental Health Technical Manual - Revised 4/18/14          28
Appendix G of the Health Service Technical Manual

1.6.3.2 Mental health staff or medical staff with specialized mental health
training shall visit SMI inmates in detention/maximum custody
three (3) times a week.

Attachment 2-2.0A

| MH score | Treatment Plan | MH score and Sub-code changes | Face-to-Face meetings |
|---|---|---|---|
| 1 | Not Applicable | Changed: As clinically indicated | By HNR |
| 2 | Not Applicable | Changed: As clinically indicated | By HNR |
| 3 (See categories below) | Developed: Upon Diagnosis<br><br>Reviewed: A minimum every 12 months or every 90 days for SMI | Updated: As clinically indicated | MH staff: See below<br><br>Psychiatry staff: See below |
| | **Categories can change at each interaction with the inmate as their condition warrants.** | | |
| Category A | Inmates in acute distress who may require substantial intervention in order to remain stable (Example: A floridly psychotic or delusional inmate with current or frequent suicidal ideation, or currently under a PMRB.) All inmates classified as SMI in ADC and/or the Community will remain a Category A. | | MH clinician or Psychiatry: minimum 30 Days<br>Psychiatry:  minimum 30 or 90 days |
| Category B | Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. (Example: An inmate with a major depressive or other affective disorder who benefits from routine contact with both psychiatry and psychology staff.) | | MH clinician: minimum 90 days<br>Psychiatry: minimum 180 days |
| Category C | Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. (Example: An inmate with a general mood or anxiety disorder who has learned to manage their symptoms effectively through the use of medication and infrequent contact with mental health staff.) | | Psychiatry: minimum 180days<br><br>MH clinician:  PRN or by referral |
| Category D | Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. | | MH clinician: minimum 90 days, for a minimum of 6 months |
| 4 | Developed: Upon placement in program<br><br>Reviewed: Minimum every 90 days | Upon placement in the program | MH clinician: minimum 30 days<br><br>Psychiatry: minimum 90 days<br><br>Structured Activities: Weekly |
| 5 | Developed:  Upon Admission<br><br>Reviewed: Minimum every 90 days | Upon admission to inpatient facility | MH clinician: Weekly<br><br>Psychiatry: minimum 30 days |

†All MH-3, 4 or 5 inmates, if transferred to segregated housing (see definition above), will be seen by a mental
health clinician a minimum of once every (30) days, or more often as clinically indicated thereafter.

ADC267405

ADC Mental Health Technical Manual - Revised 4/18/14                31
Appendix G of the Health Service Technical Manual

| | Mental Health Contacts for Inmates After Reception | OPR: Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| CORRECTIONS ADC Arizona Department of Corrections | | |
| Mental Health Technical Manual | MHTM Chapter 2 Section 4.0 | Supersedes: New Effective Date: 4/18/14 |

**Reference:** NCCHC MH-E-02

**Purpose:** To provide standardization of timeframes for the initial clinical contact after an inmate is received by the Arizona Department of Corrections.

**Responsibility:** It is a shared responsibility between the mental health team at Alhambra and the mental health team at the receiving facilities.

1.0 Procedure

    1.1 After the initial assessment is completed at Reception (Form #1103-27), all MH-3 inmates will be tracked by the mental health team at Alhambra/Perryville.

    1.2 These inmates will be routinely monitored for movement out to a Complex, and the staff working at Reception will notify the receiving facilities.

        1.2.1 It is also the responsibility of the receiving facilities to monitor daily all inmates who are arriving and leaving from their Complex.

    1.3 Those inmates who quickly move to another facility will be seen by the receiving facility's mental health clinician within fourteen (14) days of arrival to the Department.

        1.3.1 This contact will be completed in a private setting by a Psychologist or Psychology Associate.

    1.4 Those inmates who remain at Reception longer than seven (7) days will be seen by a mental health clinician from Alhambra/Perryville.

        1.4.1 This contact will be completed in a private setting by a Psychologist or Psychology Associate.

ADC267408

| | Triage for Health Needs Requests | OPR: Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Arizona Department of Corrections | | |
| Mental Health Technical Manual | MHTM Chapter 2 Section 5.0 | Supersedes: Procedural Instruction TR0005, MHTM 1/1/14 Effective Date: 4/18/14 |

**Reference**: DO 1101

**Purpose**:   To provide direction regarding the assessment and immediacy of mental health issues submitted via Health Needs Requests (HNRs).  This also includes requests made at reception areas.

**Responsibility**:  Medical staff triaging HNRs are responsible for making necessary referrals to mental health staff when appropriate. It is the responsibility of the mental health staff receiving requests for services to respond within the guidelines outlined in Department Order 1101.

2.0 Inmates with emergency mental health issues will be seen by nursing staff immediately upon receipt of the HNR.

3.0 Inmates with urgent medication issues (e.g., serious medication side effects or lack of receiving prescribed medications) will be seen by nursing staff within twenty-four (24) hours of HNR triage.

4.0 Inmates with urgent non-medications issues describing serious mental health symptoms will be seen by either nursing or mental health staff within twenty-four (24) hours of receipt of the HNR.

4.0    Inmates with routine non-medication issues will be forwarded to appropriate mental health staff, and will be responded to within five (5) working days with a specific plan of action.

5.0    Inmates with routine medication issues will be referred to a P/PNP, and seen within fourteen (14) days.

ADC267409

ADC Mental Health Technical Manual - Revised 4/18/14          34
Appendix G of the Health Service Technical Manual

1.4     The Minor's Unit Psychologist shall determine if additional testing is needed in
        the following areas:

        1.4.1   Psychopathology

        1.4.2   Personality functioning

        1.4.3   Neuropsychological functioning

        1.4.4   Intellectual functioning

1.5     The results of psychological testing shall be documented in the mental health
        section of the medical record.

        1.5.1   Psychological assessment reports shall include, at a minimum, identifying
                data, reason for referral, mental health history, current findings, and
                recommendations.

        1.5.2   Reports of psychological testing may be documented either in a SOAPE
                format or in the form of a psychological assessment report.

        1.5.3   Reports of any psychological testing shall be signed or counter-signed by
                a licensed Psychologist.

1.6     In the event that a minor inmate is non-English speaking, an accommodation will
        be made to conduct the interview and psychological testing in the minor's native
        language, to the extent feasible.

1.7     Minor inmates with a Mental Health Score of 3 will be seen every thirty (30) days
        by a mental health clinician, regardless of their current Category.

1.8     Minor inmates on psychiatric medications will be seen a minimum of every ninety
        (90) days by a P/PNP.

ADC267411

ADC Mental Health Technical Manual - Revised 4/18/14          36
Appendix G of the Health Service Technical Manual

3.0    30 Minute Watch:

    3.1    Mental health staff shall order a Thirty (30) Minute Watch when an inmate has demonstrated acute signs or symptoms of significant mental health disorder, but is not acting in a manner indicating significant suicide risk.

    3.2    Thirty (30) Minute Watch shall not be used on urgent response protocols.

4.0    Only licensed mental health staff will reduce the level of observation and/or discontinue a watch.  Any health care staff can increase the level of observation based on safety concerns.

5.0    At a minimum, inmates will remain on each level of watch for a minimum of twenty-four (24) hours, and will be reduced from a higher to a lower level of observation in the following manner:  continuous watch, 10" watch, 30" watch, then discontinue watch.

6.0    If at any time an inmate's behavior deteriorates or suicidal ideation or gestures increases, the level of watch shall be increased according to the policy outlined above.

7.0    Refer to Arizona Department of Corrections DO 807 regarding procedural instructions for inmates requiring clinically ordered restraints.

ADC267413

| CORRECTIONS ADC<br><br>Arizona Department of Corrections | Mental Health Follow-up After Discharge from Watch | OPR:<br>Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Mental Health Technical Manual | MHTM<br>Chapter 2<br>Section 9.0 | Supersedes:<br>  MHTM 1/1/14<br>Effective Date:<br>  4/18/14 |

**Reference**: DO 807

**Purpose**:  To provide direction regarding mental health service delivery and post watch follow-up for inmates being discharged from any level of mental health watch (i.e., continuous, ten-minute, or thirty-minute).

**Responsibility**:   It is the responsibility of the mental health staff discontinuing any watch, to notify appropriate security staff and the mental health team at the Complex.  It is the responsibility of the Lead Psychologist to notify the mental health staff on a weekly basis of the dates of watch discharges and the inmates' current locations.  A copy of these notifications will be kept by the Lead Psychologist for two (2) years.

1.0    Post watch follow-up for inmates being discharged from any level of mental health watch will be conducted between twenty-four (24) hours and seventy-two (72) hours after watch discontinuation.  An additional watch follow-up appointment will occur between seven (7) and ten (10) days after watch discontinuation, and a final follow-up appointment will occur between twenty-one (21) and twenty-four (24) days after watch discontinuation.

2.0    The mental health staff clinician performing the first follow-up check will verify the appropriateness of the Mental Health Score, and make any necessary changes in AIMS.

ADC267416

ADC Mental Health Technical Manual - Revised 4/18/14            40
Appendix G of the Health Service Technical Manual

| | Mental Health Follow-up in Peripartum | OPR:<br>Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Arizona Department of Corrections | | |
| Mental Health Technical Manual | MHTM<br>Chapter 2<br>Section 10.0 | Supersedes:<br>MHTM 1/1/14<br>Effective Date:<br>4/18/14 |

**Reference**: N/A

**Purpose**:  To provide direction regarding mental health service delivery for female inmates during peripartum (before and after delivery).

**Responsibility**:   It is the responsibility of the medical staff assigned to each unit to communicate with mental health staff regarding an inmate in a peripartum stage.

1.0 The mental health staff assigned to the unit will follow-up with each female inmate within five (5) days of their return from the hospital after delivering a baby or a miscarriage.

    1.1 If it is determined that the inmate is suffering from depression, then the clinician shall schedule routine contact with the inmate until the depression is resolved.  This may include changing the MH score to a 3.

2.0     Medical may also refer a pregnant inmate if prepartum depression is suspected.

ADC267417

# EXHIBIT 3



 Days From Date Calculat... ✕

← → C  🔒 www.convertunits.com/dates/daysfromdate/

  GET A ROKU 2 ABSOLUTELY FREE  When you prepay 3 months of Sling TV  $69.99 VALUE   sling  GET YOUR ROKU 2 ›



**Days From Date Calculator – number of days from a specific date**

Google™ Custom Search  [ Search ]

Metric System
Date Calculator
Salary Calculator
Molecular Weight
Discussion Forum

This site provides an online "Days From Date" calculator to help you find the date that occurs exactly X days from a particular date. You can also enter a negative number to find out when X days before that date happened to fall. You can use this tool to figure out a deadline if you have a certain number of days remaining. Or read the full page to learn more about the due date if you're counting business days or weekdays only, skipping Saturday and Sunday.

**Note:** If you're trying to measure the number of days between two dates, you can switch to the Date Difference calculator instead. Or if you want to choose a day in the week and count how many times it occurs in a given year, try out the How Many Days calculator.

### ▪▪ Enter the number of days and the exact date

Type in the number of days and the exact date you want to calculate from. If you want to find a previous date, you can enter a negative number to figure out the number of days before the specified date.

[ 30 ]  **days from** [ Aug 3, 2016 ]  [ Go! ]

### ▪▪ August, 2016 calendar

| Su | M | Tu | W | Th | F | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

Today is Wednesday, August 3rd, 2016. It is the 216th day of the year, and in the 31st week of the year (assuming each week starts on a Sunday). There are 31 days in this month. 2016 is a leap year, so there are 366 days in this year.

### ▪▪ Days From Date calculator

30 days from Aug 3, 2016
60 days from Aug 3, 2016
90 days from Aug 3, 2016
120 days from Aug 3, 2016
180 days from Aug 3, 2016

This page was loaded in 0.0010 seconds.

 Discover it® chrome for Students

DISCOVER it

SEE WHAT IT CAN DO ›



Home | Calculators | Date Calculator

# Date Calculator: Add to or Subtract From a Date

This calculator enables you to add or subtract days, months and years to a date to calculate a past or future date. **Recently added features** ▸

## Start Date

| Month: | Day: | Year: | Date: | | Add/Subtract: | Years: | Months: | Weeks: | Days: |
|--------|------|-------|-------|--|---------------|--------|---------|--------|-------|
| mm | / | dd | / | yyyy | (+) Add | | | | |

Today

Include the time

Include only certain weekdays

☐ Repeat

**Calculate new date**



# Wiki Dates

www.wikidates.org

• Calendar   • Federal Holidays   • US Holidays   • Christian   • Jewish   • Muslim   • Hindu

Today: Wednesday, August 3, 2016 - Week number: 31 - Day numbers: 216

The 2016 Volkswagen **Tiguan**   $169 PER MONTH | 36 MONTH LEASE   $2,999 due at signing. No security deposit required.   SEE OFFERS ›   Excludes tax, title, license, registration, options and dealer fees. For highly qualified customers through Volkswagen Credit. View key offer details

## 90 days from today

### Tuesday, November 1, 2016

## What date is 90 days from today?

| November 2016 Calendar | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| 44 | | | 1 | 2 | 3 | 4 | 5 |
| 45 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 46 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 47 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 48 | 27 | 28 | 29 | 30 | | | |

• Today is Wednesday, August 3, 2016.

• 90 days from today (64 weekdays) would be **Tuesday, November 1, 2016**.

• November 1, 2016 is a Tuesday.

• It is the 306th day of the year and in the 44th week of the year (week starts from Sunday).

• There are 30 days in November 2016.

• 2016 is a leap year, so there are 366 days in this year (there are 29 days in February 2016).

• Printable 2016 Calendar



# Wiki Dates

www.wikidates.org

• Calendar   • Federal Holidays   • US Holidays   • Christian   • Jewish   • Muslim   • Hindu

Today: Wednesday, August 3, 2016 - Week number: 31 - Day numbers: 216

The 2016 Volkswagen **Tiguan**   **$169** PER MONTH | **36** MONTH LEASE   $2,999 due at signing. No security deposit required.   SEE OFFERS   Excludes tax, title, license, registration, options and dealer fees. For highly qualified customers through Volkswagen Credit. View key offer details

## 30 days from today

### Friday, September 2, 2016

What date is 30 days from today?

| September 2016 Calendar | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| 35 |  |  |  |  | 1 | 2 | 3 |
| 36 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 37 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 38 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 39 | 25 | 26 | 27 | 28 | 29 | 30 |  |

• Today is Wednesday, August 3, 2016.

• 30 days from today (22 weekdays) would be **Friday, September 2, 2016**.

• September 2, 2016 is a Friday.

• It is the 246th day of the year and in the 35th week of the year (week starts from Sunday).

• There are 30 days in September 2016.

• 2016 is a leap year, so there are 366 days in this year (there are 29 days in February 2016).

• Printable 2016 Calendar

# EXHIBIT 4

Oxford English Dictionary | The definitive record of the English language

# intake, *n.*

**Pronunciation:** Brit.     /ˈɪnteɪk/ , U.S.     /ˈɪnˌteɪk/ , Scottish     /ˈɪntek/

**Forms:** 15– **intack**, (15–16 **intacke**), 17– **intake** (*Sc.* **intak**).

**Frequency (in current use):**

**Etymology:** IN *adv.* 11d; compare *take in* , TAKE *v.*

orig. *Sc.* and *north. dial.*

**1.**

**a.** The act of taking in or receiving from outside; that which is taken in, an amount or quantity received internally.

1808–18   J. JAMIESON *Etymol. Dict. Sc. Lang.*   *Intake,* the bringing in of the crop.

1854   H. KEDDIE *Phemie Millar* 161   With her..downright intake in the shape of meat and drink.

1886   R. L. STEVENSON *Strange Case Dr. Jekyll & Mr. Hyde* ii. 22   Mr. Hyde shrank back with a hissing intake of the breath.

1896   T. C. ALLBUTT et al. *Syst. Med.* I. 143   Both the oxygen intake and the output of carbon dioxide in normal and fevered animals were compared.

1940   *Economist* 9 Nov. 590/1   Thanks to the heavy intake of raw wool this year..it has been possible to meet military and almost all export requirements without stinting the home consumer.

1955   *Times* 10 May 18/3   The intake of orders for the first four months is higher than ever before.

1971   *Nature* 2 July 63/3   Thus there is the intake and evaluation in one computerized centre of duplicate magnetic tapes from many sources.

# EXHIBIT 5

## CGAR Finding for April 2016 PERRYVILLE COMPLEX



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? | X | | 5/30/2016 1:10 PM Entered By: Dennis Dye Number Compliance: 9; Number Review: 9; Percent Compliance: 100.00 % Comments: LUMLEY "ADC # "3D DC Meds "Compliant | 1 | 9 | 9 | 100.00 |
| 14 | Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? | X | | 5/30/2016 1:14 PM Entered By: Dennis Dye Number Compliance: 63; Number Review: 66; Percent Compliance: 95.45 % Comments: Update numbers to 63/66 Remainms Green 5/30/2016 1:13 PM | 2 | 63 | 66 | 95.45 |

## CGAR Finding for May 2016 PERRYVILLE COMPLEX

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | PM #84 Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? | X | | 6/28/2016 9:46 AM Entered By: Dennis Dye Number Compliance: 73; Number Review: 73; Percent Compliance: 100.00 % Comments: "Unit ADC # " ? 3C "Compliant Lumley | 2 | 73 | 73 | 100.00 |
| 13 | PM #85 Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? | X | | 6/28/2016 9:47 AM Entered By: Dennis Dye Number Compliance: 10; Number Review: 10; Percent Compliance: 100.00 % Comments: "Unit ADC # "3D DC Meds "Compliant Lumley | 1 | 10 | 10 | 100.00 |

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER       PARSONS v. RYAN, USDC CV12-00601: ADCM538149

## CGAR Finding for May 2016 PERRYVILLE COMPLEX



| 14 | PM #86 Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? | X | | 6/28/2016 9:48 AM Entered By: Dennis Dye Number Compliance: 57; Number Review: 62; Percent Compliance: 91.94 % Comments: "Unit ADC # "MH 3D "Compliant Lumley | | 2 | 57 | 62 | 91.94 |

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER        PARSONS v. RYAN, USDC CV12-00601: ADCM538150

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

**David Fathi**

| | |
|---|---|
| **From:** | Dan Struck <DStruck@swlfirm.com> |
| **Sent:** | Tuesday, July 12, 2016 2:32 PM |
| **To:** | David Fathi; mabela@azdisabilitylaw.org |
| **Cc:** | Lucy Rand; Michael E. Gottfried; Brad Keogh |
| **Subject:** | Monitoring issues |

David,

I apologize for not getting back to you sooner, as I have been out on vacation. The defendants decline to alter their position on the three issues we discussed. Thank you for your willingness to try and resolve informally. If you would like to discuss the defendants reasoning please feel free to contact me.

Dan

Sent from my iPhone

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.