1   Kathleen E. Brody (Bar No. 026331)
    Daniel Pochoda (Bar No. 021979)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email: kbrody@acluaz.org
            dpochoda@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen*
6   *Swartz, Sonia Rodriguez, Christina Verduzco,*
    *Jackie Thomas, Jeremy Smith, Robert Gamez,*
7   *Maryanne Chisholm, Desiree Licci, Joseph*
    *Hefner, Joshua Polson, and Charlotte Wells, on*
8   *behalf of themselves and all others similarly*
    *situated*
9   **[ADDITIONAL COUNSEL LISTED BELOW]**

10  Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
11  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
12  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
13  Email: skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org
14
    *Attorneys for Plaintiff Arizona Center for Disability*
15  *Law*

    **[ADDITIONAL COUNSEL LISTED BELOW]**
16

17              UNITED STATES DISTRICT COURT

18                 DISTRICT OF ARIZONA

19  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
20  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF**
21  Hefner; Joshua Polson; and Charlotte Wells, on       **CORENE KENDRICK IN**
    behalf of themselves and all others similarly        **SUPPORT OF PLAINTIFFS'**
22  situated; and Arizona Center for Disability Law,     **REPLY IN SUPPORT OF**
                                                         **MOTION TO ENFORCE**
                        Plaintiffs,                      **THE STIPULATION**
23
              v.
24
    Charles Ryan, Director, Arizona Department of
25  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
26  Department of Corrections, in their official
    capacities,
27
                        Defendants.
28

LEGAL132341487.1

1   I, Corene Kendrick, declare:

2       1.    I am an attorney licensed to practice before the courts of the State of

3   California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison

4   Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a

5   witness, I could and would testify competently to the facts stated herein, all of which are

6   within my personal knowledge.

7       2.    I personally attended a mediation before Judge Buttrick on March 1, 2016,

8   pursuant to the procedures in the Stipulation in this case, regarding Defendants'

9   monitoring methodology. Counsel for the parties agreed to engage in a series of weekly

10  telephonic meet-and-confers to review Defendants' draft monitoring guide intended to

11  provide uniform, written instructions to ADC's monitors on how to evaluate compliance

12  with health care performance measures.

13      3.    The parties had four telephone calls, on March 22, 2016, March 29, 2016,

14  April 5, 2016, and April 12, 2016. I personally participated in the four phone calls, and

15  each call lasted between an hour and 90 minutes. Prior to each call, I sent Defendants a

16  letter setting out the performance measures that we wished to discuss on the call, and after

17  each call, I sent Defendants a letter memorializing the call. These letters are attached as

18  Exhibits 7-14 to my July 12, 2016 Declaration. [Doc. 1626, Exs. 7-14 (Doc. 1626-1 at 15-

19  87)]

20      4.    At the end of the fourth telephonic meet-and-confer on April 12, 2016,

21  Timothy Bojanowski, counsel for Defendants, stated that Defendants felt that the meet-

22  and-confer calls had served their purpose and that no more were needed, and he asked me

23  to prepare a letter setting out Plaintiffs' comments and questions on the remaining

24  performance measures that had not yet been discussed, and stated that Defendants would

25  provide a written response, and if necessary, the parties would have one final phone call.

26  On April 15, 2016, I sent Defendants an "omnibus" letter setting out Plaintiffs' remaining

27  questions and comments on their draft monitoring guide. A true and correct copy of this

28  letter is attached as Exhibit 14 to my July 12, 2016 Declaration. [Doc. 1626, Ex. 14

LEGAL132341487.1

(Doc. 1626-1 at 74-87)]   In my letter, I requested that Defendants provide the written response within 10 days (that is, by April 25, 2016).  [*Id*.]

5.      Attached hereto as Exhibits 1-3 are true and correct copies of email chains between Counsel regarding Plaintiffs' comments on the draft monitoring guide.   On April 28, 2016, I emailed Lucy Rand at the Attorney General's office to request an update on when she would provide a written response to my April 15 letter and to schedule a telephone call to discuss Defendants' response.   We agreed to schedule the call for Thursday, May 5, 2016.  [Ex. 1 at 5-7]

6.      On May 4, Counsel for Defendants requested that we reschedule the call for Tuesday, May 10.  [*Id*. at 4-5]  In response, I requested twice that Ms. Rand advise me as to whether she would be able to provide a written response prior to the call.  [*Id*. at 3-4] She responded on Friday, May 6 and said she would try to get the response to me by the night of Monday, May 9.  [*Id*. at 3]  At 4:35 p.m. on May 9, she emailed me to say that Defendants needed to meet with Corizon officials to discuss a response, and this meeting would occur on May 19, and that Defendants "will schedule a meeting with you after we have this meeting."  [*Id*. at 2]

7.      In response, I requested that the parties schedule the call for May 20, and expressed concern that Defendants were consulting with Corizon so late in the negotiation process.  [*Id*. at 1-2]  Ms. Rand asserted that the soonest Defendants could meet-and-confer was June 3, 2016.  [*Id*. at 1]

8.      On May 20, 2016, Ms. Rand wrote me to ask if the parties could have their call regarding Plaintiffs' omnibus letter on Monday, June 6, 2016.  [Ex. 2 at 2]  I again requested that a written response be provided prior to the call, and Ms. Rand stated it would be provided to me by Friday, June 3.  [*Id*. at 1-2]  The written response was not provided on that date, and on Sunday morning, June 5, 2016, I again wrote Ms. Rand to ask for a written response, and she stated that she would provide it to me that evening. [Ex. 3 at 1]

9.      Ms. Rand provided the written response at 8:10 am on Monday, June 6, fifty minutes prior to the parties' agreed upon call.  [Doc. 1626, Ex. 16 at 2 (Doc. 1626-1 at 94)]  I informed her that Plaintiffs' counsel would not have enough time to review her written response, and requested that we postpone the call to Thursday, June 9.  [*Id*.]  Two and a half hours after sending the written response, Ms. Rand "retracted" the response because she had "inadvertently inserted incorrected information" in the letter. [Doc. 1626, Ex. 15 (Doc. 1626-1 at 90)]  Ms. Rand refused to reschedule the parties' call to Thursday, June 9, due to pending court-ordered deadlines to produce documents to Plaintiffs.  [Doc. 1626, Ex. 16 at 1 (Doc. 1626-1 at 93)]  In response, I advised Counsel for Defendants that we would have to prepare a motion on the methodology issues, because of their delays in the negotiation process, but stated that we were still open to discussions to resolve any of the issues.  [*Id*.]

10.     As of August 10, 2016, Counsel for Defendants have not provided a written response to my April 15, 2016 letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 10th of August, 2016, in Berkeley, California.


  s/ Corene Kendrick
Corene Kendrick


**ADDITIONAL COUNSEL:**                    Donald Specter (Cal. 83925)*
                                           Alison Hardy (Cal. 135966)*
                                           Sara Norman (Cal. 189536)*
                                           Corene Kendrick (Cal. 226642)*
                                           **PRISON LAW OFFICE**
                                           1917 Fifth Street
                                           Berkeley, California 94710
                                           Telephone:  (510) 280-2621
                                           Email:    dspecter@prisonlaw.com
                                                     ahardy@prisonlaw.com
                                                     snorman@prisonlaw.com
                                                     ckendrick@prisonlaw.com

                                           *Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y.
5351176)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
               afettig@npp-aclu.org
               jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
               jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
               dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
               aamiri@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2
I hereby certify that on August 12, 2016, I electronically transmitted the above

3
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4
Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8
Lucy.Rand@azag.gov

9
Daniel P. Struck
Kathleen L. Wieneke

10
Rachel Love
Timothy J. Bojanowski

11
Nicholas D. Acedo
Ashlee B. Fletcher

12
Anne M. Orcutt
Jacob B. Lee

13
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14
kwieneke@swlfirm.com
rlove@swlfirm.com

15
tbojanowski@swlfirm.com
nacedo@swlfirm.com

16
afletcher@swlfirm.com
aorcutt@swlfirm.com

17
jlee@swlfirm.com

18
*Attorneys for Defendants*

19

20
s/ D. Freouf

21

22

23

24

25

26

27

28