Index of Exhibits to Kendrick Declaration

Exhibit 1        Email string between Corene Kendrick and Lucy Rand

Exhibit 2        Email string between Corene Kendrick and Lucy Rand

Exhibit 3        Email string between Corene Kendrick and Lucy Rand

# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Rand, Lucy |
| **Sent:** | Tuesday, May 03, 2016 2:42 PM |
| **To:** | 'Corene Kendrick' |
| **Cc:** | Alison Hardy; Don Specter; Megan Lynch; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; tbojanowski@swlfirm.com; dstruck@swlfirm.com; EPercevecz@swlfirm.com |
| **Subject:** | RE: Letter re: 4/12/16 negotiation and comments on remaining health care measures |

Thursday would be better.

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE:  This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law.  It is intended only for the recipients to whom it is addressed.  If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message.  Thank you.

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, April 29, 2016 10:07 AM
**To:** Rand, Lucy
**Cc:** Alison Hardy; Don Specter; Megan Lynch; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; tbojanowski@swlfirm.com; dstruck@swlfirm.com; EPercevecz@swlfirm.com
**Subject:** RE: Letter re: 4/12/16 negotiation and comments on remaining health care measures

Thanks for the update Lucy. I am available any time Wednesday or Thursday, so if you have a preference of date or time, let me know.

Thanks,

Corene

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Thursday, April 28, 2016 6:33 PM
**To:** 'Corene Kendrick'
**Cc:** Alison Hardy; Don Specter; Megan Lynch; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; tbojanowski@swlfirm.com; dstruck@swlfirm.com; EPercevecz@swlfirm.com
**Subject:** RE: Letter re: 4/12/16 negotiation and comments on remaining health care measures

Corene,

We are still working on the response.  As you know, there are many issues to which to respond.

I am available for a conference call between Tuesday and Thursday of next week.

1

Thank you.



**Lucy M. Rand, Assistant Attorney General**
ARIZONA ATTORNEY GENERAL'S OFFICE
**Direct: 602-542-7683**
Secretary: 602-542-641
Lucy.Rand@azag.gov

NOTICE: This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law. It is intended only for the recipients to whom it is addressed. If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message. Thank you.

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, April 28, 2016 2:31 PM
**To:** Rand, Lucy; tbojanowski@swlfirm.com; dstruck@swlfirm.com; EPercevecz@swlfirm.com
**Cc:** Alison Hardy; Don Specter; Megan Lynch; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela
**Subject:** RE: Letter re: 4/12/16 negotiation and comments on remaining health care measures

Lucy,

When can we expect to receive answers to the matters raised in this letter? Would you like to schedule a time to talk about it next week?

Thanks,

Corene

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, April 15, 2016 5:06 PM
**To:** Lucy Rand; 'tbojanowski@swlfirm.com'; 'dstruck@swlfirm.com'; 'EPercevecz@swlfirm.com'
**Cc:** Alison Hardy; Don Specter; Megan Lynch; David Fathi; Amy Fettig; Kirstin Eidenbach; 'Maya Abela'
**Subject:** Letter re: 4/12/16 negotiation and comments on remaining health care measures

Lucy,

Attached is a letter summarizing our call on Tuesday April 12, and our comments/questions on the remaining health care measures that were not discussed during the four weeks of calls. Our comments and questions on the max custody measures will be sent separately.

If any of the questions we ask are confusing, please let me know and I will try to clarify.

I requested that you provide us a response by the 25th, let me know if you think that sounds doable, or if you'd want to respond by subject area in stages. I'm available to talk most of the week of the 25th and the week of May 2.

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621

ckendrick@prisonlaw.com

# Exhibit 2

# Corene Kendrick

| | |
|---|---|
| **From:** | Rand, Lucy |
| **Sent:** | Monday, May 23, 2016 10:27 AM |
| **To:** | Corene Kendrick |
| **Cc:** | dfathi@aclu.org; kirstin@eidenbachlaw.com; afettig@aclu.org; ahardy@prisonlaw.com; dspecter@prisonlaw.com; dpochoda@acluaz.org; mabela@azdisabilitylaw.org; jross@azdisabilitylaw.org; EPercevecz@swlfirm.com; BKeogh@azcorrections.gov; tbojanowski@swlfirm.com; dstruck@swlfirm.com; afletcher@swlfirm.com; Northup, Dawn; Gottfried, Michael; RPratt@azcorrections.gov |
| **Subject:** | RE: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152 |

Counsel,

We have set the meeting for Monday, June 6, at 9:00 a.m.

Thank you.

Lucy M. Rand, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926

**(602) 542-7683 Direct**
(602) 542-7641 Secretary
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

---

**From:** Rand, Lucy
**Sent:** Saturday, May 21, 2016 10:37 AM
**To:** Corene Kendrick
**Cc:** dfathi@aclu.org; kirstin@eidenbachlaw.com; afettig@aclu.org; ahardy@prisonlaw.com; dspecter@prisonlaw.com; dpochoda@acluaz.org; mabela@azdisabilitylaw.org; jross@azdisabilitylaw.org; EPercevecz@swlfirm.com; BKeogh@azcorrections.gov; tbojanowski@swlfirm.com; dstruck@swlfirm.com; afletcher@swlfirm.com; Northup, Dawn; Gottfried, Michael; RPratt@azcorrections.gov
**Subject:** RE: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152

We are meeting on Thursdatly, June 2, so I should be able to have them to you by Friday.

Lucy M Rand
Assistant Attorney General
Arizona Attorney General's Office
(602) 542-7683 Direct

Sent from my Smartphone

-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 5/21/2016 8:25 AM (GMT-07:00)
To: "Rand, Lucy" <Lucy.Rand@azag.gov>
Cc: dfathi@aclu.org, kirstin@eidenbachlaw.com, afettig@aclu.org, ahardy@prisonlaw.com, dspecter@prisonlaw.com, dpochoda@acluaz.org, mabela@azdisabilitylaw.org, jross@azdisabilitylaw.org, EPercevecz@swlfirm.com, BKeogh@azcorrections.gov, tbojanowski@swlfirm.com, dstruck@swlfirm.com, afletcher@swlfirm.com, "Northup, Dawn" <Dawn.Northup@azag.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, RPratt@azcorrections.gov
Subject: Re: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152

Lucy,

Yes, that time works. Will you be able to provide us with a written response to my last letter and a revised version of the monitoring guide prior to the call (preferably at least a business day before) so we have time to review those materials?

Thanks,
Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621
ckendrick@prisonlaw.com

On Fri, May 20, 2016 at 8:56 PM, Rand, Lucy <Lucy.Rand@azag.gov> wrote:

Corene,



We are available on the morning of June 6 at 9:00 a.m. (Phoenix time) for a conference call regarding the CGAR Guide?



Does this time work for Plaintiffs?



Thank you.



**Lucy M. Rand, Assistant Attorney General**

ARIZONA ATTORNEY GENERAL'S OFFICE

SGD / LMS / Department of Corrections Unit

1275 W. Washington St., Phoenix, AZ 85007-2926

**Direct: 602-542-7683**

Secretary: 602-542-7641

Receptionist: 602-542-1610

Lucy.Rand@azag.gov

NOTICE:  This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law.  It is intended only for the recipients to whom it is addressed.  If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message.  Thank you.

# Exhibit 3

# Corene Kendrick

| | |
|---|---|
| **From:** | Rand, Lucy |
| **Sent:** | Sunday, June 05, 2016 8:06 AM |
| **To:** | Corene Kendrick |
| **Subject:** | RE: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152 |

Yes, but not until tonight.  I have commitments, e.g., board meeting, during the day.

Lucy M Rand
Assistant Attorney General
Arizona Attorney General's Office
(602) 542-7683 Direct

Sent from my Smartphone


-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 6/5/2016 7:54 AM (GMT-07:00)
To: "Rand, Lucy" <Lucy.Rand@azag.gov>
Cc: dfathi@aclu.org, kirstin@eidenbachlaw.com, afettig@aclu.org, ahardy@prisonlaw.com, dspecter@prisonlaw.com, dpochoda@acluaz.org, mabela@azdisabilitylaw.org, jross@azdisabilitylaw.org, EPercevecz@swlfirm.com, BKeogh@azcorrections.gov, tbojanowski@swlfirm.com, dstruck@swlfirm.com, afletcher@swlfirm.com, "Northup, Dawn" <Dawn.Northup@azag.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, RPratt@azcorrections.gov
Subject: Re: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152

Lucy,

Are you still planning to provide a written response to my letter and the current version of the monitoring guide prior to Monday's 9 am call?

Thanks,

Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621
ckendrick@prisonlaw.com


On Sat, May 21, 2016 at 10:37 AM, Rand, Lucy <Lucy.Rand@azag.gov> wrote:
We are meeting on Thursdatly, June 2, so I should be able to have them to you by Friday.

Lucy M Rand
Assistant Attorney General
Arizona Attorney General's Office
(602) 542-7683 Direct

1

Sent from my Smartphone

-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 5/21/2016 8:25 AM (GMT-07:00)
To: "Rand, Lucy" <Lucy.Rand@azag.gov>
Cc: dfathi@aclu.org, kirstin@eidenbachlaw.com, afettig@aclu.org, ahardy@prisonlaw.com, dspecter@prisonlaw.com, dpochoda@acluaz.org, mabela@azdisabilitylaw.org, jross@azdisabilitylaw.org, EPercevecz@swlfirm.com, BKeogh@azcorrections.gov, tbojanowski@swlfirm.com, dstruck@swlfirm.com, afletcher@swlfirm.com, "Northup, Dawn" <Dawn.Northup@azag.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, RPratt@azcorrections.gov
Subject: Re: CGAR Guide Meeting - PARSONS v. RYAN, USDC CV12-00601 - LMS12-0152

Lucy,

Yes, that time works. Will you be able to provide us with a written response to my last letter and a revised version of the monitoring guide prior to the call (preferably at least a business day before) so we have time to review those materials?

Thanks,
Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621
ckendrick@prisonlaw.com

On Fri, May 20, 2016 at 8:56 PM, Rand, Lucy <Lucy.Rand@azag.gov> wrote:

Corene,


We are available on the morning of June 6 at 9:00 a.m. (Phoenix time) for a conference call regarding the CGAR Guide?


Does this time work for Plaintiffs?


Thank you.



**Lucy M. Rand, Assistant Attorney General**

ARIZONA ATTORNEY GENERAL'S OFFICE

SGD / LMS / Department of Corrections Unit

1275 W. Washington St., Phoenix, AZ 85007-2926

**Direct: 602-542-7683**

Secretary: 602-542-7641

Receptionist: 602-542-1610

Lucy.Rand@azag.gov

NOTICE:  This e-mail, including attachment(s), is the property of the Office of the Arizona Attorney General and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by law.  It is intended only for the recipients to whom it is addressed.  If you receive this communication in error, immediately notify the sender at the e-mail address shown above or call (602) 542-7683, and delete the original message.  Thank you.