1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
6  *Swartz, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez,*
7  *Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on*
8  *behalf of themselves and all others similarly*
   *situated*
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
14
   *Attorneys for Plaintiff Arizona Center for Disability*
15 *Law*

16 **[ADDITIONAL COUNSEL LISTED BELOW]**

17                      UNITED STATES DISTRICT COURT

18                            DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF PABLO STEWART, M.D.** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL132282352.1

1  I, PABLO STEWART, M.D., DECLARE:

2      1.    I am a physician licensed to practice in California and Hawaii, board
3  certified in psychiatry, with a specialty in clinical and forensic psychiatry. My
4  background, experience, and professional qualifications have previously been provided to
5  the Court. [*See* Doc. 1627 ¶¶ 1-3]

6      2.    I have reviewed the Declaration of Nicole Taylor (Doc. 1644-1).

7      3.    Confidentiality is the foundation upon which an effective mental health
8  treatment system is based. In the community, groups can provide a modicum of
9  confidentiality if all members fully acquiesce in, and scrupulously comply with, the rules
10 concerning privacy.

11     4.    The treatment milieu is completely different in a correctional setting.
12 Information regarding mental health symptoms and treatment becomes a powerful weapon
13 in the power struggles and conflicts commonly found in an inmate population. Mentally
14 ill prisoners may become the targets of assault or other forms of victimization. Therefore,
15 mental health groups cannot be considered a confidential setting in a prison or jail.
16 Rather, routine mental health visits are necessarily accomplished on a one-on-one basis
17 with a clinician in a setting that provides both visual and aural confidentiality. Groups can
18 be effective in providing psycho-educational content to mentally ill inmates, but cannot be
19 considered confidential and are not the standard of care for routine mental health follow-
20 up visits.

21     5.    It is completely inappropriate to evaluate an inmate at the cell front. These
22 cell front visits do not allow for any confidentiality. This regularly results in the mentally
23 ill inmate withholding critical clinical information, with potentially lethal results. This is
24 especially true when evaluating a potentially suicidal inmate. The standard of care in the
25 community as well as custody settings is to evaluate potentially suicidal inmates in a
26 confidential setting.

27     6.    In fact, allowing a potentially suicidal inmate to come out of an isolation
28 cell to be evaluated by a clinician in their office can be therapeutic. Dr. Taylor states that

1  seeing a prisoner on suicide watch in a confidential setting "poses significant security risks and may result in decompensation of the inmate." It is highly implausible that a confidential visit with a clinician would result in decompensation. I have seen a number of inmates on suicide watch in a confidential setting and have never observed any decompensation as a result.

6. 7. As for the alleged security risks, the clinician's office should already be free of any objects that might be used as a weapon, as these clinicians should be seeing all of their patients in their offices. In addition, when I toured various ADC prisons, I observed locked enclosures in clinicians' offices where the patient could be confined. This allows for a confidential interaction while keeping the patient in a safe and secure environment. Performing an evaluation of a potentially suicidal inmate at the cell front is an extremely dangerous practice and falls far below the standard of care.

8. Dr. Taylor alleges that drawing additional samples of mental health HNRs for monitoring purposes "will lead to inflated or deflated results." This is incorrect. It is a fundamental principle of sampling methodology that taking a larger sample, or taking multiple samples, yields a result that more accurately reflects the population being sampled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5TH day of August, 2016 at Honolulu, Hawaii.

*[signature]*
Pablo Stewart, M.D.

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Jamelia Natasha Morgan (N.Y. 5351176)** |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email: dfathi@npp-aclu.org |
| 6 | |        afettig@npp-aclu.org |
| | |        jmorgan@aclu.org |
| 7 | | |
| | | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 8 | | |
| 9 | | **Admitted *pro hac vice* |
| 10 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 11 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 12 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 13 | | Telephone: (602) 351-8000 |
| | | Email: dbarr@perkinscoie.com |
| 14 | |        agerlicher@perkinscoie.com |
| | |        jhgray@perkinscoie.com |
| 15 | | |
| 16 | | Kathleen E. Brody (Bar No. 026331) |
| | | Daniel Pochoda (Bar No. 021979) |
| 17 | | **ACLU FOUNDATION OF ARIZONA** |
| 18 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 19 | | Telephone: (602) 650-1854 |
| | | Email: kbrody@acluaz.org |
| 20 | |        dpochoda@acluaz.org |
| 21 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 22 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 23 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 24 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 25 | | Email: dspecter@prisonlaw.com |
| | |        ahardy@prisonlaw.com |
| 26 | |        snorman@prisonlaw.com |
| | |        ckendrick@prisonlaw.com |
| 27 | | *Admitted *pro hac vice* |
| 28 | | |

LEGAL132282352.1                    -3-

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
| | Email: skader@azdisabilitylaw.org |
| 5 | adietrich@azdisabilitylaw.org |

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL132282352.1               -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf