1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on     **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly      **SEAL DOCUMENTS**
11   situated; and Arizona Center for Disability Law,    **ASSOCIATED WITH**
                                                        **PLAINTIFFS' REPLY IN**
12                             Plaintiffs,              **SUPPORT OF MOTION TO**
                                                        **ENFORCE STIPULATION**
13          v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                               Defendants.
17

18          This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Reply in Support of Motion to Enforce Stipulation, and finding good cause, hereby

20   **GRANTS** Plaintiffs Motion to Seal and instructs the clerk of the Court to seal the

21   documents as set forth in Plaintiffs Motion to Seal (Exhibit 6 to the Declaration of

22   David C. Fathi).

23

24

25

26

27

28

132342656.1