IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>Charles L. Ryan, et al., <br><br>    Defendants. | No.  CV-12-0601-PHX-DKD <br><br><br>**ORDER** |

This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Reply in Support of Motion to Enforce Stipulation (Doc. 1658), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal (Doc. 1658) and instructs the Clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibit 6 to the Declaration of David C. Fathi (Doc. 1659)).

Dated this 12th day of August, 2016.

_____
David K. Duncan
United States Magistrate Judge