```
Douglas D. Yokois, ADC#240176
ASPC-Florence/South/7-4-L
P.O. Box 8400
Florence, Arizona 85132
```

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 5 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Victor Parsons, et al., Plaintiffs

v.

Charles L. Ryan, et al., Defendants

CASE NO.: CV-12-00601-PHX-DJH

NOTICE OF CHANGE OF ADDRESS

Please be advised of my new address:
NAME: Douglas D. Yokois    No.: 240176
ADDRESS: ASPC-Florence/South/7-4-L, P.O. Box 8400, Florence, Arizona 85132

Submitted this 11th day of August, 2016.

By: _____
Douglas D. Yokois, Pro Se
Plaintiff

Original and 6 copies of the foregoing mailed this 11th day of August, 2016 to:
Name: Clerk of the U.S. District Court, U.S. Courthouse
Address: 401 W. Washington St., Phoenix, AZ 85003-2146