1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **MOTION TO ENFORCE THE STIPULATION (PERFORMANCE MEASURES 47, 80, 81, AND 94)** |

132408925.1

1    Plaintiffs, by and through their undersigned counsel, hereby move this Court to
2 exercise its inherent powers and those outlined in the Stipulation (Doc. 1185 ¶¶ 35-36) to
3 enforce the terms of the Stipulation and order Defendants to take immediate and
4 substantial action to remedy gross and dangerous deficiencies within their health care
5 system that continue to prevent the provision of adequate health care and place class
6 members in grave danger of serious harm or death.

**INTRODUCTION**

8    A year and a half after the Stipulation took effect, Defendants remain grossly out of
9 compliance with its terms. In the Stipulation's second year, Defendants are required to be
10 at least 80% compliant with all of the performance measures. [*Id.* ¶ 10.a.ii.] Their own
11 data continue to demonstrate a substantial lack of compliance. At issue in this motion are
12 four performance measures (the "Four Performance Measures") with which Defendants
13 have reported substantial noncompliance:

- Performance Measure 47: "A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request." [Doc. 1185-1 at 25]

- Performance Measure 80: "MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician." [*Id.* at 31]

- Performance Measure 81: "MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider." [*Id.* at 32]

- Performance Measure 94: "All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends and holidays, by a registered nurse." [*Id.* at 34]

25    On May 23, 2016, Plaintiffs sent Defendants a Notice of Substantial
26 Noncompliance regarding the Four Performance Measures, attached as Exhibit 1 to the
27 Declaration of Kirstin T. Eidenbach. The parties met and conferred, and mediated

132408925.1

Defendants' substantial noncompliance on the Four Performance Measures before Judge Buttrick on August 9, 2016, and reached an impasse.

## I. DEFENDANTS ARE SUBSTANTIALLY NONCOMPLIANT WITH THE FOUR PERFORMANCE MEASURES.

Defendants' monitoring data demonstrate that they have been out of compliance on the Four Performance Measures across facilities and time. The charts below compile the data through March 2016, which is what was available to Plaintiffs at the time they sent the May 23, 2016 Notice of Substantial Noncompliance.[1]

**Health Care Performance Measure #47**

|  | Feb. '15 | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. '16 | Feb. | Mar. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | N/A | N/A | 25 | 0 | 0 | 0 | 17 | 67 | 67 | 80 | 80 | 0 | 57 | 57 |
| Eyman | N/A | N/A | 33 | 38 | 56 | 26 | 48 | 58 | 56 | 60 | 47 | 41 | 42 | 45 |
| Florence | 0 | N/A | N/A | 4 | 13 | 73 | 14 | 14 | 15 | 17 | 14 | 53 | 22 | 33 |
| Lewis | N/A | N/A | 0 | 25 | 0 | 0 | 0 | 0 | 13 | 36 | 15 | 43 | 25 | 47 |
| Perryville | N/A | 43 | 3 | 26 | 51 | 72 | 44 | 41 | 78 | 85 | 67 | 83 | 40 | 7 |
| Phoenix | N/A | N/A | 0 | N/A | N/A | 0 | 0 | 0 | 50 | 50 | 0 | N/A | 100 | 100 |
| Safford | N/A | N/A | N/A | 50 | 100 | 100 | 50 | 0 | 50 | 100 | N/A | N/A | N/A | N/A |
| Tucson | 11 | 27 | 20 | 0 | 18 | 17 | 3 | 8 | 48 | 4 | 17 | 27 | 27 | 18 |
| Winslow | N/A | 50 | 33 | 33 | N/A | 0 | 0 | N/A | 100 | N/A | N/A | N/A | N/A | 0 |
| Yuma | 0 | 31 | 54 | 17 | 40 | 21 | 33 | 37 | 42 | 52 | 46 | 74 | 27 | 42 |

**Health Care Performance Measure #80**

|  | Feb. '15 | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. '16 | Feb. | Mar. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 62 | 79 | 93 | 40 | 67 | 69 | 59 | 64 | 62 | 80 | 75 | 68 | 73 | 80 |
| Tucson | 81 | 87 | 93 | 70 | 53 | 64 | 66 | 69 | 68 | 66 | 64 | 63 | 66 | 62 |

**Health Care Performance Measure #81**

|  | Feb. '15 | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. '16 | Feb. | Mar. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 54 | 58 | 72 | 51 | 61 | 74 | 68 | 73 | 51 | 60 | 77 | 75 | 78 | 78 |
| Tucson | 85 | 88 | 90 | 77 | 74 | 63 | 69 | 64 | 61 | 68 | 69 | 84 | 74 | 81 |

---

[1] Since their inclusion in the May 23, 2016 Notice of Substantial Noncompliance, these charts have been corrected and updated with February and March 2016 data.

**Health Care Performance Measure #94**

|  | Feb. '15 | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. '16 | Feb. | Mar. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 29 | 35 | 17 | 60 | 78 | 60 | 100 | 70 | 75 | 65 | 90 | 75 | 70 | 75 |
| Florence | 56 | 64 | 100 | 80 | 80 | 90 | 30 | 0 | 40 | 100 | 60 | 80 | 70 | 100 |
| Tucson | 100 | 60 | 100 | 50 | 100 | 50 | 50 | 70 | 60 | 80 | 60 | 60 | 20 | 80 |

## II.     RELIEF REQUESTED

The Court has the authority to issue any relief "provided by law," not otherwise prohibited by the Stipulation. [Doc. 1185 ¶ 36] Without attempting to "'micro manage' the [Defendants'] activities," this Court can "give some guidance" as to what an acceptable remedial plan must include, the level of specificity the Court will find persuasive, and "deadlines for compliance." *Armstrong v. Davis*, 275 F.3d 849, 873 (9th Cir. 2001).

Plaintiffs request that the Court order Defendants to develop a *meaningfully specific and detailed* plan to permanently remedy their continued substantial noncompliance with the Four Performance Measures that includes measures to definitively demonstrate compliance and to hold Defendants accountable.

Dated: August 17, 2016                              **EIDENBACH LAW, P.C.**

By:   s/ Kirstin T. Eidenbach
        Kirstin T. Eidenbach (Bar No. 027341)
        P. O. Box 91398
        Tucson, Arizona 85752
        Telephone: (520) 477-1475
        Email:   kirstin@eidenbachlaw.com

        Daniel C. Barr (Bar No. 010149)
        Amelia M. Gerlicher (Bar No. 023966)
        John H. Gray (Bar No. 028107)
        **PERKINS COIE LLP**
        2901 N. Central Avenue, Suite 2000
        Phoenix, Arizona 85012
        Telephone: (602) 351-8000
        Email:   dbarr@perkinscoie.com
                      agerlicher@perkinscoie.com
                      jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
         dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
         afettig@npp-aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
|   | **JONES DAY** |
| 2 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
|   | Email:   jlwilkes@jonesday.com |
| 4 |   |
|   | *Admitted *pro hac vice* |
| 5 |   |
|   | Jennifer K. Messina (N.Y. 4912440)* |
| 6 | **JONES DAY** |
|   | 222 East 41 Street |
| 7 | New York, New York 10017 |
|   | Telephone: (212) 326-3498 |
| 8 | Email:   jkmessina@jonesday.com |
| 9 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

132408925.1                    -5-

**ARIZONA CENTER FOR DISABILITY LAW**

By: <u>  s/ Maya Abela                    </u>
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:   skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:
       rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf