UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE STIPULATION (PERFORMANCE MEASURES 47, 80, 81, AND 94)** |

This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation (Performance Measure 47, 80, 81, and 94) ("Motion to Enforce"), hereby **FINDS** that Defendants are substantially noncompliant with Performance Measures 47, 80, 81, and 94, as outlined in Plaintiffs' Motion to Enforce. Defendants will be required to submit a remedial plan for the following facilities and performance measures:

- <u>Performance Measure 47</u>: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma
- <u>Performance Measure 80</u>: Lewis and Tucson
- <u>Performance Measure 81</u>: Lewis and Tucson
- <u>Performance Measure 94</u>: Eyman, Florence, and Tucson

132409308.1

1 **IT IS THEREFORE ORDERED** that Defendants shall submit a plan to be
2 approved by the Court to remedy the deficiencies as identified by the Court by
3 _____, 2016.  Plaintiffs shall have until _____, 2016 to file
4 any comments.  The Court will then address those measures at a hearing set for
5 _____, 2016 at _____ a.m./p.m., Courtroom 305, 401 West Washington
6 Street, Phoenix, Arizona.