Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **DECLARATION OF KIRSTIN T. EIDENBACH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (PERFORMANCE MEASURES 47, 80, 81, AND 94)** |

LEGAL132408482.1

1  I, KIRSTIN T. EIDENBACH, DECLARE:

2      1.    I am an attorney licensed to practice in the State of Arizona. I am the Director of Eidenbach Law, P.C., and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

    2.    Attached as Exhibit 1 is a true and correct copy of the May 23, 2016 letter to Lucy Rand regarding non-compliance with the Stipulation (Performance Measures 47, 80, 81, and 94).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 17th of August, 2016, in Tucson, Arizona.

        s/ Kirstin E. Eidenbach
        Kirstin T. Eidenbach

**ADDITIONAL COUNSEL:**

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
        afettig@npp-aclu.org
        jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL132408482.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org
         dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone:  (832) 239-3939 |
| 4 | Email:    jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 7 | 222 East 41 Street<br>New York, New York 10017 |
| 8 | Telephone:  (212) 326-3498<br>Email:    jkmessina@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 11 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 12 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 13 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 14 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 15 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 16 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 17 | Telephone: (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 18 | adietrich@azdisabilitylaw.org |
| 19 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 20 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 21 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 22 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 23 | Telephone: (520) 327-9547<br>Email: |
| 24 | rdalyrooney@azdisabilitylaw.org |
| 25 | jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org |
| 26 | mabela@azdisabilitylaw.org |
| 27 | *Attorneys for Arizona Center for Disability Law* |
| 28 | |

LEGAL132408482.1                          -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL132408482.1                    -4-