# EXHIBIT 1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Penny Godbold
Alison Hardy
Corene Kendrick
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

May 23, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington St.
Phoenix, AZ 85007-2926

> RE:   *Parsons v. Ryan*, CV-12-0601-DMD
>       Notice of Substantial Non-Compliance

Dear Ms. Rand:

Pursuant to Paragraph 30 of the Stipulation, we write to inform you that Defendants are in substantial noncompliance with the following four performance measures.  The exclusion of any other performance measures or prison complexes from this letter does not waive our right to notify you of noncompliance with respect to them in the future.

**1.  Performance Measure 47**

Performance Measure 47 requires that "[a] Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request." Doc. 1185-1 at 25.  Defendants have been grossly out of compliance with this performance measure since the entry of the Stipulation, and the nonperformance is at all 10 Arizona state prison complexes, as illustrated below for the first year of the stipulation, when 75% was the required compliance level:

|            | Feb. '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan. '16 |
|------------|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|----------|
| Douglas    | N/A      | N/A | 25  | 0   | 0   | 0   | 17  | 67  | 67  | 80  | 80  | 0        |
| Eyman      | N/A      | N/A | 33  | 38  | 56  | 26  | 48  | 58  | 56  | 60  | 47  | 41       |
| Florence   | 0        | N/A | N/A | 4   | 13  | 73  | 14  | 14  | 15  | 17  | 14  | 53       |
| Lewis      | N/A      | N/A | 0   | 25  | 0   | 0   | 0   | 13  | 36  | 15  | 43  |          |
| Perryville | N/A      | 43  | 3   | 26  | 51  | 72  | 44  | 41  | 78  | 85  | 67  | 83       |
| Phoenix    | N/A      | N/A | 0   | N/A | N/A | 0   | 0   | 0   | 50  | 50  | 0   | N/A      |
| Safford    | N/A      | N/A | N/A | 50  | 100 | 100 | 50  | 0   | 50  | 100 | N/A | N/A      |
| Tucson     | 11       | 27  | 20  | 0   | 18  | 17  | 3   | 8   | 48  | 4   | 17  | 27       |
| Winslow    | N/A      | 50  | 33  | 33  | N/A | 0   | 0   | N/A | 100 | N/A | N/A | N/A      |
| Yuma       | 0        | 31  | 54  | 17  | 40  | 21  | 33  | 37  | 42  | 52  | 46  | 74       |

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
RE: Notice of Substantial Noncompliance
May 23, 2016
Page 2

     The numbers for the second year of the Stipulation, with a required compliance level of 80%, are equally dismal statewide to date.  Phoenix has shown improvement for the first two months of year two, but this is only a recent development compared to its performance in year one of the Stipulation.

|  | Feb. '16 | Mar |
|---|---|---|
| Douglas | 57 | 57 |
| Eyman | 42 | 45 |
| Florence | 22 | 33 |
| Lewis | 25 | 47 |
| Perryville | 40 | 7 |
| Phoenix | 100 | 100 |
| Safford | N/A | 0 |
| Tucson | 27 | 18 |
| Winslow | N/A | 0 |
| Yuma | 27 | 42 |

## 2.   Performance Measure 80

     Performance Measure 80 requires that "MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician."  Doc. 1185-1 at 31.  The Stipulation defines "mental health clinician" as a psychologist or psychology associate; and MH-3A as "inmates in acute distress who may require substantial intervention in order to remain stable.  Inmates classified as SMI in ADC and/or the community will remain a Category MH-3A (or MH-4 or MH-5 if in specialized mental health program." *Id*. at 4.  Defendants are substantially noncompliant with this performance measure at Tucson and Lewis prisons.

|  | Feb. '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan. '16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 62 | 79 | 93 | 40 | 67 | 69 | 59 | 64 | 62 | 80 | 75 | 68 |
| Tucson | 81 | 87 | 93 | 70 | 53 | 64 | 66 | 69 | 68 | 66 | 64 | 63 |

|  | Feb '16 | Mar |
|---|---|---|
| Lewis | 73 | 80 |
| Tucson | 66 | 62 |

## 3.   Performance Measure 81

     Performance Measure 81 states that "MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider."  Doc. 1185-1 at 32. The Stipulation defines "mental health provider" as a psychiatrist or psychiatry nurse practitioner.  *Id*. at 4.  Lewis and Tucson prisons are in substantial noncompliance with this requirement, as shown below:

Ms. Lucy Rand
RE: Notice of Substantial Noncompliance
May 23, 2016
Page 3

| | Feb. '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan. '16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 54 | 58 | 72 | 51 | 61 | 74 | 68 | 73 | 51 | 60 | 77 | 75 |
| Tucson | 85 | 88 | 90 | 77 | 74 | 63 | 69 | 64 | 61 | 68 | 69 | 84 |

| | Feb '16 | Mar |
|---|---|---|
| Lewis | 78 | 78 |
| Tucson | 74 | 81 |

### 4. Performance Measure 94

Performance Measure 94 requires that "[a]ll prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends and holidays, by a registered nurse." Doc. 1185-1 at 34. Defendants are substantially noncompliant with this requirement at Eyman, Florence, and Tucson prisons, as shown below.

| | Feb. '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan. '16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 29 | 35 | 17 | 60 | 78 | 60 | 100 | 70 | 75 | 65 | 90 | 75 |
| Florence | 56 | 64 | 100 | 80 | 80 | 90 | 30 | 0 | 40 | 100 | 60 | 80 |
| Tucson | 100 | 60 | 100 | 50 | 100 | 50 | 50 | 70 | 60 | 80 | 60 | 60 |

| | Feb '16 | March |
|---|---|---|
| Eyman | 70 | 75 |
| Florence | 70 | 100 |
| Tucson | 20 | 80 |

We look forward to receiving Defendants' written response within 30 days explaining what steps will be taken to come into compliance with these performance measures.

Sincerely yours,

*/s/ Donald Specter*

Donald Specter

Cc:    All counsel