Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DEFENDANTS' STATUS REPORT REGARDING PROGRESS OF REMEDIATION PLAN (DKT. 1609-01)** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

On June 13, 2016, pursuant to this Court's Order, Defendants submitted a Remediation Plan. (Dkt. 1608 & 1609-1.) This Plan included multiple corrective action plans to increase compliance for each Health Care Performance Measure (HCPM) identified by the Court. At the time Defendants' submitted the plan, some of the corrective actions had already been put into place. Since that time, Defendants have diligently been working to implement the remaining plans and increase compliance for the measures identified by the Court. Because many of the corrective actions were not put into place until June 2016, it is difficult to definitively report on whether these remedial measures have improved compliance. But, based on the recently finalized CGAR results for June 2016 and "raw data" for July 2016, Defendants are optimistic that the actions are improving compliance with the identified measures. Defendants will continue to adjust the corrective action plans, as necessary, to improve compliance.

## I.   ADDITIONAL ACTIONS IMPLEMENTED BY DEFENDANTS BEYOND THOSE IDENTIFIED IN THE REMEDIATION PLAN

### A.   Remediation Plan Meetings

To increase compliance with each performance measure and ensure the Remediation Plan is fully understood and being implemented at each facility, Defense Counsel and Corizon representatives have met with medical and security supervisors at each facility to discuss the Remediation Plan, answer any questions regarding the Plan, and explore other means to increase compliance at the facility. These in-person meetings are being held at each facility found by the Court to be non-compliant. Defendants met with medical personnel at Arizona State Prison Complex (ASPC)-Florence on August 5, 2016, Yuma on August 10, 2016, ASPC-Tucson on August 11, 2016, and ASPC-Lewis on August 18, 2016. Additional meetings are scheduled at ASPC-Eyman on August 23, 2016 and ASPC-Perryville on August 25, 2016.

/ / /

/ / /

/ / /

1

### B.     Additional Supervision

Corizon hired another Vice President of Operations, Rhonda Almanza, to oversee compliance at the Perryville, Phoenix, Yuma, Safford, Winslow, and Douglas complexes. Corizon has also hired additional Directors of Operation who are responsible for overseeing those complexes not meeting compliance measures. There are new Directors of Operations at Lewis, Eyman, Florence, and Tucson who work full-time at the facility five days a week. These new directors are responsible for improving operations at their facilities and training staff to ensure they understand what must be done to achieve compliance with the HCPMs. The Directors of Operation also double-check the work of the Facility Health Administrator (FHA), Assistant FHA, and Director of Nursing (DON) to ensure compliance with each HCPM.

In addition, medical staff have been asked to audit the work of the prior shift when they come on duty each day to ensure everything is complete and appropriately documented. They are required to notify the FHA, Assistant FHA, and/or DON if anything was not completed by the prior shift, so it can be corrected as soon as possible.

Finally, Corizon added and filled a nursing recruiter position whose only responsibility is to fill nursing positions at the Arizona facilities. The nursing recruiter will regularly take recruits on tours of the facilities through a streamlined process that allows the recruits extensive access to medical areas and staff.

### C.     Further Analysis of Pharmacy Procedures

In order to improve compliance with the HCPMs related to pharmacy (including HCPM Nos. 11, 13, and 14), Corizon is working with its pharmaceutical vendor, PharmaCorr, to conduct a SWOT (Strength, Weakness, Opportunity, and Threat) analysis of the pharmacy procedures at those facilities not meeting the compliance thresholds. This analysis reviews and improves the procedures for administration and distribution of medications. For example, PharmaCorr reorganized and created new files/books that allow medical staff to work more efficiently while documenting the administration and distribution of medications. After the initial analysis was completed, checklists were

developed to follow-up and implement any changes to the processes. These checklists were then reviewed during daily calls until they were able to scale back the calls to three times a week. PharmaCorr is now conducting follow-up audits at each facility to determine whether there has been improvement and whether additional changes are needed. PharmaCorr recently conducted a follow-up audit at Perryville on Friday, August 19, 2016, and found significant improvement.

II.   **REPORT ON SPECIFIC ACTIONS DETAILED IN THE REMEDIATION PLAN**

A.   **HEALTH CARE PERFORMANCE MEASURE 11**

*Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

Current Status:[1]   Eyman improved its compliance from 60% to 68% from May to June 2016. Florence has improved its compliance from 72% to 78% from May to June 2016. Lewis improved its compliance from 48% to 60% from May to June 2016. Tucson has slowly improved its compliance (January – 78%; February – 78%; March – 66%; April – 73%; May – 81%; June – 77%). Defendants expect these facilities to continue to improve their performance as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.

Winslow has consistently maintained or exceeded the compliance thresholds for this HCPM since November 2015. With the changes noted in the Remediation Plan, Defendants believe it will remain compliant. Yuma has seen its scores remain above 70% since monitoring began in March 2015 and the scores improved, generally, above 75% over the past six months. Defendants expect to see continued improvement with the changes in pharmacy accountability.

In order to remedy delays for transferred inmates, Winslow and Yuma assigned a specific staff member to review the charts of inmates transferring into the facility. The

---

[1] Defendants are continuing to obtain updates from the various facilities regarding current and prospective compliance. Defendants will supplement this Status Report as soon as that information is available.

3

assigned medical staff members review the transfer list before the inmates arrive at the facility to ensure the facility has all required medications in its clinic stock or otherwise obtain it locally so there is no interruption in medication.

Manifest Log Accountability:  As noted in the Remediation Plan (Dkt. 1609-1 at 4), Inventory Control (IC) staff now review all notes on the medication delivery manifest logs to avoid duplicative medication requests.  This also allows them to determine why medications were not delivered, notify the provider of any medications not timely delivered (so the provider is informed of any delays in medication delivery), and determine the best way to proceed.

Clinic Stock Review/Update:  Supervisors review the updated clinic stock lists to ensure each facility is fully stocked.  Florence has noticed improved compliance throughout the facility as the clinic stock has been utilized.  Eyman is currently reviewing its clinic stock to ensure it is fully stocked.  Corizon is working with PharmaCorr to increase the clinic stock at Yuma.

Keep on Person (KOP) Log – Trust & Verify:  The Inventory Control Lead is now providing KOP logs to the Director of Nursing (DON) so the DON may confirm and verify that KOP medications were delivered.

Addition of an "Officer Delivery" tab to the Electronic Medical Record (EMR):  As noted in the Remediation Plan (Dkt. 1609-1 at 4), a drop-down "Officer Delivery" tab was added in the EMR to capture medications delivered by security staff.

Additional IC Position at Lewis:  As noted in the Remediation Plan (Dkt. 1609-1 at 4), Corizon added a second full-time Inventory Control (IC) position to ensure timely medication deliveries caused by late UPS deliveries to the facility.

Collaboration Medical/Security:  Nurses now complete Incident Reports (IR) when an inmate does not show up for medication distribution so that security can locate the inmate and determine why he/she failed to receive his/her medication.  After the inmate is located by security staff, the inmate is given his/her medications or a refusal is signed.

/ / /

In addition, the FHA and Deputy Warden meet each week to review any Incident Reports and discuss any other issues to ensure medical and security staff collaborate their work.

### B.   PERFORMANCE MEASURE 13

*Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

<u>Current Status</u>:  With the positive pharmacy changes, Defendants expect Douglas to quickly come into compliance.  Douglas has been using the expiration date report and chronic care nurse to ensure it meets the compliance thresholds going forward.

Eyman has improved its compliance from 72% to 83% from May to June 2016. Florence has improved its compliance from 55% to 70% from May to June 2016.Tucson has improved its compliance from 73% to 91% from May to June 2016.  Defendants expect these facilities to continue to improve their performance as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.   Although compliance at Lewis decreased in June 2016, Lewis had improved its compliance as of January 2016 (January – 80%; February – 80%; March – 76%; April – 67%; May – 73%; June – 56%).  Defendants will further investigate the cause of the decreased compliance in June 2016, but expect compliance to return to above 80% again.

Further investigation discovered the primary issue at Perryville was that providers were not re-ordering medication until the medication had expired.  The Corizon Regional Medical Director retrained the medical providers at this facility.   To help improve these scores, Corizon assigned extra tele-medicine hours to this facility.  Corizon also hired a new provider who will start November 7, 2016.

Yuma has seen steady improvement in this measure over the past seven months and has maintained its compliance above 80% since January 2016.  Corizon is actively recruiting for additional providers to assist at Yuma.  In the interim, Corizon is using telemedicine on a weekly basis.

/ / /

eOMIS/PharmaCorr Interface: As noted in the Remediation Plan (Dkt. 1609-1 at 5), the eOMIS and PharmaCorr interfaces have been modified so both systems communicate collaboratively to manage medication inventory as it is ordered, consumed, renewed, and expired.  As noted above, PharmaCorr has also conducted a SWOT analysis of the medication renewal processes at Perryville.

Time Change in Medication Renewal:  As noted in the Remediation Plan (Dkt. 1609-1 at 5), medical providers are now able to renew prescription medications 30 days prior to the expiration.  Expired Medication Reports are emailed to medical providers each week.

Offline MAR:  Corizon is still working with its Electronic Medical Record (EMR) vendor, Marquis, to develop an offline MAR.  Marquis and Corizon are currently testing the offline MAR.

Discontinuation of Medications When Alternative Medication is Received: As noted in the Remediation Plan (Dkt. 1609-1 at 6), outdated medications are now marked as discontinued so monitors know the inmate received a replacement medication.

Statewide Addition of Complex Chronic Care Nurse:  Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma have chronic care nurses who work with the medical providers to order medication renewals before the expiration date.

Additional Tele-Psychiatry/Medicine Carts (Lewis): As noted in the Remediation Plan (Dkt. 1609-1 at 6), Lewis complex has added three tele-psychiatry systems and an additional telemedicine cart to the maximum custody unit at Rast Unit.

## C.   PERFORMANCE MEASURE 14

*Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

Current Status: Douglas has exceeded the compliance threshold for the past several months.  Douglas has remained above 80% compliance since January 2016.  Defendants expect it to maintain its compliant scores.  Eyman has improved its compliance from 45% in April 2016 to 97% in May 2016 and 83% in June 2016.  Florence improved its

compliance from 45% in April 2016 to 96% in May 2016 and 92% in June 2016.  Lewis drastically improved its compliance from 9% in April 2016 to 95% in May 2016 and 84% in June 2016.  Tucson improved its compliance from 55% in April 2016 to 86% in May 2016 and 84% in June 2016.  Defendants expect these facilities to continue to improve their performance as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.

Perryville has improved and exceeded the compliance thresholds for the past couple months (April 2016 – 82%; May 2016 – 100%; and June 2016 – 98%).  With the addition of the chronic care nurses, Defendants expect the scores to be maintained.  Yuma has seen significant improvement in this measure over the past seven months.  Yuma went from a low of 38% in January 2016 to 100% in May 2016 and 95% in June 2016.

Manifest Log Accountability:  As noted in the Remediation Plan (Dkt. 1609-1 at 7), IC staff are now reviewing all notes on the medication delivery manifest logs to avoid duplicative medication requests, determine why medications were not delivered, and notify the provider of any medications that were not delivered so the provider is informed of any delays in medication delivery and can determine the best way to proceed.

eOMIS/PharmaCorr Interface:  As noted in the Remediation Plan (Dkt. 1609-1 at 7), the eOMIS and PharmaCorr interfaces have been modified so both systems communicate collaboratively to manage medication inventory as it is ordered, consumed, renewed, and expired.  As noted above, PharmaCorr has also conducted a SWOT analysis of the medication renewal processes at Perryville.

Change in Health Needs Request Log:  Eyman, Florence, Lewis, Tucson, and Perryville are now using the standardized HNR log.  Yuma is using a tickler system to ensure chronic care and psychotropic medication is provided without interruption when requested by an inmate 3-7 business days before running out of prescription.

/ / /

/ / /

/ / /

Pharmacy Log Improvements:  As noted above, Corizon worked with PharmaCorr to improve and further develop efficient pharmacy procedures.   Corizon developed a digital pharmacy log that will alert providers if a request was made within three to seven business days from expiration.

KOP Log – Trust & Verify: As noted in the Remediation Plan (Dkt. 1609-1 at 7), the KOP logs are now being utilized as a verification tool.  The IC Lead is now providing KOP logs to the DON so the DON may confirm and verify that KOP medications were delivered.

Time Change in Medication Renewal:  As noted in the Remediation Plan (Dkt. 1609-1 at 8), medical providers are now able to renew prescription medications 30 days prior to the expiration.  Expired Medication Reports are emailed to medical providers each week.

Enforce Use of L-Card System and Tickler System:  As noted in the Remediation Plan (Dkt. 1609-1 at 8) Eyman, Florence, Lewis, and Tucson are now using an L-Card or other tickler system to quickly identify and easily request refills and reduce the number of refill requests.

### D.    PERFORMANCE MEASURE 37

*Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

Current Status: In response, Corizon is running an additional nurse line at Eyman to help it get into compliance.  In addition, the Warden has allocated additional security resources to transport prisoners to the nursing lines.  At Florence, the DONs are able to request additional sick call assistance and coordinate a sick call line when needs exceed capacity of the current nursing line.  In addition, medical staff work with security staff to coordinate escorts to medical when needed.  Lewis now uses a centralized HNR process which has improved the triage schedule and relieved the burden from the nurses on the units so they can focus on treating patients.  The DON at Lewis has also continued to monitor workflow at all units to utilize resources and cover shifts with supervisor staff

when necessary.  At Tucson, the results have fluctuated between 83% and 59% since October 2015.  The DONs continue to coordinate a sick call line if any sick call needs exceed current capacity.  Defendants expect these facilities to continue to improve their performance as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.

At Winslow, Defendants are consistently meeting the compliance thresholds.  The medical staff have been retrained on the policies and procedures for responding to sick call requests from inmates, and the additional training has improved compliance.

Yuma will soon add two RNs to help with sick call.  Corizon hired an additional RN at Yuma and is currently interviewing another RN candidate to conduct a nurse line that will increase compliance.  In addition, a nurse line blitz is being scheduled to resolve the current backlog.  The nurse line blitz utilizes RNs and medical providers from other facilities or the corporate offices who work at the facility on a temporary basis until the backlog at the facility is addressed.

Change in HNR Process:  As noted in the Remediation Plan (Dkt. 1609-1 at 9), the larger complexes have converted to a centralized HNR process.  Florence and Lewis are now utilizing a centralized HNR process that improves accountability in the HNR log documentation and allows the facility to allocate resources more accurately.  Winslow and Yuma are not using a centralized process because they are smaller complexes and a centralized process is not necessary to improve compliance.

Medical/Custody Collaboration:  Nurses are now completing Incident Reports (IR) when an inmate does not show up for medication distribution so security can locate the inmates and determine why they failed to receive their medication.  After the inmates are located by security staff, the inmates are either given their medications or a refusal is signed.

In addition, the FHA and the Deputy Warden are meeting each week to review any IRs and discuss any other issues needed to ensure medical and security staff are collaborating in their work.

Sick Call: As noted in the Remediation Plan (Dkt. 1609-1 at 9), the DON has been trained to request additional sick call assistance and/or coordinate a sick call line if at any time sick call needs exceed the capacity of current staff.  For example, as noted above, a nurse line blitz was scheduled to resolve the current backlog at Yuma.

### E. PERFORMANCE MEASURE 39

*Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, and Tucson)

Current Status:  At Eyman, the Medical Directors instructed medical providers in July and August 2016 that they need to see 15 patients each day and dedicate an hour to administrative tasks.  The FHA and Assistant FHA are following up and reviewing their productivity each week.  In addition, regional providers were used for a chronic care blitz and provider back logs are being audited to ensure the documentation is accurate.

Florence is gradually improving compliance.  In order to improve compliance, an Assistant Regional Medical Director was hired in July 2016 to oversee compliance, tele-medicine, and other alternative providers are being used daily.

Lewis has consistently met or exceeded the compliance thresholds since October 2015.  Although compliance fell to 71% in June 2016, Defendants expect Lewis will continue to maintain compliance based on the corrective action plans in the Remediation Plan.  In June 2016, Corizon hired an Assistant Regional Medical Director who will focus on improving compliance with this HCPM.

Currently, Perryville does not have a medical director, but a candidate has been hired and is scheduled to begin working on November 7, 2016.  The medical staff at Perryville are working with custody on a daily basis to ensure all inmates are seen as scheduled.  As a result, the backlogs are decreasing and compliance is improving at Perryville.

/ / /

/ / /

/ / /

At Tucson, the Medical Providers were instructed in August 2016 they must see 15 patients each day and dedicate one hour to administrative tasks. Corizon is also utilizing tele-medicine two to three times a week. In August 2016, Corizon hired an Assistant Regional Medical Director who will focus on improving compliance with this HCPM.

Provider Productivity: As noted in the Remediation Plan (Dkt. 1609-1 at 10), medical providers have been instructed to see 15 patients each day and dedicate one hour to administrative tasks. Defendants have found that, as the Remediation Plan has been implemented at Perryville, the backlogs have decreased. The Site Medical Directors (SMD) and Directors of Operation continue to work with the providers to improve compliance with this HCPM.

Added Regional Tele-Medicine Support: As noted in the Remediation Plan (Dkt. 1609-1 at 10), Corizon added 2.5 telemedicine providers and instructed complexes to utilize these regional telemedicine providers.

Added Additional Asst. Regional Medical Director (ARMD): As noted in the Remediation Plan (Dkt. 1609-1 at 10), Corizon hired Assistant Regional Medical Directors to assist the Site Medical Directors at Eyman, Florence, Lewis, Perryville, and Tucson with any clinical needs.

Alternative Solutions: As noted in the Remediation Plan (Dkt. 1609-1 at 10), Corizon continues to utilize locum tenens providers, available regional providers, tele-med providers, and providers assigned to other complexes to ensure prisoners are seen within 14 calendar days of a routine provider referral.

### F.   PERFORMANCE MEASURE 46

*A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

Current Status: The chronic care nurses are working with medical providers to ensure diagnostic testing is reviewed within five calendar days. The clinical coordinators are following up to make sure that outside testing is received promptly from the vendor for the referral. Further investigation discovered that some diagnostic reports were not

11

being sent to medical providers for timely review.   There was a recent change in laboratory vendors, and Corizon is working closely with the new vendor and its own Information Technology (IT) staff to correct some glitches in the electronic diagnostic reports to ensure they are being timely sent to medical providers.

The compliance scores at Douglas fell from 88% in May 2016 to 67% in June 2016.  With the change of the clinical coordinator and chronic care nurse working with the providers, Douglas should be able to raise the scores back to above 80%, as accomplished from February to May 2016.  The SMD at Eyman is monitoring diagnostic reports and sending emails to providers to remind them to review diagnostic reports.  Lewis has maintained compliance above 70% since October 2015.  To improve compliance, medical providers go straight to their units to conduct provider lines and then focus time on all diagnostic and other administrative tasks every day.

At Perryville, the addition of the chronic care nurse and clinical coordinator should improve compliance. The clinical coordinators and chronic care nurses are assisting the providers to ensure they are compliant with this HCPM.   At Phoenix, compliance improved from 0% in May 2016 to 100% in June 2016.  Defendants expect Phoenix to continue to improve as it implements the Remediation Plan. At Tucson, providers were instructed in August 2016 to dedicate at least one hour a day to reviewing diagnostic reports. At Yuma, compliance improved from 35% to 50% from May to June 2016.  Defendants expect they should be able to soon meet the compliance threshold.

EMR (eOMIS) Improvement:   The Medical Director at each complex is now reviewing the diagnostic reports at their complex and following up with the medical providers to ensure they are reviewing the diagnostic reports.  If the medical provider is unable to review the diagnostic reports, the Medical Director will.

SMD Accountability:   The Regional Medical Director conducts monthly training with the Site Medical Directors (SMD) and reviews the CGAR process with the SMDs, as necessary.  The last training meeting was during the week of August 7, 2016.

/ / /

Schedule Adjustment:  As noted in the Remediation Plan (Dkt. 1609-1 at 10), providers are required to dedicate one hour a day to reviewing diagnostic reports.

### G.    PERFORMANCE MEASURE 54

*Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.*  (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

Current Status:  Eyman has maintained its compliance above 75% since September 2015, except in May 2016, but improved to 82% in June 2016.  Florence has improved its compliance from 45% in March 2016 to 87% in April 2016 and has maintained its compliance above 85% since April 2016.  Lewis has maintained its compliance above 75% since November 2015; it only missed the compliance threshold in June 2016 by 2% (at 78%).  Perryville has met or exceeded the compliance thresholds for this HCPM since February 2016 and should be able to sustain these scores. Phoenix has met or exceeded the compliance thresholds since October 2015.   Tucson has met or exceeded the compliance thresholds since April 2016.   Yuma is currently compliant with this this HCPM and should be able to maintain compliance.   Defendants expect these facilities to continue to maintain and improve their performance as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.

Medical/Custody Collaboration:  The FHA and the Deputy Warden are meeting each week to review and discuss any issues that may affect the delivery of necessary medical care to ensure medical and security staff are collaborating in their work.

Provider Productivity:  As noted in the Remediation Plan (Dkt. 1609-1 at 12), medical providers have been instructed to see 15 patients each day and dedicate one hour to administrative tasks.  Defendants have found that, as the Remediation Plan has been implemented at Perryville, the backlogs have decreased.  The SMDs and Directors of Operation are continuing to work with the providers to improve compliance with this HCPM.

/ / /

/ / /

13

Statewide Addition of Complex Chronic Care Nurse:  Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma have chronic care nurses who work with the medical providers to order medication renewals before the expiration date. As a result, Defendants have seen improvement in the time in which chronic disease inmates are seen by the provider.

Added Regional Tele-Medicine Support:  As noted in the Remediation Plan (Dkt. 1609-1 at 12), Corizon added 2.5 telemedicine providers and instructed complexes to utilize these regional telemedicine providers.

Added Additional Asst. Regional Medical Director (ARMD):  As noted in the Remediation Plan (Dkt. 1609-1 at 12), Corizon hired ARMDs to assist the SMDs at Eyman, Florence, Lewis, Perryville, and Tucson with any clinical needs.

Alternative Solutions:  As noted in the Remediation Plan (Dkt. 1609-1 at 12), Corizon continues to utilize locum tenens providers, available regional providers, tele-med providers, and providers assigned to other complexes to ensure chronic disease inmates are seen by the appropriate provider no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.

Additional Tele-Psychiatry/Medicine Carts (Lewis):  As noted in the Remediation Plan (Dkt. 1609-1 at 12), three tele-psychiatry systems and an additional telemedicine cart were added to Lewis because of the challenges with transporting maximum security inmates.

### H.    PERFORMANCE MEASURE 66
*In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, and Tucson)

Current Status:  Florence improved its compliance from 30% in December 2015 to 90% in January 2016, fell back to 50% in May 2016 and back up to 70% in June 2016. The provider officers at Florence were moved closer to the units and another provider was hired to help increase compliance.  Lewis improved its compliance from 50% in November 2015 to 100% in December 2015, fell back to 70% in April 2016 and 30% in May and June 2016.  Lewis has dedicated one provider for IPC, provided additional

training to establish expectations, and ensured daily reports are reviewed for all provider IPC encounter requirements.  Tucson similarly improved its compliance from 10% in November 2015 to 100% in December 2015, but fell back to 30% in May 2016 and improved to 40% in June 2016.  The ARMD over Tucson has taken over SMD responsibilities in order to improve compliance.  Defendants expect these facilities to continue to improve their performance back to the levels obtained in early 2016 as the corrective actions outlined in the Remediation Plan continue to be implemented at each facility.

SMD Accountability:  As noted in the Remediation Plan (Dkt. 1609-1 at 13), each SMD received additional training on the CGAR process.

Timely Documentation: As noted in the Remediation Plan (Dkt. 1609-1 at 13), the facilities were typically noncompliant with this HCPM because they failed to document the encounter.

Internist/Hospitalist (Tucson, Florence):  Corizon is still actively recruiting for an Internist/Hospitalist at Tucson and Florence.

**I.      PERFORMANCE MEASURE 92**
*MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, and Tucson)

Current Status:  Since DI-326 was issued in 2014, there has been a significant increase in the out-of-cell time offered to inmates in maximum custody.  Inmates are participating in numerous activities, including recreation, education, group programming, and employment.

Eyman maintained compliance from September 2015 until May of 2016.  It then had two months where it fell just below the compliance threshold.  The preliminary results for July 2016 are that Eyman achieved 84% compliance.  Defendants anticipate that they will continue to maintain compliance.

/ / /

/ / /

15

Florence has maintained compliance with this HCPM since August 2015. The preliminary results for July 2016 are that it achieved 100% compliance. This HCPM is substantially compliant at this facility.

The past three months, Lewis has trended up and the preliminary results for July 2016 show that it achieved 80% compliance. Defendants anticipate it will continue to maintain compliance.

The past two months, Perryville achieved compliance at 100%, and the preliminary results for July 2016 are that it again achieved compliance. Defendants anticipate it will continue to maintain compliance.

For the past two months, Tucson achieved compliance at 100%, and the preliminary results for July 2016 show that it again achieved compliance. Defendants anticipate it will continue to maintain compliance.

Accountability: Mental Health (MH) Leads at each facility are ensuring appointments are being scheduled appropriately. In order to address the challenges of scheduling class time and finding officer escorts, the MH Lead and the FHA participate in weekly meetings with the Warden to ensure that any scheduling challenges are discussed and problem solved. Additionally, any cancellations are discussed with a plan of action to reschedule, if reasonably possible. As a result, Corizon has seen improvement with this HCPM.

All facilities now have an up-to-date database of all inmates who are MH-3 or higher at their facility. Eyman, Florence, and Yuma have maintained up-to-date databases, while Lewis, Perryville, and Tucson updated their databases in June 2016. The Eyman, Lewis, and Perryville databases are maintained by the assigned Behavioral Health Technician. The Florence database is maintained by the Mental Health Clerk. The Tucson database is maintained by the Mental Health Clerk and assigned Behavioral Health Technician. The Yuma database is maintained by the clinicians assigned to each unit. The databases ensure mental health clinicians are aware of the current MH-3 and above prisoners in their units and are seen by a clinician a minimum of 30 days.

## J.      PERFORMANCE MEASURE 93

*Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, and Tucson)

Current Status:   None of the facilities have been out of compliance since March 2016.   Defendants anticipate the facilities will continue to meet the compliance thresholds for this HCPM.

The past three months, Eyman achieved compliance and the preliminary results for July 2016 are that it again achieved compliance.   Defendants anticipate that they will continue to maintain compliance.

Florence has maintained compliance with this PM since May 2015.    The preliminary results for July 2016 are that it achieved 100% compliance.   This HCPM is not substantially non-compliant at this facility.

Lewis has maintained compliance over the past year with the exception of two months.   They have maintained compliance with this HCPM since November 2015.   The preliminary results for July 2016 are that they achieved 100% compliance.   This HCPM is substantially compliant at this facility.

Tucson has maintained compliance since April 2015, with the exception of three months (July 2015, December 2015, and January 2016).   It has maintained compliance with this PM since February 2016.   The preliminary results for July 2016 are that it again achieved compliance. This HCPM is not substantially non-compliant at this facility.

Accountability:   MH Leads are conducting routine meetings with their staff to discuss any issues that have arisen regarding their ability to make weekly rounds of all MH-3 and higher prisoners.   As noted above, all facilities now have updated databases of all MH-3 and higher prisoners in their units.   The Behavioral Health Technicians (BHTs) are now required to sign in the "service journal" when they are doing their rounds, and the MH Leads are reviewing the journals to ensure that the weekly rounds are occurring.

/ / /

/ / /

### K.      PERFORMANCE MEASURE 98:

*Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Eyman, Florence, Lewis, and Winslow)

Current Status: After processing of HNRs was changed to NCCHC standards, Eyman was able to adjust the process to meet both NCCHC standards and the outdated Technical Manual used for this HCPM.  It has been trending up towards compliance, and the preliminary results for July 2016 are that it achieved 94% compliance.  Defendants anticipate it will continue to maintain compliance.

Florence consistently maintained compliance, with the exception of April and May 2016.  It was able to adjust its process to meet both NCCHC standards and the outdated Technical Manual used for this HCPM.  Florence achieved 84% in June 2016.  The preliminary results for July 2016 are that it achieved 94% compliance.  Defendants anticipate it will continue to maintain compliance.

Lewis has not consistently achieved compliance with this measure in the past. While adjusting the process to meet both NCCHC standards and the outdated Technical Manual used for this HCPM, two of the past four months were out of compliance by 1%. In June 2016, it achieved compliance, and the preliminary results for July 2016 are that it achieved 87% compliance.  Defendants anticipate it will continue to maintain compliance.

While examining the noncompliance issues at Winslow, it was determined that there was a misunderstanding about the auditing procedures that had been developed. Specifically, the HNRs that needed to be responded to within five business days were being marked noncompliant after the fifth calendar day.  Additionally, the responses that needed to be completed by "mental health staff" (which includes the nursing staff) were marked noncompliant even when they were appropriately filled out by the nursing staff. Corrected CGARs will be provided as soon as they are available.  Corizon is in the process of interviewing a full-time MH professional for this facility and expects the scores to further improve. Corizon had some difficulty recruiting MH professionals for this facility, but has identified staff from other facilities to assist at Winslow until a full-time

MH professional has been hired.

Accountability:   The MH Leads have been assigned to review all mental health HNRs to ensure they are responded to within the required timeframes.   On a daily basis, they provide the names of all inmates who need to be scheduled at that specific facility. Some of the facilities, including Tucson and Eyman, are running Psych Nursing lines to be able to respond more quickly to the needs of the inmates.

In addition, the DONs review and verify HNR logs weekly for completeness and appropriate triaging/disposition of HNR complaints.   An HNR LPN has been assigned to triage HNRs at Florence and Lewis.   A Night Nurse has been assigned to triage HNRs at Eyman and Winslow.   The Regional Director of Nursing is also assisting DONs in development of site specific policies and procedures that assure compliance and consistency; reviewing and verifying HNR logs each month; sending notices to site leadership to highlight areas in need of improvement; and providing statewide re-boot training (in June and July 2016) and on-boarding training for new hires that emphasizes the HNR process.

## III.   **CONCLUSION**

Additional information regarding the performance of these measures will be available for the September 8, 2016 hearing, including updated CGAR scores through July and potentially August.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    RESPECTFULLY SUBMITTED this 22nd day of August 2016.

2                        STRUCK WIENEKE & LOVE, P.L.C.

3

4                    By /s/Daniel P. Struck
                        Daniel P. Struck
5                       Kathleen L. Wieneke
                        Rachel Love
6                       Timothy J. Bojanowski
                        Nicholas D. Acedo
7                       Ashlee B. Fletcher
                        Anne M. Orcutt
8                       Jacob B. Lee
                        STRUCK WIENEKE & LOVE, P.L.C.
9                       3100 West Ray Road, Suite 300
                        Chandler, Arizona  85226
10
                        Arizona Attorney General Mark Brnovich
11                      Office of the Attorney General
                        Michael E. Gottfried
12                      Lucy M. Rand
                        Assistant Attorneys General
13                      1275 W. Washington Street
                        Phoenix, Arizona 85007-2926
14
                        *Attorneys for Defendants*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:            aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:            afettig@npp-aclu.org

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:    dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

Jennifer K. Messina:      jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:       jrico@azdisabilitylaw.org

Kathleen E. Brody         kbrody@acluaz.org

Kirstin T. Eidenbach:     kirstin@eidenbachlaw.com

Maya Abela                mabela@azdisabilitylaw.org

Rose Daly-Rooney:         rdalyrooney@azdisabilitylaw.org

Sara Norman:              snorman@prisonlaw.com

Sarah Eve Kader:          skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

21

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck