IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**  DATE: August 19, 2016

Title: Parsons et al vs. Ryan et al
      Plaintiffs    Defendants
================================================================

HON:  David K. Duncan  Judge # 70BL/DKD

    Caryn Smith  CourtSmart
    Deputy Clerk  Recorded

**APPEARANCES:**
Amy Fettig, David Fathi, Donald Specter, Corene Kendrick and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Ashlee Fletcher and Lucy Rand for Defendants

================================================================
**PROCEEDINGS:**  **X** Open Court  _____ Chambers  _____ Other

This is the time set for Telephonic Discovery Dispute Hearing. Discussion is held regarding the matters set forth in the chart provided to the Court. Plaintiffs contend the visitation logs have not been produced and Defendants maintain they have been. Plaintiffs are requesting regular monthly production of the documents. IT IS ORDERED Plaintiffs shall review the documents produced by Defendants today and both sides shall provide the Court with an updated status regarding the production. Due to Ms. Rand's unavailability to discuss the matter at the previously scheduled status hearing, IT IS ORDERED setting a hearing to discuss production issues for August 26, 2016 at 4:00 PM before this Court. The parties should be prepared to demonstratively explain to the Court their respective positions regarding any alleged compliance or deficiency with the production obligations.

Discussion is held regarding the issue of alleged false reporting. IT IS ORDERED inquiry shall be made by Defendants within the next week to verify if the sanctioned employees were involved in the reporting and monitoring as required in the stipulation.

The Court is informed the parties have requested Magistrate Judge Bridget S. Bade to take over as mediator, which she has agreed to do. IT IS ORDERED the parties shall confer on the best way to present the matter to Judge Bade and contact her chambers to schedule time with her. IT IS FURTHER ORDERED referring the case to Judge Bade pursuant to the parties' stipulation and the Court's belief that it is helpful in this case to have the parties' agreement.

Discussion is held on how best to proceed with matters that have already been mediated and now must be addressed by this Court. The parties have not yet conferred on how best to proceed with the next step. The Court encourages the parties to consider the likely pending matters that will need to be addressed and propose a schedule for accomplishing those tasks as efficiently as possible. The parties will confer and report back to the Court.

With respect to the Motion to Enforce that is ready for ruling (Doc. 1654), no party wishing further oral argument, the Court will review the motion and issue its ruling.

The Court inquires and is updated regarding the previous issue regarding production of videos: the videos have been provided as ordered and the issue is now moot. Discussion is held. IT IS ORDERED the videos shall be produced on a monthly basis.

Plaintiffs advise the Court that Defendants have arranged for the read-only access to medical records. IT IS ORDERED Defendants are to inform the Court on August 26, 2016 as to when Plaintiffs will have access.

The parties have conferred and chosen the second Wednesday of each month at 9:00 AM for regular status hearings. SO ORDERED.


Time in court: 54 min (3:01 PM – 3:55 PM)