**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: August 26, 2016

Title: Parsons et al vs. Ryan et al
       Plaintiffs     Defendants
==========================================================================

HON:   David K. Duncan           Judge # 70BL/DKD

      Caryn Smith            CourtSmart
        Deputy Clerk              Recorded

**APPEARANCES:**
Amy Fettig and Kirstin Eidenbach, with Maya Abela appearing telephonically, for Plaintiffs
Daniel Struck and Lucy Rand for Defendants

==========================================================================
**PROCEEDINGS:**     **X** Open Court      _____ Chambers      _____ Other

This is the time set for Status Hearing. Court addresses the status of the documents identified in the respective tables submitted by the parties. Parties inform the Court that they have largely resolved the instant document issues with an agreement that remaining documents will be produced no later than October 14, 2016. If issues remain, the parties shall present those issues at the next monthly status conference.

Discussion is held regarding Defendants' fact-finding about the sanctioned employees and whether these employees participated in the collection of information required by the monitoring process of the Stipulation. Defense Counsel avows that two former employees were involved and specifies the relevant time periods of their potential involvement and provides information on the record about the extent of their involvement. Counsel further avows that the research process continues with respect to the exact involvement of these former employees. The State will update Plaintiffs. The Plaintiffs' request that Defendants produce a sworn statement attesting to the fact-finding is denied.

Defendants report that the read-only access to medical records will be available to Plaintiffs' counsel on September 19, 2016. IT IS ORDERED Defendants shall assure that Plaintiffs have all information necessary to be able to successfully access the documents as of the September 19, 2016 date.

Discussion is held regarding mediation and other pending matters. IT IS ORDERED the parties shall confer and present a formal timeline of all pending matters and proposals for scheduling briefing and in-court matters so that the process is as efficient as possible.

Time in court: 33 min (4:05 PM – 4:38 PM)