1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

15                    UNITED STATES DISTRICT COURT
16                         DISTRICT OF ARIZONA

| | |
|---|---|
| 17  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT [DOC. 1665]** |

LEGAL132595744.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as **Exhibit 1**, pursuant to Federal Rule of Evidence 1006, is a true and correct PDF version of a Microsoft Word document that I created to compile and summarize the monthly data contained within Defendants' Compliance-Green-Amber-Red ("CGAR") reports for January-June 2016 for the individual facilities and performance measures for which the Court found noncompliance in its May 20, 2016 Order. [Doc. 1583 at 2] This compilation document is Bates-stamped PLTF-PARSONS-036347-51.

3. Counsel for Defendants produce the CGAR reports to Plaintiffs' counsel on a monthly basis, pursuant to the requirements of the Stipulation. The reports are supposed to be produced to Plaintiffs 45 days after the end of the relevant monitored month. Therefore, the most current CGAR reports received by Plaintiffs are for the month of June 2016, and they were produced by Counsel for Defendants on August 17, 2016.

4. When my office receives the monthly production of CGAR reports from the Defendants, one of the Prison Law Office litigation assistants assigned to the case, under my direction and supervision, goes through the reports and records the monthly score for each prison complex for many performance measures. I spot check the litigation assistants' work to ensure that they have accurately recorded the information. In addition, Exhibit 1 was independently checked against each source document after I created it.

5. Attached herein as **Exhibit 2** is a true and correct copy of a Notice of Noncompliance that I sent to Counsel for Defendants on July 29, 2016.

6. Attached herein and filed under seal as **Exhibit 3** are true and correct copies of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at

LEGAL132595744.1

1  ASPC-Florence for the months of January through May 2016, produced by Counsel for
2  Defendants.  The documents were Bates-stamped by Defendants as follows:

3        a.   ADCM 496801-15 (January 2016)
4        b.   ADCM 497075-85 (February 2016)
5        c.   ADCM 496934-51 (March 2016)
6        d.   ADCM 497118-39 (April 2016)
7        e.   ADCM 497207-19 (May 2016)

8     7.   Attached herein and filed under seal as **Exhibit 4** are true and correct copies
9  of the minutes from the monthly CQI meetings at ASPC-Lewis for the months of April
10 and May 2016, produced by Counsel for Defendants.  The documents were Bates-stamped
11 by Defendants as follows:

12       a.   ADCM 497140-60 (April 2016)
13       b.   ADCM 49722-47 (May 2016)

14    8.   Attached herein and filed under seal as **Exhibit 5** are true and correct copies
15 of the minutes from the monthly CQI meetings at ASPC-Perryville for the months of
16 February and May 2016, produced by Counsel for Defendants.  The documents were
17 Bates-stamped by Defendants as follows:

18       a.   ADCM 497097-101 (February 2016)
19       b.   ADCM 497220-47 (May 2016)

20    9.   Attached herein and filed under seal as **Exhibit 6** are true and correct copies
21 of the minutes from the monthly CQI meetings at ASPC-Phoenix for the months of
22 February and March 2016, produced by Counsel for Defendants.  The documents were
23 Bates-stamped by Defendants as follows:

24       a.   ADCM 497102-05 (February 2016)
25       b.   ADCM 496966-69 (March 2016)

26    10.   Attached herein and filed under seal as **Exhibit 7** are true and correct copies
27 of the minutes from the monthly CQI meetings at ASPC-Tucson for the months of
28

1  February through May 2016, produced by Counsel for Defendants.  The documents were
2  Bates-stamped by Defendants as follows:

3       a.  ADCM 496902-06 (February 2016)
4       b.  ADCM 496978-81 (March 2016)
5       c.  ADCM 539491-95 (April 2016)
6       d.  ADCM 497265-69 (May 2016)

7    11.  Attached herein and filed under seal as **Exhibit 8** are true and correct copies
8  of the minutes from the monthly CQI meetings at ASPC-Yuma for the months of
9  February through May 2016, produced by Counsel for Defendants.  The documents were
10 Bates-stamped by Defendants as follows:

11       a.  ADCM 496914-17 (February 2016)
12       b.  ADCM 496989-96 (March 2016)
13       c.  ADCM 497182-88 (April 2016)
14       d.  ADCM 497275-81 (May 2016)

15    12.  Attached herein and filed under seal as **Exhibit 9** are true and correct copies
16 of the Corrective Action Plans ("CAPs") for ASPC-Eyman for the months of February
17 through July 2016, produced by Counsel for Defendants.  The documents were Bates-
18 stamped by Defendants as follows:

19       a.  ADCM 540086-191 (February 2016)
20       b.  ADCM 540491-534 (March 2016)
21       c.  ADCM 540961 (April 2016)
22       d.  ADCM 541140-95 (May 2016)
23       e.  ADCM 542261-70 (June 2016)
24       f.  ADCM 589010-34 (July 2016)

25    13.  Attached herein and filed under seal as **Exhibit 10** are true and correct
26 copies of the CAPs for ASPC-Florence for the months of June and July 2016, produced by
27 Counsel for Defendants.  The documents were Bates-stamped by Defendants as follows:
28       a.  ADCM 542271-78 (June 2016)

      b. ADCM 589035-53 (July 2016)

14.  Attached herein and filed under seal as **Exhibit 11** are true and correct copies of the CAPs for ASPC-Lewis for the months of April through June 2016, produced by Counsel for Defendants.  The documents were Bates-stamped by Defendants as follows:

      a. ADCM 540986-541046 (April 2016)

      b. ADCM 541196-219 (May 2016)

      c. ADCM 542271-78 (June 2016)

15.  Attached herein and filed under seal as **Exhibit 12** is a true and correct copy of the CAPs for ASPC-Perryville for the month of June 2016, produced by Counsel for Defendants.  The document was Bates-stamped by Defendants as ADCM 542357-405.

16.  Attached herein and filed under seal as **Exhibit 13** is a true and correct copy of the CAPs for ASPC-Tucson for the month of June 2016, produced by Counsel for Defendants.  The document was Bates-stamped by Defendants as ADCM 542423-83.

17.  Attached herein and filed under seal as **Exhibit 14** are true and correct copies of the CAPs for ASPC-Yuma for the months of October 2015 and June 2016, produced by Counsel for Defendants.  The documents were Bates-stamped by Defendants as follows:

      a. ADCM 538933-9015 (October 2015)

      b. ADCM 542491-511 (June 2016)

18.  Attached herein and filed under seal as **Exhibit 15** is a true and correct copy of a psychological autopsy of a class member who died by suicide in February 2016, produced by Counsel for Defendants.  The document was Bates-stamped by Defendants as ADCM 497282-98.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 2nd of September, 2016, in San Francisco, California.

                                     s/ Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
        afettig@npp-aclu.org
        jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org
        dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
        aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

LEGAL132595744.1                -6-

|   |   |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
| 2 | 222 East 41 Street |
|   | New York, New York 10017 |
| 3 | Telephone: (212) 326-3498 |
|   | Email: jkmessina@jonesday.com |
| 4 |   |
|   | *Admitted *pro hac vice* |
| 5 |   |
|   | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez; Christina* |
|   | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 7 | *Robert Gamez; Maryanne Chisholm;* |
|   | *Desiree Licci; Joseph Hefner; Joshua* |
| 8 | *Polson; and Charlotte Wells, on behalf of* |
|   | *themselves and all others similarly situated* |
| 9 |   |
|   | Sarah Kader (Bar No. 027147) |
| 10 | Asim Dietrich (Bar No. 027927) |
|   | **ARIZONA CENTER FOR** |
| 11 | **DISABILITY LAW** |
|   | 5025 East Washington Street, Suite 202 |
| 12 | Phoenix, Arizona 85034 |
|   | Telephone: (602) 274-6287 |
| 13 | Email: skader@azdisabilitylaw.org |
|   |         adietrich@azdisabilitylaw.org |
| 14 |   |
|   | Rose A. Daly-Rooney (Bar No. 015690) |
| 15 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
| 16 | Maya Abela (Bar No. 027232) |
|   | **ARIZONA CENTER FOR** |
| 17 | **DISABILITY LAW** |
|   | 177 North Church Avenue, Suite 800 |
| 18 | Tucson, Arizona 85701 |
|   | Telephone: (520) 327-9547 |
| 19 | Email: |
|   |   rdalyrooney@azdisabilitylaw.org |
| 20 |   jrico@azdisabilitylaw.org |
|   |   jross@azdisabilitylaw.org |
| 21 |   mabela@azdisabilitylaw.org |
| 22 | *Attorneys for Arizona Center for Disability Law* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                              s/ D. Freouf