**Index of Exhibits to Declaration
of Corene Kendrick**

| Ex. | Bates No. | Description | Type of Record |
|---|---|---|---|
| 1 | PLTF-PARSONS-036347-51 | FRE 1006 Document Compiling ADC's January-June 2016 CGAR Results for Non-Compliant Prisons | Public |
| 2 | None | 7/29/16 Notice of Noncompliance | Public |
| 3 | ADCM 496801-15 (Jan. 2016)<br>ADCM 497075-85 (Feb. 2016)<br>ADCM 496934-51 (March 2016)<br>ADCM 497118-39 (April 2016)<br>ADCM 497207-19 (May 2016) | ASPC-Florence CQI Minutes, January-May 2016 | Under Seal |
| 4 | ADCM 497140-60 (April 2016)<br>ADCM 497220-47 (May 2016) | ASPC-Lewis CQI Minutes, April-May 2016 | Under Seal |
| 5 | ADCM 497097-101 (Feb. 2016)<br>ADCM 497248-53 (May 2016) | ASPC-Perryville CQI Minutes, February and May 2016 | Under Seal |
| 6 | ADCM 497102-05 (Feb. 2016)<br>ADCM 496966-69 (March 2016) | ASPC-Phoenix CQI Minutes, February-March 2016 | Under Seal |
| 7 | ADCM 496902-06 (Feb. 2016)<br>ADCM 496978-81 (March 2016)<br>ADCM 539491-95 (April 2016)<br>ADCM 497265-69 (May 2016) | ASPC-Tucson CQI Minutes, February-May 2016 | Under Seal |
| 8 | ADCM 496914-17 (Feb. 2016)<br>ADCM 496989-96 (March 2016)<br>ADCM 497182-88 (April 2016)<br>ADCM 497275-81 (May 2016) | ASPC-Yuma CQI Minutes, February-May 2016 | Under Seal |

| Ex. | Bates No. | Description | Type of Record |
|---|---|---|---|
| 9 | ADCM 540086-191 (Feb. 2016)<br>ADCM 540491-534 (March 2016)<br>ADCM 540961 (April 2016)<br>ADCM 541140-95 (May 2016)<br>ADCM 542261-70 (June 2016)<br>ADCM 589010-34 (July 2016) | ASPC-Eyman CAPs,<br>February-July 2016 | Under Seal |
| 10 | ADCM 542271-78 (June 2016)<br>ADCM 589035-53 (July 2016) | ASPC-Florence CAPs,<br>June-July 2016 | Under Seal |
| 11 | ADCM 540986-1046 (April 2016)<br>ADCM 541196-219 (May 2016)<br>ADCM 542271-78 (June 2016) | ASPC-Lewis CAPs,<br>April-June 2016 | Under Seal |
| 12 | ADCM 542357-405 | ASPC-Perryville CAPs,<br>June 2016 | Under Seal |
| 13 | ADCM 542423-83 | ASPC-Tucson CAPs,<br>June 2016 | Under Seal |
| 14 | ADCM 538933-9015 (Oct. 2015)<br>ADCM 542491-511 (June 2016) | ASPC-Yuma CAPs,<br>October 2015 and June 2016 | Under Seal |
| 15 | ADCM 497282-98 | Psychological Autopsy of<br>Prisoner Who Committed<br>Suicide Feb. 2016 | Under Seal |

# EXHIBIT 1

JANUARY-JUNE 2016 CGAR RESULTS FOR NON-COMPLIANT PRISONS [DOC. 1583]

**Stipulation's Requirements**
January & February 2016 – 75% or above is compliant
March 2016-June 2016 – 80% or above is compliant

**Performance Measure 11** (Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.).

- Prisons Found Noncompliant by Court:  Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.

|          | Jan | Feb | Mar | April | May | June |
|----------|-----|-----|-----|-------|-----|------|
| Eyman    | 58  | 66  | 62  | 66    | 60  | 68   |
| Florence | 78  | 77  | 80  | 70    | 72  | 78   |
| Lewis    | 42  | 38  | 30  | 36    | 48  | 60   |
| Tucson   | 78  | 78  | 66  | 73    | 81  | 77   |
| Winslow  | 87  | 90  | 90  | 90    | 93  | 93   |
| Yuma     | 68  | 78  | 83  | 72    | 83  | 80   |

**Performance Measure 13** (Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication).

- Prisons Found Noncompliant by Court: Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

|            | Jan | Feb | Mar | April | May | June |
|------------|-----|-----|-----|-------|-----|------|
| Douglas    | 88  | 84  | 97  | 97    | 95  | 64   |
| Eyman      | 79  | 76  | 82  | 65    | 72  | 83   |
| Florence   | 56  | 70  | 58  | 69    | 55  | 70   |
| Lewis      | 80  | 80  | 76  | 67    | 73  | 56   |
| Perryville | 43  | 52  | 50  | 72    | 63  | 65   |
| Tucson     | 66  | 75  | 89  | 71    | 89  | 86   |
| Yuma       | 98  | 98  | 84  | 84    | 92  | 92   |

**Performance Measure 14** (Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.).

- Prisons Found Noncompliant by Court: Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

PLTF-PARSONS-036347

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Douglas | 80 | 85 | 90 | 93 | 100 | 100 |
| Eyman | 48 | 11 | 31 | 14 | 97 | 83 |
| Florence | 66 | 31 | 58 | 45 | 96 | 92 |
| Lewis | 19 | 7 | 8 | 9 | 95 | 84 |
| Perryville | 62 | 78 | 60 | 82 | 100 | 98 |
| Tucson | 67 | 63 | 65 | 55 | 86 | 84 |
| Yuma | 38 | 50 | 56 | 46 | 100 | 95 |

**Performance Measure 37** (Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).)

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Tucson, Winslow, and Yuma.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 60 | 52 | 48 | 22 | 36 | 28 |
| Florence | 48 | 55 | 63 | 62 | 68 | 61 |
| Lewis | 38 | 42 | 28 | 42 | 32 | 24 |
| Tucson | 59 | 75 | 74 | 64 | 80 | 61 |
| Winslow | 93 | 87 | 80 | 80 | 90 | 80 |
| Yuma | 66 | 54 | 52 | 40 | 42 | 20 |

*Perryville has been out of compliance every month in 2016:*

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Perryville | 70 | 72 | 70 | 48 | 52 | 56 |

**Performance Measure 39** (Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral)

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Perryville, and Tucson.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 65 | 69 | 49 | 33 | 79 | 60 |
| Florence | 77 | 78 | 64 | 54 | 63 | 66 |
| Lewis | 100 | 75 | 97 | 100 | 95 | 71 |
| Perryville | 54 | 54 | 52 | 44 | 48 | 66 |
| Tucson | 59 | 50 | 80 | 69 | 78 | 58 |

PLTF-PARSONS-036348

*Yuma has been out of compliance five of six months.*

| | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Yuma | 74 | 64 | 66 | 67 | 84 | 51 |

**Performance Measure 46** (A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.).

- Prisons Found Noncompliant by Court: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.

| | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Douglas | 67 | 100 | 90 | 84 | 88 | 67 |
| Eyman | 74 | 74 | 42 | 72 | 86 | 78 |
| Florence | 32 | 44 | 42 | 37 | 35 | 47 |
| Lewis | 84 | 79 | 72 | 72 | 88 | 76 |
| Perryville | 46 | 58 | 28 | 32 | 38 | 40 |
| Phoenix | 61 | 78 | 80 | 82 | 82 | 82 |
| Tucson | 55 | 52 | 60 | 62 | 36 | 51 |
| Yuma | 65 | 52 | 84 | 82 | 76 | 82 |

**Performance Measure 54** (Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place.)

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma.

| | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 82 | 82 | 96 | 94 | 74 | 82 |
| Florence | 70 | 67 | 45 | 87 | 88 | 92 |
| Lewis | 96 | 92 | 89 | 92 | 83 | 78 |
| Perryville | 68 | 76 | 72 | 88 | 86 | 94 |
| Phoenix | 96 | 87 | 90 | 97 | 98 | 100 |
| Tucson | 53 | 63 | 66 | 81 | 81 | 80 |
| Yuma | 80 | 72 | 44 | 96 | 96 | 90 |

///

///

////

3

PLTF-PARSONS-036349

**Performance Measure 66** (In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours.)

- Prisons Found Noncompliant by Court: Florence, Lewis, and Tucson.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Florence | 90 | 90 | 90 | 80 | 50 | 70 |
| Lewis | 100 | 80 | 80 | 70 | 30 | 30 |
| Tucson | 80 | 80 | 70 | 80 | 30 | 40 |

**Performance Measure 85** (Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?).

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Perryville, Tucson, and Yuma.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 75 | 17 | 22 | 75 | 80 | 75 |
| Florence | 17 | 22 | 57 | 33 | 57 | 75 |
| Lewis | 0 | 18 | 0 | 14 | 29 | 58 |
| Perryville | 75 | 88 | 100 | 100 | 100 | 100 |
| Tucson | 0 | 33 | 6 | 28 | 38 | 23 |
| Yuma | 50 | 80 | 100 | 67 | 50 | 50 |

**Performance Measure 92** (MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.).

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Perryville, and Tucson.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 85 | 95 | 100 | 85 | 70 | 78 |
| Florence | 95 | 100 | 95 | 85 | 95 | 95 |
| Lewis | 70 | 70 | 50 | 30 | 30 | 52 |
| Perryville | 90 | 70 | 50 | 70 | 100 | 100 |
| Tucson | 100 | 60 | 50 | 50 | 100 | 100 |

**Performance Measure 93** (Mental health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.).

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, Tucson.

|  | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Eyman | 63 | 37 | 45 | 90 | 100 | 95 |
| Florence | 90 | 100 | 90 | 100 | 89 | 100 |

4

|         | **Jan** | **Feb** | **Mar** | **April** | **May** | **June** |
|---------|---------|---------|---------|-----------|---------|----------|
| Lewis   | 100     | 90      | 100     | 90        | 100     | 89       |
| Tucson  | 67      | 100     | 100     | 100       | 100     | 100      |

**Performance Measure 98** (Mental health HNRs shall be responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM) rev. 4/18/14, Chapter 2, Section 5.0.)

- Prisons Found Noncompliant by Court: Eyman, Florence, Lewis, and Winslow.

|          | **Jan** | **Feb** | **Mar** | **April** | **May** | **June** |
|----------|---------|---------|---------|-----------|---------|----------|
| Eyman    | 85      | 93      | 73      | 48        | 62      | 70       |
| Florence | 80      | 94      | 92      | 72        | 74      | 84       |
| Lewis    | 64      | 67      | 79      | 83        | 79      | 82       |
| Winslow  | 64      | 81      | 63      | 56        | 50      | 50       |

*Note: Perryville and Tucson have been noncompliant for four months in a row.*

|            | **Jan** | **Feb** | **Mar** | **April** | **May** | **June** |
|------------|---------|---------|---------|-----------|---------|----------|
| Perryville | 79      | 95      | 77      | 76        | 74      | 59       |
| Tucson     | 76      | 85      | 45      | 61        | 62      | 74       |

PLTF-PARSONS-036351

# EXHIBIT 2



*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

# Prison Law Office

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

VIA EMAIL ONLY

July 29, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

      RE:    *Parsons v. Ryan*, CV-12-0601-DMD
            Notice of Noncompliance

Dear Ms. Rand,

Pursuant to Paragraph 30 of the Stipulation, Plaintiffs write to notify you of Defendants' substantial noncompliance with the Stipulation. These areas of noncompliance are in addition to the performance measures for which the Court found Defendants noncompliant [Doc. 1583], and those outlined in our May 23, 2016 Notice. Defendants' CGAR reports show that through May 2016, ADC continues to be substantially noncompliant and/or incapable of sustained compliance for the performance measures identified by the Court. The inclusion of the performance measures below does not mean that we believe Defendants are in compliance with all other performance measures, nor do we waive our right to raise Defendants' noncompliance with measures not discussed below in a future notice.

**<u>Performance Measure 31</u>:** Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken.

Defendants are substantially noncompliant with this Stipulation requirement at Douglas, Eyman, Florence, Lewis, Perryville, Tucson, Winslow, and Yuma.

The noncompliance is manifest in one of two ways: first, because of the audit score on its face; and second, because of a failure to properly monitor this measure. The areas shaded in yellow show Defendants' failure to comply with the Stipulation's baseline requirement of 75% in January and February, or the 80% requirement in March and April. The areas shaded in blue are indicative of Defendants' failure to properly monitor this requirement. The finding of "N/A" for those months and those institutions is incorrect and is contradicted by the institutions' CQI committee minutes that showed mortality reviews were done at the CQI meetings for the

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

particular month, but the monitor failed to include them in the CGAR.  The failure to monitor a performance measure violates Paragraph 10 of the Stipulation.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Douglas | N/A | 100 | N/A | N/A | N/A |
| Eyman | 100 | 100 | N/A | 0 | N/A |
| Florence | 100 | 100 | 67 | N/A | N/A |
| Lewis | N/A | 0 | N/A | N/A | N/A |
| Perryville | N/A | N/A | N/A | N/A | N/A |
| Tucson | 100 | 0 | 33 | 40 | N/A |
| Winslow | N/A | N/A | N/A | N/A | N/A |
| Yuma | N/A | 100 | N/A | N/A | N/A |

Douglas
• March CQI meeting – 1 death was reviewed.  ADCM496922

Eyman
• March CQI meeting – 2 deaths were reviewed.  ADCM496930
• May CQI meeting – 3 deaths were reviewed.  ADCM497201-05

Florence
• April CQI meeting – 12 deaths were reviewed. ADCM497123-36
• May CQI meeting – 9 deaths were reviewed. ADCM497212-16

Lewis
• January CQI meeting – 4 deaths were reviewed.  ADCM496822-23
• March CQI meeting – 4 deaths were reviewed.  ADCM496954-55
• April CQI meeting – 1 death was reviewed.  ADCM497152
• May CQI meeting – 1 death was reviewed. ADCM497228-29

Perryville
• March CQI meeting – 1 death was reviewed. ADCM496963

Tucson
• May CQI meeting – 4 deaths were reviewed.  ADCM497267

Winslow
• May CQI meeting – 1 death was reviewed. ADCM497272

Yuma
- March CQI meeting – 1 death was reviewed. ADCM496992

**Performance Measure 35**:  All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, Phoenix, Tucson, and Yuma.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Eyman | 47 | 88 | 56 | 74 | 60 |
| Florence | 50 | 40 | 24 | 45 | 36 |
| Lewis | 0 | 0 | 48 | 57 | 49 |
| Phoenix | 80 | 100 | 60 | 64 | 67 |
| Tucson | 16 | 13 | 39 | 24 | 19 |
| Yuma | 76 | 58 | 77 | 75 | 86 |

**Performance Measure 39**:  Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral.

Defendants are substantially noncompliant with this Stipulation requirement at Yuma.[1]

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Yuma | 74 | 64 | 66 | 67 | 84 |

**Performance Measure 40**:  Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, and Tucson.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Eyman | 80 | 32 | 58 | 33 | 71 |
| Florence | 71 | 100 | 100 | 71 | 75 |
| Lewis | N/A | 50 | 50 | N/A | 100 |

---

[1] The Court has already found Defendants substantially noncompliant with PM 39 at Eyman, Florence, Lewis, Perryville, and Tucson.  Doc. 1583 at 2.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 57   | 20   | 50   | 33    | 14  |

**Performance Measure 44**:  Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.

Defendants are substantially noncompliant with this Stipulation requirement at Douglas, Eyman, Florence, Lewis, and Tucson.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Douglas  | 60   | N/A  | 50   | 80    | 100 |
| Eyman    | 87   | 72   | 60   | 28    | 50  |
| Florence | 67   | 79   | 70   | 61    | 70  |
| Lewis    | 68   | 47   | 78   | 88    | 70  |
| Tucson   | 88   | 61   | 88   | 79    | 57  |

**Performance Measure 50**: Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.

Defendants are substantially noncompliant with this Stipulation requirement at Florence and Tucson.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Florence | 71   | 59   | 66   | 62    | 65  |
| Tucson   | 85   | 73   | 78   | 72    | 71  |

**Performance Measure 51**: Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, Tucson, and Yuma.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 92   | 96   | 98   | 78    | 78  |
| Florence | 89   | 90   | 79   | 76    | 79  |
| Lewis    | 76   | 75   | 79   | 89    | 70  |
| Tucson   | 75   | 53   | 75   | 64    | 65  |

|       | Jan. | Feb. | Mar. | April | May |
|-------|------|------|------|-------|-----|
| Yuma  | 83   | 55   | 94   | 64    | 72  |

**Performance Measure 52**: Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

Defendants are substantially noncompliant with this Stipulation requirement at Florence, Perryville, Tucson, and Yuma.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Florence   | 37   | 63   | 45   | 40    | 24  |
| Perryville | 91   | 76   | 26   | 81    | 72  |
| Tucson     | 46   | 61   | 61   | 55    | 45  |
| Yuma       | 79   | 64   | 88   | 63    | 72  |

**Performance Measure 55**: Disease management guidelines will be implemented for chronic diseases.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Tucson, and Yuma.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 80   | 80   | 68   | 90    | 74  |
| Florence | 63   | 60   | 53   | 90    | 85  |
| Tucson   | 76   | 63   | 78   | 74    | 79  |
| Yuma     | 70   | 78   | 64   | 96    | 96  |

**Performance Measure 73**: All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days.

Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 70   | 60   | 20   | 40    | 100 |

**Performance Measure 74**:  All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 60   | 75   | 100  | 100   | 75  |

**Performance Measure 76**:  If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | N/A  | N/A  | N/A  | 0     | 0   |

**Performance Measure 80**:  MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville.[2]

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 87   | 90   | 81   | 78    | 79  |

**Performance Measure 86:**  MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.

Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 71   | 71   | 74   | 81    | 90  |

**Performance Measure 87**:  MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 85   | 90   | 90   | 70    | 70  |

---

[2] Plaintiffs notified you of ADC's noncompliance with PM 80 at Lewis and Tucson in our May 23, 2016 Notice of Noncompliance.

**Performance Measure 88**: MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days.

Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 90   | 90   | 70   | 70    | 100 |

**Performance Measure 94:** All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville and Winslow.[3]

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 90   | 90   | 80   | 30    | 40  |
| Winslow    | 0    | N/A  | 0    | 0     | 0   |

**Performance Measure 95:**  Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.

Defendants are substantially noncompliant with this Stipulation requirement at Lewis, Tucson, and Winslow.

|         | Jan. | Feb. | Mar. | April | May |
|---------|------|------|------|-------|-----|
| Lewis   | 80   | 80   | 60   | 70    | 70  |
| Tucson  | 70   | 30   | 70   | 90    | 100 |
| Winslow | 0    | 0    | N/A  | N/A   | 0   |

///
///
///

---

[3] Plaintiffs notified you of ADC's noncompliance with PM 94 at Eyman, Florence, and Tucson in our May 23, 2016 Notice of Noncompliance.

**Performance Measure 96**:  A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above.

Defendants are substantially noncompliant with this Stipulation requirement at Phoenix.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Phoenix | 100 | 67 | 67 | 73 | 100 |

**Performance Measure 97**: A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.

Defendants are substantially noncompliant with this Stipulation requirement at Lewis.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Lewis | 47 | 56 | 33 | 79 | 77 |

**Performance Measure 98**:  Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville and Tucson.[4]

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Perryville | 79 | 95 | 78 | 76 | 74 |
| Tucson | 76 | 85 | 45 | 61 | 62 |

**Performance Measure 99**: Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0.

Defendants are substantially noncompliant with this Stipulation requirement at Florence.

|  | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---|---|---|---|---|---|
| Florence | N/A | 0 | 0 | N/A | N/A |

---

[4] The Court found Defendants noncompliant with PM 98 at Eyman, Florence, Lewis, and Winslow. Doc. 1583 at 2.

Ms. Lucy Rand
*Parsons v. Ryan*
Notice of Noncompliance
July 29, 2016
Page 9

We look forward to receiving your response within the next 30 days.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:   Counsel of Record

# EXHIBIT 3


# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5


# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7


# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL

# EXHIBIT 10


# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 14


# FILED UNDER SEAL

# EXHIBIT 15

# FILED UNDER SEAL