1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

15                           UNITED STATES DISTRICT COURT
16                                  DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF TODD R. WILCOX, M.D.** |

I, Todd Wilcox, M.D., declare:

1. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2. I have reviewed the Remediation Plan that Defendants submitted to increase Health Care Performance Measure compliance scores, and Defendants' Status Report Regarding Progress of Remediation Plan. Doc. Nos. 1609-1, filed 6/13/16, and 1665, filed 8/22/16. This declaration reflects my assessment of the quality of the Remediation Plan and the Status Report, in light of my previous investigation and earlier reports.

**A. Qualifications**

3. I am a physician board certified in Ambulatory Medicine and currently serve as the medical director of the Salt Lake County Jail in Salt Lake City, Utah. My qualifications are fully set forth in my November 8, 2013 Report. My updated curriculum vitae is attached as Appendix A. The cases in which I have been deposed and/or given trial testimony in the last four years are listed in Appendix B.

**B. Assessment**

4. In my April 11, 2016 Report, I reported my findings that ADC prisoners continue to suffer serious harm, and in some cases preventable death, because defendants and their contractor, Corizon Health, Inc., fail to provide necessary and timely health care on a system-wide basis. Wilcox Report at 2, Doc. 1539. I explained that many of the deficiencies are rooted in staffing shortages, particularly for primary care providers (i.e., physicians, nurse practitioners and physician's assistants), and that, lacking a sufficient number of providers and health care managers, the system is incapable of self-correction. *Id.* at 4.

5. I further explained that, in a system of this size and complexity, the only way to achieve a sustainable long-term solution is to undertake a systematic evaluation of staffing needs and then to hire successfully to fill the positions. *Id.* at 5. Critical information must be gathered and analyzed before resources can be rationally allocated.

So, defendants must evaluate the setting in which care is provided (segregation vs. open yard), the patient care load (number of sick call requests, medications administered, intakes done, etc., per day), the acuity of the patients being treated, and then apply reasonable healthcare metrics to identify the clinical care demand in each individual setting so that the staffing and the resources match the needs of the population.

6. The Remediation Plan proposed by Defendants in June 2016 is sorely lacking in the elements necessary to address the gaping systemic deficiencies in the Arizona system.

7. A successful plan must identify the source of the system's myriad deficiencies, and propose measures that will resolve those systemic issues. Instead, Defendants' Plan includes a series of "band-aid" measures that attempt to reduce backlog by, among other things, redirecting existing staff (see e.g., Remediation Plan at 7 [to comply with RN sick call time line, Director of Nursing will request additional assistance and/or coordinate a sick call line]); by adding duties to staff who are already fully occupied (see e.g., RP at 2 [Director of Nursing will use medication logs to confirm and verify medication delivery]); and by setting arbitrary quotas for medical and mental health providers (see e.g., RP at 8 and 15).

8. These measures, while conceivably improving compliance scores at some facilities in the short term, will do absolutely nothing to address the conditions that created the backlogs and untimely performance in the first place. Additionally, heaping more duties and arbitrary productivity quotas on existing staff is virtually guaranteed to create additional systemic issues, as staff are forced to delay performance of previously assigned tasks in order to put out fires. The Remediation Plan is merely a system-wide game of Whac-A-Mole.

9. Even when the Remediation Plan does apparently provide for additional staff, it often fails to provide a rationale for the created positions, raising questions as to how these new positions were identified and allocated. For example, the Plan appears to call for the addition of four Assistant Regional Medical Directors and a chronic care nurse

at each facility. Remediation Plan at 8 and 10. This haphazard addition of positions, without a basic assessment of workload and need, is unlikely to address fundamental problems. Furthermore, a successful plan needs to favor front-line physicians who see patients on a daily basis as opposed to adding another layer of administration.

10. Defendants' Status Report Regarding Progress of Remediation Plan chronicles a system that is stretching its meager resources to address an overwhelming need (see e.g. Status Report at 9 [Yuma running "blitz" nursing lines to address backlogs, using staff from other facilities or corporate headquarters]; at 11 ["Corizon continues to use locum tenens providers, available regional providers, tele-med providers, and providers assigned to other complexes" to try to meet access to care time frames]), and assigning additional duties to staff who, in my opinion, were already fully engaged with their existing duties. (See e.g., Status Report at 12 [Medical Director at each complex must review diagnostic reports, follow up with providers to ensure they are reviewing reports]; Report at 19 [Mental Health Leads are now assigned to review all mental health sick call slips to ensure they are responded to timely].) Again, staff that are devoting all of their time putting out fires, as appears to be the case in Arizona, cannot simultaneously build a functional and sustainable health care delivery system.

11. Thus, in order to address the ADC's entrenched dysfunction, the state must first truly understand the reasons for the deficiencies and develop a rational method based on data to meet those needs. This requires a data-driven needs assessment, which will enable the Department to make rational, evidence-based decisions to change existing processes and programs. Unfortunately, there are no short-cuts to this process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of August, 2016, at Salt Lake City, Utah.

_____
Todd Wilcox, M.D.

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | **PRISON LAW OFFICE** |
| 4 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 5 | | Telephone:  (510) 280-2621 |
| | | Email:    dspecter@prisonlaw.com |
| 6 | |          ahardy@prisonlaw.com |
| | |          snorman@prisonlaw.com |
| 7 | |          ckendrick@prisonlaw.com |
| 8 | | *Admitted *pro hac vice* |
| 9 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 10 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 11 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 12 | | Telephone:  (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 13 | |          agerlicher@perkinscoie.com |
| | |          jhgray@perkinscoie.com |
| 14 | | Kathleen E. Brody (Bar No. 026331) |
| | | Daniel Pochoda (Bar No. 021979) |
| 15 | | **ACLU FOUNDATION OF ARIZONA** |
| 16 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 17 | | Telephone:  (602) 650-1854 |
| | | Email:   kbrody@acluaz.org |
| 18 | |         dpochoda@acluaz.org |
| 19 | | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 20 | | Jamelia Natasha Morgan (N.Y. 5351176)** |
| 21 | | **ACLU NATIONAL PRISON PROJECT** |
| 22 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 23 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@npp-aclu.org |
| 24 | |          afettig@npp-aclu.org |
| | |          jmorgan@aclu.org |
| 25 | | |
| 26 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 27 | | **Admitted *pro hac vice* |
| 28 | | |

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
        aamiri@jonesday.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:  jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
|   | **ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
|   | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
|   | Email: skader@azdisabilitylaw.org |
| 5 |        adietrich@azdisabilitylaw.org |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  jross@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf