**Index of Exhibits to Declaration
of Todd R. Wilcox, M.D.**

**Appendix 1**  Curriculum Vitae

**Appendix 2**  List of cases in which Todd R. Wilcox, M.D. has been deposed and/or given testimony in last four years

# APPENDIX A

# Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.

---

ADDRESS: 4760 S. Highland Drive, # 105
Salt Lake City, UT  84117
(385) 743-1744

EMPLOYMENT: **Chief Executive Officer**, Wellcon, Inc.
May 1996 to present

**Medical Director**, Salt Lake County Jail System
May 1996 to present

**Attending Physician**, After Hours Medical
August 2001 to present

**Senior Consultant**, Phase 2 Consulting
January 2003 to December 2009

**Medical Director**, Maricopa County Jail System
November 2004 to February 2006

**Attending Physician,** Wasatch Physician Services
July 1996 to January 2000

**Attending Physician**, State of Utah Department of Corrections
August 1997 to January 1999

**Staff Physician**, Salt Lake County Jail
June 1994 to May 1996

EDUCATION: M. B. A.
**University of Utah David Eccles School of Business**
Salt Lake City, UT
September 1996 to June 1998

Residency in Orthopaedic Surgery
**University of Utah**
July 1993 to July 1996

        Internship in General Surgery
        **University of Utah**
            July 1992 to June 1993

        M.D.
        **Vanderbilt University School of Medicine**
            Nashville, TN
            August 1988 to May 1992

        B.S.
        **Duke University**
            Durham, NC
            Major:  Biological Psychology
            August 1984 to May 1988

MEDICAL
LICENSURE:       Utah
                   Arizona

BOARD
CERTIFICATIONS:  American Board of Urgent Care Medicine—certification by exam 2006, recertified by exam 2014

ADVANCED
CERTIFICATIONS:  Fellow, American College of Correctional Physicians--2015
                   American Academy of HIV Medicine—2009, 2013 recertified by exam
                   Advanced Certified Correctional Health Care Provider (CCHP-A)—certification by exam 2007, recertified 2015
                   Advanced Certified Correctional Health Care Physician (CCHP-P)—certification by exam 2015
                   Buprenorphine certified--2013

FACULTY
APPOINTMENTS:   Medical School Admissions Committee, University of Utah School of Medicine
                   Faculty Instructor, Correctional Crisis Intervention Team Academy, Salt Lake County, UT
                   Adjunct Instructor of Medicine, University of Utah School of Medicine
                   Adjunct Professor of Chemistry, Salt Lake Community College
                   Faculty Instructor, University of Utah School of Nursing

PROFESSIONAL
APPOINTMENTS:   President, American College of Correctional Physicians, 2015

|  |  |
|---|---|
|  | Chairman, Physician Certification Committee, National Commission on Correctional Health Care, 2012-2013<br>Board of Directors, National Commission on Correctional Health Care—Certified Correctional Healthcare Professional Board<br>Chairman, Electronic Medical Records Taskforce for the National Commission on Correctional Healthcare, 2002<br>Treasurer, Society of Correctional Physicians, 2012<br>Medical School Admissions Committee, University of Utah School of Medicine, 2012-13 |
| HONORS: | Medical Director for National Commission on Correctional Healthcare Facility of the Year, 2001<br>Angier B. Duke Memorial Scholarship<br>Boettcher Foundation Scholar<br>Jostens Foundation Scholar |
| PROFESSIONAL MEMBERSHIPS: | American Medical Association<br>American College of Emergency Physicians<br>American Jail Association<br>Society of Correctional Physicians<br>American Correctional Health Services Association<br>American Academy of Urgent Care Medicine<br>American Academy of HIV Medicine |
| CORRECTIONAL CONSULTING: | American Jail Association<br>National Institute of Corrections<br>California Department of Corrections<br>Maricopa County Correctional Health Care, AZ<br>Pima County Department of Institutional Health, Tucson, AZ<br>Santa Clara County Jail System, CA<br>Washington County Jail, UT<br>Utah County Jail, UT<br>Seattle-King County Jail System, WA<br>Mississippi Department of Corrections<br>National Commission on Correctional Healthcare |
| PUBLICATIONS: | Wilcox, TR. President's Column. *Corrdocs*. Chicago: American College of Correctional Physicians, Spring 2016. 19:1, 2. |

Wilcox, TR.  How I Practice:  Assessing Weight Loss in Correctional Facilities.  *Corrdocs*.  Chicago:  American College of Correctional Physicians, Spring 2016.  19:1, 8.

Wilcox, TR.  Poising the College for Continued Success.  *Corrdocs*.  Chicago:  American College of Correctional Physicians, Winter 2015.  18:4, 4.

Wilcox, TR.  How I Practice:  Managing Diabetics on Commissary Day.  *Corrdocs*.  Chicago:  American College of Correctional Physicians, Winter 2015.  18:4, 9.

Wilcox, TR.  Dealing with Orthopedic Hardware.  *Corrdocs*.  Chicago:  Society of Correctional Physicians, Fall 2014.  17:3, 4-5.

Wilcox TR.  Critical Commandments in Correctional Health Care:  Part 3.  *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Fall 2013.  27:4, 16.

Wilcox TR.  Critical Commandments in Correctional Health Care:  Part 2.  *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Summer 2013.  27:3, 19.

Wilcox TR.  Critical Commandments in Correctional Health Care:  Part 1.  *CorrectCare*.  Chicago:  National Commission on Correctional Health Care, Spring 2013.  27:2, 20.

Wilcox TR.  Developing an Effective Alcohol Withdrawal Protocol.  *Correctional Health Care Report*.  Civic Research Institute, Inc., May 2003:  49-50, 63-64.

Goble EM, Kane SM, Wilcox TR, Doucette SA.  Meniscal Allografts.  In: McGinty JB, ed. *Operative Arthroscopy*.  Philadelphia:  Lippincott-Raven Press; 1996:  317-31.

Goble EM, Kane SM, Wilcox TR, Olsen RE.  Advanced Arthroscopic Instrumentation.  In: McGinty JB, ed. *Operative Arthroscopy*.  Philadelphia:  Lippincott-Raven Press; 1996:  7-12.

Wilcox TR, Goble EM.  Indications for meniscal allograft reconstruction.  *American J of Knee Surgery* 9:  35-6, 1996.

Wilcox TR, Goble EM, Doucette SA.  Goble technique of meniscus transplantation.  *American J of Knee Surgery* 9:  37-42, 1996.

Goble EM, Downey DJ, <u>Wilcox TR</u>.  Positioning of the tibial tunnel for ACL reconstruction.  *J Arthroscopy*  12:  415-18, 1995.

Morris JA, <u>Wilcox TR</u>, Reed GW, et al.  Safety of the blood supply:  surrogate testing and transmission of hepatitis C in patients after massive transfusion.  *Annals of Surgery*  219:  517-26, 1994.

<u>Wilcox TR</u>, Morris JA, Green NE.  Case report:  Pediatric ankle fractures.  *Tennessee Medical Journal*.  85:  217-19, 1992.

Morris JA, <u>Wilcox TR</u>, Frist WH.  Pediatric organ donation:  the paradox of organ shortage despite the remarkable willingness of families to donate.  *Pediatrics*  89:  411-15, 1992.

Morris JA, <u>Wilcox TR</u>, Noreuil T, and Frist WH.  Organ donation:  a university hospital experience.  *Southern Medical Journal* 83:  884-88, 1990.

Cogbill TH, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Conservative management of duodenal trauma:  a multicenter perspective.  *Journal of Trauma*  30:  1469-75, 1990.

Morris JA, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Post-traumatic renal failure:  a multicenter study.  *Journal of Trauma*  31:  1584-90, 1991.

<u>Wilcox TR</u>, contributing author to <u>The Admissions Essay</u> by Helen W. Power and Robert DiAntonio.  Lyle Stuart, Inc., Seacausus, NJ, 1987, pp. 116-7, 197, 206-8, 219-20.

PRESENTATIONS:  National Commission on Correctional Healthcare Jail Standards Course
Abdominal Pain
Chronic Disease Management in Correctional Facilities
Pain Management in Correctional Healthcare
Alcohol Withdrawal Syndrome
Drug Withdrawal Syndromes
Effective Correctional Medical / Mental Health Intake Screening
Endocrine Emergencies
Excited Delirium and Sudden In-Custody Death Syndrome
Hematologic Emergencies
Safe Restraint and Intensive Medical Management Practices
Medical Effects of Mental Health Medications
Neurological Emergencies
Effective Nursing Triage in Correctional Settings

|   |   |
|---|---|
| | Orthopedic Emergencies |
| | Point of Care Laboratory in Correctional Healthcare |
| | Managing Hypertension in Correctional Healthcare |
| | Seizure Assessment and Treatment |
| | How To Work Well with EMS |
| | Effective Wound Care Practices in Correctional Healthcare |
| | 14-day Assessments in Corrections |
| | Electronic Health Records for Institutional Medicine |
| EXPERT PANELS: | Rand Corporation Expert for Modified Delphi Process to Determine Quality Measures for Correctional Healthcare—June 2009 |
| | American Jail Association / National Institute of Corrections Expert for Mental Health in Jails Focus Group and National Satellite Broadcast—June 2009 |
| PATENTS: | United States Patent 5,681,289 Chemical Dispensing System Issued October 28, 1997 |
| | United States Patent 5,891,101 Chemical Dispensing System Methodology Issued April 17, 1999 |
| | United States Patent 5,895,375 Chemical Dispensing System Components Issued April 17, 1999 |

# APPENDIX B

Expert Testimony List
Todd R. Wilcox, MD, MBA, CCHP-A

| Case | Date | Location | Topic | Role |
|---|---|---|---|---|
| Dawkins vs. CHS | 2012 | NJ | Psychosis / Use of Force | Defense expert |
| Turpen vs. Graham | 2012 | GA | Cancer | Defense Expert |
| Cady vs. Cumberland | 2012 | ME | Psychosis / PE | Defense Expert |
| Braillard vs. Maricopa County | 2012 | AZ | Diabetes | 30-b-6 Witness |
| Sumers-Eskridge vs. Kaschubeck et al. | 2012 | OH | HTN / Seizure / Intracranial Bleed | Plaintiff expert |
| Brooks v. San Joaquin County | 2012 | CA | Suicide | Defense Expert |
| Marcum vs. Scioto County | 2013 | OH | Status Asthmaticus | Defense Expert |
| Galambos vs. Cumberland | 2013 | ME | Psychosis / PE | Defense Expert |
| Siple vs. Columbia County | 2013 | GA | Hypertension | Defense Expert |
| Baires vs. USA | 2013 | CA | HIV | Defense Expert |
| Bornstein vs. Monmouth County | 2014 | NJ | Excited delirium | Defense Expert |
| Parsons vs. Ryan | 2014 | AZ | Medical Care System | Plaintiff Expert |
| Atencio vs. Arpaio | 2014 | AZ | Mental Health use of force | Plaintiff Expert |
| Hamilton vs. Lawrence County | 2014 | PA | Suicide | Defense Expert |
| Lauhoff vs. QCHC | 2015-16 | AL | Anemia | Defense Expert |