1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on     **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly      **SEAL DOCUMENTS**
11   situated; and Arizona Center for Disability Law,    **ASSOCIATED WITH**
                                                         **PLAINTIFFS' RESPONSE**
12                   Plaintiffs,                         **TO DEFENDANTS' STATUS**
                                                         **REPORT REGARDING**
13        v.                                             **PROGRESS OF**
                                                         **REMEDIATION PLAN**
     Charles Ryan, Director, Arizona Department of       **(DKT. 1665)**
14   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
15   Department of Corrections, in their official
     capacities,
16
                     Defendants.
17

18        This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Response to Defendants' Status Report Regarding Progress of Remediation

20   Plan (Dkt. 1665), and finding good cause, hereby **GRANTS** Plaintiffs Motion to Seal and

21   instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to

22   Seal (Exhibits 3 through 15 to the Declaration of Corene Kendrick).

23

24

25

26

27

28

132597872.1