1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No.  CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Response to Defendants' Status Report Regarding Progress of Remediation Plan (Doc. 1665), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Response to Defendants' Status Report Regarding Progress of Remediation Plan (Doc. 1665).  The Clerk of the Court is instructed to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 3 through 15 to the Declaration of Corene Kendrick).

Dated this 6th day of September, 2016.

_____
David K. Duncan
United States Magistrate Judge