**EXHIBIT A**

**EXHIBIT A**



| MARK BRNOVICH<br>ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>STATE GOVERNMENT DIVISION<br>LIABILITY MANAGEMENT SECTION | LUCY M. RAND<br>ASSISTANT ATTORNEY GENERAL<br>DIRECT LINE: (602) 542-7683<br>EMAIL: Lucy.Rand@azag.gov |
|---|---|---|

June 22, 2016

**VIA ELECTRONIC MAIL:**

Donald Specter
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710-1916
dspecter@prisonlaw.com

    Re:    **Plaintiffs' May 23, 2016 Notice of Substantial Noncompliance**
              *PARSONS, et al. v. RYAN, et al., USDC CV12-00601-DKD*

Dear Mr. Specter:

    This letter responds to your May 23, 2016 notice letter to Defendants alleging substantial noncompliance under the Stipulation (Dkt. 1185) with Health Care Performance Measures ("HC PM") ##47, 80, 81, and 94.

    Below are the steps Defendants' have been and are taking to increase compliance:

    **1.**    **HC PM #47:** "A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request."

    *DEFENDANTS' RESPONSE:*

    *While inmates may have been timely scheduled for a medical provider appointment to occur within the requisite seven calendar days, some inmates' appointments were rescheduled so that the medical provider could see an inmate who presented with higher acuity needs. Moving forward, written communication of diagnostic service results via an Inmate Communique will be provided to inmates and a medical provider appointment will be scheduled, when necessary, as a follow-up to the written communication.*

    *Oftentimes, the medical provider may have delivered the diagnostic service results to the inmate within the required time frame, but failed to properly and consistently document the communication. Corizon implemented new procedures for ensuring the proper and consistent documentation of such communication, which ensure that a medical provider legibly signs and stamps each communication. Further, the Director of Nursing (DON) of each prison complex is*

Donald Specter
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
June 22, 2016
Page 2 of 3

now accountable to perform a "trust and verify" check of the HNR Log to ensure all requests are addressed. Finally, each Site Medical Director (SMD) received additional training as to the CGAR process and is tasked with holding medical providers accountable for compliance with this CGAR performance measure.

    2.    **HC PM #80:** "MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician." Defendants are substantially noncompliant with this performance measure at Tucson and Lewis prisons.

    DEFENDANTS' RESPONSE:

    Defendants were compliant with HC PM #80 at Lewis in December of 2015, even though Plaintiffs' chart erroneously shows Lewis Complex as being out of compliance for this month.

    Historically, the mental health database was not maintained with up to date information, as the clinicians were concentrating their efforts toward providing mental health services. A gatekeeper for the mental health database and scheduling has been designated for Lewis Complex, as well as for Eyman and Tucson Complexes. This individual ensures that the databases for Eyman, Lewis, and Tucson are updated with the daily clinical contacts and inmate movement is tracked in real time.

    Additionally, Corizon received approval to utilize telepsychology services starting in June of 2016, and a full-time tele-psychologist was hired in June to provide coverage at Lewis Complex. To increase teleservices, Corizon also invested in additional teleservices equipment, such as laptops, cameras, and monitoring systems.

    3.    **HC PM #81:** "MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider." Lewis and Tucson prisons are in substantial noncompliance with this requirement.

    DEFENDANTS' RESPONSE:

    Defendants were compliant with HC PM #81 at Lewis in January and February of 2016, even though Plaintiffs' chart erroneously shows Lewis Complex as being out of compliance for these months. Further, it appears the implementations described below are effective, as Lewis has only missed one month out of the past five months and Tucson has only missed one month out of the past four months.

    Historically, the mental health database was not maintained with up to date information, as the clinicians were concentrating their efforts toward providing mental health services. A gatekeeper for the mental health database and scheduling has been designated for Lewis and Tucson Complexes, as well as for Eyman Complex. This individual ensures that the databases for Eyman, Lewis, and Tucson are updated with the daily clinical contacts and inmate movement is tracked in real time.

Donald Specter
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
June 22, 2016
Page 3 of 3

Additionally, to increase teleservices, Corizon invested in additional teleservices equipment, such as laptops, cameras, and monitoring systems. Access to care at Lewis Complex was further increased by adding three telepsychiatry units and one additional telemedicine cart, which serve to mitigate issues related to the movement of maximum security inmates. Corizon also hired Dr. Kelly as the Regional Psychiatry Director and she started on June 14, 2016. She will be responsible for maintaining oversight to the psychiatric providers to ensure continuity of care and scheduling.

**4. HC PM #94:** "All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse." Defendants are substantially noncompliant with this requirement at Eyman, Florence, and Tucson prisons.

DEFENDANTS' RESPONSE:

Defendants were compliant with HC PM #94 at Eyman in October of 2015 and January of 2016, even though Plaintiffs' chart erroneously shows Eyman Complex as being out of compliance for these months. Further, it appears the implementations described below are effective, as Eyman achieved 100% in April, Florence achieved 100% in April, and Tucson achieved 90% in April.

Historically, the mental health database was not maintained with up to date information, as the clinicians were concentrating their efforts toward providing mental health services. A gatekeeper for the mental health database, scheduling, and watch logs has been designated for Eyman and Tucson Complexes, as well as Lewis Complex. This individual ensures that the databases for Eyman, Lewis, and Tucson are updated with the daily clinical contacts and inmate movement, and manages the watch log.

The expectation is that the above implementations will address these performance measures and based on recent performance scores, it appears they already have. Please feel free to contact me regarding any questions or comments you may have.

Sincerely,

*Lucy M. Rand*

Lucy M. Rand,
Assistant Attorney General

cc: Brad Keogh
Richard Pratt
Michael Gottfried
Timothy Bojanowski