**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**  DATE: September 8, 2016

Title: Parsons et al vs. Ryan et al
     Plaintiffs    Defendants
================================================================

HON:  David K. Duncan  Judge # 70BL/DKD

   Caryn Smith  CourtSmart
    Deputy Clerk  Recorded

**APPEARANCES:**

Kirstin Eidenbach and Kathleen Brody, with David Fathi, Amy Fettig and Alison Hardy appearing telephonically, for Plaintiffs
Daniel Struck and Michael Gottfried for Defendants

================================================================
**PROCEEDINGS:**   **X**  Open Court  _____Chambers  _____ Other

This is the time set for Status Hearing. The Court addresses the parties regarding the information contained within the spreadsheet provided by the Court this date. Discussion is held regarding timeliness of reporting of Performance Measure compliance percentages and possible acceleration of that reporting process. Richard Pratt presents statements to the Court. The Court concludes that 1.5 months after the close of a particular month appears to be the soonest such reports can be available. Court advises parties regarding its intention to order efficacious, if not ideal remedies, to correct demonstrated compliance failures in light of the fact that the Stipulation's specification "that the Court shall not have the authority to order Defendants . . . to hire a specific number or type of staff" may preclude the most efficient, economic and ideal remedies. Stipulation at p. 13 (Doc. 1185). Plaintiffs raise issue of Defendants' production of current monitoring guide. IT IS ORDERED the Defendants shall have until September 23, 2016, to provide Plaintiffs with the current monitoring guide that includes all of the current policies under that guide. Defendants raise issue of possible clarification/reconsideration of the Court's September 6, 2016 monitoring Order (Doc. 1673). IT IS FURTHER ORDERED that Mr. Struck and the appropriate person from Plaintiffs' side shall discuss the Court's Order of this week regarding the monitoring issues. Any issues that cannot be resolved in the meet and confer shall be discussed at the next scheduled monthly status hearing. In advance of the next hearing, the Defendants shall provide notice of the issues that have not been resolved as well as any issues that require clarification.

Court hears report on status of Plaintiffs' counsels' online access to health records. Court emphasizes its intention that Defendants assure that all necessary preparation be provided to Plaintiffs' counsel in advance of the established September 19, 2016 start date.

IT IS FURTHER ORDERED Defendants shall report to the Court on a monthly basis, at the same time they are reporting to Plaintiffs, the current percentage compliance rates of the Performance Measures before this Court (i.e. Performance Measures that are before this Court following unsuccessful mediation).

IT IS ORDERED setting the next Status Hearing for October 5, 2016 at 9:00 AM before this Court. In advance of this hearing Defendants shall provide notice of the issues that need to be addressed regarding monitoring. IT IS FURTHER ORDERED setting the following monthly Status Hearing for November 9, 2016 at 9:00 AM before this Court.

Court addresses Plaintiffs' request that the Court look to a third person monitor to oversee the compliance issues; but for the reasons stated on the record, IT IS ORDERED denying the request without prejudice.

Discussion is held regarding the four new performance measures that have exhausted the mediation process and are now ripe for consideration. Plaintiffs to file their reply by September 16, 2016, with possible oral argument at the October 5, 2016 hearing.

Time in court: 47 min (9:02 AM – 9:49 AM)