1    Kathleen E. Brody (Bar No. 026331)
     Daniel Pochoda (Bar No. 021979)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email: kbrody@acluaz.org
              dpochoda@acluaz.org
5

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
     *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7    *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
     *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8    *others similarly situated*

     **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
     Sarah Kader (Bar No. 027147)
10   Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
11   5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
12   Telephone:  (602) 274-6287
     Email: skader@azdisabilitylaw.org
13            adietrich@azdisabilitylaw.org

14   *Attorneys for Plaintiff Arizona Center for Disability Law*

     **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                   UNITED STATES DISTRICT COURT

17                        DISTRICT OF ARIZONA

18   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
19   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **REPLY IN SUPPORT OF**
20   Hefner; Joshua Polson; and Charlotte Wells, on       **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly        **ENFORCE THE**
21   situated; and Arizona Center for Disability Law,     **STIPULATION**
                                                          **(PERFORMANCE**
                              Plaintiffs,                 **MEASURES 47, 80, 81, AND**
22                                                        **94) (DOC. 1663)**
              v.
23
     Charles Ryan, Director, Arizona Department of
24   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
25   Department of Corrections, in their official
     capacities,
26
                              Defendants.
27

28

     LEGAL132667633.1

Not for the first time, Defendants' response to Plaintiffs' motion to enforce the Stipulation (Doc. 1676) consists of vague and repetitive assurances by counsel, unsupported by declarations, documents, or any other evidentiary material whatsoever. Defendants' response also includes numerous factual representations that are demonstrably untrue. Plaintiffs' motion should be granted.[1]

## I.   DEFENDANTS ARE SUBSTANTIALLY NONCOMPLIANT WITH PM 47, 80, AND 94 AT THE FACILITIES INDICATED.

**Performance Measure 47**

Defendants tacitly acknowledge that the CGAR findings for all ten prisons are, for this measure, grossly out of compliance. [Defs.' Br. at 5-6]  Recent scores show no meaningful improvement.  Seven of the ten prisons had failing scores, and three scored 50% or lower, each month in April, May, and June, the most recent months for which Defendants have provided data.  [*See* Declaration of David C. Fathi in Support of Reply in Support of Plaintiffs' Motion to Enforce the Settlement (Performance Measures 47, 80, 81, and 94) (Doc. 1663) ("Fathi Decl."), Ex. 1]  Nine out of ten prisons had a failing score for at least one month during that period.  [*Id.*][2]

|  | Feb '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | N/A | N/A | 25 | 0 | 0 | 0 | 17 | 67 | 67 | 80 | 80 | 0 | 57 | 57 | 42 | 67 | 66.67 |
| Eyman | N/A | N/A | 33 | 38 | 56 | 26 | 48 | 58 | 56 | 60 | 47 | 41 | 42 | 45 | 41 | 27 | 65 |
| Florence | 0 | N/A | N/A | 4 | 13 | 73 | 14 | 14 | 15 | 17 | 14 | 53 | 22 | 33 | 26 | 38 | 52.78 |
| Lewis | N/A | N/A | 0 | 25 | 0 | 0 | 0 | 0 | 13 | 36 | 15 | 43 | 25 | 47 | 52 | 53 | 50.85 |
| Perryville | N/A | 43 | 3 | 26 | 51 | 72 | 44 | 41 | 78 | 85 | 67 | 83 | 40 | 7 | 15 | 38 | 43.24 |
| Phoenix | N/A | N/A | 0 | N/A | N/A | 0 | 0 | 0 | 50 | 50 | 0 | N/A | 100 | 100 | 100 | 0 | 100 |
| Safford | N/A | N/A | N/A | 50 | 100 | 100 | 50 | 0 | 50 | 100 | N/A | N/A | N/A | N/A | N/A | 100 | N/A |
| Tucson | 11 | 27 | 20 | 0 | 18 | 17 | 3 | 8 | 48 | 4 | 17 | 27 | 27 | 18 | 33 | 21 | 15.22 |
| Winslow | N/A | 50 | 33 | 33 | N/A | 0 | 0 | N/A | 100 | N/A | N/A | N/A | N/A | 0 | 100 | 100 | 50 |
| Yuma | 0 | 31 | 54 | 17 | 40 | 21 | 33 | 37 | 42 | 52 | 46 | 74 | 27 | 42 | 47 | 35 | 50 |

---

[1] Plaintiffs withdraw their motion with regard to PM 81 at Lewis and Tucson, without prejudice to renewal at a later date.

[2] In this and other charts in this document, noncompliant months are shaded in yellow. Accordingly, this document is best read on-screen, or printed on a color printer.

**Performance Measure 80**

Lewis has been noncompliant for 10 of the last 14 months.  Tucson has been noncompliant for *14 consecutive months*, including June 2016, when its score was 75%. [*See* Fathi Decl., Ex. 1]  Nevertheless, Defendants falsely state that findings for this measure "are now above the 80% compliance threshold." [Defs.' Br. at 6-7]

| | Feb '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 62 | 79 | 93 | 40 | 67 | 69 | 59 | 64 | 62 | 80 | 75 | 68 | 73 | 80 | 79 | 78.95 | 84 |
| Tucson | 81 | 87 | 93 | 70 | 53 | 64 | 66 | 69 | 68 | 66 | 64 | 63 | 66 | 62 | 67 | 75 | 75 |

**Performance Measure 94**

Defendants state that "[s]ince January 2016, Eyman has been compliant every month, except March 2016 (75%) and May 2016 (65%)." [Defs.' Br. at 4]  This is false; Eyman was also noncompliant in February 2016, with a score of 70%.  [*See* Fathi Decl., Ex. 1]  Defendants further state that "since January 2016, Florence has been compliant every month, except May 2016 (70%)."  [Defs.' Br. at 4]  This, too, is untrue; Florence was noncompliant in February 2016 with a score of 70%.  [*See* Fathi Decl., Ex. 1]  Tucson has been noncompliant for 9 of the last 12 months, including a dismal 20% in February 2016 and 30% in June 2016.  [*See* Fathi Decl., Ex. 1]  Yet Defendants falsely state that "Tucson achieved 100% in June" (Defs.' Br. at 5) and that findings for this measure "are now above the 80% compliance threshold."  [*Id*. at 6-7]

| | Feb '15 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 29 | 35 | 17 | 60 | 78 | 60 | 100 | 70 | 75 | 65 | 90 | 75 | 70 | 75 | 100 | 65 | 90 |
| Florence | 56 | 64 | 100 | 80 | 80 | 90 | 30 | 0 | 40 | 100 | 60 | 80 | 70 | 100 | 100 | 70 | 100 |
| Tucson | 100 | 60 | 100 | 50 | 100 | 50 | 50 | 70 | 60 | 80 | 60 | 60 | 20 | 80 | 90 | 70 | 30 |

With respect to PM 80 and 94, Defendants trumpet their alleged compliance for isolated months at individual facilities.  But in its Order of September 6, 2016 (Doc. 1673), the Court found that Defendants' monitoring methodology with respect to Performance Measures requiring an act to be performed "every X days," and those requiring that a patient be "seen," is inconsistent with the requirements of the Stipulation.

[Doc. 1673 at 4-5]  PM 94 requires that patients be "seen," and PM 80 requires that patients be "seen" "every 30 days."  Defendants' findings of "compliance" that are based upon an invalid methodology are meaningless and entitled to no weight.

## II.   THE COURT SHOULD ORDER DEFENDANTS TO SUBMIT A REMEDIAL PLAN.

"In the event the Court finds that Defendants have not complied with the Stipulation, it shall in the first instance require Defendants to submit a plan approved by the Court to remedy the deficiencies identified by the Court."  [Stipulation, ¶ 36 (Doc. 1185)]  This language is mandatory; submission of a remedial plan is required once the Court has found noncompliance.  Defendants' contention that they should not be required to submit a plan to remedy their noncompliance with PM 80 and 94 is premised upon their untruthful statement that CGAR findings for these Performance Measures "are now above the 80% compliance threshold" (Defs.' Br. at 6-7), and is accordingly meritless.  The Court should order Defendants to develop a meaningfully specific and detailed plan to permanently remedy their chronic and continuing noncompliance with PMs 47, 80, and 94.

Dated:  September 13, 2016                  **ACLU NATIONAL PRISON PROJECT**

By:   s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
            afettig@aclu.org
            jmorgan@aclu.org

*Admitted pro hac vice.  Not admitted in DC; practice limited to federal courts.
**Admitted pro hac vice

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
          dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1
2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:   s/ May Abela

4

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)

5

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

6

Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org

7

adietrich@azdisabilitylaw.org

8

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

9

Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)

10

**ARIZONA CENTER FOR DISABILITY LAW**

11

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

12

Telephone:  (520) 327-9547
Email:

13

rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org

14

jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

15

*Attorneys for Arizona Center for Disability Law*

16
17
18
19
20
21
22
23
24
25
26
27
28

1

**CERTIFICATE OF SERVICE**

2
    I hereby certify that on September 13, 2016, I electronically transmitted the above

3
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4
Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8
Lucy.Rand@azag.gov

9
Daniel P. Struck
Kathleen L. Wieneke

10
Rachel Love
Timothy J. Bojanowski

11
Nicholas D. Acedo
Ashlee B. Fletcher

12
Anne M. Orcutt
Jacob B. Lee

13
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14
kwieneke@swlfirm.com
rlove@swlfirm.com

15
tbojanowski@swlfirm.com
nacedo@swlfirm.com

16
afletcher@swlfirm.com
aorcutt@swlfirm.com

17
jlee@swlfirm.com

18
*Attorneys for Defendants*

19
            s/ D. Freouf

20

21

22

23

24

25

26

27

28