1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
6  *Swartz, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez,*
7  *Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on*
8  *behalf of themselves and all others similarly*
   *situated*
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
14
   *Attorneys for Plaintiff Arizona Center for Disability*
15 *Law*

16 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **DECLARATION OF DAVID C. FATHI IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (PERFORMANCE MEASURES 47, 80, 81, AND 94) (DOC. 1663)** |

LEGAL132669230.1

1  I, David C. Fathi, declare:

2  1. I am an attorney admitted to this Court *pro hac vice,* and am co-lead counsel for the plaintiff class herein. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1**, pursuant to Federal Rule of Evidence 1006, is a true and correct PDF version of a Microsoft Word document compiling and summarizing the monthly data contained within Defendants' Compliance-Green-Amber-Red ("CGAR") reports for February 2015 through June 2016 for Performance Measures 47 (all complexes); 80 (Lewis and Tucson); and 94 (Eyman, Florence, and Tucson). This document was prepared and verified by staff of the ACLU National Prison Project and the Prison Law Office, and is Bates-stamped PLTF-PARSONS-036352-53.

3. Counsel for Defendants produce the CGAR reports to Plaintiffs' counsel on a monthly basis, pursuant to the requirements of the Stipulation. The reports are to be produced to Plaintiffs 45 days after the end of the monitored month. Therefore, the most current CGAR reports received by Plaintiffs are for the month of June 2016, and were produced by Counsel for Defendants on August 17, 2016.

4. Consistent with the requirements of Federal Rule of Evidence 1006, the underlying documents are in Defendants' possession, and will be produced in court if the Court so orders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 13th of September, 2016, in Washington, D.C.

        s/ David C. Fathi
        David C. Fathi

LEGAL132669230.1

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Jamelia Natasha Morgan (N.Y. 5351176)** |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@aclu.org |
| 6 | |           afettig@aclu.org |
| | |           jmorgan@aclu.org |
| 7 | | |
| | | *Admitted *pro hac vice*.  Not admitted |
| 8 | |   in DC; practice limited to federal |
| | |   courts. |
| 9 | | **Admitted *pro hac vice* |
| 10 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 11 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 12 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 13 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 14 | | Email:    dspecter@prisonlaw.com |
| | |           ahardy@prisonlaw.com |
| 15 | |           snorman@prisonlaw.com |
| | |           ckendrick@prisonlaw.com |
| 16 | | |
| 17 | | *Admitted *pro hac vice* |
| 18 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| | | John H. Gray (Bar No. 028107) |
| 19 | | **PERKINS COIE LLP** |
| | | 2901 N. Central Avenue, Suite 2000 |
| 20 | | Phoenix, Arizona 85012 |
| | | Telephone:  (602) 351-8000 |
| 21 | | Email:    dbarr@perkinscoie.com |
| | |           agerlicher@perkinscoie.com |
| 22 | |           jhgray@perkinscoie.com |
| 23 | | Kathleen E. Brody (Bar No. 026331) |
| | | Daniel Pochoda (Bar No. 021979) |
| 24 | | **ACLU FOUNDATION OF ARIZONA** |
| 25 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 26 | | Telephone:  (602) 650-1854 |
| | | Email:    kbrody@acluaz.org |
| 27 | |           dpochoda@acluaz.org |
| 28 | | |

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| | **EIDENBACH LAW, P.C.** |
| 2 | P. O. Box 91398 |
| | Tucson, Arizona 85752 |
| 3 | Telephone:  (520) 477-1475 |
| | Email:    kirstin@eidenbachlaw.com |
| 4 | |
| | Caroline Mitchell (Cal. 143124)* |
| 5 | Amir Q. Amiri (Cal. 271224)* |
| | **JONES DAY** |
| 6 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 7 | Telephone:  (415) 875-5712 |
| | Email:    cnmitchell@jonesday.com |
| 8 |         aamiri@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 11 | 717 Texas Street |
| | Houston, Texas 77002 |
| 12 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 13 | |
| | *Admitted *pro hac vice* |
| 14 | |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 15 | **JONES DAY** |
| | 222 East 41 Street |
| 16 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 17 | Email:    jkmessina@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Sonia Rodriguez; Christina* |
| 20 | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| | *Robert Gamez; Maryanne Chisholm;* |
| 21 | *Desiree Licci; Joseph Hefner; Joshua* |
| | *Polson; and Charlotte Wells, on behalf of* |
| 22 | *themselves and all others similarly situated* |
| 23 | Sarah Kader (Bar No. 027147) |
| | Asim Dietrich (Bar No. 027927) |
| 24 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 25 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 26 | Telephone:  (602) 274-6287 |
| | Email:    skader@azdisabilitylaw.org |
| 27 |         adietrich@azdisabilitylaw.org |
| 28 | |

| | |
|---|---|
| 1 | Rose A. Daly-Rooney (Bar No. 015690) |
| 2 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
|   | Maya Abela (Bar No. 027232) |
| 3 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 4 | 177 North Church Avenue, Suite 800 |
|   | Tucson, Arizona 85701 |
| 5 | Telephone: (520) 327-9547 |
|   | Email: |
| 6 |     rdalyrooney@azdisabilitylaw.org |
| 7 |         jrico@azdisabilitylaw.org |
|   |         jross@azdisabilitylaw.org |
|   |         mabela@azdisabilitylaw.org |

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL132669230.1

-5-