# EXHIBIT 1

**Performance Measure 47**

|  | Feb '15 | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | N/A | N/A | 25 | 0 | 0 | 0 | 17 | 67 | 67 | 80 | 80 | 0 | 57 | 57 | 42 | 67 | 66.67 |
| Eyman | N/A | N/A | 33 | 38 | 56 | 26 | 48 | 58 | 56 | 60 | 47 | 41 | 42 | 45 | 41 | 27 | 65 |
| Florence | 0 | N/A | N/A | 4 | 13 | 73 | 14 | 14 | 15 | 17 | 14 | 53 | 22 | 33 | 26 | 38 | 52.78 |
| Lewis | N/A | N/A | 0 | 25 | 0 | 0 | 0 | 0 | 13 | 36 | 15 | 43 | 25 | 47 | 52 | 53 | 50.85 |
| Perryville | N/A | 43 | 3 | 26 | 51 | 72 | 44 | 41 | 78 | 85 | 67 | 83 | 40 | 7 | 15 | 38 | 43.24 |
| Phoenix | N/A | N/A | 0 | N/A | N/A | 0 | 0 | 0 | 50 | 50 | 0 | N/A | 100 | 100 | 100 | 0 | 100 |
| Safford | N/A | N/A | N/A | 50 | 100 | 100 | 50 | 0 | 50 | 100 | N/A | N/A | N/A | N/A | N/A | 100 | N/A |
| Tucson | 11 | 27 | 20 | 0 | 18 | 17 | 3 | 8 | 48 | 4 | 17 | 27 | 27 | 18 | 33 | 21 | 15.22 |
| Winslow | N/A | 50 | 33 | 33 | N/A | 0 | 0 | N/A | 100 | N/A | N/A | N/A | N/A | 0 | 100 | 100 | 50 |
| Yuma | 0 | 31 | 54 | 17 | 40 | 21 | 33 | 37 | 42 | 52 | 46 | 74 | 27 | 42 | 47 | 35 | 50 |

**Performance Measure 80**

|  | Feb '15 | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 62 | 79 | 93 | 40 | 67 | 69 | 59 | 64 | 62 | 80 | 75 | 68 | 73 | 80 | 79 | 78.95 | 84 |
| Tucson | 81 | 87 | 93 | 70 | 53 | 64 | 66 | 69 | 68 | 66 | 64 | 63 | 66 | 62 | 67 | 75 | 75 |

**Performance Measure 94**

|  | Feb '15 | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan '16 | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 29 | 35 | 17 | 60 | 78 | 60 | 100 | 70 | 75 | 65 | 90 | 75 | 70 | 75 | 100 | 65 | 90 |
| Florence | 56 | 64 | 100 | 80 | 80 | 90 | 30 | 0 | 40 | 100 | 60 | 80 | 70 | 100 | 100 | 70 | 100 |
| Tucson | 100 | 60 | 100 | 50 | 100 | 50 | 50 | 70 | 60 | 80 | 60 | 60 | 20 | 80 | 90 | 70 | 30 |

132669814.1

PLTF-PARSONS-036353