Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**NOTICE OF ERRATA RE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (DKT. 1676)** |

Case 2:12-cv-00601-ROS Document 1682 Filed 09/14/16 Page 2 of 5

1    Defendants file this Notice of Errata regarding Defendants' Response to Plaintiffs'
2    Motion to Enforce the Stipulation (Dkt. 1676) to correct some errors in Defendants'
3    Response. Defendants' counsel relied upon inaccurate CGAR results and some
4    preliminary information for July 2016 regarding CGAR findings for Health Care
5    Performance Measure (HCPM) No. 94. As a result, some of Defendants' statements
6    regarding compliance with HCPM No. 94 are inaccurate and incomplete.

7    Accordingly, Defendants' Response to Plaintiffs' Motion to Enforce should be
8    revised as follows (*revisions are in italics*):

> Since January 2016, Eyman has been compliant every month, except *February 2016 (70%),* March 2016 (75%), and May 2016 (65%), and was 90% compliant in the last CGAR report in June 2016. Similarly, since January 2016, Florence has been compliant every month, except *February 2016 (70%)* and May 2016 (70%), and was 100% compliant in June 2016. Defendants expect this HCPM will continue to remain compliant at Eyman and Florence as a result of the changes made to tracking and scheduling systems and additional training for staff.

(Dkt. 1676 at 5, ll. 11-16.)

> … Further, it appears the implementations described above are effective, as Eyman achieved 90% in June, Florence achieved 100% in June, and Tucson achieved 100% in *May*.

(Dkt. 1676 at 6, ll. 5-7.)

17   Defendants' statement that the findings for HCPM No. 94 are "now above the 80%
18   compliance threshold" was based, in part, on preliminary information obtained from
19   monitors for July 2016 CGAR results. (*See* Dkt. 1676 at 7-8.) Because the July 2016
20   CGAR results for HCPM No. 94 have not been finalized or reported, it was premature for
21   Defendants to rely upon this preliminary information.

22   The CGAR findings are generally not in dispute, as these findings are based on
23   Defendants' own monitoring reports. The errors noted above were not intentional and
24   were not intended to mislead the Court. It should be no surprise to the Court that
25   Defendants are trying to highlight any improvements and successes, while Plaintiffs are
26   trying to highlight any setbacks and failures. Nevertheless, the numbers speak for
27   themselves. If Plaintiffs' counsel had notified Defendants' counsel of the inaccurate
28   numbers or statements, Defendants would have voluntarily agreed to amend their

1

pleading. Defendants remain committed to working with Plaintiffs' counsel under the terms of the Stipulation in an effort to maintain and improve the medical, dental, and mental health care provided to the inmates in their custody.

DATED this 14th day of September 2016.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck