CV-12 6

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____ 5.4 _____
(Rule Number/Section)

To: Director Charles Ryan                              8-24-16

From: LeRoy Montoya #238802

Re: D.O. 1101.13

    Inmate Access To Health Care

| FILED | LODGED |
| RECEIVED | COPY |

SEP 1 2 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KM            E DEPUTY

        Good morning. I have 3 serious medical issues
and i have done everything i can possibly imagine to
receive proper medical care & i have received "no
help! no response!" Nothing but b.s., excuses, and
lies! ADOC, staff, Administration & Corizon give me
absolutly no choice but to begin an "inmate hunger
strikes," per. D.O. 1101.13 et al.
        My 3 medical issues are:
        1. Surgery for my left eye (i.e. Pterygium).
        2. Proper medical care for broken right hand and/or
           wrist. And,
        3. Possibly Diabetes! I think...
        I will begin on September 29, 2016! If my 3
medical issues are properly address, Treatment, diagnose,
medication, etc, etc., are Treated & Taken serious, then
D.O. 1101.13 et al. will be moot!


CC: To:                                    Thank you
✓ Magistrate Judge David K. Duncan     Respectfully submitted
Ms. Corene Kendrick (Prison Law Office)
ACLU (Daniel Pochoda)
Daniel P. Struck (Attorney)
Doug Ducey (Governor)
Lucy Rand (Asst. Attorney General)

8-31-16

To: Magistrate Judge David K. Duncan

From: LeRoy Montoya #238802

Re: Parsons v. Ryan

No. CV 12-601-PHX-DKD

Good morning, my name is LeRoy Montoya and i am presently incarcerated in an Arizona state prison.

I was reading the transcripts for the Fairness Hearing (dated 2-18-15 @ 1:34pm). I have been trying to receive a copy from ADOC library for about 10 months and its one excuse after another. I have been unable to receive a copy of the transcripts for the Fairness Hearing. I wrote the Prison Law office and they sent it that very week.

Mr. Specter stated: "As far as the comments go, the Plaintiff class members submitted over 200 comments, as you well know. Even though its less than 1 percent of the 33,000 prisoners," etc. (i.e. page 10, lines 1-3). Then you, your Honor, quote: "The second point that is one that I would echo that was made by plaintiffs' counsel, and that is that the proportion of criticism is, although each of the opinions is important, the overall number against those for whom the notice was provided is low. It is 1 percent and so it would seem that it is not fair to say that there was an overriding outcry of protest." (i.e. page 36, lines 9-15). As a convict who has been incarcerated for approx. 3,470 days, let me explain "why, there is not an overriding outcry of protest?!"

①

1. In fear of retaliation (i.e. to get revenge) from ADOC, staff, c/o's, C.O.3's, C.O.4, ADW, DW, warden and Director Ryan.

2. No trust in the Justice System and/or ADOC.

3. Alot of convicts are not aware of Parsons v. Ryan lawsuit, and "do not" understand.

4. Alot of convicts are illiterate (i.e. having little or no education; unable to read or write; showing a lack of familiarity with the fundamentals of a particular field of knowledge). And

5. A huge percentage of convicts (i.e. approx. 50% or more) are youngsters in great health and/or do not have a very long sentence to serve in prison.

That being said your Honor, the 1% is a very small majority (i.e. a number greater than half of a total), however, that 1% of convicts are human beings (i.e. having human form or attributes), and we have the 23 DNA identifications, just like every other human being on this plant! This prison treats us convicts as if we are "anthropomorphism, please do not do that your Honor." This prison is antinomian when it comes to Health Care, Dental, Mental Health, etc.

This prison (i.e. ADOC), corizon, the Justice System, etc. are broken and i believe at our expense, nothing has changed much since this lawsuit started (march 22, 2012). more convicts will die, try and commit suicide and be much worse than before! However, i'm only in the 1% percent of the prison population and there was not "an overriding outcry of protest," so therefore i'm just **collateral** (i.e. associated but of secondary importance) **damage** (i.e. loss or harm due to injury to persons, property or reputation).

Enclose are some situations that have occurred upon me, please take the time to read ( Please don't thumb thru it )?!

I do appriciate your time.

Thank you

Respectfully submitted

③

Re: surgery for my left eye! (i.e. Pterygium)

I.G. # L29-277-014

|  | | |
|---|---|---|
| ✓ | 1. | HNR = 6-7-14 |
| ✓ | 2. | Response to my HNR (dated 6-7-16) "Refer to eyeline" = Recd. 8-5-14 |
| ✓ | 3. | HNR = 11-4-14 (Emergency) |
| ✓ | 4. | Response to my HNR (dated 11-4-14) "You are on list to be seen" = Recd. 11-10-14 |
| ✓ | 5. | Affidavit of LeRoy Montoya = 11-13-14 |
| ✓ | 6. | Hippocratic Oath |
| ✓ | 7. | Kite to FHA = 11-17-14 |
| ✓ | 8. | Informal to C.O.3 Watts = 11-17-14 |
| ✓ | 9. | Response from C.O.3 Watts = 12-11-10 (i think he meant 14) |
| ✓ | 10. | Inmate letter response from Brenda Rojas = 12-3-14 |
| ✓ | 11. | HNR = 12-19-14 |
| ✓ | 12. | Response to my HNR (dated 12-19-14) "you are still on the list" = 12-23-14 |
| ✓ | 13. | I.G. (# L29-277-14) to I.G. Coordinator = 12-10-14 |
| ✓ | 14. | Returned I.G. from E. Johnson, WA = 12-31-14 |
| ✓ | 15. | HNR = 1-7-15 |
| ✓ | 16. | Response to my HNR (dated 1-7-15) "will be scheduled" = 1-9-15 |
| ✓ | 17. | Kite to I.G. Coordinator = 1-12-15 |
| ✓ | 18. | Inmate letter response from Vanessa Headstream = 1-27-15 (Recd. 2-3-15) |
| ✓ | 19. | I.G. response from Brenda Rojas (dated 1-27-15) = Recd. 2-11-15 |
| ✓ | 20. | I.G. Appeal (# L29-277-14) to Warden = 2-13-15 |
| ✓ | 21. | HNR = 3-2-15 |
| ✓ | 22. | Medical Grievance Appeal from Director = 5-12-15 (Recd. 5-29-15) |
| ✓ | 23. | HNR = 5-30-15 |
| ✓ | 24. | Letter to Director Ryan = 5-30-15 |
| ✓ | 25. | HNR = 6-10-15 |
| ✓ | 26. | HNR = 9-12-15 |

| ✓ | 27. | Response to my HNR (dated 9-12-15) "you are scheduled" = 9-15-16 |
| ✓ | 28. | HNR = 10-15-15 |
| ✓ | 29. | HNR = 10-29-15 |
| ✓ | 30. | Response to my HNR (dated 10-29-15) "A consult has been written and is pending approval = 11-13-15 |
| ✓ | 31. | HNR = 11-15-15 |
| ✓ | 32. | HNR (Emergency) = 1-2-16 |
| ✓ | 33. | HNR = 1-7-16 |
|  | 34. | moved from Buckley unit (1-C-13) to Rast closed = 1-21-16 |
|  | 35. | moved from Rast closed to Stiener (SDU) = 1-22-16 |
|  | 36. | moved from Stiener (SDU) to Morey (mdu) = 1-23-16 |
|  | 37. | moved from Morey (mdu) back to Buckley unit (4-C-24) = 1-24-16 |
|  | 38. | c/o comes to my cell Re: eye appointment = 1-28-16 |
| ✓ | 39. | HNR = 1-28-16 |
| ✓ | 40. | my notes = 1-28-16 |
|  | 41. | moved from Buckley unit (4-C-24) to Rast closed again (iso. cell 2-D-26) = 1-29-16 |
|  | 42. | moved from Rast closed (iso. cell 2-D-26) back again to Buckley unit (4-C-7) = 2-2-16 |
| ✓ | 43. | HNR = 2-5-16 |
|  | 44. | went to see nurse mac = |
| ✓ | 45. | Response to my HNR (dated 2-5-16) = Recd. 2-11-16 |
| ✓ | 46. | Response to my HNR (dated 1-2-16) = Recd. 3-28-16 |
| ✓ | 47. | Response to my HNR (dated 1-7-16) = Recd. 3-28-16 |
|  | 48. | moved from Buckley unit (4-C-7) to Bauchman unit (BDU) = 4-19-16 |
|  | 49. | moved from Bauchman unit (BDU) to Morey unit (iso. cell 2-B-26) = 4-19-16 |
|  | 50. | moved from (iso. cell 2-B-26) to (iso. cell 3-D-27) = 4-21-16 |
|  | 51. | moved from Morey unit (iso. cell 3-D-27) to Rast max. (4Cb-11) = 4-22-16 |
| ✓ | 52. | HNR = 4-27-16 |
| ✓ | 53. | HNR = 5-5-16 |

✓ 54. Response To my HNR (dated 4-27-16) = Recd. 5-16-16
✓ 55. Response To my HNR (dated 5-5-16) = Recd. 5-24-16
✓ 56. HNR = 5-24-16
57. Moved from (4C6-11) To (4C4-16) = 6-3-16
58. moved from (4C4-16) To (4C6-13) TD = 6-6-16
✓ 59. Response To my HNR (dated 5-24-16) = Recd. 6-9-16
✓ 60. Kite To D. LaBar = 6-9-16
✓ 61. Response To my HNR (dated 6-9-16) = Recd. 6-15-16
62. spoke To nurse Re: left eye = 7-5-16
✓ Note: 63. my notes = 7-5-16
64. Response To my HNR (dated 6-26-16) = Recd. 7-5-16
✓ 65. kite To L. miner = 7-5-16
✓ 66. Kite To DR. Taylor = 7-10-16
✓ 67. Informal To C.O.3 Mova = 7-13-16
68. Moved from 4C6-13 To 3B5-12 = 7-20-16
69. moved from 3B5-12 back To 4C6-13 = 7-21-16
✓ 70. Inmate Informal complaint Response (dated 7-26-16) = Recd. 7-28-16
✓ 71. I.G. (#                    ) To Grievance Coordinator = 8-1-16
72. moved from 4C6-13 To 4C3-15 = 8-16-16
✓ 73. HNR - 8-17-16
✓ 74. Letter To Director Ryan Re: D.O. 1101.13 (inmate hunger strikes) = 8-24-16
✓ 75. Letter & attachment (53 pages) To: David K. Duncan magistrate Judge = 8-31-16

③

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Recd: 8-9-14

Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | Z 38802 | 6-7-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3-C-30 | SMU I | | Eyman SMU I |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below) **/AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. A few months ago I had my eyes checked because of my allergies, redness of my eyes. the nurse said that I needed to see the eye Doctor because of the redness of my eyes. I was told I would be put on the nurses line. I would like an update, please

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de recibir la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

Refer to eye line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Stortes LPN | 6-9-14 | |

**PLAN OF ACTION/PLAN DE ACCION**

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

Health Needs Request (HNR)?     Recid 11-10-14

Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Manzona, Leroy | 238802 | 11-4-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| #3 1-C-13 | Buckley | | Lewis, Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I have put in 3 request for the eye Doctor. The other morning i was to go to medical & i asked if it was for my eyes, they said no, its for blood. I said "i didn't need to get my blood drawn." I got maced twice last weekend (11-25-14) my left eye is blurry, still itchy, & very red & like a pross is forming. I need to see eye DR.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cargará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

THANK YOU

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

Staff Signature Stamp/Firma del empleado _____

| Date/Fecha | Time/Hora |
|---|---|
| PM 10.50 | |

**PLAN OF ACTION/PLAN DE ACCION**   You are on the list to be seen.

Staff Signature Stamp/Firma del empleado   R Carlson

| Date/Fecha | Time/Hora |
|---|---|
| 12/6/14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

SECTION/SECCION I
SECTION/SECCION II
SECTION/SECCION III
SECTION/SECCION IV

AFFidavit
of LeRoy Montoya

Date 11-13-14

Arizona State
County of Maricopa

Re: unprofessional conduct
by Doctor Malachinski
on November 13, 2014

RECEIVED
JAN 2015
Director's Office

"Indeed, no more than (affidavit)
is necessary to make the prima
facie case." United States v. Kis,
658 F. 2nd, 526, 536 (7th cir. 1981);
Cert denied, 50 U.S.L.W. 2169; S.Ct.
March 22, 1982.

That I, LeRoy Montoya, a living breathing man, being
first duly sworn, depose and say and declare by my signature
that the following facts are true to the best of my knowledge
and belief.

That I, LeRoy Montoya, rely on the Liberal Construction
Doctrine, i.e. "An interpretation that applies a writing in
light of the situation presented and that tends to effectuate
the spirit and purpose of the writing, regarding this affidavit."
That I, LeRoy Montoya, rely on the Liberal Interpretation
i.e. "An interpretation according to what the reader believes

①

1  the author reasonably intended, even if, through inadvert-
2  ence, the author failed to think of it, regarding this
3  affidavit."
4      That I, Leroy Montoya, rely on the Logical
5  Interpretation, i.e. "An interpretation that departs
6  from the literal words on the ground that there may be
7  other, more satisfactory evidence of the author's true
8  intention, regarding this affidavit."
9      1. I am the inmate (238802 DOC#) who had an eye
10 appointment with DR. Malachinski on Nov. 13, 2014.
11     2. My left eye is irrited, itchy, red and it has
12 been like that for approx. 9 months.
13     3. My left eye twitches and i see blurry out of
14 my left eye.
15     4. I also spoke to DR. Malachinski about my
16 allergies.
17     5. I asked DR. Malachinski why i am no longer
18 receiving my allergy pills? He stated, ① i do not need
19 them, ② they are costing the prison to much money
20 and ③ that i do not have allergies.
21     6. I explain to DR. Malachinski about my
22 left eye, the redness, the itchy, the blurriness, the
23 irritation, the twitch, my watery nose, my congestion
24 in the morning with my nose, my constant sneezing, my
25 face area not feeling right because of my allergies and
26 the redness of my left eye.
27
28                    ②

7. DR. Malachinski checked my eyes, ears, mouth, and nostrils and used the word "phenomenal" something to describe my left eye (i.e. i did not understand what he was saying).

8. DR. Malachinski said there was nothing wrong with my left eye. And that i had no allergies (i.e. I have been taking allergy pills for approx. 5 yrs. or more). And the little sty that is by my eye ball on my left eye, if it moves over my eyeball, then i would be eligible for an operation to remove it. The sty by my eyeball is a hair away.

9. I asked the Doctor if i could see an allergist (i.e. a specialist in allergies) to determine if i had allergies and DR. Malachinski said "absolutely not!

10. I requested a second opinion on his professional diagnosis on my left eye and my allergies and he stated "request denied" and "that he is the only Doctor at this complex (Lewis).

11. I pleaded with DR. Malachinski to help me on my allergies and the redness, etc. on my left eye, not just once, but 2 times. DR. Malachinski stated, i can't help you.

12. I told DR. Malachinski that if i wasn't in prison and i was a normal citizen on the streets and i walked into his Doctor's office and he looked at my left eye and told him about my allergies, that he would tell me ① I need surgery for my eye

③

immediately and ② that you would prescribe me something for
my allergies. DR. Malachinski said:

"Your Probably Correct, but Your in Prison now!"

13. I told the Doctor that he was not a Doctor or a
professional and that anyone who see's my left eye can tell
that there is something wrong with it.

14. DR. Malachinski said that i needed to leave, so i
left.

Conclusion:

This prison and DR. Malachinski has treated me as
if i were "anthropomorphism", which i am not. I am a human
being. DR. Malachinski has violated my United States
Constitutional rights as a human being. DR. Malachinski is
in violation of A.R.S. 32-3201 thru 32-3212 et al., chapter 32
(ie. Health Professionals). DR. Malachinski has committed
"unprofessional Conduct," "wrongful conduct," "malice", "ignorance",
"neglect," and "moral & ethic duties as a license Doctor who
took an oath! DR. Malachinski has also violated D.O. policy III
916 + 1101 and the lawsuit: "Victor Antonio Parsons, et al., vs. charles L. Ryan, et al.
(i.e. CV 12-0601-PHX). further, the inmate says nothing.

Respectfully submittal

CC: Prison Law office
    ACLU Foundation of Arizona
    Director charles Ryan
    Warden moody
    DR. Malachinski



# Hippocratic Oath, Modern Version

Hippocratic Oath (Modern version)

I swear to fulfill, to the best of my ability and judgment, this covenant:

I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.

I will apply, for the benefit of the sick, all measures which are required, avoiding those twin traps of overtreatment and therapeutic nihilism.

I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.

I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.

I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty. Above all, I must not play at God.

I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick.

I will prevent disease whenever I can, for prevention is preferable

to cure.

I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.

If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection thereafter. May I always act so as to preserve the finest traditions of my calling and may I long experience the joy of healing those who seek my help.

*Written in 1964 by Louis Lasagna, Academic Dean of the School of Medicine at Tufts University, and used in many medical schools today.*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis, Buckley | 11-17-14 |

| To: FHA | Location: Medical |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Good Morning. I went to go see the Doctor On 11-13-14. what was his name? I was told his name was DR. Mcnachinski, could you please let me know if that is the correct name & spelling?

Thank you
Respectfully submitted

44937

NOV 2014
Received
ASPC LEWIS
HEALTH UNIT

| Inmate Signature | Date 11-17-14 |
|---|---|

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint ~~Response~~ *Resolution*

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | ADC Number |
| --- | --- |
| Montoza, Leroy | 238802 |

| Institution/Unit |
| --- |
| Lewis, Buckley Unit |

| ~~From~~ TO: C.O.3 Watts | Location 1-C-13 |
| --- | --- |

Good Morning. I am informally Trying to
resone this problem? I had a Docrors visit with DR.
Mellachinski (i do nor know if this is the correct spelling),
on 11-13-14. My lefr eye is irratated, itchy, very red,
& blur vision from ir.

I spoke to The DR. & explained in detail
& request help to relieve the irratarion, itchy, redness &
blurry vision. He said all kinds of foolish things & said,
Thar there is nothing wrong & he can't help. I need proper
care (i.e. possibly an operarion) for my lefr eye

Thank you
Respectfully Submitted

| ~~Staff~~ Signature | Date 11-17-14 |
| --- | --- |

Distribution: Original – Inmate
Copy – Grievance Coordinator File

((e)

recieved  on  12-11-10
from I/m  called  med  no  response.

802-12(e)
12/19/12

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| Montoya, Leroy | **238802** |

| Institution/ Unit / Housing: |
|---|
| LEWIS/ BUCKLEY 1C 13LL |

| From: | Location / Unit: |
|---|---|
| **Brenda Rojas FHA** | ASPC-Lewis/Corizon |

This is a response to your 11/17/2014  Inmate Letter that was received by medical by on 11/20/2014:

Your medical file has been reviewed. Your concerns have been noted. According to your medical file, you were seen by your unit health care provider on 11/13/2014 for your chronic care check. You may request to review your medical file to review your medical notes from that appointment.

If you have any further issues/concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

If you have further medical concerns, please submit a Health Needs Request form.

| Staff Signature: | B Rojas FHA | Date: 12/3/14 |
|---|---|---|

Distribution:    Original - Inmate
Copy:  Institutional File Copy:  Grievance Coordinator          916-2PF

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| | | |
|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
| Montoya, LeRoy | 238802 | 12-19-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis, Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

> Good Morning, I would like to get my eyes checked for reading glasses?
>
> Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que al acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además, entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 12/22/14 | |

**PLAN OF ACTION/PLAN DE ACCION** You are still on the list to be seen.

2014 DEC 23 AM 12 23

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| A Tague | 12/23/14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

*Per. D.O. 802 "I did not get a timely response to my informal."*

Received By: *Watts*
Title: *CoIII*
Badge Number: *3984*   Date: *12-11-14*

*Note:* You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Montoya, Leroy | 238802 | 12-10-14 |

Institution/Facility:
Case Number: *C29-277-14*

To: *Inmate Grievance Coordinator*

**Description of Grievance** *(To be completed by the inmate)*

Good morning. My left eye is irrated, itchy, very red & blur vision. I spoke to DR. Mellachinski on 11-13-14 & explain my situation in detail. He said there is nothing wrong & can't help. It has been like that for approx. 10 months or longer. If you see my left eye, it is red & something is wrong with it.

Thank you
Respectfully submitted

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Kite, Tried to explain my problem with DR. Mellachinski on 11-13-14, no help whatsoever, informal on 11-17-14 (no response), spoke to C/O.3 Watts on 12-4-14 @ 2:25pm, he told me to give this grievance to him. I need proper care for my left eye. Thank you.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 12-10-14 | *[signature]* | 1/13/15 |

Action taken by ✱ answer was Given no resp from med

Documentation of Resolution or Attempts at Resolution.

*[stamp:]* JAN 2015 Received ASPC LEWIS HEALTH UNIT

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09



# RETURNED INMATE GRIEVANCE

| | |
|---|---|
| **INMATE NAME:** | **Montoya, Leroy** |
| **DOC: #** | **238802** |
| **INSTITUTION / UNIT:** | **LEWIS/ Buckley** |
| **FROM:** | **E. Johnson** |
| **LOCATION:** | **Health Services** |
| **DATE:** | **12/31/2014** |

This grievance is being returned as "unprocessed" for the following reasons:

☐ No Case Number.

☐ No back up information regarding resolution from inmate letters, etc.

☒ No Grievance Coordinator Signature and or Inmate Signature    (I did sign grievance!)

☐ Incorrect recipient. Issues directed to Charles Ryan not medical. Please forward to Charles Ryan _____

☐ This is not a medical issue.

☐ Duplicate: _____

**E. Johnson, NA**

_____
Grievance Coordinator
Health Services

cc: Institutional File
    Inmate

**Health Needs Request (HNR)**

*2nd Request*

1101-10ES
12/19/12

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/ |
|---|---|---|
| Monroya, Leroy | Z38802 | 1-7-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. my left eye is itchy, irratated & soar. I would like to see the Doctor Please.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| M. Odell LPN | 1-9-15 | |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Will be Scheduled

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| A. East LPN | 1-9-15 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

COPY

**ARIZONA DEPARTMENT OF CORRECTIONS**                                    1-C-13

**Inmate Letter**

Requests are limited to <u>one page</u> and <u>one issue</u> NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Montoya, Leroy | 238802 | ASPC - Lewis, Buckley | 1-12-15 |

| To: I.G. Coordinator | Location: 1-C-13 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I did 4 inmate grievances on 12-10-14, Regarding: 1. my allergy pills,
2. my left eye,
3. my 424 pages re-efiling, and
4. receiving my entire file on cd.

I spoke to c.o.3 Watts on 12-4-14 before doing my inmate grievances & he said to hand deliver all 4 of the grievances to him or to give to the inmate that helps him, which i did & i told c.o.3 Watts helper to make sure they get signed and i get the pink copy. He said "no problem." I never got the pink copy, or it signed. I have spoken to c.o.3 Watts on 1-??-15 & 1-8-15 & he said he sent them out.

I would like an update on all 4 of my inmate grievances.

Thank you
Respectfully Submitted

| Inmate Signature | Date 1-12-15 |
|---|---|

Have You Discussed This With Institution Staff? ☑ Yes  ☐ No

If yes, give the staff member's name:

916-1
5/13/10

# ARIZONA DEPARTMENT OF CORRECTIONS

# Inmate Letter Response

*Recd. 2-3-15*

*Recd, 2-3-15*



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-15-0013 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L BUCKLEY PC | 1/13/2015 |

This is a response to your November 13, 2014 correspondence. Your correspondence was received by Director Ryan's office on January 13, 2015. Director Ryan has referred your correspondence to me for review and response.

Your main area of concern according to your letter is in regard to issues with your left eye. In your letter, you state that your left eye is irritated and red, you have had this issue for approximately nine months.

In reviewing your complaint, Ms. Patricia Kolasinski, Registered Nurse, Corizon provided the following information.  You were seen by Dr. Malachinski on January 15, 2015 and you requested surgery to remove a sty.  Per Dr. Malachinski you have been diagnosed with pterygium and will not require surgery.  Dr. Malachinski has recommended you see an optometrist for the chronic redness and the management of the pterygium.  You will be seen by the optometrist soon.

The issue brought forth will be most effectively and appropriately reviewed at your local level, and has been forwarded to your Corizon Site Manager for response and action as deemed necessary.  In the event you wish to pursue this matter further, you may proceed through the Inmate Grievance process in accordance with ADC policy.

In accordance with Department Order 916.03, inmates who have questions or problems requiring written responses from Department staff shall use the Inmate Letter, Form 916-2PF.  The Inmate Letter shall be used for all staff/inmate correspondence other than grievances and disciplinary appeals.  No other written forms shall be accepted in place of the Inmate Letter.  The Inmate Letter may be obtained from the inmate's counselor or other staff member designated by the Warden, Deputy Warden or Administrator.

CLR87366784

**Vanessa Headstream, Program Evaluation Administrator, Health Services Contract Monitoring Bureau**

01/27/15
Date

**cc: Complex Site Manager, LEWIS**

**c.o. Master File**

Tuesday, January 27, 2015

Page 1 of 1

Recd.
2-11-15

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 238802 |
|---|---|
| Montoya, L | Grievance Number:<br><br>L29-277-14 |

| Institution/ Unit / Housing: |
|---|
| LEWIS / BUCKLEY |

| From: | Location / Unit: |
|---|---|
| Brenda Rojas FHA | ASPC-Lewis/Corizon |

This is in response to your  12/10/14 Inmate Grievance that was received by health services on 01/14/2015:

You were seen by your unit health care provider on 1/15/15 and at this time you were referred to see the optometrist, you have been schedule. The optometrist will examine and determine if any treatment is necessary to treat the redness in your eyes.

If you have any further concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

| Staff Signature: Brenda Rojas | Date: 01/27/2015 |
|---|---|
| Corizon Health Service Administrator | |

Copy:  Institutional File          Copy:  Grievance Coordinator                 916-2PF

**Inmate Grievance Appeal**

A.D.C.

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: _Munriqurc_
Title: _co 1/2_
Badge #: _2158_
Date: _2-13-15_

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Montoya, LeRoy | 238802 | 2-13-15 |

| Institution | Case Number |
|---|---|
| Lewis, Buckley | L29-277-14 |

TO: _Warden_          16 documents Attached To grievance

I am appealing the decision of _Brenda Rojas_ _____ for the following reasons:

Good morning. I do not agree with Mrs. Rojas' grievance
response, dated 1-22-15 (Recd. 2-11-15). Are you reading my
supporting documents? Please read them carefully & you should
understand my medical inmate grievance.

                                    Thank you
                                    Respectfully submitted

| Inmate's Signature | Date 2-13-15 | Grievance Coordinator's Signature | Date 2/17/15 |
|---|---|---|---|

Response To Inmate By:                    Location

RECEIVED
FEB 27 2015
HEALTH SERVICES

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 3-2-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION II/SECCION II**

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☒ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good Morning. I saw the eye doctor on 1-27-15 & he scheduled me for an eye surgery in 30 days. I would like an update on my eye surgery?

Thank you

Respectfully submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $____ por la cita que aquí estoy pidiendo. *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION IV/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivición política de este estado.]

1101-10ES

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>MONTOYA, LEROY</u>      ADC No.: <u>238802</u>      Case No.: <u>L29-277-014</u>

Institution: <u>ASPC-LEWIS/BUCKLEY</u>      Date Received: <u>February 27, 2015</u>

I have reviewed your Grievance Appeal in which you allege "unprofessional conduct by Dr. Malachinski "for failing to provide: 1) medications for your left eye irritation, itchiness and redness; and 2) surgery for your left eye.

Your Grievance Appeal has been investigated including a review of your medical records along with your previous grievance appeals.  Based on our findings, your appeal is denied. The reasons for this decision are:

1. Similar issues were previously addressed through the Department's response to Grievance Appeal Case No. L29-276-014.  Our investigation showed no evidence to substantiate your allegations against Dr. Malachinski. In the future, please refrain from repeatedly appealing issues that have been previously addressed as this creates an administrative burden and is an abuse of the grievance appeal process. The Director's decision is final and constitutes an exhaustion of all remedies within the Department.

   Per the Department's physician (Dr. D. Robertson), surgery for your left eye pterygium is not medically necessary at this time.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

By _____      _____5/12/15_____
Charles L. Ryan, Director                                    Date

cc:   Facility Health Administrator, ASPC-Lewis
      C.O. Inmate File

TO: DR.
D. Robertson

Date: ____
Time: ____
Initials: ____

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

| | |
|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): **Montoya, Leroy** | ADC Number/Número de ADC: **238802** | Date/Fecha: **5-30-15** |

Cell/Bed Number/Celda/Número de Cama: **1-C-13** | Unit/Unidad: **Buckley** | P.O. Box/Apartado Postal: | Institution/Facility/Instalación: ASPC **Lewis-Buckley**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) ____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I received a medical Grievance response from Director Ryan & he said: "Per the Dept's physician (DR. D. Robertson), surgery for your left eye pterygium is not medically necessary at this time." dated 5-12-15. You have never examined my left eye. I would like to request that you exam my left eye. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) ____
Comments/Comentarios ____

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

To: Director Ryan                                    5-30-15
From: LeRoy Monroga
Re: Inmate Grievance #L29-277-014


        Good morning. I received the medical
Grievance appeal response (dated 5-12-15) last
nite (5-29-15). Thank you.
        I do not agree with your response in rega-
rds to my issue, of course you will deny my
appeal and say "our investigation showed no
evidence to substantiate your allegations against
Dr. Malachinski." that is hilarious. If you would
see my left eye, you wouldn't be responding with
ridiculous and puerile statements. If you read &
understood my Affidavit (dated 11-13-14) and properly
investigated my single issue, you would agree
on my claim of "unprofessional conduct by Doctor
Malachinski." My left eye is still red, itchy,
watery and it is not getting any better. It is
now getting worse (i.e. vision is blurry). I am
requesting eye surgery for my left eye, please.
        Per D.O. Policy states: "Request are limited
to one page and one issue." You stated in your
response "similar issues were previously addressed in
Grievance Appeal Case no. L29-276-014." Mr. Ryan, The
issues are 2 different issues (i.e. left eye surgery
and 2nd. issues is regarding my allergies).

                        ①

the only thing similar is Doctor Malachinski
denying my left eye surgery and denying me
allergy pills.

I have never met DR. D. Robertson & how
can he deny "surgery for my left eye pterygium
and state "not medically necessary at this time".
DR. D. Robertson has never seen the redness of
my left eye. Once again, if you would properly
investigate my single issue, you would under-
stand. I do not know if you are stupid or
that you just like playing games at my expense.


                              Thank you
                    Respectfully submitted

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Muntaya, Leroy | | 238802 | 6-10-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de su cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☒ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I would like to speak to FHA regarding my left eye. I did an inmate grievance (ie. L29-277-014) and Director Ryan said DR. O. Robertson, denied my eye surgery. I want to know why?

Thank you, Respectfully Submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: ___
Time: ___
Initials: ___

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 9-12-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

**SECTION I / SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]*

**SECTION II / SECCION II**

AREA OF INTEREST *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good Morning. I would like to get my eye's checked for reading glasses & walking glasses.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $____ por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero ___

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III / SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| a. Tague | 9/15/15 | 6W |

**SECTION IV / SECCION IV**

PLAN OF ACTION/PLAN DE ACCION    Non ave scheduled -

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| a. Tague | 9/15/15 | 1200 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**Health Needs Request (HNR)**

TO: Doctor
D. Robertson

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 10-15-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica   Dental [X] FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I wrote you on 5-30-15 & i was told i was on the nurse's line & to be patient. well its been approx. 5 months & 15 days & i believe i have been patient. Since you denied my eye surgery, without an eye exam, i am requesting that only you give me an eye exam (i.e. left eye). thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $____ por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

## ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Time: 0740
Initials: OYD

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoto, Leroy | 238802 | 10-29-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. Approx. to months ago, the eye DR. Told me he was setting up "eye surgery" for my left eye. I would like an update on when i will be going for my eye surgery?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

f/u with optometrist

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| a. Tague | 11/3/15 | 0730 |

**PLAN OF ACTION/PLAN DE ACCION** A consult has been written and is pending approval.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| a. Tague | 11/3/15 | 0830 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 11-15-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* DR. D. Roberson
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES [¡POR FAVOR ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I would like to speak to
Dr. D. Roberson about my "left eye pterygium".

Thank you
Respectfully submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo, *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Time: _____
Initials: _____

**SECTION I / SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mansura, Leroy | 238802 | 1-2-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]]

**SECTION II / SECCION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I have been waiting for eye surgery for over 1 year now, my left eye is red, itchy, blurry, watery and i am now getting headaches. This is not funny anymore. I am requesting TO see the "EYE DR.!!"

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III / SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION IV / SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Time: _____
Initials: _____

| | | |
|---|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)<br>Hinsuya, LeRoy | ADC Number/Número de ADC<br>238802 | Date/Fecha<br>1-7-16 |
| Cell/Bed Number/Celda/Número de Cama<br>1-C-13 | Unit/Unidad<br>Buckley | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC<br>Lewis-Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)].

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (específique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning; I sent an HNR on 10-20-15 re: my eye surgery. You responded on 11-3-15 stating "A consult has been written and is pending approval". I would like an update?

Thank you

Respectfully Submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (específique)
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEP...

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| | |
|---|---|
| Inmate Name/Nombre *(Last, First, M.I.)* *(Apellido, Nombre, Inicial)* | Montoya, Cruz |
| ADC Number/Número de ADC | |
| Date/Fecha | 1-28-16 |
| Cell/Bed Number/Celda/Número de Cama | 4-A-24 |
| Unit/Unidad | Buckley |
| P.O. Box/Apartado Postal | |
| Institution/Facility/Instalación: ASPC | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige: diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ✔ Medical/Médica    Dental    FHA
Pharmacy/Farmacia    Mental Health/Salud Mental    Eyes/Ojos    Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I did not refuse my DR apt.
the C/o told me I could not wear my shoes, beanie
& sweat shirt (its cold over there). He said I refused,
I told him "no, I did not!"

thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrara una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP-BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    Medical/Médica    Dental    Pharmacy/Farmacia    FHA
Mental Health/Salud Mental    Eyes/Ojos    Other/Otros *(specify)* (especifique)
Comments/Comentarios

| | | |
|---|---|---|
| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

**PLAN OF ACTION/PLAN DE ACCION**

| | | |
|---|---|---|
| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

My notes:                                          1-28-16

1) C/o comes to my cell (4-C-24) @ around 3:35am & tells me
to get ready for Dr's appointment. He said he will be
back in 20 minutes.

2) C/o comes back & then tells me i cannot wear my
tennie shoes, beanie & sweat shirt. I told him it is
cold out there. He asked me if i'm refusing? I
told him no, i'm not refusing. C/o then shut my
door & left.

3) C/o comes back 20 minutes later & asked if i'm
going? I said yes. He told me again, i cannot
wear my shoes, beanie & sweat shirt. I told him
"i don't know what to tell you." C/o left again.

4) C/o comes back & said that "i'm on report for
refusing" I told him "i'm not refusing, let's go."
C/o left again.

5) I never went to my Doctors appointment. I
sent an HNR to medical.

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

| | | Time: |
|---|---|---|
| | | Initials: |

<table>
<tr><td rowspan="3" style="writing-mode: vertical-rl">SECTION/SECCION I</td><td colspan="2">Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)</td><td>ADC Number/Número de ADC</td><td>Date/Fecha</td></tr>
<tr><td colspan="2">Monroya, Leroy</td><td>238802</td><td>2-5-16</td></tr>
<tr><td>Cell/Bed Number/Celda/Número de Cama   4-C-7</td><td>Unit/Unidad   Buckley</td><td>P.O. Box/Apartado Postal</td><td>Institution/Facility/Instalación: ASPC   Lewis</td></tr>
</table>

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST (Check only one block below) / AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

> Good morning. I would like to know when I will get my eye surgery?
>
> Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de salud por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☑ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha   2/6/16 | Time/Hora |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha   2/6/16 | Time/Hora   9am |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo, Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10BS

## ARIZONA DEP[...]

### Health Needs Request (HNR)

Rec'd 3-28-16

| Date: 1/4/16 |
| Time: 0130 |
| Initials: NI |

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| Mansur, LeRoy | 238202 | 1-2-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 1-C-13 | Buckley | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time) [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez).]

SECTION/SECCION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)    Medical/Médica ☐    Dental ☐    FHA ☐
Pharmacy/Farmacia ☐    Mental Health/Salud Mental ☐    Eyes/Ojos ☒    Other (specify)/Otros (especifique) ____
PLEASE PRINT! Describe your medical/dental treatment issue/need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I have been waiting for eye surgery for over 1 year now. My left eye is red, itchy, blurry, watery and i am now getting headaches. This is not funny, anymore. I am requesting to see the "EYE DR!!"

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de salud por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por (a)ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    Medical/Médica ☐    Dental ☐    Pharmacy/Farmacia ☐    FHA ☐
Mental Health/Salud Mental ☐    Eyes/Ojos ☒    Other/Otros (specify) (especifique) ____
Comments/Comentarios ____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| RB | 1/11/16 | 1500 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**    You are scheduled -

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| RB | 1/11/16 | 1500 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

3-28-16

Date:
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Numero de ADC | Date/Fecha |
|---|---|---|
| Morton Leroy | 238802 | 1-7-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis - Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. (Use this form to describe only one problem or issue at one time) [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*     Medical/Médica ☐   Dental ☐   FHA ☐
Pharmacy/Farmacia ☐     Mental Health/Salud Mental ☐     Eyes/Ojos ☒     Other *(specify)*/Otros *(especifique)* ☐

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

"Good Morning, I sent an HNR on 10-20-15 Re:
My eye surgery. You responded on 11-3-15 stating
'A answer has been written out is posting approval'
I would like an update?

            Thank you
            Respectfully submitted"

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: *[signature]*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐   Dental ☐   Pharmacy/Farmacia ☐   FHA ☐
Mental Health/Salud Mental ☐     Eyes/Ojos ☒     Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| RB | 1/11/16 | 1500 |

**PLAN OF ACTION/PLAN DE ACCION** *[scribbled out text]*

Nen are scheduled

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| RB | 1/11/16 | 150 |

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur. - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

Health Needs Request (HNR)

SCANNED

Date: _____
2016 APR 28  AM 7 15
Initials: _AG_

Recd. 5-16-16

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| MONTOYA, LEROY | 2-388D2 | 4-27-16 |

| CELL/BED NUMBER/CELDA / NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4 C 6 -11 | Rast max. | | Lewis, Rast max. |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podrá retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]]

## SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

Good morning, I would like to get my eyes exam for reading glasses & regular glasses?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN | Scheduled on NL— |
|---|---|

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| NNG Gonzales LPN | 4/28/16 | 4 pm |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

SCANNED

Time: 2016 MAY 8 AM 6 58
Date:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 5-5-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 456-11 | Rast max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I am suppose to get eye surgery on my left eye. I would like to know the progress (ie. update)?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $____ por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| N. Gonzales LPN | | |

PLAN OF ACTION/PLAN DE ACCION You were scheduled on January 28, 2016 at which time you refused to come out of your cell when the officers came to pick you up. Please submit an HNR to be seen by your HCP to restart the consult process.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| D. LeBar LPN | 05/10/16 | 1344 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial ni lo compromete a este estado ni una subdivisión política de este estado.]

**Health Needs Request (HNR)**

SCANNED

Recd. 6-9-16

'16 MAY 26 AM 6:52
Initials:

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Munroga, LeRoy | 238802 | 5-24-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C611 | Rast May | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☐ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

I received your response about my eye surgery. I believe it was in Feb. 2016 i saw DR. malachinski at Buckley unit + we did start the consulting process again. He made notes in the computer + he said it would take a few months. Please double check his notes. or talk with nurse Mac at Buckley unit. Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDIGA   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☒ Other (specify)/Otros (especifique)   CC

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | '16 MAY 26 AM 7:25 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION   You refused your eye surgery on 09/30/15.
Please submit an HNR to be seen to discuss your concerns

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| D. LaBar LPN | 05/26/16 | 0825 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10E3
12/19/12

SECTION 4, HNR



ATTACHMENTS PERMITTED. Please print all

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-Rast max. | 6-9-16 |

| To | Location |
|---|---|
| D. LaBar LPN | Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I sent an HNR on 5-5-16 & received a response on 5-24-16. thank you. My HNR is about my left eye & surgery. You respone that "I was scheduled on 1-28-16 & that i refused?" I did not refuse my appt. I will re-submit another HNR to restart the process again. this has been going on since June 2014. why is it taking so long?

I also sent another HNR on 5-24-16 & You responeded "you refused your eye surgery on 9-30-15 P" once again, i have no idea what you are talking about! I have been submitting HNR's. Please, check my file & get your facts straight!

thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 6-9-16 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No

If yes, give the staff member's name:

Distribution:  Original – Master File
　　　　　　　Copy - Inmate

916-1(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

RECEIVED
6-15-16

Date
Time: '18 JUN 10 AM 7:40
Initials: A

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, LeRoy | 238802 | 6-9-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C6-13 | Rast map | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (*Use este formulario para describir un problema a la vez!*)]

### SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental | ☒ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other *(specify)*/*Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I would like to discuss my concerns regarding my eye surgery?

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/*Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | | '16 JUN 10 AM 7:40 |

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

*You are Schedule for an appointment*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| N. Gonzales LPN | 6/10/16 | 11 Am |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

My notes:                                                    7-5-16

1) Went to see the nurse for my left eye.

2) The nurse said my eye is "looking bad." She said
   i had refused my doctor appointment. I explained
   to her what had happen.

3) The nurse said she needs to talk with DR.
   Taylor & re-start the process.

4) I asked her "why is it taking so long?" she did
   not have an answer.

5) The nurse said it will take about 5 days.

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Recd. 7-5-16

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 6-26-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| YC6-13 | Rast max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCIÓN II

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Good morning. I would like an update on when i will see some one for my eye surgery? It has been 6 months & i am still waiting.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*[signature]*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| L. Miner, LPN *[signature]* | | '16 JUN 27 AM 8:12 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION | | |
|---|---|---|

I/M refused to go to appointment. Must restart process if care wanted.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| L. Miner, LPN *[signature]* | | '16 JUN 27 PM 12:03 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, LeRoy | | Lewis, Rast Max. | 7-5-16 |

**To** L. Miner LPN          **Location**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good Morning, I sent an HNR on 6-26-16 &
you responded " you refused to go to appointment must
restart process." I did not refuse. I have sent
HNR's, kires + i have spoken to the nurse and
i have explain what happen

Once again. Lets restart the process
please!

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 7-5-16 |

Have You Discussed This With Institution Staff? ☒ Yes   ☐ No

If yes, give the staff member's name:

Distribution:   Original - Master File
Copy - Inmate

916-1(e)
5/14/12

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Montoya, LeRoy | 238802 | ASPC Lewis / Rast | 7-10-16 |

| To: | Location |
|---|---|
| DR. Taylor | Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. It has been approx. 2 yrs. & i have been requesting eye surgery for my left eye. my left eye has gotten worst. It is red, blurry vision, watery & itchy. I need to speak to you now.

Thank you

| Inmate Signature | Date |
|---|---|
| *(signature)* | 7-10-16 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No

If yes, give the staff member's name:

916-1
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Medical*

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-Rast Max. | 7-13-16 |

| TO C.O.3 Mova | LOCATION Rast Max  4Cb-13 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I am informally Trying to resolve this problem? I have been trying to see the eye dr. for my left eye, I was told i needed surgery (i.e. Pterygium). I have put in kites & HNR's & i either receive no help or no response. My left eye is red, itchy, blurry, i'm getting headaches, etc.
I need to see the eye Doctor.

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) 7-13-16 |
|---|---|

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name:

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**       Recd. 7-28-16

| | |
|---|---|
| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MONTOYA | 238802 |
| **Institution/Unit** | |
| ASPC LEWIS / RAST MAX | |

| From | Location |
|---|---|
| COIII MOUA / 4C CLUSTER | 4C8-13 |

PROVIDING A RESPONSE TO THE INMATE WITHIN 15 WORK DAYS, EXCLUDING HOLIDAYS, USING THE INMATE INFORMAL COMPLAINT RESPONSE:

This is in response to your Inmate Informal Complaint Resolution dated   7/13/16
PER -  SEEING THE EYE DOCTOR

RESPONSE FROM MEDICAL AS FOLLOWS - A CONSULT HAS BEEN SUBMITTED FOR THE "OPTO". IF APPROVED, YOU WILL BE SCHEDULED.

If you are not satisfied with this response you may proceed with a Formal Grievance at this time. End of response.

| Staff Signature | Date |
|---|---|
| COIII Mel 989 | 7/26/16 |

Distribution:   Original - Inmate
Copy - Grievance Coordinator File

802-12(e)
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

*medical*

| RECEIVED BY | Bloobor 8011 |
|---|---|
| **TITLE** | COII |
| **BADGE NUMBER** 8011 | **DATE** (mm/dd/yyyy) 8/1/2016 |

Note! You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-1-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Lewis- Rast Max. | |

**TO: GRIEVANCE COORDINATOR** < 3 documents attached to this appeal >

**Description of Grievance** (To be completed by the Inmate)

Good Morning. I have been trying to see the eye Doctor for my left eye (ie. Pterygium) for surgery. It has been since 6-7-14. I get one excuse after another. I am requesting to see the consulton for the "opto" for approval.

thank you

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

HNR's on 1-2-16, 1-7-16, 1-28-16, 2-5-16, 4-27-16, 5-8-16, 5-24-16 & kites to D. LaBar 6-9-16, kite to L. miner 7-5-16 & kite to DR. Taylor 7-10-16. I get either no response or no help. Informal to C.O. 3 mova on 7-13-16 no help. I want my eye Surgery. thank you

| Inmate's Signature | Date 8-1-16 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

**Action taken by, Documentation of Resolution or Attempts at Resolution:**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*Eye DR.*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, LeRoy | Z 38802 | 8-17-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C3-15 | Rast max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other (specify)/Otros (especifíque)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

*Good morning. I would like to know an update on when i will see a Doctor for my left eye (i.e. surgery for pterygium)? It's been over 2 yrs. since i have been requesting, & i have seen Dr. malachinski, nurses, Lvn's a nothing happens! what is going on. I have blurry vision now.*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO         *Thank you*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifíque) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR