Leroy M------ #------
ASPC Lewi
P.O. Box 3600
Buckeye, AZ. 85326

LEGAL MAIL

RECEIVED
SEP 09 2016
DAVID K. DUNCAN

District Court of Arizona
United States Courthouse
ATTN: Magistrate Judge David K. Duncan
401 W. Washington ST.
Phoenix, AZ. 85003-2118