To: Magistrate Judge David K. Duncan

8-19-16

Health Services Contract Monitoring

From: LeRoy Montoya #238802

Re: My Health issue!

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 12 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KGM           E DEPUTY

Good morning. Around the beginning of the second week of August, i started feeling dizzy, weak, dis-orientated, nauseated stomach, sluggish, lazy, feel like throwing up, hot and cold and just not feeling myself. I began to get very concern because my dad had diabetes and eventually died on 11-26-13.

I sent my 1st. (Emergency) HNR request to see a Doctor on 8-17-16, (no response). Then i spoke to a female nurse about my (Emergency) HNR & that i need to talk with a Doctor and asked her "how long." she laughed & said, "i don't know, it depends on the severity of your need," that was on 8-17-16 @ 2:43 pm. I then sent my 2nd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 4:37 am, (no response). Then i spoke to a male nurse about my (Emergency) HNR. I asked him, "what is going on, i need to see a Doctor!" He said, "ok and walked off," that was on 8-18-16 @ approx 8:32 am. I then sent my 3rd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 12pm, (no response). Then i spoke to a male nurse once again about my (Emergency) HNR. I asked him, "why is it taken so long & what is going on, i need help!" He stated: "I'm not being in anyway disrespectful but it has been busy today." And then he

(1)

stated "someone tried to hang themselves today!" I told him, "how does that concern me?" He then walked off. I then proceeded with an inmate informal Complaint Resolution (i.e. medical Emergency) to C.O.3 Moua (i.e. Rast max.) on 8-18-16. I am waiting for a response. I then sent my 4th. (Emergency) HNR request to see a Doctor on 8-19-16 @ 4:17 am, (no response). Then i spoke to a male nurse about my 5th. (Emergency) HNR. The dialogue was the same (i.e. Take my name, ADOC # & check on the status).

  I believe ADOC, staff, Administration and medical (i.e. Corizon Health Corporate office), lack thereof, my serious medical concerns, and my health issue, has proven not only failures by ADOC, staff, Administration, & Corizon - are in violation of the Parsons v. Ryan stipulation. I.E., Quality Improvement #26. Access to Care #36, #37, #40, #41. Diagnostic Services #45, #46, #47. And, Pursuant to Performance Measure #50 and #52.

  ADOC, staff, Administration & Corizon treats me as if i am anthropomorphism, which i am not! I may not be "the sharpest tool in the shed?" However, i am not stupid, ignorant, or an idiot! I am not asking to be released or for a cell phone, etc. I am requesting to see a Doctor for my medical concerns. I know my body and there is something serious wrong with me. I know how ADOC is when it comes to medical issues, Mental Health issues, Dental issues, medical diets, Chronic Care, Access to Care, Diagnostic services,

②

specialty care, medication, suicide prevention, addiction issues and staff communication, it is absolutly reckless, ridiculous, puerile and a **JOKE!**

    ADOC, staff, Administration and Corizon are antinomian and harangue in there responses, lack of, communication, compassion and empathy to us convicts. I am still a man in the united states of America and still have constitional, state & federal rights!

    I am in fear of being diagnose for "diaberes" in Arizona State Prison, because i know i will die in here for the lack of medical treatment i would not receive. And, to be honest – "**I would rather die**," than go thru the absolute drama ADOC, staff, Administration and Corizon would put me thru. I have seen & heard some of the most horrible & terrifing stories of all health & mental issues that convicts go thru with ADOC, staff, Administration & Corizon. (Note: "i am not suicidal, so don't get my words twisted!).

    I need to see a Doctor for my concern's. I need help!

                                  thank you
                              Respectfully submitted

CC: TO:

Julia Barnett (Director of Health)
DR. Ibrahim (Corp. Director of Health for Az. Corizon)
Brad Keogh (ADOC General Counsel)
Asst. Director Richard Pratt (Health Service Contract Monitoring)
Corizon Health Corporate office
Warden Moody (Lewis complex)
Director Charles Ryan
Kataushia Thomas (Health Service Administrator)
Vanessa Headstream (Program Evaluation Administrator)
ACLU (Daniel Pochoda)
Corene Kendrick (Prison Law office)
✓ Magistrate Judge David K. Duncan
Corizon - Arizona
Assistant Attorney General (Ms. Lucy Rand)
Assistant Attorney General (Mark Brachtl)
Doug Ducey (Governor)
Daniel P. Struck (Attorney)
Tammy Taylor (Nurse Provider for Rast Max.)

To: Director Charles Ryan                                8-24-16
From: LeRoy Montoya #238802
Re: D.O. 1101.13
    *Inmate Access To Health Care*

    Good morning. I have 3 serious medical issues and i have done everything i can possibly imagine to receive proper medical care & i have received "no help! no response!" Nothing but b.s., excuses, and lies! ADOC, staff, Administration & Corizon give me absolutly no choice but to begin an "inmate hunger strikes," per. D.O. 1101.13 et al.

    My 3 medical issues are:
1. Surgery for my left eye (i.e. Pterygium).
2. Proper medical care for broken right hand and/or wrist, and,
3. Possibly Diabetes! I think...

    I will begin on September 29, 2016! If my 3 medical issues are properly address, treatment, diagnose, medication, etc., etc., are treated & taken serious, then D.O. 1101.13 et al. will be moot!

CC: TO:                                                  Thank you
✓ Magistrate Judge David K. Duncan      Respectfully Submitted
Ms. Corene Kendrick (Prison Law Office)
ACLU (Daniel Pochoda)
Daniel P. Struck (Attorney)
Doug Ducey (Governor)
Lucy Rand (Asst. Attorney General)

8-31-16

To: Magistrate Judge David K. Duncan
From: LeRoy Montoya #238802
Re: Parsons V. Ryan
   No. CV 12-601-PHX-DKD

Good morning. My name is LeRoy Montoya and i am presently incarcerated in an Arizona state prison.

I was reading the transcripts for the Fairness Hearing (dated 2-18-15 @ 1:34pm). I have been trying to receive a copy from ADOC library for about 10 months and its one excuse after another. I have been unable to receive a copy of the transcripts for the Fairness Hearing. I wrote the Prison Law office and they sent it that very week.

Mr. Specter stated: "As far as the comments go, the Plaintiff class members submitted over 200 comments, as you well know. Even though it's less than 1 percent of the 33,000 prisoners," etc. (i.e. page 10, lines 1-3). Then you your Honor, quote: "The second point that is one that I would echo that was made by plaintiffs' counsel, and that is that the proportion of criticism is, although each of the opinions is important, the overall number against those for whom the notice was provided is low. It is 1 percent and so it would seem that it is not fair to say that there was an overriding outcry of protest." (i.e. page 36, lines 9-15). As a convict who has been incarcerated for approx. 3,470 days, let me explain "why, there is not an overriding outcry of protest?!"

(1)

1. In fear of retaliation (i.e. to get revenge) from ADOC, staff, C/O's, CO.3's, C.O.4, AOW, DW, Warden and Director Ryan.

2. No trust in the Justice system and/or ADOC.

3. Alot of convicts are not aware of Parsons v. Ryan lawsuit, and "do not" understand.

4. Alot of convicts are illiterate (i.e. having little or no education; unable to read or write; showing a lack of familiarity with the fundamentals of a particular field of knowledge). And

5. A huge percentage of convicts (i.e. approx. 50% or more) are youngsters in great health and/or do not have a very long sentence to serve in prison.

That being said your Honor, the 1% is a very small majority (i.e. a number greater than half of a total), however, that 1% of convicts are human beings (i.e. having human form or attributes), and we have the 23 DNA identifications, just like every other human being on this planet! This prison treats us convicts as if we are "anthropomorphism, please do not do that your Honor." This prison is antinomian when it comes to Health care, Dental, Mental health, etc.

This prison (i.e. ADOC), Corizon, the Justice system, etc. are broken and i believe at our expense, nothing has changed much since this lawsuit started (March 22, 2012). More convicts will die, try and commit suicide and be much worse than before! However, i'm only in the 1% percent of the prison population and there was not "an overriding outcry of protest," so therefore i'm just **collateral** (i.e. associated but of secondary importance) **damage** (i.e. loss or harm due to injury to persons, property or reputation).

②

Enclose are some situations that have occurred upon me, please take the time to read (Please don't thumb thru it)?!

I do appricciate your time.

Thank you
Respectfully submitted

③

Re: Possibly Diaberes! I think..

| | | | |
|---|---|---|---|
| Note: | 1) | not feeling very good. I feel weird = 8-9-16 4:03am | |
| | 2) | went to see nurse Re: blood work = 8-16-16 | |
| | 3) | moved from 4C6-13 to 4C3-15 = 8-16-16 | |
| ✓ | 4) | HNR (Emergency) = 8-17-16 | 1st. request |
| ✓ | 5) | my notes = 8-17-16 @ 12:07 pm | |
| Note: | 6) | spoke to nurse about my (emergency) HNR & that i need to talk w/Doctor now & i asked her "how long"? she laughed & said "i don't know, it depends on the severity of your need!" = 8-17-16 @ 2:43pm | |
| ✓ | 7) | HNR (Emergency) = 8-18-16 @ 4:37am | 2nd. request |
| Note: | 8) | spoke to male nurse about my HNR. I asked him, "what is going on, i need to see a Doctor!" He said "OK & walked off." = 8-18-16 approx. 8:32am | |
| ✓ | 9) | HNR (Emergency) = 8-18-16 @ 12pm | 3rd. request |
| ✓ | 10) | Informal to C.O.3 move = 8-18-16 | |
| Note: | 11) | I spoke to mail nurse once again about my (emergency) HNR & asked him "why is it taken so long & what is going on, i need help!" He stated: "I'm not being in anyway disrespectful but it has been busy today." And, he said that "someone tried to hang themselves today!" I told him, "how does that concern me?" He walked off. | |
| ✓ | 12) | HNR (Emergency) = 8-19-16 @ 4:17am | 4th. request |
| ✓ | 13) | Julia Barnett (Director of Health) = 8-19-16 | |
| ✓ | 14) | Letter to Dr. Ibrahim (Corp. Director of Health for AZ. Corizon) = 8-19-16 | |
| ✓ | 15) | Letter to Brad Keogh (ADOC General Counsel) = 8-19-16 | |
| ✓ | 16) | Asst. Director Richard Pratt (Health Service Contract Monitoring) = 8-19-16 | |

(1)

| ✓ | 17. | Letter to Corizon Health Corporate office = 8-19-16 |
| ✓ | 18. | Letter to Warden Moody = 8-19-16 |
| ✓ | 19. | Letter to Director Ryan = 8-19-16 |
| ✓ | 20. | Letter to Kataushia Thomas (Health Service Administrator) = 8-19-16 |
| ✓ | 21. | Letter to Vanessa Headstream (Program Evaluation Administrator) = 8-19-16 |
| ✓ | 22. | Letter to ACLU = 8-19-16 |
| ✓ | 23. | Letter to Corene Kendrick (Prison Law Office) = 8-19-16 |
| ✓ | 24. | My notes Re: C.O.3 Mova = 8-19-16 @ approx. 8:47am |
| ✓ | 25. | HNR (Emergency) = 8-19-16 @ 12:15pm  5th. Request |
| ✓ | 26. | Letter to Magistrate Judge David K. Duncan = 8-19-16 |
| ✓ | 27. | Letter to Corizon-Arizona = 8-19-16 |
| ✓ | 28. | Letter to Asst. Attorney General (Ms. Lucy Rand) = 8-19-16 |
| ✓ | 29. | Letter to Asst. Attorney General (Mark Brachtl) = 8-19-16 |
| ✓ | 30. | Letter to Doug Ducey (Governor) = 8-19-16 |
| ✓ | 31. | Letter to Daniel P. Struck (Attorney) = 8-19-16 |
| ✓ | 32. | HNR (Emergency) = 8-20-16 4:37am  6th. Request! |
|   | 33. | Letter to Tammy Taylor (Nurse Provider) = 8-20-16 |
| ✓ | 34. | 7th. (Emergency) HNR = 8-20-16 @ 12:08pm |
| ✓ | 35. | My notes = 8-20-16 @ 11:54am |
| ✓ | 36. | 8th. (Emergency) HNR = 8-21-16 @ 4:17am |
| ✓ | 37. | My notes = 8-21-16 @ 1:21pm |
| ✓ | 38. | HNR (Emergency) 9th. request! = 8-22-16 @ 4:32am |
| ✓ | 39. | My notes = 8-22-16 @ 8:15am |
| ✓ | 40. | Kite to Medical Re: seeing the nurse today = 8-22-16 |
| ✓ | 41. | 10th. (Emergency) HNR = 8-23-16 @ 4:22am |
| ✓ | 42. | Spoke to nurse: see, my notes = 8-23-16 @ 12:42pm |
| ✓ | 43. | Kite to Nurse Taylor Re: blood count = 8-23-16 |

②

|   |   |   |
|---|---|---|
|   | 44. | Letter to Director Ryan Re: D.O. 1101.13 (inmate hunger strikes) = 8-24-16 |
| Note: | 45. | Spoke to Black nurse about my many HNR's & if she put me on the "nurse line." She said "yes, i will be seen today." = 8-24-16 (AM) |
| Note: | 46. | Spoke to Black nurse again about seeing the nurse today? She said "the day is not over, you will be seen." = 8-24-16 @ 1:18 pm |
|   | 47. | "I never saw the nurse today!" = 8-24-16 @ 9:47 |
| ✓ | 48. | 11th. (Emergency) kite to medical/FHA = 8-25-16 |
| ✓ | 49. | Response to my HNR (dated 8-17-16) "You are schedule for appt." = Recd. 8-24-16 |
| ✓ | 50. | Response to my 2nd. HNR (dated 8-18-16) "Duplicate HNR" = Recd. 8-24-16 |
| ✓ | 51. | Response to my HNR (dated 8-18-16) = Recd. 8-24-16 |
| ✓ | 52. | Response to my 3rd. HNR (dated 8-18-16 12pm) "Already on nurse line" = Recd. 8-24-16 |
| ✓ | 53. | Response to my 5th. HNR (dated 8-19-16 12:15pm) "Schedule nurse line" = Recd. 8-24-16 |
| ✓ | 54. | Response to my 6th. HNR (dated 8-20-16 4:37am) "Already schedule nurse line" = Recd. 8-24-16 |
| ✓ | 55. | Response to my 7th HNR (dated 8-20-16 12:08pm) "Duplicate HNR" = Recd. 8-24-16 |
| ✓ | 56. | HNR/inmate letter response from: Katrina Johnson (AFHA) = 7-28-16 (Recd. 8-24-16) |
| ✓ | 57. | My notes = 8-25-16 @ 8:57 pm |
| ✓ | 58. | My notes = 8-26-16 @ 7pm |
| ✓ | 59. | My notes = 8-30-16 @ 12:54 pm |
| ✓ | 60. | HNR = 8-30-16 @ 10:12 pm   12th. (Emergency) |
| ✓ | 61. | Letter to Director Ryan = 8-30-16 |
| ✓ | 62. | Letter to Magistrate Judge David K. Duncan w/attachments = 8-31-16 |

③

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Emergency

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

INMATE NAME/NOMBRE (Last, First M.I.): Montoya, Leroy
ADC NUMBER/NÚMERO DE ADC: 238802
DATE/FECHA (mm/dd/yyyy): 8-17-16
CELL/BED NUMBER/CELDA/NÚMERO DE CAMA: 4C3-15
UNIT/UNIDAD: Rast Maax
INSTITUTION/INSTALACIÓN: ADC Lewis

### SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below:

Good morning. The last 2 days or so, I have been feeling dizzy, dis-orientated, nauseated stomach, weak, & feel like throwing up, very sluggish & lazy. I need to see the doctor today, please. Thank you

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signed]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO: _____
DATE/FECHA: _____
TIME/HORA: _____

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION:

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO: _____
DATE/FECHA: _____
TIME/HORA: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

SECTION 4, HNR
1101-10ES
12/19/12