My notes:                    8-17-16 @ 12:07pm

1) About the last 7 days or so, i have been feeling weird
   I have been feeling dizzy, dis-oriented, nauseated
   stomach, weak, feel like throwing up, very sluggish
   & lazy!

2) At first i thought i wasn't getting enough sleep.
   (i.e. I usually sleep around 6 hrs. at nite). I normally
   do not take naps. I have been taken naps every
   day for the last week & sometimes 2 naps in 1
   day! that is not normal for me.

3) then i was feeling weak & dizzy, (note: I
   got my secure pake a week & half ago & i had
   alot of sweets), so i was eating all my sack
   lunch in the morning (i.e in Rast max. We only
   receive 2 meals a day). Eating 2 or 3 pop
   Tarts a day (i only eat 1 per day). Then i
   would get super hungery & i would eat a soup
   & some chips & then dinner.

4) NOTE: when i would get a sugar high, i felt
   normal. weird!

5) I then thought it was the 2 medication i was
   Taken, so i stop taking it.

6) I am a coffee drinker (i will drink 5 to 6 cups
   daily). I cut down to 4, then 3, then 2 &
   as of today only 1 cup. I feel the jetters (i.e.
   my body is craving coffee)!!

7) When i drink alot of coffee, my stomach gets nauseated - like i want to throw up.

8) I put in an HNR (Emergency) to see Doctor.

9) When i feel like i need a sugar high. I eat a pop tart & kool-aid with a pink sugar!

10) NOTE: I do not feel good & i hate how i am feeling because i know how ADOC medical is, its a frxxkin joke. Inmates die in here because of no proper medical attention. See: my Inmate Grievance No. L21-154-016! Re: broken right hand and/or wrist (Absolutly no proper medical care for my right hand and/or wrist. "I have alot of serious concerns about my health with ADOC medical!!"

11. my Dad died (i.e. 11-26-2013) because of his "diabetes" my Dad would have his blood change every other day with a machine. He needed a kidney.

②

Case 2:12-cv-00601-ROS   Document 1684-1   Filed 08/18/16   Page 3 of 6

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Emergency*
2nd. Request!!

Date:
Time:
Initials:

**SECTION I / SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 8-18-16   4:32am |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4C3-15 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION II / SECCION II**

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. once again. I have been feeling dizzy, dis-orientared, nauseated stomach, weak, tired, sluggish & lazy. I need to see a Docror. I don't want a response like "your on the nurse line!" I need help right now! I need To speak to Rast max. Docror.                    Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX**[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III / SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION IV / SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

3rd Request

**ARIZONA DEPARTMENT OF CORRECTIONS**

Emergency

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| MONTOYA, LEROY | 238802 | 8-18-16  12pm |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4C3-15 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I need to see a Doctor now!
I have sent 2 other HWR's (Emergency). I am getting
dizzy, hot & cold, dis-orientated, nauseated stomach,
now a head ache. I feel like passing out. I've
spoken to 2 nurse's, nothing is happening. I need to
see a Doctor!! See: Parsons v. Ryan. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Resolution

*medical Emergency*

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| MONTOYA, LEROY | 238802 | Lewis - Rast max. | 8-18-16 |

| TO | LOCATION |
|---|---|
| C.O. 3 Mova | Rast max. 4C3-15 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I am informally trying to
resolve this problem. The last week & a half, i
have been feeling dizzy, dis-orientated, nauseated,
stomach, weak, & feeling like throwing up, very
sluggish, lazy & very tired. that is not normal
for me. I need to see a Doctor & get medical
care now. I don't want to hear, "i'm on a nurse
line, Tomorrow, etc." I have sent 4 HNR's
(Emergency), No response & no help. I have
spoken to the nurse's & they laugh or say
ok. nothing is happening.
I know how ADOC is & lack of medical
care. I will hold you personally & professionally
responsible if i do not get proper medical
care today. See: Cano V. State (1986) !!

THANK you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *(signature)* | 8-18-16 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*Urn. Request (Emergency)!!*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-19-16  4:17am |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C3-15 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☒ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

*Good Morning. I have sent 4 HNR's. I need to see a Doctor today! Parsons v. Ryan. I have explain my issue in 4 HNR's & spoken to the nurse's. I am receiving no help. I need help now! thank you*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que estoy pidiendo *(excluyendo las exenciones otorgadas por la ley).* Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| INMATE SIGNATURE/FIRMA DEL PRISIONERO |
|---|
| |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR