To: Julia Barnett (Director of Health)      8-19-16
From: LeRoy Montoya #238802
Re: My Health issue!
    Your Responsibilities!

    Good morning. Around the beginning of the second week of August, i started feeling dizzy, weak, dis-orientated, nauseated stomach, sluggish, lazy, feel like throwing up, hot and cold and just not feeling myself. I began to get very concern because my Dad had diabetes and eventually died on 11-26-13.
    I sent my 1st. (Emergency) HNR request to see a Doctor on 8-12-16, (no response). then i spoke to a female nurse about my (Emergency) HNR & that i need to talk with a Doctor and asked her "how long." she laughed & said, "i don't know, it depends on the severity of your need," that was on 8-12-16 @ 2:43 pm. I then sent my 2nd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 4:37 am, (no response). then i spoke to a male nurse about my (Emergency) HNR. I asked him, "what is going on, i need to see a Doctor!" He said, "ok and walked off", that was on 8-18-16 @ approx. 8:32 am. I then sent my 3rd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 12 pm, (no response). then i spoke to a male nurse once again about my (Emergency) HNR. I asked him, "why is it taken so long & what is going on, i need help!" He stated: "I'm not being in anyway disrespectful but it

(1)

has been busy, today." And then he stated "someone tried to hang themselves today!" I told him, "how does that concern me?" He then walked off. I then proceeded with an inmate informal complaint Resolution (i.e. medical Emergency) to C.O. 3 Mova (i.e. Rast mat.) on 8-18-16. I am waiting for a response. I then sent my 4th. (Emergency) HNR request to see a Doctor on 8-19-16 @ 4:17am, (no response). then i spoke to a male nurse about my 5th. (Emergency) HNR. The dialogue was the same (i.e. take my name, ADOC # & check on the status).

I believe ADOC, staff, Administration and medical (i.e. Corizon Health corporate office), lack there of, my serious medical concerns, and my health issue, has proven not only failures by ADOC, staff, Administration & Corizon-care in violation of the Parsons v. Ryan Stipulation. I.E., Quality Improvement #26. Access To Care #36, #37, #40, #41. Diagnostic Services #45, #46, #47,. And, Pursuant to Performance Measure #50 and #52.

ADOC, staff, Administration & Corizon treats me as if i am anthropomorphism, which i am not! I may not be "the sharpest tool in the shed?" However, i am not stupid, ignorant or an idiot! I am not asking to be released or for a cell phone, etc. I am requesting to see a Doctor for my medical concerns. I know my body and there is something serious wrong

②

wrong with me. I know how ADOC is when it comes to medical issues, mental Health issues, Dental issues, medical diets, chronic care, Access to care, Diagnostic Services, specialty care, medication, suicide prevention, addiction issues and staff communication, it is absolutely reckless, ridiculous, puerile and a JOKE!

ADOC, staff, Administration and Corizon are antinomian and harangue in there responses, lack of, communication, compassion and empathy to us convicts. I am still a man in the united states of America and still have constitutional, state & federal rights!

I am in fear of being diagnose for "diabetes" in Arizona state prison, because i know i will die in here for the lack of medical treatment i would not receive. And, to be honest – "I would rather die", than go thru the absolute drama ADOC, staff, Administration and Corizon would put me thru. I have seen & heard some of the most horrible & terrifing story's of all health & mental issues that convicts go thru with ADOC, staff, Administration & Corizon. (Note: "i am not suicidal, so don't get my words twisted!").

I need to see a Doctor for my concern's. I need help!

Thank you
Respectfully submitted

③

CC: To:

- ✓ Dr. Ibrahim (Corp. Director of Health for Az. Corizon)
- ✓ Brad Keogh (ADOC General Counsel)
- ✓ Asst. Director Richard Pratt (Health Service Contract Monitoring)
- ✓ Corizon Health Corporate office
- ✓ Warden Moody (Lewis Complex)
- ✓ Director Charles Ryan
- ✓ Karaushia Thomas (Health Service Administrator)
- ✓ Vanessa Headstream (Program Evaluation Administrator)
- ✓ ACLU (Daniel Pochoda)
- ✓ Corene Kendrick (Prison Law Office)
- ✓ Magistrate Judge David K. Duncan
- ✓ Corizon - Arizona
- ✓ Assistant Attorney General (Ms. Lucy Rand)
- ✓ Assistant Attorney General (Mark Brachtl)
- ✓ Doug Ducey (Governor)
- ✓ Daniel P. Struck (Attorney)
- ✓ Tammy Taylor (Nurse Provider for Rast Max.)

(4)

My notes: Re: C.O. 3 Mova          8-19-16 @ 8:47am

1) C.O. 3 Mova came to my cell & looked inside my cell. I then put on my shirt & emptied my cereal bowl in the sink & then went to my cell door and looked for C.O. 3 Mova. I believe he was next door (i.e. 4C3-16). I knocked on my cell door window to get C.O. 3 Mova's attention. He did not respond. I believe he took out my neighbor of his cell. then proceeded out of the pod.

2) I thought C.O. 3 Mova was responding to my informal to him. I sent him an "Emergency medical" informal last nite (8-18-16). However, i was wrong!

Note: 3) Look at the camera's inside 4C3-15!

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

5th- Emergency Request !!!

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER | DATE/FECHA |
|---|---|---|
| Montoya, Leroy | 238802 | 8-19-16  12:15pm |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| 4C3-15 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time).

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médico  ☐ Dental  ☒ FHA
☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

Good morning. I have been requesting to see a Dr. since 8-17-16 (Am). No response! Pursuant to Parsons v. Ryan, 2:12-cv-00601. You are in violation of Access to Care, measure #36, 40, 41 & PM's 40, 45, 37, 36, 46 & 47 & Pursuant to Performance Measure 50 & 52! I need to see a Dr. Today. I need serious help, Please!!!  Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting.

INMATE SIGNATURE: [signed]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

STAFF SIGNATURE STAMP: _____ DATE: _____ TIME: _____

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION:

STAFF SIGNATURE STAMP: _____ DATE: _____ TIME: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

*Emergency Request...*

| | |
|---|---|
| Date: | |
| Time: | |
| Initials: | |

**Inmate Name/Nombre** (Last, First M.I.): Montoya, Leroy
**ADC Number/Número de ADC:** 238802
**Date/Fecha:** 8-20-16  4:37am

**Cell/Bed Number/Celda/Número de Cama:** 4C3-15
**Unit/Unidad:** Rast max
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación:** ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below):
[X] Medical/Médica  [ ] Dental  [X] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Good morning. I will continue to request to see a Doctor. I have made my request to you, ADOC, C.O.3 Mova, the nurse's. I will now hold everyone personally & professionally responsible. Per Parsons v. Ryan & Cano v. State (1986). I am requesting to see a Doctor. Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III
**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
[ ] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado: ___  Date/Fecha: ___  Time/Hora: ___

### SECTION IV
**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado: ___  Date/Fecha: ___  Time/Hora: ___

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

7th Emergency Request.

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 8-20-16  12:08pm |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 4C3-15 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médica  ☐ Dental  ☒ FHA  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes/Ojos  ☒ Other (specify): DOCTOR

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

"Good morning." "A LPN or RN will screen HNR's within 24 hrs. of receipt." i.e. Access to care, measure #36. "Sick call inmates will be seen by an RN within 24 hrs. after an HNR is received - with an "Emergency" need or on the same day if identified as having an urgent need." i.e. Access to care, measure #37. And measure 40, 41. I have been requesting to see a Doctor thru an Emergency HNR since 8-17-16 in the early morning. To maintain an 8th. Amendment Medical-care claim, I must prove & demonstrate "deliberate indifference" to serious medical needs! see: Jett v. Penner (9th. Cir. 2006) & Estelle v. Gamble (1976). I believe i have. Please review the previous Emergency HNR's (i.e. the last 6 HNR's). I am requesting to see a Doctor. I'm dizzy, dis-oriented, I did vomit, nauseated stomach, i feel weak & lazy. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF**: ☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ FHA  ☐ Mental Health  ☐ Eyes  ☐ Other

Comments/Comentarios:

Staff Signature Stamp: _____ Date/Fecha: _____ Time/Hora: _____

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp: _____ Date/Fecha: _____ Time/Hora: _____

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES