My notes:                                          8-20-16 @ 11:54am

1) Spoke to nurse Smallcanyon at my cell about my 7th. (Emergency) HNR. But, 1st. Nurse Smallcanyon gave me someone else's medication & i gave it back & said "what is wrong with you?" He said, "sorry." I told him "he needs to pay attention & i don't need your sorry's!"

2) I have spoken to nurse Smallcanyon twice & he asked again, "what is wrong?" I explained how i am feeling, all 7 (Emergency) HNR's, my concern's, i believe low sugar & how i have to eat something sweet, i have vomited, etc., etc., etc., & how my Dad died of diabetes & i am kinda freaking out now!

3) I need to see a Doctor! I asked nurse Smallcanyon, "Tell me exactly what i need to do to see someone" & "is the main nurse or Dr. getting my HNR's?" He said they are short of staff & i told him "how the F**k does that concern me!" "I know my body & something is serious wrong!" He then said to do an informal. I told him i started one 2 days ago. And then i said, "what else?" He said to write Julia Barnett? I told him i did! "what else?" He then said, "write Kataushia Thomas." I told him i did & then i showed him everyone i have written. Nurse Smallcanyon had a surprise look & then said, "i don't know what to do, i don't know what to say?" I said, "you got to be f**king kidding?!" He said "no." I told him whatever & he left!

Note: 4) Nurse Smallcanyon also to hire Dr. Taylor & I told him that she is not a Doctor that she is a nurse provider & he said, "Oh, yeah - That's it."

Note: 5) Nurse Smallcanyon said when medical gets my HNR's, that a <u>LVN</u> logs in my HNR's, then i should be put on a nurse's line & then i will be seen. I asked him "how long?" He said in a week or 2? I told him that it is B.S.! I told him about the Parsons lawsuit, Access to Care measure #36, #37, #40 & #41 & it's a <u>LPN</u> or RN that screens HNR's within 24hrs. & that is not happening & Nurse Smallcanyon said, "Oh, i didn't know that!"

Note: 6) I did use alot of colorfull language. I'm frustrated, i'm kinda freaking out, stressed the f××k out!

(2)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Emergency Request!

**Inmate Name:** Montoya, Leroy
**ADC Number:** 238802
**Date:** 8-21-16
**Time:** 4:17am

**Cell/Bed Number:** 4C3-15
**Unit:** Rast Max.
**Institution:** Lewis

**AREA OF INTEREST:** ☒ Medical ☒ Dental/FHA — Other (specify): DOCTOR

Good morning. What do I need to say or do to see a Doctor? I have done everything the nurse has told me to do & D.O. policy & Parsons v. Ryan. I am now vomiting this morning. I'm dizzy, I'm dis-oriented, sluggish, nauseated, I'm now very depressed because of lack of medical attention!! Why are you not answering my many, many, many HNR's?!! Is this normal for ADOC? Thank you

**Inmate's Signature:** [signed]

My notes:                                              8-21-16 @ 1:21pm

1) The nurse passed my cell (4C3-15) to cell 4C3-14 for medication. She was walking away & I tapped on the window & told the C/O, to call the nurse.

2) I spoke to a black female nurse & asked her where is my medication & the progress of my (Emergency) HNR I gave her this morning?

3) She said, "oh yeah, i forgot." She looked for my medication & then gave me 2 pills (i only take 1 pill every afternoon). I asked her "whats up with the 2 pills?" I explain that i only get 1 pill in the afternoon. She said, "oh, ok, give me one back." I gave her 1 back & she said "oh, i'm so proud of you being honest." I told her "don't be proud of me, pay attention."

Note: 4) This is not the 1st. time a nurse messes up. They do not pay attention or care or listen! She did not answer me about my (Emergency) HNR, she just walked off!

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

9th. (Emergency) Request!!

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-22-16  4:32 am |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C3-15 | Rast Max | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time).

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below): ☒ Medical/Médico  ☐ Dental  ☒ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

> Good Morning, For the 9th. time, I need to speak to a Doctor Today. What the Fxxk is going on?! What does it take to see a Doctor & get help?!
>
> Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO: _____
DATE/FECHA: _____
TIME/HORA: _____

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION: _____

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO: _____
DATE/FECHA: _____
TIME/HORA: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

My notes:          8-22-16 @ 8:15am

1) Spoke to a black nurse about my 9th. (Emergency) HNR request. She once again asked "Whats wrong?" I explained again my situation on how i feel & that i vomited yesterday, i'm dizzy, weak, dis-orientated, etc. I told her that is not me to feel like that.

2) I told her how my Dad died of diabetes.

3) She said, she will put me on the nurse's line today & that i might be the last one of the day. I told her "i'm fine with that."



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis - Rast max. | 8-22-16 |

| To | Location |
|---|---|
| Medical | Medical !!! Rast max. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I spoke to a Black nurse this morning & explained in great detail of my health issue, how i feel (i.e. vomiting, being dizzy, dis-orientated, fatigue, sluggish, etc). She said i would be put on the nurse's line & more than likely be last. Well, its 8:37 pm & i did not see a nurse today.

Please "tell me what i need to say, do, not say, not do, etc., etc., etc.!!" I have put in 9 (Emergency) HNR's since 8-17-16 (no help) & (no response), i have spoken to every nurse on AM & PM shifts & (no help)!!

I NEED Help !!!!!!!!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 8-22-16 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No
If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

10Th' Emergency

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER | DATE/FECHA |
|---|---|---|
| Montoya, Leroy | 238802 | 8-23-16 4:22am |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| 4C3-15 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time).

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médico  ☐ Dental  ☒ FHA
☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☒ Other (specify): Doctor

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

**HELP! Please!**

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE: [signed]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other (specify): _____

STAFF SIGNATURE STAMP: _____  DATE: _____  TIME: _____

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

STAFF SIGNATURE STAMP: _____  DATE: _____  TIME: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
12/19/12

SECTION 4, HNR