My notes:                                     8-23-16 @ 12:42 pm

1) Spoke to Black nurse about my 10th. (Emergency) HNR, and i did not get to see a nurse yesterday (i.e. 8-22-16) because she is the one who told me that i would. She apologized & said she will make sure i will be put on the nurse's line tomorrow (8-24-16) morning. I told her you said that yesterday & it didn't happen. She said, "i will see & that i will be on the nurse's line.

2) I took that statement, as she will prove me wrong & i will see a nurse tomorrow.

Note: 3) Once again, the same nurse gave me 2 pills of my medication, when i am only suppose to get 1 pill every afternoon. I gave her 1 back & once again i told her "to pay attention & you lucky i'm Honest!"

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-Rast Max | 8-23-16 |

| To | Location |
|---|---|
| Nurse Taylor | Medical |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Good morning. Diabetes runs in my family & my Dad died of that on 11-26-13. The last few weeks I have been displaying the symptoms of what my Dad displayed.

I would respectfully request that my blood be counted daily (i.e. blood count) to see if I have diabetes?

Thank you
Respectfully Submitted

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 8-23-16 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-Rast Max. | 8-25-16 |

**TO:** Medical/FHA
**LOCATION:** Medical

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning I spoke to the black nurse on 8-23-16 about how i feel, i need to see the Doctor & All 10 of my (Emergency) HNR's. She said "i will put you on the nurse line," that was on 8-23-16 (pm). Then i spoke to the same nurse today (i.e. 8-24-16 (am). I asked if she put me on the nurse line? She said "Yes, i will be seen today" I then saw the nurse again for my medication (i.e. 8-24-16 @ 1:18 pm), which she did not have & she said "i will be back in 35 minutes to give you your medication." She lied, she never came back. Anyways, i asked her if i will see the nurse today? She said, "The day is not over, you will be seen!" It never happened!

This is crazy. I have been patient & very respectful & medical/FHA have been unprofessional & disrespectful.

You don't take me serious, then go "_" _"_ yourself (i.e. i will let you fill in the blank!).

If i wasn't incarcerated you (medical/FHA) would not treat me like an animale (its animal, but i let you figure out what an animale is). Disrespectful & unprofessional!

Once again, please put me on the "nurse line"!

**11Th. Request!!**

Thank you
Respectfully submitted

**INMATE SIGNATURE:** [signature]
**DATE:** 8-24-16

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

*Emergency*

Rec'd. 8-24-16

Date: ____
Time: '16 AUG 18 AM 7:34
Initials: A

### SECTION/SECCIÓN I

INMATE NAME/NOMBRE: Munfuta, Leroy
ADC NUMBER: 238802
DATE: 8-17-16
CELL/BED NUMBER: 4C3-15
UNIT: Rast max.
INSTITUTION: Lewis · Rast

### SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico

Describe your medical/dental treatment issue:

Good morning. The last 7 days or so, I have been feeling dizzy, dis-orientated, nauseated stomach, weak, & feel like throwing up, very sluggish & lazy. I need to see the Doctor Today, please! Thank you

INMATE SIGNATURE: [signed]

### SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF: ☒ Medical/Médico

STAFF SIGNATURE STAMP: **N. Gonzales LPN**
TIME: '16 AUG 18 AM 7:53

### SECTION/SECCIÓN IV

PLAN OF ACTION:

You are Scheduled for an appointment

STAFF SIGNATURE STAMP: **N. Gonzales LPN**
DATE: 8/18/16
TIME: 10 am

1101-10ES
12/19/12
SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

SCANNED  2nd. Request!!

Date/Time: '16 AUG 19 AM 7:18
Recd. 8-24-16

**Inmate Name:** Montoya, Leroy
**ADC Number:** 238802
**Date:** 8-18-16  4:32 am
**Cell/Bed Number:** 4C3-15
**Unit:** Rast Max
**Institution:** ASPC Lewis

**Area of Interest:** ☒ Medical

Good morning. once again. I have been feeling dizzy, dis-orientated, nauseated stomach, weak, tired, sluggish & lazy. I need to see a Doctor. I don't want a response like "your on the nurse line!" I need help right now! I need to speak to Rast max. Doctor! Thank you

**Referral by Medical Staff:** ☒ Medical

**Staff Signature Stamp:** N. Gonzales LPN
**Date/Time:** '16 AUG 19 AM 7:53

**PLAN OF ACTION:** Duplicate HNR

**Staff Signature Stamp:** N. Gonzales LPN
**Date:** 8/19/16
**Time:** 9 am

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)



Date: [blank]
Time: '16 AUG 19 AM 7:18
Initials: [blank]
Rec'd 8-24-16

### SECTION/SECCIÓN I

INMATE NAME: Montoya, Leroy
ADC NUMBER: 238802
DATE: 8-18-16
CELL/BED NUMBER: 4C3-15
UNIT: Rast Max.
INSTITUTION: Lewis

### SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico ☐ Dental ☒ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

Good morning. I sent 2 kites on 6-20-16 & no one has responded to my 2 kites! ① I would like to know the name of the x-ray radiologist who looked at my x-rays. And, ② Who is the Doctor for Rast Max. (i.e. name). Thank you

INMATE SIGNATURE: [signed]

### SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF:
☒ Other (specify): Medical records
STAFF SIGNATURE STAMP: N. Gonzales LPN
TIME: '16 AUG 19 AM 7:35

### SECTION/SECCIÓN IV

PLAN OF ACTION: Names not released on HNR's, you may submit request to review your medical records or request copies of records to be sent to family members.

STAFF SIGNATURE STAMP: N. Gonzales LPN
DATE: 8/19/16
TIME: 8am

1101-10ES 12/19/12

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

**3rd Request**

SCANNED

Date: **'16 AUG 19 AM 7:17**
Initials:
Rec'd. 8-24-16

**Inmate Name/Nombre:** Montoya, Leroy
**ADC Number:** 238802
**Date/Fecha:** 8-18-16  12 pm
**Cell/Bed Number:** 4C3-15
**Unit/Unidad:** Rast Max.
**Institution/Facility:** ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below):
[X] Medical/Médica  [X] FHA

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

> Good morning, I need to see a Doctor now! I have sent 2 other HNR's (Emergency). I am getting dizzy, hot & cold, dis-orientated, nauseated stomach, now a headache. I feel like passing out. I've spoken to 2 nurse's, nothing is happening. I need to see a Doctor!! See: Parsons v. Ryan. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee...

**Inmate's Signature:** [signed]

---

**REFERRAL BY MEDICAL STAFF:** [✓] Medical/Médica

**Staff Signature Stamp:** N. Gonzales LPN
**Date/Time:** '16 AUG 19 AM 7:52

**PLAN OF ACTION:** Already on nurse line

**Staff Signature Stamp:** N. Gonzales LPN
**Date:** 8/19/16
**Time:** 9 AM

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

*5th Emergency SCANNED !!!*

Rcd. 8-24-16
Date: ___
'16 AUG 21 AM 7:08
Initials: _N_

## SECTION/SECCIÓN I

**INMATE NAME/NOMBRE:** Montoya, Leroy
**ADC NUMBER:** 238802
**DATE/FECHA:** 8-19-16 12:15pm
**CELL/BED NUMBER:** 4C3-15
**UNIT/UNIDAD:** Rast Max
**INSTITUTION:** ADC Lewis

## SECTION/SECCIÓN II

**AREA OF INTEREST:** ☒ Medical/Médico ☐ Dental ☒ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

Good morning. I have been requesting to see a DR. since 8-17-16 (AM). No response! Pursuant to Parsons v. Ryan, 2:12-CV-00601, you are in violation of Access to Care, measure #36, 40, 41 & PM's 40, 45, 37, 36, 46, &47 & Pursuant to Performance measure 50 & 52! I need to see a DR. today. I need serious help, please !!! Thank you

**INMATE SIGNATURE:** [signed]

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF:** ☒ Medical/Médico

**STAFF SIGNATURE STAMP:** N. Gonzales LPN
**DATE:** '16 AUG 21 AM 7:34

## SECTION/SECCIÓN IV

**PLAN OF ACTION:** Scheduled nurse line

**STAFF SIGNATURE STAMP:** N. Gonzales LPN
**DATE:** 8/21/16
**TIME:** [illegible]

SECTION 4, HNR

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Emergency... SCANNED

Date: 
Time: '16 AUG 21 AM 7:08
Initials:

Rec'd 8-24-16

**Section I**

Inmate Name: Montoya, Leroy
ADC Number: 238802
Date: 8-20-16 4:37am
Cell/Bed Number: 4C3-15
Unit: Rast Max.
Institution/Facility: ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**Section II**

AREA OF INTEREST: [X] Medical/Médica  [ ] FHA  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] Other  [ ] Dental

Good morning. I will continue to request to see a Doctor. I have made my request to you, ADOC, C.O. 3 Mora, the nurses. I will now hold everyone personally & professionally responsible, Per. Parsons v. Ryan & Cano v. State (1986). I am requesting to see a Doctor. Thank you

Inmate's Signature: [signed]

**Section III**

REFERRAL BY MEDICAL STAFF: [X] Medical/Médica  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

Comments:

Staff Signature Stamp: N. Gonzales LPN
Date:
Time: '16 AUG 21 AM 7:34

**Section IV**

PLAN OF ACTION: Submit requests to FHA on Inmate Letter, not HNR. already scheduled nurse line

Staff Signature Stamp: N. Gonzales LPN
Date: 8/21/16
Time: 9am

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

**Emergency Request.**

SCANNED

Date/Time: '16 AUG 21 AM 7:13
Initials: [illegible]
Rec'd 8-24-16

| Inmate Name/Nombre: Montoya, Leroy | ADC Number: 238802 | Date/Fecha: 8-20-16  12:08pm |
| --- | --- | --- |
| Cell/Bed Number: 4C3-15 | Unit: Rast Max. | P.O. Box | Institution: ASPC Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** — ☒ Medical/Médica  ☐ Dental  ☒ FHA  ☐ Pharmacy  ☐ Mental Health  ☒ Eyes/Ojos  ☒ Other (specify): **Doctor**

Good morning. "A LPN or RN will screen HNR's within 24 hrs. of receipt." i.e. Access to care, measure #36. "Sick call inmates will be seen by an RN within 24 hrs. after an HNR is received - with an "Emergency" need or on the same day if identified as having an urgent need." i.e. Access to care, measure #37. And measure 40, 41. I have been requesting to see a Doctor thru an Emergency HNR since 8-17-16 in the early morning. To maintain an 8th. Amendment medical-care claim, I must prove & demonstrate "deliberate indifference" to serious medical needs! see: Jett v. Penner (9th. Cir. 2006) & Estelle v. Gamble (1976). I believe i have. Please review the previous Emergency HNR's (i.e. the last 6 HNR's). I am requesting to see a Doctor. I'm dizzy, dis-oriented, I did vomit, nauseated stomach, I feel weak & lazy! Thank you.

Inmate's Signature: [signature]

---

**REFERRAL BY MEDICAL STAFF:** ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy  ☐ FHA  ☐ Mental Health  ☐ Eyes  ☐ Other

Comments:

Staff Signature Stamp: **N. Gonzales LPN**
Date: '16 AUG 21 AM 7:33

---

**PLAN OF ACTION/PLAN DE ACCION**

Duplicate HNR, already scheduled nurse line

Staff Signature Stamp: **N. Gonzales LPN**
Date: 8/21/16
Time: 9am

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate
This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.
1101-10ES

Rec'd.
8-24-16

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name (Last, First M.I.): | ADC #: 238802 |
| --- | --- |
| MONTOYA, LEROY | |

| Institution/ Unit / Housing: |
| --- |
| LEWIS/RAST MAX |

| From: | Location / Unit: |
| --- | --- |
| Katrina Johnson, AFHA | ASPC-Lewis/Corizon |

This is a response to your three 6/20/2016 Inmate Letters that were received by medical on 6/30/2016. You have requested names of medical personnel, associated with your hand injury. Dr. Barnett is the site Medical Director, and is the ordering physician for one of the X-rays on your hand. Your questions surrounding the results of the X-ray should be directed toward a medical Provider, by submitting an HNR.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: Katrina Johnson, AFHA | Date: |
| --- | --- |
| *K. Johnson* | 7-28-2016 |

Distribution:   Original - Inmate
Copy: Institutional File   Copy: Grievance Coordinator                  916-2PF