My notes:                                           8-25-16 @ 8:57pm

1) I spoke to nurse Smallcanyon about my many (emergency) HNR's, my health issue, my concern's, how the black nurse for the last 2 days (i.e. 8-23-16 & 8-24-16) told me i would be put on the "nurse line" & it's not happening. Whats up? He said, "i don't know what to tell you."

2) I asked nurse Smallcanyon "Tell me what to do & i will do it." He said, "have you done a grievance?" I told him that i started that a few days. I told him "what else?" He said "i don't know, i don't know what to tell you?" I asked him "are you stupid?" He said "i don't know?"

3) He knew that i went for x-rays this morning ~~recently~~ because i saw him at medical. He asked if i asked to talk with "Taylor", i told him i asked the x-ray lady (i.e. mrs. Smith), however, that Smith was uncooperating & got butt-hurt & didn't want to talk with me!

4) I asked nurse Smallcanyon if he can ask, check & investigate on my behalf. He said "i will do what i can" & he left.

My Notes:                              8-26-16 @ 2pm

1) I saw nurse small canyon walk by my cell & i called him over & he kept walking & said "i don't have time."

2) I told him "you better make time & get over here!" He came over & said "what Montoya?" i asked him if he found out about my requests, being on the "nurse line", did you talk with Taylor - anything?

3) He said "no, not yet," & that he worked until 11:30pm last nite & when he came in this morning he had alot of work to do & their short in staff, & that he is the only one, & blah, blah, blah, blah, blah! "i told him, how does that concern me & are you stupid?" He said, i don't know what to tell you!" i told him to investigate, make calls, do whatever the F**k you have to & let me know today!

4) Nurse small canyon said "ok your medical issue is that you are concern that you have diabetes & have the symptom's?" I told him "yes & you didn't forget & give me an update today when i see you later today for my medication!" He walked off & so did I.

my notes:                                8-30-16 @ 12:54pm

1) The last 4 days (i.e. 8-26-16 thru 8-29-16) have been bad! I havn't done anything but sleep (i.e. depressed & frustrated with ADOC & medical).

2) I have not bugged any of the nurse's, sent any HNR's for 4 day days, nothing!

3) Spoke to nurse today & asked her "what is going on?" I put in 11 kites & HNR's (emergency's) in the last 8, 9 days to see the Doctor, nurse, LPN, anyone & nothing is happening! She said, i havn't spoken to you & i told her the last 4 days i have been feeling bad & i didn't f××k with any of you (i.e. nurse's). She said "i will check your name & get you on the nurse line to at least be seen!

4) I told her all the nurse's have told me that & nothing happens. She said "i will make sure."

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

*Emergency Request!*

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-30-16  10:12pm |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| 4C3-15 | Rast Max. | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médico ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Good morning. I need to know when will I see the nurse? What is going on? Why am I not receiving help?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
12/19/12

SECTION 4, HNR

To: Director Ryan  
From: Leroy Montoya #238802  
Re: Your responsibilities!

8-30-16

    Good morning. Over the many year's of my incarceration here at ADOC, you have been the Director (i.e. one that directs, supervisor) of Arizona Department of Corrections. I have done various inmate grievances, per. D.O. policy 802 over the years and they either go un-answered and/or un-resolved and i have written you dozen's of times and they also go un-answered and/or un-resolved. The times you do sign off on my inmate grievance appeals, you are absolutly clueless on my issues & you just provide your signature. A few times your office does respone on your behalf (i.e. support, defense) and this is how it is stated: "This is in response to your inmate letter and/or letter, received in the office of the Director for ADOC. Please allow me to respond on his (i.e. Director Charles Ryan) behalf." Then someone from your office will respone on your behalf.

    That being said, i just want to make sure that you understand your responsibilities (i.e. the quality or state of being responsible; liable to be called upon to answer for one's acts or decisions; trustworthy; able to choose for oneself between right and wrong). "As the Director of the ADOC, you are responsible for establishing, monitoring, and enforcing overall operations, policies, and

(1)

practice of the Arizona state prison system, which includes the provision of constitutionally adequate medical, mental health, and dental care for all prisoners (i.e. a person deprived of liberty) committed to the custody of ADC, A.R.S. 31-201, 41-1604 (A), 41-1608. As Director, you are responsible for decisions concerning staff hiring, supervision, deployment, and training that directly affect prisoner's abilities to obtain adequate and necessary health services. Mr. Ryan, you are responsible for providing constitutional conditions of confinement in <u>all units</u>, including but not limited to isolation units. At all times relevant hereto, Mr. Ryan, you have acted under color of state law." i.e. Parsons v. Charles Ryan, CV 12-0601-PHX-NVW.

 Mr. Ryan, I have addressed many issue's thru the inmate grievance D.O. policy 802. <u>Per. D.O. 802.01.1.12., states: "The maximum length of time for completion of the grievance process is 120 calendar days (i.e. 4 months) from initiation of the formal grievance process to final disposition."</u>

 A lot of my inmate grievance go way beyond 120 calendar days. Approx. 85% percent of my inmate grievance's go un-answered, un-proccessed and are at or around 10 months or longer. I want to make sure you understand and aware of this problem. I have sent numerous kites and letters to warden Moody, D.W.'s, C.O. 4's and to you and no one response to my kites or letters.

 I am requesting that you follow up on <u>all</u> my inmate grievances and tell me what is going on?! 1) I.G.

(2)

appeal (#15-L29-0189), 2) I.G. appeal (#15-L29-0193), 3) I.G. appeal (#15-L29-0218), 4) I.G. appeal (#15-L29-0204), 5) I.G. appeal (dated 6-3-16), 6) I.G. appeal (dated 6-3-16), 7) I.G. appeal (dated 6-8-16), 8) I.G. appeal (dated 6-10-16), 9) I.G. appeal (dated 6-9-16), 10) I.G. appeal (dated 6-8-16), 11) I.G. appeal (dated 6-1-16), 12) I.G. appeal To Warden (dated 6-9-16), 13) I.G. appeal To Warden (dated 6-10-16), 14) I.G. appeal To Warden (dated 6-10-16), 15) I.G. appeal To Warden (#L21-154-016), 16) I.G. To Grievance Coordinator (dated 5-12-16), 17) I.G. To Grievance Coordinator (dated 5-12-16), 18) I.G. To Grievance Coordinator (dated 6-8-16), 19) I.G. To Grievance Coordinator (dated 6-8-16), 20) I.G. To Grievance Coordinator (dated 6-13-16), 21) I.G. To Grievance Coordinator (dated 6-8-16), 22) I.G. To Grievance Coordinator (dated 6-17-16), and 23) I.G. To Grievance Coordinator (dated 7-4-16).

  Mr. Ryan, 1 thru 11 is at the Directors level. Alot of my I.G. & I.G. appeal's go un-answered and per. D.O. 802. 01.1.11.1. states: "If an inmate does not receive a response within the time period specified, his/her time To proceed To the next stage of the grievance process is the same as if he/she had received a response. The time To proceed To the next stage of the grievance process begins To run the day after a response was due back To the inmate."

Thank you
Respectfully submitted

(3)