U.S. POSTAGE >> PITNEY BOWES
$002.62⁰
ZIP 85326
02 1W
0001395104 SEP 01 2016

RECEIVED
SEP 09 2016
DAVID K. DUNCAN

eRoy Montoya #238802
ASPC Lewis, Rast Max.
P.O. Box 3600
Buckeye, Az. 85326

District Court of Arizona
United States Courthouse
Attn: Magistrate Judge David K. Duncan
401 W. Washington ST.
Phoenix, Az. 85003-2118