1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
            dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13         adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
15

16                  UNITED STATES DISTRICT COURT

17                        DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI** |

LEGAL132755681.1

I, DAVID C. FATHI, DECLARE:

1. I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 are pages from the ADC Mental Health Technical Manual, Revised June 18, 2015, Bates stamped ADCM273965 and ADCM273989. These documents have been produced to Plaintiffs by Defendants. The June 18, 2015 revision is the most recent version of the Mental Health Technical Manual that has been produced by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 20th of September, 2016, in Washington, D.C.

    s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL132755681.1

1  Daniel C. Barr (Bar No. 010149)
   Amelia M. Gerlicher (Bar No. 023966)
2  John H. Gray (Bar No. 028107)
   **PERKINS COIE LLP**
3  2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  Telephone: (602) 351-8000
   Email:   dbarr@perkinscoie.com
5            agerlicher@perkinscoie.com
             jhgray@perkinscoie.com
6
   Kathleen E. Brody (Bar No. 026331)
7  Daniel Pochoda (Bar No. 021979)
   **ACLU FOUNDATION OF**
8  **ARIZONA**
   3707 North 7th Street, Suite 235
9  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
10 Email:   kbrody@acluaz.org
            dpochoda@acluaz.org
11
   Donald Specter (Cal. 83925)*
12 Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
13 Corene Kendrick (Cal. 226642)*
   **PRISON LAW OFFICE**
14 1917 Fifth Street
   Berkeley, California 94710
15 Telephone: (510) 280-2621
   Email:   dspecter@prisonlaw.com
16          ahardy@prisonlaw.com
            snorman@prisonlaw.com
17          ckendrick@prisonlaw.com

18 *Admitted *pro hac vice*

19 Kirstin T. Eidenbach (Bar No. 027341)
   **EIDENBACH LAW, P.C.**
20 P. O. Box 91398
   Tucson, Arizona 85752
21 Telephone: (520) 477-1475
   Email:   kirstin@eidenbachlaw.com
22
   Caroline Mitchell (Cal. 143124)*
23 Amir Q. Amiri (Cal. 271224)*
   **JONES DAY**
24 555 California Street, 26th Floor
   San Francisco, California 94104
25 Telephone: (415) 875-5712
   Email:   cnmitchell@jonesday.com
26          aamiri@jonesday.com

27 *Admitted *pro hac vice*

28

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email:   jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 7 | 222 East 41 Street<br>New York, New York 10017 |
| 8 | Telephone: (212) 326-3498<br>Email:   jkmessina@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 11 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 12 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 13 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 14 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 15 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 16 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 17 | Telephone: (602) 274-6287<br>Email:   skader@azdisabilitylaw.org |
| 18 | adietrich@azdisabilitylaw.org |
| 19 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 20 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 21 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 22 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 23 | Telephone: (520) 327-9547<br>Email: |
| 24 | rdalyrooney@azdisabilitylaw.org |
| 25 | jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org |
| 26 | mabela@azdisabilitylaw.org |
| 27 | *Attorneys for Arizona Center for Disability Law* |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                    s/ D. Freouf

LEGAL132755681.1                              -4-