# EXHIBIT 1

ADC Mental Health Technical Manual - Revised 6/18/15     1
Appendix G of the Health Service Technical Manual



# Arizona Department of Corrections

# Appendix G of the Health Services Technical Manual

# Revised June 18, 2015

PARSONS v. RYAN, USDC CV12-00601: ADCM273965

ADC Mental Health Technical Manual - Revised 6/18/15  25
Appendix G of the Health Service Technical Manual

1.3.3  Each clinical note by a P/PNP shall include a documented follow up or return to clinic date.  The P/PNP shall also review the current treatment plan and indicate such in their clinical documentation.

1.3.4  A Mental Health Treatment Staffing shall occur as clinically indicated, and shall be documented on a staffing note (Form #1103-69).

1.3.5  Any inmate who engages in self-harm gestures/attempts shall be made a MH-3 until stability is demonstrated to be reduced to a MH-2.

   1.3.5.1  If an inmate requires being placed on watch, but there was no actual self-harm event, then the clinician shall write a detailed note indicating the reasons the MH score was not increased to MH-3.

1.3.6  Individual sessions by mental health clinicians shall not be conducted at the inmate's cell front, and shall be conducted in a private, confidential setting.

   1.3.6.1  If an inmate refuses a confidential session and is seen at cell front, this refusal shall be clearly documented in SOAPE format.

1.4  **MENTAL HEALTH 4 – Residential Treatment**

   1.4.4  Inmates who are admitted to a residential mental health program (MTU/WTU, BMU, Rincon Mental Health Program (BHU), SMA, Kasson, and CB-1).

      1.4.4.1  A Mental Health Treatment Staffing shall occur as clinically indicated, and documented on a staffing note (Form #1103-69).

      1.4.4.2  Inmates are to participate in structured program activities on a weekly basis.  The mental health clinician shall provide services consistent with description of the program the inmate is participating in.

         1.4.4.2.1  At a minimum, inmates shall receive a 1:1 session every thirty (30) days, and weekly mental health group programming.

      1.4.4.3  Upon discharge, these inmates require placement in a corridor facility.  Inmate's score is to remain an MH-4 until he/she is transferred to the receiving unit.  The receiving unit's clinician shall change the mental health score to reflect his/her current placement and level of functioning.