**EXHIBIT A**

**EXHIBIT A**

Arizona Attorney General Mark Brnovich
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>                 v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF CARSON MCWILLIAMS** |

1    I, **CARSON McWILLIAMS**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am
3    competent to testify to the matters set forth in this Declaration.

4    2.    I have been employed by the State of Arizona Department of Corrections
5    ("ADC") since 1978. I currently serve as ADC's Division Director, Offender Operations.

6    3.    A "lockdown" is when inmate movement is restricted and inmates are
7    confined to their cells or dormitories.

8    4.    The purpose of a lockdown is to ensure the safe, secure and orderly
9    operation of the prison complex, to ensure the health and safety of inmates, staff, visitors
10    and the public, and to ensure the integrity and pending completion of an investigation.

11    5.    A lockdown may be ordered by the commander in charge, including, but not
12    limited to, a Sergeant, a Captain, a Lieutenant, an Associate Deputy Warden, a Deputy
13    Warden, or a Warden.

14    6.    A lockdown may be ordered during minor or major incidents, depending on
15    the circumstances.  For example, a lockdown may be ordered during an ICS (Incident
16    Command System) when keys or ID badges are lost, contraband or weapons are
17    discovered, an inmate refuses direct orders, there is a use of force, there is a medical
18    emergency, or there is an inmate or staff assault.  A lockdown may also be ordered when
19    there is a loss of electricity or water services or during severe or harsh weather, such as
20    during dust storms, monsoon rains, or extreme temperatures.  A lockdown may also be
21    ordered during an escape, a suicide, a major disturbance or riot, an execution, or other
22    serious safety or security concerns.

23    7.    The most common incidents requiring a lockdown are medical emergencies
24    and fights or assaults.  For example, in the event of an inmate assault, a lockdown may be
25    used to control the situation by separating inmates and allowing them to cool down,
26    ensure the incident does not escalate to a major disturbance or riot, and allow staff to
27    adequately investigate the incident.  In the event of a medical emergency, a lockdown may
28    be used to ensure emergency medical personnel can safely, securely, and quickly respond

2

1  to the emergency and treat the inmate, ensure the health and safety of the inmate in need,

2  and allow staff to investigate.

3        8.     Each lockdown varies in scope and duration.  A lockdown may be ordered

4  for particular inmates, a pod, a dormitory, a unit, a complex, or for all state prison

5  complexes, depending on the circumstances.  A lockdown may also be ordered for a few

6  minutes, for multiple hours, for a few days, or even longer, depending on the

7  circumstances.

8        9.     There are various factors that will affect the scope and duration of a

9  lockdown, including, but not limited to, the severity of the incident, the number of inmates

10  involved, and the staff resources available to bring the incident under control.

11        10.    A "hard lockdown" is generally referred to a lockdown that affects an entire

12  complex for an extended period of time and requires all inmates to return to their cells or

13  bunks in a dormitory.   A "hard lockdown" will restrict inmate movement throughout the

14  entire complex and prevent inmate transports for medical, dental, or mental health

15  appointments.  For example, in the event of an escape, all inmates would be ordered to

16  lockdown in their cells and bunks so staff can get an accurate count of all inmates and

17  investigate the escape.

18        11.    These "hard lockdowns" are rare.  Between July 1, 2015 and June 30, 2016,

19  there were only eight (8) instances state-wide in which an entire complex was put on a

20  hard lockdown.

21        12.    A lockdown is not a medical watch, mental health watch, or suicide watch.

22  A medical watch is ordered by health care staff when clinically indicated for physical

23  health reasons.  A mental health watch may be ordered by mental health staff when an

24  inmate is demonstrating acute signs or symptoms of significant mental disorder, but is not

25  acting in a manner indicating significant suicide risk.  A suicide watch is a watch ordered

26  when an inmate is considered at possible risk to engage in self-destructive or suicidal

27  behavior.

28        13.    When an inmate is at possible risk for self-destructive or suicidal behavior,

3

the shift commander, mental health care staff, or health services may order a suicide watch. A suicide watch may only be cancelled by licensed mental health staff.

14. When an inmate is placed on suicide watch, he/she is verbally advised of the circumstances for placement on suicide watch, which is not a disciplinary action. Inmates on suicide watch are monitored by professional medical and mental health staff. When an inmate is placed on suicide watch, the shift supervisor notifies health staff within one hour or immediately if the inmate is injured or appears to be ill. Inmates on suicide watch are also allowed to submit a Health Needs Request ("HNR") according to the institution's post orders.

15. Inmates placed on all levels of watch are housed in designated watch cells that have high visibility to staff. The watch cells are suicide-resistant, as is reasonably possible, free of all obvious protrusions and tie-off points, and provide full visibility. The designated cells are inspected quarterly to ensure they continue to be as suicide-resistant as is reasonably possible. Inmates are placed on a ten minute, thirty minute, or continuous watch, depending on an individualized determination made by mental health personnel.

16. Watch cells contain large clear windows that are shatter resistant so correctional, medical, and mental health personnel may clearly observe inmates placed in the watch cells.

17. Personnel who interact with maximum custody inmates who are placed on watch must also wear a stab vest and a clear spit shield or clear glasses that cover and protect their eyes.

18. Correctional, medical, and mental health personnel are able to communicate with inmates in watch cells through the door and/or tray slot.

19. Attached as Exhibit A-1 is a picture of an example of a watch cell.

4

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 20th day of September, 2016.

3

4                                        _____

5                                        CARSON McWILLIAMS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3249024.1

28

5

**EXHIBIT A-1**

**EXHIBIT A-1**



Central Unit Cell Block Kasson
Maximum Custody 1 Able 30
1 of 48 After Modification