Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' BRIEF REGARDING CELLFRONT MENTAL HEALTH ENCOUNTERS [DKT. 1685]** |

This Court's September 6, 2016 Order directed the parties to provide the Court with a supplemental brief "explaining 'hard lockdown' and 'cell front/segregation visits' including, but not limited to, the frequency with which each is used." (Dkt. 1673 at 8; *see also id.* at 5.) Despite these narrow instructions, Plaintiffs' supplemental brief addressed a new issue never before raised with Defendants or the Court – the manner in which inmates on suicide watch are seen by mental health staff pursuant to Performance Measure 94.[1] (Dkt. 1685 at 2-3.)   Specifically, Plaintiffs question, for the first time, "whether a cellfront [sic] encounter, in which the patient is locked in a cell with the clinician standing outside, is an 'encounter that takes place in a confidential setting outside the prisoner's cell.'" (*Id.* at 2.)

Because Plaintiffs have never raised this issue, they failed to follow the dispute resolution process outlined in the Stipulation.  Indeed, the Stipulation requires Plaintiffs to complete the following steps before an issue may be brought before the Court: (1) send Defendants a notice of noncompliance, (2) meet and confer in a good faith effort to resolve their dispute informally, (3) mediate the dispute, and (4) file a motion to enforce. (Dkt. 1185 at ¶¶ 30-31.)   None of these steps were completed prior to Plaintiffs inappropriately bringing the suicide watch issue to the Court in response to the Court's Order for supplemental briefing on other issues.  (*See* Dkt. 1626-1 at 59-60, 66.)   Because there has been no prior dialogue regarding this issue, Defendants cannot fully understand Plaintiffs' position.  Based on the limited information provided in Plaintiffs' supplemental brief (Dkt. 1685), it appears they advocate for a change in procedure that will put their clients' health, safety, and lives in danger.  (*See* Dkt. 1644-1 at ¶¶ 13-16.)   Because this issue will have a dramatic impact on the health and safety of inmates on suicide watch as well as security, medical, and mental health staff, this issue must be brought through the resolution process outlined above.  At a minimum, Defendants should be permitted to file

---

[1] For example, in Dr. Taylor's July 29, 2016 Declaration, she advised that Plaintiffs never challenged the methodology of calculating whether an inmate has been "seen" for suicide watches:  "Plaintiffs take no issue with this methodology being used for this measure [94]." (Dkt. 1644-1 at ¶ 16.)

1

a response to Plaintiffs' briefing to adequately inform the Court of the grave dangers associated with pulling suicidal inmates out of their watch cell. Accordingly, Defendants request leave to file a reply to Plaintiffs' Brief Regarding Cellfront Mental Health Encounters (Dkt. 1685). Defendants request at least fourteen days to file a reply.

RESPECTFULLY SUBMITTED this 21st day of September 2016.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/Daniel P. Struck
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

4