# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' BRIEF REGARDING CELLFRONT MENTAL HEALTH ENCOUNTERS [DKT. 1685]** |

　　Having considered Defendants' Motion for Leave to File Reply to Plaintiffs' Brief Regarding Cellfront Mental Health Encounters, and good cause appearing,

　　IT IS ORDERED granting Defendants' Motion for Leave to File Reply (Dkt. ___) and allowing Defendants fourteen (14) days from the date of this Order to file a Reply.