1  Douglas D. Yokois, ADC# 240176
   ASPC-Florence/South/7-4-L
2  P.O. Box 8400
   Florence, Arizona 85132
3

FILED ___ LODGED
RECEIVED ___ COPY
SEP 23 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

4         IN THE UNITED STATES DISTRICT COURT
5          FOR THE DISTRICT OF ARIZONA
6
7  Victor Parsons; et al.,          Case No:
              Plaintiffs
8                                   CV-12-00601-PHX-DJH
9       v.                          MOTION OF STATUS
10 Charles L. Ryan; et al.,         (ex parte)
              Defendants
11
12
13      COMES NOW the unamed plaintiff Douglas D.
14 Yokois, being pro se, and humbly requests this
15 honorable Court notify him of the status of his
16 Notice to the Court as a Matter of Record in this
17 case, e-Filed by Mr. D. Tucker, Librarian, at 07-07-16,
18 1352, from SMU-1, Eyman Complex, Florence, Arizona,
19 as he has not received a response from this Court
20 in over thirty (30) days.
21      SUBMITTED this 20th day of September, 2016.
22
23                      By: _____
24                      Douglas D. Yokois, Pro Se
                        Plaintiff
25
26            Certificate of Service
27
28 ORINAL and a COPY of the foregoing mailed this

(1)

1 | 20th day of September, 2016 to:
2 | Clerk of the Court
3 | United States District Court
4 | Sandra Day O'Conner U.S. Courthouse, Suite 130
5 | 401 W. Washington Street, SPC 1
6 | Phoenix, Arizona 85003-2118
7 | ////
8 | ////
9 | ////
10 | ////
11 | ////
12 | ////
13 | ////
14 | ////
15 | ////
16 | ////
17 | ////
18 | ////
19 | ////
20 | ////
21 | ////
22 | ////
23 | ////
24 | ////
25 | ////
26 | ////
27 | ////
28 | ////

(2)