☒ FILED ☐ LODGED
Sep 28 2016
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MR. Robert Carrasco Gamez # 131401
ASPC-Lewis- Rast MAX
P.O. Box 3600 Buckeye, AZ 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons
Plaintiff(s)

v.

Charles L. Ryan et AL,
Defendant(s)

CASE NO. 12-cv-0601 PHX-DKD

Notice of Service of Document(s)

Plaintiff Gamez, hereby gives Notice that on Sept. 16, he served upon Defendant Ryan, by first class Mail the following documents:

- Notice Requirement Letter, pursuant to Fed. R. Civ. P 65(A) (See: ("Gamez's" Exhibit A)

Respectfully Submitted this 28 day of Sept 2016
Under Penalty of Perjury

Certificate of Service
Copies of the foregoing were Efiled this 28 day of Sept 2016
("The Parties")

MR. Roberto Carrasco Gamez # 131401
ASPC-Lewis. Rast MAX
P.O. Box 3600 Buckeye AZ 85326

# EXHIBIT A

Mr. Carson McWilliam
1601 W. Jefferson
PHX, AZ 85007
Attn: Division Director for Offender Operations.

28 Sept. 16

RE: Parsons v. Ryan et Al, 12-cv-0601 PHX-DKD; Fed.R. Civ. P 65 (A) Notice Requirement

Greetings!

I am generating this letter with grave concern. The primary problem concern's Arizona Department of Corrections ("ADC") at ASPC-Lewis Rast Max, conspiratorial practice of violating my First Amendment Right to redress a grievance / Petition the Court. In addition, Director Charles L. Ryan et Al, stipulated to several performance measures in the above case ("see: dkt # 1185"), that are not being acknowledged.

Performance Measure # 26

- Final Measure Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance.
- Protocol at each facility, A minimum 10 records per month are randomly selected, if qualified under this performance measure, SIR's will be reviewed and compared with medical chart documenting the emergency response.
- Source of records / review - Grievance logs maintained by security staff (CO III - IV) at each yard.

I have submitted numerous grievances that I have not received response(s) for. Part of this practice to frustrate consist of manifold reprisals and deliberate disregard for rules and regulations which govern their duty to receive, process and answer grievance(s), no tracking system for delivery of prisoners appeals are effective. In fact, grievance(s) are often sent via regular mail. Although, they should be process as "Confidential" due to the sensitive nature of our medical concerns. Our grievance(s) when answered are often sent to the wrong prisoner.

Prisoners are required to follow specific time frames when responding to grievance(s) but ("ADC") neglects to follow it's own time lines. According to ("ADC") Department Order 802 Inmate Grievance System ("D.O. 802") the purpose of ("D.O. 802") is to provide prisoners with access to an inmate grievance as an opportunity for informal resolution and formal review of an issue impacting conditions of confinement or institutional life that personally affects the grievant. This policy facially provides timely administrative remedies to prisoners complaints which might otherwise burden the court. Instead, structures are design to frustrate the grievant.

All ("ADC") staff are responsible for promoting meaningful dialogue and timely written communication with prisoners to resolve prisoner complaints and disputes at the lowest possible level at the earliest possible opportunity. The division director for offender operations is responsible for the overall operation of the grievance system under the direction of the general counsel and the Central Office Appeals Unit administrator. Appeals officers are responsible for monitoring the effectiveness of the procedure and ensuring that all appeals are presented to the Director for review. Wardens are responsible for ensuring that they serve as the first level of appeal in the grievance process and ("ADC") staff follow all procedures outlined in this policy.

When I exercise use of the grievance procedure, ("ADC") staff join together to harass and retaliate against me with a

combination of any of the following unethical Acts:

1. Refuse to Answer ("D.O. 802's"); (SEE: Gomez's Exhibit B-6B)
2. Refuse to give Receipts for ("D.O. 802's");
3. Claim to never have Received ("D.O. 802's") from prisoners;
4. Claim to Return ("D.O. 802's") to prisoners (when in fact prisoner's never Received them).
5. Use the prisoner's appeals screening process to manipulate, improper, excessive and Repetitive delays;
6. Detaching prisoner's supporting documents from ("D.O. 802's") and returning ("D.O. 802's") to prisoners with written statement refusing to process ("D.O. 802's") because no supporting documents accompany ("D.O. 802's")
7. Dishonesty in "Screening out" ("D.O. 802's") (this unethical method is used in the Redaction criteria) to obstruct the ("D.O 802") from ever being processed).
8. Reporting deliberate false information in the course of Responding to ("D.O. 802")
9. Punitive and harassing cell searches to dissuade submittal of ("D.O. 802") and/or instigate other inmate(s) against the grievant to influence or coerce the withdrawal of ("D.O. 802's")
10. Intra-Facility, intra-housing and inter-cell transfer; Reclassification, Subsequent Job ("D.I. 326") unassignment and disregard for reassignment etc.

Such Acts of moral turpitude are some of the dirty tricks used in their collusive practice of Reprisals. They are concerted acts which violate the conspiracy Law of the 42 U.S.C. 1995 (3) and 1983. They are under-handed Attempts to assail our efforts to be heard - to frustrate my use of the grievance procedure - and Render the ("Vehicle for Review") ineffective.

Thus, we become disturbed with a mental anguish that compels me to grab and adopt other means and channels through which to seek and obtain Resolution.

The process of internal Administrative Review and Exhaustion pursuant to PLRA becomes unfairly difficult when (ADC:) personnel tamper with the appeals process. Neverthe less, I persist in spite of the onslaught of Reprisals. I suffer from many of the aforementioned unethical Acts. I also have several unanswered ("D.O. 802") in desperate need of location and Resolution. Therefore, I request a thorough and appropriate Investigation to ascertain necessary facts to correct this unlawful problem. Furthermore (Gamez:) request that Performance Measure # 26 be enforced.

I appreciate your assistance!

Sincerely,

Certification of Service
Copies of the foregoing were Mailed
This 30 day of Sept 2016

Arizona Attorney General's Office
Corizon
Amy Fettig
Charles L. Ryan et al.,
Complex Warden
Deputy Warden

MR Roberto Carrasco Gamez # 131401
ASPC-Lewis. Rast MAX
P.O. Box 3600. Buckeye, AZ
85326

# EXHIBIT B

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: [signature]
Title: COII
Badge #: 6492
Date: (mm/dd/yyyy) 5-25-2016

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Robert C | 131401 | 20 May 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast MAF | L21-092-016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response. 2 Conditions persist 3. Systemic deficiencies 4. failing to abate significant risk of injury

Attached forms herein to 1. Informal 22 Feb 16 2. Informal response 3 Griev. 15 March 16 4. Griev. response 2 May 16

This Griev. Appeal & Attached forms were signed & rec'd by above Officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 20 May 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# EXHIBIT C

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By:
Title: CO II
Badge #: 6492
Date: (mm/dd/yyyy) 5-26-16

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez Robert C | 131401 | 26 May 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast MAX | L21-096-016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies 4. failing to note significant risk of injury

Attached forms begin to 1. Informal 23 Feb 16 2. Response 22 Jan 16 3. Griev. 15 March 16 4. Griev. response 4/27/16

This Griev. Appeal & attached forms were signed & rec'd by above officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 26 May 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# EXHIBIT D

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: GARCIA, R
Title: COIII
Badge #: 3901
Date: *(mm/dd/yyyy)* 7-29-16

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 131401 | 20 Jul 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast MAX | L21-194C16 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies 4. Failure to avoid significant risk of injury

Attached findings pertain to 1. Informal Resolution 31 May 16 2. Informal Response 3. Griev. 16 June 16 4. Griev. Response 7/13/16

These Griev. & attached forms were signed & received by above official.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 20 Jul 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# EXHIBIT E

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: Garcia, D
Title: CO III
Badge #: 3901
Date: *(mm/dd/yyyy)* 7-29-16

(Inadequate Md facilities)

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 131401 | 28 Jul 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast MAX | L21-193-016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate significant risk of injury

Attached forms hereto: 1. Informal petition 19 Jun 16 2. Informal Response 6·15·16 3. Griev. 16 Jun 16 4. Griev. Response 7·13·16

This Griev. & attached forms were signed & recv'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| | 28 Jul 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution**

Complaint are limited to one page and one issue.

Please print all information.

Inadequate Med Fac

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert C | 131401 | ADC-Lewis Rast/Max | 8 June 16 |

| TO | LOCATION |
|---|---|
| CO III Aguirre | 3 B 1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the inadequate Medical facilities that continue to impede the effective delivery of care and place the safety of prisoners in jeopardy. I am a long time sufferer of respiratory illness including Asthma and Chronic Rhinitis/sinusitis. I continuously have made both written and verbal request to security and Medical personnel to be escorted to a Medical Unit to be evaluated for a (SVN) breathing treatment when my inhaler has proven to be ineffective since Rast Max does not have available medical staff or equipment to perform these duties. (ADC) implements a practice of transporting prisoners to Complex Medical, which requires additional staff and resources, therefore, Evaluations are impossible. I am continuously denied proper Evaluations consistent with Asthma related protocol and community standards of care due to the inadequate medical facility.

Resolution: Improve efficiency in its facilities, reform procedures when Asthma related care is required. The proper protocal in assessing a prisoner when emergency medical attention is required due to Asthmatic symptoms, is notifying the on-site Medical provider conduct an immediate evaluation that consist of listening to his/her lungs, peak air flow testing and checking vital signs. Due to Rast Max's inadequate facilities these protocals are not performed

INMATE SIGNATURE

DATE (mm/dd/yyyy) 8 June 16

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate, Canary – Grievance Coordinator File

802-11
6/25/14

This informal was hand delivered to CO III Aguirre on 8 June 16

# EXHIBIT F

ADC

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: Garcia
Title: CC III
Badge #: 3901
Date: (mm/dd/yyyy) 7-29-16

(GM # 92)

***Please Print***

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez Robert C | 131401 | 20 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC Lewis Rast Max | L21 176 016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies in failing to address significant risk of injury.

Attached forms hereinto 1. Informal 25 May 16 2. Informal response 6/6/16 3. Griev. 6 June 16 4. Griev. response 7/7/16

This Griev & Attached forms were signed & rec'd by a nurse officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 28 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

I did not receive a response from Medical within 15 working days per Dept Order 802.06 therefore I am moving forward with my Grievance. On 7 June 16 I hand delivered a Grievance to COIII Aguirre

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: Brad
Title: COII
Badge #: 601
Date: *(mm/dd/yyyy)* 07-08-16

(Performance Measure # 93)

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast Max | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failure to abate a significant risk of injury

Attached forms are part of Original Grievance packet 1. Informal 24 May 16 2. Informal Response 6 June 16 3. Grievance 6 June 16 (Attached)

This Grievance & Attached forms were signed & rec'd by above officer

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) 6/7/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3 within 10 calendar days of receipt of this notice*

("PM #93")

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible] | [illegible] | 6 June 16 |
| INSTITUTION/FACILITY: McClain's East MAX | | CASE NUMBER |
| TO: ~~GRIEVANCE COORDINATOR~~ Medical | | |

**Description of Grievance** *(To be completed by the Inmate)*

I am grieving the On-Going systemic deficiencies in McClain's East Max Mental Health Suicide prevention program. In Parsons v. Ryan et al ("ADC") stipulated that they would adhere to certain performance Measures. Each performance Each performance Measure is envision to abate the violation of prisoners federal Rights.

Pursuant to performance Measure #93 (ADC) shall ensure: "Mental Health Staff (Not to include LPN's) shall make weekly Rounds on all MH-3 and above prisoners who are housed in Maximum Custody." ("ADC) has completely failed to comply with the above performance measure thereby subjecting all subclass prisoners to A significant Risk of injury."

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Resolution: Comply with Performance Measure #93

Attached forms' Receipts 1. Informal 24 May 16 2. Informal Response 6 Jun 16

The Green CF-2 Suq Unit and Attached forms were signed for by above officer.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 6 Jun 16 | | |

**Action taken by** Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution** (P.M. "#93")

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis-Rast Max | 24 May 16 |

| TO | LOCATION |
|---|---|
| CO III Aguire | 3B1 #23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the On-Going systemic deficiencies in ASPC-Lewis-Rast Max, Mental Health Suicide prevention Program.

In Parsons v. Ryan et al. ("ADC") stipulated that they would adhere to certain performance measures. Each performance measure is envision to abate the violation of prisoner's federal rights.

Pursuant to performance measure #93, ("ADC") shall ensure:

"Mental Health staff (not to include LPN's) shall make weekly rounds on all MH-3 and above prisoners who are housed in Maximum custody."

("ADC") has completely failed to comply with the above performance measure, thereby subjecting all subclass prisoners to a significant risk of injury. The state legislation continues to approve budget increase so that ("ADC") could comply with the stipulation in Parsons. Yet, ("ADC") has failed to commit significant resources, trained staff and administrator's to engage in thoughtful planning to comply with constitutional requirements.

Resolution: Comply with performance measure #93

This informal resolution was handdelivered to CO III Aguire on 25 May 2016

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 24 May 16 |

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT G

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: Garcia, R
Title: Co 3
Badge #: 3901
Date: 7-29-16

*PLEASE PRINT* ("Allergies")

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gomez, Robert C | 131401 | 28 July 16 |

| Institution | Case Number |
|---|---|
| ASPC Lewis. Rast MAF | L21-188-016 |

TO: Director

I am appealing the decision of Medical for the following reasons: 1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate a significant risk of Injury

Attached forms hereto 1. Informal Resolution 24 May 16 2. Informal Response 6-6-16 3 Griev. 6 June 16 4. Griev. Appeal 7/13/16

This Griev. Appeal & Attached forms were signed & Recd By above Officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 28 July 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: [illegible]
Title: Coll
Badge #: [illegible]
Date: (mm/dd/yyyy) 07-09-16

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible] | [illegible] | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| [illegible] | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies in failing to [illegible]

Attached forms as part of Original Grievance packet 1. Informal 24 May 16 2. Informal reply 6 June 16 3. Grievance 6 June 16 (Attached)

[illegible] Grievance & attached forms were signed & [illegible] by above Officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [illegible] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez Robert C | P1401 | 6 June 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| McClellan Unit | |

TO: ~~GRIEVANCE COORDINATOR~~ Medical

**Description of Grievance** *(To be completed by the Inmate)*

I suffer from chronic allergies, which are exacerbated by pollen, dust and emotional stress. NC "has a policy and practice of failing to provide prisoners with specialty care that has resulted in unnecessary pain suffering and permanent injuries. The failure to treat and monitor the hypertrophy of my nasal turbinates has caused discomfort, swelling, severe headaches, persistent pain, sneezing, loss of the sense of smell ("anosmia") stuffed up nose and inability to breathe effectively through the nasal passage. The complete failure to monitor my symptoms or provide follow up treatment despite my persistent request has caused infection and severe obstruction to the nasal passage.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I am requesting to be evaluated by an specialist to perform a biopsies to rule out abnormalities of the nasal cavity due to exposure to dioxane "DX" a known carcinogenic solvent. Attached items pertaining 1. Informal 24 May 16 2. Informal Response 1 June 16

The grievance attached forms were signed & faxed by above officer.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

Allergies

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis Rast Max | 23 May 16 |

| TO | LOCATION |
|---|---|
| CO III ~~[illegible]~~ Aguire | 3B1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem I suffer from chronic allergies, which are exacerbated by pollen, dust and emotional stress ADC has a policy and practice of failing to provide prisoners with specialty care that has resulted in unnecessary pain suffering and permanent injuries. The failure to treat and monitor the hypertrophy of my nasal turbinates has caused discomfort swelling, severe headaches, persistent pain, sneezing, loss of the sense of smell ("Anosmia") stuffed up nose and inability to breathe effectively through the nasal passage. The complete failure to monitor my symptoms or provide follow-up treatment despite my persistent request has caused infection and severe obstruction to the nasal passage. I am requesting to be evaluated by an oncologist to perform a biopsies to rule out carcinomas of the nasal cavity, due to exposure to dioxane ("DX") a known carcinogenic solvent

This informal was hand delivered to CO III Aguire on 23 MAY 2016

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 23 May 16 |

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT H

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: Garcia
Title: CO II
Badge #: 7901
Date: 7-29-16

*PLEASE PRINT*

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gomez, Robert C ("Eyes") | 131401 | 28 Jul 16 |

| Institution | Case Number |
|---|---|
| ASPC-Lewis Rast Max | 121.187.016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate a significant risk of Injury

Attached items hereto: 1. Informal Resolution 24 May 16 2. Informal Response 6/6/16 3. Griev. 6/6/16 4. Griev. Appeal 7/13/16

This Griev. & Attached items were signed & recd by above officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 28 Jul 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

I did not receive a response from Medical within 15 working days pursuant to Dept Order 802.06 Therefore I am moving forward with my Grievance (6 June 16) I have elevated a Grievance to CPT Aug...

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received By: | [illegible] |
| Title: | COII |
| Badge #: | 169 |
| Date: (mm/dd/yyyy) | 07-08-16 |

(Eye Examination)

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Robert C | 131401 | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC Lewis-Rast Max | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions present 3. Systemic deficiencies in failing to abate a significant risk of injury.

Attached forms: as part of Original Grievance packet 1. Informal 24 May 16 2. Informal response 6 June 16 3. Grievance 6 June 16

The Grievance & Attached forms were signed & dated by above officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

ADC

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE | C O III |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| [illegible] | [illegible] |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible] | 131401 | 6 June 16 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASPC Lewis East Max [illegible] | | |
| TO: GRIEVANCE COORDINATOR | Medical | |

**Description of Grievance** *(To be completed by the Inmate)*

In 2002, I suffered a injury to left eye, decreased vision. Corizon is adamant to adhere to a practice of denying the meaningful routine eye examinations and operation to correct vision defects. I am requesting specialty care and a consultation referral to an outside ophthalmologist and other eye specialist for competent examination service [illegible] [illegible] to pupil spreading wider, losing eye sight

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Resolution: Consult with outside ophthalmologist, adequate medical services

Attached forms here into: 1. Informal 24 May 16 / 2 Informal Response 03 Jun 16

This Grievance & Attached forms were signed & received by [illegible] Officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Carrillo, D | |
| TITLE | |
| Coii | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 5382 | 01-13-2016 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Dameth, Robert C | 131401 | 13 JAN 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis RA-1 MAX | L21-025-016 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

In 2002 I suffered a Injury from Tiny Micro-shards of tempered glass that entered into my left eye at a high velocity causing [illegible] to [illegible], [illegible] to light and sensitivity to light. I have made several [illegible] complaints that I suffer pain from [illegible] sensation, migraines, imbalance in the eye muscles, eye [illegible], fatigue and decreased eye vision. "Corizon" has adamantly adhered to a practice of denying me medical routine eye examinations, eye drops and operation to correct vision defects. Despite entries in information obtained in my Medical records, [illegible] ("HNR's"), thereby verifying the persisting damage to my vision "Corizon" continues without a deliberate indifference to my declining eye sight. As a result of the following systemic deficiencies I have been denied competent access to health care. Complete denial or [illegible] in Medication and Medical devices. Delays in providing Routine eye examinations. Delays in accessing

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

consultant in referrals to ophthalmologists and other eye specialists. Failure to adequately [illegible] and manage my health care requirements. Failure to perform operation by a highly [illegible] surgeon [illegible] Medical Care. Attached forms herein to. 1. [illegible] 2. [illegible]

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 13 JAN 16 | Coii [signature] | 1/15/16 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy - Inmate
FINAL: White – Inmate, Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

(Eye (s))

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert | 131401 | ASPC-Lewis East Moray | 20 May 16 |

| TO | LOCATION |
|---|---|
| COIII Aguirre | 3B1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. In 2002 I suffered a injury to left eye, decreased vision. ("Corizon") has adamantly adhere to a practice of denying me meaningful routine eye examinations and operation to correct vision defects. I am requesting specialty care and a consultation referral to an outside ophthalmologist and other eye specialist for competent examination. severe pain, irregularities to pupil spreading wider, losing eye sight

Resolution: Consult with outside ophthalmologist

INMATE SIGNATURE

DATE (mm/dd/yyyy) 20 May 16

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

This Informal was hand delivered to COIII Aguirre on 25 May 16

# EXHIBIT I

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: Garcia
Title: CO III
Badge #: 3901
Date: 7-29-16

PLEASE PRINT

("FREE SPACE")

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gomez, Robert C | 131401 | 28 Jul, 16 |

| Institution | Case Number |
|---|---|
| ASPC-Lewis Rast MAX | L21-175-016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate a significant risk of Injury

Attached items hereto 1. Informal 24 May 16 2. Informal Response 6/6/16 3. Griev. 6 June 16 4. Griev. Appeal 7/7/16

This Griev. & attached items were signed & rec'd by Nove Officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 28 Jul, 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION: WHITE - White & Canary - Grievance Coordinator; Pink - Inmate; FINAL: White - Inmate; Canary - Grievance File

902-3
12/13/09

I did not receive a response from medical within [illegible] [illegible] 802 [illegible]. There [illegible] On 7 Jun 16, I handdelivered a Grievance to [illegible]

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received By: | [illegible] |
| Title: | Coll |
| Badge #: | 1481 |
| Date: *(mm/dd/yyyy)* | 07-08-16 |

***Please Print***

(Illness in [illegible] [illegible] Care)

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [illegible] | [illegible] | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| [illegible] | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions present 3. Systemic deficiencies in failing to abate a significant risk of injury.

Medical forms as part of [illegible] Packet 1 Informal 24 May 16 2 Informal [illegible] 6 June 16 3 Grievance 6 June 16 (Attached)

[illegible] Attached forms were [illegible] [illegible] [illegible] [illegible].

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) 6/7/16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [handwritten, illegible] | 121401 | 6 June 16 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| [handwritten, illegible] | | |
| TO: GRIEVANCE COORDINATOR | Medical | |

**Description of Grievance** *(To be completed by the Inmate)*

[handwritten, largely illegible] ... recommended ... Medical devices ie. knee brace and Arch Supports there has been an extreme delay in providing [illegible] access to health care has resulted in further injury and unnecessary pain

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Resolution: [illegible] please [illegible] recommendation and provide me with ~~Right~~ knee brace and ~~Arch Supports~~
Attached forms [illegible] to 1. Informal 24 May 16 2. Informal Response [illegible] June 16
This Grievance & attached forms were signed & [illegible] to [illegible] officer.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 6 June 16 | | |

**Action taken by** Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

KNEE BRACE

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert | 131401 | ASPC-Lewis-East MAP | 20 May 16 |

| TO | LOCATION |
|---|---|
| CO III Aguirre | 3B 1 #23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. On or about 10 Feb. 16, NP Tammy Taylor recommended specialty medical devices, i.e. knee brace, and arch supports. There has been an extreme delay in providing "competent" access to health care has resulted in further injury and unnecessary pain.

Resolution: Could you please process my recommendation and provide me with right knee brace and arch supports.

This Informal was handdelivered to CO III Aguirre on 23 May 16

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 20 May 16 |

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT J

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: [signature]
Title: CO III
Badge #: 3901
Date: 7-29-16

*PLEASE PRINT*

("Neuropsychologist")

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gamez, Robert C | 131401 | 28 July 16 |

| Institution | Case Number |
|---|---|
| ASPC Lewis Rast MAX | L21-190-0116 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3 Systemic deficiencies in failing to abate a significant risk of injury.

Attached items hereinto 1. Informal 8 June 16 2. Informal Response 6/15/16 3. Griev. 16 June 16 4. Griev. Response 7/13/16

This griev. & Attached items were signed & rec'd by above officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 28 July 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

I did not receive a response from Medical ... Therefore I am moving forward with my Griev. Appeal. On 8 July 16 I hand delivered a Griev. to CO III [illegible] Carrillo

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| Received By: | Bra |
|---|---|
| Title: | Coll |
| Badge #: | 1241 |
| Date: (mm/dd/yyyy) | 07-08-16 |

(Neuropsychiatrist)

***Please Print***

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert C | 131421 | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-East MAX | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate A significant risk of Injury.

Attached forms as part of Original Griev. packet 1. Informal [illegible] June 16 2. Informal Response 15 June 16 3. Griev. 16 June 16 (Attached)

This Griev. & Attached forms were signed & Rec'd by above officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

CORRECTIONS ADC

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| [illegible] | |
| TITLE | |
| [illegible] | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 5382 | 06 11 2016 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible] C | 131401 | 10 June 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC [illegible] | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I continue to experience psychological harm, [illegible] downward feeling, hopelessness, anxiety, rage, panic, hypersensitivity, depression, aggression, irritability, paranoia, socially withdrawn, problems concentrating, [illegible] direction in conjunction with cognitive dysfunction and poor impulse control caused by frontal lobe brain damage.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I would like to be evaluated by a neuropsychologist to determine the extent of frontal lobe been damage due to my [illegible] Special Service [illegible] using a battery of neurological test including an emergency circuit with specialist to determine whether [illegible] [illegible] since 15 [illegible] [illegible]

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 10 Jun 16 | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution**

frontal lobes

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis Rast MAX | 8 June 16 |

| TO | LOCATION |
|---|---|
| COIII Aguirre | 3D1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am Attempting to informally resolve the following problem. I continue to Experience psychological harm and spiral downward feeling hopelessness Anxiety, Rage, panic, hypersensitivity, regression, Aggression, irritability paranoia, social withdrawn, problems concentrating, Anger, depression in conjunction with cognitive dysfunction and poor impulse control caused by frontal lobe Brain damage

Resolution: I would like to be evaluated By a neuropsychologist to determine the extent of Frontal lobe Brain damage due to my extended stay in Severe Isolation using a battery of neurological test including an emergency consult with specialist to determine whether lead posioning is the initial cause of Brain Damage.

This informal was hand delivered to COIII Aguirre On 8 June 2016

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 8 June 16 |

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT K

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(Fee deductions)

Received By: Garcia, R
Title: CO III
Badge #: 3901
Date: (mm/dd/yyyy) 7-29-16

***Please Print***

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert C | 131401 | 28 Jul 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast MAX | 121-189-016 |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies in HNR management system

Attached forms as part of original grievance: 1. Informal resolution 8 Jun 16 2. Response 15 June 16 3. Grievance 16 June 16 4. Med. resolution 13 July 16

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

[illegible handwriting] I am [illegible] forwarded with my [illegible]. On 16 June 16 I handed [illegible] to [illegible] Carrillo

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: [illegible]
Title: Coll
Badge #: [illegible]
Date: (mm/dd/yyyy) 07-08-16

Fee deductions

***Please Print***

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert C | 131401 | 8 July 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-Kent [illegible] | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies in [illegible] management system

Attached forms as part of original [illegible] 1. Informal 8 June 16 2. Informal response 15 June 16 3. Grievance 16 June 16 (Attached)

This [illegible] & attached forms were [illegible] by [illegible]

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [illegible signature] | 8 July 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

RECEIVED BY

TITLE

BADGE NUMBER | DATE (mm/dd/yyyy)

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

("fee deductions")

| INMATE NAME (Last, First M I) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Robert C | 131101 | 14 Jan 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast Max | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

It was recently determined that "NC [illegible] (Corizon) has established a practice of charging me for medical care that was required from my chronic conditions. Pursuant to A.R.S. § 31-201.01 prisoners who suffer from chronic illnesses are exempt from fee deductions!

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

[illegible] medical fees [illegible] 1. [illegible] 8 Jan 16 2. [illegible] 1 Jan 16 [illegible] occurred.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 1 Jan 16 | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution**

fee deductions

Complaints are limited to one page and one issue.

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert | 131401 | ADC-Lewis-Rast Max | 8 June 16 |

| TO | LOCATION |
|---|---|
| ~~CO III~~ Aguirre | 3B1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. It was recently determined that ("ADC") and ("Corizon") has established a practice of charging me for medical care that had recurred from my chronic condition(s).
Pursuant to A.R.S. § 31-201-01 prisoners who suffer from chronic illnesses are exempt from ~~all~~ fee deductions.

Resolution: Reimbursement for all wrongfully deducted fee's

This informal was handdelivered to CO III Aguirre on 8 June 2016

INMATE SIGNATURE

DATE (mm/dd/yyyy) 8 June 16

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator. Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT L

I did not receive a response from DW ... pursuant to D.O. 802 therefore I am moving forward with my Appeal.

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By:
Title:
Badge #:
Date: *(mm/dd/yyyy)*

On 2 Aug. 16, I hand delivered a Griev. to CO III Aguirre (9414)

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast Max | |

TO: Warden

I am appealing the decision of DW for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Unconstitutional Written policy or practice

Attached forms herein to 1. Informal 18 July 16 2. Grievance 2 Aug 16

This Grievance & Attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Aguirre | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 10437 | 8/2/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

(914)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Richard C | 131401 | 2 Aug 16 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASPC Lewis Rast MAX | | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I AM requesting that ("ADC") Rescind Dept. Order 914 Inmate Mail ("ADC") promulgates a written policy that does not provide Sender/Publisher a forum to appeal its decision to exclude its Material, where, the Sender/Publisher have a constitutional interest to communicate with prisoner-subscribers. Sender/Publisher have a right to receive Notice and an opportunity to be heard when ("ADC") prevents the Sender/Publisher's expressive material from reaching their intended recipient.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Gomez' request that ADC Rescind and/or Modify its current D.O. 914 Inmate Mail policy that provides the sender/publisher a right to appeal decisions that excludes their material. (Gomez') further request specific direction and training to all Mail room staff consistent w/ the proposed resolution. Attached find Exhibits 1. Informal 18 July 16 2) Informal Response 1 Aug 16
The Grievance & Attached documents were signed & received by above officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 2 Aug 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

(914)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Gamez, Robert C | 131401 | ASPC-Lewis/Rast Max | 18 Jul, 16 |

| To | Location |
| --- | --- |
| Mr Aguirre Informal Resolution | 3B I 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am requesting that (ADC) rescind Dept Order 914 - Inmate Mail ("ADC") promulgates a written policy that does not provide Sender/Publisher a forum to appeal its decision to exclude its material, whereas, the sender/publisher have a constitutional interest to communicate with prisoner-subscribers. Sender/Publisher have a right to receive notice and an opportunity to be heard when ("ADC") prevents the sender/publishers expressive material from reaching their intended recipients. Resolution: ("Gamez") request that ("ADC") rescind and/or modify its current DO 914 - Inmate Mail policy that provides the sender/publisher a right to appeal decisions that excludes their material ("Gamez") further request specific direction and training to all mailroom staff consistent with the proposed resolution

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
| --- | --- |
| [signature] | 18 Jul, 16 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12