# EXHIBIT M

I did not receive a response from DW level in this 15 days as pursuant to D.O. 802.03 therefore, I am moving forward with my Appeal.

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

On 4 Aug 16, I hand delivered a griev. to CO II Gonzalez ("Grievance System")

Received By:
Title:
Badge #:
Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis. Rast MAX | |

TO: Warden

I am appealing the decision of DW for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to respond to Grievance(s)

Attached forms herein to 1. Informal 10 July 16 2. Griev. & GF Supplement 2 Aug 16

This grievance & Attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| Gonzalez | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 12282 | 08/04/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

(Grievance Form)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, [illegible] C | [illegible] | 2 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis East MAX | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I am grieving the ongoing problem that concerns ASPC-Lewis East Max administrations consequential practice of violating my 1st and 14th Amendment right to redress a grievance [illegible] the [illegible]. Since May 2016 I have submitted several Inmate grievances that I have not received responses for. As observed in (ADC "[illegible]") (D.O. 802) all prisoners must exhaust administrative remedies prior to seeking [illegible] through alternative means. East MAX administration have demonstrated a deliberate disregard for its own rules and regulations which govern the [illegible] to receive [illegible] and answer grievances. I continuously express my concerns to on duty supervisors, DW's and Complex Warden [illegible] including "ADC['s] General Counsel" Mr. [illegible] Kerch[?]. They [illegible] don't care to provide prisoners a [illegible] to express their complaints nor do they care to [illegible] data outlining the problems within their Institution (ADC) [illegible] established (D.O. 802) to [illegible] grievances

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

[illegible] adequate grievance system. I have several unanswered grievances out of time-frames in desperate need of [illegible] and resolution. Therefore, I'm requesting a thorough and Independent Investigation to ascertain necessary facts to [illegible] this unlawful problem.
Attached forms [illegible]: 1. Informal [illegible] 2. Informal Response(s)
The [illegible] attached forms were signed [illegible] by above officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | [illegible] Aug 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

Gonzalez
COII
Title I
Index #12282 | Date 08/04/16

ADC

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gomez, Rafael C | 131461 | ASPC-Lewis-Rast/MAX | |

with Access to an inmate grievance system which might otherwise burden the court. Instead of implementing a meaningful structure that actually includes Response(s) timely, Rast MAX has strived to advocate for frustration in meeting their obligation to answer administrative complaint(s).

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 2-Aug-16 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

Grievance (s)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis Rast Max | 10 July 16 |

| TO | LOCATION |
|---|---|
| COIII Aguire | 3B 123 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the On-Going problem that concern's ASPC-Lewis-Rast Max administrations ) conspiratorial practice of violating my ) 1st and 14th Amendment Right to redress a grievance / petition the court. Since May 2016, I have submitted several Inmate Grievance(s) that I have not received response's for. As observed in ("ADC's") ("D.O. 802"), All prisoners must Exhaust Administrative Remedies prior to seeking recourse through alternative means. Rast Max administration have demonstrated a deliberate disregard for it's own Rules and Regulations, which govern their duty to receive, process and answer grievance(s). I continuously express my concerns to on-duty supervisors, P.W.'s and Complex Warden Moody including ("ADC's") General Counsel (- Mr. Brad Keogh"). They simply don't care to provide prisoners a forum to express their complaints / nor do they care to collect data outlining the problems within their Institution ("ADC") formally established ("D.O. 802") to provide prisoners with Access to an inmate grievance system, which might otherwise burden the court. Instead of implying a meaningful structure that actually provides Response(s) [time], Rast Max has shown to advocate for frustration in meeting their obligation to answer Administrative Complaint(s).

Resolution: ) Design a adequate Grievance system. I have several unanswered grievances out of time-frame's in desperate need of location and resolution. Therefore, I request a thorough and Independent Investigation to ascertain necessary facts to correct this unlawful problem.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 10 July 16 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Sgt. Torres

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT N

I did not Receive A Response from Medical within 15 work days, pursuant to DO 802 06 therefore, I am moving forward with my appeal. On 4 Aug 16,

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

I hand delivered a griev. to CO II Gonzalez (falsified Med. Records)

Received By:
Title:
Badge #:
Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast Max | |

TO: Director

I am appealing the decision of Medical for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate a significant risk of Injury

Attached Forms herein to 1. Informal 18 July 16 2. Grievance 2 Aug 16

This grievance & attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

ADC

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| Gonzalez | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 12282 | 08/04/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

(Falsified Md. records)

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [illegible] | [illegible] | [illegible] Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast Max | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

While reviewing my medical records on 15 July 16, it was discovered that my medical records were falsified on 1 July 16 by medical and security personnel. Nurse Uriarte and CO II Mendez knowingly fabricated statement(s) to justify them signing a refusal form without my knowledge or consent. Furthermore, Uriarte state(s) that she evaluated P.T. at his cell front and no acute distress was observed. This statement is intended to minimize my deteriorating chronic respiratory disease i.e. Asthma that requires an ongoing serious medical treatment plan. Both Uriarte and CO II Mendez have clearly shown a deliberate indifference to my serious medical needs in violation of the Eighth Amend. for knowingly fabricating my medical records. I was never evaluated by Uriarte. My allegations are not merely self reporting but could be substantiated through ASPC-Lewis Rast Max surveillance cameras.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Investigate my allegations and reprimand staff for fabricating my medical records. Furthermore, [illegible] safeguards should be implemented to [illegible] pattern or practice of such [illegible] misconduct.

Attached forms hereto: 1. Informal 15 July 16 2. Informal Resp. 1 Aug 16

The grievance & attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 5 Aug 16 | | |

Action taken by ____________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | | |

ADC

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

("falsified Medical Records")

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis/Rast Max | 18 Jul, 16 |

| To | Location |
|---|---|
| COIII Aguiar — Informal Resolution | 3B1 #23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. While reviewing my medical records on 15 Jul, 16, it was discovered that my medical records were falsified on 1 Jul, 16 by medical and security personnel. Nurse Uriarte and COII Morales knowingly fabricated statements to justify their signing a refusal form without my knowledge or consent. Furthermore, Uriarte states that she evaluated I.T at his cell front and no acute distress was observed. This statement is intended to minimize my deteriorating chronic respiratory disease i.e Asthma that requires an on-going serious medical treatment plan. Both Uriarte and COII Morales have clearly shown a deliberate indifference to my serious medical needs in violation of the Eighth Amend. By knowingly fabricating my medical records. I was never evaluated by Uriarte! My allegations are not merely self reported but could be substantiated through ASPC-Lewis Rast Max surveillance cameras. Resolution: Investigate my allegations and reprimand staff for fabricating my medical records. Furthermore, peer review safeguards should be implemented to avoid a pattern or practice of such egregious misconduct.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 18 Jul, 16 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No HNR

If yes, give the staff member's name:

Distribution: Original – Master File
Copy - Inmate

916-1(e)
5/14/12

# EXHIBIT O

I did not receive a response [illegible] within 15 work days, pursuant to Dept. Order 802.03 therefore, I am moving forward with my Appeal. On 4 Aug 16, I handdelivered A Griev. to CO II Gonzales ("Pricket Gongs")

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC Lewis Rast Max | |

TO: Warden

I am appealing the decision of D.W for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to Abate A significant Risk of injury

Attached forms herein to 1. Informal 10 July 16 2. Grievance 4 Aug 16

this grievance & Attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

RESPONSE TO INMATE BY

LOCATION

STAFF SIGNATURE

DATE *(mm/dd/yyyy)*

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| Gonzalez | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 12282 | 08/04/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [illegible] Robert C | F1401 | 2 Aug 16 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASPC [illegible] East [illegible] | | |
| TO: GRIEVANCE COORDINATOR | | |

**Description of Grievance** *(To be completed by the Inmate)*

I am grieving the continuing problem between ("ADC") and ("Trinity's") complete failure to provide prisoners with [illegible] are required to receive [illegible] every other day according to their [illegible] menu "ADC" attempts to [illegible] the department on the [illegible] that the entire State of Arizona has a [illegible] shortage.
[illegible] the [illegible] and [illegible] [illegible], the weekly menu averages are not meeting the Minimum Calorie [illegible] per day, thereby causing me to suffer [illegible] [illegible] [illegible] [illegible] [illegible] to [illegible] [illegible])

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

The Eighth Amendment requires that prisons provide adequate Nutritional Value to maintain physical Mental Health and food that is prepared and served [illegible] under Sanitary Conditions. pursuant to LeMaire v. Maass 12 F.3d 1444 1456 (9th Cir. 1993)
Attempt Forms [illegible] 1. Informal [illegible] July 16 2. Informal [illegible] Aug 16
[illegible] [illegible] [illegible] [illegible] Forms were [illegible] [illegible] [illegible] officer

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | Aug 16 | | |

Action taken by ________________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution** ("Boiled Eggs")

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis East MAX | 10 Jul, 16 |

| TO | LOCATION |
|---|---|
| CO III Aguire | 3B1 23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the On-Going problem between ("ADC") and ("Trinity's") complete failure to provide prisoners with "Boiled Eggs. Prisoners are required to receive Boiled Eggs every other day according to their written menu. ("ADC") Attempts to justify the deprivation on the basis that the entire State of Arizona has a egg shortage. Although, this may be true, it does not absolved ("ADC") and its subcontractor from taking immediate corrective Action to implement A practice of substituting the missing calorie intake. Despite my continuous efforts to have line-officers and Trinity correct the problem they have not done so.

Due to the missing and Meager portions, the weekly menu averages are not meeting the average calorie count per day thereby causing me to further deteriorate, commonly associated with ("ADC's" Supermaximum) facility i.e. Extreme Isolation.

Resolution: The Eighth Amendment requires that prisoners receive Adequate Nutritional Value to maintain physical, Mental Health and food that is prepared and served timely under sanitary conditions pursuant to LeMaire v. Maass 12 F.3d. 1444, 1456 (9th cir. 1993)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 10 Jul, 16 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Sgt Torres

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT P

I did not receive a response within ... days ... to Dept Order 802. Therefore I am moving forward with my appeal. On 4 Aug 16 I hand delivered a griev. to CO II Gonzalez ("CO Koms")

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

*Please Print*

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast Max | |

TO: Warden

I am appealing the decision of D.W. for the following reasons: 1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to provide prisoners meaningful access to the courts.

Attached items hereto 1. Grievance & GF Supplement 2 Aug 16

This grievance and attached forms were signed & received by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| Gonzalez | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 12282 | 08/04/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

("CD-ROMS" 1)

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 121401 | 2 Aug 16 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASPC Lewis - Rast MAX | | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

ADC "Department Order 902 Inmate Access to the Court ("D.O. 902") is facially deficit because it fails to provide adequate facilities equipped with a reasonable amount of computers so therefore, prisoners could review their C.D.-Roms. "Policy/Practice has created barriers and continues to severely hinder the pursuit of my access to the Court, resulting in dismissal of several case(s) and has also frustrated my ability to substantiate my claim(s) and/or prosecute Court proceedings "Effectively". A litigant discovers ("the fact(s)") supporting his claim(s) only when he learns, through investigation and research. If a litigant isn't able to perform these duties he would simply be oblivious to the facts supporting his claim(s). I have accumulated several CD-Rom(s) in my case. It's extremely expensive to transcribe the entire case file, therefore, requiring [illegible] transcribe depositions,

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I am requesting ADC modify ("D.O. 902") that allows prisoners access to a computer to review my case file and a CD player to listen to depositions. Despite persistent complaints ADC has shown an unwillingness to enforce an alternative plan that provides me effective... cont. attached form(s) hereto. 1. Informal 17 July 16 2. Informal Resolution Response 17 July 16 [illegible] attached forms were signed & received by above officer

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 2 Aug 16 | | |

Action taken by ____________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance – GF Supplement

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
| --- | --- | --- | --- |
| Gamez, Robert C | 131401 | ASPC Lewis Raf | |

Crime scene photos anymore. Due to the advancement in technology Most prisons including California State prisons have incorporated computers in their Library to ensure prisoners are afforded Access to the Courts

Resolution, cont. Access to my case file.
Regulations and practices that unjustifiably obstruct the availability of professional Representation or other aspects of the right to Access to the Courts are invalid Procunier v. Martinez 416 U.S. 396 (1974)

SIGNATURE

DATE *(mm/dd/yyyy)* 2 Aug 16

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

# EXHIBIT Q

I didnt Receive a response from DW but it has been 15 working days since I sent to DO 8 Aug 03, therefore, I am moving forward with my appeal. On 8 Aug 16, I hand delivered a Griev. to CO II Espino ("legal files")

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis-East MAX | |

TO: Warden

I am appealing the decision of DW for the following reasons:

1. Unsatisfactory Response. 2. Conditions persist 3. Systemic deficiencies in failing to provide prisoners Meaningful Access to the Courts.

Attached forms hereinto 1. Griev. & GF. Supplement 8 Aug 16

This grievance & Attached forms were signed & rec'd by above officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

I did not receive a response [illegible] Dept. Order 802.01

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

Therefore, I am moving forward with my Grievance.

On 11 July 16, I handdelivered an Informal to Sgt. Torres

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| RECEIVED BY | TITLE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | CO II | 12005 | 8/8/16 |

Legal Prf 9151

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Robert C | 131401 | 8 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC Lewis Rast Max | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

("Gomez") has accumulated approximately Twenty-Three legal boxes [illegible] crime scene photos [illegible] ("ADC") (D.O. 909) prohibits prisoners from having/possession of Crime Scene photo's inside their cell (see: D.O. 909 1.5.3) Charles L. Ryan and Legal Access Monitor Julia Erwin are responsible to Monitor prisoner's Access To the Courts ("D.O. 902") intended purpose and to ensure ("ADC") staff are complying with the provision ("ADC") staff at ASPC-Lewis Rast Max has failed to establish post orders or Institutional orders thereby complying with both Dept. Orders. Other Maximum Custody facilities have implemented a practice of designating a holding enclosure inside the Library so therefore prisoners could Litigate their case(s) in a Meaningful Manner.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

("Gomez") ask ("ADC") to enforce their own policies, designate a specific day and time once a week for up to (4) hours, a chair, desk and his legal Material to conduct Legal Research and Investigation/Practices. Attached items herein to 1. Informal Resolution 10 July 16 2. C.F. Supplement

The Grievance & Attached items were signed and Received by above officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 8 Aug 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance – GF Supplement**

Title
Badge # | Date

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis Rast Max | |

Between 1 Feb. 16 and 11 Jul. 16 ("Gamez") has made approx. 24 request to Mail and Property personal, On-Line Officers and Supervisors to Review his Legal Documents to research and investigate any possible leads that provide ("CR") and has only been provided the opportunity 10 times. Such practice as described herein is highly prejudical, forcing ("Gamez") to Litigate his cases in piecemeal.

The Majority of ("Gamez's") request have been denied on the basis that ASPC-Lewis Rast Max is short staffed and don't have the appropriate number of staff to perform their delegated responsibilities. Deputy Warden W. Moreno is responsible for ensuring adequate ("ADC") security staffing levels to perform their duties. ("ADC") have consistently frustrated, impeded and denied ("Gamez's") Access to the courts through-out the life span of his Legal Activities by Acquiescing a deficit policy, practice and have failed to train or supervise) Mail and Property personnel) to perform their delegated obligation outlined in (00.902)

SIGNATURE [signature]

DATE (mm/dd/yyyy) 8 Aug 16

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

# EXHIBIT R

I did not receive a response from D.W. and within 15 working days pursuant to D.O. 802.03. Therefore, I am moving forward with my appeal. On 8 Aug 16, I mailed a griev. to COII Espino ("First Legal Mail #1")

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gomez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-Lewis East Max | |

TO: Warden

I am appealing the decision of D.W. for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Impeding prisoners Access to Court.

Attached items hereto 1. Informal 10 July 16 2. Grievance 8 Aug 16

This grievance & Attached item were signed & rec'd by above Officer.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

I did not receive a response from CO III level within 15 workdays pursuant to Dept. Order 802.0

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance** Therefore, I am moving forward with the Grievance. On 11 Jul 16, I handdelivered an Informal to Sgt. Tex[illegible] (Lost Legal Mail)

| RECEIVED BY | |
|---|---|
| Espino, M | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 12005 | 8/8/16 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible], Robert C | 131401 | 8 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| McFadden [illegible] | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

My Attorney Ms. Stacy Scheff concedes that she sent me a packet of Legal Mail between 14 Jan. 16 till 22 Jan. 16 that I did not receive. The Legal Mail would have been logged using the Legal Mail Informational Log Sheet. (ADC) is required to process Legal Mail according to its policy, which requires all Legal Mail be documented. I subsequently spoke to Mail and Property personnel they claimed a Legal packet was received by Complex but never forwarded to me, therefore, I am requesting an investigation into its whereabouts.

On 19 Feb. 16, I submitted a Grievance to CO III Carrillo that never got processed therefore I'm reiterating my complaint under a new Grievance Committee.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Advise Ms. Scheff about the lost Legal Mail. Compensate for research, copies, and postage payable to Ms. Scheff. In the alternative, return Legal Mail.

Attached form: Inmate 1. Informal 10 Jul 16

this Grievance & Attached forms were signed & dated by above officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 8 Aug 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

(Lost Legal Mail)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-LEWIS-Rast MAX | 10 July 16 |

| TO | LOCATION |
|---|---|
| COIII Aguire | 3B1 #23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally Resolve the following problem. My Attorney Ms. Stacy Scheff [concedes] that she sent me a packet of legal Mail between 14 Jan. 16 till 22 Jan. 16, that I did not receive. The legal Mail would have been logged using the legal Mail [Incoming] Log sheet. (ADC) is required to process legal Mail According to its policy which requires all legal Mail be documented. I subsequently spoke to Mail & property personnel they admit a legal packet was received by complex but never forwarded to me, therefore, I am requesting an investigation into its whereabouts. On 19 Feb. 16, I submitted a Grievance to COIII D. Carrillo that never got processed therefore, I'm Reiterating my complaint under a new Grievance Committee.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 10 July 16 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: Sgt. Torres

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# EXHIBIT S

I did not receive a response from DW [illegible] ... to D.O.[illegible]

then I am moving forward with my appeal. On 10 Aug 16, I handed the [illegible] a copy to badge # 18183 ("Special Action")

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

***Please Print***

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC Lewis, [illegible] | |

TO: Warden

I am appealing the decision of D.W for the following reasons:

1. Unsatisfactory response 2. Conditions persist 3. Systemic deficiencies in failing to provide prisoners meaningful access to the Courts.

Attached forms herein to 1. Informal 10 Jul 16 2. Para legal request form 12 Jul 16 3. Griev. 9 Aug 16

This griev. & attached forms were signed & rec'd by above officer

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

I did not receive a reply from CO ... Investigation ... to Dept. Order 802.0 therefore, I am moving forward with my grievance. On 11 Jul 16, I hand delivered an Informal to Sgt. Torres

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

("Special Action")

| RECEIVED BY | |
|---|---|
| [signature] | |
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 3 | 8 10 16 |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Abel C | 131401 | 9 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis-Rast Max | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I am requesting that ("ADC") rescind and/or modify Dept. Order 902 - Inmate Access to the Court ("D.O. 902") ("ADC") promulgates a written policy that states: 1. Paralegal shall not assist in Non-Qualified legal claims. This written policy prevents paralegal ("Librarian") from providing legal assistance for claims involving a Special Action in State Court on the premise that it does not fall within the narrow exception of a qualified legal claim. It further prevents ("Librarian") from providing legal assistance in preparing a petition for review pursuant to Ariz. R. Crim. P. 32.9 (c). ("Gomez") made repeated request for legal assistance to properly present his contention that he was denied due process during his disciplinary proceedings. Ostensibly, to challenge disciplinary proceedings a prisoner must first exhaust remedies in the State Court.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Declaration: the Constitutional right of access to the courts extends through out final disposition of Special Action proceedings, into the § 2254(a) Writ of federal habeas corpus ("Pending Stage") for consideration in compliance with ("AEDPA's") hyper-technical requirements

Attached forms hereto: 1. Informal 11 Jul 16 2. GF Supplement 11

This Grievance & attached forms were sent to be rec'd by above officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 9 Aug 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement** ("Special Action")

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gomez, Robert C | 121401 | ASPC-Lewis Rast Max | |

In order to "properly exhaust" his federal habeas corpus claims, a prisoner must first seek review by bringing a "Special Action" in Superior Court and must then appeal that decision to the Ariz. Court of Appeal to exhaust his claims before seeking federal habeas relief.

Although (D.O. 902) facially establishes a written policy that provides assistance with a petition for federal habeas relief, prisoners are often illiterate, uneducated, ill-equipped and acting ("pro se") rarely present promptly or properly exhaust their Constitutional challenges in the State forum. If "D.O. 902" would continue to operate in this fashion it would lose its credibility in vindicating a Writ of Habeas Corpus petition in subsequent proceeding, whereas a prisoner would be immediately subjected to dismissal on ("ADC's") hypertechnical grounds.

("ADC's") ("D.O. 902") has a profoundly adverse and unfair effect not only in the Special Action but also in any subsequent federal habeas petition because prisoner(s) would not be permitted to obtain federal review of those claims unless he first has complied with State Court procedures

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 9 Aug 16 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Special Action

*Complaints are limited to one page and one issue.*

*Please print all information.*

| [IN]MATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [illegible]ampe, Robert C | 131901 | ASPC Eyman Rast MAX | 10 July 16 |

| [illegible] | LOCATION |
|---|---|
| Ofc Aguire | 3B1 23 |

[St]ate briefly but completely the problem on which you desire assistance. Provide as many details as possible.

[I a]m attempting to informally resolve the following problem. I am requesting that ("ADC") rescind and/or modify [Departmen]t Order 902 - Inmate Access To The Court ("D.O. 902"). ("ADC") promulgates a written policy that states: [P]aralegal shall not assist in Non-Qualified legal claim(s). This written policy prevents paralegal ("[illegible]") [from] providing legal assistance for claim(s) involving a special action in State Court on the premise that [it] does not fall within the narrow exception of a qualified legal claim. It further prevents ("[illegible]") from providing legal assistance in preparing a petition for review pursuant to Ariz. R. [Crim]. P. 32.9(c)

[illegible]ez") made repeated request for legal assistance to "properly present" his contention that he was [den]ied due process during his disciplinary proceedings. Ostensibly, to challenge disciplinary proceeding [a p]risoner must first exhaust remedies in the state court. In order to (properly exhaust) his [fed]eral habeas corpus claim(s), a prisoner must first seek review by bringing a "Special Action" [in] Superior Court and must then appeal that decision to the Ariz. Court of Appeals to exhaust his claim(s) [be]fore seeking federal habeas relief.

[Al]though ("D.O. 902") facially establishes a written policy that provides assistance with a petition for federal [ha]beas relief, prisoners are often illiterate, uneducated, ill-equipped & acting ("pro se") rarely present [pro]mptly or properly exhaust their constitutional challenge in the state forum. If ("D.O. 902") would [con]tinue to operate in this fashion it would lose its credibility in vindicating a Writ of Habeas Corpus [pet]ition in subsequent proceeding, whereas, a prisoner would be immediately subject to dismissal on [("AE]DPA's") hypertechnical grounds.

[illegible]") ("D.O. 902") has a profoundly adverse and unfair effect not only in the Special Action but also in any [sub]sequent federal habeas petition because prisoners would not be permitted to obtain federal review of those [cla]im(s) unless he first has complied with State Court procedures.

[Res]olution: The Constitutional right of access to the courts extends through-out final disposition of [Spe]cial Action proceeding into the §§ 2254(a) Writ of Federal Habeas Corpus ("Pleading Stage") - Consistent in compliance with ("AEDPA's") hypertechnical requirements.

[IN]MATE SIGNATURE

DATE (mm/dd/yyyy) 10 July 16

[H]ave you discussed this with institution staff? ☒ Yes ☐ No

[If] yes, give the staff member name: Sgt. Torres

[Di]stribution: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Request for Paralegal Assistance** 1 of 3

*Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.*

| **Inmate Name** *(Last, First M.I.)* | **ADC Number** | **Institution/Unit** |
|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis Rast MAX |

**Briefly describe your complaint:** *(Use a blank sheet of paper if additional room is needed.)*

I'm requesting that (ADC) rescind and/or modify Dept Order 902 - I/M Access to the Court (D.O. 902) (ADC) promulgates a written policy that states: 1. Paralegal shall not assist in Non Qualified legal claims). This written policy prevents paralegal ("Libarri") from providing legal assistance for claim(s) involving a special action in State Court on the premise that it does not fall within the narrow exception of a qualified legal claim. It further prevents ("Libarri") from providing legal assistance in preparing a petition for Review pursuant to Ariz. R. Crim. P. 32.9(c)

("Gomez") made repeated request for legal assistance to ("properly present") his contention that he was denied due process during his disciplinary proceeding. Ostensibly, to challenge disciplinary proceedings a prisoner must first exhaust remedies in the State Court. In order to ("properly)

| **Inmate Signature** | **Date** |
|---|---|
| | 12 Jul 16 |

| **Designated Staff Name** *(Last, First M.I.)* | **Designated Staff Signature** | **Date** |
|---|---|---|
| Hubbell, A | [signature] | 7-13-16 |

**Paralegal Review**

☐ A meeting will be scheduled with a Paralegal.

☐ Your complaint does not involve a qualified legal claim. You may pursue this issue in accordance with Department Order 902, Inmate Legal Access to the Courts, sections 902.01 and 902.02.

☐ Unclear. A meeting will be scheduled with a paralegal to determine if assistance can be provided.

| **Paralegal's Name** *(Last, First M.I.)* | **Paralegal's Signature** | **Date** |
|---|---|---|
| | | |

**Your appointment with the Paralegal has been scheduled for** ____________ (DATE), **at** ____________ (TIME) **a.m/p.m in the** ____________.

**Please bring this authorization and all related documents to the meeting.**

| **Designated Staff Name** *(Last, First M.I.)* | **Designated Staff Signature** | **Date** |
|---|---|---|
| | | |

COPY

Distribution: White - Library
Canary - Inmate
Blue - Legal Access Monitor
Pink - Paralegal
Green - Paralegal
Goldenrod - Inmate

902-1P
12/10/97

**ARIZONA DEPARTMENT OF CORRECTIONS**

*Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.*

**Inmate Request for Paralegal Assistance** 2 of 3

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit |
|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis-Rast Max |

**Briefly describe your complaint:** *(Use a blank sheet of paper if additional room is needed.)*

Exhaust his federal habeas Corpus claim(s), a prisoner must first seek review by bringing a "Special Action" in Superior Court and must then appeal that decision to the Ariz. Court of Appeals to exhaust his claim(s) before seeking federal habeas Relief.
Although "DO902" facially establishes a written policy that provides Assistance with a Petition for federal habeas Relief, prisoners are often illiterate, uneducated, ill-equipped & Acting "Pro se" rarely present promptly or properly exhaust their Constitutional challenge in the State forum. If "DO 902" would continue to operate in this fashion it would lose its credibility in vindicating a Writ of Habeas Corpus petition in subsequent proceeding, whereas, a prisoner would be immediately subject to dismissal on ("AEDPA's") hypertechnical grounds

| Inmate Signature | Date |
|---|---|
| [signature] | 12 July 16 |

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|
| Hartsell, A | [signature] | 7-13-16 |

**Paralegal Review**

☐ A meeting will be scheduled with a Paralegal.

☐ Your complaint does not involve a qualified legal claim. You may pursue this issue in accordance with Department Order 902, Inmate Legal Access to the Courts, sections 902.01 and 902.02.

☐ Unclear. A meeting will be scheduled with a paralegal to determine if assistance can be provided.

COPY

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|
| | | |

**Your appointment with the Paralegal has been scheduled for** ______________ (DATE), **at** ______________ (TIME) **a.m/p.m in the** ______________.

**Please bring this authorization and all related documents to the meeting.**

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library; Canary - Inmate; Blue - Legal Access Monitor; Pink - Paralegal; Green - Paralegal; Goldenrod - Inmate

902-1P
12/10/97

**ARIZONA DEPARTMENT OF CORRECTIONS**

*Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.*

**Inmate Request for Paralegal Assistance** 3 of 3

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit |
|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis-Rast MAX |

**Briefly describe your complaint:** *(Use a blank sheet of paper if additional room is needed.)*

(ACC's)(DO902) has a profoundly adverse and unfair effect not only in the Special Action but also in any Subsequent federal habeas petition because prisoners would not be permitted to obtain federal review of these claims unless he first has complied with State Court procedures. Resolution: The Constitutional Right of Access to the Courts extends through-out final disposition of Special Action proceeding into the §§2254(a) Writ of federal habeas Corpus "Pleading Stage" for Consideration in compliance with (AEDPA's) hyper-technical requirements.

| Inmate Signature | Date |
|---|---|
| [signature] | 12 July 16 |

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|
| Hobell A | [signature] | 7-13-16 |

**Paralegal Review**

☐ A meeting will be scheduled with a Paralegal.

☐ Your complaint does not involve a qualified legal claim. You may pursue this issue in accordance with Department Order 902, Inmate Legal Access to the Courts, sections 902.01 and 902.02.

☐ Unclear. A meeting will be scheduled with a paralegal to determine if assistance can be provided.

COPY

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|
| | | |

**Your appointment with the Paralegal has been scheduled for** ____________ (DATE), **at** ____________ (TIME) **a.m/p.m in the** ____________.

**Please bring this authorization and all related documents to the meeting.**

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution White - Library
Canary - Inmate
Blue - Legal Access Monitor
Pink - Paralegal
Green - Paralegal
Goldenrod - Inmate

902-1P
12/10/97

# EXHIBIT T

I did not receive a response from DW level within 15 working days pursuant to DO 802.03, therefore I am moving forward with my appeal. On [illegible] I handdelivered a Grievance to Badge # [illegible] ([illegible])

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By:

Title:

Badge #:

Date: *(mm/dd/yyyy)*

*Please Print*

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC Lewis-East Max | |

TO: Warden

I am appealing the decision of D.W. for the following reasons:

1. Insufficient response 2. Condition persist 3. Systemic deficiencies in failing to abate a significant risk of injury.

Attached forms hereinto: 1. Grievance 10 Aug 16

This grievance & attached forms were signed rec'd by a live official.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

I did not receive a response [illegible] to [illegible] order 8/20/16 therefore, I am moving forward with my grievance.

On 8/31/16, I handed my informal to CO II Aguirre

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [illegible] | [illegible] | 10 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| McClintock [illegible] | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I am grieving the [illegible] policy and practice that does not place caps on the length of time prisoners are required to spend in solitary confinement, resulting in prolonged isolation that can have significant physical and psychological consequences, in violation of the 8th Amend. U.S. Const. Cruel and Unusual punishment clause. In addition, pursuant to [illegible] ADC is required to provide prisoners a meaningful opportunity to transition from severe isolation to a less-controlled housing environment similar to our counterparts in gen. population, the infrastructure at McClintock/[illegible] is not designed to fulfill these requirements.

As a result I continue to suffer severe psychological and physical debilitation.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Abolish long-term solitary confinement.

Attached [illegible] to Informal 1[illegible]/16

The grievance [illegible] forms were [illegible]

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 10 Aug 16 | | |

Action taken by ______________________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# EXHIBIT U

I did not receive a response from D.W. [illegible] to D.O. 802.03 Therefore, I am moving forward with my appeal [illegible] Aug 16, I handdelivered a grievance to CO II Lutz

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

*(To be completed by staff member initially receiving appeal)*

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

("Pepper Spray")

Received by: [signature]
Title: C.O. II
Badge #: 10455
Date: 09-27-16

***PLEASE PRINT***

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gamez, Robert C | 131401 | 27 Sept. 16 |

| Institution | Case Number |
|---|---|
| ASPC Lewis - Rast Max | |

TO: Warden

I am appealing the decision of D.W. for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiency in failing to abate a significant risk of Injury.

Attached forms herein to 1. Grievance & 6F Supplemental 16 Aug. 16 this grievance & Attached forms were signed & rec'd by above Officer.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

302-3
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

Order 802.01. Therefore, I am moving forward with my grievance.

On 25 July 16 I hand delivered an Informal to CO III Aguirre

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

1 of 2

| RECEIVED BY | |
|---|---|
| Lutz | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 11980 | 8-16-16 |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert C | 131961 | 16 Aug 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC Lewis - Rast | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

Despite Court orders, policies and procedures aimed at regulating the use of force (DO 804) ("ADC") supervisory officials continue to show a deliberate indifference to my personal health and safety, serious medical and mental health needs for failing to supervise, hire, train, act and implement a practice that minimizes the use of force. Such lack of administrative oversight has lead to a pattern of Eighth Amend. violations and is the moving force behind the failure to protect its prisoners from exposure to unsanitary and unsafe environmental conditions.

On 20 July 16 ("Gamez") was a victim of excessive force, therefore, he is requesting an independent investigation into staff misconduct. On the aforementioned date ("Gamez") made several request through the on-duty line officer requesting to speak to a supervisor

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

("Gamez") request that the stipulations in Parsons v. Ryan be enforced, Certain issue doctors order that prohibits "ADC" security from exposing him to irritants from those that exist in the MK-9 fogger, preserve all handheld and stationary video recordings related to the incident described above between 20 July 16 - 25 July 16. Lastly ("Gamez") request that all staff involved in this grievance or otherwise be disciplined. Attempts to resolve: 1. Informal 25 July 16

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 16 Aug 16 | | |

Action taken by _______________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

2 of 3 (Pepper Spray)

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gomez, Robert C | 131901 | ASPC-Lewis-Rast Max | |

Regarding Mail and Property personnel's unwillingness to provide ("Gomez") timely Access to his crime Scene photo's and legal case file(s), so therefore, he could represent himself effectively in pending (Court) proceedings.

(L.T. Hiken) subsequently responded with a hand-held video camera and ordered ("Gomez's") food trap. ("Gomez" was) secured in his cell within visual of staff and was not posing a threat to himself or staff ("Gomez") demanded that ("A/C") perform their delegated responsibility outlined in ("ADC's") (D.O. 902.10 (1.4)). Immediately thereafter ("Hiken") directed his subordinate to Administer a (4) second burst of pepper-spray from a MK-9 fogger while simultaneously administering another (4) second burst of pepper-spray from [illegible] a hand-held canister.

("Gomez") was immediately engulfed with a Liquid Substance that had the effect of burning through his clothes causing an instant burning sensation through-out his entire body, severe tightness in chest, wheezing, shortness of breath, throwing up an abnormally thick sticky mucus substance that clogs his air passages and extensive pain to his retina. The multiple rounds of pepper-spray within a short period of time were exacerbated due to the fact that ("Gomez") is a long time sufferer of a chronic upper respiratory illness i.e. Asthma.

In addition ("Gomez") is currently taking a psychotropical medication for a profound diagnosis of Mental illness. The Eighth Amendment prohibits the use of chemical agents on prisoners taking psychotropic's because it effects the body's ability to regulate heat and greatly increases the risk of heat related illnesses. It is undisputed that exposure to irritants such as those that exist in the MK-9 fogger from people with Asthma are more sensitive to pepper-spray than other people with normal respiratory function and have a long-term adverse health effect.

Although a hand held video camera was required to be present while ("Gomez") was treated by Medical personnel ("Hiken") instructed his subordinate to turn it off as they gathered outside baker cluster and began laughing and mimicing ("Gomez") while he was inflammed in pepper-spray and in desperate need of Medical care. These events are not merely self-reported but could be substantiated through stationary cameras. ("Gomez's") cell was not decontaminated, he was subsequently placed back inside the same

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 16 Aug 16 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator; Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate; Canary or Copy – Grievance File

802-7
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Grievance – GF Supplement** 3 of 3

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC Florence | |

Cell minutes later without his personal property, medical devices, medication including no mattress or bedding the entire night. He was forced to sleep on a concrete slab. The fumes and vapors from the O.C. spray had an unbearable effect on Gomez's entire respiratory system causing extreme psychological torture.

This Grievance and attached forms were signed & fwd by above writer.

SIGNATURE

DATE (mm/dd/yyyy) 16 Aug 16

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

# EXHIBIT V

I did not receive a response from DW level within 15 work days pursuant to DO 802.03. Therefore, I am moving forward with my appeal. On 23 Aug 16 I hand delivered a griev. to CO III Aguirre

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: [signature]
Title: CO III
Badge #: 10437
Date: 09-27-16

*PLEASE PRINT* ("Legal Box Exchange #2")

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gomez, Robert C | 131401 | 27 Sept. 16 |

| Institution | Case Number |
|---|---|
| ASPC-Lewis-Rast Max | |

TO: Warden

I am appealing the decision of D.W. for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to provide prisoners meaningful Access to the Courts.

Attached items hereto 1. Grievance 23 Aug 16

This grievance & Attached items were signed & Rec'd by above Officer

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 27 Sept. 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

I did not Receive A Response time(?) ... within 15 work days, pursuant to Dept Order 802.

**ARIZONA DEPARTMENT OF CORRECTIONS**

Therefore I am moving forward with my grievance.

**Inmate Grievance**

On ___ 2016 I handdelivered an Informal to ___

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

"Legal Box Exchange #2"

| RECEIVED BY | Aguirre | |
|---|---|---|
| TITLE | CO III | |
| BADGE NUMBER | 10487 | DATE (mm/dd/yyyy) 8/23/16 |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert C | 131401 | 23 A, 16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC Lewis - Rast MAX | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

On 1 A, 16, I handdelieved Mail and Property personnel A Inmate letter requesting to Review and exchange my legal boxes that are stored in property pursuant to ("ADC") Dept. Order 902.10 (1.4). Policy requires boxes be exchanged within 72 hours of Receiving A Inmate Letter. My Request was denied.

I am currently representing myself in several complex litigations with on-going court deadlines and extensive documentation in each case. (SEE: CR 2002-0991; 13-cv-1757 PHX-JJT-DMF; 15-cv-1584-PHX-JJT). Denial of my case files in a timely manner prevents me from obtaining important Information, Discovering Facts, File Motions, pleadings, responses and replys in compliance with Applicable statutes and Court rules.

"ADC" has shown a unwillingness to enforce an Alternative that provides me meaningful

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Adhere to Dept. Order 902.10 (1.4)

Attached forms herein to 1. Informal Resolution Ay 16 2. Informal Response 8-22-16

This Grievance and Attached forms were signed and received by above officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 23 A, 16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

Title CO III
Badge # 1043?
DATE 8/23/16

**Inmate Grievance – GF Supplement** ("Legal Box Exchange #")

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis Rast Max | |

Access to my case file(s), such practice as described herein is highly prejudicial, forcing me to abandon future claims and litigate my pending case(s) in piecemeal.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 23 Aug 2016 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

# EXHIBIT W

I did not receive a response from D.W. level within 15 workdays pursuant to D.O. 802.03. Therefore, I am moving forward with my grievance. On 24 Aug 16, I hand delivered a griev. to CO III Aguilar

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: [signature]
Title: CO III
Badge #: 1003
Date: 09-27-16

*PLEASE PRINT*

("Nail clippers")

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Gomez, Robert C | 131401 | 27 Sept. 16 |

| Institution | Case Number |
|---|---|
| ASPC-Lewis-Rast MAX | |

TO: Warden

I am appealing the decision of D.W. for the following reasons:

1. Unsatisfactory Response 2. Conditions persist 3. Systemic deficiencies in failing to abate a significant risk of Injury

Attached forms hereto 1. Informal 2 Aug 16 2. Griev. 24 Aug 16

This grievance & attached forms were signed & rec'd by above officer.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 27 Sept 16 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | [illegible] |
|---|---|
| TITLE | CO [illegible] |
| BADGE NUMBER | 10137 |
| DATE (mm/dd/yyyy) | 8/31/[illegible] |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

[illegible]

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gomez, Albert C | 121401 | 24Aug16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| [illegible] Rast MAX | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

Deputy ASPC-Lewis-Rast Max facility designing a Schedule to distribute Nail Clippers, the security personnel has neglected to pass out Nail clippers for over (3) Months. I've made several request a week for to use the nail clippers and have been denied on the premise that Rast Max didn't have any nail clippers

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Actually implement a written schedule and provide [illegible] nail clippers. Attached Pinks [illegible] 1. Informal 2Aug16 2. Informal [illegible] 8/2/16

This grievance & Attached Pinks were signed for by [illegible] officer

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 24Aug16 | | |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

ARIZONA DEPARTMENT OF CORRECTIONS

ADC

**Inmate Informal Complaint Resolution** ("Nail Clippers")

Complaints are limited to one page and one issue.

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gomez, Robert C | 131401 | ASPC-Lewis. Rast Max | 2 Aug 16 |

| TO | LOCATION |
|---|---|
| Off Aguire | 3B1 #23 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. Despite ASPC-Lewis. Rast Max facility designing a schedule to distribute Nail Clippers, the security personnel has neglected to pass out nail clippers for approx. (3) Months. I've made several request on a weekly basis to use the nail clippers & have been denied on the premise that Rast Max doesn't have any nail clippers. Resolution: Implement written schedule and provide prisoners nail clippers.

This Informal was Handdelivered to Aguiere on 2 Aug 2016

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 2 Aug 16 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Sgt. Torres

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14