# EXHIBIT X

I did not receive a response from UNIT Level within 15 working days pursuant to D.O. 802.0; therefore, I am now forward with this appeal. On 24 Aug 16, I handdelivered a griev. to OIII Aguirre

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*(To be completed by staff member initially receiving appeal)*
Received by: Ag——
Title: CO II
Badge #: 9013O
Date: 09-27-16

**PLEASE PRINT** — Cleaning Supplies

Inmate's Name (Last, First, M.I.): Gomez, Robert C
ADC No.: 131901
Date: 27 Sept. 16

Institution: ASPC-Lewis, Rast Max

TO: The Warden

I am appealing the decision of **D.W.** for the following reasons:
1. Unsatisfactory Response  2. Conditions persist  3. Systemic deficiencies in failing to abate a significant risk of injury.

Attached forms herein to 1. Informal 4 Aug 16  2. Orig'l 23 Aug 16

This griev. & attached forms were signed & rec'd by above officer

Inmate's Signature: [signed]
Date: 27 Sept. 16

302-3
7/13/09

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| Aguirre | |
| **TITLE** | |
| COIII | |
| **BADGE NUMBER** | **DATE** (mm/dd/yyyy) |
| 10137 | 8/24/16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Conner, Kirk C | 114601 | 23 Aug 16 |
| **INSTITUTION/FACILITY** | **CASE NUMBER** | |
| ASPC-Lewis-Rast Max | | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I am grieving the multiple denial of sanitary cleaning supplies at ASPC-Lewis-Rast Max. Showers are not cleaned/cleaned. Recreation Enclosures and field in sky 2 and 3 are not cleaned. Cell cleanings are not performed. Class rooms are not sanitized. Holding enclosures are not sanitized. Dinner tray carts are not sanitized.

I've voiced the multiple lack of cleaning supplies to C.W. Morris and individual he most recent walk through. Despite my verbal request to On-duty Supervisors and Assigned Unit Officer in my Pod to any avail, I am denied the multiple denial of adequate cleaning supplies and sanitizer creates a substantial risk of serious harm.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I am requesting ASPC implement a practice or policy of ensuring adequate cleaning capability throughout its facility. Alleged items below to 1. Informal Handle 2. I want to see ASPC the cleaning of/Alleged items were simple for review in due course.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 8/23/16 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate, Canary – Grievance File

802-1
12/12/13

# ADC Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

**INMATE NAME:** Gamez, Robert C
**ADC NUMBER:** 131401
**INSTITUTION/UNIT:** ASPC-Lewis Rast MAF ("Cleaning Supplies")
**DATE:** 4 Aug. 16

**TO:** CO III Aguirre
**LOCATION:** 3B1 #23

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the absolute denial of Sanitary Conditions at ASPC-Lewis Rast MAF
- Showers are not Steam Cleaned
- Recreation Enclosures, and field(s) step 2 & 3 are not cleaned
- Cell Cleanings are not performed
- Class Rooms are not sanitized
- Holding Enclosures are not sanitized
- Dinner tray carts are not sanitized

We brought the complete lack of Cleaning Supplies to DW. Mooneys attention during his most recent walk through. Despite my verbal request to on duty Supervisors and Assigned Post Officer in my pod. I am continuously denied.

Furthermore, the showers are never Steam Cleaned or properly disinfected from bacterial, virus and other infectious diseases.

The absolute denial of adequate cleaning supplies and sanitation creates a substantial risk of serious harm. Resolution: I am requesting (ADC) implement a practice and policy of ensuring adequate cleaning schedule throughout its facility.

**INMATE SIGNATURE:** [signature]
**DATE:** 4 Aug 16

Have you discussed this with institution staff? ☑ Yes ☐ No
If yes, give the staff member name: Sgt. Rowan

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

[Margin note, right side: "This informal was hand delivered to Aguirre on 4 Aug 2016"]

# EXHIBIT Y

E did not receive a response from D.W. Level within 15 working days, therefore I am moving forward with my appeal. On 30 Aug 16, I handed [illegible]

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

VI Informal to CPT Gueman 12270

Received By: 7
Title:
Badge #:
Date: (mm/dd/yyyy) 9/7/16

(Pre-trial Record)

**Please Print**

INMATE'S NAME: Gamez, Robert C
ADC NUMBER: 131401
DATE: 27 Sept 16

INSTITUTION: ASPC-Lewis-Rast MAX
CASE NUMBER:

TO: Warden

I am appealing the decision of D.W. for the following reasons:
1. Unstructured exercise 2. Conditions persist 3. Systemic deficiencies in failure to hire, train, and supervise adequate mail & property staff

Attached forms refer to 1. Grievance 20 Aug 16

This Grievance & Attach forms were signed to [illegible] by above officer

INMATE'S SIGNATURE: [signed]
DATE: 27 Sept 16

GRIEVANCE COORDINATOR'S SIGNATURE:
DATE:

RESPONSE TO INMATE BY:
LOCATION:

STAFF SIGNATURE:
DATE:

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

I did not receive [illegible] I want to [dept?]
Order 802.01 therefore I am now [illegible] will my
grievance. On 4 Aug 16, I verbally conveyed an informal to CO II Gonzalez [illegible]

**RECEIVED BY:** J G[illegible]
**TITLE:** CO II
**BADGE NUMBER:** 12276
**DATE:** 08/30/16

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

**INMATE NAME:** Danfe, Robert C
**ADC NUMBER:** 131401
**DATE:** 29 Aug 16
**INSTITUTION/FACILITY:** ASPC-Lewis - Rast Max
**CASE NUMBER:**

**TO: GRIEVANCE COORDINATOR**

### Description of Grievance

Once April 20, 2016, my personal property was confiscated by LT. Horn. When it was subsequently returned to me it was discovered several of my personal items were missing: • hat • knife • dictionary • T-shirt • (4) tube socks • LP • R wrist sleeve (medical device).

When my property was collected ASPC-Lewis Rast Max Mail and Property personnel was required to inventory my property but apparently neglected to do so. Furthermore when my property was taken mail and property personnel was required to provide me with a signed property DO 909.6 item list prior to the confiscation. Each staff member who is able to take effective action and fails to do so needs to be addressed as creating the problem in violation of the procedural requirement of the Due Process Clause of the Fourteenth Amendment.

### Proposed Resolution

Facility to replace or reimburse the above items. Notified [illegible] verbally 1 Informal 1 Aug 16. This grievance & attached forms were signed & kid[?] in grievance officer

**INMATE'S SIGNATURE:** [signature]
**DATE:** 29 Aug 16
**GRIEVANCE COORDINATOR'S:**
**DATE:**

**Action taken by:** _____ Documentation of Resolution or Attempts at Resolution.

**STAFF MEMBER'S SIGNATURE:**
**BADGE NUMBER:**
**DATE:**

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 1227 | 08·30·16 |

Handwritten top margin: "I did not receive [illegible] on 16 Aug [illegible] we had 5 days to submit Grievance 802.01, therefore, I am now [illegible] with my grievance 04 Aug 16, I double [illegible] forward to CO II Gonzales [illegible]"

**INMATE NAME** (Last, First M.I.) (Please print): GAINES, Mark C
**ADC NUMBER**: 131401
**DATE** (mm/dd/yyyy): 4 Aug 16
**INSTITUTION/FACILITY**: ASPC Lewis - Rast Max
**CASE NUMBER**:
**TO**: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

[Handwritten, largely illegible]: On or about 2 July 16, my personal property was confiscated. Lt. [illegible] (who subsequently retired) told me it was discovered several of my personal items were missing: · Hat · brace · [illegible] · T-Shirt · (4) Tube Socks · [illegible] · a wrist splint medical device which was prescribed. At ASPC-Lewis-Rast Max Medical has been presumptuous [illegible] to my [illegible] medical needs. I do so [illegible] [illegible] was taken and all other prescribed items required to provide me with adequate quality "D.O.C." treatment. The culmination of staff members who are able to take corrective action and fail to do so would be regarded as acquiescing the [illegible] involvement of the medical [illegible] of the [illegible] cruel of the [illegible] 8th Amendment.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

[Handwritten, illegible]: Be [illegible] to have reinstated the above items. Medical [illegible] [illegible] 1 [illegible] 1 Aug 16. The [illegible] of attached [illegible] was [illegible] [illegible] [illegible] for me.

**INMATE'S SIGNATURE**: [signed]
**DATE**: 4 Aug 16
**GRIEVANCE COORDINATOR'S**:
**DATE**:

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

**STAFF MEMBER'S SIGNATURE** | **BADGE NUMBER** | **DATE** (mm/dd/yyyy)

# EXHIBIT Z

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Grievance

*Handwritten note at top of page:* I did not receive a response to my informal pursuant to D.O. 802.01. Therefore, I am moving forward with my grievance. On 11/4/16 I hand delivered an informal to CO III Aguirre (Mental Health).

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

RECEIVED BY: Espino, M
TITLE: CO II
BADGE NUMBER: 12003
DATE: 9/12/2016

INMATE NAME: Gamez, Robert C
ADC NUMBER: 131401
DATE: 8 Sept 2016
INSTITUTION/FACILITY: ASPC-Lewis, Fort Max
CASE NUMBER:
TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

(ADC) Administration and (Corizon) Mental Health personnel at ASPC-Lewis-Fort Max have failed to commit significantly increased resources, facilities and essential trained staff to meaningfully evaluate my confirmed diagnosis and Learning disability. Instead they've knowingly implemented a practice of narrowing the definition of Seriously Mentally ill ("SMI") in violation with the Americans with Disabilities Act 42 U.S.C § 12112 and the Rehabilitation Act 29 U.S.C. § 794. As a result I am being exposed to extreme social isolation and other forms of isolation i.e. extreme levels of enforced idleness. It has become very challenging to transfer out of isolation without adequate educational, vocational, meaningful interaction and therapeutic programming causing prolonged isolation, worsening of my symptoms and illnesses.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Provide for sufficient meaningful intervention to abate the serious risk of psychological harm and place caps on the amount of time a prisoner with a pre-existing Mental illness can spend in isolation. Attached hereto is Informal (11/4/16) & grievance (8/1/16) — cover of 3 separate 802/3's to this attached Mental issue were turned differed to aqua [?] file.

INMATE'S SIGNATURE: [signature]
DATE: 8/11/16
GRIEVANCE COORDINATOR'S: 
DATE:

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE:
BADGE NUMBER:
DATE:

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

(Mental health)

**INMATE NAME** (Last, First M.I.) (Please print): Gomez, Robert C
**ADC NUMBER:** 131401
**INSTITUTION/UNIT:** ASPC-Lewis Rast MAX
**DATE:** 11 Aug 16

**TO:** COIII Aguirre
**LOCATION:** 3B1 #23

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am attempting to informally resolve the following problem. ("ADC") Administration and ("Corizon") Mental health personnel at ASPC-Lewis Rast MAX have failed to commit significantly increased resources, facilities, and essential trained staff to carefully evaluate my compound diagnosis and learning disability. Instead, they've knowingly implemented a practice of narrowing the definition of Seriously Mentally ill ("SMI")) in violation with the Americans with Disabilities Act 42 U.S.C § 12132 and the Rehabilitation Act 29 U.S.C § 794. As a result I am being exposed to extreme social isolation and other forms of isolation e.g. extreme levels of enforced idleness.

It has become very challenging to transfer out of isolation without appropriate educational, vocational, meaningful interaction and therapeutic programming. Causing prolonged isolation, worsening of my symptoms and illnesses.

I continue to deteriorate and spiral downward feeling hopelessness, anxiety, rage, hypersensitivity, emotional lability, psychological regression, aggression, irritability, paranoia, schizophrenic, socially withdrawn, problems concentrating, anger and poor impulse control caused by frontal lobe brain damage.

**Resolution:** Provide for sufficient meaningful interaction to abate the serious risk of psychological harm and place caps on the amount of time a prisoner with a pre-existing mental illness can spend in isolation.

**INMATE SIGNATURE:**
**DATE:** 11 Aug 16

**Have you discussed this with institution staff?** ☒ Yes ☐ No
**If yes, give the staff member name:** Mental health Personnel

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

*[Margin notes:] This informal was handdelivered to COIII Aguirre on 11 Aug 2016*

# EXHIBIT AA

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

I didn't receive [illegible margin note] to unit park
802 Therefore I am moving forward with my grievance on
11/15/16, I handdelivered an informal to MIII [illegible]

| RECEIVED BY | Espino, M |
|---|---|
| TITLE | COIII |
| BADGE NUMBER | 1200 |
| DATE (mm/dd/yyyy) | 9/12/16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Coone, Kurt C | 171401 | 9/1/16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis Rast MAX | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I am grieving the systemic deficiencies that persist at ASPC-Lewis Rast MAX RE: ADC's complete failures to abate the dangerous high temperatures that raises to the level of deliberate indifference and places prisoners who take psychotropic medication at serious risk of significant harm. ADC's written policy states in part, Dept. Order 704.11 Inmate Exercise Enclosures At (1.6) "Outdoor exercise enclosures shall have either a mister system or evaporative cooler system for temperatures exceeding 100 degrees" Pursuant to ADC's own policy they are required to install either a mister system or evaporative cooler system in all exercise enclosures at ASPC-Lewis Rast MAX, including but not limited to 50x90 recreation. To

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Adhere to "DO.704.11 (1.6)"
Attached [illegible] informal 11/15/16. Grieva[illegible] 9/1/16
[illegible]
This grievance & attached items have signed and I have above office.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 9/1/16 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

"Water Misters"

*Complaints are limited to one page and one issue.*
*Please print all information.*

**INMATE NAME:** Gamez, Robert C
**ADC NUMBER:** 131401
**INSTITUTION/UNIT:** ASPC Lewis - Rast Max
**DATE:** 11 Aug 16

**TO:** CO# Aguirre
**LOCATION:** 3B1 23

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. I am grieving the systemic deficiencies that persist at ASPC-Lewis-Rast Max re: ADC's complete failures to abate the dangerously high temperatures that rises to the level of deliberate indifference and places prisoner(s) who take psychotropic medication at serious risk of significant harm.

(ADC's) written policy states (in part):

Department Order 704.11 - Inmate Exercise Enclosures: At (1.6) "Outdoor exercise enclosures shall have either a mister system or evaporative cooler system for temperatures exceeding (100 degrees)."

Pursuant to (ADC's) own policy they are required to install either a mister system or evaporative cooler system in all exercise enclosures at ASPC-Lewis-Rast Max, including but not limited to 50 x 90 recreation. To suggest the 50 x 90 isn't a exercise recreation enclosure defys common sense. The (1) shade ramadas are insufficient to abate Arizona's dangerously high temperatures and humidity.

The dangerously high temperatures are especially of grave concern to prisoners taking psychotropic medication because it affects the bodies ability to regulate heat and greatly increases the risk of heat related illness. The Eighth Amendment prohibits housing prisoners in areas where the temperature exceeds 85° F, such conditions are counter-productive for institutional security in general and puts all inmates but mentally ill prisoners in particular at risk of harm.

Resolution: Adhere to D.O. 704.11 (1.6)

**INMATE SIGNATURE:** [signature]
**DATE:** 11 Aug 16

Have you discussed this with institution staff? ☑ Yes  ☐ No
If yes, give the staff member name: Physical Plant Supervisor 5 July 16

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File
802-11
6/25/14

[Margin note:] This inmate was handcuffed to ... by ACO ... Aug 2016

# EXHIBIT BB

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

I did not receive a response to my informal within 15 working days pursuant to Dept Order 802.01. Therefore, I am moving forward with my grievance. On 24 Aug 16, I handdelivered an informal to CO3 Aguirre ("Unit Legal Mail")

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| RECEIVED BY: Aguirre | TITLE: COIII | BADGE NUMBER: 157 | DATE: 9-27-16 |

INMATE NAME: Gamez, Robert C
ADC NUMBER: 131401
DATE: 20 Sept 16
INSTITUTION/FACILITY: ASPC Lewis - Rast Max
CASE NUMBER:

TO: GRIEVANCE COORDINATOR

### Description of Grievance

I was recently advised that the Arizona Court of Appeals issued a mandate in a criminal proceeding. Furthermore, the Arizona Court of Appeals alleges that they sent me a copy of this ruling between 12 Jul 16 - 19 Jul 16 that I did not receive. The Legal Mail would have been logged using the Legal Mail [Incoming] Log sheet. ("ADC") is required to process Legal Mail according to its policy, which requires all Legal Mail be documented. I am requesting an investigation into it's whereabouts. Furthermore, I am requesting that ("ADC") notify the Arizona Court of Appeals and explain the lost Legal Mail.

### Proposed Resolution

Resolution: Return Legal Mail
Attached forms hereinto 1. Informal 24 Aug 16
This grievance & attached forms were signed & rec'd by above officer

INMATE'S SIGNATURE: [signed]
DATE: 20 Sept 16

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

"Lost Legal Mail"

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C. | 131401 | ASPC-Lewis-Rast Max | Aug 16 |

| TO | LOCATION |
|---|---|
| COII Aguirre | 3B123 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am attempting to informally resolve the following problem. I was recently advised that the Arizona Court of Appeals issued a Mandate in a criminal proceeding. Furthermore, the Arizona Court of Appeals alleges that they sent me a copy of this Ruling between 12 July 16 – 19 July 16 that I did not receive. The Legal Mail would have been logged using the Legal Mail Incoming Log Sheet. ("ADC") is required to process Legal Mail according to its policy, which requires all Legal Mail be documented. I am requesting an investigation into its whereabouts. Furthermore, I am requesting that ("ADC") notify the Arizona Court of Appeals and explain the (lost) Legal Mail.
Resolution: Return Legal Mail

INMATE SIGNATURE: [signature]
DATE: Aug 16

Have you discussed this with institution staff? ☑ Yes  ☐ No
If yes, give the staff member name: S/M Letter to Mail/Property Personnel

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
8/25/14

[Right margin handwritten note:] This informal resolution was mandate issued on Aug 16