FILED ☒  LODGED ☐

Sep 29 2016

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Michael J. Cohn #288721
ASPC Lewis / STINER 5A20
P.O. Box 3100
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

Michael J. Cohn (Member of Class), Plaintiff, Pro Se

v.

Charles L. Ryan, Dir., AZ Dept. of Corrections
Mark Brnovich, Att'y General
Respondents/Defendants

2:12cv-601-DKD

Motion for Temporary Restraining Order and Order to Show Cause

(Hon. David Duncan)

Plaintiff, Michael J. Cohn is a member of the class of inmates, plaintiffs in Parsons v. Ryan, 2012, 289 F.R.D. 513 (D. Ariz. 2013), aff'd 754 F.3d 657 (9th Cir. 2014).

Upon the supporting declaration of the plaintiff and the accompanying memorandum of law, it is

Ordered that respondents Charles L. Ryan and Mark Brnovich show cause in room _____ of the United States Courthouse, 401 W. Washington, Phoenix, AZ, 85003 on the day of _____ 2016 at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the said defendants, their successors in office, agents, and employees and all other persons acting in concern and participation with them to revoke the contents of notice 16-16, Sept. 26, 2016, changes to policy(ies) Department Order 802, "Inmate Grievance Procedure." The revisions to this policy allegedly obfuscate and obstruct inmate's efforts to pursue legal remedies for inadequate medical care, violating their 8th Amendment rights to freedom from cruel and unusual punishment, 5th, 6th and 14th Amendment rights to court access and 1st Amendment rights of the U.S. Constitution to freedom of speech.

1 of 2

These violations in and of themselves expose inmates to further risk of harm and due to ongoing violations of CONSTITUTIONAL rights CONSTITUTE harm in and of themselves.

It is further ordered that the plaintiffs, effective immediately order/arrange, pending the hearing and determination of this hearing that the revisions noted above be stayed.

It is further ordered that this order to show cause and all other papers attached to this application, shall be served to respondents/defendants, Charles L. Ryan and Mark Brnovich by October 15, 2016, and the United States Marshals Service is hereby directed to effectuate such service.

_____
UNITED STATES DISTRICT Judge

Date:

Note: Petitioner requests to appear telephonically at the above hearing and requests the court make arrangements with ADC for this purpose.