Michael J. Cohn #288721
ASPC Lewis/Stiner 5A20
P.O. Box 3100
Buckeye, AZ 85326

United States District Court, Arizona

Michael J. Cohn, Pro Se, Plaintiff
v.
Charles L. Ryan, et.al.,
Defendant/Respondent

2:12 CV 601-DKD

Table of Authorities in support of Motion for TRO, etc.
(Honorable David Duncan)

Petitioner herein submits the enclosed Table of Authorities in support of his motion for TRO, etc. This Table of authorities augments those included in the motion for TRO, Declaration in support of TRO and memorandum of law in TRO. This Table of authorities is included in case 2:16 CV 2963 DLR ESW & 2:16 CV 3734 DLR ESW. This Table of authorities applies in this matter.

Note: Exhibits not included as these were previously submitted in above.

Respectfully submitted,
Michael J. Cohn
Michael J. Cohn, Pro Se

Original efiled to: on: 9/29/16
Clerk of the U.S. Dist. Ct.
Forwarded to: on: 9/29/16
Mark Brnovich, Attny General
by Clerk of the Court per General Order 14-17.
Copy to: on: 9/30/16
Prison Law Office
San Quentin, CA 94964, Attorneys for Plaintiffs

# TABLE OF AUTHORITIES

0) Exhibit 0 - Class Action Complaint (Parsons, et al. v. Ryan, et al.)
1) Exhibit 1 - Plaintiff's Motion to Enforce Stipulation, 2:12cv601-DKD
2) Exhibit 2 - Stipulation; 2:12 cv601-DJH
3) Exhibit 3 - Fairness Hearing Transcript 2:12 cv 601-DKD
4) Exhibit A - Charles Ryan Letter to Medical Staff
5) Exhibit B - AZ. Republic Column /12-5-15
6) Exhibit C - Expose' of Corizon Health
7) Exhibit D - ACLU Press Release - Class action affirmed
8) Exhibit E - AZ Republic Column - 3/16
9) Exhibit F - AZ Republic Column - 9/11/14
10) 8th Amendment, U.S. Constitution... Freedom from cruel and unusual punishment. Supercedes ART. 2 § 1 of AZ Const. Victim's Rights.
11) Rhodes v. Chapman, 452 US 337, 69 LEd 2d 59 SCt 2392 (1981). Practices that inflict unnecessary pain are prohibited.
12) Apprendi v. New Jersey, 530 US 466, 147 LEd 2d 435, 120 SCt 2348 (2000)
13) Ring v. Arizona, 536 US 584, 153 LEd 2d 556, 122 SCt 2428 (2002)
14) U.S. v. Kelsor, 665 F3d 684 (6th Cir. 2011). Double jeopardy clause protects against multiple punishments for the same offense.
15) 14th Amendment, U.S. Const., Equal Protection Clause, State's behavior burdens a fundamental right.
16) Elrod v. Burns 427 US S.Ct (1976) 347, 373, 96 2673. Ongoing violation of constitutional rights constitutes harm, in and of itself.
17) Parsons v. Ryan, 289 F.R.D., 513 (D. Ariz. 2013), aff'd 754 F.3d 657 (9th Cir. 2014).
18) ARS § 13-305 + 306, Criminal Enterprise
19) ARS § 46-451-457, Adult Protective Services
20) 18 USC §§ 1961-1968 RICO, et al.
21) 42 USC. § 1983, 1985, 1986, Civil Rights Violations / Recourse

Table of Authorities Cont.

22) 2:16 CV 2355-DLR-ESW Cohn v. Ryan, 2015, unpublished

23) 2:15 CV 267-DLR-ESW, Cohn v. Ryan, unpublished

24) 28 USC §1361, Mandamus

25) Case # D.O. 16-0109A, Arizona Board of Osteopathic medical Examiners, Complaint Pending includes petitioner's documentation of exhaustion of internal remedies.
9535 E. Doubletree Ranch Rd.
Scottsdale, AZ 85258    Tel. 480 657-7703

26) ARSct. 42, E.R. 3.4 model code of professional conduct, Fairness to opposing parties and counsel. The A.G. has a duty to not obstruct justice and should report the ongoing crimes of his client(s) to the prosecutor for possible investigation. As described in Motion to Enforce Stipulation, crimes are reported/documented and should be reported to the proper authorities. The A.G. has an affirmative duty to protect victim's rights, even if the victims are confined in ADC (see Exhibit 1 above), also ARS § 41-191.06 Victims Rights Program (Statute does not exclude inmates).

27) 2:16 CV 2963 DLR (ESW) PHX, Cohn v. State of AZ/ Corizon Health, unpublished

28) Presidential Oath of Office. The alleged homicides by Corizon Health, establish Corizon Health as an enemy of the people.

3 of 3