PAGE 1 OF 1

Cover Letter

Daniel Alexander Rodriguez
#246751
A.S.P.C.-Eyman / Browning Unit
S.M.U.-2 / Cell # 1-D-43 / P.O. Box 3800
Florence, Arizona 85132

September, 25 2016

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 West Washington Street, SPC 10
Phoenix, Arizona 85003-2119

Re: No. CV12-00601-PHX-DJH

Hello,

Enclosed herein is a pleading I need filed with this court. The pleading pertains to aforesaid U.S. District Court number, whereby I am a member of the class action suit.

The defendants are grossly out-of-compliance with stipulation in aforementioned case no. I, Daniel Alexander Rodriguez am a plaintiff and shall be proceeding with this pleading knowingly, intelligently and voluntarily in propria persona. The reason for proceeding in that status is due to non-professionally competant assistance of plaintiffs counsel.

Furthermore, copies were served upon both parties of aforesaid case number.

Sincerely, Daniel A. Rodriguez
D.A.R.