US POSTAGE >> PITNEY BOWES

$ 001.78°

ZIP 85132
02 1W
0001403942 SEP 27 2016

Name: Daniel Alexander Rodriguez
ADC # 242516
Arizona State Prison Complex - Eyman
Unit Browning S.M.U. 2 | Cell # 1-D-43
P.O. Box 3500
Florence   AZ   85132

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

United States District
Court Clerk

United States Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona
85003 - 2119

Legal Mail

Twenty-Five Pages Enclosed
(25) Pages Enclosed

RECEIVED
SEP 29 2016
CLERK U S DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA