Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>          Plaintiffs,<br><br>   v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>         Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING CURRENT PERCENTAGE COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 1678]** |

Pursuant to the Court's Order (Dkt. 1678), Defendants provide this report of the July 2016 percentage compliance rates for the Performance Measures before this Court (Dkt. 1583) and identified in Plaintiffs' August 17, 2016 Motion to Enforce the Stipulation (Dkt. 1663):

**HCPM No. 11:** *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | July 2016 |
|---|---|
| Eyman | 50 |
| Florence | 70 |
| Lewis | 63 |
| Tucson | 76 |
| Winslow | 90 |
| Yuma | 93 |

**HCPM No. 13:** *Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | July 2016 |
|---|---|
| Douglas | 72 |
| Eyman | 58 |
| Florence | 44 |
| Lewis | 70 |
| Perryville | 51 |
| Tucson | 92 |
| Yuma | 82 |

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | July 2016 |
|---|---|
| Douglas | 100 |
| Eyman | 85 |
| Florence | 7[1] |
| Lewis | 94 |
| Perryville | 100 |
| Tucson | 83 |
| Yuma | 93 |

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | July 2016 |
|---|---|
| Eyman | 46 |
| Florence | 77 |
| Lewis | 21 |

---

[1] The reason for this decline was a documentation error because a log was not filled out correctly. This error has been addressed at Florence and discussed with all other facilities so they avoid a similar mistake. Although there was a mistake with the log, this does not indicate that the inmates did not receive the medication they requested. Defendants are further investigating to ensure the inmates received their requested medications without any interruption.

2

| Tucson | 70 |
| Winslow | 97 |
| Yuma | 42 |

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| **Prison Complex** | **July 2016** |
| --- | --- |
| Eyman | 59 |
| Florence | 60 |
| Lewis | 100 |
| Perryville | 33 |
| Tucson | 54 |

**HCPM No. 46:** *A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| **Prison Complex** | **July 2016** |
| --- | --- |
| Douglas | 78 |
| Eyman | 82 |
| Florence | 48 |
| Lewis | 86 |
| Perryville | 32 |
| Phoenix | 76 |

| Tucson | 57 |
|--------|----|
| Yuma | 80 |

**HCPM No. 47:**  *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma)

| Prison Complex | July 2016 |
|----------------|-----------|
| Douglas | 88 |
| Eyman | 32 |
| Florence | 31 |
| Lewis | 61 |
| Perryville | 72 |
| Phoenix | 67 |
| Safford | N/A |
| Tucson | 29 |
| Winslow | 100 |
| Yuma | 59 |

**HCPM No. 54:**  *Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.* (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

/ / /

/ / /

/ / /

4

| Prison Complex | July 2016 |
|---|---|
| Eyman | 66 |
| Florence | 92 |
| Lewis | 89 |
| Perryville | 96 |
| Phoenix | 93 |
| Tucson | 69 |
| Yuma | 92 |

**HCPM No. 66:**  *In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, and Tucson)

| Prison Complex | July 2016 |
|---|---|
| Florence | 80 |
| Lewis | 60 |
| Tucson | 20 |

**HCPM No. 80:**  *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.* (Lewis and Tucson)

| Prison Complex | July 2016 |
|---|---|
| Lewis | 87 |
| Tucson | 76 |

/ / /

/ / /

/ / /

/ / /

5

**HCPM No. 81:**  *MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider.* (Lewis and Tucson)

| Prison Complex | July 2016 |
|----------------|-----------|
| Lewis | 89 |
| Tucson | 95 |

**HCPM No. 85:**  *MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.*   (Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | July 2016 |
|----------------|-----------|
| Eyman | 45 |
| Florence | 63 |
| Lewis | 44 |
| Perryville | 91 |
| Tucson | 50 |
| Yuma | 100 |

**HCPM No. 92:**  *MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Prison Complex | July 2016 |
|----------------|-----------|
| Eyman | 84 |
| Florence | 100 |

| Lewis | 80 |
|---|---|
| Perryville | 80 |
| Tucson | 100 |

**HCPM No. 93:** *Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, and Tucson)

| Prison Complex | July 2016 |
|---|---|
| Eyman | 90 |
| Florence | 100 |
| Lewis | 100 |
| Tucson | 100 |

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Eyman, Florence, and Tucson)

| Prison Complex | July 2016 |
|---|---|
| Eyman | 85 |
| Florence | 100 |
| Tucson | 100 |

**HCPM No. 98:** *Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Eyman, Florence, Lewis, and Winslow)

7

| Prison Complex | July 2016 |
|----------------|-----------|
| Eyman | 94 |
| Florence | 94 |
| Lewis | 87 |
| Winslow | 95 |

DATED this 3rd day of October 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amelia M. Gerlicher: agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri: aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig: afettig@npp-aclu.org

Asim Varma: avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

Jennifer K. Messina: jkmessina@jonesday.com

Jessica Pari Jansepar Ross: jross@azdisabilitylaw.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes: jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico: jrico@azdisabilitylaw.org

Kathleen E. Brody kbrody@acluaz.org

Kirstin T. Eidenbach: kirstin@eidenbachlaw.com

Maya Abela mabela@azdisabilitylaw.org

Rose Daly-Rooney: rdalyrooney@azdisabilitylaw.org

Sara Norman: snorman@prisonlaw.com

Sarah Eve Kader: skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck