# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed filings by class members seeking individualized relief with respect to their own medical care or placement in maximum custody (Docs. 1637, 1642, 1690 (referencing a notice at Doc. 1652), 1694). The Court cannot accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is unable to order specific relief as it relates to individual class members. The concerns raised in these filings are best addressed by separate lawsuits on each inmate's own behalf.

**IT IS THEREFORE ORDERED** that the Motions filed by Class Members (Docs. 1637, 1642, 1690, 1694) are **denied**.

Dated this 5th day of October, 2016.

_____
David K. Duncan
United States Magistrate Judge