Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' PROPOSED REPORTING PROCEDURE TO DEMONSTRATE COMPLIANCE WITH PARAGRAPHS 12, 14, AND 15 OF THE STIPULATION** |

Pursuant to the Court's September 6, 2016 Order (Dkt. 1673), Defendants propose the following reporting procedures to demonstrate compliance with Paragraphs 12, 14, and 15 of the Stipulation.

## I.   PARAGRAPH TWELVE

Paragraph 12 of the Stipulation provides that:

> Defendants or their contracted vendor(s) will ensure that:
>
> a) All prisoners will be offered an annual influenza vaccination
>
> b) All prisoners with chronic diseases will be offered the required immunizations as established by the Centers for Disease Control.
>
> c) All prisoners ages 50 to 75 will be offered annual colorectal cancer screening.
>
> d) All female prisoners age 50 and older will be offered a baseline mammogram screening at age 50, then every 24 months thereafter unless more frequent screening is clinically indicated.

*See* Dkt. 1673 at 5.

Currently, signs, posters, decals, and banners are posted throughout all medical and housing units advising and offering inmates the services described in Paragraph 12. *See* Exhibit 1 (Examples of signage). To demonstrate compliance, Defendants propose that on a monthly basis, each deputy warden will walk his or her unit and verify that the appropriate signage is present for each item described in Paragraph 12. The deputy wardens will then complete a verification sheet with their findings, and submit it to the monitor for that facility. These verification sheets will then be produced to Plaintiffs.

It is important to note that in addition to the signage in the medical and housing units, ADC's Inmate Handbook specifically advises inmates of each of the items in Paragraph 12. A copy of the relevant portions are attached as Exhibit 2.

## II.   PARAGRAPH FOURTEEN

Paragraph 14 of the Stipulation provides that:

> For prisoners who are not fluent in English, language interpretation for healthcare encounters shall be provided by a

1

qualified health care practitioner who is proficient in the prisoner's language, or by a language line interpretation service.

*See* Dkt. 1185 at 6.

To demonstrate compliance with this paragraph, Defendants propose that a "hard-stop" feature be added to eOMIS.  Specifically, when a health care provider opens a new note to begin a health care encounter with an inmate, the provider will be prompted to answer the following questions before being allowed to complete the remainder of the note:

      1.  Are interpreter services needed for this inmate?

      2.  If so, what type of interpreter services were used for the encounter?

          a)  Language line

          b)  Healthcare staff was available for interpretive services

          c)  Inmate refused interpreter services.

Including this "hard-stop" in eOMIS will allow Defendants to generate a report of all inmates who required interpreter services to be seen and the type of interpretation that was used.  That report will then be produced to Plaintiffs on a monthly basis.

## III.   **PARAGRAPH FIFTEEN**

Paragraph 15 of the Stipulation provides:

If a prisoner who is taking psychotropic medication suffers a heat intolerance reaction, all reasonably available steps will be taken to prevent heat injury or illness.  If all other steps have failed to abate the heat intolerance reaction, the prisoner will be transferred to a housing area where the cell temperature does not exceed 85 degrees Fahrenheit.

*See* Dkt. 1185 at 6.

Defendants treat inmates who suffer heat intolerance reactions due to medications prescribed by a psychiatric provider through the Nursing Encounter Tool ("NET") entitled "Heat Related Illness." A copy is attached as Exhibit 3.  Defendants, however, have been unable to use this NET to generate a list of inmates who reported heat intolerance and

2

were also on medications prescribed by a psychiatric provider.  Defendants are currently working with Corizon and Marquis to develop software that allows Defendants to generate this list.  Defendants will then produce these lists to Plaintiffs on a monthly basis. Plaintiffs can then access the inmates' records in eOMIS and confirm all reasonably available steps were taken to prevent heat injury, or that the inmate was transferred to a different housing area as outlined in Paragraph 15 of the Stipulation.

At this point, Defendants are unsure how long it will take to implement the procedures described above.  Defendants are working to determine a definite start date and will advise the Court when that date is known.

DATED this __6th__ day of October 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
        Daniel P. Struck
        Kathleen L. Wieneke
        Rachel Love
        Timothy J. Bojanowski
        Nicholas D. Acedo
        Ashlee B. Fletcher
        Anne M. Orcutt
        Jacob B. Lee
        STRUCK WIENEKE & LOVE, P.L.C.
        3100 West Ray Road, Suite 300
        Chandler, Arizona  85226

        Arizona Attorney General Mark Brnovich
        Office of the Attorney General
        Michael E. Gottfried
        Lucy M. Rand
        Assistant Attorneys General
        1275 W. Washington Street
        Phoenix, Arizona 85007-2926

        *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                         kleach@perkinscoie.com

Amir Q. Amiri:           aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:           afettig@npp-aclu.org

Asim Varma:              avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                         phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com;
                         nbreen@jonesday.com

Corene T. Kendrick:      ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                         sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

Jennifer K. Messina:     jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Kathleen E. Brody        kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela              mabela@azdisabilitylaw.org

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Sarah Eve Kader:         skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org;
                         rstarling@azdisabilitylaw.org

4

1      I hereby certify that on this same date, I served the attached document by U.S.
2    Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3      N/A

4                /s/ Daniel P. Struck        

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28