# EXHIBIT 1

# EXHIBIT 1



# OPTIMAL
## phone interpreters

# ON-HOLD SPANISH

When a Spanish-speaking person calls, you can use these phrases (spelled phonetically) to put them on-hold so that you can call Optimal Phone Interpreters for an over-the-phone interpreter.

*Hello:* **Ola (or Bweno)**

*Do you speak Spanish?:*
**Abla usted espanYOL?**

*Yes:* **See**

*Please hold for an interpreter:*
**Por faVOR esPERei por un inTERpretei**

*Place the caller on-hold and call*
**Optimal Phone Interpreters**



For an Interpreter, call
Redacted

All Languages, All the Time!









# Interested in Health Screenings or Vaccinations?



## Submit an HNR for:

- Pap smear if between the ages of 21 and 65. Eligible every 36 months or as ordered by your provider

- Annual Influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic

- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider

- Annual colorectal cancer screening for those between the ages of 50 and 75

PARSONS v. RYAN, USDC CV12-00601: ADCM620460

# Interesado en Proyecciones de Salud o Vacunaciónes?



## Someter un HNR para:

- Prueba de papanicolaou si esta entre las edades 21 a 65. Eligible cada 36 meses o por orden de un medico.

- Vacuna de influenza anual

- Vacunas requeridas por CDC si es diagnosticada con una condicion cronica

- Mammografia para las mujeres 50 y mayor, entonces cada 24 meses o por orden de un medico

- Examen de cáncer colorectal annual para aquellos entre los años de 50 y 75

**PARSONS v. RYAN, USDC CV12-00601: ADCM620461**

**EXHIBIT 2**

**EXHIBIT 2**

11. Dentures will not be started within six months of your release.
12. If you choose not to have recommended treatment completed, you must sign a "Refusal to Submit to Treatment" form.
13. If you should have an emergency requiring more immediate attention, such as a constant, severe toothache, swelling or facial trauma, send an HNR immediately.  You will be brought in for an assessment of your problem. After the assessment, if your situation is determined not to be a true emergency, you will be required to submit an HNR for routine treatment.

A Disciplinary Report may be completed by the Dental staff when warranted.

### *Your Prescription*
When your medical provider writes a prescription for you, it will be sent to the pharmacy later that day to be filled.  Your medication will be sent to the Health Unit.

For example, if your ADC number ends in 0 or 1, all of your weekly medications and refills will be delivered Monday.  When new prescriptions are filled in the pharmacy, a supply of medications will be issued to last until your regular medication pick-up day.  If your day is Monday and you have a new order written Thursday, the pharmacy will deliver a 4-day supply of the medication and the remainder of the prescription will be delivered on consecutive Mondays.

**IT IS YOUR RESPONSIBILITY TO HAVE YOUR PRESCRIPTION REFILLED/RENEWED WHEN NECESSARY.**

Some medications are to be picked up weekly, some must be picked up every day, and some are given one dose at a time. If you are not sure, check with the nurse in your unit.

**EACH** time you go to pick up a refill, you should bring the old medication envelope and label with you.  Inmates shall not share prescriptions with other inmates.  Your prescriptions are subject to quantity verification.

Submit an HNR for:
- Pap smear if between the ages of 21 and 65.  Eligible every 36 months or as ordered by your provider.
- Annual Influenza vaccination.
- Required CDC immunizations for those diagnosed with a chronic disease.
- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider.
- Annual colorectal cancer screening for those between the ages of 50 and 75.

# BEHAVIORAL PROGRAMS

Inmate Programs

A number of programs are available to help you address substance abuse problems and other social and emotional needs.  Programs are offered in both group and self-study formats.  Periodic, short term programs are also offered from time to time.

Programs available at Perryville include:
### *Group Programs*
- Inmate programs facilitated by CO III's.
- Re-Entry Program
- Thinking for a Change
- Conflict Resolution
- Cultural Diversity

### *Self-Help/Mutual-Help Support Groups*
- Alcoholics Anonymous
- Narcotics Anonymous
- Alanon
- Gamblers Anonymous

*Various short term programs are offered through Mental Health Services, and are changed on a regular basis.*

For the most current information on the programs available and how to get started in them, see the unit bulletin boards or see your CO III.

## PROGRAM OFFICER

The unit WIPP Coordinator oversees WIPP/Job Assignments. Submit a job request application to your assigned COIII. Your assigned COIII will handle all Classification, Corrections Plans, Banking, EIP issues, as well as parole applications, release packet, and any other issue related to programming

## GRIEVANCES (DO #802)

The Unit Grievance Coordinator will assist you in the grievance process. All Informal Resolution attempts shall be submitted to your assigned COIII. Any questions you have about filing a grievance shall be addressed through your COIII.

## PSYCHOLOGICAL ASSISTANCE (DO #1103)

There are a variety of Psychology Associates, Nurse Psychiatrists/Psychiatric Practitioners, Psychologists, and Psychology technicians assigned to ASPC-PHX to assist you. These professionals are dedicated to assisting you deal with the rough spots and get on with life. To request an appointment, submit a Health Needs Request form (HNR) to Medical.

## MEDICAL SERVICES (DO #1101)

Medication "call out" will be made over the Public Address (PA) System. It is your responsibility to pick up and take your medications as prescribed. Depending upon your housing assignment, medications may be delivered to you.

If you have a medical or dental issue, you shall complete and submit a Request for Medical Services form (HNR). If a medical emergency arises, notify a staff member immediately so medical attention can be provided. Inmates shall not report to the medical area without authorization from a staff member. $4.00 may be deducted from your inmate bank account for non chronic Medical Services, if you do not have money on your account you will be seen, but a hold may be placed on your account.

- All inmates will be offered an annual influenza vaccination
- All inmates with chronic diseases will be offered the required immunizations as established by the Center for Disease Control (CDC)
- All inmates ages 50-75 will be offered annual colorectal cancer screening

## LIBRARY (DO #919)

There is a lending library located on your assigned unit. You will be allowed to check out books for your use during non programming hours. If you check out a book, it is your responsibility to return it to the library. These books are State property and shall not be damaged in any way or taken with you when you leave. Personal books that are no longer

**EXHIBIT 3**

**EXHIBIT 3**



# Nursing Encounter Tool
*Heat Related Illness*

## Demographic/Vital Signs

| Facility Name: | Location Seen: | | | Date Seen: | | Time Seen: | |
|---|---|---|---|---|---|---|---|
| Patient Name: Last | | | First | MI | ID # | DOB: | Age: |
| Vital Signs: *Call Practitioner | *T>100 T: | *P>100 P: | R: | *SBP<100 BP: | Pulse Ox:  % ☐RA ☐O₂  /lpm | Wt: | ☐ Actual ☐ Reported |
| Allergies: | | | | | | | |
| Chronic care clinic: ☐ Y  ☐ N     What Clinic(s): | | | | | | | |

## Subjective

Chief Complaint:_____
Onset Date:_____

**Associated Factors:**
☐ Confusion
☐ Seizure
☐ Muscle cramps
☐ Tired
☐ Weak
☐ Dizzy
☐ Lightheadedness
☐ Fainting
☐ Headache
☐ Nausea
☐ Vomiting
☐ Incontinent of urine
☐ Incontinent of stool
☐ Thirsty

☐ Pain where: _____
☐ Pain Scale is now _____/10  at worst _____/10
What makes it better _____
What makes it worse _____

**Current Medications:** (Mark all that apply)
☐ Diuretics
☐ Laxatives
☐ Psychotropics
☐ New medication within the past 30 days
   What medications:_____

**Pertinent Medical Conditions:**
☐ Diabetes
☐ CAD
☐ Stroke
☐ Obesity
☐ Cystic Fibrosis
☐ Hx of heat stroke
☐ Sunburn
☐ Psychiatric illness

## Objective

**Glascow Coma Scale**

| Response | Description | Points assigned | Score |
|---|---|---|---|
| Eye Opening Response | Opens eyes spontaneously | 4 | |
| | Opens eyes in response to voice | 3 | |
| | Opens eyes in response to painful stimuli | 2 | |
| | Does not open eyes | 1 | |
| Verbal Response | Oriented | 5 | |
| | Confused, disoriented | 4 | |
| | Utters inappropriate words | 3 | |
| | Incomprehensible sounds | 2 | |
| | Makes no sound | 1 | |
| Motor Response | Obeys commands | 6 | |
| | Localizes painful stimuli | 5 | |
| | Flexion/withdrawal from painful stimuli | 4 | |
| | Abnormal flexion to painful stimuli (decorticate response) | 3 | |
| | Extension to painful stimuli (decerebrate response) | 2 | |
| | Makes no movement | 1 | |
| | TOTAL SCORE | | |

**Eyes**
☐ Normal  ☐ Pale  ☐ Red  ☐ Watery
☐ PERRL  ☐ Unequal/abnormal
**Oral Mucosa**
☐ Dry  ☐ Moist  ☐ Increased thirst
**Lung sounds**
  R Lung  ☐ Clear  ☐ Wheezing  ☐ Diminished  ☐ Wet
  L Lung  ☐ Clear  ☐ Wheezing  ☐ Diminished  ☐ Wet
**Skin**
☐ Red  ☐ Warm  ☐ Dry  ☐ Pale  ☐ Cool  ☐ Clammy  ☐ Hot
☐ Excessive sweating

**Repeat vital signs**   Time:_____
T:_____  P:_____  R:_____  BP:_____
Pulse Ox:_____%  ☐ RA  ☐ O₂:_____/lpm
**Tests**
☐ Fingerstick results_____(Diabetics)
☐ Dipstick U/A  ☐ Normal  ☐ Abnormal (see lab slip) (All)
**Comments:**
_____
_____
_____

| Nurse signature | Print/stamp |
|---|---|



# Nursing Encounter Tool
*Heat Related Illness*

| Patient | Last | First | ID Number |
|---|---|---|---|

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated    Time:_____
EMS arrival    Time:_____
EMS transport    Time:_____
Facility transported to:_____
☐ Other:_____

COMMENTS:
_____
_____
_____
_____
_____

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to:** (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100
☐ Glascow coma scale ≤ 13
☐ Unable to hydrate PO
☐ Confusion

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal dipstick U/A
☐ Other:_____
Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Seen by practitioner   Name:_____ Time:_____
☐ Contacted practitioner   Name:_____ Time:_____

Practitioner Orders Received ☐ Y  ☐ N    ☐ Read back practitioners orders
Disposition ☐ Return to unit  ☐ Monitor/Observation  ☐ Admit to infirmary  ☐ Other:_____

COMMENTS/ORDERS:
_____
_____
_____
_____
_____

### ☐ Nursing Intervention

**CONTINUITY OF CARE**
☐ Hydration increase fluid intake
☐ Nurse follow up scheduled
☐ Referral to practitioner for multiple visits for same complaint
☐ Referral to practitioner for current presenting complaint
☐ Custody notified of special needs
☐ No further follow up needed at this time

**MEDICATION**
☐ O₂ @_____LPM via_____
☐ KOP
☐ Medication administered
☐ Medication noted on MAR

**PATIENT EDUCATION**
☐ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided    ☐ Verbal information given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS:
_____
_____
_____

| Nurse signature | Print/stamp | Date/time |
|---|---|---|