**AO 435** (Administrative Office of the United States Courts)
AZ Form (Rev. 1/2015)

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Timothy J. Bojanowski | 2. PHONE NUMBER: 480-420-1604 |
| | 3. DATE: 10/06/2016 |
| 4. FIRM NAME: Struck Wieneke & Love, PLC | |
| 5. MAILING ADDRESS: 3100 W. Ray Road, Ste. 300 | 6. CITY: Chandler |
| | 7. STATE: AZ |
| | 8. ZIP CODE: 85226 |
| 9. CASE NUMBER: 2:12-cv-00601 | 10. JUDGE: David K. Duncan |
| DATES OF PROCEEDINGS | 11. August 26, 2016 | 12. |
| 13. CASE NAME: Parsons v. Ryan | LOCATION OF PROCEEDINGS |
| | 14. Phoenix | 15. STATE: Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [✓] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) Status Hearing | 08/26/2016 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [✓] | [ ] | | [ ] PDF (e-mail) | |
| 7 DAYS | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: epercevecz@swlfirm.com

19. SIGNATURE: /s/Timothy J. Bojanowski

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE: 10/06/2016

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY