# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Plaintiffs have alleged that certain facilities were in substantial non-compliance with certain performance measures found in the parties' Stipulation. The parties have completed the Stipulation's dispute resolution procedure and so the matter is ripe for the Court. (Doc. 1663) Defendants do not dispute the accuracy of the compliance rates presented by Plaintiffs but argue that they have already implemented corrective measures, such as new tracking and scheduling procedures. (Doc. 1676)

Accordingly, Defendants will be required to submit a remedial plan for the following facilities and performance measures:

- <u>Performance Measure 47</u>:  Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma
- <u>Performance Measure 80</u>:  Lewis and Tucson
- <u>Performance Measure 94</u>:  Eyman, Florence, and Tucson

**IT IS THEREFORE ORDERED** that Defendants shall submit a plan to be approved by the Court to remedy the deficiencies as identified by the Court by October

1  27, 2016.  Plaintiffs shall have until November 7, 2016, to file any comments.  The Court
2  will then address those measures at the hearing previously set for November 9, 2016, at
3  9:00 a.m., courtroom 305, 401 West Washington Street, Phoenix, AZ.
4      Dated this 7th day of October, 2016.

_____
David K. Duncan
United States Magistrate Judge