# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Victor Parsons, et al.

    Plaintiff(s)/Petitioner(s),

vs.

Charles Ryan, et al.

    Defendant(s)/Respondent(s)

CASE NO: 12-00601 NVM-MEA

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐
OCT 18 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Rita K. Lomio**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **the prisoner plaintiffs**.

**City and State of Principal Residence:** Berkeley, California
**Firm Name:** Prison Law Office
**Address:** 1917 Fifth Street    **Suite:**
**City:** Berkeley    **State:** CA    **Zip:** 94710
**Firm/Business Phone:** (510) 280-2621
**Firm Fax Phone:** (510) 280-2704    **E-mail Address:** rlomio@prisonlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Northern District of California | 11/14/2008 | ☑ Yes ☐ No* |
| U.S. District Court for the Central District of California | 03/30/2009 | ☑ Yes ☐ No* |
| Supreme Court of California | 12/18/2007 | ☑ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/14/16
**Date**

*(signature)*
**Signature of Applicant**

Fee Receipt # PHV177612

(Rev. 04/12)

Application of Attorney for Admission to Practice Pro Hac
Vice Pursuant to LRCiv 83.1(b)(2)

Rita K. Lomio

*Page 2 of 2*

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 2/18/2011 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 2/15/2011 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 2/15/2011 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 9/28/2012 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 10/31/2012 | Yes |
| District of Columbia Court of Appeals | 11/16/2012 | Yes |

# Certificate of Good Standing

United States District Court

Northern District of California

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Rita Katherine Lomio
### Bar No. 254501

was duly admitted to practice in said Court on November 14, 2008, and is in good standing as a member of the bar of said court.

Dated in San Francisco on September 30, 2016

_Susan Y. Soong_
Clerk

