1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
         dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13        adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI** |

LEGAL133309522.1

1  I, DAVID C. FATHI, DECLARE:

2      1.    I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

    2.    Attached hereto as Exhibit 1 is a letter I sent by email to Defendants' counsel Michael Gottfried and Lucy Rand on October 6, 2016. In addition to Mr. Gottfried and Ms. Rand, the letter was simultaneously emailed to Defendants' counsel Anne Orcutt, Ashlee Fletcher, Dan Struck, and Tim Bojanowski. Plaintiffs have received no response to this letter.

    3.    Attached hereto as Exhibit 2 are the cover and selected pages from Defendants' Monitor Guide, dated October 5, 2016. This document was emailed to Plaintiffs' counsel approximately one hour before the October 5 status hearing in this matter, and has not been Bates-stamped by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 19th of October, 2016, in Washington, D.C.

                                                    s/ David C. Fathi
                                                    David C. Fathi

**ADDITIONAL COUNSEL**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
           afettig@aclu.org
           jmorgan@aclu.org

*Admitted pro hac vice. Not admitted in DC; practice limited to federal courts.
**Admitted pro hac vice

LEGAL133309522.1

1  Daniel C. Barr (Bar No. 010149)
   Amelia M. Gerlicher (Bar No. 023966)
2  John H. Gray (Bar No. 028107)
   **PERKINS COIE LLP**
3  2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  Telephone: (602) 351-8000
   Email:  dbarr@perkinscoie.com
5          agerlicher@perkinscoie.com
           jhgray@perkinscoie.com
6
   Kathleen E. Brody (Bar No. 026331)
7  Daniel Pochoda (Bar No. 021979)
   **ACLU FOUNDATION OF**
8  **ARIZONA**
   3707 North 7th Street, Suite 235
9  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
10 Email:  kbrody@acluaz.org
           dpochoda@acluaz.org
11
   Donald Specter (Cal. 83925)*
12 Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
13 Corene Kendrick (Cal. 226642)*
   Rita K. Lomio (Cal. 254501)*
14 **PRISON LAW OFFICE**
   1917 Fifth Street
15 Berkeley, California 94710
   Telephone: (510) 280-2621
16 Email:  dspecter@prisonlaw.com
           ahardy@prisonlaw.com
17         snorman@prisonlaw.com
           ckendrick@prisonlaw.com
18         rlomio@prisonlaw.com

19 *Admitted *pro hac vice*

20 Kirstin T. Eidenbach (Bar No. 027341)
   **EIDENBACH LAW, P.C.**
21 P. O. Box 91398
   Tucson, Arizona 85752
22 Telephone: (520) 477-1475
   Email:  kirstin@eidenbachlaw.com

23

24

25

26

27

28

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

LEGAL133309522.1

-3-

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
| | ARIZONA CENTER FOR DISABILITY LAW |
| 3 | 5025 East Washington Street, Suite 202 |
| 4 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 5 | Email: skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
| 7 | J.J. Rico (Bar No. 021292) |
| | Jessica Jansepar Ross (Bar No. 030553) |
| 8 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800 |
| 10 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 11 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 12 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 13 | mabela@azdisabilitylaw.org |
| 14 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL133309522.1

-5-