**Index of Exhibits to Declaration
of David C. Fathi**

**Exhibit 1**    October 6, 2016 letter to Defendants' counsel

**Exhibit 2**    Cover and selected pages from Defendants' Monitor Guide, dated October 5, 2016

# EXHIBIT 1

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



**AMERICAN CIVIL LIBERTIES UNION**

October 6, 2016

**BY ELECTRONIC MAIL ONLY**

Michael Gottfried
Lucy Rand
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
1275 West Washington Street
Phoenix, AZ 85007-2926
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW**

**NOT ADMITTED IN DC;*
*PRACTICE LIMITED TO*
*FEDERAL COURTS*

         *Re:*    *Parsons v. Ryan*

Dear Counsel:

In their proposed agenda for the October 5, 2016 status conference, Defendants asserted that their monitoring methodology for PM 86 and for those PMs requiring an action to be performed "every X days" is consistent with the Court's September 6 order (Doc. 1673). Please confirm that the methodology for those PMs set forth in Defendants' October 5, 2016 Monitor Guide is the methodology that Defendants maintain is compliant with the Court's order.

Thank you very much.


Very truly yours,



David C. Fathi

cc:     All counsel

# EXHIBIT 2



Arizona Department
of Corrections

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# MONITOR GUIDE

# Duties &
Responsibilities

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

### CGAR Category: Mental Health (C) 05

| |
|---|
| **Performance Measure:**<br><br>Mental health treatment plans shall be updated a minimum of every ninety (90) days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners. |
| **CGAR Question:**<br><br>Are mental health treatment plans being updated a minimum of every ninety (90) days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners? |
| **Source of Records/Review:**<br><br>Review all inmates who were identified for HC PMs ##73, 80, 82, 84, 85, 86, 87, 89 and 92. |
| **Methodology:**<br><br>• All records reviewed for HC PMs ##73, 80, 82, 84-87, 89, and 92 will also be reviewed for compliance with this performance measure.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent treatment plan.<br><br>• If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ninety (90) days or less (or one (1) year if applicable).  If the previous treatment plan was more than ninety (90) days (or one (1) year if applicable), then "TF" is recorded and it is coded as noncompliant.<br><br>• If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed ninety (90) days or less (or one (1) year if applicable) from the last day of the reporting month.  Record the date of the most recent treatment plan.<br><br>• If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

<u>CGAR Category: Mental Health (C) 09</u>

| Performance Measure: |
| --- |
| MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every ninety (90) days by a mental health provider. |

| CGAR Question: |
| --- |
| Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every ninety (90) days by a mental health provider? |

| Source of Records/Review: |
| --- |
| Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.   A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding psychiatry contact occurred within ninety (90) days or less.  If the preceding contact occurred more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If the contact occurred in any month prior to the audit month, check if the inmate was seen ninety (90) ninety days or less before the last day of the audit month.  The date of the last contact is recorded.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li><li>If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

## CGAR Category: Mental Health (C) 10

| Performance Measure: |
| --- |
| MH-3B prisoners shall be seen a minimum of every ninety (90) days by a mental health clinician. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners being seen a minimum of every ninety (90) days by a mental health clinician? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
| --- |
| <ul><li>Ten (10) records (if available) will be selected for review at each yard.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety (90) days or less.  If the preceding contact was more than ninety (90) days, then "TF" is recorded and it is coded as noncompliant.</li><li>If there is no contact in the audit month, then looked to see if the previous contact was completed ninety (90) days or less from the last day of the auditing month.  The date of the last contact is recorded.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

**CGAR Category: Mental Health (C) 11**

| Performance Measure: |
| --- |
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every ninety (90) days. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every ninety (90) days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3B.</li><li>A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>If the most recent psychiatry contact occurred in the audit month, then compare that date to the preceding psychiatry contact.  If these two contacts are ninety (90) days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than one-hundred and eighty (180) days apart, then record "TF" as the date and it is coded as noncompliant.</li><li>If the most recent psychiatry contact occurred in the audit month and the preceding contact occurred between ninety (90) and one-hundred and eighty (180) days from that date, then follow the steps below to determine the prevailing diagnosis.</li></ul> |

---

[1]   Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

104

PERFORMANCE MEASURES

- If the most recent psychiatry contact did not occur in the audit month, then look to see if it occurred ninety (90) days or less from the last day of the audit month. If it did, then record the date of the contact and it is coded as compliant. If the most recent contact occurred more than one-hundred and eighty (180) days from the last day of the audit month, then record the date and it is coded as noncompliant.

- If the most recent psychiatry contact occurred between ninety (90) and one-hundred and eighty (180) days from the last day of the audit month, the follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis: First look at the first psychiatry contact that did not occur in the audit month. Check the SOAPE note for a diagnosis. If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact. If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the audit month. If there is no diagnosis, then the default is ninety (90) days.

- Recording the Prevailing Diagnosis: First record an "N" if the diagnosis is not one of those listed in the PM or a "Y" if it is listed. Then record the ICD 10 code of the diagnosis. Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

## CGAR Category: Mental Health (C) 12

| Performance Measure: |
|---|
| MH-3C prisoners shall be seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider. |

| CGAR Question: |
|---|
| Are MH-3C prisoners seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
|---|
| <ul><li>Ten (10) records (if available) will be selected for review at each yard.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within one-hundred-and-eighty (180) days. If the preceding contact occurred more than one-hundred-and-eighty (180) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If the contact occurred in any month prior to the audit month, look to see if the inmate was seen one-hundred-and-eighty (180) days or less before the last day of the audit month. If the most recent contact is more than one-hundred-and-eighty (180) days from the last day of the audit month, then the date of the contact is recorded and it is coded as noncompliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

### CGAR Category: Mental Health (C) 14

| Performance Measure: |
| --- |
| MH-3D prisoners shall be seen a minimum of every ninety (90) days by a mental health clinician for a minimum of six (6) months after discontinuing medication. |

| CGAR Question: |
| --- |
| Are MH-3D prisoners seen a minimum of every ninety (90) days by a mental health clinician for a minimum of six (6) months after discontinuing medication? |

| Source of Records/Review: |
| --- |
| Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH-3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |

| Methodology: |
| --- |
| <ul><li>All of the records from HC PM #85 will be reviewed for this PM.  If ten (10) records were not located for PM #85, then the remaining required records will be reviewed for this PM.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3D.</li><li>Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred ninety (90) days or less.  If the preceding contact was more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If there is no contact in the audit month, then look to see if the most recent contact occurred ninety (90) days or less from the last day of the audit month.  If it the two dates are more than ninety (90) days apart, then the date of the most recent contact is recorded and it is coded as noncompliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

<u>CGAR Category: Mental Health (C) 16</u>

| |
|---|
| **Performance Measure:** |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every ninety (90) days. |

| |
|---|
| **CGAR Question:** |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every ninety (90) days? |

| |
|---|
| **Source of Records/Review:** |
| The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |

| |
|---|
| **Methodology:** |
| <ul><li>The same records from HC PM #87 will be reviewed for this PM</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety (90) days or less. If the preceding contact occurred more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If the contact occurred in any month prior to the audit month, look to see if the inmate was seen ninety (90) days or less before the last day of the audit month. If the two dates are more than ninety (90) days apart, then the date of the most recent psychiatry contact is recorded and it is coded as noncompliant.</li><li>If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16