# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: October 24, 2016

Title: Parsons et al vs. Ryan et al
      Plaintiffs     Defendants
================================================================

HON:   David K. Duncan            Judge # 70BL/DKD

    Caryn Smith                    Elaine Cropper
    Deputy Clerk                   Court Reporter

**APPEARANCES:**
Kirstin Eidenbach, Corene Kendrick and Maya Abela for Plaintiffs
Rachel Love, Timothy Bojanowski and Lucy Rand for Defendants

================================================================
**PROCEEDINGS:**     X   Open Court        ____ Chambers        ____ Other

This is the time set for Telephonic Status Hearing. Argument is heard regarding the November prison tour dispute. Given that the notice required by the Stipulation was provided, IT IS ORDERED granting Plaintiffs' request to tour the specified prison locations on November 1-4, 2016. IT IS FURTHER ORDERED that the requested documents shall be produced to Plaintiffs' counsel by close of business on October 28, 2016. IT IS FURTHER ORDERED, absent extraordinary circumstances (which does not include the unavailability of Defendants' preferred counsel), Defendants shall accommodate the tours as requested provided Plaintiffs provide the "two weeks' advance notice" required by Paragraph 32 of the Stipulation.

Time in court: 17 min (4:33 PM – 4:50 PM)