# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

At the October 5, 2016 Status Conference, the Court directed Defendants to provide August CGAR data to the Court and to Plaintiffs simultaneously. When Plaintiffs received the August CGAR data on October 25, they provided it to the Court, along with an offer to provide a summary of the data that complies with Federal Rule of Evidence 1006. While the Court has reviewed the data, a FRE 1006 summary would be beneficial. Additionally, to prepare for the November 9 status conference, the parties will be directed to provide simultaneous briefing discussing the implications of the August data and any proposed procedure for further action in response thereto.

Based upon previous hearings, the Court believes the following are already established as agenda items for the November 9, 2016 status conference:

- Remediation plan for Performance Measures 47, 80, 94;
- Maximum custody notebook/document issues;
- August CGAR data;
- Monitoring manual issues, including date calculations;

- Compliance with ¶¶ 12, 14, 15 of the Stipulation; and
- Status of "Access to Videos & Electronic Medical Records" (Doc. 1506).

The parties shall email the Court (duncan_chambers@azd.uscourts.gov) by Monday, November 7, 2016, with additional agenda items they wish to raise.

**IT IS THEREFORE ORDERED** that the parties shall file their responses to the August CGAR data by Monday, November 7, 2016. The parties' briefs must discuss the implications of the data and any proposed procedure for further action. Plaintiffs shall include their FRE 1006 summary with their response.

Dated this 27th day of October, 2016.

David K. Duncan
United States Magistrate Judge