Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING CURRENT PERCENTAGE COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 1678]** |

The following status report provides the August CGAR results for the Health Care Performance Measures ("HCPM") that are before this Court (Doc. 1583 & 1709).[1]

**HCPM No. 11:** *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 66 |
| Florence | 77 |
| Lewis | 73 |
| Tucson | 80 |
| Winslow | 87 |
| Yuma | 87 |

**HCPM No. 13:** *Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Douglas | 93 |
| Eyman | 86 |
| Florence | 68 |
| Lewis | 69 |
| Perryville | 63 |
| Tucson | 90 |
| Yuma | 90 |

---

[1] Defendants produced the August 2016 CGAR findings to Plaintiffs on Tuesday, October 25, 2016 at 11:45 AM. Before Defendants had an opportunity to prepare this Report, Plaintiffs emailed the raw CGAR data to the Court at 4:01 PM the same day. Pursuant to the Court's October 27, 2016 Order (Doc. 1727), Defendants will file a substantive brief addressing the August 2016 CGAR results by November 7, 2016.

1

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Douglas | 86 |
| Eyman | 92 |
| Florence | 97 |
| Lewis | 92 |
| Perryville | 94 |
| Tucson | 100 |
| Yuma | 88 |

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 54 |
| Florence | 80 |
| Lewis | 35 |
| Tucson | 51 |
| Winslow | 93 |
| Yuma | 34 |

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 46 |
| Florence | 41 |
| Lewis | 75 |
| Perryville | 51 |
| Tucson | 69 |

**HCPM No. 46:** *A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Douglas | 78 |
| Eyman | 82 |
| Florence | 43 |
| Lewis | 84 |
| Perryville | 60 |
| Phoenix | 81 |
| Tucson | 50 |
| Yuma | 78 |

**HCPM No. 47:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Douglas | 89 |

3

| | |
|---|---|
| Eyman | 38 |
| Florence | 49 |
| Lewis | 56 |
| Perryville | 61 |
| Phoenix | 100 |
| Safford | 100 |
| Tucson | 6 |
| Winslow | 50 |
| Yuma | 66 |

**HCPM No. 54:** *Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.* (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| **Prison Complex** | **August 2016** |
|---|---|
| Eyman | 86 |
| Florence | 97 |
| Lewis | 84 |
| Perryville | 92 |
| Phoenix | 98 |
| Tucson | 76 |
| Yuma | 98 |

**HCPM No. 66:** *In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, and Tucson)

| **Prison Complex** | **August 2016** |
|---|---|
| Florence | 100 |

4

| | |
|---|---|
| Lewis | 90 |
| Tucson | 20 |

**HCPM No. 80:** *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.* (Lewis and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Lewis | 84 |
| Tucson | 91 |

**HCPM No. 81:** *MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider.* (Lewis and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Lewis | 88 |
| Tucson | 100 |

**HCPM No. 85:** *MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.* (Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 86 |
| Florence | 47 |
| Lewis | 36 |
| Perryville | 85 |
| Tucson | 63 |
| Yuma | 93 |

*/ / /*

5

**HCPM No. 92:** *MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 94 |
| Florence | 95 |
| Lewis | 96 |
| Perryville | 72 |
| Tucson | 100 |

**HCPM No. 93:** *Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 100 |
| Florence | 100 |
| Lewis | 100 |
| Tucson | 100 |

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Eyman, Florence, and Tucson)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 95 |
| Florence | 80 |
| Tucson | 100 |

/ / /

**HCPM No. 98:** *Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Eyman, Florence, Lewis, and Winslow)

| Prison Complex | August 2016 |
|---|---|
| Eyman | 80 |
| Florence | 80 |
| Lewis | 87 |
| Winslow | 100 |

DATED this 27th day of October, 2016.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/Daniel P. Struck
　　Daniel P. Struck
　　Kathleen L. Wieneke
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　Ashlee B. Fletcher
　　Anne M. Orcutt
　　Jacob B. Lee
　　STRUCK WIENEKE & LOVE, P.L.C.
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona 85226

　　Arizona Attorney General Mark Brnovich
　　Office of the Attorney General
　　Michael E. Gottfried
　　Lucy M. Rand
　　Assistant Attorneys General
　　1275 W. Washington Street
　　Phoenix, Arizona 85007-2926

　　*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1 | Rita K. Lomio:               rlomio@prisonlaw.com

2 |       I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3 |

4 |       N/A

5 |                                         /s/Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28