Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' REMEDIAL PLAN REGARDING PERFORMANCE MEASURES 47, 80, AND 94** |

Pursuant to the Court's October 7, 2016 Order (Doc. 1709), Defendants submit the following plans to remedy the deficiencies for Health Care Performance Measure ("HCPM") Nos. 47, 80, and 94.

**GENERAL REMEDIES**

**Additional Training and Education**

Defendants' attorneys will conduct regular meetings with the monitors to discuss monitoring methodology and compliance. The purpose of these meetings will be to conduct a roundtable discussion regarding the purpose and reasons for the Stipulation, the monitors' role in auditing compliance with the Performance Measures, the Court's Orders regarding monitoring and compliance, and any other challenges or issues with monitoring.

Defendants' attorneys will also hold monthly meetings and/or conference calls with Arizona Department of Corrections ("ADC") operations staff to ensure the requirements of DI 326 are being met. These meetings will present an opportunity for operations to present any issues to the attorneys and for the attorneys to provide advice, suggestions, and feedback. Additionally, Defendants' attorneys will take monthly trips to the maximum custody facilities to ensure the requisite information is being reported accurately and appropriately by the relevant staff.

Defendants' attorneys will also travel to underperforming facilities to meet with ADC and Corizon staff to discuss ways to increase compliance with underperforming performance measures and troubleshoot problem areas. These meetings will help ensure issues are being communicated to all staff and remind staff that their roles are important to improve compliance with the HCPMs; that the appropriate documentation is being processed; and to ensure inmates are receiving appropriate care. Additional training will be provided, as necessary, to educate staff and answer their questions regarding the Stipulation and the Court's Orders.

///

///

///

**Corizon Compliance Monitors**

As the Court is aware, ADC contracts with Corizon to provide medical, mental health, and dental care at the Arizona State Prison Complexes. Corizon has a Compliance and Quality Assurance Department that is responsible for, among other things, improving compliance with the Performance Measures in the Stipulation. Approximately six months ago, Corizon hired a new Senior Manager of Compliance and Quality Assurance, who now manages four full-time compliance monitors, who are responsible for helping to identify and remedy any compliance issues. Corizon may hire additional compliance monitors, as necessary, to oversee compliance at each complex. The Corizon Compliance Monitors conduct their own independent audits, following similar methodology and reviewing similar source documents as ADC monitors. The purpose of these audits is to be proactive in identifying any compliance issues and determining the cause of these issues. These monitors also assist staff at each facility in preparing corrective action plans and follow up to ensure these plans are being implemented.

**HCPM No. 47**

**Measure:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven (7) calendar days of the date of the request.*

**Facilities:** Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow and Yuma.

**Remedial Plan:** Corizon determined that the failure to meet this performance measure consistently is a result of the manner in which Health Need Requests ("HNRs") were processed and delays in medical providers communicating with inmates. To address these issues, Corizon created an automated report that contains specific information regarding each inmate request. The report lists outstanding requests for diagnostic study results and includes the inmate identifier, housing unit, details of the request, and the number of days since the request. The report is provided to the administrative leadership, nurses, and providers at each facility. The leadership at each site monitors these reports and escalates to the nursing supervisor any requests that are approaching the seven day

window in order to have an appointment scheduled within the timeframe or to send the inmate notice if the results are normal. The automated reports allow medical providers, support staff, and leadership to be aware of inmates who need to be contacted by a medical provider regarding diagnostic study results. The site leadership will follow up with providers and hold them accountable for compliance with the measure.

To improve delays in processing HNRs, beginning in June 2016, Corizon began reviewing and streamlining the HNR triage process at each facility. Because each facility is different, the HNR processing has been adjusted to match the needs and challenges of each facility. For example, there is now a centralized process for processing HNRs at Florence, Tucson, Lewis, and Winslow. This centralized process, however, was not as effective at other facilities, which process HNRs at each unit. Corizon is continually reviewing and adjusting the HNR process at each facility in order to develop the most efficient process for each facility.

The Facility Health Administrator (FHA) is assigned to oversee compliance with this measure and is responsible for following up with staff and holding them accountable for compliance with this measure. The FHA uses the automated report noted above to monitor the status of each HNR and follows up to ensure compliance.

In addition, Corizon compliance monitors will conduct monthly post-implementation reviews to ensure the corrective action plans are being implemented and are effective in remedying any noncompliance.

**HCPM No. 80**

**Measure:** *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.*

**Facilities:** Lewis and Tucson

**Remedial Plan:** Corizon discovered that mental health staff did not have a way to easily identify the MH-3A inmates who needed to be seen every thirty days or track their contacts. Because this information was not readily available, it was difficult for mental health staff to regularly schedule inmates within the timeframes required in this measure.

3

To address this issue, Corizon developed and implemented a tracking database to assure MH-3A inmates are tracked and scheduled within thirty days. There is a designated coordinator who manages this database at a regional office and follows up with staff at Lewis and Tucson to ensure the inmates are scheduled to be seen by a mental health clinician. This database allows mental health staff to be proactive in scheduling and tracking "return to clinic" contacts. The lead psychologist at Lewis and Tucson is responsible for ensuring compliance with this measure and obtains a weekly report from the MH-3A database to monitor appointments and identify inmates who need to be seen by a mental health clinician within the required timeframe.

In addition, at the Tucson facility, two new psych associates were hired in June 2016 to help assure that MH-3A prisoners are seen within 30 days and maintain compliance with this measure. Centralized psychiatric telepsychiatry services have also been implemented at Lewis and Tucson to address backlogs of MH-3A inmates who need to be seen. The telepsychiatry will be used at Lewis and Tucson to ensure the inmates are seen a minimum of every 30 days and maintain compliance. The database program is being used to monitor and ensure inmates are scheduled for telepsychiatry.

Corizon compliance monitors will conduct monthly post-implementation reviews to ensure the corrective actions plans are implemented and effective. As a result of these remedial measures, Lewis has been in compliance for the last three months (June 2016 – 84%; July 2016 – 87%; August 2016 – 84%) and Tucson obtained 91% compliance in August 2016.

**HCPM No. 94**

**Measure:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.*

**Facilities:** Eyman, Florence, and Tucson.

**Remedial Plan:** Corizon discovered that noncompliance with this measure was the result of documentation errors and challenges with managing staff schedules and weekend coverage. Several personnel and process changes have been made to correct

these deficiencies. At Tucson, a scheduling issue resulted in staffing deficiencies with this measure. To correct this problem, the Mental Health Lead made adjustments to mental health staff assignments at that facility to ensure the appropriate number of licensed staff are available to conduct daily watch checks.

To address the documentation issues, in April 2016, the psych associate at each facility began preparing daily suicide watch reports, which identify all the inmates on watch. This report is provided to the lead psych associate, who then checks the electronic medical records (eOMIS) each day to ensure a watch note has been documented for every inmate on the suicide watch report. Whenever necessary, the lead psych associate will follow-up with a licensed mental health clinician to ensure inmates are seen on a daily basis, including weekends and holidays.

Inadequate weekend coverage from nurses has had a negative impact on this measure. To address this issue, the schedules of the psych nurses now overlap on the weekend to ensure continuous coverage. Whenever necessary, the lead psych associate will assign a licensed mental health clinician to ensure coverage on a daily basis, including weekends and holidays. The Mental Health Leads will also conduct daily checks to ensure all watch inmates have been seen by a licensed mental health staff member. The Lead will require daily email verification from assigned staff to ensure all watch contacts have been completed and documented in eOMIS.

In addition, Corizon compliance monitors will conduct monthly post-implementation reviews to ensure the corrective actions remain in place and are effective.

These remedial measures have been implemented and have demonstrated success. Eyman has exceeded the compliance threshold for the last three months (June 2016 - 90%; July 2016 – 85%; August 2016 – 95%). Florence met or exceeded the compliance threshold for the last three months (June 2016 - 100%; July 2016 – 100%; August 2016 – 80%). Tucson has exceeded the compliance threshold for the last two months with scores of 100%.

///

DATED this 27th day of October 2016.

        STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1 | Rita K. Lomio: rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck