Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **NOTICE OF APPEARANCE OF MARK A. BRACKEN** |

1    Pursuant to LRCiv 83.3(b)(4), Mark A. Bracken hereby enters his appearance as

2    co-counsel of record on behalf of Defendants in the above-captioned matter and hereby

3    requests he be added to the Court's service list.  Mr. Bracken's contact information is as

4    follows:

5                                        Mark A. Bracken
                                       Struck Wieneke & Love, PLC
6                                     3100 W. Ray Road, Ste. 300
                                          Chandler, AZ  85226
7                                      Telephone: 602-420-1600
                                        Facsimile:  602-420-1693
8                                      mbracken@swlfirm.com

9            DATED this 31st day of October 2016.

10                                              STRUCK WIENEKE & LOVE, P.L.C.

11

12                                              By /s/Mark A. Bracken
                                                   Daniel P. Struck
13                                                 Kathleen L. Wieneke
                                                   Rachel Love
14                                                 Timothy J. Bojanowski
                                                   Nicholas D. Acedo
15                                                 Ashlee B. Fletcher
                                                   Anne M. Orcutt
16                                                 Jacob B. Lee
                                                   Mark A. Bracken
17                                                 STRUCK WIENEKE & LOVE, P.L.C.
                                                   3100 West Ray Road, Suite 300
18                                                 Chandler, Arizona  85226

19                                                 Arizona Attorney General Mark Brnovich
                                                   Office of the Attorney General
20                                                 Michael E. Gottfried
                                                   Lucy M. Rand
21                                                 Assistant Attorneys General
                                                   1275 W. Washington Street
22                                                 Phoenix, Arizona 85007-2926

23                                                 *Attorneys for Defendants*

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

2

1    Rita K. Lomio:              rlomio@prisonlaw.com

2

3        I hereby certify that on this same date, I served the attached document by U.S.
     Mail, postage prepaid, on the following, who is not a registered participant of the
4    CM/ECF System:

        N/A
5
                                           /s/Mark A. Bracken
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           3

1