1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

10

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

11

Plaintiffs,

12

v.

13

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

14

15

Defendants.

16

NO. 2:12-cv-00601-DKD

**[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND**

17

IT IS ORDERED that the parties' Stipulation to extend the deadline for

18

filing statements with respect to remaining issues with the monitoring guide is granted.

19

20

21

22

23

24

25

26

27

28