# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend the Deadline to Submit Disputes Concerning the Content of the Monitor Guide to the Court (Doc. 1731),

**IT IS ORDERED** that the parties' Stipulation to extend the deadline for filing statements with respect to remaining issues with the monitoring guide is granted.

Dated this 2nd day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge