1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REDACT INFORMATION CONTAINED IN THE OCTOBER 5, 2016 TRANSCRIPT OF PROCEEDINGS [DKT. 1716]** |

The Court having reviewed Defendants' Motion to Redact Information Contained in the October 5, 2016 Transcript of Proceedings [Dkt. 1716], and good cause appearing, hereby **GRANTS** Defendants' Motion and instructs the Court Reporter to redact the information delineated in Defendants' Motion.