# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                DATE: November 2, 2016

Title: Parsons et al vs. Ryan et al
      Plaintiffs     Defendants
=====================================================================

HON:   David K. Duncan            Judge # 70BL/DKD

    Caryn Smith                     CourtSmart
    Deputy Clerk                    Recorded

**APPEARANCES:**
Kirstin Eidenbach and Allison Hardy for Plaintiffs
Mark Bracken and Jacob Lee for Defendants

=====================================================================
**PROCEEDINGS:**      X   Open Court      ____ Chambers      ____ Other

This is the time set for Emergency Telephonic Status Hearing. The Court hears argument regarding purported retaliation and intimidation by prison staff during a site visit made by Plaintiffs Class Counsel to the Tucson Complex. IT IS ORDERED approving the parties' agreement that results in a letter to be provided to Class Members assuring interviewees freedom from any retaliation for their participation in the interviews conducted by Class Counsel. The Court further addressed on the record its strong view that unencumbered communication between Class Counsel and Class Members is vital to the Court's enforcement of the Stipulation and so Defendants' good faith facilitation and support of the site visits is essential and compulsory. Accordingly, any actions which could reasonably be seen to chill this communication, such as photographing interviewees or ticketing interviewees close in time to the interviews, will face a presumption of improper interference with the enforcement of the Stipulation. The Court will address by written motion practice the Class Counsel's request to reschedule and be reimbursed for travel and expenses associated with the instant tour.


Time in court: 27 min (1:47 PM – 2:14 PM)