1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

15                         UNITED STATES DISTRICT COURT

16                              DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' STATEMENT REGARDING DEFENDANTS' AUGUST 2016 CGAR DATA AND DEFENDANTS' ONGOING NONCOMPLIANCE WITH THE STIPULATION** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | **(REDACTED)** |
| Defendants. | |

LEGAL133526705.2

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1**, pursuant to Federal Rule of Evidence 1006, is a true and correct Adobe PDF document that I created to compile and summarize the monthly data contained within Defendants' Compliance-Green-Amber-Red ("CGAR") reports for January-August 2016 for the individual facilities and performance measures for which the Court found noncompliance in its May 20, 2016 Order and October 7, 2016 orders. [Docs. 1583, 1709].

3. Counsel for Defendants produce the CGAR reports to Plaintiffs' counsel on a monthly basis, pursuant to the requirements of the Stipulation. The reports are supposed to be produced to Plaintiffs 45 days after the end of the relevant monitored month. Therefore, the most current CGAR reports received by Plaintiffs are for the month of August 2016, and they were produced by Counsel for Defendants on October 27, 2016 (ten days late). [*See* Doc. 1728 at 1, n.1]

4. When my office receives the monthly production of CGAR reports from the Defendants, one of the Prison Law Office litigation assistants assigned to the case, under my direction and supervision, goes through the reports and records the monthly score for each prison complex for many performance measures. I spot check the litigation assistants' work to ensure that they have accurately recorded the information. In addition, Exhibit 1 was independently checked against each source document after I created it.

5. Attached hereto and filed under seal as **Exhibit 2** is a true and correct copy of Defendants' September 2016 Staffing Report, Bates-stamped by Defendants as ADCM659629-659639. Counsel for Defendants produce the staffing reports to Plaintiffs'

LEGAL133526705.2

1  counsel on a monthly basis, pursuant to the requirements of the Stipulation. The most
2  current report received by Plaintiffs is for September 2016.

3        6.      Attached hereto and filed under seal as **Exhibit 3** are true and correct copies
4  of the minutes from the monthly Continuous Quality Improvement (CQI) meetings at
5  ASPC-Douglas for the months of June and July 2016, produced by Counsel for
6  Defendants. The documents were Bates-stamped by Defendants as follows:

7            a.      ADCM660421-660427 (June 2016)
8            b.      ADCM661435-661443 (July 2016)

9        7.      Attached hereto and filed under seal as **Exhibit 4** is a true and correct copy
10 of the minutes from the monthly CQI meetings at ASPC-Eyman for the month of June and
11 September 2016, produced by Counsel for Defendants. The document was Bates-stamped
12 by Defendants as follows:

13           a.      ADCM660428-660433 (June 2016)
14           b.      ADCM661632-661637 (September 2016)

15       8.      Attached hereto and filed under seal as **Exhibit 5** are true and correct copies
16 of the minutes from the monthly CQI meetings at ASPC-Florence for the months of June
17 and July 2016, produced by Counsel for Defendants. The documents were Bates-stamped
18 by Defendants as follows:

19           a.      ADCM660434-660448 (June 2016)
20           b.      ADCM661452-661459 (July 2016)

21       9.      Attached hereto and filed under seal as **Exhibit 6** are true and correct copies
22 of the minutes from the monthly CQI meetings at ASPC-Lewis for the months of June and
23 July 2016, produced by Counsel for Defendants. The documents were Bates-stamped by
24 Defendants as follows:

25           a.      ADCM660449-660485 (June 2016)
26           b.      ADCM661460-661483 (July 2016)

27      10.     Attached herein and filed under seal as **Exhibit 7** is a true and correct copy
28 of the minutes from the monthly CQI meetings at ASPC-Perryville for the month of July

1  2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661484-661491.

2  11. Attached hereto and filed under seal as **Exhibit 8** is a true and correct copy of the minutes from the monthly CQI meetings at ASPC-Phoenix for the month of July 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661492-661495.

12. Attached hereto and filed under seal as **Exhibit 9** is a true and correct copy of the minutes from the monthly CQI meetings at ASPC-Tucson for the month of July 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661504-661508.

13. Attached hereto and filed under seal as **Exhibit 10** is a true and correct copy of the minutes from the monthly CQI meetings at ASPC-Winslow for the month of July 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661509-661514.

14. Attached hereto and filed under seal as **Exhibit 11** is a true and correct copy of the minutes from the monthly CQI meetings at ASPC-Yuma for the months of July and September 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661515-661533 and 661694-661705.

15. Attached hereto and filed under seal as **Exhibit 12** is a true and correct copy of excerpts from the Corrective Action Plan (CAP) for ASPC-Tucson for the month of September 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661845 and 661850.

16. Attached hereto and filed under seal as **Exhibit 13** is a true and correct copy of excerpts from the CAP for ASPC-Lewis for the month of September 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661790-661791.

17. Attached hereto and filed under seal as **Exhibit 14** is a true and correct copy of the CAP for ASPC-Yuma for the month of September 2016, produced by Counsel for

1  Defendants.  The documents were Bates-stamped by Defendants as ADCM661879-661886.

18. Attached hereto as **Exhibit 15** is a true and correct copy of David Fathi's letter to Defendants' Counsel Lucy Rand and Dan Struck regarding Defendants' noncompliance with the Court's orders on monitoring methodology, sent via email on October 27, 2016.

19. Attached hereto and filed under seal as **Exhibit 16** is a true and correct copy of excerpts from the CAP for ASPC-Florence for the month of September 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661781-661782.

20. Attached hereto and filed under seal as **Exhibit 17** is a true and correct copy of excerpts from the CAP for ASPC-Perryville for the month of September 2016, produced by Counsel for Defendants. The documents were Bates-stamped by Defendants as ADCM661811 and 661813.

21. In the August CGARS for Lewis for Performance Measure 80, Defendants count 63 out of 75 records as compliant, yielding a purported compliance score of 84%. [*See* ADCM659786][1] However, in three of the "compliant" records, Defendants counted group contacts as satisfying the requirement that the patient be "seen;" in another five, they counted cellfront contacts as satisfying this requirement. Correctly counting these eight records as noncompliant yields a compliance rate of 73.33%, below the compliance threshold of 80%.

22. Attached hereto and filed under seal as **Exhibit 18** are pages from the electronic medical records of prisoners ███, ███, and ███, showing that in each case, the contact Defendants counted as satisfying the requirement that the patient be "seen" was a group contact.

---

[1] Plaintiffs provided the August CGARs to the Court on October 25, 2016.

23. Attached hereto and filed under seal as **Exhibit 19** are pages from the electronic medical records of prisoners ▇▇▇, ▇▇▇, ▇▇▇, ▇▇▇, and ▇▇▇, showing that in each case, the contact Defendants counted as satisfying the requirement that the patient be "seen" was a cellfront contact.

24. In the August CGARS for Florence for Performance Measure 94, Defendants count 8 out of 10 records as compliant, yielding a purported compliance score of 80%. [*See* ADCM659741] However, in two of the "compliant" records, Defendants counted cellfront contacts as satisfying the requirement that the patient be "seen" daily while on suicide watch. Correctly counting these two records as noncompliant yields a compliance rate of 60%, below the compliance threshold of 80%.

25. Attached hereto and filed under seal as **Exhibit 20** are pages from the electronic medical records of prisoners ▇▇▇ and ▇▇▇, showing that in each case defendants counted cellfront contacts as satisfying the requirement that the patient be "seen."

26. In the August CGARS for Tucson for Performance Measure 94, Defendants count 10 out of 10 records as compliant, yielding a purported compliance score of 100%. [*See* ADCM659952] However, in seven of the "compliant" records, Defendants counted cellfront contacts as satisfying the requirement that the patient be "seen" daily while on suicide watch. Correctly counting these seven records as noncompliant yields a compliance rate of 30%, far below the compliance threshold of 80%.

27. Attached hereto and filed under seal as **Exhibit 21** are pages from the electronic medical records of prisoners ▇▇▇, ▇▇▇, ▇▇▇, ▇▇▇, ▇▇▇, ▇▇▇, and ▇▇▇, showing that in each case defendants counted cellfront contacts as satisfying the requirement that the patient be "seen."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 7th of November, 2016, in Phoenix, Arizona.

      s/ Corene Kendrick
Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL133526705.2        -6-

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org
          dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 2 | 222 East 41 Street |
| | New York, New York 10017 |
| 3 | Telephone: (212) 326-3498 |
| | Email: jkmessina@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 7 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 8 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |
| 9 | |
| | Sarah Kader (Bar No. 027147) |
| 10 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR** |
| 11 | **DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 12 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 13 | Email: skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 14 | |
| | Rose A. Daly-Rooney (Bar No. 015690) |
| 15 | J.J. Rico (Bar No. 021292) |
| | Jessica Jansepar Ross (Bar No. 030553) |
| 16 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 17 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 18 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 19 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 20 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 21 | mabela@azdisabilitylaw.org |
| 22 | *Attorneys for Arizona Center for Disability Law* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL133526705.2                        -8-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　s/ D. Freouf