# Exhibit 1

**NONCOMPLIANT HEALTH CARE PERFORMANCE MEASURES**
**JANUARY-AUGUST 2016 PERFORMANCE**

Note:  January & February – 75% or above compliant
　　　　March-August – 80% or above compliant

**Found Noncompliant by Court, 5/20/16 (Doc. 1583):**

PERFORMANCE MEASURE 11 (medication provided w/in 2 days after prescribed, or same day if STAT):
Eyman, Florence, Lewis, Tucson, Winslow, and Yuma

|          | Jan | Feb | Mar | April | May | June | July | Aug |
|----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman    | 58  | 66  | 62  | 66    | 60  | 68   | 50   | 66  |
| Florence | 78  | 77  | 80  | 70    | 72  | 78   | 70   | 77  |
| Lewis    | 42  | 38  | 30  | 36    | 48  | 60   | 63   | 73  |
| Tucson   | 78  | 78  | 66  | 73    | 81  | 77   | 76   | 80  |
| Winslow  | 87  | 90  | 90  | 90    | 93  | 93   | 90   | 87  |
| Yuma     | 68  | 78  | 83  | 72    | 83  | 80   | 93   | 87  |

PERFORMANCE MEASURE 13 (medication renewals without lapse or interruption):
Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma

|            | Jan | Feb | Mar | April | May | June | July | Aug |
|------------|-----|-----|-----|-------|-----|------|------|-----|
| Douglas    | 88  | 84  | 97  | 97    | 95  | 64   | 72   | 93  |
| Eyman      | 79  | 76  | 82  | 65    | 72  | 83   | 58   | 86  |
| Florence   | 56  | 70  | 58  | 69    | 55  | 70   | 44   | 77  |
| Lewis      | 80  | 80  | 76  | 67    | 73  | 56   | 70   | 69  |
| Perryville | 43  | 52  | 50  | 72    | 63  | 65   | 51   | 63  |
| Tucson     | 66  | 75  | 89  | 71    | 89  | 86   | 92   | 90  |
| Yuma       | 98  | 98  | 84  | 84    | 92  | 92   | 82   | 90  |

PERFORMANCE MEASURE 14 (medication refills without lapse or interruption):
Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma

|          | Jan | Feb | Mar | April | May | June | July | Aug |
|----------|-----|-----|-----|-------|-----|------|------|-----|
| Douglas  | 80  | 85  | 90  | 93    | 100 | 100  | 100  | 86  |
| Eyman    | 48  | 11  | 31  | 14    | 97  | 83   | 85   | 92  |
| Florence | 66  | 31  | 58  | 45    | 96  | 92   | 7    | 97  |
| Lewis    | 19  | 7   | 8   | 9     | 95  | 84   | 94   | 92  |

|            | Jan | Feb | Mar | April | May | June | July | Aug |
|------------|-----|-----|-----|-------|-----|------|------|-----|
| Perryville | 62  | 78  | 60  | 82    | 100 | 98   | 100  | 94  |
| Tucson     | 67  | 63  | 65  | 55    | 86  | 84   | 83   | 100 |
| Yuma       | 38  | 50  | 56  | 46    | 100 | 95   | 93   | 88  |

PERFORMANCE MEASURE 37 (seen by RN within 24 hours of HNR):
Eyman, Florence, Lewis, Tucson, Winslow, and Yuma

|            | Jan | Feb | Mar | April | May | June | July | Aug |
|------------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman      | 60  | 52  | 48  | 22    | 36  | 28   | 46   | 54  |
| Florence   | 48  | 55  | 63  | 62    | 68  | 61   | 77   | 80  |
| Lewis      | 38  | 42  | 28  | 42    | 32  | 24   | 21   | 35  |
| Perryville | 70  | 72  | 70  | 48    | 52  | 56   | 66   | 54  |
| Tucson     | 59  | 75  | 74  | 64    | 80  | 61   | 70   | 51  |
| Winslow    | 93  | 87  | 80  | 80    | 90  | 80   | 97   | 93  |
| Yuma       | 66  | 54  | 52  | 40    | 42  | 20   | 42   | 34  |

PERFORMANCE MEASURE 39 (routine provider referrals seen within 14 days):
Eyman, Florence, Lewis, Perryville, and Tucson

|            | Jan | Feb | Mar | April | May | June | July | Aug |
|------------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman      | 65  | 69  | 49  | 33    | 79  | 60   | 59   | 46  |
| Florence   | 77  | 78  | 64  | 54    | 63  | 66   | 60   | 41  |
| Lewis      | 100 | 75  | 97  | 100   | 95  | 71   | 100  | 75  |
| Perryville | 54  | 54  | 52  | 44    | 48  | 66   | 33   | 51  |
| Tucson     | 59  | 50  | 80  | 69    | 78  | 58   | 54   | 69  |

*Note: Yuma also has performed poorly in recent months.*

|      | Jan | Feb | Mar | April | May | June | July | Aug |
|------|-----|-----|-----|-------|-----|------|------|-----|
| Yuma | 74  | 64  | 66  | 67    | 84  | 51   | 51   | 42  |

PERFORMANCE MEASURE 46 (provider will review and act on diagnostic reports within 5 days):
Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma

|         | Jan | Feb | Mar | April | May | June | July | Aug |
|---------|-----|-----|-----|-------|-----|------|------|-----|
| Douglas | 67  | 100 | 90  | 84    | 88  | 67   | 78   | 78  |
| Eyman   | 74  | 74  | 42  | 72    | 86  | 78   | 82   | 82  |

|           | Jan | Feb | Mar | April | May | June | July | Aug |
|-----------|-----|-----|-----|-------|-----|------|------|-----|
| Florence  | 32  | 44  | 42  | 37    | 35  | 47   | 48   | 43  |
| Lewis     | 84  | 79  | 72  | 72    | 88  | 76   | 86   | 84  |
| Perryville| 46  | 58  | 28  | 32    | 38  | 40   | 32   | 60  |
| Phoenix   | 61  | 78  | 80  | 82    | 82  | 82   | 76   | 81  |
| Tucson    | 55  | 52  | 60  | 62    | 36  | 51   | 57   | 50  |
| Yuma      | 65  | 52  | 84  | 82    | 76  | 82   | 80   | 78  |

PERFORMANCE MEASURE 54 (chronic care patients seen as specified, no longer than every 180 days):
Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma

|           | Jan | Feb | Mar | April | May | June | July | Aug |
|-----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman     | 82  | 82  | 96  | 94    | 74  | 82   | 66   | 86  |
| Florence  | 70  | 67  | 45  | 87    | 88  | 92   | 92   | 97  |
| Lewis     | 96  | 92  | 89  | 92    | 83  | 78   | 89   | 84  |
| Perryville| 68  | 76  | 72  | 88    | 86  | 94   | 96   | 92  |
| Phoenix   | 96  | 87  | 90  | 97    | 98  | 100  | 96   | 98  |
| Tucson    | 53  | 63  | 66  | 81    | 81  | 80   | 69   | 76  |
| Yuma      | 80  | 72  | 44  | 96    | 96  | 90   | 92   | 98  |

PERFORMANCE MEASURE 66 (provider rounds at least every 72 hours in infirmary):
Florence, Lewis, and Tucson

|          | Jan | Feb | Mar | April | May | June | July | Aug |
|----------|-----|-----|-----|-------|-----|------|------|-----|
| Florence | 90  | 90  | 90  | 80    | 50  | 70   | 80   | 100 |
| Lewis    | 100 | 80  | 80  | 70    | 30  | 30   | 60   | 90  |
| Tucson   | 80  | 80  | 70  | 80    | 30  | 40   | 20   | 20  |

PERFORMANCE MEASURE 85 (MH-3D seen w/in 30 days of discontinuing medication):
Eyman, Florence, Lewis, Perryville, Tucson, and Yuma

|           | Jan | Feb | Mar | April | May | June | July | Aug |
|-----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman     | 75  | 17  | 22  | 75    | 80  | 75   | 45   | 86  |
| Florence  | 17  | 22  | 57  | 33    | 57  | 75   | 63   | 47  |
| Lewis     | 0   | 18  | 0   | 14    | 29  | 58   | 44   | 36  |
| Perryville| 75  | 88  | 100 | 100   | 100 | 100  | 91   | 85  |
| Tucson    | 0   | 33  | 6   | 28    | 38  | 23   | 50   | 63  |

|      | Jan | Feb | Mar | April | May | June | July | Aug |
|------|-----|-----|-----|-------|-----|------|------|-----|
| Yuma | 50  | 80  | 100 | 67    | 50  | 50   | 100  | 93  |

PERFORMANCE MEASURE 92 (MH-3 & higher in max custody seen by clinician 1:1 or group every 30 days):
Eyman, Florence, Lewis, Perryville, and Tucson

|           | Jan | Feb | Mar | April | May | June | July | Aug |
|-----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman     | 85  | 95  | 100 | 85    | 70  | 78   | 84   | 94  |
| Florence  | 95  | 100 | 95  | 85    | 95  | 95   | 100  | 95  |
| Lewis     | 70  | 70  | 50  | 30    | 30  | 52   | 80   | 96  |
| Perryville| 90  | 70  | 50  | 70    | 100 | 100  | 80   | 72  |
| Tucson    | 100 | 60  | 50  | 50    | 100 | 100  | 100  | 100 |

PERFORMANCE MEASURE 93 (Weekly rounds by MH staff of MH-3 & higher in max custody):
Eyman, Florence, Lewis, Tucson

|          | Jan | Feb | Mar | April | May | June | July | Aug |
|----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman    | 63  | 37  | 45  | 90    | 100 | 95   | 90   | 100 |
| Florence | 90  | 100 | 90  | 100   | 89  | 100  | 100  | 100 |
| Lewis    | 100 | 90  | 100 | 90    | 100 | 89   | 100  | 100 |
| Tucson   | 67  | 100 | 100 | 100   | 100 | 100  | 100  | 100 |

PERFORMANCE MEASURE 98 (MH HNRs responded to w/in timeframes in MHTM):
Eyman, Florence, Lewis, and Winslow

|           | Jan | Feb | Mar | April | May | June | July | Aug |
|-----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman     | 85  | 93  | 73  | 48    | 62  | 70   | 94   | 80  |
| Florence  | 80  | 94  | 92  | 72    | 74  | 84   | 94   | 80  |
| Lewis     | 64  | 67  | 79  | 83    | 79  | 82   | 87   | 87  |
| Perryville| 79  | 95  | 77  | 76    | 74  | 59   | 78   | 82  |
| Tucson    | 76  | 85  | 45  | 61    | 62  | 74   | 82   | 87  |
| Winslow   | 64  | 81  | 63  | 56    | 50  | 50   | 95   | 100 |

**Found Non-Compliant 10/7/16 (Doc. 1709)**

PERFORMANCE MEASURE 47 (provider to convey results of diagnostic studies w/in 7 days of inmate request):
(all) Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma

|            | Jan  | Feb  | Mar  | April | May  | June  | July | Aug |
|------------|------|------|------|-------|------|-------|------|-----|
| Douglas    | 0    | 57   | 57   | 42    | 67   | 66.67 | 88   | 89  |
| Eyman      | 41   | 42   | 45   | 41    | 27   | 65    | 32   | 38  |
| Florence   | 53   | 22   | 33   | 26    | 38   | 52.78 | 31   | 49  |
| Lewis      | 43   | 25   | 47   | 52    | 53   | 50.85 | 61   | 56  |
| Perryville | 83   | 40   | 7    | 15    | 38   | 43.24 | 72   | 61  |
| Phoenix    | N/A  | 100  | 100  | 100   | 0    | 100   | 67   | 100 |
| Safford    | N/A  | N/A  | N/A  | N/A   | 100  | N/A   | N/A  | 100 |
| Tucson     | 27   | 27   | 18   | 33    | 21   | 15.22 | 29   | 6   |
| Winslow    | N/A  | N/A  | 0    | 100   | 100  | 50    | 100  | 50  |
| Yuma       | 74   | 27   | 42   | 47    | 35   | 50    | 59   | 66  |

PERFORMANCE MEASURE 80 (MH-3A seen every 30 days by MH clinician):
Lewis, Tucson

|        | Jan | Feb | Mar | April | May   | June | July | Aug |
|--------|-----|-----|-----|-------|-------|------|------|-----|
| Lewis  | 68  | 73  | 80  | 79    | 78.95 | 84   | 87   | 84  |
| Tucson | 63  | 66  | 62  | 67    | 75    | 75   | 76   | 91  |

PERFORMANCE MEASURE 94 (all prisoners on suicide/MH watch seen daily by MH clinician & RN on weekends/holidays):
Eyman, Florence, Tucson

|          | Jan | Feb | Mar | April | May | June | July | Aug |
|----------|-----|-----|-----|-------|-----|------|------|-----|
| Eyman    | 75  | 70  | 75  | 100   | 65  | 90   | 85   | 95  |
| Florence | 80  | 70  | 100 | 100   | 70  | 100  | 100  | 80  |
| Tucson   | 60  | 20  | 80  | 90    | 70  | 30   | 100  | 100 |

*Note: Perryville has performed poorly in recent months:*

|            | Jan | Feb | Mar | April | May | June | July | Aug |
|------------|-----|-----|-----|-------|-----|------|------|-----|
| Perryville | 90  | 90  | 80  | 30    | 40  | 100  | 50   | 70  |

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

# Filed Under Seal

# Exhibit 5

# Filed Under Seal

# Exhibit 6

# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 9

# Filed Under Seal

# Exhibit 10

# Filed Under Seal

# Exhibit 11

# Filed Under Seal

# Exhibit 12


# Filed Under Seal

# Exhibit 13


# Filed Under Seal

# Exhibit 14


# Filed Under Seal

Exhibit 15

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

October 27, 2016

**BY ELECTRONIC MAIL ONLY**

Lucy Rand                                          Dan Struck
Office of the Arizona Attorney General             Struck, Wieneke & Love, PLC
1275 West Washington Street                        3100 West Ray Road
Phoenix, AZ 85007-2926                             Chandler, AZ 85226
Lucy.Rand@azag.gov                                 dstruck@swlfirm.com

> *Re:*   *Parsons v. Ryan*

Dear Counsel:

We write to address various issues of monitoring methodology.

## Compliance with the Court's orders

Defendants are not yet in compliance with the Court's written and oral orders on monitoring methodology. *See* Doc. 1673; Transcript of October 5, 2016 status hearing, at 10 ("The stipulation I don't think allows for a cell-front encounter for the situation of the inmate who is on suicide watch"). Defendants' 10/21/16 Monitor Guide continues to direct the monitor to count group contacts (PM 80, 82, 86) and suicide watch checks (PM 78, 80, 82, 86, 87, 89, 91, 92, 94, 98) as satisfying the requirement that the patient be "seen," contrary to the Court's orders. Moreover, the Guide continues to instruct the monitor to count a file as compliant with the requirement that something occur "every X days" as long as it has occurred a single time. **Please let us know when Defendants intend to comply with the Court's orders regarding monitoring methodology, and which month's CGARs will be the first to reflect that compliance. Please also explain how the changes in monitoring methodology required by the Court's orders are being communicated to the monitors.**

## Specific performance measures

Thank you for your two letters of October 14 (one from Dan Struck and one from Lucy Rand) in response to ours of April 15. We have reviewed these letters in light of the 10/21/16 version of the Monitor Guide, although we have

not yet been provided the four appendices that are listed in the Guide's Table of Contents.

The discussion below is necessarily based on the current version of the Guide. To the extent that the Guide changes, we may have additional comments regarding its compliance or noncompliance with the requirements of the Stipulation.

**PM 76** (If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC).

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

The 10/21/16 Manual continues to instruct the monitor to "determine if the inmate had an additional contact by a mental health clinician within fourteen (14) days of their [sic] arrival." Our April 15 letter asked that you confirm "that group and cell-front contacts are not counted." Lucy's October 14 letter states only that "Monitors count cell-front contacts as 'seen' when an inmate refuses to come out of his/her cell for a contact." Please confirm that cell-front contacts are not otherwise counted, and that group contacts are not counted.

**PM 77** (*Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners*).

The Stipulation Protocol requires that "An AIMS report will be run for all MH-3 and above prisoners at each Complex. 10 records will be reviewed per yard[.]" However, the 10/21/16 Manual instructs the monitor to "[r]eview all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #86, #87, #89, and #92." This is not the random sample of all MH-3 and above prisoners for which Plaintiffs bargained. As we said in our April 15 letter, the Methodology section of this performance measure must be changed to reflect the language of the Stipulation.

**PM 78** (*All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician*).

The sampling defect described under PM 77 also applies to this measure. In addition, the Stipulation Protocol requires that "[e]ach record that is reviewed for treatment plan compliance will also be reviewed for a face-to-face SOAPE note dated the same date." By contrast, the 10/21/16 Guide provides that "[a]ll records reviewed for HC PM #77 will be reviewed *if the treatment plan was*

2

*updated during the monitored month.*"  The italicized limitation is inconsistent with the Stipulation and must be deleted.

Finally, as we said in our April 15 letter, the Methodology section should specify that the face-to-face encounter must be with a mental health clinician or mental health provider.  This can be accomplished by modifying the first bullet point as follows:

> All records reviewed for HC PM #77~~, in which the treatment plan was updated in the monitored month,~~ will also be reviewed for a face-to-face SOAPE note **by a mental health provider or a mental health clinician** dated the same date ~~if~~ it was updated.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

**PM 80** (*MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician*).

The Methodology section for this performance measure states that a "group note" can satisfy the requirement that the patient be "seen;" this is inconsistent with the Court's order.  Doc. 1673 at 4-5.  **This comment applies to all measures for which the Manual incorrectly states that a group contact satisfies the requirement that the patient be "seen." (*see, e.g.,* PM 82, 86).**

Similarly, the Guide provides that suicide watch constitutes the patient being "seen," without specifying that such a contact can be counted only during a lockdown, or if the patient refuses to exit her cell.  **This comment similarly applies to all measures for which the Manual incorrectly states, without qualification, that "suicide watch" satisfies the requirement that the patient be "seen." (*see, e.g.,* PM 78, 82, 86, 87, 89, 91, 92, 94, 98).**

**PM 82** (*MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician*).

Our April 15 letter said the following:

> In the third bullet of the Methodology, "If the preceding contact was more than ninety days" should read "occurred more than ninety days before" or "occurred more than ninety days previously."

This has not been addressed in the 10/21/16 Manual.

**PM 83** (*MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic*

3

*disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days*).

In the eighth Methodology bullet in the 10/21/16 Manual, "first psychiatry contact" should presumably be "most recent psychiatry contact."  In addition, the Methodology does not account for the fact that there are often multiple psychiatric diagnoses; the monitor should be instructed that if any of the patient's diagnoses constitutes a psychotic disorder, bipolar disorder, or major depression, then the 90-day time limit applies.

**PM 85** (*MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications*).

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Unfortunately, Defendants' methodology continues to impermissibly exclude large numbers of records in violation of the Court's order, resulting in far fewer than the 10 records per yard required by the Stipulation being considered.  *See* Doc. 1673 at 5 ("Nor is there any dispute that in March 2016 at Perryville, only 7 of the 68 records drawn for a sample were reviewed for compliance and yielded a compliance score of 100%").  As pointed out in our April 15 letter, "[s]uch a methodology would misleadingly inflate the compliance rate by failing to count as noncompliant (for example) a prisoner who had discontinued medications 90 days ago and was seen by a provider 45 days thereafter."  The plain language of the Stipulation requires that 10 MH-3D records (if available) be drawn at each yard, and that *all* of those records be evaluated to determine whether the patient was seen by a provider with 30 days of discontinuing medication.  As the Court put it:

> The plain language of the Stipulation requires the review of ten records--if they are available--each month from each yard to ascertain the level of compliance with PM 85. If Defendants want to modify this requirement to involve fewer records, then they must do so with "a writing signed by all representatives of all parties at the time of modification." (Doc. 1185 at ¶ 40).

Doc. 1673 at 5-6.  If Defendants want to limit the sample to prisoners who were "due a contact in the audited month," then they must draw and review ten such records from each yard.

**PM 91** (*MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily*).

Although Dan's October 14 letter says that "[t]he monitoring guide is being revised to state that the Monitor will review the records reviewed for

performance measure #89 and review those inmates who were placed on a continuous watch during the audit month," the 10/21/16 Guide does not reflect this change.  In addition, the third Methodology bullet point instructs the monitor to "determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch."  Consistent with the language of the performance measure, the phrase "on a continuous watch" should be deleted.

**PM 93** (*Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody*).

Our April 15 letter stated that "[t]he Methodology should explicitly state that the contact may not be made by an LPN, and that failure to make the required number of contacts results in a finding of noncompliance for that record." These changes have not been made in the 10/21/16 Guide.

**PM 95** (*Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch*).

Although Lucy's October 14 letter states that "the methodology has been updated to state that follow-up contacts must be made by a mental health provider, mental health clinician, or psychiatric registered nurse," these changes have not been made in the 10/21/16 Guide.

**PM 96** (*A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above*).

Although Lucy's October 14 letter states that "[t]he Methodology has been updated to explicitly state that if there is no release plan, or if the release plan is dated less than 30 days before the prisoner's release date, the record is noncompliant," these changes have not been made in the 10/21/16 Guide.

In addition, to be consistent with the protocol for this performance measure, the Methodology should explicitly state that 10 records per yard *of prisoners releasing in the next 30 days* will be reviewed.

The final Methodology bullet states:  "If the inmate was incarcerated for less than thirty (30) days, or was on the mental health caseload for less than thirty (30) days, then 'N/A' will be recorded and it will be coded with a 0."  We

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

5

assume that in both cases, the intended meaning is "less than 30 days as measured from the prisoner's anticipated release date;" if so, the language should be clarified to make that explicit.  If not, then this exclusion has no basis in the language of the Stipulation and must be removed.

**PM 97** (*A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider*).

Dan's October 14 letter states that "[t]he Monitor ascertains the existence of required documents that are not in eOMIS by reviewing the paper file prior to the telepsychiatry visit."  It continues, "[t]he monitoring guide is being revised to explicitly state this," but this change has not been made in the 10/21/16 Guide.

**PM 98** (*Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0*).

Our April 15 letter pointed out that "The CGAR question is inaccurate, since it refers to 'the current Mental Health Technical Manual,' while the Stipulation requires reference to 'the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."  This deficiency is still present in the 10/21/16 Guide.

In addition, the Methodology is inconsistent in several respects with the requirements of the MHTM.  *See* ADC 267409.  The following modifications need to be made:

> Second bullet:  insert "by nursing staff" after "seen."  Change "after the triage was completed" to "upon receipt of the HNR."

> Third bullet:  insert "by nursing staff" after "seen."

> Fourth bullet:  insert "by either nursing or mental health staff" after "seen."  Change "the triage was completed" to "receipt of the HNR."

> Fifth bullet:  insert "by appropriate mental health staff" after "responded to."

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

6

Delete sixth through eighth bullets and substitute: "Inmates with routine medication issues will be referred to a P/PNP, and seen within fourteen (14) days."

Ninth bullet:  because for some HNRs the time limit runs from receipt of the HNR, the date and time of receipt must be recorded, as well as the date of triage or referral.  In addition, this bullet states that "[t]he department (Psychology or Psychiatry) will be recorded."  Please explain what this means, and how it is determined which department is recorded when the HNR is responded to by nursing staff.

**PM 99** (*Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0*).

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Our April 15 letter pointed that "The CGAR question is inaccurate, since it refers to 'the current Mental Health Technical Manual,' while the Stipulation requires reference to 'the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 1, Section 3.0."  This deficiency is still present in the 10/21/16 Guide.  In addition, Lucy's October 14 letter states "[w]e are still clarifying whether the peer review list contains agency/locum tenens;" please confirm that all psychiatrists, psychiatric nurse practitioners, and psychologists providing services to class members, regardless of their employer, are included in the monitoring of this performance measure.

There is one additional performance measure that was not discussed in our April 15 letter, but which requires discussion in light of the Court's subsequent rulings.  In **PM 94** (*All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse*), the second Methodology bullet erroneously states that a "segregation visit" can satisfy the requirement that patient be "seen."  This can be corrected by changing this term to "segregation visit (refusal or lockdown)." In addition, the Methodology should explicitly state that if there is a day on which the patient is not seen, or is not seen by the appropriate level of staff, the file is noncompliant.

## Monitoring requirements of Stipulation paragraphs 12, 14, and 15

We have reviewed Defendants' proposal for monitoring the requirements set forth in Paragraphs 12, 14, and 15 of the Stipulation (Doc. 1703).  In Corene Kendrick's letter of October 18, we have addressed the deficiencies in Defendants' plan for Paragraph 12.  Defendants' proposal for Paragraph 15 is also deficient to the extent that it purports to limit the application of that Paragraph to patients "who reported heat intolerance" (Doc. 1703 at 3).

7

Paragraph 15 applies whenever "a prisoner who is taking psychotropic medication suffers a heat intolerance reaction." The interaction between heat and psychotropic medications can result in impaired cognitive functioning, so that many patients do not realize they are suffering from heat-related illness. *See* Doc. 1104-2 at 47-48 (declaration of Pablo Stewart, M.D.). Others may know they are feeling ill but not be aware the cause. *Id.* For these reasons, it is not sufficient (and not consistent with the language of the Stipulation) to limit the scope of this requirement to patients who affirmatively report a heat intolerance reaction.

An additional problem is the statement that "Defendants are unsure how long it will take to implement the procedures described above." Doc. 1703 at 4. It is unclear whether this statement applies only to the requirements of Paragraph 15 or to all three Stipulation requirements, but in either case, more than eighteen months into the life of the Stipulation, it is not sufficient for Defendants to say that they will comply at some point in the indeterminate future. As stated in our October 18 letter, we plan to raise these issues with the Court.

* * *

We look forward to speaking with you at 10:00 a.m. Arizona time on November 8. Please provide a written response to this letter in advance of that call.

Very truly yours,

David C. Fathi

cc:   All counsel

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

8

# Exhibit 16


# Filed Under Seal

# Exhibit 17


# Filed Under Seal

# Exhibit 18


# Filed Under Seal

# Exhibit 19

# Filed Under Seal

# Exhibit 20


# Filed Under Seal

# Exhibit 21

# Filed Under Seal