1   Kathleen E. Brody (Bar No. 026331)
    Daniel Pochoda (Bar No. 021979)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: kbrody@acluaz.org
           dpochoda@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*
    **[ADDITIONAL COUNSEL LISTED ON**
9   **SIGNATURE PAGE]**

10  Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
11  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
12  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
13  Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
14
    *Attorneys for Plaintiff Arizona Center for Disability Law*
15  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
16

17              UNITED STATES DISTRICT COURT

18                  DISTRICT OF ARIZONA

19  | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |
20  Dustin Brislan; Sonia Rodriguez; Christina
    Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **MOTION TO SEAL**
21  Hefner; Joshua Polson; and Charlotte Wells, on     **DOCUMENTS ASSOCIATED**
    behalf of themselves and all others similarly      **WITH PLAINTIFFS'**
22  situated; and Arizona Center for Disability Law,   **STATEMENT REGARDING**
                                                       **DEFENDANTS'**
                        Plaintiffs,                    **AUGUST 2016 CGAR DATA**
23                                                     **AND DEFENDANTS'**
                   v.                                  **ONGOING**
24                                                     **NONCOMPLIANCE WITH**
    Charles Ryan, Director, Arizona Department of      **THE STIPULATION**
    Corrections; and Richard Pratt, Interim Division
25  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
26  capacities,

                        Defendants.
27

28

LEGAL133527744.1

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal designated documents associated with Plaintiffs' Statement Regarding Defendants' August 2016 CGAR Data and Defendants' Ongoing Noncompliance With the Stipulation. Plaintiffs file this Motion because the above documents contain confidential medical information, make medical information identifiable to a given individual, or were deemed confidential by Defendants.   [Doc. 454]   To ensure the public has access to as much information as possible, Plaintiffs have carefully redacted or sealed only those portions of the filing referring to information designated as confidential by Defendants.

Specifically, Plaintiffs move to seal:

1.     Declaration of Corene Kendrick in Support of  Plaintiffs' Statement Regarding Defendants' August 2016 CGAR Data and Defendants' Ongoing Noncompliance With the Stipulation (a redacted version of which will be filed publically); and

2.     The entirety of Exhibits 2 through 14 and 16 through 21 to the Declaration of Corene Kendrick.

Dated: November 7, 2016               **PRISON LAW OFFICE**

By: _s/ Corene Kendrick_
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
          dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
              aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ARIZONA CENTER FOR DISABILITY LAW**

By:  *s/ Maya Abela*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
               adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            jross@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1
<u>**CERTIFICATE OF SERVICE**</u>

2
      I hereby certify that on November 7, 2016, I electronically transmitted the above

3
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4
Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General

7
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love

10
Timothy J. Bojanowski
Nicholas D. Acedo

11
Ashlee B. Fletcher
Anne M. Orcutt

12
Jacob B. Lee
Mark A. Bracken

13
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14
kwieneke@swlfirm.com
rlove@swlfirm.com

15
tbojanowski@swlfirm.com
nacedo@swlfirm.com

16
afletcher@swlfirm.com
aorcutt@swlfirm.com

17
jlee@swlfirm.com
mbracken@swlfirm.com

18

19
*Attorneys for Defendants*

20
     s/ D. Freouf

21

22

23

24

25

26