1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly        **SEAL DOCUMENTS**
11   situated; and Arizona Center for Disability Law,     **ASSOCIATED WITH**
                                                          **PLAINTIFFS' STATEMENT**
12                     Plaintiffs,                        **REGARDING**
                                                          **DEFENDANTS'**
13        v.                                              **AUGUST 2016 CGAR DATA**
                                                          **AND DEFENDANTS'**
14   Charles Ryan, Director, Arizona Department of        **ONGOING**
     Corrections; and Richard Pratt, Interim Division     **NONCOMPLIANCE WITH**
15   Director, Division of Health Services, Arizona       **THE STIPULATION**
     Department of Corrections, in their official
16   capacities,

                       Defendants.

17

18           This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Statement Regarding Defendants' August 2016 CGAR Data and Defendants'

20   Ongoing Noncompliance With the Stipulation, and finding good cause, hereby **GRANTS**

21   Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set

22   forth in Plaintiffs Motion to Seal (Declaration of Corene Kendrick and Exhibits 2 through

23   14 and 16 through 21 to the Declaration of Corene Kendrick).

24

25

26

27

28

133527944.1