Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DEFENDANTS' SUPPLEMENTAL STATUS REPORT REGARDING AUGUST 2016 COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 1727]** |

The following Supplemental Status Report discusses statewide compliance with the Stipulation's performance measures, proposed procedure for further action, and the compliance rates for the measures that are before this Court (Doc. 1583 & 1709).

**Statewide Compliance**

The Arizona Department of Corrections (ADC), Health Services Contract Monitoring Bureau monitors compliance with 103 Health Care Performance Measures ("HCPM") and nine Maximum Custody Performance Measures ("MCPM") at each Arizona State Prison Complex. Although there are some HCPMs that have not reached the current 80% compliance threshold, Defendants are consistently compliant with the majority of performance measures. Out of the 846 performance measures monitored in August 2016,[1] Defendants met or exceeded 80% compliance for 689 measures. Thus, Defendants met or exceeded the compliance threshold for 81% of the performance measures statewide. Below is the percentage of performance measures that achieved 80% compliance at each facility in August 2016:

| Prison Complex | August 2016 |
|---|---|
| Douglas | 92% |
| Eyman | 80% |
| Florence | 76% |
| Lewis | 72% |
| Perryville | 76% |
| Phoenix | 91% |
| Safford | 98% |
| Tucson | 69% |
| Winslow | 92% |
| Yuma | 83% |

---

[1] Although there are ten facilities and 112 performance measures, Defendants monitor 846 total measures because not every measure applies to each facility.

1

As the above compliance levels show, Defendants are meeting or exceeding the 80% compliance threshold for a majority of the performance measures. Four of the ten Arizona State Prison Complexes (ASPC) are compliant on over 90% of the CGARs overall. In addition, the overall number of Mental Health Performance Measures in compliance has consistently improved since the Stipulation was approved. In the first month of the CGAR Reports, in March 2015, the percentage of compliant Mental Health Performance Measures was 56%. In August 2016, the percentage of compliant Mental Health Performance Measures was 95%. This is a clear reflection of the effectiveness of the corrective action plans which have been implemented in this area.



Defendants anticipate that 536 out of the 846 (63.4%) performance measures will meet or exceed the compliance thresholds for 18 of the first 24 months of the Stipulation and will be terminated pursuant to paragraph 10(b) of the Stipulation. (*See* Doc. 1185 at 4-5.) Thus, 536 of the performance measures will be removed from the list of performance measures being monitored and reported in March 2017, and Defendants will monitor and report compliance on the remaining 310 performance measures until they maintain consistent compliance pursuant to the Stipulation.

**Further Action**

    **Prison Tours**

As the Court is aware, Plaintiffs' counsel and their experts have the opportunity to tour the Arizona State Prison Complexes multiple times each year. (*See* Doc. 1185 at ¶ 32.) Defendants invite the Court and its law clerks to tour the Arizona State Prison Complexes without counsel.[2] Defendants believe it would be helpful for Judge Duncan, Judge Bade, and their law clerks to tour some prison complexes, including the medical facilities and maximum custody units. The tours would provide the Judges and their law clerks an opportunity to personally observe the physical facilities, programming and DI-326 incentives and opportunities (for max custody inmates), and the care that is provided to the inmates, so they may more fully understand the limitations and challenges facing security, medical, dental, and mental health staff. Although the Court may choose which facilities it would like to tour, Defendants recommend touring ASPC-Tucson and ASPC-Eyman.

    **Additional Corrective Actions**

As explained in Defendants' October 27, 2016 Remedial Plan, Defendants' attorneys will conduct regular meetings with the monitors to discuss monitoring methodology and compliance and with operations and medical staff at underperforming

---

[2] Because litigation has ended, Defendants do not believe it is necessary for counsel to be present during the tours. Defendants are concerned that if counsel are present during tours it would create problems regarding *ex parte* communications with the Judges or law clerks during the tours.

facilities to discuss ways to increase compliance with underperforming performance measures. (Doc. 1729 at 2.) These meetings will help ensure that (1) issues are being communicated to all staff and remind staff that their roles are important to improve compliance with the HCPMs, (2) the appropriate documentation is being processed, and (3) inmates are receiving appropriate care. Additional training will be provided, as necessary, to educate staff and answer their questions regarding the Stipulation and the Court's Orders.

As a result of these meetings, Defendants have discovered that some of the compliance findings are not accurately reflecting the improvements with the HCPMs. Defendants have discovered that there are performance measures where the facility has improved compliance but their CGAR findings have not increased because of the manner in which the records were monitored and reported. For example, if a performance measure like HCPM 94 requires a daily contact, if the inmate was seen 29 out of 30 days in a month, the record would be marked 0% compliant although the inmate was actually seen 97% of the time that month. As a result, when a facility improved its contacts from 10 out of 30 days to 29 out of 30 days, these improvements were not being shown in the CGAR results. To address this issue, Defendants now measure compliance based on the percentage compliance for the month, rather than as "all or nothing" compliance.

As explained in Defendants' October 27, 2016 Remedial Plan, Corizon continues to expand its own internal monitoring efforts. (Doc. 1729 at 3.) The Corizon monitors take a proactive approach to identify and address compliance issues. In April 2016, an experienced compliance professional was brought on board to take the compliance and quality assurance efforts to the next level. In August, the number of internal monitors grew to four and will continue to grow at a rate commensurate with need. These internal monitors primarily focus on two key areas: (1) analyze and determine the cause of noncompliance, and (2) on-site verification of the effectiveness of corrective action plans. Defendants are also working with professionals who have experience and knowledge providing medical care in a correctional setting and understand the issues facing clinical

4

and security staff. These experts are helping to address noncompliant findings. Corizon has also consulted medical providers and administrators who work at prison complexes in other states. These providers and administrators reviewed the procedures at Arizona complexes and offered suggestions based on procedures and methods that have been effective in their state.

**Compliance Status of HCPMs**

On May 20, 2016, the Court directed Defendants to submit a remedial plan for HCPM Nos. 11, 13, 14, 37, 39, 46, 54, 66, 85, 92, 93, and 98 at the facilities noted below. (Doc. 1583 & 1709.) On October 7, 2016, the Court directed Defendants to submit a remedial plan for HCPM Nos. 47, 80 and 94 at the facilities noted below. (Doc. 1709.) In total, there are 83 performance measures that the Court has found fall below the compliance threshold. As shown below, 34 of these performance measures have demonstrated improvement and consistent compliance (i.e. compliance for at least four out of the last five months or the last three consecutive months). There are another 21 performance measures that obtained compliance in July and/or August 2016, which Defendants believe will be maintained in future months. Therefore, there are only approximately 28 out of 846 total (3.3%) performance measures that need to further improve compliance.

**HCPM No. 11:** *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 58% | 66% | 62% | 66% | 60% | 68% | 50% | 66% |
| Florence | **78%** | **77%** | **80%** | 70% | 72% | 78% | 70% | 77% |
| Lewis | 42% | 38% | 30% | 36% | 48% | 60% | 63% | 73% |
| Tucson | **78%** | **78%** | 66% | 73% | **81%** | 77% | 76% | **80%** |
| Winslow | **87%** | **90%** | **90%** | **90%** | N/A | **93%** | **90%** | **87%** |
| Yuma | 68% | **78%** | **83%** | 72% | **83%** | **80%** | **93%** | **87%** |

///

5

Winslow has been compliant every month since November 2015.  Defendants expect Winslow will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by July 2017.  Yuma has similarly been compliant for four straight months and five out of the last six months.  Therefore, Winslow and Yuma have shown consistent compliance with HCPM 11.

Tucson and Florence have improved their compliance and continue to hover between 70% and 80% compliance since January 2016.  Eyman and Lewis also increased their compliance rate in August 2016.

In order to address the continued compliance issues with medication management, Corizon created a team of pharmacy experts who performed a Failure Mode Effects Analysis (FMEA) of the medication management process. This independent analysis identified the factors and procedures that contributed to the low performance scores. Process improvement measures began in July 2016. Scores for this measure continue to increase across the state, currently averaging 82%. With continued focus and process improvement studies, Defendants believe the aggregate scores for this performance measure will meet or exceed 85% by December 2016.

**HCPM No. 13:** *Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Douglas | **88%** | **84%** | **97%** | **97%** | **95%** | 64% | 72% | **93%** |
| Eyman | **79%** | **76%** | **82%** | 65% | 72% | **83%** | 58% | **86%** |
| Florence | 56% | 70% | 58% | 69% | 55% | 70% | 44% | 68% |
| Lewis | **80%** | **80%** | 76% | 67% | 73% | 56% | 70% | 69% |
| Perryville | 43% | 52% | 50% | 72% | 63% | 65% | 51% | 63% |
| Tucson | 66% | **75%** | **89%** | 71% | **89%** | **86%** | **92%** | **90%** |
| Yuma | **98%** | **98%** | **84%** | **84%** | **92%** | **92%** | **82%** | **90%** |

/ / /

/ / /

/ / /

6

Yuma has been compliant every month since November 2015. Defendants expect Yuma will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by July 2017. Tucson has been compliant six out of the last eight months and for four straight months. Therefore, Yuma and Tucson have shown consistent compliance with HCPM 13.

Douglas has been compliant six out of the last eight months and was 93% compliant in August 2015. Eyman has also improved its compliance and has been compliant five out of the last eight months. Florence, Lewis, and Perryville are continuing to work on improving compliance.

Corizon's team of pharmacy experts performed a statewide analysis of the processes surrounding medication management during the summer of 2016. This work identified several issues preventing greater compliance with performance measure 13 and others. The process improvements were implemented in July 2016.

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Douglas | 80% | 85% | 90% | 93% | 100% | 100% | 100% | 86% |
| Eyman | 48% | 11% | 31% | 14% | 97% | 83% | 85% | 92% |
| Florence | 66% | 31% | 58% | 44% | 96% | 92% | 95% | 97% |
| Lewis | 19% | 7% | 8% | 9% | 95% | 84% | 94% | 92% |
| Perryville | 62% | 78% | 60% | 82% | 100% | 98% | 100% | 94% |
| Tucson | 67% | 63% | 65% | 55% | 86% | 84% | 83% | 100% |
| Yuma | 38% | 50% | 56% | 46% | 100% | 95% | 93% | 88% |

Douglas has been compliant every month since January 2016. Perryville has been compliant for five straight months, since April 2016. Eyman, Florence, Lewis, Tucson, and Yuma have been compliant for four straight months, since May 2016. Therefore, all of these facilities have shown consistent compliance with HCPM 14.

///

7

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 60% | 52% | 48% | 22% | 36% | 28% | 46% | 54% |
| Florence | 48% | 55% | 63% | 62% | 68% | 61% | 77% | **80%** |
| Lewis | 38% | 42% | 28% | 42% | 32% | 20% | 21% | 35% |
| Tucson | 59% | **75%** | 74% | 64% | **80%** | 61% | 70% | 51% |
| Winslow | **93%** | **87%** | **80%** | **80%** | **90%** | **80%** | **97%** | **93%** |
| Yuma | 66% | 54% | 52% | 40% | 42% | 20% | 42% | 34% |

Winslow has been compliant every month since October 2015. Defendants expect Winslow will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by March 2017. Therefore, Winslow has shown consistent compliance with HCPM 37.

Florence has steadily increased its compliance and obtained 80% compliance in August 2016. Eyman, Florence, Lewis, Tucson, and Yuma are continuing to work on improving compliance.

The handling and triaging of the Health Needs Request (HNR) forms has been reviewed at all prison complexes. Some of those complexes have centralized the collection and triaging of the HNRs and have seen positive results and increased compliance trends. The corrective action plans for Eyman, Florence, Lewis, Tucson, and Yuma were implemented during the month of July so there has not been sufficient time to fully evaluate the effectiveness of the triaging procedures at each complex. Because each facility is unique, corrective actions and procedures that work at one facility do not always work at a different facility. For example, the medical needs of the inmate population, inmate custody level, inmate movement restrictions (i.e. security concerns), physical facility, and other factors will all affect whether a corrective action is effective. Therefore, these facilities will continue to adjust and improve upon their procedures for

HNR triaging to find a procedure that is the most efficient for their facility.

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 65% | 69% | 49% | 33% | 79% | 60% | 59% | 46% |
| Florence | **77%** | **78%** | 64% | 54% | 63% | 66% | 60% | 41% |
| Lewis | **100%** | 75% | **97%** | **100%** | **95%** | 71% | **100%** | 75% |
| Perryville | 54% | 54% | 52% | 44% | 48% | 66% | 33% | 51% |
| Tucson | 59% | 50% | **80%** | 69% | 78% | 58% | 54% | 69% |

Lewis has been compliant for ten out of the last thirteen months, since August 2015. Although Lewis fell just below the compliance threshold in June and August 2016, Defendants expect Lewis will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by August 2017. While previous corrective actions have been implemented, scores across the state remain largely unchanged from June to August 2016. Corizon monitors are focusing their efforts on the facilities and performance measures that still have not reached the compliance threshold. These monitors are personally visiting each facility, speaking to staff, and observing procedures to evaluate the effectiveness of the previous corrective actions and help develop other corrective actions, if necessary.

**HCPM No. 46:** *A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Douglas | 67% | **100%** | **90%** | **84%** | **88%** | 67% | 78% | 78% |
| Eyman | 74% | 74% | 42% | 72% | **86%** | 78% | **82%** | **82%** |
| Florence | 32% | 44% | 42% | 37% | 35% | 47% | 48% | 43% |
| Lewis | **84%** | **79%** | 72% | 72% | **88%** | 76% | **86%** | **84%** |
| Perryville | 46% | 58% | 28% | 32% | 38% | 40% | 32% | 60% |
| Phoenix | 61% | **78%** | **80%** | **82%** | **82%** | **82%** | 76% | **81%** |
| Tucson | 55% | 52% | 60% | 62% | 36% | 51% | 57% | 50% |
| Yuma | 65% | 52% | **84%** | **82%** | 76% | **82%** | **80%** | 78% |

1       While previous corrective actions have been implemented, compliance rates at Douglas, Florence, Perryville, Tucson, and Yuma have been unable to sustain continued compliance with this HCPM. Corizon monitors are focusing their efforts on the facilities and performance measures that still have not reached the compliance threshold. These monitors are personally visiting each facility, speaking to staff, and observing procedures to evaluate the effectiveness of the previous corrective actions and help develop other corrective actions, if necessary.

**HCPM No. 47:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Douglas | 0% | 57% | 57% | 42% | 67% | 67% | **88%** | **89%** |
| Eyman | 41% | 42% | 45% | 41% | 27% | 65% | 32% | 38% |
| Florence | 53% | 22% | 33% | 26% | 38% | 53% | 31% | 49% |
| Lewis | 43% | 25% | 47% | 52% | 53% | 51% | 61% | 56% |
| Perryville | **83%** | 40% | 7% | 15% | 38% | 43% | 72% | 61% |
| Phoenix | N/A | **100%** | **100%** | **100%** | 0% | **100%** | 67% | **100%** |
| Safford | N/A | N/A | N/A | N/A | **100%** | N/A | N/A | **100%** |
| Tucson | 28% | 27% | 18% | 33% | 21% | 15% | 29% | 6% |
| Winslow | N/A | N/A | 0% | **100%** | **100%** | 50% | **100%** | 50% |
| Yuma | 74% | 28% | 42% | 47% | 35% | 50% | 59% | 66% |

Safford has been compliant every month since November 2015. While previous corrective actions have been implemented, compliance rates at Eyman, Florence, Lewis, Perryville, Tucson, Winslow, and Yuma have been unable to sustain continued compliance with this HCPM. Corizon monitors are focusing their efforts on the facilities and performance measures that still have not reached the compliance threshold. These monitors are personally visiting each facility, speaking to staff, and observing procedures to evaluate the effectiveness of the previous corrective actions and help develop other corrective actions, if necessary.

**HCPM No. 54:** *Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.* (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 82% | 82% | 96% | 94% | 74% | 82% | 66% | 86% |
| Florence | 70% | 67% | 45% | 87% | 88% | 92% | 92% | 97% |
| Lewis | 96% | 92% | 89% | 92% | 83% | 78% | 89% | 84% |
| Perryville | 68% | 76% | 72% | 88% | 86% | 94% | 96% | 92% |
| Phoenix | 96% | 87% | 90% | 97% | 98% | 100% | 93% | 98% |
| Tucson | 53% | 63% | 66% | 81% | 81% | 80% | 69% | 76% |
| Yuma | 80% | 72% | 44% | 96% | 86% | 90% | 92% | 98% |

Florence has been compliant for the last five months, since April 2016. Lewis has been compliant every month, except June 2016, since November 2015, and it was only noncompliant by 2% in June 2016. Perryville has been compliant for the last five months, since April 2016. Phoenix has been compliant every month since October 2015. Yuma has been compliant every month since April 2016. Therefore, Florence, Lewis, Perryville, Phoenix, and Yuma have shown consistent compliance with HCPM 54.

Eyman has been compliant for ten out of the last twelve months, since September 2015. Defendants expect Eyman will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by September 2017. Tucson was able to increase its compliance in April, May, and June 2016, but has fallen below the compliance threshold the last two months and is the only facility that is noncompliant at 76%.

**HCPM No. 66:** *In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Florence | 90% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Lewis | 75% | 86% | 90% | 70% | 100% | 100% | 100% | 100% |
| Tucson | 80% | 78% | 90% | 90% | 80% | 80% | 70% | 90% |

/ / /

/ / /

11

Florence has been compliant every month, except June 2015. Lewis has been compliant every month except March 2015, October 2015, and April 2016. Tucson has been compliant every month except September 2015 and July 2016. Defendants expect all of these facilities will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by March 2017. Therefore, Florence, Lewis, and Tucson have all shown consistent compliance with HCPM 66.

**HCPM No. 80:** *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.* (Lewis and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Lewis | 68% | 73% | **80%** | 79% | 79% | **84%** | **87%** | **84%** |
| Tucson | 63% | 66% | 62% | 67% | 75% | 75% | 76% | **91%** |

Previous corrective actions for this measure are proving effective at Lewis and Tucson. Lewis has been compliant the past three months, since June 2016. Tucson has also steadily improved compliance and obtained 91% compliance in August 2016. Therefore, Lewis has shown consistent compliance with HCPM 80.

**HCPM No. 85:** *MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.* (Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | **75%** | 17% | 22% | 75% | **80%** | 75% | 45% | **86%** |
| Florence | 17% | 22% | 57% | 33% | 57% | 75% | 63% | 47% |
| Lewis | 0% | 18% | 0% | 14% | 29% | 58% | 44% | 36% |
| Perryville | **75%** | **88%** | **100%** | **100%** | **100%** | **100%** | **91%** | **85%** |
| Tucson | 0% | 33% | 6% | 28% | 38% | 23% | 50% | 63% |
| Yuma | 50% | **80%** | **100%** | 67% | 50% | 50% | **100%** | **93%** |

Perryville has maintained compliance for the past eight months, since January 2016. Therefore, it has shown consistent compliance with HCPM 85. While previous corrective actions have been implemented, compliance rates at Eyman, Florence, Lewis, Tucson, and Yuma have been unable to sustain continued compliance with this HCPM. In September 2016, Defendants changed the manner in which they pulled records to audit

HCPM 85, consistent with the Court's September 6, 2016 Order. (Doc. 1673 at 5-6.) Defendants believe the compliance findings will increase in future months as the number of records reviewed increases.

In addition, Corizon monitors are focusing their efforts on the facilities and performance measures that still have not reached the compliance threshold. These monitors are personally visiting each facility, speaking to staff, and observing procedures to evaluate the effectiveness of the previous corrective actions and help develop other corrective actions, if necessary.

**HCPM No. 92:** *MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 85% | 95% | 100% | 85% | 70% | 78% | 84% | 94% |
| Florence | 95% | 100% | 95% | 85% | 95% | 95% | 100% | 95% |
| Lewis | 70% | 70% | 50% | 30% | 30% | 52% | 80% | 96% |
| Perryville | 90% | 70% | 50% | 70% | 100% | 100% | 80% | 72% |
| Tucson | 100% | 60% | 50% | 50% | 100% | 100% | 100% | 100% |

Previous corrective actions for this measure are proving effective across the state. Between June and August 2016, only three scores have been below the 80% threshold. Florence has been compliant for the last thirteen months, since August 2015. Tucson has been 100% compliant for the last four months. Therefore, Florence and Tucson have shown consistent compliance with HCPM 92.

Eyman has been compliant the last two months and for ten out of the last twelve months, since September 2015. Defendants expect Eyman will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by September 2017. Lewis met the compliance threshold for the last two months. Perryville was compliant for three out of the last four months.

/ / /

/ / /

**HCPM No. 93:** *Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | 63% | 37% | 45% | **90%** | **100%** | **95%** | **90%** | **100%** |
| Florence | **90%** | **100%** | **90%** | **100%** | **89%** | **95%** | **100%** | **100%** |
| Lewis | **100%** | **90%** | **100%** | **90%** | **100%** | **89%** | **100%** | **100%** |
| Tucson | 67% | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

Previous corrective actions for this measure are proving effective at Eyman, Florence, Lewis, and Tucson. Between June and August 2016, all complexes met or exceeded 80% compliance. Eyman has been compliant for the last five months, since April 2016. Florence has been compliant for the last 15 months, since June 2015. Lewis has been compliant for the past eight months and for 13 of the last 14 months. Tucson has been compliant for the past seven months and for 11 of the last 13 months. Therefore, Eyman, Florence, Lewis, and Tucson have all shown consistent compliance with HCPM 93.

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Eyman, Florence, and Tucson)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | **75%** | 70% | 75% | **100%** | 65% | **90%** | **85%** | **95%** |
| Florence | **80%** | 70% | **100%** | **100%** | 70% | **100%** | **100%** | **80%** |
| Tucson | 60% | 20% | **80%** | **90%** | 70% | 30% | **100%** | **100%** |

Previous corrective actions for this measure are proving effective across the state. Eyman and Florence have both been compliant for the last three months and have shown consistent compliance with HCPM 94. Although the mental health clinician made daily contacts of inmates on suicide or mental health watches in Tucson in June, Tucson obtained 30% in June because the mental health clinician was licensed in another state and had not yet received a license in Arizona. Since the mental health clinician received her Arizona license, Tucson has obtained 100% compliance the last two months.

**HCPM No. 98:** *Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Eyman, Florence, Lewis, and Winslow)

| Facility | Jan. | Feb. | Mar. | April | May | June | July | Aug. |
|---|---|---|---|---|---|---|---|---|
| Eyman | **85%** | **93%** | 73% | 48% | 62% | 70% | **94%** | **80%** |
| Florence | **80%** | **94%** | **92%** | 72% | 74% | **84%** | **94%** | **80%** |
| Lewis | 64% | 67% | 79% | **83%** | 79% | **82%** | **87%** | **87%** |
| Winslow | **100%** | **100%** | **87%** | **100%** | **100%** | 50% | **95%** | **100%** |

Previous corrective actions for this measure are proving effective across the state. Florence and Lewis have both been compliant for the last three months. Winslow has been compliant for every month since March 2015, except April 2015 and June 2016. Defendants expect Winslow will be terminated from this HCPM, pursuant to paragraph 10(b) of the Stipulation, by March 2017. Therefore, Florence, Lewis, and Winslow have shown consistent compliance with HCPM 98. In addition, Eyman has been compliant for the last two months, July and August 2016. Florence and Lewis have been compliant for the last three months.

DATED this 7th day of November, 2016.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Mark A. Bracken
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

|  |  |
|---|---|
|  | Arizona Attorney General Mark Brnovich<br>Office of the Attorney General<br>Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926 |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:            aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:            afettig@npp-aclu.org

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

Jennifer K. Messina:      jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:       jrico@azdisabilitylaw.org

Kathleen E. Brody         kbrody@acluaz.org

| | | |
|---|---|---|
| 1 | Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| 2 | Maya Abela | mabela@azdisabilitylaw.org |
| 3 | Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| 4 | Sara Norman: | snorman@prisonlaw.com |
| 5 | Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

                                               /s/Daniel P. Struck