Michael J. Cohn #288721
ASPC Lewis/Stiner 5A20
P.O. Box 3100
Buckeye, AZ 85326

10/28/16

Clerk of the U.S. Dist. Ct.
401 W. Washington SPC-1
Phoenix, AZ 85003

Re: Deprivation of e-file access..

Ms./Sir:

Please be advised I am writing to notify you I am mailing the enclosed due to deprivation of e-file access. I do not know when I will have e-file access again. We only have e-file access on Thursdays from 12-2:30 p.m. Lockdowns and staff training/other absents deprive us of e-file/library access. I will e-file the enclosed when I have access.

Respectfully yours,
Michael J. C—
Michael J. Cohn, Pro Se