Julie K Pavlich, ADC#128948
Perryville, Unit Lumley, C11-08
P.O. Box #3300, Goodyear, AZ
85338-0904

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJVLR 5.4
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
NOV 07 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Court, U.S. District Court
401 W. Washington Street, Suite #130,
SPC 1, Phoenix, Arizona 85003-2118

To: Magistrate Judge Duncan, Magistrate Mediator
    Judge Buttrick
From: Julie K. Pavlich, Member of Plaintiff Class
Date: October 20, 2016                CV-12-601-PHX-DKD
Re: Parsons v Ryan, Case #CV12-00601-PHX
    Fairness Hearing: February 18, 2015

    I am writing you to update Corizon Healthcare's blatant disregard of human life here at Perryville Prison. I have enclosed copies of Inmate Letters, responses to Inmate Letters, and HNR's (Health Needs Requests) for your perusal. In one letter it states: "Yes, we use specialists, when necessary, and allow in-patient/outpatient care and surgical treatment." Next, they deny the outpatient therapy that my Neurosurgeon had agreed to for my particular situation. Corizon NEVER even called Dr. Kumar Kakarla at Barrows Neurosurgical Associates to confer or discuss my on-going care. "They" just said "No."

    Concerning my ICS, (Inmate Crisis Situation), my second one on August 28, 2016, I was assured by R.N. Smith within three days I would see the Provider, Dr. Seth Stabinsky, M.D. I never saw Dr. Stabinsky as

promised nor examined. Dr. Stabinsky refuses to acknowledge that I am still having side effects from the initial ICS on July 20, 2016. I have a skull fracture, a bony ridge, and a depression on my forehead about the size of a quarter. I still have hot poker-like shooting pain occurring from the wound site and the eye brow bone. My equilibrium has steadily deteriorated, my balance is dangerous to me. I was told by R.N. Lopez, on August 18, 2016, that "they don't do xrays, CT scans or MRI's on most head wounds: It's too expensive." Wow. I don't really know why I am being treated like this. I have already had two (2) serious, life-threatening, emergency surgeries within thirteen (13) months of each other and I have not fully recovered. Do they think I'm making this up?

On Tuesday, October 18, 2016, I saw Dr. Stabinsky NOT for an examination of head wound, and not about the denial of Out-Patient treatment of lumbar area. Instead he informed me my Gabapentin was being decreased by 600 mg. PER DAY. He refused to look at me or talk with me. I asked, "Well, this is NOT weaning me - you are taking one third of my medication - Cold Turkey!" He did NOT respond. The medically correct way would be decreasing 100 mg. a day for two weeks and so on. Check protocol if you are unsure. I review my medical records every ninety (90) days. Reading under "Dr's notes", on June 14 and 24, 2016, It states: "patient needs updated MRI." Yes, it's been one and one half (1½) years. Additionally,

Parsons #128148

I have not seen my Neurosurgeon for over 1½ years. To add insult to injury, the next Dr.'s notes say: "severe spinal disease throughout." He doesn't even mention my Advanced Degenerative Disc and Joint Disease with Spinal Stenosis which is causing havoc with controlling my bladder and colon. He will not give me extra toilet paper or pads. It's humiliating and very embarrassing to say the least. I am 56 years old, do "they" care. NO!

I am getting worse every day. My neuropathy pain has doubled since I was cut off on Friday, October 14, 2016. Actually, the med nurse, Ms. T., told me, "as usual, they didn't renew on time again." I filed another grievance on med nurse, Mr. Thomas, and the COIII, COIV counselors, and Warden Currier NEVER responded at all, so the final step was to the ADC Director, Mr. Charles Ryan. He never responded either. The grievance is exhausted so I may file a lawsuit in state or Federal court.

My body has gone into shock. I cannot get out of bed in the morning for breakfast due to the pain. I am now down to 100 lbs. (I am 5'7½") I have lost major muscle mass. I cannot sleep at night. I cry because my hips are in such bad shape. I can only sleep on my sides due to the installation of three (3) titanium rods stabilizing backbone and ten (10) titanium screws inserted in my neck—cervical vertebrae back on March 14, 2014.

#4 PAVLICH, #120740

I wrote Warden K. Currier after I received denial from Corizon (via Warden) dated September 1, 2016. She also assured me I would see Provider soon. It's now October 20, 2016 — no appointment yet! Dr. Stabinsky hopes I'll just go away. My equilibrium is so bad I am afraid to walk by myself. I hit my head on the iron bed frame, over my bed, at least 3-5 times a day. Do they care? NO! I'm telling you I will lose the use of my legs with this NON TREATMENT — I believe that is an "emergency" level that Ms. Amy Fettig, Deputy Director of ACLU, National Prison Project located in Washington, D.C., had mentioned to me.

Corizon has known now for over two and one half (2½) years I needed lumbar surgery. I am a human being and Corizon needs to be SHUT DOWN, as caregivers. Let's just say it should be called Corizon Death Care. Hundreds of inmates have died and been maimed for their deliberate indifference. I guess the Hippocratic Oath means NOTHING! "Do NO Harm." Caregiving isn't in their budget.

Respectfully yours,

Julie K. Pavlich

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter **RESPONSE**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Pavlich, Julie, K. | #128948 | C-11-08 Lumley, Lower | 9/19/16 |

To: Vanessa Headstream
Location: Health Services Monitoring Bureau

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Please review the letter I sent to the Director. At the top it says, "Inmate Grievance Appeal." I did send and completed the step three of Grievance Appeal as my CO III, or CO IV, or Warden Currier NEVER responded. Unless you are acting as the ADC Director, I should have heard from Charles Ryan directly. As per the process, "I have now exhausted my grievance and may now pursue a lawsuit in State or Federal court. Once again, please review Category-Pharmacy, Measure #13 (pg. 18) of Settlement Agreement dated 10/14/2014 and signed by Charles Ryan, Director of ADC, and Richard Pratt, Interim Division Director, Division of Health Services of ADC. It states: "Chronic care and psychotropic medication renewals will be completed in a manner such that there is NO INTERRUPTION or LAPSE in medication." Mr. Thomas may have re-ordered the medication BUT it did lapse THREE times in 3½ months SEEMS clear to me! I will forward all violations by Corizon (over 25) to Magistrate Judge Duncan, and Magistrate, Mediator, Buttrick and to add this to the Docket on July 18, 2016. This was completed by Amy Fettig, Deputy Director, National Prison Project of ACLU in Washington, D.C. Thank you.

Inmate Signature: Julie Pavlich
Date: 09/19/2016

Have You Discussed This With Institution Staff? ☐ Yes ☑ No
If yes, give the staff member's name: On-going Communique

Distribution: White - Master Record File   Canary - Inmate

916-1
4/15/04



**ARIZONA DEPARTMENT OF CORRECTIONS**
**Grievance Appeal** ~~Inmate Informal Complaint Resolution~~

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

Inmate Name (Last, First M.I.): Pavlich, Julie, K.
ADC Number: #128948
Institution/Unit: Lumley, C11-08 LOWER
Date: 8/22/2016

To: AZ Dept. of Corrections
Location: Director Central Office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I did not receive a response to my Inmate Grievance from my COIII, COIV, or Warden K. Currier. I started my Inmate Informal Complaint Resolution back on June 20, 2016. I also tried first by contacting Dr. Seth Stabinsky, Medical Director, here at Perryville on June 13, 2016, sent a copy to the Charge RN, Ms. Welch, to NO AVAIL! Mr. Thomas, pill call nurse, has failed to re-order my medication Neurotan/Gabbapentin in a timely manner and has not followed the Settlement Agreement by Mr. Pratt and/or Director Charles Ryan, my medication has lapsed three times in 3½ months and I suffer every time. This is 1600mg per day I am not receiving because he cannot do something as easy as re-ordering a week ahead. Additionally, the Fairness Hearing on February 18, 2015, states any infractions or violations by Corizon shall be sanctioned or removed as health care provider. I, again, have written both Magistrate Judge Duncan and Magistrate Judge Mediator Buttrick to apprise them of the violations on ME alone are over twenty-five! Mr. Thomas is NOT even a licensed nurse but an aide to real Nurses! Is he even a Citizen of United States?

Inmate Signature: Julie Pavlich
Date: 08/22/2016

Have You Discussed This With Institution Staff? ☑ Yes ☐ No
If Yes, give the staff member Name: Dr. Seth Stabinsky, RN Welch, NP Marshall, RN Sullivan, Tracy Ramey, RN, Mr. Lopez, LPN — you name it, I've tried ALL — please respond!!

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-11
12/19/12
802.3

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-16-0296 | PAVLICH, JULIE | 128948 | PERRYVILLE | ASPC-PV LUMLEY 1 | 9/1/2016 |

Your correspondence dated 08/22/16 addressed to Director Ryan was received 09/01/16 and forwarded to my office for review and response.  You advise that you did not receive a response to an inmate grievance and that you have had interruptions in your Gabapentin administration.  You claim that the medication nurse is not ordering your Gabapentin in a timely manner so as to prevent interruptions in therapy.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate heath care is demanded now, as in the past.

In researching your medical concerns, I am advised that a prescription for Gabapentin 800mg twice a day was initially ordered on 05/23/16 and was received at the site on 05/25/16. The medication was reordered on 06/19/16, received 06/21/16; reordered 07/17/16, received 07/19/16; reordered 08/04/16 without being received, reordered 08/23/16, and received 08/24/16. A prescription for Gabapentin 300mg twice a day was initially ordered on 06/14/16, received 06/16/16; reordered 07/10/16, received 07/12/16; reordered 08/06/16, received 08/09/16; reordered 09/06/16, and received 09/08/16. Based on this information, there is no evidence to support your allegation that the medication nurse is not requesting refills of your medication in a timely manner.  Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward.  These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Perryville for further follow up.

_Vanessa Headstream_  09/12/16

**Vanessa Headstream, Program Evaluation Administrator, Health Services Contract Monitoring Bureau**

Date

cc: Complex Site Manager, PERRYVILLE

c.o. Master File

Friday, September 09, 2016

Page 1 of 1

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

Inmate Name: (Last, First M.I.) **Pavlich, Julie, K.**
ADC Number: **#128948**
Institution/Unit: **Lumley Lower C11-08**
Date: **9/29/16**

To: **Dr. Seth Stabinsky, M.D.**
Location: **Complex Medical**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Why did you or have you continued to avoid me? I still have poker-like pain from my eyebrow and actual wound. I am still experiencing vertigo, nausea. I was assured by RN Smith on second TCS on 8/28/16, I would be seen by you within a couple of days. On 8/18/16, I was seen by RN Lopez and charged, but NEVER did I see a Provider. That's you. I was assured me as well, I was put on Provider List. I see, now I am being charged $4.00 for a nurse but no provider - is that correct?

Additionally, I received an Inmate Letter Response dated 9/01/16. It states, from Warden K. Currier, "After a consultation with Corizon, it was determined by the PROVIDER, that this treatment is NOT recommend for your condition at this time. You have a scheduled appointment with the Provider, where you can discuss this issue further. End of response."

Project 16:194
cc: DW Ortiz
   ADW Willis

So, how soon will I see you?

Inmate Signature: **Julie K. Pavlich**

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name.

On-going Communicatiqué

Distribution: White - Master Record File   Canary - Inmate

# Inmate Letter Response

PAVLICH, Julie, K #128948  Lumley C-1108  08/08/2016

Warden K. Currier   Complex Admin,

Thank you Warden Currier for the copy that Mr. Richard Pratt, ADoC, Ass't Director, Health Services. I understand the Department Order 1002 but I am NOT receiving ANY care from Corizon. I have seen and sent many Inmate Letters, giving Dr. Stabinsky my Neurosurgeons Name and phone # at Barrows Neurosurgical Associates and he refuses to acknowledge the severity of my pain with my Advanced Degenerative Disc and Joint Disease with Spinal Stenosis. I have already lost the permenent use of my left hand and arm due to Deliberate Indifference by Corizon Health Care. I could have outpatient services that is called RFP. Radio Frequency Probe to hold off on surgery. Corizon has known for over two years that I need lumbar surgery. I have contacted the Judges of the Fairness Hearing on February 18, 2015. Whats the PROBLEM?  Thank You.

Julie K. Pavlich         08/08/2016
ON-Going Communiqué



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter Response

BWL

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

Inmate copy

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| PAVLICH, JULIE K.   C11-08L | 128948 |

| INSTITUTION/UNIT |
|---|
| ASPC - PV - Lumley |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| K. Currier - Warden | Perryville Administration |

I have received your inmate letter dated 08/08/2016 regarding your medical questions and have the following information:

After a consultation with Corizon, it was determined by the Provider that this treatment is not recommended for your condition at this time. You have an scheduled appointment with a provider, where you can discuss this issue further. End of response.

cc: DW Ortiz
    ADW Willis

project 16-194



* Never seen by PROVIDER

STAFF SIGNATURE  K. Currier

DATE (mm/dd/yyyy)  9-1-16

Distribution:  Original – Master File
               Copy - Inmate

916-2(e)
5/14/12

Rec'd 9/1/16

Please return to me as this is the ORIGINAL — This is a total contradiction from my letter to Warden Currier on 8/8/2016 & her response 9/1/2016

PLEASE return this is the ORIGINAL



# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter Response**

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Pavlich, Julie | 128948 |

| INSTITUTION/UNIT |
|---|
| ASPC-Perryville/Lumley Unit D42-07L |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Currier, K.  Warden | Complex Administration |

I am in receipt of your inmate letter dated 7/14/16 regarding your Medical Furlough Application and have the following information.

You claim you have not received the information from Mr. Richard Pratt, Arizona Department of Corrections, Assistant Director, Health Services regarding your application. I am, therefore, resending you the information received from Mr. Pratt through this inmate letter. His response was as follows:

A medical furlough is not the same as a commutation of sentence application. A medical furlough is explained under Department Order 1002, as an application to obtain any medically necessary long-term treatment that IS NOT AVAILABLE through the Department. If the application is approved, you may be "furloughed" and released to temporarily leave prison and receive treatment that cannot be offered through your current medical provider. Once that treatment is received, you would return to prison to complete your sentence.

In accordance with Department Order 1002, the Deputy Director for Health Services shall approve or disapprove the Medical Furlough Application. If it is disapproved, notification shall be made to the Warden and the inmate/applicant. If the application is denied, that is the end of the process.

You do not have a medical condition that cannot be treated while you are incarcerated at Perryville. Medical care is available at ADC for every medical condition that you have. Specialists and consultants are available, and outside hospitalization is available as needed to address any of your medical conditions.

Your application is denied. This response is final.

Respectfully,


Richard Pratt

Assistant Director

Arizona Department of Corrections

Health Services Contract Monitoring Bureau

Office: (602) 255-2491



cc: Carol Ortiz, Deputy Warden, Lumley Unit
    Anthony Coleman, FHA, Corizon
    Project File #16-173

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| K. Currier (signature) | 7-28-16 |

Distribution: Original – Master File
              Copy - Inmate

916-2(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

~~ADC~~ 4th REQUEST URGENT

Date:
Time:
Initials:

## SECTION I

Inmate Name/Nombre (Last, First M.I.): **Pavlich, Julie R.**
ADC Number/Número de ADC: **#128948**
Date/Fecha: **9/9/16**
Cell/Bed Number: **C11-08**
Unit/Unidad: **Lumley**
P.O. Box/Apartado Postal: **#3300**
Institution/Facility: **ASPC Perryville**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION II

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
☒ Medical/Médica   ☐ Dental   ☐ FHA   ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

AttN: Provider - I have been directed to write ANOTHER HNR. I've had 2 ICS's 7/20/16 and 8/28. I had seen Dr. Stabinsky on 7/22 and all he did was rip my bandage off - NO Exam. I was informed by RN R. Romey, RN Lopez, RN Smith I would would only see Provider if I was to see ANOTHER nurse and pay ANOTHER $4.00. I saw RN Lopez on 8/13/16 and assured me I would see Provider soon. On 8/28/16 I had another ICS and was also assured by RN Smith I would see Provider within a couple days. I am continuing to have sharp poker-like pain shooting through brow bone and wound area - Additionally nausea with throwing up and vertigo. It's now been almost two weeks. CAN I please see Provider? I still have serious rigid bone wound.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: *Julie Pavlich*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado:
Date/Fecha:
Time/Hora:

## SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado:
Date/Fecha:
Time/Hora:

Distribution: White/Blanca - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

*Third Urgent REQUEST*

**SECTION I**

Inmate Name/Nombre (Last, First M.I.): Pavlich, Julie K.
ADC Number/Número de ADC: #128948
Date/Fecha: 9/1/2016
Cell/Bed Number: C-11-08 lower
Unit/Unidad: Lumley
P.O. Box/Apartado Postal: #3300
Institution/Facility: ASPC Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

*URGENT*

**SECTION II**

AREA OF INTEREST: ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Please: I had ANOTHER ICS on 8/28/16 and was assured by RN Smith I'd be seen by Provider. I saw RN Lopez on 8/18/16 for ongoing pain in eye, brow-bone, and wound area since ORIGINAL ICS on 7/20/16. Now, I have vertigo and constant headaches, and nausea. WHEN AM I going to be seen? PLEASE HELP

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: Julie Pavlich

*N/C*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III**

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Mental Health ☐ Eyes ☐ Other

Comments/Comentarios: _____

Staff Signature Stamp: _____  Date/Fecha: _____  Time/Hora: _____

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION: _____

Staff Signature Stamp: _____  Date/Fecha: _____  Time/Hora: _____

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

2nd REQUEST

Date: _____
Time: _____
Initials: _____

## SECTION I

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*: Pavlich, Julie R.

ADC Number/Número de ADC: #128943

Date/Fecha: 08/18/16

Cell/Bed Number/Celda/Número de Cama: C-11-08 Lower

Unit/Unidad: Lumley

P.O. Box/Apartado Postal: #3300

Institution/Facility/Instalación: ASPC Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

## SECTION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I saw RN Lopez on Saturday 8/13/16 about my continuing sharp poker-like pain going through my left eye (ICS, 7/20) eyebrow bone and actual wound. I was to be seen by Providers since I had to pay for follow-up visit. When will I see Provider? I still have large bump - it's been a month.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero: Julie Pavlich

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

## SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): Pavlich, Julie R.
ADC Number/Número de ADC: #128948
Date/Fecha: 8/10/16

Cell/Bed Number/Celda/Número de Cama: C11-08
Unit/Unidad: Lumley
P.O. Box/Apartado Postal: #3300
Institution/Facility/Instalación: ASPC Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)   [x] Medical/Médica   [ ] Dental   [ ] FHA   [ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I saw RN Mr. Lopez on 8/05/16. I explained I am still having sharp shooting pains through eyebrow bone, and directly from head wound ICS 7/20/16. Now, I have the same from back of head, same area. He said if it continues, to put in on HNR.

FM N/C

Please Help!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   [ ] Medical/Médica   [ ] Dental   [ ] Pharmacy/Farmacia   [ ] FHA   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado: 
Date/Fecha: 
Time/Hora:

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado: 
Date/Fecha: 
Time/Hora:

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12