# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Statement Regarding Defendants' August 2016 CGAR Data and Defendants' Ongoing Noncompliance With the Stipulation (Doc. 1741), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to Seal (Declaration of Corene Kendrick and Exhibits 2 through 14 and 16 through 21 to the Declaration of Corene Kendrick).

Dated this 8th day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge