Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' MOTION FOR BRIEFING REGARDING THE COURT'S PROPOSED ORDER** |

Prior to the November 9, 2016 monthly Status Conference, the Court directed both parties to "provide simultaneous briefing discussing the implications of the August data and any proposed procedure for further action in response thereto." (Doc. 1727.) Defendants' Supplemental Status Report Regarding August 2016 Compliance Rates proposed further corrective action plans and prison tours for Judge Duncan, Judge Bade, and their law clerks so they could more fully understand the limitations and challenges facing security, medical, dental, and mental health staff, and personally observe the physical facilities, DI-326 programming for maximum custody inmates, and the health care inmates receive. (Doc. 1743.) Plaintiffs' Statement Regarding Defendants' August 2016 CGAR Data requested that the Court order Defendants to develop a plan for increased staffing levels. (Doc. 1739.)

At the November 9, 2016 Status Conference, the Court declined Defendants' invitation to tour the prisons and reiterated that it does not have the authority, under the terms of the Stipulation, to order Defendants to increase staffing. The Court, however, suggested it was considering issuing an order that would require Defendants to either transport inmates to an outside provider or transport an outside provider to the prison facility if an inmate is not seen within the time period required in the performance measure (i.e. 24 hours, 14 days). Although the Court indicated it may enter some form of Order at the time of the October 5, 2016 Status Hearing, Defendants did not know until the November 9, 2016 Status Hearing the nature or scope of the Court's proposed order. [1]

Based upon the nature and scope of the proposed order, Defendants would like the opportunity to submit briefing on the issue so the Court can fully understand the availability, feasibility, and ramifications this proposal would have on ADC operations and the significant safety risks involved.

---

[1] The precise parameters of the Court's proposal are unclear. Defendants have ordered a transcript of the Status Conference, which it expects to receive by November 23, 2016. (Doc. 1750.)

1

1       Accordingly, if the Court continues to believe its suggested proposal is viable,

2  Defendants respectfully request an opportunity to submit briefing (argument and

3  evidence) on the matter before the Court issues any final order.

4       DATED this 10th day of November 2016.

5                 STRUCK WIENEKE & LOVE, P.L.C.

6

7               By /s/Timothy J. Bojanowski

8                   Daniel P. Struck
                      Kathleen L. Wieneke

9                   Rachel Love
                      Timothy J. Bojanowski

10                  Nicholas D. Acedo
                      Ashlee B. Fletcher

11                 Anne M. Orcutt
                      Jacob B. Lee

12                 Mark A. Bracken
                      STRUCK WIENEKE & LOVE, P.L.C.

13                3100 West Ray Road, Suite 300
                      Chandler, Arizona  85226

14                Arizona Attorney General Mark Brnovich

15                Office of the Attorney General
                      Michael E. Gottfried

16                Lucy M. Rand
                      Assistant Attorneys General

17                1275 W. Washington Street
                      Phoenix, Arizona 85007-2926

18                *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:             aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:             afettig@npp-aclu.org

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

Jennifer K. Messina:       jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:       jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:        jrico@azdisabilitylaw.org

Kathleen E. Brody          kbrody@acluaz.org

Kirstin T. Eidenbach:      kirstin@eidenbachlaw.com

Maya Abela                 mabela@azdisabilitylaw.org

Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org

Sara Norman:               snorman@prisonlaw.com

Sarah Eve Kader:           skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

3

1    Rita K. Lomio:          rlomio@prisonlaw.com

2

3        I hereby certify that on this same date, I served the attached document by U.S.
     Mail, postage prepaid, on the following, who is not a registered participant of the
4    CM/ECF System:

5        N/A

6                                        /s/Timothy J. Bojanowski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28