1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

9

10   Victor Parsons, *et al.*, on behalf of themselves
     and all others similarly situated; and Arizona
11   Center for Disability Law,

                                          Plaintiffs,
12
                     v.
13
     Charles Ryan, Director, Arizona Department
     of Corrections; and Richard Pratt, Interim
14   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
15   official capacities,

16                                        Defendants.

NO. 2:12-cv-00601-DKD

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION FOR**
**BRIEFING REGARDING THE**
**COURT'S PROPOSED ORDER**

17
18          The Court, having reviewed Defendants' Motion for Briefing Regarding the

19   Court's Proposed Order and good cause appearing, hereby **GRANTS** Defendants'

     Motion.
20
21
22
23
24
25
26
27
28