1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD  **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' STATEMENT REGARDING UNRESOLVED ISSUES RELATED TO DEFENDANTS' PROPOSED MONITORING GUIDE AND METHODOLOGY TO MEASURE COMPLIANCE WITH THE STIPULATION** |

LEGAL133591364.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Standard P-A-06 of the National Commission on Correctional Health Care (NCCHC), 2014 Edition.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Notice of Noncompliance, served upon Defendants on July 29, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Lucy Rand to me dated October 13, 2016 in response to Plaintiffs' April 15, 2016 "omnibus" letter on monitoring.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an amended letter from Lucy Rand to me dated October 14, 2016, in response to Plaintiffs' April 15, 2016 "omnibus" letter on monitoring.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Daniel Struck to me dated October 14, 2016, in response to Plaintiffs' April 15, 2016 "omnibus" letter on monitoring.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from me to Lucy Rand dated October 18, 2016 regarding a proposed agenda for the parties' October 19, 2016 negotiation regarding monitoring.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from me to Lucy Rand dated October 19, 2016 memorializing the parties' October 19, 2016 negotiation regarding monitoring.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from David Fathi to Lucy Rand dated October 27, 2016 regarding mental health performance measures.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Anne Orcutt to David Fathi dated November 5, 2016, responding to his October 27 letter [Ex. 8].

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from Anne Orcutt to me dated November 6, 2016, responding to my October 19 letter [Ex. 7].

12. Attached hereto as **Exhibit 11** is a true and correct copy a letter from David Fathi to Tim Bojanowski memorializing the parties November 8, 2016 negotiation.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the version of Defendants' Monitoring Guide dated October 5, 2016.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the version of Defendants' Monitoring Guide dated October 21, 2016.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the version of Defendants' Monitoring Guide dated November 5, 2016, which only includes mental health performance measures [PMs 75-99].

16. Attached hereto as **Exhibit 15** is a true and correct copy of the version of Defendants' Monitoring Guide dated November 6, 2016, which includes only non-mental health performance measures [PMs 1-74, 100-103].

17. Attached hereto as **Exhibit 16** is a true and correct copy of the version of Defendants' Monitoring Guide dated November 11, 2016.

18. Defendants did not produce any of the Monitoring Guides attached as Exhibits 12, 13, and 15 in a "track changes" mode so that Plaintiffs could easily see which changes had been made to the various permutations of the Guides. The November 11 version of the Guide was produced in a "track changes" format.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 15th of November, 2016, in Berkeley, California.

                                                    s/ Corene Kendrick
                                                    Corene Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | Rita Lomio (Cal. 254501)* |
| 4 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 5 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 6 | | Email:   dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 7 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 8 | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
|   | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
|   | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
|   | Email: skader@azdisabilitylaw.org |
| 5 |        adietrich@azdisabilitylaw.org |

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  jross@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL133591364.1                            -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

                                         s/ D. Freouf