**Index of Exhibits to
Declaration of Corene Kendrick**

| Exhibit No. | Description |
|:---:|:---|
| 1 | National Commission on Correctional Health Care (NCCHC) Standard P-A-06 |
| 2 | 7/29/16 Plaintiffs' Notice of Noncompliance |
| 3 | 10/13/16 Letter from L. Rand to C. Kendrick re: Plaintiffs' April 15, 2016 Letter re Methodology |
| 4 | 10/14/16 Amended Letter from L. Rand to C. Kendrick re: Plaintiffs' April 15, 2016 Letter re Methodology |
| 5 | 10/14/16 Letter from D. Struck to C. Kendrick re: Plaintiffs' April 15, 2016 Letter re Methodology |
| 6 | 10/18/16 Letter from C. Kendrick to L. Rand re: Proposed Agenda for 10/19/16 Call |
| 7 | 10/19/16 Letter from C. Kendrick to L. Rand re: Memorializing Agreements on 10/19/16 Call |
| 8 | 10/27/16 Letter from D. Fathi to L. Rand re: mental health performance measures |
| 9 | 11/5/16 Letter from A. Orcutt to D. Fathi re: mental health performance measures |
| 10 | 11/6/16 Letter from A. Orcutt to C. Kendrick responding to 10/19/16 Letter |
| 11 | 11/9/16 Letter from D. Fathi to T. Bojanowski re: Memorializing 11/8/16 Call |
| 12 | 10/5/16 Version of Defendants' Monitoring Guide |
| 13 | 10/21/16 Version of Defendants' Monitoring Guide |
| 14 | 11/5/16 Version of Defendants' Monitoring Guide (Mental Health Measures [75-99] Only) |
| 15 | 11/6/16 Version of Defendants' Monitoring Guide (Non-Mental Health Measures [1-74, 100-103] Only) |
| 16 | 11/11/16 Version of Defendants' Monitoring Guide |

133591225.1

# EXHIBIT 1

# Standards for Health Services in Prisons

## 2014



National Commission on
Correctional Health Care

# STANDARDS FOR HEALTH SERVICES

# IN PRISONS

## 2014

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for health services in prisons. They do not necessarily represent the official position of supporting organizations or individuals represented on the National Commission on Correctional Health Care Board of Directors.

National Commission on Correctional Health Care

**P-A-06**
*essential*

## CONTINUOUS QUALITY IMPROVEMENT PROGRAM

### Standard

A continuous quality improvement (CQI) program monitors and improves health care delivered in the facility.

### Compliance Indicators

1. A CQI program identifies health care aspects to be monitored, implements and monitors corrective action when necessary, and studies the effectiveness of the corrective action plan.
2. The responsible health authority establishes a *quality improvement committee* with representatives from the major program areas. The committee meets as required but no less than quarterly. The committee:
   a. Identifies health care aspects to be monitored and establishes *thresholds*
   b. Designs quality improvement monitoring activities
   c. Analyzes the results for factors that may have contributed to less than threshold performance
   d. Designs and implements improvement strategies to correct the identified health care problem
   e. Remonitors the performance after implementation of the improvement strategies
3. The responsible physician is involved in the CQI committee.
4. When the committee identifies a health care problem from its monitoring, a *process* and/or *outcome quality improvement study* is initiated and documented.
5. The committee completes an annual review of the effectiveness of the CQI program by reviewing CQI studies and minutes of CQI, administrative, and/or staff meetings, or other pertinent written materials.
6. All aspects of the standard are addressed by written policy and defined procedures.

### Definitions

A *quality improvement committee* consists of health staff from various disciplines (e.g., medicine, nursing, mental health, dentistry, health records, pharmacy, laboratory). The committee designs quality improvement monitoring activities, discusses the results, and implements corrective action. Committee membership should be fluid, depending on the issues being addressed.

*Process quality improvement studies* examine the effectiveness of the health care delivery process by:
1. Identifying a facility problem (e.g., delayed sick-call appointments, discontinuity of medications, lack of follow-up on positive lab values)
2. Conducting a baseline study (e.g., task analysis, root cause, staffing plan)
3. Developing and implementing a corrective plan

4. Restudying the problem to assess the effectiveness of the corrective action plan

*Outcome quality improvement studies* examine whether expected outcomes of patient care were achieved by:
1. Identifying a patient clinical care problem (e.g., poor asthma control, poor diabetes control, high volume of off-site visits)
2. Conducting a baseline study
3. Developing and implementing a clinical corrective plan
4. Restudying the problem to assess the effectiveness of the corrective action plan

*Thresholds* are the expected level of performance (of aspects of health care) established by the quality improvement committee.

**Discussion**

This standard is intended to ensure that a facility uses a structured process to find areas in the health care delivery system that need improvement, and that when such areas are found staff develop and implement strategies for improvement. One of the benefits of a successful CQI program is that problems can be identified early and strategies developed for their resolution before they worsen. All health care delivery systems, regardless of size, can benefit from a well-designed CQI program.

One essential element of quality improvement is the monitoring of high-risk, high-volume, or problem-prone aspects of health care provided to patients. Areas to be studied can also be identified using the data that are regularly monitored (see A-04 Administrative Meetings and Reports) and patient safety systems (see B-02 Patient Safety). Success in compliance with this standard is not measured by the number of studies done but by the relevance of the studies and effectiveness of corrective action.

Health staff responsible for guiding the CQI program should be given training opportunities to enhance their skills and the program's effectiveness.

The CQI committee meets at least quarterly to establish objective criteria for use in monitoring quality of care, develop plans for improvement based on monitoring findings, and assess effectiveness of these plans after implementation. Monitoring frequency may be adjusted as improvement is noted.

CQI minutes should provide sufficient detail to guide future decisions. For example, the minutes could state the problems identified, the solutions that were agreed on, the person responsible for carrying out the corrective action, and the

# EXHIBIT 2



<div align="center">

PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964

Telephone (510) 280-2621 • Fax (510) 280-2704

www.prisonlaw.com

</div>

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

July 29, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

     RE:    *Parsons v. Ryan*, CV-12-0601-DMD
             Notice of Noncompliance

Dear Ms. Rand,

      Pursuant to Paragraph 30 of the Stipulation, Plaintiffs write to notify you of Defendants' substantial noncompliance with the Stipulation. These areas of noncompliance are in addition to the performance measures for which the Court found Defendants noncompliant [Doc. 1583], and those outlined in our May 23, 2016 Notice. Defendants' CGAR reports show that through May 2016, ADC continues to be substantially noncompliant and/or incapable of sustained compliance for the performance measures identified by the Court. The inclusion of the performance measures below does not mean that we believe Defendants are in compliance with all other performance measures, nor do we waive our right to raise Defendants' noncompliance with measures not discussed below in a future notice.

**Performance Measure 31:** Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken.

      Defendants are substantially noncompliant with this Stipulation requirement at Douglas, Eyman, Florence, Lewis, Perryville, Tucson, Winslow, and Yuma.

      The noncompliance is manifest in one of two ways: first, because of the audit score on its face; and second, because of a failure to properly monitor this measure. The areas shaded in yellow show Defendants' failure to comply with the Stipulation's baseline requirement of 75% in January and February, or the 80% requirement in March and April. The areas shaded in blue are indicative of Defendants' failure to properly monitor this requirement. The finding of "N/A" for those months and those institutions is incorrect and is contradicted by the institutions' CQI committee minutes that showed mortality reviews were done at the CQI meetings for the

<div align="center">

Board of Directors

Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

</div>

particular month, but the monitor failed to include them in the CGAR.  The failure to monitor a performance measure violates Paragraph 10 of the Stipulation.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Douglas    | N/A  | 100  | N/A  | N/A   | N/A |
| Eyman      | 100  | 100  | N/A  | 0     | N/A |
| Florence   | 100  | 100  | 67   | N/A   | N/A |
| Lewis      | N/A  | 0    | N/A  | N/A   | N/A |
| Perryville | N/A  | N/A  | N/A  | N/A   | N/A |
| Tucson     | 100  | 0    | 33   | 40    | N/A |
| Winslow    | N/A  | N/A  | N/A  | N/A   | N/A |
| Yuma       | N/A  | 100  | N/A  | N/A   | N/A |

Douglas
- March CQI meeting – 1 death was reviewed.  ADCM496922

Eyman
- March CQI meeting – 2 deaths were reviewed.  ADCM496930
- May CQI meeting – 3 deaths were reviewed.  ADCM497201-05

Florence
- April CQI meeting – 12 deaths were reviewed. ADCM497123-36
- May CQI meeting – 9 deaths were reviewed. ADCM497212-16

Lewis
- January CQI meeting – 4 deaths were reviewed.  ADCM496822-23
- March CQI meeting – 4 deaths were reviewed.  ADCM496954-55
- April CQI meeting – 1 death was reviewed.  ADCM497152
- May CQI meeting – 1 death was reviewed. ADCM497228-29

Perryville
- March CQI meeting – 1 death was reviewed. ADCM496963

Tucson
- May CQI meeting – 4 deaths were reviewed.  ADCM497267

Winslow
- May CQI meeting – 1 death was reviewed. ADCM497272

Ms. Lucy Rand
*Parsons v. Ryan*
Notice of Noncompliance
July 29, 2016
Page 3

Yuma
- March CQI meeting – 1 death was reviewed. ADCM496992

**Performance Measure 35**:  All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, Phoenix, Tucson, and Yuma.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 47   | 88   | 56   | 74    | 60  |
| Florence | 50   | 40   | 24   | 45    | 36  |
| Lewis    | 0    | 0    | 48   | 57    | 49  |
| Phoenix  | 80   | 100  | 60   | 64    | 67  |
| Tucson   | 16   | 13   | 39   | 24    | 19  |
| Yuma     | 76   | 58   | 77   | 75    | 86  |

**Performance Measure 39**:  Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral.

Defendants are substantially noncompliant with this Stipulation requirement at Yuma.[1]

|      | Jan. | Feb. | Mar. | April | May |
|------|------|------|------|-------|-----|
| Yuma | 74   | 64   | 66   | 67    | 84  |

**Performance Measure 40**:  Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, and Tucson.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 80   | 32   | 58   | 33    | 71  |
| Florence | 71   | 100  | 100  | 71    | 75  |
| Lewis    | N/A  | 50   | 50   | N/A   | 100 |

---

[1] The Court has already found Defendants substantially noncompliant with PM 39 at Eyman, Florence, Lewis, Perryville, and Tucson.  Doc. 1583 at 2.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 57   | 20   | 50   | 33    | 14  |

**Performance Measure 44**:  Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.

Defendants are substantially noncompliant with this Stipulation requirement at Douglas, Eyman, Florence, Lewis, and Tucson.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Douglas  | 60   | N/A  | 50   | 80    | 100 |
| Eyman    | 87   | 72   | 60   | 28    | 50  |
| Florence | 67   | 79   | 70   | 61    | 70  |
| Lewis    | 68   | 47   | 78   | 88    | 70  |
| Tucson   | 88   | 61   | 88   | 79    | 57  |

**Performance Measure 50**: Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.

Defendants are substantially noncompliant with this Stipulation requirement at Florence and Tucson.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Florence | 71   | 59   | 66   | 62    | 65  |
| Tucson   | 85   | 73   | 78   | 72    | 71  |

**Performance Measure 51**: Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Lewis, Tucson, and Yuma.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 92   | 96   | 98   | 78    | 78  |
| Florence | 89   | 90   | 79   | 76    | 79  |
| Lewis    | 76   | 75   | 79   | 89    | 70  |
| Tucson   | 75   | 53   | 75   | 64    | 65  |

|       | Jan. | Feb. | Mar. | April | May |
|-------|------|------|------|-------|-----|
| Yuma  | 83   | 55   | 94   | 64    | 72  |

**Performance Measure 52**: Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

Defendants are substantially noncompliant with this Stipulation requirement at Florence, Perryville, Tucson, and Yuma.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Florence   | 37   | 63   | 45   | 40    | 24  |
| Perryville | 91   | 76   | 26   | 81    | 72  |
| Tucson     | 46   | 61   | 61   | 55    | 45  |
| Yuma       | 79   | 64   | 88   | 63    | 72  |

**Performance Measure 55**: Disease management guidelines will be implemented for chronic diseases.

Defendants are substantially noncompliant with this Stipulation requirement at Eyman, Florence, Tucson, and Yuma.

|          | Jan. | Feb. | Mar. | April | May |
|----------|------|------|------|-------|-----|
| Eyman    | 80   | 80   | 68   | 90    | 74  |
| Florence | 63   | 60   | 53   | 90    | 85  |
| Tucson   | 76   | 63   | 78   | 74    | 79  |
| Yuma     | 70   | 78   | 64   | 96    | 96  |

**Performance Measure 73**: All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days.

Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 70   | 60   | 20   | 40    | 100 |

**Performance Measure 74**: All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 60   | 75   | 100  | 100   | 75  |

**Performance Measure 76**:  If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC.

   Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | N/A  | N/A  | N/A  | 0     | 0   |

**Performance Measure 80**:  MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.

   Defendants are substantially noncompliant with this Stipulation requirement at Perryville.[2]

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 87   | 90   | 81   | 78    | 79  |

**Performance Measure 86:**  MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.

   Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 71   | 71   | 74   | 81    | 90  |

**Performance Measure 87**:  MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days.

   Defendants are substantially noncompliant with this Stipulation requirement at Perryville.

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 85   | 90   | 90   | 70    | 70  |

---

   [2] Plaintiffs notified you of ADC's noncompliance with PM 80 at Lewis and Tucson in our May 23, 2016 Notice of Noncompliance.

**Performance Measure 88**: MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days.

Defendants are substantially noncompliant with this Stipulation requirement at Tucson.

|        | Jan. | Feb. | Mar. | April | May |
|--------|------|------|------|-------|-----|
| Tucson | 90   | 90   | 70   | 70    | 100 |

**Performance Measure 94:** All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville and Winslow.[3]

|            | Jan. | Feb. | Mar. | April | May |
|------------|------|------|------|-------|-----|
| Perryville | 90   | 90   | 80   | 30    | 40  |
| Winslow    | 0    | N/A  | 0    | 0     | 0   |

**Performance Measure 95:**  Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.

Defendants are substantially noncompliant with this Stipulation requirement at Lewis, Tucson, and Winslow.

|         | Jan. | Feb. | Mar. | April | May |
|---------|------|------|------|-------|-----|
| Lewis   | 80   | 80   | 60   | 70    | 70  |
| Tucson  | 70   | 30   | 70   | 90    | 100 |
| Winslow | 0    | 0    | N/A  | N/A   | 0   |

///
///
///

---

[3] Plaintiffs notified you of ADC's noncompliance with PM 94 at Eyman, Florence, and Tucson in our May 23, 2016 Notice of Noncompliance.

Ms. Lucy Rand
*Parsons v. Ryan*
Notice of Noncompliance
July 29, 2016
Page 8

**Performance Measure 96**:  A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above.

Defendants are substantially noncompliant with this Stipulation requirement at Phoenix.

|         | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|---------|------|------|------|-------|-----|
| Phoenix | 100  | 67   | 67   | 73    | 100 |

**Performance Measure 97**: A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.

Defendants are substantially noncompliant with this Stipulation requirement at Lewis.

|       | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|-------|------|------|------|-------|-----|
| Lewis | 47   | 56   | 33   | 79    | 77  |

**Performance Measure 98**:  Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.

Defendants are substantially noncompliant with this Stipulation requirement at Perryville and Tucson.[4]

|           | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|-----------|------|------|------|-------|-----|
| Perryville | 79   | 95   | 78   | 76    | 74  |
| Tucson    | 76   | 85   | 45   | 61    | 62  |

**Performance Measure 99**: Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0.

Defendants are substantially noncompliant with this Stipulation requirement at Florence.

|          | **Jan.** | **Feb.** | **Mar.** | **April** | **May** |
|----------|------|------|------|-------|-----|
| Florence | N/A  | 0    | 0    | N/A   | N/A |

---

[4] The Court found Defendants noncompliant with PM 98 at Eyman, Florence, Lewis, and Winslow. Doc. 1583 at 2.

Ms. Lucy Rand
*Parsons v. Ryan*
Notice of Noncompliance
July 29, 2016
Page 9

We look forward to receiving your response within the next 30 days.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:   Counsel of Record

# EXHIBIT 3



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

MARK BRNOVICH
ATTORNEY GENERAL

**STATE GOVERNMENT DIVISION**
**LIABILITY MANAGEMENT SECTION**

LUCY M. RAND
ASSISTANT ATTORNEY GENERAL
DIRECT LINE: (602) 542-7683
EMAIL: Lucy.Rand@azag.gov

October 13, 2016

**VIA ELECTRONIC MAIL ONLY:**

Corene Kendrick
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710-1916
ckendrick@prisonlaw.com

Re:     **Plaintiffs' April 15, 2016 Letter**
        *PARSONS, et al. v. RYAN, et al., USDC CV12-00601-DKD*

Dear Corene:

    This letter partially responds to your April 15, 2016, letter.

    1.    I have received the diagnoses under the psychotic disorders and will produce them by June 6 (after the teleconference).

    2.    **HC PM #102** (routine dental care wait times no more than 90 days from the date the HNR was received) and **HC PM #103** (urgent [dental] care wait times no more than 72 hours from the date the HNR was received).

        **DEFENDANTS' RESPONSE:** Attached are screen shots of the Smallwood Dental Services' CDS system.   HNRs are placed into the CDS program to schedule appointments, similar to provider/nursing appointments.

    3.    **HC PM #36** (LPN or RN screens HNRs within 24 hours of receipt and **PM 37** (sick call inmates seen within 24 hours after receipt of HNR [or immediately if identified with an emergent need, or on the same day if having an urgent need])

        **DEFENDANTS' RESPONSE:**  The Monitors are now using the HNR Log.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 13, 2016
Page 2 of 6

4.      **HC PM #42** (follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider)

        **DEFENDANTS' RESPONSE:** The CGAR Guide has been revised as to this performance measure.  Monitors now use the Provider Encounter Log.

5.      **HC PM #43** (inmates returning from inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there) and **HC PM #44** (inmates returning from an inpatient hospital with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours)

        **DEFENDANTS' RESPONSE:**

        As to HC PM #43, the Monitors are now using the Hospital Admission/Discharge Log.

        As to HC PM #44, Plaintiffs agree that choosing not to act upon an outside provider's treatment recommendations *is* acting upon the recommendations.  Plaintiffs simply disagree as to the procedure for documenting the decision to not act.  Due to the unique issues related to prison medical and mental health treatment, the recommendations of an outside provider can never be put into place.  Accordingly, the Provider should not have to perform a time consuming dissertation of justification as to why the Provider chose not follow an outside provider's recommendations.

6.      **HC PM #12** (Medical record will contain documentation of refusals or "no shows").

        **DEFENDANTS' RESPONSE:** The Monitors now use a Corizon Appointment No Show/Refusal Log.

7.      **HC PM #59** (inmates will be screened for TB on an annual basis).

        **DEFENDANTS' RESPONSE:**  The Monitors now use an AIMS DI37 screen AIMS screen report to select the sample of ten (10) inmates to be reviewed.

8.      Monitoring of Requirements contained within Stipulation Paragraphs 12, 14-17.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 13, 2016
Page 3 of 6

> **DEFENDANTS' RESPONSE:**   Defendants filed their current plan for reporting procedures to demonstrate compliance with Paragraphs 12, 14, and 15 of the Stipulation.

9. **HC PM #11** (Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.)

> **DEFENDANTS' RESPONSE:**   The medications excluded are done so because they are not intended to be administered within two business days, and if done so, would lead to patient harm.  For example, release medications may be filled more than two weeks before the inmate's release, but should only be provided to the inmate at the time of release.

10. **HC PM #15** (Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals.)

> **DEFENDANTS' RESPONSE:** In an effort to randomly select inmates' medical records, odd or even inmates were chosen; however, this has been changed to randomizing the data in the Medication Refusal Log.  As to the definition of QHCP, the definition has been changed to match the Stipulation.

11. **HC PM #18** (Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN.)

> **DEFENDANTS' RESPONSE:** The Monitor reviews a total of ten (10) manifests for the audited month selecting five (5) daily manifests and five (5) controlled substance manifests.  If five (5) controlled substance manifests are not available, then use additional daily manifests to obtain a total of ten (10) manifests.

12. **HC PM #20** (Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record.)

> **DEFENDANTS' RESPONSE:** Defendants have changed the monitoring guide so that all source documents are referenced in the methodology section.

13. **HC PM #22** (Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order.)

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 13, 2016
Page 4 of 6

       **DEFENDANTS' RESPONSE:** The NFDR eOMIS extract already has the dates randomized and, therefore, choosing the first ten medications *is* randomly selecting the medications to review.

    14.   **HC PM #23** (Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff) and **PM 24** (Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.)

       **DEFENDANTS' RESPONSE:** The Monitor does not physically inspect the AED or Emergency Response Bag.  In cases where a new tag must be applied to a bag, the new tag number is noted.

    15.   **HC PM #28** (Every medical provider will undergo peer reviews annually with reviews and recommended actions documented.)

       **DEFENDANTS' RESPONSE:**

       This performance measure has been revised so that it refers to the "Contracted Vendor", not Corizon.

       Annual peer reviews are due one year from the hire date or the previous review date.

       The report is supplied by the contracted vendor and does not include agency/locum tenens and PRN providers.

    16.   **HC PM #57** (A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination.)

       **DEFENDANTS' RESPONSE:**   The monitor will review all pregnant inmates.

    17.   **HC PM #76** (If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC.)

       **DEFENDANTS' RESPONSE:**  Consistent with the Court's conclusion, Monitors count cell-front contacts as "seen" when an inmate refuses to come out of his/her cell for a contact.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 13, 2016
Page 5 of 6

18.   **HC PM #95** (Only **licensed** mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.)

**DEFENDANTS' RESPONSE:** Although unnecessary to do so, the methodology has been updated to state that follow-up contacts must be made by a mental health provider, mental health clinician, or psychiatric registered nurse.

19.   **HC PM #96** (A **reentry**/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above)

**DEFENDANTS' RESPONSE:** The Methodology has been updated to explicitly state that if there is no release plan, or if the release plan is dated less than 30 days before the prisoner's release date, the record is noncompliant.

20.   **HC PM #98** (Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.)

**DEFENDANTS' RESPONSE:** The CGAR question has been changed to reflect "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."

21.   **PM 99** (Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0.)

**DEFENDANTS' RESPONSE:** The CGAR question has been changed to reflect "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."

Sincerely,

Lucy M. Rand,
Assistant Attorney General

Corene Kendrick
***PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD**
October 13, 2016
Page 6 of 6


      cc:    Brad Keogh
             Richard Pratt
             Dr. Nicole Taylor
             Michael Gottfried
             Dan Struck
             Timothy Bojanowski

# EXHIBIT 4



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**MARK BRNOVICH**
**ATTORNEY GENERAL**

**STATE GOVERNMENT DIVISION**
**LIABILITY MANAGEMENT SECTION**

**LUCY M. RAND**
**ASSISTANT ATTORNEY GENERAL**
**DIRECT LINE: (602) 542-7683**
**EMAIL:** Lucy.Rand@azag.gov

October 14, 2016

**VIA ELECTRONIC MAIL ONLY:**

Corene Kendrick
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710-1916
ckendrick@prisonlaw.com

Re:   **Plaintiffs' April 15, 2016 Letter**
      *PARSONS, et al. v. RYAN, et al., USDC CV12-00601-DKD*

Dear Corene:

This ***amended*** letter partially responds to your April 15, 2016, letter.

1.     I have received the diagnoses under the psychotic disorders and will produce them by June 6 (after the teleconference).

2.     **HC PM #102** (routine dental care wait times no more than 90 days from the date the HNR was received) and **HC PM #103** (urgent [dental] care wait times no more than 72 hours from the date the HNR was received).

      **DEFENDANTS' RESPONSE:** Attached are screen shots of the Smallwood Dental Services' CDS system.   HNRs are placed into the CDS program to schedule appointments, similar to provider/nursing appointments.

3.     **HC PM #36** (LPN or RN screens HNRs within 24 hours of receipt and **PM 37** (sick call inmates seen within 24 hours after receipt of HNR [or immediately if identified with an emergent need, or on the same day if having an urgent need])

      **DEFENDANTS' RESPONSE:**  The Monitors are now using the HNR Log.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 14, 2016
Page 2 of 6

    4.    **HC PM #42** (follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider)

        **DEFENDANTS' RESPONSE:** The CGAR Guide has been revised as to this performance measure.  Monitors now use the Provider Encounter Log.

    5.    **HC PM #43** (inmates returning from inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there) and **HC PM #44** (inmates returning from an inpatient hospital with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours)

        **DEFENDANTS' RESPONSE:**

    As to HC PM #43, the Monitors are now using the Hospital Admission/Discharge Log.

    As to HC PM #44, Plaintiffs agree that choosing not to act upon an outside provider's treatment recommendations *is* acting upon the recommendations.  Plaintiffs simply disagree as to the procedure for documenting the decision to not act.  Due to the unique issues related to prison medical and mental health treatment, the recommendations of an outside provider can never be put into place.  Accordingly, the Provider should not have to perform a time consuming dissertation of justification as to why the Provider chose not follow an outside provider's recommendations.

    6.    **HC PM #12** (Medical record will contain documentation of refusals or "no shows").

        **DEFENDANTS' RESPONSE:** The Monitors now use a Corizon Appointment No Show/Refusal Log.

    7.    **HC PM #59** (inmates will be screened for TB on an annual basis).

        **DEFENDANTS' RESPONSE:**  The Monitors now use the housing roster sorted by locator code to select the sample of ten (10) inmates to be reviewed.

    8.    Monitoring of Requirements contained within Stipulation Paragraphs 12, 14-17.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 14, 2016
Page 3 of 6

    **DEFENDANTS' RESPONSE:**   Defendants filed their current plan for reporting procedures to demonstrate compliance with Paragraphs 12, 14, and 15 of the Stipulation.

    9.     **HC PM #11** (Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.)

    **DEFENDANTS' RESPONSE:**   The medications excluded are done so because they are not intended to be administered within two business days, and if done so, would lead to patient harm.  For example, release medications may be filled more than two weeks before the inmate's release, but should only be provided to the inmate at the time of release.

    10.    **HC PM #15** (Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals.)

    **DEFENDANTS' RESPONSE:** In an effort to randomly select inmates' medical records, odd or even inmates were chosen; however, this has been changed to randomizing the data in the Medication Refusal Log.  As to the definition of QHCP, the definition has been changed to match the Stipulation.

    11.    **HC PM #18** (Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN.)

    **DEFENDANTS' RESPONSE:** The Monitor reviews a total of ten (10) manifests for the audited month selecting five (5) daily manifests and five (5) controlled substance manifests.  If five (5) controlled substance manifests are not available, then use additional daily manifests to obtain a total of ten (10) manifests.

    12.    **HC PM #20** (Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record.)

    **DEFENDANTS' RESPONSE:** Defendants have changed the monitoring guide so that all source documents are referenced in the methodology section.

    13.    **HC PM #22** (Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order.)

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 14, 2016
Page 4 of 6

**DEFENDANTS' RESPONSE:** The NFDR eOMIS extract already has the dates randomized and, therefore, choosing the first ten medications *is* randomly selecting the medications to review.

14.    **HC PM #23** (Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff) and **PM 24** (Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.)

**DEFENDANTS' RESPONSE:** The Monitor does not physically inspect the AED or Emergency Response Bag.  In cases where a new tag must be applied to a bag, the new tag number is noted.

15.    **HC PM #28** (Every medical provider will undergo peer reviews annually with reviews and recommended actions documented.)

**DEFENDANTS' RESPONSE:**

This performance measure has been revised so that it refers to the "Contracted Vendor", not Corizon.

Annual peer reviews are due one year from the hire date or the previous review date.

The report is supplied by the contracted vendor and includes PRN providers. We are still clarifying whether the list contains agency/locum tenens.

16.    **HC PM #57** (A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination.)

**DEFENDANTS' RESPONSE:**   The monitor will review all pregnant inmates.

17.    **HC PM #76** (If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC.)

**DEFENDANTS' RESPONSE:**  Consistent with the Court's conclusion, Monitors count cell-front contacts as "seen" when an inmate refuses to come out of his/her cell for a contact.

Corene Kendrick
*PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD
October 14, 2016
Page 5 of 6

18.     **HC PM #95** (Only **licensed** mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.)

        **DEFENDANTS' RESPONSE:** Although unnecessary to do so, the methodology has been updated to state that follow-up contacts must be made by a mental health provider, mental health clinician, or psychiatric registered nurse.

19.     **HC PM #96** (A **reentry**/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above)

        **DEFENDANTS' RESPONSE:** The Methodology has been updated to explicitly state that if there is no release plan, or if the release plan is dated less than 30 days before the prisoner's release date, the record is noncompliant.

20.     **HC PM #98** (Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.)

        **DEFENDANTS' RESPONSE:** The CGAR question has been changed to reflect "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."

21.     **PM 99** (Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0.)

        **DEFENDANTS' RESPONSE:** The CGAR question has been changed to reflect "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."  We are still clarifying whether the peer review list contains agency/locum tenens.

                Sincerely,

                *Lucy M. Rand*

                Lucy M. Rand,
                Assistant Attorney General

Atts.

Corene Kendrick
***PARSONS, et al. v. RYAN, et al.*, USDC CV12-00601-DKD**
October 14, 2016
Page 6 of 6

cc:     Brad Keogh
        Richard Pratt
        Dr. Nicole Taylor
        Michael Gottfried
        Dan Struck
        Timothy Bojanowski

# ATTACHMENT 1





# Correctional Dental Software
**Patent Pending**

*"Making a Difference"*

Home    Patient    Request    Scheduling    Utilization    Management    Administration    Reports    Help    Sign Out          DOUGLAS

## Scheduling Enquiry

Sch. Date ☑ Range 02/01/2016 to 08/31/2016   Specialty All ▼   Dentist All ▼   Clinic All ▼    **Generate**   **Excel Export**   **Clear**

### Request List

Reds: 1 / 24        Total: 1549

| ID | Name | DOR | DOS | Time | Specialty | Provider | Status | Unit | Building | Location | Clinic | Complaint | Scheduling Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033557 | LITT, JAMES | 2/19/2016 | 2/26/2016 | 06:30:00 | Prosthetics | Dr. Gomez | Closed | -067 | 2E22 | D08 | Gila | TRYIN (DR G) | |
| 033557 | LITT, JAMES | 4/7/2016 | 4/15/2016 | 06:30:00 | Prosthetics | Dr. Gomez | Closed | -067 | 2E22 | D08 | Gila | DELIVERY(DR G) | |
| 033557 | LITT, JAMES | 5/6/2016 | 5/10/2016 | 07:00:00 | Call Back | Dr. Fattore | Closed | -067 | 2E22 | D08 | Gila | DENT ADJ.-NC- | |
| 039308 | CHILCOAT, REX A | 2/19/2016 | 2/26/2016 | 06:30:00 | Prosthetics | Dr. Gomez | Closed | -007 | 1E14 | D08 | Gila | DELIVERY (DR G) | |
| 044868 | DIAZ, ALBERT R | 2/8/2016 | 2/9/2016 | 06:30:00 | Urgent Care | Dr. Fattore | Closed | A23 | BAY2 | D35 | Eggers | | |
| 045918 | RAMIREZ, IGNACIO R | 4/25/2016 | 6/6/2016 | 06:30:00 | TX-Restorations | Dr. Bruno | Open | -041 | 1E14 | D08 | Gila | | |
| 049125 | JACOBS, DANIEL | 5/9/2016 | 5/18/2016 | 07:00:00 | Intakes | Dr. Bruno | Closed | -T24 | 1E15 | D08 | Gila | Intake Exam | |
| 050748 | TURNER, RICHARD R | 5/10/2016 | 5/10/2016 | 06:30:00 | Urgent Care | Dr. Bruno | Closed | B23L | 1M4A | D06 | Mojave | | |
| 050748 | TURNER, RICHARD R | 4/28/2016 | 4/29/2016 | 06:30:00 | Follow Up | Dr. Gomez | Closed | B23L | 1M4A | D06 | Mojave | F/U URGENT CARE PER NURSING ENCOUNT (4/27/16)**C** | |
| 050748 | TURNER, RICHARD R | 4/29/2016 | 5/3/2016 | 06:30:00 | Call Back | Dr. Bruno | Closed | B23L | 1M4A | D06 | Mojave | EXT #18-NC-...AB | |
| 052569 | TURLEY, TERRY W | 12/24/2015 | 3/23/2016 | 06:30:00 | Extractions | Dr. Fattore | Closed | -065 | 1E14 | D08 | Gila | | |
| 052569 | TURLEY, TERRY W | 3/25/2016 | 5/16/2016 | 06:30:00 | TX-Restorations | Dr. Bruno | Closed | -065 | 1E14 | D08 | Gila | WANTS IMPS | |
| 052569 | TURLEY, TERRY W | 6/2/2016 | 6/6/2016 | 06:30:00 | Prosthetics | Dr. Bruno | Open | -065 | 1E14 | D08 | Gila | CUSTOM TRAY--DR B | |
| 055463 | RODRIGUEZ, ALBERT D | 2/1/2016 | 4/20/2016 | 06:30:00 | TX-Restorations | Dr. Fattore | Closed | A20L | 1M7A | D06 | Mojave | | |

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**            **PARSONS v. RYAN, USDC CV12-00601: ADCM496755**

# EXHIBIT 5



**STRUCK WIENEKE & LOVE**                    3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | **480.420.1600** | swlfirm.com

October 14, 2016

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Amy L. Nguyen
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Mark A. Bracken
Associate

Erica L. Gadberry
Associate

**_VIA EMAIL_**
Alison Hardy:  ahardy@prisonlaw.com
Corene Kendrick:  ckendrick@prisonlaw.com
Kirstin Eidenbach:  kirstin@eidenbachlaw.com
David C. Fathi:  dfathi@aclu.org
Amy Fettig:  afettig@aclu.org
Sarah Kader:  skader@azdisabilitylaw.org
Maya Abela:  mabela@azdisabilitylaw.org
Donald Specter:  dspecter@prisonlaw.com

       Re:    *Parsons, et al. v. Ryan, et al.*
              CV12-0601-NVW

Dear Counsel:

       This letter is a supplemental response to your April 15, 2016 correspondence regarding the monitoring guide.  Please note that these performance measures are currently under review by the Monitoring Bureau, and Defendants intend to provide a revised version of the monitoring guide following the upcoming discussions with Plaintiffs.

       **PM 5** (Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location), **PM 6** (Provider orders will be noted daily with time, date, and name of person taking the orders off), and **PM 7** (Medical record entries will be legible, and complete with time, name stamp and signature present).

       A chart is appropriate for HC PM #5 if it has scanned documents for the audited month. When auditing this performance measure, the Monitor reviews all scanned documents for the audited month.  A chart is appropriate for HC PM #6 if it contains orders written during the audited month. A chart is appropriate for HC PM #7 if it contains medical records for the audited month.

       **PM 8** (Nursing protocols/NETS will be utilized by nurses for sick call)

       The Monitors are ensuring there is a NET for the Nurse Line Appointment that they are auditing for this measure.  There may be more than one encounter, but the Monitor compares the Appointment list with the specific date for that NET.  The Monitor is not looking at all the nursing encounters in that audited month, only the

October 14, 2016
Page 2

specific date that coincides with the Nurse Line Appointment that was selected. A chart is appropriate for this measure if a NET should have been utilized for sick call.

**PM 9** (SOAPE format will be utilized in the medical record for encounters).

The Monitors are ensuring that the SOAPE format was utilized, including all components of the format, for the specific appointment that is selected from the Nursing Encounter Log or the Provider Encounter Log. The Monitor will utilize five encounters from the Nurse Line and five from the Provider line.

**PM 10** (Each patient's medical record will include an up-to-date Master Problem list)

The Master Problem list radio button is available on all chronic care visits. The Monitors will utilize the Provider Line Appointment List and review chronic care visits to ensure the Master Problem List radio button is marked Y (Yes) for the corresponding visit.  The contact must have taken place during the audited month.

**PM 11** (Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT)

Nonformulary medications are excluded because they are not part of the question.  Release medications are filled prior to release and given to the inmate upon release. They may be filled more than two weeks out.  Recognized taper medications are excluded because the initial taper dose would affect the actual start date of the subsequent doses. The start date may not reflect the effective date. Surface area medications are excluded because many are "PRN" creams. The medication may last longer than anticipated, based upon application and the surface area requiring coverage.  Eye drops are excluded because many are pre- or post-operative medications and would be held until needed.  In addition, drops per ML can be calculated as 15-20 drops, which would affect the days' supply.  PRN medications are requested by the inmate, and it would be difficult to determine compliance based on directions and an "as needed" status.  Medications with broad dosing intervals, such as vaccinations and medications administered on a monthly dosing schedule, should not be provided within two days (e.g., Prolixin monthly was given on 3/1/16 and a new order is written on 3/15/16; the inmate should not receive the medication within two business days or harm could occur).

**PM 13** (Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication)

The Monitors receive two reports, and the report covering the 1st through the 15th of the month is the starting point.  If needed, the report for the16th through the 30th/31st is also viewed. The monitoring guide includes instructions for the Monitors as to what they should monitor. Only the specific prescription renewal is viewed for compliance. Plaintiffs' questions regarding whether the Monitor reviews

October 14, 2016
Page 3

other medications or lapses in medication are not relevant to this performance measure.

**PM 14** (Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.)

The exclusion criteria includes medications for which determining a lapse would not be possible; medications that should not be administered, even when requested by an inmate; and medications that should not be subject to this performance measure because the medication has no remaining refills.

**PM 15** (Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals.)

The methodology for this measure has been changed, and the Monitor reviews a randomized report of inmates who refused or did not show for three consecutive refusals. The Monitor reviews to determine whether a QHCP counseled the inmate.

**PM 16** (Perpetual inventory medication logs will be maintained on each yard.)

Ten medications are randomly pulled based on use for the audited month at each yard, and the perpetual inventory is reviewed for completeness for the audited month. The monitoring guide is being revised to clarify the process the Monitor uses to determine compliance, as well as the method for calculating the score. The Monitor reviews the log to ensure that any medication additions and subtractions are documented on the log and that any discrepancies have an IR number attached to the log. The compliance rate for a medication is calculated by dividing the number of correct entries by the number of total entries on the log for the audited month.

**PM 17** (The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature)

The source document for this measure is the Inmate Profile Report, which is randomized to allow for inmate selection; however, the Monitors also review the paper MARs, eOMIS Drug Prescription Orders, MAR history report, and Refusal to Submit to Treatment to determine compliance. The presence of a dose, frequency, start date, and nurse's signature demonstrates compliance. This performance measure does not require review of all medications for the selected patients for the month.

October 14, 2016
Page 4

**PM 18** (Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN)

The Monitors review five daily manifests and five controlled substance manifests for this measure. Additional daily manifests will be substituted for any units that do not have five controlled substance manifests for the audited month for a total of ten manifests viewed per unit.

**PM 20** (Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record)

The Monitor will compare the Batch report from AIMs and eOMIS for the audited month. The documents included in the "Source of Records/Review" section are all included in the "Methodology" section.

**PM 21** (Inmates who are paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor)

The monitoring guide is being revised to state that if an inmate is released without all of his/her prescribed medications, the inmate chart's is marked as noncompliant.

**PM 22** (Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order)

The NFDR eOMIS extract supplied by Marquis is already randomized. The report is not filtered by date range in order to capture multiple dates that already exist. This process also allows for reproduction of the results if necessary.

**PM 25** (A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency)

The Monitor compares the time the ICS was initiated to the time care began to determine compliance. Defendants would like to discuss Plaintiffs' question regarding the process for Monitoring whether the responder "adequately provides care" further during the call scheduled for October 19, 2016.

**PM 29** (Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02)

The Monitor reviews the nursing clinical performance review report, which is supplied monthly by the contracted vendor. The report includes PRN nurses. Defendants are checking whether the report includes agency/locum tenens.

October 14, 2016
Page 5

The Monitor looks backward from the audited month to determine whether all nursing staff who have been employed for at least one year had a review completed within the prior twelve months.

**PM 35** (All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.)

The Monitor will review the transfer screening form, notes, and MAR in eOMIS to determine whether the inmate received his/her medications at the receiving facility without interruption.  If the inmate does not receive all his/her medications, as ordered, the chart will be considered non-compliant.  Nursing may indicate in their documentation that PRN medications are available if the inmate requires a PRN medication, which allows the contracted vendor to provide that medication from clinic stock if the inmate does not have it on hand.

**PM 47** (A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.)

The Monitor reviews the HNR log for this performance measure, which is randomized using the Excel RAND function.

**PM 55** (Disease management guidelines will be implemented for chronic diseases.)

ADC has written disease management guidelines that are used to audit this performance measure. The guidelines have been provided to the auditors and are referenced when answering this question.  Each chart is audited for all components of the applicable clinical guideline(s).  The monitoring guide has been extensively revised, and Defendants believe that it addresses the remainder of Plaintiffs' questions, but please let us know if you need further clarification with respect to this measure.

**PM 63** (In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission), PM 64 (In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission), PM 65 (In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission), PM 68 (In an IPC, Inmate health records will include admission orders and documentation of care and treatment given), PM 69 (In an IPC, nursing care plans will be reviewed weekly documented with a date and signature)

The Methodology for these performance measures has been changed, and the Monitor reviews the IPC Census, which is randomized.

October 14, 2016
Page 6

**PM 77** (Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners)

The Monitors review all inmates who were identified for HC PM ## 73, 80, 82, 84, 85, 86, 87, 89 and 92 for this measure. Gathering this additional data, which has already been pulled to answer the other questions, provides access to more information because it results in review of around 250 to 300 treatment plans at each Complex per month. This is not overly burdensome because the information has already been pulled.

**PM 78** (All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician.)

Moving forward, the Monitors will count cell front contacts that occurred after October 5, 2016, including watch checks and segregation visits, for this measure only if they are due to a refusal to come out or a lockdown.  Segregation visits were already reviewed this way. Defendants believe that this approach is consistent with the Court's commentary on this issue.

**PM 80** (MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician)

If an inmate was out of the facility during the audited period, but had a contact within 30 days after he/she returned, the chart is considered compliant. If the inmate did not have a contact within 30 days after he/she returned, the chart is considered non-compliant. If the inmate remains out of the facility as of the last date of the audited month, the chart is marked as "N/A" and the Monitor selects the next chart.

**PM 82** (MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician)

Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

**PM 83** (MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider. MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days.)

Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

October 14, 2016
Page 7

**PM 85** (MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications)

The Monitors review inmates who were due a contact in the audited month, but they could have been from six months ago and never seen, so those would still be captured in this measure.  The example from Plaintiffs' letter would result in a finding in the previous audited month.

**PM 87** (MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days)

MH-4 inmates are not housed in units that do not contain a residential program. There are occasionally subcode errors in AIMS in which an inmate is incorrectly coded as an MH-4.  If such a chart were pulled for review, the Monitor would mark that chart as "N/A," because the inmate does not meet the criteria for that level of service.

**PM 91** (MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily)

The monitoring guide is being revised to state that the Monitor will review the records reviewed for performance measure #89 and review those inmates who were placed on a continuous watch during the audit month.

**PM 93** (Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody)

Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

**PM 95** (Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.)

Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

**PM 96** (A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above)

Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

October 14, 2016
Page 8

**PM 97** (A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.)

Telepsychiatry providers have access to eOMIS. The Monitor ascertains the existence of required documents that are not in eOMIS by reviewing the paper file prior to the telepsychiatry visit. The monitoring guide is being revised to explicitly state this. Please review the changes made to the most recent monitoring guide and let us know if the changes are acceptable.

**PM 98** (Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.)

The monitoring guide is being revised to refer to "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0" in conformance with the Stipulation.

**PM 99** (Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0.)

The monitoring guide is being revised to refer to "the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0" in conformance with the Stipulation. The Stipulation protocol limits this performance measure to psychiatrists, psychiatric nurse practitioners, and psychologists, and the Monitors review only these three categories of employees in accordance with the protocol.

We look forward to our upcoming discussions of these measures and to reaching a consensus as to the outstanding issues.

Sincerely,

Daniel P. Struck

DPS/eap

# EXHIBIT 6



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

October 18, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of Arizona Attorney General
1275 W. Washington
Phoenix AZ 85007
Lucy.Rand@azag.gov

RE:   Monitoring Methodology – Proposed Agenda for Oct. 19, 2016 Call
      *Parsons v. Ryan*, Civ-12-00601-DKD

Dear Lucy,

Thank you for providing us with responses to our April 15, 2016 letter regarding Defendants' Monitoring Guide.  We reviewed your letters dated October 13 and 14, 2016, the letter sent by Mr. Struck on October 14, and the version of the Monitoring Guide dated October 5 that we were provided the date of the status hearing.  Below is our summary of comments regarding proposed monitoring methodology for medical, pharmacy, and dental stipulation requirements and performance measures, as well as the items we would like to discuss on the October 19 call.  Our responses and comments regarding the stipulation requirements and performance measures related to mental health care will be sent to you separately.

On our October 14, 2016 call, we requested that when providing us updated versions of the Monitoring Guide in the future that Defendants provide it in a "track-changes" format so that we can keep track of any and all changes that have been made since the prior version was sent to us.

## I.   Monitoring Compliance With Paragraph 12, and PMs 60 and 61

As an initial matter on the Oct. 14, 2016 call, we discussed Defendants' recently-filed proposed procedure to report compliance with Paragraphs 12, 14, and 15 of the Stipulation.  (Doc. 1703).  I explained that Defendants' proposal for monitoring compliance with Paragraph 12 is wholly inadequate, and is in contradiction to what was discussed in March and April for performance measures 60-61 which similarly deal with preventative medical care.  The parties went back and forth at length in March and April about the methodology surrounding these performance measures (PM 60 – all female inmates ages 21-65 will be offered Pap smear at initial intake; PM 61 – all female inmates ages 21-65 will be offered a Pap smear 36 months after intake

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

and every 36 months thereafter unless more frequent screening is clinically indicated).  As detailed in our correspondence, Defendants' proposal in the spring with regard to how to monitor compliance with these performance measures did not comply with the plain language of Exhibit D of the Stipulation, and Plaintiffs believe that the act of solely putting up posters in clinic space is inadequate.  See Doc. 1626-1 at 27-28, 47.

While Plaintiffs thought in late March that the parties were at an impasse on the issue, Defendants' April 11, 2016 version of the Monitoring Guide incorporated our suggestion that qualifying prisoners be sent individual communiques notifying them of their entitlement to the screening procedure, and that the monitoring methodology consist of identifying qualifying prisoners and reviewing their medical records.  See Doc. 1626-2 at 91-92.  As a result of this change in the April 11 version of the Guide, and in reliance on this apparent agreement, Plaintiffs did not bring the issue to the Court's attention because we thought the impasse had been resolved.

Defendants' most recent (Oct. 5 and 6) proposals regarding how to monitor the requirements to notify class members of their right to preventative medical screenings go back to your previous position that a poster on the wall somewhere in a clinic is adequate notification for individuals that they qualify for these screening procedures.  When I asked you on the call Friday why this change had occurred, you stated that "it was too hard" to provide individualized notification to class members.

We plan to bring this issue to the Court's attention for resolution.[1]

## II.    Defendants' October 13 and 14 responses to Plaintiffs' April 15, 2016 "Omnibus" Letter

Thank you for providing substantive responses to pages 4-15 of my April 15, 2016 "omnibus" letter. This letter will be limited to Defendants' revised Monitoring Guide, and responses regarding the non-mental health performance measures (PMs 1-72 and 100-103).

Specifically, we want to discuss the following performance measures on the Oct. 19 call:

**PM 13** (Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication)

---

[1]  Additionally, Defendants have provided no timeframe in which it will start to monitor compliance with Paragraphs 12, 14, and 15.  See Doc. 1703 at 3 ("At this point, Defendants are unsure how long it will take to implement the procedures described above.").  More than eighteen months into the life of the Stipulation, it is not sufficient for Defendants to say that they will comply at some point in the indeterminate future.

Ms. Lucy Rand
RE: 10/19/16 Methodology Call – Agenda
October 18, 2016
Page 3

Mr. Struck's response (10/14/16 at pages 2-3) does not address the questions raised in our April 15 letter (Doc. 1626-1 at 78-79), and it states that Plaintiffs' questions are "not relevant" to the performance measure.  We disagree, and we do not think that the Oct. 5 Monitoring Guide (page 25) provides the guidance that Mr. Struck's letter asserts that it provides.

**PM 14** (Any refill for a chronic care or psychotropic medication requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication)

Mr. Struck's response (10/14/16 letter at page 3) does not address the questions raised in our April 15 letter. Furthermore, we have questions regarding the latest version of the monitoring guide's sixth and seventh bullet points ("Medications shall be considered to have refills available…" and "If a medication has a minimum of five days remaining…"). Finally, the bullet point in the April 11 version of the Monitoring Guide referring to Direct Observation Therapy medications does not appear in the October 5 version.

**PM 16** (Perpetual inventory medication logs will be maintained on each yard)

Mr. Struck's letter (10/14/16 at page 3) asserts that the "monitoring guide is being revised to clarify the process the Monitor uses to determine compliance, as well as the method for calculating the score."  Such revisions are not apparent in the October 5, 2016 version of the guide, and we request an update as to how compliance will be measured, pursuant to our request in our April 15 letter (Doc. 1626-1 at 79).

**PM 17** (Medication Administration Record will reflect dose, frequency, start date, and nurse's signature).

In response to our request for clarification, (Doc. 1626-1 at 80), Mr. Struck asserted that this "performance measure does not require review of all medications for the selected patients for the month." (10/14/16 letter at 3). Please explain the basis for this interpretation of the performance measure and its monitoring requirements.

**PM 19** (Perpetual inventory medications will be signed off on the inmate's individual MAR)

Please explain what the second bullet point in the October 5 version of the Monitoring Guide means (at page 33).  Also, does "first ten individual random medications listed" mean 10 randomly selected prisoners?

**PM 21** (Inmates paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor).

Mr. Struck's letter asserts that the Monitoring Guide will be updated to instruct the monitor that if the individual receives some but not all of his or her prescribed medication, that the chart will be marked as noncompliant. (10/14/16 letter at 4). This update is not reflected in the October 5 version of the Guide, please confirm that the update has occurred.

**PM 25** (A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency)

We reiterate our position set out in our April 15, 2016 letter regarding the evaluation of whether a first responder "adequately provides care." Doc. 1626-1 at 81. Mr. Struck's letter states that Defendants want to discuss this issue on the October 19 call. (10/14/16 letter at 4). The revised October 5 version of the Monitoring Guide deletes any reference to starting CPR or maintaining an airway, which was in the April 11 version of the Guide. (Doc. 1626-2 at 45).

**PM 26** (Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance)

Why does the October 5 version of the Monitoring Guide delete any reference to using the grievance logs maintained by security staff, which is in Exhibit D of the Stipulation and was listed as a record source in the April 11 version of the Guide? (Doc. 1626-2 at 46).

**PM 27** (Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06)

Why does the October 5 version of the Guide delete the bullet point that was in the April 11 version, (Doc. 1626-2 at 47) which spelled out what the Monitor needs to look for in the minutes? Do the monitors have ready access to a copy of NCCHC Standard P-A-06?

**PM 28** (Every medical provider will undergo peer reviews annually with reviews and recommended actions documented) and **PM 29** (Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02).

Your October 13 letter stated that the contracted vendor's report for PM 28 does not include agency/locum tenens and PRN providers. (10/13/16 letter at 4). On our October 14 call, you said that it is unclear whether PRN providers are included, and would give us an update after checking with Corizon. Mr. Struck's letter stated that similarly you are checking whether the

Ms. Lucy Rand
RE: 10/19/16 Methodology Call – Agenda
October 18, 2016
Page 5

nursing review report includes agency/locum tenens.  (10/14/16 letter at 4).  When can you provide us with your position?

**PM 35** (All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.)

The October 5 version of the Monitoring Guide adds a new bullet point that states that if the prisoner's medication is available in clinic stock, then the measure will be found to be in compliance.  We disagree with this approach – just because a medication is in stock at the clinic does not mean it was actually provided to the person who transferred in.  The prisoners' medical record should be the source to show if the medication was actually administered.

We also reiterate our point in our April 15 letter that the methodology should make clear that the prisoner must receive the medication with the same frequency as prescribed, so, for example, if a prisoner is on a medication that requires two doses a day, and he only received one dose upon transfer, that file should be marked as noncompliant.

**PM 44** (Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours)

Defendants have taken the position that a provider's inaction, i.e. not ordering any follow up care or implementing the hospital's treatment recommendations, qualifies as "acted upon." Plaintiffs disagree, and believe that a provider's inaction is not a type of action.

**PM 45** (On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine)

The October 5 version of the Monitoring Guide adds multiple bullet points that were not in the prior version of the guide.  We request an explanation of the meaning of the sixth bullet point ("In the event that the subcontracted lab interface reports unsolicited reports…") through the last bullet point on page 60.  (Several of these bullet points appear in the methodology for **PM 46** as well).

**PM 47** (A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request)

The October 5 version of the Monitoring Guide adds multiple bullet points that were not in the prior version of the guide.  We request clarification of the sixth bullet point ("An HNR identified as requesting results, but further review indicates the issue is program inclusion…).

Ms. Lucy Rand
RE: 10/19/16 Methodology Call – Agenda
October 18, 2016
Page 6

We disagree with Defendants' position articulated in the eighth bullet point, that if the patient "submitted multiple HNRs within a short period for the same results and the results were communicated within the time frame for one HNR, the others shall be excluded, if recognized." Our position is that if a prisoner has to file multiple HNRs asking for the results of his diagnostic study, that the seven days runs from the date the first HNR was filed.

**PM 48** (Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen calendar days, and placed in the patient's medical record.)

The language in this version of the Monitoring Guide is different from the previous version.  We want to clarify what the last sentence of the third bullet point means ("A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update…").  We also need an explanation of some of the language in the fourth bullet point, specifically the section that begins with "If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan…")

**PM 50** (Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider) and **PM 51** (Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider)

We want to clarify the meaning of a bullet point that appears in the October version for both performance measures ("When related consults must occur sequentially…")

**PM 53** (Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report)

We ask for an explanation for the new language in the last bullet point, specifically what is "LTBI" and the reference to "conditions with paper treatment plans from a private prison."

**PM 55** (Disease management guidelines will be implemented for chronic diseases)

This performance measure has been substantially rewritten and appears to address many of the concerns we raised in our April 15 letter.  Doc. 1626-1 at 83.  However, we request an explanation of the fourth bullet point ("The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear…"

**PM 66** (In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours)

Ms. Lucy Rand
RE: 10/19/16 Methodology Call – Agenda
October 18, 2016
Page 7

Why does the methodology refer to provider encounters occurring within three days, instead of 72 hours?

**PM 100** (Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs)

The revised methodology in the October version of the report has circular instructions. It states that the monitor will use the routine care list to identify ten randomly selected prisoners, and then confirm whether the prisoner is on the routine care list.

**PM 101** (Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist)

We note that month after month in the CGARs, with regard to this performance measure, the monitor states that "no records found to meet this criteria." (See, e.g. July 2016 Perryville CGAR at ADCM604069, finding 100% compliance despite no records meeting the criteria; July 2016 Florence CGAR at ADCM603970). We also were told by Dr. Chu and dental staff on our tours that dentists do not do written orders, so it is unclear whether the revised methodology will address the fact that dentists do not write their orders.

## III.   Other Comments RE: Defendants' October 5, 2016 Version of the Monitoring Guide

There are no appendices or definitions in the October 5 version of the guide, as opposed to the April 11, 2016 version. Why were these sections removed?

We look forward to speaking with you on October 19.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:     Counsel of Record

# EXHIBIT 7



*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

## PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

**VIA EMAIL ONLY**

October 19, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of Arizona Attorney General
1275 W. Washington
Phoenix AZ 85007
Lucy.Rand@azag.gov

RE:     Monitoring Methodology Oct. 19, 2016 Call
        *Parsons v. Ryan*, Civ-12-00601-DKD

Dear Lucy,

Thank you for a productive phone call this morning regarding the non-mental health performance measures. I appreciate you and ADC staff taking the time to clarify many of the questions I had about the revised monitoring guide. You and Tim stated that you will provide a written update on some of these matters by Friday, October 21. You also stated that the appendices and definitions have been put back in the Monitoring Guide, and that you will make your best effort to provide us with a revised guide in "track-changes" mode so that it's easier to see all the changes that have been made since the October 5 version.

If any of the following do not comport with your notes or recollection, please let me know.

**PM 13** (Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication)

Mr. Winland explained that he receives expired medication reports from PharmCorr, and starts with those covering the 1st to the 15th of the audited month, but then continues on to the report that covers the second half of the month. He confirmed that when monitoring this performance measure, he selects ten medications, not patients, for review.

**PM 14** (Any refill for a chronic care or psychotropic medication requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication)

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Mr. Winland and Ms. Campbell explained that the seventh bullet point, which refers to the pharmacy being unable to refill medication due to "pharmacy regulation or policy" refers to drugs such as narcotics that cannot be refilled without provider review.  You agreed that this bullet point would be modified to say that in these situations, the monitor will not audit this medication and instead will randomly select another medication listed on the pharmacy log.

**PM 16** (Perpetual inventory medication logs will be maintained on each yard)

Mr. Bojanowski indicated that this performance measure is still in the process of being revised.  I suggested that the methodology should include instruction to the monitor as to how to quantify the compliance level.  Defendants will provide us with the revised methodology.

**PM 17** (Medication Administration Record will reflect dose, frequency, start date, and nurse's signature).

Mr. Bojanowski and Mr. Winland confirmed that when looking at a MAR for a patient who is prescribed multiple medications, if any of the prescribed medications do not meet the requirement, then the chart will be marked as noncompliant.  The fifth bullet point should be updated to make this clear.

**PM 19** (Perpetual inventory medications will be signed off on the inmate's individual MAR)

This performance measure ties back to PM 16, and Mr. Bojanowski indicated that it will also be revised.  Defendants will provide us with the revised methodology.

**PM 21** (Inmates paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor).

The changes that Mr. Struck's October 14 letter described will be incorporated in the next version of the Monitoring Guide provided to Plaintiffs.

///
///

**PM 25** (A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency)

We discussed this measure at length.  I reiterated Plaintiffs' position set out in our October 15, 2015 Notice of Noncompliance, and April 15, 2016 letter, regarding the evaluation of whether a first responder "adequately provides care" Doc. 1561-2 at 12-13; Doc. 1626-1 at 81.  It is our position that a custody officer calling 911 to declare an emergency is in and of itself not adequate care.  *Id.*  Our position is that the monitor should do some sort of review of documentation to confirm that basic life support care was provided.  By way of illustration, I gave the scenario of a person bleeding profusely, and first responders failed to take any effort to staunch the bleeding.  Simply calling 911 would not be an adequate response, even if the phone call occurred within 3 minutes of discovery of the problem.

The parties discussed that it might help to define "Basic Life Support" and "emergency" so the monitors know which incidents in the Serious Incidents Reports should be reviewed.  During and after the call, I was unable to find definitions for these terms in the ADC Health Services Technical Manual (HSTM).  If Corizon's policies do not define these terms for health care staff, we previously suggested (Doc. 1561-2 at 12, fn 18) that Defendants consider using or working off of the definitions used by the California Correctional Health Care Services:

**Basic Life Support**: Emergency care performed to sustain life that includes CPR, automated external defibrillation, control of bleeding, treatment of shock, and stabilization of injuries and wounds.

**Medical Emergency**: A medical emergency as determined by medical staff includes any medical, mental health, or dental condition for which evaluation and treatment are necessary to prevent death, severe or permanent disability, or to alleviate disabling pain. A medical emergency exists when there is a sudden marked change in a patient-inmate's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the patient-inmate or others.

As I explained, we are not taking the position that Defendants must adopt these same definitions, we are providing them to you as a courtesy or starting point for drafting your own definitions, for which we will reserve judgment.  <u>Mr. Bojanowski indicated that Defendants will add definitions, which will be provided to us for review.</u>

In reviewing the Health Services Technical Manual, I found multiple references to the Emergency Response Orders, which appear to be protocols for providers and nursing staff when responding to emergencies.  See HSTM at Ch. 5, § 1.5 (ADC010815-16), Appendix E (ADC011071-72).  Are these protocols still in use, or does Corizon have similar ones? If so, then

one potential way to measure compliance with the "adequately provides care" part of the requirement is for the monitor to determine if the health care staff's response complied with these protocols.

We look forward to seeing your revised methodology for this performance measure, and discussing it further.

**PM 26** (Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance)

You indicated that this performance measure will be updated to include the references to the security staff grievance logs in the Source of Records and Methodology sections.

**PM 27** (Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06)

We asked why the October 5 version of the Guide deletes the bullet point that was in the April 11 version, (Doc. 1626-2 at 47) which spelled out what the Monitor needs to look for in the minutes.  Ms. Campbell indicated that she is the only monitor for this performance measure for all ten institutions, and she has a copy of the NCCHC standard with her as part of her reference materials.  If other monitors were to review it, they would likewise have copies of the NCCHC standards for reference.

**PM 28** (Every medical provider will undergo peer reviews annually with reviews and recommended actions documented) and **PM 29** (Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02).

Defendants indicated that the reports listing all providers or nurses who are due for a review will include everyone who has worked at the prison for a year, regardless of whether they are Corizon employees, PRNs, or agency/locum tenens staff.  The revised monitoring guide will be clarified.

**PM 35** (All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.)

Ms. Lucy Rand
RE: 10/19/16 Methodology Call
October 19, 2016
Page 5

We stated that methodology should make clear that the prisoner must receive the medication with the same frequency as prescribed, and if a prisoner is on a medication that requires two doses a day, and he only received one dose upon transfer, that file should be marked as noncompliant.  You indicated that this clarification would be added to the methodology.

**PM 44** (Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours)

The parties are at an impasse on this issue.  Plaintiffs' position is that this performance measure has two parts: (1) the provider reviews the treatment recommendation, and (2) the provider acts upon the recommendation.  Our position is that if a provider does not act upon the recommendations, then there should be some sort of documentation as to the reason(s) why he or she is not acting upon the hospital's recommendations, because otherwise there is no way to know if the provider ignored/failed to act, or if s/he exercised their own medical judgment to provide some other sort of care.  Defendants have taken the position that a provider's inaction, i.e. not ordering any follow up care nor implementing the hospital's treatment recommendations, qualifies as "acted upon" and the provider does not have to document why the recommendations were not acted upon.  Plaintiffs disagree, and believe that a provider's inaction is not a type of action.

**PM 45** (On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine)

Defendants agreed that the last bullet point will be modified to make clear that the monitor should not audit lab orders that are not routine or STAT, but for some period in the future, for example if the order stated "Please test blood in six months."

Defendants explained that the next to last bullet point on PM 45 (PM 46 has an identical one), when referring to "a facility that is not subject to the stipulation agreement," was meant to refer to a prisoner who is transferred to a private facility or a jail while the order was still pending and within the time frames.  This bullet point will be clarified.

**PM 47** (A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request)

Ms. Lucy Rand
RE: 10/19/16 Methodology Call
October 19, 2016
Page 6

You agreed that the last bullet point, which referred to a scenario where the prisoner had to file multiple HNRs requesting study results, will be deleted.


**PM 50** (Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider) and **PM 51** (Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider)

Mr. Bojanowski indicated that the next to last bullet point on both measures ("When related consults must occur sequentially…") will be deleted from the next version of the Guide.


**PM 66** (In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours)

The Methodology section refers to encounters occurring every three days, instead of 72 hours.  You agreed that "72 hours" will be put back in the next version of the guide.


***Dental Performance Measures***

Mr. Bojanowski indicated that Defendants will need to speak with Dr. Chu about these measures, and we may need to discuss them further with her or with her input.

**PM 100** (Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs)

The revised methodology in the October version of the report has circular instructions. It states that the monitor will use the routine care list to identify ten randomly selected prisoners, and then tells the monitor confirm whether the prisoner is on the routine care list.  You agreed with my comment that the starting point for this evaluation should be to look at the urgent care list of who received urgent care/pain appointments in the audited month, randomly select ten prisoners, and then check the routine list. Mr. Bojanowski indicated that Dr. Chu may already be doing that, and you will provide an update, and likely clarify or revise the measure to make it clear.

**PM 101** (Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist)

We noted that month after month in the CGARs, with regard to this performance measure, the monitor states that "no records found to meet this criteria." (See, e.g. July 2016 Perryville CGAR at ADCM604069, finding 100% compliance despite no records meeting the criteria; July 2016 Florence CGAR at ADCM603970). We also were told by Dr. Chu and dental staff on our tours that dentists do not do written orders, that this is a standing order. We are concerned that the revised methodology does not address the fact that dentists do not write their orders, and therefore the monitor will never have applicable files. We suggest that since this is a standing order pursuant to policy, that the monitor simply select ten files and see if the dental assistant did these things.

Thank you for a productive call. We look forward to seeing the revised and updated versions of some of the methodologies.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:    Counsel of Record

# EXHIBIT 8

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW**

**NOT ADMITTED IN DC;*
*PRACTICE LIMITED TO*
*FEDERAL COURTS*

October 27, 2016

**BY ELECTRONIC MAIL ONLY**

Lucy Rand                                   Dan Struck
Office of the Arizona Attorney General      Struck, Wieneke & Love, PLC
1275 West Washington Street                 3100 West Ray Road
Phoenix, AZ 85007-2926                      Chandler, AZ 85226
Lucy.Rand@azag.gov                          dstruck@swlfirm.com

  *Re:    Parsons v. Ryan*

Dear Counsel:

We write to address various issues of monitoring methodology.

**Compliance with the Court's orders**

Defendants are not yet in compliance with the Court's written and oral orders
on monitoring methodology.  *See* Doc. 1673; Transcript of October 5, 2016
status hearing, at 10 ("The stipulation I don't think allows for a cell-front
encounter for the situation of the inmate who is on suicide watch").
Defendants' 10/21/16 Monitor Guide continues to direct the monitor to count
group contacts (PM 80, 82, 86) and suicide watch checks (PM 78, 80, 82, 86,
87, 89, 91, 92, 94, 98) as satisfying the requirement that the patient be "seen,"
contrary to the Court's orders.  Moreover, the Guide continues to instruct the
monitor to count a file as compliant with the requirement that something occur
"every X days" as long as it has occurred a single time.  **Please let us know
when Defendants intend to comply with the Court's orders regarding
monitoring methodology, and which month's CGARs will be the first to
reflect that compliance.  Please also explain how the changes in
monitoring methodology required by the Court's orders are being
communicated to the monitors.**

**Specific performance measures**

Thank you for your two letters of October 14 (one from Dan Struck and one
from Lucy Rand) in response to ours of April 15.  We have reviewed these
letters in light of the 10/21/16 version of the Monitor Guide, although we have

not yet been provided the four appendices that are listed in the Guide's Table of Contents.

The discussion below is necessarily based on the current version of the Guide. To the extent that the Guide changes, we may have additional comments regarding its compliance or noncompliance with the requirements of the Stipulation.

**PM 76** (If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC).

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

The 10/21/16 Manual continues to instruct the monitor to "determine if the inmate had an additional contact by a mental health clinician within fourteen (14) days of their [sic] arrival."  Our April 15 letter asked that you confirm "that group and cell-front contacts are not counted."  Lucy's October 14 letter states only that "Monitors count cell-front contacts as 'seen' when an inmate refuses to come out of his/her cell for a contact."  Please confirm that cell-front contacts are not otherwise counted, and that group contacts are not counted.

**PM 77** (*Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners*).

The Stipulation Protocol requires that "An AIMS report will be run for all MH-3 and above prisoners at each Complex.  10 records will be reviewed per yard[.]"  However, the 10/21/16 Manual instructs the monitor to "[r]eview all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #86, #87, #89, and #92."  This is not the random sample of all MH-3 and above prisoners for which Plaintiffs bargained.  As we said in our April 15 letter, the Methodology section of this performance measure must be changed to reflect the language of the Stipulation.

**PM 78** (*All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician*).

The sampling defect described under PM 77 also applies to this measure.  In addition, the Stipulation Protocol requires that "[e]ach record that is reviewed for treatment plan compliance will also be reviewed for a face-to-face SOAPE note dated the same date."  By contrast, the 10/21/16 Guide provides that "[a]ll records reviewed for HC PM #77 will be reviewed *if the treatment plan was*

2

*updated during the monitored month.*"  The italicized limitation is inconsistent with the Stipulation and must be deleted.

Finally, as we said in our April 15 letter, the Methodology section should specify that the face-to-face encounter must be with a mental health clinician or mental health provider.  This can be accomplished by modifying the first bullet point as follows:

> All records reviewed for HC PM #77~~, in which the treatment plan was updated in the monitored month,~~ will also be reviewed for a face-to-face SOAPE note **by a mental health provider or a mental health clinician** dated the same date ~~if~~ it was updated.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

**PM 80** (*MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician*).

The Methodology section for this performance measure states that a "group note" can satisfy the requirement that the patient be "seen;" this is inconsistent with the Court's order.  Doc. 1673 at 4-5.  **This comment applies to all measures for which the Manual incorrectly states that a group contact satisfies the requirement that the patient be "seen." (*see, e.g.,* PM 82, 86).**

Similarly, the Guide provides that suicide watch constitutes the patient being "seen," without specifying that such a contact can be counted only during a lockdown, or if the patient refuses to exit her cell.  **This comment similarly applies to all measures for which the Manual incorrectly states, without qualification, that "suicide watch" satisfies the requirement that the patient be "seen." (*see, e.g.,* PM 78, 82, 86, 87, 89, 91, 92, 94, 98).**

**PM 82** (*MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician*).

Our April 15 letter said the following:

> In the third bullet of the Methodology, "If the preceding contact was more than ninety days" should read "occurred more than ninety days before" or "occurred more than ninety days previously."

This has not been addressed in the 10/21/16 Manual.

**PM 83** (*MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic*

3

*disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days*).

In the eighth Methodology bullet in the 10/21/16 Manual, "first psychiatry contact" should presumably be "most recent psychiatry contact."  In addition, the Methodology does not account for the fact that there are often multiple psychiatric diagnoses; the monitor should be instructed that if any of the patient's diagnoses constitutes a psychotic disorder, bipolar disorder, or major depression, then the 90-day time limit applies.

**PM 85** (*MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications*).

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Unfortunately, Defendants' methodology continues to impermissibly exclude large numbers of records in violation of the Court's order, resulting in far fewer than the 10 records per yard required by the Stipulation being considered.  *See* Doc. 1673 at 5 ("Nor is there any dispute that in March 2016 at Perryville, only 7 of the 68 records drawn for a sample were reviewed for compliance and yielded a compliance score of 100%").  As pointed out in our April 15 letter, "[s]uch a methodology would misleadingly inflate the compliance rate by failing to count as noncompliant (for example) a prisoner who had discontinued medications 90 days ago and was seen by a provider 45 days thereafter."  The plain language of the Stipulation requires that 10 MH-3D records (if available) be drawn at each yard, and that *all* of those records be evaluated to determine whether the patient was seen by a provider with 30 days of discontinuing medication.  As the Court put it:

> The plain language of the Stipulation requires the review of ten records--if they are available--each month from each yard to ascertain the level of compliance with PM 85. If Defendants want to modify this requirement to involve fewer records, then they must do so with "a writing signed by all representatives of all parties at the time of modification." (Doc. 1185 at ¶ 40).

Doc. 1673 at 5-6.  If Defendants want to limit the sample to prisoners who were "due a contact in the audited month," then they must draw and review ten such records from each yard.

**PM 91** (*MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily*).

Although Dan's October 14 letter says that "[t]he monitoring guide is being revised to state that the Monitor will review the records reviewed for

4

performance measure #89 and review those inmates who were placed on a continuous watch during the audit month," the 10/21/16 Guide does not reflect this change.  In addition, the third Methodology bullet point instructs the monitor to "determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch."  Consistent with the language of the performance measure, the phrase "on a continuous watch" should be deleted.

**PM 93** (*Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody*).

Our April 15 letter stated that "[t]he Methodology should explicitly state that the contact may not be made by an LPN, and that failure to make the required number of contacts results in a finding of noncompliance for that record." These changes have not been made in the 10/21/16 Guide.

**PM 95** (*Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch*).

Although Lucy's October 14 letter states that "the methodology has been updated to state that follow-up contacts must be made by a mental health provider, mental health clinician, or psychiatric registered nurse," these changes have not been made in the 10/21/16 Guide.

**PM 96** (*A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above*).

Although Lucy's October 14 letter states that "[t]he Methodology has been updated to explicitly state that if there is no release plan, or if the release plan is dated less than 30 days before the prisoner's release date, the record is noncompliant," these changes have not been made in the 10/21/16 Guide.

In addition, to be consistent with the protocol for this performance measure, the Methodology should explicitly state that 10 records per yard ***of prisoners releasing in the next 30 days*** will be reviewed.

The final Methodology bullet states:  "If the inmate was incarcerated for less than thirty (30) days, or was on the mental health caseload for less than thirty (30) days, then 'N/A' will be recorded and it will be coded with a 0."  We

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

5

assume that in both cases, the intended meaning is "less than 30 days as measured from the prisoner's anticipated release date;" if so, the language should be clarified to make that explicit.  If not, then this exclusion has no basis in the language of the Stipulation and must be removed.

**PM 97** (*A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider*).

Dan's October 14 letter states that "[t]he Monitor ascertains the existence of required documents that are not in eOMIS by reviewing the paper file prior to the telepsychiatry visit."  It continues, "[t]he monitoring guide is being revised to explicitly state this," but this change has not been made in the 10/21/16 Guide.

**PM 98** (*Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0*).

Our April 15 letter pointed out that "The CGAR question is inaccurate, since it refers to 'the current Mental Health Technical Manual,' while the Stipulation requires reference to 'the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0."  This deficiency is still present in the 10/21/16 Guide.

In addition, the Methodology is inconsistent in several respects with the requirements of the MHTM.  *See* ADC 267409.  The following modifications need to be made:

> Second bullet:  insert "by nursing staff" after "seen."  Change "after the triage was completed" to "upon receipt of the HNR."

> Third bullet:  insert "by nursing staff" after "seen."

> Fourth bullet:  insert "by either nursing or mental health staff" after "seen."  Change "the triage was completed" to "receipt of the HNR."

> Fifth bullet:  insert "by appropriate mental health staff" after "responded to."

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Delete sixth through eighth bullets and substitute: "Inmates with routine medication issues will be referred to a P/PNP, and seen within fourteen (14) days."

Ninth bullet:  because for some HNRs the time limit runs from receipt of the HNR, the date and time of receipt must be recorded, as well as the date of triage or referral.  In addition, this bullet states that "[t]he department (Psychology or Psychiatry) will be recorded."  Please explain what this means, and how it is determined which department is recorded when the HNR is responded to by nursing staff.

**PM 99** (*Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0*).

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Our April 15 letter pointed that "The CGAR question is inaccurate, since it refers to 'the current Mental Health Technical Manual,' while the Stipulation requires reference to 'the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 1, Section 3.0."  This deficiency is still present in the 10/21/16 Guide.  In addition, Lucy's October 14 letter states "[w]e are still clarifying whether the peer review list contains agency/locum tenens;" please confirm that all psychiatrists, psychiatric nurse practitioners, and psychologists providing services to class members, regardless of their employer, are included in the monitoring of this performance measure.

There is one additional performance measure that was not discussed in our April 15 letter, but which requires discussion in light of the Court's subsequent rulings.  In **PM 94** (*All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse*), the second Methodology bullet erroneously states that a "segregation visit" can satisfy the requirement that patient be "seen."  This can be corrected by changing this term to "segregation visit (refusal or lockdown)."  In addition, the Methodology should explicitly state that if there is a day on which the patient is not seen, or is not seen by the appropriate level of staff, the file is noncompliant.

**Monitoring requirements of Stipulation paragraphs 12, 14, and 15**

We have reviewed Defendants' proposal for monitoring the requirements set forth in Paragraphs 12, 14, and 15 of the Stipulation (Doc. 1703).  In Corene Kendrick's letter of October 18, we have addressed the deficiencies in Defendants' plan for Paragraph 12.  Defendants' proposal for Paragraph 15 is also deficient to the extent that it purports to limit the application of that Paragraph to patients "who reported heat intolerance" (Doc. 1703 at 3).

Paragraph 15 applies whenever "a prisoner who is taking psychotropic medication suffers a heat intolerance reaction."  The interaction between heat and psychotropic medications can result in impaired cognitive functioning, so that many patients do not realize they are suffering from heat-related illness.  *See* Doc. 1104-2 at 47-48 (declaration of Pablo Stewart, M.D.).  Others may know they are feeling ill but not be aware the cause.  *Id.*  For these reasons, it is not sufficient (and not consistent with the language of the Stipulation) to limit the scope of this requirement to patients who affirmatively report a heat intolerance reaction.

An additional problem is the statement that "Defendants are unsure how long it will take to implement the procedures described above."  Doc. 1703 at 4.  It is unclear whether this statement applies only to the requirements of Paragraph 15 or to all three Stipulation requirements, but in either case, more than eighteen months into the life of the Stipulation, it is not sufficient for Defendants to say that they will comply at some point in the indeterminate future.  As stated in our October 18 letter, we plan to raise these issues with the Court.

<div align="center">* * *</div>

We look forward to speaking with you at 10:00 a.m. Arizona time on November 8.  Please provide a written response to this letter in advance of that call.

Very truly yours,

David C. Fathi

cc:      All counsel

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

<div align="center">8</div>

# EXHIBIT 9



## STRUCK WIENEKE & LOVE

3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | 480.420.1600 | swlfirm.com

November 5, 2016

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Amy L. Nguyen
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Mark A. Bracken
Associate

Erica L. Gadberry
Associate

***VIA EMAIL ONLY***
David C. Fathi
American Civil Liberties Union
National Prison Project
915 15th St, NW
Washington, DC  20005

      **Re:**    **Monitoring Methodology – Mental Health Measures**
           ***Parsons v. Ryan***, **2:12-cv-00601-DKD**

Dear David:

     This letter responds to your October 27, 2016 letter regarding monitoring methodology for the mental health performance measures (PMs).

     Unfortunately, due to having multiple versions of the monitoring guide being revised, some changes that had been made were missed in the October 21, 2016 version. The revised version of PMs 73-99 will be sent to you in a separate email.

## PM 76

     The monitoring guide has been revised to state that cell front contacts are counted only for segregation visits when a refusal or lockdown is noted. Suicide watch contacts if done cell front are only counted when a refusal or lockdown is noted. At this time, group contacts are still included in the methodology pending the Court's issuance of a final Order with respect to this issue.

## PM 77

     The language in the monitoring guide has not been changed. Using the inmates randomly selected for HC PMs #73, 80, 82, 84, 85, 86, 87, 89, and 92 for this measure results in a far larger and more comprehensive sample of inmates being reviewed for compliance than if Defendants reviewed only 10 inmates per complex as desired by Plaintiffs. Moreover, these inmates are all randomly selected, foreclosing any concern that they are not representative of the population as a whole.

David C. Fathi
November 5, 2016
Page 2

## PM 78

The language in the monitoring guide with respect to sample selection has not been changed for this measure. If Defendants selected a sample of only 10 inmates per complex as desired by Plaintiffs, the actual charts available for review as applicable to this measure would be far less than 10. Defendants' approach results in a far larger and more comprehensive sample of inmates being reviewed for compliance. The limitation of reviewing records only "if the treatment plan was updated during the monitored month" is consistent with the Court's ruling that restricting monitoring to include only events occurring within the monitored month is appropriate. The monitoring guide has been changed to specify that the face-to-face encounter must be with a mental health clinician or mental health provider.

## PM 80

The monitoring guide has been revised to state that cell front contacts are counted only for segregation visits when a refusal or lockdown is noted. Suicide watch contacts if done cell front are only counted when a refusal or lockdown is noted. At this time, group contacts are still included in the methodology pending the Court's issuance of a final Order with respect to this issue.

## PM 82

The monitoring guide has been revised to address your concern.

## PM 83

In the eighth bullet, the use of the phrase "first psychiatry contact" rather than "most recent psychiatry contact" was intentional, but for enhanced clarity, the guide has been revised to state "the most recent psychiatry contact prior to the monitored month." This allows the monitor to review for compliance with what should have occurred in the monitored month. The monitoring guide has been revised with respect to multiple diagnoses.

## PM 85

Plaintiff's concern with respect to sample size has been addressed. As of October 1, 2016, the monitor uses a MH-3D log that shows all inmates whose medications have been discontinued, and a sample of 10 inmates per yard who were due a contact in the monitored month is selected. For October 2016, this methodology resulted in review of the following:

Eyman: 20 charts
Florence: 30 charts
Lewis: 37 charts
Perryville: 31 charts

David C. Fathi
November 5, 2016
Page 3

      Tucson: 30 charts
      Yuma: 27 charts

**<u>PM 91</u>**

     Defendants had previously monitored all inmates on a continuous watch for the monitored month, resulting in sample sizes of approximately 9-12 inmates. Using Plaintiff's desired methodology of reviewing the applicable charts from the random selection of inmates for PM 89 resulted in a sample size of 3. Defendants suggest that this is not in the best interest of either party to review so few inmates (such as your concern that you noted for PM 85). Defendants propose a mutual agreement to modify the way that this measure is monitored to revert back to the previous monitoring method.

     There is no objective definition of "actively psychotic" or "actively suicidal" provided in the Stipulation. Defendants monitor inmates on continuous watch to determine compliance with this measure, because an inmate who is "actively psychotic" or "actively suicidal" would likely be placed on continued watch. If Plaintiffs propose an objective standard for the monitor to use in determining whether an inmate is "actively psychotic" or "actively suicidal," Defendants will consider revising this language.

**<u>PM 93</u>**

     The monitoring guide has been revised to state that the contact may not be made by an LPN. Please see the revised monitoring guide for the counting rule that will be used to determine the compliance rates for this measure.

**<u>PM 95</u>**

     The proposed change has been made to the revised monitoring guide.

**<u>PM 96</u>**

     The monitoring guide has been revised to reflect Plaintiffs' requested changes.

**<u>PM 97</u>**

     The monitoring guide has been revised to reflect Plaintiffs' requested change.

**<u>PM 98</u>**

     The monitoring guide has been revised to include the requested version of the Mental Health Technical Manual. The second and third bullets have been changed

David C. Fathi
November 5, 2016
Page 4

to insert "by nursing staff or mental health staff" after "seen." Mental health staff have been added, as they would be more clinically appropriate if they are onsite and available. The second bullet has been changed to state "upon receipt of the HNR." The requested changes to the third, fourth, fifth, and nine bullets were made. The requested change with respect to the sixth and eight bullets was not made, because there are many instances in which a referral is not clinically appropriate or necessary.

**PM 99**

The monitoring guide has been revised to include the requested version of the Mental Health Technical Manual. It is our understanding that the peer review list includes locums and PRNs. Should you find someone who is not included on the list, please let us know.

**PM 94**

The monitoring guide has been revised to state that cell front contacts are counted only for segregation visits when a refusal or lockdown is noted. Please see the revised monitoring guide for the counting rule that will be used to determine the compliance rates for this measure.

Sincerely,

Anne M. Orcutt

AMO/eap

cc:    Counsel of record

# EXHIBIT 10



STRUCK WIENEKE & LOVE

3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | 480.420.1600 | swlfirm.com

November 6, 2016

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Amy L. Nguyen
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Mark A. Bracken
Associate

Erica L. Gadberry
Associate

***VIA EMAIL ONLY***
Corene Kendrick
Staff Attorney
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

      Re:   Monitoring Methodology – October 19, 2016 Call
            *Parsons v. Ryan*, 2:12-cv-00601-DKD

Dear Corene:

This letter is in response to your October 19, 2016 letter regarding the non-mental health performance measures (PMs) in the monitoring guide.  We will send you the revised draft version of the monitoring guide with respect to PMs 1-75 in a separate email.

**PM 13**

We believe that your letter accurately summarizes our conversation during the October 19, 2016 call with respect to this measure.

**PM 14**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

**PM 16**

Please see the revised draft monitoring guide for the revised methodology with respect to this measure.

**PM 17**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

Corene Kendrick
November 6, 2016
Page 2

## PM 19

Please see the revised draft monitoring guide for the revised methodology with respect to this measure.

## PM 21

Please see the revised draft monitoring guide for the revised methodology with respect to this measure.

## PM 25

Please see the revised draft monitoring guide for the revised methodology and definitions with respect to this measure.

## PM 26

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

## PM 27

We believe that your letter accurately summarizes our conversation during the October 19, 2016 call with respect to this measure.

## PM 28

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

## PM 35

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

## PM 44

We agree that the parties may be at an impasse with respect to this measure as to what documentation is required from a provider who makes a clinical decision not to act upon a hospital's treatment recommendations.

## PM 45

Plaintiffs' requested changes have been incorporated into the revised draft monitoring guide.

Corene Kendrick
November 6, 2016
Page 3

**PM 47**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

**PM 50**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

**PM 51**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

**PM 66**

Plaintiffs' requested change has been incorporated into the revised draft monitoring guide.

**PM 100**

Plaintiffs' requested change with respect to this measure requires further review and clarification from Dr. Chu.

**PM 101**

Plaintiffs' requested change with respect to this measure requires further review and clarification from Dr. Chu.

We believe that this letter and our revisions to the draft monitoring guide address your questions and concerns with respect to the non-mental health PMs. We look forward to continued productive discussions on these measures.

Sincerely,

Anne M. Orcutt

AMO/eap

cc:     Counsel of record

# EXHIBIT 11

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 9, 2016

**BY ELECTRONIC MAIL ONLY**

Timothy J. Bojanowski
Struck, Wieneke & Love, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@swlfirm.com

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

      *Re:*    *Parsons v. Ryan*

Dear Counsel:

We write to summarize our telephone call of November 8, 2016, regarding monitoring methodology.

**<u>General</u>**

We established that the parties agree that the only time a cellfront contact will be counted as satisfying the Stipulation's requirement that a patient be "seen" is when (1) the patient refuses to leave her cell for the encounter, or (2) there is a hard lockdown. *See* Doc. 1745. You agreed to add language to the Monitor Guide to this effect.

**PM 13** (Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.)

      The methodology as written in the 11/6/16 revision is satisfactory.

**PM 14** (Any refill for a chronic care or psychotropic medication requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.)

      Defendants will delete the phrase "…that information may be communicated to the Monitor who shall retain discretion regarding compliance" from the seventh bullet point in the Methodology section.

**PM 16** (Perpetual inventory medication logs will be maintained on each yard.)

      Plaintiffs disagree with Defendants' unilateral decision to change the methodology for this measure to break each record down into six components

and to give themselves a pro-rated compliance level, whereas the methodology of monitoring to date has been that if any of the six elements were not present, then the record would be marked as noncompliant. Furthermore, this approach is incompatible with the methodology (as written as of 11/6/16 version) for PM 17.

<u>The parties are at an impasse regarding the change in methodological approach</u>.

**PM 17** (Medication Administration Record will reflect dose, frequency, start date, and nurse's signature.)

The methodology as written in the 11/6/16 revision is satisfactory.

**PM 19** (Perpetual inventory medications will be signed off on the inmate's individual MAR.)

The methodology as written in the 11/6/16 revision is satisfactory.

**PM 21** (Inmates paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor.)

The revised methodology does not specify that if a prisoner selected from the Release List was not prescribed any medication, that his/her record shall not be reviewed, and another released prisoner's record shall be selected. Defendants agreed to add a sentence to the end of the second bullet point of the Methodology section to make this clear.

**PM 25** (A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency.)

Defendants agreed to add "basic life support" to the Definitions appendix to refer to emergencies in which the use of an AED or performance of CPR is necessary.

**PM 26** (Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance.)

Defendants updated the guide to include the references to the security staff grievance logs. However, Defendants added a second bullet point regarding the monitored month looking at grievances from two months earlier. The parties discussed this at length, and Plaintiffs' position is that if Defendants are reviewing the universe of grievances that needed a response in

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

2

that monitored month, then Defendants only need to go back fifteen business days prior to the start of the month.  Otherwise, going back two months from the monitored month, and then not providing the CGAR until 45 days after the end of the monitored month, means that information will be out-of-date, and not capturing the grievances that actually were due in the monitored month.

You stated that you would review this measure more, and consider our suggested approach, and get back to us.

**PM 27** (Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P A 06.)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Since we last met, Defendants unilaterally changed the Monitoring Guide to add three new bullet points to the Methodology section.  The fourth bullet point states that since NCCHC P-A-06 only requires "[u]pdates for process and outcome studies and attendance of interdisciplinary team members" to be shown quarterly, those would be compliant.  Plaintiffs' position is that while NCCHC P-A-06 only requires quarterly meetings, the parties specifically bargained in the Stipulation that the Performance Measure would be more stringent, and that CQI meetings that meet the requirements of P-A-06 must be done monthly.  Mr. Pratt and counsel stated that Defendants now interpret this Performance Measure to require that only the meetings be done monthly, but that only one meeting per quarter would need to comply with the requirements of the NCCHC standard and show documentation of attendance of interdisciplinary team members and updates on process and outcome studies, and the institution would be marked compliant.

The parties are at an impasse regarding the change in methodological approach and Defendants' new interpretation of what the Performance Measure requires.

**PM 28** (Every medical provider will undergo peer reviews annually with reviews and recommended actions documented) and **PM 29** (Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P C 02.)

The methodology as written in the 11/6/16 revision is satisfactory.

**PM 35** (All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.)

Since we last met, Defendants unilaterally added a new sentence to the next-to-last bullet point: "Documentation is reviewed only for the date of transfer." Plaintiffs' position is that the plain language of the performance measure is not limited to the date of the transfer, and that if a prisoner is on a medication that should be taken every other day, or weekly, and that medication does not transfer with him and he does not receive the required dose the next time the medication is due, subsequent to the transfer, then the record should be marked as noncompliant.

The parties are at an impasse regarding the change in methodological approach and Defendants' new interpretation of what the Performance Measure requires.

**PM 44** (Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.)

You agree that the parties are at an impasse on this issue, for reasons articulated in past correspondence.

**PM 45** (On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.)

Defendants will delete the reference in the next to last bullet point in PM 45 and 46 to "including a private facility or jail" and that the parties agree that any prisoner transferred to a non-ASPC institution will be excluded from review.

**PM 47** (A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.)

The methodology as written in the 11/6/16 revision is satisfactory.

**PM 50** (Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider) and **PM 51** (Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.)

Plaintiffs object to the bullet point in both Methodology sections that reads "A consult that must be scheduled beyond routine time frames due to

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

4

lack of consultant's availability shall be excluded from the review."  A person on the call (Ms. Campbell?) indicated that the intent was to include the scenario where a provider is specifically requesting a specialty appointment to occur in a time period outside the requirements, for example, a provider requesting a six-month follow up with a specialist.  This is analogous to the situation in PM 45 when a provider specifically orders a lab test to be done far into the future.  Defendants stated that they would change this bullet point on PM 50 and 51 to mirror the language on PM 45.

**PM 66** (In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours); **PM 67** (In an IPC, Registered nurses will conduct and document an assessment at least once every shift.  Graveyard shift assessments can be welfare checks); and **PM 69** (In an IPC, nursing care plans will be reviewed weekly documented with a date and signature.)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Since we last met, Defendants unilaterally changed their methodology for PMs 66, 67, and 69, which deal with the frequency of provider and nursing encounters for prisoners housed in the infirmary.  Rather than marking a medical record as noncompliant if any of these encounters did not occur with the timeliness required by the Measure, Defendants now propose to measure compliance by calculating the number of encounters that should have occurred, and calculating what percent of those encounters happened.

The parties are at an impasse regarding the change in methodological approach.

**PM 77** (Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners.)

We expressed our position that your sampling methodology is inconsistent with the requirements of the Stipulation, which requires that "An AIMS report will be run for all MH-3 and above prisoners at each Complex." We believe that your methodology (1) over-selects for MH-4 and MH-5 patients, who receive more attention from mental health staff, thereby inflating compliance scores; and (2) excludes MH-3E patients, unless they are either juveniles or in max custody.  You agreed to submit proposed language to include MH-3E patients.

**PM 78** (All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician.)

5

Our position is that the plain language of the Stipulation requires that "[e]ach record that is reviewed for treatment plan compliance will also be reviewed for a face-to-face SOAPE note dated the same date." You believe you are obligated to count only records in which the treatment plan was updated in the audit month.

<u>The parties are at an impasse.</u>

**PM 83** (MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider. MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days.)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

In the penultimate bullet in the Methodology for this PM,[1] we suggested changing "all diagnoses from that contact" to "all diagnoses from that document." You counter-proposed "all diagnoses from that specific date;" we agreed to consider your proposal.

**PM 85** (MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medication.)

We agreed to the proposal set forth in Anne Orcutt's November 5 letter: "the monitor uses a MH-3D log that shows all inmates whose medications have been discontinued, and a sample of 10 inmates per yard who were due a contact in the monitored month is selected." We clarified that "due a contact in the monitored month" includes those patients who should have received a contact in a previous month, but have not yet received that contact. You agreed to add this language to the Monitor Guide for PM 85.

**PM 91** (MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily.)

You limit monitoring to prisoners who are on continuous watch, which (1) adds a limitation not found in the Stipulation, and (2) makes PM 91 essentially duplicative of PM 94.

We do not understand your objection that there is "no objective way" to determine whether a patient is actively psychotic or actively suicidal. Obviously any clinical determination involves an element of subjective

---

[1] This and all other references to the Monitor Guide for PM 73-99 are to the version dated 11/5/16.

6

judgment.  Given that there are only a small number of MH-5 patients, all of them housed at a single institution, it would be a simple matter to review the files of those MH-5 patients whom a clinician evaluated as being actively psychotic or actively suicidal in the audit month for compliance with this PM. <u>Please state whether you will agree to this.</u>

**PM 98** (Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technician Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.)

You agreed to change "nursing or mental health staff" to "nursing staff, a provider, or a clinician" in the second and third bullets.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

We pointed out that in the fourth bullet, "the triage was completed" has not been changed to "receipt of the HNR," despite Anne's statement in her letter that this change would be made.  You agreed to determine whether this was an oversight.

In the penultimate bullet, we pointed out that "date" should be changed to "date and time," since without noting the time, it cannot be determined whether the patient was seen immediately or within 24 hours, as required by this PM.  You agreed to consider this and respond.

We expressed our concern that the requirement of the Mental Health Technical Manual that "inmates with routine medication issues will be referred to a P/PNP, and seen within fourteen (14) days" does not appear in the Monitor Guide.  You agreed to propose language to address this.

In response to our query, you stated that the seventh bullet ("To determine the nature of the HNR …") applies only to HNRs raising routine issues, not those raising emergency or urgent issues, and agreed to propose language to make that clear.

**PM 89** (MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven days); **PM 91** (MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily); **PM 93** (Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody); **PM 94** (All prisoners on a suicide or mental health watch shall be seen daily be a licensed mental health clinician or, on weekends or holidays, but a registered nurse); and **PM 95** (Only licensed mental health staff may remove a prisoner from a suicide or mental health watch.  Any prisoner discontinued from a suicide or mental health watch shall

7

be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.)

We informed you that we do not agree to your unilateral changes to the monitoring methodology for these PMs, nor to your similar changes to the methodology for various medical and isolation performance measures.  We will raise this issue with Judge Duncan.

We also discussed the importance of clinicians and other mental health staff maintaining clear records of patient encounters, so that it is clear from eOMIS (1) where the encounter took place (cellfront or in a confidential, out-of-cell setting), and (2) if it took place at cellfront, which of the two preconditions for a cellfront encounter applied.  We noted that our November 7 filing contains several examples of encounters that listed the setting as "clinic," but actually took place at cellfront based on the clinician's notes.  You stated that you are taking measures to address these concerns.

**Dental Performance Measures**

Mr. Bojanowski indicated that Defendants and counsel still have not spoken with Dr. Chu about the dental performance measures, **PM 100** and **101**.  Counsel could provide no update on when this meeting will occur or if Defendants will be able to provide a response prior to the November 15 filing date.  See the 10/19/16 letter from Corene Kendrick to Lucy Rand for a summary of Plaintiffs' concerns.

We look forward to receiving your proposed language and other outstanding responses on the PMs discussed above by close of business on Friday, November 11.

Very truly yours,

David C. Fathi

cc:      All counsel

8

# EXHIBIT 12



## ARIZONA DEPARTMENT OF CORRECTIONS

### Health Services Contract Monitoring Bureau

# MONITOR GUIDE

# Duties & Responsibilities

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

October 5, 2016
Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction........................................................................................1

    The CGAR Auditing Tool .............................................................. 2

    History ...................................................................................... 3

Monitor Responsibilities....................................................................5

The Audit Cycle .................................................................................7

Performance Measures.......................................................................9

Methodology......................................................................................9

Source of Records ..............................................................................9

    **Random Selection** ................................................................... 9

Addressing Deficiencies...................................................................10

Unavailable Inmates ........................................................................10

Ethics for Excellence .......................................................................11

Glossary...........................................................................................12

Performance Measure Monitoring Methodology .......................................12

Revised: 10/05/16

M O N I T O R   G U I D E

## Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC):  Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.



## The CGAR Auditing Tool

The "GAR" system of auditing has been utilized by the ADC's security personnel for a number of years with beneficial audit outcomes noted. The initials G, A, and R indicate the general level of compliance with a specific performance measure. Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are noncompliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are noncompliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format. It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor. Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine an audit score.

The audit is a cyclical process repeated every month. Each monthly audit looks at a specific month to determine if the specific performance factors are in compliance during that reporting period. Each audit measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

Revised: 10/05/16

MONITOR GUIDE

## History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten (10) state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten (10) vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012**: The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR auditing tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a ninety (90)-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services.  The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford.  The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition.  The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

Revised: 10/05/16

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed.   (Dkt. 1185.)   This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

As the title suggests, Health Services Contract Monitoring Bureau (HSCMB) Monitors are responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation. Monitors need to approach their job as a neutral fact-finder trying to ensure health and safety of the institution, the inmates, and the public.  Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports.  Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs).   The purpose of these monthly audits is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

Revised: 10/05/16

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, Director Orders (DOs), and the Stipulation.

- **Reporting**: documenting deficiencies using the CGAR auditing tool and report to ensure the requirements specified in the contract and Stipulation are met. Monitors must communicate with the vendor and its health services staff to address all deficiencies. The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication. If non-compliance issues are noted, the vendor must submit appropriate CAPs. Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring. Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing. Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **not** responsible for directing the operations of the facility. Monitors observe and consult with health services staff and supervisors. Monitors assess the preparedness and responsiveness of health services staff and supervisors by observing, listening, reading, asking and answering relevant questions. Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation. Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient. The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau. As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies. Monitors must also plan for the week, month, and quarter and prioritize tasks daily. Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

# The Audit Cycle

Generally, an audit cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be Audited

Contract Monitors currently audit the Performance Measures set forth in the *Parsons v. Ryan* Stipulation. (Dkt. 1185) The areas that are audited include mental health, dental and medical care. Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2:** Identify and Understand Performance Measures or Best Practices

Identify what aspects should be included in the audit. While every aspect of the vendor's performance requires review, the focus of a consistent audit is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Auditing Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical audit is often misunderstood. The audit criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable. The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR auditing tool. Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Collect the Data

Determine the information or data that must be collected and select dates on which you will collect the data. The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure. The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records. Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population. Because it is impractical to review every record for every inmate, monitors review a random sample of records. Randomly selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for audit periods to be consistent and complete. Data reporting periods are the prior complete month. For instance, in August, monitors will review data from the completed month of July.

---

**M O N I T O R   G U I D E**

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining compliance. (Dkt. 1673 at 3.) While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program. For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month, in order to be deemed substantially compliant with the performance measure. Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures  (*Id.*)

**Stage 5:** Analyze the Data

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation. Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR auditing tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of any audit. All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate an Audit Report

This is the final stage of the audit cycle. It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures. When communicating results, it is important for the exchange to be consistent and independent. Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement (Report Card).

**Stage 8:** Follow-Up and Re-Audit

In the event the audit findings are disputed by the vendor, there is a ten-business day time frame to bring forth any questions, comments, additional information, and objections to any findings. After audit results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Revised: 10/05/16

Re-audit is another portion of the audit cycle.  This is carried out by auditing the same performance measure from one month to another, allowing trends to be identified.

## Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including:  staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

## Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures.  These general protocols are part of the methodology used to measure compliance.  These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified.  As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes.  As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

## Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation.  More specific locations of these records are contained in this Monitor Guide.  As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs.  When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review and audit a random selection of medical records.  Whenever possible, a list of applicable source document

records will be inserted into an Excel spreadsheet and assigned a random number using the Excel randomizing macros (e.g., RAND) will be used to generate a true random sample of records to audit.  Performance measures will identify from where the random sample will be pulled.

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue.  If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate.  This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden.  The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of custody (e.g., out to court, out to the hospital, released) or otherwise out of the facility. External movement can be located in (1) the AIMS Movement Screen (DI24, Shift + F5); or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements.").  If an inmate is not at the facility during a portion of the auditing month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.  If a contact is cancelled for these reasons and it is noted in the medical record, the vendor has five (5) additional business days to complete the contact and remain in compliance.

MONITOR GUIDE

## Ethics for Excellence

Monitors must have a highly refined sense of duty.  Adherence to the core values of the Department is demanded at all times.

### "PRICE"

**P** = Professionalism:       Modeling the ideal

**R** = Responsibility:         Owning your actions

**I** = Integrity:                 Doing the right thing

**C** = Courage:                Taking actions despite fear

**E** = Efficiency:             Making every actions count

<u>**You are entrusted with a very significant role.**</u>

Revised: 10/05/16

MONITOR GUIDE

# Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| EHR | Electronic Healthcare Records |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

# Performance Measure
# Monitoring Methodology



**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 1**
**Stipulation Category: Staffing (01)**

</div>

<div align="center">

**CGAR Category: Staffing (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:**<br><br>Nursing staff schedules for the audited month. |
| **Methodology:**<br><br>• Review the reconciled staff schedules for each complex for the audited month for RN coverage on each shift. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

<u>CGAR Category: Staffing (C) 02</u>

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Provider Staff Schedules for the audited month; On-Call List. |
| **Methodology:**<br><br><ul><li>Review the reconciled Provider Staff Schedules for each complex for the audited month for onsite provider coverage during regular business hours.</li><li>Review the On-Call List for the audited month for on-call provider coverage.</li></ul> |

14

**PERFORMANCE MEASURES**

<div align="right">

**Health Care Performance Measure No. 3**
**Stipulation Category: Staffing (03)**

</div>

<div align="center">

**CGAR Category: Staffing (C) 03**

</div>

| **Performance Measure:** |
| :--- |
| Dental staffing will be maintained at current contract levels – 30 dentists. |
| **CGAR Question:** |
| Is statewide dental staffing maintained at current contract levels? |
| **Source of Records/Review:** |
| Contracted Vendor: Monthly Staffing Rollup Report. |
| **Methodology:** |
| <ul><li>Review the Monthly Staffing Rollup Report submitted by the Contracted Vendor.</li><li>Divide the total number of FTEs for dentists by thirty (30).</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 4
Stipulation Category: Staffing (04)

## CGAR Category: Staffing (C) 04

| |
|---|
| **Performance Measure:**<br><br>Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |
| **CGAR Question:**<br><br>Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Staff Schedules for the audited month. |
| **Methodology:**<br><br>• Review the reconciled Nursing Staff Schedules for each complex for the audited month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 5
Stipulation Category: Medical Records (01)

**CGAR Category: Medical Records (C) 01**

| **Performance Measure:** |
|---|
| Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location. |

| **CGAR Question:** |
|---|
| Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location? |

| **Source of Records/Review:** |
|---|
| HNR Log. |

| **Methodology:** |
|---|
| <ul><li>Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the monitors.</li><li>The monitor will choose the first ten (10) appropriate charts from the HNR log. The monitor will review the date triaged under Sections III and IV. If Section IV is not completed, then utilize the date (within two (2) business days) under Section III as the starting point/date. If Section IV is completed, then utilize the date under Section IV as the starting point/date.</li><li>The monitor will review the chart in eOMIS to ensure documents for audited month are accurate, chronologically maintained, and scanned/filed in the patient's chart within two (2) business days, with all documents filed in their designated location.</li><li>If the documentation reviewed was not accurate, chronologically maintained, and scanned/filed within two (2) business days, this would result in a noncompliant finding.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 6
Stipulation Category: Medical Records (02)

### CGAR Category: Medical Records (C) 02

| |
|---|
| **Performance Measure:** |
| Provider orders will be noted daily with time, date, and name of person taking the orders off. |
| **CGAR Question:** |
| Are provider orders being noted daily with time, date, and name of the person taking the orders off? |
| **Source of Records/Review:** |
| Provider Encounter Log. |
| **Methodology:** |
| <ul><li>Randomize the Provider Encounter Log using Excel's RAND (randomization) function and distribute to the monitors after sorted by complex.</li><li>The monitor will compare the first ten (10) appropriate charts as per the Provider encounter looking for those with orders written during the audited month.  Once located an order that was written in the audited month, the monitor will compare the date the order was written and the date the order was noted.</li><li>If the date that the order was noted was past midnight on the date it was written, it would result in a noncompliant finding.</li><li>If there is a note and no orders for meds, labs, outside consults, etc., the monitor will move onto the next chart that has orders written.</li></ul> |

18

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 7**
**Stipulation Category: Medical Records (03)**

**CGAR Category: Medical Records (C) 03**

| |
|---|
| **Performance Measure:**<br><br>Medical record entries will be legible, and complete with time, name stamp and signature present. |
| **CGAR Question:**<br><br>Are medical records legible, and complete with time, name stamp and signature present? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br>• Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the monitors.<br><br>• The monitors will review the first ten (10) appropriate charts from the randomized HNR log to ensure all medical records are legible, and complete with time, name stamp and signatures on documents scanned into eOMIS in the audited month.<br><br>• Any charts reviewed that do not show that medical records are legible and complete with time, name stamp and signature will result in a noncompliant finding. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 8
Stipulation Category: Medical Records (04)

**CGAR Category: Medical Records (C) 04**

| |
|---|
| **Performance Measure:** <br><br> Nursing protocols/NETs will be utilized by nurses for sick call. |
| **CGAR Question:** <br><br> Are nursing protocols/NETs utilized by nurses for sick call? |
| **Source of Records/Review:** <br><br> Nursing Encounter Log |
| **Methodology:** <br><br> • Randomize the Nursing Encounter Log using Excel's RAND (randomization) function and distribute by complex to the monitors. <br><br> • The monitor will review the first ten (10) appropriate charts where a NET should have been utilized for sick call.  If a NET was not utilized for a sick call encounter, this will result in a noncompliant finding.  Only sick call encounters will be audited for this performance measure. |

20

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 9**
**Stipulation Category: Medical Records (05)**

</div>

<div align="center">

**CGAR Category: Medical Records (C) 05**

</div>

| |
|---|
| **Performance Measure:** <br><br> SOAPE format will be utilized in the medical record for encounters. |
| **CGAR Question:** <br><br> Is SOAPE format being utilized in the medical record for encounters? |
| **Source of Records/Review:** <br><br> Nursing Encounter Log and Provider Encounter Log |
| **Methodology:** <br><br> • Utilize the same Nursing Encounter Log from HC PM #8 and Provider Encounter Log from HC PM #6 that was randomized using Excel's RAND (randomization) function and distribute by complex to the monitors. <br><br> • The monitor will review five (5) charts that are appropriate for this question(charts that have a SOAPE note) from the Nursing Encounter Log and five (5) charts that are appropriate for this question (charts that have a SOAPE note) to ensure that all components of the SOAPE format are present.  Excluded will be those charts related to chart reviews, medication renewals, treatment calls, etc. <br><br> • If all the components of the SOAPE format are present, the chart is in compliance.  If any part of the SOAPE format is missing, the chart is not in compliance. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 10**
**Stipulation Category: Medical Records (06)**

</div>

<div align="center">

**CGAR Category: Medical Records (C) 06**

</div>

| |
|---|
| **Performance Measure:** <br><br> Each patient's medical record will include an up-to-date Master Problem list. |
| **CGAR Question:** <br><br> Does each patient's medical record include an up-to-date Master Problem list? |
| **Source of Records/Review:** <br><br> Provider Encounter Log. |
| **Methodology:** <br><br> • Randomize the Provider encounter log and distribute to the monitors after sorted by complex. <br><br> • The monitor will utilize the first ten (10) charts that are appropriate and verify if the MPL was updated.  For chronic care visits, the radio button will be looked at for a "yes" or "no" and for those visits triggered from a sick call referral (Provider Sick Call), the monitor will look in the SOAPE note to see what condition was identified and then look at Active Allergies/Health Problems/Conditions to ensure the condition from the SOAPE note was added.  If the condition was added, the chart is in compliance.  If the condition was not added, this results in a noncompliant finding. |

<div align="right">

Revised: 10/05/16

</div>

PERFORMANCE MEASURES

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

## CGAR Category: Pharmacy (C) 01

| Performance Measure: |
| --- |
| Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. |

| CGAR Question: |
| --- |
| Are newly prescribed provider-ordered formulary medications provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT? |

| Source of Records/Review: |
| --- |
| Contracted Vendor to provide list of Formulary Medications ordered from the preceding thirty days Inmate Profile Report, MARs and eOMIS:  scanned paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment. |

| Methodology: |
| --- |
| <ul><li>The Inmate Profile Report for the audited month will be filtered by location.  The first medication listed for each of the first ten (10) inmates per health unit will be audited.</li><li>If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached.  If a sample of ten (10) inmates is not available for this question, subsequent medications per inmate name will be audited, up to and including, if necessary.</li><li>The following medications will be excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.</li><li>Compliance determination will be based on comparison of the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription orders or scanned paper MAR if no electronic documentation exists.</li><li>Documentation not included in the Medical Record will not be considered for compliance.</li><li>Determination of two (2) business days will be based on the following plus holidays, if applicable:  Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 12
Stipulation Category: Pharmacy (02)

**CGAR Category: Medical Records (C) 07**

| | |
|---|---|
| **Performance Measure:** |
| Medical record will contain documentation of refusals or "no shows." |
| **CGAR Question:** |
| Does the medical record contain documentation of refusals or "no shows?" |
| **Source of Records/Review:** |
| Contracted Vendor: Appointment No Show/Refusal Log. |

**Methodology:**

- The monitor will pull the first ten (10) appropriate charts from the No Show Log provided by Corizon.

- The monitor will review the chart by checking required documentation within the inmate's medical record.

- When No Shows/Refusals/Cancellations are indicated from the No Show Log, the monitor will check Offender Appointments in eOMIS as to why the appointment was cancelled. If it shows inmate refused, the monitor will check Scanned Documents for a refusal for that appointment. If there is no refusal, this will result in a finding of noncompliance. If the refusal is present, the chart is found to be in compliance. If there is a reason for cancellation listed in Offender Appointment (cancelled due to lock down, any other issue beyond the control of health staff), the chart is in compliance. If it just shows cancelled and no reason, the chart is out compliance.

- If the information is auto generated due to the inmate being released, the monitor will check utilizing eOMIS to verify release date. If the inmate was released prior to appointment, this would not result in a noncompliant finding. If the inmate was released after the appointment date, it would result in a noncompliant finding. If the appointment was cancelled was a treatment call and it was related to wound care and it can be found the wound was healed prior to the appointment date, it would not result in a noncompliant finding.

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 13
Stipulation Category: Pharmacy (03)

CGAR Category: Pharmacy (C) 02

**Performance Measure:**

Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.

**CGAR Question:**

Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication?

**Source of Records/Review:**

Contracted Vendor Medication Expiration Report (PharmaCorr) eOMIS/Medical Record.

**Methodology:**

- Review the Medication Expiration Report provided by Corizon/PharmaCorr, which is randomized by dates using Excel's RAND (randomization) function, using the 1st to the 15th of the month.

- Review the first ten (10) random prescriptions listed for each health unit within the date range for compliance.

- If ten (10) prescriptions within the date range are not available for review, use the report for the 16th to the end of the month (e.g., 30th or 31st), starting at the beginning of the report.

- Expiring medication report will be reviewed for renewal or discontinuation for the audited prescription medication prior to or on the listed stop date.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 14
Stipulation Category: Pharmacy (04)

</div>

<div align="center">

**CGAR Category: Pharmacy (C) 03**

</div>

| |
|---|
| **Performance Measure:**<br><br>Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. |
| **CGAR Question:**<br><br>Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication? |
| **Source of Records/Review:**<br><br>Contracted Vendor Pharmacy HNR Logs and eOMIS/Medical Records. |
| **Methodology:**<br><br><ul><li>Obtain the Pharmacy HNR Logs and randomize using Excel's RAND (randomization) function.</li><li>Identify the first ten (10) medications per health unit requested between 3-7 business days prior to the prescription running out that are not subject to the exclusion criteria.  If the source document does not identify one medication per row or rows are incomplete for auditing purposes, the Monitor shall retain discretion in determining compliance.</li><li>If a sample of ten (10) medications is not available, 100% examination shall occur.</li><li>Review the eOMIS Drug Prescription Orders.</li><li>If the medication was requested between three (3) to seven (7) business days prior to the prescription running out, then compare the two (2) most recent dates received to determine if a lapse or interruption occurred.</li><li>Medications shall be considered to have refills available, if at the time of HNR submission, there were a minimum of five (5) calendar days remaining on the prescription.</li><li>If a medication has a minimum of five (5) calendar days remaining, yet the pharmacy was unable to refill the medication due to pharmacy regulation or policy, that information may be communicated to the Monitor who shall retain discretion regarding compliance determination.</li><li>Renewed medications that had refills remaining at the time of the HNR request may be</li></ul> |

Revised: 10/05/16

audited, if recognized.

- If a lapse or interruption occurred, this results in a noncompliant finding.

- If no lapse of interruption occurred, this results in a compliant finding.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops, medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, medications for which a lapse or interruption cannot be clearly determined, and medications with all available refills previously received by the inmate.



**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 15
Stipulation Category: Pharmacy (05)

</div>

<div align="center">

**CGAR Category: Medical Records (C) 09**

</div>

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals? |
| **Source of Records/Review:**<br><br>Corizon Medication Refusal Log. |
| **Methodology:**<br><br><ul><li>The monitor will pull the first ten (10) appropriate charts from the Medication Refusal Log provided by Corizon.</li><li>The monitor will look for the refusal related to the specific date that the Medication Refusal Log presents as a refused dose.  Because the logs don't always show consecutive missed doses, the monitor will utilize the first date listed on the log and look for three (3) consecutive missed refusals/no shows.</li><li>Anytime there are less than ten (10) charts to audit, all the charts will be included in the audit.  A QHCP to counsel the inmate, not a CNA.  If the refusal form is utilized for counseling, the form must be completed to include the education component in order to give credit.  If it is not completed in its entirety, this results in a noncompliant finding.</li><li>If in the electronic MAR there is a dose not documented, the elimination results in a noncompliant finding.</li></ul> |

<div align="right">

Revised: 10/05/16

</div>

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

CGAR Category: Pharmacy (C) 04

| Performance Measure: |
|---|
| Perpetual inventory medication logs will be maintained on each yard. |

| CGAR Question: |
|---|
| Are perpetual inventory medication logs being maintained on each yard? |

| Source of Records/Review: |
|---|
| Clinical Stock Perpetual Inventory Log. |

**Methodology:**

- Standardized/approved Corizon Perpetual Inventory form will be reviewed on all yards for the accepted audit time frame.  The Perpetual Inventory will be reviewed for :

  - Accuracy of count based upon physical inventory of the randomly audited medications

  - Date sequence and order

  - Notation of "Corrected Counts" or denotation of count variation

  - Count discrepancies

  - Completion of the Perpetual Inventory in its entirety with population of all information required/requested by the Perpetual Inventory Log

  - Legibility

  - Re-written logs must be accompanied by the source used to arrive at the existing quantity

  - IR documentation on the log (including IR NUMBER next to any discrepancies)

  - Signature of 2 licensed nurses (or a licensed nurse and an officer) for every incident of "wasted" medications

- The above bullet points must be accompanied by an IR number listed on the Perpetual Inventory next to the discrepancy for each occurrence to regain compliance.  Absence of the required IR documentation at the time of audit will result in a noncompliant finding.

- Perpetual Inventory Logs must be available on all units/yards at the time of audit.  All appropriate information (i.e., multiple inventory sheets for the same medication) must be

29

**PERFORMANCE MEASURES**

available on the unit/yard at the time of audit and maintained in the binder in an orderly date sequence.

- If new Perpetual Inventory logs have been created for an audit month in question then previous month's Inventory log must accompany the new log in order to verify count accuracy.

- An IR must accompany each medication discovered to be noncompliant.  A single IR cannot be used (written) to document multiple noncompliant medications.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 17**
**Stipulation Category: Pharmacy (07)**

**CGAR Category: Chronic Care (C) 05**

| **Performance Measure:** |
|---|
| The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |

| **CGAR Question:** |
|---|
| Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |

| **Source of Records/Review:** |
|---|
| Inmate Profile Report (randomized); eOMIS/Medical record. |

| **Methodology:** |
|---|
| <ul><li>Obtain the Inmate Profile Report and randomize using Excel's RAND (randomization) function.</li><li>Select the first ten (10) inmates per health unit.</li><li>If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.</li><li>Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders."</li><li>To be compliant, a document for the review period must reflect a dose, frequency, start date and nurse's signature.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

**CGAR Category: Pharmacy (C) 05**

| |
|---|
| **Performance Measure:** |
| Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN. |
| **CGAR Question:** |
| Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN? |
| **Source of Records/Review:** |
| Manifest Report (randomized). |
| **Methodology:** |
| <ul><li>Randomize the Manifest Report by date using Excel's RAND (randomization) function and utilize the first ten (10) randomized dates per unit.</li><li>Five (5) daily manifests and five (5) controlled manifests.</li><li>Manifests are to remain in chronological order sequenced with the oldest date on the bottom to the newest date on the top.</li><li>If five (5) controlled manifests are not available, then the Performance Measure will be supplemented with more daily manifests.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 19
Stipulation Category: Pharmacy (09)

### CGAR Category: Pharmacy (C) 06

| |
|---|
| **Performance Measure:** <br><br> Perpetual inventory medications will be signed off on the Inmate's individual MAR. |
| **CGAR Question:** <br><br> Are perpetual inventory medications signed off on the Inmate's individual MAR? |
| **Source of Records/Review:** <br><br> Perpetual Inventory Logs and MARs from the preceding thirty days: eOMIS/Medical Records, perpetual inventory logs, MARs, RED BOOK. |
| **Methodology:** <br><br> • The first ten (10) active medications in the audit period will be used. The randomization is the result of the activity of the medications used for the audit period. If ten (10) random medications are not listed, duplicate medications may be used in the review, and injectable, topical, or optic medications may be reviewed to meet minimum numbers of medication for review. <br><br> • Review to determine if medications listed in the log were appropriately/accurately documented based on the information supplied from the provider order and information documented on the Perpetual Inventory log. Paper MAR's must state "given from clinic stock" with the date, time, and quantity of medication administered and documented as such in the "notes" section of the scanned paper MAR. |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 20
Stipulation Category: Pharmacy (10)

<u>CGAR Category: Medical Records (C) 08</u>

| Performance Measure: |
|---|
| Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |

| CGAR Question: |
|---|
| Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |

| Source of Records/Review: |
|---|
| SNO orders and encounters in eOMIS; Batch Reports from AIMS. |

| Methodology: |
|---|
| <ul><li>Compliance Monitors will pull the first ten (10) charts on the AIMs report.</li><li>Compare the handwritten SNO scanned into eOMIS with the electronic order entry SNO and information on the DI35 screen in AIMS.</li><li>If the handwritten SNO and the DI35 screen report from AIMS matches, the chart is in compliance.</li><li>If there is information on the handwritten SNO that is not included in the AIMS report, this results in a finding of noncompliance for this chart.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 21
Stipulation Category: Pharmacy (11)

### CGAR Category: Medical Records (C) 11

| |
|---|
| **Performance Measure:** <br><br> Inmates who are paroled or released from ASPCs will receive a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor. |
| **CGAR Question:** <br><br> Are inmates who are paroled or released from ASPCs receiving a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor? |
| **Source of Records/Review:** <br><br> Medical Records/eOMIS; Released Inmate Medication report from the Contracted Vendor for the audited month; OIU Release Lists/e-mail; Patient Release Transfer forms; IC List. |
| **Methodology:** <br><br> • Compliance Monitors will pull the first ten (10) charts on the release information they have obtained from OIU/release list email.  If there are ten (10) or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be audited. <br><br> • Review the Released Inmate Medication Report from the Contracted Vendor and Patient Release Transfer forms in eOMIS under Scanned Documents. <br><br> • If the Released Inmate Medication Report from the Contracted Vendor reflects that inmate was to be released with medications, the monitor will look into EOMIS for the Patient Release/Transfer Form to ensure that is signed by the patient is scanned into eOMIS, the chart is in compliance. <br><br> • If the Released Inmate Medication Report from the Contracted Vendor indicates that an inmate was to be released with medications and the monitors doesn't find (in eOMIS) the Patient Release/Transfer Form signed by the inmate, the chart will be considered noncompliant. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 22**
**Stipulation Category: Pharmacy (12)**

</div>

<div align="center">

**CGAR Category: Pharmacy (C) 07**

</div>

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor supplied NFDR report for the auditing month; and eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten (10) medications listed on the NFDR report randomized by date.<br><br>• Obtain an extract from the drug status order screen on eOMIS.  Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two (2) business days of the prescription order. |

<div align="right">Revised: 10/05/16</div>

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 23**
**Stipulation Category: Equipment (01)**

**CGAR Category: Equipment (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. |
| **CGAR Question:**<br><br>Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? |
| **Source of Records/Review:**<br><br>AED checklist report provided by Corizon. |
| **Methodology:**<br><br>• The checklist is provided to the monitors.<br><br>If the checklist indicates that the AED was checked, the AED is considered to be maintained and readily accessible to Health Care Staff, the measure is found to be in compliance if the number of days compliant/number of days on the month is greater than the threshold for that period. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 24
Stipulation Category: Equipment (02)

## CGAR Category: Equipment © 02

| Performance Measure: |
| --- |
| Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |

| CGAR Question: |
| --- |
| Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |

| Source of Records/Review: |
| --- |
| Vendor Provided: All Emergency Response Bag Checklists and Inventory Checklists. |

| Methodology: |
| --- |
| <ul><li>Contents will match inventory list.</li><li>The auditor will assess to see if the checklist is completed daily, inventoried monthly and if the bag contains all required essential items, as per checklist on outside of bag.</li><li>If the bag is inventoried monthly and contains all essential items, and the number of days in compliance/number of days in the month meets or exceeds the performance threshold, the measure is in compliance.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 25**
**Stipulation Category: Emergency Response (01)**

**CGAR Category: Emergency Response (C) 01**

| |
|---|
| **Performance Measure:**<br><br>A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency. |
| **CGAR Question:**<br><br>Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency? |
| **Source of Records/Review:**<br><br>Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from audited month (ADC). |
| **Methodology:**<br><br>• This will be measured by reviewing appropriate and pertinent (first ten (10) names/yard) on SIRs, and IRs from the audited month that required basic life support.<br><br>• The Monitor will compare the time the SIR is initiated to the time care began on the first ten (10) inmates per yard. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 26**
**Stipulation Category: Quality Improvement (01)**

**CGAR Category: Quality Improvement (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance. |
| **CGAR Question:**<br><br>Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance? |
| **Source of Records/Review:**<br><br>Contracted Vendor grievance logs. |
| **Methodology:**<br><br>• This will be measured by reviewing the medical grievance logs maintained by the Vendor from the audited month.<br><br>• A minimum ten (10) grievances per yard will be reviewed. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 27**
**Stipulation Category: Quality Improvement (02)**

**CGAR Category:      Quality Improvement (C) 02**

| |
|---|
| **Performance Measure:** <br><br> Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06 |
| **CGAR Question:** <br><br> Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06? |
| **Source of Records/Review:** <br><br> Monthly CQI meeting minutes. |
| **Methodology:** <br><br> • Review the monthly CQI Meeting minutes for the audited month and compare them to NCCHC Standard P-A-06. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 28**
**Stipulation Category: Quality Improvement (03)**

</div>

<div align="center">

**CGAR Category: Quality Improvement (C) 03**

</div>

| |
|---|
| **Performance Measure:** |
| Every medical provider will undergo peer reviews annually with reviews and recommended actions documented. |
| **CGAR Question:** |
| Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented? |
| **Source of Records/Review:** |
| Monthly vendor-supplied roster of medical providers listing hire date and peer review completion date. |
| **Methodology:**<br><br>• Sort and separate the report by Complex.<br><br>• Sort each Complex by hire date.  Providers employed less than one year are exempt from review.<br><br>• Review each provider's hire date compared to their completed annual peer review date.<br><br>• Providers without documented peer reviews completed within one year of their hire date will result in noncompliance with the performance measure. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 29**
**Stipulation Category: Quality Improvement (04)**

**CGAR Category: Quality Improvement © 04**

| Performance Measure: |
| --- |
| Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02. |

| CGAR Question: |
| --- |
| Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02? |

| Source of Records/Review: |
| --- |
| Monthly vendor-supplied roster of nursing staff listing hire date and clinical performance review completion date. |

| Methodology: |
| --- |
| <ul><li>Sort and separate the report by Complex.</li><li>Sort each Complex by hire date.  Nurses employed for less than one (1) year are exempt from review.</li><li>Review each nurse's hire date compared to their completed annual clinical performance review date.</li><li>Nurses without documented clinical performance reviews completed within one (1) year of their hire date will result in noncompliance with the performance measure</li></ul> |

43

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 30
Stipulation Category: Quality Improvement (05)

CGAR Category: Medical Records CO (C) 01

| **Performance Measure:** |
|---|
| The initial mortality review of an inmate's death will be completed within ten (10) working days of death. |
| **CGAR Question:** |
| Is the initial mortality review of an inmate's death completed within ten (10) working days of death? |
| **Source of Records/Review:** |
| Mortality reviews for inmate deaths in the audited month. |
| **Methodology:** |
| • At each facility, all deaths that occurred in the audited month are reviewed for compliance.  There is no sampling for this measure because all mortality reviews are audited. |

44

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 31**
**Stipulation Category: Quality Improvement (06)**

**CGAR Category: Medical Records CO (C) 02**

| **Performance Measure:** |
|---|
| Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken. |

| **CGAR Question:** |
|---|
| Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken? |

| **Source of Records/Review:** |
|---|
| Monthly CQI meeting minutes. |

| **Methodology:** |
|---|
| <ul><li>Review CQI minutes for mortality reviews completed in the audited month.</li><li>Mortality reviews will be noted as 1) reviewed without deficiencies; 2) pending final review and recommendations; 3) Final reviewed with recommendations that were discussed; or 4) Final reviewed with recommendations that were not discussed.<br><br>Final Mortality Reviews with recommendations not discussed at CQI will result in noncompliance with the performance measure.</li><li>Final Mortality Reviews that do not include a CAP for noted deficiencies will result in noncompliance with the performance measure.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 32
Stipulation Category: Quality Improvement (07)

CGAR Category: Medical Records CO C03 and Quality Improvement 06

**Performance Measure:**

A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of receipt of the medical examiner's findings.

**CGAR Question:**

Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings?

**Source of Records/Review:**

HSCMB signed and dated Mortality Review.

**Methodology:**

- Review all final Mortality Reviews submitted during the audited month for completion within ten (10) days of receipt of the medical examiner's findings.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 33**
**Stipulation Category: Intake Facility (01)**

**CGAR Category: Intake (C) 01**

| |
|---|
| **Performance Measure:**<br><br>All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:**<br><br>Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:**<br><br>Randomized Arrival Log/List. |
| **Methodology:**<br><br>• This will be measured by pulling the Arrival Log from the audited month and pull the first ten (10) charts.<br><br>• The monitor will review eOMIS for the intake screening note to confirm that an actual health screening was completed and documented by an RN or LPN. |

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 34**
**Stipulation Category: Intake Facility (02)**

**CGAR Category: Intake (C) 02**

| Performance Measure: |
| --- |
| A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |

| CGAR Question: |
| --- |
| Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |

| Source of Records/Review: |
| --- |
| Randomized Arrival Log/List. |

| Methodology: |
| --- |
| <ul><li>This will measured by pulling the Arrival Log from the audited month and pull the first ten (10) charts beginning with an odd number</li><li>If there are ten (10) or fewer inmate intakes for the audited month for an intake facility, review all inmate intake charts for that facility.</li><li>The monitor will review eOMIS to ensure a physical examination, including a history was completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility (Phoenix, Perryville, Tucson Minors and condemned-row).</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 35
Stipulation Category: Intersystem Transfers (01)

## CGAR Category: Access to Care (C) 10

| |
|---|
| **Performance Measure:**<br><br>All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. |
| **CGAR Question:**<br><br>For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? |
| **Source of Records/Review:**<br><br>Transfer Logs (arrival/departure) at each facility and corresponding transfer screening form in the eOMIS/Medical Record from the audited month. |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts from the Arrival/Transfer Log.<br><br>• If the chart is not appropriate, then the Monitor will go to the next appropriate chart for the question being asked and continue to work in this order until the appropriate chart is found (i.e., inmate arrived and has no medications).<br><br>• The monitor will review the transfer screening form, notes and MAR in eOMIS to determine as to whether or not the inmate received/arrived with his/her medications, as ordered.  If the documentation supports that the inmate arrived/received his/her medication at the receiving facility, the chart is in compliance.<br><br>• Nursing may indicate in their documentation that prn medications are available if the inmate arrived without prn medications.  As long as the PRN medication is available in clinic stock and available, the measure is found to be in compliance. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 36**
**Stipulation Category: Access to Care (01)**

</div>

**CGAR Category: Access to Care (C) 01**

| |
|---|
| **Performance Measure:** <br><br> A LPN or RN will screen HNRs within twenty-four (24) hours of receipt. |
| **CGAR Question:** <br><br> Does an LPN or RN screen HNRs within twenty-four (24) hours of receipt? |
| **Source of Records/Review:** <br><br> HNR Log (randomized). |
| **Methodology:** <br><br> • Compliance Monitors will pull the first ten (10) charts (that are appropriate for the following CGAR questions) from the randomized HNR log distributed to each complex. <br><br> • The monitor will review the HNR date stamp (or handwritten date) to determine the date of receipt by medical.  This is located in the upper right hand corner of the HNR. <br><br> • The monitor will then review the triage date documented under Section 3 of the HNR If the triage date is within twenty-four (24) hours of the date stamp (received date), the chart is compliant.  If the triage date is great than twenty-four (24) hours of the date received, it would result in a noncompliant finding. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 37
Stipulation Category: Access to Care (02)

**CGAR Category: Access to Care (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Sick call inmates will be seen by an RN within twenty-four (24) hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need). |
| **CGAR Question:**<br><br>Is the inmate being seen on sick call by an RN within twenty-four (24) hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br>• The Monitor will utilize the first ten (10) charts/yard from the HNR log and utilize the encounter for the chart chosen to audit to see if the patient was seen by a RN within twenty-four (24) hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).<br><br>• The monitor will review the HNR for the date or receipt by medical and compare with the date the inmate was seen on Nurse Line by comparing the HNR to the eOMIS entry for the sick call encounter.<br><br>• If the inmate was seen by an RN within twenty-four (24) hours after the HNR was received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need), the chart is compliant.  If seen by an LPN within twenty-four (24) hours after the HNR is received (or immediately), consider the chart not compliant.<br><br>• If the inmate was seen by a Provider and not an RN, do not utilize these charts. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 38**
**Stipulation Category: Access to Care (03)**

</div>

<div align="center">

**CGAR Category: Access to Care (C) 03**

</div>

| |
|---|
| **Performance Measure:**<br><br>Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. |
| **CGAR Question:**<br><br>Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call? |
| **Source of Records/Review:**<br><br>Nursing Encounter Log. |
| **Methodology:**<br><br><ul><li>The Monitor will utilize the first ten (10) charts/yard from the Nurse Encounter Log (that was randomized and distributed to each complex) and utilize the encounter for the chart chosen to audit to see if vital signs were completed</li><li>If the vital signs, including weight were checked and documented in the medical record for the particular sick call encounter, the chart is considered compliant.</li><li>If the medical record doesn't include the vital signs, including weight the chart is out of compliance.</li><li>Those charts where a weight cannot be obtained (leg injury/cannot stand) and a comment is made that the weight was not obtained as a result of the inmate's inability to stand, this results in a finding of compliance for this chart.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 39
Stipulation Category: Access to care (04)

## CGAR Category: Access to Care (C) 04

| **Performance Measure:** |
|---|
| Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen (14) calendar days of the referral. |

| **CGAR Question:** |
|---|
| Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral? |

| **Source of Records/Review:** |
|---|
| Nurse Line Log. Provider Referral Log Handwritten Appointment Lists, if needed. |

| **Methodology:** |
|---|
| • The Monitor will utilize the Nurse Line Log that was randomized and distributed by Central Office for this measure and pull the first ten (10) charts to audit this performance measure.<br><br>• The monitor will review the Provider encounter and notes in eOMIS for the audited month for documentation of the Medical Provider encounter that occurred within fourteen (14) days of the referral.<br><br>• For any referred encounter that occurs between the first and fifteenth of the audited month, the referral appointment will potentially occur between the 14th and the last day of the month prior to the audited month.  Provider referrals notes may be found in eOMIS in Health Services Encounters.  Referrals may also be noted on HNRs found in Scanned Documents in eOMIS. |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 40
Stipulation Category: Access to Care (05)

CGAR Category: Access to Care (C) 05

| Performance Measure: |
| --- |
| Urgent provider referrals are seen by a Medical Provider within twenty-four (24) hours of the referral. |

| CGAR Question: |
| --- |
| Are urgent provider referrals being seen by a Medical Provider within twenty-four (24) hours of the referral? |

| Source of Records/Review: |
| --- |
| Nurse Line Log. Provider Referral Log. Hand Written Appointment Lists if needed. |

**Methodology:**

- The Monitor will utilize the Nurse Line Log that was randomized and distributed by Central Office for this measure and pull the first ten (10) charts to audit this performance measure.

- The monitor will review the Provider encounter and notes in eOMIS for the audited month for documentation of the Medical Provider encounter that occurred within twenty-four (24) hours of the referral.

- For any referred encounter that occurs between the first and fifteenth of the audited month, the referral appointment will potentially occur between the 14th and the last day of the month prior to the audited month. Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.

- If no Medical Provider encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site. If the inmate was not seen by a Medical Provider and was sent to the ER, and not seen at the ER, the result would be noncompliant. If the inmate was sent to the ER and seen by a Medical Provider, the chart would be found in compliance, as long as the ER documentation was present in eOMIS.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 41
Stipulation Category: Access to Care (06)

CGAR Category: Access to Care (C) 06

| |
|---|
| **Performance Measure:**<br><br>Emergent provider referrals are seen immediately by a Medical Provider. |
| **CGAR Question:**<br><br>Are emergent referrals being seen immediately by a Medical Provider? |
| **Source of Records/Review:**<br><br>Randomized Nurse Line Log; Admission/Discharge/ER log provided by ADC. |
| **Methodology:**<br><br>• The Monitor will utilize the Nurse Line Log that was randomized and distributed by Central Office for this measure and pull the first ten (10) charts to audit this performance measure.<br><br>• The monitor will review the Provider encounter and notes in eOMIS for the audited month for documentation of the Medical Provider encounter that occurred immediately of the referral.<br><br>• If the inmate was transferred to the ER and seen by a Medical Provider and can be verified in eOMIS by an ER Report (under Scanned Documents), the chart would be in compliance.<br><br>• If a referral was made and the inmate was transferred to the ER and no verification as to the inmate being seen, the chart would be noncompliant. |

Revised: 10/05/16

PERFORMANCE MEASURES

**Health Care Performance Measure No. 42**
**Stipulation Category: Access to Care (07)**

**CGAR Category: Access to Care (C) 07**

| **Performance Measure:** |
|---|
| A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. |

| **CGAR Question:** |
|---|
| Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider? |

| **Source of Records/Review:** |
|---|
| Randomized Provider Encounter Log. Nursing Encounter Log. |

| **Methodology:** |
|---|
| • The Monitor utilizes the Provider Encounter Log or Nursing Encounter Log and pull the first ten (10) charts to audit this performance measure. <br><br> • The Monitor will review Provider Encounters under Health Services Encounters in eOMIS to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider.  If the inmate was seen prior to or within the specified time frame, the chart is considered compliant. <br><br> • If the inmate was seen any time after the specified time frame, the chart is noncompliant.  If there is no specific date/appointment, then it is treated as a routine referral, which allows up to fourteen (14) days. (These are addressed under HC PM #39.) |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 43
Stipulation Category: Access to Care (08)

## CGAR Category: Access to Care (C) 08

| |
|---|
| **Performance Measure:** <br><br> Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there. |
| **CGAR Question:** <br><br> Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there? |
| **Source of Records/Review:** <br><br> ADC Hospital Admission/Discharge Log/ER Log |
| **Methodology:** <br><br> • The Monitor will utilize the ADC Hospital Admission/Discharge Log that was distributed by Central Office for this measure and pull the first ten (10) charts to audit this performance measure. <br><br> • The Monitor will review the nursing encounter in eOMIS Nursing Encounters to determine whether the inmate was returned to the medical unit and assessed by an RN or LPN on duty. <br><br> • If the inmate returned to the medical unit and was assessed by an RN or LPN upon return from inpatient hospital stay or ER transport, the chart is compliant.  If the inmate was never returned to the medical unit and/or not assessed by an RN or LPN upon return from the inpatient hospital stay or ER transport, the chart is noncompliant. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 44
Stipulation Category: Access to Care (09)

## CGAR Category: Access to Care (C) 09

| |
|---|
| **Performance Measure:** <br><br> Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within twenty-four (24) hours. |
| **CGAR Question:** <br><br> Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within twenty-four (24) hours? |
| **Source of Records/Review:** <br><br> ADC Hospital Admission/Discharge/ER Log |
| **Methodology:** <br><br> • The Monitor will utilize the ADC Hospital Admission/Discharge/ER Log that was distributed by Central Office for this measure and pull the first ten (10) charts to audit this performance measure. <br><br> • The Monitor will review the nursing notes or Provider notes in eOMIS for any language noting that treatment recommendations were reviewed and read back to the Provider within twenty-four (24) hours.  This includes and is not limited to medications, wound care, follow up, etc. <br><br> • The Provider may also review the discharge documentation and acknowledge receiving the discharge paperwork by initialing/signing and dating the information and it being scanned into eOMIS.  It is not necessary for the Provider to enter an order/encounter into eOMIS for this measure to be compliant. |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

<u>CGAR Category: Specialty Care (C) 06</u>

| **Performance Measure:** |
|---|
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within fourteen (14) calendar days if routine |

| **CGAR Question:** |
|---|
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within fourteen (14) calendar days if routine? |

| **Source of Records/Review:** |
|---|
| Diagnostic Service Report (randomized).and eOMIS/Medical Record |

**Methodology:**

- Obtain the Diagnostic Service Report and randomize using the Excel RAND (randomizing) function.

- Review the first ten (10) diagnostic services ordered routine, urgent, or stat (emergent) per health unit.

- If a sample of ten (10) diagnostic services is not available, 100% examination shall occur.

- Compare the ordered date with the collected or taken date. When a discrepancy exists between the lab tech-entered specimen collection date and the lab-provided collection date or the x-ray tech-entered x-ray taken date and the eOMIS image recorded by technologist date, the Monitor shall retain discretion is identifying the most appropriate date to use for auditing purposes. With the exception of appropriate exclusion criteria, as outlined in the methodology, if a diagnostic service is ordered routine it must be completed within **fourteen (14)** calendar days and an urgent or stat order must be completed the same day to be documented as compliant. If not completed within fourteen (14) calendar days for routine or the same day for urgent or stat, document that service as noncompliant.

- Diagnostic services documented as drawn or taken with no results available for viewing, shall be considered noncompliant if a minimum of fourteen (14) calendar days have elapsed.

- In the event that the sub-contracted lab interface reports unsolicited results, the Monitor shall retain discretion in identifying to which original order those results correspond. Unsolicited lab results that create a new order and may be included on two (2) consecutive months' source documents may remain subject to audit for those consecutive months.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear

59

communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

- The Monitor must recognize that entries into the EMR are created and then recorded in perpetuity. If an order is entered and then identified as "cancelled," "entered in error," or similar terminology and a substantiating reason is provided, the Monitor may exclude those orders from audit.

- If an inmate is released or transfers to a facility that is not subject to the stipulation agreement prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from audit.

- As a result of EMR lab prioritization timeframe limitations, the Monitor shall retain discretion in excluding ordered diagnostic services that are ordered to intentionally exceed the stipulation agreement timeframes. The Monitor must recognize that the provider should have the opportunity to order labs for a variety of timeframes, and EMR limitations and stipulation agreement timeframes should not prevent the provision of quality care (e.g., a provider that wants a lab drawn in one year should not have to choose to not order the lab because there is no other EMR category that will allow for an extended timeframe).

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 46**
**Stipulation Category: Diagnostic Services (02)**

</div>

**CGAR Category: Specialty Care (C) 07**

---

**Performance Measure:**

A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five (5) calendar days of receiving the report at the prison.

---

**CGAR Question:**

Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?

---

**Source of Records/Review:**

Diagnostic Service Report (randomized) and eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Diagnostic Service Report used in HC PM #45 and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) reports with results available per health unit. If ten (10) reports are not available, 100% examination shall occur.

- Compare the X-ray results process date or lab results received date with the results comments Time Stamp date or Review Notes Time Stamp date, using the earliest date identified as long as it is no earlier than the resulted date.  If the timeframe does not exceed five (5) calendar days, identify that diagnostic service results as compliant.  If the timeframe exceeds five (5) calendar days, identify that diagnostic service result as noncompliant.

- If an inmate is released or transfers to a facility that is not subject to the stipulation agreement prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from audit, if recognized.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

---

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 47
Stipulation Category: Diagnostic Services (03)

**CGAR Category: Specialty Care (C) 08**

| **Performance Measure:** |
|---|
| A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. |

| **CGAR Question:** |
|---|
| Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request? |

| **Source of Records/Review:** |
|---|
| HNR Log (randomized and eOMIS/Medical Record. |

**Methodology:**

- Obtain the HNR log and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) requests for diagnostic service results per health unit.  If ten (10) requests are not available, 100% examination shall occur.

- Using the "date received" from HNR Log, determine whether the results were communicated by the provider within seven (7) calendar days of the request.  Results communicated within seven (7) calendar days shall be identified as compliant; results not communicated within seven (7) calendar days shall be identified as noncompliant.

- A provider appointment within seven (7) calendar days shall be identified as offering the inmate the opportunity to inquire regarding results and shall be considered compliant.  A provider communique with a date indicating results were sent within seven (7) calendar days shall be identified as compliant.

- If the HNR log does not provide the information to determine compliance, the Monitor shall access the HNR to determine if additional information is available to make a compliance determination.  If compliance cannot be determined based on the accuracy and the details included on the HNR, the HNR shall be excluded.  If an inmate is determined to be requesting results for tests that were never ordered, the HNR shall be excluded.

- An HNR identified as requesting results, but further review indicates the issue is program inclusion or movement that may be dependent upon diagnostic results shall have that HNR excluded from audit if communication regarding program inclusion or movement has

62



occurred, or the movement/inclusion itself has occurred.

- An HNR requesting results for which there are no results available, shall be excluded from audit, when recognized.

- If the Monitor recognizes that the inmate submitted multiple HNRs within a short time period for the same results and the results were communicated within the timeframe for one HNR, the others shall be excluded, if recognized.

- An inmate transferred to a private prison or released within seven (7) calendar days shall be excluded from audit, when recognized.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 48**
**Stipulation Category: Specialty Care (01)**

</div>

**CGAR Category: Specialty Care (C) 01**

---

**Performance Measure:**

Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen (14) calendar days, and placed in the patient's medical record.

---

**CGAR Question:**

Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen (14) calendar days, and placed in the patient's medical record?

---

**Source of Records/Review:**

Denied Consult Report-and eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Consult ATP report and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) denied, clinical coordinator initiated status, or ATPd consultation requests per health unit

- Based on the randomized report, audit the first ten (10) consults written that remain in clinical coordinator initiated status, denied status, or those for which an ATP was offered by UM.

- The Consult Written Date on the source document shall be used to determine the consults to audit, but for auditing purposes, that date will be reconciled with the eOMIS Request Date (this may necessitate an expanded review period due to differences between UM dates and eOMIS dates).  If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to audit. Consults on the source document remaining in Clinical Coordinator Initiated status shall be considered noncompliant once fourteen (14) days is reached.  A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update because a status of Scheduled has not been reached, shall be excluded from audit since this indicates UM action did occur.

---

Revised: 10/05/16

- Consults with a UM ATP shall be audited for communication of the ATP to the provider within fourteen (14) calendar days. The Monitor will recognize that different providers have requested different methods of communication and the Monitor will communicate with the sites to determine where the communication may be located in the patient's medical record.  To be identified as compliant, the method of communication must indicate the communication occurred within fourteen (14) calendar days with subsequent inclusion in the patient's chart.  If a consult is denied, it must include a reason for the denial.  If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan (based on UM criteria, experience, and education) for the provision of care and documentation of an ATP communicated to the provider within fourteen (14) calendar days shall be considered compliant.  An ATP that is not accepted by the provider and results in approval, scheduling, or completion of the consult shall be excluded from audit.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 49
Stipulation Category: Specialty Care (02)

## CGAR Category: Specialty Care (C) 02

| |
|---|
| **Performance Measure:**<br><br>Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial. |
| **CGAR Question:**<br><br>Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within thirty (30) days of the denial? |
| **Source of Records/Review:**<br><br>Denied Consult Report and eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Denied Consult Report and randomize using the Excel RAND (randomizing) function.</li><li>Audit the first ten (10) denied consultation reports consults or those with an ATP consults per health unit.</li><li>To be considered compliant, compare the source document UM ATP Date with the next patient/provider documented appointment.  If that appointment occurred within thirty (30) days, that consult shall be identified as compliant.</li><li>If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to audit.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 50**
**Stipulation Category: Specialty Care (03)**

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 03**

</div>

---

**Performance Measure:**

Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider.

---

**CGAR Question:**

Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?

---

**Source of Records/Review:**

Combined Urgent and Routine Consult Log and eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) urgent specialty consultations requests per health unit.

- If ten (10) urgent consultation requests are not available, 100% examination shall occur.

- If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within thirty (30) calendar days or there is documentation of a Return From Offsite within thirty (30) days, the consult shall be considered compliant.

- A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP as this shall be captured under performance measure 48.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

- Follow-up visits that require a separate consult request shall be be considered compliant if the visit occurs either within thirty (30) days or within the provider or specialist

---

<div align="center">

67

</div>

recommended timeframe.

- When related consults must occur sequentially, the Monitor shall retain discretion in determining timeframe compliance (e.g., an MRI and an EMG must occur prior to a Neuro surgeon appointment), when recognized.  Starting the timeframe for all related consults may discourage concurrent submission, possibly resulting in specialty care delays.

- Consult- related information that is not attached to the consult shall be considered noncompliant until that information is appropriately attached, not to exceed 10 calendar days after CGAR submission.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 51
Stipulation Category: Specialty Care (04)

## CGAR Category: Specialty Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Routine specialty consultations will be scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider. |
| **CGAR Question:**<br><br>Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider? |
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log and eOMIS/Medical Record. |
| <ul><li>Methodology:</li><br><li>Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.</li><li>Audit the first ten (10) routine specialty consultation requests per health unit.</li><li>Audit the first ten (10) routine specialty consultations per health unit.</li><li>If ten (10) routine consultation requests are not available, 100% examination shall occur.</li><li>If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within sixty (60) calendar days or there is documentation of a "Return From Offsite" within sixty (60) calendar days, the consult shall be considered compliant.</li><li>A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP, as this shall be captured under performance measure 48.</li><li>Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.</li></ul> |

Revised: 10/05/16

- Follow-up visits that require a separate consult request shall be considered compliant if the visit occurs either within sixty (60) days or within the provider or specialist recommended timeframe.

- When related consults must occur sequentially, the Monitor shall retain discretion in determining timeframe compliance (e.g., an MRI and an EMG must occur prior to a Neuro surgeon appointment), when recognized.  Starting the timeframe for all related consults may discourage concurrent submission, possibly resulting in specialty care delays.

- Consult- related information that is not attached to the consult shall be considered noncompliant until that information is appropriately attached, not to exceed 10 calendar days after CGAR submission.



Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 52
Stipulation Category: Specialty Care (05)

## CGAR Category: Specialty Care (C) 05

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

**Source of Records/Review:**

Combined Urgent and Routine Consult Log and eOMIS/Medical Record.

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) specialty consultation reports per health unit.

- If ten (10) reports are not available, 100% examination shall occur.

- Compare the off-site specialist's report received date with the date of the on-site practitioner's review.  If the review occurred within seven calendar days of receipt, the report shall be identified as compliant.  If the review did not occur within seven calendar days of receipt, the report shall be identified as noncompliant.

- If the report has a stamped received date that will be the prioritized received date.  If that date is not available, the Monitor shall retain discretion in identifying another date including, but not limited to, a faxed date or an Action Taken date.

- Consult- related information that is not attached to the consult shall be considered noncompliant until that information is appropriately attached, not to exceed 10 calendar days after CGAR submission.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 53**
**Stipulation Category: Chronic Care (01)**

</div>

<div align="center">

**CGAR Category: Chronic Care (C) © 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>Treatment plans will be developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease. |
| **CGAR Question:**<br><br>Are treatment plans developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease? |
| **Source of Records/Review:**<br><br>Chronic Care Report (randomized) and eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Audit the first ten (10) new diagnoses per health unit.<br><br>• If ten (10) new diagnoses are not available, 100% examination shall occur.<br><br>• Review eOMIS for documentation of a treatment plan within thirty (30) calendar days of the Provider's diagnosis.<br><br>• Compliance is determined based on the presence of a measurable timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing and therapeutic regimens, if appropriate.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard".<br><br>• Exclusion criteria includes non-stipulation agreement chronic care conditions, LTBI, conditions with paper treatment plans from a private prison (if identified)and previously recognized chronic conditions that are updates to coding. |

Revised: 10/05/16

**Health Care Performance Measure No. 54**
**Stipulation Category: Chronic Care (02)**

**CGAR Category: Chronic Care (C) 02**

| **Performance Measure:** |
|---|
| Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every one-hundred and eighty (180) days unless the provider documents a reason why a longer time frame can be in place. |

| **CGAR Question:** |
|---|
| Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every one-hundred and eighty (180) days unless the provider documents a reason why a longer time frame can be in place? |

| **Source of Records/Review:** |
|---|
| Chronic Care Report and eOMIS/Medical Record. |

**Methodology:**

- Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.

- Audit the first ten (10) chronic conditions per health unit.

- If ten (10) chronic conditions are not available, 100% examination shall occur.

- Audit the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order.  If the condition subject to audit has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as noncompliant.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.

- If a timeframe is ordered that exceeds one-hundred and eighty (180) days, the provider must document a reason to be considered compliant.

- Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.

- If no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other

73



chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 55
Stipulation Category: Chronic Care (03)

## CGAR Category: Chronic Care (C) 03

| |
|---|
| **Performance Measure:**<br><br>Disease management guidelines will be implemented for chronic diseases. |
| **CGAR Question:**<br><br>Are disease management guidelines implemented for chronic diseases? |
| **Source of Records/Review:**<br><br>Chronic Care Report (randomized) and eOMIS/Medical Record. |

**Methodology:**

- Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.

- If ten (10) Chronic Conditions are not available, 100% examination shall occur.

- Audit the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order(s). If the condition subject to audit has not exceeded the timeframe ordered by the provider, identify that chart as compliant. If the condition is not in current compliance, identify that condition as noncompliant.

- The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear (e.g., active cancer or ESLD) or if the presence of a chronic condition is indeterminable.

- Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.

- If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months or as listed in the bullet below. LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.

- Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 56**
**Stipulation Category: Chronic Care (04)**

**CGAR Category: Chronic Care (C) 04**

| |
|---|
| **Performance Measure:**<br><br>Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. |
| **CGAR Question:**<br><br>Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record? |
| **Source of Records/Review:**<br><br>Chronic Care Report and eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Audit the first ten (10) chronic conditions per health unit.  If ten (10) chronic conditions are not available, 100% examination shall occur.<br><br>• The condition shall be considered compliant if there is documented education for the condition, disease, or disease prevention. If no education is documented, identify the performance measure as noncompliant.<br><br>• |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 57**
**Stipulation Category: Prenatal Services (01)**

</div>

**CGAR Category: Female Care – Prenatal Preventative (C) 02**

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. |
| **CGAR Question:**<br><br>Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List and eOMIS Medical Record. |
| **Methodology:**<br><br>• Audit all inmates for the review period (Perryville only)<br><br>• Documentation of orders for prenatal vitamins and diet shall be identified as compliant, if ordered at the inmate's initial intake physical examination. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 58
Stipulation Category: Prenatal Services (02)

**CGAR Category: Female Care – Prenatal Preventative (C) 03**

| |
|---|
| **Performance Measure:**<br><br>Results of an inmate's prenatal screening tests will be documented in the medical record. |
| **CGAR Question:**<br><br>Are results of an inmate's prenatal screening tests documented in the medical record? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List and eOMIS/Medical record~~: Pregnant Inmate List~~. |
| **Methodology:**<br><br>• Audit all inmates for the review period (Perryville only).<br><br>• Review the medical files from all pregnant intakes to confirm that the results of prenatal screening tests are documented in the medical record.  Labs available for viewing shall be identified as compliant.<br><br>• Prenatal screening tests include gestational age/pregnancy test, RPR, HIV, HBV, HCV, CBC, CMP, Urine, Rubella, ABO RH and antibody.<br><br>• Labs shall be available for viewing within thirty days of pregnancy diagnosis, although remain subject to audit under HC PM #45 and #46. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 59
Stipulation Category: Preventative Services (01)

CGAR Category: Medical Records (C) 10

| Performance Measure: |
|---|
| Inmates will be screened for TB on an annual basis. |

| CGAR Question: |
|---|
| Are inmates being screened for TB on an annual basis? |

| Source of Records/Review: |
|---|
| DI37 screen in AIMS for each yard (randomized). |

**Methodology:**

- The Monitor will utilize randomized DI37 screen report from AIMS for the audited month that is distributed by Central Office. The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.

- If the PPD Date/Result is displayed as being within the past year, the chart is considered compliant. If the PPD Date/Result is displayed as being greater than one year from the audited month, the chart is noncompliant. If a Positive PPD is recorded within the past year, the chart is compliant. If a Positive PPD is recorded greater than one year from the audited month, the chart is not utilized and the next chart listed on the report will be utilized.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 60**
**Stipulation Category: Preventative Services (02)**

**CGAR Category: Intake (C) 03**

| **Performance Measure:** |
| --- |
| All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every thirty-six (36) months thereafter unless more frequent screening is clinically recommended. |

| **CGAR Question:** |
| --- |
| Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every thirty-six (36) months thereafter unless more frequent screening is clinically recommended? |

| **Source of Records/Review:** |
| --- |
| Arrival Log/List and eOMIS/Medical Record. Documentation of postings on yards. |

| **Methodology:** |
| --- |
| <ul><li>Audit ten (10) records (Perryville only) for intake Pap smears.</li><li>Audit health units and living units to ensure that postings are available regarding additional screening.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 61**
**Stipulation Category: Preventative Services (03)**

</div>

**CGAR Category: Female Care – Prenatal Preventative (C) 01**

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear every thirty-six (36) months after initial intake, unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 being offered a pap smear every thirty-six (36) months after initial intake, unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Documentation of postings on yards. Inmate Handbook (provided after intake process). |
| **Methodology:**<br><br>• Audit health units (Perryville only) and living units to ensure that postings are available advising of additional screening. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 62**
**Stipulation Category: Preventative Services (04)**

**CGAR Category: Intake (C) 04**

| |
|---|
| **Performance Measure:**<br><br>All prisoners are screened for tuberculosis upon intake. |
| **CGAR Question:**<br><br>Are prisoners screened for tuberculosis upon intake? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized) and encounters in eOMIS from inmates received at intake during the audited month. |
| **Methodology:**<br><br>• The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.<br><br>• If the PPD Date/Result that is displayed is completed by the end of the second full day of an inmate's intake arrival at the intake facility (ASPC-Phoenix, ASPC- Perryville, condemned-row, and ASPC-Tucson (minors)), the chart is considered compliant. If the PPD Date/Result that is displayed is completed beyond the end of the second full day of an inmate's intake arrival, the chart is found to be noncompliant. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 63
Stipulation Category: Infirmary Care (01)

## CGAR Category: Infirmary Care (C) 01

| |
|---|
| **Performance Measure:**<br><br>In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |
| **CGAR Question:**<br><br>Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |
| **Source of Records/Review:**<br><br>IPC Census (randomized) and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC Census and randomize using the Excel RAND (randomizing) function.<br><br>• Audit the first admission for the first ten (10) inmates with an admission admitted during the audit period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.<br><br>• If an inmate has documentation of an initial health assessment completed by a Registered Nurse on the date of admission, that admission shall be identified as compliant. The preferred documentation location is Nurse- Infirmary Admission. A documented refusal that indicates the inmate refused the assessment within the required timeframe shall be identified as compliant. The Monitor shall retain discretion for compliance determination for inmates that arrive after 2100 hours.<br><br>• Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.<br><br>• The Monitor shall retain discretion regarding audit inclusion for inmates that arrive in an IPC and are very quickly transferred to an off-Complex hospital. |

Revised: 10/05/16

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 64
Stipulation Category: Infirmary Care (02)

</div>

<div align="center">

**CGAR Category: Infirmary Care © 02**

</div>

| |
|---|
| **Performance Measure:**<br><br>In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. |
| **CGAR Question:**<br><br>Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC? |
| **Source of Records/Review:**<br><br>IPC census and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC census and randomize using the Excel RAND (randomizing) function.<br><br>• Audit the first ten (10) admissions during the audit period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.<br><br>• If an inmate has documentation of Provider evaluation and plan within the next business day after admission, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  An evaluation and treatment plan created in a discharge note shall be considered compliant if it occurred within the next business day.<br><br>• Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 65
Stipulation Category: Infirmary Care (03)

### CGAR Category: Infirmary Care (C) 03

| **Performance Measure:** |
|---|
| In an IPC, a written history and physical examination will be completed by a medical provider within seventy-two (72) hours of admission. |

| **CGAR Question:** |
|---|
| Is a written history and physical examination being completed by a medical provider of IPC inmates within seventy-two (72) hours of admission? |

| **Source of Records/Review:** |
|---|
| IPC census (randomized) and eOMIS Medical Record. |

| **Methodology:** |
|---|
| <ul><li>Obtain the IPC census and randomize using the Excel RAND (randomizing) function.</li><li>Audit the first ten (10) inmates with an admission during the audit period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.</li><li>If an inmate has documentation of a Provider history and physical examination that indicates completion within seventy-two (72) hours, the admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission. A history and physical created in a discharge note may be considered compliant if it occurred within seventy-two (72) hours of admission.</li><li>Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 66
Stipulation Category: Infirmary Care (04)

CGAR Category: Infirmary Care (C) 04

| Performance Measure: |
| --- |
| In an IPC, a Medical Provider encounter will occur at a minimum every seventy-two (72) hours. |

| CGAR Question: |
| --- |
| Are medical provider encounters occurring at a minimum of every seventy-two (72) hours for IPC inmates? |

| Source of Records/Review: |
| --- |
| IPC AIMS census and eOMIS Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Audit the first admission for the first ten (10) inmates during the audit period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>If a patient's record for the audited admission does not exceed three (3) days without documentation of a provider encounter, the admission shall be identified as compliant.</li><li>Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance measure.</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 67
Stipulation Category: Infirmary Care (05)

### CGAR Category: Infirmary Care (C) 05

| |
|---|
| **Performance Measure:** |
| In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. |

| |
|---|
| **CGAR Question:** |
| Is an RN conducting and documenting an assessment at least once every shift in the IPC? Graveyard shift assessments may be completed and documented as welfare checks. |

| |
|---|
| **Source of Records/Review:** |
| IPC AIMS census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Audit the first admission for the first ten (10) inmates during the audit period.

- If ten (10) admissions are not available, 100% examination shall occur.

- A patient's chart must include documented nursing assessments at least once every shift, although Graveyard shift assessments may be completed and documented as welfare checks. Preferred documentation includes Nurse-Infirmary Rounds and Nurse-Segregation Visit.

- Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance measure.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 68**
**Stipulation Category: Infirmary Care (06)**

</div>

**CGAR Category: Infirmary Care (C) 06**

| |
|---|
| **Performance Measure:**<br><br>In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. |
| **CGAR Question:**<br><br>Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given? |
| **Source of Records/Review:**<br><br>IPC census and eOMIS Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the IPC census and randomize using the Excel RAND (randomizing) function.</li><li>Audit the first ten (10) admissions during the audit period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.</li><li>If an inmate has documentation of Provider orders and documentation that care and treatment was administered, that admission shall be identified as compliant.</li><li>Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 69
Stipulation Category: Infirmary Care (07)

</div>

**CGAR Category: Infirmary Care (C) 07**

| |
|---|
| **Performance Measure:**<br><br>In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. |
| **CGAR Question:**<br><br>Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? |
| **Source of Records/Review:**<br><br>IPC AIMS census and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.<br><br>• Audit the first admission for the first ten (10) inmates during the audit period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• A care plan shall be considered compliant if weekly nursing care plan documentation occurs with a date and signature, including an electronic signature.<br><br>• Exclusion criteria: identified twenty-three (23)-hour observations that do not result in an admission.<br><br>• Once a discharge order is received, the inmate is no longer subject to this performance measure. |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 70
Stipulation Category: Infirmary Care (08)

**CGAR Category: Infirmary Care (C) 08**

| Performance Measure: |
|---|
| All IPC patients have properly working call buttons, and if not, health care staff perform and document thirty (30)-minute patient welfare checks. |

| CGAR Question: |
|---|
| Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting thirty (30)-minute patient welfare checks? |

| Source of Records/Review: |
|---|
| IPC census the day of audit and eOMIS/Medical Record, Form-1101-16 (showing thirty minute checks). |

| Methodology: |
|---|
| <ul><li>All IPC patients will have their call light tested on the day of audit.  Any non-working call light shall be considered noncompliant unless a Form 1101-16 is available for the most recent thirty (30)-minute period</li><li>Non-working call lights will have inmate coverage documented with Form 1101-16.</li><li>If a call light is identified as working or an inmate with a non-working call light has documentation on a Form 1101-16 for the most recent thirty (30)-minute check, the inmate shall be identified as compliant.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 71
Stipulation Category: Medical Diets (01)

## CGAR Category: Medical Diets (C) 01

| |
|---|
| **Performance Measure:** |
| Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |
| **CGAR Question:** |
| When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |
| **Source of Records/Review:** |
| ADC Diet Roster, Batch report in AIMS, and eOMIS Medical Record. |
| **Methodology:**<br><br>• The Monitor will utilize the first ten (10) charts that are appropriate from the ADC Diet Roster or Batch Report in AIMS.<br><br>• The Monitor will compare the diet order to eOMIS to determine when a Provider prescribed a special diet, which the Provider included the type of diet, duration for which it is to be provided and any special instructions.<br><br>• If any of the information is missing, the chart is found to be out of compliance.  If all the information is included, the chart is compliant. |

92

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 72**
**Stipulation Category: Medical Diets (02)**

**CGAR Category: Medical Diets (C) 02**

| |
|---|
| **Performance Measure:** |
| Inmates who refuse prescribed diets for more than three (3) consecutive days will receive follow-up nutritional counseling by a QHCP. |
| **CGAR Question:** |
| Are inmates who refuse prescribed diets for more than three (3) consecutive days receiving follow up nutritional counseling by a QHCP? |
| **Source of Records/Review:** |
| ADC dietary liaison records and eOMIS Medical Record.  IRs showing non-compliance with Diet.  Signed Diet Roster. |
| **Methodology:** |
| • The Monitor will be advised by the Dietary Liaison of noncompliant inmates that refuse their prescribed diets for more than three (3) consecutive dates. <br><br> • The Monitor will review the signed dietary signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diets.  The Monitor will utilize the first ten (10) inmate charts from the list and review eOMIS for a nutritional counseling note or under Scanned Documents for a completed refusal form. |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

### CGAR Category: Mental Health (C) 01

| |
|---|
| **Performance Measure:**<br><br>All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days. |
| **CGAR Question:**<br><br>Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br><ul><li>Ten (10) records (if available) will be selected from the randomized report for MH-3 minor inmates at Tucson and Perryville.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then "TF" is recorded and it is coded as noncompliant. If there is no contact in the audit month, then the date of the last contact is recorded and it is coded as noncompliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li></ul> |

94

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 74
Stipulation Category: Mental Health (02)

## CGAR Category: Mental Health (C) 02

| **Performance Measure:** |
|---|
| All female inmates shall be seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum. |

| **CGAR Question:** |
|---|
| Are all female prisoners being seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum? |

| **Source of Records/Review:** |
|---|
| Inpatient Hospital Report. |

| **Methodology:** |
|---|
| <ul><li>If there are more than ten (10) post-partum women during the audit month, then the inpatient hospital report will be randomized, and up to ten (10) will be reviewed.  Otherwise, all post-partum women will be reviewed for compliance.</li><li>Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived back at the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li><li>Then review eOMIS, in the Mental Health tab, to determine if the inmate was seen within five (5) business days of arriving back from the hospital.</li><li>Then ensure that the contact was completed by a licensed mental health clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 75
Stipulation Category: Mental Health (03)

## CGAR Category: Mental Health (C) 03

| |
|---|
| **Performance Measure:**<br><br>A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |
| **CGAR Question:**<br><br>Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |
| **Source of Records/Review:**<br><br>Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row (randomized). |
| **Methodology:**<br><br><ul><li>Ten (10) records (if available) at each of the required reception areas will be reviewed.</li><li>Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li><li>Then review eOMIS, in the Mental Health tab, to determine if they were seen by a mental health staff member by the end of their second full day. Generally, the contact will be categorized as an "Intake."</li><li>Also, record whether the contact was completed by a licensed clinician or by another mental health staff member.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 76
Stipulation Category: Mental Health (04)

### CGAR Category: Mental Health (C) 04

| Performance Measure: |
|---|
| If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen (14) days of his or her arrival into ADC. |

| CGAR Question: |
|---|
| If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within fourteen (14) days of his or her arrival into ADC? |

| Source of Records/Review: |
|---|
| Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician. |

| Methodology: |
|---|
| <ul><li>Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health clinician, then the record will be re-reviewed in twenty (20) days for compliance with this performance measure.</li><li>Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li><li>Review eOMIS, in the Mental Health tab, to determine if the inmate had an additional contact by a mental health clinician within fourteen (14) days of their arrival.  A monthly list of mental health clinicians is obtained from the health services contractor.</li></ul> |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

CGAR Category: Mental Health (C) 05

**Performance Measure:**

Mental health treatment plans shall be updated a minimum of every ninety (90) days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners.

**CGAR Question:**

Are mental health treatment plans being updated a minimum of every ninety (90) days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners?

**Source of Records/Review:**

Review all inmates who were identified for HC PMs ##73, 80, 82, 84, 85, 86, 87, 89 and 92.

**Methodology:**

- All records reviewed for HC PMs ##73, 80, 82, 84-87, 89, and 92 will also be reviewed for compliance with this performance measure.

- Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.

- Review eOMIS, in the Mental Health tab, for the most recent treatment plan.

- If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ninety (90) days or less (or one (1) year if applicable). If the previous treatment plan was more than ninety (90) days (or one (1) year if applicable), then "TF" is recorded and it is coded as noncompliant.

- If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed ninety (90) days or less (or one (1) year if applicable) from the last day of the reporting month. Record the date of the most recent treatment plan.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 78
Stipulation Category: Mental Health (06)

CGAR Category: Mental Health (C) 06

| Performance Measure: |
|---|
| All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |

| CGAR Question: |
|---|
| Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |

| Source of Records/Review: |
|---|
| All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the audit month. |

**Methodology:**

- All records reviewed for HC PM #77, in which the treatment plan was updated in the audit month, will also be reviewed for a face-to-face SOAPE note dated the same date if it was updated.

- A face-to-face contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), group note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch, etc.

- Review eOMIS, in the Mental Health tab, to see if there is both a treatment plan and contact on the same day.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 79
Stipulation Category: Mental Health (07)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 07**

</div>

| |
|---|
| **Performance Measure:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |

| |
|---|
| **CGAR Question:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |

| |
|---|
| **Source of Records/Review:** |
| The same inmate charts that are reviewed for HC PM #77. |

| |
|---|
| **Methodology:** |
| <ul><li>For all records reviewed for HC PM #77, who are also on psychotropic medications and seen by a psychiatric provider in the audit month, will be reviewed for the provider indicating that they reviewed the treatment plan.</li><li>Review eOMIS, in the Mental Health tab, to determine if the inmate was seen by Psychiatry during the audit month.</li><li>If they were seen during the audit month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If there is no treatment plan for them to review, this performance measure will be recorded as not applicable "N/A" and coded with a 0.</li></ul> |

<div align="right">

Revised: 10/05/16

</div>

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

CGAR Category: Mental Health (C) 08

| Performance Measure: |
|---|
| MH-3A prisoners shall be seen a minimum of every thirty (30) days by a mental health clinician. |

| CGAR Question: |
|---|
| Are MH-3A prisoners seen a minimum of every thirty (30) days by a mental health clinician? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a contact), scheduled sick call, unscheduled sick call, suicide watch, etc.

- If the contact occurred in the audit month, then look to see if the preceding contact occurred within thirty (30) days or less. If the preceding contact occurred more than thirty days before, then "TF" is recorded and it is coded as noncompliant. If there is no contact in the audit month, then the date of the last contact is recorded and it is coded non- compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

CGAR Category: Mental Health (C) 09

| Performance Measure: |
| --- |
| MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every ninety (90) days by a mental health provider. |

| CGAR Question: |
| --- |
| Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every ninety (90) days by a mental health provider? |

| Source of Records/Review: |
| --- |
| Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the audit month, then look to see if the preceding psychiatry contact occurred within ninety (90) days or less. If the preceding contact occurred more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.

- If the contact occurred in any month prior to the audit month, check if the inmate was seen ninety (90) ninety days or less before the last day of the audit month. The date of the last contact is recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

CGAR Category: Mental Health (C) 10

| Performance Measure: |
|---|
| MH-3B prisoners shall be seen a minimum of every ninety (90) days by a mental health clinician. |
| **CGAR Question:** |
| Are MH-3B prisoners being seen a minimum of every ninety (90) days by a mental health clinician? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |
| **Methodology:** |
| • Ten (10) records (if available) will be selected for review at each yard. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B. |
| • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc. |
| • If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety (90) days or less.  If the preceding contact was more than ninety (90) days, then "TF" is recorded and it is coded as noncompliant. |
| • If there is no contact in the audit month, then looked to see if the previous contact was completed ninety (90) days or less from the last day of the auditing month.  The date of the last contact is recorded. |
| • If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 11**

</div>

| |
|---|
| **Performance Measure:** |
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every ninety (90) days. |

| |
|---|
| **CGAR Question:** |
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every ninety (90) days? |

| |
|---|
| **Source of Records/Review:** |
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| |
|---|
| **Methodology:** |
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3B.</li><li>A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>If the most recent psychiatry contact occurred in the audit month, then compare that date to the preceding psychiatry contact.  If these two contacts are ninety (90) days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than one-hundred and eighty (180) days apart, then record "TF" as the date and it is coded as noncompliant.</li><li>If the most recent psychiatry contact occurred in the audit month and the preceding contact occurred between ninety (90) and one-hundred and eighty (180) days from that date, then follow the steps below to determine the prevailing diagnosis.</li></ul> |

---

1      Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

PERFORMANCE MEASURES

- If the most recent psychiatry contact did not occur in the audit month, then look to see if it occurred ninety (90) days or less from the last day of the audit month.  If it did, then record the date of the contact and it is coded as compliant.  If the most recent contact occurred more than one-hundred and eighty (180) days from the last day of the audit month, then record the date and it is coded as noncompliant.

- If the most recent psychiatry contact occurred between ninety (90) and one-hundred and eighty (180) days from the last day of the audit month, the follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis:  First look at the first psychiatry contact that did not occur in the audit month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the audit month.  If there is no diagnosis, then the default is ninety (90) days.

- Recording the Prevailing Diagnosis:  First record an "N" if the diagnosis is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

CGAR Category: Mental Health (C) 12

| | |
|---|---|
| **Performance Measure:**<br><br>MH-3C prisoners shall be seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider. | |

**CGAR Question:**

Are MH-3C prisoners seen a minimum of every one-hundred-and-eighty (180) days by a mental health provider?

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the audit month, then look to see if the preceding contact occurred within one-hundred-and-eighty (180) days. If the preceding contact occurred more than one-hundred-and-eighty (180) days before, then "TF" is recorded and it is coded as noncompliant.

- If the contact occurred in any month prior to the audit month, look to see if the inmate was seen one-hundred-and-eighty (180) days or less before the last day of the audit month. If the most recent contact is more than one-hundred-and-eighty (180) days from the last day of the audit month, then the date of the contact is recorded and it is coded as noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| |
|---|
| **Performance Measure:** |
| MH-3D prisoners shall be seen by a mental health provider within thirty (30) days of discontinuing medications. |
| **CGAR Question:** |
| Are MH-3D prisoners seen by a mental health provider within thirty (30) days of discontinuing medications? |
| **Source of Records/Review:** |
| MH 3D Log (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

- Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.  Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued.  This date is recorded on the spreadsheet.

- If the medications were discontinued in any month prior to the auditing month, then look to see if the required subsequent psychiatric contact has occurred.  If the subsequent contact occurred in any month prior to the auditing month, then it will be coded with a 0.

- If the subsequent contact occurred in the audit month, then look to see if it is no more than thirty (30) days after the discontinuation date.  If the subsequent contact occurred more than thirty (30) days after the discontinuation date, then "TF" will be recorded and it will be coded as noncompliant.

- If the medications were discontinued after February 2015, and the subsequent contact still has not occurred, this would result in a noncompliant finding.

- If the inmate has not been on medications during this incarceration, then "N/A" will be recorded and it will be coded with a 0.

- If the medications were discontinued in the audit month, and no follow up has yet occurred,

107

then the date of the discontinuation will be recorded and it will be coded with a 0.  If the subsequent contact occurred later in the audit month, then it will be coded as compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

CGAR Category: Mental Health (C) 14

| **Performance Measure:** |
|---|
| MH-3D prisoners shall be seen a minimum of every ninety (90) days by a mental health clinician for a minimum of six (6) months after discontinuing medication. |

| **CGAR Question:** |
|---|
| Are MH-3D prisoners seen a minimum of every ninety (90) days by a mental health clinician for a minimum of six (6) months after discontinuing medication? |

| **Source of Records/Review:** |
|---|
| Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH-3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |

| **Methodology:** |
|---|
| <ul><li>All of the records from HC PM #85 will be reviewed for this PM.  If ten (10) records were not located for PM #85, then the remaining required records will be reviewed for this PM.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3D.</li><li>Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred ninety (90) days or less.  If the preceding contact was more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If there is no contact in the audit month, then look to see if the most recent contact occurred ninety (90) days or less from the last day of the audit month.  If it the two dates are more than ninety (90) days apart, then the date of the most recent contact is recorded and it is coded as noncompliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

**CGAR Category: Mental Health (C) 15**

| |
|---|
| **Performance Measure:**<br><br>MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every thirty (30) days. |
| **CGAR Question:**<br><br>Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every thirty (30) days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) will be selected for review at each residential program.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch, etc.<br><br>• If the individual contact occurred in the audit month, then look to see if the preceding contact occurred within thirty (30) days or less.  If the preceding contact occurred more than thirty (30) days before, then "TF" is recorded and it is coded as noncompliant.<br><br>• If there is no contact in the audit month, then the date of the most recent contact is recorded and it is coded as noncompliant.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

CGAR Category: Mental Health (C) 16

| Performance Measure: |
| --- |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every ninety (90) days. |

| CGAR Question: |
| --- |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every ninety (90) days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The same records from HC PM #87 will be reviewed for this PM</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the audit month, then look to see if the preceding contact occurred within ninety (90) days or less. If the preceding contact occurred more than ninety (90) days before, then "TF" is recorded and it is coded as noncompliant.</li><li>If the contact occurred in any month prior to the audit month, look to see if the inmate was seen ninety (90) days or less before the last day of the audit month. If the two dates are more than ninety (90) days apart, then the date of the most recent psychiatry contact is recorded and it is coded as noncompliant.</li><li>If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

**CGAR Category: Mental Health (C) 17**

| **Performance Measure:** |
|---|
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |

| **CGAR Question:** |
|---|
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |

| **Source of Records/Review:** |
|---|
| AIMS DA14 Batch Report (randomized). |

| **Methodology:** |
|---|
| <ul><li>Ten (10) records (if available) will be selected for review at each unit with an inpatient program.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-5.</li><li>Review eOMIS, in the Mental Health tab, for the contacts by a clinician.  A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch, etc.</li><li>To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.</li><li>Record the total number in compliance over the total number of individual contacts that should have occurred (e.g., 2/3, 4/4).</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

112

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 18**

</div>

| |
|---|
| **Performance Measure:**<br><br>MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every thirty (30) days. |
| **CGAR Question:**<br><br>Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every thirty (30) days? |
| **Source of Records/Review:**<br><br>The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications. |
| **Methodology:**<br><br>• The records reviewed for HC PM #89 will before reviewed for this PM.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH-5.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.<br><br>• If the contact occurred in the audit month, look to see if the preceding contact occurred within thirty (30) days or less. If the preceding contact was more than thirty (30) days before, then "TF" is recorded and it is coded as noncompliant.<br><br>• If there is no contact in the audit month, then the date of the most recent contact is recorded and it is coded as noncompliant.<br><br>• If the inmate is not currently on medications, then "N/A" is recorded and it is coded with a 0.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Revised: 10/05/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 91
Stipulation Category: Mental Health (19)

CGAR Category: Mental Health (C) 19

| Performance Measure: |
| --- |
| MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. |

| CGAR Question: |
| --- |
| Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? |

| Source of Records/Review: |
| --- |
| Phoenix Complex Continuous Watch Log (randomized). |

| Methodology: |
| --- |
| <ul><li>The first ten (10) records (if available) will be selected for review.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-5.</li><li>Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch.</li><li>A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch, etc.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

CGAR Category: Mental Health (C) 20

| Performance Measure: |
|---|
| MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every thirty (30) days. |

| CGAR Question: |
|---|
| Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every thirty (30) days? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- The first ten (10) records (if available) will be selected for review at each maximum custody unit.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH-3 or higher.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.

- If the contact occurred in the audit month, look to see if the preceding contact occurred within thirty (30) days or less. If the preceding contact occurred more than thirty (30) days before, then "TF" is recorded and it is coded as noncompliant.

- If there is no contact in the audit month, then the date of the last contact is recorded and it is coded as noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 93
Stipulation Category: Mental Health (21)

CGAR Category: Mental Health (C) 21

| Performance Measure: |
|---|
| Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. |

| CGAR Question: |
|---|
| Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? |

| Source of Records/Review: |
|---|
| The records for the same inmates reviewed for HC PM #92. |

| Methodology: |
|---|
| <ul><li>Review the same records from HC PM #92 for compliance with this PM.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3 or higher.</li><li>Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff.</li><li>In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody.  A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.</li><li>Record the total number in compliance over the total number of rounds that should have occurred (e.g., 2/3, 4/4).</li><li>If there is a gap in rounds, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 94
Stipulation Category: Mental Health (22)

**CGAR Category: Mental Health (C) 22**

| Performance Measure: |
| --- |
| All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |

| CGAR Question: |
| --- |
| Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |

| Source of Records/Review: |
| --- |
| Suicide Watch Log (randomized). |

| Methodology: |
| --- |
| <ul><li>A minimum of ten (10) records (if available) per complex will be reviewed, except ASPC Eyman where twenty records will be reviewed.</li><li>Review eOMIS under the Nursing Favorites tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the audit month.  A contact note may be found in various locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit, treatment plan, scheduled sick call, unscheduled sick call, and suicide watch.</li><li>Also, verify that the contacts completed during normal business days were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.</li><li>The date (or month if outside of the audit month) the inmate was placed on watch will be recorded.  The date the inmate was discontinued from watch will be recorded (or "N/A" if the inmate is on watch beyond the last day of the audit month).  Any dates that a note is missing will also be recorded, or "None" will be indicated if all documentation was located.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 95
Stipulation Category: Mental Health (23)

## CGAR Category: Mental Health (C) 23

| |
|---|
| **Performance Measure:**<br><br>Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between twenty-four (24) and seventy-two (72) hours after discontinuation, between seven (7) and ten (10) days after discontinuation, and between twenty one (21) and twenty-four (24) days after discontinuation of the watch. |
| **CGAR Question:**<br><br>Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?  Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between twenty-four (24) and seventy-two (72) hours after discontinuation, and between seven (7) to ten (10) days, and between twenty one (21) and twenty-four (24) days after discontinuation of the watch? |
| **Source of Records/Review:**<br><br>Suicide Watch Log (randomized). |
| **Methodology:**<br><br><ul><li>A minimum of ten (10) inmate (if available) per complex will be reviewed, except ASPC-Eyman where twenty (20) records will be reviewed.</li><li>Review eOMIS under the Mental Health tab for the required watch follow-up note(s).  A watch follow-up note may be found in a variety of locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, and initial psychiatric evaluation.</li><li>Record the date the watch was discontinued.  Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the audit month.</li><li>Also, verify that the clinician, who discontinued the watch (during the audit month), was a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.</li><li>The dates of the watch follow up contacts will each be recorded.  If the follow up was</li></ul> |

Revised: 10/05/16

not due during the audit month, then "N/A" will be recorded.  If a required contact during the audit month did not occur or was not done on the correct date, then this will be recorded and it will be coded as noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 96
Stipulation Category: Mental Health (24)

CGAR Category: Mental Health (C) 24

| Performance Measure: |
| --- |
| A reentry/discharge plan shall be established no later than thirty (30) days prior to release from ADC for all prisoners who are MH-3 or above. |

| CGAR Question: |
| --- |
| Are reentry/discharge plans established no later than thirty (30) days prior to release from ADC for all prisoners who are MH-3 or above? |

| Source of Records/Review: |
| --- |
| DA04 AIMS Batch Report at each Complex. |

| Methodology: |
| --- |
| <ul><li>Ten (10) records (if available) per yard will be reviewed.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH-3 or higher.</li><li>Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be marked compliant if it was done thirty (30) days or more before the inmate's release date. The date the release plan was completed and the date of the inmate's release will both be recorded.</li><li>Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)</li><li>If the inmate was incarcerated for less than thirty (30) days, or was on the mental health caseload for less than thirty (30) days, then "N/A" will be recorded and it will be coded with a 0.</li></ul> |

Revised: 10/05/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

CGAR Category: Mental Health (C) 25

| Performance Measure: |
|---|
| A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. |

| CGAR Question: |
|---|
| Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? |

| Source of Records/Review: |
|---|
| Telepsychiatry Logs (randomized). |

| Methodology: |
|---|
| <ul><li>Ten (10) records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.</li><li>Review eOMIS, in the Mental Health tab, for any non-clinical contact note which contains the required documents needing to be scanned in and indicates where the rest of the documents can be located.</li><li>Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review prior to the appointment with the provider.</li><li>If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as "N/A".  This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 98
Stipulation Category: Mental Health (26)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 26**

</div>

| |
|---|
| **Performance Measure:**<br><br>Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. |
| **CGAR Question:**<br><br>Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) from each yard will be reviewed for compliance with this performance measure.<br><br>• If the HNR is determined to be emergent, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen immediately after the triage was completed.<br><br>• If the HNR is determined to be an urgent medication issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within twenty-four (24) hours after the triage was completed.<br><br>• If the HNR is determined to be an urgent non-medication issue describing serious mental health symptoms, then review Heath Service encounters under the Nursing tab, to determine if the inmate was seen within twenty-four (24) hours after the triage was completed.<br><br>• If the HNR is related to routine mental health needs, then determine if the inmate was seen or responded to with a specific plan within five (5) business days of the date nursing triaged the HNR.  Review any response notes on the Mental Health HNRs in Scanned Documents.  If there are no response on the HNR, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within five (5) business days of the HNR triage date.  These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, or suicide watch.<br><br>• If the HNR is a routine request to see psychiatry, then determine if a referral is made to a |

<div align="center">

122

</div>

**PERFORMANCE MEASURES**

psychiatric provider.  Review any response on the HNR to determine if there was a direct referral to a Psychiatric provider.  If the inmate was seen by nursing or mental health staff, then review the encounter documentation to determine whether the inmate was referred to a psychiatric provider.

- For inmates who are referred to a psychiatric provider after turning in an HNR requesting such, then determine whether the inmate was seen by a psychiatric provider within fourteen (14) calendar days from the date of the referral.

- The date of the triage or referral will be recorded.  The date of the response or contact will be recorded.  The department (Psychology or Psychiatry) will be recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcut "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 99
Stipulation Category: Mental Health (27)

## CGAR Category: Mental Health (C) 27

| |
|---|
| **Performance Measure:**<br><br>Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |
| **CGAR Question:**<br><br>Are peer reviews being conducted as set forth in the current MHTM? |
| **Source of Records/Review:**<br><br>Peer Review Report |
| **Methodology:**<br><br>• Sort and separate the report by Complex.<br><br>• Sort each Complex by hire date.  Providers employed less than one year are exempt from review.<br><br>• Review each provider's hire date compared to their completed annual peer review date.<br><br>• Mental health staff without documented peer reviews completed within one (1) year of their hire date will result in noncompliance with the performance measure. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 100
Stipulation Category: Dental (01)

## CGAR Category: Dental (C) 01

**Performance Measure:**

Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs.

**CGAR Question:**

Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs?

**Source of Records/Review:**

Randomized Correctional Dental Software (CDS) Report.

**Methodology:**

- Randomize the CDS Report and provide it to Dr. Chu (HSCMB) or Designee.

- The Auditor will review the CDS report to locate inmates on the routine care list who were seen for urgent care or pain appointments in the audited month to determine whether these inmates are still on the routine care list.

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

</div>

### CGAR Category: Dental (C) 02

| |
|---|
| **Performance Measure:**<br><br>Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |
| **CGAR Question:**<br><br>Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |
| **Source of Records/Review:**<br><br>Randomized CDS Report |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to Dr. Chu (HSCMB) or Designee.<br><br>• The Auditor will review the Appointment Lists for the audited month and randomly select ten (10) inmate names/numbers to see if there was an order for history, vital signs and dental radiographs by the Dentist.  If there was an order, the auditor will review the entry in eOMIS pertaining to that specific visit and see if the history, vital signs and radiographs were completed as ordered. |

<div align="right">

Revised: 10/05/16

</div>

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

### CGAR Category: Dental (C) 03

| |
|---|
| **Performance Measure:** |
| Routine dental care wait times will be no more than ninety (90) days from the date the HNR was received. |
| **CGAR Question:** |
| Are routine dental care wait times no more than ninety (90) days from the date the HNR was received? |
| **Source of Records/Review:** |
| CDS Report (randomized). |
| **Methodology:** |
| <ul><li>Randomize the CDS Report and provide it to Dr. Chu (HSCMB) or Designee.</li><li>The Auditor will select the first ten (10) inmates on the appointment lists (routine) and make sure that routine dental care wait times are no more than ninety (90) days from the date the HNR was received.</li></ul> |

Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 103**
**Stipulation Category: Dental (04)**

</div>

## CGAR Category: Dental(C) 04

| |
|---|
| **Performance Measure:** |
| Urgent care wait times, as determined by the contracted vendor, shall be no more than seventy-two (72) hours from the date the HNR was received. |
| **CGAR Question:** |
| Are urgent dental care wait times, as determined by the contracted vendor, no more than seventy-two (72) hours from the date the HNR was received by dental? |
| **Source of Records/Review:** |
| CDS Report (randomized). |
| **Methodology:** |
| <ul><li>Randomize the CDS Report and provide it provide to Dr. Chu (HSCMB) or Designee.</li><li>The Auditor will select the first ten (10) inmates on the appointment lists (urgent) and make sure that urgent dental care wait times are no more than seventy-two (72) hours from the date the HNR was received by dental.</li></ul> |

128

PERFORMANCE MEASURES

**Max Custody Performance Measure No. 01[2]**
**Stipulation Category: Max Custody (01)**

**CGAR Category: Max Custody**

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered a minimum of 7.5 hours out-of-cell time per week.   Those at Step II are offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III are offered a minimum of 9.5 hours out-of-cell time per week.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman- Browning, Eyman- SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered a minimum of 7.5 hours out-of-cell time per week? Are those at Step II offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III offered a minimum of 9.5 hours out-of-cell time per week?

---

**Source of Records/Review:**

Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out-of-Cell Time Tracking Forms for ten (10) randomly selected inmates:

The ADC Division Director of Offender Operations, or designee, randomly selects the week to be used using a random number generator, such as random.org or other randomizing methodology, and distributes notice of the selected week on the first of the month (or the next State of Arizona business day thereafter if the first of the month is not a business day) following the audited month (e.g., the week to be audited for January will be announced on the first day of February (or the next business day thereafter if the first of February is not a State of Arizona business day).

The count sheets for the unit are used to determine the pool of eligible inmates.  The total number of inmates eligible for DI 326 is then divided by ten, and every *nth* inmate is reviewed. If a randomly selected inmate was not present in the unit for the full seven (7) days of the auditing week, that inmate's records are not reviewed and the inmate either directly above or below the randomly selected inmate who was on the unit for the full seven (7) days is used.  The Maximum Custody Daily Out-of-Cell Time Tracking Form for the specified auditing week is reviewed for each of the ten (10) inmates.

---

[2]   The parties have not finalized this MC PM.  Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time.  This final review has not occurred.

Revised: 10/05/16

**Methodology:**

- At each designated location, Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for each monitored month. The Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for compliance with MC PM #1, and the events recorded on each of the Maximum Custody Daily Out-of-Cell Time Tracking Forms selected for the month are compared against the Max Custody and/or (SMI) Mental Health Monthly Activity Schedule. Deviations from the Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) that occur on the same day do not require any additional documentation. For any activities that are cancelled for the and not made up on the same day, an Information Report (IR) is written. This IR and any other pertinent information necessary to support findings is reviewed and included in the compliance documentation.

- At each designated location, Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed for the one randomly selected week for each monitored month, for the ten (10) randomly selected inmates. Step levels for each inmate are noted and compliance with MC PM #1 for each inmate is determined. If refusals of out of cell time are recorded on the Maximum Custody Daily Out-of-Cell Time Tracking Form, the refusal, indicating the amount of out-of-cell time offered and refused, must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign, two (2) staff members shall sign. Failure to document a refusal properly will lead to a finding of non-compliance for that record. Beginning and ending times for all out of cell time must be noted on the Maximum Custody Daily Out-of-Cell Time Tracking Form unless an inmate refuses that time. In the case of a refusal, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received out-of-cell is recorded in the Comments Section of the Tracking Form next to the signed refusal. Failure to document these times may lead to a noncompliant finding for that record.

- The reviewer notes the step level for each inmate in order to determine the minimum amount of out of cell time the inmate should have been afforded during the auditing week. This minimum amount of time is compared against the actual amount of time recorded on each inmate's Maximum Custody Daily Out-of-Cell Time Tracking Form.

- If one of the inmates selected for this measure is designated SMI, out-of-cell time required under MC PM #8 for SMI shall not be double-counted towards compliance with this performance measure. However, if the minimum number of hours is met for MC PM #8 and additional "overage hours" exist, these "overage hours" may be counted towards compliance with this performance measure.

Revised: 10/05/16

PERFORMANCE MEASURES

Max Custody Performance Measure No. 02[3]
Stipulation Category: Max Custody (02)

## CGAR Category: Max Custody

**Performance Measure:**

All maximum custody inmates at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered at least one hour of out-of-cell group programming a week at Step II and Step III.

**CGAR Question:**

Are all maximum custody inmates at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered at least one hour of out-of-cell group programming a week at Step II and Step III?

**Source of Records/Review:**

Max Custody and SMI Mental Health Monthly Program Activity Schedule; Maximum Custody Daily Out-of-Cell Time Tracking Form; Max Custody and SMI Mental Health Monthly Programming Attendance/Sign-In Sheets (containing inmate signature).

**Methodology:**

- The records of the inmates selected for MC PM #1 are also reviewed for this performance measure. The same week is also reviewed.

- At each designated location, Max Custody and SMI Mental Health Monthly Program Activity Schedule are reviewed for each monitored month. Max Custody and SMI Mental Health Monthly Program Activity Schedule are reviewed for compliance with MC PM #2, and the group programming recorded on each of the Maximum Custody Daily Out-of-Cell Time Tracking Forms selected for the month are compared against the Activity Schedule. Deviations from the Max Custody and SMI Mental Health Monthly Program Activity Schedule that occur on the same day do not require any additional documentation. For any activities that are cancelled and not made up on the same day an Information Report (IR) is written. This IR and any other pertinent information

---

[3]   The parties have not finalized this MC PM. Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time. This final review has not occurred.

Revised: 10/05/16

necessary to support findings is reviewed and included in the compliance documentation.

- At each designated location, Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed for the one randomly selected week for each monitored month for the ten (10) randomly selected inmates. The Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed to determine if the Step II and Step III inmates were afforded one hour of group programming during the auditing week. Beginning and ending times for the group programming should be noted on the Tracking Form unless the inmate refuses that time. If a refusal of group programming is recorded on the Maximum Custody Daily Out-of-Cell Time Tracking Form, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received in programming is recorded in the Comments Section of the Form next to the signed refusal. The refusal must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign, two (2) staff members must sign. Failure to properly document a refusal may lead to a noncompliant finding for that record.

- At each designated location, Max Custody and SMI Mental Health Monthly Programming Attendance/Sign-In Sheets for Step II and III are compared against the group programming recorded in the Maximum Custody Daily Out-of-Cell Time Tracking Forms of the ten (10) randomly selected inmates to confirm that the inmates attended the programs indicated. Reviewers shall confirm that each selected inmate signed into the group program with his/her signature. Failure to confirm attendance may result in a noncompliant finding for that record.

Revised: 10/05/16

Max Custody Performance Measure No. 03[4]
Stipulation Category: Max Custody (03)

### CGAR Category: Max Custody

| Performance Measure: |
|---|
| All out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled is properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶ 26 of the Stipulation. |

| CGAR Question: |
|---|
| Is all out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶ 26 of the Stipulation. |

| Source of Records/Review: |
|---|
| Maximum Custody Daily Out-of-Cell Time Tracking Forms for the ten (10) inmates randomly selected for the month, for the auditing week; any IRs, or if no IR then other documentation generated during the auditing week pertaining to the cancellation or limitation of out-of-cell time is reviewed; documentation of out of cell time made up is also reviewed. <br><br> Warden Certification of individual security risk necessitating limitation or cancellation where applicable to randomly selected prisoner. |

| Methodology: |
|---|
| • The records of the inmates selected for MC PM #1 are also reviewed for this performance measure. The same week is also reviewed. <br><br> • The records of the inmates selected for MC PM #8 are also reviewed for this performance measure. The same week is also reviewed. <br><br> • Any cancelled or missing activities required by MC PM ##1, 2 and 8 are noted. <br><br> • If there are any cancellations/limitations of out-of-cell time, it is first determined whether it was for a legitimate operational or safety and security reasons, including: an unexpected staffing shortage, inclement weather, or facility emergency lockdown. The reason for any cancellation/limitation of out-of-cell time is noted on the Comments Section of the inmate's Maximum Custody Daily Out-of-Cell Time Tracking Form. A reason other |

---

[4]   The parties have not finalized this MC PM. Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time. This final review has not occurred.

Revised: 10/05/16

than for legitimate operational or safety and security reasons for cancellation requires a finding of non-compliance. These findings are documented in the monthly Monitoring Overview for this Performance Measure.

- Next it is determined if reasonable steps were taken to make up the out-of-cell time. If no steps were taken to make up the required out-of-cell time, the reason is documented. If the reviewer concludes that reasonable steps could have been taken, this is the basis for a finding of non-compliance. Insufficient time remaining at the end of a week may be the basis for a compliant finding. These findings are documented in the monthly Monitoring Overview for this Performance Measure.

- If an individual inmate's required out of cell time under DI 326 is cancelled or limited and is not made up, the complex Warden, or designee, will write a Warden's Certification documenting that allowing such an inmate out-of-cell time would pose a significant security risk. The lack of such a certification may lead to a finding of non-compliance. The time frame for a Warden's Certification is reviewed to determine whether it is current. Any Warden's Certification with a date further out than one calendar month is "expired" and warrants a finding of noncompliance. The Warden's Certification and the findings of compliance/non-compliance for this measure are documented in the monthly Monitoring Overview for this Performance Measure.

**PERFORMANCE MEASURES**

Max Custody Performance Measure No. 04[5]
Stipulation Category: Max Custody (04)

## CGAR Category: Max Custody

| Performance Measure: |
| --- |
| All maximum custody prisoners receive meals with the same caloric and nutritional content as meals served to other ADC prisoners. |

| CGAR Question: |
| --- |
| Are all maximum custody prisoners receiving meals with the same caloric and nutritional content as meals served to other ADC prisoners? |

| Source of Records/Review: |
| --- |
| Max Custody Prisoner Meal Food Services Menu. |

| Methodology: |
| --- |
| • At each designated location, Max Custody Prisoner Food Services Menus are selected for each monitored month.[6] <br><br> • The contracted Food Vendor provides a memo certifying whether or not the inmates in maximum custody settings are receiving meals with the same caloric and nutritional content as those in lower custody areas on a monthly basis, including the average daily caloric level for the month.  The memo produced by the contracted Food Vendor is uploaded into the CGAR.[7] |

---

[5] The parties have not finalized this MC PM.  Furthermore, due to track-changes software issues, the parties agreed that any changes made would not be final until the parties have had the opportunity to review all of the changes one final time.  This final review has not occurred.

[6] Max Custody Prisoner Food Services Menus are not updated monthly and only occur when they are incorporated into the contract.

[7] The parties agreed that production of the Statement of Nutritional Adequacy memo will occur on a rotating six-month basis, unless the diet menus are revised.  The diet menus were recently revised on August 1, 2016 and Defendants produced the revised Statement of Nutritional Adequacy memo.

PERFORMANCE MEASURES

**Max Custody Performance Measure No. 05[8]**
**Stipulation Category: Max Custody (05)**

**CGAR Category: Max Custody**

| **Performance Measure:** |
|---|
| All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max are offered a minimum of 6 hours of out-of-cell exercise time a week. |
| **CGAR Question:** |
| Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max offered a minimum of 6 hours of out-of-cell exercise time a week? |
| **Source of Records/Review:** |
| Max Custody and SMI Mental Health Monthly Program Activity Schedule; Maximum Custody Daily Out-of-Cell Time Tracking Forms. |
| **Methodology:** |
| <ul><li>The records of the inmates selected for MC PM #1 are also reviewed for this performance measure.  The same week is also reviewed.</li><li>At each designated location, the Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed for compliance with this measure.  Each record is reviewed to determine whether each inmate was provided or offered a minimum of six hours of out-of-cell exercise/recreation during the auditing week.  If an inmate is afforded less than six (6) hours of recreation time per week this may result in a noncompliant finding for that record.</li><li>If a refusal of recreation is recorded on the Maximum Custody Daily Out-of-Cell Time Tracking Form, the refusal must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign, signed by two (2) staff members.  The location of the recreation time offered and refused is recorded on the Maximum Custody Daily Out-of-Cell Time Tracking Form.  Failure to properly document a refusal may lead to a noncompliant finding for that record.  Beginning and ending times for each period of accepted out-of-cell recreation are noted on the Maximum Custody Daily Out-of-Cell Time Tracking Form.  Failure to document these times may lead to a noncompliant</li></ul> |

[8]   The parties have not finalized this MC PM.  Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time.  This final review has not occurred.

Revised: 10/05/16

PERFORMANCE MEASURES

finding for that record.

**P E R F O R M A N C E   M E A S U R E S**

**Max Custody Performance Measure No. 06[9]**
**Stipulation Category: Max Custody (06)**

**CGAR Category: Max Custody**

| |
|---|
| **Performance Measure:**<br><br>All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy. |
| **CGAR Question:**<br><br>Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy? |
| **Source of Records/Review:**<br><br>Max Custody and SMI Mental Health Monthly Program Activity Schedule; Maximum Custody Daily Out-of-Cell Time Tracking Form; Max Custody and SMI Mental Health Monthly Programming Attendance/Sign-In Sheets (containing prisoner signature); Prisoner Property files, telephone records, visitation records, and inmate bank account record reflecting weekly maximum spending. |
| **Methodology:**<br><br>a.   The records of the inmates selected for MC PM #1 are also reviewed for this performance measure.  The same week is also reviewed.<br><br>b.   Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed for each inmate to ensure access to the out-of-cell time required under DI 326.  If the required out of cell time was not offered to the inmate, then there may be a finding of noncompliance for the inmate for this performance measure.<br><br>c.   Prisoner Property Files for the ten (10) randomly selected inmates are reviewed to identify access to allowable property consistent with the inmate's Step Level under DI 326 for each monitored month.  If an inmate does not have access to property consistent with his/her Step Level and Incentive Phase, then there may be a finding of noncompliance for the |

---

[9]   The parties have not finalized this MC PM.  Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time.  This final review has not occurred.

Revised: 10/05/16

inmate for this performance measure.

d.  Prisoner telephone and visitation records are reviewed for the ten (10) randomly selected inmates to identify access to telephone and visitation privileges consistent with the inmate's Step Level.  If an inmate does not have access to visitation and/or telephone privileges consistent with his/her Step Level, then there may be a finding of noncompliance for the inmate for this performance measure.

e.  Inmate bank account records are reviewed for the ten (10) randomly selected inmates to identify whether each inmate has access to the weekly maximum spending amount consistent with the inmate's Step Level and Incentive Phase amount.  If an inmate does not have access to the weekly maximum spending amount consistent with his/her Step Level and Incentive Phase, then there may be a finding of noncompliance for the inmate for this performance measure.

a.  The reviewer should note the Step Level for each inmate record reviewed and determine whether the type/location of recreation offered is consistent with the requirements of DI 326.  The location of the recreation offered and refused is recorded in the Maximum Custody Daily Out-of-Cell Time Tracking Form, and the duration of recreation time refused should be noted in the Comment Section of the Maximum Custody Daily Out-of-Cell Time Tracking Form, followed by the inmate or staff member signatures, whichever is applicable. For example, a Step III inmate at Eyman-SMU I should be offered six hours per week of recreation to include one-time per month in a 10 x 10 enclosure (which holds up to four inmates), one time per month in 20 x 40 basketball enclosure (which holds up to eight inmates), and one-time per month recreation/par course field.  The reviewer looks at the week audited.

Revised: 10/05/16

**PERFORMANCE MEASURES**

## CGAR Category: Max Custody

| Performance Measure: |
|---|
| No prisoners with a mental health classification of MH3 or higher are housed in Florence Central-CB-5 or CB-7 unless the cell fronts are substantially modified to increase visibility. |

| CGAR Question: |
|---|
| Are there any prisoners with a mental health classification of MH3 or higher housed in Florence Central-CB-5 or CB-7 without a cell front that has been substantially modified to increase visibility? |

| Source of Records/Review: |
|---|
| Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher: The Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher is reviewed for one randomly selected day of each monitored month. |

| Methodology: |
|---|
| • Pursuant to Defendants providing a declaration from Division Director Carson McWilliams attesting to the alteration of all of the CB5 and CB7 cells, Plaintiffs have agreed that Defendants no longer must monitor this MC PM. (Letter from Fettig to Gottfried/Rand dated Oct. 4, 2016.) Defendants have agreed to notify Plaintiffs if the cell fronts in these locations are substantially modified in the future during the life of the Stipulation (Dkt. 1185). (*Id.*) |

140

**PERFORMANCE MEASURES**

<div align="right">

**Max Custody Performance Measure No. 08[10]**
**Stipulation Category: Max Custody (08)**

</div>

### CGAR Category: Max Custody

---

**Performance Measure:**

In addition to the general privileges and incentives afforded to prisoners under DI 326, all SMI prisoners in maximum custody receive:

• 10 hours of unstructured out-of-cell time per week
•  1 hour of additional out-of-cell mental health programming per week
•  1 hour of additional out-of-cell psycho-educational programming per week
•  1 hour of additional out-of-cell programming per week

---

**CGAR Question:**

In addition to the general privileges and incentives afforded to prisoners under DI 326, are all SMI prisoners in maximum custody, receiving:

• 10 hours of unstructured out-of-cell time per week
•  1 hour of additional out-of-cell mental health programming per week
•  1 hour of additional out-of-cell psycho-educational programming per week
•  1 hour of additional out-of-cell programming per week

---

**Source of Records/Review:**

Maximum Custody and SMI Mental Health Monthly Program Activity Schedule; Maximum Custody Daily Out-of-Cell Time Tracking Form; Max Custody and SMI Mental Health Monthly Programming Attendance/Sign-In Sheets (containing inmate signature).

---

**Methodology:**

a.   The same week selected for MC PM #1 is reviewed for this performance measure.

b.   At each maximum custody unit where SMI inmates are housed, the count sheets for the unit are used to determine the pool of ten (10) randomly selected records reviewed for this measure.

c.   The total number of inmates classified as SMI is then divided by ten (10), and every *nth* inmate is reviewed.  If a randomly selected inmate was not present in the unit for the full seven (7) days of the auditing week, that inmate's records are not reviewed and the next SMI

---

[10]   The parties have not finalized this MC PM.  Furthermore, due to track-changes software issues, the parties agreed that any changes made are not final until the parties have had the opportunity to review all of the changes one final time.  This final review has not occurred.

<div align="right">Revised: 10/05/16</div>

inmate either directly above or below the randomly selected SMI inmate is selected. If no SMI inmate is listed either directly above or below the randomly selected SMI inmate, then the next SMI inmate listed in the roster who was housed in the unit for the full seven (7) days is used. The Maximum Custody Daily Out-of-Cell Time Tracking Form for the specified auditing week is reviewed for each of the ten (10) SMI inmates.

d.  Maximum Custody and SMI Mental Health Monthly Program Activity Schedule is reviewed for each monitored month and reviewed for compliance with MC PM #8 and the events recorded on each of the Maximum Custody Daily Out-of-Cell Time Tracking Forms selected for the month are compared against the Maximum Custody and SMI Mental Health Monthly Program Activity Schedule. Deviations from the Maximum Custody and SMI Mental Health Monthly Program Activity Schedule that occur on the same day do not require any additional documentation. For any activities that are cancelled and not made up on the same day, an IR (Information Report) is written. This IR and any other pertinent information necessary to support findings is reviewed and included in the compliance documentation.

e.  The Maximum Custody Daily Out-of-Cell Time Tracking Forms are reviewed in order to determine compliance with MC PM #8 for each SMI inmate selected. If refusals of out of cell time are recorded on the Maximum Custody Daily Out-of-Cell Time Tracking Form, the refusal must be signed by the inmate in the Comments Section of the Maximum Custody Daily Out-of-Cell Time Tracking Form, or if the inmate refuses to sign, signed by two (2) staff members. Failure to properly document a refusal may lead to a noncompliant finding. Beginning and ending times for each period of out-of-cell recreation are noted on the Maximum Custody Daily Out-of-Cell Time Tracking Form, unless an inmate refuses that time. In the case of a refusal, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received out-of-cell is recorded in the Comments Section of the Tracking Form next to the signed refusal. Failure to document these times may result in a noncompliant finding for that record.

f.  Max Custody and SMI Mental Health Monthly Programming Attendance/Sign-In Sheets are reviewed for the selected SMI inmates to confirm that the inmates attended all of the programs (e.g., mental health; psychological-education; out-of-cell programming; DI 326) reflected on the Maximum Custody Daily Out-of-Cell Time Tracking Form. Any discrepancies are noted. If such discrepancies cannot be reconciled, this may result in a noncompliant finding for the record at issue.

g.  For each of the selected SMI inmates, the Step Level is recorded, and it is determined if the basic requirements of DI 326 are met.

- Determine whether Step II and III SMI inmates are receiving their one hour of group programming under DI 326 in addition to all of the SMI requirements enumerated below.

- Determine whether each of the SMI inmates was afforded ten (10) hours of unstructured out-of-cell time during the auditing week.

- Determine whether each of the SMI inmates was afforded one hour of mental health group programming during the auditing week.

- Determine whether each of the SMI inmates was afforded one hour of

Revised: 10/05/16

psychological educational programming during the auditing week.

- Determine whether each of the SMI inmates was afforded one hour of additional out-of-cell programming during the auditing week.



Revised: 10/05/16

**PERFORMANCE MEASURES**

Max Custody Performance Measure No. 09[11]
Stipulation Category: Max Custody (09)

## CGAR Category: Max Custody

| Performance Measure: |
| --- |
| All use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation. |
| **CGAR Question:** |
| Do all use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation? |
| **Source of Records/Review:** |
| Use of Force Report, SIR (if applicable), and Use of Force Review Packet (if applicable); incident video (if applicable).<br><br>Review the above listed records for maximum custody prisoners classified as SMI at the following housing areas:  Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2). |
| **Methodology:** |
| a.  At each designated location, all Use of Force Reports and Use of Force Review Packets (if applicable) for any uses of force that occurred during the reporting period for the inmates specified in the performance measure are reviewed for compliance with the procedures for use of force set forth in the Stipulation, Paragraphs ¶ 27 (a)-(e).<br><br>• Chemical agents shall be used only in case of imminent threat.  An imminent threat is any situation or circumstance that jeopardizes the safety of person(s) or compromises the security of the institution, requiring immediate action to stop the threat.  Some examples include, but are not limited to: an attempt to escape, on-going physical |

[11]  Although Plaintiffs provided a revised draft of this MC PM, the parties have not discussed these revisions.

Revised: 10/05/16

harm, or active physical resistance. A decision to use chemical agents shall be based on [follow orders]____. If the inmate has not responded to staff for an extended period of time, and it appears that the inmate does not present an imminent physical threat, additional consideration and evaluation should occur before the use of chemical agents is authorized.

- All controlled uses of chemical agents shall be preceded by a cool down period to allow the inmate an opportunity to comply with custody staff orders. The cool down period shall include clinical intervention (attempts to verbally counsel and persuade the inmate to voluntarily exit the area) by a mental health clinician, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m. At all other times, a QHCP (other than a LPN) shall provide such clinical intervention. This cool down period may include similar attempts by custody staff.

- If it is determined the inmate does not have the ability to understand orders, chemical agents shall not be used without authorization from the Warden, or if the Warden is unavailable, the administrative duty officer.

- If it is determined an inmate has the ability to understand orders but has difficulty complying due to mental health issues, or when a mental health clinician believes the inmate's mental health issues are such that the controlled use of chemical agents could lead to a substantial risk of decompensation, a mental health clinician shall propose reasonable strategies to employ in an effort to gain compliance, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m. At all other times, a QHCP (other than a LPN) shall propose such reasonable strategies.

- The cool down period may also include use of other available resources/options such as dialogue via religious leaders, correctional counselors, correctional officers and other custody and non-custody staff that have established rapport with the inmate.

# EXHIBIT 13



Arizona Department
of Corrections

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

October 5, 2016
Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction ..................................................................................................... 1

    The CGAR Monitoring Tool ........................................................... 2

    History ................................................................................................ 3

Monitor Responsibilities ............................................................................... 5

The Monitor Cycle ........................................................................................ 7

Performance Measures .................................................................................. 9

Methodology ................................................................................................... 9

Source of Records .......................................................................................... 9

    **Random Selection** .......................................................................... 10

Addressing Deficiencies ............................................................................. 10

Unavailable Inmates .................................................................................... 10

Ethics for Excellence ................................................................................... 12

Glossary .......................................................................................................... 13

Performance Measure Monitoring Methodology .................................... 12


Appendix A: Definitions ..............................................................................

Appendix B: DSM-5 Classifications ..........................................................

Appendix C: List of HC and MC Performance Measures ......................

Appendix D: Monitor Source Guide Documents Spreadsheet .................

Draft Revised: 10/05/16

## Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC): Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.



Draft Revised: 10/05/16

# The CGAR Monitoring Tool

The "GAR" system of monitoring has been utilized by the ADC's security personnel for a number of years with beneficial monitoring outcomes noted. The initials G, A, and R indicate the general level of compliance with a specific performance measure. Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are non-compliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are non-compliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format. It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor. Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine a score.

The monitor is a cyclical process repeated every month. Each monthly review looks at a specific month to determine if the specific performance factors are in compliance during that reporting period. Each monitor measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

Draft Revised: 10/05/16

# History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten (10) state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten (10) vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

Draft Revised: 10/05/16

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012**: The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR monitoring tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a 90-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services.   The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford.   The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition.   The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

---

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed. (Dkt. 1185.) This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

Health Services Contract Monitoring Bureau (HSCMB) is responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation. Monitors approach their job as a neutral fact-finder with the goal to ensure health and safety of the institution, the inmates, and the public. Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports. Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs). The purpose of monthly reviews is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, and Director Orders (DOs).

- **Reporting**: documenting deficiencies using the CGAR monitoring tool and report to ensure the requirements specified in the contract and Stipulation are met.  Monitors must communicate with the vendor and its health services staff to address all deficiencies.  The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication.  If non-compliance issues are noted, the vendor must submit appropriate CAPs.  Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring.  Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing.  Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **<u>not</u>** responsible for directing the operations of the facility.  Monitors observe and consult with health services staff and supervisors.  Monitors assess by observing, listening, reading, asking and answering relevant questions.  Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation.  Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Collaboration is essential. Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient.  The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau.  As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies. Monitors must also plan for the week, month, and quarter and prioritize tasks daily.  Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

Draft Revised: 10/05/16

# The Monitoring Cycle

Generally, a monitoring cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be monitored.

Contract Monitors currently review the Performance Measures set forth in the *Parsons v. Ryan* Stipulation. (Dkt. 1185) The areas that are monitored include mental health, dental and medical care. Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2**: Identify and Understand Performance Measures or Best Practices

Identify what information should be measured. While every aspect of the vendor's performance requires review, the focus of a consistent review is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Monitoring Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical review is often misunderstood.

Criteria: The review criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable.

Standards: The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR monitoring tool.

 Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Data Collection

The method of data collection is a random sampling allowing for the probability that every inmate's medical record with relevance to the specific performance measure may be included in the monitoring cycle. The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure. The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records. Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population. Because it is impractical to review every record for every inmate, monitors review a random sample of records. Randomly

Draft Revised: 10/05/16

MONITOR GUIDE

selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for monitoring periods to be consistent and complete. Data reporting periods are the prior complete month. For instance, in August, monitors will review data from the completed month of July.

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining compliance. (Dkt. 1673 at 3.) While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program. For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month, in order to be deemed substantially compliant with the performance measure. Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures (*Id.*)

**Stage 5:** Data Analysis

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation. Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR monitoring tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of monitoring. All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate a Monitoring Report

This is the final stage of the monitoring cycle. It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures. When communicating results, it is important for the exchange to be consistent and independent. Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement (Report Card).

**Stage 8**: Follow-Up and Re-Monitoring

In the event the findings are disputed by the vendor, there is a ten-business day time frame to bring forth any questions, comments, additional information, and objections to any findings. After results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Re- monitoring is another portion of the monitoring cycle.  This is carried out by monitoring the same performance measure from one month to another, allowing trends to be identified.

## Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including:  staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

## Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures.  These general protocols are part of the methodology used to measure compliance.  These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified.  As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes.  As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

## Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation.  More specific locations of these records are contained in this Monitor Guide.  As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs. When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review a random selection of medical records. Whenever possible, a list of applicable source document records will be inserted into an Excel spreadsheet and assigned a random number using Excel randomizing macros will be used to generate a true random sample of records to monitor. Performance measures will identify where the random sample will be pulled.

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue. If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate. This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden. The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety. If appropriate, the monitor is to notify his/her supervisor of significant concerns regarding patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of facility supervision (e.g., out to court, out to the hospital, or released). External movement can be located in (1) the AIMS Movement Screen (DI24, Shift +F5); or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements."). If an inmate is not under supervision at the facility during a portion of the monitored month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

**M O N I T O R   G U I D E**

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.



## Ethics for Excellence

Monitors must have a highly refined sense of duty.  Adherence to the core values of the Department is demanded at all times.

### "PRICE"

**P** = Professionalism:     Modeling the ideal

**R** = Responsibility:     Owning your actions

**I** = Integrity:     Doing the right thing

**C** = Courage:     Taking actions despite fear

**E** = Efficiency:     Making every actions count

*You are entrusted with a very significant role.*

**M O N I T O R   G U I D E**

## Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| EHR | Electronic Healthcare Records |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| LTBI | Latent Tuberculosis (TB) Infection |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |

Draft Revised: 10/05/16

# Performance Measure Monitoring Methodology



Draft Revised: 10/05/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 1
Stipulation Category: Staffing (01)

## CGAR Category: Staffing (C) 01

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing staff schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled staff schedules for each complex for the monitored month for RN coverage on each shift. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

## CGAR Category: Staffing (C) 02

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Provider Staff Schedules for the monitored month; On-Call List. |
| **Methodology:**<br><br><ul><li>Review the reconciled Provider Staff Schedules for each complex for the monitored month for onsite provider coverage during regular business hours.</li><li>Review the On-Call List for the monitored month for on-call provider coverage.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 3
Stipulation Category: Staffing (03)

## CGAR Category: Staffing (C) 03

| |
|---|
| **Performance Measure:** |
| Dental staffing will be maintained at current contract levels – 30 dentists. |

| |
|---|
| **CGAR Question:** |
| Is statewide dental staffing maintained at current contract levels? |

| |
|---|
| **Source of Records/Review:** |
| Contracted Vendor: Monthly Staffing Rollup Report. |

| |
|---|
| **Methodology:** |
| • Review the Monthly Staffing Rollup Report. |
| • Divide the total number of FTEs for dentists by thirty (30). |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 4
Stipulation Category: Staffing (04)

## CGAR Category: Staffing (C) 04

| |
|---|
| **Performance Measure:**<br><br>Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |
| **CGAR Question:**<br><br>Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Staff Schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled Nursing Staff Schedules for each complex for the monitored month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 5
Stipulation Category: Medical Records (01)

## CGAR Category: Medical Records (C) 01

**Performance Measure:**

Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location.

**CGAR Question:**

Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location?

**Source of Records/Review:**

HNR Log (randomized).

**Methodology:**

- Use the randomized HNR Log for the monitored month.

- The Monitor will choose the first ten (10) charts from the HNR log containing scanned documents.

- The Monitor will review the date triaged under Sections III and IV.  If Section IV is not completed, then utilize the date (within two (2) business days) under Section III as the starting point/date.  If Section IV is completed, then utilize the date under Section IV as the starting point/date.

- The Monitor will review the chart in eOMIS to ensure documents for monitored month are accurate, chronologically maintained, and scanned/filed in the patient's chart within two (2) business days, with all documents filed in their designated location.

- If the documentation reviewed was not accurate, chronologically maintained, and scanned/filed within two (2) business days, this results in a finding of non-compliance for this chart/inmate.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 6
Stipulation Category: Medical Records (02)

### CGAR Category: Medical Records (C) 02

| |
|---|
| **Performance Measure:**<br><br>Provider orders will be noted daily with time, date, and name of person taking the orders off. |
| **CGAR Question:**<br><br>Are provider orders being noted daily with time, date, and name of the person taking the orders off? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Provider Encounter Log (randomized). |
| **Methodology:**<br><br>• Use the randomized Provider Encounter Log for the monitored month.<br><br>• The Monitor will select the first ten (10) charts with orders written during the monitored month.  To determine compliance, the Monitor will compare the date the order was written and the date the order was noted.<br><br>• If the order was noted was past midnight on the date it was written, the chart is non-compliant.<br><br>• If there is a note and no orders for meds, labs, outside consults, etc., the Monitor will move onto the next chart that has orders written. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 7
Stipulation Category: Medical Records (03)

**CGAR Category: Medical Records (C) 03**

| **Performance Measure:** |
|---|
| Medical record entries will be legible, and complete with time, name stamp and signature present. |

| **CGAR Question:** |
|---|
| Are medical records legible, and complete with time, name stamp and signature present? |

| **Source of Records/Review:** |
|---|
| HNR Log (randomized). |

| **Methodology:** |
|---|
| <ul><li>Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the Monitors.</li><li>The Monitors will review the first ten (10) charts from the randomized HNR log to ensure all medical records are legible, and complete with time, name stamp and signatures on documents scanned into eOMIS in the monitored month.</li><li>Any charts with medical records that are not legible and complete with time, name stamp, and signature will be considered out of compliance.</li><li>A printed name and title will be sufficient if a name stamp is not available.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 8
Stipulation Category: Medical Records (04)

## CGAR Category: Medical Records (C) 04

| **Performance Measure:** |
|---|
| Nursing protocols/NETs will be utilized by nurses for sick call. |
| **CGAR Question:** |
| Are nursing protocols/NETs utilized by nurses for sick call? |
| **Source of Records/Review:** |
| Contracted Vendor: Nursing Encounter Log (randomized). |

| **Methodology:** |
|---|
| <ul><li>Use the randomized Nursing Encounter Log for the monitored month.</li><li>The Monitor will review the first ten (10) appropriate charts where a NET should have been utilized for sick call.</li><li>If a NET was not utilized for a sick call encounter, then the chart is not in compliance. Only sick call encounters will be monitored for this performance measure.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 9
Stipulation Category: Medical Records (05)

## CGAR Category: Medical Records (C) 05

| **Performance Measure:** |
| --- |
| SOAPE format will be utilized in the medical record for encounters. |

| **CGAR Question:** |
| --- |
| Is SOAPE format being utilized in the medical record for encounters? |

| **Source of Records/Review:** |
| --- |
| Contracted Vendor: Nursing Encounter Log and Provider Encounter Log. |

| **Methodology:** |
| --- |
| • Use the randomized Nursing Encounter Log from HC PM #8 and randomized Provider Encounter Log from HC PM #6. <br><br> • The Monitor will review five (5) charts that have a SOAPE note from the Nursing Encounter Log and five (5) charts that have a SOAPE note from the Provider Encounter Log to ensure that all components of the SOAPE format are present. <br><br> • Charts related to chart reviews, medication renewals, and treatment calls will be excluded. <br><br> • If all the components of the SOAPE format are present, the chart is in compliance. If any part of the SOAPE format is missing, the chart is not in compliance. |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 10**
**Stipulation Category: Medical Records (06)**

</div>

<div align="center">

**CGAR Category: Medical Records (C) 06**

</div>

| |
|---|
| **Performance Measure:** |
| Each patient's medical record will include an up-to-date Master Problem list. |

| |
|---|
| **CGAR Question:** |
| Does each patient's medical record include an up-to-date Master Problem list? |

| |
|---|
| **Source of Records/Review:** |
| Contracted Vendor: Provider Encounter Log (randomized). |

| |
|---|
| **Methodology:** |
| <ul><li>Use the randomized Provider Encounter Log for the monitored month.</li><li>The Monitor will select the first ten (10) charts with a Master Problem List (MPL) and determine whether the MPL was updated.</li><li>For chronic care visits, the Monitor looks at the radio button for a "yes" or "no" response. For those visits triggered from a sick call referral (Provider Sick Call), the Monitor will look in the SOAPE note to see what condition was identified and then look at Active Allergies/Health Problems/Conditions to ensure the condition from the SOAPE note was added. If the condition was added, the chart is in compliance. If the condition was not added, the chart is not in compliance.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

## CGAR Category: Pharmacy (C) 01

**Performance Measure:**

Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.

**CGAR Question:**

Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?

**Source of Records/Review:**

Contracted Vendor: List of Formulary Medications ordered from the preceding thirty days; Inmate Profile Report; MARs; and eOMIS: scanned paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment.

**Methodology:**

- Filter the Inmate Profile Report for the monitored month by location.  Select the first medication listed for each of the first ten (10) inmates per health unit for monitoring.

- If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached.  If a sample of ten (10) inmates is not available for this question, subsequent medications will be monitored.

- The following medications are excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.

- To determine compliance, compare the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription orders or scanned paper MAR if no electronic documentation exists.

- Documentation not included in the Medical Record will not be considered for compliance.

- Determination of two (2) business days will be based on the following plus holidays, if applicable:  Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 12
Stipulation Category: Pharmacy (02)

**CGAR Category: Medical Records (C) 07**

| Performance Measure: |
|---|
| Medical record will contain documentation of refusals or "no shows." |

| CGAR Question: |
|---|
| Does the medical record contain documentation of refusals or "no shows?" |

| Source of Records/Review: |
|---|
| Contracted Vendor: Appointment No Show Log. |

**Methodology:**

- The Monitor will pull the first ten (10) inmate charts from the No Show Log.

- The Monitor will review the chart by checking required documentation within the inmate's medical record.

- When No Shows/Refusals/Cancellations are indicated from the No Show Log, the Monitor will check Offender Appointments in eOMIS as to why the appointment was cancelled.

- If it shows inmate refused, the Monitor will check scanned documents for a refusal for that appointment. If there is no refusal, the chart is found out of compliance. If the refusal is present, the chart is found to be in compliance.

- If there is a reason for cancellation listed in Offender Appointment (cancelled due to lock down, any other issue beyond the control of health staff), the chart is in compliance. If it just shows cancelled and no reason, the chart is out of compliance.

- If the information is auto generated due to the inmate being released, the Monitor will check eOMIS to verify the release date. If the inmate was released prior to appointment, the chart is in compliance. If the inmate was released after the appointment date, the chart is not in compliance.

- If the appointment that was cancelled was a treatment call and it was related to wound care and it can be found the wound was healed prior to the appointment date, the chart is in compliance.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 13
Stipulation Category: Pharmacy (03)

</div>

<div align="center">

**CGAR Category: Pharmacy (C) 02**

</div>

| |
|---|
| **Performance Measure:**<br><br>Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. |
| **CGAR Question:**<br><br>Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication? |
| **Source of Records/Review:**<br><br>Contracted Vendor Medication Expiration Report (PharmaCorr); eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Medication Expiration Report, which is already randomized by date.<br><br>• Review the first ten (10) prescriptions listed for each health unit within the date range for compliance.<br><br>• Expiring medication report will be reviewed for renewal or discontinuation for the monitored prescription medication prior to or on the listed stop date. |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 14
Stipulation Category: Pharmacy (04)

</div>

<div align="center">

### CGAR Category: Pharmacy (C) 03

</div>

**Performance Measure:**

Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.

**CGAR Question:**

Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?

**Source of Records/Review:**

Contracted Vendor: Pharmacy HNR Logs (randomized); eOMIS/Medical Records.

**Methodology:**

- Obtain the Pharmacy HNR Logs and randomize using Excel's RAND (randomization) function.

- Identify the first ten (10) medications per health unit requested between 3-7 business days prior to the prescription running out that are not subject to the exclusion criteria. If the source document does not identify one medication per row or rows are incomplete for monitoring purposes, the Monitor shall retain discretion in determining compliance.

- If a sample of ten (10) medications is not available, 100% examination shall occur.

- Review the eOMIS Drug Prescription Orders.

- If the medication was requested between three (3) to seven (7) business days prior to the prescription running out, then compare the two (2) most recent dates received to determine if a lapse or interruption occurred.

- Medications shall be considered to have refills available, if at the time of HNR submission, there were a minimum of five (5) business days remaining on the prescription.

- If a medication has a minimum of five (5) business days remaining, yet the pharmacy was unable to refill the medication due to pharmacy regulation or policy, that information may be communicated to the Monitor who shall retain discretion regarding compliance determination. This item would be excluded from the review, and the Monitor would

<div align="center">26</div>

**PERFORMANCE MEASURES**

select the next chart for review.

- Renewed medications that had refills remaining at the time of the HNR request may be monitored, if recognized.

- If a lapse or interruption occurred, the chart shall be identified as non-compliant.

- If no lapse of interruption occurred, the chart shall be identified as compliant.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops, medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, medications for which a lapse or interruption cannot be clearly determined, and medications with all available refills previously received by the inmate.

27

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 15
Stipulation Category: Pharmacy (05)

### CGAR Category: Medical Records (C) 09

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Medication Refusal log. |
| **Methodology:**<br><br><ul><li>The Monitor will pull the first ten (10) appropriate charts from the Medication Refusal Log provided by the Contracted Vendor.</li><li>The Monitor will look for the refusal related to the specific date that the Medication Refusal Log presents as a refused dose.  Because the logs don't always show consecutive missed doses, the Monitor will utilize the first date listed on the log and look for three (3) consecutive missed refusals/no shows.</li><li>Anytime there are less than ten (10) charts to monitor, all the charts will be included in the review.  A QHCP to counsel the inmate, not a CNA.  If the refusal form is utilized for counseling, the form must be completed to include the education component in order to give credit.  If it is not completed in its entirety, the chart is found non-compliant.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

## CGAR Category: Pharmacy (C) 04

**Performance Measure:**

Perpetual inventory medication logs will be maintained on each yard.

**CGAR Question:**

Are perpetual inventory medication logs being maintained on each yard?

**Source of Records/Review:**

Clinical Stock Perpetual Inventory log.

**Methodology:**

- A minimum of ten (10) Perpetual Inventory logs will be reviewed at each health unit for the monitored month.
- Each log must contain the following information:
  - Medication name and dosage
  - Chronological date order of entries without blank lines between entries
  - Inmate name and ADC # of administered dose(s)
  - Additions and/or deletions to the inventory
  - Health staff name and licensure making the entry
  - Documentation of log/physical inventory discrepancies
- An IR must be written and the IR number listed on the Perpetual Inventory log next to any entry that indicates the medication was not administered to an inmate, including but not limited to, corrected count, wasted medication, and count discrepancy. The absence of required IR documentation at the time of review will result in noncompliance.

- Perpetual Inventory Logs, including multiple inventory logs for the same medication, must be available on all health units at the time of review and maintained in an orderly date sequence.

- When a new Perpetual Inventory log is created, the previous Inventory log must accompany the new log in order to verify count accuracy.

- An IR must accompany each medication count discrepancy. One IR cannot suffice for multiple errors.

Draft Revised: 10/20/16

Health Care Performance Measure No. 17
Stipulation Category: Pharmacy (07)

## CGAR Category: Chronic Care (C) 05

| |
|---|
| **Performance Measure:**<br><br>The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |
| **CGAR Question:**<br><br>Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |
| **Source of Records/Review:**<br><br>Inmate Profile Report (randomized); eOMIS/Medical record. |
| **Methodology:**<br><br>• Obtain the Inmate Profile Report and randomize using Excel's RAND (randomization) function.<br><br>• Select the first ten (10) inmates per health unit.<br><br>• If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates.<br><br>• Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders".<br><br>• To be compliant, a document for the review period must reflect a dose, frequency, start date and nurse's signature for each medication. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

**CGAR Category: Pharmacy (C) 05**

**Performance Measure:**

Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN.

**CGAR Question:**

Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN?

**Source of Records/Review:**

Manifest Report (randomized).

**Methodology:**

- Randomize the Manifest Report by date using Excel's RAND (randomization) function.

- Use the first ten (10) randomized dates per unit, selecting five (5) daily manifests and five (5) controlled manifests.

- If five (5) controlled manifests are not available for a unit, then the Performance Measure will be supplemented with more daily manifests.

- Manifests are to remain in chronological order sequenced with the oldest date on the bottom and the newest date on the top.

- The cover page of the manifest must be initialed by an LPN or RN.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 19**
**Stipulation Category: Pharmacy (09)**

</div>

<div align="center">

**CGAR Category: Pharmacy (C) 06**

</div>

| |
|---|
| **Performance Measure:**<br><br>Perpetual inventory medications will be signed off on the Inmate's individual MAR. |
| **CGAR Question:**<br><br>Are perpetual inventory medications signed off on the Inmate's individual MAR? |
| **Source of Records/Review:**<br><br>Perpetual Inventory Logs and MARs from the preceding thirty days:  eOMIS/Medical Records, perpetual inventory logs, MARs, RED BOOK. |
| **Methodology:**<br><br>• The first ten (10) active medications in the monitored period will be used.   The randomization is the result of the activity of the medications used for the monitored period.  If ten (10) random medications are not listed, duplicate medications may be used in the review, and injectable, topical, or optic medications may be reviewed to meet minimum numbers of medication for review.<br><br>• Review to determine if medications listed in the log were appropriately/accurately documented based on the information supplied from the provider order and information documented on the Perpetual Inventory log.  Paper MAR's must state "given from clinic stock" with the date, time, and quantity of medication administered and documented as such in the "notes" section of the scanned paper MAR. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 20
Stipulation Category: Pharmacy (10)

## CGAR Category: Medical Records (C) 08

| |
|---|
| **Performance Measure:**<br><br>Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |
| **CGAR Question:**<br><br>Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |
| **Source of Records/Review:**<br><br>SNO orders and encounters in eOMIS; AIMS DI35 Batch Reports. |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts on the AIMs DI35 Batch Report.<br><br>• Compare the handwritten SNO scanned into eOMIS with the electronic order entry SNO and information on the AIMS DI35 Batch Report.<br><br>• If the handwritten SNO and the AIMS DI35 Batch Report matches, the chart is in compliance.<br><br>• If there is information on the handwritten SNO that is not included in the AIMS report, the chart is not in compliance. |

Health Care Performance Measure No. 21
Stipulation Category: Pharmacy (11)

### CGAR Category: Medical Records (C) 11

**Performance Measure:**

Inmates who are paroled or released from ASPCs will receive a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor.

**CGAR Question:**

Are inmates who are paroled or released from ASPCs receiving a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor?

**Source of Records/Review:**

Medical Records/eOMIS; Released Inmate Medication report from the Contracted Vendor for the monitored month; OIU Release Lists/e-mail; Patient Release Transfer forms; IC List.

**Methodology:**

- Compliance Monitors will pull the first ten (10) charts on the release information they have obtained from OIU/release list email.  If there are ten (10) or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be monitored.

- Review the Released Inmate Medication Report from the Contracted Vendor and Patient Release Transfer forms in eOMIS under scanned documents.

- If the Released Inmate Medication Report from the Contracted Vendor reflects that an inmate was to be released with medications, and the Monitor finds a Patient Release/Transfer Form signed by the patient and scanned into eOMIS, the chart will be considered in compliance.

- If the Released Inmate Medication Report from the Contracted Vendor indicates that an inmate was to be released with medications, and the Monitor does not find a Patient Release/Transfer Form signed by the inmate in eOMIS, the chart will be considered non-compliant.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 22**
**Stipulation Category: Pharmacy (12)**

</div>

<div align="center">

**CGAR Category: Pharmacy (C) 07**

</div>

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor: NFDR report for the monitoring month (randomized); eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten (10) medications listed on the NFDR report randomized by date.<br><br>• Obtain an extract from the drug status order screen on eOMIS.  Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two (2) business days of the prescription order. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 23
Stipulation Category: Equipment (01)

## CGAR Category: Equipment (C) 01

| | |
|---|---|
| **Performance Measure:**<br><br>Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. | |

| | |
|---|---|
| **CGAR Question:**<br><br>Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? | |

| | |
|---|---|
| **Source of Records/Review:**<br><br>Contracted Vendor: AED checklist report. | |

**Methodology:**

- Review the AED checklist provided by the Contracted Vendor.

- If the checklist indicates that the AED was checked on a given date, the AED is considered to be maintained and readily accessible to Health Care Staff on that date.

- Compliance is determined by dividing the number of days the AED was checked by the number of days in the monitored month. If the resultant figure is greater than the CGAR report threshold required for the monitored month, the performance measure is reported as in compliance.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 24**
**Stipulation Category: Equipment (02)**

</div>

<div align="center">

**CGAR Category: Equipment (C) 02**

</div>

| |
|---|
| **Performance Measure:**<br><br>Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |

| |
|---|
| **CGAR Question:**<br><br>Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |

| |
|---|
| **Source of Records/Review:**<br><br>Contracted Vendor: All Emergency Response Bag Checklists and Inventory Checklists. |

| |
|---|
| **Methodology:**<br><br>• The Monitor uses the Emergency Response Bag Checklist and Inventory Checklist to determine whether (a) the Emergency Response Bag Checklist has been completed daily; (b) the Inventory Checklist has been completed monthly; and (c) the bag contains all required essential items as per the Essential Items Checklist.<br><br>• If the bag has been inventoried for the monitored month and contains all essential items, divide the number of days on which the Emergency Response Bag Checklist was completed by the total number of days in the monitored month. If the resultant figure meets or exceeds the CGAR performance threshold for the monitored month, this results in a finding of compliance for this performance measure.<br><br>• If a monthly Inventory Checklist is not performed, this results in a finding of noncompliance for this performance measure.<br><br>• If an essential item is missing from the bag, this results in a finding of noncompliance for this performance measure. |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 25
Stipulation Category: Emergency Response (01)

CGAR Category: Emergency Response (C) 01

| | |
|---|---|
| **Performance Measure:** <br><br> A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency. | |

| | |
|---|---|
| **CGAR Question:** <br><br> Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency? | |

| | |
|---|---|
| **Source of Records/Review:** <br><br> Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC). | |

**Methodology:**

- This will be measured by reviewing appropriate and pertinent (first ten (10) names/yard) on SIRs, and IRs from the monitored month that required basic life support.

- First Responders may be either medical or security officers.

- An emergency requiring basic life support includes the use of an AED or performance of CPR.

- The Monitor will compare the time the SIR is initiated to the time care began on the first ten (10) inmates per yard.

Draft Revised: 10/20/16

Health Care Performance Measure No. 26
Stipulation Category: Quality Improvement (01)

### CGAR Category: Quality Improvement (C) 01

**Performance Measure:**

Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance.

**CGAR Question:**

Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance?

**Source of Records/Review:**

ADC grievance logs or Contracted Vendor grievance logs.

**Methodology:**

- Obtain grievance logs for the monitored month from each Complex grievance coordinator.

- Sort and separate the Complex grievance logs by unit/yard.

- A minimum of 10 health care grievances per yard will be reviewed by comparing the date received by health care staff and the date a completed response was returned to the grievance coordinator.

- If less than 10 health care grievances are available, all health care grievances for that unit/yard will be reviewed.

- A grievance response not completed within 15 working days of receipt by health care staff will result in noncompliance with the performance measure.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 27**
**Stipulation Category: Quality Improvement (02)**

</div>

**CGAR Category:      Quality Improvement (C) 02**



**Performance Measure:**

Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06

**CGAR Question:**

Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06?

**Source of Records/Review:**

Monthly CQI meeting minutes.

**Methodology:**

- Review the monthly CQI Meeting minutes for the monitored month and compare them to NCCHC Standard P-A-06.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 28
Stipulation Category: Quality Improvement (03)

## CGAR Category: Quality Improvement (C) 03

**Performance Measure:**

Every medical provider will undergo peer reviews annually with reviews and recommended actions documented.

**CGAR Question:**

Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented?

**Source of Records/Review:**

Monthly vendor-supplied roster of medical providers listing hire date and peer review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Providers employed less than one (1) year are exempt from review.

- Review each provider listed on the roster for documentation of an annual peer review.

- A provider without a documented annual peer review will result in noncompliance with the performance measure.

- Locum Tenens and PRN providers are included in the review process, but are exempt from review if employed less than one (1) year.

Draft Revised: 10/20/16

Health Care Performance Measure No. 29
Stipulation Category: Quality Improvement (04)

## CGAR Category: Quality Improvement (C) 04

**Performance Measure:**

Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02.

**CGAR Question:**

Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02?

**Source of Records/Review:**

Monthly vendor-supplied roster of nursing staff listing hire date and clinical performance review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Nurses employed for less than one (1) year are exempt from review.

- Review each nurse listed on the roster for documentation of an annual performance review.

- A nurse without a documented annual clinical performance review will result in noncompliance with the performance measure

- Agency and PRN nurses are included in the review process, but are exempt from review if employed for less than one (1) year.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 30
Stipulation Category: Quality Improvement (05)

## CGAR Category: Medical Records CO (C) 01

**Performance Measure:**

The initial mortality review of an inmate's death will be completed within 10 working days of death.

**CGAR Question:**

Is the initial mortality review of an inmate's death completed within ten (10) working days of death?

**Source of Records/Review:**

Mortality reviews for inmate deaths in the monitored month.

**Methodology:**

- At each facility, all deaths that occurred in the monitored month are reviewed for compliance. There is no sampling for this measure because all mortality reviews are monitored.

- The Monitor reviews the Initial/First Mortality Review to determine whether the first review occurred within ten (10) business days after the inmate's death.

- An Initial/First Mortality Review that occurs more than ten (10) business days after the inmate's death results in a finding of noncompliance for this inmate.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 31
Stipulation Category: Quality Improvement (06)

## CGAR Category: Medical Records CO (C) 02

**Performance Measure:**

Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken.

**CGAR Question:**

Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken?

**Source of Records/Review:**

Contracted Vendor: Monthly CQI meeting minutes.

**Methodology:**

- Review CQI meeting minutes for mortality reviews completed in the monitored month.

- The Monitor will categorize mortality reviews as 1) reviewed without deficiencies; 2) pending final review and recommendations; 3) final reviewed with recommendations that were discussed; or 4) final reviewed with recommendations that were not discussed.

- Final Mortality Reviews with recommendations that were not discussed during a CQI meeting will result in a finding of noncompliance for the performance measure.

- Final Mortality Reviews that do not include a CAP for noted deficiencies will result in a finding of noncompliance for the performance measure.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 32**
**Stipulation Category: Quality Improvement (07)**

~~C~~GAR Category: Medical Records CO C03 and Quality Improvement 06

| |
|---|
| **Performance Measure:**<br><br>A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. |
| **CGAR Question:**<br><br>Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings? |
| **Source of Records/Review:**<br><br>HSCMB signed and dated Mortality Review. |
| **Methodology:**<br><br>• Review all final Mortality Reviews submitted during the monitored month for completion within ten (10) days of receipt of the medical examiner's findings. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 33**
**Stipulation Category: Intake Facility (01)**

</div>

<div align="center">

**CGAR Category: Intake (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:**<br><br>Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized). |
| **Methodology:**<br><br>• Using the Arrival Log from the monitored month, pull the first ten (10) inmate charts.<br><br>• The Monitor will review eOMIS for the intake screening note to confirm that an actual health screening was completed and documented by an RN or LPN. |

<div align="center">

46

</div>

Health Care Performance Measure No. 34
Stipulation Category: Intake Facility (02)

**CGAR Category: Intake (C) 02**

| |
|---|
| **Performance Measure:**<br><br>A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |
| **CGAR Question:**<br><br>Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized). |
| **Methodology:**<br><br><ul><li>Using the Arrival Log from the monitored month, pull the first ten (10) charts.</li><li>If there are ten (10) or fewer inmate intakes for the monitored month for an intake facility, review all inmate intake charts for that facility.</li><li>The Monitor will review eOMIS to ensure a physical examination, including a history, was completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility (Phoenix, Perryville, Tucson Minors, and condemned-row).</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 35
Stipulation Category: Intersystem Transfers (01)

</div>

<div align="center">

**CGAR Category: Access to Care (C) 10**

</div>

---

**Performance Measure:**

All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.

---

**CGAR Question:**

For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?

---

**Source of Records/Review:**

Transfer logs (arrival/departure) at each facility and corresponding transfer screening form in the eOMIS/Medical Record from the monitored month.

---

**Methodology:**

- Compliance Monitors will pull the first ten (10) charts from the Arrival/Transfer Log.

- If the chart is not appropriate, then the Monitor will go to the next appropriate chart for the question being asked and continue to work in this order until the appropriate chart is found (i.e., inmate arrived and has no medications).

- The Monitor will review the transfer screening form, notes and MAR in eOMIS to determine as to whether or not the inmate received/arrived with his/her medications, as ordered.   If the documentation supports that the inmate arrived/received his/her medication at the receiving facility, the chart is in compliance.

- Nursing may indicate in their documentation that prn medications are available if the inmate arrived without prn medications.  As long as the PRN medication is available in clinic stock and available, the measure is found to be in compliance. If frequency is not maintained, this incident will be found noncompliant.

---

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 36
Stipulation Category: Access to Care (01)

</div>

<div align="center">

**CGAR Category: Access to Care (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>A LPN or RN will screen HNRs within 24 hours of receipt. |
| **CGAR Question:**<br><br>Does an LPN or RN screen HNRs within 24 hours of receipt? |
| **Source of Records/Review:**<br><br>HNR log (randomized). |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts (that are appropriate for the following CGAR questions) from the randomized HNR log distributed to each complex.<br><br>• The Monitor will review the HNR date stamp (or handwritten date) to determine the date of receipt by medical.  This is located in the upper right hand corner of the HNR. In the absence of a defined date of receipt, the chart is found to be noncompliant.<br><br>• The Monitor will then review the triage date documented under Section 3 of the HNR. If the triage date is within 24 hours of the date stamp (received date), the chart is compliant.  If the triage date is more than 24 hours after the date received, the chart is found to be noncompliant. |

Draft Revised: 10/20/16

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 37
Stipulation Category: Access to Care (02)

</div>

<div align="center">

**CGAR Category: Access to Care (C) 02**

</div>

| |
|---|
| **Performance Measure:**<br><br>Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need). |

| |
|---|
| **CGAR Question:**<br><br>Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)? |

| |
|---|
| **Source of Records/Review:**<br><br>HNR Log (randomized). |

| |
|---|
| **Methodology:**<br><br>• The Monitor will select the first ten (10) charts/yard from the HNR log and utilize the encounter for the chart chosen to monitor to see if the patient was seen by a RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).<br><br>• The Monitor will review the HNR for the date or receipt by medical and compare with the date the inmate was seen on Nurse Line by comparing the HNR to the eOMIS entry for the sick call encounter.<br><br>• If the inmate was seen by an RN within 24 hours after the HNR was received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need), the chart is compliant.  If seen by an LPN within 24 hours after the HNR is received (or immediately), the chart is non-compliant.<br><br>• If the inmate was seen by a Provider and not an RN, the chart is excluded from review, and the Monitor selects a new chart for review. |

<div align="center">

50

</div>

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 38
Stipulation Category: Access to Care (03)

## CGAR Category: Access to Care (C) 03

| |
|---|
| **Performance Measure:**<br><br>Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. |

| |
|---|
| **CGAR Question:**<br><br>Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call? |

| |
|---|
| **Source of Records/Review:**<br><br>Nursing Encounter Log (randomized). |

| |
|---|
| **Methodology:**<br><br>• Select the first ten (10) charts per yard from the randomized Nurse Encounter Log and use the encounter for the chart chosen to monitor to see whether vital signs were completed.<br><br>• If the vital signs, including weight, were checked and documented in the medical record for the particular sick call encounter, the chart is considered compliant.<br><br>• If the medical record doesn't include the vital signs, including weight the chart is out of compliance.<br><br>• Those charts where a weight cannot be obtained (leg injury/cannot stand) and a comment is made that the weight was not obtained as a result of inability to stand, the chart is still in compliance. |

51

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 39
Stipulation Category: Access to care (04)

</div>

## CGAR Category: Access to Care (C) 04

| |
|---|
| **Performance Measure:** <br><br> Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. |
| **CGAR Question:** <br><br> Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen calendar days of the referral? |
| **Source of Records/Review:** <br><br> Nurse Line Log (randomized); Provider Referral Log; Hand written Appointment Lists (if needed). |
| **Methodology:** <br><br> • The Monitor will utilize the randomized Nurse Line Log and pull the first ten (10) charts. <br><br> • The Monitor will review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within fourteen (14) days of the referral. <br><br> • For any referred encounter that occurs between the first and fifteenth of the monitored month, the referral appointment will potentially occur between the fourteenth and the last day of the month prior to the monitored month. Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 40
Stipulation Category: Access to Care (05)

## CGAR Category: Access to Care (C) 05

| |
|---|
| **Performance Measure:**<br><br>Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. |
| **CGAR Question:**<br><br>Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral? |
| **Source of Records/Review:**<br><br>Nurse Line Log (randomized); Provider Referral Log; Hand Written Appointment Lists (if needed). |
| **Methodology:**<br><br>• Pull the first ten (10) charts the randomized Nurse Line Log.<br><br>• Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within twenty-four (24) hours of the referral.<br><br>• Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.<br><br>• If no Medical Provider encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site.  If the inmate was sent to the ER and seen by a Medical Provider, the chart would be found in compliance, as long as the ER documentation was present in eOMIS. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 41
Stipulation Category: Access to Care (06)

### CGAR Category: Access to Care (C) 06

| |
|---|
| **Performance Measure:** <br><br> Emergent provider referrals are seen immediately by a Medical Provider. |
| **CGAR Question:** <br><br> Are emergent referrals being seen immediately by a Medical Provider? |
| **Source of Records/Review:** <br><br> Nurse Line Log (randomized); Admission/Discharge/ER log provided by ADC. |
| **Methodology:** <br><br> • Pull the first ten (10) charts from the randomized Nurse Line Log. <br><br> • Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred immediately after the referral. <br><br> • If the inmate was transferred to the ER and seen by a Medical Provider and can be verified in eOMIS by an ER Report (under Scanned Documents), the chart is in compliance. <br><br> • If a referral was made and the inmate was transferred to the ER with no verification as to the inmate being seen, the chart is non-compliant. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 42
Stipulation Category: Access to Care (07)

## CGAR Category: Access to Care (C) 07

**Performance Measure:**

A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider.

**CGAR Question:**

Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider?

**Source of Records/Review:**

Provider Encounter Log (randomized); Nursing Encounter Log (randomized).

**Methodology:**

- Pull the first ten (10) charts from the Provider Encounter Log or Nursing Encounter Log.

- Review Provider Encounters under Health Services Encounters in eOMIS to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider.  If the inmate was seen prior to or within the specified time frame, the chart is compliant.

- If the inmate was seen any time after the specified time frame, the chart is non-compliant.

- If there is no specific date/appointment, then it is treated as a routine referral, and the inmate must be seen within fourteen (14) days. (These are addressed under performance measure #39).

- Lab tech appointments are not counted when monitoring this measure because they are not considered follow-up sick call encounters.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 43
Stipulation Category: Access to Care (08)

## CGAR Category: Access to Care (C) 08

| | |
|---|---|
| **Performance Measure:**<br><br>Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there. | |

**CGAR Question:**

Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there?

**Source of Records/Review:**

ADC Hospital Admission/Discharge Log/ER Log.

**Methodology:**

- Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge Log.

- Review the nursing encounters screen in eOMIS to determine whether the inmate was returned to the medical unit and assessed by an RN or LPN on duty.

- If the inmate returned to the medical unit and was assessed by an RN or evaluated by an LPN upon return from inpatient hospital stay or ER transport, the chart is compliant.

- If the inmate was never returned to the medical unit and/or not assessed by an RN or evaluated by an LPN upon return from the inpatient hospital stay or ER transport, the chart is non-compliant.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 44
Stipulation Category: Access to Care (09)

</div>

<div align="center">

**CGAR Category: Access to Care (C) 09**

</div>

| |
|---|
| **Performance Measure:** |
| Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. |

| |
|---|
| **CGAR Question:** |
| Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? |

| |
|---|
| **Source of Records/Review:** |
| ADC Hospital Admission/Discharge/ER Log. |

| |
|---|
| **Methodology:** |
| <ul><li>Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge/ER Log.</li><li>Review the nursing notes or Provider notes in eOMIS for any language noting that treatment recommendations were reviewed and read back to the Provider within 24 hours. Documentation of communication with the Provider indicates that discharge instructions were reviewed. This includes and is not limited to medications, wound care, follow up, etc.</li><li>The Provider may also review the discharge documentation and acknowledge receiving the discharge paperwork by initialing/signing and dating the information and it being scanned into eOMIS. It is not necessary for the Provider to enter an order/encounter into eOMIS for this measure to be compliant.</li></ul> |

<div align="center">

57

</div>

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

## CGAR Category: Specialty Care (C) 06

| Performance Measure: |
| --- |
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine |

| CGAR Question: |
| --- |
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? |

| Source of Records/Review: |
| --- |
| Diagnostic Service Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Diagnostic Service Report and randomize using the Excel RAND (randomizing) function.

- Review the first ten (10) diagnostic services ordered routine, urgent, or stat (emergent) per health unit.

- If a sample of ten (10) diagnostic services is not available, 100% examination shall occur.

- Compare the ordered date with the collected or taken date. When a discrepancy exists between the lab tech-entered specimen collection date and the lab-provided collection date or the x-ray tech-entered x-ray taken date and the eOMIS image recorded by technologist date, the Monitor shall retain discretion is identifying the most appropriate date to use for monitoring purposes. With the exception of appropriate exclusion criteria, as outlined in the methodology, if a diagnostic service is ordered routine it must be completed within 14 calendar days and an urgent or stat order must be completed the same day to be documented as compliant. If not completed within 14 calendar days for routine or the same day for urgent or stat, document that service as non-compliant.

- Diagnostic services documented as drawn or taken with no results available for viewing, shall be considered non-compliant if a minimum of 14 calendar days have elapsed.

- In the event that the sub-contracted lab interface reports unsolicited results, the Monitor shall retain discretion in identifying to which original order those results correspond. Unsolicited lab results that create a new order and may be included on two (2) consecutive months' source documents may remain subject to monitor for those consecutive months.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear

58

communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

- The Monitor must recognize that entries into the EMR are created and then recorded in perpetuity.  If an order is entered and then identified as "cancelled," "entered in error," or similar terminology and a substantiating reason is provided, the Monitor may exclude those orders from review.

- If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement, including a private prison or county jail, prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from review.

- As a result of EMR lab prioritization timeframe limitations, the Monitor shall exclude ordered diagnostic services that are ordered to intentionally exceed the stipulation agreement timeframes.  The Monitor must recognize that the provider should have the opportunity to order labs for a variety of timeframes, and EMR limitations and stipulation agreement timeframes should not prevent the provision of quality care (e.g., a provider that wants a lab drawn in one year should not have to choose to not order the lab because there is no other EMR category that will allow for an extended timeframe).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 46
Stipulation Category: Diagnostic Services (02)

CGAR Category: Specialty Care (C) 07

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five (5) calendar days of receiving the report at the prison. |
| **CGAR Question:**<br><br>Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison? |
| **Source of Records/Review:**<br><br>Diagnostic Service Report (randomized); eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Diagnostic Service Report used in HC PM #45 and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) reports with results available per health unit. If ten (10) reports are not available, 100% examination shall occur.<br><br>• Compare the X-ray results process date or lab results received date with the results comments Time Stamp date or Review Notes Time Stamp date, using the earliest date identified as long as it is no earlier than the resulted date.  If the timeframe does not exceed five (5) calendar days, identify that diagnostic service results as compliant.  If the timeframe exceeds five (5) calendar days, identify that diagnostic service result as non-compliant.<br><br>• If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement, including a private prison, prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from the review, if recognized.<br><br>• In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication. |

Draft Revised: 10/20/16

Health Care Performance Measure No. 47
Stipulation Category: Diagnostic Services (03)

CGAR Category: Specialty Care (C) 08

| Performance Measure: |
|---|
| A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. |

| CGAR Question: |
|---|
| Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request? |

| Source of Records/Review: |
|---|
| HNR Log (randomized); eOMIS/Medical Record. |

| Methodology: |
|---|
| <ul><li>Obtain the HNR log and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) requests for diagnostic service results per health unit.  If ten (10) requests are not available, 100% examination shall occur.</li><li>Using the "date received" from HNR Log, determine whether the results were communicated by the provider within seven (7) calendar days of the request.  Results communicated within seven (7) calendar days shall be identified as compliant; results not communicated within seven (7) calendar days shall be identified as non-compliant.</li><li>A provider appointment within seven (7) calendar days shall be identified as offering the inmate the opportunity to inquire regarding results and shall be considered compliant.  The prioritized date for a communique shall be the date on the communique itself. If the communique does not have a date, the Monitor shall consider the scanned document date for timeframe compliance determination.</li><li>If the HNR log does not provide the information to determine compliance, the Monitor shall access the HNR to determine if additional information is available to make a compliance determination.  If compliance cannot be determined based on the accuracy and the details included on the HNR, the HNR shall be excluded.  If an inmate is determined to be requesting results for tests that were never ordered, the HNR shall be excluded.</li><li>An HNR identified as requesting results, but further review indicates the issue is program inclusion or movement that may be dependent upon diagnostic results shall have that HNR</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

excluded from the review if communication regarding program inclusion or movement has occurred, or the movement/inclusion itself has occurred.

- An HNR requesting results for which there are no results available, shall be excluded from review, when recognized.

- An inmate transferred to a private prison or released within seven (7) calendar days shall be excluded from the review, when recognized.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 48
Stipulation Category: Specialty Care (01)

**CGAR Category: Specialty Care (C) 01**

| |
|---|
| **Performance Measure:** |
| Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen (14) calendar days, and placed in the patient's medical record. |

| |
|---|
| **CGAR Question:** |
| Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen (14) calendar days, and placed in the patient's medical record? |

| |
|---|
| **Source of Records/Review:** |
| Denied Consult Report; eOMIS/Medical Record. |

**Methodology:**

- Obtain the Consult ATP report and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) denied, clinical coordinator initiated status, or ATPd consultation requests per health unit

- Based on the randomized report, monitor the first ten (10) consults written that remain in clinical coordinator initiated status, denied status, or those for which an ATP was offered by UM.

- The Consult Written Date on the source document shall be used to determine the consults to monitor, but for monitoring purposes, that date will be reconciled with the eOMIS Request Date (this may necessitate an expanded review period due to differences between UM dates and eOMIS dates). If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. Consults on the source document remaining in Clinical Coordinator Initiated status shall be considered non-compliant once fourteen (14) days is reached. A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update because a status of Scheduled has not been reached, shall be excluded from the review since this indicates UM action did occur. A

consult that remains in Clinical Coordinator Initiated status because it requires no UM action shall be excluded from the review.

- Consults with a UM ATP shall be monitored for communication of the ATP to the provider within fourteen (14) calendar days of the decision to ATP the request. The Monitor will recognize that different providers have requested different methods of communication and the Monitor will communicate with the sites to determine where the communication may be located in the patient's medical record.  To be identified as compliant, the method of communication must indicate the communication occurred within fourteen (14) calendar days with subsequent inclusion in the patient's chart.  If a consult is denied, it must include a reason for the denial.  If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan (based on UM criteria, experience, and education) for the provision of care and documentation of an ATP communicated to the provider within fourteen (14) calendar days shall be considered compliant.  An ATP by UM that is not accepted by the provider and results in approval, scheduling, or completion of the consult shall be excluded from the review.

**PERFORMANCE MEASURES**

<div align="right">

**Health Care Performance Measure No. 49**
**Stipulation Category: Specialty Care (02)**

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 02**

</div>

---

**Performance Measure:**

Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.

---

**CGAR Question:**

Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within thirty (30) days of the denial?

---

**Source of Records/Review:**

Denied Consult Report; eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Denied Consult Report and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) denied consultation reports consults or those with an ATP consults per health unit.

- To be considered compliant, compare the source document UM ATP Date with the next patient/provider documented appointment.  If that appointment occurred within thirty (30) days, that consult shall be identified as compliant.

- If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor.

---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 50
Stipulation Category: Specialty Care (03)

### CGAR Category: Specialty Care (C) 03

| |
|---|
| **Performance Measure:**<br><br>Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider. |
| **CGAR Question:**<br><br>Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider? |
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) urgent specialty consultations requests per health unit.

- If ten (10) urgent consultation requests are not available, 100% examination shall occur.

- If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within thirty (30) calendar days or there is documentation of a Return From Offsite within thirty (30) days, the consult shall be considered compliant.

- A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP as this shall be captured under performance measure 48.

- A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.

- A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.

- A scheduled consult that is cancelled by the consultant shall be excluded from the review.

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.)

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

Draft Revised: 10/20/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 51
Stipulation Category: Specialty Care (04)

## CGAR Category: Specialty Care (C) 04

| | 
|---|

**Performance Measure:**

Routine specialty consultations will be scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider.

**CGAR Question:**

Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider?

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) routine specialty consultation requests per health unit.

- Monitor the first ten (10) routine specialty consultations per health unit.

- If ten (10) routine consultation requests are not available, 100% examination shall occur.

- If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within sixty (60) calendar days or there is documentation of a "Return From Offsite" within sixty (60) calendar days, the consult shall be considered compliant.

- A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP, as this shall be captured under performance measure 48.

- A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.

- A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.

- A scheduled consult that is cancelled by the consultant shall be excluded from the review.

**PERFORMANCE MEASURES**

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.) shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

Draft Revised: 10/20/16

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 52**
**Stipulation Category: Specialty Care (05)**

**CGAR Category: Specialty Care (C) 05**

---

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

---

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

---

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) specialty consultation reports per health unit.

- If ten (10) reports are not available, 100% examination shall occur.

- Compare the off-site specialist's report received date with the date of the on-site practitioner's review.  If the review occurred within seven calendar days of receipt, the report shall be identified as compliant.  If the review did not occur within seven calendar days of receipt, the report shall be identified as non-compliant.

- If the report has a stamped received date that will be the prioritized received date.  If that date is not available, the Monitor shall retain discretion in identifying another date including, but not limited to, a faxed date or an Action Taken date.

---

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 53
Stipulation Category: Chronic Care (01)

## CGAR Category: Chronic Care (C) 01

| **Performance Measure:** |
|---|
| Treatment plans will be developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease. |

| **CGAR Question:** |
|---|
| Are treatment plans developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease? |

| **Source of Records/Review:** |
|---|
| Chronic Care Report (randomized); eOMIS/Medical Record. |

| **Methodology:** |
|---|
| • Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) new diagnoses per health unit.<br><br>• If ten (10) new diagnoses are not available, 100% examination shall occur.<br><br>• Review eOMIS for documentation of a treatment plan within thirty (30) calendar days of the Provider's diagnosis.<br><br>• Compliance is determined based on the presence of a measurable timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing and therapeutic regimens, if appropriate.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard".<br><br>• Exclusion criteria includes non-Stipulation agreement chronic care conditions, LTBI, conditions with paper treatment plans from a private prison (if identified), and previously recognized chronic conditions that are updates to coding. |

71

**PERFORMANCE  MEASURES**

<div align="right">

**Health Care Performance Measure No. 54**
**Stipulation Category: Chronic Care (02)**

</div>

**CGAR Category: Chronic Care (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. |
| **CGAR Question:**<br><br>Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place? |
| **Source of Records/Review:**<br><br>Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) chronic conditions per health unit.</li><li>If ten (10) chronic conditions are not available, 100% examination shall occur.</li><li>Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order.  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.</li><li>If a timeframe is ordered that exceeds 180 days, the provider must document a reason to be considered compliant.</li><li>Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.</li><li>If no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit within 180 days or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall</li></ul> |

have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 55
Stipulation Category: Chronic Care (03)

</div>

### CGAR Category: Chronic Care (C) 03

| | |
|---|---|
| **Performance Measure:**<br><br>Disease management guidelines will be implemented for chronic diseases. | |

| |
|---|
| **CGAR Question:**<br><br>Are disease management guidelines implemented for chronic diseases? |

| |
|---|
| **Source of Records/Review:**<br><br>Chronic Care Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.

- If ten (10) Chronic Conditions are not available, 100% examination shall occur.

- Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order(s).  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.

- The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear (e.g., active cancer or ESLD) or if the presence of a chronic condition is indeterminable.

- Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.

- If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months or as listed in the bullet below.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.

- Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who

<div align="center">74</div>

<div align="right"><sub>Draft Revised: 10/20/16</sub></div>



receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 56**
**Stipulation Category: Chronic Care (04)**

</div>

<div align="center">

**CGAR Category: Chronic Care (C) 04**

</div>

---

**Performance Measure:**

Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record.

---

**CGAR Question:**

Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record?

---

**Source of Records/Review:**

Chronic Care Report; eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) chronic conditions per health unit.  If ten (10) chronic conditions are not available, 100% examination shall occur.

- The condition shall be considered compliant if there is documented education for the condition, disease, or disease prevention. If no education is documented, identify the performance measure as non-compliant.

---

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 57**
**Stipulation Category: Prenatal Services (01)**

</div>

<div align="center">

**CGAR Category: Female Care – Prenatal Preventative (C) 02**

</div>

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. |
| **CGAR Question:**<br><br>Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List; eOMIS Medical Record. |
| **Methodology:**<br><br>• Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).<br><br>• Determine whether the provider ordered prenatal vitamins and diet at the inmate's initial intake physical examination. |

Draft Revised: 10/20/16

**Health Care Performance Measure No. 58**
**Stipulation Category: Prenatal Services (02)**

**CGAR Category: Female Care – Prenatal Preventative (C) 03**

---

**Performance Measure:**

Results of an inmate's prenatal screening tests will be documented in the medical record.

---

**CGAR Question:**

Are results of an inmate's prenatal screening tests documented in the medical record?

---

**Source of Records/Review:**

Pregnant Inmate List; eOMIS/Medical record.

---

**Methodology:**

- Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).

- Review the medical files from all pregnant intakes to confirm that the results of prenatal screening tests are documented in the medical record.  Labs available for viewing shall be identified as compliant.

- Prenatal screening tests include gestational age/pregnancy test, RPR, HIV, HBV, HCV, CBC, CMP, Urine, Rubella, ABO RH and antibody.

- Labs shall be available for viewing within thirty days of pregnancy diagnosis, although remain subject to review under HC PM #45 and #46.

---

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 59**
**Stipulation Category: Preventative Services (01)**

**CGAR Category: Medical Records (C) 10**

| |
|---|
| **Performance Measure:**<br><br>Inmates will be screened for TB on an annual basis. |
| **CGAR Question:**<br><br>Are inmates being screened for TB on an annual basis? |
| **Source of Records/Review:**<br><br>DI37 screen in AIMS for each yard (randomized). |
| **Methodology:**<br><br>• The Monitor will use a randomized AIMS DI37 screen report for the monitored month.<br><br>• The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.<br><br>• If a Positive PPD occurred more than one year from the monitored month, the chart is ineligible to be used and the next chart listed on the report will be used.<br><br>• If a Positive or Negative PPD Date/Result occurred within the past year, this results in a finding of compliance for this chart/inmate.<br><br>• If a Negative PPD Date/Result occurred more than one year from the monitored month, this results in a finding of noncompliance for this chart/inmate. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 60
Stipulation Category: Preventative Services (02)

### CGAR Category: Intake (C) 03

| Performance Measure: |
|---|
| All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended. |

| CGAR Question: |
|---|
| Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended? |

| Source of Records/Review: |
|---|
| Arrival Log/List and eOMIS/Medical Record. Documentation of postings on yards. |

| Methodology: |
|---|
| <ul><li>Monitor ten (10) records (Perryville only) for intake Pap smears.</li><li>Monitor health units and living units to ensure that postings are available regarding additional screening.</li><li>Inmates with history of a hysterectomy are exempt from this review.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 61
Stipulation Category: Preventative Services (03)
</div>

**CGAR Category: Female Care – Prenatal Preventative (C) 01**

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 being offered a pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Documentation of postings on yards. Inmate Handbook (provided after intake process) |
| **Methodology:**<br><br>• Monitor health units (Perryville only) and living units to ensure that postings are available regarding additional screening.<br><br>• Inmates with history of a hysterectomy are exempt from this review. |

Draft Revised: 10/20/16

Health Care Performance Measure No. 62
Stipulation Category: Preventative Services (04)

CGAR Category: Intake (C) 04

| **Performance Measure:** |
|---|
| All prisoners are screened for tuberculosis upon intake. |

| **CGAR Question:** |
|---|
| Are prisoners screened for tuberculosis upon intake? |

| **Source of Records/Review:** |
|---|
| Arrival Log/List (randomized) and encounters in eOMIS from inmates received at intake during the monitored month. |

**Methodology:**

- The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.

- If the PPD Date/Result that is displayed is completed by the end of the second full day of an inmate's intake arrival at the intake facility (ASPC-Phoenix, ASPC- Perryville, condemned-row, and ASPC-Tucson (minors), the chart is considered compliant.  If the PPD Date/Result that is displayed is completed beyond the end of the second full day of an inmate's intake arrival, the chart is found to be non-compliant.

Draft Revised: 10/20/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 63
Stipulation Category: Infirmary Care (01)

## CGAR Category: Infirmary Care (C) 01

| **Performance Measure:** |
| --- |
| In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |

| **CGAR Question:** |
| --- |
| Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |

| **Source of Records/Review:** |
| --- |
| IPC Census (randomize) and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC Census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates with an admission admitted during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of an initial health assessment completed by a Registered Nurse on the date of admission, that admission shall be identified as compliant.  The preferred documentation location is Nurse- Infirmary Admission.  A documented refusal that indicates the inmate refused the assessment within the required timeframe shall be identified as compliant.  The Monitor shall retain discretion for compliance determination for inmates that arrive after 2100 hours.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- The Monitor shall retain discretion regarding review inclusion for inmates that arrive in an IPC and are very quickly transferred to an off-Complex hospital.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a

83

**P E R F O R M A N C E   M E A S U R E S**

sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 10/20/16

Health Care Performance Measure No. 64
Stipulation Category: Infirmary Care (02)

**CGAR Category: Infirmary Care (C) 02**

| |
|---|
| **Performance Measure:**<br><br>In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. |
| **CGAR Question:**<br><br>Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC? |
| **Source of Records/Review:**<br><br>IPC census and eOMIS Medical Record. |
| **Methodology:**<br>• Obtain the IPC census and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) admissions during the monitored period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.<br><br>• If an inmate has documentation of Provider evaluation and plan within the next business day after admission, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  An evaluation and treatment plan created in a discharge note shall be considered compliant if it occurred within the next business day.<br><br>• Exclusion criteria: identified 23-hour observations that do not result in an admission.<br><br>• NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review. |

Draft Revised: 10/20/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 65
Stipulation Category: Infirmary Care (03)

## CGAR Category: Infirmary Care (C) 03

| Performance Measure: |
|---|
| In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. |

| CGAR Question: |
|---|
| Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? |

| Source of Records/Review: |
|---|
| IPC census (randomized) and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) inmates with an admission during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of a Provider history and physical examination that indicates completion within seventy-two (72) hours, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission. A history and physical created in a discharge note may be considered compliant if it occurred within seventy-two (72) hours of admission.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Health Care Performance Measure No. 66
Stipulation Category: Infirmary Care (04)

## CGAR Category: Infirmary Care (C) 04

**Performance Measure:**

In an IPC, a Medical Provider encounter will occur at a minimum every 72 hours.

**CGAR Question:**

Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?

**Source of Records/Review:**

IPC AIMS census and eOMIS Medical Record.

**Methodology:**
- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- If a patient's record for the monitored admission does not exceed seventy-two (72) hours without documentation of a provider encounter, that admission shall be identified as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 10/20/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 67
Stipulation Category: Infirmary Care (05)

CGAR Category: Infirmary Care (C) 05

| Performance Measure: |
| --- |
| In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. |

| CGAR Question: |
| --- |
| Is an RN conducting and documenting an assessment at least once every shift in the IPC? Graveyard shift assessments may be completed and documented as welfare checks. |

| Source of Records/Review: |
| --- |
| IPC AIMS census and eOMIS Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first admission for the first ten (10) inmates during the monitored period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>A patient's chart must include documented nursing assessments at least once every shift, although Graveyard shift assessments may be completed and documented as welfare checks. Preferred documentation includes Nurse Infirmary Rounds and Nurse Segregation Visit.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance measure.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary. If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status. If the inmate's acuity increases and</li></ul> |

88

**PERFORMANCE MEASURES**

that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 68
Stipulation Category: Infirmary Care (06)

</div>

### CGAR Category: Infirmary Care (C) 06

---

**Performance Measure:**

In an IPC, Inmate health records will include admission orders and documentation of care and treatment given.

---

**CGAR Question:**

Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given?

---

**Source of Records/Review:**

IPC census and eOMIS Medical Record.

---

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) admissions during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of Provider orders and documentation that care and treatment was administered, that admission shall be identified as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

---

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 69
Stipulation Category: Infirmary Care (07)

</div>

**CGAR Category: Infirmary Care (C) 07**

| |
|---|
| **Performance Measure:** <br><br> In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. <br><br> |
| **CGAR Question:** <br><br> Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? <br><br> |
| **Source of Records/Review:** <br><br> IPC AIMS census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- A care plan shall be considered compliant if weekly nursing care plan documentation occurs with a date and signature, including an electronic signature. A scanned paper care plan or an Offender Standard Form – Nursing Plan of Care form with subsequent weekly documentation within a Health Services Encounter that identifies the nursing care plan as being revised or requiring no revision shall be identified as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during

which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 70
Stipulation Category: Infirmary Care (08)

## CGAR Category: Infirmary Care (C) 08

| |
|---|
| **Performance Measure:**<br><br>All IPC patients have properly working call buttons, and if not, health care staff perform and document thirty (30)-minute patient welfare checks. |
| **CGAR Question:**<br><br>Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting thirty (30)-minute patient welfare checks? |
| **Source of Records/Review:**<br><br>IPC census the day of review and eOMIS/Medical Record, 1101-16 form (showing thirty minute checks). |
| **Methodology:**<br>• All IPC patients will have their call light tested on the day of review.  Any non-working call light shall be considered non-compliant unless a Form 1101-16 is available for the most recent thirty (30)-minute period<br><br>• Non-working call lights will have inmate coverage documented with Form 1101-16.<br><br>• If a call light is identified as working or an inmate with a non-working call light has documentation on a Form 1101-16 for the most recent thirty (30)-minute check, the inmate shall be identified as compliant. |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 71
Stipulation Category: Medical Diets (01)

## CGAR Category: Medical Diets (C) 01

| Performance Measure: |
|---|
| Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |

| CGAR Question: |
|---|
| When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |

| Source of Records/Review: |
|---|
| ADC Diet Roster, Batch report in AIMS, and eOMIS Medical Record. |

| Methodology: |
|---|
| <ul><li>The Monitor will utilize the first ten (10) charts that are appropriate from the ADC Diet Roster or Batch Report in AIMS.</li><li>The Monitor will compare the diet order to eOMIS to determine when a Provider prescribed a special diet, which the Provider included the type of diet, duration for which it is to be provided and any special instructions.</li><li>If any of the information is missing, the chart is found to be out of compliance.  If all the information is included, the chart is compliant.</li></ul> |

94

Health Care Performance Measure No. 72
Stipulation Category: Medical Diets (02)

## CGAR Category: Medical Diets (C) 02

**Performance Measure:**

Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP.

**CGAR Question:**

Are inmates who refuse prescribed diets for more than 3 consecutive days receiving follow up nutritional counseling by a QHCP?

**Source of Records/Review:**

ADC dietary liaison records and eOMIS Medical Record. IRs showing non-compliance with Diet. Signed Diet Roster.

**Methodology:**

- The Monitor will be advised by the Dietary Liaison of non-compliant inmates that refuse their prescribed diets for more than three (3) consecutive dates.

- The Monitor will review the signed dietary signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diets.  The Monitor will utilize the first ten (10) inmate charts from the list and review eOMIS for a nutritional counseling note or under Scanned Documents for a completed refusal form.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 01**

</div>

---

**Performance Measure:**

All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.*

---

**CGAR Question:**

Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days?

---

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

---

**Methodology:**

- Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville..

- Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then "TF" is recorded and it is coded as non-compliant. If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

---

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 74
Stipulation Category: Mental Health (02)

## CGAR Category: Mental Health (C) 02

**Performance Measure:**

All female inmates shall be seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum.

**CGAR Question:**

Are all female prisoners being seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum?

**Source of Records/Review:**

Inpatient Hospital Report.

**Methodology:**

- If there are more than ten (10) post-partum women during the monitored month, then the inpatient hospital report will be randomized, and up to ten (10) post-partum women will be reviewed.  Otherwise, all post-partum women will be reviewed for compliance.

- Determine the date the inmate arrived back at the facility by either (1) reviewing the external Movement Screen in AIMS (DI24, Shift + F5), (2) in eOMIS, from the Prison tab, clicking on the shortcuts "Population Tracking", and clicking on the link "External Movements, or (3) checking "Return from Offsite" note in eOMIS under Nursing Encounters.

- Then review eOMIS, in the Mental Health tab, to determine if the inmate was seen within five (5) business days of arriving back from the hospital.

- Then ensure that the contact was completed by a licensed mental health clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 75
Stipulation Category: Mental Health (03)

</div>

## CGAR Category: Mental Health (C) 03

| **Performance Measure:** |
|---|
| A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |

| **CGAR Question:** |
|---|
| Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |

| **Source of Records/Review:** |
|---|
| Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row (randomized). |

| **Methodology:** |
|---|
| <ul><li>Ten (10) records (if available) at each of the required reception areas will be reviewed.</li><li>Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li><li>Then review eOMIS, in the Mental Health tab, to determine if they were seen by a mental health staff member by the end of their second full day.  Generally, the contact will be categorized as an "Intake."</li><li>Also, record whether the contact was completed by a licensed clinician or by another mental health staff member.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li></ul> |

<div align="right">

Draft Revised: 10/20/16

</div>

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 76
Stipulation Category: Mental Health (04)

## CGAR Category: Mental Health (C) 04

| Performance Measure: |
|---|
| If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC. |

| CGAR Question: |
|---|
| If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within fourteen days of his or her arrival into ADC? |

| Source of Records/Review: |
|---|
| Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician. |

| Methodology: |
|---|
| <ul><li>Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health clinician, then the record will be re-reviewed in twenty days for compliance with this performance measure. If the initial two-day period for intake on PM #75 or the initial 14 days for PM #76 extend into the following month, they are coded as a "0" and automatically placed on the review for the next calendar month.</li><li>Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)</li><li>Review eOMIS, in the Mental Health tab, to determine if the inmate had an additional contact by a mental health clinician within fourteen (14) days of their arrival.  A monthly list of mental health clinicians is obtained from the health services contractor.</li></ul> |

Draft Revised: 10/20/16

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

## CGAR Category: Mental Health (C) 05

**Performance Measure:**

Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners.

**CGAR Question:**

Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every twelve (12) months for all other MH-3 prisoners?

**Source of Records/Review:**

Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #86, #87, #89 and #92.

**Methodology:**

- All records reviewed for HC PMs ##73, 80, 82, 84-87, 89, and 92 will also be reviewed for compliance with this performance measure.

- Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.

- Review eOMIS, in the Mental Health tab, for the most recent treatment plan.

- If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ninety days or less (or one year if applicable).   If the previous treatment plan was more than ninety days (or one year if applicable), then "TF" is recorded and it is coded as non-compliant.

- If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed ninety days or less (or one year if applicable) from the last day of the reporting month.   Record the date of the most recent treatment plan.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 78
Stipulation Category: Mental Health (06)

## CGAR Category: Mental Health (C) 06

| |
|---|
| **Performance Measure:**<br><br>All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |

| |
|---|
| **CGAR Question:**<br><br>Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |

| |
|---|
| **Source of Records/Review:**<br><br>All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the monitored month. |

| |
|---|
| **Methodology:**<br><br><ul><li>All records reviewed for HC PM #77, in which the treatment plan was updated in the monitored month, will also be reviewed for a face-to-face SOAPE note dated the same date if it was updated.</li><li>A face-to-face contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), individual note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch, etc.</li><li>Review eOMIS, in the Mental Health tab, to see if there is both a treatment plan and contact on the same day.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 79
Stipulation Category: Mental Health (07)

CGAR Category: Mental Health (C) 07

| Performance Measure: |
| --- |
| If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |

| CGAR Question: |
| --- |
| If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |

| Source of Records/Review: |
| --- |
| The same inmate charts that are reviewed for HC PM #77. |

| Methodology: |
| --- |
| <ul><li>For all records reviewed for HC PM #77, who are also on psychotropic medications and seen by a psychiatric provider in the monitored month, will be reviewed for the provider indicating that they reviewed the treatment plan.</li><li>Review eOMIS, in the Mental Health tab, to determine if the inmate was seen by Psychiatry during the monitored month.</li><li>If they were seen during the monitored month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If there is no treatment plan for them to review, this performance measure will be recorded as not applicable "N/A" and coded with a 0.</li><li>If the Provider documents that the treatment plan has been reviewed, and no treatment plan is available in the EHR, the measure will be marked as noncompliant.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

## CGAR Category: Mental Health (C) 08

| **Performance Measure:** |
|---|
| MH-3A prisoners shall be seen a minimum of every thirty (30) days by a mental health clinician. |

| **CGAR Question:** |
|---|
| Are MH-3A prisoners seen a minimum of every thirty (30) days by a mental health clinician? |

| **Source of Records/Review:** |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a contact), scheduled sick call, unscheduled sick call, suicide watch, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty (30) days or less. If the preceding contact occurred more than thirty days before, then "TF" is recorded and it is coded as non-compliant. If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

**CGAR Category: Mental Health (C) 09**

| | |
|---|---|
| **Performance Measure:**<br><br>MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. | |

| | |
|---|---|
| **CGAR Question:**<br><br>Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? | |

| | |
|---|---|
| **Source of Records/Review:**<br><br>Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. | |

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to:  scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding psychiatry contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, check if the inmate was seen 90 ninety days or less before the last day of the monitored month.  The date of the last contact is recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is

104

**PERFORMANCE MEASURES**

coded with a 0.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

**CGAR Category: Mental Health (C) 10**

| |
|---|
| **Performance Measure:**<br><br>MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |
| **CGAR Question:**<br><br>Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) will be selected for review at each yard.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less.  If the preceding contact was more than 90 days, then "TF" is recorded and it is coded as non-compliant.<br><br>• If there is no contact in the monitored month, then looked to see if the previous contact was completed 90 days or less from the last day of the monitored month.  The date of the last contact is recorded.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

## CGAR Category: Mental Health (C) 11

| Performance Measure: |
| --- |
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.</li><li>A mental health provider[1] contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>If the most recent psychiatry contact occurred in the monitored month, then compare that date to the preceding psychiatry contact.  If these two contacts are 90 days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than 180 days apart, then record "TF" as the date and it is coded as non-compliant.</li><li>If the most recent psychiatry contact occurred in the monitored month and the preceding</li></ul> |

---

[1]    Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

contact occurred between 90 and 180 days from that date, then follow the steps below to determine the prevailing diagnosis.

- If the most recent psychiatry contact did not occur in the monitored month, then look to see if it occurred 90 days or less from the last day of the monitored month.  If it did, then record the date of the contact and it is coded as compliant.  If the most recent contact occurred more than 180 days from the last day of the monitored month, then record the date and it is coded as non-compliant.

- If the most recent psychiatry contact occurred between 90 and 180 days from the last day of the monitored month, the follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis:  First look at the first psychiatry contact that did not occur in the monitored month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month.  If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis:  First record an "N" if the diagnosis is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

PERFORMANCE MEASURES

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

CGAR Category: Mental Health (C) 12

| Performance Measure: |
| --- |
| MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |

| CGAR Question: |
| --- |
| Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 180 days. If the preceding contact occurred more than 180 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 180 days or less before the last day of the monitored month. If the most recent contact is more than 180 days from the last day of the monitored month, then the date of the contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

## CGAR Category: Mental Health (C) 13

| Performance Measure: |
|---|
| MH-3D prisoners shall be seen by a mental health provider within thirty (30) days of discontinuing medications. |

| CGAR Question: |
|---|
| Are MH-3D prisoners seen by a mental health provider within thirty (30) days of discontinuing medications? |

| Source of Records/Review: |
|---|
| MH 3D Log (Randomized) |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

- Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued. This date is recorded on the spreadsheet.

- If the medications were discontinued in any month prior to the monitored month, then look to see if the required subsequent psychiatric contact has occurred. If the subsequent contact occurred in any month prior to the monitored month, then it will be coded with a 0.

- If the subsequent contact occurred in the monitored month, then look to see if it is no more than thirty (30) days after the discontinuation date. If the subsequent contact occurred more than thirty (30) days after the discontinuation date, then "TF" will be recorded and it will be coded as non-compliant.

- If the medications were discontinued after February 2015, and the subsequent contact still has not occurred, then it is coded as noncompliant.

- If the inmate has not been on medications during this incarceration, then "N/A" will be recorded and it will be coded with a 0.

**PERFORMANCE MEASURES**

- If the medications were discontinued in the monitored month, and no follow up has yet occurred, then the date of the discontinuation will be recorded and it will be coded with a 0. If the subsequent contact occurred later in the monitored month, then it will be coded as compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

111

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

## CGAR Category: Mental Health (C) 14

| Performance Measure: |
|---|
| MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. |

| CGAR Question: |
|---|
| Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |

| Source of Records/Review: |
|---|
| Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |

**Methodology:**

- All of the records from HC PM #85 will be reviewed for this PM. If ten (10) records were not located for PM #85, then the remaining required records will be reviewed for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

- Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred 90 days or less. If the preceding contact was more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then look to see if the most recent contact occurred 90 days or less from the last day of the monitored month. If it the two dates are more than 90 days apart, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift +

**P E R F O R M A N C E   M E A S U R E S**

F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 10/20/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

## CGAR Category: Mental Health (C) 15

**Performance Measure:**

MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every thirty (30) days.

**CGAR Question:**

Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every thirty (30) days?

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

**Methodology:**

- Ten (10) records (if available) will be selected for review at each residential program.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch, etc.

- If the individual contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty (30) days or less.  If the preceding contact occurred more than thirty (30) days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 10/20/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

## CGAR Category: Mental Health (C) 16

| Performance Measure: |
| --- |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
| --- |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The same records from HC PM #87 will be reviewed for this PM</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.</li><li>If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 90 days or less before the last day of the monitored month.  If the two dates are more than 90 days apart, then the date of the most recent psychiatry contact is recorded and it is coded as non-compliant.</li><li>If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

115

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

### CGAR Category: Mental Health (C) 17

| Performance Measure: |
|---|
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven days. |

| CGAR Question: |
|---|
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven days? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each unit with an inpatient program.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch, etc.

- To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.

- Record the total number in compliance over the total number of individual contacts that should have occurred (e.g., 2/3, 4/4).

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

**CGAR Category: Mental Health (C) 18**

| |
|---|
| **Performance Measure:**<br><br>MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every thirty (30) days. |
| **CGAR Question:**<br><br>Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every thirty (30) days? |
| **Source of Records/Review:**<br><br>The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications. |

**Methodology:**

- The records reviewed for HC PM #89 will before reviewed for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within thirty (30) days or less. If the preceding contact was more than thirty (30) days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If the inmate is not currently on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 91
Stipulation Category: Mental Health (19)

## CGAR Category: Mental Health (C) 19

**Performance Measure:**

MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily.

**CGAR Question:**

Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily?

**Source of Records/Review:**

Phoenix Complex Continuous Watch Log (randomized).

**Methodology:**

- The first ten (10) records (if available) will be selected for review.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch.

- A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch, etc.

118

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

## CGAR Category: Mental Health (C) 20

| |
|---|
| **Performance Measure:**<br><br>MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every thirty (30) days. |
| **CGAR Question:**<br><br>Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every thirty (30) days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br>• The first ten (10) records (if available) will be selected for review at each maximum custody unit.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch, etc.<br><br>• If the contact occurred in the monitored month, look to see if the preceding contact occurred within thirty (30) days or less.  If the preceding contact occurred more than thirty (30) days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.) |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 93
Stipulation Category: Mental Health (21)

</div>

### CGAR Category: Mental Health (C) 21

---

**Performance Measure:**

Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody.

---

**CGAR Question:**

Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?

---

**Source of Records/Review:**

The records for the same inmates reviewed for HC PM #92.

---

**Methodology:**

- Review the same records from HC PM #92 for compliance with this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff.

- In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody. A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.

- Record the total number in compliance over the total number of rounds that should have occurred (e.g., 2/3, 4/4).

- If there is a gap in rounds, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

---

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 94
Stipulation Category: Mental Health (22)
</div>

## CGAR Category: Mental Health (C) 22

| |
|---|
| **Performance Measure:** |
| All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |
| **CGAR Question:** |
| Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |
| **Source of Records/Review:** |
| Suicide Watch Log (randomized). |
| **Methodology:** |
| <ul><li>A minimum of ten (10) records (if available) per complex will be reviewed, except ASPC Eyman where twenty records will be reviewed.</li><li>Review eOMIS under the Nursing Favorites tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the monitored month.  A contact note may be found in various locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit, treatment plan, scheduled sick call, unscheduled sick call, and suicide watch.</li><li>Also, verify that the contacts completed during normal business days were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.</li><li>The date (or month if outside of the monitored month) the inmate was placed on watch will be recorded.  The date the inmate was discontinued from watch will be recorded (or "N/A" if the inmate is on watch beyond the last day of the monitored month).  Any dates that a note is missing will also be recorded, or "None" will be indicated if all documentation was located.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 95
Stipulation Category: Mental Health (23)

## CGAR Category: Mental Health (C) 23

| |
|---|
| **Performance Measure:**<br><br>Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten (10) days after discontinuation, and between 21 and 24 days after discontinuation of the watch. |
| **CGAR Question:**<br><br>Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?  Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between seven (7) to ten (10) days, and between 21 and 24 days after discontinuation of the watch? |
| **Source of Records/Review:**<br><br>Suicide Watch Log (randomized). |
| **Methodology:**<br><br>• Review a minimum of ten (10) inmate (if available) per complex, except at ASPC-Eyman, where twenty records will be reviewed.<br><br>• Review eOMIS under the Mental Health tab for the required watch follow-up note(s).  A watch follow-up note may be found in a variety of locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, and initial psychiatric evaluation.<br><br>• Record the date the watch was discontinued.  Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the monitored month.<br><br>• Verify that the clinician, who discontinued the watch (during the monitored month), was a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor. |

- Record the dates of the watch follow up contacts. If the follow up was not due during the monitored month, then "N/A" will be recorded. If a required contact during the monitored month did not occur or was not done on the correct date, then this will be recorded and it will be coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 96
Stipulation Category: Mental Health (24)

## CGAR Category: Mental Health (C) 24

| |
|---|
| **Performance Measure:**<br><br>A reentry/discharge plan shall be established no later than thirty (30) days prior to release from ADC for all prisoners who are MH-3 or above. |
| **CGAR Question:**<br><br>Are reentry/discharge plans established no later than thirty (30) days prior to release from ADC for all prisoners who are MH-3 or above? |
| **Source of Records/Review:**<br><br>DA04 AIMS Batch Report at each Complex. |
| **Methodology:**<br><br><ul><li>Ten (10) records (if available) per yard will be reviewed.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.</li><li>Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be marked compliant if it was done thirty (30) days or more before the inmate's release date. The date the release plan was completed and the date of the inmate's release will both be recorded.</li><li>Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li><li>If the inmate was incarcerated for less than thirty (30) days, or was on the mental health caseload for less than thirty (30) days, then "N/A" will be recorded and it will be coded with a 0.</li></ul> |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

## CGAR Category: Mental Health (C) 25

**Performance Measure:**

A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.

**CGAR Question:**

Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider?

**Source of Records/Review:**
Telepsychiatry Logs (randomized).

**Methodology:**

- Ten (10) records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.

- Review eOMIS, in the Mental Health tab, for any non-clinical contact note which contains the required documents needing to be scanned in and indicates where the rest of the documents can be located.

- Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review prior to the appointment with the provider.

- If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as "N/A". This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">Health Care Performance Measure No. 98<br>Stipulation Category: Mental Health (26)</div>

<div align="center"><u>CGAR Category: Mental Health (C) 26</u></div>

**Performance Measure:**

Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.

**CGAR Question:**

Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?

**Source of Records/Review:**

HNR Log (randomized).

**Methodology:**

- Review ten (10) records (if available) from each yard for compliance with this performance measure.

- If the HNR is determined to be emergent, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen immediately after the triage was completed.

- If the HNR is determined to be an urgent medication issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within 24 hours after the triage was completed.

- If the HNR is determined to be an urgent non-medication issue describing serious mental health symptoms, then review Heath Service encounters under the Nursing tab, to determine if the inmate was seen within 24 hours after the triage was completed.

- If the HNR is related to routine mental health needs, then determine if the inmate was seen or responded to with a specific plan within five (5) business days of the date nursing triaged the HNR.  Review any response notes on the Mental Health HNRs in Scanned Documents.  If there are no response on the HNR, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within five (5) business days of the HNR triage date.  These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, or

<div align="center">126</div>

**PERFORMANCE MEASURES**

suicide watch.

- If the HNR is a routine request to see psychiatry, then determine if a referral is made to a psychiatric provider.  Review any response on the HNR to determine if there was a direct referral to a Psychiatric provider.  If the inmate was seen by nursing or mental health staff, then review the encounter documentation to determine whether the inmate was referred to a psychiatric provider.

- If referred to a Psych RN, the inmate is to be seen within five (5) working days (unless seen by a Provider first)

- For inmates who are referred to a psychiatric provider after turning in an HNR requesting such, then determine whether the inmate was seen by a psychiatric provider within fourteen (14) calendar days from the date of the referral.

- The date of the triage or referral will be recorded.  The date of the response or contact will be recorded.  The department (Psychology or Psychiatry) will be recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 99
Stipulation Category: Mental Health (27)

## CGAR Category: Mental Health (C) 27

| Performance Measure: |
|---|
| Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |

| CGAR Question: |
|---|
| Are peer reviews being conducted as set forth in the current MHTM? |

| Source of Records/Review: |
|---|
| Peer Review Report. |

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Providers employed less than one year are exempt from review.

- Review each provider's hire date compared to their completed annual peer review date.

- Mental health staff without documented peer reviews completed within one year of their hire date will result in noncompliance with the performance measure.

- The report includes PRN and locum tenens providers, who are eligible for review if employed for at least one year.

Health Care Performance Measure No. 100
Stipulation Category: Dental (01)

### CGAR Category: Dental (C) 01

| Performance Measure: |
|---|
| Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. |

| CGAR Question: |
|---|
| Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs? |

| Source of Records/Review: |
|---|
| Correctional Dental Software (CDS) Report (randomized). |

| Methodology: |
|---|
| • Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will review the CDS report to locate inmates on the routine care list who were seen for urgent care or pain appointments in the monitored month to determine whether these inmates are still on the routine care list. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

## CGAR Category: Dental (C) 02

| |
|---|
| **Performance Measure:** |
| Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |

| |
|---|
| **CGAR Question:** |
| Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |

| |
|---|
| **Source of Records/Review:** |
| Correctional Dental Software (CDS) Report (randomized). |

| |
|---|
| **Methodology:** |
| • Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee. |
| • The Monitor will review the Appointment Lists for the monitored month and randomly select ten (10) inmate names/numbers to see if there was an order for history, vital signs and dental radiographs by the Dentist.  If there was an order, the Monitor will review the entry in eOMIS pertaining to that specific visit and see if the history, vital signs and radiographs were completed as ordered. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

## CGAR Category: Dental (C) 03

| |
|---|
| **Performance Measure:**<br><br>Routine dental care wait times will be no more than 90 days from the date the HNR was received. |
| **CGAR Question:**<br><br>Are routine dental care wait times no more than 90 days from the date the HNR was received? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will select the first ten (10) inmates on the appointment lists (routine) and make sure that routine dental care wait times are no more than 90 days from the date the HNR was received. |

131

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 103
Stipulation Category: Dental (04)

## CGAR Category: Dental(C) 04

---

**Performance Measure:**

Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received.

---

**CGAR Question:**

Are urgent dental care wait times, as determined by the contracted vendor, no more than 72 hours from the date the HNR was received by dental?

---

**Source of Records/Review:**

Correctional Dental Software (CDS) Report (randomized).

---

**Methodology:**

- Randomize the CDS Report and provide it provide to the Dental Monitor (HSCMB) or Designee.

- The Monitor will select the first ten (10) inmates on the appointment lists (urgent) and make sure that urgent dental care wait times are no more than 72 hours from the date the HNR was received by dental.

---

Draft Revised: 10/20/16

PERFORMANCE MEASURES

<div style="text-align: right">

**Max Custody Performance Measure No. 01**
**Stipulation Category: Max Custody (01)**

</div>

## CGAR Category: Max Custody

| |
|---|
| **Performance Measure:**<br><br>All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered a minimum of 7.5 hours out-of-cell time per week.   Those at Step II are offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III are offered a minimum of 9.5 hours out-of-cell time per week. |
| **CGAR Question:**<br><br>Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence-Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered a minimum of 7.5 hours out-of-cell time per week? Are those at Step II offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III offered a minimum of 9.5 hours out-of-cell time per week? |
| **Source of Records/Review:**<br><br>Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out of Cell Time Tracking Forms for ten (10) randomly selected inmates:<br><br>The ADC Division Director of Offender Operations, or designee, randomly selects the week to be used using a random number generator, such as random.org or other randomizing methodology, and distributes notice of the selected week on the first of the month (or the next State of Arizona business day thereafter if the first of the month is not a business day) following the monitored month (e.g., the week to be monitored for January will be announced on the first day of February (or the next business day thereafter if the first of February is not a State of Arizona business day).<br><br>The count sheets for the unit are used to determine the pool of eligible inmates.  The total number of inmates eligible for DI 326 is then divided by ten, and every *nth* inmate is reviewed. If a randomly selected inmate was not present in the unit for the full seven (7) days of the monitoring week, that inmate's records are not reviewed and the inmate either directly above or below the randomly selected inmate who was on the unit for the full seven (7) days is used.  The Maximum Custody Daily Out of Cell Time Tracking Form for the specified monitoring week is reviewed for each of the ten (10) inmates. |
| **Methodology:** |

PERFORMANCE MEASURES

- At each designated location, Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for each monitored month. The Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for compliance with MC PM #1, and the events recorded on each of the Maximum Custody Daily Out of Cell Time Tracking Forms selected for the month are compared against the Max Custody and/or (SMI) Mental Health Monthly Activity Schedule. Deviations from the Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) that occur on the same day do not require any additional documentation. For any activities that are cancelled for the and not made up on the same day, an Information Report (IR) is written. This IR and any other pertinent information necessary to support findings is reviewed and included in the compliance documentation.

- At each designated location, Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed for the one randomly selected week for each monitored month, for the ten (10) randomly selected inmates. Step levels for each inmate are noted and compliance with MC PM #1 for each inmate is determined. If refusals of out of cell time are recorded on the Maximum Custody Daily Out of Cell Time Tracking Form, the refusal, indicating the amount of out-of-cell time offered and refused, must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign, two (2) staff members must sign. Failure to document a refusal properly will lead to a finding of non-compliance for that record. Beginning and ending times for all out of cell time must be noted on the Maximum Custody Daily Out of Cell Time Tracking Form unless an inmate refuses that time. In the case of a refusal, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received out-of-cell is recorded in the Comments Section of the Tracking Form next to the signed refusal. Failure to document these times will lead to a finding of non-compliance for that record.

- The reviewer notes the step level for each inmate in order to determine the minimum amount of out of cell time the inmate should have been afforded during the monitoring week. This minimum amount of time is compared against the actual amount of time recorded on each inmate's Maximum Custody Daily Out of Cell Time Tracking Form.

- If one of the inmates selected for this measure is designated Seriously Mentally Ill, SMI time required under MC PM #8 should not be double-counted towards compliance with this measure.

Draft Revised: 10/20/16

Max Custody Performance Measure No. 02
Stipulation Category: Max Custody (02)

## CGAR Category: Max Custody

| **Performance Measure:** |
|---|
| All maximum custody inmates at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered at least one hour of out-of-cell group programming a week at Step II and Step III. |

| **CGAR Question:** |
|---|
| Are all maximum custody inmates at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered at least one hour of out-of-cell group programming a week at Step II and Step III? |

| **Source of Records/Review:** |
|---|
| Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out of Cell Time Tracking Form; Max Custody and/or (SMI) Mental Health Monthly Programming Attendance/Sign-In Sheets (containing inmate signature). |

**Methodology:**

- The records of the inmates selected for MC PM #1 are also reviewed for this performance measure. The same week is also reviewed.

- At each designated location, Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for each monitored month. The Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) are reviewed for compliance with MC PM #2, and the group programming recorded on each of the Maximum Custody Daily Out of Cell Time Tracking Forms selected for the month are compared against the Activity Schedule. Deviations from the Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) that occur on the same day do not require any additional documentation. For any activities that are cancelled and not made up on the same day an Information Report (IR) is written. This IR and any other pertinent information necessary to support findings is reviewed and included in the compliance documentation.

- At each designated location, Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed for the one randomly selected week for each monitored month for the ten

135

(10) randomly selected inmates.   The Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed to determine if the Step II and Step III inmates were afforded one hour of group programming during the monitoring week.  Beginning and ending times for the group programming should be noted on the Tracking Form unless the inmate refuses that time.   If a refusal of group programming is recorded on the Maximum Custody Daily Out of Cell Time Tracking Form, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received in programming is recorded in the Comments Section of the Form next to the signed refusal.  The refusal must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign, two (2) staff members must sign. Failure to document a refusal properly will lead to a finding of non-compliance for that record.

- At each designated location, Max Custody and/or (SMI) Mental Health Monthly Programming Attendance/Sign-In Sheets for Step II and III are compared against the group programming recorded in the Maximum Custody Daily Out of Cell Time Tracking Forms of the ten (10) randomly selected inmates to confirm that the inmates attended the programs indicated.  Reviewers must confirm that each selected inmate signed in to the group program with his/her signature.   Failure to confirm attendance leads to a finding of non-compliance for that record.

PERFORMANCE MEASURES

Max Custody Performance Measure No. 03
Stipulation Category: Max Custody (03)

**CGAR Category: Max Custody**

| |
|---|
| **Performance Measure:**<br><br>All out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled is properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶ 26 of the Stipulation. |
| **CGAR Question:**<br><br>Is all out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶ 26 of the Stipulation. |
| **Source of Records/Review:**<br><br>Maximum Custody Daily Out of Cell Time Tracking Forms for the ten (10) inmates randomly selected for the month, for the monitoring week; any IRs, or if no IR then other documentation generated during the monitoring week pertaining to the cancellation or limitation of out-of-cell time is reviewed; documentation of out of cell time made up is also reviewed.<br><br>Warden Certification of individual security risk necessitating limitation or cancellation where applicable to randomly selected prisoner. |
| **Methodology:**<br><br>• The records of the inmates selected for MC PM #1 are also reviewed for this performance measure. The same week is also reviewed.<br><br>• The records of the inmates selected for MC PM #8 are also reviewed for this performance measure. The same week is also reviewed.<br><br>• Any cancelled or missing activities required by MC PM #1, #2 and #8 are noted.<br><br>• If there are any cancellations/limitations of out-of-cell time, it is first determined whether it was for a legitimate operational or safety and security reasons, including: an unexpected staffing shortage, inclement weather, or facility emergency lockdown. The reason for any cancellation/limitation of out-of-cell time is noted on the Comments Section of the inmate's Maximum Custody Daily Out of Cell Time Tracking Form. A reason other than for legitimate operational or safety and security reasons for cancellation requires a finding of non-compliance. These findings are documented in the monthly Monitoring Overview for this Performance Measure.<br><br>• Next it is determined if reasonable steps were taken to make up the out-of-cell time. If |

137

no steps were taken to make up the required out-of-cell time, the reason is documented. If the reviewer concludes that reasonable steps could have been taken, this is the basis for a finding of non-compliance.  Insufficient time remaining at the end of a week may be the basis for a compliant finding.  These findings are documented in the monthly Monitoring Overview for this Performance Measure.

•   If an individual inmate's required out of cell time under DI 326 is cancelled or limited and is not made up, the complex Warden, or designee, will write a Warden's Certification documenting that allowing such an inmate out-of-cell time would pose a significant security risk.  The lack of such a certification may lead to a finding of non-compliance. The time frame for a Warden's Certification is reviewed to determine whether it is current.  Any Warden's Certification with a date further out than one calendar month is "expired" and warrants a finding of noncompliance. The Warden's Certification and the findings of compliance/non-compliance for this measure are documented in the monthly Monitoring Overview for this Performance Measure.

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

Max Custody Performance Measure No. 04
Stipulation Category: Max Custody (04)

## CGAR Category: Max Custody

| |
|---|
| **Performance Measure:**<br><br>All maximum custody prisoners receive meals with the same caloric and nutritional content as meals served to other ADC prisoners. |
| **CGAR Question:**<br><br>Are all maximum custody prisoners receiving meals with the same caloric and nutritional content as meals served to other ADC prisoners? |
| **Source of Records/Review:**<br><br>Max Custody Monthly Prisoner Meal Food Services Menu. |
| **Methodology:**<br><br>• At each designated location, Monthly Max Custody Prisoner Food Services Menus are selected for each monitored month.<br><br>• The contracted Food Vendor provides a memo certifying whether or not the inmates in maximum custody settings are receiving meals with the same caloric and nutritional content as those in lower custody areas on a monthly basis, including the average daily caloric level for the month.  The memo produced by the contracted Food Vendor is uploaded into the CGAR. |

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Max Custody Performance Measure No. 05
Stipulation Category: Max Custody (05)

</div>

<div align="center">

**CGAR Category: Max Custody**

</div>

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max are offered a minimum of 6 hours of out-of-cell exercise time a week.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max offered a minimum of 6 hours of out-of-cell exercise time a week?

---

**Source of Records/Review:**

Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out of Cell Time Tracking Forms.

---

**Methodology:**

- The records of the inmates selected for MC PM #1 are also reviewed for this performance measure. The same week is also reviewed.

- At each designated location, the Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed for compliance with this measure. Each record is reviewed to determine whether each inmate was provided or offered a minimum of six hours of out-of-cell exercise/recreation during the monitoring week. If an inmate is afforded less than 6 hours of recreation time per week this will result in a finding of non-compliance.

- If a refusal of recreation is recorded on the Maximum Custody Daily Out of Cell Time Tracking Form, the refusal must be signed by the inmate in the Comments Section of the Form, or if the inmate refuses to sign two (2) staff members must sign. The location of the recreation time offered and refused is recorded on the Maximum Custody Daily Out of Cell Time Tracking Form. Failure to properly document a refusal may lead to a finding of non-compliance for that record. Beginning and ending times for each period of accepted out-of-cell recreation are noted on the Maximum Custody Daily Out of Cell Time Tracking Form. Failure to document these times may lead to a finding of non-compliance for that inmate.

---

Draft Revised: 10/20/16

PERFORMANCE MEASURES

Max Custody Performance Measure No. 06
Stipulation Category: Max Custody (06)

**CGAR Category: Max Custody**

---

**Performance Measure:**

All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 are offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy.

---

**CGAR Question:**

Are all maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, Perryville-Lumley Special Management Area (Yard 30), and Lewis-Rast Max who are eligible for participation in DI 326 offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy?

---

**Source of Records/Review:**

Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out of Cell Time Tracking Form; Max Custody and/or (SMI) Mental Health Monthly Programming Attendance/Sign-In Sheets (containing prisoner signature); Prisoner Property Files, telephone records, visitation records, inmate bank account record reflecting weekly maximum spending.

---

**Methodology:**

a. The records of the inmates selected for MC PM #1 are also reviewed for this performance measure.  The same week is also reviewed.

b. Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed for each inmate to ensure access to the out-of-cell time required under DI 326.  If the required out of cell time was not offered to the inmate there is a finding of noncompliance for that inmate for this measure.

c. Prisoner Property Files for the ten (10) randomly selected inmates are reviewed to identify access to allowable property consistent with the inmate's Step Level under DI 326 for each monitored month.  If an inmate does not have access to property consistent with his/her Step Level, then there may be a finding of non-compliance for that inmate for this measure.

d. Prisoner telephone and visitation records are reviewed for the ten (10) randomly selected

141

inmates to identify access to telephone and visitation privileges consistent with the inmate's Step Level.  If an inmate does not have access to visitation and/or telephone privileges consistent with his/her Step Level, then there is a finding of non-compliance for that inmate for this measure.

e.  Inmate bank account records are reviewed for the ten (10) randomly selected inmates to identify whether each inmate has access to the weekly maximum spending amount consistent with the inmate's Incentive Phase (Step Level) amount.  If an inmate does not have access to the weekly maximum spending amount consistent with his/her Incentive Phase (Step Level), then there may be a finding of non-compliance for that inmate for this measure.

a.  The reviewer should note the Step Level for each inmate record reviewed and determine whether the type/location of recreation offered is consistent with the requirements of DI 326.  The location of the recreation offered and refused is recorded in the Maximum Custody Daily Out of Cell Time Tracking Form, and the duration of recreation time refused should be noted in the Comment Section of the Maximum Custody Daily Out of Cell Time Tracking Form, followed by the inmate or staff member signature(s), whichever is applicable. For example, a Step III inmate at Eyman-SMU I should be offered six hours per week to include one-time per month in a 10 x 10 enclosure (which holds up to four inmates), one time per month in 20 x 40 basketball enclosure (which holds up to eight inmates), and one-time per month recreation/par course field.  The reviewer looks at the week monitored.

142

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Max Custody Performance Measure No. 07**
**Stipulation Category: Max Custody (07)**

</div>

**CGAR Category: Max Custody**

---

**Performance Measure:**

No prisoners with a mental health classification of MH3 or higher are housed in Florence Central-CB-5 or CB-7 unless the cell fronts are substantially modified to increase visibility.

---

**CGAR Question:**

Are there any prisoners with a mental health classification of MH3 or higher housed in Florence Central-CB-5 or CB-7 without a cell front that has been substantially modified to increase visibility?

---

**Source of Records/Review:**

Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher:  The Housing Assignment Log for maximum custody prisoners with mental health classification of MH-3 or higher is reviewed for one randomly selected day of each monitored month.

---

**Methodology:**

- Pursuant to Defendants providing a declaration from Division Director Carson McWilliams attesting to the alteration of all of the CB5 and CB7 cells, Plaintiffs have agreed that Defendants no longer must monitor this MC PM.  (Letter from Fettig to Gottfried/Rand dated Oct. 4, 2016.)  Defendants have agreed to notify Plaintiffs if the cell fronts in these locations are substantially modified in the future during the life of the Stipulation (Dkt. 1185).  (*Id.*)

---

Draft Revised: 10/20/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Max Custody Performance Measure No. 08**
**Stipulation Category: Max Custody (08)**

</div>

<div align="center">

**CGAR Category: Max Custody**

</div>

---

**Performance Measure:**

In addition to the general privileges and incentives afforded to prisoners under DI 326, all SMI prisoners in maximum custody receive:

- 10 hours of unstructured out-of-cell time per week
- 1 hour of additional out-of-cell mental health programming per week
- 1 hour of additional out-of-cell psycho-educational programming per week
- 1 hour of additional out-of-cell programming per week

---

**CGAR Question:**

In addition to the general privileges and incentives afforded to prisoners under DI 326, are all SMI prisoners in maximum custody, receiving:

- 10 hours of unstructured out-of-cell time per week
- 1 hour of additional out-of-cell mental health programming per week
- 1 hour of additional out-of-cell psycho-educational programming per week
- 1 hour of additional out-of-cell programming per week

---

**Source of Records/Review:**

Maximum Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s); Maximum Custody Daily Out of Cell Time Tracking Form; Max Custody and/or (SMI) Mental Health Monthly Programming Attendance/Sign-In Sheets (containing inmate signature).

At each maximum custody unit where SMI inmates are housed, the count sheets for the unit are used to determine the pool of ten (10) randomly selected records reviewed for this measure. The total number of inmates classified as SMI is then divided by ten, and every *nth* inmate is reviewed. If a randomly selected inmate was not present in the unit for the full seven (7) days of the monitoring week, that inmate's records are not reviewed and the next SMI inmate either directly above or below the randomly selected SMI inmate is selected. If no SMI inmate is listed either directly above or below the randomly selected SMI inmate, then the next SMI inmate listed in the roster who was housed in the unit for the full seven (7) days is used. The Maximum Custody Daily Out of Cell Time Tracking Form for the specified monitoring week is reviewed for each of the ten (10) SMI inmates.

---

**Methodology:**

---

a.   The same week selected for MC PM #1 is reviewed for this performance measure.

b.   The Max Custody and SMI / Mental Health Monthly Program / Activity Schedule is reviewed for each monitored month and reviewed for compliance with MC PM #8 and the events recorded on each of the Maximum Custody Daily Out of Cell Time Tracking Forms selected for the month are compared against the Max Custody and SMI / Mental Health Monthly Program / Activity Schedule.  Deviations from the Max Custody and SMI / Mental Health Monthly Program / Activity Schedule that occur on the same day do not require any additional documentation.  For any activities that are cancelled and not made up on the same day, an Information Report (IR) is written.  This IR and any other pertinent information necessary to support findings is reviewed and included in the compliance documentation.

c.   The Maximum Custody Daily Out of Cell Time Tracking Forms are reviewed in order to determine compliance with MC PM #8 for each SMI inmate selected.  If refusals of out of cell time are recorded on the Maximum Custody Daily Out of Cell Time Tracking Form, the refusal must be signed by the inmate in the Comments Section of the Maximum Custody Daily Out of Cell Time Tracking Form, or if the inmate refuses to sign, signed by two (2) staff members.  Failure to properly document a refusal may lead to a finding of non-compliance.  Beginning and ending times for each period of out-of-cell recreation must be noted on the Maximum Custody Daily Out of Cell Time Tracking Form, unless an inmate refuses that time.  In the case of a refusal, the beginning time offered should be recorded on the front of the Tracking Form and the total time the inmate would have received out-of-cell is recorded in the Comments Section of the Tracking Form next to the signed refusal.  Failure to document these times may lead to a finding of non-compliance for that record.

d.   Max Custody and SMI / Mental Health Monthly Programming Attendance/Sign-In Sheets are reviewed for the selected SMI inmates to confirm that the inmates attended all of the programs (e.g., mental health; psychological-education; out-of-cell programming; DI 326) reflected on the Maximum Custody Daily Out of Cell Time Tracking Form.  Any discrepancies are noted.  If such discrepancies cannot be reconciled there may be a finding of non-compliance for the record at issue.

e.   For each of the selected SMI inmates, the Step Level is recorded, and it is determined if the basic requirements of DI 326 are met.

- Determine whether Step II and III SMI inmates are receiving their one hour of group programming under DI 326 in addition to all of the SMI requirements enumerated below.

- Determine whether each of the SMI inmates was afforded ten (10) hours of unstructured out-of-cell time during the monitoring week.

- Determine whether each of the SMI inmates was afforded one hour of mental health group programming during the monitoring week.

- Determine whether each of the SMI inmates was afforded one hour of

145

**PERFORMANCE MEASURES**

psychological educational programming during the monitoring week.

- Determine whether each of the SMI inmates was afforded one hour of additional out-of-cell programming during the monitoring week.



Max Custody Performance Measure No. 09
Stipulation Category: Max Custody (09)

## CGAR Category: Max Custody

**Performance Measure:**

All use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation.

**CGAR Question:**

Do all use of force incidents involving maximum custody prisoners classified as SMI, and in the following housing areas: Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2), conform to the policies for use of force set forth in ¶ 27 (a)-(e) of the Stipulation?

**Source of Records/Review:**

SIR Packet; Use of Force Review Packet (if applicable); incident video (if applicable).

Review the above listed records for maximum custody prisoners classified as SMI at the following housing areas:  Florence-CB-1 and CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; Phoenix (Baker, Flamenco, and MTU); and Lewis-Rast Max (4C1 and 4C2).

**Methodology:**

a.  At each designated location, all Use of Force, SIRs, and Use of Force Review Packets (if applicable) that occurred during the reporting period for the inmates specified in the performance measure are reviewed for compliance with the procedures for use of force set forth in Stipulation ¶ 27 (a)-(e).

  • Chemical agents shall be used only in case of imminent threat.  An imminent threat is any situation or circumstance that jeopardizes the safety of persons or compromises the security of the institution, requiring immediate action to stop the threat.  Some examples include, but are not limited to: an attempt to escape, on-going physical harm or active physical resistance.  A decision to use chemical agents shall be based on follow orders.  If the inmate has not responded to staff for an extended period of time, and it appears that the inmate does not present an imminent physical threat,

147

additional consideration and evaluation should occur before the use of chemical agents is authorized.

- All controlled uses of chemical agents shall be preceded by a cool down period to allow the inmate an opportunity to comply with custody staff orders.  The cool down period shall include clinical intervention (attempts to verbally counsel and persuade the inmate to voluntarily exit the area) by a mental health clinician, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m.  At all other times, a QHCP (other than a LPN) shall provide such clinical intervention. This cool down period may include similar attempts by custody staff.

- If it is determined the inmate does not have the ability to understand orders, chemical agents shall not be used without authorization from the Warden, or if the Warden is unavailable, the administrative duty officer.

- If it is determined an inmate has the ability to understand orders but has difficulty complying due to mental health issues, or when a mental health clinician believes the inmate's mental health issues are such that the controlled use of chemical agents could lead to a substantial risk of decompensation, a mental health clinician shall propose reasonable strategies to employ in an effort to gain compliance, if the incident occurs on a weekday between 8:00 a.m. and 4:00 p.m.  At all other times, a QHCP (other than a LPN) shall propose such reasonable strategies.

- The cool down period may also include use of other available resources/options such as dialogue via religious leaders, correctional counselors, correctional officers and other custody and non-custody staff that have established rapport with the inmate.

Draft Revised: 10/20/16

# EXHIBIT 14

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 76
Stipulation Category: Mental Health (04)

<u>CGAR Category: Mental Health (C) 04</u>

**Performance Measure:**

If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within ~~fourteen~~ 14 days of his or her arrival into ADC.

**CGAR Question:**

If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within ~~fourteen~~ 14 days of his or her arrival into ADC?

**Source of Records/Review:**

Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician.

**Methodology:**

- Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health clinician, then the record will be re-reviewed in ~~twenty~~ 20 days for compliance with this performance measure. If the ~~initial two-day period for intake on PM #75 or the~~ initial 14 days for PM #76 extend into the following month, ~~they~~ ~~its~~ it ~~are~~ will be coded as a "0" and automatically placed on the review for the next calendar month.

- Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

- Review eOMIS, in the Mental Health tab, to determine if the inmate had an additional contact by a mental health clinician within ~~fourteen (~~14~~)~~ days of their arrival.  A monthly list of mental health clinicians is obtained from the health services contractor.

  - A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, ~~treatment plan (if~~, scheduled sick call, unscheduled sick call, ~~scheduled psychiatry, unscheduled psychiatry,~~

**P E R F O R M A N C E   M E A S U R E S**

suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

## CGAR Category: Mental Health (C) 05

**Performance Measure:**

Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every ~~twelve (~~12~~)~~ months for all other MH-3 prisoners.

**CGAR Question:**

Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every ~~twelve (~~12~~)~~ months for all other MH-3 prisoners?

**Source of Records/Review:**

Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, ~~#86,~~ #87, #89 and #92.

**Methodology:**

- All records reviewed for HC PMs ##73, 80, 82, 84, 85, ~~-~~87, 89, and 92 will also be reviewed for compliance with this performance measure.

- Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.

- Review eOMIS, in the Mental Health tab, for the most recent treatment plan.

- If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ~~ninety~~ 90 days or less (or ~~one year~~12 months if applicable.  If the previous treatment plan was more than ~~ninety~~ 90 days (or ~~one year~~12 months if applicable), then "TF" is recorded and it is coded as non-compliant.

- If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed ~~ninety~~90 days or less (or ~~one year~~12 months if applicable) from the last day of the reporting month.  Record the date of the most recent treatment plan.  If the most recent treatment plan is more than 90 days (or 12 months if applicable) from the last day of the reporting month, then it is coded as non-compliant.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

3

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 78
Stipulation Category: Mental Health (06)

### CGAR Category: Mental Health (C) 06

| |
|---|
| **Performance Measure:**<br><br>All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |
| **CGAR Question:**<br><br>Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |
| **Source of Records/Review:**<br><br>All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the monitored month. |
| **Methodology:**<br><br><ul><li>All records reviewed for HC PM #77, in which the treatment plan was updated in the monitored month, will also be reviewed for a face-to-face SOAPE note by a mental health provider or mental health clinician dated the same date if it was updated.</li><li>A face-to-face contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), individual note, group note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>Review eOMIS, in the Mental Health tab, to see if there is both a treatment plan and contact on the same day.</li></ul> |

Draft Revised: 11/5/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 79
Stipulation Category: Mental Health (07)

### CGAR Category: Mental Health (C) 07

| |
|---|
| **Performance Measure:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |

| |
|---|
| **CGAR Question:** |
| If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |

| |
|---|
| **Source of Records/Review:** |
| The same inmate charts that are reviewed for HC PM #77. |

| |
|---|
| **Methodology:** |
| • For all records reviewed for HC PM #77, who are also on psychotropic medications and seen by a psychiatric provider in the monitored month, will be reviewed for the provider indicating that they reviewed the treatment plan. |
| • Review eOMIS, in the Mental Health tab, to determine if the inmate was seen by Psychiatry during the monitored month. |
| • If they were seen during the monitored month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. |
| • If there is no treatment plan for them to review, this performance measure will be recorded as not applicable "N/A" and coded with a 0. |
| • If the Provider documents that the treatment plan has been reviewed, and no treatment plan is available in the EHR, the measure will be ~~marked~~ coded as noncompliant. Additionally, it will also be coded as noncompliant if the treatment plan reviewed was from a prior incarceration or there was no treatment plan to review. |

5

Draft Revised: 11/5/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

## CGAR Category: Mental Health (C) 08

| Performance Measure: |
|---|
| MH-3A prisoners shall be seen a minimum of every ~~thirty (30)~~ days by a mental health clinician. |

| CGAR Question: |
|---|
| Are MH-3A prisoners seen a minimum of every ~~thirty (30)~~ days by a mental health clinician? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
|---|
| <ul><li>Ten (10) records (if available) will be selected for review at each yard.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group ~~note~~contact, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>If the contact occurred in the monitored month, then look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty~~ 30 days before, then "TF" is recorded and it is coded as non-compliant.  If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded non–compliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

## CGAR Category: Mental Health (C) 09

| Performance Measure: |
| --- |
| MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. |

| CGAR Question: |
| --- |
| Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? |

| Source of Records/Review: |
| --- |
| Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to:  scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding psychiatry contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, check if the inmate was seen 90 ninety days or less before the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

7

**P E R F O R M A N C E   M E A S U R E S**

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

## CGAR Category: Mental Health (C) 10

| Performance Measure: |
| --- |
| MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**
- Ten (10) records (if available) will be selected for review at each yard.
- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.
- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.
- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less.  If the preceding contact was occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.
- If there is no contact in the monitored month, then looked to see if the previous contact was completed 90 days or less from the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.
- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

PERFORMANCE MEASURES

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

## CGAR Category: Mental Health (C) 11

| Performance Measure: |
| --- |
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
| --- |
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.</li><li>A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>If the most recent psychiatry contact occurred in the monitored month, then compare that date to the preceding psychiatry contact.  If these two contacts are 90 days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than 180 days apart, then record "TF" as the date and it is coded as non-compliant.</li><li>If the most recent psychiatry contact occurred in the monitored month and the preceding</li></ul> |

---

[1]    Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

contact occurred between 90 and 180 days from that date, then follow the steps below to determine the prevailing diagnosis.

- If the most recent psychiatry contact did not occur in the monitored month, then look to see if it occurred 90 days or less from the last day of the monitored month.  If it did occur within 90 days, then record the date of the contact and it is coded as compliant.  If the most recent contact occurred more than 180 days from the last day of the monitored month, then record the date and it is coded as non-compliant.

- If the most recent psychiatry contact occurred between 90 and 180 days from the last day of the monitored month, then follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis:  First look at the first most recent psychiatry contact that did not occur in the monitored month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month.  If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis:  If there is more than one diagnosis listed in the document used for the prevailing diagnosis, then all diagnoses from that contact are reviewed.  First record an "N" if the diagnosis(es) is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

**CGAR Category: Mental Health (C) 12**

| Performance Measure: |
|---|
| MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |

| CGAR Question: |
|---|
| Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 180 days. If the preceding contact occurred more than 180 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 180 days or less before the last day of the monitored month. If the most recent contact is more than 180 days from the last day of the monitored month, then the date of the contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/5/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| **Performance Measure:** |
| MH-3D prisoners shall be seen by a mental health provider within ~~thirty (30)~~ days of discontinuing medications. |

| **CGAR Question:** |
| Are MH-3D prisoners seen by a mental health provider within ~~thirty (30)~~ days of discontinuing medications? |

| **Source of Records/Review:** |
| MH 3D Log (Randomized) |

| **Methodology:** |
| • Ten (10) records (if available) will be selected for review at each yard. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D. |
| • Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued. This date is recorded on the spreadsheet. |
| • If the medications were discontinued in any month prior to the monitored month, then look to see if the required subsequent psychiatric contact has occurred. If the subsequent contact occurred in any month prior to the monitored month, then it will be coded with a 0. If the subsequent contact has not yet occurred but should have been completed by the last day of the monitored month, then it will be coded as non-compliant. |
| • If the subsequent contact occurred in the monitored month, then look to see if it is no more than ~~thirty (30)~~ days after the discontinuation date. If the subsequent contact occurred more than ~~thirty (30)~~ days after the discontinuation date, then ~~"TF" will be recorded and~~ it will be coded as non-compliant. |
| • If the medications were discontinued after February 2015, and the subsequent contact still has not occurred, then it is coded as noncompliant. |

Draft Revised: 11/5/16

- If the inmate has not been on medications during this incarceration, then "N/A" will be recorded and it will be coded with a 0.

- If the medications were discontinued in the monitored month, and no follow up has yet occurred, then the date of the discontinuation will be recorded and it will be coded with a 0. If the subsequent contact occurred later in the monitored month, then it will be coded as compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 14**

</div>

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. |

| |
|---|
| **CGAR Question:**<br><br>Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |

| |
|---|
| **Source of Records/Review:**<br><br>Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |

| |
|---|
| **Methodology:**<br><br>• All of the records from HC PM #85 will be reviewed for this PM.  If ten (10) records were not located for PM #85, then the ~~remaining~~ required number of records will be reviewed from the MH 3D Log for this PM.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br><br>• Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred 90 days or less.  If the preceding contact was more than 90 days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If there is no contact in the monitored month, then look to see if the most recent contact occurred 90 days or less from the last day of the monitored month.  If it the two dates are more than 90 days apart, then the date of the most recent contact is recorded and it is coded |

<div align="right">

Draft Revised: 11/5/16

</div>

**P E R F O R M A N C E   M E A S U R E S**

as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/5/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

**CGAR Category: Mental Health (C) 15**

---

**Performance Measure:**

MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every ~~thirty (30)~~ days.

---

**CGAR Question:**

Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every ~~thirty (30)~~ days?

---

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

---

**Methodology:**

- Ten (10) records (if available) will be selected for review at each residential program.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the individual contact occurred in the monitored month, then look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

---

Draft Revised: 11/5/16

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

## CGAR Category: Mental Health (C) 16

**Performance Measure:**

MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days.

**CGAR Question:**

Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days?

**Source of Records/Review:**

The same inmates reviewed for HC PM #87 and are currently on psychotropic medications.

**Methodology:**

- The same records from HC PM #87 will be reviewed for this PM

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less. If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 90 days or less before the last day of the monitored month. If the two dates are more than 90 days apart, then the date of the most recent psychiatry contact is recorded and it is coded as non-compliant.

- If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

## CGAR Category: Mental Health (C) 17

| |
|---|
| **Performance Measure:**<br><br>MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |
| **CGAR Question:**<br><br>Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><ul><li>Ten (10) records (if available) will be selected for review at each unit with an inpatient program.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.</li><li>Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.</li><li>Record the total number of contacts that are in compliance and then record the over the total number of individual contacts that should have occurred (e.g., 2/3, 4/4).  The number of contacts in compliance will be totaled for each unit and divided byinto the total number of contacts that should have occurred for each unit.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Draft Revised: 11/5/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

## CGAR Category: Mental Health (C) 18

**Performance Measure:**

MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every ~~thirty (30)~~ days.

**CGAR Question:**

Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every ~~thirty (30)~~ days?

**Source of Records/Review:**

The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications.

**Methodology:**

- The records reviewed for HC PM #89 will before reviewed for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact was more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If the inmate is not currently on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 91
Stipulation Category: Mental Health (19)

**CGAR Category: Mental Health (C) 19**

| **Performance Measure:** |
|---|
| MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. |

| **CGAR Question:** |
|---|
| Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? |

| **Source of Records/Review:** |
|---|
| The same inmates reviewed for HC PM #89 will also be reviewed for compliance with this PM. Phoenix Complex Continuous Watch Log (randomized). |

| **Methodology:** |
|---|
| <ul><li>The first ten (10) records (if available) will be selected for review. The inmates who were reviewed for HC PM #89 will also be reviewed for compliance with this PM.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.</li><li>Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch.</li><li>A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>If the inmate is not on a continuous watch any day during the month, then "N/A" will be recorded and it will be coded with a 0.</li><li>If the inmate is on a continuous watch for any day during the monitored month, then the total number of days in compliance will be recorded and the total number of contacts that should have occurred will be recorded.  The number of contacts in compliance will be totaled for each unit and divided by into the total number of contacts that should have</li></ul> |

Draft Revised: 11/5/16

occurred for each unit.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

### CGAR Category: Mental Health (C) 20

| |
|---|
| **Performance Measure:**<br><br>MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every ~~thirty (30)~~ days. |
| **CGAR Question:**<br><br>Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every ~~thirty (30)~~ days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><ul><li>The first ten (10) records (if available) will be selected for review at each maximum custody unit.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>If the contact occurred in the monitored month, look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.</li><li>If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)</li></ul> |

Draft Revised: 11/5/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 93
Stipulation Category: Mental Health (21)

**CGAR Category: Mental Health (C) 21**

| |
|---|
| **Performance Measure:**<br><br>Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. |
| **CGAR Question:**<br><br>Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? |
| **Source of Records/Review:**<br><br>The records for the same inmates reviewed for HC PM #92. |
| **Methodology:**<br><li>Review the same records from HC PM #92 for compliance with this PM.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.</li><li>Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff, not to include LPNs.</li><li>In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody.  A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.</li><li>Record the total number in compliance over the total number of rounds that should have occurred (e.g., 2/3, 4/4).Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for each unit and divided byinto the total number of contacts that should have occurred for each unit.</li><li>If there is a gap in rounds, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li> |

24

PERFORMANCE MEASURES

Health Care Performance Measure No. 94
Stipulation Category: Mental Health (22)

<u>CGAR Category: Mental Health (C) 22</u>

| Performance Measure: |
|---|
| All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |

| CGAR Question: |
|---|
| Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |

| Source of Records/Review: |
|---|
| Suicide Watch Log (randomized). |

**Methodology:**

- A minimum of ten (10) records (if available) per complex will be reviewed, except ASPC Eyman where twenty records will be reviewed.

- Review eOMIS under the Nursing Favorites tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the monitored month.  A contact note may be found in various locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, and suicide watch (refusal, lockdown, or conducted in confidential setting).

- Also, verify that the contacts completed during normal business days were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.

- The date (or month if outside of the monitored month) the inmate was placed on watch will be recorded.  The date the inmate was discontinued from watch will be recorded (or "N/A" if the inmate is on watch beyond the last day of the monitored month).  Any dates that a note is missing will also be recorded, or "None" will be indicated if all documentation was located.Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided byinto the total number of contacts that should have occurred for the complex.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise

25

out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 95
Stipulation Category: Mental Health (23)

## CGAR Category: Mental Health (C) 23

**Performance Measure:**

Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven (7) and ten (10) days after discontinuation, and between 21 and 24 days after discontinuation of the watch.

**CGAR Question:**

Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?  Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between seven (7) to and ten (10) days, and between 21 and 24 days after discontinuation of the watch?

**Source of Records/Review:**

Suicide Watch Log (randomized).

**Methodology:**

- Review a minimum of ten (10) inmate (if available) per complex, except at ASPC-Eyman, where twenty records will be reviewed.

- Review eOMIS under the Mental Health tab for the required watch follow-up note(s).  A watch follow-up note may be found in a variety of locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, and initial psychiatric evaluation.

- Record the date the watch was discontinued.  Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the monitored month.  Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided by into the total number of contacts that should have occurred for the

**P E R F O R M A N C E   M E A S U R E S**

complex.

- Verify that the clinician, who discontinued the watch (during the monitored month), was a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.

- Verify that each watch follow up contact was completed by a mental health provider, mental health clinician, or psychiatric registered nurse.  A monthly list of all mental health staff will be provided by the Contacted Vendor.

- Record the dates of the watch follow up contacts.  If the follow up was not due during the monitored month, then "N/A" will be recorded.  If the follow up contact occurred at another complex, then "N/A" will be recorded.  If a required contact during the monitored month did not occur or was not done on the correct date, then this will be recorded and it will be coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/5/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 96
Stipulation Category: Mental Health (24)

**CGAR Category: Mental Health (C) 24**

---

**Performance Measure:**

A reentry/discharge plan shall be established no later than ~~thirty~~ (30) days prior to release from ADC for all prisoners who are MH-3 or above.

---

**CGAR Question:**

Are reentry/discharge plans established no later than ~~thirty~~ (30) days prior to release from ADC for all prisoners who are MH-3 or above?

---

**Source of Records/Review:**

DA04 AIMS Batch Report at each Complex.

---

**Methodology:**
- Ten (10) records (if available) per yard of prisoners releasing in the next 30 days will be reviewed.
- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.
- Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be ~~marked~~ coded compliant if it was done ~~thirty~~ (30) days or more before the inmate's release date. If there is no release plan or if the release plan is dated less than 30 days before the inmate's release date, then it will be coded as non-compliant. The date the release plan was completed and the date of the inmate's release will both be recorded.
- Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).
- If the inmate was incarcerated for less than ~~thirty~~ (30) days, or ~~was~~ on the mental health caseload for less than ~~thirty~~ (30) days from the anticipated release date, then "N/A" will be recorded and it will be coded with a 0.

---

29

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

## CGAR Category: Mental Health (C) 25

| |
|---|
| **Performance Measure:**<br><br>A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. |
| **CGAR Question:**<br><br>Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? |
| **Source of Records/Review:**<br>Telepsychiatry Logs (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.<br><br>• Review eOMIS, in the Mental Health tab, for any non-clinical contact note which contains the required documents needing to be scanned in and indicates where the rest of the documents can be located.<br><br>• Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review prior to the appointment with the provider.<br><br>• The paper file will also be reviewed (if necessary) for any missing required documentation to ascertain whether the document exists or not.<br><br>• If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as "N/A".  This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider. |

Draft Revised: 11/5/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 98
Stipulation Category: Mental Health (26)

## CGAR Category: Mental Health (C) 26

| |
|---|
| **Performance Measure:**<br><br>Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. |

| |
|---|
| **CGAR Question:**<br><br>Are mental health HNRs being responded to within the timeframes set forth in the ~~current~~ Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0? |

| |
|---|
| **Source of Records/Review:**<br><br>HNR Log (randomized). |

| |
|---|
| **Methodology:**<br><br><ul><li>Review ten (10) records (if available) from each yard for compliance with this performance measure.</li><li>If the HNR is determined to be emergent, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen immediately by nursing or mental health staff ~~after the triage was completed~~ upon receipt of the HNR.</li><li>If the HNR is determined to be an urgent medication issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen by nursing or mental health staff within 24 hours after the ~~triage was completed~~ the receipt of the HNR.</li><li>If the HNR is determined to be an urgent non-medication issue describing serious mental health symptoms, then review Heath Service encounters under the Nursing tab, to determine if the inmate was seen by either nursing or mental health staff within 24 hours after the triage was completed.</li><li>If the HNR is related to routine mental health needs, then determine if the inmate was seen or responded to by appropriate mental health staff with a specific plan within five (5) business days of the date nursing triaged the HNR.  Review any response notes on the Mental Health HNRs in Scanned Documents.  If there are no response on the HNR, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within five (5) business days of the HNR triage date.  These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact,</li></ul> |

**PERFORMANCE MEASURES**

segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, or suicide watch (refusal, lockdown, or conducted in confidential setting).

- If the HNR is a routine request ~~to see psychiatry~~related to a medication issue, then determine if a referral is made to a psychiatric provider.  Review any response on the HNR to determine if there was a direct referral to a Psychiatric provider.  If the inmate was seen by nursing or mental health staff, then review the encounter documentation to determine whether the inmate was referred to a psychiatric provider.

- To determine the nature of the HNR, the inmate may need to be seen by nursing or mental health staff.  This contact must occur within five (5) business days.  ~~If referred to a Psych RN, the inmate is to be seen within five (5) working days (unless seen by a Provider first)~~

- For inmates who are referred to a psychiatric provider after turning in an HNR requesting such, then determine whether the inmate was seen by a psychiatric provider within ~~fourteen (~~14~~)~~ calendar days from the date of the referral.

- The date of receipt, ~~the~~ triage, contact, ~~or~~ and referral (as appropriate) will be recorded.  The date of the response or contact will be recorded.  The department (Psychology or Psychiatry) will be recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 99
Stipulation Category: Mental Health (27)

## CGAR Category: Mental Health (C) 27

| |
|---|
| **Performance Measure:**<br><br>Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |
| **CGAR Question:**<br><br>Are peer reviews being conducted as set forth in the ~~current~~ MHTM (rev. 4/18/14), Chapter 1, Section 3.0? |
| **Source of Records/Review:**<br><br>Peer Review Report. |
| **Methodology:**<br><br>• Sort and separate the report by Complex.<br><br>• Sort each Complex by hire date.  Providers/clinicians employed less than one year are exempt from review.<br><br>• For peer reviews completed in the monitored month, ~~r~~Review each provider's/clinician's hire date compared to their completed annual peer review date to ensure that no more than one year has elapsed.  If the peer review was completed more than one year after the previous review, then this provider/clinician will be coded as non-compliant.<br><br>• ~~Mental health staff without documented peer reviews completed within one year of their hire date will result in noncompliance with the performance measure.~~For all peer reviews completed in any month other than the audit month, the review needs to have been completed no more than 12 months from the last day of the monitored month.<br><br>• The ~~report~~ review includes PRN and locum tenens providers/clinicians, who are eligible for review if employed for at least one year. |

# EXHIBIT 15



Arizona Department
of Corrections

## ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction.................................................................................................1

    The CGAR Monitoring Tool......................................................2

    History ..........................................................................................3

Monitor Responsibilities.........................................................................5

The Monitor Cycle....................................................................................7

Performance Measures.............................................................................9

Methodology...............................................................................................9

Source of Records.....................................................................................9

    **Random Selection** ..............................................................10

Addressing Deficiencies........................................................................10

Unavailable Inmates ...............................................................................10

Ethics for Excellence .............................................................................12

Glossary......................................................................................................13

Performance Measure Monitoring Methodology .........................12


Appendix A: Definitions ...............................................................

Appendix B: DSM-5 Classifications ...........................................

Draft Revised: 11/6/16

## Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC): Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.



# The CGAR Monitoring Tool

The "GAR" system of monitoring has been utilized by the ADC's security personnel for a number of years with beneficial monitoring outcomes noted. The initials G, A, and R indicate the general level of compliance with a specific performance measure. Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are non-compliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are non-compliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format. It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor. Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine a score.

The monitor is a cyclical process repeated every month. Each monthly review looks at a specific month to determine if the specific performance factors are in compliance during that reporting period. Each monitor measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

## History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten (10) state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten (10) vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012**: The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR monitoring tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a 90-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services. The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford. The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition. The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

Draft Revised: 11/6/16

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed. (Dkt. 1185.) This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

Health Services Contract Monitoring Bureau (HSCMB) is responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation. Monitors approach their job as a neutral fact-finder with the goal to ensure health and safety of the institution, the inmates, and the public. Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports. Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs). The purpose of monthly reviews is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, and Director Orders (DOs).

- **Reporting**: documenting deficiencies using the CGAR monitoring tool and report to ensure the requirements specified in the contract and Stipulation are met.  Monitors must communicate with the vendor and its health services staff to address all deficiencies.  The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication.  If non-compliance issues are noted, the vendor must submit appropriate CAPs.  Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring.  Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing.  Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **not** responsible for directing the operations of the facility.  Monitors observe and consult with health services staff and supervisors.  Monitors assess by observing, listening, reading, asking and answering relevant questions.  Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation. Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Collaboration is essential. Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient.  The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau.  As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies. Monitors must also plan for the week, month, and quarter and prioritize tasks daily.  Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

Draft Revised: 11/6/16

# The Monitoring Cycle

Generally, a monitoring cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be monitored.

Contract Monitors currently review the Performance Measures set forth in the *Parsons v. Ryan* Stipulation.  (Dkt. 1185)  The areas that are monitored include mental health, dental and medical care. Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2**: Identify and Understand Performance Measures or Best Practices

Identify what information should be measured.  While every aspect of the vendor's performance requires review, the focus of a consistent review is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Monitoring Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical review is often misunderstood.

Criteria: The review criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable.

Standards: The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR monitoring tool.

 Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Data Collection

The method of data collection is a random sampling allowing for the probability that every inmate's medical record with relevance to the specific performance measure may be included in the monitoring cycle.  The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure.  The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records. Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population.  Because it is impractical to review every record for every inmate, monitors review a random sample of records.  Randomly

MONITOR GUIDE

selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for monitoring periods to be consistent and complete. Data reporting periods are the prior complete month. For instance, in August, monitors will review data from the completed month of July.

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining compliance. (Dkt. 1673 at 3.) While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program. For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month, in order to be deemed substantially compliant with the performance measure. Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures (*Id.*)

**Stage 5:** Data Analysis

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation. Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR monitoring tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of monitoring. All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate a Monitoring Report

This is the final stage of the monitoring cycle. It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures. When communicating results, it is important for the exchange to be consistent and independent. Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement (Report Card).

Draft Revised: 11/6/16

**Stage 8**: Follow-Up and Re-Monitoring

In the event the findings are disputed by the vendor, there is a ten-business day time frame to bring forth any questions, comments, additional information, and objections to any findings. After results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Re- monitoring is another portion of the monitoring cycle. This is carried out by monitoring the same performance measure from one month to another, allowing trends to be identified.

## Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including: staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

## Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures. These general protocols are part of the methodology used to measure compliance. These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified. As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes. As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

## Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation. More specific locations of these records are contained in this Monitor Guide. As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs. When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review a random selection of medical records. Whenever possible, a list of applicable source document records will be inserted into an Excel spreadsheet and assigned a random number using Excel randomizing macros will be used to generate a true random sample of records to monitor. Performance measures will identify where the random sample will be pulled.

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue. If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate. This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden. The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety. If appropriate, the monitor is to notify his/her supervisor of significant concerns regarding patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of facility supervision (e.g., out to court, out to the hospital, or released). External movement can be located in (1) the AIMS Movement Screen (DI24, Shift +F5); or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements."). If an inmate is not under supervision at the facility during a portion of the monitored month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

Draft Revised: 11/6/16

**M O N I T O R   G U I D E**

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.



MONITOR GUIDE

# Ethics for Excellence

Monitors must have a highly refined sense of duty.  Adherence to the core values of the Department is demanded at all times.

## "PRICE"

**P** = Professionalism:     Modeling the ideal

**R** = Responsibility:     Owning your actions

**I** = Integrity:          Doing the right thing

**C** = Courage:          Taking actions despite fear

**E** = Efficiency:       Making every actions count


**_You are entrusted with a very significant role._**

---

Draft Revised: 11/6/16

**M O N I T O R   G U I D E**

## Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| EHR | Electronic Healthcare Records |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| LTBI | Latent Tuberculosis (TB) Infection |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |

# Performance Measure Monitoring Methodology



Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 1
Stipulation Category: Staffing (01)

## CGAR Category: Staffing (C) 01

| Performance Measure: |
|---|
| Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |

| CGAR Question: |
|---|
| Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |

| Source of Records/Review: |
|---|
| Contracted Vendor: Nursing staff schedules for the monitored month. |

| Methodology: |
|---|
| • Review the reconciled staff schedules for each complex for the monitored month for RN coverage on each shift. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

## CGAR Category: Staffing (C) 02

| **Performance Measure:** |
|---|
| Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:** |
| Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:** |
| Contracted Vendor: Provider Staff Schedules for the monitored month; On-Call List. |
| **Methodology:** |
| <ul><li>Review the reconciled Provider Staff Schedules for each complex for the monitored month for onsite provider coverage during regular business hours.</li><li>Review the On-Call List for the monitored month for on-call provider coverage.</li></ul> |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 3
Stipulation Category: Staffing (03)

## CGAR Category: Staffing (C) 03

| Performance Measure: |
| --- |
| Dental staffing will be maintained at current contract levels – 30 dentists. |

| CGAR Question: |
| --- |
| Is statewide dental staffing maintained at current contract levels? |

| Source of Records/Review: |
| --- |
| Contracted Vendor: Monthly Staffing Rollup Report. |

| Methodology: |
| --- |
| • Review the Monthly Staffing Rollup Report.<br>• Divide the total number of FTEs for dentists by thirty (30). |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 4**
**Stipulation Category: Staffing (04)**

</div>

<div align="center">

**CGAR Category: Staffing (C) 04**

</div>

| |
|---|
| **Performance Measure:**<br><br>Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |
| **CGAR Question:**<br><br>Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Staff Schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled Nursing Staff Schedules for each complex for the monitored month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. |

Draft Revised: 11/6/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 5
Stipulation Category: Medical Records (01)

## CGAR Category: Medical Records (C) 01

**Performance Measure:**

Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location.

**CGAR Question:**

Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location?

**Source of Records/Review:**

HNR Log (randomized).

**Methodology:**

- Use the randomized HNR Log for the monitored month.

- The Monitor will choose the first ten (10) charts from the HNR log containing scanned documents.

- The Monitor will review the date triaged under Sections III and IV.  If Section IV is not completed, then utilize the date (within two (2) business days) under Section III as the starting point/date.  If Section IV is completed, then utilize the date under Section IV as the starting point/date.

- The Monitor will review the chart in eOMIS to ensure documents for monitored month are accurate, chronologically maintained, and scanned/filed in the patient's chart within two (2) business days, with all documents filed in their designated location.

- If the documentation reviewed was not accurate, chronologically maintained, and scanned/filed within two (2) business days, this results in a finding of non-compliance for this chart/inmate.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 6
Stipulation Category: Medical Records (02)

### CGAR Category: Medical Records (C) 02

| |
|---|
| **Performance Measure:**<br><br>Provider orders will be noted daily with time, date, and name of person taking the orders off. |
| **CGAR Question:**<br><br>Are provider orders being noted daily with time, date, and name of the person taking the orders off? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Provider Encounter Log (randomized). |
| **Methodology:**<br><br>• Use the randomized Provider Encounter Log for the monitored month.<br><br>• The Monitor will select the first ten (10) charts with orders written during the monitored month.  To determine compliance, the Monitor will compare the date the order was written and the date the order was noted.<br><br>• If the order was noted was past midnight on the date it was written, the chart is non-compliant.<br><br>• If there is a note and no orders for meds, labs, outside consults, etc., the Monitor will move onto the next chart that has orders written. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 7
Stipulation Category: Medical Records (03)

## CGAR Category: Medical Records (C) 03

| | |
|---|---|
| **Performance Measure:** |
| Medical record entries will be legible, and complete with time, name stamp and signature present. |
| **CGAR Question:** |
| Are medical records legible, and complete with time, name stamp and signature present? |
| **Source of Records/Review:** |
| HNR Log (randomized). |
| **Methodology:** |
| <ul><li>Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the Monitors.</li><li>The Monitors will review the first ten (10) charts from the randomized HNR log to ensure all medical records are legible, and complete with time, name stamp and signatures on documents scanned into eOMIS in the monitored month.</li><li>Any charts with medical records that are not legible and complete with time, name stamp, and signature will be considered out of compliance.</li><li>A printed name and title will be sufficient if a name stamp is not available.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 8
Stipulation Category: Medical Records (04)

### CGAR Category: Medical Records (C) 04

| Performance Measure: |
|---|
| Nursing protocols/NETs will be utilized by nurses for sick call. |

| CGAR Question: |
|---|
| Are nursing protocols/NETs utilized by nurses for sick call? |

| Source of Records/Review: |
|---|
| Contracted Vendor: Nursing Encounter Log (randomized). |

| Methodology: |
|---|
| <ul><li>Use the randomized Nursing Encounter Log for the monitored month.</li><li>The Monitor will review the first ten (10) appropriate charts where a NET should have been utilized for sick call.</li><li>If a NET was not utilized for a sick call encounter, then the chart is not in compliance. Only sick call encounters will be monitored for this performance measure.</li></ul> |

20

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 9
Stipulation Category: Medical Records (05)

### CGAR Category: Medical Records (C) 05

| |
|---|
| **Performance Measure:**<br><br>SOAPE format will be utilized in the medical record for encounters. |
| **CGAR Question:**<br><br>Is SOAPE format being utilized in the medical record for encounters? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Encounter Log and Provider Encounter Log. |
| **Methodology:**<br><br><ul><li>Use the randomized Nursing Encounter Log from HC PM #8 and randomized Provider Encounter Log from HC PM #6.</li><li>The Monitor will review five (5) charts that have a SOAPE note from the Nursing Encounter Log and five (5) charts that have a SOAPE note from the Provider Encounter Log to ensure that all components of the SOAPE format are present.</li><li>Charts related to chart reviews, medication renewals, and treatment calls will be excluded.</li><li>If all the components of the SOAPE format are present, the chart is in compliance. If any part of the SOAPE format is missing, the chart is not in compliance.</li></ul> |

Draft Revised: 11/6/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 10
Stipulation Category: Medical Records (06)

## CGAR Category: Medical Records (C) 06

**Performance Measure:**

Each patient's medical record will include an up-to-date Master Problem list.

**CGAR Question:**

Does each patient's medical record include an up-to-date Master Problem list?

**Source of Records/Review:**

Contracted Vendor: Provider Encounter Log (randomized).

**Methodology:**

- Use the randomized Provider Encounter Log for the monitored month.

- The Monitor will select the first ten (10) charts with a Master Problem List (MPL) and determine whether the MPL was updated.

- For chronic care visits, the Monitor looks at the radio button for a "yes" or "no" response. For those visits triggered from a sick call referral (Provider Sick Call), the Monitor will look in the SOAPE note to see what condition was identified and then look at Active Allergies/Health Problems/Conditions to ensure the condition from the SOAPE note was added.  If the condition was added, the chart is in compliance.  If the condition was not added, the chart is not in compliance.

PERFORMANCE MEASURES

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

## CGAR Category: Pharmacy (C) 01

| Performance Measure: |
|---|
| Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. |

| CGAR Question: |
|---|
| Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT? |

| Source of Records/Review: |
|---|
| Contracted Vendor: List of Formulary Medications ordered from the preceding thirty days; Inmate Profile Report; MARs; and eOMIS: scanned paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment. |

**Methodology:**

- Filter the Inmate Profile Report for the monitored month by location.  Select the first medication listed for each of the first ten (10) inmates per health unit for monitoring.

- If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached.  If a sample of ten (10) inmates is not available for this question, subsequent medications will be monitored.

- The following medications are excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.

- To determine compliance, compare the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription orders or scanned paper MAR if no electronic documentation exists.

- Documentation not included in the Medical Record will not be considered for compliance.

- Determination of two (2) business days will be based on the following plus holidays, if applicable:  Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 12
Stipulation Category: Pharmacy (02)

### CGAR Category: Medical Records (C) 07

| | |
|---|---|
| **Performance Measure:**<br><br>Medical record will contain documentation of refusals or "no shows." | |

| | |
|---|---|
| **CGAR Question:**<br><br>Does the medical record contain documentation of refusals or "no shows?" | |

| | |
|---|---|
| **Source of Records/Review:**<br><br>Contracted Vendor: Appointment No Show Log. | |

**Methodology:**

- The Monitor will pull the first ten (10) inmate charts from the No Show Log.

- The Monitor will review the chart by checking required documentation within the inmate's medical record.

- When No Shows/Refusals/Cancellations are indicated from the No Show Log, the Monitor will check Offender Appointments in eOMIS as to why the appointment was cancelled.

- If it shows inmate refused, the Monitor will check scanned documents for a refusal for that appointment.  If there is no refusal, the chart is found out of compliance.  If the refusal is present, the chart is found to be in compliance.

- If there is a reason for cancellation listed in Offender Appointment (cancelled due to lock down, any other issue beyond the control of health staff), the chart is in compliance.  If it just shows cancelled and no reason, the chart is out of compliance.

- If the information is auto generated due to the inmate being released, the Monitor will check eOMIS to verify the release date.  If the inmate was released prior to appointment, the chart is in compliance.  If the inmate was released after the appointment date, the chart is not in compliance.

- If the appointment that was cancelled was a treatment call and it was related to wound care and it can be found the wound was healed prior to the appointment date, the chart is in compliance.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 13**
**Stipulation Category: Pharmacy (03)**

</div>

<div align="center">

**<u>CGAR Category: Pharmacy (C) 02</u>**

</div>

| |
|---|
| **Performance Measure:**<br><br>Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. |
| **CGAR Question:**<br><br>Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication? |
| **Source of Records/Review:**<br><br>Contracted Vendor Medication Expiration Report (PharmaCorr); eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Medication Expiration Report, which is already randomized by date.<br><br>• Review the first ten (10) prescriptions listed for each health unit within the date range for compliance.<br><br>• Expiring medication report will be reviewed for renewal or discontinuation for the monitored prescription medication prior to or on the listed stop date. |

PERFORMANCE MEASURES

Health Care Performance Measure No. 14
Stipulation Category: Pharmacy (04)

## CGAR Category: Pharmacy (C) 03

| **Performance Measure:** |
|---|
| Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. |

| **CGAR Question:** |
|---|
| Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication? |

| **Source of Records/Review:** |
|---|
| Contracted Vendor: Pharmacy HNR Logs (randomized); eOMIS/Medical Records. |

| **Methodology:** |
|---|
| <ul><li>Obtain the Pharmacy HNR Logs and randomize using Excel's RAND (randomization) function.</li><li>Identify the first ten (10) medications per health unit requested between 3-7 business days prior to the prescription running out that are not subject to the exclusion criteria. If the source document does not identify one medication per row or rows are incomplete for monitoring purposes, the Monitor shall retain discretion in determining compliance.</li><li>If a sample of ten (10) medications is not available, 100% examination shall occur.</li><li>Review the eOMIS Drug Prescription Orders.</li><li>If the medication was requested between three (3) to seven (7) business days prior to the prescription running out, then compare the two (2) most recent dates received to determine if a lapse or interruption occurred.</li><li>Medications shall be considered to have refills available, if at the time of HNR submission, there were a minimum of five (5) business days remaining on the prescription.</li><li>If a medication has a minimum of five (5) business days remaining, yet the pharmacy was unable to refill the medication due to pharmacy regulation or policy, that information may be communicated to the Monitor who shall retain discretion regarding compliance determination. This item would be excluded from the review, and the Monitor would</li></ul> |

26

select the next chart for review.

- Renewed medications that had refills remaining at the time of the HNR request may be monitored, if recognized.

- If a lapse or interruption occurred, the chart shall be identified as non-compliant.

- If no lapse of interruption occurred, the chart shall be identified as compliant.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops, medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, medications for which a lapse or interruption cannot be clearly determined, and medications with all available refills previously received by the inmate.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 15
Stipulation Category: Pharmacy (05)

## CGAR Category: Medical Records (C) 09

| **Performance Measure:** |
| --- |
| Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |
| **CGAR Question:** |
| Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals? |
| **Source of Records/Review:** |
| Contracted Vendor: Medication Refusal log. |
| **Methodology:** |
| • The Monitor will pull the first ten (10) appropriate charts from the Medication Refusal Log provided by the Contracted Vendor.<br><br>• The Monitor will look for the refusal related to the specific date that the Medication Refusal Log presents as a refused dose. Because the logs don't always show consecutive missed doses, the Monitor will utilize the first date listed on the log and look for three (3) consecutive missed refusals/no shows.<br><br>• Anytime there are less than ten (10) charts to monitor, all the charts will be included in the review. A QHCP to counsel the inmate, not a CNA. If the refusal form is utilized for counseling, the form must be completed to include the education component in order to give credit. If it is not completed in its entirety, the chart is found non-compliant. |

PERFORMANCE MEASURES

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

## CGAR Category: Pharmacy (C) 04

| Performance Measure: |
| --- |
| Perpetual inventory medication logs will be maintained on each yard. |

| CGAR Question: |
| --- |
| Are perpetual inventory medication logs being maintained on each yard? |

| Source of Records/Review: |
| --- |
| Clinical Stock Perpetual Inventory log (randomized). |

**Methodology:**

- A minimum of ten (10) Perpetual Inventory logs will be reviewed at each health unit for the monitored month. Identify and review the first 5 stock medications on the randomized list with active use during the review period (both controlled substance and non-narcotic medications) and identify and review the first 5 controlled substance patient-specific perpetual inventory medications.  If either 5 patient specific controlled substances with active use or 5 stock medications with active use (both controlled-substance and non-narcotic medications) do not exist, supplement with the other category to achieve 10 medications for review.  If 10 medications do not exist, 100% examination shall occur.

- Each log must contain the following information (six points):
  1) Medication name and strength.
  2) Chronological date order.
  3) At least one patient identifier (name/number) for each dose administered.
  4) Data for any entry that identifies at least one addition, subtraction, dose given, wasted, or transferred, and an ending balance for each entry. Each number added, given, subtracted, transferred, or wasted must result in a mathematically correct ending balance;
  5) Documentation of a nurse's signature or initials.
  6) Any discrepancy identified on the log(s) shall be remedied with documentation of IR completion with an accompanying report number. An IR must be written, and the IR number listed on the Perpetual Inventory log next to any entry that indicates the medication was not administered to an inmate, including but not limited to, corrected count, wasted medication, and count discrepancy.   The absence of required IR documentation at the time of review will result in loss of a point.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

- Each log will be scored based upon the potential maximum of six points above. Discrepancies will be noted as a percentage of the 6 possible points. For instance, if one of the six possible points is out of compliance, the score for that record would be 5/6.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 17
Stipulation Category: Pharmacy (07)

## CGAR Category: Chronic Care (C) 05

| |
|---|
| **Performance Measure:** |
| The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |

| |
|---|
| **CGAR Question:** |
| Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |

| |
|---|
| **Source of Records/Review:** |
| DOT Report (randomized); eOMIS/Medical record. |

| |
|---|
| **Methodology:** |
| • Obtain the DOT Report and randomize using Excel's RAND (randomization) function. <br><br> • Select the first ten (10) inmates per health unit. <br><br> • If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. Exclusion criteria includes medications without a dose ordered to be administered during the review period, including "as needed" medications. <br><br> • Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders", MAR history report, or a paper MAR. <br><br> • To be compliant, a document for the review period must reflect a dose, frequency, and start date for each medication and one nurse's signature, stamped or printed name, or initial on the record of administration. |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

## CGAR Category: Pharmacy (C) 05

**Performance Measure:**

Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN.

**CGAR Question:**

Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN?

**Source of Records/Review:**

Manifest Report (randomized).

**Methodology:**

- Randomize the Manifest Report by date using Excel's RAND (randomization) function.

- Use the first ten (10) randomized dates per unit, selecting five (5) daily manifests and five (5) controlled manifests.

- If five (5) controlled manifests are not available for a unit, then the Performance Measure will be supplemented with more daily manifests.

- Manifests are to remain in chronological order sequenced with the oldest date on the bottom and the newest date on the top.

- The cover page of the manifest must be initialed by an LPN or RN.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 19
Stipulation Category: Pharmacy (09)

## CGAR Category: Pharmacy (C) 06

| Performance Measure: |
|---|
| Perpetual inventory medications will be signed off on the Inmate's individual MAR. |

| CGAR Question: |
|---|
| Are perpetual inventory medications signed off on the Inmate's individual MAR? |

| Source of Records/Review: |
|---|
| Clinical Stock Perpetual Inventory log (randomized); eOMIS/Medical Records. |

**Methodology:**

- The first ten (10) active medications in the monitored period will be used. The randomization is the result of the activity of the medications used for the monitored period. If ten (10) random medications are not listed, duplicate medications may be used in the review.

- Those ten medications are then viewed for perpetual inventory administration for the first administered dose that occurred during the review period. If ten medications with active administration for the review period are not identified, review the first administration for each available medication and proceed to subsequent administration(s) for each available medication.

- Review the identified perpetual inventory entry for corresponding documentation of administration in the eOMIS/Medical Record. For the date being reviewed, documentation must identify the correct medication name (generic or name brand) and documentation that the inmate received the total dosage ordered for that administration. If review of subsequent administration for the same inmate on the same date occurs, a separate entry must be identified to be determined to be compliant. A reviewed entry that indicates the inmate received the ordered dose shall be considered compliant. Any entry that does not indicate the dose was received shall be considered non-compliant.

Draft Revised: 11/6/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 20
Stipulation Category: Pharmacy (10)

### CGAR Category: Medical Records (C) 08

| |
|---|
| **Performance Measure:** <br><br> Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |
| **CGAR Question:** <br><br> Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |
| **Source of Records/Review:** <br><br> SNO orders and encounters in eOMIS; AIMS DI35 Batch Reports. |
| **Methodology:** <br><br> • Compliance Monitors will pull the first ten (10) charts on the AIMs DI35 Batch Report. <br><br> • Compare the handwritten SNO scanned into eOMIS with the electronic order entry SNO and information on the AIMS DI35 Batch Report. <br><br> • If the handwritten SNO and the AIMS DI35 Batch Report matches, the chart is in compliance. <br><br> • If there is information on the handwritten SNO that is not included in the AIMS report, the chart is not in compliance. |

Draft Revised: 11/6/16

Health Care Performance Measure No. 21
Stipulation Category: Pharmacy (11)

## CGAR Category: Medical Records (C) 11

**Performance Measure:**

Inmates who are paroled or released from ASPCs will receive a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor.

**CGAR Question:**

Are inmates who are paroled or released from ASPCs receiving a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor?

**Source of Records/Review:**

Contracted vendor report of released inmates (randomized); eOMIS medical record.

**Methodology:**

- Compliance Monitors will pull the first ten (10) charts on the release information they have obtained from the Contracted Vendor. If there are ten (10) or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be monitored.

- Inmates on the list are reviewed in eOMIS to determine if they were on prescribed medications at the time of their release.

- If the Monitor finds a Patient Release/Transfer Form signed by the patient and scanned into eOMIS, the chart will be considered in compliance.

- If the Monitor does not find a Patient Release/Transfer Form signed by the inmate in eOMIS, the chart will be considered non-compliant.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 22**
**Stipulation Category: Pharmacy (12)**

</div>

<div align="center">

## CGAR Category: Pharmacy (C) 07

</div>

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor: NFDR report for the monitoring month (randomized); eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten (10) medications listed on the NFDR report randomized by date.<br><br>• Obtain an extract from the drug status order screen on eOMIS.  Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two (2) business days of the prescription order. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 23
Stipulation Category: Equipment (01)

<u>CGAR Category: Equipment (C) 01</u>

| **Performance Measure:** |
|---|
| Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. |

| **CGAR Question:** |
|---|
| Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? |

| **Source of Records/Review:** |
|---|
| Contracted Vendor: AED checklist report. |

| **Methodology:** |
|---|
| <ul><li>Review the AED checklist provided by the Contracted Vendor.</li><li>If the checklist indicates that the AED was checked on a given date, the AED is considered to be maintained and readily accessible to Health Care Staff on that date.</li><li>Compliance is determined by dividing the number of days the AED was checked by the number of days in the monitored month. If the resultant figure is greater than the CGAR report threshold required for the monitored month, the performance measure is reported as in compliance.</li></ul> |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 24
Stipulation Category: Equipment (02)

**CGAR Category: Equipment (C) 02**

| |
|---|
| **Performance Measure:** |
| Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |

| |
|---|
| **CGAR Question:** |
| Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |

| |
|---|
| **Source of Records/Review:** |
| Contracted Vendor: All Emergency Response Bag Checklists and Inventory Checklists. |

| |
|---|
| **Methodology:** |
| • The Monitor uses the Emergency Response Bag Checklist and Inventory Checklist to determine whether (a) the Emergency Response Bag Checklist has been completed daily; (b) the Inventory Checklist has been completed monthly; and (c) the bag contains all required essential items as per the Essential Items Checklist. <br><br> • If the bag has been inventoried for the monitored month and contains all essential items, divide the number of days on which the Emergency Response Bag Checklist was completed by the total number of days in the monitored month.  If the resultant figure meets or exceeds the CGAR performance threshold for the monitored month, this results in a finding of compliance for this performance measure. <br><br> • If a monthly Inventory Checklist is not performed, this results in a finding of noncompliance for this performance measure. <br><br> • If an essential item is missing from the bag, this results in a finding of noncompliance for this performance measure. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 25
Stipulation Category: Emergency Response (01)

CGAR Category: Emergency Response (C) 01

**Performance Measure:**

A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency.

**CGAR Question:**

Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency?

**Source of Records/Review:**

Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC).

**Methodology:**

- The monitor will select the first ten (10) inmates per yard from the SIRs and IRs from the monitored month that required basic life support.

- An emergency requiring basic life support is defined as one requiring the use of an AED or performance of CPR.

- First Responders may be either medical or security officers.

- The Monitor will compare the time the SIR is initiated to the time of response where either use of an AED or performance of CPR was initiated.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 26**
**Stipulation Category: Quality Improvement (01)**

</div>

<div align="center">

**CGAR Category: Quality Improvement (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance. |
| **CGAR Question:**<br><br>Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance? |
| **Source of Records/Review:**<br><br>ADC and Contracted Vendor grievance logs. |
| **Methodology:**<br><br><ul><li>Obtain grievance logs for the monitored month from each Complex grievance coordinator.</li><li>The monitored month will be a full calendar month two months after the month when the grievances were originally sent from the grievance coordinator to the health care staff. Example: Grievances sent to health care staff in July require a response during July or August. The retroactive review for these grievances will be performed during the month of September.</li><li>Sort and separate the Complex grievance logs by unit/yard.</li><li>A minimum of 10 health care grievances per yard will be reviewed by comparing the date received by health care staff and the date a completed response was returned to the grievance coordinator.</li><li>If less than 10 health care grievances are available, all health care grievances for that unit/yard will be reviewed.</li><li>A grievance response not completed within 15 working days of receipt by health care staff will result in noncompliance with the performance measure.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 27**
**Stipulation Category: Quality Improvement (02)**

**CGAR Category:      Quality Improvement (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06 |
| **CGAR Question:**<br><br>Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06? |
| **Source of Records/Review:**<br><br>Monthly CQI meeting minutes. |
| **Methodology:**<br><br>• Review the monthly CQI Meeting minutes for the monitored month and compare them to NCCHC Standard P-A-06.<br><br>• P-A-06 requires that CQI meetings are held at least quarterly. This Performance Measure requires monthly meetings. This standard is intended to ensure that a facility uses a structured process to find areas in the health care delivery system that need improvement, and that when such areas are found, staff develop and implement strategies for improvement.<br><br>• Documented minutes for monthly meetings will be considered to be in substantial compliance.<br><br>• Updates for process and outcome studies and attendance of interdisciplinary team members are to be shown at least quarterly, in accordance with P-A-06. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 28
Stipulation Category: Quality Improvement (03)

## CGAR Category: Quality Improvement (C) 03

**Performance Measure:**

Every medical provider will undergo peer reviews annually with reviews and recommended actions documented.

**CGAR Question:**

Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented?

**Source of Records/Review:**

Monthly vendor-supplied roster of medical providers listing hire date and peer review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Providers employed less than one (1) year are exempt from review.

- Review each provider listed on the roster for documentation of an annual peer review.

- A provider without a documented annual peer review will result in noncompliance with the performance measure.

- Locum Tenens and PRN providers are included in the review process, but are exempt from review if employed less than one (1) year.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 29
Stipulation Category: Quality Improvement (04)

**CGAR Category: Quality Improvement (C) 04**

**Performance Measure:**

Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02.

**CGAR Question:**

Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02?

**Source of Records/Review:**

Monthly vendor-supplied roster of nursing staff listing hire date and clinical performance review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Nurses employed for less than one (1) year are exempt from review.

- Review each nurse listed on the roster for documentation of an annual performance review.

- A nurse without a documented annual clinical performance review will result in noncompliance with the performance measure

- Agency and PRN nurses are included in the review process, but are exempt from review if employed for less than one (1) year.

PERFORMANCE MEASURES

Health Care Performance Measure No. 30
Stipulation Category: Quality Improvement (05)

## CGAR Category: Medical Records CO (C) 01

| |
|---|
| **Performance Measure:** <br><br> The initial mortality review of an inmate's death will be completed within 10 working days of death. |
| **CGAR Question:** <br><br> Is the initial mortality review of an inmate's death completed within ten (10) working days of death? |
| **Source of Records/Review:** <br><br> Mortality reviews for inmate deaths in the monitored month. |
| **Methodology:** <br><br> • At each facility, all deaths that occurred in the monitored month are reviewed for compliance.  There is no sampling for this measure because all mortality reviews are monitored. <br><br> • The Monitor reviews the Initial/First Mortality Review to determine whether the first review occurred within ten (10) business days after the inmate's death. <br><br> • An Initial/First Mortality Review that occurs more than ten (10) business days after the inmate's death results in a finding of noncompliance for this inmate. |

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 31
Stipulation Category: Quality Improvement (06)
</div>

<div align="center">

**CGAR Category: Medical Records CO (C) 02**
</div>

| |
|---|
| **Performance Measure:**<br><br>Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken. |
| **CGAR Question:**<br><br>Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Monthly CQI meeting minutes. |
| **Methodology:**<br><br>• Review CQI meeting minutes for mortality reviews completed in the monitored month.<br><br>• The Monitor will categorize mortality reviews as 1) reviewed without deficiencies; 2) pending final review and recommendations; 3) final reviewed with recommendations that were discussed; or 4) final reviewed with recommendations that were not discussed.<br><br>• Final Mortality Reviews with recommendations that were not discussed during a CQI meeting will result in a finding of noncompliance for the performance measure.<br><br>• Final Mortality Reviews that do not include a CAP for noted deficiencies will result in a finding of noncompliance for the performance measure. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 32**
**Stipulation Category: Quality Improvement (07)**

**CGAR Category: Medical Records CO C03 and Quality Improvement 06**

| |
|---|
| **Performance Measure:**<br><br>A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. |
| **CGAR Question:**<br><br>Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings? |
| **Source of Records/Review:**<br><br>HSCMB signed and dated Mortality Review. |
| **Methodology:**<br><br>• Review all final Mortality Reviews submitted during the monitored month for completion within ten (10) days of receipt of the medical examiner's findings. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 33
Stipulation Category: Intake Facility (01)

## CGAR Category: Intake (C) 01

| |
|---|
| **Performance Measure:** |
| All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:** |
| Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:** |
| Arrival Log/List (randomized). |
| **Methodology:** <br><br> • Using the Arrival Log from the monitored month, pull the first ten (10) inmate charts. <br><br> • The Monitor will review eOMIS for the intake screening note to confirm that an actual health screening was completed and documented by an RN or LPN. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 34
Stipulation Category: Intake Facility (02)

## CGAR Category: Intake (C) 02

| |
|---|
| **Performance Measure:**<br><br>A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |
| **CGAR Question:**<br><br>Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized). |
| **Methodology:**<br><br><ul><li>Using the Arrival Log from the monitored month, pull the first ten (10) charts.</li><li>If there are ten (10) or fewer inmate intakes for the monitored month for an intake facility, review all inmate intake charts for that facility.</li><li>The Monitor will review eOMIS to ensure a physical examination, including a history, was completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility (Phoenix, Perryville, Tucson Minors, and condemned-row).</li></ul> |

Draft Revised: 11/6/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 35
Stipulation Category: Intersystem Transfers (01)

**CGAR Category: Access to Care (C) 10**

| |
|---|
| **Performance Measure:**<br><br>All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. |
| **CGAR Question:**<br><br>For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? |
| **Source of Records/Review:**<br><br>Transfer logs (arrival/departure) at each facility and corresponding transfer screening form in the eOMIS/Medical Record from the monitored month. |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts from the Arrival/Transfer Log.<br><br>• If the chart is not appropriate, then the Monitor will go to the next appropriate chart for the question being asked and continue to work in this order until the appropriate chart is found (i.e., inmate arrived and has no medications).<br><br>• The Monitor will review the transfer screening form, notes and MAR in eOMIS to determine as to whether or not the inmate received/arrived with his/her medications, as ordered.   If the documentation supports that the inmate arrived/received his/her medication at the receiving facility, the chart is in compliance. If documentation shows that an inmate received less than all prescribed doses of his/her medications on the date of transfer, this incident will be found noncompliant. Documentation is reviewed only for the date of transfer.<br><br>• Nursing may indicate in their documentation that prn medications are available if the inmate arrived without prn medications.  As long as the PRN medication is available in clinic stock and available, the measure is found to be in compliance. If frequency is not maintained, this incident will be found noncompliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 36
Stipulation Category: Access to Care (01)

### CGAR Category: Access to Care (C) 01

| Performance Measure: |
|---|
| A LPN or RN will screen HNRs within 24 hours of receipt. |

| CGAR Question: |
|---|
| Does an LPN or RN screen HNRs within 24 hours of receipt? |

| Source of Records/Review: |
|---|
| HNR log (randomized). |

| Methodology: |
|---|
| <ul><li>Compliance Monitors will pull the first ten (10) charts (that are appropriate for the following CGAR questions) from the randomized HNR log distributed to each complex.</li><li>The Monitor will review the HNR date stamp (or handwritten date) to determine the date of receipt by medical.  This is located in the upper right hand corner of the HNR. In the absence of a defined date of receipt, the chart is found to be noncompliant.</li><li>The Monitor will then review the triage date documented under Section 3 of the HNR. If the triage date is within 24 hours of the date stamp (received date), the chart is compliant.  If the triage date is more than 24 hours after the date received, the chart is found to be noncompliant.</li></ul> |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 37
Stipulation Category: Access to Care (02)

**CGAR Category: Access to Care (C) 02**

| Performance Measure: |
| --- |
| Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need). |

| CGAR Question: |
| --- |
| Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)? |

| Source of Records/Review: |
| --- |
| HNR Log (randomized). |

| Methodology: |
| --- |
| <ul><li>The Monitor will select the first ten (10) charts/yard from the HNR log and utilize the encounter for the chart chosen to monitor to see if the patient was seen by a RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).</li><li>The Monitor will review the HNR for the date or receipt by medical and compare with the date the inmate was seen on Nurse Line by comparing the HNR to the eOMIS entry for the sick call encounter.</li><li>If the inmate was seen by an RN within 24 hours after the HNR was received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need), the chart is compliant.  If seen by an LPN within 24 hours after the HNR is received (or immediately), the chart is non-compliant.</li><li>If the inmate was seen by a Provider and not an RN, the chart is excluded from review, and the Monitor selects a new chart for review.</li></ul> |

51

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 38**
**Stipulation Category: Access to Care (03)**

</div>

<div align="center">

**CGAR Category: Access to Care (C) 03**

</div>

| |
|---|
| **Performance Measure:**<br><br>Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. |
| **CGAR Question:**<br><br>Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call? |
| **Source of Records/Review:**<br><br>Nursing Encounter Log (randomized). |
| **Methodology:**<br><br>• Select the first ten (10) charts per yard from the randomized Nurse Encounter Log and use the encounter for the chart chosen to monitor to see whether vital signs were completed.<br><br>• If the vital signs, including weight, were checked and documented in the medical record for the particular sick call encounter, the chart is considered compliant.<br><br>• If the medical record doesn't include the vital signs, including weight the chart is out of compliance.<br><br>• Those charts where a weight cannot be obtained (leg injury/cannot stand) and a comment is made that the weight was not obtained as a result of inability to stand, the chart is still in compliance. |

Draft Revised: 11/6/16

Health Care Performance Measure No. 39
Stipulation Category: Access to care (04)

### CGAR Category: Access to Care (C) 04

| Performance Measure: |
| --- |
| Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. |

| CGAR Question: |
| --- |
| Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen calendar days of the referral? |

| Source of Records/Review: |
| --- |
| Nurse Line Log (randomized); Provider Referral Log; Hand written Appointment Lists (if needed). |

| Methodology: |
| --- |
| <ul><li>The Monitor will utilize the randomized Nurse Line Log and pull the first ten (10) charts.</li><li>The Monitor will review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within fourteen (14) days of the referral.</li><li>For any referred encounter that occurs between the first and fifteenth of the monitored month, the referral appointment will potentially occur between the fourteenth and the last day of the month prior to the monitored month.  Provider referrals notes may be found in eOMIS in Health Services Encounters.  Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.</li></ul> |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 40
Stipulation Category: Access to Care (05)

**CGAR Category: Access to Care (C) 05**

| |
|---|
| **Performance Measure:** |
| Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. |
| **CGAR Question:** |
| Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral? |
| **Source of Records/Review:** |
| Nurse Line Log (randomized); Provider Referral Log; Hand Written Appointment Lists (if needed). |
| **Methodology:** |
| <ul><li>Pull the first ten (10) charts the randomized Nurse Line Log.</li><li>Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within twenty-four (24) hours of the referral.</li><li>Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.</li><li>If no Medical Provider encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site.  If the inmate was sent to the ER and seen by a Medical Provider, the chart would be found in compliance, as long as the ER documentation was present in eOMIS.</li></ul> |

**Health Care Performance Measure No. 41**
**Stipulation Category: Access to Care (06)**

**CGAR Category: Access to Care (C) 06**

| |
|---|
| **Performance Measure:**<br><br>Emergent provider referrals are seen immediately by a Medical Provider. |
| **CGAR Question:**<br><br>Are emergent referrals being seen immediately by a Medical Provider? |
| **Source of Records/Review:**<br><br>Nurse Line Log (randomized); Admission/Discharge/ER log provided by ADC. |
| **Methodology:**<br><br>• Pull the first ten (10) charts from the randomized Nurse Line Log.<br><br>• Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred immediately after the referral.<br><br>• If the inmate was transferred to the ER and seen by a Medical Provider and can be verified in eOMIS by an ER Report (under Scanned Documents), the chart is in compliance.<br><br>• If a referral was made and the inmate was transferred to the ER with no verification as to the inmate being seen, the chart is non-compliant. |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 42
Stipulation Category: Access to Care (07)

CGAR Category: Access to Care (C) 07

| Performance Measure: |
| --- |
| A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. |

| CGAR Question: |
| --- |
| Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider? |

| Source of Records/Review: |
| --- |
| Provider Encounter Log (randomized); Nursing Encounter Log (randomized). |

**Methodology:**

- Pull the first ten (10) charts from the Provider Encounter Log or Nursing Encounter Log.

- Review Provider Encounters under Health Services Encounters in eOMIS to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider.  If the inmate was seen prior to or within the specified time frame, the chart is compliant.

- If the inmate was seen any time after the specified time frame, the chart is non-compliant.

- If there is no specific date/appointment, then it is treated as a routine referral, and the inmate must be seen within fourteen (14) days. (These are addressed under performance measure #39).

- Lab tech appointments are not counted when monitoring this measure because they are not considered follow-up sick call encounters.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 43
Stipulation Category: Access to Care (08)

</div>

### CGAR Category: Access to Care (C) 08

---

**Performance Measure:**

Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there.

---

**CGAR Question:**

Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there?

---

**Source of Records/Review:**

ADC Hospital Admission/Discharge Log/ER Log.

---

**Methodology:**

- Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge Log.

- Review the nursing encounters screen in eOMIS to determine whether the inmate was returned to the medical unit and assessed by an RN or LPN on duty.

- If the inmate returned to the medical unit and was assessed by an RN or evaluated by an LPN upon return from inpatient hospital stay or ER transport, the chart is compliant.

- If the inmate was never returned to the medical unit and/or not assessed by an RN or evaluated by an LPN upon return from the inpatient hospital stay or ER transport, the chart is non-compliant.

---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 44
Stipulation Category: Access to Care (09)

CGAR Category: Access to Care (C) 09

| Performance Measure: |
|---|
| Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. |

| CGAR Question: |
|---|
| Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? |

| Source of Records/Review: |
|---|
| ADC Hospital Admission/Discharge/ER Log. |

| Methodology: |
|---|
| <ul><li>Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge/ER Log.</li><li>Review the nursing notes or Provider notes in eOMIS for any language noting that treatment recommendations were reviewed and read back to the Provider within 24 hours.  Documentation of communication with the Provider indicates that discharge instructions were reviewed. This includes and is not limited to medications, wound care, follow up, etc.</li><li>The Provider may also review the discharge documentation and acknowledge receiving the discharge paperwork by initialing/signing and dating the information and it being scanned into eOMIS.  It is not necessary for the Provider to enter an order/encounter into eOMIS for this measure to be compliant.</li></ul> |

PERFORMANCE MEASURES

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

### CGAR Category: Specialty Care (C) 06

| **Performance Measure:** |
|---|
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine |

| **CGAR Question:** |
|---|
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? |

| **Source of Records/Review:** |
|---|
| Diagnostic Service Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Diagnostic Service Report and randomize using the Excel RAND (randomizing) function.

- Review the first ten (10) diagnostic services ordered routine, urgent, or stat (emergent) per health unit.

- If a sample of ten (10) diagnostic services is not available, 100% examination shall occur.

- Compare the ordered date with the collected or taken date. When a discrepancy exists between the lab tech-entered specimen collection date and the lab-provided collection date or the x-ray tech-entered x-ray taken date and the eOMIS image recorded by technologist date, the Monitor shall retain discretion is identifying the most appropriate date to use for monitoring purposes. With the exception of appropriate exclusion criteria, as outlined in the methodology, if a diagnostic service is ordered routine it must be completed within 14 calendar days and an urgent or stat order must be completed the same day to be documented as compliant. If not completed within 14 calendar days for routine or the same day for urgent or stat, document that service as non-compliant.

- Diagnostic services documented as drawn or taken with no results available for viewing, shall be considered non-compliant if a minimum of 14 calendar days have elapsed.

- In the event that the sub-contracted lab interface reports unsolicited results, the Monitor shall retain discretion in identifying to which original order those results correspond. Unsolicited lab results that create a new order and may be included on two (2) consecutive months' source documents may remain subject to monitor for those consecutive months.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear

59

communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

- The Monitor must recognize that entries into the EMR are created and then recorded in perpetuity.  If an order is entered and then identified as "cancelled," "entered in error," or similar terminology and a substantiating reason is provided, the Monitor may exclude those orders from review.

- If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement, including a private prison or county jail, prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from review.

- As a result of EMR lab prioritization timeframe limitations, the Monitor shall exclude ordered diagnostic services that are ordered to intentionally exceed the stipulation agreement timeframes.  The Monitor must recognize that the provider should have the opportunity to order labs for a variety of timeframes, and EMR limitations and stipulation agreement timeframes should not prevent the provision of quality care (e.g., a provider that wants a lab drawn in one year should not have to choose to not order the lab because there is no other EMR category that will allow for an extended timeframe).

Draft Revised: 11/6/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 46
Stipulation Category: Diagnostic Services (02)

CGAR Category: Specialty Care (C) 07

**Performance Measure:**

A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five (5) calendar days of receiving the report at the prison.

**CGAR Question:**

Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?

**Source of Records/Review:**

Diagnostic Service Report (randomized); eOMIS/Medical Record.

**Methodology:**

- Obtain the Diagnostic Service Report used in HC PM #45 and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) diagnostic services with results available per health unit. If ten (10) reports are not available, 100% examination shall occur.

- Compare the X-ray results process date or lab results received date with the results comments Time Stamp date or Review Notes Time Stamp date, using the earliest date identified as long as it is no earlier than the resulted date.  If the timeframe does not exceed five (5) calendar days, identify that diagnostic service result as compliant.  If the timeframe exceeds five (5) calendar days, identify that diagnostic service result as non-compliant.

- If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement, including a private prison, prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from the review, if recognized.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

Draft Revised: 11/6/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 47
Stipulation Category: Diagnostic Services (03)

## CGAR Category: Specialty Care (C) 08

**Performance Measure:**

A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.

**CGAR Question:**

Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?

**Source of Records/Review:**

HNR Log (randomized); eOMIS/Medical Record.

**Methodology:**

- Obtain the HNR log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) requests for diagnostic service results per health unit. If ten (10) requests are not available, 100% examination shall occur.

- Using the "date received" from HNR Log, determine whether the results were communicated by the provider within seven (7) calendar days of the request. Results communicated within seven (7) calendar days shall be identified as compliant; results not communicated within seven (7) calendar days shall be identified as non-compliant.

- A provider appointment within seven (7) calendar days shall be identified as offering the inmate the opportunity to inquire regarding results and shall be considered compliant. An appointment that occurs specifically to communicate a denial or ATP does not require documentation of vital signs.

- The prioritized date for a communique shall be the date on the communique itself. If the communique does not have a date, the Monitor shall consider the scanned document date for timeframe compliance determination.

- If the HNR log does not provide the information to determine compliance, the Monitor shall access the HNR to determine if additional information is available to make a compliance determination. If compliance cannot be determined based on the accuracy and the details included on the HNR, the HNR shall be excluded. If an inmate is determined to be requesting results for tests that were never ordered, the HNR shall be excluded.

**P E R F O R M A N C E   M E A S U R E S**

- An HNR identified as requesting results, but further review indicates the issue is program inclusion or movement that may be dependent upon diagnostic results shall have that HNR excluded from the review if communication regarding program inclusion or movement has occurred, or the movement/inclusion itself has occurred.

- An HNR requesting results for which there are no results available, shall be excluded from review, when recognized.

- An inmate transferred to a private prison or released within seven (7) calendar days shall be excluded from the review, when recognized.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 48
Stipulation Category: Specialty Care (01)

**CGAR Category: Specialty Care (C) 01**

| Performance Measure: |
|---|
| Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen (14) calendar days, and placed in the patient's medical record. |

| CGAR Question: |
|---|
| Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen (14) calendar days, and placed in the patient's medical record? |

| Source of Records/Review: |
|---|
| Denied Consult Report; eOMIS/Medical Record. |

**Methodology:**

- Obtain the Consult ATP report and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) denied, clinical coordinator initiated status, or ATPd consultation requests per health unit

- Based on the randomized report, monitor the first ten (10) consults written that remain in clinical coordinator initiated status, denied status, or those for which an ATP was offered by UM.

- The Consult Written Date on the source document shall be used to determine the consults to monitor, but for monitoring purposes, that date will be reconciled with the eOMIS Request Date (this may necessitate an expanded review period due to differences between UM dates and eOMIS dates).  If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. Consults on the source document remaining in Clinical Coordinator Initiated status shall be considered non-compliant once fourteen (14) days is reached.  A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update because a status of Scheduled has not been reached, shall be excluded from the review since this indicates UM action did occur. A

consult that remains in Clinical Coordinator Initiated status because it requires no UM action shall be excluded from the review.

- Consults with a UM ATP shall be monitored for communication of the ATP to the provider within fourteen (14) calendar days of the decision to ATP the request. The Monitor will recognize that different providers have requested different methods of communication and the Monitor will communicate with the sites to determine where the communication may be located in the patient's medical record.  To be identified as compliant, the method of communication must indicate the communication occurred within fourteen (14) calendar days with subsequent inclusion in the patient's chart.  If a consult is denied, it must include a reason for the denial.  If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan (based on UM criteria, experience, and education) for the provision of care and documentation of an ATP communicated to the provider within fourteen (14) calendar days shall be considered compliant.  An ATP by UM that is not accepted by the provider and results in approval, scheduling, or completion of the consult shall be excluded from the review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 49
Stipulation Category: Specialty Care (02)

## CGAR Category: Specialty Care (C) 02

| |
|---|
| **Performance Measure:**<br><br>Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial. |
| **CGAR Question:**<br><br>Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within thirty (30) days of the denial? |
| **Source of Records/Review:**<br><br>Denied Consult Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Denied Consult Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) denied consults or those with an ATP per health unit.<br><br>• To be considered compliant, compare the source document UM ATP Date with the next patient/provider documented appointment. If that appointment occurred within thirty (30) days, that consult shall be identified as compliant. An appointment that occurs specifically to communicate a denial or ATP shall not require documentation of vital signs.<br><br>• If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 50
Stipulation Category: Specialty Care (03)

**CGAR Category: Specialty Care (C) 03**

| |
|---|
| **Performance Measure:**<br><br>Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider. |

| |
|---|
| **CGAR Question:**<br><br>Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider? |

| |
|---|
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |

| |
|---|
| **Methodology:**<br><br><ul><li>Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) urgent specialty consultations requests per health unit.</li><li>If ten (10) urgent consultation requests are not available, 100% examination shall occur.</li><li>If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within thirty (30) calendar days or there is documentation of a Return From Offsite within thirty (30) days, the consult shall be considered compliant.</li><li>A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP as this shall be captured under performance measure 48.</li><li>A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.</li><li>A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.</li><li>A scheduled consult that is cancelled by the consultant shall be excluded from the review.</li><li>A consult that must be rescheduled due to complex operational issues (emergencies, etc.)</li></ul> |

shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit.  When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 51
Stipulation Category: Specialty Care (04)

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 04**

</div>

| |
|---|
| **Performance Measure:**<br><br>Routine specialty consultations will be scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider. |
| **CGAR Question:**<br><br>Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider? |
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) routine specialty consultation requests per health unit.</li><li>Monitor the first ten (10) routine specialty consultations per health unit.</li><li>If ten (10) routine consultation requests are not available, 100% examination shall occur.</li><li>If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within sixty (60) calendar days or there is documentation of a "Return From Offsite" within sixty (60) calendar days, the consult shall be considered compliant.</li><li>A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP, as this shall be captured under performance measure 48.</li><li>A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.</li><li>A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.</li><li>A scheduled consult that is cancelled by the consultant shall be excluded from the review.</li></ul> |

<div align="center">

69

</div>

**P E R F O R M A N C E   M E A S U R E S**

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.) shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit.  When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.



70

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 52
Stipulation Category: Specialty Care (05)

## CGAR Category: Specialty Care (C) 05

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) specialty consultation reports per health unit.  Exclusion criteria includes optometry exam results.

- If ten (10) reports are not available, 100% examination shall occur.

- Compare the off-site specialist's report received date with the date of the on-site practitioner's review.  If the review occurred within seven calendar days of receipt, the report shall be identified as compliant.  If the review did not occur within seven calendar days of receipt, the report shall be identified as non-compliant.

- If the report has a stamped received date that will be the prioritized received date.  If that date is not available, the Monitor shall retain discretion in identifying another date including, but not limited to, a faxed date or an Action Taken date.

PERFORMANCE MEASURES

Health Care Performance Measure No. 53
Stipulation Category: Chronic Care (01)

**CGAR Category: Chronic Care (C) 01**

| |
|---|
| **Performance Measure:** <br><br> Treatment plans will be developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease. |
| **CGAR Question:** <br><br> Are treatment plans developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease? |
| **Source of Records/Review:** <br><br> Chronic Care Report (randomized); eOMIS/Medical Record. |
| **Methodology:** <br><br> • Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function. <br><br> • Monitor the first ten (10) new diagnoses per health unit. <br><br> • If ten (10) new diagnoses are not available, 100% examination shall occur. <br><br> • Review eOMIS for documentation of a treatment plan within thirty (30) calendar days of the Provider's diagnosis. <br><br> • Compliance is determined based on the presence of a measurable timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing and therapeutic regimens, if appropriate.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard". <br><br> • Exclusion criteria includes non-Stipulation agreement chronic care conditions, LTBI, conditions with paper treatment plans from a private prison (if identified), and previously recognized chronic conditions that are updates to coding. |

72

PERFORMANCE MEASURES

Health Care Performance Measure No. 54
Stipulation Category: Chronic Care (02)

## CGAR Category: Chronic Care (C) 02

| Performance Measure: |
|---|
| Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. |

| CGAR Question: |
|---|
| Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place? |

| Source of Records/Review: |
|---|
| Chronic Care Report; eOMIS/Medical Record. |

| Methodology: |
|---|
| • Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function. <br><br> • Monitor the first ten (10) chronic conditions per health unit. <br><br> • If ten (10) chronic conditions are not available, 100% examination shall occur. <br><br> • Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order.  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up. <br><br> • If a timeframe is ordered that exceeds 180 days, the provider must document a reason to be considered compliant. <br><br> • Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider. <br><br> • If no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit within 180 days or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall |

73

have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 55
Stipulation Category: Chronic Care (03)

## CGAR Category: Chronic Care (C) 03

| Performance Measure: |
| --- |
| Disease management guidelines will be implemented for chronic diseases. |

| CGAR Question: |
| --- |
| Are disease management guidelines implemented for chronic diseases? |

| Source of Records/Review: |
| --- |
| Chronic Care Report (randomized); eOMIS/Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>If ten (10) Chronic Conditions are not available, 100% examination shall occur.</li><li>Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order(s).  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.</li><li>The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear (e.g., active cancer or ESLD) or if the presence of a chronic condition is indeterminable.</li><li>Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.</li><li>If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months or as listed in the bullet below.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.</li><li>Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who</li></ul> |



receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 56
Stipulation Category: Chronic Care (04)

## CGAR Category: Chronic Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. |
| **CGAR Question:**<br><br>Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record? |
| **Source of Records/Review:**<br><br>Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) chronic conditions per health unit.  If ten (10) chronic conditions are not available, 100% examination shall occur.<br><br>• The condition shall be considered compliant if there is documented education for the condition, disease, or disease prevention. If no education is documented, identify the performance measure as non-compliant. |

Draft Revised: 11/6/16

PERFORMANCE MEASURES

**Health Care Performance Measure No. 57**
**Stipulation Category: Prenatal Services (01)**

## CGAR Category: Female Care – Prenatal Preventative (C) 02

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. |
| **CGAR Question:**<br><br>Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List; eOMIS Medical Record. |
| **Methodology:**<br><br>• Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).<br><br>• Determine whether the provider ordered prenatal vitamins and diet at the inmate's initial intake physical examination. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 58**
**Stipulation Category: Prenatal Services (02)**

**CGAR Category: Female Care – Prenatal Preventative (C) 03**

| |
|---|
| **Performance Measure:** |
| Results of an inmate's prenatal screening tests will be documented in the medical record. |
| **CGAR Question:** |
| Are results of an inmate's prenatal screening tests documented in the medical record? |
| **Source of Records/Review:** |
| Pregnant Inmate List; eOMIS/Medical record. |
| **Methodology:** |
| <ul><li>Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).</li><li>Review the medical files from all pregnant intakes to confirm that the results of prenatal screening tests are documented in the medical record.  Labs available for viewing shall be identified as compliant.</li><li>Prenatal screening tests include gestational age/pregnancy test, RPR, HIV, HBV, HCV, CBC, CMP, Urine, Rubella, ABO RH and antibody.</li><li>Labs shall be available for viewing within thirty days of pregnancy diagnosis, although remain subject to review under HC PM #45 and #46.</li></ul> |

PERFORMANCE MEASURES

Health Care Performance Measure No. 59
Stipulation Category: Preventative Services (01)

CGAR Category: Medical Records (C) 10

**Performance Measure:**

Inmates will be screened for TB on an annual basis.

**CGAR Question:**

Are inmates being screened for TB on an annual basis?

**Source of Records/Review:**

DI37 screen in AIMS for each yard (randomized).

**Methodology:**

- The Monitor will use a randomized AIMS DI37 screen report for the monitored month.

- The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.

- If a Positive PPD occurred more than one year from the monitored month, the chart is ineligible to be used and the next chart listed on the report will be used.

- If a Positive or Negative PPD Date/Result occurred within the past year, this results in a finding of compliance for this chart/inmate.

- If a Negative PPD Date/Result occurred more than one year from the monitored month, this results in a finding of noncompliance for this chart/inmate.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 60
Stipulation Category: Preventative Services (02)

## CGAR Category: Intake (C) 03

| | 
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized) and eOMIS/Medical Record. Documentation of postings on yards. |
| **Methodology:**<br><br>• Monitor ten (10) records (Perryville only) for intake Pap smears.<br><br>• Monitor health units and living units to ensure that postings are available regarding additional screening.<br><br>• Inmates with history of a hysterectomy are exempt from this review. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 61
Stipulation Category: Preventative Services (03)

**CGAR Category: Female Care – Prenatal Preventative (C) 01**

| **Performance Measure:** |
|---|
| All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. |

| **CGAR Question:** |
|---|
| Are all female inmates ages 21 to 65 being offered a pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended? |

| **Source of Records/Review:** |
|---|
| Documentation of postings on yards. Inmate Handbook (provided after intake process) |

| **Methodology:** |
|---|
| <ul><li>Monitor health units (Perryville only) and living units to ensure that postings are available regarding additional screening.</li><li>Inmates with history of a hysterectomy are exempt from this review.</li></ul> |

Draft Revised: 11/6/16

**Health Care Performance Measure No. 62**
**Stipulation Category: Preventative Services (04)**

## CGAR Category: Intake (C) 04

| Performance Measure: |
|---|
| All prisoners are screened for tuberculosis upon intake. |

| CGAR Question: |
|---|
| Are prisoners screened for tuberculosis upon intake? |

| Source of Records/Review: |
|---|
| Arrival Log/List (randomized) and encounters in eOMIS from inmates received at intake during the monitored month. |

| Methodology: |
|---|
| <ul><li>The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.</li><li>If the PPD Date/Result that is displayed is completed by the end of the second full day of an inmate's intake arrival at the intake facility (ASPC-Phoenix, ASPC- Perryville, condemned-row, and ASPC-Tucson (minors), the chart is considered compliant.  If the PPD Date/Result that is displayed is completed beyond the end of the second full day of an inmate's intake arrival, the chart is found to be non-compliant.</li></ul> |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 63
Stipulation Category: Infirmary Care (01)

</div>

<div align="center">

**CGAR Category: Infirmary Care (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |
| **CGAR Question:**<br><br>Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |
| **Source of Records/Review:**<br><br>IPC Census (randomized) and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC Census and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first admission for the first ten (10) inmates with an admission admitted during the monitored period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.<br><br>• If an inmate has documentation of an initial health assessment completed by a Registered Nurse on the date of admission, that admission shall be identified as compliant.  The preferred documentation location is Nurse- Infirmary Admission.  A documented refusal that indicates the inmate refused the assessment within the required timeframe shall be identified as compliant.   The Monitor shall retain discretion for compliance determination for inmates that arrive after 2100 hours.<br><br>• Exclusion criteria: identified 23-hour observations that do not result in an admission.<br><br>• The Monitor shall retain discretion regarding review inclusion for inmates that arrive in an IPC and are very quickly transferred to an off-Complex hospital.<br><br>• NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a |

**P E R F O R M A N C E   M E A S U R E S**

sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 64
Stipulation Category: Infirmary Care (02)

## CGAR Category: Infirmary Care (C) 02

**Performance Measure:**

In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission.

**CGAR Question:**

Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC?

**Source of Records/Review:**

IPC census and eOMIS Medical Record.

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) admissions during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of Provider evaluation and plan within the next business day after admission, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  An evaluation and treatment plan created in a discharge note shall be considered compliant if it occurred within the next business day.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 65
Stipulation Category: Infirmary Care (03)

CGAR Category: Infirmary Care (C) 03

| Performance Measure: |
|---|
| In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. |

| CGAR Question: |
|---|
| Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? |

| Source of Records/Review: |
|---|
| IPC census (randomized) and eOMIS Medical Record. |

| Methodology: |
|---|
| <ul><li>Obtain the IPC census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) inmates with an admission during the monitored period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.</li><li>If an inmate has documentation of a Provider history and physical examination that indicates completion within seventy-two (72) hours, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  A history and physical created in a discharge note may be considered compliant if it occurred within seventy-two (72) hours of admission.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.</li></ul> |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 66
Stipulation Category: Infirmary Care (04)

## CGAR Category: Infirmary Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>In an IPC, a Medical Provider encounter will occur at a minimum every 72 hours. |
| **CGAR Question:**<br><br>Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates? |
| **Source of Records/Review:**<br><br>IPC AIMS census and eOMIS Medical Record. |
| **Methodology:**<br><ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first admission for the first ten (10) inmates during the monitored period.</li><li>If ten (10) IPC stays are not available, 100% examination shall occur.</li><li>For each monitored IPC stay, identify the number of provider encounters that occurred at least every 72 hours and the number of provider encounters that should have occurred at least every 72 hours. Divide the number of provider encounters that occurred by the number of provider encounters that should have occurred to determine the percentage of compliance for that inmate admission. If the percentage of compliance meets or exceeds that month's threshold requirement, identify that IPC stay as compliant.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance measure.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary. If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status. If the inmate's acuity increases and</li></ul> |

88

that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



<div align="right">
Health Care Performance Measure No. 67
Stipulation Category: Infirmary Care (05)
</div>

## CGAR Category: Infirmary Care (C) 05

| Performance Measure: |
|---|
| In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. |

| CGAR Question: |
|---|
| Is an RN conducting and documenting an assessment at least once every shift in the IPC? Graveyard shift assessments may be completed and documented as welfare checks. |

| Source of Records/Review: |
|---|
| IPC AIMS census and eOMIS Medical Record. |

| Methodology: |
|---|

- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Monitor the first IPC stay for the first ten (10) inmates during the monitored period.

- If ten (10) IPC stays are not available, 100% examination shall occur.

- For each audited IPC stay, identify the number of nursing assessments and graveyard welfare checks that occurred at least every shift and the number of nursing assessments and graveyard welfare checks that should have occurred at least every shift. Divide the number of nursing assessments and graveyard welfare checks that occurred by the number of nursing assessments and graveyard welfare checks that should have occurred to determine the percentage of compliance for that inmate admission. If the percentage of compliance meets or exceeds that month's threshold requirement, identify that admission as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be

**PERFORMANCE MEASURES**

housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



91

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 68
Stipulation Category: Infirmary Care (06)

</div>

<div align="center">

**CGAR Category: Infirmary Care (C) 06**

</div>

| |
|---|
| **Performance Measure:**<br><br>In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. |
| **CGAR Question:**<br><br>Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given? |
| **Source of Records/Review:**<br><br>IPC census and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC census and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) admissions during the monitored period.<br><br>• If ten (10) admissions are not available, 100% examination shall occur.<br><br>• The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.<br><br>• If an inmate has documentation of Provider orders and documentation that care and treatment was administered, that admission shall be identified as compliant.<br><br>• Exclusion criteria: identified 23-hour observations that do not result in an admission.<br><br>• NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 69
Stipulation Category: Infirmary Care (07)

</div>

### CGAR Category: Infirmary Care (C) 07

| |
|---|
| **Performance Measure:**<br><br>In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. |
| **CGAR Question:**<br><br>Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? |
| **Source of Records/Review:**<br><br>IPC AIMS census and eOMIS Medical Record. |
| **Methodology:**<br><br>• Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first IPC stay for the first ten (10) inmates during the monitored period.<br><br>• If ten (10) IPC stays are not available, 100% examination shall occur.<br><br>• A care plan shall be considered compliant if weekly nursing care plan documentation occurs with a date and signature, including an electronic signature. A scanned paper care plan or an Offender Standard Form – Nursing Plan of Care form with subsequent weekly documentation within a Health Services Encounter that identifies the nursing care plan as being revised or requiring no revision shall be identified as compliant.<br><br>• For each monitored IPC stay, identify the number of nursing care plan reviews that occurred at least weekly and the number of nursing care plan reviews that should have occurred at least weekly.  Divide the number of nursing care plan weekly reviews that occurred by the number of nursing care plan weekly reviews that should have occurred to determine the percentage of compliance for that inmate admission.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that admission as compliant.<br><br>• Exclusion criteria: identified 23-hour observations that do not result in an admission.<br><br>• Once a discharge order is received, the inmate is no longer subject to this performance |

measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 70
Stipulation Category: Infirmary Care (08)

## CGAR Category: Infirmary Care (C) 08

| |
|---|
| **Performance Measure:**<br><br>All IPC patients have properly working call buttons, and if not, health care staff perform and document thirty (30)-minute patient welfare checks. |
| **CGAR Question:**<br><br>Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting thirty (30)-minute patient welfare checks? |
| **Source of Records/Review:**<br><br>IPC census the day of review and eOMIS/Medical Record, 1101-16 form (showing thirty minute checks). |
| **Methodology:**<br>• All IPC patients will have their call light tested on the day of review.  Any non-working call light shall be considered non-compliant unless a Form 1101-16 is available for the most recent thirty (30)-minute period.<br>• Non-working call lights will have inmate coverage documented with Form 1101-16.<br>• If a call light is identified as working or an inmate with a non-working call light has documentation on a Form 1101-16 for the most recent thirty (30)-minute check, the inmate shall be identified as compliant. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 71
Stipulation Category: Medical Diets (01)

**CGAR Category: Medical Diets (C) 01**

| **Performance Measure:** |
| --- |
| Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |

| **CGAR Question:** |
| --- |
| When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |

| **Source of Records/Review:** |
| --- |
| ADC Diet Roster, Batch report in AIMS, and eOMIS Medical Record. |

| **Methodology:** |
| --- |
| <ul><li>The Monitor will utilize the first ten (10) charts that are appropriate from the ADC Diet Roster or Batch Report in AIMS.</li><li>The Monitor will compare the diet order to eOMIS to determine when a Provider prescribed a special diet, which the Provider included the type of diet, duration for which it is to be provided and any special instructions.</li><li>If any of the information is missing, the chart is found to be out of compliance.  If all the information is included, the chart is compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 72
Stipulation Category: Medical Diets (02)

CGAR Category: Medical Diets (C) 02

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed diets for more than 3 consecutive days receiving follow up nutritional counseling by a QHCP? |
| **Source of Records/Review:**<br><br>ADC dietary liaison records and eOMIS Medical Record. IRs showing non-compliance with Diet. Signed Diet Roster. |
| **Methodology:**<br><br>• The Monitor will be advised by the Dietary Liaison of non-compliant inmates that refuse their prescribed diets for more than three (3) consecutive dates.<br><br>• The Monitor will review the signed dietary signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diets.  The Monitor will utilize the first ten (10) inmate charts from the list and review eOMIS for a nutritional counseling note or under Scanned Documents for a completed refusal form. |

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

## CGAR Category: Mental Health (C) 01

**Performance Measure:**

All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.*

**CGAR Question:**

Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days?

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

**Methodology:**

- Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville..

- Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then "TF" is recorded and it is coded as non-compliant. If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 74
Stipulation Category: Mental Health (02)
</div>

### CGAR Category: Mental Health (C) 02

| |
|---|
| **Performance Measure:**<br><br>All female inmates shall be seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum. |
| **CGAR Question:**<br><br>Are all female prisoners being seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum? |
| **Source of Records/Review:**<br><br>Inpatient Hospital Report. |
| **Methodology:**<br><br>• If there are more than ten (10) post-partum women during the monitored month, then the inpatient hospital report will be randomized, and up to ten (10) post-partum women will be reviewed.  Otherwise, all post-partum women will be reviewed for compliance.<br><br>• Determine the date the inmate arrived back at the facility by either (1) reviewing the external Movement Screen in AIMS (DI24, Shift + F5), (2) in eOMIS, from the Prison tab, clicking on the shortcuts "Population Tracking", and clicking on the link "External Movements, or (3) checking "Return from Offsite" note in eOMIS under Nursing Encounters.<br><br>• Then review eOMIS, in the Mental Health tab, to determine if the inmate was seen within five (5) business days of arriving back from the hospital.<br><br>• Then ensure that the contact was completed by a licensed mental health clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 75
Stipulation Category: Mental Health (03)

## CGAR Category: Mental Health (C) 03

| |
|---|
| **Performance Measure:**<br><br>A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |
| **CGAR Question:**<br><br>Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |
| **Source of Records/Review:**<br><br>Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) at each of the required reception areas will be reviewed.<br><br>• Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)<br><br>• Then review eOMIS, in the Mental Health tab, to determine if they were seen by a mental health staff member by the end of their second full day.  Generally, the contact will be categorized as an "Intake."<br><br>• Also, record whether the contact was completed by a licensed clinician or by another mental health staff member.  A monthly list of licensed mental health clinicians is obtained from the health services contractor. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 100
Stipulation Category: Dental (01)

## CGAR Category: Dental (C) 01

| |
|---|
| **Performance Measure:**<br><br>Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. |
| **CGAR Question:**<br><br>Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will review the CDS report to locate inmates on the routine care list who were seen for urgent care or pain appointments in the monitored month to determine whether these inmates are still on the routine care list. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

## CGAR Category: Dental (C) 02

| |
|---|
| **Performance Measure:** |
| Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |

| |
|---|
| **CGAR Question:** |
| Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |

| |
|---|
| **Source of Records/Review:** |
| Correctional Dental Software (CDS) Report (randomized). |

| |
|---|
| **Methodology:** |
| • Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee. <br><br> • The Monitor will review the Appointment Lists for the monitored month and randomly select ten (10) inmate names/numbers to see if there was an order for history, vital signs and dental radiographs by the Dentist.  If there was an order, the Monitor will review the entry in eOMIS pertaining to that specific visit and see if the history, vital signs and radiographs were completed as ordered. |

Draft Revised: 11/6/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

## CGAR Category: Dental (C) 03

| |
|---|
| **Performance Measure:**<br><br>Routine dental care wait times will be no more than 90 days from the date the HNR was received. |
| **CGAR Question:**<br><br>Are routine dental care wait times no more than 90 days from the date the HNR was received? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br><ul><li>Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.</li><li>The Monitor will select the first ten (10) inmates on the appointment lists (routine) and make sure that routine dental care wait times are no more than 90 days from the date the HNR was received.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 103
Stipulation Category: Dental (04)

## CGAR Category: Dental(C) 04

| **Performance Measure:** |
| --- |
| Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received. |

| **CGAR Question:** |
| --- |
| Are urgent dental care wait times, as determined by the contracted vendor, no more than 72 hours from the date the HNR was received by dental? |

| **Source of Records/Review:** |
| --- |
| Correctional Dental Software (CDS) Report (randomized). |

| **Methodology:** |
| --- |
| <ul><li>Randomize the CDS Report and provide it provide to the Dental Monitor (HSCMB) or Designee.</li><li>The Monitor will select the first ten (10) inmates on the appointment lists (urgent) and make sure that urgent dental care wait times are no more than 72 hours from the date the HNR was received by dental.</li></ul> |

Draft Revised: 11/6/16

# EXHIBIT 16



Arizona Department
of Corrections

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction..........................................................................................1

    The CGAR Monitoring Tool.............................................................2

    History...........................................................................................3

Monitor Responsibilities.......................................................................5

The Monitor Cycle................................................................................7

Performance Measures..........................................................................9

Methodology.........................................................................................9

Source of Records.................................................................................9

    **Random Selection**........................................................................10

Addressing Deficiencies.......................................................................10

Unavailable Inmates............................................................................10

Ethics for Excellence ..........................................................................12

Glossary..............................................................................................13

Performance Measure Monitoring Methodology ....................................12


Appendix A: Definitions ......................................................................

Appendix B: DSM-5 Classifications ......................................................



# Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC): Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.

MONITOR GUIDE

# The CGAR Monitoring Tool

The "GAR" system of monitoring has been utilized by the ADC's security personnel for a number of years with beneficial monitoring outcomes noted.  The initials G, A, and R indicate the general level of compliance with a specific performance measure.  Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are non-compliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are non-compliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format.  It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor.  Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine a score.

The monitor is a cyclical process repeated every month.  Each monthly review looks at a specific month to determine if the specific performance factors are in compliance during that reporting period.  Each monitor measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

Draft Revised: 11/11/16

## History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten (10) state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten (10) vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012**: The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR monitoring tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a 90-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services. The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford. The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition. The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed.   (Dkt. 1185.)   This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

Health Services Contract Monitoring Bureau (HSCMB) is responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation.   Monitors approach their job as a neutral fact-finder with the goal to ensure health and safety of the institution, the inmates, and the public.   Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports.   Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs).   The purpose of monthly reviews is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, and Director Orders (DOs).

- **Reporting**: documenting deficiencies using the CGAR monitoring tool and report to ensure the requirements specified in the contract and Stipulation are met. Monitors must communicate with the vendor and its health services staff to address all deficiencies. The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication. If non-compliance issues are noted, the vendor must submit appropriate CAPs. Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring. Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing. Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **not** responsible for directing the operations of the facility. Monitors observe and consult with health services staff and supervisors. Monitors assess by observing, listening, reading, asking and answering relevant questions. Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation. Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Collaboration is essential. Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient. The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau. As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies. Monitors must also plan for the week, month, and quarter and prioritize tasks daily. Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

Draft Revised: 11/11/16

# The Monitoring Cycle

Generally, a monitoring cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be monitored.

Contract Monitors currently review the Performance Measures set forth in the *Parsons v. Ryan* Stipulation. (Dkt. 1185) The areas that are monitored include mental health, dental and medical care. Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2:** Identify and Understand Performance Measures or Best Practices

Identify what information should be measured. While every aspect of the vendor's performance requires review, the focus of a consistent review is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Monitoring Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical review is often misunderstood.

Criteria: The review criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable.

Standards: The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR monitoring tool.

Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Data Collection

The method of data collection is a random sampling allowing for the probability that every inmate's medical record with relevance to the specific performance measure may be included in the monitoring cycle. The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure. The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records. Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population. Because it is impractical to review every record for every inmate, monitors review a random sample of records. Randomly

selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for monitoring periods to be consistent and complete.  Data reporting periods are the prior complete month.  For instance, in August, monitors will review data from the completed month of July.

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining compliance.  (Dkt. 1673 at 3.)  While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program.  For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month, in order to be deemed substantially compliant with the performance measure.  Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures  (*Id*.)

**Stage 5:** Data Analysis

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation.  Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR monitoring tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of monitoring.   All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate a Monitoring Report

This is the final stage of the monitoring cycle.  It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures.  When communicating results, it is important for the exchange to be consistent and independent.  Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement (Report Card).

**Stage 8**: Follow-Up and Re-Monitoring

In the event the findings are disputed by the vendor, there is a ten-business day time frame to bring forth any questions, comments, additional information, and objections to any findings. After results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Re- monitoring is another portion of the monitoring cycle. This is carried out by monitoring the same performance measure from one month to another, allowing trends to be identified.

## Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including: staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

## Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures. These general protocols are part of the methodology used to measure compliance. These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified. As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes. As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

## Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation. More specific locations of these records are contained in this Monitor Guide. As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

Draft Revised: 11/11/16

MONITOR GUIDE

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs.  When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review a random selection of medical records.  Whenever possible, a list of applicable source document records will be inserted into an Excel spreadsheet and assigned a random number using Excel randomizing macros will be used to generate a true random sample of records to monitor.  Performance measures will identify where the random sample will be pulled.

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue.  If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate.  This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden.  The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety.  If appropriate, the monitor is to notify his/her supervisor of significant concerns regarding patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of facility supervision (e.g., out to court, out to the hospital, or released).  External movement can be located in (1) the AIMS Movement Screen (DI24, Shift +F5); or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements.").  If an inmate is not under supervision at the facility during a portion of the monitored month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

Draft Revised: 11/11/16

**M O N I T O R   G U I D E**

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.



# Ethics for Excellence

Monitors must have a highly refined sense of duty. Adherence to the core values of the Department is demanded at all times.

**"PRICE"**

**P** = Professionalism: Modeling the ideal

**R** = Responsibility: Owning your actions

**I** = Integrity: Doing the right thing

**C** = Courage: Taking actions despite fear

**E** = Efficiency: Making every actions count

***You are entrusted with a very significant role.***

DRAFT

# Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| EHR | Electronic Healthcare Records |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| LTBI | Latent Tuberculosis (TB) Infection |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |

# Performance Measure Monitoring Methodology



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 1
Stipulation Category: Staffing (01)

## CGAR Category: Staffing (C) 01

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing staff schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled staff schedules for each complex for the monitored month for RN coverage on each shift. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

</div>

<div align="center">

CGAR Category: Staffing (C) 02

</div>

| |
|---|
| **Performance Measure:** |
| Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:** |
| Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:** |
| Contracted Vendor: Provider Staff Schedules for the monitored month; On-Call List. |
| **Methodology:** |
| • Review the reconciled Provider Staff Schedules for each complex for the monitored month for onsite provider coverage during regular business hours.<br><br>• Review the On-Call List for the monitored month for on-call provider coverage. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 3
Stipulation Category: Staffing (03)

## CGAR Category: Staffing (C) 03

| |
|---|
| **Performance Measure:**<br><br>Dental staffing will be maintained at current contract levels – 30 dentists. |
| **CGAR Question:**<br><br>Is statewide dental staffing maintained at current contract levels? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Monthly Staffing Rollup Report. |
| **Methodology:**<br><br><ul><li>Review the Monthly Staffing Rollup Report.</li><li>Divide the total number of FTEs for dentists by thirty (30).</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 4**
**Stipulation Category: Staffing (04)**

</div>

<div align="center">

**CGAR Category: Staffing (C) 04**

</div>

| |
|---|
| **Performance Measure:**<br><br>Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |
| **CGAR Question:**<br><br>Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Staff Schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled Nursing Staff Schedules for each complex for the monitored month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. |

Draft Revised: 11/11/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 5
Stipulation Category: Medical Records (01)

### CGAR Category: Medical Records (C) 01

| |
|---|
| **Performance Measure:**<br><br>Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location. |
| **CGAR Question:**<br><br>Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br><ul><li>Use the randomized HNR Log for the monitored month.</li><li>The Monitor will choose the first ten (10) charts from the HNR log containing scanned documents.</li><li>The Monitor will review the date triaged under Sections III and IV.  If Section IV is not completed, then utilize the date (within two (2) business days) under Section III as the starting point/date.  If Section IV is completed, then utilize the date under Section IV as the starting point/date.</li><li>The Monitor will review the chart in eOMIS to ensure documents for monitored month are accurate, chronologically maintained, and scanned/filed in the patient's chart within two (2) business days, with all documents filed in their designated location.</li><li>If the documentation reviewed was not accurate, chronologically maintained, and scanned/filed within two (2) business days, this results in a finding of non-compliance for this chart/inmate.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 6
Stipulation Category: Medical Records (02)

### CGAR Category: Medical Records (C) 02

| |
|---|
| **Performance Measure:** <br><br> Provider orders will be noted daily with time, date, and name of person taking the orders off. |
| **CGAR Question:** <br><br> Are provider orders being noted daily with time, date, and name of the person taking the orders off? |
| **Source of Records/Review:** <br><br> Contracted Vendor: Provider Encounter Log (randomized). |
| **Methodology:** <br><br> • Use the randomized Provider Encounter Log for the monitored month. <br><br> • The Monitor will select the first ten (10) charts with orders written during the monitored month. To determine compliance, the Monitor will compare the date the order was written and the date the order was noted. <br><br> • If the order was noted was past midnight on the date it was written, the chart is non-compliant. <br><br> • If there is a note and no orders for meds, labs, outside consults, etc., the Monitor will move onto the next chart that has orders written. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 7
Stipulation Category: Medical Records (03)

### CGAR Category: Medical Records (C) 03

| **Performance Measure:** |
|---|
| Medical record entries will be legible, and complete with time, name stamp and signature present. |

| **CGAR Question:** |
|---|
| Are medical records legible, and complete with time, name stamp and signature present? |

| **Source of Records/Review:** |
|---|
| HNR Log (randomized). |

| **Methodology:** |
|---|
| • Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the Monitors. <br><br> • The Monitors will review the first ten (10) charts from the randomized HNR log to ensure all medical records are legible, and complete with time, name stamp and signatures on documents scanned into eOMIS in the monitored month. <br><br> • Any charts with medical records that are not legible and complete with time, name stamp, and signature will be considered out of compliance. <br><br> • A printed name and title will be sufficient if a name stamp is not available. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 8
Stipulation Category: Medical Records (04)

### CGAR Category: Medical Records (C) 04

| Performance Measure: |
| --- |
| Nursing protocols/NETs will be utilized by nurses for sick call. |

| CGAR Question: |
| --- |
| Are nursing protocols/NETs utilized by nurses for sick call? |

| Source of Records/Review: |
| --- |
| Contracted Vendor: Nursing Encounter Log (randomized). |

**Methodology:**

- Use the randomized Nursing Encounter Log for the monitored month.

- The Monitor will review the first ten (10) appropriate charts where a NET should have been utilized for sick call.

- If a NET was not utilized for a sick call encounter, then the chart is not in compliance. Only sick call encounters will be monitored for this performance measure.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 9
Stipulation Category: Medical Records (05)

### CGAR Category: Medical Records (C) 05

| |
|---|
| **Performance Measure:**<br><br>SOAPE format will be utilized in the medical record for encounters. |
| **CGAR Question:**<br><br>Is SOAPE format being utilized in the medical record for encounters? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing Encounter Log and Provider Encounter Log. |
| **Methodology:**<br><br><ul><li>Use the randomized Nursing Encounter Log from HC PM #8 and randomized Provider Encounter Log from HC PM #6.</li><li>The Monitor will review five (5) charts that have a SOAPE note from the Nursing Encounter Log and five (5) charts that have a SOAPE note from the Provider Encounter Log to ensure that all components of the SOAPE format are present.</li><li>Charts related to chart reviews, medication renewals, and treatment calls will be excluded.</li><li>If all the components of the SOAPE format are present, the chart is in compliance.  If any part of the SOAPE format is missing, the chart is not in compliance.</li></ul> |

Draft Revised: 11/11/16

**Health Care Performance Measure No. 10**
**Stipulation Category: Medical Records (06)**

### CGAR Category: Medical Records (C) 06

**Performance Measure:**

Each patient's medical record will include an up-to-date Master Problem list.

**CGAR Question:**

Does each patient's medical record include an up-to-date Master Problem list?

**Source of Records/Review:**

Contracted Vendor: Provider Encounter Log (randomized).

**Methodology:**

- Use the randomized Provider Encounter Log for the monitored month.

- The Monitor will select the first ten (10) charts with a Master Problem List (MPL) and determine whether the MPL was updated.

- For chronic care visits, the Monitor looks at the radio button for a "yes" or "no" response. For those visits triggered from a sick call referral (Provider Sick Call), the Monitor will look in the SOAPE note to see what condition was identified and then look at Active Allergies/Health Problems/Conditions to ensure the condition from the SOAPE note was added.  If the condition was added, the chart is in compliance.  If the condition was not added, the chart is not in compliance.

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

### CGAR Category: Pharmacy (C) 01

| Performance Measure: |
|---|
| Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. |

| CGAR Question: |
|---|
| Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT? |

| Source of Records/Review: |
|---|
| Contracted Vendor: List of Formulary Medications ordered from the preceding thirty days; Inmate Profile Report; MARs; and eOMIS: scanned paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment. |

**Methodology:**

- Filter the Inmate Profile Report for the monitored month by location. Select the first medication listed for each of the first ten (10) inmates per health unit for monitoring.

- If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached. If a sample of ten (10) inmates is not available for this question, subsequent medications will be monitored.

- The following medications are excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.

- To determine compliance, compare the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription orders or scanned paper MAR if no electronic documentation exists.

- Documentation not included in the Medical Record will not be considered for compliance.

- Determination of two (2) business days will be based on the following plus holidays, if applicable: Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 12
Stipulation Category: Pharmacy (02)

## CGAR Category: Medical Records (C) 07

| |
|---|
| **Performance Measure:** |
| Medical record will contain documentation of refusals or "no shows." |

| |
|---|
| **CGAR Question:** |
| Does the medical record contain documentation of refusals or "no shows?" |

| |
|---|
| **Source of Records/Review:** |
| Contracted Vendor: Appointment No Show Log. |

| |
|---|
| **Methodology:** |
| • The Monitor will pull the first ten (10) inmate charts from the No Show Log. |
| • The Monitor will review the chart by checking required documentation within the inmate's medical record. |
| • When No Shows/Refusals/Cancellations are indicated from the No Show Log, the Monitor will check Offender Appointments in eOMIS as to why the appointment was cancelled. |
| • If it shows inmate refused, the Monitor will check scanned documents for a refusal for that appointment. If there is no refusal, the chart is found out of compliance. If the refusal is present, the chart is found to be in compliance. |
| • If there is a reason for cancellation listed in Offender Appointment (cancelled due to lock down, any other issue beyond the control of health staff), the chart is in compliance. If it just shows cancelled and no reason, the chart is out of compliance. |
| • If the information is auto generated due to the inmate being released, the Monitor will check eOMIS to verify the release date. If the inmate was released prior to appointment, the chart is in compliance. If the inmate was released after the appointment date, the chart is not in compliance. |
| • If the appointment that was cancelled was a treatment call and it was related to wound care and it can be found the wound was healed prior to the appointment date, the chart is in compliance. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 13
Stipulation Category: Pharmacy (03)

</div>

### CGAR Category: Pharmacy (C) 02

| |
|---|
| **Performance Measure:**<br><br>Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. |
| **CGAR Question:**<br><br>Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication? |
| **Source of Records/Review:**<br><br>Contracted Vendor Medication Expiration Report (PharmaCorr); eOMIS/Medical Record. |
| **Methodology:**<br><br>• Review the Medication Expiration Report, which is already randomized by date.<br><br>• Review the first ten (10) prescriptions listed for each health unit within the date range for compliance.<br><br>• Expiring medication report will be reviewed for renewal or discontinuation for the monitored prescription medication prior to or on the listed stop date. |

Draft Revised: 11/11/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 14
Stipulation Category: Pharmacy (04)

## CGAR Category: Pharmacy (C) 03

**Performance Measure:**

Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.

**CGAR Question:**

Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?

**Source of Records/Review:**

Contracted Vendor: Pharmacy HNR Logs (randomized); eOMIS/Medical Records.

**Methodology:**

- Obtain the Pharmacy HNR Logs and randomize using Excel's RAND (randomization) function.

- Identify the first ten (10) medications per health unit requested between 3-7 business days prior to the prescription running out that are not subject to the exclusion criteria.  If the source document does not identify one medication per row or rows are incomplete for monitoring purposes, the Monitor shall retain discretion in determining compliance.

- If a sample of ten (10) medications is not available, 100% examination shall occur.

- Review the eOMIS Drug Prescription Orders.

- If the medication was requested between three (3) to seven (7) business days prior to the prescription running out, then compare the two (2) most recent dates received to determine if a lapse or interruption occurred.

- Medications shall be considered to have refills available, if at the time of HNR submission, there were a minimum of five (5) business days remaining on the prescription.

- If a medication has a minimum of five (5) business days remaining, yet the pharmacy was unable to refill the medication due to pharmacy regulation or policy, ~~that information may be communicated to the Monitor who shall retain discretion regarding compliance determination. T~~this item would be excluded from the review, and the Monitor would

26

**PERFORMANCE MEASURES**

select the next chart for review.

- Renewed medications that had refills remaining at the time of the HNR request may be monitored, if recognized.

- If a lapse or interruption occurred, the chart shall be identified as non-compliant.

- If no lapse of interruption occurred, the chart shall be identified as compliant.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops, medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, medications for which a lapse or interruption cannot be clearly determined, and medications with all available refills previously received by the inmate.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 15
Stipulation Category: Pharmacy (05)

### CGAR Category: Medical Records (C) 09

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Medication Refusal log. |
| **Methodology:**<br><br>• The Monitor will pull the first ten (10) appropriate charts from the Medication Refusal Log provided by the Contracted Vendor.<br><br>• The Monitor will look for the refusal related to the specific date that the Medication Refusal Log presents as a refused dose.  Because the logs don't always show consecutive missed doses, the Monitor will utilize the first date listed on the log and look for three (3) consecutive missed refusals/no shows.<br><br>• Anytime there are less than ten (10) charts to monitor, all the charts will be included in the review.  A QHCP to counsel the inmate, not a CNA.  If the refusal form is utilized for counseling, the form must be completed to include the education component in order to give credit.  If it is not completed in its entirety, the chart is found non-compliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

## CGAR Category: Pharmacy (C) 04

| Performance Measure: |
| --- |
| Perpetual inventory medication logs will be maintained on each yard. |

| CGAR Question: |
| --- |
| Are perpetual inventory medication logs being maintained on each yard? |

| Source of Records/Review: |
| --- |
| Clinical Stock Perpetual Inventory log (randomized). |

| Methodology: |
| --- |
| <ul><li>A minimum of ten (10) Perpetual Inventory logs will be reviewed at each health unit for the monitored month. Identify and review the first 5 stock medications on the randomized list with active use during the review period (both controlled substance and non-narcotic medications) and identify and review the first 5 controlled substance patient-specific perpetual inventory medications.  If either 5 patient specific controlled substances with active use or 5 stock medications with active use (both controlled-substance and non-narcotic medications) do not exist, supplement with the other category to achieve 10 medications for review.  If 10 medications do not exist, 100% examination shall occur.</li><li>Each log must contain the following information (six points):<br>1) Medication name and strength.<br>2) Chronological date order.<br>3) At least one patient identifier (name/number) for each dose administered.<br>4) Data for any entry that identifies at least one addition, subtraction, dose given, wasted, or transferred, and an ending balance for each entry. Each number added, given, subtracted, transferred, or wasted must result in a mathematically correct ending balance;<br>5) Documentation of a nurse's signature or initials.<br>6) Any discrepancy identified on the log(s) shall be remedied with documentation of IR completion with an accompanying report number. An IR must be written, and the IR number listed on the Perpetual Inventory log next to any entry that indicates the medication was not administered to an inmate, including but not limited to, corrected count, wasted medication, and count discrepancy.   The absence of required IR documentation at the time of review will result in loss of a point.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

- Record the total number of points that were obtained and the total number of points possible. Compliance is determined by dividing the number of points obtained for each health unit divided by the total number of points possible for that health unit.

- Each log will be scored based upon the potential maximum of six points above. Discrepancies will be noted as a percentage of the 6 possible points. For instance, if one of the six possible points is out of compliance, the score for that record would be 5/6.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 17
Stipulation Category: Pharmacy (07)

## CGAR Category: Chronic Care (C) 05

| Performance Measure: |
| --- |
| The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |

| CGAR Question: |
| --- |
| Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |

| Source of Records/Review: |
| --- |
| DOT Report (randomized); eOMIS/Medical record. |

**Methodology:**

- Obtain the DOT Report and randomize using Excel's RAND (randomization) function.

- Select the first ten (10) inmates per health unit.

- If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. Exclusion criteria includes medications without a dose ordered to be administered during the review period, including "as needed" medications.

- Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders", MAR history report, or a paper MAR.

- To be compliant, a document for the review period must reflect a dose, frequency, and start date for each medication and one nurse's signature, stamped or printed name, or initial on the record of administration.

Draft Revised: 11/11/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

### CGAR Category: Pharmacy (C) 05

| Performance Measure: |
| --- |
| Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN. |

| CGAR Question: |
| --- |
| Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN? |

| Source of Records/Review: |
| --- |
| Manifest Report (randomized). |

| Methodology: |
| --- |
| <ul><li>Randomize the Manifest Report by date using Excel's RAND (randomization) function.</li><li>Use the first ten (10) randomized dates per unit, selecting five (5) daily manifests and five (5) controlled manifests.</li><li>If five (5) controlled manifests are not available for a unit, then the Performance Measure will be supplemented with more daily manifests.</li><li>Manifests are to remain in chronological order sequenced with the oldest date on the bottom and the newest date on the top.</li><li>The cover page of the manifest must be initialed by an LPN or RN.</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 19
Stipulation Category: Pharmacy (09)

### CGAR Category: Pharmacy (C) 06

| |
|---|
| **Performance Measure:** <br><br> Perpetual inventory medications will be signed off on the Inmate's individual MAR. |
| **CGAR Question:** <br><br> Are perpetual inventory medications signed off on the Inmate's individual MAR? |
| **Source of Records/Review:** <br><br> Clinical Stock Perpetual Inventory log (randomized); eOMIS/Medical Records. |
| **Methodology:** <br><br> • The first ten (10) active medications in the monitored period will be used. The randomization is the result of the activity of the medications used for the monitored period. If ten (10) random medications are not listed, duplicate medications may be used in the review. <br><br> • Those ten medications are then viewed for perpetual inventory administration for the first administered dose that occurred during the review period. If ten medications with active administration for the review period are not identified, review the first administration for each available medication and proceed to subsequent administration(s) for each available medication. <br><br> • Review the identified perpetual inventory entry for corresponding documentation of administration in the eOMIS/Medical Record. For the date being reviewed, documentation must identify the correct medication name (generic or name brand) and documentation that the inmate received the total dosage ordered for that administration. If review of subsequent administration for the same inmate on the same date occurs, a separate entry must be identified to be determined to be compliant. A reviewed entry that indicates the inmate received the ordered dose shall be considered compliant. Any entry that does not indicate the dose was received shall be considered non-compliant. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 20
Stipulation Category: Pharmacy (10)

CGAR Category: Medical Records (C) 08

| Performance Measure: |
| --- |
| Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |

| CGAR Question: |
| --- |
| Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |

| Source of Records/Review: |
| --- |
| SNO orders and encounters in eOMIS; AIMS DI35 Batch Reports. |

| Methodology: |
| --- |
| <ul><li>Compliance Monitors will pull the first ten (10) charts on the AIMs DI35 Batch Report.</li><li>Compare the handwritten SNO scanned into eOMIS with the electronic order entry SNO and information on the AIMS DI35 Batch Report.</li><li>If the handwritten SNO and the AIMS DI35 Batch Report matches, the chart is in compliance.</li><li>If there is information on the handwritten SNO that is not included in the AIMS report, the chart is not in compliance.</li></ul> |

34

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 21
Stipulation Category: Pharmacy (11)

### CGAR Category: Medical Records (C) 11

| Performance Measure: |
|---|
| Inmates who are paroled or released from ASPCs will receive a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor. |

| CGAR Question: |
|---|
| Are inmates who are paroled or released from ASPCs receiving a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor? |

| Source of Records/Review: |
|---|
| Contracted vendor report of released inmates (randomized); eOMIS medical record. |

| Methodology: |
|---|
| • Compliance Monitors will pull the first ten (10) charts on the release information they have obtained from the Contracted Vendor.  If there are ten (10) or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be monitored.<br><br>• Inmates on the list are reviewed in eOMIS to determine if they were on prescribed medications at the time of their release, and if not, they will be excluded, and a new record selected.<br><br>• If the Monitor finds a Patient Release/Transfer Form signed by the patient and scanned into eOMIS, the chart will be considered in compliance.<br><br>• If the Monitor does not find a Patient Release/Transfer Form signed by the inmate in eOMIS, the chart will be considered non-compliant. |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 22**
**Stipulation Category: Pharmacy (12)**

</div>

## CGAR Category: Pharmacy (C) 07

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor: NFDR report for the monitoring month (randomized); eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten (10) medications listed on the NFDR report randomized by date.<br><br>• Obtain an extract from the drug status order screen on eOMIS.  Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two (2) business days of the prescription order. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 23
Stipulation Category: Equipment (01)

<u>CGAR Category: Equipment (C) 01</u>

| |
|---|
| **Performance Measure:**<br><br>Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. |
| **CGAR Question:**<br><br>Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? |
| **Source of Records/Review:**<br><br>Contracted Vendor: AED checklist report. |
| **Methodology:**<br><br>• Review the AED checklist provided by the Contracted Vendor.<br><br>• If the checklist indicates that the AED was checked on a given date, the AED is considered to be maintained and readily accessible to Health Care Staff on that date.<br><br>• Compliance is determined by dividing the number of days the AED was checked by the number of days in the monitored month. If the resultant figure is greater than the CGAR report threshold required for the monitored month, the performance measure is reported as in compliance. |

Draft Revised: 11/11/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 24
Stipulation Category: Equipment (02)

**CGAR Category: Equipment (C) 02**

| **Performance Measure:** |
|---|
| Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |

| **CGAR Question:** |
|---|
| Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |

| **Source of Records/Review:** |
|---|
| Contracted Vendor: All Emergency Response Bag Checklists and Inventory Checklists. |

**Methodology:**

- The Monitor uses the Emergency Response Bag Checklist and Inventory Checklist to determine whether (a) the Emergency Response Bag Checklist has been completed daily; (b) the Inventory Checklist has been completed monthly; and (c) the bag contains all required essential items as per the Essential Items Checklist.

- If the bag has been inventoried for the monitored month and contains all essential items, divide the number of days on which the Emergency Response Bag Checklist was completed by the total number of days in the monitored month.  If the resultant figure meets or exceeds the CGAR performance threshold for the monitored month, this results in a finding of compliance for this performance measure.

- If a monthly Inventory Checklist is not performed, this results in a finding of noncompliance for this performance measure.

- If an essential item is missing from the bag, this results in a finding of noncompliance for this performance measure.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 25
Stipulation Category: Emergency Response (01)

## CGAR Category: Emergency Response (C) 01

**Performance Measure:**

A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency.

**CGAR Question:**

Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency?

**Source of Records/Review:**

Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC).

**Methodology:**

- The monitor will select the first ten (10) inmates per yard from the SIRs and IRs from the monitored month that required basic life support.

- An emergency requiring basic life support is defined as one requiring the use of an AED or performance of CPR.

- First Responders may be either medical or security officers.

- The Monitor will compare the time the SIR is initiated to the time of response where either use of an AED or performance of CPR was initiated.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 26
Stipulation Category: Quality Improvement (01)

**CGAR Category: Quality Improvement (C) 01**

| |
|---|
| **Performance Measure:** |
| Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance. |

| |
|---|
| **CGAR Question:** |
| Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance? |

| |
|---|
| **Source of Records/Review:** |
| ADC and Contracted Vendor grievance logs. |

| |
|---|
| **Methodology:** |
| • Obtain grievance logs ~~for~~ from the calendar month prior to the monitored month from each Complex grievance coordinator. |
| • ~~The monitored month will be a full calendar month two months after the month when the grievances were originally sent from the grievance coordinator to the health care staff. Example: Grievances sent to health care staff in July require a response during July or August. The retroactive review for these grievances will be performed during the month of September.~~ |
| • Sort and separate the Complex grievance logs by unit/yard. |
| • Determine which grievances were received during the final 15 working days from the month prior to the monitored month, as these grievances should all be answered no later than 15 working days into the monitored month. |
| • A minimum of 10 health care grievances per yard will be reviewed by comparing the date the grievance was sent to ~~received by the~~ health care staff and the date a completed response was returned and received by ~~to~~ the grievance coordinator. |
| • ~~If less than 10 health care grievances are available, all health care grievances for that unit/yard will be reviewed.~~ |
| • A grievance response not completed within 15 working days of receipt by health care |

Draft Revised: 11/11/16

**PERFORMANCE MEASURES**

staff will result in noncompliance with the performance measure.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 27
Stipulation Category: Quality Improvement (02)

**CGAR Category:** **Quality Improvement (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06 |
| **CGAR Question:**<br><br>Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06? |
| **Source of Records/Review:**<br><br>Monthly CQI meeting minutes. |
| **Methodology:**<br><br>• Review the monthly CQI Meeting minutes for the monitored month and compare them to NCCHC Standard P-A-06.<br><br>• P-A-06 requires that CQI meetings are held at least quarterly. This Performance Measure requires monthly meetings. This standard is intended to ensure that a facility uses a structured process to find areas in the health care delivery system that need improvement, and that when such areas are found, staff develop and implement strategies for improvement.<br><br>• Documented minutes for monthly meetings will be considered to be in substantial compliance.<br><br>• Updates for process and outcome studies and attendance of interdisciplinary team members are to be shown at least quarterly, in accordance with P-A-06. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 28
Stipulation Category: Quality Improvement (03)

## CGAR Category: Quality Improvement (C) 03

| |
|---|
| **Performance Measure:**<br><br>Every medical provider will undergo peer reviews annually with reviews and recommended actions documented. |
| **CGAR Question:**<br><br>Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented? |
| **Source of Records/Review:**<br><br>Monthly vendor-supplied roster of medical providers listing hire date and peer review completion date. |
| **Methodology:**<br><br>• Sort and separate the report by Complex.<br><br>• Sort each Complex by hire date.  Providers employed less than one (1) year are exempt from review.<br><br>• Review each provider listed on the roster for documentation of an annual peer review.<br><br>• A provider without a documented annual peer review will result in noncompliance with the performance measure.<br><br>• Locum Tenens and PRN providers are included in the review process, but are exempt from review if employed less than one (1) year. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 29
Stipulation Category: Quality Improvement (04)

## CGAR Category: Quality Improvement (C) 04

**Performance Measure:**

Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02.

**CGAR Question:**

Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02?

**Source of Records/Review:**

Monthly vendor-supplied roster of nursing staff listing hire date and clinical performance review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Nurses employed for less than one (1) year are exempt from review.

- Review each nurse listed on the roster for documentation of an annual performance review.

- A nurse without a documented annual clinical performance review will result in noncompliance with the performance measure

- Agency and PRN nurses are included in the review process, but are exempt from review if employed for less than one (1) year.

44

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 30
Stipulation Category: Quality Improvement (05)

**CGAR Category: Medical Records CO (C) 01**

| |
|---|
| **Performance Measure:**<br><br>The initial mortality review of an inmate's death will be completed within 10 working days of death. |
| **CGAR Question:**<br><br>Is the initial mortality review of an inmate's death completed within ten (10) working days of death? |
| **Source of Records/Review:**<br><br>Mortality reviews for inmate deaths in the monitored month. |
| **Methodology:**<br><br>• At each facility, all deaths that occurred in the monitored month are reviewed for compliance.  There is no sampling for this measure because all mortality reviews are monitored.<br><br>• The Monitor reviews the Initial/First Mortality Review to determine whether the first review occurred within ten (10) business days after the inmate's death.<br><br>• An Initial/First Mortality Review that occurs more than ten (10) business days after the inmate's death results in a finding of noncompliance for this inmate. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 31
Stipulation Category: Quality Improvement (06)

## CGAR Category: Medical Records CO (C) 02

**Performance Measure:**

Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken.

**CGAR Question:**

Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken?

**Source of Records/Review:**

Contracted Vendor: Monthly CQI meeting minutes.

**Methodology:**

- Review CQI meeting minutes for mortality reviews completed in the monitored month.

- The Monitor will categorize mortality reviews as 1) reviewed without deficiencies; 2) pending final review and recommendations; 3) final reviewed with recommendations that were discussed; or 4) final reviewed with recommendations that were not discussed.

- Final Mortality Reviews with recommendations that were not discussed during a CQI meeting will result in a finding of noncompliance for the performance measure.

- Final Mortality Reviews that do not include a CAP for noted deficiencies will result in a finding of noncompliance for the performance measure.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 32**
**Stipulation Category: Quality Improvement (07)**

**CGAR Category: Medical Records CO C03 and Quality Improvement 06**

| |
|---|
| **Performance Measure:**<br><br>A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. |
| **CGAR Question:**<br><br>Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings? |
| **Source of Records/Review:**<br><br>HSCMB signed and dated Mortality Review. |
| **Methodology:**<br><br>• Review all final Mortality Reviews submitted during the monitored month for completion within ten (10) days of receipt of the medical examiner's findings. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 33
Stipulation Category: Intake Facility (01)

## CGAR Category: Intake (C) 01

| **Performance Measure:** |
|---|
| All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:** |
| Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:** |
| Arrival Log/List (randomized). |
| **Methodology:** |
| <ul><li>Using the Arrival Log from the monitored month, pull the first ten (10) inmate charts.</li><li>The Monitor will review eOMIS for the intake screening note to confirm that an actual health screening was completed and documented by an RN or LPN.</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 34**
**Stipulation Category: Intake Facility (02)**

</div>

## CGAR Category: Intake (C) 02

| |
|---|
| **Performance Measure:** |
| A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |
| **CGAR Question:** |
| Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |
| **Source of Records/Review:** |
| Arrival Log/List (randomized). |
| **Methodology:** |
| <ul><li>Using the Arrival Log from the monitored month, pull the first ten (10) charts.</li><li>If there are ten (10) or fewer inmate intakes for the monitored month for an intake facility, review all inmate intake charts for that facility.</li><li>The Monitor will review eOMIS to ensure a physical examination, including a history, was completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility (Phoenix, Perryville, Tucson Minors, and condemned-row).</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 35**
**Stipulation Category: Intersystem Transfers (01)**

</div>

<div align="center">

**CGAR Category: Access to Care (C) 10**

</div>

| |
|---|
| **Performance Measure:**<br><br>All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. |

| |
|---|
| **CGAR Question:**<br><br>For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? |

| |
|---|
| **Source of Records/Review:**<br><br>Transfer logs (arrival/departure) at each facility and corresponding transfer screening form in the eOMIS/Medical Record from the monitored month. |

| |
|---|
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts from the Arrival/Transfer Log.<br><br>• If the chart is not appropriate, then the Monitor will go to the next appropriate chart for the question being asked and continue to work in this order until the appropriate chart is found (i.e., inmate arrived and has no medications).<br><br>• The Monitor will review the transfer screening form, notes and MAR in eOMIS to determine as to whether or not the inmate received/arrived with his/her medications, as ordered. If the documentation supports that the inmate arrived/received his/her medication at the receiving facility, the chart is in compliance. If documentation shows that an inmate received less than all prescribed doses of his/her medications on the date of transfer, this incident will be found noncompliant. Documentation is reviewed only for the date of transfer.<br><br>• Nursing may indicate in their documentation that prn medications are available if the inmate arrived without prn medications. As long as the PRN medication is available in clinic stock and available, the measure is found to be in compliance. If frequency is not maintained, this incident will be found noncompliant. |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 36
Stipulation Category: Access to Care (01)
</div>

<div align="center">

**CGAR Category: Access to Care (C) 01**
</div>

| |
|---|
| **Performance Measure:** <br><br> A LPN or RN will screen HNRs within 24 hours of receipt. |
| **CGAR Question:** <br><br> Does an LPN or RN screen HNRs within 24 hours of receipt? |
| **Source of Records/Review:** <br><br> HNR log (randomized). |
| **Methodology:** <br><br> • Compliance Monitors will pull the first ten (10) charts (that are appropriate for the following CGAR questions) from the randomized HNR log distributed to each complex. <br><br> • The Monitor will review the HNR date stamp (or handwritten date) to determine the date of receipt by medical.  This is located in the upper right hand corner of the HNR. In the absence of a defined date of receipt, the chart is found to be noncompliant. <br><br> • The Monitor will then review the triage date documented under Section 3 of the HNR. If the triage date is within 24 hours of the date stamp (received date), the chart is compliant.  If the triage date is more than 24 hours after the date received, the chart is found to be noncompliant. |

Draft Revised: 11/11/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 37
Stipulation Category: Access to Care (02)

## CGAR Category: Access to Care (C) 02

**Performance Measure:**

Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).

**CGAR Question:**

Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?

**Source of Records/Review:**

HNR Log (randomized).

**Methodology:**

- The Monitor will select the first ten (10) charts/yard from the HNR log and utilize the encounter for the chart chosen to monitor to see if the patient was seen by a RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).

- The Monitor will review the HNR for the date or receipt by medical and compare with the date the inmate was seen on Nurse Line by comparing the HNR to the eOMIS entry for the sick call encounter.

- If the inmate was seen by an RN within 24 hours after the HNR was received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need), the chart is compliant.  If seen by an LPN within 24 hours after the HNR is received (or immediately), the chart is non-compliant.

- If the inmate was seen by a Provider and not an RN, the chart is excluded from review, and the Monitor selects a new chart for review.

Health Care Performance Measure No. 38
Stipulation Category: Access to Care (03)

## CGAR Category: Access to Care (C) 03

**Performance Measure:**

Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call.

**CGAR Question:**

Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call?

**Source of Records/Review:**

Nursing Encounter Log (randomized).

**Methodology:**

- Select the first ten (10) charts per yard from the randomized Nurse Encounter Log and use the encounter for the chart chosen to monitor to see whether vital signs were completed.

- If the vital signs, including weight, were checked and documented in the medical record for the particular sick call encounter, the chart is considered compliant.

- If the medical record doesn't include the vital signs, including weight the chart is out of compliance.

- Those charts where a weight cannot be obtained (leg injury/cannot stand) and a comment is made that the weight was not obtained as a result of inability to stand, the chart is still in compliance.

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 39
Stipulation Category: Access to care (04)

</div>

### CGAR Category: Access to Care (C) 04

| |
|---|
| **Performance Measure:** <br><br> Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. |

| |
|---|
| **CGAR Question:** <br><br> Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen calendar days of the referral? |

| |
|---|
| **Source of Records/Review:** <br><br> Nurse Line Log (randomized); Provider Referral Log; Hand written Appointment Lists (if needed). |

| |
|---|
| **Methodology:** <br><br> • The Monitor will utilize the randomized Nurse Line Log and pull the first ten (10) charts. <br><br> • The Monitor will review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within fourteen (14) days of the referral. <br><br> • For any referred encounter that occurs between the first and fifteenth of the monitored month, the referral appointment will potentially occur between the fourteenth and the last day of the month prior to the monitored month.  Provider referrals notes may be found in eOMIS in Health Services Encounters.  Referrals may also be noted on HNRs found in Scanned Documents in eOMIS. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 40
Stipulation Category: Access to Care (05)

## CGAR Category: Access to Care (C) 05

| |
|---|
| **Performance Measure:**<br><br>Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. |
| **CGAR Question:**<br><br>Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral? |
| **Source of Records/Review:**<br><br>Nurse Line Log (randomized); Provider Referral Log; Hand Written Appointment Lists (if needed). |
| **Methodology:**<br><br>• Pull the first ten (10) charts the randomized Nurse Line Log.<br><br>• Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within twenty-four (24) hours of the referral.<br><br>• Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.<br><br>• If no Medical Provider encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site. If the inmate was sent to the ER and seen by a Medical Provider, the chart would be found in compliance, as long as the ER documentation was present in eOMIS. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 41
Stipulation Category: Access to Care (06)

### CGAR Category: Access to Care (C) 06

| Performance Measure: |
|---|
| Emergent provider referrals are seen immediately by a Medical Provider. |

| CGAR Question: |
|---|
| Are emergent referrals being seen immediately by a Medical Provider? |

| Source of Records/Review: |
|---|
| Nurse Line Log (randomized); Admission/Discharge/ER log provided by ADC. |

| Methodology: |
|---|
| <ul><li>Pull the first ten (10) charts from the randomized Nurse Line Log.</li><li>Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred immediately after the referral.</li><li>If the inmate was transferred to the ER and seen by a Medical Provider and can be verified in eOMIS by an ER Report (under Scanned Documents), the chart is in compliance.</li><li>If a referral was made and the inmate was transferred to the ER with no verification as to the inmate being seen, the chart is non-compliant.</li></ul> |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 42
Stipulation Category: Access to Care (07)

CGAR Category: Access to Care (C) 07

| Performance Measure: |
|---|
| A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. |

| CGAR Question: |
|---|
| Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider? |

| Source of Records/Review: |
|---|
| Provider Encounter Log (randomized); Nursing Encounter Log (randomized). |

| Methodology: |
|---|
| <ul><li>Pull the first ten (10) charts from the Provider Encounter Log or Nursing Encounter Log.</li><li>Review Provider Encounters under Health Services Encounters in eOMIS to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider.  If the inmate was seen prior to or within the specified time frame, the chart is compliant.</li><li>If the inmate was seen any time after the specified time frame, the chart is non-compliant.</li><li>If there is no specific date/appointment, then it is treated as a routine referral, and the inmate must be seen within fourteen (14) days. (These are addressed under performance measure #39).</li><li>Lab tech appointments are not counted when monitoring this measure because they are not considered follow-up sick call encounters.</li></ul> |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 43
Stipulation Category: Access to Care (08)

## CGAR Category: Access to Care (C) 08

| |
|---|
| **Performance Measure:**<br><br>Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there. |
| **CGAR Question:**<br><br>Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there? |
| **Source of Records/Review:**<br><br>ADC Hospital Admission/Discharge Log/ER Log. |
| **Methodology:**<br><br><ul><li>Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge Log.</li><li>Review the nursing encounters screen in eOMIS to determine whether the inmate was returned to the medical unit and assessed by an RN or LPN on duty.</li><li>If the inmate returned to the medical unit and was assessed by an RN or evaluated by an LPN upon return from inpatient hospital stay or ER transport, the chart is compliant.</li><li>If the inmate was never returned to the medical unit and/or not assessed by an RN or evaluated by an LPN upon return from the inpatient hospital stay or ER transport, the chart is non-compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 44
Stipulation Category: Access to Care (09)

## CGAR Category: Access to Care (C) 09

| |
|---|
| **Performance Measure:**<br><br>Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. |
| **CGAR Question:**<br><br>Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? |
| **Source of Records/Review:**<br><br>ADC Hospital Admission/Discharge/ER Log. |
| **Methodology:**<br><br>• Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge/ER Log.<br><br>• Review the nursing notes or Provider notes in eOMIS for any language noting that treatment recommendations were reviewed and read back to the Provider within 24 hours.  Documentation of communication with the Provider indicates that discharge instructions were reviewed. This includes and is not limited to medications, wound care, follow up, etc.<br><br>• The Provider may also review the discharge documentation and acknowledge receiving the discharge paperwork by initialing/signing and dating the information and it being scanned into eOMIS.  It is not necessary for the Provider to enter an order/encounter into eOMIS for this measure to be compliant. |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 06**

</div>

| **Performance Measure:** |
|---|
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine |

| **CGAR Question:** |
|---|
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? |

| **Source of Records/Review:** |
|---|
| Diagnostic Service Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Diagnostic Service Report and randomize using the Excel RAND (randomizing) function.

- Review the first ten (10) diagnostic services ordered routine, urgent, or stat (emergent) per health unit.

- If a sample of ten (10) diagnostic services is not available, 100% examination shall occur.

- Compare the ordered date with the collected or taken date.  When a discrepancy exists between the lab tech-entered specimen collection date and the lab-provided collection date or the x-ray tech-entered x-ray taken date and the eOMIS image recorded by technologist date, the Monitor shall retain discretion is identifying the most appropriate date to use for monitoring purposes.  With the exception of appropriate exclusion criteria, as outlined in the methodology, if a diagnostic service is ordered routine it must be completed within 14 calendar days and an urgent or stat order must be completed the same day to be documented as compliant.  If not completed within 14 calendar days for routine or the same day for urgent or stat, document that service as non-compliant.

- Diagnostic services documented as drawn or taken with no results available for viewing, shall be considered non-compliant if a minimum of 14 calendar days have elapsed.

- In the event that the sub-contracted lab interface reports unsolicited results, the Monitor shall retain discretion in identifying to which original order those results correspond. Unsolicited lab results that create a new order and may be included on two (2) consecutive months' source documents may remain subject to monitor for those consecutive months.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear

<div align="center">60</div>

communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

- The Monitor must recognize that entries into the EMR are created and then recorded in perpetuity.  If an order is entered and then identified as "cancelled," "entered in error," or similar terminology and a substantiating reason is provided, the Monitor may exclude those orders from review.

- If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement~~, including a private prison or county jail,~~ prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from review.

- As a result of EMR lab prioritization timeframe limitations, the Monitor shall exclude ordered diagnostic services that are ordered to intentionally exceed the stipulation agreement timeframes.  The Monitor must recognize that the provider should have the opportunity to order labs for a variety of timeframes, and EMR limitations and stipulation agreement timeframes should not prevent the provision of quality care (e.g., a provider that wants a lab drawn in one year should not have to choose to not order the lab because there is no other EMR category that will allow for an extended timeframe).

Draft Revised: 11/11/16

**PERFORMANCE MEASURES**

<div align="right">

Health Care Performance Measure No. 46
Stipulation Category: Diagnostic Services (02)

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 07**

</div>

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five (5) calendar days of receiving the report at the prison. |
| **CGAR Question:**<br><br>Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison? |
| **Source of Records/Review:**<br><br>Diagnostic Service Report (randomized); eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Diagnostic Service Report used in HC PM #45 and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) diagnostic services with results available per health unit. If ten (10) reports are not available, 100% examination shall occur.</li><li>Compare the X-ray results process date or lab results received date with the results comments Time Stamp date or Review Notes Time Stamp date, using the earliest date identified as long as it is no earlier than the resulted date. If the timeframe does not exceed five (5) calendar days, identify that diagnostic service result as compliant. If the timeframe exceeds five (5) calendar days, identify that diagnostic service result as non-compliant.</li><li>If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement, ~~including a private prison,~~ prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from the review, if recognized.</li><li>In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.</li></ul> |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 47
Stipulation Category: Diagnostic Services (03)

CGAR Category: Specialty Care (C) 08

**Performance Measure:**

A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.

**CGAR Question:**

Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?

**Source of Records/Review:**

HNR Log (randomized); eOMIS/Medical Record.

**Methodology:**

- Obtain the HNR log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) requests for diagnostic service results per health unit. If ten (10) requests are not available, 100% examination shall occur.

- Using the "date received" from HNR Log, determine whether the results were communicated by the provider within seven (7) calendar days of the request. Results communicated within seven (7) calendar days shall be identified as compliant; results not communicated within seven (7) calendar days shall be identified as non-compliant.

- A provider appointment within seven (7) calendar days shall be identified as offering the inmate the opportunity to inquire regarding results and shall be considered compliant. An appointment that occurs specifically to communicate a denial or ATP does not require documentation of vital signs.

- The prioritized date for a communique shall be the date on the communique itself. If the communique does not have a date, the Monitor shall consider the scanned document date for timeframe compliance determination.

- If the HNR log does not provide the information to determine compliance, the Monitor shall access the HNR to determine if additional information is available to make a compliance determination. If compliance cannot be determined based on the accuracy and the details included on the HNR, the HNR shall be excluded. If an inmate is determined to be requesting results for tests that were never ordered, the HNR shall be excluded.

- An HNR identified as requesting results, but further review indicates the issue is program inclusion or movement that may be dependent upon diagnostic results shall have that HNR excluded from the review if communication regarding program inclusion or movement has occurred, or the movement/inclusion itself has occurred.

- An HNR requesting results for which there are no results available, shall be excluded from review, when recognized.

- An inmate transferred to a to a facility that is not subject to the Stipulation agreement private prison or released within seven (7) calendar days shall be excluded from the review, when recognized.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 48
Stipulation Category: Specialty Care (01)

## CGAR Category: Specialty Care (C) 01

| |
|---|
| **Performance Measure:**<br><br>Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen (14) calendar days, and placed in the patient's medical record. |
| **CGAR Question:**<br><br>Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen (14) calendar days, and placed in the patient's medical record? |
| **Source of Records/Review:**<br><br>Denied Consult Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Consult ATP report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) denied, clinical coordinator initiated status, or ATPd consultation requests per health unit<br><br>• Based on the randomized report, monitor the first ten (10) consults written that remain in clinical coordinator initiated status, denied status, or those for which an ATP was offered by UM.<br><br>• The Consult Written Date on the source document shall be used to determine the consults to monitor, but for monitoring purposes, that date will be reconciled with the eOMIS Request Date (this may necessitate an expanded review period due to differences between UM dates and eOMIS dates).  If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. Consults on the source document remaining in Clinical Coordinator Initiated status shall be considered non-compliant once fourteen (14) days is reached.  A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update because a status of Scheduled has not been reached, shall be excluded from the review since this indicates UM action did occur. A |

65

PERFORMANCE MEASURES

consult that remains in Clinical Coordinator Initiated status because it requires no UM action shall be excluded from the review.

- Consults with a UM ATP shall be monitored for communication of the ATP to the provider within fourteen (14) calendar days of the decision to ATP the request. The Monitor will recognize that different providers have requested different methods of communication and the Monitor will communicate with the sites to determine where the communication may be located in the patient's medical record.  To be identified as compliant, the method of communication must indicate the communication occurred within fourteen (14) calendar days with subsequent inclusion in the patient's chart.  If a consult is denied, it must include a reason for the denial.  If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan (based on UM criteria, experience, and education) for the provision of care and documentation of an ATP communicated to the provider within fourteen (14) calendar days shall be considered compliant.  An ATP by UM that is not accepted by the provider and results in approval, scheduling, or completion of the consult shall be excluded from the review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 49
Stipulation Category: Specialty Care (02)

## CGAR Category: Specialty Care (C) 02

**Performance Measure:**

Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.

**CGAR Question:**

Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within thirty (30) days of the denial?

**Source of Records/Review:**

Denied Consult Report; eOMIS/Medical Record.

**Methodology:**

- Obtain the Denied Consult Report and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) denied consults or those with an ATP per health unit.

- To be considered compliant, compare the source document UM ATP Date with the next patient/provider documented appointment.  If that appointment occurred within thirty (30) days, that consult shall be identified as compliant. An appointment that occurs specifically to communicate a denial or ATP shall not require documentation of vital signs.

- If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor.

**PERFORMANCE MEASURES**

<div align="right">

**Health Care Performance Measure No. 50**
**Stipulation Category: Specialty Care (03)**

</div>

<div align="center">

**CGAR Category: Specialty Care (C) 03**

</div>

| |
|---|
| **Performance Measure:**<br><br>Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider. |

| |
|---|
| **CGAR Question:**<br><br>Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider? |

| |
|---|
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |

| |
|---|
| **Methodology:**<br><br><ul><li>Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) urgent specialty consultations requests per health unit.</li><li>If ten (10) urgent consultation requests are not available, 100% examination shall occur.</li><li>If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within thirty (30) calendar days or there is documentation of a Return From Offsite within thirty (30) days, the consult shall be considered compliant.</li><li>A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP as this shall be captured under performance measure 48.</li><li>A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.</li><li>~~A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.~~</li><li>A scheduled consult that is cancelled by the consultant shall be excluded from the review.</li><li>A consult that must be rescheduled due to complex operational issues (emergencies, etc.)</li></ul> |

shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 51
Stipulation Category: Specialty Care (04)

## CGAR Category: Specialty Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Routine specialty consultations will be scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider. |
| **CGAR Question:**<br><br>Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider? |
| **Source of Records/Review:**<br><br>Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) routine specialty consultation requests per health unit.</li><li>Monitor the first ten (10) routine specialty consultations per health unit.</li><li>If ten (10) routine consultation requests are not available, 100% examination shall occur.</li><li>If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within sixty (60) calendar days or there is documentation of a "Return From Offsite" within sixty (60) calendar days, the consult shall be considered compliant.</li><li>A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP, as this shall be captured under performance measure 48.</li><li>A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.</li><li>~~A consult that must be scheduled beyond routine time frames due to lack of consultant's availability shall be excluded from the review.~~</li><li>A scheduled consult that is cancelled by the consultant shall be excluded from the review.</li></ul> |

70

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.) shall be excluded from the review.

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit.  When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

<div align="right">

Health Care Performance Measure No. 52
Stipulation Category: Specialty Care (05)
</div>

<div align="center">

**CGAR Category: Specialty Care (C) 05**
</div>

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) specialty consultation reports per health unit.  Exclusion criteria includes optometry exam results.

- If ten (10) reports are not available, 100% examination shall occur.

- Compare the off-site specialist's report received date with the date of the on-site practitioner's review.  If the review occurred within seven calendar days of receipt, the report shall be identified as compliant.  If the review did not occur within seven calendar days of receipt, the report shall be identified as non-compliant.

- If the report has a stamped received date that will be the prioritized received date.  If that date is not available, the Monitor shall retain discretion in identifying another date including, but not limited to, a faxed date or an Action Taken date.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 53
Stipulation Category: Chronic Care (01)

## CGAR Category: Chronic Care (C) 01

| |
|---|
| **Performance Measure:**<br><br>Treatment plans will be developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease. |
| **CGAR Question:**<br><br>Are treatment plans developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease? |
| **Source of Records/Review:**<br><br>Chronic Care Report (randomized); eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) new diagnoses per health unit.</li><li>If ten (10) new diagnoses are not available, 100% examination shall occur.</li><li>Review eOMIS for documentation of a treatment plan within thirty (30) calendar days of the Provider's diagnosis.</li><li>Compliance is determined based on the presence of a measurable timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing and therapeutic regimens, if appropriate.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard".</li><li>Exclusion criteria includes non-Stipulation agreement chronic care conditions, LTBI, conditions with paper treatment plans from a private prison (if identified), and previously recognized chronic conditions that are updates to coding.</li></ul> |

73

Health Care Performance Measure No. 54
Stipulation Category: Chronic Care (02)

**CGAR Category: Chronic Care (C) 02**

| |
|---|
| **Performance Measure:** <br><br> Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. |
| **CGAR Question:** <br><br> Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place? |
| **Source of Records/Review:** <br><br> Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:** <br><br> • Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function. <br><br> • Monitor the first ten (10) chronic conditions per health unit. <br><br> • If ten (10) chronic conditions are not available, 100% examination shall occur. <br><br> • Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order.  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up. <br><br> • If a timeframe is ordered that exceeds 180 days, the provider must document a reason to be considered compliant. <br><br> • Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider. <br><br> • If no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit within 180 days or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall |

74

have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

Draft Revised: 11/11/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 55
Stipulation Category: Chronic Care (03)

## CGAR Category: Chronic Care (C) 03

| Performance Measure: |
| --- |
| Disease management guidelines will be implemented for chronic diseases. |

| CGAR Question: |
| --- |
| Are disease management guidelines implemented for chronic diseases? |

| Source of Records/Review: |
| --- |
| Chronic Care Report (randomized); eOMIS/Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>If ten (10) Chronic Conditions are not available, 100% examination shall occur.</li><li>Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order(s).  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.</li><li>The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear (e.g., active cancer or ESLD) or if the presence of a chronic condition is indeterminable.</li><li>Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.</li><li>If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months or as listed in the bullet below.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.</li><li>Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who</li></ul> |

**PERFORMANCE MEASURES**

receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 56
Stipulation Category: Chronic Care (04)

## CGAR Category: Chronic Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. |
| **CGAR Question:**<br><br>Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record? |
| **Source of Records/Review:**<br><br>Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) chronic conditions per health unit.  If ten (10) chronic conditions are not available, 100% examination shall occur.<br><br>• The condition shall be considered compliant if there is documented education for the condition, disease, or disease prevention. If no education is documented, identify the performance measure as non-compliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 57
Stipulation Category: Prenatal Services (01)

## CGAR Category: Female Care – Prenatal Preventative (C) 02

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. |
| **CGAR Question:**<br><br>Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List; eOMIS Medical Record. |
| **Methodology:**<br><br>• Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).<br><br>• Determine whether the provider ordered prenatal vitamins and diet at the inmate's initial intake physical examination. |

Draft Revised: 11/11/16

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 58**
**Stipulation Category: Prenatal Services (02)**

### CGAR Category: Female Care – Prenatal Preventative (C) 03

| |
|---|
| **Performance Measure:** <br><br> Results of an inmate's prenatal screening tests will be documented in the medical record. |
| **CGAR Question:** <br><br> Are results of an inmate's prenatal screening tests documented in the medical record? |
| **Source of Records/Review:** <br><br> Pregnant Inmate List; eOMIS/Medical record. |
| **Methodology:** <br><br> • Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only). <br><br> • Review the medical files from all pregnant intakes to confirm that the results of prenatal screening tests are documented in the medical record.  Labs available for viewing shall be identified as compliant. <br><br> • Prenatal screening tests include gestational age/pregnancy test, RPR, HIV, HBV, HCV, CBC, CMP, Urine, Rubella, ABO RH and antibody. <br><br> • Labs shall be available for viewing within thirty days of pregnancy diagnosis, although remain subject to review under HC PM #45 and #46. |

PERFORMANCE MEASURES

Health Care Performance Measure No. 59
Stipulation Category: Preventative Services (01)

CGAR Category: Medical Records (C) 10

| Performance Measure: |
| --- |
| Inmates will be screened for TB on an annual basis. |

| CGAR Question: |
| --- |
| Are inmates being screened for TB on an annual basis? |

| Source of Records/Review: |
| --- |
| DI37 screen in AIMS for each yard (randomized). |

| Methodology: |
| --- |
| • The Monitor will use a randomized AIMS DI37 screen report for the monitored month. <br><br> • The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance. <br><br> • If a Positive PPD occurred more than one year from the monitored month, the chart is ineligible to be used and the next chart listed on the report will be used. <br><br> • If a Positive or Negative PPD Date/Result occurred within the past year, this results in a finding of compliance for this chart/inmate. <br><br> • If a Negative PPD Date/Result occurred more than one year from the monitored month, this results in a finding of noncompliance for this chart/inmate. |

Draft Revised: 11/11/16

Health Care Performance Measure No. 60
Stipulation Category: Preventative Services (02)

CGAR Category: Intake (C) 03

| Performance Measure: |
|---|
| All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended. |

| CGAR Question: |
|---|
| Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended? |

| Source of Records/Review: |
|---|
| Arrival Log/List (randomized) and eOMIS/Medical Record. Documentation of postings on yards. |

**Methodology:**

- Monitor ten (10) records (Perryville only) for intake Pap smears.
- Monitor health units and living units to ensure that postings are available regarding additional screening.
- Inmates with history of a hysterectomy are exempt from this review.

Draft Revised: 11/11/16

**PERFORMANCE MEASURES**

<div align="right">

**Health Care Performance Measure No. 61**
**Stipulation Category: Preventative Services (03)**

</div>

<div align="center">

**CGAR Category: Female Care – Prenatal Preventative (C) 01**

</div>

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 being offered a pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Documentation of postings on yards. Inmate Handbook (provided after intake process) |
| **Methodology:**<br><br><ul><li>Monitor health units (Perryville only) and living units to ensure that postings are available regarding additional screening.</li><li>Inmates with history of a hysterectomy are exempt from this review.</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

**Health Care Performance Measure No. 62**
**Stipulation Category: Preventative Services (04)**

</div>

**CGAR Category: Intake (C) 04**

| |
|---|
| **Performance Measure:** |
| All prisoners are screened for tuberculosis upon intake. |

| |
|---|
| **CGAR Question:** |
| Are prisoners screened for tuberculosis upon intake? |

| |
|---|
| **Source of Records/Review:** |
| Arrival Log/List (randomized) and encounters in eOMIS from inmates received at intake during the monitored month. |

| |
|---|
| **Methodology:** |
| <ul><li>The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.</li><li>If the PPD Date/Result that is displayed is completed by the end of the second full day of an inmate's intake arrival at the intake facility (ASPC-Phoenix, ASPC- Perryville, condemned-row, and ASPC-Tucson (minors), the chart is considered compliant.  If the PPD Date/Result that is displayed is completed beyond the end of the second full day of an inmate's intake arrival, the chart is found to be non-compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 63
Stipulation Category: Infirmary Care (01)

</div>

<div align="center">

### CGAR Category: Infirmary Care (C) 01

</div>

| |
|---|
| **Performance Measure:** |
| In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |
| **CGAR Question:** |
| Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |
| **Source of Records/Review:** |
| IPC Census (randomized) and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC Census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates with an admission admitted during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of an initial health assessment completed by a Registered Nurse on the date of admission, that admission shall be identified as compliant.  The preferred documentation location is Nurse- Infirmary Admission.  A documented refusal that indicates the inmate refused the assessment within the required timeframe shall be identified as compliant.   The Monitor shall retain discretion for compliance determination for inmates that arrive after 2100 hours.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- The Monitor shall retain discretion regarding review inclusion for inmates that arrive in an IPC and are very quickly transferred to an off-Complex hospital.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a

<div align="center">

85

</div>

**P E R F O R M A N C E   M E A S U R E S**

sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Health Care Performance Measure No. 64
Stipulation Category: Infirmary Care (02)

## CGAR Category: Infirmary Care (C) 02

| Performance Measure: |
| --- |
| In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. |

| CGAR Question: |
| --- |
| Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC? |

| Source of Records/Review: |
| --- |
| IPC census and eOMIS Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the IPC census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) admissions during the monitored period.</li><li>If ten (10) admissions are not available, 100% examination shall occur.</li><li>The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.</li><li>If an inmate has documentation of Provider evaluation and plan within the next business day after admission, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  An evaluation and treatment plan created in a discharge note shall be considered compliant if it occurred within the next business day.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 65
Stipulation Category: Infirmary Care (03)

**CGAR Category: Infirmary Care (C) 03**

| |
|---|
| **Performance Measure:** |
| In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. |

| |
|---|
| **CGAR Question:** |
| Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? |

| |
|---|
| **Source of Records/Review:** |
| IPC census (randomized) and eOMIS Medical Record. |

| |
|---|
| **Methodology:** |

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) inmates with an admission during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of a Provider history and physical examination that indicates completion within seventy-two (72) hours, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  A history and physical created in a discharge note may be considered compliant if it occurred within seventy-two (72) hours of admission.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/11/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 66
Stipulation Category: Infirmary Care (04)

### CGAR Category: Infirmary Care (C) 04

| Performance Measure: |
|---|
| In an IPC, a Medical Provider encounter will occur at a minimum every 72 hours. |

| CGAR Question: |
|---|
| Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates? |

| Source of Records/Review: |
|---|
| IPC AIMS census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates during the monitored period.

- If ten (10) IPC stays are not available, 100% examination shall occur.

- For each monitored IPC stay, iIdentify the number of provider encounters that occurred at least every 72 hours and the number of provider encounters that should have occurred at least every 72 hours.  Divide the number of provider encounters that occurred by the number of provider encounters that should have occurred to determine the percentage of compliance for that inmate admission.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that IPC stay as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and

**P E R F O R M A N C E   M E A S U R E S**

that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 67
Stipulation Category: Infirmary Care (05)

## CGAR Category: Infirmary Care (C) 05

| Performance Measure: |
|---|
| In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. |

| CGAR Question: |
|---|
| Is an RN conducting and documenting an assessment at least once every shift in the IPC? Graveyard shift assessments may be completed and documented as welfare checks. |

| Source of Records/Review: |
|---|
| IPC AIMS census and eOMIS Medical Record. |

| Methodology: |
|---|
| <ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first IPC stay for the first ten (10) inmates during the monitored period.</li><li>If ten (10) IPC stays are not available, 100% examination shall occur.</li><li>For each audited IPC stay, iIdentify the number of nursing assessments and graveyard welfare checks that occurred at least every shift and the number of nursing assessments and graveyard welfare checks that should have occurred at least every shift.  Divide the number of nursing assessments and graveyard welfare checks that occurred by the number of nursing assessments and graveyard welfare checks that should have occurred to determine the percentage of compliance for that inmate admission.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that admission IPC as compliant.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance measure.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be</li></ul> |

housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



**PERFORMANCE MEASURES**

Health Care Performance Measure No. 68
Stipulation Category: Infirmary Care (06)

## CGAR Category: Infirmary Care (C) 06

| Performance Measure: |
|---|
| In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. |

| CGAR Question: |
|---|
| Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given? |

| Source of Records/Review: |
|---|
| IPC census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) admissions during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of Provider orders and documentation that care and treatment was administered, that admission shall be identified as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary. If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status. If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/11/16

PERFORMANCE MEASURES

Health Care Performance Measure No. 69
Stipulation Category: Infirmary Care (07)

CGAR Category: Infirmary Care (C) 07

| Performance Measure: |
|---|
| In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. |

| CGAR Question: |
|---|
| Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? |

| Source of Records/Review: |
|---|
| IPC AIMS census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.

- Monitor the first IPC stay for the first ten (10) inmates during the monitored period.

- If ten (10) IPC stays are not available, 100% examination shall occur.

- A care plan shall be considered compliant if weekly nursing care plan documentation occurs with a date and signature, including an electronic signature. A scanned paper care plan or an Offender Standard Form – Nursing Plan of Care form with subsequent weekly documentation within a Health Services Encounter that identifies the nursing care plan as being revised or requiring no revision shall be identified as compliant.

- ~~For each monitored IPC stay, i~~Identify the number of nursing care plan reviews that occurred at least weekly and the number of nursing care plan reviews that should have occurred at least weekly.  Divide the number of nursing care plan weekly reviews that occurred by the number of nursing care plan weekly reviews that should have occurred to determine the percentage of compliance ~~for that inmate admission~~.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that ~~admission~~ IPC as compliant.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- Once a discharge order is received, the inmate is no longer subject to this performance

94

measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 70
Stipulation Category: Infirmary Care (08)

### CGAR Category: Infirmary Care (C) 08

| |
|---|
| **Performance Measure:**<br><br>All IPC patients have properly working call buttons, and if not, health care staff perform and document thirty (30)-minute patient welfare checks. |
| **CGAR Question:**<br><br>Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting thirty (30)-minute patient welfare checks? |
| **Source of Records/Review:**<br><br>IPC census the day of review and eOMIS/Medical Record, 1101-16 form (showing thirty minute checks). |
| **Methodology:**<br><ul><li>All IPC patients will have their call light tested on the day of review.  Any non-working call light shall be considered non-compliant unless a Form 1101-16 is available for the most recent thirty (30)-minute period.</li><li>Non-working call lights will have inmate coverage documented with Form 1101-16.</li><li>If a call light is identified as working or an inmate with a non-working call light has documentation on a Form 1101-16 for the most recent thirty (30)-minute check, the inmate shall be identified as compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 71
Stipulation Category: Medical Diets (01)

**CGAR Category: Medical Diets (C) 01**

| |
|---|
| **Performance Measure:** |
| Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |

| |
|---|
| **CGAR Question:** |
| When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |

| |
|---|
| **Source of Records/Review:** |
| ADC Diet Roster, Batch report in AIMS, and eOMIS Medical Record. |

| |
|---|
| **Methodology:** |
| • The Monitor will utilize the first ten (10) charts that are appropriate from the ADC Diet Roster or Batch Report in AIMS. |
| • The Monitor will compare the diet order to eOMIS to determine when a Provider prescribed a special diet, which the Provider included the type of diet, duration for which it is to be provided and any special instructions. |
| • If any of the information is missing, the chart is found to be out of compliance.  If all the information is included, the chart is compliant. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 72
Stipulation Category: Medical Diets (02)

## CGAR Category: Medical Diets (C) 02

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed diets for more than 3 consecutive days receiving follow up nutritional counseling by a QHCP? |
| **Source of Records/Review:**<br><br>ADC dietary liaison records and eOMIS Medical Record. IRs showing non-compliance with Diet. Signed Diet Roster. |
| **Methodology:**<br><br>• The Monitor will be advised by the Dietary Liaison of non-compliant inmates that refuse their prescribed diets for more than three (3) consecutive dates.<br><br>• The Monitor will review the signed dietary signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diets. The Monitor will utilize the first ten (10) inmate charts from the list and review eOMIS for a nutritional counseling note or under Scanned Documents for a completed refusal form. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 01**

</div>

| |
|---|
| **Performance Measure:** <br><br> All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.* |

| |
|---|
| **CGAR Question:** <br><br> Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days? |

| |
|---|
| **Source of Records/Review:** <br><br> AIMS DA14 Batch Report (randomized). |

| |
|---|
| **Methodology:** <br><br> • Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville. <br><br> • Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor. <br><br> • If the contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then "TF" is recorded and it is coded as non-compliant. If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant. <br><br> • If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.) |

PERFORMANCE MEASURES

Health Care Performance Measure No. 74
Stipulation Category: Mental Health (02)

**CGAR Category: Mental Health (C) 02**

| Performance Measure: |
| --- |
| All female inmates shall be seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum. |

| CGAR Question: |
| --- |
| Are all female prisoners being seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum? |

| Source of Records/Review: |
| --- |
| Inpatient Hospital Report. |

| Methodology: |
| --- |
| <ul><li>If there are more than ten (10) post-partum women during the monitored month, then the inpatient hospital report will be randomized, and up to ten (10) post-partum women will be reviewed.  Otherwise, all post-partum women will be reviewed for compliance.</li><li>Determine the date the inmate arrived back at the facility by either (1) reviewing the external Movement Screen in AIMS (DI24, Shift + F5), (2) in eOMIS, from the Prison tab, clicking on the shortcuts "Population Tracking", and clicking on the link "External Movements, or (3) checking "Return from Offsite" note in eOMIS under Nursing Encounters.</li><li>Then review eOMIS, in the Mental Health tab, to determine if the inmate was seen within five (5) business days of arriving back from the hospital.</li><li>Then ensure that the contact was completed by a licensed mental health clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 75
Stipulation Category: Mental Health (03)

## CGAR Category: Mental Health (C) 03

| |
|---|
| **Performance Measure:**<br><br>A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |
| **CGAR Question:**<br><br>Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |
| **Source of Records/Review:**<br><br>Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) at each of the required reception areas will be reviewed.<br><br>• Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)<br><br>• Then review eOMIS, in the Mental Health tab, to determine if they were seen by a mental health staff member by the end of their second full day. Generally, the contact will be categorized as an "Intake."<br><br>• Also, record whether the contact was completed by a licensed clinician or by another mental health staff member.  A monthly list of licensed mental health clinicians is obtained from the health services contractor. |

Draft Revised: 11/11/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 76
Stipulation Category: Mental Health (04)

## CGAR Category: Mental Health (C) 04

| |
|---|
| **Performance Measure:** |
| If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within ~~fourteen~~ 14 days of his or her arrival into ADC. |

| |
|---|
| **CGAR Question:** |
| If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within ~~fourteen~~ 14 days of his or her arrival into ADC? |

| |
|---|
| **Source of Records/Review:** |
| Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician. |

| |
|---|
| **Methodology:** |
| • Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health clinician, then the record will be re-reviewed in ~~twenty~~ 20 days for compliance with this performance measure. If the ~~initial two-day period for intake on PM #75 or the~~ initial 14 days for PM #76 extend into the following month, ~~they irt are~~ will be coded as a "0" and automatically placed on the review for the next calendar month. |
| • Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.) |
| • Review eOMIS, in the Mental Health tab, to determine if the inmate had an additional contact by a mental health clinician within ~~fourteen (14)~~ days of their arrival.  A monthly list of mental health clinicians is obtained from the health services contractor. |
| A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, ~~treatment plan (if,~~ scheduled sick call, unscheduled sick call, ~~scheduled psychiatry, unscheduled psychiatry,~~ |

**P E R F O R M A N C E   M E A S U R E S**

suicide watch (refusal, lockdown, or conducted in confidential setting), etc.



Draft Revised: 11/11/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

**CGAR Category: Mental Health (C) 05**

| |
|---|
| **Performance Measure:** |
| Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every ~~twelve (12)~~ months for all other MH-3 prisoners. |

| |
|---|
| **CGAR Question:** |
| Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every ~~twelve (12)~~ months for all other MH-3 prisoners? |

| |
|---|
| **Source of Records/Review:** |
| Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, ~~#86,~~ #87, #89 and #92. |

| |
|---|
| **Methodology:** |
| |

- All records reviewed for HC PMs ##73, 80, 82, 84, 85, -87, 89, and 92 will also be reviewed for compliance with this performance measure.  An additional 10 randomly selected MH 3E records (if available) will be reviewed from each unit and added into the overall compliance for this measure.

- Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.

- Review eOMIS, in the Mental Health tab, for the most recent treatment plan.

- If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within ~~ninety~~ 90 days or less (or ~~one year~~12 months if applicable).  If the previous treatment plan was more than ~~ninety~~ 90 days (or ~~one year~~12 months if applicable), then "TF" is recorded and it is coded as non-compliant.

- If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed ~~ninety~~ 90 days or less (or ~~one year~~12 months if applicable) from the last day of the reporting month.  Record the date of the most recent treatment plan.  If the most recent treatment plan is more than 90 days (or 12 months if applicable) from the last day of the reporting month, then it is coded as non-compliant.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the

104

PERFORMANCE MEASURES

shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Health Care Performance Measure No. 78
Stipulation Category: Mental Health (06)

### CGAR Category: Mental Health (C) 06

| |
|---|
| **Performance Measure:**<br><br>All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |

| |
|---|
| **CGAR Question:**<br><br>Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |

| |
|---|
| **Source of Records/Review:**<br><br>All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the monitored month. |

| |
|---|
| **Methodology:**<br><br>• All records reviewed for HC PM #77, in which the treatment plan was updated in the monitored month, will also be reviewed for a face-to-face SOAPE note by a mental health provider or mental health clinician dated the same date if it was updated.<br><br>• A face-to-face contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), individual note, group note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• Review eOMIS, in the Mental Health tab, to see if there is both a treatment plan and contact on the same day. |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 79
Stipulation Category: Mental Health (07)

## CGAR Category: Mental Health (C) 07

| **Performance Measure:** |
| --- |
| If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |

| **CGAR Question:** |
| --- |
| If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |

| **Source of Records/Review:** |
| --- |
| The same inmate charts that are reviewed for HC PM #77. |

| **Methodology:** |
| --- |
| <ul><li>For all records reviewed for HC PM #77, who are also on psychotropic medications and seen by a psychiatric provider in the monitored month, will be reviewed for the provider indicating that they reviewed the treatment plan.</li><li>Review eOMIS, in the Mental Health tab, to determine if the inmate was seen by Psychiatry during the monitored month.</li><li>If they were seen during the monitored month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If there is no treatment plan for them to review, this performance measure will be recorded as not applicable "N/A" and coded with a 0.</li><li>If the Provider documents that the treatment plan has been reviewed, and no treatment plan is available in the EHR, the measure will be ~~marked~~ coded as noncompliant. Additionally, it will also be coded as noncompliant if the treatment plan reviewed was from a prior incarceration or there was no treatment plan to review.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

**CGAR Category: Mental Health (C) 08**

| Performance Measure: |
| --- |
| MH-3A prisoners shall be seen a minimum of every ~~thirty (30)~~ days by a mental health clinician. |

| CGAR Question: |
| --- |
| Are MH-3A prisoners seen a minimum of every ~~thirty (30)~~ days by a mental health clinician? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
| --- |
| <ul><li>Ten (10) records (if available) will be selected for review at each yard.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.</li><li>Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group ~~note~~contact, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>If the contact occurred in the monitored month, then look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty~~ 30 days before, then "TF" is recorded and it is coded as non-compliant.  If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded non–compliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

## CGAR Category: Mental Health (C) 09

| | |
|---|---|
| **Performance Measure:** | |

MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider.

**CGAR Question:**

Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?

**Source of Records/Review:**

Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications.

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to:  scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding psychiatry contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, check if the inmate was seen 90 ninety days or less before the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

**CGAR Category: Mental Health (C) 10**

| Performance Measure: |
|---|
| MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |

| CGAR Question: |
|---|
| Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
|---|
| • Ten (10) records (if available) will be selected for review at each yard.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less.  If the preceding contact ~~was~~ occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If there is no contact in the monitored month, then looked to see if the previous contact was completed 90 days or less from the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Draft Revised: 11/11/16

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

## CGAR Category: Mental Health (C) 11

| Performance Measure: |
|---|
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
|---|
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days? |

| Source of Records/Review: |
|---|
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
|---|
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.</li><li>A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>If the most recent psychiatry contact occurred in the monitored month, then compare that date to the preceding psychiatry contact.  If these two contacts are 90 days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than 180 days apart, then record "TF" as the date and it is coded as non-compliant.</li><li>If the most recent psychiatry contact occurred in the monitored month and the preceding</li></ul> |

___

[1]    Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

contact occurred between 90 and 180 days from that date, then follow the steps below to determine the prevailing diagnosis.

- If the most recent psychiatry contact did not occur in the monitored month, then look to see if it occurred 90 days or less from the last day of the monitored month.  If it did occur within 90 days, then record the date of the contact and it is coded as compliant.  If the most recent contact occurred more than 180 days from the last day of the monitored month, then record the date and it is coded as non-compliant.

- If the most recent psychiatry contact occurred between 90 and 180 days from the last day of the monitored month, then follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis:  First look at the ~~first~~ most recent psychiatry contact that did not occur in the monitored month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month.  If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis:  If there is more than one diagnosis listed in the document used for the prevailing diagnosis, then all diagnoses from that ~~contact~~specific date are reviewed.  First record an "N" if the diagnosis(es) is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

<div align="right">

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

</div>

<div align="center">

**CGAR Category: Mental Health (C) 12**

</div>

---

**Performance Measure:**

MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider.

---

**CGAR Question:**

Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider?

---

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

---

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 180 days. If the preceding contact occurred more than 180 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 180 days or less before the last day of the monitored month.  If the most recent contact is more than 180 days from the last day of the monitored month, then the date of the contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

---

<div align="center">

114

</div>

PERFORMANCE MEASURES

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen by a mental health provider within ~~thirty (30)~~ days of discontinuing medications. |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen by a mental health provider within ~~thirty (30)~~ days of discontinuing medications? |
| **Source of Records/Review:**<br><br>MH 3D Log (Randomized) |

**Methodology:**

- Ten (10) records (if available) with medication discontinuation follow up contacts due or completed in the monitored month will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

- Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued. This date is recorded on the spreadsheet.

- If the medications were discontinued in any month prior to the monitored month, then look to see if the required subsequent psychiatric contact has occurred. If the subsequent contact occurred in any month prior to the monitored month, then it will be coded with a 0. If the subsequent contact has not yet occurred but should have been completed by the last day of the monitored month, then it will be coded as non-compliant.

- If the subsequent contact occurred in the monitored month, then look to see if it is no more than ~~thirty (30)~~ days after the discontinuation date. If the subsequent contact occurred more than ~~thirty (30)~~ days after the discontinuation date, then ~~"TI" will be recorded and~~ it will be coded as non-compliant.

- If the medications were discontinued after February 2015, and the subsequent contact still

115

has not occurred, then it is coded as noncompliant.

- If the inmate has not been on medications during this incarceration, then "N/A" will be recorded and it will be coded with a 0.

- If the medications were discontinued in the monitored month, and no follow up has yet occurred, then the date of the discontinuation will be recorded and it will be coded with a 0. If the subsequent contact occurred later in the monitored month, then it will be coded as compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

## CGAR Category: Mental Health (C) 14

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |
| **Source of Records/Review:**<br><br>Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |
| **Methodology:**<br><br>• All of the records from HC PM #85 will be reviewed for this PM. If ten (10) records were not located for PM #85, then the ~~remaining~~ required number of records will be reviewed from the MH 3D Log for this PM.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br><br>• Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred 90 days or less. If the preceding contact was more than 90 days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If there is no contact in the monitored month, then look to see if the most recent contact occurred 90 days or less from the last day of the monitored month. If it the two dates are more than 90 days apart, then the date of the most recent contact is recorded and it is coded |

117

Draft Revised: 11/11/16

as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

PERFORMANCE MEASURES

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

## CGAR Category: Mental Health (C) 15

**Performance Measure:**

MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every ~~thirty (30)~~ days.

**CGAR Question:**

Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every ~~thirty (30)~~ days?

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

**Methodology:**

- Ten (10) records (if available) will be selected for review at each residential program.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the individual contact occurred in the monitored month, then look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

### CGAR Category: Mental Health (C) 16

| |
|---|
| **Performance Measure:** |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |

| |
|---|
| **CGAR Question:** |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |

| |
|---|
| **Source of Records/Review:** |
| The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |

| |
|---|
| **Methodology:** |
| <ul><li>The same records from HC PM #87 will be reviewed for this PM</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less. If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.</li><li>If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 90 days or less before the last day of the monitored month. If the two dates are more than 90 days apart, then the date of the most recent psychiatry contact is recorded and it is coded as non-compliant.</li><li>If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

PERFORMANCE MEASURES

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

**CGAR Category: Mental Health (C) 17**

| Performance Measure: |
|---|
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |

| CGAR Question: |
|---|
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
|---|
| <ul><li>Ten (10) records (if available) will be selected for review at each unit with an inpatient program.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.</li><li>Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.</li><li>Record the total number of contacts that are in compliance and then record the over the total number of individual contacts that should have occurred (e.g., 2/3, 4/4).  The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have occurred for each unit.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

121

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

## CGAR Category: Mental Health (C) 18

**Performance Measure:**

MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every ~~thirty~~ (30~~)~~ days.

**CGAR Question:**

Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every ~~thirty~~ (30~~)~~ days?

**Source of Records/Review:**

The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications.

**Methodology:**

- The records reviewed for HC PM #89 will be~~fore~~ reviewed for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within ~~thirty~~ (30~~)~~ days or less.  If the preceding contact was more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If the inmate is not currently on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 91
Stipulation Category: Mental Health (19)

## CGAR Category: Mental Health (C) 19

| |
|---|
| **Performance Measure:** |
| MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. |

| |
|---|
| **CGAR Question:** |
| Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? |

| |
|---|
| **Source of Records/Review:** |
| The same inmates reviewed for HC PM #89 will also be reviewed for compliance with this PM. Phoenix Complex Continuous Watch Log (randomized). |

| |
|---|
| **Methodology:** |
| • The first ten (10) records (if available) will be selected for review. The inmates who were reviewed for HC PM #89 will also be reviewed for compliance with this PM. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 5. |
| • Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch. |
| • A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. |
| • If the inmate is not on a continuous watch any day during the month, then "N/A" will be recorded and it will be coded with a 0. |
| • If the inmate is on a continuous watch for any day during the monitored month, then the total number of days in compliance will be recorded and the total number of contacts that should have occurred will be recorded.  The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have |

**P E R F O R M A N C E   M E A S U R E S**

occurred for each unit.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

## CGAR Category: Mental Health (C) 20

**Performance Measure:**

MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every ~~thirty (30)~~ days.

**CGAR Question:**

Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every ~~thirty (30)~~ days?

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

**Methodology:**

- The first ten (10) records (if available) will be selected for review at each maximum custody unit.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch _(refusal, lockdown, or conducted in confidential setting)_, etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within ~~thirty (30)~~ days or less.  If the preceding contact occurred more than ~~thirty (30)~~ days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)

PERFORMANCE MEASURES

Health Care Performance Measure No. 93
Stipulation Category: Mental Health (21)

**CGAR Category: Mental Health (C) 21**

| **Performance Measure:** |
| --- |
| Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. |

| **CGAR Question:** |
| --- |
| Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? |

| **Source of Records/Review:** |
| --- |
| The records for the same inmates reviewed for HC PM #92. |

**Methodology:**

- Review the same records from HC PM #92 for compliance with this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff, not to include LPNs.

- In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody.  A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.

- ~~Record the total number in compliance over the total number of rounds that should have occurred (e.g., 2/3, 4/4).~~ Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have occurred for each unit.

- If there is a gap in rounds, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 94
Stipulation Category: Mental Health (22)

## CGAR Category: Mental Health (C) 22

| |
|---|
| **Performance Measure:**<br><br>All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |
| **CGAR Question:**<br><br>Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |
| **Source of Records/Review:**<br><br>Suicide Watch Log (randomized). |
| **Methodology:**<br><br><ul><li>A minimum of ten (10) records (if available) per complex will be reviewed, except ASPC Eyman where twenty records will be reviewed.</li><li>Review eOMIS under the Nursing Favorites tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the monitored month.  A contact note may be found in various locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, and suicide watch (refusal, lockdown, or conducted in confidential setting).</li><li>Also, verify that the contacts completed during normal business days were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.</li><li>The date (or month if outside of the monitored month) the inmate was placed on watch will be recorded.  The date the inmate was discontinued from watch will be recorded (or "N/A" if the inmate is on watch beyond the last day of the monitored month).  Any dates that a note is missing will also be recorded, or "None" will be indicated if all documentation was located.Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided by the total number of contacts that should have occurred for the complex.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise</li></ul> |

127

out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

PERFORMANCE MEASURES

Health Care Performance Measure No. 95
Stipulation Category: Mental Health (23)

**CGAR Category: Mental Health (C) 23**

**Performance Measure:**

Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven (7) and ten (10) days after discontinuation, and between 21 and 24 days after discontinuation of the watch.

**CGAR Question:**

Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?  Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between seven (7) to and ten (10) days, and between 21 and 24 days after discontinuation of the watch?

**Source of Records/Review:**

Suicide Watch Log (randomized).

**Methodology:**

- Review a minimum of ten (10) inmate (if available) per complex, except at ASPC-Eyman, where twenty records will be reviewed.

- Review eOMIS under the Mental Health tab for the required watch follow-up note(s).  A watch follow-up note may be found in a variety of locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, and initial psychiatric evaluation.

- Record the date the watch was discontinued.  Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the monitored month.  Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided by the total number of contacts that should have occurred for the complex.

129

PERFORMANCE MEASURES

- Verify that the clinician, who discontinued the watch (during the monitored month), was a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.

- Verify that each watch follow up contact was completed by a mental health provider, mental health clinician, or psychiatric registered nurse.  A monthly list of all mental health staff will be provided by the Contacted Vendor.

- Record the dates of the watch follow up contacts.  If the follow up was not due during the monitored month, then "N/A" will be recorded.  If the follow up contact occurred at another complex, then "N/A" will be recorded.  If a required contact during the monitored month did not occur or was not done on the correct date, then this will be recorded and it will be coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**PERFORMANCE MEASURES**

<div align="right">
Health Care Performance Measure No. 96
Stipulation Category: Mental Health (24)
</div>

<div align="center">

**CGAR Category: Mental Health (C) 24**

</div>

---

**Performance Measure:**

A reentry/discharge plan shall be established no later than ~~thirty (~~30~~)~~ days prior to release from ADC for all prisoners who are MH-3 or above.

---

**CGAR Question:**

Are reentry/discharge plans established no later than ~~thirty (~~30~~)~~ days prior to release from ADC for all prisoners who are MH-3 or above?

---

**Source of Records/Review:**

DA04 AIMS Batch Report at each Complex.

---

**Methodology:**

- Ten (10) records (if available) per yard _of prisoners releasing in the next 30 days_ will be reviewed.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be ~~marked~~ _coded_ compliant if it was done ~~thirty (~~30~~)~~ days or more before the inmate's release date. _If there is no release plan or if the release plan is dated less than 30 days before the inmate's release date, then it will be coded as non-compliant._ The date the release plan was completed and the date of the inmate's release will both be recorded.

- Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate was incarcerated for less than ~~thirty (~~30~~)~~ days, or ~~was~~ on the mental health caseload for less than ~~thirty (~~30~~)~~ days _from the anticipated release date_, then "N/A" will be recorded and it will be coded with a 0.

---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

### CGAR Category: Mental Health (C) 25

| |
|---|
| **Performance Measure:**<br><br>A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. |
| **CGAR Question:**<br><br>Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? |
| **Source of Records/Review:**<br>Telepsychiatry Logs (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.<br><br>• Review eOMIS, in the Mental Health tab, for any non-clinical contact note which contains the required documents needing to be scanned in and indicates where the rest of the documents can be located.<br><br>• Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review prior to the appointment with the provider.<br><br>• The paper file will also be reviewed (if necessary) for any missing required documentation to ascertain whether the document exists or not.<br><br>• If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as "N/A". This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 98
Stipulation Category: Mental Health (26)

## CGAR Category: Mental Health (C) 26

**Performance Measure:**

Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.

**CGAR Question:**

Are mental health HNRs being responded to within the timeframes set forth in the ~~current~~ Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?

**Source of Records/Review:**

HNR Log (randomized).

**Methodology:**

- Review ten (10) records (if available) from each yard for compliance with this performance measure.

- If the HNR is determined to be an emergent mental health issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen immediately by nursing staff or a mental health ~~staff~~clinician/provider ~~after the triage was completed~~upon receipt of the HNR.

- If the HNR is determined to be an urgent medication issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen by nursing staff or a mental health ~~staff~~clinician/provider within 24 hours after the ~~triage was completedthe receipt~~triage of the HNR.

- If the HNR is determined to be an urgent non-medication issue describing serious mental health symptoms, then review Heath Service encounters under the Nursing tab, to determine if the inmate was seen by either nursing or mental health ~~staff~~ staff within 24 hours after the ~~triage~~ receipt of the HNR. ~~was completed.~~

- If the HNR is related to routine ~~mental health needs~~non-medication issues, then determine if the inmate was seen or responded to by appropriate mental health staff with a specific plan within five (5) business days of the date nursing triaged the HNR. Review any response notes on the Mental Health HNRs in Scanned Documents. If there are no response on the HNR, then review Health Service encounters in the Nursing tab, to

determine if the inmate was seen within five (5) business days of the HNR triage date. These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, or suicide watch (refusal, lockdown, or conducted in confidential setting).

- Inmates with routine medication issues will be referred to a psychiatric provider, and seen within 14 days.  To determine whether or not there is a medication issue, the inmate may need to be seen by nursing or mental health staff.  This contact must occur within five (5) business days.  ~~If the HNR is a routine request to see psychiatry~~related to a medication issue, then determine if a referral is made to a psychiatric provider.~~ Review any ~~written~~ response in section IV on the HNR to determine if there was a direct referral to a Psychiatric provider.  If the inmate was seen by nursing or mental health staff, then review the encounter documentation to determine whether the inmate was referred to a psychiatric provider.

- ~~To determine the nature of the HNR, the inmate may need to be seen by nursing or mental health staff.  This contact must occur within five (5) business days.  If referred to a Psych RN, the inmate is to be seen within five (5) working days (unless seen by a Provider first)~~

- For inmates who are referred to a psychiatric provider ~~after turning in an HNR requesting such~~for routine medication issues, then determine whether the inmate was seen by a psychiatric provider within ~~fourteen (14)~~ calendar days from the date of the referral.

- The following will be recorded (when applicable):  type of HNR (E/U/R), type of issue (Medication/Non-mediation), date of receipt, ~~the~~ date of triage, date of response, date of required contact(s), ~~or~~and referral/no referral.~~ (as appropriate) will be recorded.  The date of the response or contact will be recorded.  The department (Psychology or Psychiatry) will be recorded.~~

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 99
Stipulation Category: Mental Health (27)

**CGAR Category: Mental Health (C) 27**

| |
|---|
| **Performance Measure:** <br><br> Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |
| **CGAR Question:** <br><br> Are peer reviews being conducted as set forth in the ~~current~~ MHTM (rev. 4/18/14), Chapter 1, Section 3.0? |
| **Source of Records/Review:** <br><br> Peer Review Report. |
| **Methodology:** <br><br> • Sort and separate the report by Complex. <br><br> • Sort each Complex by hire date.  Providers/clinicians employed less than one year are exempt from review. <br><br> • For peer reviews completed in the monitored month, ~~r~~Review each provider's/clinician's hire date compared to their completed annual peer review date to ensure that no more than one year has elapsed.  If the peer review was completed more than one year after the previous review, then this provider/clinician will be coded as non-compliant. <br><br> • ~~Mental health staff without documented peer reviews completed within one year of their hire date will result in noncompliance with the performance measure.~~For all peer reviews completed in any month other than the audit month, the review needs to have been completed no more than 12 months from the last day of the monitored month. <br><br> • The ~~report~~ review includes PRN and locum tenens providers/clinicians, who are eligible for review if employed for at least one year. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 100
Stipulation Category: Dental (01)

## CGAR Category: Dental (C) 01

| Performance Measure: |
| --- |
| Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. |

| CGAR Question: |
| --- |
| Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs? |

| Source of Records/Review: |
| --- |
| Correctional Dental Software (CDS) Scheduling Reports and Routine Care Lists. (randomized). |

| Methodology: |
| --- |
| • Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee. |
| • The Monitor will review the CDS report to locate inmates on the routine care list who were seen for urgent care or pain appointments in the monitored month to determine whether these inmates are still on the routine care list. |
| • Pull and save the routine care appointment list for the first day of the monitored month for each complex. |
| • Pull and save the routine care appointment list for the first day of the month immediately following the monitored month for each complex. |
| • Run a Scheduling Report for each complex for the monitored month, filter the Scheduling Report by specialty to select only Urgent Care, randomize, and select the first ten inmates per yard. |
| • Run an additional Scheduling Report for each complex for the monitored month and sort by inmate number. |
| • For each of the randomly selected inmates who received an Urgent Care visit during the monitored month, check to see if the inmate was on the routine care appointment list for |

136

the first day of the monitored month.

- If the inmate was not on the routine care list for the first day of the monitored month, the chart is excluded from review, and a new chart is selected.

- If the inmate was on the routine care list for the first day of the monitored month, check whether the inmate was still on the routine case list on the first day of the month immediately following the monitored month.

- If the inmate was no longer on the routine care list on the first day of the month immediately following the monitored month, check whether the inmate was seen for a routine care visit (denoted on the Scheduling Report as scaling or restorations) during the monitored month. If so, the chart is compliant for this measure. If not, the chart is noncompliant for this measure.

- If the inmate was still on the routine care list on the first day of the month immediately following the monitored month, the chart is compliant for this measure.

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

## CGAR Category: Dental (C) 02

| |
|---|
| **Performance Measure:** |
| Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |

| |
|---|
| **CGAR Question:** |
| Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |

| |
|---|
| **Source of Records/Review:** |
| Correctional Dental Software (CDS) Report (randomized). |

| |
|---|
| **Methodology:** |
| • Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee. |
| • The Monitor will review the Appointment Lists for the monitored month and randomly select ten (10) inmate names/numbers to see if there ~~was an order for~~is a history, vital signs, and an order for dental radiographs by the Dentist.  If there was an order for dental radiographs, the Monitor will review the entry in eOMIS pertaining to that specific visit and see if the ~~history, vital signs and~~ radiographs were completed as ordered. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

## CGAR Category: Dental (C) 03

| |
|---|
| **Performance Measure:**<br><br>Routine dental care wait times will be no more than 90 days from the date the HNR was received. |
| **CGAR Question:**<br><br>Are routine dental care wait times no more than 90 days from the date the HNR was received? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will select the first ten (10) inmates on the appointment lists (routine) and make sure that routine dental care wait times are no more than 90 days from the date the HNR was received. |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 103
Stipulation Category: Dental (04)

## CGAR Category: Dental(C) 04

**Performance Measure:**

Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received.

**CGAR Question:**

Are urgent dental care wait times, as determined by the contracted vendor, no more than 72 hours from the date the HNR was received by dental?

**Source of Records/Review:**

Correctional Dental Software (CDS) Report (randomized).

**Methodology:**

- Randomize the CDS Report and provide it provide to the Dental Monitor (HSCMB) or Designee.

- The Monitor will select the first ten (10) inmates on the appointment lists (urgent) and make sure that urgent dental care wait times are no more than 72 hours from the date the HNR was received by dental.

PERFORMANCE MEASURES

# Appendix A: Definitions

| TERM | DEFINITION |
|------|------------|
| Active labor & delivery | Contractions lasting 45-60 seconds and being 3 to 4 minutes apart |
| ASPC | Arizona State Prison Complex. ASPC- Safford includes Ft. Grant. ASPC-Florence includes Globe. ASPC-Winslow includes Apache. |
| ATP | Alternate Treatment Plan |
| Basic Life Support | Use of an AED or performance of CPR |
| Chronic Disease | Chronic diseases include the following: <br> • diabetes <br> • HIV/AIDs <br> • cancer <br> • hypertension <br> • Respiratory disease (for example, COPD / asthma / cystic fibrosis) <br> • Seizure Disorder <br> • heart disease <br> • sickle cell disease <br> • Hepatitis C <br> • Tuberculosis <br> • Neurological disorders (Parkinson's, multiple sclerosis, myasthenia gravis, etc.) <br> • Cocci (Valley Fever) <br> • End-Stage Liver Disease <br> • Hyperlipidemia <br> • Renal Diseases <br> • Blood Diseases (including those on anticoagulants (or long term >six months)) <br> • Rheumatological Diseases (including lupus, rheumatoid arthritis) <br> • Hyperthyroidism <br> • Crohn's Disease |

**PERFORMANCE MEASURES**

| TERM | DEFINITION |
|---|---|
| Contracted Vendor | For purposes of this agreement, contracted vendor refers directly to Corizon Health and its subcontractors, or any successor contractor/subcontractor. |
| CQI | Continuous Quality Improvement |
| Diagnostic Service | Lab draws and specimen collections, X-rays, vision testing, and hearing testing |
| DOT | Direct-observation therapy (watch-swallow) (medications) |
| Effective date of the Stipulation | The date on which the Court grants final approval to the Stipulation. |
| Emergency | (Requiring Basic Life Support). An incident requiring the use of an AED or performance of CPR. |
| Encounter | Interaction between a patient and a qualified healthcare provider that involves treatment and/or exchange of confidential information. |
| Healthcare staff | Includes QHCPs as well as administrative and support staff (e.g. health record administrators, lab techs, nursing and medical assistants and clerical workers). |
| HNR | Health Needs Request |
| HSCMB | ADC's Health Services Compliance Monitoring Bureau |
| IPC | Inpatient Component / Infirmary beds |
| IR | Information Report |
| KOP | Keep-on-person (medications) |
| Licensed | Healthcare staff who hold an active and unrestricted license in the State of Arizona in the relevant professional discipline. |
| MAR | Medication Administration Record |
| Medical Provider | Physician, Dentist, Nurse Practitioner, Physician's Assistant-C. Any health care practitioner who has been duly empowered by the State of Arizona to write prescriptions. |
| Mental Health Clinician | Psychologist, Psychology Associate |
| Mental Health Provider | Psychiatrist, Psychiatry Nurse Practitioner |
| Mental Health Staff | Includes QHCP's who have received instruction and supervision in identifying and interacting with individuals in need of mental health services. |
| MH-1 (Mental Health 1) | Inmates who have no history of mental health issue or treatment. |

**PERFORMANCE MEASURES**

| TERM | DEFINITION |
|---|---|
| MH-2 (Mental Health 2) | Inmates who do not currently have mental health needs and are not currently in treatment but have had treatment in the past. |
| MH-3 (Mental Health 3) | Inmates with Mental Health needs, who require current outpatient treatment. Inmates meeting this criterion will be divided into four (4) categories. These categories may change during each interaction with the inmate as their condition warrants. |
| MH-3A (Mental Health 3A) | Inmates in acute distress who may require substantial intervention in order to remain stable. Inmates classified as SMI in ADC and/or the community will remain a Category MH-3A (or MH-4 or MH-5 if in specialized mental health program). |
| MH-3B (Mental Health 3B) | Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. |
| MH-3C (Mental Health 3C) | Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. These inmates participate in psychiatric interventions only. |
| MH-3D (Mental Health 3D) | Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. |
| MH-4 (Mental Health 4) | Inmates who are admitted to a specialized mental health program as identified in the Mental Health Technical Manual outside of inpatient treatment areas. |
| MH-5 (Mental Health 5) | Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and Flamenco). |
| Prenatal screening tests | GA/Preg, RPR, HIV, HEP, B & C, CBC, CMP (standardized lab panel), Urine, Rubella, ABO RH & Antibody |
| Psychology Associate | A mental health clinician who has a master's or doctoral-level degree in a mental health discipline, but is not a licensed psychologist. |
| Qualified Health Care Professional (QHCP) | Physicians, Physician Assistants, Dentists, nurses, nurse practitioners, dentists, mental health professionals, and others, who by virtue of their education, credentials/license, and experience are permitted by law to evaluate and care for patients. |
| Regular Business Hours | Monday through Friday, 0800 am -1600 pm or similar 8-hour time frame; excluding weekends and holidays. |

Draft Revised: 11/11/16

**P E R F O R M A N C E   M E A S U R E S**

| TERM | DEFINITION |
|------|------------|
| "Seeing a provider"/ seen/ "seen by" | Interaction between a patient and a Medical Provider, Mental Health Provider or Mental Health Clinician that involves a treatment and/or exchange of information in a confidential setting. With respect to Mental Health staff, means an encounter that takes place in a confidential setting outside the prisoner's cell, unless the prisoner refuses to exit his or her cell for the encounter |
| SMI | According to a licensed mental health clinician or provider, possessing a qualifying mental health diagnosis as indicated on the SMI Determination Form (#1103.13) as well as a severe functional impairment directly relating to the mental illness. All inmates determined to be SMI in the community shall also be designated as SMI in ADC. All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will be designated a MH-3A, MH-4, or MH-5 based on their current program placement. |
| SNO | Special Needs Order |
| Specialized Medical Housing | Infirmary beds (IPC) |

Draft Revised: 11/11/16