1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: kbrody@acluaz.org
           dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
12 Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF AMY FETTIG IN SUPPORT OF PLAINTIFFS' STATEMENT REGARDING UNRESOLVED ISSUES RELATED TO DEFENDANTS' PROPOSED MONITORING GUIDE AND METHODOLOGY TO MEASURE COMPLIANCE WITH THE STIPULATION** |

LEGAL133592731.1

I, AMY FETTIG, declare:

1. I am an attorney licensed to practice in the District of Columbia, and admitted to this Court *pro hac vice*. I am the Deputy Director of the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I attach hereto as **Exhibit 1** an excerpt from ADC's Monitor Guide that includes the latest version of the negotiated, disputed, and pending language for the Isolation Sub-Class Performance Measures ##1-9. This version contains Defendants' additions to Performance Measures 6 and 8 first proffered on November 10, 2016 which attempt to change the monitoring methodology for these measures to a percentage-based calculation. Plaintiffs have rejected this methodology.

3. I attach hereto as **Exhibit 2**, pursuant to Federal Rule of Evidence 1006, a true and correct Adobe PDF document that paralegals in my office created to compile and summarize the monthly data contained within Defendants' max custody notebooks supporting their Compliance-Green-Amber-Red ("CGAR") reports for the isolation sub-class performance measures from January to June 2016. This data is based on the individual Out-of-Cell Tracking forms Defendants produced for those months and reflects the refusal rates for exercise and programming based on the weekly data reported in those documents. These compilations were made under my direct supervision and have been spot checked for accuracy.

4. Defendants recently announced an entirely new and unexpected interpretation of Stipulation ¶ 27 (a)-(e) and the protocol for Performance Measure #9. During an October 28th conference call about the finalization of Defendants' Monitoring Guide provisions for the Isolation Sub-Class, Defendants informed Plaintiffs' counsel of their contention that Paragraph 27 of the Stipulation ***only*** applies to maximum custody prisoners classified as seriously mentally ill (SMI) who are housed in one of the enumerated facilities. Defendants never proffered this alternative reading of Performance

LEGAL133592731.1

1  Measure #9 until our recent phone conference on October 28, 2016 related to the
2  Monitoring Guide, even though Plaintiffs repeatedly requested missing use of force
3  documents as part of the maximum custody documents. Defendants agreed to produce all
4  maximum custody CGAR documents, including use of force documents, by October 14,
5  2016 after months and months of correspondence and several hearings before the Court,
6  but never indicated their alternate reading of Performance Measure #9.  I attach hereto as
7  **Exhibit 3** a letter sent to Defendants' counsel Ms. Lucy Rand and Ms. Rachel Love on
8  November 3, 2016 related to this issue.

9       5.     At the time of settlement, the enumerated facilities held many of the most
10 troubled prisoners in maximum custody, some of whom are SMI.  However, many of
11 these prisoners, such as those in the SMU-I BMU (Behavioral Management Unit), often
12 have diagnoses such as personality disorders.  These prisoners are not designated SMI but
13 nonetheless have serious mental health needs that require additional supports.  That is why
14 the Stipulation covers all SMI prisoners in maximum security units in addition to those
15 particularly troubled prisoners housed in the enumerated facilities.

16      6.     I attach hereto as **Exhibit 4 (FILED UNDER SEAL)** ADCM274976;
17 ADCM274981 (SIR #15-02877) (Browning); ADCM274990, ADCM274995 (SIR #15-
18 03128) (Browning); ADCM275473, ADCM275475 (SIR #15-04979) (Browning);
19 ADCM037633 (SIR #15-05752) (Browning); ADCM275807, ADCM275817 (SIR #15-
20 08022) (Browning); ADCM198774, ADCM198777 (SIR #15-10523) (Browning);
21 ADCM198792, ADCM198795 (SIR #15-10876) (Browning); ADCM198812 (SIR #15-
22 11156) (Browning); ADCM198974-75, ADCM198977 (SIR #15-12214) (Browning);
23 ADCM199072 (SIR #15-12139) (Browning); ADCM199213, ADCM199220 (SIR #15-
24 13989) (Browning); ADCM199261, ADCM199265, ADCM199268 (SIR #15-14743)
25 (Browning); ADCM321810-11, ADCM321819 (SIR #15-15137) (Browning);
26 ADCM425350, ADCM620276 (SIR #16-02056) (Phoenix-George); ADCM620277,
27 ADCM620366, ADCM620372 (Phoenix-George); ADCM425353, ADCM620281,
28 ADCM620315 (SIR #16-02056) (Phoenix-George); ADCM425354, ADCM620282,

1  ADCM620309 (SIR #16-02056) (Phoenix-Quiet Ward); ADCM604110 (SIR #16-10092)
2  (Phoenix-Quiet Ward).

3        7.     I attach hereto as **Exhibit 5 (FILED UNDER SEAL)** ADCM121697 (SIR
4  #15-05693); ADCM604369, ADCM604403 (SIR #15-10486); ADCM605148-49, ADCM605189
5  (SIR #16-08252); ADCM662611, ADCM662617 (SIR #16-01974); ADCM275336 (SIR #15-
6  003197); ADCM321173-74, ADCM604435 (SIR #15-10577); ADCM321183-84, ADCM321244
7  (SIR #15-11599); ADCM429366-67 (SIR #15-11940); ADCM321475; ADCM321481-483 (SIR
8  #15-14160); ADCM321899-900, ADCM322008 (SIR #15-15974); ADCM463973-74,
9  ADCM464092 (SIR #15-17859); ADCM463976, ADCM464147 (SIR #16-00874);
10 ADCM465192, ADCM465319, ADCM465323, (SIR #16-05822); ADCM465194-95,
11 ADCM465360 (SIR #16-05941); ADCM541889-90, ADCM541983 (SIR #16-07031);
12 ADCM538189, ADCM605209, ADCM605213-14 (SIR #16-08377).

13       8.     I attach as **Exhibit 6 (FILED UNDER SEAL)** the August 2016 CGAR for
14 the Florence facility for Performance Measures 77 and 78.

15       9.     I attach as **Exhibit 7 (FILED UNDER SEAL)** a mental health encounter
16 note dated 11/9/16.

17     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
18 is true and correct.

19     Executed the 15th of November, 2016, in Washington, D.C.

20                          s/ Amy Fettig
                            Amy Fettig

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | Rita Lomio (Cal. 254501)* |

ADDITIONAL COUNSEL:

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
             afettig@npp-aclu.org
             jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | Daniel Pochoda (Bar No. 021979) |
|   | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
|   | Email: kbrody@acluaz.org |
| 5 | dpochoda@acluaz.org |
| 6 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 7 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 8 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 9 | Email: cnmitchell@jonesday.com |
|   | aamiri@jonesday.com |
| 10 | |
|    | *Admitted *pro hac vice* |
| 11 | |
|    | John Laurens Wilkes (Tex. 24053548)* |
| 12 | **JONES DAY** |
|    | 717 Texas Street |
| 13 | Houston, Texas 77002 |
|    | Telephone: (832) 239-3939 |
| 14 | Email: jlwilkes@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | Jennifer K. Messina (N.Y. 4912440)* |
|    | **JONES DAY** |
| 17 | 222 East 41 Street |
|    | New York, New York 10017 |
| 18 | Telephone: (212) 326-3498 |
|    | Email: jkmessina@jonesday.com |
| 19 | |
|    | *Admitted *pro hac vice* |
| 20 | |
|    | *Attorneys for Plaintiffs Shawn Jensen;* |
| 21 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 22 | *Robert Gamez; Maryanne Chisholm;* |
|    | *Desiree Licci; Joseph Hefner; Joshua* |
| 23 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287<br>Email:   skader@azdisabilitylaw.org |
| 5 |              adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
| 7 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 8 | Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547<br>Email: |
| 11 |    rdalyrooney@azdisabilitylaw.org |
| 12 |       jrico@azdisabilitylaw.org<br>      jross@azdisabilitylaw.org |
| 13 |       mabela@azdisabilitylaw.org |
| 14 | *Attorneys for Arizona Center for Disability Law* |

LEGAL133592731.1                -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

            s/ D. Freouf