1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: kbrody@acluaz.org
        dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **MOTION TO SEAL DOCUMENTS ASSOCIATED WITH PLAINTIFFS' STATEMENT REGARDING UNRESOLVED ISSUES RELATED TO DEFENDANTS' PROPOSED MONITORING GUIDE AND METHODOLOGY TO MEASURE COMPLIANCE WITH THE STIPULATION** |

LEGAL133592949.1

1    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under
2  seal designated documents associated with Plaintiffs' Statement Regarding Unresolved
3  Issues Related to Defendants' Proposed Monitoring Guide and Methodology to Measure
4  Compliance with the Stipulation.  Plaintiffs file this Motion because the above documents
5  contain confidential medical information, make medical information identifiable to a
6  given individual, or were deemed confidential by Defendants.  [Doc. 454]  To ensure the
7  public has access to as much information as possible, Plaintiffs have carefully redacted or
8  sealed only those portions of the filing referring to information designated as confidential
9  by Defendants.

10   Specifically, Plaintiffs move to seal in their entirety Exhibits 4 through 7 to the
11 Declaration of Amy Fettig.

12 Dated:  November 15, 2016           **PRISON LAW OFFICE**

By:  *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

LEGAL133592949.1

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org
           dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 4 | Email:   cnmitchell@jonesday.com |
|   |              aamiri@jonesday.com |
| 5 | |
|   | *Admitted *pro hac vice* |
| 6 | |
|   | John Laurens Wilkes (Tex. 24053548)* |
| 7 | **JONES DAY** |
|   | 717 Texas Street |
| 8 | Houston, Texas 77002 |
|   | Telephone: (832) 239-3939 |
| 9 | Email:   jlwilkes@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | Jennifer K. Messina (N.Y. 4912440)* |
|    | **JONES DAY** |
| 12 | 222 East 41st Street |
|    | New York, New York 10017 |
| 13 | Telephone: (212) 326-3498 |
|    | Email:   jkmessina@jonesday.com |
| 14 | |
|    | *Admitted *pro hac vice* |
| 15 | |
|    | *Attorneys for Plaintiffs Shawn Jensen;* |
| 16 | *Stephen Swartz; Sonia Rodriguez; Christina* |
|    | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 17 | *Robert Gamez; Maryanne Chisholm;* |
|    | *Desiree Licci; Joseph Hefner; Joshua* |
| 18 | *Polson; and Charlotte Wells, on behalf of* |
|    | *themselves and all others similarly situated* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **ARIZONA CENTER FOR DISABILITY LAW**                           |
| 2  |                                                                 |
| 3  | By: _s/ Maya Abela_                                             |
| 4  |     Sarah Kader (Bar No. 027147)                                |
|    |     Asim Dietrich (Bar No. 027927)                              |
| 5  |     5025 East Washington Street, Suite 202                      |
|    |     Phoenix, Arizona 85034                                      |
| 6  |     Telephone: (602) 274-6287                                   |
|    |     Email: skader@azdisabilitylaw.org                           |
| 7  |            adietrich@azdisabilitylaw.org                        |
| 8  |     Rose A. Daly-Rooney (Bar No. 015690)                        |
|    |     J.J. Rico (Bar No. 021292)                                  |
| 9  |     Jessica Jansepar Ross (Bar No. 030553)                      |
|    |     Maya Abela (Bar No. 027232)                                 |
| 10 |     **ARIZONA CENTER FOR DISABILITY LAW**                       |
| 11 |     177 North Church Avenue, Suite 800                          |
|    |     Tucson, Arizona 85701                                       |
| 12 |     Telephone: (520) 327-9547                                   |
|    |     Email:                                                      |
| 13 |       rdalyrooney@azdisabilitylaw.org                           |
|    |       jrico@azdisabilitylaw.org                                 |
| 14 |       jross@azdisabilitylaw.org                                 |
|    |       mabela@azdisabilitylaw.org                                |
| 15 | *Attorneys for Arizona Center for Disability Law*               |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

           s/ D. Freouf

LEGAL133592949.1    -5-