1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly        **SEAL DOCUMENTS**
11   situated; and Arizona Center for Disability Law,     **ASSOCIATED WITH**
                                                          **PLAINTIFFS' STATEMENT**
12                    Plaintiffs,                         **REGARDING UNRESOLVED**
                                                          **ISSUES RELATED TO**
13         v.                                             **DEFENDANTS' PROPOSED**
                                                          **MONITORING GUIDE AND**
14   Charles Ryan, Director, Arizona Department of        **METHODOLOGY TO**
     Corrections; and Richard Pratt, Interim Division     **MEASURE COMPLIANCE**
15   Director, Division of Health Services, Arizona       **WITH THE STIPULATION**
     Department of Corrections, in their official
16   capacities,

                      Defendants.

17

18        This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Statement Regarding Unresolved Issues Related to Defendants' Proposed

20   Monitoring Guide and Methodology to Measure Compliance with the Stipulation, and

21   finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of

22   the Court to seal the documents as set forth in Plaintiffs Motion to Seal (Exhibits 4

23   through 7 to the Declaration of Amy Fettig).

24

25

26

27

28

133593020.1