Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' STATEMENT REGARDING MONITOR GUIDE** |

In accordance with the Court's Minutes of Proceedings regarding the October 5, 2016 status hearing, Defendants submit the following statement with respect to the Arizona Department of Corrections (ADC) Monitor Guide.

**Creation of the Monitor Guide**

Defendants voluntarily created the ADC Monitor Guide as a reference point for the monitors to use when monitoring on a daily basis. The parties extensively negotiated the CGAR questions and source documents as set forth in the protocols, but for many of the performance measures (PMs), the text of the Stipulation and protocols does not provide guidance as to what specific steps the monitor should undertake to determine compliance with them. The ADC Monitor Guide is an internal document designed to assist the monitors with the performance of their duties by flushing out the detailed day-to-day monitoring tasks that were not contemplated or negotiated in detail by the parties when they created the Stipulation and protocols.  The ADC Monitor Guide is an evolving document that may be modified as needed to fit the changing needs of the ADC Health Services Contract Monitoring Bureau (HSCMB) and the ADC custody staff who monitor the maximum custody measures.  As such, the ADC Monitor Guide needs to be flexible to account for changes to facility policies, national standards such as the NCCHC, and reports and documentation available through ADC's contracted vendors.

**Extensive Coordination with Plaintiffs' Counsel**

Defendants have exchanged extensive correspondence and engaged in numerous meet and confers with Plaintiffs' counsel regarding the content of the ADC Monitor Guide.  Since the October 5, 2016 status hearing, the parties have exchanged correspondence regarding the ADC Monitor Guide on October 13, 14, 18, 19, 27, and November 3, 5, 6, 11, and 14.  The parties have also held telephonic meet and confers regarding the ADC Monitor Guide on October 14, 19, 28, and November 7, 8, and 10.

Defendants have agreed to make the vast majority of the changes requested by Plaintiffs during the meet-and-confer process and have, as a result, made revisions requested by Plaintiffs to the monitoring methodology for Health Care (HC) PMs 5, 6, 7,

1

8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 35, 36, 42, 45, 47, 50, 51, 55, 57, 59, 63, 64, 65, 66, 68, 69, 74, 76, 77, 78, 80, 82, 83, 85, 91, 93, 94, 95, 96, 97, 98, 99, 100, 101, and 102.  Defendants have also made many revisions requested by Plaintiffs with respect to the monitoring methodology for Maximum Custody (MC) PMs 1, 2, 3, 4, 5, 6, 8, and 9.[1]

**Current ADC Monitor Guide**

Defendants attach for the Court's consideration the current ADC Monitor Guide, which comprises Defendants' final proposed methodology for monitoring each of the performance measures as of the date of this filing.  Exhibit 1 is the current draft of the ADC Monitor Guide, including appendices, for HC PMs 1-103.  Exhibit 2 is the current draft of the ADC Monitor Guide for MC PMs 1-9.

**Plaintiffs' Remaining Issues**

Based on the parties' extensive collaboration and discussion regarding the ADC Monitor Guide, Defendants anticipate that Plaintiffs will raise issues with respect to the monitoring methodology for HC PMs 16, 27, 35, 44, 66, 67, 69, 78, 89, 91, 93, 94, and 95, and MC PMs 1, 2, 5, 6, 8, and 9.[2]  In accordance with the Court's October 5, 2016 Minutes of Proceedings, Defendants will submit a substantive response within 14 days to the specific issues Plaintiffs raise in their statement with respect to the remaining issues they believe need to be addressed in the ADC Monitor Guide.

///

///

///

///

///

///

---

[1] The parties have agreed that Defendants no longer need to monitor MC PM 7.

[2] The parties have reached agreement on the methodology for MC PM ##3-4 and are relatively close in agreement on MC PM ##1-2, 5-6.

1  DATED this 15th day of November 2016.

2  STRUCK WIENEKE & LOVE, P.L.C.

4  By /s/Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   Mark A. Bracken
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

4

Rita K. Lomio:          rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck