**EXHIBIT 1**

**EXHIBIT 1**



Arizona Department of Corrections

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

**ARIZONA DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES CONTRACT MONITORING BUREAU**

# Monitor Guide

Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

# Table of Contents

Introduction ..................................................................................................1

    The CGAR Monitoring Tool ...............................................................2

    History ...................................................................................................3

Monitor Responsibilities ............................................................................5

The Monitor Cycle .......................................................................................7

Performance Measures ...............................................................................9

Methodology .................................................................................................9

Source of Records ........................................................................................9

    **Random Selection** ............................................................................10

Addressing Deficiencies ..........................................................................10

Unavailable Inmates ..................................................................................10

Ethics for Excellence .................................................................................12

Glossary ......................................................................................................13

Performance Measure Monitoring Methodology ...................................12


Appendix A: Definitions ............................................................................

Appendix B: DSM-5 Classifications ........................................................

Draft Revised: 11/14/16

# Introduction

The Arizona Department of Corrections (ADC) contracts with a correctional health services vendor to provide full service medical, dental, and mental health care to inmates housed at the following Arizona State Prison Complexes (ASPC):  Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma. The ADC created the Health Services Contract Monitoring Bureau (HSCMB) to monitor the healthcare and treatment provided to inmates when the State privatized health services in July 2012.



# The CGAR Monitoring Tool

The "GAR" system of monitoring has been utilized by the ADC's security personnel for a number of years with beneficial monitoring outcomes noted. The initials G, A, and R indicate the general level of compliance with a specific performance measure. Security has used the following interpretation:

**G** = Green means the performance measure is in substantial compliance with the applicable indicators in a reporting period.

**A** = Amber means some elements of the performance measure are non-compliant with the applicable indicators in a reporting period.

**R** = Red means a substantial number of elements of the performance measure are non-compliant with the applicable indicators in a reporting period, or repeated Amber findings have been reported for prior periods.

Following the privatization of health services at the ADC, health care performance measures were developed based primarily on National Commission on Correctional Health Care (NCCHC) Standards and codified into the **M**edical **G**reen, **A**mber, **R**ed (MGAR) monitoring tool.

This system evolved into the **C**ompliance **G**reen, **A**mber, **R**ed (CGAR) monitoring tool to adapt to the February 18, 2015 Stipulation in the *Parsons v. Ryan* litigation ("Stipulation").

This is a user-friendly, web-based application that reliably measures compliance against established healthcare standards, using a defined format. It is the mechanism through which performance results and corrective actions are shared between the ADC Health Services Contract Monitoring Bureau and the private contractor. Although the color system is maintained (G, A, R), the focus is placed on the actual percentage of compliance for each performance measure to determine a score.

The monitor is a cyclical process repeated every month. Each monthly review looks at a specific month to determine if the specific performance factors are in compliance during that reporting period. Each monitor measures performance specific to each prison facility, compares results of compliance to established performance thresholds, and quantifies the need to make improvements.

Draft Revised: 11/14/16

## History

The following chronology of events provides a brief history of the ADC's Health Services Contract Monitoring Bureau:

- **September 3, 2009:** State of Arizona, Laws 2009, 3rd Special Session, Chapter 6, HB 2010, Section 26, parts B, C, and D, required privatization of all ADC correctional health services, in all ten (10) state-owned/operated prisons, at a cost below the fiscal year (FY) 2007-2008 total cost to the State for these services.

- **February 19, 2010:** The ADC issued a Request for Proposal (RFP) to privatize all correctional health services, in all state-owned/operated ADC prison facilities, at a cost below the FY 2007-2008 costs for these services.

- **May 24, 2010:** Six acceptable correctional health services proposals were submitted.

- **December 14, 2010:** After evaluating the proposals, the ADC presented its findings to the Arizona Joint Legislative Budget Committee (JLBC) in Executive Session.

- **March 25, 2011:** Prior to award, the ADC canceled the RFP in anticipation of new legislation related to privatization of correctional health services.

- **April 27, 2011:** State of Arizona, Laws 2011, 1st Regular Session, Chapter 278 (HB 2154) required a new correctional health services Request for Information (RFI) and RFP and removed the original requirement that required the ADC to award a contract at a cost below the ADC FY 2007-2008 total cost.

- **May 27, 2011:** An RFI was released. The purpose of the new RFI was to identify the availability and cost of implementing a comprehensive correctional health services program under a single contract and to enable the development of a comprehensive RFP.

- **June 27, 2011:** Responses were received from ten (10) vendors.

- **July 22, 2011:** The ADC's proposal evaluation team met and evaluated the responses to the RFI.

- **July 28, 2011:** After evaluating the responses, the ADC presented its findings to JLBC in Executive Session.  JLBC gave the matter a favorable review, allowing the ADC to proceed with the RFP.

- **October 25, 2011:** The ADC issued a new RFP with responses due December 21, 2011, which was later extended to January 3, 2012.

- **January 3, 2012:** Three acceptable proposals were submitted to the ADC.

- **January 10, 2012**: The ADC's contract monitoring and oversight program planning team met to begin framing the organizational structure, roles, and responsibilities for the monitoring function over privatized health services.

- **January 18, 2012:** The ADC's proposal evaluation team convened and initiated review of the responses to the RFP.

- **March 1, 2012:** The ADC's contract oversight and monitoring organizational structure was completed and approved.

- **March – June 2012:** The ADC developed a monitoring system and procedures, including the MGAR monitoring tool.

- **March 16, 2012:** The ADC's proposal evaluation team completed its review of the RFP responses and recommended that the award be made to Wexford Health Sources, Inc. ("Wexford").

- **March 22, 2012:** Plaintiffs filed a class action complaint (Dkt. 1) in *Victor Antonio Parsons, et al. v. Charles L. Ryan, et al.* in the United States District Court, District of Arizona, Case No. CV12-00601-PHX-NVW, which is known as "*Parsons v. Ryan*".

- **April 1, 2012:** The ADC awarded the contract to Wexford and a 90-day transition period began.

- **July 1, 2012:** All services officially transitioned to privatized healthcare, and Wexford began providing inmate healthcare services.  The ADC began monitoring activities using the MGAR.

- **November 2012:** Wexford requested to terminate the health services contract.

- **January 30, 2013:** The ADC announced the agreement to terminate its contract with Wexford.  The contract was awarded to a new vendor, Corizon Health Services ("Corizon"), with a 30-day transition.  The contract was awarded via a Competition Impracticable Procurement.

- **March 3, 2013:** Termination of Wexford contract.

- **March 4, 2013:** Corizon began providing inmate healthcare services.

- **March 6, 2013:** In *Parsons v. Ryan*, the Court certified a Class and a Subclass. (Dkt. 372.)

- **October 9, 2014:** The ADC entered into a Stipulation in the *Parsons v. Ryan* litigation and asked the district court to vacate the trial which was scheduled to commence on October 21, 2014.

- **October 14, 2014:** The Stipulation was filed.   (Dkt. 1185.)   This is the operative Stipulation document.

- **October 2014 – February 2015:** The ADC made adjustments to the MGAR, which evolved into the CGAR, based upon performance measures identified in the Stipulation.

- **February 18, 2015:** The Court held a Fairness Hearing and made the Stipulation effective as of February 18, 2015.

- **February 24, 2015:** The District Court approved the terms of the Stipulation and memorialized that the Stipulation is effective as of February 18, 2015.

## Monitor Responsibilities

Health Services Contract Monitoring Bureau (HSCMB) is responsible for monitoring the correctional health services vendor's compliance with its contract with the ADC and the Stipulation in the *Parsons v. Ryan* litigation.   Monitors approach their job as a neutral fact-finder with the goal to ensure health and safety of the institution, the inmates, and the public.   Monitors conduct regular on-site tours, as necessary, and regularly review electronic and paper health records and reports.   Monitors also complete monthly CGAR reports, documenting their findings, and follow-up on the implementation of any corrective action plans (CAPs).   The purpose of monthly reviews is to ensure the vendor is delivering comprehensive healthcare to ADC inmates that meets or exceeds thresholds established in the Stipulation.

The Monitors' responsibilities include:

- **Compliance**: ensuring compliance with all contract provisions and applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, court orders, Director Orders (DOs), and the Stipulation. Monitors review all records of the contractor and its subcontractors, including financial books and records, employee records, training records, inmate medical records (electronic health records), reports and any other documents necessary to evaluate and ensure contract compliance. The vendor must employ sufficient staffing in accordance with the Stipulation, provide necessary reports and source documents, and accurately document the services provided to achieve compliance.

- **Understanding**: being familiar with the provisions and terms of the ADC's contract with the vendor, the Stipulation in the *Parsons v. Ryan* litigation, and all

applicable ADC written instructions, Administrative Rules, guidelines, policies, specifications, and Director Orders (DOs).

- **Reporting**: documenting deficiencies using the CGAR monitoring tool and report to ensure the requirements specified in the contract and Stipulation are met. Monitors must communicate with the vendor and its health services staff to address all deficiencies. The CGAR results are provided to the vendor in a monthly report.

- **Evaluating**: evaluating the vendor's compliance and requesting CAPs to ensure noted deficiencies are addressed through continuous follow-up and communication. If non-compliance issues are noted, the vendor must submit appropriate CAPs. Non-compliance issues can result in financial penalties or monetary offsets.

Communication and follow-up are key to effective monitoring. Monitors provide continuous communication and feedback between the health services vendor and ADC both verbally and in writing. Monitors conduct daily or weekly walkthroughs of the facilities, attend meetings, and conduct announced and unannounced tours and inspections. Whenever possible, the Contract Monitoring team should participate in all meetings/briefings in which inmate health services are discussed, and be a visible source at the facilities as much as possible.

It is important to remember that Monitors are **not** responsible for directing the operations of the facility. Monitors observe and consult with health services staff and supervisors. Monitors assess by observing, listening, reading, asking and answering relevant questions. Monitors also capture information as to whether the vendor is following policy and complying with the terms of the contract and the Stipulation. Accurate documentation requires critically reviewing varied sources of information, drawing reliable inferences, and assembling the information logically for others to review.

Collaboration is essential. Monitors may also provide guidance by explaining the reason and nature of the problem or issues of non-compliance, so the vendor can understand why its performance is deficient. The best way to address an issue is not to tell the contractor what to do, or have the contractor tell you what it will do, but to work with the contractor to develop a solution and an agreed upon action plan.

Monitors work as a team with the other Monitors and staff in the Health Services Contract Monitoring Bureau. As a team, Monitors need to plan how to monitor all areas of each complex and how to follow up on previous deficiencies. Monitors must also plan for the week, month, and quarter and prioritize tasks daily. Monitors participate in monthly (telephonic or in-person) meetings to coordinate and discuss monitoring efforts.

Draft Revised: 11/14/16

## The Monitoring Cycle

Generally, a monitoring cycle consists of multiple stages:

**Stage 1:** Select and Understand Areas or Topics to be monitored.

Contract Monitors currently review the Performance Measures set forth in the *Parsons v. Ryan* Stipulation. (Dkt. 1185) The areas that are monitored include mental health, dental and medical care. Performance measures are facility specific, and not every performance measure is measured at every facility. These are predetermined.

**Stage 2**: Identify and Understand Performance Measures or Best Practices

Identify what information should be measured. While every aspect of the vendor's performance requires review, the focus of a consistent review is the Performance Measures (and acceptable thresholds) as determined by the Stipulation. These are predetermined.

**Stage 3:** Determine and Understand the Monitoring Criteria and Standards

The use of the terms "criteria" and "standards" in a clinical review is often misunderstood.

Criteria: The review criteria will provide a statement on what should be happening (the Performance Measures) and must be specific and measureable.

Standards: The standards established in the Stipulation set the minimum acceptable performance for those criteria and are measured using the CGAR monitoring tool.

 Criteria and standards are based upon NCCHC standards, ADC Policies, and the Stipulation. These are predetermined.

**Stage 4:** Data Collection

The method of data collection is a random sampling allowing for the probability that every inmate's medical record with relevance to the specific performance measure may be included in the monitoring cycle. The data that is collected must be relevant, accurate, and represent the question for the specified Performance Measure. The data needed to review may be collected from a variety of sources, including hard copies of medical records, regular reports, computer software, and/or electronic health records. Although source documents will differ from discipline to discipline, following a standard data collection methodology ensures accurate and dependable results.

A careful review is necessary to ensure the correct data is collected and the data that is collected is representative of the population. Because it is impractical to review every record for every inmate, monitors review a random sample of records. Randomly

selecting inmate records gives all individuals an equal chance to be reviewed and prevents biased results.

Data is collected in a retrospective manner, allowing for monitoring periods to be consistent and complete. Data reporting periods are the prior complete month. For instance, in August, monitors will review data from the completed month of July.

TIME FRAMES ARE SPECIFIC TO CALENDAR MONTHS, NOT CALENDAR DAYS, when determining compliance. (Dkt. 1673 at 3.) While calendar months are of varying durations (between 28 and 31 days), using calendar months has the advantage of not requiring calculation on the part of the scheduler or monitor, who oftentimes do not have access to a calendaring program. For instance, a performance measure that requires an event to occur within "30 days" of May 15 must be completed by June 15, or one calendar month, in order to be deemed substantially compliant with the performance measure. Accordingly, "60 days" is the equivalent of two calendar months, "90 days" is the equivalent of three calendar months, and "180" days is the equivalent of six calendar months, in order to be deemed substantially compliant with the performance measures  (*Id.*)

**Stage 5:** Data Analysis

Analysis involves interpreting the data collected to discover how the current practices compare to the agreed criteria (Performance Measures) and standards set in the Stipulation. Proper analysis will clearly identify either underperformance or compliance with accepted thresholds. The CGAR monitoring tool provides a standard format for reviewing and analyzing results.

**Stage 6:** Implement Corrective Action Plans

Implementing changes that will improve the substandard results can be one of the most difficult parts of monitoring. All team members, including the vendor's management, health providers, and monitors, should be involved in the discussion about what changes need to be made at their facility and how those changes will be implemented (i.e., Corrective Action Plans).

**Stage 7:** Write and Disseminate a Monitoring Report

This is the final stage of the monitoring cycle. It is intended to create a record for the monitor, vendor, and outside parties who are following the results. The monthly CGAR report is used to document and communicate rates of compliance with the performance measures. When communicating results, it is important for the exchange to be consistent and independent. Tracking results over several months also provides a road map showing levels of success, and areas which require additional focus to meet the requirements of the Stipulation Agreement (Report Card).

**Stage 8**: Follow-Up and Re-Monitoring

In the event the findings are disputed by the vendor, there is a ten-business day time frame to bring forth any questions, comments, additional information, and objections to any findings. After results are communicated and corrective action plans are implemented, it is important to follow-up to maintain accountability and ensure progress is being made with compliance and corrective action plans.

Re- monitoring is another portion of the monitoring cycle.  This is carried out by monitoring the same performance measure from one month to another, allowing trends to be identified.

## Performance Measures

The Performance Measures are defined in the Stipulation included as Attachment A. The Performance Measures cover a variety of topics including:  staffing, medical records, pharmacy, equipment, emergency response, quality improvement, intake facilities, intersystem transfers, access to care, diagnostic services, specialty care, chronic care, prenatal services, preventative services, infirmary care, medical diets, mental health, dental and max custody.

## Methodology

The Stipulation Agreement establishes a general protocol for determining compliance with the performance measures.  These general protocols are part of the methodology used to measure compliance.  These more specific methodologies have been and will continue to be subject to continuous review and revision as facilities have transitioned to Electronic Health Record (EHR), and new reporting capabilities are identified.  As the software used to store and organize patient health information is updated and revised, the information available in the EHR also changes.  As a result, the specific methodology is subject to continuous review and revision in order to provide consistent results on a statewide basis.

Attachment B contains a summary of the Methodology for each Performance Measure and is continuously reviewed and revised as needed to produce the highest quality report possible.

## Source of Records

The ability to obtain source documentation from limited and clearly defined areas will provide solid, consistent, and objective results. The general source of records is identified in the Stipulation.  More specific locations of these records are contained in this Monitor Guide.  As progress is made with the Electronic Health Record (EHR) and other reporting capabilities, reliance will shift from paper records and logs to electronic sources. .

Draft Revised: 11/14/16

The contracted vendor currently uses eOMIS software and Correctional Dental Software (CDS) for EHRs. When reviewing EHRs, it is important to remember that contacts and notes may be recorded in a variety of different electronic records or found using a variety of methods.

## Random Selection

Certain Performance Measures require the Monitor to review a random selection of medical records. Whenever possible, a list of applicable source document records will be inserted into an Excel spreadsheet and assigned a random number using Excel randomizing macros will be used to generate a true random sample of records to monitor. Performance measures will identify where the random sample will be pulled.

## Addressing Deficiencies

Any deficiencies noted must be addressed in a progressive manner, depending on the severity and nature of the issue. If circumstances allow, the Contract Monitor should verbally address the issue with the Facility Health Administrator ("FHA") or other supervisory staff, as appropriate. This should precede the written documentation of the results, in case there is any dispute or misunderstanding regarding the findings. Clear communications between the monitoring staff, the vendor leadership, and the security/operations leadership is a key component to an open, honest, and successful business relationship.

Whenever a Monitor discovers a deficiency that requires immediate attention, such as a life safety issue or major violation of a performance measure or key contract provision, the Monitor should immediately address the issue with the FHA and Warden. The Monitor should not wait until the CGAR report is generated to address significant issues or concerns in the interest of patient care and safety. If appropriate, the monitor is to notify his/her supervisor of significant concerns regarding patient care and safety.

## Unavailable Inmates

If an inmate refuses a clinical contact or appointment, a refusal must be documented. When a refusal is appropriately documented, it is considered to be a contact or other applicable event for compliance purposes.

Whenever there is an unexplained gap in contacts with an inmate, it is recommended to review the inmate's external movement to determine whether the inmate was out of facility supervision (e.g., out to court, out to the hospital, or released). External movement can be located in (1) the AIMS Movement Screen (DI24, Shift +F5); or (2) in eOMIS (Click on the "Prison" tab at the top of the screen, then click on the "Population Tracking" menu in the shortcuts panel on the left side of the screen, and then click on the link to "External Movements."). If an inmate is not under supervision at the facility during a portion of the monitored month, those days an inmate is not at the facility will not be counted against the facility for compliance purposes.

**M O N I T O R   G U I D E**

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.



Draft Revised: 11/14/16

**M O N I T O R   G U I D E**

## Ethics for Excellence

Monitors must have a highly refined sense of duty.  Adherence to the core values of the Department is demanded at all times.

### "PRICE"

**P** = Professionalism:      Modeling the ideal

**R** = Responsibility:        Owning your actions

**I** = Integrity:              Doing the right thing

**C** = Courage:               Taking actions despite fear

**E** = Efficiency:            Making every actions count


_You are entrusted with a very significant role._

Draft Revised: 11/14/16

## Glossary

Below are abbreviations used throughout the Performance Measures.

| | |
|---|---|
| AED | Automated External Defibrillator |
| AIMS | Adult Information Management System |
| BMU | Behavioral Management Unit |
| CAP | Corrective Action Plan |
| CB | Cell Block (e.g., CB4, CB5, CB7, CBK) |
| CC | Chronic Care |
| CDS | Correctional Dental Software |
| CO | Correctional Officer (e.g., CO III, CO IV) |
| EHR | Electronic Healthcare Records |
| eOMIS | Electronic Offender Management Information System |
| ER | Emergency Room |
| FHA | Facility Health Administrator |
| FTE | Full-Time Employee |
| HC PM | Health Care Performance Measure (##1-103) |
| Contracted Vendor | Contracted Health Services Vendor (see also "Contracted Vendor" in Definitions) |
| IC | Inventory Coordinator |
| ICS | Incident Command System |
| IR | Information Report (Ex. A to Stipulation definition is incorrect.) |
| LTBI | Latent Tuberculosis (TB) Infection |
| MC PM | Maximum Custody Performance Measure (##1-9) |
| MTU | Men's Treatment Unit |
| NCCHC | National Commission on Correctional Health Care |
| NFDR | Non-Formulary Drug Request |
| ORC | Outside Requested Consultation |
| OIU | Offender Information Unit |
| PPD | Purified Protein Derivative (skin test for tuberculosis (TB)) |
| RFP | Request for Proposal |
| SIR | Significant Incident Report |
| SMA | Special Management Area |
| SMU | Special Management Unit (aka SMU I) |
| SOAPE | Subjective, Objective, Assessment, Plan, Education |

Draft Revised: 11/14/16

# Performance Measure Monitoring Methodology



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 1
Stipulation Category: Staffing (01)

**CGAR Category: Staffing (C) 01**

| |
|---|
| **Performance Measure:** |
| Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:** |
| Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:** |
| Contracted Vendor: Nursing staff schedules for the monitored month. |
| **Methodology:** |
| • Review the reconciled staff schedules for each complex for the monitored month for RN coverage on each shift. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

## CGAR Category: Staffing (C) 02

| |
|---|
| **Performance Measure:** |
| Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. |
| **CGAR Question:** |
| Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? |
| **Source of Records/Review:** |
| Contracted Vendor: Provider Staff Schedules for the monitored month; On-Call List. |
| **Methodology:** |
| • Review the reconciled Provider Staff Schedules for each complex for the monitored month for onsite provider coverage during regular business hours. <br><br> • Review the On-Call List for the monitored month for on-call provider coverage. |

Draft Revised: 11/14/16

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 3**
**Stipulation Category: Staffing (03)**

## CGAR Category: Staffing (C) 03

| |
|---|
| **Performance Measure:** |
| Dental staffing will be maintained at current contract levels – 30 dentists. |
| **CGAR Question:** |
| Is statewide dental staffing maintained at current contract levels? |
| **Source of Records/Review:** |
| Contracted Vendor: Monthly Staffing Rollup Report. |
| **Methodology:** <ul><li>Review the Monthly Staffing Rollup Report.</li><li>Divide the total number of FTEs for dentists by thirty (30).</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 4
Stipulation Category: Staffing (04)

### CGAR Category: Staffing (C) 04

---

**Performance Measure:**

Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries.

---

**CGAR Question:**

Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis?

---

**Source of Records/Review:**

Contracted Vendor: Nursing Staff Schedules for the monitored month.

---

**Methodology:**

- Review the reconciled Nursing Staff Schedules for each complex for the monitored month for RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries.

---

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 5
Stipulation Category: Medical Records (01)

### CGAR Category: Medical Records (C) 01

| |
|---|
| **Performance Measure:**<br><br>Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location. |
| **CGAR Question:**<br><br>Are medical records accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br><ul><li>Use the randomized HNR Log for the monitored month.</li><li>The Monitor will choose the first ten (10) charts from the HNR log containing scanned documents.</li><li>The Monitor will review the date triaged under Sections III and IV.  If Section IV is not completed, then utilize the date (within two (2) business days) under Section III as the starting point/date.  If Section IV is completed, then utilize the date under Section IV as the starting point/date.</li><li>The Monitor will review the chart in eOMIS to ensure documents for monitored month are accurate, chronologically maintained, and scanned/filed in the patient's chart within two (2) business days, with all documents filed in their designated location.</li><li>If the documentation reviewed was not accurate, chronologically maintained, and scanned/filed within two (2) business days, this results in a finding of non-compliance for this chart/inmate.</li></ul> |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 6
Stipulation Category: Medical Records (02)

### CGAR Category: Medical Records (C) 02

| |
|---|
| **Performance Measure:**<br><br>Provider orders will be noted daily with time, date, and name of person taking the orders off. |
| **CGAR Question:**<br><br>Are provider orders being noted daily with time, date, and name of the person taking the orders off? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Provider Encounter Log (randomized). |
| **Methodology:**<br><br><ul><li>Use the randomized Provider Encounter Log for the monitored month.</li><li>The Monitor will select the first ten (10) charts with orders written during the monitored month.  To determine compliance, the Monitor will compare the date the order was written and the date the order was noted.</li><li>If the order was noted was past midnight on the date it was written, the chart is non-compliant.</li><li>If there is a note and no orders for meds, labs, outside consults, etc., the Monitor will move onto the next chart that has orders written.</li></ul> |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 7
Stipulation Category: Medical Records (03)

## CGAR Category: Medical Records (C) 03

| |
|---|
| **Performance Measure:**<br><br>Medical record entries will be legible, and complete with time, name stamp and signature present. |
| **CGAR Question:**<br><br>Are medical records legible, and complete with time, name stamp and signature present? |
| **Source of Records/Review:**<br><br>HNR Log (randomized). |
| **Methodology:**<br><br>• Randomize the HNR Log using Excel's RAND (randomization) function and distribute by complex to the Monitors.<br><br>• The Monitors will review the first ten (10) charts from the randomized HNR log to ensure all medical records are legible, and complete with time, name stamp and signatures on documents scanned into eOMIS in the monitored month.<br><br>• Any charts with medical records that are not legible and complete with time, name stamp, and signature will be considered out of compliance.<br><br>• A printed name and title will be sufficient if a name stamp is not available. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 8
Stipulation Category: Medical Records (04)

## CGAR Category: Medical Records (C) 04

| **Performance Measure:** |
| :--- |
| Nursing protocols/NETs will be utilized by nurses for sick call. |

| **CGAR Question:** |
| :--- |
| Are nursing protocols/NETs utilized by nurses for sick call? |

| **Source of Records/Review:** |
| :--- |
| Contracted Vendor: Nursing Encounter Log (randomized). |

| **Methodology:** |
| :--- |
| <ul><li>Use the randomized Nursing Encounter Log for the monitored month.</li><li>The Monitor will review the first ten (10) appropriate charts where a NET should have been utilized for sick call.</li><li>If a NET was not utilized for a sick call encounter, then the chart is not in compliance. Only sick call encounters will be monitored for this performance measure.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 9**
**Stipulation Category: Medical Records (05)**

### CGAR Category: Medical Records (C) 05

| |
|---|
| **Performance Measure:** <br><br> SOAPE format will be utilized in the medical record for encounters. |
| **CGAR Question:** <br><br> Is SOAPE format being utilized in the medical record for encounters? |
| **Source of Records/Review:** <br><br> Contracted Vendor: Nursing Encounter Log and Provider Encounter Log. |
| **Methodology:** <br><br> • Use the randomized Nursing Encounter Log from HC PM #8 and randomized Provider Encounter Log from HC PM #6. <br><br> • The Monitor will review five (5) charts that have a SOAPE note from the Nursing Encounter Log and five (5) charts that have a SOAPE note from the Provider Encounter Log to ensure that all components of the SOAPE format are present. <br><br> • Charts related to chart reviews, medication renewals, and treatment calls will be excluded. <br><br> • If all the components of the SOAPE format are present, the chart is in compliance.  If any part of the SOAPE format is missing, the chart is not in compliance. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 10
Stipulation Category: Medical Records (06)

CGAR Category: Medical Records (C) 06

| Performance Measure: |
|---|
| Each patient's medical record will include an up-to-date Master Problem list. |

| CGAR Question: |
|---|
| Does each patient's medical record include an up-to-date Master Problem list? |

| Source of Records/Review: |
|---|
| Contracted Vendor: Provider Encounter Log (randomized). |

| Methodology: |
|---|
| <ul><li>Use the randomized Provider Encounter Log for the monitored month.</li><li>The Monitor will select the first ten (10) charts with a Master Problem List (MPL) and determine whether the MPL was updated.</li><li>For chronic care visits, the Monitor looks at the radio button for a "yes" or "no" response. For those visits triggered from a sick call referral (Provider Sick Call), the Monitor will look in the SOAPE note to see what condition was identified and then look at Active Allergies/Health Problems/Conditions to ensure the condition from the SOAPE note was added.  If the condition was added, the chart is in compliance.  If the condition was not added, the chart is not in compliance.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 11
Stipulation Category: Pharmacy (01)

## CGAR Category: Pharmacy (C) 01

| |
|---|
| **Performance Measure:**<br><br>Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. |
| **CGAR Question:**<br><br>Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT? |
| **Source of Records/Review:**<br><br>Contracted Vendor: List of Formulary Medications ordered from the preceding thirty days; Inmate Profile Report; MARs; and eOMIS: scanned paper MARs, eOMIS Drug Prescription Orders, and Refusal to Submit to Treatment. |
| **Methodology:**<br><br><ul><li>Filter the Inmate Profile Report for the monitored month by location.  Select the first medication listed for each of the first ten (10) inmates per health unit for monitoring.</li><li>If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor additional medications for each qualified inmate, if necessary, until the desired number of medications is reached.  If a sample of ten (10) inmates is not available for this question, subsequent medications will be monitored.</li><li>The following medications are excluded from review as not applicable to this question: NFDRs, release medication, recognized taper medications, medications involving a surface area, eye drops, prn medications, or medications with a broad dosing interval.</li><li>To determine compliance, compare the order date and documentation of the administration of one dose within the specified timeframe on the current or prior eOMIS drug prescription orders or scanned paper MAR if no electronic documentation exists.</li><li>Documentation not included in the Medical Record will not be considered for compliance.</li><li>Determination of two (2) business days will be based on the following plus holidays, if applicable:  Mon/Wed, Tues/Thurs, Wed/Fri, Thurs/Mon, Fri/Tues, Sat/Tues, Sun/Tues.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 12
Stipulation Category: Pharmacy (02)

CGAR Category: Medical Records (C) 07

| |
|---|
| **Performance Measure:**<br><br>Medical record will contain documentation of refusals or "no shows." |
| **CGAR Question:**<br><br>Does the medical record contain documentation of refusals or "no shows?" |
| **Source of Records/Review:**<br><br>Contracted Vendor: Appointment No Show Log. |
| **Methodology:**<br><br>• The Monitor will pull the first ten (10) inmate charts from the No Show Log.<br><br>• The Monitor will review the chart by checking required documentation within the inmate's medical record.<br><br>• When No Shows/Refusals/Cancellations are indicated from the No Show Log, the Monitor will check Offender Appointments in eOMIS as to why the appointment was cancelled.<br><br>• If it shows inmate refused, the Monitor will check scanned documents for a refusal for that appointment. If there is no refusal, the chart is found out of compliance. If the refusal is present, the chart is found to be in compliance.<br><br>• If there is a reason for cancellation listed in Offender Appointment (cancelled due to lock down, any other issue beyond the control of health staff), the chart is in compliance. If it just shows cancelled and no reason, the chart is out of compliance.<br><br>• If the information is auto generated due to the inmate being released, the Monitor will check eOMIS to verify the release date. If the inmate was released prior to appointment, the chart is in compliance. If the inmate was released after the appointment date, the chart is not in compliance.<br><br>• If the appointment that was cancelled was a treatment call and it was related to wound care and it can be found the wound was healed prior to the appointment date, the chart is in compliance. |

24

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 13
Stipulation Category: Pharmacy (03)

## CGAR Category: Pharmacy (C) 02

**Performance Measure:**

Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.

**CGAR Question:**

Are chronic care and psychotropic medication renewals completed in a manner such that there is no interruption or lapse in medication?

**Source of Records/Review:**

Contracted Vendor Medication Expiration Report (PharmaCorr); eOMIS/Medical Record.

**Methodology:**

- Review the Medication Expiration Report, which is already randomized by date.

- Review the first ten (10) prescriptions listed for each health unit within the date range for compliance.

- Expiring medication report will be reviewed for renewal or discontinuation for the monitored prescription medication prior to or on the listed stop date.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 14
Stipulation Category: Pharmacy (04)

**CGAR Category: Pharmacy (C) 03**

---

**Performance Measure:**

Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.

---

**CGAR Question:**

Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?

---

**Source of Records/Review:**

Contracted Vendor: Pharmacy HNR Logs (randomized); eOMIS/Medical Records.

---

**Methodology:**

- Obtain the Pharmacy HNR Logs and randomize using Excel's RAND (randomization) function.

- Identify the first ten (10) medications per health unit requested between 3-7 business days prior to the prescription running out that are not subject to the exclusion criteria.  If the source document does not identify one medication per row or rows are incomplete for monitoring purposes, the Monitor shall retain discretion in determining compliance.

- If a sample of ten (10) medications is not available, 100% examination shall occur.

- Review the eOMIS Drug Prescription Orders.

- If the medication was requested between three (3) to seven (7) business days prior to the prescription running out, then compare the two (2) most recent dates received to determine if a lapse or interruption occurred.

- Medications shall be considered to have refills available, if at the time of HNR submission, there were a minimum of five (5) business days remaining on the prescription.

- If a medication has a minimum of five (5) business days remaining, yet the pharmacy was unable to refill the medication due to pharmacy regulation or policy, this item would be excluded from the review, and the Monitor would select the next chart for review.

- Renewed medications that had refills remaining at the time of the HNR request may be

---

26

**P E R F O R M A N C E   M E A S U R E S**

monitored, if recognized.

- If a lapse or interruption occurred, the chart shall be identified as non-compliant.

- If no lapse of interruption occurred, the chart shall be identified as compliant.

- The following medications will be excluded from review as not applicable to this question: release medications, recognized taper medications (may use current dose if inmate incorrectly identified the dose), medications involving a surface area or eye drops, medications with a broad dosing interval, as needed medications, medications requested beyond the stop date, medications for which a lapse or interruption cannot be clearly determined, and medications with all available refills previously received by the inmate.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 15
Stipulation Category: Pharmacy (05)

### CGAR Category: Medical Records (C) 09

| Performance Measure: |
|---|
| Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals. |

| CGAR Question: |
|---|
| Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals? |

| Source of Records/Review: |
|---|
| Contracted Vendor: Medication Refusal log. |

| Methodology: |
|---|
| <ul><li>The Monitor will pull the first ten (10) appropriate charts from the Medication Refusal Log provided by the Contracted Vendor.</li><li>The Monitor will look for the refusal related to the specific date that the Medication Refusal Log presents as a refused dose.  Because the logs don't always show consecutive missed doses, the Monitor will utilize the first date listed on the log and look for three (3) consecutive missed refusals/no shows.</li><li>Anytime there are less than ten (10) charts to monitor, all the charts will be included in the review.  A QHCP to counsel the inmate, not a CNA.  If the refusal form is utilized for counseling, the form must be completed to include the education component in order to give credit.  If it is not completed in its entirety, the chart is found non-compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 16
Stipulation Category: Pharmacy (06)

### CGAR Category: Pharmacy (C) 04

| |
|---|
| **Performance Measure:** <br><br> Perpetual inventory medication logs will be maintained on each yard. |
| **CGAR Question:** <br><br> Are perpetual inventory medication logs being maintained on each yard? |
| **Source of Records/Review:** <br><br> Clinical Stock Perpetual Inventory log (randomized). |
| **Methodology:** <br><br> • A minimum of ten (10) Perpetual Inventory logs will be reviewed at each health unit for the monitored month. Identify and review the first 5 stock medications on the randomized list with active use during the review period (both controlled substance and non-narcotic medications) and identify and review the first 5 controlled substance patient-specific perpetual inventory medications.  If either 5 patient specific controlled substances with active use or 5 stock medications with active use (both controlled-substance and non-narcotic medications) do not exist, supplement with the other category to achieve 10 medications for review.  If 10 medications do not exist, 100% examination shall occur. <br> • Each log must contain the following information (six points): <br> 1) Medication name and strength. <br> 2) Chronological date order. <br> 3) At least one patient identifier (name/number) for each dose administered. <br> 4) Data for any entry that identifies at least one addition, subtraction, dose given, wasted, or transferred, and an ending balance for each entry. Each number added, given, subtracted, transferred, or wasted must result in a mathematically correct ending balance; <br> 5) Documentation of a nurse's signature or initials. <br> 6) Any discrepancy identified on the log(s) shall be remedied with documentation of IR completion with an accompanying report number. An IR must be written, and the IR number listed on the Perpetual Inventory log next to any entry that indicates the medication was not administered to an inmate, including but not limited to, corrected count, wasted medication, and count discrepancy.  The absence of required IR documentation at the time of review will result in loss of a point. |

Draft Revised: 11/14/16

**PERFORMANCE MEASURES**

- Record the total number of points that were obtained and the total number of points possible. Compliance is determined by dividing the number of points obtained for each health unit divided by the total number of points possible for that health unit.

- Each log will be scored based upon the potential maximum of six points above. Discrepancies will be noted as a percentage of the 6 possible points. For instance, if one of the six possible points is out of compliance, the score for that record would be 5/6.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 17
Stipulation Category: Pharmacy (07)

**CGAR Category: Chronic Care (C) 05**

| |
|---|
| **Performance Measure:**<br><br>The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. |
| **CGAR Question:**<br><br>Does the Medication Administration Record (MAR) reflect the dose, frequency, start date and nurse's signature? |
| **Source of Records/Review:**<br><br>DOT Report (randomized); eOMIS/Medical record. |
| **Methodology:**<br><br><ul><li>Obtain the DOT Report and randomize using Excel's RAND (randomization) function.</li><li>Select the first ten (10) inmates per health unit.</li><li>If there are ten (10) or fewer inmates that qualify to be monitored under this performance measure, monitor all qualified inmates. Exclusion criteria includes medications without a dose ordered to be administered during the review period, including "as needed" medications.</li><li>Determination of compliance will be based on the documentation found in eOMIS under "Drug Prescription Orders", MAR history report, or a paper MAR.</li><li>To be compliant, a document for the review period must reflect a dose, frequency, and start date for each medication and one nurse's signature, stamped or printed name, or initial on the record of administration.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 18
Stipulation Category: Pharmacy (08)

## CGAR Category: Pharmacy (C) 05

| |
|---|
| **Performance Measure:**<br><br>Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN. |
| **CGAR Question:**<br><br>Is a daily delivery manifest kept in binders located in medications rooms on each yard/complex and are they reviewed and initialed daily by an LPN or RN? |
| **Source of Records/Review:**<br><br>Manifest Report (randomized). |
| **Methodology:**<br><br>• Randomize the Manifest Report by date using Excel's RAND (randomization) function.<br><br>• Use the first ten (10) randomized dates per unit, selecting five (5) daily manifests and five (5) controlled manifests.<br><br>• If five (5) controlled manifests are not available for a unit, then the Performance Measure will be supplemented with more daily manifests.<br><br>• Manifests are to remain in chronological order sequenced with the oldest date on the bottom and the newest date on the top.<br><br>• The cover page of the manifest must be initialed by an LPN or RN. |

Draft Revised: 11/14/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 19
Stipulation Category: Pharmacy (09)

**CGAR Category: Pharmacy (C) 06**

**Performance Measure:**

Perpetual inventory medications will be signed off on the Inmate's individual MAR.

**CGAR Question:**

Are perpetual inventory medications signed off on the Inmate's individual MAR?

**Source of Records/Review:**

Clinical Stock Perpetual Inventory log (randomized); eOMIS/Medical Records.

**Methodology:**

- The first ten (10) active medications in the monitored period will be used. The randomization is the result of the activity of the medications used for the monitored period. If ten (10) random medications are not listed, duplicate medications may be used in the review.

- Those ten medications are then viewed for perpetual inventory administration for the first administered dose that occurred during the review period. If ten medications with active administration for the review period are not identified, review the first administration for each available medication and proceed to subsequent administration(s) for each available medication.

- Review the identified perpetual inventory entry for corresponding documentation of administration in the eOMIS/Medical Record. For the date being reviewed, documentation must identify the correct medication name (generic or name brand) and documentation that the inmate received the total dosage ordered for that administration. If review of subsequent administration for the same inmate on the same date occurs, a separate entry must be identified to be determined to be compliant. A reviewed entry that indicates the inmate received the ordered dose shall be considered compliant. Any entry that does not indicate the dose was received shall be considered non-compliant.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 20
Stipulation Category: Pharmacy (10)

### CGAR Category: Medical Records (C) 08

| |
|---|
| **Performance Measure:**<br><br>Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. |
| **CGAR Question:**<br><br>Are medical AIMS entries accurately completed within three (3) business days from the entry in the medical record? |
| **Source of Records/Review:**<br><br>SNO orders and encounters in eOMIS; AIMS DI35 Batch Reports. |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts on the AIMs DI35 Batch Report.<br><br>• Compare the handwritten SNO scanned into eOMIS with the electronic order entry SNO and information on the AIMS DI35 Batch Report.<br><br>• If the handwritten SNO and the AIMS DI35 Batch Report matches, the chart is in compliance.<br><br>• If there is information on the handwritten SNO that is not included in the AIMS report, the chart is not in compliance. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 21
Stipulation Category: Pharmacy (11)

### CGAR Category: Medical Records (C) 11

| |
|---|
| **Performance Measure:**<br><br>Inmates who are paroled or released from ASPCs will receive a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor. |

| |
|---|
| **CGAR Question:**<br><br>Are inmates who are paroled or released from ASPCs receiving a thirty (30)-day supply of all medications currently prescribed by the ADC contracted vendor? |

| |
|---|
| **Source of Records/Review:**<br><br>Contracted vendor report of released inmates (randomized); eOMIS medical record. |

| |
|---|
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts on the release information they have obtained from the Contracted Vendor.  If there are ten (10) or fewer inmates on the Release Lists or emails applicable to this question, all inmates will be monitored.<br><br>• Inmates on the list are reviewed in eOMIS to determine if they were on prescribed medications at the time of their release, and if not, they will be excluded, and a new record selected.<br><br>• If the Monitor finds a Patient Release/Transfer Form signed by the patient and scanned into eOMIS, the chart will be considered in compliance.<br><br>• If the Monitor does not find a Patient Release/Transfer Form signed by the inmate in eOMIS, the chart will be considered non-compliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 22
Stipulation Category: Pharmacy (12)

<u>CGAR Category: Pharmacy (C) 07</u>

| |
|---|
| **Performance Measure:**<br><br>Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order. |
| **CGAR Question:**<br><br>Are non-formulary requests reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two (2) business days of the prescriber's order? |
| **Source of Records/Review:**<br><br>Contracted Vendor: NFDR report for the monitoring month (randomized); eOMIS/Medical Records. |
| **Methodology:**<br><br>• Review the first ten (10) medications listed on the NFDR report randomized by date.<br><br>• Obtain an extract from the drug status order screen on eOMIS.  Review non-formulary requests and determine whether they are approved, disapproved, or designated for an ATP within two (2) business days of the prescription order. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 23
Stipulation Category: Equipment (01)

### CGAR Category: Equipment (C) 01

| |
|---|
| **Performance Measure:**<br><br>Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. |
| **CGAR Question:**<br><br>Are Automated External Defibrillators (AEDs) maintained and readily accessible to Health Care Staff? |
| **Source of Records/Review:**<br><br>Contracted Vendor: AED checklist report. |
| **Methodology:**<br><br>• Review the AED checklist provided by the Contracted Vendor.<br><br>• If the checklist indicates that the AED was checked on a given date, the AED is considered to be maintained and readily accessible to Health Care Staff on that date.<br><br>• Compliance is determined by dividing the number of days the AED was checked by the number of days in the monitored month. If the resultant figure is greater than the CGAR report threshold required for the monitored month, the performance measure is reported as in compliance. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 24
Stipulation Category: Equipment (02)

## CGAR Category: Equipment (C) 02

| **Performance Measure:** |
| --- |
| Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. |

| **CGAR Question:** |
| --- |
| Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items? |

| **Source of Records/Review:** |
| --- |
| Contracted Vendor: All Emergency Response Bag Checklists and Inventory Checklists. |

| **Methodology:** |
| --- |
| <ul><li>The Monitor uses the Emergency Response Bag Checklist and Inventory Checklist to determine whether (a) the Emergency Response Bag Checklist has been completed daily; (b) the Inventory Checklist has been completed monthly; and (c) the bag contains all required essential items as per the Essential Items Checklist.</li><li>If the bag has been inventoried for the monitored month and contains all essential items, divide the number of days on which the Emergency Response Bag Checklist was completed by the total number of days in the monitored month.  If the resultant figure meets or exceeds the CGAR performance threshold for the monitored month, this results in a finding of compliance for this performance measure.</li><li>If a monthly Inventory Checklist is not performed, this results in a finding of noncompliance for this performance measure.</li><li>If an essential item is missing from the bag, this results in a finding of noncompliance for this performance measure.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 25
Stipulation Category: Emergency Response (01)

## CGAR Category: Emergency Response (C) 01

**Performance Measure:**

A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency.

**CGAR Question:**

Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency?

**Source of Records/Review:**

Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC).

**Methodology:**

- The monitor will select the first ten (10) inmates per yard from the SIRs and IRs from the monitored month that required basic life support.

- An emergency requiring basic life support is defined as one requiring the use of an AED or performance of CPR.

- First Responders may be either medical or security officers.

- The Monitor will compare the time the SIR is initiated to the time of response where either use of an AED or performance of CPR was initiated.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 26
Stipulation Category: Quality Improvement (01)

## CGAR Category: Quality Improvement (C) 01

| |
|---|
| **Performance Measure:**<br><br>Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance. |
| **CGAR Question:**<br><br>Are responses to health care grievances completed within 15 working days of receipt (by health care staff) of the grievance? |
| **Source of Records/Review:**<br><br>ADC and Contracted Vendor grievance logs. |
| **Methodology:**<br><br>• Obtain grievance logs  from the calendar month prior to the monitored month from each Complex grievance coordinator.<br><br>•<br><br>• Sort and separate the Complex grievance logs by unit/yard.<br><br>• Determine which grievances were received during the final 15 working days from the month prior to the monitored month, as these grievances should all be answered no later than 15 working days into the monitored month.<br><br>• A minimum of 10 health care grievances per yard will be reviewed by comparing the date the grievance was sent to  the health care staff and the date a completed response was returned and received by the grievance coordinator.<br><br>•<br><br>• A grievance response not completed within 15 working days of receipt by health care staff will result in noncompliance with the performance measure. |

**PERFORMANCE MEASURES**

**Health Care Performance Measure No. 27**
**Stipulation Category: Quality Improvement (02)**

**CGAR Category:      Quality Improvement (C) 02**

---

**Performance Measure:**

Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06

---

**CGAR Question:**

Is each ASPC facility conducting monthly CQI meetings, in accordance with NCCHC Standard P-A-06?

---

**Source of Records/Review:**

Monthly CQI meeting minutes.

---

**Methodology:**

- Review the monthly CQI Meeting minutes for the monitored month and compare them to NCCHC Standard P-A-06.

- P-A-06 requires that CQI meetings are held at least quarterly. This Performance Measure requires monthly meetings. This standard is intended to ensure that a facility uses a structured process to find areas in the health care delivery system that need improvement, and that when such areas are found, staff develop and implement strategies for improvement.

- Documented minutes for monthly meetings will be considered to be in substantial compliance.

- Updates for process and outcome studies and attendance of interdisciplinary team members are to be shown at least quarterly, in accordance with P-A-06.

---

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 28
Stipulation Category: Quality Improvement (03)

### CGAR Category: Quality Improvement (C) 03

**Performance Measure:**

Every medical provider will undergo peer reviews annually with reviews and recommended actions documented.

**CGAR Question:**

Is every medical provider undergoing peer reviews annually with reviews and recommended actions documented?

**Source of Records/Review:**

Monthly vendor-supplied roster of medical providers listing hire date and peer review completion date.

**Methodology:**

- Sort and separate the report by Complex.

- Sort each Complex by hire date.  Providers employed less than one (1) year are exempt from review.

- Review each provider listed on the roster for documentation of an annual peer review.

- A provider without a documented annual peer review will result in noncompliance with the performance measure.

- Locum Tenens and PRN providers are included in the review process, but are exempt from review if employed less than one (1) year.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 29**
**Stipulation Category: Quality Improvement (04)**

**CGAR Category: Quality Improvement (C) 04**

| |
|---|
| **Performance Measure:** <br><br> Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02. |
| **CGAR Question:** <br><br> Has each ASPC facility Director of Nursing or designee conducted and documented annual clinical performance reviews of nursing staff as recommended by NCCHC Standard P-C-02? |
| **Source of Records/Review:** <br><br> Monthly vendor-supplied roster of nursing staff listing hire date and clinical performance review completion date. |
| **Methodology:** <br><br> <ul><li>Sort and separate the report by Complex.</li><li>Sort each Complex by hire date.  Nurses employed for less than one (1) year are exempt from review.</li><li>Review each nurse listed on the roster for documentation of an annual performance review.</li><li>A nurse without a documented annual clinical performance review will result in noncompliance with the performance measure</li><li>Agency and PRN nurses are included in the review process, but are exempt from review if employed for less than one (1) year.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 30
Stipulation Category: Quality Improvement (05)

### CGAR Category: Medical Records CO (C) 01

**Performance Measure:**

The initial mortality review of an inmate's death will be completed within 10 working days of death.

**CGAR Question:**

Is the initial mortality review of an inmate's death completed within ten (10) working days of death?

**Source of Records/Review:**

Mortality reviews for inmate deaths in the monitored month.

**Methodology:**

- At each facility, all deaths that occurred in the monitored month are reviewed for compliance. There is no sampling for this measure because all mortality reviews are monitored.

- The Monitor reviews the Initial/First Mortality Review to determine whether the first review occurred within ten (10) business days after the inmate's death.

- An Initial/First Mortality Review that occurs more than ten (10) business days after the inmate's death results in a finding of noncompliance for this inmate.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 31
Stipulation Category: Quality Improvement (06)

**CGAR Category: Medical Records CO (C) 02**

| |
|---|
| **Performance Measure:**<br><br>Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken. |
| **CGAR Question:**<br><br>Does the mortality review identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action plan to be taken? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Monthly CQI meeting minutes. |
| **Methodology:**<br><br><ul><li>Review CQI meeting minutes for mortality reviews completed in the monitored month.</li><li>The Monitor will categorize mortality reviews as 1) reviewed without deficiencies; 2) pending final review and recommendations; 3) final reviewed with recommendations that were discussed; or 4) final reviewed with recommendations that were not discussed.</li><li>Final Mortality Reviews with recommendations that were not discussed during a CQI meeting will result in a finding of noncompliance for the performance measure.</li><li>Final Mortality Reviews that do not include a CAP for noted deficiencies will result in a finding of noncompliance for the performance measure.</li></ul> |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 32**
**Stipulation Category: Quality Improvement (07)**

CGAR Category: Medical Records CO C03 and Quality Improvement 06

| |
|---|
| **Performance Measure:**<br><br>A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. |
| **CGAR Question:**<br><br>Is the final independent clinical mortality review completed by the Health Services Contract Monitoring Bureau for all mortalities within ten (10) business days of the receipt of the medical examiner's findings? |
| **Source of Records/Review:**<br><br>HSCMB signed and dated Mortality Review. |
| **Methodology:**<br><br>• Review all final Mortality Reviews submitted during the monitored month for completion within ten (10) days of receipt of the medical examiner's findings. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 33**
**Stipulation Category: Intake Facility (01)**

## CGAR Category: Intake (C) 01

| |
|---|
| **Performance Measure:**<br><br>All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. |
| **CGAR Question:**<br><br>Has the inmate received a health screening by an LPN or RN within one day of arrival at the intake facility? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized). |
| **Methodology:**<br><br>• Using the Arrival Log from the monitored month, pull the first ten (10) inmate charts.<br><br>• The Monitor will review eOMIS for the intake screening note to confirm that an actual health screening was completed and documented by an RN or LPN. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 34
Stipulation Category: Intake Facility (02)

## CGAR Category: Intake (C) 02

| |
|---|
| **Performance Measure:** <br><br> A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. |
| **CGAR Question:** <br><br> Has a physical examination including history been completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility? |
| **Source of Records/Review:** <br><br> Arrival Log/List (randomized). |
| **Methodology:** <br><br> • Using the Arrival Log from the monitored month, pull the first ten (10) charts. <br><br> • If there are ten (10) or fewer inmate intakes for the monitored month for an intake facility, review all inmate intake charts for that facility. <br><br> • The Monitor will review eOMIS to ensure a physical examination, including a history, was completed by a Medical Provider (not a dentist) by the end of the second full day of an inmate's intake arrival at the intake facility (Phoenix, Perryville, Tucson Minors, and condemned-row). |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 35**
**Stipulation Category: Intersystem Transfers (01)**

**CGAR Category: Access to Care (C) 10**

| |
|---|
| **Performance Measure:**<br><br>All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. |
| **CGAR Question:**<br><br>For intersystem transfers, are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? |
| **Source of Records/Review:**<br><br>Transfer logs (arrival/departure) at each facility and corresponding transfer screening form in the eOMIS/Medical Record from the monitored month. |
| **Methodology:**<br><br>• Compliance Monitors will pull the first ten (10) charts from the Arrival/Transfer Log.<br><br>• If the chart is not appropriate, then the Monitor will go to the next appropriate chart for the question being asked and continue to work in this order until the appropriate chart is found (i.e., inmate arrived and has no medications).<br><br>• The Monitor will review the transfer screening form, notes and MAR in eOMIS to determine as to whether or not the inmate received/arrived with his/her medications, as ordered.   If the documentation supports that the inmate arrived/received his/her medication at the receiving facility, the chart is in compliance. If documentation shows that an inmate received less than all prescribed doses of his/her medications on the date of transfer, this incident will be found noncompliant. Documentation is reviewed only for the date of transfer.<br><br>• Nursing may indicate in their documentation that prn medications are available if the inmate arrived without prn medications.  As long as the PRN medication is available in clinic stock and available, the measure is found to be in compliance. If frequency is not maintained, this incident will be found noncompliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 36
Stipulation Category: Access to Care (01)

## CGAR Category: Access to Care (C) 01

| Performance Measure: |
| --- |
| A LPN or RN will screen HNRs within 24 hours of receipt. |

| CGAR Question: |
| --- |
| Does an LPN or RN screen HNRs within 24 hours of receipt? |

| Source of Records/Review: |
| --- |
| HNR log (randomized). |

| Methodology: |
| --- |
| <ul><li>Compliance Monitors will pull the first ten (10) charts (that are appropriate for the following CGAR questions) from the randomized HNR log distributed to each complex.</li><li>The Monitor will review the HNR date stamp (or handwritten date) to determine the date of receipt by medical.  This is located in the upper right hand corner of the HNR. In the absence of a defined date of receipt, the chart is found to be noncompliant.</li><li>The Monitor will then review the triage date documented under Section 3 of the HNR.  If the triage date is within 24 hours of the date stamp (received date), the chart is compliant.  If the triage date is more than 24 hours after the date received, the chart is found to be noncompliant.</li></ul> |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 37
Stipulation Category: Access to Care (02)

**CGAR Category: Access to Care (C) 02**

---

**Performance Measure:**

Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).

---

**CGAR Question:**

Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?

---

**Source of Records/Review:**

HNR Log (randomized).

---

**Methodology:**

- The Monitor will select the first ten (10) charts/yard from the HNR log and utilize the encounter for the chart chosen to monitor to see if the patient was seen by a RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).

- The Monitor will review the HNR for the date or receipt by medical and compare with the date the inmate was seen on Nurse Line by comparing the HNR to the eOMIS entry for the sick call encounter.

- If the inmate was seen by an RN within 24 hours after the HNR was received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need), the chart is compliant.  If seen by an LPN within 24 hours after the HNR is received (or immediately), the chart is non-compliant.

- If the inmate was seen by a Provider and not an RN, the chart is excluded from review, and the Monitor selects a new chart for review.

---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 38
Stipulation Category: Access to Care (03)

### CGAR Category: Access to Care (C) 03

| |
|---|
| **Performance Measure:**<br><br>Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. |
| **CGAR Question:**<br><br>Are vital signs, including weight checked and documented in the medical record each time an inmate is seen during sick call? |
| **Source of Records/Review:**<br><br>Nursing Encounter Log (randomized). |
| **Methodology:**<br><br>• Select the first ten (10) charts per yard from the randomized Nurse Encounter Log and use the encounter for the chart chosen to monitor to see whether vital signs were completed.<br><br>• If the vital signs, including weight, were checked and documented in the medical record for the particular sick call encounter, the chart is considered compliant.<br><br>• If the medical record doesn't include the vital signs, including weight the chart is out of compliance.<br><br>• Those charts where a weight cannot be obtained (leg injury/cannot stand) and a comment is made that the weight was not obtained as a result of inability to stand, the chart is still in compliance. |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 39
Stipulation Category: Access to care (04)

## CGAR Category: Access to Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. |

| |
|---|
| **CGAR Question:**<br><br>Are routine provider referrals being addressed by a Medical Provider and referrals requiring a scheduled provider appointment being seen within fourteen calendar days of the referral? |

| |
|---|
| **Source of Records/Review:**<br><br>Nurse Line Log (randomized); Provider Referral Log; Hand written Appointment Lists (if needed). |

| |
|---|
| **Methodology:**<br><br>• The Monitor will utilize the randomized Nurse Line Log and pull the first ten (10) charts.<br><br>• The Monitor will review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within fourteen (14) days of the referral.<br><br>• For any referred encounter that occurs between the first and fifteenth of the monitored month, the referral appointment will potentially occur between the fourteenth and the last day of the month prior to the monitored month.  Provider referrals notes may be found in eOMIS in Health Services Encounters.  Referrals may also be noted on HNRs found in Scanned Documents in eOMIS. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 40
Stipulation Category: Access to Care (05)

### CGAR Category: Access to Care (C) 05

| |
|---|
| **Performance Measure:**<br><br>Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. |
| **CGAR Question:**<br><br>Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral? |
| **Source of Records/Review:**<br><br>Nurse Line Log (randomized); Provider Referral Log; Hand Written Appointment Lists (if needed). |
| **Methodology:**<br><br><ul><li>Pull the first ten (10) charts the randomized Nurse Line Log.</li><li>Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred within twenty-four (24) hours of the referral.</li><li>Provider referrals notes may be found in eOMIS in Health Services Encounters. Referrals may also be noted on HNRs found in Scanned Documents in eOMIS.</li><li>If no Medical Provider encounter can be found in eOMIS, check Scanned Documents to determine whether the inmate was sent to the ER without being seen by the Medical Provider on site.  If the inmate was sent to the ER and seen by a Medical Provider, the chart would be found in compliance, as long as the ER documentation was present in eOMIS.</li></ul> |

54

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 41**
**Stipulation Category: Access to Care (06)**

**CGAR Category: Access to Care (C) 06**

| |
|---|
| **Performance Measure:** |
| Emergent provider referrals are seen immediately by a Medical Provider. |

| |
|---|
| **CGAR Question:** |
| Are emergent referrals being seen immediately by a Medical Provider? |

| |
|---|
| **Source of Records/Review:** |
| Nurse Line Log (randomized); Admission/Discharge/ER log provided by ADC. |

**Methodology:**

- Pull the first ten (10) charts from the randomized Nurse Line Log.

- Review the Provider encounter and notes in eOMIS for the monitored month for documentation of the Medical Provider encounter that occurred immediately after the referral.

- If the inmate was transferred to the ER and seen by a Medical Provider and can be verified in eOMIS by an ER Report (under Scanned Documents), the chart is in compliance.

- If a referral was made and the inmate was transferred to the ER with no verification as to the inmate being seen, the chart is non-compliant.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 42
Stipulation Category: Access to Care (07)

**CGAR Category: Access to Care (C) 07**

| Performance Measure: |
| :--- |
| A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. |

| CGAR Question: |
| :--- |
| Are follow-up sick call encounters occurring within the time frame specific by the Medical or Mental Health Provider? |

| Source of Records/Review: |
| :--- |
| Provider Encounter Log (randomized); Nursing Encounter Log (randomized). |

| Methodology: |
| :--- |
| <ul><li>Pull the first ten (10) charts from the Provider Encounter Log or Nursing Encounter Log.</li><li>Review Provider Encounters under Health Services Encounters in eOMIS to determine whether the inmate was seen within the time frame specified by the Medical or Mental Health Provider. If the inmate was seen prior to or within the specified time frame, the chart is compliant.</li><li>If the inmate was seen any time after the specified time frame, the chart is non-compliant.</li><li>If there is no specific date/appointment, then it is treated as a routine referral, and the inmate must be seen within fourteen (14) days. (These are addressed under performance measure #39).</li><li>Lab tech appointments are not counted when monitoring this measure because they are not considered follow-up sick call encounters.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 43
Stipulation Category: Access to Care (08)

## CGAR Category: Access to Care (C) 08

| |
|---|
| **Performance Measure:** |
| Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there. |
| **CGAR Question:** |
| Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there? |
| **Source of Records/Review:** |
| ADC Hospital Admission/Discharge Log/ER Log. |
| **Methodology:** |
| <ul><li>Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge Log.</li><li>Review the nursing encounters screen in eOMIS to determine whether the inmate was returned to the medical unit and assessed by an RN or LPN on duty.</li><li>If the inmate returned to the medical unit and was assessed by an RN or evaluated by an LPN upon return from inpatient hospital stay or ER transport, the chart is compliant.</li><li>If the inmate was never returned to the medical unit and/or not assessed by an RN or evaluated by an LPN upon return from the inpatient hospital stay or ER transport, the chart is non-compliant.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 44
Stipulation Category: Access to Care (09)

### CGAR Category: Access to Care (C) 09

| |
|---|
| **Performance Measure:** <br><br> Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. |
| **CGAR Question:** <br><br> Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? |
| **Source of Records/Review:** <br><br> ADC Hospital Admission/Discharge/ER Log. |
| **Methodology:** <br><br> • Pull the first ten (10) inmate charts from the ADC Hospital Admission/Discharge/ER Log. <br><br> • Review the nursing notes or Provider notes in eOMIS for any language noting that treatment recommendations were reviewed and read back to the Provider within 24 hours.  Documentation of communication with the Provider indicates that discharge instructions were reviewed. This includes and is not limited to medications, wound care, follow up, etc. <br><br> • The Provider may also review the discharge documentation and acknowledge receiving the discharge paperwork by initialing/signing and dating the information and it being scanned into eOMIS.  It is not necessary for the Provider to enter an order/encounter into eOMIS for this measure to be compliant. |

Health Care Performance Measure No. 45
Stipulation Category: Diagnostic Services (01)

## CGAR Category: Specialty Care (C) 06

| **Performance Measure:** |
| --- |
| On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine |

| **CGAR Question:** |
| --- |
| Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? |

| **Source of Records/Review:** |
| --- |
| Diagnostic Service Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Diagnostic Service Report and randomize using the Excel RAND (randomizing) function.

- Review the first ten (10) diagnostic services ordered routine, urgent, or stat (emergent) per health unit.

- If a sample of ten (10) diagnostic services is not available, 100% examination shall occur.

- Compare the ordered date with the collected or taken date. When a discrepancy exists between the lab tech-entered specimen collection date and the lab-provided collection date or the x-ray tech-entered x-ray taken date and the eOMIS image recorded by technologist date, the Monitor shall retain discretion is identifying the most appropriate date to use for monitoring purposes. With the exception of appropriate exclusion criteria, as outlined in the methodology, if a diagnostic service is ordered routine it must be completed within 14 calendar days and an urgent or stat order must be completed the same day to be documented as compliant. If not completed within 14 calendar days for routine or the same day for urgent or stat, document that service as non-compliant.

- Diagnostic services documented as drawn or taken with no results available for viewing, shall be considered non-compliant if a minimum of 14 calendar days have elapsed.

- In the event that the sub-contracted lab interface reports unsolicited results, the Monitor shall retain discretion in identifying to which original order those results correspond. Unsolicited lab results that create a new order and may be included on two (2) consecutive months' source documents may remain subject to monitor for those consecutive months.

- In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear

communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.

- The Monitor must recognize that entries into the EMR are created and then recorded in perpetuity.  If an order is entered and then identified as "cancelled," "entered in error," or similar terminology and a substantiating reason is provided, the Monitor may exclude those orders from review.

- If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from review.

- As a result of EMR lab prioritization timeframe limitations, the Monitor shall exclude ordered diagnostic services that are ordered to intentionally exceed the stipulation agreement timeframes.  The Monitor must recognize that the provider should have the opportunity to order labs for a variety of timeframes, and EMR limitations and stipulation agreement timeframes should not prevent the provision of quality care (e.g., a provider that wants a lab drawn in one year should not have to choose to not order the lab because there is no other EMR category that will allow for an extended timeframe).

Draft Revised: 11/14/16

Health Care Performance Measure No. 46
Stipulation Category: Diagnostic Services (02)

## CGAR Category: Specialty Care (C) 07

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five (5) calendar days of receiving the report at the prison. |
| **CGAR Question:**<br><br>Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison? |
| **Source of Records/Review:**<br><br>Diagnostic Service Report (randomized); eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Diagnostic Service Report used in HC PM #45 and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) diagnostic services with results available per health unit. If ten (10) reports are not available, 100% examination shall occur.</li><li>Compare the X-ray results process date or lab results received date with the results comments Time Stamp date or Review Notes Time Stamp date, using the earliest date identified as long as it is no earlier than the resulted date.  If the timeframe does not exceed five (5) calendar days, identify that diagnostic service result as compliant.  If the timeframe exceeds five (5) calendar days, identify that diagnostic service result as non-compliant.</li><li>If an inmate is released or transfers to a facility that is not subject to the Stipulation agreement prior to the performance measure timeframe being exceeded, that diagnostic service shall be excluded from the review, if recognized.</li><li>In the event of interface issues or sub-contracted lab or x-ray issues that prevent clear communication within the appropriate eOMIS functional area tab, the Monitor shall retain discretion regarding identification of alternative methods of identifying diagnostic service date communication.</li></ul> |

Health Care Performance Measure No. 47
Stipulation Category: Diagnostic Services (03)

CGAR Category: Specialty Care (C) 08

| Performance Measure: |
|---|
| A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. |

| CGAR Question: |
|---|
| Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request? |

| Source of Records/Review: |
|---|
| HNR Log (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the HNR log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) requests for diagnostic service results per health unit.  If ten (10) requests are not available, 100% examination shall occur.

- Using the "date received" from HNR Log, determine whether the results were communicated by the provider within seven (7) calendar days of the request.  Results communicated within seven (7) calendar days shall be identified as compliant; results not communicated within seven (7) calendar days shall be identified as non-compliant.

- A provider appointment within seven (7) calendar days shall be identified as offering the inmate the opportunity to inquire regarding results and shall be considered compliant.  An appointment that occurs specifically to communicate a denial or ATP does not require documentation of vital signs.

- The prioritized date for a communique shall be the date on the communique itself. If the communique does not have a date, the Monitor shall consider the scanned document date for timeframe compliance determination.

- If the HNR log does not provide the information to determine compliance, the Monitor shall access the HNR to determine if additional information is available to make a compliance determination.  If compliance cannot be determined based on the accuracy and the details included on the HNR, the HNR shall be excluded.  If an inmate is determined to be requesting results for tests that were never ordered, the HNR shall be excluded.

**P E R F O R M A N C E   M E A S U R E S**

- An HNR identified as requesting results, but further review indicates the issue is program inclusion or movement that may be dependent upon diagnostic results shall have that HNR excluded from the review if communication regarding program inclusion or movement has occurred, or the movement/inclusion itself has occurred.

- An HNR requesting results for which there are no results available, shall be excluded from review, when recognized.

- An inmate transferred to a to a facility that is not subject to the Stipulation agreement or released within seven (7) calendar days shall be excluded from the review, when recognized.



Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 48**
**Stipulation Category: Specialty Care (01)**

**CGAR Category: Specialty Care (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen (14) calendar days, and placed in the patient's medical record. |

| |
|---|
| **CGAR Question:**<br><br>Are denials from Utilization Management (including reason(s) for the denial) for specialty care sent to the requesting provider in writing within fourteen (14) calendar days, and placed in the patient's medical record? |

| |
|---|
| **Source of Records/Review:**<br><br>Denied Consult Report; eOMIS/Medical Record. |

| |
|---|
| **Methodology:**<br><br><ul><li>Obtain the Consult ATP report and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) denied, clinical coordinator initiated status, or ATPd consultation requests per health unit</li><li>Based on the randomized report, monitor the first ten (10) consults written that remain in clinical coordinator initiated status, denied status, or those for which an ATP was offered by UM.</li><li>The Consult Written Date on the source document shall be used to determine the consults to monitor, but for monitoring purposes, that date will be reconciled with the eOMIS Request Date (this may necessitate an expanded review period due to differences between UM dates and eOMIS dates). If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. Consults on the source document remaining in Clinical Coordinator Initiated status shall be considered non-compliant once fourteen (14) days is reached. A consult that remains in Clinical Coordinator Initiated status only because the EMR does not update because a status of Scheduled has not been reached, shall be excluded from the review since this indicates UM action did occur. A</li></ul> |

64

consult that remains in Clinical Coordinator Initiated status because it requires no UM action shall be excluded from the review.

- Consults with a UM ATP shall be monitored for communication of the ATP to the provider within fourteen (14) calendar days of the decision to ATP the request. The Monitor will recognize that different providers have requested different methods of communication and the Monitor will communicate with the sites to determine where the communication may be located in the patient's medical record.  To be identified as compliant, the method of communication must indicate the communication occurred within fourteen (14) calendar days with subsequent inclusion in the patient's chart.  If a consult is denied, it must include a reason for the denial.  If a consult results in an ATP it is recognized that it inherently offers a revised and justified plan (based on UM criteria, experience, and education) for the provision of care and documentation of an ATP communicated to the provider within fourteen (14) calendar days shall be considered compliant.  An ATP by UM that is not accepted by the provider and results in approval, scheduling, or completion of the consult shall be excluded from the review.



65

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 49
Stipulation Category: Specialty Care (02)

## CGAR Category: Specialty Care (C) 02

| |
|---|
| **Performance Measure:**<br><br>Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial. |
| **CGAR Question:**<br><br>Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within thirty (30) days of the denial? |
| **Source of Records/Review:**<br><br>Denied Consult Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Denied Consult Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) denied consults or those with an ATP per health unit.<br><br>• To be considered compliant, compare the source document UM ATP Date with the next patient/provider documented appointment.  If that appointment occurred within thirty (30) days, that consult shall be identified as compliant. An appointment that occurs specifically to communicate a denial or ATP shall not require documentation of vital signs.<br><br>• If multiple consults for the same specialty with similar dates are included on the source document, the Monitor shall retain discretion to determine which eOMIS consult to monitor. |

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 50**
**Stipulation Category: Specialty Care (03)**

**CGAR Category: Specialty Care (C) 03**

---

**Performance Measure:**

Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider.

---

**CGAR Question:**

Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?

---

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

---

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) urgent specialty consultations requests per health unit.

- If ten (10) urgent consultation requests are not available, 100% examination shall occur.

- If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within thirty (30) calendar days or there is documentation of a Return From Offsite within thirty (30) days, the consult shall be considered compliant.

- A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP as this shall be captured under performance measure 48.

- A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.

- 

- A scheduled consult that is cancelled by the consultant shall be excluded from the review.

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.) shall be excluded from the review.

---

**P E R F O R M A N C E   M E A S U R E S**

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit.  When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved.  Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

68

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 51
Stipulation Category: Specialty Care (04)

## CGAR Category: Specialty Care (C) 04

| |
|---|
| **Performance Measure:** |
| Routine specialty consultations will be scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider. |
| **CGAR Question:** |
| Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider? |
| **Source of Records/Review:** |
| Combined Urgent and Routine Consult Log; eOMIS/Medical Record. |

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) routine specialty consultation requests per health unit.

- Monitor the first ten (10) routine specialty consultations per health unit.

- If ten (10) routine consultation requests are not available, 100% examination shall occur.

- If the Inmate Consult Request contains notes, reports, or results indicating the appointment occurred within sixty (60) calendar days or there is documentation of a "Return From Offsite" within sixty (60) calendar days, the consult shall be considered compliant.

- A consult request included on the Combined Urgent and Routine Consult Log shall be excluded from review if the request resulted in a documented ATP, as this shall be captured under performance measure 48.

- A consult that is scheduled within time frames that is cancelled and/or rescheduled by the consultant's office which would result in original time frame compliance shall be excluded from the review.

- A scheduled consult that is cancelled by the consultant shall be excluded from the review.

- A consult that must be rescheduled due to complex operational issues (emergencies, etc.) shall be excluded from the review.

Draft Revised: 11/14/16

**PERFORMANCE MEASURES**

- Specialty consults that involve a series of visits shall have compliance determined based on the timeframe of the initial visit. When an inmate is approved for a series of consultation appointments (e.g., X number of appointments), all appointments in the series are approved at the time the first appointment is approved. Therefore, because each appointment subsequent to the first appointment does not require another approval, the appointments subsequent to the first appointment are not measured under this performance measure.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 52
Stipulation Category: Specialty Care (05)

## CGAR Category: Specialty Care (C) 05

**Performance Measure:**

Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.

**CGAR Question:**

Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?

**Source of Records/Review:**

Combined Urgent and Routine Consult Log; eOMIS/Medical Record.

**Methodology:**

- Obtain the Combined Urgent and Routine Consult Log and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) specialty consultation reports per health unit.  Exclusion criteria includes optometry exam results.

- If ten (10) reports are not available, 100% examination shall occur.

- Compare the off-site specialist's report received date with the date of the on-site practitioner's review.  If the review occurred within seven calendar days of receipt, the report shall be identified as compliant.  If the review did not occur within seven calendar days of receipt, the report shall be identified as non-compliant.

- If the report has a stamped received date that will be the prioritized received date.  If that date is not available, the Monitor shall retain discretion in identifying another date including, but not limited to, a faxed date or an Action Taken date.

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 53
Stipulation Category: Chronic Care (01)

## CGAR Category: Chronic Care (C) 01

| |
|---|
| **Performance Measure:**<br><br>Treatment plans will be developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease. |
| **CGAR Question:**<br><br>Are treatment plans developed and documented in the medical record by a provider within thirty (30) calendar days of identification that the inmate has a chronic disease? |
| **Source of Records/Review:**<br><br>Chronic Care Report (randomized); eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) new diagnoses per health unit.</li><li>If ten (10) new diagnoses are not available, 100% examination shall occur.</li><li>Review eOMIS for documentation of a treatment plan within thirty (30) calendar days of the Provider's diagnosis.</li><li>Compliance is determined based on the presence of a measurable timeframe for the chronic care appointment, and the provider must have the opportunity to order diagnostic testing and therapeutic regimens, if appropriate.  A non-measurable timeframe could be, for example, "follow-up after labs", or "follow-up at next yard".</li><li>Exclusion criteria includes non-Stipulation agreement chronic care conditions, LTBI, conditions with paper treatment plans from a private prison (if identified), and previously recognized chronic conditions that are updates to coding.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 54
Stipulation Category: Chronic Care (02)

## CGAR Category: Chronic Care (C) 02

| |
|---|
| **Performance Measure:**<br><br>Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. |
| **CGAR Question:**<br><br>Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place? |
| **Source of Records/Review:**<br><br>Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:**<br><br><ul><li>Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first ten (10) chronic conditions per health unit.</li><li>If ten (10) chronic conditions are not available, 100% examination shall occur.</li><li>Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order.  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.</li><li>If a timeframe is ordered that exceeds 180 days, the provider must document a reason to be considered compliant.</li><li>Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.</li><li>If no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit within 180 days or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall</li></ul> |

73

have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

74

Health Care Performance Measure No. 55
Stipulation Category: Chronic Care (03)

## CGAR Category: Chronic Care (C) 03

| Performance Measure: |
| --- |
| Disease management guidelines will be implemented for chronic diseases. |

| CGAR Question: |
| --- |
| Are disease management guidelines implemented for chronic diseases? |

| Source of Records/Review: |
| --- |
| Chronic Care Report (randomized); eOMIS/Medical Record. |

**Methodology:**

- Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.

- If ten (10) Chronic Conditions are not available, 100% examination shall occur.

- Monitor the first ten (10) chronic conditions per health unit to determine if the inmate is currently compliant with the provider's order(s).  If the condition subject to review has not exceeded the timeframe ordered by the provider, identify that chart as compliant.  If the condition is not in current compliance, identify that condition as non-compliant.

- The Monitor shall retain discretion for determination of which clinical guideline to use if EMR mapping is not clear (e.g., active cancer or ESLD) or if the presence of a chronic condition is indeterminable.

- Inmates with a newly diagnosed condition that have not been seen for other chronic conditions will be considered compliant if seen within thirty days, or as ordered by the provider.

- If no timeframe is ordered, visits must occur as outlined in the clinical guidelines using thirty day months or as listed in the bullet below.  LTBI requires an annual provider chronic care visit or completion of TB signs and symptoms, preferably completed on Nurse- TB Follow Up.

- Additional considerations if no timeframe is ordered: 1) an intake must have an initial CC visit within thirty days; 2) an inmate with a documented refusal for a CC visit that has no timeframe ordered shall, at a minimum, have the next visit as recommended in the clinical guidelines or as ordered by the provider; 3) an existing inmate with a identified chronic condition and no other chronic conditions shall have the initial CC visit within thirty days or as ordered by the provider; 4) an inmate with multiple CC conditions who

75

receives an additional CC diagnosis shall be seen as ordered by the provider based on the other CC conditions or as ordered with the newly diagnosed condition, not to exceed the most stringent frequency recommendation; 5) a transfer from a private prison must have a CC visit within thirty (30) days or as ordered by the provider.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 56
Stipulation Category: Chronic Care (04)

## CGAR Category: Chronic Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. |
| **CGAR Question:**<br><br>Are inmates with a chronic disease being provided education about their condition/disease and is it documented in the medical record? |
| **Source of Records/Review:**<br><br>Chronic Care Report; eOMIS/Medical Record. |
| **Methodology:**<br><br>• Obtain the Chronic Care Report and randomize using the Excel RAND (randomizing) function.<br><br>• Monitor the first ten (10) chronic conditions per health unit.  If ten (10) chronic conditions are not available, 100% examination shall occur.<br><br>• The condition shall be considered compliant if there is documented education for the condition, disease, or disease prevention. If no education is documented, identify the performance measure as non-compliant. |

77

**Health Care Performance Measure No. 57**
**Stipulation Category: Prenatal Services (01)**

### CGAR Category: Female Care – Prenatal Preventative (C) 02

| |
|---|
| **Performance Measure:**<br><br>A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. |
| **CGAR Question:**<br><br>Are medical providers ordering prenatal vitamins and diet for pregnant inmates at the inmate's initial intake physical examination? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List; eOMIS Medical Record. |
| **Methodology:**<br><br><ul><li>Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).</li><li>Determine whether the provider ordered prenatal vitamins and diet at the inmate's initial intake physical examination.</li></ul> |

Draft Revised: 11/14/16

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 58**
**Stipulation Category: Prenatal Services (02)**

**CGAR Category: Female Care – Prenatal Preventative (C) 03**

| |
|---|
| **Performance Measure:**<br><br>Results of an inmate's prenatal screening tests will be documented in the medical record. |
| **CGAR Question:**<br><br>Are results of an inmate's prenatal screening tests documented in the medical record? |
| **Source of Records/Review:**<br><br>Pregnant Inmate List; eOMIS/Medical record. |
| **Methodology:**<br><br>• Monitor all inmates from the Pregnant Inmate List for the review period (Perryville only).<br><br>• Review the medical files from all pregnant intakes to confirm that the results of prenatal screening tests are documented in the medical record.  Labs available for viewing shall be identified as compliant.<br><br>• Prenatal screening tests include gestational age/pregnancy test, RPR, HIV, HBV, HCV, CBC, CMP, Urine, Rubella, ABO RH and antibody.<br><br>• Labs shall be available for viewing within thirty days of pregnancy diagnosis, although remain subject to review under HC PM #45 and #46. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 59
Stipulation Category: Preventative Services (01)

**CGAR Category: Medical Records (C) 10**

| |
|---|
| **Performance Measure:** <br><br> Inmates will be screened for TB on an annual basis. <br><br><br> |
| **CGAR Question:** <br><br> Are inmates being screened for TB on an annual basis? <br><br><br> |
| **Source of Records/Review:** <br><br> DI37 screen in AIMS for each yard (randomized). <br><br><br> |
| **Methodology:** <br><br> • The Monitor will use a randomized AIMS DI37 screen report for the monitored month. <br><br> • The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance. <br><br> • If a Positive PPD occurred more than one year from the monitored month, the chart is ineligible to be used and the next chart listed on the report will be used. <br><br> • If a Positive or Negative PPD Date/Result occurred within the past year, this results in a finding of compliance for this chart/inmate. <br><br> • If a Negative PPD Date/Result occurred more than one year from the monitored month, this results in a finding of noncompliance for this chart/inmate. |

80

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 60
Stipulation Category: Preventative Services (02)

### CGAR Category: Intake (C) 03

**Performance Measure:**

All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended.

**CGAR Question:**

Are all female inmates ages 21 to 65 offered a pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended?

**Source of Records/Review:**

Arrival Log/List (randomized) and eOMIS/Medical Record. Documentation of postings on yards.

**Methodology:**

- Monitor ten (10) records (Perryville only) for intake Pap smears.

- Monitor health units and living units to ensure that postings are available regarding additional screening.

- Inmates with history of a hysterectomy are exempt from this review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 61
Stipulation Category: Preventative Services (03)

### CGAR Category: Female Care – Prenatal Preventative (C) 01

| |
|---|
| **Performance Measure:**<br><br>All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. |
| **CGAR Question:**<br><br>Are all female inmates ages 21 to 65 being offered a pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended? |
| **Source of Records/Review:**<br><br>Documentation of postings on yards. Inmate Handbook (provided after intake process) |
| **Methodology:**<br><br>• Monitor health units (Perryville only) and living units to ensure that postings are available regarding additional screening.<br><br>• Inmates with history of a hysterectomy are exempt from this review. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 62
Stipulation Category: Preventative Services (04)

## CGAR Category: Intake (C) 04

| |
|---|
| **Performance Measure:**<br><br>All prisoners are screened for tuberculosis upon intake. |
| **CGAR Question:**<br><br>Are prisoners screened for tuberculosis upon intake? |
| **Source of Records/Review:**<br><br>Arrival Log/List (randomized) and encounters in eOMIS from inmates received at intake during the monitored month. |
| **Methodology:**<br><br>• The Monitor will review in eOMIS, under the Home Screen, top right of the screen for the PPD administration date to determine compliance.<br><br>• If the PPD Date/Result that is displayed is completed by the end of the second full day of an inmate's intake arrival at the intake facility (ASPC-Phoenix, ASPC- Perryville, condemned-row, and ASPC-Tucson (minors), the chart is considered compliant.  If the PPD Date/Result that is displayed is completed beyond the end of the second full day of an inmate's intake arrival, the chart is found to be non-compliant. |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 63
Stipulation Category: Infirmary Care (01)

## CGAR Category: Infirmary Care (C) 01

| |
|---|
| **Performance Measure:**<br><br>In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. |
| **CGAR Question:**<br><br>Are initial health assessments of IPC inmates being completed by a Registered Nurse on the date of admission? |
| **Source of Records/Review:**<br><br>IPC Census (randomized) and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC Census and randomize using the Excel RAND (randomizing) function.

- Monitor the first admission for the first ten (10) inmates with an admission admitted during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of an initial health assessment completed by a Registered Nurse on the date of admission, that admission shall be identified as compliant.  The preferred documentation location is Nurse- Infirmary Admission.  A documented refusal that indicates the inmate refused the assessment within the required timeframe shall be identified as compliant.  The Monitor shall retain discretion for compliance determination for inmates that arrive after 2100 hours.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- The Monitor shall retain discretion regarding review inclusion for inmates that arrive in an IPC and are very quickly transferred to an off-Complex hospital.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a

84

sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 64
Stipulation Category: Infirmary Care (02)

CGAR Category: Infirmary Care (C) 02

| Performance Measure: |
| --- |
| In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. |

| CGAR Question: |
| --- |
| Is an evaluation and treatment plan completed by a Medical Provider within the next business day after an inmate's admission to an IPC? |

| Source of Records/Review: |
| --- |
| IPC census and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) admissions during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of Provider evaluation and plan within the next business day after admission, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission.  An evaluation and treatment plan created in a discharge note shall be considered compliant if it occurred within the next business day.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 65
Stipulation Category: Infirmary Care (03)

## CGAR Category: Infirmary Care (C) 03

| Performance Measure: |
|---|
| In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. |

| CGAR Question: |
|---|
| Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? |

| Source of Records/Review: |
|---|
| IPC census (randomized) and eOMIS Medical Record. |

**Methodology:**

- Obtain the IPC census and randomize using the Excel RAND (randomizing) function.

- Monitor the first ten (10) inmates with an admission during the monitored period.

- If ten (10) admissions are not available, 100% examination shall occur.

- The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission.

- If an inmate has documentation of a Provider history and physical examination that indicates completion within seventy-two (72) hours, that admission shall be identified as compliant. The preferred documentation location is Provider- Infirmary Admission. A history and physical created in a discharge note may be considered compliant if it occurred within seventy-two (72) hours of admission.

- Exclusion criteria: identified 23-hour observations that do not result in an admission.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 66
Stipulation Category: Infirmary Care (04)

## CGAR Category: Infirmary Care (C) 04

| |
|---|
| **Performance Measure:**<br><br>In an IPC, a Medical Provider encounter will occur at a minimum every 72 hours. |
| **CGAR Question:**<br><br>Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates? |
| **Source of Records/Review:**<br><br>IPC AIMS census and eOMIS Medical Record. |
| **Methodology:**<br><ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first admission for the first ten (10) inmates during the monitored period.</li><li>If ten (10) IPC stays are not available, 100% examination shall occur.</li><li>Identify the number of provider encounters that occurred at least every 72 hours and the number of provider encounters that should have occurred at least every 72 hours. Divide the number of provider encounters that occurred by the number of provider encounters that should have occurred to determine the percentage of compliance. If the percentage of compliance meets or exceeds that month's threshold requirement, identify that IPC as compliant.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance measure.</li><li>NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary. If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status. If the inmate's acuity increases and</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 67
Stipulation Category: Infirmary Care (05)

## CGAR Category: Infirmary Care (C) 05

| |
|---|
| **Performance Measure:** <br><br> In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. |
| **CGAR Question:** <br><br> Is an RN conducting and documenting an assessment at least once every shift in the IPC? Graveyard shift assessments may be completed and documented as welfare checks. |
| **Source of Records/Review:** <br><br> IPC AIMS census and eOMIS Medical Record. |
| **Methodology:** <br><br> • Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function. <br><br> • Monitor the first IPC stay for the first ten (10) inmates during the monitored period. <br><br> • If ten (10) IPC stays are not available, 100% examination shall occur. <br><br> • Identify the number of nursing assessments and graveyard welfare checks that occurred at least every shift and the number of nursing assessments and graveyard welfare checks that should have occurred at least every shift.  Divide the number of nursing assessments and graveyard welfare checks that occurred by the number of nursing assessments and graveyard welfare checks that should have occurred to determine the percentage of compliance.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that IPC as compliant. <br><br> • Exclusion criteria: identified 23-hour observations that do not result in an admission. <br><br> • Once a discharge order is received, the inmate is no longer subject to this performance measure. <br><br> • NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled |

**P E R F O R M A N C E   M E A S U R E S**

nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

Draft Revised: 11/14/16

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 68
Stipulation Category: Infirmary Care (06)

## CGAR Category: Infirmary Care (C) 06

| Performance Measure: |
| --- |
| In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. |

| CGAR Question: |
| --- |
| Are IPC, inmate health records inclusive of admission orders and documentation of care and treatment given? |

| Source of Records/Review: |
| --- |
| IPC census and eOMIS Medical Record. |

| Methodology: |
| --- |
| • Obtain the IPC census and randomize using the Excel RAND (randomizing) function. <br><br> • Monitor the first ten (10) admissions during the monitored period. <br><br> • If ten (10) admissions are not available, 100% examination shall occur. <br><br> • The Monitor shall retain discretion to exclude inmates that are on the census for movement other than admission. <br><br> • If an inmate has documentation of Provider orders and documentation that care and treatment was administered, that admission shall be identified as compliant. <br><br> • Exclusion criteria: identified 23-hour observations that do not result in an admission. <br><br> • NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 69
Stipulation Category: Infirmary Care (07)

## CGAR Category: Infirmary Care (C) 07

| Performance Measure: |
| --- |
| In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. |

| CGAR Question: |
| --- |
| Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and signature? |

| Source of Records/Review: |
| --- |
| IPC AIMS census and eOMIS Medical Record. |

| Methodology: |
| --- |
| <ul><li>Obtain the IPC AIMS census and randomize using the Excel RAND (randomizing) function.</li><li>Monitor the first IPC stay for the first ten (10) inmates during the monitored period.</li><li>If ten (10) IPC stays are not available, 100% examination shall occur.</li><li>A care plan shall be considered compliant if weekly nursing care plan documentation occurs with a date and signature, including an electronic signature. A scanned paper care plan or an Offender Standard Form – Nursing Plan of Care form with subsequent weekly documentation within a Health Services Encounter that identifies the nursing care plan as being revised or requiring no revision shall be identified as compliant.</li><li>Identify the number of nursing care plan reviews that occurred at least weekly and the number of nursing care plan reviews that should have occurred at least weekly.  Divide the number of nursing care plan weekly reviews that occurred by the number of nursing care plan weekly reviews that should have occurred to determine the percentage of compliance.  If the percentage of compliance meets or exceeds that month's threshold requirement, identify that IPC as compliant.</li><li>Exclusion criteria: identified 23-hour observations that do not result in an admission.</li><li>Once a discharge order is received, the inmate is no longer subject to this performance</li></ul> |

measure.

- NCCHC standard (P-G-03) allows for both infirmary admissions, requiring skilled nursing care, and sheltered housing inmates, not requiring skilled nursing care, to be housed in the infirmary.  If a provider places an inmate in an infirmary without a skilled nursing need and simply a protective environment need, and identifies that inmate as a sheltered housing inmate, that inmate shall be exempted from review for the time during which the inmate remains in sheltered housing status.   If the inmate's acuity increases and that inmate is subsequently admitted to the infirmary, that inmate shall become subject to review.

94

**P E R F O R M A N C E   M E A S U R E S**

**Health Care Performance Measure No. 70**
**Stipulation Category: Infirmary Care (08)**

**CGAR Category: Infirmary Care (C) 08**

| |
|---|
| **Performance Measure:**<br><br>All IPC patients have properly working call buttons, and if not, health care staff perform and document thirty (30)-minute patient welfare checks. |
| **CGAR Question:**<br><br>Do all IPC patients have properly working call buttons, and if not, are health care staff performing and documenting thirty (30)-minute patient welfare checks? |
| **Source of Records/Review:**<br><br>IPC census the day of review and eOMIS/Medical Record, 1101-16 form (showing thirty minute checks). |
| **Methodology:**<br>• All IPC patients will have their call light tested on the day of review.  Any non-working call light shall be considered non-compliant unless a Form 1101-16 is available for the most recent thirty (30)-minute period.<br>• Non-working call lights will have inmate coverage documented with Form 1101-16.<br>• If a call light is identified as working or an inmate with a non-working call light has documentation on a Form 1101-16 for the most recent thirty (30)-minute check, the inmate shall be identified as compliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 71
Stipulation Category: Medical Diets (01)

### CGAR Category: Medical Diets (C) 01

| |
|---|
| **Performance Measure:**<br><br>Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated.  When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. |
| **CGAR Question:**<br><br>When prescribing the special diet, did the provider include the type of diet, duration for which it is to be provided and any special instructions? |
| **Source of Records/Review:**<br><br>ADC Diet Roster, Batch report in AIMS, and eOMIS Medical Record. |
| **Methodology:**<br><br>• The Monitor will utilize the first ten (10) charts that are appropriate from the ADC Diet Roster or Batch Report in AIMS.<br><br>• The Monitor will compare the diet order to eOMIS to determine when a Provider prescribed a special diet, which the Provider included the type of diet, duration for which it is to be provided and any special instructions.<br><br>• If any of the information is missing, the chart is found to be out of compliance.  If all the information is included, the chart is compliant. |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 72
Stipulation Category: Medical Diets (02)

## CGAR Category: Medical Diets (C) 02

| |
|---|
| **Performance Measure:**<br><br>Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP. |
| **CGAR Question:**<br><br>Are inmates who refuse prescribed diets for more than 3 consecutive days receiving follow up nutritional counseling by a QHCP? |
| **Source of Records/Review:**<br><br>ADC dietary liaison records and eOMIS Medical Record. IRs showing non-compliance with Diet. Signed Diet Roster. |
| **Methodology:**<br><br>• The Monitor will be advised by the Dietary Liaison of non-compliant inmates that refuse their prescribed diets for more than three (3) consecutive dates.<br><br>• The Monitor will review the signed dietary signature sheets from the Food Service Liaison at the complex or IRs showing non-compliance with diets.  The Monitor will utilize the first ten (10) inmate charts from the list and review eOMIS for a nutritional counseling note or under Scanned Documents for a completed refusal form. |

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

**CGAR Category: Mental Health (C) 01**

| Performance Measure: |
| --- |
| All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.* |

| CGAR Question: |
| --- |
| Are all MH-3 prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within thirty days or less. If the preceding contact was more than thirty days, then "TF" is recorded and it is coded as non-compliant. If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 74
Stipulation Category: Mental Health (02)

### CGAR Category: Mental Health (C) 02

**Performance Measure:**

All female inmates shall be seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum.

**CGAR Question:**

Are all female prisoners being seen by a licensed mental health clinician within five (5) working days of return from a hospital post-partum?

**Source of Records/Review:**

Inpatient Hospital Report.

**Methodology:**

- If there are more than ten (10) post-partum women during the monitored month, then the inpatient hospital report will be randomized, and up to ten (10) post-partum women will be reviewed.  Otherwise, all post-partum women will be reviewed for compliance.

- Determine the date the inmate arrived back at the facility by either (1) reviewing the external Movement Screen in AIMS (DI24, Shift + F5), (2) in eOMIS, from the Prison tab, clicking on the shortcuts "Population Tracking", and clicking on the link "External Movements, or (3) checking "Return from Offsite" note in eOMIS under Nursing Encounters.

- Then review eOMIS, in the Mental Health tab, to determine if the inmate was seen within five (5) business days of arriving back from the hospital.

- Then ensure that the contact was completed by a licensed mental health clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 75
Stipulation Category: Mental Health (03)

## CGAR Category: Mental Health (C) 03

| Performance Measure: |
|---|
| A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. |

| CGAR Question: |
|---|
| Is a mental health assessment of a prisoner during initial intake being completed by a mental health staff by the end of the second full day after the prisoner's arrival into ADC? |

| Source of Records/Review: |
|---|
| Intake Log from Phoenix, Perryville, Tucson-Minors, and Eyman-Condemned Row (randomized). |

**Methodology:**

- Ten (10) records (if available) at each of the required reception areas will be reviewed.

- Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

- Then review eOMIS, in the Mental Health tab, to determine if they were seen by a mental health staff member by the end of their second full day.  Generally, the contact will be categorized as an "Intake."

- Also, record whether the contact was completed by a licensed clinician or by another mental health staff member.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 76
Stipulation Category: Mental Health (04)

## CGAR Category: Mental Health (C) 04

| |
|---|
| **Performance Measure:**<br><br>If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within 14 days of his or her arrival into ADC. |
| **CGAR Question:**<br><br>If the initial mental health assessment of a prisoner during initial intake is not performed by a licensed mental health staff, are the prisoners being seen by a mental health clinician within 14 days of his or her arrival into ADC? |
| **Source of Records/Review:**<br><br>Review any of the inmates from HC PM #75 who were seen by the end of the second full day but were not seen by a licensed clinician. |
| **Methodology:**<br><br>• Of the records reviewed in HC PM #75, if any of the initial mental health evaluations were not completed by a licensed mental health clinician, then the record will be re-reviewed in 20 days for compliance with this performance measure. If the initial 14 days for PM #76 extend into the following month, it will be coded as a "0" and automatically placed on the review for the next calendar month.<br><br>• Review the Movement Screen in AIMS (DI24, Shift + F5) to determine the date the inmate arrived in ADC custody.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)<br><br>• Review eOMIS, in the Mental Health tab, to determine if the inmate had an additional contact by a mental health clinician within 14 days of their arrival.  A monthly list of mental health clinicians is obtained from the health services contractor.<br><br>A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note,  scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. |

Draft Revised: 11/14/16

P E R F O R M A N C E   M E A S U R E S



Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

## CGAR Category: Mental Health (C) 05

**Performance Measure:**

Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners.

**CGAR Question:**

Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners?

**Source of Records/Review:**

Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #87, #89 and #92.

**Methodology:**

- All records reviewed for HC PMs ##73, 80, 82, 84, 85, 87, 89, and 92 will also be reviewed for compliance with this performance measure.  An additional 10 randomly selected MH 3E records (if available) will be reviewed from each unit and added into the overall compliance for this measure.

- Review AIMS (DI85 screen) to determine when the inmate was designated their mental health score and subcategory.

- Review eOMIS, in the Mental Health tab, for the most recent treatment plan.

- If the treatment plan update occurs in the reporting month, then look back to the previous treatment plan to determine if it was completed within 90 days or less (or 12 months if applicable).  If the previous treatment plan was more than 90 days (or 12 months if applicable), then "TF" is recorded and it is coded as non-compliant.

- If the treatment plan update occurred in any month prior to the reporting month, then determine if the treatment plan was completed 90 days or less (or 12 months if applicable) from the last day of the reporting month.  Record the date of the most recent treatment plan.  If the most recent treatment plan is more than 90 days (or 12 months if applicable) from the last day of the reporting month, then it is coded as non-compliant.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the

103

**PERFORMANCE MEASURES**

inmate's movement).



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 78
Stipulation Category: Mental Health (06)

## CGAR Category: Mental Health (C) 06

| Performance Measure: |
|---|
| All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |

| CGAR Question: |
|---|
| Are mental health treatment plans updates being completed after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician? |

| Source of Records/Review: |
|---|
| All records reviewed for HC PM #77 will be reviewed if the treatment plan was updated during the monitored month. |

| Methodology: |
|---|
| • All records reviewed for HC PM #77, in which the treatment plan was updated in the monitored month, will also be reviewed for a face-to-face SOAPE note by a mental health provider or mental health clinician dated the same date if it was updated. <br><br> • A face-to-face contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), individual note, group note (if indicating that the inmate was seen individually after the group), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. <br><br> • Review eOMIS, in the Mental Health tab, to see if there is both a treatment plan and contact on the same day. |

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 79
Stipulation Category: Mental Health (07)

## CGAR Category: Mental Health (C) 07

| |
|---|
| **Performance Measure:**<br><br>If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. |
| **CGAR Question:**<br><br>If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? |
| **Source of Records/Review:**<br><br>The same inmate charts that are reviewed for HC PM #77. |
| **Methodology:**<br><br>• For all records reviewed for HC PM #77, who are also on psychotropic medications and seen by a psychiatric provider in the monitored month, will be reviewed for the provider indicating that they reviewed the treatment plan.<br><br>• Review eOMIS, in the Mental Health tab, to determine if the inmate was seen by Psychiatry during the monitored month.<br><br>• If they were seen during the monitored month, then look in the note written by the Psychiatric provider to see if they indicated that they reviewed the treatment plan. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.<br><br>• If there is no treatment plan for them to review, this performance measure will be recorded as not applicable "N/A" and coded with a 0.<br><br>• If the Provider documents that the treatment plan has been reviewed, and no treatment plan is available in the EHR, the measure will be coded as noncompliant. Additionally, it will also be coded as noncompliant if the treatment plan reviewed was from a prior incarceration or there was no treatment plan to review. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

### CGAR Category: Mental Health (C) 08

| Performance Measure: |
| --- |
| MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician. |

| CGAR Question: |
| --- |
| Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group contact, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 30 days or less.  If the preceding contact occurred more than 30 days before, then "TF" is recorded and it is coded as non-compliant.  If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

## CGAR Category: Mental Health (C) 09

| **Performance Measure:** |
| --- |
| MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. |

| **CGAR Question:** |
| --- |
| Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? |

| **Source of Records/Review:** |
| --- |
| Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to:  scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, then look to see if the preceding psychiatry contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If the contact occurred in any month prior to the monitored month, check if the inmate was seen 90 ninety days or less before the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

## CGAR Category: Mental Health (C) 10

| |
|---|
| **Performance Measure:** |
| MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |
| **CGAR Question:** |
| Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less.  If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then looked to see if the previous contact was completed 90 days or less from the last day of the monitored month.  The date of the last contact is recorded.  If the most recent contact was more than 90 days before the last day of the monitored month, then it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

**CGAR Category: Mental Health (C) 11**

**Performance Measure:**

MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days.

**CGAR Question:**

Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days?

**Source of Records/Review:**

The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications.

**Methodology:**

- The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B.

- A mental health provider[1] contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".

- If the most recent psychiatry contact occurred in the monitored month, then compare that date to the preceding psychiatry contact.  If these two contacts are 90 days or less apart, then record the most recent contact date and it is coded as compliant.  If these two contacts are more than 180 days apart, then record "TF" as the date and it is coded as non-compliant.

- If the most recent psychiatry contact occurred in the monitored month and the preceding

---

[1]   Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

111

contact occurred between 90 and 180 days from that date, then follow the steps below to determine the prevailing diagnosis.

- If the most recent psychiatry contact did not occur in the monitored month, then look to see if it occurred 90 days or less from the last day of the monitored month.  If it did occur within 90 days, then record the date of the contact and it is coded as compliant.  If the most recent contact occurred more than 180 days from the last day of the monitored month, then record the date and it is coded as non-compliant.

- If the most recent psychiatry contact occurred between 90 and 180 days from the last day of the monitored month, then follow the steps below to determine the prevailing diagnosis.

- Determining the Prevailing Diagnosis:  First look at the most recent psychiatry contact that did not occur in the monitored month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month.  If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis:  If there is more than one diagnosis listed in the document used for the prevailing diagnosis, then all diagnoses from that specific date are reviewed.  First record an "N" if the diagnosis(es) is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

## CGAR Category: Mental Health (C) 12

| |
|---|
| **Performance Measure:**<br><br>MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |
| **CGAR Question:**<br><br>Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) will be selected for review at each yard.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 180 days. If the preceding contact occurred more than 180 days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 180 days or less before the last day of the monitored month. If the most recent contact is more than 180 days from the last day of the monitored month, then the date of the contact is recorded and it is coded as non-compliant.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? |
| **Source of Records/Review:**<br><br>MH 3D Log (Randomized) |

| |
|---|
| **Methodology:**<br><br>• Ten (10) records (if available) with medication discontinuation follow up contacts due or completed in the monitored month will be selected for review at each yard.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br><br>• Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.  Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued.  This date is recorded on the spreadsheet.<br><br>• If the medications were discontinued in any month prior to the monitored month, then look to see if the required subsequent psychiatric contact has occurred.  If the subsequent contact occurred in any month prior to the monitored month, then it will be coded with a 0.  If the subsequent contact has not yet occurred but should have been completed by the last day of the monitored month, then it will be coded as non-compliant.<br><br>• If the subsequent contact occurred in the monitored month, then look to see if it is no more than 30 days after the discontinuation date.  If the subsequent contact occurred more than 30 days after the discontinuation date, then it will be coded as non-compliant.<br><br>• If the medications were discontinued after February 2015, and the subsequent contact still has not occurred, then it is coded as noncompliant. |

114

**PERFORMANCE MEASURES**

- If the inmate has not been on medications during this incarceration, then "N/A" will be recorded and it will be coded with a 0.

- If the medications were discontinued in the monitored month, and no follow up has yet occurred, then the date of the discontinuation will be recorded and it will be coded with a 0. If the subsequent contact occurred later in the monitored month, then it will be coded as compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Health Care Performance Measure No. 86
Stipulation Category: Mental Health (14)

### CGAR Category: Mental Health (C) 14

| Performance Measure: |
| --- |

MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.

| CGAR Question: |
| --- |

Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication?

| Source of Records/Review: |
| --- |

Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85.

| Methodology: |
| --- |

- All of the records from HC PM #85 will be reviewed for this PM.  If ten (10) records were not located for PM #85, then the required number of records will be reviewed from the MH 3D Log for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

- Review eOMIS under the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the contact occurred in the monitored month, then look to see if the preceding contact occurred 90 days or less.  If the preceding contact was more than 90 days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then look to see if the most recent contact occurred 90 days or less from the last day of the monitored month.  If it the two dates are more than 90 days apart, then the date of the most recent contact is recorded and it is coded

as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 11/14/16

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

## CGAR Category: Mental Health (C) 15

| |
|---|
| **Performance Measure:** <br><br> MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. |
| **CGAR Question:** <br><br> Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every 30 days? |
| **Source of Records/Review:** <br><br> AIMS DA14 Batch Report (randomized). |
| **Methodology:** <br><br> • Ten (10) records (if available) will be selected for review at each residential program. <br><br> • Review AIMS (DI85 screen) to determine when the inmate was designated MH 4. <br><br> • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. <br><br> • If the individual contact occurred in the monitored month, then look to see if the preceding contact occurred within 30 days or less.  If the preceding contact occurred more than 30 days before, then "TF" is recorded and it is coded as non-compliant. <br><br> • If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant. <br><br> • If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

## CGAR Category: Mental Health (C) 16

| |
|---|
| **Performance Measure:**<br><br>MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |
| **CGAR Question:**<br><br>Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |
| **Source of Records/Review:**<br><br>The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |
| **Methodology:**<br><br>• The same records from HC PM #87 will be reviewed for this PM<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 4.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.<br><br>• If the contact occurred in the monitored month, then look to see if the preceding contact occurred within 90 days or less. If the preceding contact occurred more than 90 days before, then "TF" is recorded and it is coded as non-compliant.<br><br>• If the contact occurred in any month prior to the monitored month, look to see if the inmate was seen 90 days or less before the last day of the monitored month. If the two dates are more than 90 days apart, then the date of the most recent psychiatry contact is recorded and it is coded as non-compliant.<br><br>• If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

P E R F O R M A N C E   M E A S U R E S

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

## CGAR Category: Mental Health (C) 17

| Performance Measure: |
| --- |
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |

| CGAR Question: |
| --- |
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

| Methodology: |
| --- |
| <ul><li>Ten (10) records (if available) will be selected for review at each unit with an inpatient program.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.</li><li>Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.</li><li>Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred. The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have occurred for each unit.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).</li></ul> |

120

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

**CGAR Category: Mental Health (C) 18**

---

**Performance Measure:**

MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days.

---

**CGAR Question:**

Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every 30 days?

---

**Source of Records/Review:**

The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications.

---

**Methodology:**

- The records reviewed for HC PM #89 will be reviewed for this PM.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within 30 days or less.  If the preceding contact was more than 30 days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the most recent contact is recorded and it is coded as non-compliant.

- If the inmate is not currently on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 91
Stipulation Category: Mental Health (19)

## CGAR Category: Mental Health (C) 19

| **Performance Measure:** |
|---|
| MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. |

| **CGAR Question:** |
|---|
| Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? |

| **Source of Records/Review:** |
|---|
| The same inmates reviewed for HC PM #89 will also be reviewed for compliance with this PM. |

| **Methodology:** |
|---|
| • The inmates who were reviewed for HC PM #89 will also be reviewed for compliance with this PM. Review AIMS (DI85 screen) to determine when the inmate was designated MH 5. <br><br> • Review eOMIS, in the Mental Health tab, and determine whether there is a clinical note by a clinician or provider for every day that the inmate was determined to be actively psychotic or suicidal on a continuous watch. <br><br> • A contact may be documented in various locations in eOMIS, including the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. <br><br> • If the inmate is not on a continuous watch any day during the month, then "N/A" will be recorded and it will be coded with a 0. <br><br> • If the inmate is on a continuous watch for any day during the monitored month, then the total number of days in compliance will be recorded and the total number of contacts that should have occurred will be recorded.  The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have occurred for each unit. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

**CGAR Category: Mental Health (C) 20**

| |
|---|
| **Performance Measure:** <br><br> MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. |
| **CGAR Question:** <br><br> Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? |
| **Source of Records/Review:** <br><br> AIMS DA14 Batch Report (randomized). |

**Methodology:**

- The first ten (10) records (if available) will be selected for review at each maximum custody unit.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If the contact occurred in the monitored month, look to see if the preceding contact occurred within 30 days or less.  If the preceding contact occurred more than 30 days before, then "TF" is recorded and it is coded as non-compliant.

- If there is no contact in the monitored month, then the date of the last contact is recorded and it is coded as non-compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)

124

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 93
Stipulation Category: Mental Health (21)

**CGAR Category: Mental Health (C) 21**

| |
|---|
| **Performance Measure:**<br><br>Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. |
| **CGAR Question:**<br><br>Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? |
| **Source of Records/Review:**<br><br>The records for the same inmates reviewed for HC PM #92. |
| **Methodology:**<br>• Review the same records from HC PM #92 for compliance with this PM.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.<br><br>• Review eOMIS, in the Mental Health tab, for all of the rounds completed by the appropriate mental health staff, not to include LPNs.<br><br>• In order to be compliant, there needs to be one contact for each calendar week (Sunday-Saturday) for every full week that the inmate was in maximum custody.  A contact may be documented in various locations in eOMIS, including the following locations: segregation visit or health and welfare visit.<br><br>• Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for each unit and divided by the total number of contacts that should have occurred for each unit.<br><br>• If there is a gap in rounds, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

Health Care Performance Measure No. 94
Stipulation Category: Mental Health (22)

### CGAR Category: Mental Health (C) 22

| Performance Measure: |
|---|
| All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. |
| **CGAR Question:** |
| Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? |
| **Source of Records/Review:** |
| Suicide Watch Log (randomized). |
| **Methodology:** |
| <ul><li>A minimum of ten (10) records (if available) per complex will be reviewed, except ASPC Eyman where twenty records will be reviewed.</li><li>Review eOMIS under the Nursing Favorites tab for the required clinical note(s) documenting interaction by a licensed clinician (or RN on a weekend or holiday) for every day that an inmate was on watch during the monitored month.  A contact note may be found in various locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, and suicide watch (refusal, lockdown, or conducted in confidential setting).</li><li>Also, verify that the contacts completed during normal business days were completed by a licensed clinician.  A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.</li><li>The date) the inmate was placed on watch will be recorded.  The date the inmate was discontinued from watch will be recorded (or "N/A" if the inmate is on watch beyond the last day of the monitored month).  Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided by the total number of contacts that should have occurred for the complex.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 95
Stipulation Category: Mental Health (23)

## CGAR Category: Mental Health (C) 23

| |
|---|
| **Performance Measure:**<br><br>Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven (7) and ten (10) days after discontinuation, and between 21 and 24 days after discontinuation of the watch. |
| **CGAR Question:**<br><br>Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff?  Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between seven (7) and ten (10) days, and between 21 and 24 days after discontinuation of the watch? |
| **Source of Records/Review:**<br><br>Suicide Watch Log (randomized). |
| **Methodology:**<br><br>• Review a minimum of ten (10) inmate (if available) per complex, except at ASPC-Eyman, where twenty records will be reviewed.<br><br>• Review eOMIS under the Mental Health tab for the required watch follow-up note(s).  A watch follow-up note may be found in a variety of locations in eOMIS, including, but not limited to, the following locations: individual contact, segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, scheduled psychiatry, unscheduled psychiatry, and initial psychiatric evaluation.<br><br>• Record the date the watch was discontinued.  Determine whether the watch follow-up note(s) occurred during the required time frame for any inmate who should have had a watch follow-up contact during the monitored month. Record the total number of contacts that are in compliance and then record the total number of contacts that should have occurred.  The number of contacts in compliance will be totaled for the complex and divided by the total number of contacts that should have occurred for the complex. |

Draft Revised: 11/14/16

- Verify that the clinician, who discontinued the watch (during the monitored month), was a licensed clinician. A monthly list of licensed mental health clinicians will be provided by the Contracted Vendor.

- Verify that each watch follow up contact was completed by a mental health provider, mental health clinician, or psychiatric registered nurse. A monthly list of all mental health staff will be provided by the Contacted Vendor.

- If the follow up was not due during the monitored month, then "N/A" will be recorded. If the follow up contact occurred at another complex, then "N/A" will be recorded.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 96
Stipulation Category: Mental Health (24)

## CGAR Category: Mental Health (C) 24

| |
|---|
| **Performance Measure:** |
| A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above. |

| |
|---|
| **CGAR Question:** |
| Are reentry/discharge plans established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above? |

| |
|---|
| **Source of Records/Review:** |
| DA04 AIMS Batch Report at each Complex. |

**Methodology:**
- Ten (10) records (if available) per yard of prisoners releasing in the next 30 days will be reviewed.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher.

- Review eOMIS, in the Mental Health tab, for prior release plans. The release plan will be coded compliant if it was done 30 days or more before the inmate's release date. If there is no release plan or if the release plan is dated less than 30 days before the inmate's release date, then it will be coded as non-compliant. The date the release plan was completed and the date of the inmate's release will both be recorded.

- Review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate was incarcerated for less than 30 days or on the mental health caseload for less than 30 days from the anticipated release date, then "N/A" will be recorded and it will be coded with a 0.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 97
Stipulation Category: Mental Health (25)

## CGAR Category: Mental Health (C) 25

| |
|---|
| **Performance Measure:**<br><br>A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. |
| **CGAR Question:**<br><br>Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? |
| **Source of Records/Review:**<br>Telepsychiatry Logs (randomized). |
| **Methodology:**<br><br>• Ten (10) records (if available) from each yard utilizing telepsychiatry will be reviewed for compliance with this performance measure.<br><br>• Review eOMIS, in the Mental Health tab, for any non-clinical contact note which contains the required documents needing to be scanned in and indicates where the rest of the documents can be located.<br><br>• Then, verify that each required document was either already in eOMIS or was scanned in for the provider to review prior to the appointment with the provider.<br><br>• The paper file will also be reviewed (if necessary) for any missing required documentation to ascertain whether the document exists or not.<br><br>• If the required document does not exist (psychiatry notes, labs, etc.), then that document is marked as "N/A".  This performance measure is determined to be compliant if available Medical Records were made available to the Psychiatric Provider. |

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 98
Stipulation Category: Mental Health (26)

**CGAR Category: Mental Health (C) 26**

| |
|---|
| **Performance Measure:** |
| Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. |

| |
|---|
| **CGAR Question:** |
| Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0? |

| |
|---|
| **Source of Records/Review:** |
| HNR Log (randomized). |

| |
|---|
| **Methodology:** |

- Review ten (10) records (if available) from each yard for compliance with this performance measure.

- If the HNR is determined to be an emergent mental health issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen immediately by nursing staff or a mental health clinician/provider upon receipt of the HNR.

- If the HNR is determined to be an urgent medication issue, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen by nursing staff or a mental health clinician/provider within 24 hours after the  triage of the HNR.

- If the HNR is determined to be an urgent non-medication issue describing serious mental health symptoms, then review Heath Service encounters under the Nursing tab, to determine if the inmate was seen by either nursing or mental health staff within 24 hours after the receipt of the HNR.

- If the HNR is related to routine non-medication issues, then determine if the inmate was seen or responded to by appropriate mental health staff with a specific plan within five (5) business days of the date nursing triaged the HNR.  Review any response notes on the Mental Health HNRs in Scanned Documents.  If there are no response on the HNR, then review Health Service encounters in the Nursing tab, to determine if the inmate was seen within five (5) business days of the HNR triage date.  These encounters may be found in a variety of locations in eOMIS, including, but not limited to: individual contact,

segregation visit (refusal or lockdown), treatment plan, scheduled sick call, unscheduled sick call, or suicide watch (refusal, lockdown, or conducted in confidential setting).

- Inmates with routine medication issues will be referred to a psychiatric provider, and seen within 14 days.  To determine whether or not there is a medication issue, the inmate may need to be seen by nursing or mental health staff.  This contact must occur within five (5) business days.  Review any written response in section IV on the HNR to determine if there was a direct referral to a Psychiatric provider.  If the inmate was seen by nursing or mental health staff, then review the encounter documentation to determine whether the inmate was referred to a psychiatric provider.

- For inmates who are referred to a psychiatric provider for routine medication issues, then determine whether the inmate was seen by a psychiatric provider within 14 calendar days from the date of the referral.

- The following will be recorded (when applicable):  type of HNR (E/U/R), type of issue (Medication/Non-mediation), date of receipt,  date of triage, date of response, date of required contact(s), and referral/no referral.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 99
Stipulation Category: Mental Health (27)

## CGAR Category: Mental Health (C) 27

| |
|---|
| **Performance Measure:**<br><br>Peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. |
| **CGAR Question:**<br><br>Are peer reviews being conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0? |
| **Source of Records/Review:**<br><br>Peer Review Report. |
| **Methodology:**<br><br><ul><li>Sort and separate the report by Complex.</li><li>Sort each Complex by hire date.  Providers/clinicians employed less than one year are exempt from review.</li><li>For peer reviews completed in the monitored month, review each provider's/clinician's hire date compared to their completed annual peer review date to ensure that no more than one year has elapsed.  If the peer review was completed more than one year after the previous review, then this provider/clinician will be coded as non-compliant.</li><li>For all peer reviews completed in any month other than the audit month, the review needs to have been completed no more than 12 months from the last day of the monitored month.</li><li>The review includes PRN and locum tenens providers/clinicians, who are eligible for review if employed for at least one year.</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 100
Stipulation Category: Dental (01)

### CGAR Category: Dental (C) 01

| |
|---|
| **Performance Measure:**<br><br>Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. |
| **CGAR Question:**<br><br>Are prisoners who are on the routine dental care list not being removed (staying on the list) if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Scheduling Reports and Routine Care Lists. |
| **Methodology:**<br><br>• <br>• <br>• Pull and save the routine care appointment list for the first day of the monitored month for each complex.<br>• Pull and save the routine care appointment list for the first day of the month immediately following the monitored month for each complex.<br>• Run a Scheduling Report for each complex for the monitored month, filter the Scheduling Report by specialty to select only Urgent Care, randomize, and select the first ten inmates per yard.<br>• Run an additional Scheduling Report for each complex for the monitored month and sort by inmate number.<br>• For each of the randomly selected inmates who received an Urgent Care visit during the monitored month, check to see if the inmate was on the routine care appointment list for the first day of the monitored month.<br>• If the inmate was not on the routine care list for the first day of the monitored month, the chart is excluded from review, and a new chart is selected. |

135

**PERFORMANCE MEASURES**

- If the inmate was on the routine care list for the first day of the monitored month, check whether the inmate was still on the routine case list on the first day of the month immediately following the monitored month.

- If the inmate was no longer on the routine care list on the first day of the month immediately following the monitored month, check whether the inmate was seen for a routine care visit (denoted on the Scheduling Report as scaling or restorations) during the monitored month. If so, the chart is compliant for this measure. If not, the chart is noncompliant for this measure.

- If the inmate was still on the routine care list on the first day of the month immediately following the monitored month, the chart is compliant for this measure.

Draft Revised: 11/14/16

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 101
Stipulation Category: Dental (02)

## CGAR Category: Dental (C) 02

| |
|---|
| **Performance Measure:**<br><br>Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. |
| **CGAR Question:**<br><br>Are dental assistants taking inmate histories and vital signs and dental radiographs (as ordered) by the Dentist? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will review the Appointment Lists for the monitored month and randomly select ten (10) inmate names/numbers to see if there is a history, vital signs, and an order for dental radiographs by the Dentist.  If there was an order for dental radiographs, the Monitor will review the entry in eOMIS pertaining to that specific visit and see if the radiographs were completed as ordered. |

137

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 102
Stipulation Category: Dental (03)

## CGAR Category: Dental (C) 03

| |
|---|
| **Performance Measure:**<br><br>Routine dental care wait times will be no more than 90 days from the date the HNR was received. |
| **CGAR Question:**<br><br>Are routine dental care wait times no more than 90 days from the date the HNR was received? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will select the first ten (10) inmates on the appointment lists (routine) and make sure that routine dental care wait times are no more than 90 days from the date the HNR was received. |

138

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 103
Stipulation Category: Dental (04)

## CGAR Category: Dental(C) 04

| |
|---|
| **Performance Measure:**<br><br>Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received. |
| **CGAR Question:**<br><br>Are urgent dental care wait times, as determined by the contracted vendor, no more than 72 hours from the date the HNR was received by dental? |
| **Source of Records/Review:**<br><br>Correctional Dental Software (CDS) Report (randomized). |
| **Methodology:**<br><br>• Randomize the CDS Report and provide it provide to the Dental Monitor (HSCMB) or Designee.<br><br>• The Monitor will select the first ten (10) inmates on the appointment lists (urgent) and make sure that urgent dental care wait times are no more than 72 hours from the date the HNR was received by dental. |

**PERFORMANCE MEASURES**

# Appendix A: Definitions

| TERM | DEFINITION |
|---|---|
| Active labor & delivery | Contractions lasting 45-60 seconds and being 3 to 4 minutes apart |
| ASPC | Arizona State Prison Complex. ASPC- Safford includes Ft. Grant. ASPC-Florence includes Globe. ASPC-Winslow includes Apache. |
| ATP | Alternate Treatment Plan |
| Basic Life Support | Use of an AED or performance of CPR |
| Chronic Disease | Chronic diseases include the following:<br>• diabetes<br>• HIV/AIDs<br>• cancer<br>• hypertension<br>• Respiratory disease (for example, COPD / asthma / cystic fibrosis)<br>• Seizure Disorder<br>• heart disease<br>• sickle cell disease<br>• Hepatitis C<br>• Tuberculosis<br>• Neurological disorders (Parkinson's, multiple sclerosis, myasthenia gravis, etc.)<br>• Cocci (Valley Fever)<br>• End-Stage Liver Disease<br>• Hyperlipidemia<br>• Renal Diseases<br>• Blood Diseases (including those on anticoagulants (or long term >six months))<br>• Rheumatological Diseases (including lupus, rheumatoid arthritis)<br>• Hyperthyroidism<br>• Crohn's Disease |

**PERFORMANCE MEASURES**

| TERM | DEFINITION |
|------|-----------|
| Contracted Vendor | For purposes of this agreement, contracted vendor refers directly to Corizon Health and its subcontractors, or any successor contractor/subcontractor. |
| CQI | Continuous Quality Improvement |
| Diagnostic Service | Lab draws and specimen collections, X-rays, vision testing, and hearing testing |
| DOT | Direct-observation therapy (watch-swallow) (medications) |
| Effective date of the Stipulation | The date on which the Court grants final approval to the Stipulation. |
| Emergency | (Requiring Basic Life Support). An incident requiring the use of an AED or performance of CPR. |
| Encounter | Interaction between a patient and a qualified healthcare provider that involves treatment and/or exchange of confidential information. |
| Healthcare staff | Includes QHCPs as well as administrative and support staff (e.g. health record administrators, lab techs, nursing and medical assistants and clerical workers). |
| HNR | Health Needs Request |
| HSCMB | ADC's Health Services Compliance Monitoring Bureau |
| IPC | Inpatient Component / Infirmary beds |
| IR | Information Report |
| KOP | Keep-on-person (medications) |
| Licensed | Healthcare staff who hold an active and unrestricted license in the State of Arizona in the relevant professional discipline. |
| MAR | Medication Administration Record |
| Medical Provider | Physician, Dentist, Nurse Practitioner, Physician's Assistant-C.  Any health care practitioner who has been duly empowered by the State of Arizona to write prescriptions. |
| Mental Health Clinician | Psychologist, Psychology Associate |
| Mental Health Provider | Psychiatrist, Psychiatry Nurse Practitioner |
| Mental Health Staff | Includes QHCP's who have received instruction and supervision in identifying and interacting with individuals in need of mental health services. |
| MH-1 (Mental Health 1) | Inmates who have no history of mental health issue or treatment. |

PERFORMANCE MEASURES

| TERM | DEFINITION |
|------|------------|
| MH-2 (Mental Health 2) | Inmates who do not currently have mental health needs and are not currently in treatment but have had treatment in the past. |
| MH-3 (Mental Health 3) | Inmates with Mental Health needs, who require current outpatient treatment. Inmates meeting this criterion will be divided into four (4) categories. These categories may change during each interaction with the inmate as their condition warrants. |
| MH-3A (Mental Health 3A) | Inmates in acute distress who may require substantial intervention in order to remain stable. Inmates classified as SMI in ADC and/or the community will remain a Category MH-3A (or MH-4 or MH-5 if in specialized mental health program). |
| MH-3B (Mental Health 3B) | Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. |
| MH-3C (Mental Health 3C) | Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. These inmates participate in psychiatric interventions only. |
| MH-3D (Mental Health 3D) | Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. |
| MH-4 (Mental Health 4) | Inmates who are admitted to a specialized mental health program as identified in the Mental Health Technical Manual outside of inpatient treatment areas. |
| MH-5 (Mental Health 5) | Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and Flamenco). |
| Prenatal screening tests | GA/Preg, RPR, HIV, HEP, B & C, CBC, CMP (standardized lab panel), Urine, Rubella, ABO RH & Antibody |
| Psychology Associate | A mental health clinician who has a master's or doctoral-level degree in a mental health discipline, but is not a licensed psychologist. |
| Qualified Health Care Professional (QHCP) | Physicians, Physician Assistants, Dentists, nurses, nurse practitioners, dentists, mental health professionals, and others, who by virtue of their education, credentials/license, and experience are permitted by law to evaluate and care for patients. |
| Regular Business Hours | Monday through Friday, 0800 am -1600 pm or similar 8-hour time frame; excluding weekends and holidays. |

Draft Revised: 11/14/16

**PERFORMANCE MEASURES**

| TERM | DEFINITION |
|------|------------|
| "Seeing a provider"/ seen/ "seen by" | Interaction between a patient and a Medical Provider, Mental Health Provider or Mental Health Clinician that involves a treatment and/or exchange of information in a confidential setting. With respect to Mental Health staff, means an encounter that takes place in a confidential setting outside the prisoner's cell, unless the prisoner refuses to exit his or her cell for the encounter |
| SMI | According to a licensed mental health clinician or provider, possessing a qualifying mental health diagnosis as indicated on the SMI Determination Form (#1103.13) as well as a severe functional impairment directly relating to the mental illness. All inmates determined to be SMI in the community shall also be designated as SMI in ADC. All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will be designated a MH-3A, MH-4, or MH-5 based on their current program placement. |
| SNO | Special Needs Order |
| Specialized Medical Housing | Infirmary beds (IPC) |

# DSM-5
# Classification

Before each disorder name, ICD-9-CM codes are provided, followed by ICD-10-CM codes in parentheses. Blank lines indicate that either the ICD-9-CM or the ICD-10-CM code is not applicable. For some disorders, the code can be indicated only according to the subtype or specifier.

ICD-9-CM codes are to be used for coding purposes in the United States through September 30, 2014. ICD-10-CM codes are to be used starting October 1, 2014.

Following chapter titles and disorder names, page numbers for the corresponding text or criteria are included in parentheses.

**Note for all mental disorders due to another medical condition:** Indicate the name of the other medical condition in the name of the mental disorder due to [the medical condition]. The code and name for the other medical condition should be listed first immediately before the mental disorder due to the medical condition.

## Neurodevelopmental Disorders (31)

### Intellectual Disabilities (33)

| | | |
|---|---|---|
| 319 | (__.__) | Intellectual Disability (Intellectual Developmental Disorder) (33) |
| | | *Specify* current severity: |
| | (F70) | Mild |
| | (F71) | Moderate |
| | (F72) | Severe |
| | (F73) | Profound |
| 315.8 | (F88) | Global Developmental Delay (41) |
| 319 | (F79) | Unspecified Intellectual Disability (Intellectual Developmental Disorder) (41) |

### Communication Disorders (41)

| | |
|---|---|
| 315.39 (F80.9) | Language Disorder (42) |
| 315.39 (F80.0) | Speech Sound Disorder (44) |
| 315.35 (F80.81) | Childhood-Onset Fluency Disorder (Stuttering) (45) |
| | **Note:** Later-onset cases are diagnosed as 307.0 (F98.5) adult-onset fluency disorder. |
| 315.39 (F80.89) | Social (Pragmatic) Communication Disorder (47) |
| 307.9 (F80.9) | Unspecified Communication Disorder (49) |

## Autism Spectrum Disorder (50)

**299.00 (F84.0)**   Autism Spectrum Disorder (50)

*Specify* if: Associated with a known medical or genetic condition or environmental factor; Associated with another neurodevelopmental, mental, or behavioral disorder

*Specify* current severity for Criterion A and Criterion B: Requiring very substantial support, Requiring substantial support, Requiring support

*Specify* if: With or without accompanying intellectual impairment, With or without accompanying language impairment, With catatonia (use additional code 293.89 [F06.1])

## Attention-Deficit/Hyperactivity Disorder (59)

**___.__ (__.__)**   Attention-Deficit/Hyperactivity Disorder (59)

*Specify* whether:

**314.01 (F90.2)**       Combined presentation

**314.00 (F90.0)**       Predominantly inattentive presentation

**314.01 (F90.1)**       Predominantly hyperactive/impulsive presentation

*Specify* if: In partial remission
*Specify* current severity: Mild, Moderate, Severe

**314.01 (F90.8)**   Other Specified Attention-Deficit/Hyperactivity Disorder (65)

**314.01 (F90.9)**   Unspecified Attention-Deficit/Hyperactivity Disorder (66)

## Specific Learning Disorder (66)

**___.__ (__.__)**   Specific Learning Disorder (66)

*Specify* if:

**315.00 (F81.0)**       With impairment in reading (*specify* if with word reading accuracy, reading rate or fluency, reading comprehension)

**315.2 (F81.81)**       With impairment in written expression (*specify* if with spelling accuracy, grammar and punctuation accuracy, clarity or organization of written expression)

**315.1 (F81.2)**       With impairment in mathematics (*specify* if with number sense, memorization of arithmetic facts, accurate or fluent calculation, accurate math reasoning)

*Specify* current severity: Mild, Moderate, Severe

## Motor Disorders (74)

**315.4 (F82)**   Developmental Coordination Disorder (74)

**307.3 (F98.4)**   Stereotypic Movement Disorder (77)

*Specify* if: With self-injurious behavior, Without self-injurious behavior
*Specify* if: Associated with a known medical or genetic condition, neurodevelopmental disorder, or environmental factor
*Specify* current severity: Mild, Moderate, Severe

### Tic Disorders

**307.23 (F95.2)**   Tourette's Disorder (81)

**307.22 (F95.1)**   Persistent (Chronic) Motor or Vocal Tic Disorder (81)

*Specify* if: With motor tics only, With vocal tics only

**307.21 (F95.0)**   Provisional Tic Disorder (81)

**307.20 (F95.8)**   Other Specified Tic Disorder (85)

**307.20 (F95.9)**   Unspecified Tic Disorder (85)

## Other Neurodevelopmental Disorders (86)

**315.8 (F88)**   Other Specified Neurodevelopmental Disorder (86)

**315.9 (F89)**   Unspecified Neurodevelopmental Disorder (86)

---

# Schizophrenia Spectrum and Other Psychotic Disorders (87)

---

The following specifiers apply to Schizophrenia Spectrum and Other Psychotic Disorders where indicated:

[a]*Specify* if: The following course specifiers are only to be used after a 1-year duration of the disorder: First episode, currently in acute episode; First episode, currently in partial remission; First episode, currently in full remission; Multiple episodes, currently in acute episode; Multiple episodes, currently in partial remission; Multiple episodes, currently in full remission; Continuous; Unspecified

[b]*Specify* if: With catatonia (use additional code 293.89 [F06.1])

[c]*Specify* current severity of delusions, hallucinations, disorganized speech, abnormal psychomotor behavior, negative symptoms, impaired cognition, depression, and mania symptoms

**301.22 (F21)**   Schizotypal (Personality) Disorder (90)

**297.1 (F22)**   Delusional Disorder[a, c] (90)
   *Specify* whether: Erotomanic type, Grandiose type, Jealous type, Persecutory type, Somatic type, Mixed type, Unspecified type
   *Specify* if: With bizarre content

**298.8 (F23)**   Brief Psychotic Disorder[b, c] (94)
   *Specify* if: With marked stressor(s), Without marked stressor(s), With postpartum onset

**295.40 (F20.81)**   Schizophreniform Disorder[b, c] (96)
   *Specify* if: With good prognostic features, Without good prognostic features

**295.90 (F20.9)**   Schizophrenia[a, b, c] (99)

**___.__ (___.__)**   Schizoaffective Disorder[a, b, c] (105)
   *Specify* whether:

**295.70 (F25.0)**      Bipolar type

**295.70 (F25.1)**      Depressive type

**___.__ (___.__)**   Substance/Medication-Induced Psychotic Disorder[c] (110)
   **Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding.
   *Specify* if: With onset during intoxication, With onset during withdrawal

**___.__ (___.__)**   Psychotic Disorder Due to Another Medical Condition[c] (115)
   *Specify* whether:

**293.81 (F06.2)**      With delusions

**293.82 (F06.0)**      With hallucinations

**293.89 (F06.1)**   Catatonia Associated With Another Mental Disorder (Catatonia Specifier) (119)

**293.89 (F06.1)**   Catatonic Disorder Due to Another Medical Condition (120)

**293.89 (F06.1)**   Unspecified Catatonia (121)
Note: Code first **781.99 (R29.818)** other symptoms involving nervous and musculoskeletal systems.

**298.8   (F28)**   Other Specified Schizophrenia Spectrum and Other Psychotic Disorder (122)

**298.9   (F29)**   Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (122)

## Bipolar and Related Disorders (123)

The following specifiers apply to Bipolar and Related Disorders where indicated:

[a]*Specify:* With anxious distress (*specify* current severity: mild, moderate, moderate-severe, severe); With mixed features; With rapid cycling; With melancholic features; With atypical features; With mood-congruent psychotic features; With mood-incongruent psychotic features; With catatonia (use additional code 293.89 [F06.1]); With peripartum onset; With seasonal pattern

**___.__ (___.__)**   Bipolar I Disorder[a] (123)

**___.__ (___.__)**       Current or most recent episode manic

**296.41 (F31.11)**       Mild

**296.42 (F31.12)**       Moderate

**296.43 (F31.13)**       Severe

**296.44 (F31.2)**        With psychotic features

**296.45 (F31.73)**       In partial remission

**296.46 (F31.74)**       In full remission

**296.40 (F31.9)**        Unspecified

**296.40 (F31.0)**        Current or most recent episode hypomanic

**296.45 (F31.73)**       In partial remission

**296.46 (F31.74)**       In full remission

**296.40 (F31.9)**        Unspecified

**___.__ (___.__)**       Current or most recent episode depressed

**296.51 (F31.31)**       Mild

**296.52 (F31.32)**       Moderate

**296.53 (F31.4)**        Severe

**296.54 (F31.5)**        With psychotic features

**296.55 (F31.75)**       In partial remission

**296.56 (F31.76)**       In full remission

**296.50 (F31.9)**        Unspecified

**296.7   (F31.9)**       Current or most recent episode unspecified

**296.89 (F31.81)**   Bipolar II Disorder[a] (132)
*Specify* current or most recent episode: Hypomanic, Depressed
*Specify* course if full criteria for a mood episode are not currently met: In partial remission, In full remission
*Specify* severity if full criteria for a mood episode are not currently met: Mild, Moderate, Severe

| | |
|---|---|
| **301.13 (F34.0)** | Cyclothymic Disorder (139) |
| | *Specify* if: With anxious distress |
| **___.__ (___.__)** | Substance/Medication-Induced Bipolar and Related Disorder (142) |
| | **Note:** See the criteria set and corresponding recording procedures for substance-specific codes and ICD-9-CM and ICD-10-CM coding. |
| | *Specify* if: With onset during intoxication, With onset during withdrawal |
| **293.83 (___.__)** | Bipolar and Related Disorder Due to Another Medical Condition (145) |
| | *Specify* if: |
| **(F06.33)** | With manic features |
| **(F06.33)** | With manic- or hypomanic-like episode |
| **(F06.34)** | With mixed features |
| **296.89 (F31.89)** | Other Specified Bipolar and Related Disorder (148) |
| **296.80 (F31.9)** | Unspecified Bipolar and Related Disorder (149) |

# Depressive Disorders (155)

The following specifiers apply to Depressive Disorders where indicated:

[a]*Specify:* With anxious distress (*specify* current severity: mild, moderate, moderate-severe, severe); With mixed features; With melancholic features; With atypical features; With mood-congruent psychotic features; With mood-incongruent psychotic features; With catatonia (use additional code 293.89 [F06.1]); With peripartum onset; With seasonal pattern

| | |
|---|---|
| **296.99 (F34.8)** | Disruptive Mood Dysregulation Disorder (156) |
| **___.__ (___.__)** | Major Depressive Disorder[a] (160) |
| **___.__ (___.__)** | Single episode |
| **296.21 (F32.0)** | Mild |
| **296.22 (F32.1)** | Moderate |
| **296.23 (F32.2)** | Severe |
| **296.24 (F32.3)** | With psychotic features |
| **296.25 (F32.4)** | In partial remission |
| **296.26 (F32.5)** | In full remission |
| **296.20 (F32.9)** | Unspecified |
| **___.__ (___.__)** | Recurrent episode |
| **296.31 (F33.0)** | Mild |
| **296.32 (F33.1)** | Moderate |
| **296.33 (F33.2)** | Severe |
| **296.34 (F33.3)** | With psychotic features |
| **296.35 (F33.41)** | In partial remission |
| **296.36 (F33.42)** | In full remission |
| **296.30 (F33.9)** | Unspecified |
| **300.4 (F34.1)** | Persistent Depressive Disorder (Dysthymia)[a] (168) |
| | *Specify* if: In partial remission, In full remission |
| | *Specify* if: Early onset, Late onset |
| | *Specify* if: With pure dysthymic syndrome; With persistent major depressive episode; With intermittent major depressive episodes, with current |