# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Statement Regarding Unresolved Issues Related to Defendants' Proposed Monitoring Guide and Methodology to Measure Compliance with the Stipulation (Doc. 1758), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal and instructs the Clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 4 through 7 to the Declaration of Amy Fettig).

Dated this 16th day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge