1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING JOINT**
10  Hefner; Joshua Polson; and Charlotte Wells, on       **MOTION TO EXTEND**
    behalf of themselves and all others similarly        **DEADLINE FOR STATUS**
11  situated; and Arizona Center for Disability Law,     **REPORTS**

12                        Plaintiffs,

13              v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

                          Defendants.

17

18       This Court, having reviewed the motion filed jointly by the parties requesting an

19  extension of the deadline for each party's status report from November 25, 2016 to

20  December 2, 2016 (the "Joint Motion"), and finding good cause, hereby **GRANTS** the

21  Joint Motion and resets the deadline for the parties' status report to December 2, 2016.

22

23

24

25

26

27

28

133527944.1