**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: November 9, 2016

Title: Parsons et al vs. Ryan et al
         Plaintiff      Defendants
==========================================================================

HON:   David K. Duncan              Judge # 70BL/DKD

         Caryn Smith                Charlotte Powers
         Deputy Clerk               Court Reporter

**APPEARANCES:**
Kirstin Eidenbach and Kathleen Brody; with Donald Specter, Corene Kendrick, David Fathi and Maya Abela appearing telephonically, for Plaintiffs

Timothy Bojanowski, Mark Bracken and Lucy Rand for Defendants
==========================================================================
**PROCEEDINGS:**      X   Open Court         _____ Chambers         _____ Other

This is the time set for Status Hearing. Discussion is held regarding the previously identified performance measures and the most recent data demonstrating continued failures to meet certain performance measures. Pursuant to the authority provided by the Stipulation the Court will proceed with remedies employing outside providers. The Court will issue a separate written order for all facilities that are below the required compliance level.

Argument is heard regarding the remediation plans for Performance Measures 47, 80 and 94. Defendants request 60 days to see if the current remediation efforts are working. IT IS ORDERED granting the 60-day request. IT IS FURTHER ORDERED that performance will be measured by excluding cell-front visits.

The Court hears argument on Defendants' request for redactions. IT IS ORDERED the transcript is to be redacted to omit employee names. IT IS FURTHER ORDERED sealing the recording of the hearing. Ms. Rand further requests Dr. Taylor's name be redacted. IT IS ORDERED Ms. Rand shall email the Court, including Plaintiffs, with the page and line for additional requested redactions. The Court will rule upon receipt of same.

The Court hears argument as to Defendants noncompliance regarding Doc. 1673 and Docs. 1717-1719. The Court will issue a written order.

The Court hears Defendants' suggestion for facility tours for the judges and law clerks. The facilities having been toured, IT IS ORDERED denying as moot.

Defendants bring to the Court's attention that Plaintiffs' notices of noncompliance are being received randomly instead of monthly. IT IS ORDERED the parties shall come up with a mechanism to resolve the email issues and increase coordination.

Further discussion is held. IT IS ORDERED the parties shall communicate with the Court when mediation matters are ripe for communication. IT IS FURTHER ORDERED setting next Status Hearing for December 14, 2016 at 10:00 AM before this Court.

Time in court: 1 hr 4 min (9:05 AM – 10:09 AM)