# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed the motion filed jointly by the parties requesting an extension of the deadline for each party's status report from November 25, 2016 to December 2, 2016 (the "Joint Motion") (Doc. 1768), and finding good cause, hereby **GRANTS** the Joint Motion and resets the deadline for the parties' status report to December 2, 2016.

Dated this 22nd day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge