# EXHIBIT 1

ADC Mental Health Technical Manual - Revised 4/18/14
Appendix G of the Health Service Technical Manual

1



# Arizona Department of Corrections

# Appendix G of the Health Services Technical Manual

# Revised April 18, 2014

ADC267378

ADC Mental Health Technical Manual - Revised 4/18/14     26
Appendix G of the Health Service Technical Manual

often as clinically indicated by mental health clinicians. This includes those segregated from general population and who receive services and activities apart from other inmates (administrative/ disciplinary segregation or maximum custody unit).

1.4    **MENTAL HEALTH 4**

     1.4.1    Inmates who are admitted to a specialized mental health program outside of inpatient treatment areas (MTU/WTU, BMU, Rincon Mental Health Program, SMA, Florence and Eyman Maximum Custody programs).

         1.4.1.1 A new treatment plan is developed for all inmates.

             1.4.1.1.1    This treatment plan will be updated minimally every ninety (90) days, or more often as clinically indicated.

         1.4.1.2 A Mental Health Treatment Staffing as clinically indicated, and documented on a staffing note (Form #1103-69).

         1.4.1.3 Inmates are to participate in structured program activities on a weekly basis. The mental health clinician will provide services consistent with description of the program the inmate is participating in.

         1.4.1.4 Upon discharge, these inmates require placement in a corridor facility. Inmate's score is to remain an MH-4 until he/she is transferred to the receiving unit. The receiving unit's clinician will change the mental health score to reflect his/her current placement and level of functioning.

         1.4.1.5 Inmates participating in a structured mental health program will be seen by a P/PNP a minimum of every ninety (90) days.

1.5    **MENTAL HEALTH 5**

     1.5.1    Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and FMHC).

         1.5.1.1 An initial treatment plan is written upon admissions, and a new inpatient treatment plan is developed within thirty (30) days of admissions.

             1.5.1.1.1    This treatment plan will be updated minimally every ninety (90) days, or more often as clinically indicated.

ADC Mental Health Technical Manual - Revised 4/18/14     27
Appendix G of the Health Service Technical Manual

      1.5.1.2 A Mental Health Treatment Staffing as clinically indicated, and documented on a staffing note (Form #1103-69).

      1.5.1.3 ==The mental health clinician will conduct weekly 1:1 contacts, or more often as clinically indicated.==

      1.5.1.4 Upon discharge, these inmates require placement in a corridor facility. Inmate's score is to remain an MH-5 until he/she is transferred to the receiving unit. The receiving unit's clinician will change the mental health score to reflect his/her current placement and level of functioning.

      1.5.1.5 Inmates admitted to an inpatient psychiatric treatment program will be seen by a P/PNP a minimum of every thirty (30) days.

1.6    **SERIOUSLY MENTALLY ILL (SMI)**

   1.6.1    All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will:

      1.6.1.1 Be designated a MH-3A, MH-4, or MH-5 based on their current program placement.

      1.6.1.2 All inmates who have been confirmed as SMI in the community will also be maintained as SMI in ADC.

      1.6.1.3 Have a treatment plan in the medical record.

          1.6.1.3.1    Treatment plans for SMI inmates shall be reviewed/ updated every ninety (90) days.

      1.6.1.4 All SMI inmates will be seen by a P/PNP a minimum of every ninety (90) days, unless under a PMRB order, then they will be seen a minimum of every thirty (30) days.

   1.6.2    Health Planning Coordinators, or designee, shall refer all SMI inmates to community mental health agencies for evaluation prior to release to ensure continuity of mental health care services for SMI.

   1.6.3    SMI Inmates in Segregation

      1.6.3.1 Mental health staff will visit SMI inmates placed in a maximum custody cell (including detention) within twenty-four (24) hours of notification by the shift commander. If this occurs on a weekend or holiday, then this duty will be performed by a nurse, in consultation with mental health staff.

ADC Mental Health Technical Manual - Revised 4/18/14     46
Appendix G of the Health Service Technical Manual

    5.1.3    The inmate has exhibited behavior that threatens the safe and secure operation of the unit, the inmate's own personal safety, or the safety of others.

           5.1.3.1 Such behaviors will be documented in accordance with DO 105 (Information Reporting).

    5.1.4    The inmate requests to end programming and transfer from MTU / WTU.

6.0    Discharge Processes:

    6.1    If the inmate is being released from the Department:

        6.1.1    Pre-Release planning is initiated by the Health Planning Coordinator.

    6.2    If the inmate requests a transfer, the MTU / WTU Program Coordinator, or designee, will meet with the inmate to discuss the transfer request. If it is determined the request is appropriate, the Deputy Warden or Assistant Deputy Warden will be notified of the transfer request.

        6.2.1    The MTU / WTU Program Coordinator will coordinate continuity of care for any MTU / WTU inmate approved for transfer to another ADC facility.

        6.2.2    If the request for transfer is not appropriate, the MTU / WTU Coordinator, or designee, will meet with the inmate to attempt to resolve issues prompting the request for transfer, and will monitor the inmate's progress at least weekly for a minimum of thirty (30) days.

    6.3    When an inmate has met any of the discharge criteria:

        6.3.1    The MTU / WTU Mental Health Team shall make placement / programmatic recommendations to the Deputy Warden, the Assistant Deputy Warden or their respective designee.

        6.3.2    The MTU / WTU Program Coordinator, or a designee, will provide the receiving Lead Psychologist with a written treatment/discharge summary.

        6.3.3    The Lead Psychologist will document the review, discussion and decision regarding the transfer to the new complex.

        6.3.4    ==An inmate's MH Score shall remain an MH-4 until the record has been reviewed by the receiving unit's mental health staff.== The mental health clinician at the receiving unit will meet with the arriving inmate within seven (7) days of transfer, and the mental health score will be updated in the medical record and AIMS at this time.

ADC267423

ADC Mental Health Technical Manual - Revised 4/18/14    47
Appendix G of the Health Service Technical Manual

7.0    Therapeutic Interventions

    7.1    All inmates admitted to MTU/WTU shall receive the following services:

        7.1.1    Weekly structured activities, which can be run by security and/or qualified mental health staff.

        7.1.2    ==At a minimum of a 1:1 contact monthly conducted in a private setting by a licensed mental health clinician.==

        7.1.3    If on psychotropic medications, they will also been seen a minimum of every ninety (90) days by a P/PNP.

ADC Mental Health Technical Manual - Revised 4/18/14    48
Appendix G of the Health Service Technical Manual

| | | |
|---|---|---|
| Arizona Department of Corrections | Maximum Custody Mental Health Specialized Programs | OPR: Assistant Director Health Services Contract Monitoring Bureau |
| Mental Health Technical Manual | MHTM Chapter 3 Section 2.0 | Supersedes: MHTM 1/1/14 Effective Date: 4/18/14 |

**Purpose**: To provide direction regarding the intake, admission, treatment and discharge processes for Specialized Mental Health Programs located in Maximum Custody units.

**Responsibilities**: The Lead Psychologist, or designee, is responsible for the provision of mental health programming in accordance with the below outlined protocol.

1.0 Placement Criteria

    1.1 To be assigned to a Specialized Program an inmate must:

        1.1.1 Have a mental health diagnosis as defined in the current version of the Diagnostic and Statistical Manual of Mental Disorders.

        1.1.2 Be motivated to participate in a structured mental health program.

    1.2 Referral Process

        1.2.1 The clinicians assigned to the Maximum Custody units refer inmates interested in programming to designated Program Coordinators.

        1.2.2 Mental health staff shall provide security staff a list of inmates to be cleared for placement in the Specialized Program.

2.0 Therapeutic Interventions

    2.1 Interventions provided are developed by the Program Coordinator and in conjunction with security staff (e.g., stage level incentives, individual and group psychotherapy, education).

    2.2 ==All inmates assigned to these programs will have their MH score changed to a 4 upon arrival to the program.==

ADC267425

ADC Mental Health Technical Manual - Revised 4/18/14     49
Appendix G of the Health Service Technical Manual

2.3    All inmates will receive weekly structured activities, which can be run by security and/or qualified mental health staff.

2.4    All inmates will receive a minimum of monthly 1:1 sessions in a private setting by a licensed mental health clinician.

2.5    All inmates on psychotropic medications will be seen by a P/PNP a minimum of every ninety (90) days. Inmates under a PMRB order will be seen a minimum of every thirty (30) days.

3.0    Program Discharge

3.1    If the Program Coordinator determines that an inmate is no longer appropriate for placement in the specialized program, mental health staff working in maximum custody units will discuss appropriate placement of the inmate.

4.0    Perryville (SMA)

4.1    All inmates with a MH-3 designation will be changed to a MH-4 and will be provided the following services:

     4.1.1    Weekly structured activities that can be run by security and/or qualified mental health staff.

     4.1.2    A minimum of monthly 1:1 sessions in a private setting by a licensed mental health clinician.

     4.1.3    If they are on psychotropic medications, then they will also been seen by a P/PNP a minimum of every ninety (90) days. Inmates under a PMRB order will be seen a minimum of every thirty (30) days.

ADC Mental Health Technical Manual - Revised 4/18/14       51
Appendix G of the Health Service Technical Manual

2.2   Each behavioral plan will be reviewed at a minimum of every ninety (90) days and reflect progress made towards the identified goals.

3.0   Behavioral Interventions

   3.1   Each inmate assigned to BMU will be provided a minimum every thirty (30) days a 1:1 session in a private setting with a mental health clinician, which addresses the inmate's identified behavioral health problems. Additional individual and group sessions will be identified in their treatment plan as appropriate.

      3.1.1   Recommendation for the inmate to move to another phase of treatment within BMU is made on a continual basis and discussed with assigned security staff.

4.0   Action Response for Regressive Behaviors

   4.2   Clinically indicated behavioral interventions will be implemented to encourage an inmate's continued motivation and improvement regarding behavioral health symptomotology.

   4.3   During each regressive event the mental health clinician will discuss with the inmate the need to improve their behavior according to their identified goals.

      4.3.1   During this meeting the inmate will be provided with a description of conditions and time frames of expected behaviors and shall be documented in the inmate's medical record.

5.0   All inmates participating in this program will have their MH score changed to a MH-4.

6.0   Program Discharge

   6.1   Upon completion of the BMU program the inmate will receive a certification of completion and be officially discharged from the Program.

   6.2   If the BMU Program Coordinator determines that an inmate is no longer appropriate for placement in BMU, that inmate shall be presented on the statewide teleconference for notification and discussion of appropriate treatment and placement.

      6.2.1   Documentation of this presentation shall be placed in the inmate's record, and shall include recommendations from the teleconference.

ADC267428

ADC Mental Health Technical Manual - Revised 4/18/14                52
Appendix G of the Health Service Technical Manual

| | | |
|---|---|---|
| Arizona Department of Corrections | Rincon Mental Health Program | OPR:<br>Assistant Director Health Services<br>Contract Monitoring Bureau |
| Mental Health Technical Manual | MHTM<br>Chapter 3<br>Section 4.0 | Supersedes:<br>MHTM 1/1/14<br>Effective Date:<br>4/18/14 |

**Purpose:** To provide direction regarding the placement, treatment and discharge processes for the Rincon Mental Health Program (formerly BHU) at ASPC-Tucson.

**Responsibility:** The Lead Psychologist at ASPC-Tucson, as exercised through the Rincon Mental Health Program Coordinator, or designee, shall facilitate the processes outlined in this policy.

1.0   Placement Criteria

    1.1   To be considered for placement, an inmate must:

        1.1.1   Have a mental health diagnosis as defined in the current version of the Diagnostic and Statistical Manual of Mental Disorders.

        1.1.2   Motivated to participate in a structured mental health program.

        1.1.3   Have a history of problematic adjustment to incarceration as evidenced by a persistent and ongoing inability to self-regulate assaultive, destructive and/or self-injurious behaviors.

    1.2   Referral Process

        1.2.1   The Lead Psychologist at other facilities will present on the weekly statewide teleconference, any inmate appropriate for placement in the Rincon Mental Health Program.

        1.2.2   The Rincon Mental Health Program Coordinator shall provide security staff with a list of inmates to be cleared for placement in the program.

2.0   ==Each inmate assigned to the Rincon Mental Health Program will be provided a minimum every thirty (30) days a 1:1 session in a private setting with a mental health clinician.==

ADC267429

ADC Mental Health Technical Manual - Revised 4/18/14         53
Appendix G of the Health Service Technical Manual

    2.1    These inmates may receive additional individual and group sessions as their treatment plan indicates.

3.0    Program Discharge

    3.1    If the Rincon Mental Health Program Coordinator determines that an inmate is no longer appropriate for placement, that inmate shall be presented on the statewide teleconference for notification and discussion of appropriate treatment and placement.

4.0    ==Mental health score will be changed to a MH-4 for all inmates participating in this program.==

ADC267430