EXHIBIT 1

EXHIBIT 1

1  Arizona Attorney General Mark Brnovich
2  OFFICE OF THE ATTORNEY GENERAL
   Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Mark A. Bracken, Bar No. 026532
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 mbracken@swlfirm.com
   *Attorneys for Defendants*

19

20                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF ARIZONA**
21

22 Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
   Center for Disability Law,
23
                                          Plaintiffs,
24                v.                                      **DECLARATION OF**
                                                         **CARSON McWILLIAMS IN**
25 Charles Ryan, Director, Arizona Department            **SUPPORT OF DEFENDANTS'**
   of Corrections; and Richard Pratt, Interim            **NOTICE REGARDING MAXIMUM**
26 Division Director, Division of Health Services,        **CUSTODY SUBCLASS**
   Arizona Department of Corrections, in their           **DEFINITION AND**
   official capacities,                                  **INAPPLICABILITY TO CLOSE**
27                                       Defendants.     **CUSTODY CLASSIFICATION**

28

I, **CARSON McWILLIAMS**, make the following Declaration:

1.  I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.  I have been employed by the State of Arizona Department of Corrections ("ADC") since 1978.

3.  I currently serve as ADC's Division Director, Offender Operations, and have held this position since February 2014.

4.  From January 2012 to February 2014, I served as ADC's Northern Region Operations Director.

5.  I started my career with ADC in 1978 as a correctional officer.

6.  During my 38 year career with ADC, I have been assigned to five (5) of ten (10) ADC prison complexes and held the following positions: Correctional Officer, Correctional Program Officer I, Correctional Program Officer II, Classification Specialist, Correctional Program Supervisor, Associate Deputy Warden (Arizona State Prison-Florence West), Deputy Warden (Arizona State Prison Complex-Florence, East Unit & Arizona State Prison Complex-Eyman, SMU II), Warden (Arizona State Prison Complex-Florence), Southern Region Operations Director, Interim Deputy Director, Northern Region Operations Director and Interim Division Director of Prison Operations.

7.  I hold a Bachelor's Degree in Criminology from Indiana State University (1977).

8.  Throughout my employment with ADC, I have regularly attended annual training and seminars to keep current in the field of corrections. I also regularly attend seminars and training provided by the American Correctional Association and the National Institute of Corrections.

9. I am a member of the American Correctional Association.  The American Correctional Association ("ACA") is the largest and oldest correctional association in the world and provides training and conferences in corrections management as well as corrections standards and certification.

10. The National Institute of Corrections ("NIC") is an agency within the Federal Bureau of Prisons that provides training policy/program development assistance to Federal, state, and local corrections agencies. The NIC also provides guidance regarding corrections policies, practices, and operations nationwide.

11. As ADC's Division Director, Offender Operations, I oversee the daily operations of all ADC prison complexes, this includes staffing, staff accountability, and all security operations.

12. I also monitor the six (6) private correctional facilities with which ADC contracts to incarcerate ADC inmates.

13. Previously, as ADC's Northern Region Operations Director, I oversaw the daily operations of five (5) ADC prison complexes which include ADC's Eyman Complex, Florence Complex, Lewis Complex, Winslow Complex and Phoenix Complex. I oversaw staffing, staff accountability, and all security operations.

14. As ADC's previous Northern Region Operations Director, with the exception of the Winslow Complex, the four other complexes I oversaw operated maximum custody units.

15. In my position as Northern Region Operations Director, I directly supervised the five wardens assigned to each of the five prison complexes noted above.

16. Currently, as Division Director, Offender Operations, I supervise the ten wardens assigned to each of ADC's ten prison complexes.

17. I am familiar with the *Parsons* litigation, Stipulation, and post-Stipulation activity.

18. I am familiar with, and have personal knowledge of, ADC's policies and practices regarding conditions of confinement for ADC inmates, including the policies and practices outlined or designated in this Declaration.

**ADC FACILITIES AND MAXIMUM CUSTODY**

19. ADC operates ten (10) different prison complexes: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

20. On November 21, 2016, there were 42,516 inmates in the ADC system.  *See* ADC Institutional Capacity Committed Population Report, November 21, 2016, Exh. 1.

21. Of the total ADC inmate population as of November 21, 2016, there were 3,156 inmates classified as maximum custody.[1] *Id.*

22. Of the Florence Central inmate population as of November 21, 2016, there were 578 cells classified as close custody (single bunk cells).

23. The Order approving the Stipulation in the *Parson v. Ryan, et al.*, No. CV 12-00601-PHX-DJH matter was signed by the Court on February 18, 2015.

24. The Stipulation (filed 10/14/14) provisions governing conditions of confinement for maximum custody inmates apply to maximum custody inmates assigned to the following facilities/units:   Eyman-Browning; Eyman- SMUI; Florence Central Unit; Florence-Kasson, and Perryville-Lumley Special Management Area (Yard 30). Stipulation (Doc. 1185 at ¶ 22).

## ADC CLASSIFICATION

25. ADC Department Order 801 governs inmate classification.

26. ADC employs a custody classification system in order to safely manage the inmate population, reasonably restrict activity for those inmates who constitute a risk to self, the public, prison personnel or other inmates based upon analysis of the inmate's crime, time to serve, institutional behavior and/or membership in an STG.

27. ADC custody classification employs an objective, standardized rating system that is based on factual data gathered from factual documentation.

28. ADC's classification system consists of both a 1) custody classification (determination of risk the inmate presents to the public, staff, and time remaining until release); and 2) internal risk level (internal risk assessment to determine housing and work assignments.

---

[1] This total figure breaks down to: 2,534 adult male Maximum Custody inmates; 350 adult male Reception – Maximum Custody inmates; 97 adult female Maximum Custody inmates; and 170 adult female Reception – Maximum Custody inmates.  There are no minor male or female Maximum Custody inmates.

29. Each inmate in the ADC system is individually assessed for assigned custody classification and internal risk level.

30. ADC inmates are individually assessed and placed at institutions that are consistent with custody level in order to protect the safety and security of persons, the institution, and the community.

31. ADC's inmate classification custody system consists of four custody levels: maximum custody; close custody; medium custody; and minimum custody.

32. Per DO 801.02(1.3.2), close custody classification is for inmates who represent "a high risk to the public and staff."  As a result, the inmates are not assigned to work outside the secure perimeter of an institution and require controlled movement within an institution.

33. Per DO 801.02(1.3.1), maximum custody classification is for inmates who represent "the highest risk to the public and staff and requires housing in a single cell or double cell environment."  As a result, the inmates have limited work opportunities, require frequent monitoring, and controlled movement within an institution.

## OUT-OF-CELL TIME COMPARISON FOR MAXIMUM CUSTODY AND CLOSE CUSTODY CLASSIFIED INMATES AT FLORENCE-CENTRAL CB 1, 3, AND 4

34. Out of cell time for maximum custody inmates is prescribed by DI 326 and the Stipulation (Doc. 1185 at ¶¶ 22, 24, 25); DI 326, Exh. 2.

35. In sum, per DI 326 and the Stipulation, maximum custody inmates housed at the institutions enumerated in the Stipulation are to be provided out of cell time as follows:

- DI 326 Step I – 7.5 hours of out-of-cell time per week (inclusive of 6 hours of out-of-cell recreation)
- DI 326 Step II – 8.5 hours of out-of-cell time per week (inclusive of 6 hours of out-of-cell recreation and at least one hour of out-of-cell group programming per week)

/ / /

/ / /

- DI 326 Step III – 9.5 hours of out-of-cell time per week (inclusive of 6 hours of out-of-cell recreation and at least one hour of out-of-cell group programming per week)

- SMI maximum custody inmates – time commiserate with DI 326 Step levels I-III noted above plus:

  - 10 additional hour of unstructured out-of-cell time per week;

  - 1 additional hour of out-of-cell mental health programming per week;

  - 1 additional hour of out-of-cell psychoeducational programming per week; and

  - 1 additional hour of out-of-cell programing per week;

    - for a total of 20.5, 21.5, or 22.5 hours out-of-cell per week for SMI Maximum Custody inmates.

36. Florence Central CB 1, CB 3, and CB 4 (with the exception of 42 cells in the CB 4 basement) currently house close custody inmates instead of maximum custody inmates.[2]

37. Close custody classification affords inmates at this custody level with increased opportunity for out-of-cell time and socialization as compared to maximum custody as explained below.

38. Close custody inmates currently housed at Florence Central CB 1, CB 3, and CB 4 are offered the following time out-of-cell per week.  *See, e.g*., Florence Central Unit Activity Schedule 10/31/16 (current schedule for month of November, 2016), Exh. 3.

- **CB 1 –  (includes Mental Health inmates of which 6 inmates are SMI)**

  - Recreation - Big field recreation – 2.5 hours on Saturday from 0700-0930, 2.5 hours on Tuesday from 0700-0930, and 2.5 hours on Thursday from 1200-1430 (7.5 hours per week)

  - *SMI ONLY - Social Activity – Building Relationships – 2 hours on Sundays through Thursdays from 830-1030 (10 hours per week)

---

[2] Florence-Central CB 2 was close custody at the time the Stipulation was signed and remains the same to date. Florence-Kasson does not house any close custody inmates.

- Education – 3 hour blocks, Monday through Friday (15 hours per week)
- Library – 1 hour blocks, Monday through Friday (5 hours per week)
- Horticulture Class – 3-5 hour blocks, five days a week (15 to 25 hours a week)
- Programming –
  - Re-Entry (Merging 2 Worlds) – 1 hour on Wednesdays at 1200 (11 inmates) (1 hour per week)
  - Substance Use/AA – 1 hour on Thursdays (50 inmates) (1 hour a week)
  - Think MH (mental health facilitated) – 1 hour on Mondays and Fridays from 930-1030 (1 hour per week)
  - Lifers MH (mental health facilitated) – 1 hour on Wednesdays from 930-1030 (1 hour per week)
- Dinner in chow hall – approximately 30 minutes out-of-cell per day (3.5 hours per week)
- Religious group worship – Group worship to include option to participate in one group per week to include Talking Circle, Multi-Faith, Catholic Service, Jumah Prayer, General Worship (1 hour per week)
- Showers – three showers a week for approximately 30 minutes (approximately 1.5 hours per week)
- Store - Out-of-cell time to pick up purchases at the store window one day a week on Wednesday from 0700-1500 (Time varies but includes walking from the housing unit to the store)
- Visitation - (at least 2 hours per week – contact visits)
- **Total average hours offered per week of out-of-cell time for non-SMI inmates - (varies depending on programming participation)[3] =**

---

[3] A close custody inmate may elect not to participate in programming/education.

**50.5 plus hours per week before participation in programming or WIPP job program.**

- **Total average hours offered per week of out-of-cell time for SMI inmates - (varies depending on programming participation)[4] = 60.5 plus hours per week before participation in programming or WIPP job program.**

- **CB 3 – (no SMI inmates)**
  - Recreation - Big field recreation – 2.5 hours on Friday from 0700-0930, 2.5 hours on Monday from 1200-1430, and 2.5 hours on Wednesday from 1200-1430 (7.5 hours per week)
  - Education – 3 hour blocks, Monday through Friday (15 hours per week)
  - Library – 1 hour blocks, Monday through Friday (5 hours per week)
  - Horticulture Class – 3-5 hour blocks, five days a week (15 to 25 hours a week)
  - Programming –
    - Re-Entry  (Merging 2 Worlds)  – 1 hour on Tuesdays at 0900 and 1200 (11 inmates/10 inmates) (1 hour per week)
    - Cognitive Behavior (Think 4 Change) – 1 hour on Thursdays at 0900 and 1200 (12 inmates/13 inmates) (1 hour per week)
    - Substance Use/AA – 1 hour on Thursdays (50 inmates) (1 hour a week)
  - Dinner in chow hall – approximately 30 minutes out-of-cell per day (3.5 hours per week)
  - Religious group worship – Group worship to include option to participate in one group per week to include Bible Study, Talking Circle,

---

[4]A close custody inmate may elect not to participate in programming/education. This figure excludes programming from the calculation for this reason, but includes education for illustration.

Multi-Faith, Catholic Service, Jumah Prayer, General Worship (1 hour per week)

- o Showers – three showers a week for approximately 30 minutes (approximately 1.5 hours per week)
- o Store - out-of-cell time to pick up purchases at the store window one day a week on Tuesday from 0700-1500 (Time varies but includes walking from the housing unit to the store)
- o Visitation -  (at least 2 hours  per week – contact visits)
- o **Total average hours offered per week of out-of-cell time for non-SMI inmates - (varies depending on programming participation)[5] = 50.5 plus hours per week before participation in programming or WIPP job program.**

- **CB 4 – (no SMI inmates)**
  - o Recreation - Big field recreation – 2.5 hours on Thursday from 0700-0930, 2.5 hours on Monday from 1200-1430, and 2.5 hours on Tuesday from 1200-1430 (7.5 hours per week)
  - o Education – 3 hour blocks, Monday through Friday (15 hours per week)
  - o Library – 1 hour blocks, Monday through Friday (5 hours per week)
  - o Horticulture Class – 3-5 hour blocks, five days a week (15 to 25 hours a week)
  - o Programming -
    - ▪ Re-Entry  (Merging 2 Worlds)  – 1 hour on Wednesdays at 1200 (11 inmates) (1 hour per week)
    - ▪ Substance Use/AA – 1 hour on Thursdays (50 inmates) (1 hour a week)

---

[5] A close custody inmate may elect not to participate in programming/education. This figure excludes programming from the calculation for this reason, but includes education for illustration.

o Dinner in chow hall – approximately 30 minutes out-of-cell per day (3.5 hours per week)

o Religious group worship – Religious group worship – Group worship to include option to participate in one group per week to include Bible Study, Talking Circle, Multi-Faith, Catholic Service, Jumah Prayer, General Worship (1 hour per week)

o Showers – three showers a week for approximately 30 minutes (approximately 1.5 hours per week)

o Store - Out-of-cell time to pick up purchases at the store window one day a week on Wednesday from 0700-1500 (Time varies but includes walking from the housing unit to the store)

o Visitation - (at least 2 hours per week – contact visits)

o **Total average hours offered per week of out-of-cell time for non-SMI inmates - (varies depending on programming participation)[6] = 50.5 plus hours per week before participation in programming or WIPP job program.**

39. Movement for close custody classification inmates at Florence Central CB 1, 3, and 4 is less restrictive than movement for maximum custody classified inmates as close custody inmates are not required to be in restraints during movement.

40. Close custody inmates housed in Florence Central CB 1, 3, and 4 recreate in large groups on the Central Unit recreation field that can accommodate up to 120 inmates.

41. The Central Unit recreation field provides a variety of open-yard recreation equipment and facilities to include a basketball court, volleyball court, track, par exercise course and equipment, covered tables, all-purpose recreation field, water fountain, and thermos jugs for water.

---

[6]A close custody inmate may elect not to participate in programming/education. This figure excludes programming from the calculation for this reason, but includes education for illustration.

42. Two hundred seventy-six (276) close custody inmates (including CB 2 close custody inmates) currently work 20 WIPP positions to include:  Education Tutor (15 inmates); Clerk (2 inmates); Clerk Store (3 inmates); Clerk Kitchen (3 inmates); Cook (20 inmates); Cook Helper (11 inmates); Kitchen Helper (61 inmates); Inmate Barber (5 inmates); Staff Barber (2 inmates); Laundry Labor (6 inmates); Porter Admin. (2 inmates); Porter Building (54 inmates); Porter Education (1 inmate); Porter Health Unit (6 inmates); Groundskeeper (32 inmates); Shoeshine (3 inmates); Painter (3 inmates); Maintenance Carpenter (22 inmates); Maintenance Helper (8 inmates); CAC Horticulture Class (17 inmates).

43. Those close custody inmates who participate in the WIPP jobs program work, on average, thirty hours per week, with most assignments ranging from twenty (20) to forty (40) hours per week.  Thus, the total time out of cell ranges set forth above for Florence Central CB 1, 3 and 4 close custody inmates increases by twenty (20) to forty (40) hours per week if the inmate is working.

## REDUCTION OF MAXIMUM CUSTODY INMATE POPULATION

44. ADC continues with its long-term plan to reduction of inmates classified as maximum custody while maintaining a safe environment for staff and the inmate population.  Close custody is an extremely common designation throughout the United States with respect to housing inmates who do not require max custody status.

45. This reduction plan is not an attempt to forego or sidestep the requirements of the *Parsons v. Ryan et al*. Stipulation as related to maximum custody out-of-cell time requirements.

46. For instance, prior to the creation of the Stipulation, Florence Central had already transferred CB 2 to close custody with a long term plan of continuing such efforts as maximum custody inmates successfully completed the DI 326 maximum custody program.

/ / /

11

47. This provided the maximum custody population at Florence Central with motivation, opportunity and "proof" that successful behavioral modification while classified as maximum custody could result in successful progression to close custody which offers increased opportunities for out-of-cell time, group socialization, and jobs.  In fact, as described above, reducing an inmate's custody level necessarily increases potential out-of-cell time.

48. The reduction plan is also a response to the national trend of providing more out of cell time for inmate populations and almost two years of demonstrated success in the implementation of the tiered system of maximum custody management set forth by DI 326.

49. As a result of the successful implementation of DI 326, the staff and inmates have forged a relationship and management environment that has as a whole, been a positive progression in the daily operations of the maximum custody units, albeit staff and labor intensive.

50. Indeed, as set forth above, close custody classification provides inmates substantial opportunity for increased out-of-cell opportunities, group socialization, and jobs, etc., time as compared to maximum custody.

51. The reduction plan seeks to carefully and individually screen inmates currently classified as maximum custody for appropriate candidacy for override to close custody housing at the following locations:  Perryville-Lumley SMU (Yard 30) (condemned row and Yard 30 inmates for consideration), Florence Central, Lewis-Rast, Eyman-Browning (condemned row and STG step down program inmates for consideration), Eyman-SMUI (sex offender and general population inmates for consideration).

52. Maximum custody inmates in the locations specified above will be individually screened to determine whether they are appropriate candidates for promotion to a close custody classification/setting within the maximum custody units, including creation of a complex level review committee to screen inmates to be overridden down to close custody

(Deputy Warden of Operations, Unit Deputy Warden and Classification COIV participate in the committee).

53. All maximum custody inmates will be screened for appropriate classification prior to considering them for close custody.

54. Screening will be based upon behavior and discipline excluding those with staff assaults with injury, assaults with a weapon, and multi-on-one inmate assaults that resulted in significant injury excluding those inmates who for a period of at least a one year with no major rule violations or two years without any violent major rule violations.

55. Focus will be applied to inmates with less than six months remaining to increase their pro-social interactions with others as well as reentry programs.

56. Additionally, policy changes are under consideration to allow for inmates serving life sentences to be considered for close custody housing in maximum custody units after one year of incarceration versus the current two year time requirement.

57. Furthermore, consideration will be given for inmates designated as SMI or have MH scores of 3 or above to participate in close custody by clustering these populations in pods together to provide a gradual reintroduction to general population while still providing necessary security to prevent predatory behavior towards them.

58. The management of inmates promoted to close custody classification will occur in smaller settings within the maximum custody institutions which will in turn aide in the process of transitioning the inmates to lower custody and larger population settings, creating a greater chance of future success on larger yards, at lower custody levels, and eventually, in the community, versus return to maximum custody.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

3

4    59. The Perryville-Lumley SMU (Yard 3) maximum custody reduction plan will include careful and individualized custody review, followed by a gradual phase-in period for approved inmates through the end of 2016.

5            I declare under penalty of perjury that the foregoing is true and correct.

6            Executed this ___ day of November, 2016.

7

8            **Telephonically and electronically approved 11/22/16.
9            Signed copy to be filed upon receipt.

10           _____
             CARSON McWILLIAMS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28