**EXHIBIT 1**

**EXHIBIT 1**

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| Custody | 21-Nov-16 UNIT | USE | OPERATING CAPACITY RATED G.P. | M/MH | TOTAL | TEMPORARY T/G.P. | T M/MH | TOTAL | SPECIAL USE S.U. | T/S.U. | TOTAL | INMATE COMMITTED POPULATION AS MIDNIGHT RATED G.P. | M/MH | TEMPORARY T/G.P. | T M/MH | TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | 203 | | 835 | | | 0 | 632 | | 28 | | 660 | 0 | 660 | 1 | 661 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | 0 | 803 | | 130 | | 933 | 0 | 933 | 24 | 957 |
| | Complex Detention | DET | | | 0 | | | 0 | 45 | 44 | 89 | | | | | | 78 | 78 | 8 | 86 |
| MIN | Eggers | GP | 240 | | 240 | | | 240 | | | 0 | 228 | | | | 228 | 0 | 228 | 0 | 228 |
| MIN | Papago | GP | 250 | | 250 | 90 | | 340 | | | 0 | 250 | | 74 | | 324 | 0 | 324 | 1 | 325 |
| | **TOTAL** | | 1925 | 0 | 1925 | 433 | 0 | 2358 | 45 | 44 | 89 | 1913 | 0 | 232 | 0 | 2145 | 78 | 2223 | 34 | 2257 |
| | **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 484 | | 1280 | | | | 796 | | 459 | | 1255 | 0 | 1255 | 12 | 1267 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | | 796 | | 397 | | 1193 | 0 | 1193 | 3 | 1196 |
| CLOSE | Meadows | SO | | | 0 | 80 | | 80 | | | | | | 80 | | 80 | 0 | 80 | 2 | 82 |
| | Rynning Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | | | | | | 63 | 63 | 2 | 65 |
| CLOSE | Rynning A37 | SO | 200 | | 200 | | | 200 | | | | 183 | | | | 183 | 0 | 183 | 0 | 183 |
| CLOSE | Rynning Close | GP | 400 | | 400 | | | 400 | | | | 208 | | | | 208 | 0 | 208 | 5 | 213 |
| CLOSE | Rynning Close II A64 | GP | 200 | | 200 | | | 200 | | | | 168 | | | | 168 | 0 | 168 | 1 | 169 |
| MAX | SMU I | GP | 472 | | 472 | 56 | | 528 | 7 | | 7 | 459 | | 0 | | 459 | 0 | 459 | 2 | 461 |
| MAX | SMU I SO | SO | 288 | | 288 | 184 | | 472 | | | | 288 | | 85 | | 373 | 0 | 373 | 3 | 376 |
| MAX | SMU I P.C. | PC | 8 | | 8 | 0 | | 8 | 1 | | 1 | 5 | | 0 | | 5 | 0 | 5 | 1 | 6 |
| | SMU I Detention | DET | | | 0 | | | 0 | 144 | 48 | 192 | | | | | | 177 | 177 | 7 | 184 |
| MAX | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | | | 19 | | | 19 | 0 | 19 | 2 | 21 |
| MAX | Browning Intake | GP | 30 | | 30 | 30 | | 60 | | | | 36 | | 0 | | 36 | 0 | 36 | 0 | 36 |
| MAX | SMU I BMU GP | MH | | 16 | 16 | | | 16 | | | | | 10 | | | 10 | 0 | 10 | 1 | 11 |
| MAX | SMU I BMU SO | MH | | 8 | 8 | | | 8 | | | | | 3 | | | 3 | 0 | 3 | 0 | 3 |
| MAX | Browning Unit | GP | 268 | | 268 | 140 | | 408 | | | | 268 | | 110 | | 378 | 0 | 378 | 7 | 385 |
| MAX | Browning STG | STG | 290 | | 290 | 50 | | 340 | | | | 255 | | 0 | | 255 | 0 | 255 | 4 | 259 |
| MAX | Browning D/Row | DR | 130 | | 130 | 20 | | 150 | | | | 114 | | 0 | | 114 | 0 | 114 | 5 | 119 |
| MAX | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | | | 9 | | | 9 | 0 | 9 | 1 | 10 |
| MAX | Browning Enhanced | GP | 40 | | 40 | | | 40 | | | | 39 | | 0 | | 39 | 0 | 39 | 1 | 40 |
| | **TOTAL** | | 3918 | 58 | 3976 | 1527 | 0 | 5503 | 192 | 88 | 280 | 3615 | 41 | 1131 | 0 | 4787 | 240 | 5027 | 59 | 5086 |
| | **ASPC-FLORENCE** | | | | | | | | | | | | | | | | | | | |
| MAX | Central Unit | GP | 334 | | 334 | | | 334 | | | | 266 | | | | 266 | 0 | 266 | 9 | 275 |
| CLOSE | Central Unit Close | GP | 458 | | 458 | | | 458 | | | 0 | 391 | | | | 391 | 0 | 391 | 1 | 392 |
| CLOSE | Central Unit Close Mgt. | GP | 40 | | 40 | | | 40 | | | | 21 | | | | 21 | 0 | 21 | 0 | 21 |
| CLOSE | Central Unit CB 1 MH | MH | | 120 | 120 | | | 120 | | | | | 106 | | | 106 | 0 | 106 | 1 | 107 |
| MAX | Central Unit Restricted | GP | 36 | | 36 | | | 36 | | | | 22 | | | | 22 | 0 | 22 | 0 | 22 |
| | Kasson Detention | DET | | | 0 | | | 0 | 64 | | 64 | | | | | | 59 | 59 | 5 | 64 |
| MAX | Kasson MH | MH | | 64 | 64 | | | 64 | 8 | | 8 | | 48 | | | 48 | 6 | 54 | 1 | 55 |
| MAX | Housing Unit 8 | MED | | 22 | 22 | 20 | | 42 | | | 0 | | 22 | | 14 | 36 | 0 | 36 | 0 | 36 |
| MAX | Health Unit | MED | | | 0 | | | 0 | 15 | | 15 | | | | | | 11 | 11 | 1 | 12 |
| MED | East Unit | GP | 600 | | 600 | 80 | | 680 | | | 0 | 600 | | 74 | | 674 | 0 | 674 | 10 | 684 |
| MIN | North Unit | GP | 972 | | 972 | 124 | | 1096 | | | 0 | 972 | | 78 | | 1050 | 0 | 1050 | 16 | 1066 |
| MED | South Unit | SO | 544 | | 544 | 421 | | 965 | | | 0 | 544 | | 411 | | 955 | 0 | 955 | 2 | 957 |
| MIN | Globe | GP | 250 | | 250 | 52 | | 302 | | | | 250 | | 34 | | 284 | 0 | 284 | 0 | 284 |
| | Globe Detention | DET | | | 0 | | | 0 | 9 | | 9 | | | | | | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 3234 | 206 | 3440 | 697 | 0 | 4137 | 96 | 0 | 96 | 3066 | 176 | 597 | 14 | 3853 | 76 | 3929 | 46 | 3975 |
| | **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 768 | | 768 | | | 768 | | | 0 | 733 | | 0 | | 733 | 0 | 733 | 6 | 739 |
| CLOSE | Lumley Unit | GP | 384 | | 384 | | | 384 | | | 0 | 309 | | 0 | | 309 | 0 | 309 | 1 | 310 |
| MAX | Lumley SMA | GP | 108 | | 108 | 24 | | 132 | | | 0 | 68 | | 0 | | 68 | 0 | 68 | 1 | 69 |
| MAX | Lumley Restricted | GP | 0 | | 0 | | | 0 | | | 0 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MAX | Lumley Mental Health | MH | | 48 | 48 | | | 48 | | | | | 24 | | | 24 | 0 | 24 | 0 | 24 |
| MAX | Perryville S.N.U. | MED | | | 0 | | 10 | 10 | | | | | | | 5 | 5 | 0 | 5 | 0 | 5 |
| MED | Santa Maria WTU | MH | | 24 | 24 | | | 24 | | | | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| MAX | Perryville Watch Cells | MH | | 12 | 12 | | 14 | 26 | | | | | 12 | | 1 | 13 | 0 | 13 | 1 | 14 |
| MAX | Recp&Asmnt | GP | 144 | | 144 | 48 | | 192 | | | 0 | 94 | | 0 | | 94 | 0 | 94 | 1 | 95 |
| CLOSE | Minors Unit | GP | 22 | | 22 | | | 22 | 3 | | 3 | 2 | | | | 2 | 0 | 2 | 0 | 2 |
| MIN | San Pedro | GP | 432 | | 432 | | | 432 | | | 0 | 429 | | 0 | | 429 | 0 | 429 | 3 | 432 |
| MED | Santa-Maria | GP | 360 | | 360 | | | 360 | | | 0 | 338 | | 0 | | 338 | 0 | 338 | 9 | 347 |
| | Complex Detention | DET | | | | | | | 26 | 22 | 48 | | | | | 0 | 22 | 22 | 0 | 22 |
| | Perryville IPC | MED | | | | | | | 10 | | 10 | | | | | 0 | 9 | 9 | 1 | 10 |
| MIN | Piestewa Unit | GP | 260 | | 260 | | | 260 | | | 0 | 257 | | 0 | | 257 | 0 | 257 | 0 | 257 |
| MIN | Santa Rosa Unit | GP | 390 | | 390 | | | 390 | | | 0 | 354 | | 0 | | 354 | 0 | 354 | 24 | 378 |
| MIN | San Carlos | GP | 1250 | | 1250 | | | 1250 | | | | 1201 | | 0 | | 1201 | 0 | 1201 | 41 | 1242 |
| | **TOTAL** | | 4118 | 84 | 4202 | 72 | 24 | 4298 | 39 | 22 | 61 | 3785 | 51 | 0 | 6 | 3842 | 31 | 3873 | 88 | 3961 |
| | **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | |
| MAX | Reception | GP | 207 | | 207 | 129 | | 336 | | | 0 | 207 | | 85 | | 292 | 0 | 292 | 7 | 299 |
| MIN | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | 0 | 30 | | 31 | | 61 | 0 | 61 | 0 | 61 |
| MAX | B-Ward | MH | | 40 | 40 | | 8 | 48 | | | 0 | | 26 | | 0 | 26 | 0 | 26 | 0 | 26 |
| CLOSE | Flamenco Ida Ward- M | MH | | 25 | 25 | | | 25 | | | 0 | | 20 | | | 20 | 7 | 27 | 0 | 27 |
| CLOSE | Flamenco Ida Watch M | MH | | 15 | 15 | | | 15 | | | | | 1 | | | 1 | 0 | 1 | 0 | 1 |
| CLOSE | Flamenco John PS- M | MH | | 30 | 30 | | | 30 | 9 | | 9 | | 17 | | | 17 | 0 | 17 | 0 | 17 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | | | 23 | | | 23 | 0 | 23 | 0 | 23 |
| CLOSE | Flamenco-F | MH | | 20 | 20 | | | 20 | 2 | | 2 | | 9 | | | 9 | 0 | 9 | 0 | 9 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | 0 | | 135 | | | 135 | 0 | 135 | 0 | 135 |
| | **TOTAL** | | 237 | 315 | 552 | 160 | 8 | 720 | 11 | 0 | 11 | 237 | 231 | 116 | 0 | 584 | 7 | 591 | 7 | 598 |
| | **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | 16 | | 16 | 766 | | | | 766 | 16 | 782 | 8 | 790 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | | 83 | 83 | 0 | 83 |
| CLOSE | Rast | PC | 394 | | 394 | | | 394 | | | 0 | 390 | | | | 390 | 0 | 390 | 6 | 396 |
| MAX | Rast PC | PC | 500 | | 500 | | | 500 | | | | 490 | | | | 490 | 0 | 490 | 6 | 496 |
| CLOSE | Rast Close Mgt. | PC | 10 | | 10 | | | 10 | | | | 1 | | | | 1 | 0 | 1 | 0 | 1 |
| | Lewis Medical | MED | | | 0 | | | 0 | 13 | | 13 | | | | | | 7 | 7 | 1 | 8 |
| MED | Stiner Level G.P. | GP | 800 | | 800 | 416 | | 1216 | | | | 800 | | 315 | | 1115 | 0 | 1115 | 20 | 1135 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | | | | 81 | 81 | 3 | 84 |
| MIN | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | | 300 | | 11 | | 311 | 0 | 311 | 2 | 313 |
| MED | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | | 300 | | 20 | | 320 | 0 | 320 | 0 | 320 |
| | Bachman Detention | DET | | | | | | | 80 | | 80 | | | | | | 86 | 86 | 1 | 87 |
| CLOSE | Buckley PC | PC | 800 | | 800 | | | 800 | 16 | | 16 | 780 | | | | 780 | 18 | 798 | 8 | 806 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | 0 | 400 | | 12 | | 412 | 0 | 412 | 4 | 416 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | | 400 | | 16 | | 416 | 0 | 416 | 4 | 420 |
| MIN | SUNRISE | GP | 100 | | 100 | | | 100 | | | | 97 | | | | 97 | 0 | 97 | 0 | 97 |
| MIN | EAGLE POINT | GP | 300 | | 300 | | | 300 | | | | 291 | | | | 291 | 0 | 291 | 2 | 293 |
| | **TOTAL** | | 5104 | 0 | 5104 | 868 | 0 | 5972 | 275 | 0 | 275 | 5015 | 0 | 374 | 0 | 5389 | 291 | 5680 | 65 | 5745 |
| | **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | 160 | | 748 | | | | 588 | | 20 | | 608 | 0 | 608 | 0 | 608 |
| | Miles Detention | DET | | | | | | 0 | 25 | 24 | 49 | | | | | | 24 | 24 | 3 | 27 |
| MIN | Graham | GP | 615 | | 615 | 96 | | 711 | | | 0 | 591 | | 0 | | 591 | 0 | 591 | 0 | 591 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | | 233 | | 0 | | 233 | 0 | 233 | 0 | 233 |
| | Tonto Detention | DET | | | | | | | 6 | | 6 | | | | | | 4 | 4 | 0 | 4 |
| | **TOTAL** | | 1453 | 0 | 1453 | 416 | 0 | 1869 | 31 | 24 | 55 | 1412 | 0 | 20 | 0 | 1432 | 28 | 1460 | 3 | 1463 |

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| 21-Nov-16 | | | OPERATING CAPACITY | | | | | | SPECIAL USE | | | INMATE COMMITTED POPULATION AS MIDNIGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RATED | | | TEMPORARY | | | | | | RATED | | TEMPORARY | | | TOTAL | INSIDE | OUTSIDE | GRAND |
| Custody | UNIT | USE | G.P. | M/MH | TOTAL | T/G.P. | T M/MH | TOTAL | S.U. | T/S.U. | TOTAL | G.P. | M/MH | T/G.P. | T M/MH | TOTAL | S.U./T.S.U. | TOTAL | TOTAL | TOTAL |
| | ASPC-TUCSON | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 288 | | 288 | | | 288 | | | | 268 | | 0 | | 268 | 0 | 268 | 6 | 274 |
| MED | Cimarron | GP | 384 | | 384 | | | 384 | | | 0 | 347 | | 0 | | 347 | 0 | 347 | 7 | 354 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | 0 | 91 | 91 | 3 | 94 |
| CLOSE | Rincon MH Watch | MH | | 55 | 55 | | | 55 | | | 0 | | 24 | | | 24 | 0 | 24 | 0 | 24 |
| CLOSE | Rincon BHU | MH | | 56 | 56 | | | 56 | | | | | 43 | | | 43 | 0 | 43 | 0 | 43 |
| CLOSE | Rincon Medical | MED | | | | | | | 66 | | 66 | | | | | 0 | 59 | 59 | 2 | 61 |
| CLOSE | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | 0 | | 14 | | | 14 | 0 | 14 | 0 | 14 |
| CLOSE | Rincon Transitory | TRANS | | | | 30 | | 30 | | | 0 | | | 24 | | 24 | 0 | 24 | 1 | 25 |
| CLOSE | Rincon | GP | 512 | | 512 | | | 512 | | | 0 | 478 | | | | 478 | 0 | 478 | 7 | 485 |
| CLOSE | Minors | GP | 182 | | 182 | | | 182 | | | 0 | 73 | | | | 73 | 0 | 73 | 1 | 74 |
| | Minors Intake | GP | | | 0 | | | 0 | 16 | | 16 | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | 0 | 759 | | 0 | | 759 | 0 | 759 | 5 | 764 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | | 20 | 45 | | | 0 | | 25 | | 14 | 39 | 0 | 39 | 0 | 39 |
| MED | Manzanita | GP | 251 | | 251 | 131 | | 382 | 0 | | 0 | 251 | | 116 | | 367 | NA | 367 | 5 | 372 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | 0 | | 54 | | 0 | 54 | 0 | 54 | 0 | 54 |
| | Manzanita Detention | DET | | | 0 | | | 0 | 12 | 11 | 23 | | | | | 0 | 22 | 22 | 2 | 24 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | 0 | 400 | | 311 | | 711 | 0 | 711 | 17 | 728 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | 0 | 26 | 26 | 0 | 26 |
| | Complex Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | | | | | 0 | 77 | 77 | 5 | 82 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | 0 | 337 | | 0 | | 337 | 0 | 337 | 0 | 337 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | | 1217 | | 0 | | 1217 | 0 | 1217 | 5 | 1222 |
| | TOTAL | | 4395 | 210 | 4605 | 497 | 20 | 5122 | 194 | 111 | 305 | 4130 | 160 | 451 | 14 | 4755 | 275 | 5030 | 66 | 5096 |
| | ASPC-WINSLOW | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | 136 | | 628 | | | 0 | 438 | | 0 | | 438 | 0 | 438 | 22 | 460 |
| MED | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 393 | | 0 | | 393 | 0 | 393 | 6 | 399 |
| CLOSE | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 375 | | 0 | | 375 | 0 | 375 | 5 | 380 |
| | Complex Detention | DET | | | 0 | | | 0 | 20 | 19 | 39 | | | | | 0 | 24 | 24 | 0 | 24 |
| MIN | Apache | GP | 334 | | 334 | 80 | | 414 | | | 0 | 334 | | 5 | | 339 | 0 | 339 | 0 | 339 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | 0 | 0 | 0 | 0 | 0 |
| | TOTAL | | 1626 | 0 | 1626 | 216 | 0 | 1842 | 32 | 19 | 51 | 1540 | 0 | 5 | 0 | 1545 | 24 | 1569 | 33 | 1602 |
| | ASPC-YUMA | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | 0 | 800 | | 301 | | 1101 | 0 | 1101 | 19 | 1120 |
| | Cheyenne Detention | DET | | | 0 | | | 0 | 40 | 39 | 79 | | | | | 0 | 75 | 75 | 2 | 77 |
| MIN | Cocopah | GP | 250 | | 250 | 80 | | 330 | | | 0 | 250 | | 78 | | 328 | 0 | 328 | 1 | 329 |
| CLOSE | Dakota | GP | 800 | | 800 | | | 800 | 16 | | 16 | 757 | | | | 757 | 0 | 757 | 17 | 774 |
| | Dakota Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 78 | 78 | 1 | 79 |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | 0 | 1248 | | 0 | | 1248 | 0 | 1248 | 23 | 1271 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | 0 | 1209 | | 0 | | 1209 | 0 | 1209 | 5 | 1214 |
| | TOTAL | | 4350 | 0 | 4350 | 420 | 0 | 4770 | 136 | 39 | 175 | 4264 | 0 | 379 | 0 | 4643 | 153 | 4796 | 68 | 4864 |
| | TOTAL IN-STATE | | 30360 | 873 | 31233 | 5306 | 52 | 36591 | 1051 | 347 | 1398 | 28977 | 659 | 3305 | 34 | 32975 | 1203 | 34178 | 469 | 34647 |
| | CONTRACT BEDS | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | 40 | | 40 | 1000 | | 261 | | 1261 | 13 | 1274 | 4 | 1278 |
| MIN | Phx. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 19 | | 19 | 400 | | 77 | | 477 | 12 | 489 | 0 | 489 |
| MIN | Flor. West- GEO | GP | 200 | | 200 | 50 | | 250 | 4 | 4 | 8 | 200 | | 44 | | 244 | 0 | 244 | 0 | 244 |
| MIN | Flor. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 10 | 7 | 17 | 400 | | 92 | | 492 | 1 | 493 | 1 | 494 |
| MED | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 1 | | 1401 | 38 | 1439 | 4 | 1443 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1825 | | | | 1825 | 76 | 1901 | 5 | 1906 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 490 | | | 1 | 491 | 0 | 491 | 0 | 491 |
| MED | Red Rock- GP- CCA #1 | GP | 1000 | | 1000 | | | 1000 | | | | 936 | | | | 936 | 0 | 936 | 15 | 951 |
| MED | RED Rock -GP CCA #2 | GP | 500 | | 500 | | | 500 | | | | 512 | | | | 512 | 0 | 512 | 4 | 516 |
| | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | 0 | 57 | 57 | 0 | 57 |
| | TOTAL CONTRACT | | 7400 | 0 | 7400 | 638 | 0 | 8038 | 311 | 11 | 322 | 7163 | 0 | 475 | 0 | 7638 | 198 | 7836 | 33 | 7869 |
| | TOTAL IN-STATE | | 30360 | 873 | 31233 | 5306 | 52 | 36591 | 1051 | 347 | 1398 | 28977 | 659 | 3305 | 34 | 32975 | 1203 | 34178 | 469 | 34647 |
| | TOTAL CONTRACT | | 7400 | 0 | 7400 | 638 | 0 | 8038 | 311 | 11 | 322 | 7163 | 0 | 475 | 0 | 7638 | 198 | 7836 | 33 | 7869 |
| | GRAND TOTAL | | 37760 | 873 | 38633 | 5944 | 52 | 44629 | 1362 | 358 | 1720 | 36140 | 659 | 3780 | 34 | 40613 | 1401 | 42014 | 502 | 42516 |
| | TOTAL STATE MALE | | 26242 | 769 | 27011 | 5234 | 28 | 32273 | 1010 | 325 | 1335 | 25192 | 599 | 3305 | 28 | 29124 | 1172 | 30296 | 381 | 30677 |
| | TOTAL CONTRACT MALE | | 7400 | 0 | 7400 | 638 | 0 | 8038 | 311 | 11 | 322 | 7163 | 0 | 475 | 0 | 7638 | 198 | 7836 | 33 | 7869 |
| | TOTAL MALE | | 33642 | 769 | 34411 | 5872 | 28 | 40311 | 1321 | 336 | 1657 | 32355 | 599 | 3780 | 28 | 36762 | 1370 | 38132 | 414 | 38546 |
| | TOTAL STATE FEMALE | | 4118 | 104 | 4222 | 72 | 24 | 4318 | 41 | 22 | 63 | 3785 | 60 | 0 | 6 | 3851 | 31 | 3882 | 88 | 3970 |
| | GRAND TOTAL | | 37760 | 873 | 38633 | 5944 | 52 | 44629 | 1362 | 358 | 1720 | 36140 | 659 | 3780 | 34 | 40613 | 1401 | 42014 | 502 | 42516 |

| STATE MALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 9341 | 8542 | 799 |
| MEDIUM CUSTODY | 13562 | 13331 | 231 |
| CLOSE CUSTODY | 5946 | 5761 | 185 |
| MAXIMUM CUSTODY | 3088 | 2744 | 344 |
| RECEPTION -MAX | 336 | 299 | 37 |
| TOTAL | 32273 | 30677 | 1596 |

| CONTRACT MALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 3750 | 3624 | 126 |
| MEDIUM CUSTODY | 4288 | 4245 | 43 |
| TOTAL | 8038 | 7869 | 169 |
| TOTAL MALE | 40311 | 38546 | 1765 |

| STATE FEMALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 2332 | 2315 | 17 |
| MEDIUM CUSTODY | 1152 | 1116 | 36 |
| CLOSE CUSTODY | 426 | 331 | 95 |
| MAXIMUM CUSTODY | 216 | 113 | 103 |
| RECEPTION-MAX | 192 | 95 | 97 |
| TOTAL | 4318 | 3970 | 348 |
| GRAND TOTAL | 44629 | 42516 | 2113 |

RATED BEDS PLUS TEMPORARY BEDS = OPERATING CAPACITY (R+T=OC).
CURRENTLY THERE ARE NO FEMALE INMATES IN CONTRACT BEDS.

| OUT COUNT | Male | Female | Total |
|---|---|---|---|
| Hospital | 16 | 1 | 17 |
| Fire Crew | 17 | 0 | 17 |
| Other Work | 16 | 58 | 74 |
| Court | 365 | 29 | 394 |
| Apache | 1 | 0 | 1 |
| Cochise | 12 | 0 | 12 |
| Coconino | 13 | 4 | 17 |
| Gila | 5 | 2 | 7 |
| Graham | 1 | 0 | 1 |
| Greenlee | 0 | 0 | 0 |
| Maricopa | 186 | 12 | 198 |
| Mohave | 8 | 0 | 8 |
| Navajo | 0 | 0 | 0 |
| Pima | 53 | 3 | 56 |
| Pinal | 10 | 1 | 11 |
| Santa Cruz | 2 | 0 | 2 |
| Yavapai | 2 | 0 | 2 |
| Yuma | 11 | 0 | 11 |
| La Paz | 0 | 0 | 0 |
| Other | 20 | 5 | 25 |
| Federal | 41 | 2 | 43 |
| Total Out | 414 | 88 | 502 |

| COMMUNITY SUPERVISION OFFENDERS | | | |
|---|---|---|---|
| Arizona Parole Prior TIS | | | 53 |
| Interstate Parole | | | 606 |
| Work Furlough | | | 0 |
| Home Arrest | | | 11 |
| Truth In Sentencing (TIS) | | | 4773 |
| Maricopa Re-Entry Center | | Sex Offender | Non-Sex Offender |
| Sanctioned | 11 | 0 | 11 |
| Intensive Treatment | 11 | 0 | 11 |
| Without Placement | 16 | -3 | 13 |
| Total Maricopa Re-Entry Center | 38 | -3 | 35 |
| Pima Re-Entry Center | | Sex Offender | Non-Sex Offender |
| Sanctioned | 3 | 0 | 3 |
| Intensive Treatment | 15 | -1 | 14 |
| Without Placement | 59 | 30 | 29 |
| Total Pima Re-Entry Center | 77 | 31 | 46 |
| Community Corrections Grand Total | | | 5558 |
| COUNTY JAIL INTAKE | Male | Female | Both |
| County Jail Intake 11/21/16 | 23 | 5 | 28 |
| County Jail Transfers Pending | 0 | 0 | 0 |
| Inside Count | 38132 | 3882 | 42014 |
| Outside Count | 414 | 88 | 502 |
| Offical Daily Count | 38569 | 3975 | 42544 |