# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER** |

The Court having reviewed Defendants' Motion to Seal Documents Associated with Defendants' Notice Regarding Maximum Custody Subclass Definition and Inapplicability to Close Custody Classification, and finding good cause,

**IT IS HEREBY ORDERED** granting Defendants' Motion to Seal Documents Associated with Defendants' Notice Regarding Maximum Custody Subclass Definition and Inapplicability to Close Custody Classification. The Clerk of the Court is instructed to seal the document set forth in Defendants' Motion to Seal Exhibit 3 to the Declaration of Carson McWilliams regarding Close Custody at ASPC-Florence. The Declaration of Carson McWilliams is attached as Exhibit 1 to Defendants' Notice Regarding Maximum Custody Subclass Definition and Inapplicability to Close Custody Classification.