**EXHIBIT B**

**EXHIBIT B**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF NICOLE TAYLOR, Ph.D., J.D., CCHP-MH** |

I, **NICOLE TAYLOR**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Mental Health Director and a Mental Health Monitor for the Arizona Department of Corrections (ADC). I am responsible for monitoring compliance with mental health performance measures in the *Parsons* Stipulation, including Health Care Performance Measure Nos. 73-99.

3. I am a licensed psychologist. I have earned a Doctor of Philosophy in Clinical Psychology (Ph.D.) and Doctor of Jurisprudence (J.D.). A copy of my current curriculum vitae is attached as **Exhibit B-1**.

4. I participated in the negotiations of the Stipulation. Plaintiffs were represented by counsel throughout the negotiations, and Plaintiffs' counsel assisted in drafting and revising the Stipulation.

5. Attached as **Exhibit B-2** are relevant excerpts from the ADC Mental Health Technical Manual (MHTM), revised April 18, 2014. This is the version of the MHTM that was in effect when the Stipulation and Performance Measures were negotiated during the Fall of 2014.

6. Plaintiffs' counsel knew or should have known that prior to the enactment of the Stipulation inmates were seen in both individual and group sessions, because the MHTM expressly stated:

   a. "Category A Inmates shall be seen at a minimum every thirty (30) days *in either a clinical group or individual session*." (ADC267401);

   b. "Category B Inmates shall be seen at a minimum every one hundred and eighty (180) days by a P/PNP [Psychiatrists and Psychiatric Nurse Practitioners] and also every ninety (90) days by a mental health clinician in *a group or individual session*." (ADC267401);

1

    c. "These inmates may receive additional ***individual and group sessions*** as their treatment plan indicates." (ADC267430).

  7. Plaintiffs' counsel expressly negotiated performance measures that required individual or one-on-one counseling sessions, including Performance Measures 87 and 89. It was never Defendants' expectation that they would be required to perform individual counseling sessions for all inmates and, in particular, for MH-3A and MH-3B inmates that were being seen in "group or individual sessions" under ADC's MHTM prior to the Stipulation.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 29th day of November, 2016.

_____
NICOLE TAYLOR, Ph.D., J.D., CCHP-MH

**EXHIBIT B-1**

**EXHIBIT B-1**

# NICOLE TAYLOR, Ph.D., J.D., CCHP-MH

Email: ntaylor@azcorrections.gov    Mobile: (602) 531-2417

---

## EDUCATION

| | |
|---|---|
| 2000 – 2005 | **Doctor of Philosophy in Clinical Psychology, #3821**<br>Pacific Graduate School of Psychology, Palo Alto, CA<br>(APA Accredited) |
| 1999 – 2003 | **Doctor of Jurisprudence, #024568**<br>Golden Gate University, School of Law, San Francisco, CA<br>(ABA Accredited) |
| 1995 – 1999 | **Bachelor of Arts in Psychology**<br>Western State College of Colorado, Gunnison, CO |

## ADDITIONAL CERTIFICATION

07/2013 - Present    Certified Correctional Health Professional
10/2014 - Present    Certified Correctional Health Professional – Mental Health

## PROFESSIONAL WORK EXPERIENCE

08/2015 – Present    **DISABILITY EVALUATOR**
Social Security Administration, Phoenix, AZ
Conduct psychological evaluations for claimants requesting disability services.  Review previous records.  Provide a comprehensive psychological report to DES for determination of services.

06/2015 – Present    **INSTRUCTOR**
National Institute of Corrections, Aurora, CO
Facilitate program modules for the "Managing Restrictive Housing Populations" 40-hour training program.  Engage other selected correctional systems throughout the U.S. in the topics and provide direction on best practices.

09/2005 – Present    **MENTAL HEALTH DIRECTOR** (4/2013 – Present)
Arizona Department of Corrections, Statewide, AZ
Evaluate mental health services provided by the contracted vendor and private prisons.  Provide detailed and confidential reports.  Monitor and review services for unusual patterns.  Ensure compliance with Federal and State laws and ADC policies and procedures.  Conduct clinical reviews for inmate grievance appeal responses, investigations, and lawsuits.
Supervisor:  Richard Pratt

**LEAD PSYCHOLOGIST** (3/2013 – 4/2013)
Corizon, Florence, AZ
Supervised all mental health staff at the Florence State Prison, including Psychologists, Master's level clinicians, Psychiatric Registered Nurses, and Psychology Technicians.  Developed policies, procedures, and mental health programming aspects for the Florence Complex.  Provided clinical services including crisis interventions, individual psychotherapy, and testing and assessment of the inmate population.
Supervisor:  Sonya Khilnani, Ph.D.

**MENTAL HEALTH REGIONAL DIRECTOR** (7/2012 – 3/2013)
Wexford Health Sources, Statewide, AZ
Supervised all mental health staff for the Southern Region of Arizona, including Psychologists, Master's level clinicians, Psychiatric Registered Nurses, and Psychology Technicians.  Developed policies, procedures, and mental health programming aspects for Arizona's Correctional System.  Provided clinical services including crisis interventions, individual psychotherapy, and testing and assessment of the inmate population.
Supervisor:  Ronald Smith, Ph.D.

**CHIEF PSYCHOLOGIST** (3/2011 – 7/2012)
Arizona Department of Corrections, Florence, AZ
Supervised mental health staff for the Florence State Prison, including Psychologists, Master's level clinicians, and Psychiatric Registered Nurses.  Developed policies and procedures directing mental health care of the inmates, and provided crisis interventions and individual therapy.
Supervisor:  Ben Shaw, Ph.D.

**PSYCHOLOGIST II** (7/2006 – 3/2011)
Arizona Department of Corrections, Florence, AZ
Supervised services provided to the inmates by Master's level clinicians.  Conducted short and long-term individual psychotherapy, administered psychological assessments, and reviewed all new inmate files.
Supervisor:  John Trezise, Ph.D.

**PSYCHOLOGY ASSOCIATE II** (9/2005 – 7/2006)
Arizona Department of Corrections, Phoenix, AZ
Conducted individual and group psychotherapy, administered psychological assessments and intake evaluations, and provided brief crisis interventions for prison inmates.
Supervisor:  Beth Keen, Ph.D.

09/2004 – 08/2005   **PREDOCTORAL INTERN**
Arizona State Hospital, Phoenix, AZ
Conducted psychological, neuropsychological, and risk assessments with mentally ill offenders.  Conducted individual therapy and co-facilitated weekly psychotherapy groups.
Supervisor:  Nancy Van Der Veer, Psy.D.

**RELATED LEGAL EXPERIENCE**

07/2009 – 07/2012   **ATTORNEY**
Law Office of Matthew Ritter, Florence, AZ
Provided legal services to court ordered parents and children.  Assisted the Judge in determining best placement for children in child custody cases, and acted as a Guardian ad Litem in a variety of family law, juvenile dependency, and juvenile delinquency cases.
Supervisor:  Matthew Ritter, J.D., Ph.D.

**ELECTED POSITIONS**

06/2014 – Present   Board of Directors, Mental Health Network, NIC
10/2014 – Present   Board of Directors, Academy of Correctional Health Professionals

**PUBLICATIONS**

Corbella, S., Beutler, L. E., Fernandez-Alvarez, H., Botella, L., Malik, M. L., Lane, G., & Wagstaff, N. (2003).   Measuring coping style and resistance among Spanish and Argentine samples:  Development of the Systematic Treatment Selection Self-Report (STS-SR) in Spanish. *Journal of Clinical Psychology, 59*(9), 921-932.

Wood, W.D., Fulks, T., & Taylor, N. (2014).  Collaboration, Partnership and Education:  Essentials for the Management of Mentally Ill Offenders.  *Corrections Today, July/August 2014,* 42-46.

**PRESENTATIONS**

10/2016   Understanding the DOJ Restrictive Housing Recommendations, NCCHC, Las Vegas, NV
08/2016   Restrictive Housing and Mental Health – Litigation Panel, Deputy Director Network Annual Meeting, NIC, Durham, NC
10/2015   Restrictive Housing, National Institute of Justice, Arlington, VA
09/2015   Re-Entry Symposium, NIC, Aurora, CO
08/2015   Defining Serious Mental Illness:  Who Are We Talking About, ACA, Indianapolis, IN
07/2015   Innovative Practices in Correctional Behavioral Health:  A Panel Presentation, NCCHC, Long Beach, CA

**RESEARCH EXPERIENCE**

02/03 – 05/05   **Dissertation Research:**  An Analysis of the Mentally Ill Crime Reduction Grant Program
Reviewed, critiqued, and synthesized relevant literature on the effectiveness of California's Mentally Ill Offender Crime Reduction Grant program.
Dissertation Chair:  Wendy Packman, J.D., Ph.D.

## RELATED CONFERENCES / TRAININGS

| | |
|---|---|
| 10/2016 | National Conference on Correctional Health Care, Las Vegas, NV |
| 07/2016 | Correctional Mental Health Care Conference, Boston, MA |
| 06/2016 | Mental Health Network, NIC, Long Beach, CA |
| 04/2016 | Spring Conference on Correctional Health Care, Nashville, TN |
| 11/2015 | 9th Circuit Corrections Summit, Sacramento, CA |
| 10/2015 | The Use of Administration Segregation in the US, NIJ, Arlington, VA |
| 10/2015 | National Conference on Correctional Health Care, Dallas, TX |
| 09/2015 | Re-Entry Symposium, NIC, Aurora, CO |
| 08/2015 | American Correctional Association, Indianapolis, IN |
| 07/2015 | Correctional Mental Health Care Conference, Long Beach, CA |
| 06/2015 | Mental Health Network, NIC, Butner, NC |
| 04/2015 | Spring Conference on Correctional Health Care, New Orleans, LA |
| 02/2015 | American Correctional Association, Long Beach, CA |
| 10/2014 | National Conference on Correctional Health Care, Las Vegas, NV |
| 07/2014 | Correctional Mental Health Care Conference, Denver, CO |
| 06/2014 | Mental Health Network, NIC, Aurora, CO |
| 03/2014 | Executive Manager Program in Correctional Health Care, NIC, Aurora, CO |
| 07/2013 | Correctional Mental Health Care Conference, Las Vegas, NV |
| 07/2013 | Correctional Health Care Leadership Institutes, Las Vegas, NV |
| 07/2013 | Crisis Intervention Teams, NIC, Aurora, CO |
| 06/2013 | Managing High Risk Segregated Populations, NIC, Aurora, CO |
| 06/2013 | Mental Health Network, NIC, Columbia, SC |
| 10/2012 | National Conference on Correctional Health Care, Las Vegas, NV |
| 03/2011 | Updates in Correctional Health Care, Phoenix, AZ |
| 10/2010 | Legal Competency and Restoration Training for Mental Health Experts, Tucson, AZ |
| 05/2009 | National Conference on Correctional Health Care, Las Vegas, NV |

## AWARDS

| | |
|---|---|
| 2/2012 | **Employee of the Month**, AZ DOC, Florence Complex |
| 5/2011 | **Employee of the Month,** AZ DOC, Florence Complex |
| 2/2009 | **Employee of the Year,** AZ DOC, Eyman Complex |
| 5/2008 | **Employee of the Quarter,** AZ DOC, Eyman Complex |
| 10/2006 | **Employee of the Month,** AZ DOC, Eyman Complex |

**EXHIBIT B-2**

**EXHIBIT B-2**

ADC Mental Health Technical Manual - Revised 4/18/14      1
Appendix G of the Health Service Technical Manual



Arizona Department of Corrections

Appendix G of the Health Services
Technical Manual

Revised April 18, 2014

ADC Mental Health Technical Manual - Revised 4/18/14     24
Appendix G of the Health Service Technical Manual

   1.2.2   The inmate's mental health score may be increased when clinically indicated based upon the treating clinician's assessment of the quality of the inmate's current functioning.

   1.2.3   Inmates classified as MH-2 must have demonstrated behavioral and psychological stability for at least six (6) months.

   1.2.4   Inmates with suicide attempt histories shall be evaluated on a case-by-case basis as well. Inmates with verified serious suicide attempts shall be classified as MH-2 or greater.

   1.2.5   Inmates designated as MH-2 are able to eligible for all movement and occupations.

1.3   **MENTAL HEALTH 3**

   1.3.1   Inmates with Mental Health needs, who require current outpatient treatment.

   1.3.2   Inmates meeting this criterion will be divided into four (4) categories. These categories will be notated in the record used for AIMS classification, and may change during each interaction with the inmate as their condition warrants:

      1.3.2.1  **Category A:** Inmates in acute distress who may require substantial intervention in order to remain stable (Example: A floridly psychotic or delusional inmate with current or frequent suicidal ideation, or currently under a PMRB.) All inmates classified as SMI in ADC and/or the community will remain a Category A (or MH-4 and MH-5 if in specialized mental health program). ==Category A Inmates shall be seen at a minimum every thirty (30) days in either a clinical group or individual session.== All inmates on medications will be seen at a minimum by a P/PNP every ninety (90) days, unless under a PMRB (then a minimum of every thirty (30) days).

      1.3.2.2  **Category B:** Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. (Example: An inmate with a major depressive or other affective disorder who benefits from routine contact with both psychiatry and psychology staff.) ==Category B Inmates shall be seen at a minimum every one hundred and eighty (180) days by a P/PNP and also every ninety (90) days by a mental health clinician in a group or individual session.==

ADC Mental Health Technical Manual - Revised 4/18/14  
Appendix G of the Health Service Technical Manual

43

|  | Men's Treatment Unit (MTU) / Women's Treatment Unit (WTU) | OPR:<br>Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Arizona Department of Corrections |  |  |
| Mental Health Technical Manual | MHTM<br>Chapter 3<br>Section 1.0 | Supersedes:<br>MHTM 1/1/14<br>Effective Date:<br>4/18/14 |

**Purpose**: The current Vendor as contracted by the Department operates the Men's Treatment Unit to provide mental health programming and housing to male inmates who demonstrate a mental disorder and who meet specific admission criteria. Mental health programming at the facility shall include, but not be limited to, individual and group therapies.

**Responsibility**: The MTU / WTU Program Coordinator, in conjunction with the Clinical Director on complex, jointly carry the overall responsibility for the provision of mental health programming in accordance with the below outlined protocol.

1.0 Identified Program Contacts

    1.1    The Facility Health Administrator shall have overall responsibility for MTU / WTU.

    1.2    The Clinical Director of ABHTF, Lead Psychologist at Perryville, or through a designee shall:

        1.2.1    Ensure that referrals for MTU / WTU admission are limited to those inmates who have:

            1.2.1.1 A Mental Disorder as defined by current version of the Diagnostic and Statistical Manual of Mental Disorders

    1.3    The MTU / WTU Program Coordinator position will be filled by a Licensed Psychologist, or other licensed mental health clinician designated by the Clinical Director of ABHTF / Lead Psychologist at Perryville. This individual shall:

        1.3.1    Coordinate all activities related to the admission and discharge processes.

        1.3.2    Review all referrals to the MTU / WTU.

ADC267420

ADC Mental Health Technical Manual - Revised 4/18/14  48
Appendix G of the Health Service Technical Manual

| Arizona Department of Corrections | Maximum Custody Mental Health Specialized Programs | OPR: Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Mental Health Technical Manual | MHTM Chapter 3 Section 2.0 | Supersedes: MHTM 1/1/14 Effective Date: 4/18/14 |

**Purpose**: To provide direction regarding the intake, admission, treatment and discharge processes for Specialized Mental Health Programs located in Maximum Custody units.

**Responsibilities**: The Lead Psychologist, or designee, is responsible for the provision of mental health programming in accordance with the below outlined protocol.

1.0  Placement Criteria

    1.1  To be assigned to a Specialized Program an inmate must:

        1.1.1  Have a mental health diagnosis as defined in the current version of the Diagnostic and Statistical Manual of Mental Disorders.

        1.1.2  Be motivated to participate in a structured mental health program.

    1.2  Referral Process

        1.2.1  The clinicians assigned to the Maximum Custody units refer inmates interested in programming to designated Program Coordinators.

        1.2.2  Mental health staff shall provide security staff a list of inmates to be cleared for placement in the Specialized Program.

2.0  Therapeutic Interventions

    2.1  Interventions provided are developed by the Program Coordinator and in conjunction with security staff (e.g., stage level incentives, ==individual and group psychotherapy,== education).

    2.2  All inmates assigned to these programs will have their MH score changed to a 4 upon arrival to the program.

ADC267425

ADC Mental Health Technical Manual - Revised 4/18/14  50
Appendix G of the Health Service Technical Manual

| Arizona Department of Corrections | Behavioral Management Unit (BMU) | OPR:<br>Assistant Director Health Services<br>Contract Monitoring Bureau |
|---|---|---|
| Mental Health Technical Manual | MHTM<br>   Chapter 3<br>   Section  3.0 | Supersedes:<br>   MHTM 1/1/14<br>Effective Date:<br>   4/18/14 |

**Purpose:** To provide direction regarding the intake, admission, treatment and discharge processes for the Behavioral Management Unit (BMU) located at ASPC-Eyman.

**Responsibility:** The Lead Psychologist at ASPC-Eyman, as exercised through the BMU Program Coordinator, or designee, shall facilitate the processes outlined in this policy.

1.0	Admission Criteria

    1.1	To be admitted to the BMU program an inmate must:

        1.1.1	Have a persistent personality disorder as defined in the current version of the Diagnostic and Statistical Manual of Mental Disorders.

            1.1.1.1 If an additional diagnosis is present, it must be well controlled.

        1.1.2	Have a history of problematic adjustment to incarceration as evidenced by a persistent and ongoing inability to self-regulate assaultive, destructive and/or self-injurious behaviors.

    1.2	Referral Process

        1.2.1	The BMU Program Coordinator will review all referrals for acceptance into the program.

2.0	Behavior Planning

    2.1	Upon admission to the BMU, a face-to-face interview will be conducted. An individualized behavior plan will be developed that addresses:

        2.1.1	The inmate's mental health issues

        2.1.2	Establishes realistic goals specific to the management of the inmate's behavior.

ADC Mental Health Technical Manual - Revised 4/18/14     51
Appendix G of the Health Service Technical Manual

    2.2    Each behavioral plan will be reviewed at a minimum of every ninety (90) days and reflect progress made towards the identified goals.

3.0    Behavioral Interventions

    3.1    Each inmate assigned to BMU will be provided a minimum every thirty (30) days a 1:1 session in a private setting with a mental health clinician, which addresses the inmate's identified behavioral health problems. ==Additional individual and group sessions will be identified in their treatment plan as appropriate.==

        3.1.1    Recommendation for the inmate to move to another phase of treatment within BMU is made on a continual basis and discussed with assigned security staff.

4.0    Action Response for Regressive Behaviors

    4.2    Clinically indicated behavioral interventions will be implemented to encourage an inmate's continued motivation and improvement regarding behavioral health symptomotology.

    4.3    During each regressive event the mental health clinician will discuss with the inmate the need to improve their behavior according to their identified goals.

        4.3.1    During this meeting the inmate will be provided with a description of conditions and time frames of expected behaviors and shall be documented in the inmate's medical record.

5.0    All inmates participating in this program will have their MH score changed to a MH-4.

6.0    Program Discharge

    6.1    Upon completion of the BMU program the inmate will receive a certification of completion and be officially discharged from the Program.

    6.2    If the BMU Program Coordinator determines that an inmate is no longer appropriate for placement in BMU, that inmate shall be presented on the statewide teleconference for notification and discussion of appropriate treatment and placement.

        6.2.1    Documentation of this presentation shall be placed in the inmate's record, and shall include recommendations from the teleconference.

ADC Mental Health Technical Manual - Revised 4/18/14     52
Appendix G of the Health Service Technical Manual

| Arizona Department of Corrections | Rincon Mental Health Program | OPR:<br>Assistant Director Health Services Contract Monitoring Bureau |
|---|---|---|
| Mental Health Technical Manual | MHTM<br>Chapter 3<br>Section 4.0 | Supersedes:<br>MHTM 1/1/14<br>Effective Date:<br>4/18/14 |

**Purpose:** To provide direction regarding the placement, treatment and discharge processes for the Rincon Mental Health Program (formerly BHU) at ASPC-Tucson.

**Responsibility:** The Lead Psychologist at ASPC-Tucson, as exercised through the Rincon Mental Health Program Coordinator, or designee, shall facilitate the processes outlined in this policy.

1.0    Placement Criteria

    1.1    To be considered for placement, an inmate must:

        1.1.1    Have a mental health diagnosis as defined in the current version of the Diagnostic and Statistical Manual of Mental Disorders.

        1.1.2    Motivated to participate in a structured mental health program.

        1.1.3    Have a history of problematic adjustment to incarceration as evidenced by a persistent and ongoing inability to self-regulate assaultive, destructive and/or self-injurious behaviors.

    1.2    Referral Process

        1.2.1    The Lead Psychologist at other facilities will present on the weekly statewide teleconference, any inmate appropriate for placement in the Rincon Mental Health Program.

        1.2.2    The Rincon Mental Health Program Coordinator shall provide security staff with a list of inmates to be cleared for placement in the program.

2.0    Each inmate assigned to the Rincon Mental Health Program will be provided a minimum every thirty (30) days a 1:1 session in a private setting with a mental health clinician.

ADC267429

ADC Mental Health Technical Manual - Revised 4/18/14     53
Appendix G of the Health Service Technical Manual

2.1   These inmates may receive additional individual and group sessions as their treatment plan indicates.

3.0   Program Discharge

3.1   If the Rincon Mental Health Program Coordinator determines that an inmate is no longer appropriate for placement, that inmate shall be presented on the statewide teleconference for notification and discussion of appropriate treatment and placement.

4.0   Mental health score will be changed to a MH-4 for all inmates participating in this program.