# Anne Orcutt

| | |
|---|---|
| **From:** | Anne Orcutt |
| **Sent:** | Monday, November 14, 2016 5:42 PM |
| **To:** | 'David Fathi'; Amy Fettig; Elaine Percevecz; Corene Kendrick; Don Specter; Alison Hardy (ahardy@prisonlaw.com); skader@azdisabilitylaw.org; rlomio@prisonlaw.com; Maya Abela; Jennifer Onka; Megan Lynch; Laura Graham; Kirstin Eidenbach |
| **Cc:** | Lucy Rand; ashley.zuerlein@azag.gov; lupe.munoz@azag.gov; RICHARD PRATT (rpratt@azcorrections.gov); 'TAYLOR, NICOLE'; MCWILLIAMS, CARSON; TRUJILLO, ERNEST (ETRUJILL@azcorrections.gov); Dan Struck; Tim Bojanowski; Rachel Love; Mark Bracken |
| **Subject:** | RE: Performance Measures 85 and 98 |

David,

For PM #85, we added the "or completed" language to capture (1) contacts that were due months ago, but not completed until the monitored month, and (2) contacts that were not yet due in the monitored month but were completed early (e.g., an inmate whose medications were discontinued on 9/1 and therefore due for a contact on 10/1, but the contact was completed on 9/30). The first scenario would result in a finding of non-compliance, while the second scenario would be found compliant. The intent is to capture contacts that occurred in the monitored month and determine whether the contacts occurred within 30 days of the discontinuation of the medication. Without the added language, the first scenario would be missed, and the second scenario would be inaccurately reported as compliant the month after the contact occurred, rather than the month in which the contact occurred. If you have proposed language that would allow the monitor to capture both scenarios in the monitored month, please send it to us for consideration.

For PM #98, the version of the guide we provided to you on November 11 remains the current version.

Thanks,
Anne



**Anne Orcutt**
Attorney
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1635 | aorcutt@swlfirm.com | www.swlfirm.com

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Monday, November 14, 2016 10:11 AM
**To:** Amy Fettig; Elaine Percevecz; Corene Kendrick; Don Specter; Alison Hardy (ahardy@prisonlaw.com); skader@azdisabilitylaw.org; rlomio@prisonlaw.com; Maya Abela; Jennifer Onka; Megan Lynch; Laura Graham; Kirstin Eidenbach
**Cc:** Lucy Rand; ashley.zuerlein@azag.gov; lupe.munoz@azag.gov; RICHARD PRATT (rpratt@azcorrections.gov); 'TAYLOR, NICOLE'; MCWILLIAMS, CARSON; TRUJILLO, ERNEST (ETRUJILL@azcorrections.gov); Dan Struck; Tim Bojanowski; Rachel Love; Anne Orcutt; Mark Bracken
**Subject:** Performance Measures 85 and 98

Counsel:

We have reviewed the draft of the Monitor Guide sent on November 11. As we prepare our submission to the Court on outstanding disputes, we write to determine whether it is possible to resolve the following issues without involving the Court:

Performance Measure 85

The language that you proposed, and to which we agreed, provided that "the monitor uses a MH-3D log that shows all inmates whose medications have been discontinued, and a sample of 10 inmates per yard who were due a contact in the monitored month is selected." By contrast, the November 11 Guide provides that "Ten (10) records (if available) with medication discontinuation follow up contacts due *or completed* in the monitored month will be selected for review at each yard" (emphasis added).

Obviously whether the contact was completed in the monitored month can play no role in drawing the sample of records to be reviewed. Please let us know whether you will agree to delete the italicized words.

Performance Measure 98

On our November 8 call, we asked that you modify the penultimate bullet to require that both date and time of the receipt and triage of the HNR be recorded. We pointed out that three of the five categories of HNR must be responded to either "immediately" or "within 24 hours," and that it is impossible to determine whether these time frames are met unless the time of receipt and triage are recorded.

This change does not appear in the November 11 Monitor Guide; please let us know if you are willing to add it.

Because our filing is due tomorrow, we ask that you respond by close of business (Arizona time) today.

Thank you.

D

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts*