1   Arizona Attorney General Mark Brnovich
    OFFICE OF THE ATTORNEY GENERAL
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 022126
9   Nicholas D. Acedo, Bar No. 021644
    Ashlee B. Fletcher, Bar No. 028874
10  Anne M. Orcutt, Bar No. 029387
    Jacob B. Lee, Bar No. 030371
11  Mark A. Bracken, Bar No. 026532
    STRUCK WIENEKE & LOVE, P.L.C.
12  3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
13  Telephone: (480) 420-1600
    Fax: (480) 420-1696
14  dstruck@swlfirm.com
    kwieneke@swlfirm.com
15  rlove@swlfirm.com
    tbojanowski@swlfirm.com
16  nacedo@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    jlee@swlfirm.com
18  mbracken@swlfirm.com
    *Attorneys for Defendants*

19

20              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
21
    Victor Parsons, *et al.*, on behalf of themselves   NO. 2:12-cv-00601-DKD
22  and all others similarly situated; and Arizona
    Center for Disability Law,
23                              Plaintiffs,
                v.                                        **DECLARATION OF**
24                                                        **CARSON McWILLIAMS**
    Charles Ryan, Director, Arizona Department
25  of Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
26  Arizona Department of Corrections, in their
    official capacities,
27                              Defendants.

28

1    I, **CARSON McWILLIAMS**, make the following Declaration:

2    1.  I am over the age of 18 years and have personal knowledge of and am competent to
3    testify to the matters set forth in this Declaration.

4    2.  I have been employed by the State of Arizona Department of Corrections ("ADC")
5    since 1978.

6    3.  I currently serve as ADC's Division Director, Offender Operations, and have held
7    this position since February 2014.

8    4.  From January 2012 to February 2014, I served as ADC's Northern Region
9    Operations Director.

10    5.  I started my career with ADC in 1978 as a correctional officer.

11    6.  During my 38 year career with ADC, I have been assigned to five (5) of ten (10)
12    ADC prison complexes and held the following positions: Correctional Officer,
13    Correctional Program Officer I, Correctional Program Officer II, Classification Specialist,
14    Correctional Program Supervisor, Associate Deputy Warden (Arizona State Prison-
15    Florence West), Deputy Warden (Arizona State Prison Complex-Florence, East Unit &
16    Arizona State Prison Complex-Eyman, SMU II), Warden (Arizona State Prison Complex-
17    Florence), Southern Region Operations Director, Interim Deputy Director, Northern
18    Region Operations Director and Interim Division Director of Prison Operations.

19    7.  I hold a Bachelor's Degree in Criminology from Indiana State University (1977).

20    8.  Throughout my employment with ADC, I have regularly attended annual training
21    and seminars to keep current in the field of corrections. I also regularly attend seminars
22    and training provided by the American Correctional Association and the National Institute
23    of Corrections.

24    9. I am a member of the American Correctional Association.   The American
25    Correctional Association ("ACA") is the largest and oldest correctional association in the
26    world and provides training and conferences in corrections management as well as
27    corrections standards and certification.

28

10. The National Institute of Corrections ("NIC") is an agency within the Federal Bureau of Prisons that provides training policy/program development assistance to Federal, state, and local corrections agencies. The NIC also provides guidance regarding corrections policies, practices, and operations nationwide.

11. As ADC's Division Director, Offender Operations, I oversee the daily operations of all ADC prison complexes, this includes staffing, staff accountability, and all security operations.

12. I also monitor the six (6) private correctional facilities with which ADC contracts to incarcerate ADC inmates.

13. Previously, as ADC's Northern Region Operations Director, I oversaw the daily operations of five (5) ADC prison complexes which include ADC's Eyman Complex, Florence Complex, Lewis Complex, Winslow Complex and Phoenix Complex. I oversaw staffing, staff accountability, and all security operations.

14. As ADC's previous Northern Region Operations Director, with the exception of the Winslow Complex, the four other complexes I oversaw operated maximum custody units.

15. In my position as Northern Region Operations Director, I directly supervised the five wardens assigned to each of the five prison complexes noted above.

16. Currently, as Division Director, Offender Operations, I supervise the ten wardens assigned to each of ADC's ten prison complexes.

17. I am familiar with the *Parsons* litigation, Stipulation, and post-Stipulation activity.

18. I am familiar with, and have personal knowledge of, ADC's policies and practices regarding conditions of confinement for ADC inmates, including the policies and practices outlined or designated in this Declaration.

## ADC FACILITIES AND MAXIMUM CUSTODY

19. ADC operates ten (10) different prison complexes: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

20. On November 21, 2016, there were 42,516 inmates in the ADC system.  *See* ADC Institutional Capacity Committed Population Report, November 21, 2016, Exh. 1.

21. Of the total ADC inmate population as of November 21, 2016, there were 3,156 inmates classified as maximum custody on November 21st.[1]  *Id*.

### *PARSONS* STIPULATION - MONITORING OF MAXIMUM CUSTODY PERFORMANCE MEASURES ("PM")

**Documentation of Refusals of Out-of-Cell Time**

22. With respect to the evolving Monitoring Guide related to the nine (9) Maximum Custody PMs, I am aware that Plaintiffs demand that ADC personnel document the following information to prove an inmate refused offered out-of-cell time: 1) beginning time; 2) refusal; 3) end time of refused time; 4) location of refused time (recreation); 5) officer witness signature; and 6) second officer witness signature OR inmate signature.

23. This demand affects PMs 1, 2, 5, 6, and 8.

24. The six (6) part demand to document out-of-cell time refusals imposes a largely unachievable and substantial burden on ADC operations of maximum custody housing units.

25. First, it does not make sense to document an end time for refused out-of-cell time if the inmate refuses to leave the cell.  If the inmate refuses of leave the cell, there is no end time to document.

26. Second, there is already a process in place for documenting the amount of time the inmate refused for out-of-cell time when the inmate refuses the block of time offered.

---

[1] This total figure breaks down to: 2,534 adult male Maximum Custody inmates; 350 adult male Reception – Maximum Custody inmates; 97 adult female Maximum Custody inmates; and 170 adult female Reception – Maximum Custody inmates.  There are no minor male or female Maximum Custody inmates.

27. Specifically, ADC personnel are trained to document in the "Comments" section on the back side of the individual inmate's out-of-cell tracking form, the amount of time refused. *See* exemplar Out-of-Cell Tracking Form, Exh. 2.

28. If inadvertent error occurs in the officer failing to document the amount of time out-of-cell refused, the monitor may consult the Max Custody and/or (SMI) Mental Health Monthly (Program) Activity Schedule(s) to determine the amount of time out-of-cell the inmate refused.

29. Because there is more than one document source to consult to determine out-of-cell time refused, an inadvertent failure of an officer to document the total out-of-cell time offered on the out-of-cell tracking form is not a basis for a determination of non-compliance.

30. Third, the multiple-source reasoning explained above also applies to documentation of the location for out-of-cell outdoor recreation.

31. For out-of-cell outdoor recreation (whether the inmate accepts the offer or refuses), officers are trained that the location of the outdoor recreation offered is documented on the front of the out-of-cell tracking form.

32. In the case of a refusal, the location of the offered outdoor recreation may be indicated on the front of the out-of-cell tracking form for the individual inmate, or on the back in the "Comments" section.

33. If inadvertent error occurs in failing to document the recreation location on the out-of-cell tracking form (front or back), the monitor may also consult the relevant Max Custody Activity Schedule to determine location. If location can be determined by review of these multiple sources, the inadvertent failure to document on the out-of-cell tracking form is not a basis for a determination of non-compliance.

34. Fourth, Plaintiffs' demand to require either double officer signature witnessing an inmate's refusal of out-of-cell time, or in the absence of a second officer – requiring inmate signature, imposes a substantial burden on operations.

35. We will attempt to have two officers witness refusals when staffing permits. However, the ability to achieve this goal should not result in non-compliance.

36. Requiring witness signatures by two officers for every maximum custody inmate refusal of out-of-cell time is not always achievable.

37. First, to achieve the same would require two officers to always be present to witness whether an inmate refuses offered out-of-cell time.

38. Neither ADC policy nor procedure requires two officers be present to offer out-of-cell time to maximum custody inmates, or to escort maximum security inmates out-of-cell.

39. To require the same under the Monitoring Guide would require double staffing where double staffing is neither required, achievable, or needed.

40. Second, requiring an inmate signature of a refusal in the absence of two officers witnessing the same imposes substantial and unreasonable burdens on operations as well as a legitimate risk of safety to the inmate and/or personnel.

41. Requiring an inmate signature significantly slows down operations – requiring time to instruct the inmate to sign for the refusal and the time to do it – including an additional discussion or disagreement that arises from the inmate deciding whether or not to do the same.

42. Add to this, the requirement creates a security risk where the officer must now assess whether or not it creates a safety risk to provide an inmate with a pen – a weapon (a stabbing device creating a risk of potential self-harm to the inmate or harm to personnel) - that the inmate could either refuse to give back (now creating a potential cell extraction/use of force scenario) or use to harm personnel when having to hand the pen back and forth.

43. As such, obtaining either a second officer signature or the inmate signature to "prove" a refusal is not achievable in every case.

44. To address Plaintiffs' unsubstantiated concern that there is a "pervasive" pattern of unexplained inmate refusals for out-of-cell time, Defendants agree that where an

officer, other personnel or supervisory staff discuss an inmate's repeated refusals to come out of cell, the discussion will be documented in the "Comments" section of the back of the inmate's out-of-cell tracking form.

45. This discussion process is already a part of ADC's normal operations and can be documented on the inmate's out-of-cell tracking form to document the same.

46. Based upon my decades of experience in corrections, it is not uncommon for maximum custody inmates to refuse out-of-cell time.

47. There are a variety of reasons, personal to the inmate, that an individual may refuse out of cell time.

48. It can be as simple as personal preference not to go outside and exercise.

49. The inmate may feel under the weather or would rather read a book, or watch TV, or work on in-cell programming, rather than go outside on a particular day.

50. Weather also drives refusals. Inmates, just like persons in the community, may not wish to go outside in the winter months when it is cold, or in the summer months, when it is hot.

51. An inmate may also have a particular dispute with another inmate in the unit and may not want to be outside at the same time.

52. In short, there are a variety of benign, personal preference reasons that inmates may refuse out-of-cell time for recreation and programming every single day.

53. ADC cannot force an inmate to participate in offered out-of-cell recreation or programming time.

54. What is out of the norm for one inmate regarding frequency of refusals of out-of-cell time for one inmate may not be the norm for another – each inmate has his or her own reasons for their particular refusals.

55. When it is out of the norm for an inmate to refuse offered out-of-cell time, ADC staff discusses the refusals with the inmate to determine the reason, and a possible solution. As explained above, the discussion ADC personnel has with the inmate in this regard, can be documented on in the "Comments" section of the out-of-cell

tracking form to satisfy Plaintiffs' unsubstantiated concern that there is some ominous reason that inmates refuse offered recreation and/or programming.

56. Contrary to Plaintiffs' position, ADC DO 809, Earned Incentive Program, does not require a signed refusal by an inmate or the signatures of two officers if a maximum custody inmate refuses out-of-cell time for recreation or programming on a day to day basis.

57. Rather, DO 809.01 (1.5.4) governing inmate refusals or removals from a program applies to the case where an inmate refuses to participate in the program – at all – not on an individualized day to day basis where the inmate sometimes attends programming and sometimes does not. *See* DO 809, Exh.3.

58. DO 809 does not require witness signatures (either officers or inmates) for inmates who refuse out-of-cell time for recreation.

### Documentation of Use of Force (Chemical Agents) on SMI Maximum Custody Inmates

59. I am aware that Plaintiffs demand that with respect to monitoring uses of force involving chemical agents on SMI maximum custody inmates, Defendants provide them a list of all uses of force to parse out uses of force (chemical agents) involving SMI maximum custody inmates.

60. Requiring the same imposes an unnecessary burden on operations to create yet another list where: 1) there is no requirement in the Stipulation to compile such a list; and 2) the monitoring of relevant uses of force on SMI maximum custody inmates is easily discernable where the inmate's ADC number will be coded with the letter "M" following the ADC number to indicate the inmate is designated SMI.

61. Therefore, ADC existing procedure is sufficient to denote that a use of force packet pertains to a SMI inmate.

62. I am also aware that Plaintiffs demand that with respect to monitoring uses of force involving chemical agents on SMI maximum custody inmates, the monitor review

the medical records of the inmate that was subject to the use of force involving chemical agents.

63. First, ADC security personnel perform the monitoring of the maximum custody PMs under the Stipulation.

64. ADC security personnel do not have HIPAA access to inmate medical records because they are not medical professionals. Therefore, for Plaintiffs to demand the same would require ADC security personnel to violate HIPAA which ADC cannot and will not do.

65. Second, Maximum Custody PM 9 that governs use of force involving chemical agents on SMI maximum custody inmates does not require review of medical records or assessment of alleged injury.

66. Rather, PM 9 requires that for applicable SMI inmates and controlled uses of force involving chemical agents, there be: 1) a cool down period; 2) clinical intervention by a mental health clinician/qualified health care practitioner; 3) determination by a mental health clinician/qualified health care practitioner of whether the inmate understands orders/use of chemical agents could lead to substantial decompensation; 4) authorization for use of chemical agents by the warden/administrative duty officer where it has been determined by a mental health clinician/qualified health care practitioner that the inmate does not understand orders; and 5) proposal/employment of reasonable strategies to gain compliance where a mental health clinician/ qualified health care practitioner determined the inmate has difficulty complying due to mental health issues or that a controlled use of force involving the use of chemical agents could lead to a substantial risk of decompensation.

67. ADC Operations staff do not have the medical expertise to make medical conclusions or assumptions.

///

9

1    ///

2

3    ///

4

5    68. Required review of medical records in monitoring compliance with maximum

6        custody PM 9 is neither required by the Stipulation or PM 9, nor achievable by

7        security personnel monitoring PM 9 due to HIPAA regulations and lack of medical

8        expertise.

9    I declare under penalty of perjury that the foregoing is true and correct.

10   Executed this 29th day of November, 2016.

11

12

13                        CARSON McWILLIAMS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

**EXHIBIT 1**

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| 21-Nov-16 | | | Rated G.P. | Rated M/MH | Rated TOTAL | Temp T/G.P. | Temp T M/MH | Temp TOTAL | SU S.U. | SU T/S.U. | SU TOTAL | Pop G.P. | Pop M/MH | Pop T/G.P. | Pop T M/MH | Pop TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Custody** | **UNIT** | **USE** | | | | | | | | | | | | | | | | | | |
| **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | 203 | | 835 | | | 0 | 632 | | 28 | | 660 | 0 | 660 | 1 | 661 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | 0 | 803 | | 130 | | 933 | 0 | 933 | 24 | 957 |
| | Complex Detention | DET | | | 0 | | | 0 | 45 | 44 | 89 | | | | | 0 | 78 | 78 | 8 | 86 |
| MIN | Eggers | GP | 240 | | 240 | | | 240 | | | 0 | 228 | | | | 228 | 0 | 228 | 0 | 228 |
| MIN | Papago | GP | 250 | | 250 | 90 | | 340 | | | 0 | 250 | | 74 | | 324 | 0 | 324 | 1 | 325 |
| **TOTAL** | | | 1925 | 0 | 1925 | 433 | 0 | 2358 | 45 | 44 | 89 | 1913 | 0 | 232 | 0 | 2145 | 78 | 2223 | 34 | 2257 |
| **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 484 | | 1280 | | | 0 | 796 | | 459 | | 1255 | 0 | 1255 | 12 | 1267 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | 0 | 796 | | 397 | | 1193 | 0 | 1193 | 3 | 1196 |
| CLOSE | Meadows | SO | | | 0 | 80 | | 80 | | | 0 | | | 80 | | 80 | 0 | 80 | 2 | 82 |
| | Rynning Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | | | | | 0 | 63 | 63 | 2 | 65 |
| CLOSE | Rynning A37 | SO | 200 | | 200 | | | 200 | | | 0 | 183 | | | | 183 | 0 | 183 | 0 | 183 |
| CLOSE | Rynning Close | GP | 400 | | 400 | | | 400 | | | 0 | 208 | | | | 208 | 0 | 208 | 5 | 213 |
| CLOSE | Rynning Close II A64 | GP | 200 | | 200 | | | 200 | | | 0 | 168 | | | | 168 | 0 | 168 | 1 | 169 |
| MAX | SMU I | GP | 472 | | 472 | 56 | | 528 | 7 | | 7 | 459 | | 0 | | 459 | 2 | 461 | | 461 |
| MAX | SMU I SO | SO | 288 | | 288 | 184 | | 472 | | | 0 | 288 | | 85 | | 373 | 0 | 373 | 3 | 376 |
| MAX | SMU I P.C. | PC | 8 | | 8 | 0 | | 8 | 1 | | 1 | 5 | | 0 | | 5 | 0 | 5 | 1 | 6 |
| | SMU I Detention | DET | | | 0 | | | 0 | 144 | 48 | 192 | | | | | 0 | 177 | 177 | 7 | 184 |
| MAX | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | 0 | | 19 | | | 19 | 0 | 19 | 2 | 21 |
| MAX | Browning Intake | GP | 30 | | 30 | 30 | | 60 | | | 0 | 36 | | 0 | | 36 | 0 | 36 | 0 | 36 |
| MAX | SMU I BMU GP | MH | | 16 | 16 | | | 16 | | | 0 | | 10 | | | 10 | 0 | 10 | 1 | 11 |
| MAX | SMU I BMU SO | MH | | 8 | 8 | | | 8 | | | 0 | | 3 | | | 3 | 0 | 3 | 0 | 3 |
| MAX | Browning Unit | GP | 268 | | 268 | 140 | | 408 | | | 0 | 268 | | 110 | | 378 | 0 | 378 | 7 | 385 |
| MAX | Browning STG | STG | 290 | | 290 | 50 | | 340 | | | 0 | 255 | | 0 | | 255 | 0 | 255 | 4 | 259 |
| MAX | Browning D/Row | DR | 130 | | 130 | 20 | | 150 | | | 0 | 114 | | 0 | | 114 | 0 | 114 | 5 | 119 |
| MAX | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | 0 | | 9 | | | 9 | 0 | 9 | 1 | 10 |
| MAX | Browning Enhanced | GP | 40 | | 40 | | | 40 | | | 0 | 39 | | 0 | | 39 | 0 | 39 | 1 | 40 |
| **TOTAL** | | | 3918 | 58 | 3976 | 1527 | 0 | 5503 | 192 | 88 | 280 | 3615 | 41 | 1131 | 0 | 4787 | 240 | 5027 | 59 | 5086 |
| **ASPC-FLORENCE** | | | | | | | | | | | | | | | | | | | | |
| MAX | Central Unit | GP | 334 | | 334 | | | 334 | | | 0 | 266 | | | | 266 | 0 | 266 | 9 | 275 |
| CLOSE | Central Unit Close | GP | 458 | | 458 | | | 458 | | | 0 | 391 | | | | 391 | 0 | 391 | 1 | 392 |
| CLOSE | Central Unit Close Mgt. | GP | 40 | | 40 | | | 40 | | | 0 | 21 | | | | 21 | 0 | 21 | 0 | 21 |
| CLOSE | Central Unit CB 1 MH | MH | | 120 | 120 | | | 120 | | | 0 | | 106 | | | 106 | 0 | 106 | 1 | 107 |
| MAX | Central Unit Restricted | GP | 36 | | 36 | | | 36 | | | 0 | 22 | | | | 22 | 0 | 22 | 0 | 22 |
| | Kasson Detention | DET | | | 0 | | | 0 | 64 | | 64 | | | | | 0 | 59 | 59 | 5 | 64 |
| MAX | Kasson MH | MH | | 64 | 64 | | | 64 | 8 | | 8 | | 48 | | | 48 | 6 | 54 | 1 | 55 |
| MAX | Housing Unit 8 | MED | | 22 | 22 | 20 | | 42 | | | 0 | | 22 | | 14 | 36 | 0 | 36 | 0 | 36 |
| MAX | Health Unit | MED | | | 0 | | | 0 | 15 | | 15 | | | | | 0 | 11 | 11 | 1 | 12 |
| MED | East Unit | GP | 600 | | 600 | 80 | | 680 | | | 0 | 600 | | 74 | | 674 | 0 | 674 | 10 | 684 |
| MIN | North Unit | GP | 972 | | 972 | 124 | | 1096 | | | 0 | 972 | | 78 | | 1050 | 0 | 1050 | 16 | 1066 |
| MED | South Unit | GP | 544 | | 544 | 421 | | 965 | | | 0 | 544 | | 411 | | 955 | 0 | 955 | 2 | 957 |
| MIN | Globe | GP | 250 | | 250 | 52 | | 302 | | | 0 | 250 | | 34 | | 284 | 0 | 284 | 0 | 284 |
| | Globe Detention | DET | | | 0 | | | 0 | 9 | | 9 | | | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | | | 3234 | 206 | 3440 | 697 | 0 | 4137 | 96 | 0 | 96 | 3066 | 176 | 597 | 14 | 3853 | 76 | 3929 | 46 | 3975 |
| **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 768 | | 768 | | | 768 | | | 0 | 733 | | 0 | | 733 | 0 | 733 | 6 | 739 |
| CLOSE | Lumley Unit | GP | 384 | | 384 | | | 384 | | | 0 | 309 | | 0 | | 309 | 0 | 309 | 1 | 310 |
| MAX | Lumley SMA | GP | 108 | | 108 | 24 | | 132 | | | 0 | 68 | | 0 | | 68 | 0 | 68 | 1 | 69 |
| MAX | Lumley Restricted | GP | 0 | | 0 | | | 0 | | | 0 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MAX | Lumley Mental Health | MH | | 48 | 48 | | | 48 | | | 0 | | 24 | | | 24 | 0 | 24 | 0 | 24 |
| MAX | Perryville S.N.U. | MED | | | 0 | | 10 | 10 | | | 0 | | | | 5 | 5 | 0 | 5 | 0 | 5 |
| MAX | Santa Maria WTU | MH | | 24 | 24 | | | 24 | | | 0 | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| MAX | Perryville Watch Cells | MH | | 12 | 12 | 14 | | 26 | | | 0 | | 12 | | 1 | 13 | 0 | 13 | 1 | 14 |
| MAX | Recp&Asmnt | GP | 144 | | 144 | 48 | | 192 | | | 0 | 94 | | 0 | | 94 | 0 | 94 | 1 | 95 |
| CLOSE | Minors Unit | GP | 22 | | 22 | | | 22 | 3 | | 3 | 2 | | 0 | | 2 | 0 | 2 | 0 | 2 |
| MIN | San Pedro | GP | 432 | | 432 | | | 432 | | | 0 | 429 | | 0 | | 429 | 0 | 429 | 3 | 432 |
| MED | Santa-Maria | GP | 360 | | 360 | | | 360 | | | 0 | 338 | | 0 | | 338 | 0 | 338 | 9 | 347 |
| | Complex Detention | DET | | | 0 | | | 0 | 26 | 22 | 48 | | | | | 0 | 22 | 22 | 0 | 22 |
| | Perryville IPC | MED | | | 0 | | | 0 | 10 | | 10 | | | | | 0 | 9 | 9 | 1 | 10 |
| MIN | Piestewa Unit | GP | 260 | | 260 | | | 260 | | | 0 | 257 | | 0 | | 257 | 0 | 257 | 0 | 257 |
| MIN | Santa Rosa Unit | GP | 390 | | 390 | | | 390 | | | 0 | 354 | | 0 | | 354 | 0 | 354 | 24 | 378 |
| MIN | San Carlos | GP | 1250 | | 1250 | | | 1250 | | | 0 | 1201 | | 0 | | 1201 | 0 | 1201 | 41 | 1242 |
| **TOTAL** | | | 4118 | 84 | 4202 | 72 | 24 | 4298 | 39 | 22 | 61 | 3785 | 51 | 0 | 6 | 3842 | 31 | 3873 | 88 | 3961 |
| **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | | |
| MAX | Reception | GP | 207 | | 207 | 129 | | 336 | | | 0 | 207 | | 85 | | 292 | 0 | 292 | 7 | 299 |
| MAX | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | 0 | 30 | | 31 | | 61 | 0 | 61 | 0 | 61 |
| MAX | B-Ward | MH | | 40 | 40 | | 8 | 48 | | | 0 | | 26 | | 0 | 26 | 0 | 26 | 0 | 26 |
| CLOSE | Flamenco Ida Ward- M | MH | | 25 | 25 | | | 25 | | | 0 | | 20 | | | 20 | 7 | 27 | 0 | 27 |
| CLOSE | Flamenco Ida Watch M | MH | | 15 | 15 | | | 15 | | | 0 | | 1 | | | 1 | 0 | 1 | 0 | 1 |
| CLOSE | Flamenco John PS- M | MH | | 30 | 30 | | | 30 | 9 | | 9 | | 17 | | | 17 | 0 | 17 | 0 | 17 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | 0 | | 23 | | | 23 | 0 | 23 | 0 | 23 |
| CLOSE | Flamenco-F | MH | | 20 | 20 | | | 20 | 2 | | 2 | | 9 | | | 9 | 0 | 9 | 0 | 9 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | 0 | | 135 | | | 135 | 0 | 135 | 0 | 135 |
| **TOTAL** | | | 237 | 315 | 552 | 160 | 8 | 720 | 11 | 0 | 11 | 237 | 231 | 116 | 0 | 584 | 7 | 591 | 7 | 598 |
| **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | 16 | | 16 | 766 | | | | 766 | 16 | 782 | 8 | 790 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 83 | 83 | 0 | 83 |
| MAX | Rast | PC | 394 | | 394 | | | 394 | | | 0 | 390 | | | | 390 | 0 | 390 | 6 | 396 |
| MAX | Rast PC | PC | 500 | | 500 | | | 500 | | | 0 | 490 | | | | 490 | 0 | 490 | 6 | 496 |
| CLOSE | Rast Close Mgt. | PC | 10 | | 10 | | | 10 | | | 0 | 1 | | | | 1 | 0 | 1 | 0 | 1 |
| | Lewis Medical | MED | | | 0 | | | 0 | 13 | | 13 | | | | | 0 | 7 | 7 | 1 | 8 |
| MED | Stiner Level G.P. | GP | 800 | | 800 | 416 | | 1216 | | | 0 | 800 | | 315 | | 1115 | 0 | 1115 | 20 | 1135 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | | | 0 | 81 | 81 | 3 | 84 |
| MIN | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | 0 | 300 | | 11 | | 311 | 0 | 311 | 2 | 313 |
| MED | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | 0 | 300 | | 20 | | 320 | 0 | 320 | 0 | 320 |
| | Bachman Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 86 | 86 | 1 | 87 |
| CLOSE | Buckley PC | PC | 800 | | 800 | | | 800 | 16 | | 16 | 780 | | | | 780 | 18 | 798 | 8 | 806 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | 0 | 400 | | 12 | | 412 | 0 | 412 | 4 | 416 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | 0 | 400 | | 16 | | 416 | 0 | 416 | 4 | 420 |
| MED | SUNRISE | GP | 100 | | 100 | | | 100 | | | 0 | 97 | | | | 97 | 0 | 97 | 0 | 97 |
| MED | EAGLE POINT | GP | 300 | | 300 | | | 300 | | | 0 | 291 | | | | 291 | 0 | 291 | 2 | 293 |
| **TOTAL** | | | 5104 | 0 | 5104 | 868 | 0 | 5972 | 275 | 0 | 275 | 5015 | 0 | 374 | 0 | 5389 | 291 | 5680 | 65 | 5745 |
| **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | 160 | | 748 | | | 0 | 588 | | 20 | | 608 | 0 | 608 | 0 | 608 |
| | Miles Detention | DET | | | 0 | | | 0 | 25 | 24 | 49 | | | | | 0 | 24 | 24 | 3 | 27 |
| MIN | Graham | GP | 615 | | 615 | 96 | | 711 | | | 0 | 591 | | 0 | | 591 | 0 | 591 | 0 | 591 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | 0 | 233 | | 0 | | 233 | 0 | 233 | 0 | 233 |
| | Tonto Detention | DET | | | 0 | | | 0 | 6 | | 6 | | | | | 0 | 4 | 4 | 0 | 4 |
| **TOTAL** | | | 1453 | 0 | 1453 | 416 | 0 | 1869 | 31 | 24 | 55 | 1412 | 0 | 20 | 0 | 1432 | 28 | 1460 | 3 | 1463 |

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| 21-Nov-16 | | | OPERATING CAPACITY | | | | | | | | INMATE COMMITTED POPULATION AS MIDNIGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RATED | | | TEMPORARY | | | SPECIAL USE | | | RATED | | TEMPORARY | | | | TOTAL | INSIDE | OUTSIDE | GRAND |
| Custody | UNIT | USE | G.P. | M/MH | TOTAL | T/G.P. | T M/MH | TOTAL | S.U. | T/S.U. | TOTAL | G.P. | M/MH | T/G.P. | T M/MH | TOTAL | S.U./T.S.U. | TOTAL | TOTAL | TOTAL | TOTAL |
| | **ASPC-TUCSON** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 288 | | 288 | | | 288 | | | | 268 | | 0 | | 268 | 0 | 268 | 6 | | 274 |
| MED | Cimarron | GP | 384 | | 384 | | | 384 | | | 0 | 347 | | 0 | | 347 | 0 | 347 | 7 | | 354 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | 0 | 91 | 91 | 3 | | 94 |
| CLOSE | Rincon MH Watch | MH | | 55 | 55 | | | 55 | | | 0 | | 24 | | | 24 | 0 | 24 | 0 | | 24 |
| CLOSE | Rincon BHU | MH | | 56 | 56 | | | 56 | | | | | 43 | | | 43 | 0 | 43 | 0 | | 43 |
| CLOSE | Rincon Medical | MED | | | | | | | 66 | | 66 | | | | | 0 | 59 | 59 | 2 | | 61 |
| CLOSE | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | | | 14 | | | 14 | 0 | 14 | 0 | | 14 |
| CLOSE | Rincon Transitory | TRANS | | | | 30 | | 30 | | | 0 | | | 24 | | 24 | 0 | 24 | 1 | | 25 |
| CLOSE | Rincon | GP | 512 | | 512 | | | 512 | | | 0 | 478 | | 0 | | 478 | 0 | 478 | 7 | | 485 |
| CLOSE | Minors | GP | 182 | | 182 | | | 182 | | | | 73 | | | | 73 | 0 | 73 | 1 | | 74 |
| | Minors Intake | GP | | | 0 | | | 0 | 16 | | 16 | 0 | | | | 0 | 0 | 0 | 0 | | 0 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | | 759 | | 0 | | 759 | 0 | 759 | 5 | | 764 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | | 20 | 45 | | | 0 | | 25 | | 14 | 39 | 0 | 39 | 0 | | 39 |
| MED | Manzanita | GP | 251 | | 251 | 131 | | 382 | | | 0 | 251 | | 116 | | 367 | NA | 367 | 5 | | 372 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | | | 54 | | 0 | 54 | 0 | 54 | 0 | | 54 |
| | Manzanita Detention | DET | | | 0 | | | 0 | 12 | 11 | 23 | | | | | 0 | 22 | 22 | 2 | | 24 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | | 400 | | 311 | | 711 | 0 | 711 | 17 | | 728 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | 0 | 26 | 26 | 0 | | 26 |
| | Complex Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | | | | | 0 | 77 | 77 | 5 | | 82 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | 0 | 337 | | 0 | | 337 | 0 | 337 | 0 | | 337 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | | 1217 | | 0 | | 1217 | 0 | 1217 | 5 | | 1222 |
| | **TOTAL** | | **4395** | **210** | **4605** | **497** | **20** | **5122** | **194** | **111** | **305** | **4130** | **160** | **451** | **14** | **4755** | **275** | **5030** | **66** | | **5096** |
| | **ASPC-WINSLOW** | | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | 136 | | 628 | | | 0 | 438 | | 0 | | 438 | 0 | 438 | 22 | | 460 |
| MED | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 393 | | | | 393 | 0 | 393 | 6 | | 399 |
| CLOSE | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 375 | | | | 375 | 0 | 375 | 5 | | 380 |
| | Complex Detention | DET | | | 0 | | | 0 | 20 | 19 | 39 | | | | | 0 | 24 | 24 | 0 | | 24 |
| MIN | Apache | GP | 334 | | 334 | 80 | | 414 | | | 0 | 334 | | 5 | | 339 | 0 | 339 | 0 | | 339 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | 0 | 0 | 0 | 0 | | 0 |
| | **TOTAL** | | **1626** | **0** | **1626** | **216** | **0** | **1842** | **32** | **19** | **51** | **1540** | **0** | **5** | **0** | **1545** | **24** | **1569** | **33** | | **1602** |
| | **ASPC-YUMA** | | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | | 800 | | 301 | | 1101 | 0 | 1101 | 19 | | 1120 |
| | Cheyenne Detention | DET | | | 0 | | | 0 | 40 | 39 | 79 | | | 0 | | 75 | 75 | 2 | | 77 |
| MIN | Cocopah | GP | 250 | | 250 | 80 | | 330 | | | 0 | 250 | | 78 | | 328 | 0 | 328 | 1 | | 329 |
| CLOSE | Dakota | GP | 800 | | 800 | | | 800 | 16 | | 16 | 757 | | | | 757 | 0 | 757 | 17 | | 774 |
| | Dakota Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 78 | 78 | 1 | | 79 |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | | 1248 | | 0 | | 1248 | 0 | 1248 | 23 | | 1271 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | | 1209 | | 0 | | 1209 | 0 | 1209 | 5 | | 1214 |
| | **TOTAL** | | **4350** | **0** | **4350** | **420** | **0** | **4770** | **136** | **39** | **175** | **4264** | **0** | **379** | **0** | **4643** | **153** | **4796** | **68** | | **4864** |
| | **TOTAL IN-STATE** | | **30360** | **873** | **31233** | **5306** | **52** | **36591** | **1051** | **347** | **1398** | **28977** | **659** | **3305** | **34** | **32975** | **1203** | **34178** | **469** | | **34647** |
| | | | | | | | | | | | | | | | | | | | | | |
| | **CONTRACT BEDS** | | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | 40 | | 40 | 1000 | | 261 | | 1261 | 13 | 1274 | 4 | | 1278 |
| MIN | Phx. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 19 | | 19 | 400 | | 77 | | 477 | 12 | 489 | 0 | | 489 |
| MIN | Flor. West- GEO | GP | 200 | | 200 | 50 | | 250 | 4 | 4 | 8 | 200 | | 44 | | 244 | 0 | 244 | 0 | | 244 |
| MIN | Flor. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 10 | 7 | 17 | 400 | | 92 | | 492 | 1 | 493 | 1 | | 494 |
| MED | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 1 | | 1401 | 38 | 1439 | 4 | | 1443 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1825 | | | | 1825 | 76 | 1901 | 5 | | 1906 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 490 | | | | 490 | 1 | 491 | 0 | | 491 |
| MED | Red Rock- GP- CCA #1 | GP | 1000 | | 1000 | | | 1000 | | | | 936 | | | | 936 | | 936 | 15 | | 951 |
| MED | Red Rock -GP CCA #2 | GP | 500 | | 500 | | | 500 | | | | 512 | | | | 512 | | 512 | 4 | | 516 |
| | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | | | 57 | 57 | | | 57 |
| | **TOTAL CONTRACT** | | **7400** | **0** | **7400** | **638** | **0** | **8038** | **311** | **11** | **322** | **7163** | **0** | **475** | **0** | **7638** | **198** | **7836** | **33** | | **7869** |
| | TOTAL IN-STATE | | 30360 | 873 | 31233 | 5306 | 52 | 36591 | 1051 | 347 | 1398 | 28977 | 659 | 3305 | 34 | 32975 | 1203 | 34178 | 469 | | 34647 |
| | TOTAL CONTRACT | | 7400 | 0 | 7400 | 638 | | 8038 | 311 | 11 | 322 | 7163 | 0 | 475 | 0 | 7638 | 198 | 7836 | 33 | | 7869 |
| | **GRAND TOTAL** | | **37760** | **873** | **38633** | **5944** | **52** | **44629** | **1362** | **358** | **1720** | **36140** | **659** | **3780** | **34** | **40613** | **1401** | **42014** | **502** | | **42516** |
| | | | | | | | | | | | | | | | | | | | | | |
| | **TOTAL STATE MALE** | | **26242** | **769** | **27011** | **5234** | **28** | **32273** | **1010** | **325** | **1335** | **25192** | **599** | **3305** | **28** | **29124** | **1172** | **30296** | **381** | | **30677** |
| | **TOTAL CONTRACT MALE** | | **7400** | **0** | **7400** | **638** | **0** | **8038** | **311** | **11** | **322** | **7163** | **0** | **475** | **0** | **7638** | **198** | **7836** | **33** | | **7869** |
| | **TOTAL MALE** | | **33642** | **769** | **34411** | **5872** | **28** | **40311** | **1321** | **336** | **1657** | **32355** | **599** | **3780** | **28** | **36762** | **1370** | **38132** | **414** | | **38546** |
| | **TOTAL STATE FEMALE** | | **4118** | **104** | **4222** | **72** | **24** | **4318** | **41** | **22** | **63** | **3785** | **60** | **0** | **6** | **3851** | **31** | **3882** | **88** | | **3970** |
| | **GRAND TOTAL** | | **37760** | **873** | **38633** | **5944** | **52** | **44629** | **1362** | **358** | **1720** | **36140** | **659** | **3780** | **34** | **40613** | **1401** | **42014** | **502** | | **42516** |

| STATE MALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 9341 | 8542 | 799 |
| MEDIUM CUSTODY | 13562 | 13331 | 231 |
| CLOSE CUSTODY | 5946 | 5761 | 185 |
| MAXIMUM CUSTODY | 3088 | 2744 | 344 |
| RECEPTION - MAX | 336 | 299 | 37 |
| TOTAL | 32273 | 30677 | 1596 |

| CONTRACT MALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 3750 | 3624 | 126 |
| MEDIUM CUSTODY | 4288 | 4245 | 43 |
| TOTAL | 8038 | 7869 | 169 |
| TOTAL MALE | 40311 | 38546 | 1765 |

| STATE FEMALE | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|
| MINIMUM CUSTODY | 2332 | 2315 | 17 |
| MEDIUM CUSTODY | 1152 | 1116 | 36 |
| CLOSE CUSTODY | 426 | 331 | 95 |
| MAXIMUM CUSTODY | 216 | 113 | 103 |
| RECEPTION-MAX | 192 | 95 | 97 |
| TOTAL | 4318 | 3970 | 348 |
| GRAND TOTAL | 44629 | 42516 | 2113 |

RATED BEDS PLUS TEMPORARY BEDS = OPERATING CAPACITY (R+T=OC).
CURRENTLY THERE ARE NO FEMALE INMATES IN CONTRACT BEDS.

| | | Male | Female | Total |
|---|---|---|---|---|
| Hospital | | 16 | 1 | 17 |
| Fire Crew | | 17 | 0 | 17 |
| Other Work | | 16 | 58 | 74 |
| Court | | 365 | 29 | 394 |
| Apache | | 1 | 0 | 1 |
| Cochise | | 12 | 0 | 12 |
| Coconino | | 13 | 4 | 17 |
| Gila | | 5 | 2 | 7 |
| Graham | | 1 | 0 | 1 |
| Greenlee | | 0 | 0 | 0 |
| Maricopa | | 186 | 12 | 198 |
| Mohave | | 8 | 0 | 8 |
| Navajo | | 0 | 0 | 0 |
| Pima | | 53 | 3 | 56 |
| Pinal | | 10 | 1 | 11 |
| Santa Cruz | | 0 | 0 | 0 |
| Yavapai | | 2 | 0 | 2 |
| Yuma | | 11 | 0 | 11 |
| La Paz | | 0 | 0 | 0 |
| Other | | 20 | 5 | 25 |
| Federal | | 41 | 2 | 43 |
| **Total Out** | | **414** | **88** | **502** |

**OUT COUNT** / **COMMUNITY SUPERVISION OFFENDERS**

| COMMUNITY SUPERVISION OFFENDERS | |
|---|---|
| Arizona Parole Prior TIS | 53 |
| Interstate Parole | 606 |
| Work Furlough | 0 |
| Home Arrest | 11 |
| Truth in Sentencing (TIS) | 4773 |

| Maricopa Re-Entry Center | Sex Offender | Non-Sex Offender | |
|---|---|---|---|
| Sanctioned | | 11 | 11 |
| Intensive Treatment | | 11 | 11 |
| Without Placement | 16 | | 16 |
| **Total Maricopa Re-Entry Center** | | **38** | **35** |

| Pima Re-Entry Center | Sex Offender | Non-Sex Offender | |
|---|---|---|---|
| Sanctioned | | 0 | 3 |
| Intensive Treatment | 15 | 1 | 14 |
| Without Placement | 59 | 30 | 29 |
| **Total Pima Re-Entry Center** | | **77** | **46** |

| | | |
|---|---|---|
| Community Corrections Grand Total | | 5558 |

| COUNTY JAIL INTAKE | Male | Female | Both |
|---|---|---|---|
| County Jail Intake 11/21/16 | 23 | 5 | 28 |
| County Jail Transfers Pending | 0 | 0 | 0 |
| Inside Count | 38132 | 3882 | 42014 |
| Outside Count | 414 | 88 | 502 |
| Offical Daily Count | 38569 | 3975 | 42544 |

**EXHIBIT 2**

**EXHIBIT 2**

ARIZONA DEPARTMENT OF CORRECTIONS

**Maximum Custody Daily Out of Cell Time Tracking**

| Unit: ASPC Lewis / Rast Max | Cell Location: ▮ |
|---|---|
| Week Start Date 9/10/16 | |
| Week End Date 9/16/16 | |
| *(Complete detailed comments, i.e., warnings, refusals on page 2)* | |

Section Completed By COS or Designee *(Check One)*   Date SEP 1 8 2016
☑ Inmate met weekly expectations
☐ Inmate failed to meet weekly expectations
Print Name ▮    Signed ▮

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | STEP LEVEL |
|---|---|---|
| MARTINEZ | 188772 | 3 |

| Day | Shift | Floor Officer Name *(Last, first initial)* | Out of Cell Meals B Out | B In | L Out | L In | D Out | D In | Recreation Enclosures A-F | Out | In | WIPP Work / Job Out | In | Mental Health Group / Therapy A/B | Out | In | Programming Classes / Groups Out | In | Education Classes / Library Out | In | Religious Services Out | In | SMI Unstructured Out Out | In | Other Out of Cell Time Out | In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | D | ▮ | 07 | 57 | N/A | N/A | N/A | N/A | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| SAT | S | | N/A | N/A | N/A | N/A | 18 | 10 | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| SUN | D | | 0817 | | N/A | N/A | N/A | N/A | E | 0630 | R | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| SUN | S | | N/A | N/A | N/A | N/A | 1830 | | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| MON | D | | 0702 | | N/A | N/A | N/A | N/A | | | | | | | | | | 0900 | 1020 | N/A | N/A | N/A | N/A | | | | |
| MON | S | | N/A | N/A | N/A | N/A | 1800 | | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| TUE | D | | 05 | 15 | N/A | N/A | N/A | N/A | D | 1030 | 1400 | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| TUE | S | | N/A | N/A | N/A | N/A | 1800 | | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| WED | D | | 07 | 20 | N/A | N/A | N/A | N/A | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| WED | S | | N/A | N/A | N/A | N/A | 16 | 28 | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| THU | D | | 0705 | | N/A | N/A | N/A | N/A | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| THU | S | | N/A | N/A | N/A | N/A | 1846 | | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| FRI | D | | 0513 | | N/A | N/A | N/A | N/A | D | 0630 | R | | | | | | | | | N/A | N/A | N/A | N/A | | | | |
| FRI | S | | N/A | N/A | N/A | N/A | 17 | 10 | | | | | | | | | | | | N/A | N/A | N/A | N/A | | | | |

*C - Cancel
**R - Refusal

*Handwritten: Total Hrs.! Red Ink*

Page 1 of 2

801-19(e)
10/30/14

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

PARSONS v. RYAN, USDC CV12-00601: ADCM664796

## Maximum Custody Daily Out-of-Cell Time Tracking - Continued

| DATE (mm/dd/yy) | NAME (Last, First Initial) | COMMENTS (Cancelations or Limitations must list REASON and any EFFORTS to MAKE UP time.) | REFUSALS | | |
|---|---|---|---|---|---|
| | | | Amount of Time Refused | Inmate Signature or If refusal, Staff Signature 1 | If refusal, Staff Signature 2 |
| 9/11 | ███████ | REF REC | 3HR | ███████ | ███████ |
| | | | | | |
| 9/16 | ███████ | Refused Rec | 3hr | ███████ | ███████ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Possible reasons for cancellation or limitation: e.g., staffing shortage, weather, ICS.*

801-19(e)
10/30/14

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

PARSONS v. RYAN, USDC CV12-00601: ADCM664797

**EXHIBIT 3**

**EXHIBIT 3**

| | ARIZONA DEPARTMENT OF CORRECTIONS | CHAPTER: 800 <br><br> INMATE MANAGEMENT | OPR: <br><br> OPS <br> AS <br> SS |
|---|---|---|---|
| DEPARTMENT ORDER MANUAL | | DEPARTMENT ORDER: 809 <br><br> *EARNED INCENTIVE PROGRAM* | SUPERSEDES: <br><br> DO 809 (04/21/08) |
| | | | EFFECTIVE DATE: <br><br> JANUARY 11, 2011 |
| | | | REPLACEMENT PAGE REVISION DATE: <br><br> APRIL 30, 2013 |

# TABLE OF CONTENTS

**PURPOSE**

**RESPONSIBILITY**

**APPLICABILITY**

**PROCEDURES**

809.01    **EARNED INCENTIVE PROGRAM CRITERIA** .................................................................. 1

809.02    **EARNED INCENTIVE PROGRAM PRIVILEGES** ........................................................... 3

809.03    **STAFF TRAINING** .............................................................................................. 4

809.04    **INMATE ORIENTATION** ....................................................................................... 5

809.05    **FAMILY ORIENTATION** ....................................................................................... 5

          **DEFINITIONS** ...................................................................................................... 5

          **ATTACHMENTS**

# PURPOSE

This Department Order establishes a three-phase system of graduated earned incentives and sanctions to assist inmates in learning and sustaining a responsible, pro-social lifestyle and incorporate ethics and values into their everyday lives. This system communicates the Department's inmate behavioral management philosophy and its intent and expectations to employees, inmates and the public.

The Arizona Department of Corrections strives to reduce relapse, revocation and recidivism by holding inmates responsible and accountable throughout their incarceration. To this end, it offers specific programming to address inmates' risks and needs as well as rewarding positive behavior.

# RESPONSIBILITY

Division Directors, Bureau Administrators, Wardens, Deputy Wardens, and Associate Deputy Wardens are responsible for the management of the Earned Incentive Program.

# APPLICABILITY

This Department Order applies to all Arizona Department of Corrections inmates, with the exception of those custody levels expressly ineligible under section 809.01 of this Department Order. The Earned Incentive Program for inmates assigned to contract beds shall be in compliance with this Department Order and any applicable Department contract.

# PROCEDURES

**809.01**          **EARNED INCENTIVE PROGRAM CRITERIA**

1.1          The Earned Incentive Program is a system of graduated rewards and sanctions encouraging inmates to practice pro-social, responsible behavior throughout their sentence.

1.2          All inmates shall be prioritized to complete specific programming during their incarceration. Programming shall be based on their identified risks and needs, and time to release through the Priority Ranking Report system (See Definitions).

        1.2.1          Staff facilitating program(s) shall:

                1.2.1.1          Utilize the Priority Ranking Report to identify and place inmates into program(s) by their rank.

                1.2.1.2          Record programming information in the Adult Information Management System (AIMS) on the Inmate Program Record screen.

        1.2.2          Treatment staff shall utilize the Priority Ranking Report as a factor, in addition to clinical considerations, when placing inmates in formal treatment programs.

1.3          Each inmate's Corrections Plan shall be tailored to their specific risks, needs and time to serve and includes all facets of their daily life.  Inmates will make decisions, solve problems and be held accountable commensurate with their custody level for the duration of their incarceration.

1.4          Available programs include:

        1.4.1          Academic and Career Technical Education

1.4.2   Substance Abuse and Sex Offender Treatment

1.4.3   Self-Improvement (e.g., Cognitive Restructuring, Re-entry)

1.5   At a minimum, inmates shall be prioritized to complete Cognitive Restructuring and Re-Entry coursework. These courses, along with the other programs outlined in this Department Order, shall be identified and prescribed based on the inmate's risk and need priorities.

    1.5.1   The facilitating program staff member shall record participation and update the AIMS Inmate Program Record screen. (See the Program Reference Guide)

    1.5.2   The designated Education staff member shall record the successful completion of a GED or verification of a High School Diploma/GED on the appropriate AIMS screens for education to include the AIMS Inmate Program Record screen.

    1.5.3   Inmates who are confirmed exempt from education shall have the proper information recorded in the appropriate AIMS screens used by education staff. Inmates who meet this criterion shall not be restricted from moving to additional phases if they meet all other applicable criteria.

    1.5.4   Inmates who refuse or are removed from a program(s) shall be returned to Phase I and shall remain in Phase I for one year.

        1.5.4.1   The facilitating program staff shall complete the Program Refusal/Removal, Form 809-1. The inmate and the facilitating program staff member shall sign the form.

            1.5.4.1.1   If the inmate refuses to sign the Program Refusal/Removal form, a second staff member shall sign as the witness for the inmate's refusal to sign.

        1.5.4.2   A copy of the Program Refusal/Removal form shall be provided to the inmate and the original placed in the inmate's institutional file.

    1.5.5   Program availability, except Functional Literacy, shall not preclude an inmate from advancing to the next Phase, as long as the inmate meets the other identified criteria outlined in the Earned Incentive Program. An inmate must have met functional literacy standard to advance to Phase II, unless the inmate has a valid exemption, as outlined in Department Order #910, Inmate Education and Resource Center Services.

1.6   The facilitating and/or supervising staff member shall complete Work and Program evaluations for inmates assigned to Work, Functional Literacy, GED, Career Technical Education, Substance Abuse Treatment and the Sex Offender Education and Treatment Program. Evaluations shall be completed, at a minimum, once a month and shall be entered into AIMS by the assigned staff member for Work Incentive Pay Plan (WIPP) or the appropriate program staff, as applicable.

1.7   Inmate behavior shall be based on Major and Minor disciplinary violations over a period of six consecutive months.

1.8   Complex Disciplinary Hearing Officers and Unit Disciplinary Coordinators shall be responsible for accurately recording the disciplinary violations on the appropriate AIMS screen.

1.8.1    An inmate who receives any Class "A" Major disciplinary violation while in Phase III shall receive a reduction to Phase I.

1.8.2    An inmate who receives any Class "B" Major disciplinary violation while in Phase III shall receive a reduction to Phase II.

1.8.3    An inmate who receives two Minor disciplinary violations within 90 consecutive days while in Phase III shall receive a reduction to Phase II. An inmate who receives a third Minor violation while in Phase II within the originating 90 consecutive days from Phase III shall receive a reduction to Phase I.

1.8.4    An inmate who receives any Class "A" or "B" Major disciplinary violation while in Phase II shall receive a reduction to Phase I.

1.8.5    An inmate who receives three or more Minor disciplinary violations within 90 consecutive days while in Phase II shall receive a reduction to Phase I.

1.8.6    The inmate shall be free from all disciplinary violations (Major and Minor) for a period of six consecutive months to advance from Phase I to Phase II and Phase III.

1.9    Inmates who believe that their Phase level is inaccurate shall initiate an initial review through their assigned Correctional Officer (CO) III.

1.9.1    The CO III shall make every attempt to resolve the discrepancy at their level.

1.9.2    If the CO III is unable to resolve the discrepancy at their level, the inmate shall initiate the informal review process as outlined in Department Order #802, Inmate Grievance System. Only specific issues resulting in the decrease of a Phase level may be grieved, such as a refusal or removal entry in AIMS.

## 809.02    EARNED INCENTIVE PROGRAM PRIVILEGES

1.1    The Phase level privileges as shown on Attachment A do not override sanctions imposed through the disciplinary process such as visitation, property, store and restitution. These imposed disciplinary sanctions will be in addition to Phase level privileges.

1.2    The Phase level privileges do not apply to inmates in detention status.

1.3    The Earned Incentive Program criteria and privileges may be modified for special populations, such as inmates assigned to licensed Mental Health Units, as authorized by the affected Division Director.

1.4    The Phase privileges that will affect the Earned Incentive Program are as follows:

1.4.1    Inmate Visitation – Visitation periods shall be in four-hour blocks each weekend, starting at 8:00 A.M. to 12:00 P.M. and 12:00 P.M to 4:00 P.M.  Frequencies for regular visitation, holiday visitation and food visitation shall be based on the inmate's Phase level as outlined in Department Order #911, Inmate Visitation.

1.4.1.1    Food for the food visitation shall be provided by the inmate's visitors, for all inmate custody levels except Maximum Custody, and on the approved holiday food visits according to the inmate's Phase.

1.4.1.2     Holiday food visits for eligible inmates shall be held on the weekend before or weekend after the recognized holiday.

1.4.1.2.1     Each complex/unit shall establish a schedule for each food visit based on the inmate demographics and space availability for visitation. (For example, a rotating schedule may be developed: Saturday A–L, Sunday M-Z, one time and the next time it would be Saturday M-Z and Sunday A-L or one building/side of unit visits Saturday and the other building/side visits on Sunday and the next food visit would be opposite.)

1.4.1.3     Those inmates eligible to receive a food visit may have visitation regardless if family members participate in the food visit. Food visits are in four-hour blocks and shall not exceed eight hours in duration and are dependent upon space availability.

1.4.1.4     Visitors are prohibited from visiting more than one inmate during visitation, unless the other inmate is an immediate family member and the visitor is approved to visit the inmate as outlined in Department Order #911, Inmate Visitation. Nor may inmates visit with another inmate's visitors, unless the inmates are immediate family members of the visitor, and the visitors have been approved to visit both inmates.

1.4.1.5     Legal visitation is independent of the Earned Incentive Program. All legal visits shall be in accordance with Department Order #911, Inmate Visitation.

1.4.2     Inmate Property, Mail and Store – The allowable property and spending limitations for store shall be based on the inmates Phase level as outlined in Department Order #909, Inmate Property and Department Order #914, Inmate Mail. (See Attachment B, Incentive Matrix – Store, Phone and Visitation)

1.4.3     Inmate Arts and Crafts – The allowable Arts and Crafts shall be based on the inmate's Phase level as outlined in Department Order #906, Inmate Recreation/Arts and Crafts. (See Attachment C, Incentive Matrix – Recreation and Hobby-Craft)

1.4.4     Inmate Phone Calls – The allowable amounts for phone calls shall be based on the inmate's Phase level as outlined in Department Order #915, Inmate Phone Calls. (See Attachment B, Incentive Matrix – Store, Phone and Visitation)

1.4.5     Inmate Work Assignments and Activities – Inmate work assignments, wages and wage increases shall be based on program performance, behavior and Phase level as outlined in Department Order #903, Inmate Work Activities.

**809.03**     **STAFF TRAINING** - Provide training curriculum to all staff (Department Personnel, Contractors) regarding policy revision to the Earned Incentive Program on an initial basis, with updated curriculum provided as needed. This training shall be included on an ongoing basis in the training schedule for New Employee Orientation and Pre-Service Training at Correctional Officer Training Academy (COTA).

**809.04**        **INMATE ORIENTATION**

1.1   All prison complexes and units shall incorporate written information regarding the Earned Incentive Program for the inmate population during the Unit Orientation program. This information is to be supplied to the inmate.

1.2   All prison complexes shall provide updated Earned Incentive Program information on the established Closed Circuit Television System (CCTV) and played on a continuous loop for viewing.

**809.05**        **FAMILY ORIENTATION** - Specific information relating to Earned Incentive Program shall be made available to family members through Friends and Family Liaisons or the institution.

# DEFINITIONS

**CORRECTIONS PLAN** – The individual inmate management plan developed and periodically reviewed by the COIII plan manager with the inmate.

**EARNED INCENTIVE PROGRAM** - A three-phase system of graduated earned incentives, and sanctions by which inmates sustain a responsible, pro-social lifestyle and incorporate ethics and values into their everyday lives.

**INTRA-MURALS** – Recreational activities in which inmates participate while in prison.

**PRIORITY RANKING REPORT SYSTEM** – Provides a ranked listing of inmates by program, utilizing the inmate's individual risks and needs, as well as time to serve, prioritized against all inmates for staff to utilize to determine placement into appropriate programming.

{Original Signature on File}

_____

CHARLES L. RYAN
DIRECTOR

**ATTACHMENTS**
Attachment A - Phase Eligibility Matrix Criteria
Attachment B - Incentive Matrix – Store, Phone and Visitation
Attachment C - Incentive Matrix – Recreation and Hobby-Craft

**FORMS LIST**
809-1, Program Refusal/Removal

**DEPARTMENT ORDER 809**
**ATTACHMENT A**

# Phase Eligibility Criteria for Movement

(See Department Order #903, <u>Inmate Work Activities</u>, for procedures, regulations and wages.)

| | Phase I | Phase II | Phase III |
|---|---|---|---|
| **Criteria** | • Initial Admission to ADC<br><br>• Return to Custody or Parole Violator<br><br>• Follow rules and regulations<br><br>• Participate in prescribed activities<br><br>• Must achieve 8.0 or greater in each section of the TABE – unless exempt | **Movement from Phase I to Phase II**<br><br>• No discipline violations for six (6) consecutive months<br><br>• No refusal or removal from prescribed program (until 1 year has elapsed from date of refusal/removal)<br><br>• Completed Functional Lit. if TABE total battery <8.0 – Unless exempt<br><br>**REDUCTION TO PHASE I**<br>• Major discipline violation<br><br>• Three (3) or more Minor disciplinary violations within 90 days<br><br>• Refuse or Removed from program | **Movement from Phase II to Phase III**<br><br>• No discipline violations for six (6) consecutive months<br><br>**REDUCTION TO PHASE I**<br>• Any Class "A" Major discipline violation<br><br>• Refuse or Removed from program<br><br>**REDUCTION TO PHASE II**<br>• Any Class "B" Major discipline violation<br><br>• Two (2) Minor disciplinary violations within 90 days |

EFFECTIVE:  DECEMBER 30, 2011

**DEPARTMENT ORDER 809**
**ATTACHMENT B**

## Incentive Matrix - Store, Phone and Visitation

(For procedures and regulations see Department Order #903, Inmate Work Activities, Department Order #906, Inmate Recreation/Arts and Crafts, Department Order #909, Inmate Property, Department Order #911, Inmate Visitation, Department Order #914, Inmate Mail, and Department Order #915, Inmate Phone Calls.

| Incentive | Custody | 1. Phase I | | 2. Phase II | | 3. Phase III | |
|---|---|---|---|---|---|---|---|
| | | Freq. | Amount | Freq. | Amount | Freq. | Amount |
| **A. Store** | **1. Min** | 1 per week Christmas holiday | $60 $80 | 1 per week Christmas holiday | $80 $120 | 1 per week Christmas holiday | $100 $160 |
| | **2. Med** | 1 per week Christmas holiday | $60 $80 | 1 per week Christmas holiday | $80 $120 | 1 per week Christmas holiday | $100 $160 |
| | **3. Close** | 1 per week Christmas holiday | $60 $80 | 1 per week Christmas holiday | $80 $120 | 1 per week Christmas holiday | $100 $160 |
| | **4. Max** | 1 per week Christmas holiday | $60 $80 | 1 per week Christmas holiday | $80 $120 | 1 per week Christmas holiday | $100 $160 |
| | **5. Death Row** | 1 per week Christmas holiday | $60 $80 | 1 per week Christmas holiday | $80 $120 | 1 per week Christmas holiday | $100 $160 |
| | | | | | | | |
| **B. Phone** | **1. Min** | 1 per day | 15 minutes | 2 per day | 15 minutes | Unlimited | 15 minutes |
| | **2. Med** | 1 per day | 15 minutes | 2 per day | 15 minutes | 5 per day | 15 minutes |
| | **3. Close** | 1 per day | 15 minutes | 2 per day | 15 minutes | 4 per day | 15 minutes |
| | **4. Max** | 1 per week | 15 minutes | 1 per week | 15 minutes | 1 per week | 15 minutes |
| | **5. Death Row** | 1 per week | 15 minutes | 2 per week | 15 minutes | 3 per week | 15 minutes |
| | | | | | | | |
| **C. Regular Visitation** | **1. Min** | 1 per week | 4 hours | 3 per week | 4 hours | 4 per week | 4 hours |
| | **2. Med** | 1 per week | 4 hours | 3 per week | 4 hours | 4 per week | 4 hours |
| | **3. Close** | 1 per week | 4 hours | 2 per week | 4 hours | 3 per week | 4 hours |
| | **4. Max** | 1 per week Non-contact | 2 hours | 1 per week Non-contact | 2 hours | 1 per week Non-contact | 2 hours |
| | **5. Death Row** | 1 per week Non-contact | 2 hours | 2 per week Non-contact | 2 hours | 3 per week Non-contact | 2 hours |

DEPARTMENT ORDER 809
ATTACHMENT B

## Continued - Incentive Matrix - Store, Phone and Visitation

(For holiday and food visit incentive program procedures see Department Order 911, <u>Inmate Visitation</u>.)

| Approved Dates | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| **Holiday Visitation**<br><br>**All Custody Levels** | None | • New Years Day<br>• Mothers Day<br>• Fathers Day<br>• Independence Day<br>• Veteran's Day | • New Years Day<br>• Valentine's Day<br>• Mothers Day<br>• Fathers Day<br>• Independence Day<br>• Labor Day<br>• Veteran's Day |
| **Holiday Food Visitation**<br><br>**Minimum and Medium** | None | • Mothers Day<br>• Fathers Day | • Valentine's Day<br>• Mothers Day<br>• Fathers Day<br>• Veteran's Day |
| **Close Custody Only** | None | None | • Mothers Day<br>• Labor Day |

EFFECTIVE:  APRIL 30, 2013

**DEPARTMENT ORDER 809**
**ATTACHMENT C**

## Incentive Matrix – Recreation and Hobby-Craft
(For incentive program procedures see Department Order 906, <u>Inmate Recreation/Arts and Crafts</u>.)

| MINIMUM: | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| Recreational Activities | Open Yard | <ul><li>Open Yard</li><li>Individual/Organized Team Sports (Unit Intra-Murals)</li></ul> | <ul><li>Open Yard</li><li>Individual/Organized Team Sports (Unit Inter-Murals)</li></ul> |
| Hobby Craft | **Choose no more than one**<ul><li>Drawing</li><li>Origami</li></ul> | **Choose no more than two**<ul><li>Drawing</li><li>Origami</li><li>Water Colors</li><li>Greeting Cards</li><li>Puzzles</li><li>Acrylic Painting</li><li>Paint by Numbers</li></ul> | **Choose no more than three**<ul><li>Drawing</li><li>Origami</li><li>Water Colors</li><li>Greeting Cards</li><li>Puzzles</li><li>Acrylic Painting</li><li>Mural painting</li><li>Paint by Numbers</li><li></li></ul> |
| **MEDIUM:** | **PHASE I** | **PHASE II** | **PHASE III** |
| Recreational Activities | <ul><li>12 to 16 hours per week</li><li>Outdoor Exercise</li></ul> | <ul><li>12 to 16 hours per week</li><li>Outdoor Exercise</li><li>Individual/Organized Team Sports (Unit Intra-Murals)</li></ul> | <ul><li>12 to 16 hours per week</li><li>Outdoor Exercise</li><li>Individual/Organized Team Sports (Unit Intra-Murals)</li></ul> |
| Hobby Craft | <ul><li>Drawing</li><li>Origami</li></ul> | **Choose no more than two**<ul><li>Drawing</li><li>Greeting Cards</li><li>Origami</li><li>Puzzles</li><li>Paint by Numbers</li><li>Water Colors</li></ul> | **Choose no more than three**<ul><li>Drawing</li><li>Greeting Cards</li><li>Mural Painting</li><li>Origami</li><li>Puzzles</li><li>Paint by Numbers</li><li>Water Colors</li></ul> |
| **CLOSE:** | **PHASE I** | **PHASE II** | **PHASE III** |
| Recreational Activities | <ul><li>8 to 10 hours per week</li><li>Outdoor Exercise</li></ul> | <ul><li>8 to 10 hours per week</li><li>Outdoor Exercise</li><li>Individual/Organized Team Sports (Unit Intra-Murals)</li></ul> | <ul><li>8 to 10 hours per week</li><li>Outdoor Exercise</li><li>Individual/Organized Team Sports (Unit Intra-Murals)</li></ul> |
| Hobby Craft | <ul><li>Drawing</li><li>Origami</li></ul> | **Choose no more than two**<ul><li>Greeting Cards</li><li>Origami</li><li>Pencil Drawings</li><li>Puzzles</li></ul> | **Choose no more than three**<ul><li>Greeting Cards</li><li>Origami</li><li>Mural Painting-water base</li><li>Paint by Numbers</li><li>Pencil Drawings</li><li>Puzzles</li></ul> |

| MAX: | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| Recreational Activities | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise |
| Hobby Craft | None | • Origami<br>• Pencil Drawing | • Origami<br>• Pencil Drawing |
| **DEATH ROW:** | **PHASE I** | **PHASE II** | **PHASE III** |
| Recreational Activities | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise | • 8 hours per week<br>• Outdoor Exercise |
| Hobby Craft | None | None | None |

EFFECTIVE:  JANUARY 11, 2011