1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF ARIZONA**

10

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

NO. 2:12-cv-00601-DKD

11

Plaintiffs,

12

v.

**ORDER GRANTING
DEFENDANTS' MOTION FOR
LEAVE TO FILE UNDER SEAL**

13

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

14

15

Defendants.

16

17

The Court, having reviewed Defendants' Motion for Leave to File Under Seal, and

18

good cause appearing,

19

IT IS ORDERED that the Motion for Leave to File Under Seal is GRANTED.

20

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal

21

Defendants' proposed lodged (unredacted) Attachment A to the Declaration of Michael

22

Giardina, ACP, in support of Defendants' Reply to Plaintiffs' Response to Defendants'

23

Motion for Reconsideration.

24

25

26

27

28