1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Victor Antonio Parsons, et al.,                No.  CV-12-0601-PHX-DKD

10              Plaintiffs,

11  v.                                              **ORDER**

12  Charles L. Ryan, et al.,

13              Defendants.

14

15          The Court having reviewed Defendants' Motion to Seal Documents Associated

16  with Defendants' Notice Regarding Maximum Custody Subclass Definition and

17  Inapplicability to Close Custody Classification (Doc. 1776), and finding good cause,

18          **IT IS HEREBY ORDERED** granting Defendants' Motion to Seal Documents

19  Associated with Defendants' Notice Regarding Maximum Custody Subclass Definition

20  and Inapplicability to Close Custody Classification (Doc. 1776).  The Clerk of the Court

21  is instructed to seal the document set forth in Defendants' Motion to Seal Exhibit 3 to the

22  Declaration of Carson McWilliams regarding Close Custody at ASPC-Florence.   The

23  Declaration of Carson McWilliams is attached as Exhibit 1 to Defendants' Notice

24  Regarding Maximum Custody Subclass Definition and Inapplicability to Close Custody

25  Classification.

26          Dated this 29th day of November, 2016.

27

28

                                        _____
                                              David K. Duncan
                                          United States Magistrate Judge