# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 1783), and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Under Seal is GRANTED.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' proposed lodged (unredacted) Attachment A to the Declaration of Michael Giardina, ACP, in support of Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Reconsideration.

Dated this 30th day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge