Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION (DOC. 1781)** <br><br> **(EXPEDITED RULING REQUESTED)** |

LEGAL133734762.1

Plaintiffs move this Court for an order allowing them to file a brief in response to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Reconsideration (Doc. 1781), to respond to factual misrepresentations in that filing. Plaintiffs request seven days to file their brief.

First, Defendants claim that they were unfairly surprised by Plaintiffs' argument based on Performance Measure 92 of the Stipulation, asserting that "Plaintiffs made this argument for the first time in a footnote in their Reply." [Doc. 1781 at 3 (emphasis omitted)][1] In fact, it was *Defendants* who argued in their response to Plaintiffs' enforcement motion that PM 92 supported *their* position. [*See* Doc. 1644 at 8; Doc. 1644-1 at 4 ("Additionally, in other measures, the parties agreed that inmates seen in a group count as being 'seen' such as the maximum custody contacts by mental health clinicians (PM 92).")] It was entirely proper for Plaintiffs to respond to this argument in their reply.

Second, Defendants claim that they were unfairly surprised by Dr. Stewart's expert declaration that group encounters in a prison setting cannot be considered confidential. [*See* Doc. 1781 at 7 ("Defendants were never given an opportunity to specifically respond to Dr. Stewart's declaration")] This, too, is false; Dr. Stewart's declaration, filed with Plaintiffs' enforcement motion, stated:

> Mental health treatment groups are a valuable component of a mental health treatment program. They are not, however, a substitute for confidential encounters with mental health staff. *A group meeting is obviously not a confidential setting.*

[Doc. 1627 at 5 (emphasis added)] Defendants had every opportunity to respond to Dr. Stewart's expert testimony; indeed, Defendants repeatedly referred to Dr. Stewart's declaration in their response to Plaintiffs' enforcement motion. [*See* Doc. 1644 at 3 n. 4, 14]

Plaintiffs respectfully request seven days to file a brief to respond to these factual misrepresentations.

---

[1] Page citations are to the page numbers assigned by the ECF system.

LEGAL133734762.1

| | | |
|---|---|---|
| 1 | Dated: December 1, 2016 | **ACLU NATIONAL PRISON PROJECT** |

By:  s/ David Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:  dfathi@aclu.org
    afettig@aclu.org
    jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  kbrody@acluaz.org
    dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:  dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

1  Daniel C. Barr (Bar No. 010149)
2  Amelia M. Gerlicher (Bar No. 023966)
   John H. Gray (Bar No. 028107)
   **PERKINS COIE LLP**
3  2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  Telephone: (602) 351-8000
   Email:   dbarr@perkinscoie.com
5           agerlicher@perkinscoie.com
            jhgray@perkinscoie.com
6
   Kirstin T. Eidenbach (Bar No. 027341)
7  **EIDENBACH LAW, PLLC**
   P. O. Box 91398
8  Tucson, Arizona 85752
   Telephone: (520) 477-1475
9  Email:   kirstin@eidenbachlaw.com

10 Caroline Mitchell (Cal. 143124)*
   Amir Q. Amiri (Cal. 271224)*
11 **JONES DAY**
   555 California Street, 26th Floor
12 San Francisco, California 94104
   Telephone: (415) 875-5712
13 Email:   cnmitchell@jonesday.com
            aamiri@jonesday.com
14
   *Admitted *pro hac vice*
15
   John Laurens Wilkes (Tex. 24053548)*
16 **JONES DAY**
   717 Texas Street
17 Houston, Texas 77002
   Telephone: (832) 239-3939
18 Email:   jlwilkes@jonesday.com

19 *Admitted *pro hac vice*

20 Jennifer K. Messina (N.Y. 4912440)*
   **JONES DAY**
21 222 East 41 Street
   New York, New York 10017
22 Telephone: (212) 326-3498
   Email:   jkmessina@jonesday.com
23
   *Admitted *pro hac vice*
24
   *Attorneys for Plaintiffs Shawn Jensen;*
25 *Stephen Swartz; Sonia Rodriguez; Christina*
   *Verduzco; Jackie Thomas; Jeremy Smith;*
26 *Robert Gamez; Maryanne Chisholm;*
   *Desiree Licci; Joseph Hefner; Joshua*
27 *Polson; and Charlotte Wells, on behalf of*
   *themselves and all others similarly situated*
28

**ARIZONA CENTER FOR DISABILITY LAW**


By: <u>  s/ Maya Abela                    </u>
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

    s/ D. Freouf

LEGAL133734762.1   -5-