1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
         dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF AMY FETTIG IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT REGARDING THE SUBCLASS DEFINITION** |

LEGAL133738032.1

1  I, AMY FETTIG, declare:

2      1.    I am an attorney licensed to practice in the District of Columbia, and admitted to this Court *pro hac vice*. I am the Deputy Director of the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

    2.    I attach hereto as **Exhibit A** an excerpt from Defendants' response to Plaintiffs' monthly document request dated September 15, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 1st of December, 2016, in Washington, D.C.

                      s/ Amy Fettig
                      Amy Fettig

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
       afettig@npp-aclu.org
       jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
       agerlicher@perkinscoie.com
       jhgray@perkinscoie.com

LEGAL133738032.1

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | Daniel Pochoda (Bar No. 021979) |
|   | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
|   | Email:   kbrody@acluaz.org |
| 5 |          dpochoda@acluaz.org |
| 6 | Kirstin T. Eidenbach (Bar No. 027341) |
|   | **EIDENBACH LAW, P.C.** |
| 7 | P. O. Box 91398 |
|   | Tucson, Arizona 85752 |
| 8 | Telephone: (520) 477-1475 |
|   | Email:   kirstin@eidenbachlaw.com |
| 9 |  |
|   | Donald Specter (Cal. 83925)* |
| 10 | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
| 11 | Corene Kendrick (Cal. 226642)* |
|   | **PRISON LAW OFFICE** |
| 12 | 1917 Fifth Street |
|   | Berkeley, California 94710 |
| 13 | Telephone: (510) 280-2621 |
|   | Email:   dspecter@prisonlaw.com |
| 14 |          ahardy@prisonlaw.com |
|   |          snorman@prisonlaw.com |
| 15 |          ckendrick@prisonlaw.com |
| 16 | *Admitted *pro hac vice* |
| 17 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 18 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 19 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 20 | Email:   cnmitchell@jonesday.com |
|   |          aamiri@jonesday.com |
| 21 |  |
|   | *Admitted *pro hac vice* |
| 22 |  |
|   | John Laurens Wilkes (Tex. 24053548)* |
| 23 | **JONES DAY** |
|   | 717 Texas Street |
| 24 | Houston, Texas 77002 |
|   | Telephone: (832) 239-3939 |
| 25 | Email:   jlwilkes@jonesday.com |
| 26 | *Admitted *pro hac vice* |
| 27 |  |
| 28 |  |

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 2 | 222 East 41 Street |
| | New York, New York 10017 |
| 3 | Telephone:  (212) 326-3498 |
| | Email:     jkmessina@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 7 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 8 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |
| 9 | |
| | Sarah Kader (Bar No. 027147) |
| 10 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR** |
| 11 | **DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 12 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 13 | Email:    skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 14 | |
| | Rose A. Daly-Rooney (Bar No. 015690) |
| 15 | J.J. Rico (Bar No. 021292) |
| | Jessica Jansepar Ross (Bar No. 030553) |
| 16 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 17 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 18 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 19 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 20 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 21 | mabela@azdisabilitylaw.org |
| 22 | *Attorneys for Arizona Center for Disability Law* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL133738032.1                                -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

           s/ D. Freouf

LEGAL133738032.1                    -4-