# EXHIBIT A

# MEDICAL RECORDS FOR SUBCLASS MEMBERS
## REQUEST DATE: September 15, 2016

| # | ADC # (6 digit) | Last Name | First Name | ASPC | Unit | Request Notes: | Request Response Notes: |
|---|---|---|---|---|---|---|---|
| 1 | 250455 | Hylton | Travis | Eyman | Browning | | |
| 2 | 263399 | Zepeda | Nichiolas | Eyman | SMU | | RESPONSE 09/15/16: In close custody at Eyman-SMU East; not eligible as a Subclass member. |
| 3 | 298186 | Togstad | Virgil | Florence | Kasson | | |
| 4 | 229379 | Estrada | Rene | Lewis | Rast | | |
| 5 | 244964 | Serrano | Desiree | Peryville | SMU | | |

Medical Records are requested for 12 months from the date copied unless otherwise indicated.

## REQUEST DATE: August 15, 2016

| # | ADC # (6 digit) | Last Name | First Name | ASPC | Unit | Request Notes: | Request Response Notes: |
|---|---|---|---|---|---|---|---|
| 1 | 242319 | Harper | Louis | Florence | Central | Defendants noted that inmate is ineligible as he is housed in close custody. | RESPONSE 09/15/16: Defendant does not qualify as a Subclass member. Although Defendants inadvertently produced this inmate's MRF, no medical records will be produced. |
| 2 | 218066 | Delatorre | Andres | Lewis | Rast | | |
| 3 | 212698 | Espinoza | Adrien | Eyman | Browning | | |
| 4 | 133019 | Elmer | Jesse | Eyman | SMU | | |
| 5 | 298186 | Togstad | Virgil | Florence | Kasson | | |