Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION (DOC. 1781)** |

Defendants oppose Plaintiffs' Motion for Leave to File Sur-reply to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Reconsideration (Doc. 1781). The issues that Plaintiffs request leave to address are not relevant to the ultimate issue of whether the Stipulation's definition of being "seen" includes group counseling sessions. The majority of Plaintiffs' Response and their proposed Sur-reply relate to an inconsequential issue that this Court has already addressed – whether Defendants' oral motion for reconsideration was proper.   The Court held that "because of the long-term and wide-ranging impact of these rulings, the Court concludes that it is prudent to accept briefing on this matter before issuing a decision." (Doc. 1745 at 2-3.)

Contrary to Plaintiffs' claims, Defendants have not misrepresented any facts.  The facts and circumstances surrounding Plaintiffs' argument based on Performance Measure 92, which was asserted for the first time in a footnote in a Reply brief, are not in dispute and are not relevant to addressing the ultimate issue.  (*See* Doc. 1654 at 5, fn. 5.)  The Court may review the record and see when Plaintiffs asserted this argument.

Plaintiffs also raise an extraneous issue regarding Dr. Stewart's Declarations, which is misleading.  Plaintiffs' Response block quoted a portion of Dr. Stewart's *August 5, 2016* Declaration, which was attached to Plaintiffs' Reply brief, and stated that it was "uncontradicted expert testimony."  (Doc. 1772 at 6-7.)   Defendants' Reply correctly noted that Defendants' July 29, 2016 Response could not respond to an August 5, 2016 declaration.  (Doc. 1781 at 6-7.)  Plaintiffs' Motion now block quotes a portion of Dr. Stewart's *July 8, 2016* Declaration and argues Defendants were not "unfairly surprised by Dr. Stewart's expert declaration…."  (Compare Doc. 1772 at 6 with Doc. 1791 at 2.)[1] Plaintiffs' Motion for Leave to File Sur-reply fails to explain that Dr. Stewart submitted *two* declarations on July 8, 2016 and on August 5, 2016.  (*See* Doc. 1791 at 2.) Defendants undisputedly did not have an opportunity to respond to the August 5, 2016 declaration.  (*See* Doc. 1781 at 6-7.)  The July 29, 2016 Declaration of Dr. Nicole Taylor,

---

[1] Plaintiffs' Response also included a parenthetical reference to the July 9th Declaration.  (Doc. 1772 at 6-7.)

which explained that group counseling sessions at ADC are confidential, clearly contradicted Dr. Stewart's conclusory statements regarding group meetings in his July 8, 2016 Declaration. (*See* Doc. 1644-1 at ¶¶ 4-9.)

Plaintiffs' Motion to File a Sur-reply is a red-herring, as it attempts to redirect the Court's attention to issues that are immaterial to resolving the ultimate issue regarding interpretation of the Stipulation.   Accordingly, Plaintiffs' Motion should be denied.

DATED this 2nd day of December 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
                Daniel P. Struck
                Kathleen L. Wieneke
                Rachel Love
                Timothy J. Bojanowski
                Nicholas D. Acedo
                Ashlee B. Fletcher
                Anne M. Orcutt
                Jacob B. Lee
                Mark A. Bracken
                STRUCK WIENEKE & LOVE, P.L.C.
                3100 West Ray Road, Suite 300
                Chandler, Arizona  85226

                Arizona Attorney General Mark Brnovich
                Office of the Attorney General
                Michael E. Gottfried
                Lucy M. Rand
                Assistant Attorneys General
                1275 W. Washington Street
                Phoenix, Arizona 85007-2926

                *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:         ahardy@prisonlaw.com

Amelia M. Gerlicher:  agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:        aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:        afettig@npp-aclu.org

Asim Varma:           avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:   ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:    dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

Jennifer K. Messina:  jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:  jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:   jrico@azdisabilitylaw.org

Kathleen E. Brody     kbrody@acluaz.org

Kirstin T. Eidenbach: kirstin@eidenbachlaw.com

Maya Abela           mabela@azdisabilitylaw.org

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

Sara Norman:          snorman@prisonlaw.com

Sarah Eve Kader:      skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

3

1 Rita K. Lomio:          rlomio@prisonlaw.com

2

3       I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

4

5       N/A

6                                        /s/Daniel P. Struck

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28