Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' STATUS UPDATE IN RESPONSE TO COURT'S ORDER [DOC. 1754]** |

LEGAL133742333.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto and filed under seal as **Exhibit 1**, are true and correct copies of two versions of Defendants' July 2016 Compliance-Green-Amber-Red ("CGAR") report for Performance Measure ("PM") 14 at ASPC-Florence. The first document, ADCM60395-51, was produced to my office by Defendants on September 21, 2016. The second document, ADCM662686-87 was marked by Defendants as "Reissued" and was produced to my office on November 18, 2016. The "Reissued" CGAR at Exhibit 1 does not contain a supplemental entry made in the "Notifications" column subsequent to the original entry, but rather both versions of the report list the entry as being made on 8/30/16 at 10:36 am by Erin Barlund, who is an ADC health care monitor.

3. Throughout the duration of this case, I routinely have reviewed Defendants' monitoring documents that they have prepared since the privatization of correctional health care in March 2012. These reports were known prior to settlement as MGARs (Monitoring Green-Amber-Red) and now are referred to as CGARs. I am very familiar with how these reports are structured and organized. Based on my more than four years' experience reviewing the CGARs, the system is set up so that if a monitor adds a supplemental entry in the "Notifications" column after a previous entry had been made, then both entries should appear on the report, with different dates and/or times. In my experience, the monitors do not go back and delete or write over what another monitor had entered. Attached hereto and filed under seal as **Exhibit 2** is the June 2016 CGAR report for Lewis prison for PM 96, in order to illustrate the principle of how multiple entries made at different times appear in the report as separate entries.

LEGAL133742333.1

4. Attached hereto and filed under seal as **Exhibit 3** are true and correct copies of the CGARs for ASPC-Florence for PM 66, for the time period of January-August 2016.

5. Attached hereto and filed under seal as **Exhibit 4** are true and correct copies of the CGARs for ASPC-Lewis for PM 66, for the time period of January-August 2016.

6. Attached hereto and filed under seal as **Exhibit 5** are true and correct copies of the CGARs for ASPC-Tucson for PM 66, for the time period of January-August 2016.

7. Attached hereto and filed under seal as **Exhibit 6** are true and correct copies of the CGARs for ASPC-Winslow for PM 98, for the time period of January-May 2016.

8. On November 22, 2016 Defendants provided to me the "CGAR-CAP Rebuttals" in their possession for the months of September through November 2016.

9. On October 25, 2016, I sent counsel for Defendants a letter outlining the key words that we thought should be used to search the emails of Defendant Pratt and Dr. Nicole Taylor in order to locate responsive documents to our request for all documents reflecting or discussing errors, inaccuracies, or inconsistencies in Defendants' or Corizon's monitoring of compliance with the Stipulation's Performance Measures. A true and correct copy of the letter is attached herein as **Exhibit 7**.

10. On November 8, 2016, Anne Orcutt, counsel for Defendants, responded to my October 25 letter and proposed a much shorter list of search terms. A true and correct copy of the letter is attached herein as **Exhibit 8**. I spoke by phone twice with Ms. Orcutt in the following two weeks. I proposed that as a compromise, Defendants do an initial quick search with their list of key words, the parties could see what came up, but that Plaintiffs reserved the right to request additional search terms be used in a subsequent search if the quick search didn't result in meaningful responses. I memorialized Plaintiffs' position in an email sent to Ms. Orcutt on November 18, 2016. Ms. Orcutt and I continued to correspond throughout November regarding the status of the production. Ms. Orcutt stated on November 29 that she believed they would have the documents for us in two weeks. A true and correct copy of that email is attached as **Exhibit 9**.

1      11.    I and other co-counsel had a telephonic meet and confer with Defendants on October 21, 2016, regarding Plaintiffs' access to paper and electronic health care records. A true and correct copy of the letter memorializing the agreements is attached as **Exhibit 10.**

     12.    In the October and November 2016 monthly document requests, Plaintiffs have not requested Bates-stamped paper medical records of any living prisoner be produced.

     13.    On November 28, 30, and December 1, 2016 I wrote to counsel for Defendants regarding access to electronic health records for Plaintiffs' counsel's paralegals/litigation assistants and medical and mental health consultants/experts. A true and correct copy of the letter is attached as **Exhibit 11**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 2nd of December, 2016, in Berkeley, California.

                                  s/ Corene Kendrick
                                  Corene Kendrick

**ADDITIONAL COUNSEL:**           Donald Specter (Cal. 83925)*
                                            Alison Hardy (Cal. 135966)*
                                            Sara Norman (Cal. 189536)*
                                            Corene Kendrick (Cal. 226642)*
                                            Rita Lomio (Cal. 254501)*
                                            **PRISON LAW OFFICE**
                                            1917 Fifth Street
                                            Berkeley, California 94710
                                            Telephone: (510) 280-2621
                                            Email:   dspecter@prisonlaw.com
                                                          ahardy@prisonlaw.com
                                                          snorman@prisonlaw.com
                                                          ckendrick@prisonlaw.com
                                                          rlomio@prisonlaw.com

                                            *Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org
         dpochoda@acluaz.org

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
|   | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
|   | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
|   | Email:   skader@azdisabilitylaw.org |
| 5 |              adietrich@azdisabilitylaw.org |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  jross@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL133742333.1                    -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf