Index of Exhibits to the Declaration of Corene Kendrick

| Exhibit | Description | Filing |
|---------|-------------|--------|
| 1 | ASPC-Florence July 2016 CGARs for PM 14 (9/21/16 and 11/18/16 versions) | Under Seal |
| 2 | ASPC-Lewis June 2016 CGAR for PM 96 | Under Seal |
| 3 | ASPC-Florence CGARs for PM 66, January-August 2016 | Under Seal |
| 4 | ASPC-Lewis CGARs for PM 66, January-August 2016 | Under Seal |
| 5 | ASPC-Tucson CGARs for PM 66, January-August 2016 | Under Seal |
| 6 | ASPC-Winslow CGARs for PM 98, January-May 2016 | Under Seal |
| 7 | Oct. 25, 2016 Letter from C. Kendrick to L. Rand | Public |
| 8 | Nov. 8, 2016 Letter from A. Orcutt to C. Kendrick | Public |
| 9 | Nov. 18-29, 2016 Correspondence between A. Orcutt and C. Kendrick | Public |
| 10 | Oct. 21, 2016 Letter from C. Kendrick to L. Rand | Public |
| 11 | Dec. 1, 2016 Letter from C. Kendrick to L. Rand | Public |

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4


# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7



*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

VIA EMAIL ONLY

October 25, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of Arizona Attorney General
1275 W. Washington
Phoenix AZ 85007
Lucy.Rand@azag.gov

     RE:    *Parsons v. Ryan*, Civ-12-00601-DKD
            Proposed Key Words for Searches for Responsive Documents on Errors in Monitoring
            Compliance with Stipulation

Dear Lucy,

     Pursuant to the parties' discussion on October 19, below are our proposed key words for Defendants to use when searching for documents responsive to our document request for documents regarding errors in monitoring compliance with the Stipulation's performance measure.

     I look forward to an update from you and/or Mr. Bojanowski regarding your conversations with Mr. Pratt and others at ADC regarding the individual(s) besides Mr. Pratt and Dr. Taylor who are most likely to be in possession of responsive documents.

     We propose that the searches be for combinations of any word in Column A plus any word in Column B. The singular includes the plural.

| Column A | Column B |
|---|---|
| Audit | Alternate Treatment Plan |
| Correct/Correction | Associate |
| Count | Bipolar |
| Error | Chronic care / Chronic disease |
| Fail/Failure | Clinician |
| False | CQI Meeting |
| Incorrect | Day/days |
| Manual | Depression |
| Miscalculate/Miscalculation | Diagnostic service/study/studies |
| Mistake | Discharge |
| Monitor/Monitoring | Discontinue/Discontinuing/Discontinued/Discontinuation |
| Performance Measure | Emergency response |
| Problem | Formulary |

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

| Column A | Column B |
|---|---|
| Reaudit / Re-audit | HNR |
| Revise/Revision | Infirmary round |
| Wrong | Lab test |
| | Licensed |
| | Maximum |
| | Medical record |
| | Mental Health Technical Manual/MHTM |
| | MH-3 |
| | MH-3A* |
| | MH-3B* |
| | MH-3C* |
| | MH-3D* |
| | MH-3E* |
| | MH-4 |
| | MH-5 |
| | Minimum |
| | Minor |
| | Mortality review |
| | Non-formulary |
| | Pharmacy |
| | Post-partum |
| | Provider |
| | Psych autopsy / Psychological autopsy |
| | Psychotic |
| | Psychotropic |
| | Referral |
| | Refill |
| | Renewal |
| | Rounds |
| | Routine dental care |
| | Seen |
| | Special diet |
| | Specialty care |
| | Specialty services |
| | Staff/Staffing |
| | Suicide/Suicidal |
| | Telepsychiatry |
| | Transfer |
| | Urgent dental care |
| | Utilization Management |
| | Watch |

*If a search for "MH-3" will recover "MH-3A" through"MH-3E" those terms do not need to be searched.

Ms. Lucy Rand
RE: Proposed Key Words
October 25, 2016
Page 3

Thank you for your attention to this matter.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:     Counsel of Record

# EXHIBIT 8



**STRUCK WIENEKE & LOVE**

3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | **480.420.1600** | swlfirm.com

November 8, 2016

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Amy L. Nguyen
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Mark A. Bracken
Associate

Erica L. Gadberry
Associate

***VIA EMAIL***

Alison Hardy:  ahardy@prisonlaw.com
Corene Kendrick: ckendrick@prisonlaw.com
Kirstin Eidenbach: kirstin@eidenbachlaw.com
David C. Fathi:  dfathi@aclu.org
Amy Fettig:  afettig@aclu.org
Sarah Kader:  skader@azdisabilitylaw.org
Maya Abela:  mabela@azdisabilitylaw.org
Donald Specter:  dspecter@prisonlaw.com
Rita Lomio:  rlomio@prisonlaw.com

> Re:   *Parsons, et al. v. Ryan, et al.*
>       CV12-0601-NVW

Dear Counsel:

This letter responds to Corene Kendrick's October 25, 2016 letter regarding key words Plaintiffs propose to use when searching for documents regarding errors or inaccuracies in monitoring compliance with the Stipulation.

We have reviewed your proposed search terms, and we believe that they are vastly overbroad and would capture a large number of documents entirely unrelated to monitoring errors. In addition, the universe of documents encompassed by your proposed terms would be far greater than the issue Plaintiffs raised to the Court.

We propose that the searches be conducted for combinations of any word in Column A plus any word in Column B.

| Column A | Column B |
|---|---|
| Error | Audit |
| Omission | Monitor |
| Mistake | Score |
| Calculation/Miscalculation | |
| Inaccurate/Inaccurately | |

November 8, 2016
Page 2

| Incorrect | |
| Problem | |

It is our belief that these search terms will capture documents more closely related to issues with monitoring errors or inaccuracies.

We look forward to your feedback regarding these terms.

Sincerely,

Anne M. Orcutt

AMO/eap

# EXHIBIT 9

**Corene Kendrick**

| | |
|---|---|
| **From:** | Anne Orcutt |
| **Sent:** | Tuesday, November 29, 2016 10:06 AM |
| **To:** | Corene Kendrick |
| **Cc:** | Parsons Team; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; Alison Hardy; Rita Lomio; Don Specter |
| **Subject:** | RE: Parsons v. Ryan - Correspondence |

Corene,

We received the emails today, and they will have to be sent out to a vendor for processing. We anticipate that we should be able to start the privilege review next week, and that it will take us approximately two weeks to complete.  We intend to produce the emails on a rolling basis, and anticipate that we can complete the production on or before December 16.

Thanks,
Anne



**Anne Orcutt**

Attorney

STRUCK WIENEKE & LOVE, PLC

3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1635 | aorcutt@swlfirm.com | www.swlfirm.com

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, November 29, 2016 9:22 AM
**To:** Anne Orcutt
**Cc:** Parsons Team; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; Alison Hardy; Rita Lomio; Don Specter
**Subject:** RE: Parsons v. Ryan - Correspondence

Anne,

You said on the 18th (see below) that you would provide us an update by close of business Nov. 21 regarding the volume of emails and amount of time to conduct a privilege review. Could you please provide us an update on those issues?

Thank you,

Corene

---

**From:** Anne Orcutt [mailto:AOrcutt@swlfirm.com]
**Sent:** Tuesday, November 22, 2016 4:18 PM
**To:** Corene Kendrick
**Cc:** Parsons Team; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; Alison Hardy; Rita Lomio; Don Specter
**Subject:** RE: Parsons v. Ryan - Correspondence

Corene,

We believe that any responsive emails regarding monitoring inaccuracies would have been sent by/to Mr. Pratt and/or Dr. Taylor and are unaware of any additional ADC staff who would have responsive emails.  The Court did not discuss or order searches of Corizon's monitors, and we did not discuss or agree to search with respect to them.  We will inquire into whether Mr. Pratt and Dr. Taylor have other, non-email documents regarding monitoring inaccuracies, but we are unaware of any.  If there are responsive, non-email documents, we will provide them.

Thanks,
Anne



**Anne Orcutt**
Attorney

STRUCK WIENEKE & LOVE, PLC

3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1635 | aorcutt@swlfirm.com | www.swlfirm.com

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, November 21, 2016 9:55 AM
**To:** Anne Orcutt
**Cc:** Parsons Team; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; Alison Hardy; Rita Lomio; Don Specter
**Subject:** RE: Parsons v. Ryan - Correspondence

Anne,

You have not stated whether there are other individuals besides Mr. Pratt or Dr. Taylor who may have responsive documents, for example, Corizon's monitors. Additionally our request is not limited to emails, so to the extent that Defendants are aware of other documents that are not emails, those should be provided.

Thank you

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com

---

**From:** Anne Orcutt [mailto:AOrcutt@swlfirm.com]
**Sent:** Friday, November 18, 2016 4:05 PM
**To:** Corene Kendrick

**Cc:** Parsons Team
**Subject:** RE: Parsons v. Ryan - Correspondence

Corene,

ADC is going to perform the search using the terms in our letter for Richard Pratt and Dr. Taylor on Monday. Once we know the volume of emails involved, we can estimate the amount of time needed to complete a privilege review. We should have an answer by the end of the day on Monday.

Thanks,
Anne



**Anne Orcutt**
Attorney

## STRUCK WIENEKE & LOVE, PLC

3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1635 | aorcutt@swlfirm.com | www.swlfirm.com

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, November 18, 2016 4:16 PM
**To:** Anne Orcutt
**Subject:** FW: Parsons v. Ryan - Correspondence

Hi Anne,

I'm writing to follow up on our two phone calls this week about this – I asked you to find out how long it would take to do the search solely with the terms in your letter, and if there were other persons besides Richard Pratt and Nicole Taylor who might have responsive documents. Please let me know ASAP because that answer will determine our response. As I told you– if the search could be done quickly (i.e. 7-10 days) and we could see the results, and add more words to a search if the initial one results in little useful information, then we would be willing to consider that. But if the search is going to take a long time regardless, then we will need to add some words back to the search terms.   Please advise.

Thanks,

Corene

---

**From:** Amy Bender [mailto:ABender@swlfirm.com]
**Sent:** Tuesday, November 08, 2016 7:09 PM
**To:** Corene Kendrick; ahardy@prisonlaw.com; kirstin@eidenbachlaw.com; dfathi@aclu.org; afettig@aclu.org; skader@azdisabilitylaw.org; mabela@azdisabilitylaw.org; dspecter@prisonlaw.com; rlomio@prisonlaw.com
**Cc:** Jennifer Onka; Megan Lynch; Laura Graham; Lucy Rand; Zuerlein, Ashley; lupe.munoz@azag.gov; RICHARD PRATT; Dr. Nicole Taylor; Parsons Team
**Subject:** Parsons v. Ryan - Correspondence

Counsel,

Please see the attached letter from Anne Orcutt in this matter.

Thank you,
Amy Bender



**Amy Bender**
Legal Assistant to Ashlee B. Fletcher, Anne M. Orcutt
  and Kevin L. Nguyen

STRUCK WIENEKE & LOVE, PLC

3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1638 | abender@swlfirm.com | www.swlfirm.com

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you

have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 10



*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

VIA EMAIL ONLY

October 21, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of Arizona Attorney General
1275 W. Washington
Phoenix AZ 85007
Lucy.Rand@azag.gov

> RE:   Document Requests – Today's Call
> *Parsons v. Ryan*, Civ-12-00601-DKD

Dear Lucy,

Thank you for a productive phone call this morning regarding two outstanding document production issues.  If any of the following do not comport with your notes or recollection, please let me know.

### 1.  Production of Documents Evidencing Errors in Monitoring

Tim Bojanowski stated that it appears that there is not a person in the State's procurement office who has any responsive information, but he will confirm that.  He and Mr. Pratt are meeting early next week to determine the universe of documents that could contain this information, and whether or not there are other persons who actually would be in possession of this information besides Mr. Pratt or Dr. Taylor.  <u>Tim will provide an update to me after he meets with Mr. Pratt.</u>

<u>I agreed that we will provide you a list of suggested search terms on Monday, for you all to review and consider.</u>  You stated that email searches and productions have taken up to a month in the past, and we agreed that we will work together to figure out the progress of this production.

A related issue that I did not think of until after we were off the call is that to the extent this document request is an ongoing or recurrent request in the future (which it will be), once the individuals have been identified who would possess this type of information, we request that they be instructed to create a folder and either physically or electronically set to the side documents that may be responsive.  Creating such a system would make things much easier in the future for

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
RE: 10/21/16 Doc Production Call
October 21, 2016
Page 2

review and production.  If you have any questions about this, let me know and I am happy to discuss it further with you and/or others.

## 2.   Monthly Production of PDFs of Complete Medical Records

I explained that our need to be able to ask for the production of PDFs of Bates-stamped complete medical records[1] was rooted in three concerns.  First, our experts will need access to medical records.  To date, Defendants have not agreed to provide additional eOMIS log-ins for our consultants.  Second, to the extent our experts may cite to a specific entry in a medical record in a report, it is easier for everyone if we all are working off of the same Bates-stamped documents that Defendants previously authenticated, rather than Plaintiffs printing the record out, Bates-stamping it, and producing it back to you.  Finally, there may be times when we need access to records for paralegals or other lawyers in our offices given the limited number of eOMIS log-ins.

I proposed that since our experts' reports have primarily focused on deceased prisoners' care, that Defendants continue to produce Bates-stamped PDFs of the complete records of deceased prisoners along with the other death records.  We wanted to reserve the option to request a PDF of the complete record of a living prisoner, on a monthly basis, but such requests will be far fewer.  And in some months, as it happened in our October request, we will not request any living prisoners' medical records.  You agreed to this proposal, and I will try to ensure that any future requests of living prisoners' files will be occasional, and the number of files requested will be reasonable.  To the extent you believe that any future request is not reasonable, the parties will address the issue at the time.

Thank you again for a productive phone call.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:     Counsel of Record

---

[1] The referral to "complete medical records" is to what you have been producing historically:  either (1) the prisoner's medical record going back one year from the date of the request, in the case of living prisoners, or (2) the medical record going back one year back from the date of death, in the case of deceased prisoners.

# EXHIBIT 11



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964

Telephone (510) 280-2621 • Fax (510) 280-2704

www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

**VIA EMAIL ONLY**

December 1, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

   RE: *Parsons v. Ryan*, CV-12-0601-DMD
      Access to eOMIS

Dear Ms. Rand,

  This letter is to follow up on the two emails I sent counsel for Defendants on November 28 and 30 regarding Plaintiffs' experts' access to eOMIS.

  After 2-1/2 months of access to eOMIS, we believe that Plaintiffs' counsel having access to the electronic records is beneficial to both parties. Since we can now investigate class members' allegations of inadequate medical, mental health, or dental care, as they contact us, we can better assess the gravity of their situation, and whether we need to notify you of their problems. According to our records, the number of advocacy letters we have sent to Defendants has declined since we obtained read-only access. Furthermore, the monthly document production for Defendants is less burdensome without having to print out and Bates stamp as many prisoners' medical records as in the past.

  However, we have run into the limitations of our access and would like to schedule a call the week of December 5 to discuss this, prior to the December 14 hearing with the Court. <u>First</u>, as we have previously brought to your attention and the Court's, our medical/mental health consultant/experts need remote read-only access so that they can review prisoner's health care records to advise us of the adequacy of the health care they are receiving. <u>Second</u>, my office, the ACLU National Prison Project, and ACDL have encountered the limitation that paralegals and litigation assistants working for the three groups normally triage the mail, and if they had an account to access the prisoner's medical record it would better help them prepare the triage, rather than have an attorney slog through the record. <u>Third</u>, my office and the ACDL both have attorneys who work on this case who need log-in access, especially for when the attorneys with log-ins are out of the office.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
RE: Parsons v. Ryan
December 1, 2016
Page 2

Therefore, our proposal is as follows:

Expert/Consultants
- Two generic logins (rather than individual-specific, in case our experts/consultants change).  One login would be designated for PLO's medical expert(s); the other for NPP's mental health expert(s).

Litigation Assistants/Paralegals
- Three generic logins (rather than individual-specific, given the usual turnover in litigation assistants).  One generic login per office would be assigned to PLO, NPP, and ACDL for use by paralegals/litigation assistants.

Attorney specific log-ins
- ACDL does not have any attorneys in their Phoenix office with access to eOMIS.  They request logins for two attorneys of record:  Jessica Janespar Ross, and Asim Dietrich.
- PLO staff attorney Rita Lomio has been added to the case.  Alison Hardy and I frequently travel out of the office and it would be helpful for Ms. Lomio to have her own log-in.

We are willing to discuss this proposal, and brainstorm with you regarding possible alternative approaches, for example, allowing the attorneys with log-ins to share their log-in with coworkers or retained consultants.

We propose a telephone call the week of December 5, 2016.  Please advise us of your availability.

Thank you for your attention to this matter.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:     Counsel of Record

**Corene Kendrick**

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Wednesday, November 30, 2016 4:34 PM |
| **To:** | Lucy Rand; 'Lupe Munoz'; 'Anne Orcutt'; 'TBojanowski@swlfirm.com'; 'Dan Struck'; 'Ashlee Fletcher'; 'Elaine Percevecz' |
| **Cc:** | Don Specter; Alison Hardy; Rita Lomio; Kirstin Eidenbach; David Fathi; Amy Fettig; 'Maya Abela'; Sarah Kader (skader@azdisabilitylaw.org) |
| **Subject:** | RE: Request for additional eOMIS log-ins for experts |

Counsel,

Can you please provide a response to this request?

Thank you,

Corene

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, November 28, 2016 3:41 PM
**To:** Lucy Rand; 'Lupe Munoz'; 'Anne Orcutt'; 'TBojanowski@swlfirm.com'; 'Dan Struck'; 'Ashlee Fletcher'; 'Elaine Percevecz'
**Cc:** Don Specter; Alison Hardy; Rita Lomio; Kirstin Eidenbach; David Fathi; Amy Fettig; 'Maya Abela'; Sarah Kader (skader@azdisabilitylaw.org)
**Subject:** Request for additional eOMIS log-ins for experts

Counsel,

I hope you had a nice Thanksgiving holiday.  I am writing to request that Plaintiffs' counsel be provided with two additional eOMIS log-ins, for use by our medical and mental health experts.  They need to have access to eOMIS to review medical records so that they can provide us with their opinions about the adequacy of the health care that class members are receiving.

I look forward to your prompt response to our request.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com