1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Mark A. Bracken, Bar No. 026532
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 mbracken@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' STATUS UPDATE PER DOCKET 1754** |

As requested by the Court in its November 10, 2016 Order, Defendants provide an update regarding the "Potentially Outstanding Items" identified in the Court's Order. *See* Dkt. 1754 at 3.

## I. PERFORMANCE MEASURE 85 AND RECLASSIFICATION OF INMATES FROM MH-3D TO MH-3E

The reclassification of inmates from MH-3D to MH3-E occurred between June 1, 2016, and July 29, 2016. Defendants provided Plaintiffs the figures from this reclassification on August 8, 2016. On August 19, 2016, Plaintiffs provided Defendants with a list of 106 inmates whom they wanted records and data for. Confusingly, only five of the 106 inmates were inmates reclassified from MH-3D to MH-3E. Instead, Plaintiffs' list was comprised of inmates who were reclassified from MH-3D to MH-2. MH-2 inmates are not monitored under PM85 and thus data regarding them is irrelevant to Plaintiffs' original inquiry regarding reclassification to MH-3E. Despite this, Defendants acted in good faith and provided Plaintiffs with the requested information on September 20, 2016. On November 23, 2016, Plaintiffs requested additional data regarding the 106 MH-2 inmates. Defendants provided this data on November 29, 2016.

Because PM-85 does not monitor MH-2 inmates and given Plaintiffs' request focused on MH-2 inmates, it appears they are no longer interested in the reclassification of inmates from MH-3D to MH-3E.

## II. MAXIMUM CUSTODY NOTEBOOK DOCUMENT PRODUCTION ISSUES

There were two outstanding production issues with respect to maximum custody notebooks: (1) program attendance/sign-in sheets; and (2) backup documentation of MCPM #6. The specific program attendance/sign-in sheets requested by Plaintiffs do not exist. The outstanding backup documentation for MCPM #6 requested by Plaintiffs was either requested for inmates not monitored under this measure or for inmates who have been released. Defendants are attempting to obtain the files for those released inmates, but because the requested documents are not required to be kept in the master file, Defendants believe they were likely purged.

### III. PRODUCTION OF DOCUMENTS DEMONSTRATING DEFENDANTS' RESPONSE TO RAW CGAR DATA

The parties have engaged in several discussions regarding potential search terms, and Defendants proposed using a combined set of 27 search terms. Defendants searched for emails in which either Richard Pratt or Dr. Nicole Taylor was the sender or recipient using the proposed search terms. Based on these search parameters, on November 28, 2016, Defendants received 10,651 emails with 4,600 attachments. The emails were sent out to a vendor for processing and deduplication. Today, Defendants received the emails back from the vendor. After deduplication, the total amount of files is approximately 12,000. Defendants will begin a review next week to remove irrelevant and privileged documents.[1] Defendants have informed Plaintiffs that they will produce the emails on a rolling basis, and that Defendants anticipate completing production on or before December 31, 2016. Defendants have also agreed to produce additional responsive non-email documents.

### IV. STATUS OF "ACCESS TO VIDEO & ELECTRONIC MEDICAL RECORDS" AND THE PROVISION OF PAPER MEDICAL RECORDS

The outstanding records from July 2016 (SIR #16-10992) and August 2016 (SIR #16-11339, SIR #12753) were produced on November 30, 2016. With this production, Defendants are current on the production ordered to be completed by October 14, 2016.

Defendants will continue to provide Plaintiffs with paper records for mortality reviews and maximum custody documents as these items are unavailable through eOMIS. Because Plaintiffs' counsel can now access all inmates' medical records through eOMIS, Defendants will no longer provide paper records of inmate medical records.

---

[1] Defendants believe many of these emails are irrelevant as two of the search terms, ("error" and "monitoring") appear either in a signature line or disclaimer message contained at the bottom of virtually every email sent by these custodians.

DATED this 2nd day of December 2016.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1  Rita K. Lomio:          rlomio@prisonlaw.com

3       I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

   N/A

                                          /s/ Daniel P. Struck

5