# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Status Update in Response to Court's Order (Doc. 1798), and finding good cause,

**IT IS HERBY ORDERED** granting Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Status Update in Response to Court's Order (Doc. 1798) and instructs the Clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits A, B, and E to the Declaration of Amy Fettig and Exhibits 1 through 6 to the Declaration of Corene Kendrick).

Dated this 2nd day of December, 2016.

_____
David K. Duncan
United States Magistrate Judge