Michael J. Cobw #288721
ASPC Lewis / STINER 5A20
P.O. Box 3100
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons v. Ryan, et al. Plaintiffs v. Charles L. Ryan, etc al. Defendants | 2:12 CV 601-DKD  Request to ADD U.S. Dept. of Justice, Pro Hac Vice (Hon. David Duncan, John Buttrick) |

Member of the class of plaintiffs, Michael J. Cobw, (pro se) respectfully requests that per 42 USC § 1997 (a-c), the Civil Rights of Institutionalized Persons Act (CRIPA), that this court request the U.S. Dept. of Justice, Special Litigation Section be added to this case Pro Hac Vice for plaintiffs as follows:

1) The State of Arizona / Corizon Health resist compliance with the settlement stipulation (motion to Enforce Stipulation)

2) Resistance to improving conditions is the primary criteria for implementing a CRIPA action.

3) Petitioner has filed a CRIPA complaint for himself. A letter has been received that his complaint is being reviewed by DOJ.

4) It makes sense that rather than implementing a separate action that DOJ be added to this case, providing efficiencies/resources to this matter and the weight of the Federal Government to address resistance.

5) Alternatively, the court could appoint a "receiver" to oversee compliance with the full authority

as in Plata v. Schwarzenegger 2005, WL2122657 (N.D. Cal. 2007) & WL 2932243, etc., et al.

6.) As Americans with Disabilities Act, Title II and Section 504 of the Rehabilitation Act are implicated in this instant case for disabled inmates. State employees have no civil immunity for discrimination 42 USC § 1201, et seq. 1990 (Title II)

7.) Counsel for Plaintiffs actions to date have been mostly futile in terms of creating a culture that is not medically hostile to inmates.

8.) The "intent to neglect" is obvious from the ADC/Corizon Health resistance as documented.

For the reasons stated above, this court should grant petitioner's request.

Respectfully Submitted          Date: 12/8/16

Michael J. Cobu

Michael J. Cobu, Pro Se

I certify that the contents herein are true and correct to the best of my understanding as a pro se litigant entitled to liberal interpretation of his pleadings.

Original efiled to: on: 12/8/16
Clerk of the US Dist. Ct.

Copies to: - on: 12/8/16
- Attorney General via efile
per General Order 14-17
- Prison Law Office via mail on: 12/9/16
General Delivery
San Quentin, CA 94964

2

EXHIBIT



168-8-0/572901

**U.S. Department of Justice**

Civil Rights Division

Special Litigation Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530

October 03, 2016

Michael J. Cohn
#288721
ASP Lewis-Stiner 5A20
P.O. Box 3100
Buckeye, AZ 85326

Dear Mr. Cohn:

Thank you for your letter. The Special Litigation Section relies on information from community members to identify civil rights violations. Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may also use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.

The Special Litigation Section is one of several Sections in the Civil Rights Division. We work to protect civil rights in four areas: 1) the rights of people in state or local institutions, including: jails, prisons, juvenile detention facilities, and health care facilities for persons with disabilities (including whether persons in health care facilities should be getting services in the community instead); 2) the rights of people who interact with state or local police or sheriffs' departments; 3) the rights of people to have safe access to reproductive health care clinics or religious institutions; and 4) the rights of people to practice their religion in state and local institutions. We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section: www.justice.gov/crt.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems. We cannot help you recover damages or any personal relief. We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.