1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: kbrody@acluaz.org
　　　　dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
　　　　adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI** |

LEGAL133821318.1

I, DAVID C. FATHI, DECLARE:

1. I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 (and filed under seal) is a page from the June 2016 CGAR report for Lewis Complex, Bates stamped ADCM585104. This document was produced to Plaintiffs by Defendants. The findings for Performance Measure 66 ("In an IPC, a Medical Provider encounters [sic] will occur at a minimum every 72 hours") demonstrate that to monitor this Performance Measure, Defendants measure the interval between two encounters, and count the file as noncompliant if that interval exceeds 72 hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2016 at Washington, DC.

                         s/ David C. Fathi
                         David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
             afettig@npp-aclu.org
             jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL133821318.1

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| 3 | Rita Lomio (Cal. 254501)* |
| | **PRISON LAW OFFICE** |
| 4 | 1917 Fifth Street |
| | Berkeley, California 94710 |
| 5 | Telephone: (510) 280-2621 |
| | Email: dspecter@prisonlaw.com |
| 6 | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| 7 | ckendrick@prisonlaw.com |
| | rlomio@prisonlaw.com |
| 8 | |
| | *Admitted *pro hac vice* |
| 9 | |
| | Kirstin T. Eidenbach (Bar No. 027341) |
| 10 | **EIDENBACH LAW, PLLC** |
| | P. O. Box 91398 |
| 11 | Tucson, Arizona 85752 |
| | Telephone: (520) 477-1475 |
| 12 | Email: kirstin@eidenbachlaw.com |
| 13 | Daniel C. Barr (Bar No. 010149) |
| | Amelia M. Gerlicher (Bar No. 023966) |
| 14 | John H. Gray (Bar No. 028107) |
| | **PERKINS COIE LLP** |
| 15 | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| 16 | Telephone: (602) 351-8000 |
| | Email: dbarr@perkinscoie.com |
| 17 | agerlicher@perkinscoie.com |
| | jhgray@perkinscoie.com |
| 18 | |
| | Kathleen E. Brody (Bar No. 026331) |
| 19 | Daniel Pochoda (Bar No. 021979) |
| | **ACLU FOUNDATION OF** |
| 20 | **ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 21 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 22 | Email: kbrody@acluaz.org |
| | dpochoda@acluaz.org |

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 4 | Email:   cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | **JONES DAY** |
| | 717 Texas Street |
| 8 | Houston, Texas 77002 |
| | Telephone: (832) 239-3939 |
| 9 | Email:   jlwilkes@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 12 | 222 East 41 Street |
| | New York, New York 10017 |
| 13 | Telephone: (212) 326-3498 |
| | Email:   jkmessina@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

1 | Sarah Kader (Bar No. 027147)
2 | Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
3 | 5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
4 | Telephone:  (602) 274-6287
Email:   skader@azdisabilitylaw.org
5 |              adietrich@azdisabilitylaw.org

6 | Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
7 | Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
8 | **ARIZONA CENTER FOR DISABILITY LAW**
9 | 177 North Church Avenue, Suite 800
Tucson, Arizona 85701
10 | Telephone:  (520) 327-9547
Email:
11 |   rdalyrooney@azdisabilitylaw.org
     jrico@azdisabilitylaw.org
12 |   jross@azdisabilitylaw.org
     mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL133821318.1           -4-

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL133821318.1                -5-