1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **PLAINTIFFS' MOTION TO**
     behalf of themselves and all others similarly        **SEAL DOCUMENTS**
11   situated; and Arizona Center for Disability Law,      **ASSOCIATED WITH**
                                                          **PLAINTIFFS' RESPONSE**
12                            Plaintiffs,                  **TO DEFENDANTS' MOTION**
                                                          **FOR CLARIFICATION**
13        v.                                              **(DOC. 1774)**

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                              Defendants.

17

18        This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Response to Defendants' Motion for Clarification (Doc. 1774), and finding

20   good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the

21   Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibit 1 to the

22   Declaration of David C. Fathi).

23

24

25

26

27

28

133821451.1