# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Response to Defendants' Motion for Clarification (Doc. 1811), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Response to Defendants' Motion for Clarification (Doc. 1811), and instructs the Clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibit 1 to the Declaration of David C. Fathi).

Dated this 12th day of December, 2016.

_____
David K. Duncan
United States Magistrate Judge