Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**NOTICE OF APPEAL** |

1   Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the

2   above named case, appeal to the United States Court of Appeals for the Ninth Circuit from

3   the Court's Order Re: First Remediation Plan (Dkt. 1754) entered in this action on

4   November 10, 2016.  This Notice does not deprive the Court from ruling on Defendants'

5   already pending Rule 60(b) Motion for Relief from Final Order Enforcing Stipulation

6   (Dkt. 1779).  *See United Nat. Ins. Co. v. R&D Latex Corp.*, 242 F.3d 1102, 1109 (9th Cir.

7   2001); *Lasenbby v. State Farm Fire & Cas. Co.*, 2015 WL 3505320, at *1 (D. Nev. June

8   2, 2015); *In re Hydroxycut Mktg. & Sales Practices Litig.*, 2013 WL 12110505, at *1

9   (S.D. Cal. Oct. 24, 2013); *see generally* FRAP 4(a)(4)(B)(i).

10   DATED this 12th day of December 2016.

11                                                 STRUCK WIENEKE & LOVE, P.L.C.

12

13                                          By /s/Daniel P. Struck
                                               Daniel P. Struck
14                                             Kathleen L. Wieneke
                                               Rachel Love
15                                             Timothy J. Bojanowski
                                               Nicholas D. Acedo
16                                             Ashlee B. Fletcher
                                               Anne M. Orcutt
17                                             Jacob B. Lee
                                               Mark A. Bracken
18                                             STRUCK WIENEKE & LOVE, P.L.C.
                                               3100 West Ray Road, Suite 300
19                                             Chandler, Arizona  85226

20                                             Arizona Attorney General Mark Brnovich
                                               Office of the Attorney General
21                                             Michael E. Gottfried
                                               Lucy M. Rand
22                                             Assistant Attorneys General
                                               1275 W. Washington Street
23                                             Phoenix, Arizona 85007-2926

24                                             *Attorneys for Defendants*

25   3281036.1

26

27

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:            aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:            afettig@npp-aclu.org

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:    dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

Jennifer K. Messina:      jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:       jrico@azdisabilitylaw.org

Kathleen E. Brody         kbrody@acluaz.org

Kirstin T. Eidenbach:     kirstin@eidenbachlaw.com

Maya Abela                mabela@azdisabilitylaw.org

Rose Daly-Rooney:         rdalyrooney@azdisabilitylaw.org

Sara Norman:              snorman@prisonlaw.com

Sarah Eve Kader:          skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

2

1  Rita K. Lomio:              rlomio@prisonlaw.com

2

3          I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

4

5          N/A

6                                               /s/Daniel P. Struck

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28