UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER** |

The Court, having reviewed Plaintiffs' Motion for Contempt and Further Remedial Orders, and finding good cause, hereby **FINDS** Defendants in civil contempt of court for their actions in interfering with class member access to counsel and Plaintiff counsel's monitoring of the Stipulation.  The Court further **FINDS** that pursuant to its inherent powers and Paragraph 35 of the Stipulation [Doc. 1185] that further relief is necessary. Therefore, the court hereby **GRANTS** the following relief:

1. Plaintiffs may reschedule a two-day tour of the Tucson facility, not to count against the 20 tour days per year they are allocated under the Stipulation, or the requirement that no complex shall be toured more than once per quarter.

133593020.1

2. Defendants shall rescind all disciplinary actions against class members that are based on events occurring during Plaintiffs' November 1-2, 2016, tour of the Tucson prison complex.

3. The cap on attorneys' fees and costs in paragraph 44 of the Stipulation shall be modified so that Plaintiffs' attorneys' may recover their fees and costs associated with the November 1-2, 2016 Tucson tour, as well as the fees and costs associated with Plaintiffs' Motion.

4. Within 14 days of this Order, Defendants shall distribute a copy of this Order and a letter from the warden of the Tucson prison complex to all class members at that prison apologizing for staff conduct and assuring class members that no retaliation has occurred or will occur in the future for communications with Plaintiffs' counsel.

5. Defendants, their employees, agents and successors shall not threaten, harass, or retaliate against any prisoner for participating in any lawful activity connected with this litigation, including communicating with the Court or Plaintiffs' counsel.

6. Within 14 days of this Order, Defendants shall distribute a copy of this Order to all ADC staff.

7. Within 14 days of this Order, Defendants shall post a copy of this Order in each housing unit of each ASPC facility, in a location used for announcements to prisoners or that is otherwise is visible to prisoners, and this Order shall be posted until further order from this Court.

8. Within 30 days of this Order, Defendants shall file a sworn affidavit with the Court confirming that they have complied with this Order.

IT IS SO ORDERED.