1   Kathleen E. Brody (Bar No. 026331)
    Daniel Pochoda (Bar No. 021979)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: kbrody@acluaz.org
            dpochoda@acluaz.org
5

6   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
    *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8   *others similarly situated*

    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9

10  Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
11  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
12  Telephone: (602) 274-6287
    Email: skader@azdisabilitylaw.org
13          adietrich@azdisabilitylaw.org

14  *Attorneys for Plaintiff Arizona Center for Disability Law*

    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                   UNITED STATES DISTRICT COURT

17                        DISTRICT OF ARIZONA

18  | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
    |---|---|
    | Plaintiffs, | **DECLARATION OF KIRSTIN T. EIDENBACH IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT OR FURTHER REMEDIAL ORDERS** |
    | v. | |
    | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
    | Defendants. | |

I, Kirstin T. Eidenbach, declare:

1.     I am an attorney licensed to practice in the State of Arizona.  I am the Director of Eidenbach Law, P.L.L.C., and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     On November 2, 2016, I was touring Housing Unit 3 of Rincon Unit at Tucson Complex.

3.     My escorts included Ms. Diaz, the Regional Operations Director for Tucson Complex; Ms. Balltierra; Mr. Monson, Deputy Warden over Rincon Unit; and Ashley Zuerlin from the Attorney General's office.  With me from Plaintiffs' side was ACDL attorney Jessica Jansepar Ross.

4.     When we entered into Housing Unit 3, we began our interviews in Able Run.  All but one of the prisoners was locked behind his cell door, and the one door that was open was quickly secured and locked by security.  There were no prisoners free on the run at any time once this cell door was locked.  All my interviews were conducted through the cracks of the doors.

5.     I began my interviews in the middle of the run.  Throughout my interview at this first cell, corrections staff walked the run, often standing right next to me.  When I felt they were too close, I would pause my interview and wait for them to move on.  But their constant pacing and hovering disrupted my interviews and jeopardized my attorney client privilege.

6.     A few minutes into the interviews, I noticed that DW Monson was taking photographs of the cells on the run.  I heard him mention violations for shirts being off, shirts not being put on fast enough, window coverings, unmade beds, and noncompliant clothing.  Near the end of our interviews, DW Monson said to a correctional officer, "Ticket everyone."

7.     We concluded our interviews on Able Run and moved over to Charlie Run to interview clients.  Just as was the case on Able Run, all the prisoners on Charlie Run

were locked behind cell doors.  My interviews were again conducted through the cracks of the doors.

8.     Once on Charlie Run, I started at the back of the run (farthest from the entry point), while Ms. Jansepar Ross started at the front.

9.     DW Monson again began taking photographs of the cells on the run.  Before much time had passed at all, he repeated the same instruction to a corrections officer, "Ticket everyone."

10.    Once again, the corrections staff continued to walk the run during my interviews.  At one point, Ms. Diaz and at least one corrections officer stood right next to me during an interview.  After waiting about 30 seconds for them to vacate the immediate area, I finally I turned to Ms. Diaz and asked that she and the officer give me enough space to conduct confidential interviews.  She obliged and moved all of the corrections staff to the entry point onto the run.

11.    When I turned back to my interview, the client I was speaking with expressed fear that there would be further retaliation and told me that he felt the tickets were a direct response to the prisoners' willingness to speak with us.

12.    From that point forward, I found that nearly all of my clients housed on Charlie Run in Unit 3 would not speak to me.  Many of them would not even turn around to face me or give me the chance to introduce myself.  Those who did speak with me expressed concerns about retaliation.  At that point, I told my clients that I would come back for legal visits, when we would be able to discuss their care in a private and confidential setting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 14th day of December, 2016, in Tucson, Arizona.

                                             s/ Kirstin T. Eidenbach

**ADDITIONAL COUNSEL:**

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
              jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
              dpochoda@acluaz.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
               adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2   I hereby certify that on December 14, 2016, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6   Michael E. Gottfried
Lucy M. Rand

7   Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9   Daniel P. Struck
Kathleen L. Wieneke
Rachel Love

10   Timothy J. Bojanowski
Nicholas D. Acedo

11   Ashlee B. Fletcher
Anne M. Orcutt

12   Jacob B. Lee
Mark A. Bracken

13   STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14   kwieneke@swlfirm.com
rlove@swlfirm.com

15   tbojanowski@swlfirm.com
nacedo@swlfirm.com

16   afletcher@swlfirm.com
aorcutt@swlfirm.com

17   jlee@swlfirm.com
mbracken@swlfirm.com

18

19   *Attorneys for Defendants*

20      *s/ Corene Kendrick*

21

22

23

24

25

26

27

28