# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER** |

　　The Court having reviewed Defendants' Motion for Withdrawal of attorney Mark A. Bracken filed on December 16, 2016, and good cause appearing,

　　IT IS ORDERED that Defendants' Motion for Withdrawal of Mark A. Bracken is GRANTED.

　　IT IS FURTHER ORDERED that Mark A. Bracken shall be removed as one of the counsel of record for Defendants in this action.