# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion to Withdraw as Counsel of Record for Defendants by Mark A. Bracken filed on December 16, 2016 (Doc. 1825), and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion to Withdraw as Counsel of Record for Defendants by Mark A. Bracken (Doc. 1825).

**IT IS FURTHER ORDERED** that Mark A. Bracken shall be removed as one of the counsel of record for Defendants in this action.

Dated this 19th day of December, 2016.

_____
David K. Duncan
United States Magistrate Judge