Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE RE: PLAINTIFFS' MOTION TO MODIFY THE ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(A) (DKT. 1806)**<br><br>**(First Request)** |

On December 7, 2016, Plaintiffs filed a Motion to Modify the Order Under Federal Rule of Civil Procedure 60(a). (Dkt. 1806 at 1, 14-16.) Defendants' Response deadline is currently December 21, 2016. The parties have stipulated to extend the Response deadline to January 4, 2017.  A proposed order is attached.

DATED this 20th day of December 2016.

        STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
 Daniel P. Struck
 Kathleen L. Wieneke
 Rachel Love
 Timothy J. Bojanowski
 Nicholas D. Acedo
 Ashlee B. Fletcher
 Anne M. Orcutt
 Jacob B. Lee
 **STRUCK WIENEKE & LOVE, P.L.C.**
 3100 West Ray Road, Suite 300
 Chandler, Arizona  85226

 Arizona Attorney General Mark Brnovich
 Office of the Attorney General
 Michael E. Gottfried
 Lucy M. Rand
 Assistant Attorneys General
 1275 W. Washington Street
 Phoenix, Arizona 85007-2926

 *Attorneys for Defendants*

| | |
|---|---|
| 1 | |
| 2 | By /s/Corene Kendrick |
| 3 | Donald Specter (Cal. 83925)* |
|   | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
| 4 | Corene Kendrick (Cal. 226642)* |
|   | Rita K. Lomio (Cal. 254501)* |
| 5 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 6 | Berkeley, California 94710 |
|   | *Admitted *pro hac vice* |
| 7 | |
|   | David C. Fathi (Wash. 24893)* |
| 8 | Amy Fettig (D.C. 484883)** |
|   | **ACLU NATIONAL PRISON PROJECT** |
| 9 | Jamelia Natasha Morgan (NY 5351176)** |
|   | 915 16TH St., N.W., 7th Floor |
| 10 | Washington, D.C.  20005 |
| 11 | *Admitted *pro hac vice*. Not admitted in DC; |
|    | practice limited to federal courts. |
| 12 | **Admitted *pro hac vice* |
| 13 | |
|    | Daniel C. Barr (Bar No. 010149) |
| 14 | Amelia M. Gerlicher (Bar No. 023966) |
|    | John H. Gray (Bar No. 028107) |
| 15 | **PERKINS COIE LLP** |
|    | 2901 N. Central Avenue, Suite 2000 |
| 16 | Phoenix, Arizona 85012 |
| 17 | |
|    | Kathleen E. Brody (Bar No. 026331) |
| 18 | Daniel Pochoda (Bar No. 021979) |
|    | **ACLU FOUNDATION OF ARIZONA** |
| 19 | 3707 North 7th Street, Suite 235 |
| 20 | Phoenix, Arizona 85013 |
| 21 | |
|    | Kirstin T. Eidenbach (Bar No. 027341) |
| 22 | **EIDENBACH LAW, PLLC** |
|    | P. O. Box 91398 |
| 23 | Tucson, Arizona 85752 |
| 24 | |
|    | Caroline Mitchell (Cal. 143124)* |
| 25 | Amir Q. Amiri (Cal. 271224)* |
|    | **JONES DAY** |
| 26 | 555 California Street, 26th Floor |
| 27 | San Francisco, California 94104 |
|    | *Admitted *pro hac vice* |
| 28 | |

2

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

By /s/Maya Abela
Maya Abela
Sarah Kader
Asim Dietrich
**ARIZONA CENTER FOR DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ  85034

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701

*Attorneys for Arizona Center for Disability Law*

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

Rita K. Lomio: rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck