**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE RE: PLAINTIFFS' MOTION TO MODIFY ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(a) (DKT. 1806)** |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Response Re: Plaintiffs' Motion to Modify the Order under Federal Rule of Civil Procedure 60(a) (Dkt. 1806), and good cause appearing,

IT IS ORDERED that the Stipulated Motion is GRANTED. Defendants' Response is due on or before January 4, 2017.