Case 2:12-cv-00601-ROS   Document 1832   Filed 12/22/16   Page 1 of 4

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 22 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CivLR 3.2(a), 5.4, 7.1(a)(i)(2)(3)
(Rule Number/Section)

CV-12-601-PHX-DKD

12-19-2016

\* KOP means: KEEP ON PERSON (my KOP's are kept in my Locker).

Stephen Struk, 309353
A.D.C., Eyman Complex
Meadows Unit, 9A-15L
P.O. Box 3300
Florence, Az. 85132

Dear Judge Duncan:

Thank you for helping us - the Health situation here at Meadows and A.D.C. is still a Kafka-esque Nightmare. I recently had to fill out a Greivance Form to get *KOP Meds. re-newed. I had a Sgt. Babeu - related/niece to Sheriff Babeu - yank my Special Diet for no valid reason. Babeu over-rode a Doctor's order and Nurses here were outraged. She outright lied and said I was not signing for my Lay-In Meals. No Sign In Sheet was ever brought to me or any other Lay-In (We get our Meals brought to us). I have a CRITICAL Heart Condition. My Special Diet has Resource - Like Carnation Instant Breakfast - and I desperately need the Minerals in Resource to keep my Heart Beating. Babeu's stunt could have killed me. When I stood up to Babeu, she had me sent to Suicide Watch at the Super-Max. - Level 5. Sleeping there is totally impossible. That could have killed me too. Babeu runs this yard, staff above her Fear her.

I write you because I want to Constitution-ally Challenge all Sex Registration Laws. They are illegal and blatantly violate The U.S. Constitution. For one: They violate The Right to PRIVACY Inherent in the U.S. Constitution. Who says this Right exists...?

Former U.S. Supreme Court Justice Harry Blackmun for one. Justice Lewis F. Powell wrote the Majority opinion in Roe v. Wade. His decision was based primarily on the Inherent Right to Privacy in the U.S. Constitution. A woman has Privacy Rights concerning her own body and being according to Justice Powell. Roe v. Wade makes all Sex Registrations Laws illegal and unconstitutional.

Justice Duncan, may I file my challenge with you please??? If not, what Court do I write? I have no access to a computer or printer. May I hand print my challenge on lined paper — I have no way to get 28? Line Legal Paper.

I would not do this but... I could die any day. My heart really Hurts — Constantly. I need Drugs and Nutraceuticals (natural, clinically tested Medicines like Co-Q10 in the Reduced Form of Ubiquinol). I was sentenced in Prescott Superior Court on March 22, 2015 by Judge Tina R. Ainley. She was very fair in court and ordered in open Court that A.D.C. MUST allow me to have and use Critical Nutritional Supplements I need to stay alive. I come to prison and her statement that A.D.C. must allow access to my Nutraceuticals was re-dacted and edited out of my Court Transcripts. This is totally

\* This is the only I have of Dr. Silverstein's Letter...

Unethical and probably Illegal too. I have written Judge Ainley 4 times over the last 5 months. She responds promptly. My first 3 responses were: "No Authority" to grant my request to get my Nutraceuticals. Camp Verde Jail did let me take them and this saved my life. I was in extreme and constant acute and sharp pain. After just one day on my Nutraceuticals, I was 95% better. In 3 days 98-99% better - almost totally Pain Free. R.N. Maureen Johnson at Eyman Complex is the Head Nurse - she orders all Rx Meds. and Vitamins and specialized Supplements too. I wrote her and asked her to help me get Supplements I need to Stay Alive. My Family had expensive Supplements sent to Meadows Unit. They have been there since MAY. MAY...!!! Nurse Johnson said with a Court order my Supplements WOULD be released. I immediately wrote Judge Ainley a 4th Time. She replied: "Not at this time." Perhaps I have to become a Corpse to finally get my Supplements. Meadows Property Room holds them. I have: Congestive Heart Failure, Edema, Hypertension, Tachycardia, Severe Atrial Fibrillation, and Cardiomyopathy (An ENLARGED Heart). I desperately need my Supplements. Can you please order A.D.C. Director Charles Ryan to release them. Dr. Silverstein trained Doctors at Harvard Med-School. He left Harvard and went to Yale to Teach new Doctors. Many rate him as the TOP Cardiologist in America.

\* COULD YOU PLEASE RETURN HIS LETTER - via you clerk. Thank you

## On behalf of Steven Struk

H Robert Silverstein, MD [h.robert.silverstein@gmail.com] on behalf of H Robert Silverstein, MD [hrs@wellness-md.com]
Sent: Saturday, May 30, 2015 4:06 PM
To: Staples Copy Center #440; Stephen Struk [evets23@gmail.com]

Mr. Struk has recently experienced a near lethal heart dysfunction probably due to a viral infection of the heart muscle: equivalent to end-stage multiple sclerosis.

These assertions can be documented from the medical records obtainable through the VA Health system where he received care. By history, he experienced congestive

heart failure with massive swelling of the legs (edema), atrial fibrillation, and more recently diabetes. By a combination of alternative therapies including stem cell infusions, his

heart is somewhat improved, but this may be temporary. Certainly the effects of further radiation and radiofrequency energy such as from a monitor could prove damaging to the stem cells which

have brought about his heart improvement.

I have known Mr. Struk for several years, and while this statement may be the usual to you, he is hardly what is to be thought of as the violent criminal element to be feared. As I understand it, his

conviction was for a single event that occurred in the 1980s and for which there has been no documented repeat offense. I suggest that he be paroled in the most lenient fashion and for as short a

term as possible. During the period of his parole I believe he would be invaluable doing educational community service to or for those interested in alternative medicine or standard academic

pursuits.

Respectfully,

--
H. Robert Silverstein, MD, FACC
Medical Director, Preventive Medicine Center
1000 Asylum Avenue #2109
Hartford, CT 06105
(860) 549-3444 or (800) 789-PREV   fax (860) 549-3569
http://www.thepmc.org