# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed the parties' stipulations to extend Defendants' deadline to January 4, 2017, to respond to Plaintiffs' Motion for Contempt or Further Remedial Orders and Plaintiff's Motion to Modify the Order under Federal Rule of Civil Procedure 60(a). (Docs. 1828, 1834) Good cause appearing,

**IT IS ORDERED** granting the stipulated motions. (Docs. 1828, 1834)

Dated this 28th day of December, 2016.

_____
David K. Duncan
United States Magistrate Judge