Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PRISONER PLAINTIFFS' RESPONSE TO COURT'S ORDER [DOC. 1831]** |

LEGAL23774493.1

At the December 14, 2016 status conference, the Court noted that "plaintiffs' submission, document 1795, where they recapitulate at page 3 – or attempt to recapitulate what is represented by the defendants' table in 66, you come up with errors, there, as well." Transcript of Dec. 14, 2016 Hearing at 8:19-22. The Court directed the parties to provide a notice "addressing how the inaccurate reporting detailed at the outset of this status conference occurred and what steps have been taken to assure that such errors will not reoccur." Doc. 1831 at 4.

Plaintiffs' Counsel apologizes to the Court and Defendants for the errors in transcribing the table that was previously presented by Defendants in page 12 of their brief docketed at Docket 1743, and any confusion resulting from the transcription errors, which as the Court noted, created more work to prepare for the hearing. Counsel identified four errors made in transcribing Defendants' table:

(1) Plaintiffs' brief listed 100% compliance had been reported by Defendants for Lewis prison for January 2016, when Defendants' report listed 75%;

(2) Plaintiffs' brief listed 80% compliance had been reported by Defendants for Lewis prison for March 2016, when Defendants' report listed 90%;

(3) Plaintiffs' brief listed 80% compliance had been reported by Defendants for Tucson prison for February 2016, when Defendants' report listed 78%; and,

(4) Plaintiffs' brief listed 70% compliance had been reported by Defendants for Tucson prison for March 2016, when Defendants' report listed 90%.

*Compare* Doc. 1795 at 4 with Doc. 1743 at 12.[1]

Counsel did not intend to make these errors, or to provide incorrect or confusing information to the Court. Counsel can offer no explanation for these mistakes other than it appears they inadvertently failed to cite-check Doc. 1795 prior to filing the brief. Counsel's standard practice is that prior to filing a brief, a person other than the one who drafted it cite-checks the brief against the source document(s).

In the future, Counsel will confirm that filings were cite-checked, and any

---

[1] Citations are to page numbers assigned by the Court's Electronic Case Filing system and not the page number of the documents therein.

LEGAL23774493.1

1 | corrections made, prior to submission to the Court, so that such errors do not reoccur.

2 |       Respectfully submitted,

3 | Dated:  December 28, 2016          **PRISON LAW OFFICE**

By:  *s/ Corene Kendrick*
      Donald Specter (Cal. 83925)*
      Alison Hardy (Cal. 135966)*
      Sara Norman (Cal. 189536)*
      Corene Kendrick (Cal. 226642)*
      Rita K. Lomio (Cal. 254501)*
      1917 Fifth Street
      Berkeley, California 94710
      Telephone:  (510) 280-2621
      Email:   dspecter@prisonlaw.com
               ahardy@prisonlaw.com
               snorman@prisonlaw.com
               ckendrick@prisonlaw.com
               rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia N. Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org
         dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:     cnmitchell@jonesday.com
           aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:     jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                                s/ C. Kendrick