**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
| | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
| | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
| | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
| | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
| | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |
| 7 | Daniel P. Struck, Bar No. 012377 |
| | Kathleen L. Wieneke, Bar No. 011139 |
| 8 | Rachel Love, Bar No. 019881 |
| | Timothy J. Bojanowski, Bar No. 022126 |
| 9 | Nicholas D. Acedo, Bar No. 021644 |
| | Ashlee B. Fletcher, Bar No. 028874 |
| 10 | Anne M. Orcutt, Bar No. 029387 |
| | Jacob B. Lee, Bar No. 030371 |
| 11 | STRUCK WIENEKE & LOVE, P.L.C. |
| | 3100 West Ray Road, Suite 300 |
| 12 | Chandler, Arizona  85226 |
| | Telephone:  (480) 420-1600 |
| 13 | Fax:  (480) 420-1696 |
| | dstruck@swlfirm.com |
| 14 | kwieneke@swlfirm.com |
| | rlove@swlfirm.com |
| 15 | tbojanowski@swlfirm.com |
| | nacedo@swlfirm.com |
| 16 | afletcher@swlfirm.com |
| | aorcutt@swlfirm.com |
| 17 | jlee@swlfirm.com |
| 18 | *Attorneys for Defendants* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF KATHLEEN CAMPBELL, MBA, BSN, RN, CCHP-RN** |

I, **KATHLEEN CAMPBELL**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Program Evaluation Administrator (Contract Compliance) with the Health Services Monitoring Bureau for the Arizona Department of Corrections (ADC).

3. If it is necessary for a measure to be re-audited, the current monitor will re-audit the data for the relevant month based on the data/information from that relevant month.

4. The re-audited data is then input into the CGAR before the revised version is produced to Plaintiffs.

5. Problematically, however, the IT Department was not updating the CGAR with the revised information. Specifically, they were not including the name of the monitor who conducted the re-audit nor were they including the time and date of the re-audit. Instead, the IT Department was simply replacing the re-audited CGAR with the prior.

6. Defendants learned of this problem and have instructed those inputting revised CGARs into the system to not replace the CGAR and instead to create a new entry that details who conducted the re-audit and the time and date the re-audit was conducted. These addendums will be included with the original entry so that all information as to who originally monitored the measure and who re-audited the measure will be captured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2016.

Kathleen Campbell

1