**EXHIBIT 2**

**EXHIBIT 2**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
|   | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
|   | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
|   | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
|   | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
|   | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF NICOLE TAYLOR, Ph.D., J.D., CCHP-MH** |

I, **NICOLE TAYLOR**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Mental Health Director and a Mental Health Monitor for the Arizona Department of Corrections (ADC). I am responsible for monitoring compliance with mental health performance measures in the *Parsons* Stipulation, including Health Care Performance Measure Nos. 73-99.

3. I am a licensed psychologist. I have earned a Doctor of Philosophy in Clinical Psychology (Ph.D.) and Doctor of Jurisprudence (J.D.). A copy of my current curriculum vitae is attached as Exhibit 1.

4. Performance Measures ("PM") 94, 95, and 98 were re-audited from March 2015 through June 2016 for the Winslow Complex.

5. The re-audits were completed in August 2016.

6. Each of these measures were originally audited by the Compliance Monitor for Winslow, John Mitchell.

7. For PM 94, based on information I gave him, charts were marked non-compliant even when the inmate was seen by a Psych Associate. Unfortunately, there was a misunderstanding on my part about her level of licensure. When it was determined she did in fact have an active Arizona license, as defined in the Stipulation, her contacts were allowed to be counted and were therefore re-audited.

8. For PM 95, Mr. Mitchell was including compliance data from prior and/or subsequent months. Because such data was irrelevant to the monitoring month, it needed to be eliminated. Additionally, charts were marked non-compliant due to the Psych Associate (described above) discontinuing watches. Again, because it was determined that she did have an active Arizona license, as required by the Stipulation, her contacts complied with the performance measures and were therefore re-audited.

9. For PM 98, Mr. Mitchell thought this measure required a five calendar day timeframe when it requires a five working day timeframe. As such, many HNRs were

marked non-compliant when they were actually done within the required time frame. Additionally, Mr. Mitchell was inadvertently monitoring only whether a clinician responded rather than whether "mental health staff" responded, as this measure requires. This measure was therefore re-audited.

10. All of the re-audited CGARS accurately depict compliance for that particular facility and measure during the relevant month.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2016.

NICOLE TAYLOR