Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Mark A. Bracken, Bar No. 026532
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DEFENDANTS' SUPPLEMENT TO STATUS UPDATE (DKT. 1838)** |

1    Defendants provide this Supplement to their Status Update.  *See* Dkt. 1838.

2  Yesterday, Defendants received the Transcript of Proceedings of the December 14, 2016

3  Status Hearing.  *See* Dkt. 1836.  During the hearing, in addition to an update regarding

4  Paragraph 14, the Court requested Defendants provide an update as to when the software

5  changes to monitor Paragraph 15 will be implemented.  Any changes to the eOMIS

6  software for Paragraph 15 will be completed by the same date as the Paragraph 14

7  changes – February 9, 2017.  *See* Dkt. 1838.

8    DATED this 29th day of December 2016.

9                          STRUCK WIENEKE & LOVE, P.L.C.

10

11                          By /s/Timothy J. Bojanowski
                                 Daniel P. Struck
12                               Kathleen L. Wieneke
                                 Rachel Love
13                               Timothy J. Bojanowski
                                 Nicholas D. Acedo
14                               Ashlee B. Fletcher
                                 Anne M. Orcutt
15                               Jacob B. Lee
                                 Mark A. Bracken
16                               STRUCK WIENEKE & LOVE, P.L.C.
                                 3100 West Ray Road, Suite 300
17                               Chandler, Arizona  85226

18                               Arizona Attorney General Mark Brnovich
                                 Office of the Attorney General
19                               Michael E. Gottfried
                                 Lucy M. Rand
20                               Assistant Attorneys General
                                 1275 W. Washington Street
21                               Phoenix, Arizona 85007-2926

22                               *Attorneys for Defendants*

23

24

25

26

27

28

                                   1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:                ahardy@prisonlaw.com

Amelia M. Gerlicher:         agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:               aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:               afettig@npp-aclu.org

Asim Varma:                  avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:        cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:          ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:         DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:       dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:           dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:              dspecter@prisonlaw.com

Jennifer K. Messina:         jkmessina@jonesday.com

Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org

John Howard Gray:            jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:         jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:          jrico@azdisabilitylaw.org

Kathleen E. Brody            kbrody@acluaz.org

Kirstin T. Eidenbach:        kirstin@eidenbachlaw.com

Maya Abela                   mabela@azdisabilitylaw.org

Rose Daly-Rooney:            rdalyrooney@azdisabilitylaw.org

Sara Norman:                 snorman@prisonlaw.com

Sarah Eve Kader:             skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

2

1    Rita K. Lomio:            rlomio@prisonlaw.com

2

3         I hereby certify that on this same date, I served the attached document by U.S.
     Mail, postage prepaid, on the following, who is not a registered participant of the
     CM/ECF System:

4

5         N/A

6                                    /s/Timothy J. Bojanowski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28