Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br>v. <br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**PRISONER PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS UPDATE [DOC. 1838]** |

1  Plaintiffs' Counsel inadvertently made four transcription errors in one court filing
2  when reprinting a table of Defendants' compliance with Performance Measure 66. [Doc.
3  1795 at 4][1] Plaintiffs' Counsel regrets and apologizes for these errors. [Doc. 1837 at 2]

In their "Status Update," Defendants imply that Plaintiffs' Counsel made two misrepresentations in a court filing on September 13, 2016. [*See* Doc. 1838 at 4 (citing Doc. 1680)] That is simply untrue. It is undisputed that Plaintiffs' Counsel accurately reported Defendants' compliance data in that filing.

## I. PERFORMANCE MEASURE 80

On August 17, 2016, Plaintiffs moved to enforce the Stipulation for Tucson and Lewis with respect to Performance Measure 80. [Doc. 1663 at 3] In support, Plaintiffs reprinted compliance data at those two facilities between February 2015 and March 2016. [*Id.* (noting that that data "is what was available to Plaintiffs at the time they sent the May 23, 2016 Notice of Substantial Noncompliance")] On September 6, Defendants represented to the Court that the CGAR findings for PM 80 are "now above the 80% compliance threshold," and argued that they therefore should not be ordered to submit a remedial plan for any facility on that performance measure. [Doc. 1676 at 7-8] In reply, Plaintiffs reprinted the CGAR data through June 2016, which showed that Tucson was at 75% in June, and remarked that "Defendants falsely state that findings for [PM 80] 'are now above the 80% compliance threshold.'" [Doc. 1680 at 3 (quoting Doc. 1676 at 7-8)] On October 7, the Court noted that "Defendants do not dispute the accuracy of the compliance rates presented by Plaintiffs," and ordered Defendants to submit a remedial plan for Lewis and Tucson with respect to PM 80. [Doc. 1709 at 1]

Almost three months later, Defendants now take issue with Plaintiffs' statement (but not the data presented). [Doc. 1838 at 4] In particular, Defendants now state that "Tucson has scored above 80% since August."[2] [*Id.*] But the fact that Tucson scored

---

[1] Citations are to page numbers assigned by the Court's Electronic Case Filing system and not the page number of the documents therein.

[2] Defendants also contend that "Lewis has scored above 80% since June."

above 80% "since August" is irrelevant because, at the time of the parties' briefing, *only the June CGARs had been reported.* [*See* Doc. 1700 (filed Oct. 3, 2016) at 6 (reporting Tucson's compliance rate in July as 76%); Doc. 1727 at 1 (noting that Defendants produced August CGAR data on October 25); Doc. 1779 at 6 ("Performance is measured on a monthly basis and reported approximately a month later.")] And the June CGARs indisputably showed that Tucson was below the 80% compliance threshold—as it had been for fourteen consecutive months. [Doc. 1680 at 3] Defendants' argument thus amounts to little more than an attempt to excuse their prior misrepresentation by pointing to data reported only *after* Plaintiffs' motion to enforce was litigated and adjudicated.

## II. PERFORMANCE MEASURE 94

On August 17, 2016, Plaintiffs also moved to enforce the Stipulation for Eyman, Florence, and Tucson with respect to Performance Measure 94. [Doc. 1663 at 4] On September 6, Defendants represented broadly to the Court that the CGAR findings for PM 94 are "now above the 80% compliance threshold," and therefore they should not submit a remedial plan. [Doc. 1676 at 7-8] In reply, Plaintiffs printed the CGAR data for those facilities through June 2016, which showed that Tucson was at 30% in June, and remarked that "Defendants' contention that they should not be required to submit a plan to remedy their noncompliance with PM . . . 94 is premised upon their untruthful statement that CGAR findings for [this performance measure] 'are now above the 80% compliance threshold.'" [Doc. 1680 at 4 (citing Doc. 1676 at 7-8)] Plaintiffs also identified four specific misrepresentations by Defendants as to their compliance with PM 94. [Doc. 1680 at 3] Defendants then filed a Notice of Errata correcting those four misrepresentations, thus acknowledging that they were false. [Doc. 1682 at 2] On October 7, the Court noted that "Defendants do not dispute the accuracy of the compliance rates presented by

---

[Doc. 1838 at 4]. But that was (and is) undisputed. Plaintiffs reported in their brief that Lewis was at 84% compliance in June. [*See* Doc. 1680 at 3]

1 Plaintiffs," and ordered Defendants to submit a remedial plan for Eyman, Florence, and
2 Tucson with respect to PM 94. [Doc. 1709 at 1]

3 Almost three months later, Defendants take issue with Plaintiffs' statement (but not
4 the data presented). [Doc. 1838 at 4] In particular, Defendants contend that Plaintiffs
5 incorrectly "claim[ed] Defendants inaccurately reported that Eyman, Florence, and
6 Tucson are now above the 80% compliance threshold" with respect to Performance
7 Measure 94. [Doc. 1838 at 4] Again, that is untrue. Plaintiffs never disputed that Eyman
8 and Florence were above the 80% compliance threshold in June; in fact, Plaintiffs clearly
9 presented data showing their compliance in June to the Court. [Doc. 1680 at 3] Plaintiffs
10 *did* accurately report that Tucson was at 30% compliance in June, based on the latest
11 available CGAR data. [*Id.*] Defendants attempt to paper over this misrepresentation now
12 by stating that "Tucson has been above 80% *since July*." [Doc. 1838 at 4 (emphasis
13 added)] But, again, July data was not available to Plaintiffs and the Court at the time of
14 Defendants' representation and Plaintiffs' filing. Defendants therefore could not (and
15 cannot) rely on it, as they themselves previously conceded. [*See* Doc. 1682 at 2
16 ("Because the July 2016 CGAR results for HCPM No. 94 have not been finalized or
17 reported, it was premature for Defendants to rely upon this preliminary information.")]

18 \* \* \* \* \*

19 In conclusion, Plaintiffs are reluctant to have this matter distract the parties and the
20 Court from working toward compliance with the Stipulation. It is important, however, to
21 make clear that Defendants' suggestion that Plaintiffs previously have misled the Court is
22 untrue.

| | | |
|---|---|---|
| 1 | Dated:  December 30, 2016 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:  *s/ Donald Specter* |
| | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 4 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 5 | | Rita Lomio (Cal. 254501)* |
| | | 1917 Fifth Street |
| 6 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 7 | | Email:      dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 8 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 9 | | rlomio@prisonlaw.com |
| 10 | | *Admitted *pro hac vice* |
| 11 | | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 12 | | Jamelia Morgan (N.Y. 5351176)** |
| | | **ACLU NATIONAL PRISON** |
| 13 | | **PROJECT** |
| | | 915 15th Street N.W., 7th Floor |
| 14 | | Washington, D.C. 20005 |
| | | Telephone:  (202) 548-6603 |
| 15 | | Email:     dfathi@npp-aclu.org |
| | | afettig@npp-aclu.org |
| 16 | | jmorgan@aclu.org |
| 17 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal |
| 18 | | courts. |
| | | **Admitted *pro hac vice* |
| 19 | | |
| 20 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | **EIDENBACH LAW, PLLC** |
| 21 | | P. O. Box 91398 |
| | | Tucson, Arizona 85752 |
| 22 | | Telephone:  (520) 477-1475 |
| | | Email:     kirstin@eidenbachlaw.com |
| 23 | | Kathleen E. Brody (Bar No. 026331) |
| | | Daniel Pochoda (Bar No. 021979) |
| 24 | | **ACLU FOUNDATION OF** |
| | | **ARIZONA** |
| 25 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 26 | | Telephone:  (602) 650-1854 |
| | | Email:     kbrody@acluaz.org |
| 27 | | dpochoda@acluaz.org |
| 28 | | |

-4-

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email: dbarr@perkinscoie.com |
|   | agerlicher@perkinscoie.com |
| 6 | jhgray@perkinscoie.com |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2016, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                           *s/ Donald Specter*