**EXHIBIT 4**

**EXHIBIT 4**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF JASON REESE** |

I, **JASON REESE**, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am currently an Executive Consultant II with the Health Services Contract Monitoring Bureau for the Arizona Department of Corrections (ADC), a position I have held since July 1, 2012.

3.     I have worked for ADC since April 2004. Prior to my current position, I have been an Executive Staff Assistant, a Quality Assurance Manager, and a Programs and Projects Specialist II.

4.     Prior to ADC, I worked in Governor Hull's administration in the Office for Excellence in Government as an Executive Management Consultant and Associate Management Consultant in the area of process improvement.

5.     I have a Bachelor's of Science in History and a Master's in Public Administration.

6.     As part of my regular duties, I compile monthly, quarterly, and ad hoc statistical reports regarding Corizon's provision of healthcare pursuant to the contract between ADC and Corizon.

7.     As part of my regular duties, I also review the results of Corizon's performance on the monthly CGAR system.

8.     The most recent available statistical reports show the following provision of medical care, mental health care, dental care, and prescription medications to ADC inmates for August 2016, September 2016, and October 2016 as reported by Corizon.

**August 2016**

9.     In August 2016, there were 88,364 total health encounters for ADC inmates by a qualified health care professional (QHCP) systemwide.

1

10.    Health care professionals include the following positions:

| |
|---|
| Dental Assistant |
| Dental Hygienist |
| Registered Nurse |
| Lic Practical Nurse |
| Nurse |
| Nursing Supervisor |
| Nursing Director |
| Medical Svcs Manager |
| Nurse Assistant |
| ADC Health Service Admin |
| Rec Activity Lead/Supv- HS |
| Psychology Associate |
| Mental Health RN |
| Mental Health Clerk |
| Social Worker |
| Psychological Examiner |
| Mental Clinician (Conversion) |
| Cert. Medical Tech |

11.    In August 2016, there were 28,540 total health encounters for ADC inmates by a health care practitioner systemwide.

12.    Health care practitioners include the following positions:

| |
|---|
| Dentist |
| Nurse Practitioner |
| Medical Doctor |
| Physician - Staff |
| Regional Medical Director |
| Physician Assistant |
| Psychiatrist |
| Psychologist |
| MH Midlevel |
| Psychologist Supervisor |

2

| Optometrist |
| Mid-Level |

13.   In August 2016, ADC inmates submitted 17,657 health needs requests (HNRs) for medical treatment systemwide.   These HNRs resulted in 9866 scheduled nurses line appointments, 104 no shows for nurses line appointments, 490 refusals for nurses line appointments, and 9272 completed nurses line appointments, as well as 1103 scheduled providers line appointments, 7 no shows for providers line appointments, 30 refusals for providers line appointments, and 1066 completed providers line appointment systemwide.

14.   In August 2016 at Douglas complex, inmates submitted 885 HNRs for medical treatment, resulting in 222 scheduled nurses line appointments, 0 no shows or refusals for nurse line appointments, and 222 completed nurses line appointments, as well as 138 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 138 completed providers line appointments.

15.   In August 2016 at Eyman complex, inmates submitted 3800 HNRs for medical treatment, resulting in 1306 scheduled nurses line appointments, 16 no shows for nurses line appointments, 24 refusals for nurses line appointments, and 1266 completed nurses line appointments, as well as 42 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 42 completed providers line appointments.

16.   In August 2016 at Florence complex, inmates submitted 2706 HNRs for medical treatment, resulting in 1136 scheduled nurses line appointments, 23 no shows for nurses line appointments, 57 refusals for nurses line appointments, and 1056 completed nurses line appointments, as well as 150 scheduled providers line appointments, 7 no shows for providers line appointments, 7 refusals for providers line appointments, and 42 completed providers line appointments.

3

17.    In August 2016 at Lewis complex, inmates submitted 2133 HNRs for medical treatment, resulting in 1707 scheduled nurses line appointments, 11 no shows for nurses line appointments, 7 refusals for nurses line appointments, and 1689 completed nurses line appointments, as well as 78 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 78 completed providers line appointments.

18.    In August 2016 at Perryville complex, inmates submitted 2682 HNRs for medical treatment, resulting in 2314 scheduled nurses line appointments, 54 no shows for nurses line appointments, 41 refusals for nurses line appointments, and 2219 completed nurses line appointments, as well as 25 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 25 completed providers line appointments.

19.    In August 2016 at Phoenix complex, inmates submitted 218 HNRs for medical treatment, resulting in 162 scheduled nurses line appointments, 0 no shows for nurses line appointments, 5 refusals for nurses line appointments, and 157 completed nurses line appointments, as well as 54 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 54 completed providers line appointments.

20.    In August 2016 at Safford complex, inmates submitted 257 HNRs for medical treatment, resulting in 236 scheduled nurses line appointments, 0 no shows for nurses line appointments, 8 refusals for nurses line appointments, and 228 completed nurses line appointments, as well as 94 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 94 completed providers line appointments.

21.    In August 2016 at Tucson complex, inmates submitted 1828 HNRs for medical treatment, resulting in 981 scheduled nurses line appointments, 0 no shows for nurses line appointments, 96 refusals for nurses line appointments, and 885 completed nurses line appointments, as well as 266 scheduled providers line appointments, 0 no

shows for providers line appointments, 2 refusals for providers line appointments, and 264 completed providers line appointments.

22.    In August 2016 at Winslow complex, inmates submitted 598 HNRs for medical treatment, resulting in 292 scheduled nurses line appointments, 0 no shows for nurses line appointments, 29 refusals for nurses line appointments, and 263 completed nurses line appointments, as well as 131 scheduled providers line appointments, 0 no shows for providers line appointments, 9 refusals for providers line appointments, and 122 completed providers line appointments.

23.    In August 2016 at Yuma complex, inmates submitted 2550 HNRs for medical treatment, resulting in 1510 scheduled nurses line appointments, 0 no shows for nurses line appointments, 223 refusals for nurses line appointments, and 1287 completed nurses line appointments, as well as 125 scheduled providers line appointments, 0 no shows for providers line appointments, 12 refusals for providers line appointments, and 113 completed providers line appointments.

24.    In August 2016, ADC inmates submitted 1721 HNRs for mental health treatment systemwide, resulting in 1363 scheduled mental health appointments, 1 no show, 14 refusals, and 1348 completed mental health appointments.

25.    In August 2016 at Douglas complex, inmates submitted 6 HNRs for mental health treatment, resulting in 4 scheduled mental health appointments, 0 no shows or refusals, and 4 completed mental health appointments.

26.    In August 2016 at Eyman complex, inmates submitted 400 HNRs for mental health treatment, resulting in 279 scheduled mental health appointments, 0 no shows, 11 refusals, and 268 completed mental health appointments.

27.    In August 2016 at Florence complex, inmates submitted 197 HNRs for mental health treatment, resulting in 167 scheduled mental health appointments, 0 no shows, 2 refusals, and 165 completed mental health appointments.

28.     In August 2016 at Lewis complex, inmates submitted 315 HNRs for mental health treatment, resulting in 200 scheduled mental health appointments, 0 no shows or refusals, and 200 completed mental health appointments.

29.     In August 2016 at Perryville complex, inmates submitted 378 HNRs for mental health treatment, resulting in 366 scheduled mental health appointments, 0 no shows or refusals, and 366 completed mental health appointments.

30.     In August 2016 at Phoenix complex, inmates submitted 15 HNRs for mental health treatment, resulting in 3 scheduled mental health appointments, 1 no show, 0 refusals, and 2 completed mental health appointments.

31.     In August 2016 at Safford complex, inmates submitted 6 HNRs for mental health treatment, resulting in 6 scheduled mental health appointments, 0 no shows or refusals, and 6 completed mental health appointments.

32.     In August 2016 at Tucson complex, inmates submitted 224 HNRs for mental health treatment, resulting in 224 scheduled mental health appointments, 0 no shows or refusals, and 224 completed mental health appointments.

33.     In August 2016 at Winslow complex, inmates submitted 20 HNRs for mental health treatment, resulting in 20 scheduled mental health appointments, 0 no shows or refusals, and 20 completed mental health appointments.

34.     In August 2016 at Yuma complex, inmates submitted 160 HNRs for mental health treatment, resulting in 94 scheduled mental health appointments, 0 no shows, 1 refusal, and 93 completed mental health appointments.

35.     In August 2016, ADC inmates received 51,324 medical prescriptions, and 17,584 mental health prescriptions systemwide.

36.     In August 2016, 11,168 ADC inmates were assessed for mental health needs by a mental health professional systemwide.

37.     In August 2016, 4404 inmates attended peer education groups systemwide.

38.     In August 2016, there were 196 emergency medical transports systemwide—97 by ambulance, 97 by ADC vehicle, and 2 by air.

6

39.   In August 2016, there were 111 hospital admissions systemwide, with an average stay of 4.63 days.

40.   In August 2016, there were 1358 outside transports for medical speciality appointments systemwide.

41.   In August 2016, ADC inmates submitted 4427 HNRs for dental treatment. That same month, there were 6666 dentist visits and 246 hygienist visits systemwide. These visits resulted in 1023 dental intake exams, 3660 comprehensive dental exams, 3450 dental x-rays, 1213 fillings, 1025 simple extractions, 162 surgical extractions, 722 cleanings, 81 full dentures, 24 partial dentures, and 509 prescriptions for dental medications. In August 2016, there were also 294 dental intake refusals, 162 dental appointment no shows, and 738 dental appointment refusals.

42.   In August 2016 at Douglas complex, inmates submitted 400 HNRs for dental treatment.  That same month at Douglas, there were 468 dentist visits and 31 hygienist visits, resulting in 47 dental intake exams, 378 comprehensive dental exams, 170 x-rays, 175 fillings, 104 simple extractions, 14 surgical extractions, 58 cleanings, 11 full dentures, and 99 dental prescriptions.

43.   In August 2016 at Eyman complex, inmates submitted 626 HNRs for dental treatment.  That same month at Eyman, there were 727 dentist visits and 38 hygienist visits, resulting in 121 dental intake exams, 543 comprehensive dental exams, 291 x-rays, 163 fillings, 117 simple extractions, 28 surgical extractions, 95 cleanings, 9 full dentures, 1 partial denture, and 45 dental prescriptions.

44.   In August 2016 at Florence complex, inmates submitted 440 HNRs for dental treatment.  That same month at Florence, there were 456 dentist visits and 26 hygienist visits, resulting in 28 dental intake exams, 326 comprehensive dental exams, 99 x-rays, 63 fillings, 98 simple extractions, 9 surgical extractions, 48 cleanings, 7 full dentures, 5 partial dentures, and 72 dental prescriptions.

45.   In August 2016 at Lewis complex, inmates submitted 603 HNRs for dental treatment.  That same month at Lewis, there were 724 dentist visits and 42 hygienist

7

visits, resulting in 80 dental intake exams, 491 comprehensive dental exams, 381 x-rays, 151 fillings, 96 simple extractions, 24 surgical extractions, 118 cleanings, 7 full dentures, 2 partial dentures, and 30 dental prescriptions.

46.   In August 2016 at Perryville complex, inmates submitted 766 HNRs for dental treatment.  That same month at Perryville, there were 882 dentist visits and 62 hygienist visits, resulting in 166 dental intake exams, 609 comprehensive dental exams, 594 x-rays, 241 fillings, 259 simple extractions, 17 surgical extractions, 125 cleanings, 18 full dentures, 6 partial dentures, and 38 dental prescriptions.

47.   In August 2016 at Phoenix complex, inmates submitted 87 HNRs for dental treatment.  That same month at Phoenix, there were 1531 dentist visits, resulting in 195 dental intake exams, 33 comprehensive dental exams, 1287 x-rays, 14 fillings, 17 simple extractions, 9 surgical extractions, 8 cleanings, and 4 full dentures.

48.   In August 2016 at Safford complex, inmates submitted 155 HNRs for dental treatment.  That same month at Safford, there were 230 dentist visits and 13 hygienist visits, resulting in 51 dental intake exams, 137 comprehensive dental exams, 89 x-rays, 43 fillings, 29 simple extractions, 20 surgical extractions, 16 cleanings, and 2 full dentures.

49.   In August 2016 at Tucson complex, inmates submitted 619 HNRs for dental treatment.  That same month at Tucson, there were 669 dentist visits and 34 hygienist visits, resulting in 77 dental intake exams, 508 comprehensive dental exams, 310 x-rays, 143 fillings, 116 simple extractions, 16 surgical extractions, 104 cleanings, 13 full dentures, 1 partial denture, and 56 dental prescriptions.

50.   In August 2016 at Winslow complex, inmates submitted 188 HNRs for dental treatment.  That same month at Winslow, there were 225 dentist visits, resulting in 53 dental intake exams, 152 comprehensive dental exams, 47 x-rays, 86 fillings, 56 simple extractions, 3 surgical extractions, 47 cleanings, 7 partial dentures, and 77 dental prescriptions.

51.   In August 2016 at Yuma complex, inmates submitted 543 HNRs for dental treatment.  That same month at Yuma, there were 754 dentist visits, resulting in 205

8

dental intake exams, 483 comprehensive dental exams, 182 x-rays, 134 fillings, 133 simple extractions, 22 surgical extractions, 103 cleanings, 10 full dentures, 2 partial dentures, and 85 dental prescriptions.

**September 2016**

52.   In September 2016, there were 90,298 total health encounters for ADC inmates by a QHCP systemwide.

53.   In September 2016, there were 27,568 total health encounters for ADC inmates by a health care practitioner systemwide.

54.   In September 2016, inmates submitted 17,005 HNRs for medical treatment systemwide, resulting in 8937 scheduled nurses line appointments, 53 no shows for nurses line appointments, 444 refusals for nurses line appointments, and 8440 completed nurses line appointments, as well as 1366 scheduled providers line appointments, 58 no shows for providers line appointments, 84 refusals for providers line appointments, and 1224 completed providers line appointments.

55.   In September 2016 at Douglas complex, inmates submitted 815 HNRs for medical treatment, resulting in 291 scheduled nurses line appointments, 0 no shows or refusals for nurses line appointments, and 291 completed nurses line appointments, as well as 60 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 60 completed providers line appointments.

56.   In September 2016 at Eyman complex, inmates submitted 4205 HNRs for medical treatment, resulting in 1230 scheduled nurses line appointments, 0 no shows for nurses line appointments, 131 refusals for nurses line appointments, and 1099 completed nurses line appointments, as well as 233 scheduled providers line appointments, 54 no shows for providers line appointments, 53 refusals for providers line appointments, and 126 completed providers line appointments.

57.   In September 2016 at Florence complex, inmates submitted 2468 HNRs for medical treatment, resulting in 956 scheduled nurses line appointments, 16 no shows for nurses line appointments, 70 refusals for nurses line appointments, and 870 completed

nurses line appointments, as well as 235 scheduled providers line appointments, 0 no shows for providers line appointments, 2 refusals for providers line appointments, and 233 completed providers line appointments.

58.    In September 2016 at Lewis complex, inmates submitted 2014 HNRs for medical treatment, resulting in 1608 scheduled nurses line appointments, 1 no show for nurses line appointments, 3 refusals for nurses line appointments, and 1604 completed nurses line appointments, as well as 63 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 63 completed providers line appointments.

59.    In September 2016 at Perryville complex, inmates submitted 2337 HNRs for medical treatment, resulting in 1720 scheduled nurses line appointments, 30 no shows for nurses line appointments, 30 refusals for nurses line appointments, and 1660 completed nurses line appointments, as well as 6 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 6 completed providers line appointments.

60.    In September 2016 at Phoenix complex, inmates submitted 382 HNRs for medical treatment, resulting in 147 scheduled nurses line appointments, 0 no shows or refusals for nurses line appointments, and 147 completed nurses line appointments, as well as 44 scheduled providers line appointments, 4 no shows for providers line appointments, 0 refusals for providers line appointments, and 40 completed providers line appointments.

61.    In September 2016 at Safford complex, inmates submitted 310 HNRs for medical treatment, resulting in 262 scheduled nurses line appointments, 0 no shows for nurses line appointments, 6 refusals for nurses line appointments, and 256 completed nurses line appointments, as well as 116 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 116 completed providers line appointments.

62.    In September 2016 at Tucson complex, inmates submitted 1641 HNRs for medical treatment, resulting in 1381 scheduled nurses line appointments, 6 no shows for

nurses line appointments, 81 refusals for nurses line appointments, and 1294 completed nurses line appointments, as well as 299 scheduled providers line appointments, 0 no shows for providers line appointments, 5 refusals for providers line appointments, and 294 completed providers line appointments.

63.    In September 2016 at Winslow complex, inmates submitted 343 HNRs for medical treatment, resulting in 204 scheduled nurses line appointments, 0 no shows for nurses line appointments, 9 refusals for nurses line appointments, and 195 completed nurses line appointments, as well as 154 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 154 completed providers line appointments.

64.    In September 2016 at Yuma complex, inmates submitted 2490 HNRs for medical treatment, resulting in 1138 scheduled nurses line appointments, 0 no shows for nurses line appointments, 114 refusals for nurses line appointments, and 1024 completed nurses line appointments, as well as 156 scheduled providers line appointments, 0 no shows for providers line appointments, 24 refusals for providers line appointments, and 132 completed providers line appointments.

65.    In September 2016, ADC inmates submitted 1641 HNRs for mental health treatment systemwide, resulting in 1418 scheduled mental health appointments, 11 no shows, 3 refusals, and 1404 completed mental health appointments.

66.    In September 2016 at Douglas complex, inmates submitted 13 HNRs for mental health treatment, resulting in 13 scheduled mental health appointments, 0 no shows or refusals, and 13 completed mental health appointments.

67.    In September 2016 at Eyman complex, inmates submitted 300 HNRs for mental health treatment, resulting in 300 scheduled mental health appointments, 0 no shows or refusals, and 300 completed mental health appointments.

68.    In September 2016 at Florence complex, inmates submitted 127 HNRs for mental health treatment, resulting in 107 scheduled mental health appointments, 3 no shows, 1 refusal, and 103 completed mental health appointments.

69.     In September 2016 at Lewis complex, inmates submitted 292 HNRs for mental health treatment, resulting in 154 scheduled mental health appointments, 0 no shows or refusals, and 154 completed mental health appointments.

70.     In September 2016 at Perryville complex, inmates submitted 424 HNRs for mental health treatment, resulting in 392 scheduled mental health appointments, 0 no shows or refusals, and 392 completed mental health appointments.

71.     In September 2016 at Phoenix complex, inmates submitted 29 HNRs for mental health treatment, resulting in 29 scheduled mental health appointments, 8 no shows, 0 refusals, and 21 completed mental health appointments.

72.     In September 2016 at Safford complex, inmates submitted 7 HNRs for mental health treatment, resulting in 7 scheduled mental health appointments, 0 no shows or refusals, and 7 completed mental health appointments.

73.     In September 2016 at Tucson complex, inmates submitted 268 HNRs for mental health treatment, resulting in 268 scheduled mental health appointments, 0 no shows or refusals, and 268 completed mental health appointments.

74.     In September 2016 at Winslow complex, inmates submitted 19 HNRs for mental health treatment, resulting in 19 scheduled mental health appointments, 0 no shows or refusals, and 19 completed mental health appointments.

75.     In September 2016 at Yuma complex, inmates submitted 162 HNRs for mental health treatment, resulting in 129 scheduled mental health appointments, 0 no shows, 2 refusals, and 127 completed mental health appointments.

76.     In September 2016, ADC inmates received 48,818 medical prescriptions and 16,707 mental health prescriptions.

77.     In September 2016, 9817 ADC inmates were assessed for mental health needs by a mental health professional.

78.     In September 2016, 3274 inmates attended peer education groups.

79.     In September 2016, there were 129 emergency medical transports—80 by ambulance, 47 by ADC vehicle, and 2 by air.

80.   In September 2016, there 76 hospital admissions statewide, with an average stay of 3.67 days.

81.   In September 2016, there were 1101 outside transports for medical speciality appointments.

82.   In September 2016, ADC inmates submitted 3912 HNRs for dental treatment systemwide. That same month, there were 5997 dentist visits and 254 hygienist visits systemwide.  These visits resulted in 948 dental intake exams, 3235 comprehensive dental exams, 3177 dental x-rays, 1072 fillings, 898 simple extractions, 161 surgical extractions, 648 cleanings, 59 full dentures, 26 partial dentures, and 454 prescriptions for dental medications.  In September 2016, there were also 239 dental intake refusals, 102 dental appointment no shows, and 634 dental appointment refusals.

83.   In September 2016 at Douglas complex, inmates submitted 346 HNRs for dental treatment.  That same month at Douglas, there were 416 dentist visits and 31 hygienist visits, resulting in 50 dental intake exams, 301 comprehensive dental exams, 166 x-rays, 132 fillings, 65 simple extractions, 17 surgical extractions, 55 cleanings, 4 full dentures, 1 partial denture, and 62 dental prescriptions.

84.   In September 2016 at Eyman complex, inmates submitted 484 HNRs for dental treatment.  That same month at Eyman, there were 703 dentist visits and 22 hygienist visits, resulting in 120 dental intake exams, 487 comprehensive dental exams, 279 x-rays, 153 fillings, 101 simple extractions, 17 surgical extractions, 96 cleanings, 6 full dentures, and 24 dental prescriptions.

85.   In September 2016 at Florence complex, inmates submitted 356 HNRs for dental treatment.  That same month at Florence, there were 391 dentist visits and 21 hygienist visits, resulting in 43 dental intake exams, 281 comprehensive dental exams, 89 x-rays, 59 fillings, 68 simple extractions, 10 surgical extractions, 47 cleanings, 9 full dentures, 5 partial dentures, and 55 dental prescriptions.

86.   In September 2016 at Lewis complex, inmates submitted 580 HNRs for dental treatment.   That same month at Lewis, there were 600 dentist visits and 43

13

1  hygienist visits, resulting in 42 dental intake exams, 439 comprehensive dental exams,

2  318 x-rays, 119 fillings, 97 simple extractions, 25 surgical extractions, 106 cleanings, 4

3  full dentures, 5 partial dentures, and 41 dental prescriptions.

4        87.    In September 2016 at Perryville complex, inmates submitted 669 HNRs for

5  dental treatment.  That same month at Perryville, there were 674 dentist visits and 66

6  hygienist visits, resulting in 131 dental intake exams, 527 comprehensive dental exams,

7  468 x-rays, 208 fillings, 208 simple extractions, 18 surgical extractions, 91 cleanings, 11

8  full dentures, 2 partial dentures, and 30 dental prescriptions.

9        88.    In September 2016 at Phoenix complex, inmates submitted 74 HNRs for

10  dental treatment.  That same month at Phoenix, there were 1547 dentist visits, resulting in

11  in 245 dental intake exams, 24 comprehensive dental exams, 1244 x-rays, 11 fillings, 11

12  simple extractions, 2 surgical extractions, 12 cleanings, 2 full dentures, and 6 dental

13  prescriptions.

14        89.    In September 2016 at Safford complex, inmates submitted 138 HNRs for

15  dental treatment.  That same month at Safford, there were 147 dentist visits and 27

16  hygienist visits, resulting 36 dental intake exams, 99 comprehensive dental exams, 94 x-

17  rays, 19 fillings, 29 simple extractions, 15 surgical extractions, 28 cleanings, and 3 dental

18  prescriptions.

19        90.    In September 2016 at Tucson complex, inmates submitted 548 HNRs for

20  dental treatment.  That same month at Tucson, there were 647 dentist visits and 44

21  hygienist visits, resulting in 110 dental intake exams, 487 comprehensive dental exams,

22  324 x-rays, 129 fillings, 130 simple extractions, 37 surgical extractions, 87 cleanings, 14

23  full dentures, 7 partial dentures, and 87 dental prescriptions.

24        91.    In September 2016 at Winslow complex, inmates submitted 234 HNRs for

25  dental treatment.  That same month at Winslow, there were 271 dentist visits, resulting in

26  41 dental intake exams, 176 comprehensive dental exams, 62 x-rays, 120 fillings, 49

27  simple extractions, 1 surgical extraction, 52 cleanings, 4 full dentures, 5 partial dentures,

28  and 63 dental prescriptions.

92.    In September 2016 at Yuma complex, inmates submitted 483 HNRs for dental treatment.  That same month at Yuma, there were 601 dentist visits, resulting in 124 dental intake exams, 414 comprehensive dental exams, 133 x-rays, 122 fillings, 140 simple extractions, 19 surgical extractions, 74 cleanings, 5 full dentures, 1 partial denture, and 83 dental prescriptions.

**October 2016**

93.    In October 2016, there were 90,325 total health encounters for ADC inmates by a QHCP systemwide.

94.    In October 2016, there were 26,756 total health encounters for ADC inmates by a health care practitioner systemwide.

95.    In October 2016, inmates submitted 17,046 HNRs for medical treatment systemwide, resulting in 9007 scheduled nurses line appointments, 55 no shows for nurses line appointments, 594 refusals for nurses line appointments, and 8358 completed nurses line appointments, as well as 1280 scheduled providers line appointments, 0 no shows for providers line appointments, 10 refusals for providers line appointments, and 1270 completed providers line appointments.

96.    In October 2016 at Douglas complex, inmates submitted 708 HNRs for medical treatment, resulting in 283 scheduled nurses line appointments, 0 no shows or refusals for nurses line appointments, and 283 completed nurses line appointments, as well as 32 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 32 completed providers line appointments.

97.    In October 2016 at Eyman complex, inmates submitted 4404 HNRs for medical treatment, resulting in 1164 scheduled nurses line appointments, 0 no shows for nurses line appointments, 239 refusals for nurses line appointments, and 925 completed nurses line appointments, as well as 278 scheduled providers line appointments, 0 no shows for providers line appointments, 4 refusals for providers line appointments, and 274 completed providers line appointments.

98.    In October 2016 at Florence complex, inmates submitted 2912 HNRs for medical treatment, resulting in 1222 scheduled nurses line appointments, 23 no shows for nurses line appointments, 111 refusals for nurses line appointments, and 1088 completed nurses line appointments, as well as 18 scheduled providers line appointments, 0 no shows for providers line appointments, 1 refusal for providers line appointments, and 17 completed providers line appointments.

99.    In October 2016 at Lewis complex, inmates submitted 1438 HNRs for medical treatment, resulting in 1224 scheduled nurses line appointments, 3 no shows for nurses line appointments, 6 refusals for nurses line appointments, and 1215 completed nurses line appointments, as well as 76 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 76 completed providers line appointments.

100.    In October 2016 at Perryville complex, inmates submitted 2670 HNRs for medical treatment, resulting in 1937 scheduled nurses line appointments, 23 no shows for nurses line appointments, 18 refusals for nurses line appointments, and 1896 completed nurses line appointments, as well as 149 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 149 completed providers line appointments.

101.    In October 2016 at Phoenix complex, inmates submitted 291 HNRs for medical treatment, resulting in 193 scheduled nurses line appointments, 0 no shows or refusals for nurses line appointments, and 193 completed nurses line appointments, as well as 80 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 80 completed providers line appointments.

102.    In October 2016 at Safford complex, inmates submitted 286 HNRs for medical treatment, resulting in 225 scheduled nurses line appointments, 0 no shows for nurses line appointments, 1 refusal for nurses line appointments, and 224 completed nurses line appointments, as well as 94 scheduled providers line appointments, 0 no shows

or refusals for providers line appointments, and 94 completed providers line appointments.

103.   In October 2016 at Tucson complex, inmates submitted 1641 HNRs for medical treatment, resulting in 1381 scheduled nurses line appointments, 6 no shows for nurses line appointments, 81 refusals for nurses line appointments, and 1294 completed nurses line appointments, as well as 299 scheduled providers line appointments, 0 no shows for providers line appointments, 5 refusals for providers line appointments, and 294 completed providers line appointments.

104.   In October 2016 at Winslow complex, inmates submitted 270 HNRs for medical treatment, resulting in 212 scheduled nurses line appointments, 0 no shows for nurses line appointments, 14 refusals for nurses line appointments, and 198 completed nurses line appointments, as well as 95 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 95 completed providers line appointments.

105.   In October 2016 at Yuma complex, inmates submitted 2426 HNRs for medical treatment, resulting in 1166 scheduled nurses line appointments, 0 no shows for nurses line appointments, 124 refusals for nurses line appointments, and 1042 completed nurses line appointments, as well as 159 scheduled providers line appointments, 0 no shows or refusals for providers line appointments, and 159 completed providers line appointments.

106.   In October 2016, ADC inmates submitted 1814 HNRs for mental health treatment systemwide, resulting in 1510 scheduled mental health appointments, 2 no shows, 1 refusal, and 1507 completed mental health appointments.

107.   In October 2016 at Douglas complex, inmates submitted 10 HNRs for mental health treatment, resulting in 6 scheduled mental health appointments, 0 no shows, or refusals, and 6 completed mental health appointments.

108.   In October 2016 at Eyman complex, inmates submitted 489 HNRs for mental health treatment, resulting in 432 scheduled mental health appointments, 0 no shows or refusals, and 432 completed mental health appointments.

109.   In October 2016 at Florence complex, inmates submitted 135 HNRs for mental health treatment, resulting in 124 scheduled mental health appointments, 2 no shows, 1 refusal, and 121 completed mental health appointments.

110.   In October 2016 at Lewis complex, inmates submitted 332 HNRs for mental health treatment, resulting in 150 scheduled mental health appointments, 0 no shows or refusals, and 150 completed mental health appointments.

111.   In October 2016 at Perryville complex, inmates submitted 432 HNRs for mental health treatment, resulting in 412 scheduled mental health appointments, 0 no shows or refusals, and 412 completed mental health appointments.

112.   In October 2016 at Phoenix complex, inmates submitted 18 HNRs for mental health treatment, resulting in 18 scheduled mental health appointments, 0 no shows or refusals, and 18 completed mental health appointments.

113.   In October 2016 at Safford complex, inmates submitted 13 HNRs for mental health treatment, resulting in 13 scheduled mental health appointments, 0 no shows or refusals, and 13 completed mental health appointments.

114.   In October 2016 at Tucson complex, inmates submitted 249 HNRs for mental health treatment, resulting in 249 scheduled mental health appointments, 0 no shows or refusals, and 249 completed mental health appointments.

115.   In October 2016 at Winslow complex, inmates submitted 4 HNRs for mental health treatment, resulting in 3 scheduled mental health appointments, 0 no shows or refusals, and 3 completed mental health appointments.

116.   In October 2016 at Yuma complex, inmates submitted 132 HNRs for mental health treatment, resulting in 103 scheduled mental health appointments, 0 no shows or refusals, and 103 completed mental health appointments.

117.   In October 2016, ADC inmates received 48,645 medical prescriptions and 16,405 mental health prescriptions.

118.   In October 2016, 10,421 ADC inmates were assessed for mental health needs by a mental health professional.

119.   In October 2016, 3514 inmates attended peer education groups.

120.   In October 2016, there were 144 emergency medical transports—85 by ambulance and 59 by ADC vehicle.

121.   In October 2016, there were 92 hospital admissions, with an average stay of 3.83 days.

122.   In October 2016, there were 1320 outside transports for medical speciality appointments.

123.   In October 2016, ADC inmates submitted 3638 HNRs for dental treatment systemwide.  That same month, there were 5422 dentist visits and 222 hygienist visits systemwide.  These visits resulted in 835 dental intake exams, 2877 comprehensive dental exams, 2867 dental x-rays, 962 fillings, 821 simple extractions, 106 surgical extractions, 577 cleanings, 80 full dentures, 13 partial dentures, and 415 prescriptions for dental medications. In October 2016, there were also 246 dental intake refusals, 93 dental appointment no shows, and 621 dental appointment refusals systemwide.

124.   In October 2016 at Douglas complex, inmates submitted 308 HNRs for dental treatment.  That same month at Douglas, there were 356 dentist visits and 23 hygienist visits, resulting in 51 dental intake exams, 258 comprehensive dental exams, 171 x-rays, 98 fillings, 69 simple extractions, 8 surgical extractions, 38 cleanings, 6 full dentures, 1 partial denture, and 59 dental prescriptions.

125.   In October 2016 at Eyman complex, inmates submitted 486 HNRs for dental treatment.  That same month at Eyman, there were 562 dentist visits and 30 hygienist visits, resulting in 71 dental intake exams, 426 comprehensive dental exams, 209 x-rays, 136 fillings, 89 simple extractions, 11 surgical extractions, 97 cleanings, 23 full dentures, and 36 dental prescriptions.

19

126.   In October 2016 at Florence complex, inmates submitted 356 HNRs for dental treatment.  That same month at Florence, there were 401 dentist visits and 21 hygienist visits, resulting in 36 dental intake exams, 305 comprehensive dental exams, 88 x-rays, 76 fillings, 84 simple extractions, 2 surgical extractions, 36 cleanings, 11 full dentures, and 54 dental prescriptions.

127.   In October 2016 at Lewis complex, inmates submitted 478 HNRs for dental treatment.  That same month at Lewis, there were 458 dentist visits and 23 hygienist visits, resulting in 13 dental intake exams, 338 comprehensive dental exams, 221 x-rays, 86 fillings, 77 simple extractions, 24 surgical extractions, 82 cleanings, 4 full dentures, 3 partial dentures, and 36 dental prescriptions.

128.   In October 2016 at Perryville complex, inmates submitted 600 HNRs for dental treatment.  That same month at Perryville, there were 677 dentist visits and 64 hygienist visits, resulting in 126 dental intake exams, 513 comprehensive dental exams, 455 x-rays, 209 fillings, 226 simple extractions, 20 surgical extractions, 96 cleanings, 13 full dentures, and 46 dental prescriptions.

129.   In October 2016 at Phoenix complex, inmates submitted 71 HNRs for dental treatment.  That same month at Phoenix, there were 1411 dentist visits, resulting in 205 dental intake exams, 25 comprehensive dental exams, 1152 x-rays, 4 fillings, 27 simple extractions, 2 surgical extractions, 7 cleanings, 4 full dentures, and 3 dental prescriptions.

130.   In October 2016 at Safford complex, inmates submitted 146 HNRs for dental treatment.  That same month at Safford, there were 188 dentist visits and 30 hygienist visits, resulting in 45 dental intake exams, 137 comprehensive dental exams, 98 x-rays, 29 fillings, 17 simple extractions, 17 surgical extractions, 30 cleanings, 2 full dentures, and 2 dental prescriptions.

131.   In October 2016 at Tucson complex, inmates submitted 556 HNRs for dental treatment.  That same month at Tucson, there were 587 dentist visits and 31 hygienist visits, resulting in 123 dental intake exams, 375 comprehensive dental exams,

1  289 x-rays, 93 fillings, 110 simple extractions, 9 surgical extractions, 57 cleanings, 2

2  partial dentures, and 57 dental prescriptions.

3      132.   In October 2016 at Winslow complex, inmates submitted 203 HNRs for

4  dental treatment.  That same month at Winslow, there were 237 dentist visits, resulting in

5  20 dental intake exams, 167 comprehensive dental exams, 60 x-rays, 129 fillings, 49

6  simple extractions, 4 surgical extractions, 56 cleanings, 6 full dentures, 4 partial dentures,

7  and 48 dental prescriptions.

8      133.   In October 2016 at Yuma complex, inmates submitted 434 HNRs for dental

9  treatment.  That same month at Yuma, there were 545 dentist visits, resulting in 145

10  dental intake exams, 333 comprehensive dental exams, 124 x-rays, 102 fillings, 73 simple

11  extractions, 9 surgical extractions, 78 cleanings, 11 full dentures, 3 partial dentures, and

12  74 dental prescriptions.

13      I declare under penalty of perjury that the foregoing is true and correct.

14      Executed this 4th day of January 2017.

JASON REESE

21