Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

1    Defendants Charles Ryan and Richard Pratt ("Defendants") move this Court,

2    pursuant to LRCiv 5.6, , for an order directing the Clerk to file under seal the Declaration

3    of Daniel P. Struck in support of Defendants' Response to Plaintiffs' Motion to Modify

4    the Stipulation (Dkt. 1790) because it contains a discussion of the parties' settlement

5    negotiations in this matter.  Pursuant to Federal Rule of Evidence 408 and the Settlement

6    Conference Order issued by Judge Wake on June 30, 2014 (Dkt. 985), such discussions

7    are confidential.

8    DATED this 4th day of January 2017.

9    STRUCK WIENEKE & LOVE, P.L.C.

10

11    By /s/Daniel P. Struck
          Daniel P. Struck
12        Kathleen L. Wieneke
          Rachel Love
13        Timothy J. Bojanowski
          Nicholas D. Acedo
14        Ashlee B. Fletcher
          Anne M. Orcutt
15        Jacob B. Lee
          STRUCK WIENEKE & LOVE, P.L.C.
16        3100 West Ray Road, Suite 300
          Chandler, Arizona  85226
17
          Arizona Attorney General Mark Brnovich
18        Office of the Attorney General
          Michael E. Gottfried
19        Lucy M. Rand
          Assistant Attorneys General
20        1275 W. Washington Street
          Phoenix, Arizona 85007-2926
21
          *Attorneys for Defendants*
22

23    .1

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:  ahardy@prisonlaw.com

Amelia M. Gerlicher:  agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:  aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:  afettig@npp-aclu.org

Asim Varma:  avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:  ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:  dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:  dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:  dspecter@prisonlaw.com

Jennifer K. Messina:  jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:  jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:  jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:  jrico@azdisabilitylaw.org

Kathleen E. Brody  kbrody@acluaz.org

Kirstin T. Eidenbach:  kirstin@eidenbachlaw.com

Maya Abela  mabela@azdisabilitylaw.org

Rose Daly-Rooney:  rdalyrooney@azdisabilitylaw.org

Sara Norman:  snorman@prisonlaw.com

Sarah Eve Kader:  skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

2

1  Rita K. Lomio:           rlomio@prisonlaw.com

2

3         I hereby certify that on this same date, I served the attached document by U.S.
   Mail, postage prepaid, on the following, who is not a registered participant of the
   CM/ECF System:

4

5         N/A

6                                           /s/Daniel P. Struck

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28