**EXHIBIT 4**

**EXHIBIT 4**

1 | Arizona Attorney General Mark Brnovich
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
3 | Assistant Attorneys General
1275 W. Washington Street
4 | Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
5 | Fax: (602) 542-7670
Michael.Gottfried@azag.gov
6 | Lucy.Rand@azag.gov

7 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
8 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
9 | Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
10 | Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
11 | STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
12 | Chandler, Arizona 85226
Telephone: (480) 420-1600
13 | Fax: (480) 420-1696
dstruck@swlfirm.com
14 | kwieneke@swlfirm.com
rlove@swlfirm.com
15 | tbojanowski@swlfirm.com
nacedo@swlfirm.com
16 | afletcher@swlfirm.com
aorcutt@swlfirm.com
17 | jlee@swlfirm.com

18 | *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | NO. 2:12-cv-00601-DKD <br><br><br><br>**DECLARATION OF COLE KRAGES** |
|---|---|

I, COLE KRAGES, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently a Day Shift Lieutenant at the Whetstone Unit with the Arizona Department of Corrections ("ADC") at the Arizona State Prison Complex in Tucson ("ASPC-Tucson"). My responsibilities include overseeing all operations for the Unit and supervising sergeants, COIIs, and inmates.

3. In November 2016, I was a Day Shift Sergeant at Rincon Unit where my responsibilities were similar to the responsibilities described above, except I did not supervise other lieutenants.

4. On November 2, 2016, at approximately 9:17 a.m., I accompanied the tour group to the recreation field of Housing Unit ("HU") 5 where Plaintiffs' attorneys interviewed several inmates. At approximately 10:50 a.m., I returned to my office.

5. At approximately 11:00 a.m., I received an email from Deputy Warden ("DW") Jason Monson requesting I meet him at Charlie Run in HU 3 of Rincon Unit to address compliance issues with Director's Order ("DO") 704. DO 704 addresses housing unit regulations, inmate identification card requirements, and inmate dress and clothing requirements, among other things.

6. At approximately 11:25 a.m., I met DW Monson on Charlie run. When I arrived, DW Monson and a group of attorneys were present there. While standing near the showers and telephone near the entrance of Charlie run, DW Monson explained to me the various 704 violations he observed and showed me photographs he had taken in Able and Charlie runs.

7. DW Monson asked me to do a walkthrough of HU 3 with the floor officer, COII Robles, to review the 704 issues.

8. Each day, a formal count is conducted for every inmate at ASPC-Tucson between 10:30 a.m. and 12:00 p.m. During formal count, officers conduct a "face to I.D." check which requires the officers to visually identify each inmate in a cell and confirm

1

that it is the inmate displayed on the ID card on the cell door. COII Robles was conducting formal face to identification counts ("ID counts") on Baker run when I approached him to discuss the 704 issues.

9. COII Robles and I then walked Baker run to review the issues DW Monson brought to our attention. We then met DW Monson back on Charlie run.

10. As we walked from Baker run to Charlie run discussing the issues, we saw Plaintiffs' attorneys talking to inmates through their cell doors on Charlie run. COII Robles and I completed our walk through Charlie run and approached DW Monson who showed us the photographs of cells that were out of 704 compliance in Able run. COII Robles and I then walked Able run to review 704 violations.

11. For approximately the four months preceding the November tours, HU 3 was habitually noncompliant with 704 requirements. Maintaining 704 compliance in this Unit had become a constant struggle for staff.

12. At no time did DW Monson direct me to issue disciplinary reports to any of the inmates in HU 3, or anywhere else, to intimidate or retaliate against inmates who spoke with Plaintiffs' counsel, or for any reason.

13. The Rincon Unit is a close custody unit. Close custody inmates are locked down unless they are out for a scheduled appointment such as medical or recreation.

14. For safety and security reasons, security staff must be present at all times when civilians are touring the facility units, especially closed custody units like Rincon Unit. Even if the tour group is touring a locked down unit, such as Rincon, it is necessary for staff to be readily accessible in case of an inmate, staff, or civilian emergency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, 2017.

COLE KRAGES

2