**EXHIBIT 5**

**EXHIBIT 5**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF OSWALDO ROBLES** |

I, **OSWALDO ROBLES**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently a Corrections Officer II with the Arizona Department of Corrections ("ADC") at the Arizona State Prison Complex ("ASPC") in Tucson. My responsibilities include ensuring inmates follow all rules and regulations, and to maintain the safety and security of the institution.

3. On November 2, 2016, I was assigned to Rincon Unit, Housing Unit 3, as a floor officer. That morning, I was conducting formal face to identification counts ("face to I.D.").

4. Each day, a formal count is conducted for every inmate at ASPC-Tucson between 10:30 a.m. and 12:00 p.m. During formal count, officers conduct a "face to I.D." check which requires the officers to visually identify each inmate in a cell and confirm that it is the inmate displayed on the ID card on the cell door.

5. While on Baker run conducting "face to I.D." checks, Sergeant Krages approached me regarding D.O. 704 issues brought to his attention by DW Monson. Sergeant Krages and I did a walk of Baker run to see if the violations were present there.

6. We then met DW Monson at Charlie run while standing near the showers and telephone near the entrance of Charlie run, where he explained to me the various 704 violations he observed on the Run, and showed me photographs he had taken.

7. I told DW Monson I had inspected the Able and Charlie runs earlier in my shift, at approximately 7:30 a.m., and had addressed some of the issues with the inmates. I also told DW Monson that I warned the inmates that if the issues were not resolved they could receive a disciplinary violation.

8. After speaking with DW Monson, I re-walked the Charlie and Able runs to determine whether the 704 issues had been resolved.

9. It is my discretion whether to issue inmates 704 disciplinary violations. Because the inmates had, by this time, corrected the issues, I did not issue disciplinary violations to any inmate in Housing Unit Three on November 2, 2016.

10. At no time did DW Monson direct me to issue disciplinary reports to any of the inmates in Housing Unit 3, or anywhere else, to intimidate or retaliate against inmates who spoke with Plaintiffs' counsel.

///
///
///
///

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, 2017.

_____
OSWALDO ROBLES

2