**EXHIBIT 7**

**EXHIBIT 7**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF ALFRED RAMOS** |

I, **ALFRED RAMOS**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently a Warden with the Arizona Department of Corrections ("ADC") at the Arizona State Prison Complex in Tucson ("ASPC-Tucson").

3. I have held this position since February 14, 2015.

4. As the Warden of ASPC-Tucson, I oversee the overall operations of the complex, including maintaining and administering ADC policies, procedures, and programs, and supervision of all complex staff.

5. Attached hereto as Exhibit 1 is a written Notice I issued to all staff at the ASPC-Tucson prison complex in response to the Court's November 2, 2016 Order. That Notice states:

> According to the parties' agreement in Parsons v. Ryan, attorneys from the American Civil Liberties Union (ACLU), the Arizona Center for Disability Law (ACDL), and Prison Law Office will periodically tour our facility to speak with inmates regarding the provision of medical, dental, and mental health care at the facility. All staff are reminded that they cannot threaten, intimidate, or retaliate against inmates for speaking with their attorneys. If an inmate reports, or if you observe, any retaliatory action, immediately report the alleged retaliation. The Arizona Department of Corrections has zero tolerance for retaliation against inmates.

6. Attached hereto as Exhibit 2 is a written Notice I issued to the inmate population assigned to ASPC-Tucson's Rincon Unit in response to the Court's November 2, 2016 Order. That Notice advises the inmate population:

> According to the parties' agreement in Parsons v. Ryan, attorneys from the American Civil Liberties Union (ACLU), the Arizona Center for Disability Law (ACDL), and Prison Law Office, who represent the inmates, will periodically tour our facility to speak with inmates regarding the provision of medical, dental, and mental health care at the facility. All staff have been instructed to help accommodate these attorneys' requests to speak to inmates and that they cannot threaten, intimidate, or retaliate against inmates for speaking with their attorneys. The Arizona Department of Corrections has zero tolerance for retaliation against inmates.

7. I personally delivered a copy of Exhibit 1 to all staff and Deputy Wardens (or their designees) at the ASPC-Tucson prison complex housing units, and instructed the

1

Deputy Wardens (or their designees) to read the Notice to all staff at each briefing for all three shifts, each day for the following seven days.

8. I verified that this directive was carried out.

9. I also directed that all Deputy Wardens (or their designees) read Exhibit 1 at each briefing for all three shifts, each day for a period of seven days, in January, February, and March 2017, so that if staff have been on annual leave, FMLA leave, or extended leave of any kind, they will have received verbal reading of the Notice upon their return.

10. Additionally, I personally delivered a copy of the Exhibit 2 to the Rincon Unit inmate population to the Deputy Warden of the Rincon Unit, and instructed him to post the Notice on all inmate bulletin boards in areas of inmate access to include bulletin boards in the housing units, chow hall, medical areas, library, and education areas.

11. The Notices to the Rincon Unit inmate population remain posted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January, 2017.

_____
ALFRED RAMOS

2

**EXHIBIT 1**

**EXHIBIT 1**

# Arizona Department of Corrections




**DOUGLAS A. DUCEY**
GOVERNOR

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

**CHARLES L. RYAN**
DIRECTOR

From: Warden Alfred Ramos

To: All Staff, ASPC-Tucson

Re: Parsons v. Ryan Prison Tours

According to the parties' agreement in Parsons v. Ryan, attorneys from the American Civil Liberties Union (ACLU), the Arizona Center for Disability Law (ACDL), and Prison Law Office will periodically tour our facility to speak with inmates regarding the provision of medical, dental, and mental health care at the facility. All staff are reminded that they cannot threaten, intimidate, or retaliate against inmates for speaking with their attorneys. If an inmate reports, or if you observe, any retaliatory action, immediately report the alleged retaliation. The Arizona Department of Corrections has zero tolerance for retaliation against inmates.

**EXHIBIT 2**

**EXHIBIT 2**

# Arizona Department of Corrections





1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

From: Warden Alfred Ramos

To: Inmate Population, ASPC-Tucson, Rincon Unit

Re: Parsons v. Ryan Prison Tours

According to the parties' agreement in Parsons v. Ryan, attorneys from the American Civil Liberties Union (ACLU), the Arizona Center for Disability Law (ACDL), and Prison Law Office, who represent the inmates, will periodically tour our facility to speak with inmates regarding the provision of medical, dental, and mental health care at the facility. All staff have been instructed to help accommodate these attorneys' requests to speak to inmates and that they cannot threaten, intimidate, or retaliate against inmates for speaking with their attorneys. The Arizona Department of Corrections has zero tolerance for retaliation against inmates.