**EXHIBIT 8**

**EXHIBIT 8**

Case 2:12-cv-00601-ROS   Document 1846-8   Filed 01/04/17   Page 2 of 3



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

November 8, 2016

Daniel Struck
Struck Wieneke & Love, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ    85226

Re: Parsons v. Ryan

Dear Dan:

I assume by now you have heard about the successful efforts by ADC staff to prevent our clients on the Able and Charlie runs at the Rincon Unit of the Tucson Complex from speaking candidly or at all with Plaintiffs' counsel during the tour on November 2, 2016. This included Deputy Warden Monson taking photographs of the cells on the runs where Kirstin and Jessica were attempting to interview prisoners and ordering a correctional officer, in a voice that could be over heard by many in the vicinity, to "ticket them all." In addition to this blatant attempt to coerce prisoners not to speak to Plaintiffs' counsel, correctional officers were constantly walking on the runs where prisoners were locked behind cell doors and often hovered next to Kirstin and Jessica while they attempted to conduct interviews. Prisoners informed Kirstin that they were fearful that they would suffer retaliation and that they believed that the tickets were a direct response by Deputy Warden Monson to their willingness to speak with Plaintiffs' counsel.

Staff at both Eyman and Tucson used threats and intimidation in attempts to chill the communication between prisoners and Plaintiffs' counsel. Multiple prisoners reported that escorting officers warned them against talking to Plaintiffs' counsel or saying derogatory things about the ADC, with one officer telling a prisoner that if he did so his life would become "a living hell."

In light of this unlawful and contumacious conduct by ADC staff, Plaintiffs request that Defendants stipulate to an order that includes the following provisions:

1. The distribution of a letter from the Wardens of both Eyman and Tucson to prisoners apologizing for the conduct of staff during the tours, acknowledging that this conduct was not acceptable, explaining that no retaliation will occur for communicating with Plaintiffs' counsel and that all tickets issued during those incidents will be withdrawn and promising that such conduct will not occur in the future.

2. An order directing all ADC staff not to threaten, harass or retaliate against any prisoner for communicating with Plaintiffs' counsel. Such an order shall be served on all ADC staff.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ltr. Dan Struck
November 8, 2016
Page 2

   3. Training of all ADC staff on right of prisoners to communicate with their legal counsel and the legal obligation of staff not to interfere with or prevent that communication.

   4. The addition of two additional tour days at Tucson between now and February 18, 2017, at Plaintiffs' discretion, to compensate for cancelled tour at Tucson.

   5. Compensation for attorney time and expenses from the cancelled Tucson tour.

We look forward to your prompt response.

                             Sincerely,

                             /s/

                             Donald Specter

cc: Counsel of Record