1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD **STIPULATION FOR EXTENSION OF TIME TO FILE REPLIES** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL134077360.1

1  Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the following deadlines:

1. Plaintiffs shall have up to and including January 20, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion to Modify Stipulation (Doc. 1790) [Doc. 1842];

2. Plaintiffs shall have up to and including January 20, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion to Modify Order (Dkt. 1806) [Doc. 1845]; and

3. Plaintiffs shall have up to and including January 27, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion for Contempt (Dkt. 1819) [Doc. 1846].

Dated this 9th day of January, 2017.

| EIDENBACH LAW, PLLC | STRUCK WIENEKE, & LOVE, P.L.C. |
|---|---|
| By: s/ Kirstin T. Eidenbach<br>Kirstin T. Eidenbach (Bar No. 027341)<br>P. O. Box 91398<br>Tucson, Arizona 85752<br>Telephone: (520) 477-1475<br>Email: kirstin@eidenbachlaw.com | By: s/ Timothy J. Bojanowski<br>(with permission)<br>Daniel P. Struck<br>Kathleen L. Wieneke<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Fletcher<br>Anne M. Orcutt<br>Jacob B. Lee<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@swlfirm.com<br>kwieneke@swlfirm.com<br>rlove@swlfirm.com<br>tbojanowski@swlfirm.com<br>nacedo@swlfirm.com<br>afletcher@swlfirm.com<br>aorcutt@swlfirm.com<br>jlee@swlfirm.com |

LEGAL134077360.1

| | | |
|---|---|---|
| 1 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:  dbarr@perkinscoie.com<br>           agerlicher@perkinscoie.com<br>           jhgray@perkinscoie.com | Arizona Attorney General Mark Brnovich<br>  Office of the Attorney General<br>Michael E. Gottfried<br>Lucy M. Rand<br>  Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org
          dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

LEGAL134077360.1                    -2-

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| | Amy Fettig (D.C. 484883)** |
| 2 | Jamelia Natasha Morgan (N.Y. 5351176)** |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
| | Email:   dfathi@aclu.org |
| 6 |          afettig@aclu.org |
| |          jmorgan@aclu.org |
| 7 | |
| | *Admitted *pro hac vice*.  Not admitted |
| 8 |   in DC; practice limited to federal |
| |   courts. |
| 9 | **Admitted *pro hac vice* |
| 10 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 11 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 12 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 13 | Email:   cnmitchell@jonesday.com |
| |          aamiri@jonesday.com |
| 14 | |
| | *Admitted *pro hac vice* |
| 15 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 16 | **JONES DAY** |
| | 717 Texas Street |
| 17 | Houston, Texas 77002 |
| | Telephone: (832) 239-3939 |
| 18 | Email:   jlwilkes@jonesday.com |
| 19 | *Admitted *pro hac vice* |
| 20 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 21 | 222 East 41 Street |
| | New York, New York 10017 |
| 22 | Telephone: (212) 326-3498 |
| | Email:   jkmessina@jonesday.com |
| 23 | |
| | *Admitted *pro hac vice* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
   Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street
   Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email:   skader@azdisabilitylaw.org

      adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney
   (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Jessica Jansepar Ross
   (Bar No. 030553)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         jross@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on January 9, 2017, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                s/ D. Freouf

LEGAL134077360.1      -5-