UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLIES** |

This Court, having reviewed the Stipulation for Extension of Time to File Replies, and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including January 20, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion to Modify Stipulation (Doc. 1790) [Doc. 1842];

2. Plaintiffs shall have up to and including January 20, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion to Modify Order (Dkt. 1806) [Doc. 1845]; and

134077643.1

3. Plaintiffs shall have up to and including January 27, 2017 to file their Reply to Defendants' Response to Plaintiffs' Motion for Contempt (Dkt. 1819) [Doc. 1846].