Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' STATUS REPORT REGARDING PROGRESS OF REMEDIATION PLAN (DKT. 1729)** |

On October 7, 2016, the Court ordered Defendants to submit a Remedial Plan to remedy deficiencies for Performance Measure ("PM") Nos. 47, 80, and 94. (Dkt. 1709). On October 27, 2016, Defendants submitted their Remedial Plan. (Dkt. 1729). On November 9, 2016, the Court ordered Defendants to update the Court as to whether the remedial efforts were working. (Dkt. 1769).

The Remedial Plan was implemented on October 27, 2016. Since the parties only have CGAR results through October 2016, Defendants must rely solely on one month of data to determine whether the Remedial Plan is working. Further hindering Defendants' ability to report on whether the Plan is working is the fact the plan was only in place for the last *five* days in October. Relying on five days of data makes it impossible and unfair to report on the Plan's successes. As Defendants have previously explained to the Court, significant compliance changes resulting from a remedial plan can take upwards of several months given the inherent lag time in CGAR reporting. Despite these difficulties, Defendants provide the Court with the following updates:

## I. PERFORMANCE MEASURE 47

**Measure:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven (7) calendar days of the date of the request.*

**Facilities:** Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma

| Facility | July 2016 | August 2016 | September 2016 | October 2016 |
|---|---|---|---|---|
| Douglas | 88% | 89% | 80% | 44% |
| Eyman | 32% | 38% | 47% | 55% |
| Florence | 31% | 49% | 68% | 64% |
| Lewis | 61% | 56% | 64% | 71% |
| Perryville | 72% | 61% | 47% | 64% |
| Phoenix | 67% | 100% | 100% | 75% |
| Safford | N/A | 100% | N/A | 100% |
| Tucson | 29% | 6% | 41% | 41% |
| Winslow | 100% | 50% | 100% | 100% |
| Yuma | 59% | 66% | 80% | 79% |

1

As discussed in Defendants' Remedial Plan, the failure to meet compliance with this performance measure was a combination of the way Health Needs Requests ("HNRs") were processed and delays in providers communicating the results to the inmates. While Defendants implemented automated reports to track outstanding inmate requests for results, Defendants believe the implementation of the "open clinic concept" will greatly increase compliance with this measure.

On December 5, 2016, Corizon implemented an "open clinic concept", which functions as an open sick call system for inmates in minimum, medium, and close custody. Rather than submitting HNRs in collection boxes, these inmates may now proceed directly to the health unit during designated open clinic hours and present an HNR to medical staff who triage the HNR with the inmate and determine whether the inmate needs to be seen immediately by nursing or referred to an appropriate provider. This new process has been so successful that there is no longer any backlog in inmates being seen within 24 hours of submission of an HNR. Additionally, inmates may present during designated clinic hours to request diagnostic study results or inquire into pending studies. The requested information will be provided to the inmate at that time (as opposed to submitting an HNR and waiting for a response), which will decrease the backlog for this measure.

## II.   PERFORMANCE MEASURE 80

**Measure:** *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.*

**Facilities:** Lewis and Tucson

| Facility | July 2016 | August 2016 | September 2016 | October 2016 |
| --- | --- | --- | --- | --- |
| Lewis | 87% | 84% | 91% | 95% |
| Tucson | 76% | 91% | 95% | 97% |

Compliance scores for this measure evidence that Defendants' prior Corrective Action Plans ("CAPS"), and the Remedial Plan, are working.

### III. PERFORMANCE MEASURE 94

**Measure:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.*

**Facilities:** Eyman, Florence, and Tucson

| Facility | July 2016 | August 2016 | September 2016 | October 2016 |
|---|---|---|---|---|
| Eyman | 85% | 95% | 90% | 87% |
| Florence | 100% | 80% | 100% | 91% |
| Tucson | 100% | 100% | 100% | 86% |

Compliance scores for this measure evidence that Defendants' prior CAPS, and the Remedial Plan, are working.

DATED this 9th day of January 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

Rita K. Lomio:        rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck