1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

15                 UNITED STATES DISTRICT COURT

16                      DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |
18 Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
19 Gamez; Maryanne Chisholm; Desiree Licci; Joseph     **PLAINTIFFS' PROPOSED**
   Hefner; Joshua Polson; and Charlotte Wells, on       **AGENDA FOR JANUARY 11,**
20 behalf of themselves and all others similarly        **2017 HEARING AND**
   situated; and Arizona Center for Disability Law,     **STATUS REPORT**
21                 Plaintiffs,

22            v.

23 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
24 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
25 capacities,

26                 Defendants.

27

28

LEGAL134090848.1

Pursuant to the Court's request, Plaintiffs submit the following proposed topics for the agenda for the January 11, 2017 Status Hearing, as well as a status report on outstanding issues.

I.     **Plaintiffs' Proposed Agenda Items for 1/11/17 Status Hearing**

    A. **Unfinished from 12/14/16 Hearing Agenda**

        1. Defendants' compliance with the Court's November 10, 2016 Order [Doc. 1754] that Defendants must seek community services for nine performance measures for which there was noncompliance in August 2016. [*See* Declaration of David C. Fathi filed herewith ("Fathi Decl.") ¶ 11]

        2. Access to Medical Records:  Provision of Bates-stamped PDF medical records of deceased prisoners.  [Doc. 1795 at 9; Doc. 1797-1 at 23]

        3. Plaintiffs' Proposed Order regarding a system for Defendants to notify the Court & Plaintiffs of proposed changes to Monitoring Guide.  [Doc. 1755-1; Fathi Decl. ¶ 12, Ex. 5]

        4. PM 91:  Expert Opinions on "Actively Psychotic" or "Actively Suicidal" [12/14/16 Tr. at 61-62; Declaration of Pablo Stewart, M.D. filed herewith]

        5. Maximum Custody Document Productions issues:

            a. The documents Defendants were to produce by October 14, 2016 identified as missing at the last hearing have still not been produced with a few exceptions.  [*See* Doc. 1796-1; Doc. 1803 (Ex. A under seal)] Defendants produced a handful of missing sign-in sheets for the following facilities and months:  Eyman-Browning, 03/2016; Eyman-SMU, 03/2016, 04/2016, 05/2016; and Lewis, 05/2016, 06/2016.  The sign-in sheets produced are not inclusive of all of the DI-326 programming and mental health programming reflected on the corresponding tracking sheets.  Defendants also produced one missing property log for a prisoner at Lewis, 04/2016, and a memo verifying an erroneous date on a tracking sheet from Eyman-Browning, 05/2016.  It is

still Plaintiffs position that findings of compliance based on documents Defendants failed to produce should be presumptively found non-compliant.  [Doc.1795 at 5]

    b. Defendants' contradictory statements that some of the use of force videos produced were not viewed by the monitor remains unresolved.  [Doc. 1795 at 5-6; Doc. 1796-1 (Ex. C & D); Doc. 1803 (Ex. E under seal)]  Plaintiffs' discovery dispute that use of force videos were not produced or that there is contradictory evidence as to whether or not a video was taken during an incident remains unresolved.  Further, Defendants have not responded to Plaintiffs' request that Defendants audit the videos produced to Plaintiffs and provide a signed declaration as to which videos were actually used to support CGAR compliance findings and determine if any use of force videos were not produced to Plaintiffs that were part of the compliance findings.  [Doc. 1795 at 6; Doc. 1803 (sealed Ex. E)]

**B. New Topics**

    1. Monitoring Methodology

        a. Revision of the Monitoring Guide to an updated version in light of the Court's orders and parties' agreed-upon changes.  [*See* Fathi Decl. ¶ 12]

        b. Keeping records of reviewed medical records to maintain an audit trail and to conduct re-audits.  [*See* Fathi Decl. ¶ 12]

        c. Defendants' measuring of compliance with the requirements of Paragraph 12, subsections (c) and (d) of the Stipulation.  [*See* 12/14/16 Transcript at 70:15-72:25]

    2. Defendants' October 2016 Performance on Performance Measures Found Noncompliant [Doc. 1839]

        a. Update on Defendants' Remedial Plan's performance re: Court's May 20, 2016 Order on Noncompliance [Doc. 1583]

b. Update on Defendants' Remedial Plan's performance re: Court's October 7, 2016 Order on Noncompliance (PM 47 at all institutions; PM 80 at Lewis, Tucson; PM 94 at Eyman, Florence, Tucson)   [*See* Doc. 1709, 11/9/16 Tr. at 23-24; Fathi Decl. ¶¶ 2-10]

3. Document Production Issues:  Defendants' refusal to produce the written instructions provided to monitors regarding definition of "seen."  [*See* Fathi Decl. ¶ 13]

## II.   Plaintiffs' Update on Other Case Activities

As a courtesy to the Court, below is a summary of all other pending activity in the case:

### A. Pending Motions

*Fully Briefed and Awaiting Decision*

1. Defendants' Motion for Reconsideration [regarding PM 89 and if definition of "seen" includes group encounters], Orally Submitted 10/7/16 [Doc. 1707]
   - Plaintiffs' Response, filed 11/22/16 [Doc. 1772]
   - Defendants' Reply, filed 11/29/16 [Doc. 1781]
   - Plaintiffs' Motion for Leave to File a Sur-Reply, filed 12/1/16 [Doc. 1791]
   - Defendants' Response to Motion to File Sur-Reply, filed 12/2/16 [Doc. 1794]
   - Plaintiffs' Reply, filed 12/9/16 [Doc. 1813]

2. Defendants' Motion for Relief From Final Order, filed 11/23/16 [Doc. 1779]
   - Plaintiffs' Response, filed 12/7/16 [Doc. 1806 at 1-17]
   - Defendants' Reply, filed 12/15/16 [Doc. 1821]

*Not Yet Fully Briefed*

1. Plaintiffs' Motion to Modify the Order, filed 12/7/16 [Doc. 1806 at 18-20]
   - Defendants' Response, filed 1/4/17 [Doc. 1845]
   - Parties have stipulated:  Plaintiffs' Reply due 1/20/17
2. Plaintiffs' Motion to Modify the Stipulation, filed 12/1/16 [Doc. 1790]
   - Defendants' Response, filed 1/4/17 [Doc. 1842]
   - Parties have stipulated:  Plaintiffs' Reply due 1/20/17
3. Plaintiffs' Motion for Contempt or Further Remedial Orders, filed 12/14/16 [Doc. 1819]
   - Defendants' Response, filed 1/4/17 [Doc. 1846]
   - Parties have stipulated:  Plaintiffs' Reply due 1/27/17
4. Defendants' Motion for Relief From Order Re: Close Custody (Dkt. 1833), filed 1/6/17 [Doc. 1847]
   - Plaintiffs' Response due 1/20/17
   - Defendants' Reply due 1/27/17

**B.  Notices of Noncompliance – Mediation Complete**

The parties conducted a mediation before Judge Bade on December 19, 2016 regarding Plaintiffs' July 29, 2016 and October 4, 2016 Notices of Noncompliance.  [*See* Doc. 1827]

**C.  Pending Notices of Noncompliance**

Plaintiffs served a Notice of Noncompliance on November 23, 2016 regarding Defendants' alleged noncompliance with isolation performance measure #8 at certain units at ASPC-Eyman.  Defendants' response was sent on January 6, 2017; the parties have not yet scheduled a meet-and-confer or a mediation with Judge Bade.

Plaintiffs served a Notice of Noncompliance on December 27, 2016 regarding Defendants alleged noncompliance with health care performance measures 35, 40, 44, 50,

51, 52, 79, 87, 91, 94, 97, 98, and 103 at certain prisons.  Defendants' response is due no later than January 27, 2017.

Respectfully submitted,

Dated: January 10, 2017

**PRISON LAW OFFICE**

By:   *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
              jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
              dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
              aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

1

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*

2

*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*

3

*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*

4

*themselves and all others similarly situated*

5

**ARIZONA CENTER FOR DISABILITY**
**LAW**

6

7

By:  *s/ Maya Abela*

8

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)

9

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

10

Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org

11

adietrich@azdisabilitylaw.org

12

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

13

Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)

14

**ARIZONA CENTER FOR**
**DISABILITY LAW**

15

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

16

Telephone:  (520) 327-9547
Email:

17

rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org

18

jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

19

*Attorneys for Arizona Center for Disability*
*Law*

20

21

22

23

24

25

26

27

28

1    **CERTIFICATE OF SERVICE**

2        I hereby certify that on January 10, 2017, I electronically transmitted the above

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5

6    Michael E. Gottfried
     Lucy M. Rand
7    Assistant Arizona Attorneys General
     Michael.Gottfried@azag.gov
8    Lucy.Rand@azag.gov

9    Daniel P. Struck
     Kathleen L. Wieneke
10   Rachel Love
     Timothy J. Bojanowski
     Nicholas D. Acedo
11   Ashlee B. Fletcher
     Anne M. Orcutt
12   Jacob B. Lee
     STRUCK WIENEKE, & LOVE, P.L.C.
13   dstruck@swlfirm.com
     kwieneke@swlfirm.com
14   rlove@swlfirm.com
     tbojanowski@swlfirm.com
15   nacedo@swlfirm.com
     afletcher@swlfirm.com
16   aorcutt@swlfirm.com
     jlee@swlfirm.com
17
18   *Attorneys for Defendants*

19       s/ D. Freouf

20

21

22

23

24

25

26

27

28