Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF PABLO STEWART, M.D.** |

LEGAL134087496.1

I, PABLO STEWART, M.D., DECLARE:

1. I am a physician licensed to practice in California and Hawaii and a board-certified psychiatrist, with a specialty in clinical and forensic psychiatry. My background and experience as relevant to my expert testimony in this proceeding have previously been provided to the Court. [*See* Doc. 1538-1 at 3-6]

2. Performance Measure 91 in this case provides as follows:

> MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily.

3. According to the ADC Mental Health Technical Manual (MHTM), MH-5 patients are those admitted to what ADC considers an inpatient psychiatric treatment program at ASPC-Phoenix (*see* MHTM, 6/18/15, at 26, attached as Exhibit 1). In my experience, prisoners who are admitted to an inpatient facility are generally the sickest and most vulnerable psychiatric patients in the prison system.

4. It is my understanding that ADC takes the position that "actively psychotic" and "actively suicidal" are not meaningful terms, and that ADC has no way to identify patients who are actively psychotic or actively suicidal. Therefore, ADC wishes to apply Performance Measure 91 only to those patients who are placed on a continuous suicide watch. ADC's position is not correct, and poses a risk of serious harm, including injury and death, to the sickest patients in the ADC system.

5. First, it is not correct that "actively psychotic" and "actively suicidal" are not meaningful terms in psychiatry. In fact, I note that the ADC MHTM uses both of these terms (*see* Ex. 1 at 26). According to the Diagnostic and Statistical Manual of Mental Disorders (DSM–5), a patient is actively psychotic if he or she experiences two or more of the following, each present for a significant portion of time during a 1-month period (or less if successfully treated): delusions, hallucinations, disorganized speech (e.g., frequent derailment or incoherence), grossly disorganized or catatonic behavior, or negative symptoms (i.e., diminished emotional expression or avolition). Although these are the symptoms associated with Schizophrenia, they are commonly encountered in

LEGAL134087496.1

patients who are actively psychotic from any of the psychotic illnesses, such as Bipolar Disorder, Schizoaffective Disorder and Major Depressive Disorder with psychotic features.

6. Suicide is generally defined in the field of psychiatry as the "deliberate act of killing oneself." So a patient is actively suicidal if they possess the wish to die accompanied by a plan for how to carry out the death.

7. Nor is it difficult to identify patients who are actively psychotic or actively suicidal. It is my understanding that there are only approximately 70 to 80 MH-5 prisoners in the entire ADC system, all of whom are housed at the Phoenix facility. As such, the staff should be intimately acquainted with this relatively small number of acutely ill patients. That is, staff has a duty to be familiar with the diagnosis and mental status of each of the patients assigned to their care. If staff is unable to identify those patients under their care that are actively psychotic and actively suicidal, then a much more serious problem with the quality of mental health care exists within the Phoenix facility.

8. ADC's proposal to apply PM 91 only to patients who are on a continuous suicide watch will not adequately capture all those who are actively psychotic or actively suicidal. First, I note that while the ADC MHTM requires that patients who are actively suicidal be placed on a continuous watch, there is no such requirement for those who are actively psychotic. [*See* Ex. 1 at 36] Indeed, on my inspections of ADC facilities, I have seen many patients who were actively psychotic but were not on any watch at all, let alone a continuous watch. [*See* Doc. 1538-1 at 31-32, 34-35 (describing patients who were posturing, responding to internal stimuli, hallucinating, and showing other signs of active psychosis, but were not on watch)]

9. Similarly, it is clear that not all ADC prisoners who are actively suicidal are placed on a continuous watch. A prisoner who dies by suicide is, by definition, actively suicidal at the time of the self-injury leading to death. The fact that ADC continues to experience multiple prisoner suicides shows that not all patients who are actively suicidal are placed on a continuous watch.

Patients who are actively psychotic or actively suicidal are at extreme and sometimes imminent risk of harm. This harm includes but is not limited to self-injurious behaviors. The actively psychotic or actively suicidal patient often lacks adequate nutrition, hydration and proper hygiene. This lack of adequate self-care is due to the fact that these conditions can impair patients' ability to appreciate their need to eat, drink and keep themselves and their surroundings clean. These circumstances can lead to a variety of serious medical conditions as well as exacerbating any pre-existing medical conditions of the patients. Most importantly, being actively psychotic and/or actively suicidal is a harm in itself. If ADC fails to ensure that these patients are seen daily by a mental health clinician or mental health provider as required by Performance Measure 91, there is a significant risk of serious harm, including injury or death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2017.

Pablo Stewart, M.D.

ADDITIONAL COUNSEL:

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org
             dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 4 | Email:    cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | **JONES DAY** |
| | 717 Texas Street |
| 8 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 9 | Email:    jlwilkes@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 12 | 222 East 41 Street |
| | New York, New York 10017 |
| 13 | Telephone:  (212) 326-3498 |
| | Email:    jkmessina@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202 |
| 3 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 4 | Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287 |
| 5 | Email:    skader@azdisabilitylaw.org<br>              adietrich@azdisabilitylaw.org |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL134087496.1                    -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL134087496.1

-7-