# EXHIBIT 1



# Arizona Department of Corrections

# Appendix G of the Health Services Technical Manual

# Revised June 18, 2015

PARSONS v. RYAN, USDC CV12-00601: ADCM273965

ADC Mental Health Technical Manual - Revised 6/18/15               26
Appendix G of the Health Service Technical Manual

    1.4.4.4 Inmates taking psychotropic medications and participating in a structured mental health program shall be seen by a P/PNP a minimum of every ninety (90) days.

### 1.5 MENTAL HEALTH 5 – Inpatient Treatment

  1.5.4 Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and FMHC).

    1.5.4.1 A Mental Health Treatment Staffing shall occur as clinically indicated, and documented on a staffing note (Form #1103-69).

    1.5.4.2 The mental health clinician shall conduct 1:1 contacts every seven (7) days, or more often as clinically indicated.

    1.5.4.3 Any inmate identified as being actively psychotic or actively suicidal by being placed on a Continuous Suicide Watch shall be seen daily (including weekends and holidays) by a mental health provider or clinician.

    1.5.4.4 Inmates admitted to an inpatient psychiatric treatment program shall be seen by a P/PNP a minimum of every thirty (30) days.

    1.5.4.5 Upon discharge, these inmates require placement in a corridor facility. Inmate's score is to remain an MH-5 until he/she is transferred to the receiving unit. The receiving unit's clinician shall change the mental health score to reflect his/her current placement and level of functioning.

### 1.6 SERIOUSLY MENTALLY ILL (SMI)

  1.6.4 All inmates designated SMI (as defined in MHTM Chapter 2, Section 4.0) shall:

    1.6.4.1 Be designated a MH-3A, MH-4, or MH-5 based on their current program placement.

    1.6.4.2 All inmates who have been confirmed as SMI in the community shall also be maintained as SMI in ADC.

    1.6.4.3 All SMI inmates currently receiving psychotropic medications shall be seen by a P/PNP a minimum of every ninety (90) days, unless under a PMRB order, then they shall be seen a minimum of every thirty (30) days.

ADC Mental Health Technical Manual - Revised 6/18/15     36
Appendix G of the Health Service Technical Manual

| | | |
|---|---|---|
| Arizona Department of Corrections | Mental Health Watch Protocol | OPR: Assistant Director Health Services Contract Monitoring Bureau |
| Mental Health Technical Manual | MHTM Chapter 2 Section 8.0 | Supersedes: MHTM 4/18/14 Effective Date: 6/18/15 |

**Reference**: DO 1103.07
             DO 807

**Purpose**: To provide direction regarding assigning and movement between the appropriate level of mental health watch to inmates displaying suicidal ideation, suicidal gestures, and/or bizarre behavior.

**Responsibility**: It is the responsibility of all mental health clinicians and providers to assign the appropriate level of mental health watch to inmates in crisis.

1.0     Continuous Watch:

     1.1     Mental health clinicians or providers shall order a Continuous Watch when an inmate has demonstrated signs or symptoms of significant mental disorder and is acting in a manner indicating imminent suicide risk or risk to others due to a mental illness.

         1.1.1     This watch is for inmates whose mental status has deteriorated and are considered actively suicidal. Any gesture or attempt to self-harm shall necessitate a continuous watch for a minimum of twenty-four (24) hours.

2.0     10 Minute Watch:

     2.1     Mental health clinicians or providers shall order a Ten (10) Minute Watch when an inmate has demonstrated signs or symptoms of significant mental disorder and is acting in a manner indicating high suicide risk and/or risk to others due to a mental illness.

         2.1.1     Any verbal or written communication indicating suicidal ideation by the inmate shall, at a minimum, necessitate a Ten (10) Minute Watch.