1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **ORDER GRANTING**
10  Hefner; Joshua Polson; and Charlotte Wells, on         **MOTION TO SEAL**
    behalf of themselves and all others similarly          **DOCUMENTS ASSOCIATED**
11  situated; and Arizona Center for Disability Law,       **WITH PLAINTIFFS'**
                                                           **PROPOSED AGENDA FOR**
12                      Plaintiffs,                         **JANUARY 11, 2017**
                                                           **HEARING AND STATUS**
13           v.                                            **REPORT**

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

                        Defendants.
17

18           This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Proposed Agenda for 1/11/17 Hearing and Status Report, and finding good

20   cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to

21   seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 1 through 3 to the

22   Declaration of David C. Fathi).

23

24

25

26

27

28

134091684.1