# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
|     Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
|     Defendants. | |

    The Court having reviewed Defendants' Motion for Leave to File under Seal (Doc. 1843), and good cause appearing,

    **IT IS ORDERED** that the Motion for Leave to File under Seal is GRANTED.

    **IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' proposed lodged Declaration of Daniel P. Struck in support of Defendants' Response to Plaintiffs' Motion to Modify the Stipulation (Doc. 1790).

    Dated this 11th day of January, 2017.

    David K. Duncan
    United States Magistrate Judge