1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9 Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-DKD |
| 10  Plaintiffs, | |
| 11 v. | **ORDER** |
| 12 Charles L. Ryan, et al., | |
| 13  Defendants. | |

15        This Court having reviewed Plaintiffs' Motion to Seal Documents Associated with

16 Plaintiffs' Proposed Agenda for January 11, 2017 Hearing and Status Report (Doc.

17 1853), and finding good cause,

18        **IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal and instructs the

19 clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits

20 1 through 3 to the Declaration of David C. Fathi).

21        Dated this 11th day of January, 2017.

22
23
24

_____
David K. Duncan
United States Magistrate Judge

25
26
27
28