# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

During the January 11, 2017 Status Hearing, Defendants provided information regarding their newly-implemented "open clinic" program, which provides certain inmates in particular facilities access to the medical units during appointed times to see registered nurses who can address their health concerns. The description of this new process, however, raises concerns about the reliability of the monitoring of Health Care Performance Measures 36 and 37. It appeared from Defendants' description that inmates who access the open clinic must bring a completed Health Needs Request form to it during its operating hours. This new system, however, does not appear to provide a mechanism by which inmates who are not able to see a registered nurse during the appointed timeframe can still submit their HNRs in a way that can be monitored. This concern was echoed by Plaintiffs' counsel, who indicated that inmates have recently reported an inability to submit HNRs if they were not seen at the open clinic.

Of course, submission of the HNR is necessary to trigger Performance Measures 36 and 37 to screen HNRs and for sick call inmates to see an RN within 24 hours. If *all*

HNRs are not logged or captured, the Monitoring Guide's mandate to determine compliance by reviewing the HNR log will only capture HNRs from inmates who were seen, thereby inflating compliance numbers in error.

Therefore, in anticipation of the January 26, 2017 hearing to address any remaining Monitoring Guide disputes, the Court will require Defendants to submit a response appropriately supported by affidavit testimony describing the HNR submission process in facilities utilizing open clinics and how that process ensures that all HNRs are captured as contemplated by PM 36 & PM 37. Plaintiffs may respond to that submission by January 23, 2017.

The Court will further direct Defendants to disclose to Plaintiffs and to the Court no later than January 18, 2017, a final version of the Monitoring Guide that incorporates all of the Court's rulings. Plaintiffs must review the Monitoring Guide and notify Defendants and the Court no later than January 23, 2017, of any challenges to the methodologies provided therein.

**IT IS THEREFORE ORDERED** that Defendants must provide a Response addressing HNR submissions at open clinic facilities no later than January 18, 2017. Plaintiffs may respond by January 23, 2017.

**IT IS FURTHER ORDERED** that Defendants must provide to Plaintiffs and to the Court a final version of the Monitoring Guide that incorporates all of the Court's rulings no later than January 18, 2017. Plaintiffs must present any challenges to the Monitoring Guide no later than January 23, 2017.

**IT IS FURTHER ORDERED** affirming the hearing to address any remaining Monitoring Guide disputes set for Thursday January 26, 2017 at 1:30 p.m.

Dated this 13th day of January, 2017.

_____
David K. Duncan
United States Magistrate Judge