UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION** |

This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation (Performance Measures 4, 35, 37, 39, 40, 44, 45, 50, 51, 52, 55, 73, 74, 80, 86, 87, 88, 94, 95, 97, and 98) ("Motion to Enforce"), hereby **FINDS** that Defendants are substantially noncompliant with Performance Measures 4, 35, 37, 39, 40, 44, 45, 50, 51, 52, 55, 73, 74, 80, 86, 87, 88, 94, 95, 97, and 98 as outlined in Plaintiffs' Motion to Enforce. Defendants will be required to submit a remedial plan for the following facilities and performance measures:

    1.    Performance Measure 4:  Florence
    2.    Performance Measure 35:  Eyman, Florence, Lewis, Phoenix, Tucson, and Yuma
    3.    Performance Measure 37:  Perryville
    4.    Performance Measure 39:  Yuma
    5.    Performance Measure 40:  Eyman, Lewis, and Tucson
    6.    Performance Measure 44:  Douglas, Eyman, Florence, Lewis, and Tucson

134133409.1

7. Performance Measure 45:  Florence, Lewis, Tucson, and Yuma
8. Performance Measure 50:  Florence
9. Performance Measure 51:  Eyman, Florence, Lewis, Tucson, and Yuma
10. Performance Measure 52:  Florence, Perryville, Tucson, and Yuma
11. Performance Measure 55:  Eyman and Tucson
12. Performance Measure 73:  Perryville and Tucson
13. Performance Measure 74:  Perryville
14. Performance Measure 80:  Perryville
15. Performance Measure 86:  Tucson
16. Performance Measure 87:  Perryville
17. Performance Measure 88:  Tucson
18. Performance Measure 94:  Perryville and Winslow
19. Performance Measure 95:  Lewis, Tucson, and Winslow
20. Performance Measure 97:  Lewis
21. Performance Measure 98:  Perryville and Tucson

**IT IS THEREFORE ORDERED** that Defendants shall submit a plan to be approved by the Court to remedy the deficiencies as identified by the Court by _____, 2017.  Plaintiffs shall have until _____, 2017 to file any comments.  The Court will then address those measures at a hearing set for _____, 2017 at _____ a.m./p.m., Courtroom 305, 401 West Washington Street, Phoenix, Arizona.

134133409.1                                                    -2-