Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF DAVID C. FATHI** |

LEGAL134126287.1

I, DAVID C. FATHI, DECLARE:

1. I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a July 29, 2016 Notice of Substantial Non-Compliance, sent by Plaintiffs to Defendants.

3. Attached hereto as Exhibit 2 is an October 4, 2016 Notice of Substantial Non-Compliance, sent by Plaintiffs to Defendants.

4. Attached hereto as Exhibit 3 is an August, 29, 2016, response from Defendants to Plaintiffs' July 29, 2016 Notice of Substantial Non-Compliance.

5. Attached hereto as Exhibit 4 is a November 3, 2016, response from Defendants to Plaintiffs' October 4, 2016 Notice of Substantial Non-Compliance.

6. Attached hereto as Exhibit 5 is an excerpt from Defendants' January 10, 2017 Monitor Guide, provided by Defendants to Plaintiffs on January 10, 2017.

7. Defendants' October 2016 CGARs for PM 94 (and several other Performance Measures) were prepared using Defendants' newly-invented "partial compliance" methodology, under which Defendants no longer determined whether each individual patient file was compliant or noncompliant with the Performance Measure. [*See* Doc. 1760-1 at 132 (Defendants' November 14, 2016 Monitor Guide for PM 94)] On December 14, 2016, the Court invalidated this methodology, ordering Defendants to return to the binary methodology that had been previously employed throughout the life of the Stipulation. [Doc. 1831 at 1-2]

8. Attached hereto as Exhibit 6 and filed under seal is the October 2016 CGAR report for PM 94 at ASPC-Perryville, Bates-stamped ADCM750536. This and the other CGAR documents cited in this declaration been produced to Plaintiffs by Defendants. Using the "partial credit" method previously invalidated by the Court, Defendants have given themselves a compliance score of 84.62%. Using the binary method ordered by the Court yields a failing compliance score of **40%.**

LEGAL134126287.1

9.      Attached hereto as Exhibit 7 and filed under seal is a document showing Defendants' "re-audited" CGAR scores for Performance Measures 94 and 95 for ASPC-Winslow for January through June, 2016, Bates-stamped ADCM757545-559.

10.     Attached hereto as Exhibit 8 is a January 4, 2017 email from Defendants' counsel Ashlee Fletcher to me, stating that Defendants' "re-audit" of Performance Measures 94 and 95 at ASPC-Winslow described in paragraph 9 above did not comply with the Court's order (Doc. 1745 at 1) that cellfront contacts do not satisfy the requirement that a patient be "seen."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2017 at Washington, D.C.

   s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | Daniel Pochoda (Bar No. 021979)<br>**ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| 4 | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 5 | Email:    kbrody@acluaz.org<br>            dpochoda@acluaz.org |
| 6 | Donald Specter (Cal. 83925)* |
| 7 | Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)* |
| 8 | Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE** |
| 9 | 1917 Fifth Street |
| 10 | Berkeley, California 94710<br>Telephone:  (510) 280-2621 |
| 11 | Email:    dspecter@prisonlaw.com<br>            ahardy@prisonlaw.com<br>            snorman@prisonlaw.com |
| 12 | ckendrick@prisonlaw.com<br>            rlomio@prisonlaw.com |
| 13 | |
| 14 | *Admitted *pro hac vice* |
| 15 | Kirstin T. Eidenbach (Bar No. 027341)<br>**EIDENBACH LAW, PLLC**<br>P. O. Box 91398 |
| 16 | Tucson, Arizona 85752<br>Telephone:  (520) 477-1475 |
| 17 | Email:    kirstin@eidenbachlaw.com |
| 18 | Caroline Mitchell (Cal. 143124)* |
| 19 | Amir Q. Amiri (Cal. 271224)*<br>**JONES DAY** |
| 20 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 21 | Telephone:  (415) 875-5712<br>Email:    cnmitchell@jonesday.com |
| 22 | aamiri@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 25 | 717 Texas Street<br>Houston, Texas 77002 |
| 26 | Telephone:  (832) 239-3939<br>Email:    jlwilkes@jonesday.com |
| 27 | *Admitted *pro hac vice* |
| 28 | |

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
**ARIZONA CENTER FOR DISABILITY LAW**
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL134126287.1

-5-