1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

| | |
|---|---|
| 8   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina | No. CV 12-00601-PHX-DKD |
| 9   Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph | |
| 10  Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly | **ORDER GRANTING MOTION TO SEAL DOCUMENTS ASSOCIATED** |
| 11  situated; and Arizona Center for Disability Law, | **WITH PLAINTIFFS' MOTION TO ENFORCE** |
| 12                              Plaintiffs, | **THE STIPULATION** |
| 13         v. | |
| 14  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division | |
| 15  Director, Division of Health Services, Arizona Department of Corrections, in their official | |
| 16  capacities, | |
|                              Defendants. | |

17

18          This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19  Plaintiffs' Motion to Enforce the Stipulation, and finding good cause, hereby **GRANTS**

20  Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set

21  forth in Plaintiffs' Motion to Seal (Exhibits 6 and 7 to the Declaration of David C. Fathi).

22

23

24

25

26

27

28

134126639.1