Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' NOTICE AND REQUEST FOR TEMPORARY SUSPENSION OF ORDER REGARDING CLOSE CUSTODY (DKT. 1833)** |

Defendants respectfully request this Court temporarily suspend its Order regarding Close Custody issued on December 23, 2016 (Dkt. 1833). The Order required the parties to develop a methodology for implementing the Court's Order (or advise that the parties require the Court's assistance to do so) finding that a close custody classified inmate housed at ASPC-Florence Central who works at least 20 hours a week is not a member of the Stipulation's Subclass.

On January 6, 2017, Defendants filed a Motion for Relief from Order Re: Close Custody. (Dkt. 1847). Defendants therefore request a temporary suspension of the Order as related to close custody classified inmates until such time the Court rules on Defendants' Motion. Defendants further request suspension of the Order where the Court's ruling, if it stands, would affect prison operations related to up to approximately 930 inmates now classified as close custody, assigned to ASPC-Florence Central Unit and ASPC-Perryville-Lumley Special Management Area (Yard 30). And as such, would require substantial resources, analysis, and operational reconfiguration not contemplated by the Stipulation.

DATED this 13th day of January 2017.

                                         STRUCK WIENEKE & LOVE, P.L.C.

                                         By /s/ Rachel Love
                                             Daniel P. Struck
                                             Kathleen L. Wieneke
                                             Rachel Love
                                             Timothy J. Bojanowski
                                             Nicholas D. Acedo
                                             Ashlee B. Fletcher
                                             Anne M. Orcutt
                                             Jacob B. Lee
                                             STRUCK WIENEKE & LOVE, P.L.C.
                                             3100 West Ray Road, Suite 300
                                             Chandler, Arizona 85226

                                             Arizona Attorney General Mark Brnovich
                                             Office of the Attorney General
                                             Michael E. Gottfried
                                             Lucy M. Rand
                                             Assistant Attorneys General
                                             1275 W. Washington Street
                                             Phoenix, Arizona 85007-2926

                                             *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1 | Rita K. Lomio: rlomio@prisonlaw.com

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

     N/A

                               /s/ Rachel Love

4