Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                              Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DEFENDANTS' RESPONSE RE HNR SUBMISSIONS** |

Defendants Charles Ryan and Richard Pratt provide the following response to the Court's January 13, 2017 Order (Dkt. #1862) directing Defendants to provide additional information regarding the submission of Health Needs Requests (HNRs) under the new open clinic concept and monitoring of Performance Measures (PMs) 36 and 37 under the Stipulation.

The open clinic concept was designed collaboratively by Defendants and Corizon to bring Defendants in compliance with PM 37 and essentially functions as an open sick call for inmates in minimum, medium, and close custody. (See Exhibit A: Declaration of Richard Pratt at ¶¶ 11, 17.) Inmates in maximum custody continue to submit their HNRs using the prior process, whereby the inmate submits an HNR through the HNR collection box, the HNR is triaged by a nurse, and the inmate is scheduled to be seen at the medical clinic. (Id. at ¶ 16.)

To accommodate the open clinic concept and to ensure that all inmates are being seen within 24 hours of receipt of an HNR, the medical clinics at each of the participating complexes—Florence, Eyman, Perryville, Lewis, Tucson, and Yuma—are now open from 7:00 am to 7:00 pm. (Id. at ¶ 15.) To maintain separation of differing custody levels and populations that cannot mix, there are specified hours for each minimum, medium, and close custody housing unit to access the medical clinic during the open hours. (Id. at ¶ 16.) There are generally open hours at a clinic in both the morning and the afternoon. (Id. at ¶ 17.)

Under the open clinic concept, an inmate in minimum, medium, or close custody may present to the medical clinic during the specified hours for his or her housing unit with an HNR in hand, and the HNR will be triaged by a licensed practical nurse (LPN) or registered nurse (RN) as required by PM 36. (Id. at ¶ 17.) If the HNR is for routine dental care or mental health care, the inmate is referred to dental or mental health staff and must be seen within the timeframes set forth in the Stipulation. (Id. at ¶ 18.) If the HNR is for routine medical care, the inmate is seen the same day by an RN or a medical provider as required by PM 37. (Id.) Inmates are not turned away, even if not all inmates

1

1  are seen within the allotted hours for their respective housing unit, and the medical clinic
2  will stay open as long as necessary to ensure that all inmates who are waiting for routine
3  medical care are seen that day. (Id. at ¶ 19.)
4      Inmates who are on work crews that leave the complex during day may submit
5  their HNRs prior to going to work and will be scheduled to be seen when they return from
6  work, or they may present to the medical clinic during open clinic hours with their HNRs
7  after they return from work. (Id. at ¶ 21.)
8      If an inmate wishes to submit an HNR outside of the hours in which the clinic is
9  open for his or her housing unit, the inmate may submit the HNR in the HNR collection
10 box. (Id. at ¶ 20.) The HNR will be triaged by nursing staff, and the inmate will be seen
11 during the next open period for his or her housing unit, such that the inmate is still seen
12 within 24 hours of the HNR request, and the HNR is still tracked for PMs 36, which
13 requires that HNRs are triaged within 24 hours of receipt by an LPN or RN, and 37, which
14 requires that inmates who submit an HNR for routine medical care are seen within 24
15 hours. (Id.)
16     These processes ensure that inmates are able to submit HNRs in multiple ways to
17 request and receive routine medical care within 24 hours of submission of their HNRs,
18 whether the submission of the HNR occurs in person through the open clinic process or
19 through placement of the HNR in the collection box. (Id. at ¶ 23.)
20     If an inmate has an urgent or emergent need for medical care outside the hours in
21 which the clinic serves his/her housing unit, security staff may initiate an ICS or contact
22 medical staff, who may either request that the inmate be brought to an open medical clinic
23 or may come to the inmate's location. (Id. at ¶ 22.)
24     Defendants have developed a tracking system, referred to as the dashboard,
25 whereby Corizon reports daily on the HNRs submitted/received for medical care that day,
26 the HNRs that were seen by nursing staff that day, and any backlog of HNRs that were not
27 seen within 24 hours of submission (in person or through the HNR collection boxes) for
28 routine medical care. (Id. at ¶ 25; *see* also Attachment A to the Declaration of Richard

1  Pratt.)  Defendant Pratt reviews each of the dashboards daily, and since the
2  implementation of the open clinic concept, all inmates have been seen within 24 hours of
3  receipt of an HNR for medical care, regardless whether the inmate submitted the HNR in
4  person during open clinic hours or placed the HNR in the collection box.  (Pratt Decl. at
5  ¶¶ 25, 27.)  Based on the daily reports, Defendants anticipate that the December CGAR
6  results for PM 37 will reflect 100% compliance. (Id. at ¶ 28.)

DATED this 18th day of January 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1 | Rita K. Lomio:  rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck