**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF RICHARD PRATT** |

I, **RICHARD PRATT**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been working with the Arizona Department of Corrections ("ADC") since July 2000, not including from October 2009 to July 2011, when I was employed elsewhere.

3. In February 2012, I was appointed Interim Assistant Director of ADC's Health Services Bureau following Dr. Michael Adu-Tutu's retirement. When Health Services was privatized in July 2012, my title was adjusted to be the Interim Assistant Director of ADC's Health Services Contract Monitoring Bureau.

4. When Arthur Gross was hired to be the Assistant Director in October 2012, my position changed to Program Evaluation Administrator.

5. I was placed under a temporary special assignment as the Interim Assistant Director on March 1, 2014, when Mr. Gross retired.

6. I was named Assistant Director on August 2, 2014.

7. As Assistant Director, I am responsible for providing managerial oversight and direction to the Health services Contract Monitoring Bureau to monitor the contracted vendor's compliance with all aspects of the health services contract. I am also responsible for reviewing and responding to internal and external inquiries pertaining to compliance issues, contract specifications, reports, inspections, staffing levels and legal mandates of inmate healthcare, mental health care, and dental care services.

8. I am familiar with ADC's policies and practices pertaining to healthcare, including medical care, dental care, and mental health care, the privatization of ADC healthcare, ADC's contract with Corizon, Corizon's responsibilities under that contract, and the Health Services Contract Monitoring Bureau's monitoring of Corizon's care to ADC inmates.

9. I am also familiar with the *Parsons* litigation, the resulting Stipulation, and the monitoring and reporting of the performance measures in the Stipulation.

10. I have reviewed the Court's November 10, 2016 Order that requires ADC to use all "available community health care services including, but not limited to, commercial pharmacies, community-based practitioners, urgent care facilities, and hospitals," "immediately following the expiration of the time-frame detailed in each [performance measure]" in the Stipulation. (Dkt. 1754 at 4.)

11. The open clinic was developed by Corizon and ADC in direct response to the Court's November 10, 2016 Order requiring outside transports and was intended to ensure Defendants' compliance with performance measure 37, which requires that inmates be seen within 24 hours of submission of a Health Needs Request (HNR) for routine medical care.

12. HNRs for routine dental care and mental health care continue to be addressed through referrals to dental and mental health staff and must be seen within the timelines provided in the Stipulation.

13. I was present at the January 11, 2017 status hearing and have reviewed the Court's January 13, 2017 Order requesting additional information regarding the open clinic concept and submission of HNRs.

14. I fundamentally disagree with Ms. Kendrick's claims during the January 11, 2017 status hearing that inmates who are not seen during open clinic hours are unable to submit an HNR or that HNRs submitted outside open clinic hours are not monitored or counted for performance measures 36 and 37.

15. With the implementation of the open clinic concept, nursing lines generally run from 7:00 am to 7:00 pm at the participating complexes, which include Florence, Eyman, Tucson, Perryville, Lewis, and Yuma.

16. To accommodate differing custody levels and populations that cannot mix, there are specified hours for each minimum, medium, and close custody housing unit to access the medical clinic during the open hours. Maximum custody inmates continue to submit their HNRs using the HNR collection boxes.

17. Generally, minimum, medium, and close custody inmates are able to present to the medical clinic with their HNRs in hand for a specified block of time in the morning and an additional specified block of time in the afternoon as designated for their housing units.

18. At the open clinic, the HNRs are triaged by a licensed practical nurse (LPN) or registered nurse (RN). If the HNR is for routine dental care or mental health care, the inmate is referred to dental or mental health staff and must be seen within the timeframes set forth in the Stipulation. If the HNR is for routine medical care, the inmate is seen the same day by an RN or a medical provider as required by PM 37.

19. Inmates who are waiting at the medical clinic for medical treatment are not turned away, even if they cannot be seen within the allotted hours for their housing unit, and the clinic will stay open as long as needed to see all the inmates waiting for medical treatment.

20. If an inmate wishes to submit an HNR outside of the hours in which the clinic is open for his/her housing unit, the inmate may submit the HNR in the HNR collection box. The HNR will be triaged by nursing staff, and the inmate will be seen during the next open period for his/her housing unit, such that the inmate is still seen within 24 hours of the HNR request, and the HNR is still tracked for performance measures 36 and 37.

21. Inmates who are on work crews that leave the complex during day may submit their HNRs prior to going to work and will be scheduled to be seen when they return from work, or they may present to the medical clinic during open clinic hours after they return from work.

22. If an inmate has an urgent or emergent need for medical care outside the hours in which the clinic serves his/her housing unit, security staff may initiate an ICS or contact medical staff, who may either request that the inmate be brought to an open medical clinic or may come to the inmate's location.

23. These processes ensure that inmates are able to submit HNRs in multiple ways to request and receive routine medical care within 24 hours of submission of their HNRs, whether submission occurs in person through the open clinic process or through placement of the HNR in the collection box.

24. As the open clinic concept has evolved in practice, it has become evident that different yards have differing demand and volume of requests for medical treatment. To maximize efficiency in staffing, once all inmates desiring medical treatment at a clinic have been seen, nursing staff from that clinic may relocate to another clinic within the same complex to assist with seeing inmates at that clinic, or in the case of Florence and Eyman, nursing staff may relocate to the other complex to assist with seeing inmates at clinics with continued demand.

25. I receive daily reports from each medical unit at each participating complex detailing the HNRs for medical care that day, the HNRs that were addressed that day, and any backlog of HNRs that were not addressed within 24 hours of submission for medical care. These reports are referred to as the dashboards.

26. Attachment A is a dashboard for Lewis complex on January 13, 2017.

27. Based upon my review of the dashboards, the open clinic concept continues to be successful, and all inmates are being seen within 24 hours of submission of an HNR for medical care, regardless whether the inmate submits the HNR in person during open clinic hours or places the HNR in the HNR collection box.

28. I anticipate that the December CGAR results for performance measure 37 will reflect that Defendants are addressing every HNR within 24 hours of submission for medical care.

29. I also anticipate that future CGAR results for performance measure 37 will continue to reflect Defendants' compliance with this measure.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

4

Executed on January 18, 2017.

_____
RICHARD PRATT

5

**ATTACHMENT A**

**ATTACHMENT A**

## TOTAL HNRs RECEIVED and PRESENTED / WALK IN + SCHEDULED
### LEWIS 01/13/2017

| Unit | TOTAL HNRs from HNR Box (A) | HNRs from HNR Box automatically REFERRED (B) | HNRs from HNR Box that require a Nurse Line ENCOUNTER (A - B) | HNRs from HNR Box that were addressed in COMPLETED ENCOUNTER (C) | HNRs from HNR Box not addressed due to other reasons (D) | TOTAL HNRs from Open Sick Call (E) | HNRs from Open Sick Call automatically REFERRED (F) | HNRs from Open Sick Call that require a Nurse Line ENCOUNTER (E - F) | HNRs from Open Sick Call that were addressed in COMPLETED ENCOUNTER (G) | HNRs from Open Sick Call not addressed due to Inmate Refusal | GRAND TOTAL OF HNRs (A + E) | Total HNRs ADDRESSED by COMPLETED ENCOUNTER (C + G) | BACK LOG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morey Unit | 15 | 7 | 8 | 7 | 1 | 19 | 0 | 19 | 19 | 0 | 34 | 26 | 0 |
| Rast Unit | 7 | 3 | 4 | 4 | 0 | 7 | 0 | 7 | 5 | 2 | 14 | 9 | 0 |
| Medical Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stiner Unit | 20 | 10 | 10 | 10 | 0 | 3 | 0 | 3 | 3 | 0 | 23 | 13 | 0 |
| Bachman Unit | 19 | 4 | 15 | 15 | 0 | 4 | 0 | 4 | 3 | 1 | 23 | 18 | 0 |
| Buckley Unit | 19 | 12 | 7 | 2 | 5 | 10 | 4 | 6 | 6 | 0 | 29 | 8 | 0 |
| Barchey Unit | 22 | 17 | 5 | 5 | 0 | 4 | 0 | 4 | 4 | 0 | 26 | 9 | 0 |
| Sunrise Unit | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Eagle Point Unit | 7 | 3 | 4 | 4 | 0 | 1 | 0 | 1 | 1 | 0 | 8 | 5 | 0 |
| Category Totals | 111 | 57 | 54 | 47 | 7 | 48 | 4 | 44 | 41 | 3 | 159 | 88 | 0 |

### REFERRALS FROM HNR BOX HNRs (by department). SECTION (B)

| Unit | IC | Dental | NA - CNA | MD | CR | TX | MH | FHA | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Morey Unit | 3 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | (B) | 7 |
| Rast Unit | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | (B) | 3 |
| Medical Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (B) | 0 |
| Stiner Unit | 2 | 5 | 0 | 0 | 3 | 0 | 0 | 0 | (B) | 10 |
| Bachman Unit | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | (B) | 4 |
| Buckley Unit | 8 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | (B) | 12 |
| Barchey Unit | 10 | 1 | 0 | 5 | 1 | 0 | 0 | 0 | (B) | 17 |
| Sunrise Unit | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | (B) | 1 |
| Eagle Point Unit | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | (B) | 3 |
| Category Totals | 23 | 15 | 1 | 6 | 7 | 1 | 3 | 1 | | 57 |

### NOT ADDRESSED FROM HNR BOX HNRs *(by key code). SECTION (D)

| Unit | A=In Court | B=Released | C=Refused | D=Transferred | E=Hospital | F=Off Site Clinic | G=No Show | H=Visit | I=Other | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morey Unit | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | (D) | 1 |
| Rast Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Medical Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Stiner Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Bachman Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Buckley Unit | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 5 |
| Barchey Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Sunrise Unit | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | (D) | 1 |
| Eagle Point Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (D) | 0 |
| Category Totals | 0 | 0 | 5 | 1 | 0 | 0 | 1 | 0 | 0 | | 7 |

### REFERRALS FROM OPEN SICK CALL HNRs (by department). SECTION (F)

| Unit | IC | Dental | NA | MD | HNR For CR | HNR for TX | MH | FHA | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Morey Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Rast Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Medical Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Stiner Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Bachman Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Buckley Unit | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | (F) | 4 |
| Barchey Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Sunrise Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Eagle Point Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (F) | 0 |
| Category Totals | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | | 4 |

### PROVIDER LINES / REFERRALS AND BACKLOGS

| Unit | # of PATIENTS SCHEDULED | # of PATIENTS SEEN | REFUSALS | MISSED appointment NOT ON SITE *(key codes A,B,D,E,F) | OTHER MISSED appointment *(key codes G,H,I) | PATIENT REFERRALS NOT SEEN WITHIN 14 DAYS | BACK LOG |
|---|---|---|---|---|---|---|---|
| Morey Unit | 10 | 10 | 0 | 0 | 0 | 0 | 0 |
| Rast Unit | 16 | 12 | 4 | 0 | 0 | 0 | 0 |
| Medical Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stiner Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bachman Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Buckley Unit | 6 | 5 | 0 | 0 | 1 | 0 | 0 |
| Barchey Unit | 9 | 9 | 0 | 0 | 0 | 0 | 0 |
| Sunrise Unit | 8 | 5 | 0 | 0 | 3 | 0 | 0 |
| Eagle Point Unit | 13 | 12 | 0 | 1 | 0 | 0 | 0 |
| Category Totals | 62 | 53 | 4 | 1 | 4 | 0 | 0 |

*Key Codes

| A=In Court | D=Transferred | G=No Show |
|---|---|---|
| B=Released | E=Hospital | H=Visit |
| C=Refused | F=Off Site Clinic | I=Other |