Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' NOTICE OF FILING DECLARATIONS OF WARDEN K. CURRIER AND WARDEN C. MOODY RE: ANNUAL MEDICAL TESTING NOTICES POSTED AT ASPC-PERRYVILLE AND ASPC-LEWIS** |

1    Defendants respectfully give notice of filing the Declaration of Warden Kimberly

2  Currier (ASPC-Perryville) and Warden Christopher Moody (ASPC-Lewis) regarding

3  annual medical testing notices posted at ASPC-Perryville and ASPC-Lewis in response to

4  the Court's discussion and order regarding the same at the January 11, 2017 Status

5  Hearing.  *See* January 11, 2017 Transcript of Proceedings, p. 50 at 7.

6    DATED this 18th day of January 2017.

7                    STRUCK WIENEKE & LOVE, P.L.C.

8

9                    By /s/Daniel P. Struck
                        Daniel P. Struck
10                       Kathleen L. Wieneke
                        Rachel Love
11                       Timothy J. Bojanowski
                        Nicholas D. Acedo
12                       Ashlee B. Fletcher
                        Anne M. Orcutt
13                       Jacob B. Lee
                        Mark A. Bracken
14                       STRUCK WIENEKE & LOVE, P.L.C.
                        3100 West Ray Road, Suite 300
15                       Chandler, Arizona  85226

16                       Arizona Attorney General Mark Brnovich
                        Office of the Attorney General
17                       Michael E. Gottfried
                        Lucy M. Rand
18                       Assistant Attorneys General
                        1275 W. Washington Street
19                       Phoenix, Arizona 85007-2926

20                       *Attorneys for Defendants*

21

22

23

24

25

26

27

28

                                1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:        aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:         afettig@npp-aclu.org

Asim Varma:           avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

Jennifer K. Messina:    jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:    jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Kathleen E. Brody     kbrody@acluaz.org

Kirstin T. Eidenbach:   kirstin@eidenbachlaw.com

Maya Abela           mabela@azdisabilitylaw.org

Rose Daly-Rooney:    rdalyrooney@azdisabilitylaw.org

Sara Norman:         snorman@prisonlaw.com

Sarah Eve Kader:     skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:          rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck