# ATTACHMENT A

# ATTACHMENT A

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF CHRIS MOODY** |

I, **CHRIS MOODY**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since November 1995.  I began working as a Correctional Recreation Program Officer II at ASPC-Winslow, promoting through the years to Correctional Officer III (ASPC-Ft. Grant), Correctional Officer III (ASPC-Lewis), Correctional Officer IV (ASPC-Lewis), Correctional Administrator to Central Office, Deputy Warden (ASPC-Florence), Deputy Warden (ASPC-Lewis), Deputy Warden of Operations (ASPC-Lewis), and Warden at ASPC-Lewis Complex in 2014.

3. I am currently the Warden of ADC's ASPC-Lewis prison complex.

4. I have held this position since February 1, 2014.

5. As the Warden of ASPC-Lewis, I oversee the overall operations of the complex to include supervision of all ADC complex staff as well as maintaining and administering ADC policies, procedures, and programs.

6. ASPC-Lewis houses only male inmates.

7. In order to inform the male inmate population as to available medical services specifically for following categories, notices are posted throughout the complex to inform the inmate population of the same.  The notices advise the inmate population of available medical services for:

- Annual influenza vaccination;
- CDC required immunizations for those diagnosed with a chronic condition; and,
- Annual colorectal cancer screening for those between the ages of 50 and 75.

8. The notices are titled "Interested in Health Screenings or Vaccinations?" and contain a large drawing of a cartoon butterfly so as to draw visual attention to the notices.

9.      Specifically, the notices are posted in areas of high volume inmate movement so that the inmate population can see the notices on a regular basis, reminding the inmate population that to obtain the services notice above, an inmate need only submit a written Health Needs Request (HNR) for the same.

10.     The notices are posted in both English and Spanish and are posted on in the following locations at ASPC-Lewis:

**Stiner Unit:**

- Dorm 1 – Control Room window facing the pod, visible to inmates;
- Dorm 1 – Wall in COIII Office;
- Dorm 2 – Control Room window facing the pod, visible to inmates;
- Dorm 2 – Wall in COIII Office;
- Dorm 3 – Control Room window facing the pod, visible to inmates;
- Dorm 3 – Wall in COIII Office;
- Dorm 4 – Control Room window facing the pod, visible to inmates;
- Dorm 4 – Wall in COIII Office;
- Dorm 5 – Control Room window facing the pod, visible to inmates;
- Dorm 5 – Wall in COIII Office;
- Dorm 6 – Control Room window facing the pod, visible to inmates;
- Dorm 6 – Wall in COIII Office;
- Stiner Detention Unit – Wall in Medical exam room;
- Stiner Detention Unit – Wall in COIII Office;
- Stiner Medical Unit – Wall in Exam 1 room;
- Stiner Medical Unit – Wall in Exam 2 room;
- Stiner Medical Unit – Wall in Nurse area;

**Barchey Unit:**

- Dorm 1 – Inmate bulletin board in Horseshoe;
- Dorm 2 – Inmate bulletin board in Horseshoe;
- Dorm 3 – Inmate bulletin board in Horseshoe;

2

- Dorm 4 – Inmate bulletin board in Horseshoe;
- Dorm 5 – Inmate bulletin board in Horseshoe;
- Dorm 6 – Inmate bulletin board in Horseshoe;
- Blue Yard Medical – Painted mural notice on the wall outside exam room;
- Blue Yard Medical – Painted mural notice on the wall inside exam room;
- Red Yard Medical – Painted mural notice on wall of main medical office;
- Red Yard Medical – Wall inside exam rooms;

**Bachman Unit:**

- Dorm 2 – Inmate bulletin board in dayroom;
- Dorm 3 – Inmate bulletin board in dayroom;
- Dorm 4 – Inmate bulletin board;
- Dorm 5 – Inmate bulletin board in dayroom;
- Red Yard Medical – Wall in medical waiting area;
- Bachman Detention Unit -  Wall in inner bay area, B pod;
- Bachman Detention Unit – Wall in inner bay area, A pod;
- Blue Yard Medical – Wall in medical waiting area;

**Morey Unit:**

- Housing Unit 1 Sick Call Area – Wall;
- Housing Unit 1 - A, B, C, D Pods - Control Room window facing the pod, visible to inmates;
- Housing Unit 2 Sick Call Area – Wall;
- Housing Unit 2 - A, B, C, D Pods - Control Room window facing the pod, visible to inmates;
- Housing Unit 3 Sick Call Area – Wall;
- Housing Unit 3 A, B, C, D Pods - Control Room window facing the pod, visible to inmates;

3

- Housing Unit 4 Sick Call Area – Wall;
- Housing Unit 4 - A, B, C, D Pods - Control Room window facing the pod, visible to inmates;
- Morey Unit Medical Hub - Office door and office wall;

**Buckley Unit:**

- Housing Unit 1 – A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 1 – A, B, C, D Pods - Wall in Medical exam room;
- Housing Unit 2 – A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 2 – A, B, C, D Pods - Wall in Medical exam room;
- Housing Unit 3 – A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 3 – A, B, C, D Pods - Wall in Medical exam room;
- Housing Unit 4 – A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 4 – A, B, C, D Pods - Wall in Medical exam room;
- Medical Area – Inmate bulletin board;

**Rast Unit:**

- Housing Unit 1- A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 1 Sick Call waiting room – Wall;
- Housing Unit 1 Sick Call exam room – Wall;
- Housing Unit 2- A, B, C, D Pods – Control Room window facing the pod, visible to inmates;
- Housing Unit 2 Sick Call waiting room – Wall;
- Housing Unit 2 Sick Call exam room – Wall;
- Blue Yard – Dining Area  – Wall;

- Blue Yard – Library - Wall;
- Housing Unit 3A – A1, A2, A3, A4, A5, A6 Pods – Wall;
- Housing Unit 3A Medical exam room – Wall:
- Housing Unit 3A COIII Office – Wall;
- Housing Unit 3B – B1, B2, B3, B4, B5, B6 Pods – Wall;
- Housing Unit 3B Medical exam room – Wall:
- Housing unit 3B COIII Office – Wall;
- Housing Unit 4C – C1, C2, C3, C4, C5, C6 Pods – Wall;
- Housing Unit 4C Medical exam room – Wall:
- Housing unit 4C COIII Office – Wall;
- B-Building: max Medical Area - Wall;
- Corridors – max custody Library Area  – Wall;

**Complex Medical/IPC:**

- Complex Medical Area – Wall;
- Complex Medical In Patient Care – Wall;

**Eagle Point Unit:**

- Housing Unit 1 - Control Room window facing the pod, visible to inmates;
- Housing Unit 2 - Control Room window facing the pod, visible to inmates;
- Housing Unit 3 - Control Room window facing the pod, visible to inmates;
- Housing Unit 4 - Control Room window facing the pod, visible to inmates;
- Housing Unit 5 - Control Room window facing the pod, visible to inmates;
- Housing Unit 6 - Control Room window facing the pod, visible to inmates;

- Medical Area – Waiting Area;
- Programs/Resource Library – Wall;

**Sunrise Unit:[1]**

- Housing Unit 1 - Control Room window facing the pod, visible to inmates;
- Housing Unit 2 - Control Room window facing the pod, visible to inmates;

11.     Photograph examples of the notices are attached hereto.

12.     Attached hereto as Exhibit 1 is a true and accurate photograph of English and Spanish notices located in Stiner Unit, Dorm 4 – Control Room window facing the pod, visible to inmates.

13.     Attached hereto as Exhibit 2 is a true and accurate photograph of English and Spanish notice murals painted on the wall in Barchey Unit, Blue Yard Medical.

14.     Attached hereto as Exhibit 3 is a true and accurate photograph of English and Spanish notices posted in the Bachman Unit, Dorm 2 – Inmate bulletin board in dayroom.

15.     Attached hereto as Exhibit 4 is a true and accurate photograph of English and Spanish notices posted on the Morey Unit Medical Hub - Office door.

16.     Attached hereto as Exhibit 5 is a true and accurate photograph of English and Spanish notices posted in the Morey Housing Unit 2 Sick Call area.

17.     Attached hereto as Exhibit 6 is a true and accurate photograph of English and Spanish notices posted in the Buckley Housing Unit 4 – Control Room window facing the pod, visible to inmates.

18.     Attached hereto as Exhibit 7 is a true and accurate photograph of English and Spanish notices posted in the Rast Housing Unit 2 (close custody) - Control Room window facing the pod, visible to inmates.

---

[1] Inmates housed at Sunrise Unit share the medical area at Eagle Point Unit.

6

19.     Attached hereto as Exhibit 8 is a true and accurate photograph of English and Spanish notices posted in the Rast Housing Unit 3, A2 Pod – wall inside the pod.

20.     Attached hereto as Exhibit 9 are two true and accurate photographs of English and Spanish notices posted in Complex/IPC Medical.

21.     Attached hereto as Exhibit 10 is a true and accurate photograph of the English and Spanish notices posted in the Eagle Point Medical Waiting Area.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _18_ day of January, 2017.


CHRIS MOODY

7

**EXHIBIT 1**

**EXHIBIT 1**



Stiner Dorm 4 control room

**EXHIBIT 2**

**EXHIBIT 2**



Interested in Health Screenings or Vaccinations?

Submit an HNR

For:

- Annual influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic condition.

- Annual colorectal cancer screening for those between the ages of 50 and 75.

Interesado en Proyecciones de Salud o Vacunaciones?

Someter un HNR

Para:

- Vacuna de influenza anual.

- Vacunas requeridas por CDC si es diagnosticado con una condición crónica.

- Examen de cáncer colorectal anual para aquellos entre los años de 50 y 75.

**EXHIBIT 3**

**EXHIBIT 3**



**EXHIBIT 4**

**EXHIBIT 4**



**EXHIBIT 5**

**EXHIBIT 5**



**EXHIBIT 6**

**EXHIBIT 6**

Interesado en Protecciones de Salud o Vacunaciones.



**Someter un HNR para:**

Vacuna de influenza anual

Vacunas requeridas por CDC o es diagnosticada con una condición crónica

Examen de cáncer colorectal anual para aquellos entre los años de 50 y 75

---

Interested in Health Screening or Vaccinations?

**Submit an HNR for:**

Annual influenza vaccination

Required CDC immunizations for those diagnosed with a chronic

Annual colorectal cancer screening for those between the ages of 50 and 75

---

# DO YOU NEED HEALTH CARE?

If you are having a medical emergency, notify a Correctional Officer *Immediately.*

If you need to see a health care professional for non-emergency care, fill out a Health Needs Request (HNR) Form.

You can get an HNR from a Correctional Officer on your unit.

It should be placed in the HNR Box.

There may be a charge for your health care visit unless the fee is waived by law (see ARS 31 - 201.01). However, no one will be refused care because they cannot pay.

---

# ¿NECESITA UNA ATENCION MEDICA?

Si Ud. está sufriendo de una emergencia médica, avise de cuesta antes a un Oficial de Correcciones.

Si Ud. necesita atención médica profesional por un motivo que no sea emergencia, llene un Formulario de Necesidad de Salud (HNR).

Ud. se lo puede pedir a uno de los Oficiales de Correcciones de su unidad.

El formulario HNR se debe colocarse en el cajón de los HNR.

Posiblemente haya que pagar algo por su visita médica a no ser que tales cargos sean perdonados por la ley (véase ARS 31 - 201.01). Sin embargo, a nadie se le puede negar atención por inhabilidad de pagar.

**EXHIBIT 7**

**EXHIBIT 7**



**EXHIBIT 8**

**EXHIBIT 8**



**EXHIBIT 9**

**EXHIBIT 9**

# Interested in Health Screenings or Vaccinations?



## Submit an HNR for:

- Pap smear if between the ages of 21 and 65. Eligible every 36 months or as ordered by your provider

- Annual Influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic

- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider

- Annual colorectal cancer screening for those between the ages of 50 and 75

PARSONS v. RYAN, USDC CV12-00601: ADCM620460

# Interesado en Proyecciones de Salud o Vacunaciónes?



## Someter un HNR para:

- Prueba de papanicolaou si esta entre las edades 21 a 65. Eligible cada 36 meses o por orden de un medico.

- Vacuna de influenza anual

- Vacunas requeridas por CDC si es diagnosticada con una condicion cronica

- Mammografia para las mujers 50 y mayor, entonces cada 24 meses o por orden de un medico

- Examen de cáncer colorectal annual para aquellos entre los años de 50 y 75

PARSONS v. RYAN, USDC CV12-00601: ADCM620461

Interested in Health Screenings or

Vaccinations?



## Submit an HNR for:

- Pap smear if between the ages of 21 and 65. Eligible every 36 months or as ordered by your provider

- Annual Influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic

- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider

- Annual colorectal cancer screening for those between the ages of 50 and 75

Interesado en Proyecciones de Salud o

Vacunaciónes?



## Someter un HNR para:

- Prueba de papanicola003 si esta entre las edades 21 a 65. Eligible cada 36 meses o por orden de un medico.

- Vacuna de influenza anual

- Vacunas requeridas por CDC si es diagnosticada con una condicion cronica

- Mamnografia para las mujeres 50 y mayori, entonces cada 24 meses o por orden de un medico

- Examen de cáncer colorectal annual para aquellos entre los años de 50 y 75

**EXHIBIT 10**

**EXHIBIT 10**

## Health Unit Waiting Area

