**ATTACHMENT B**

**ATTACHMENT B**

1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
12 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
13 Fax:  (480) 420-1696
   dstruck@swlfirm.com
14 kwieneke@swlfirm.com
   rlove@swlfirm.com
15 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
16 afletcher@swlfirm.com
   aorcutt@swlfirm.com
17 jlee@swlfirm.com

18 *Attorneys for Defendants*

19            UNITED STATES DISTRICT COURT
20                 DISTRICT OF ARIZONA

21 Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
22 Center for Disability Law,
                                     Plaintiffs,
23            v.                                         DECLARATION OF KIMBERLY
                                                        CURRIER
24 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
25 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
26 official capacities,
                                     Defendants.
27

28

I, **KIMBERLY CURRIER**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I have been employed by the State of Arizona Department of Corrections ("ADC") since July 1990.  I began my career with ADC working as a Correctional Officer I at ASPC-Winslow/Kaibab Unit, promoting through the years to Correctional Officer II (Winslow), Correctional Programs Officer I (Winslow), Correctional Programs Officer II (Winslow), Correctional Classification Specialist (Winslow), Correctional Officer IV (Winslow), Deputy Warden at ASPC-Perryville (Piestewa Unit), Deputy Warden at ASPC-Perryville, (Santa Maria Unit), Deputy Warden at ASPC-Lewis (Barchey Unit), Deputy Warden of Operations at ASPC-Perryville, and Warden at ASPC-Perryville.

3.      I am currently the Warden of ADC's ASPC-Perryville prison complex.

4.      I have held this position since May of 2016.

5.      As the Warden of ASPC-Perryville, I oversee the overall operations of the complex to include supervision of all ADC complex staff as well as maintaining and administering ADC policies, procedures, and programs.

6.      In order to inform the inmate population as to available medical services specifically for following categories, notices are posted throughout the complex to inform the inmate population of the same.  The notices advise the inmate population of available medical services for:

- Pap smear if between the ages of 21 and 65 - eligible every 36 months or as ordered by a provider;
- Annual influenza vaccination;
- CDC required immunizations for those with a chronic condition;
- Baseline mammogram at minimum age of 50 and then every 25 months or as ordered by a provider; and
- Annual colorectal cancer screening for those between the ages of 50 and 75.

.

1

7.     The notices are titled "Interested in Health Screenings or Vaccinations?" and contain a large drawing of a cartoon butterfly so as to draw visual attention to the notices.

8.     Specifically, the notices are posted in areas of high volume inmate movement so that the inmate population can see the notices on a regular basis, reminding the inmate population that to obtain the services notice above, an inmate need only submit a written Health Needs Request (HNR) for the same.

9.     The notices are posted in both English and Spanish and are posted on in the following locations at ASPC-Perryville:

**Intake**
- Inmate bulletin board located on the west wall;

**Complex**
- Complex Watch Area - Inmate bulletin boards on both A and B run (across from inmate showers);
- Complex Medical Area - Inmate bulletin board (hallway);
- Complex In-Patient Care Area - Inmate bulletin board (hallway);
- Minors Unit - Inmate bulletin board (common area);

**San Carlos**
- Medical - Inmate bulletin board in reception area;
- Medical  - Wall in waiting area;
- Medical - Hallway (leading to provider/nursing offices);
- Library Area - Inmate bulletin board;
- Building A - Bays 1, 2 and 3 – Inmate bulletin boards in the day rooms;
- Building B - Bays 1 and 2 – Inmate bulletin boards in the day rooms;
- Building C - Bays 1, 2 and 3 – Inmate bulletin boards in the day rooms;
- Building D - Bays 1 and 2 – Inmate bulletin boards in the day rooms;

**San Pedro**
- Medical - Inmate bulletin board behind CNA desk;

2

- Medical - Inmate bulletin board in the lobby area;
- Medical - Inmate bulletin board outside Medical area;
- Mail & Property/Store area - Inmate bulletin board;
- A Yard – Inmate bulletin board on wall of Televerde Call Center building (Building 7);
- B Yard - Inmate bulletin board at kitchen exit;

**Santa Cruz**

- Medical - Inmate bulletin board behind CNA desk;
- A Yard – Inmate bulletin board at kitchen exit door;
- B yard – Inmate bulletin board at kitchen exit door;
- C yard – Inmate bulletin board at kitchen exit door;
- D yard – Inmate bulletin board at kitchen exit door;

**Santa Maria**

- Medical – Wall in waiting room, officer's station, nurse's office, and inmate restroom;
- A Yard – Inmate bulletin board at kitchen exit door;
- B Yard – Inmate bulletin board at kitchen exit door;
- Mail & Property/Store area - Inmate bulletin board;
- Sidewalk – Inmate bulletin board at the end of the sidewalk leading to the main yard from Administration;
- Education classroom – Inmate bulletin board on north side of the room;

**Lumley**

- Medical - Inmate bulletin board outside waiting area and posted on nurse's door inside Medical;
- A Yard - Inmate bulletin board and medical office door;
- B Yard-Wing 2 – Inmate bulletin board by CO III's office and window of the Medical Office;
- C Yard-Inmate bulletin board by kitchen exit door;

1      • D Yard-Wing 2 – Inmate bulletin board by CO III's office

2   **Special Needs Unit (Lumley)**

3      • Medical - Wall outside nursing station;

4   **Piestewa**

5      • Medical – Wall inside medical room;

6      • Building A - Bay 1-1 – Inmate bulletin board;

7      • Building A-Bay 2-1- Inmate bulletin board;

8   **Santa Rosa**

9      • Inside medical room;

10     • Building A-Bay 1, 2 and 3 - Inmate bulletin boards;

11     • Main Yard – Inmate bulletin board outside of Administration building.

12     10.    Photograph examples of the notices are attached hereto.

13     11.    Attached hereto as Exhibit 1 is a true and accurate copy of the English

14  language notice posted throughout ASPC-Perryville.

15     12.    Attached hereto as Exhibit 2 is a true and accurate copy of the Spanish

16  language notice posted throughout ASPC-Perryville.

17     13.    Attached hereto as Exhibit 3 are two true and accurate photographs of

18  English and Spanish notices posted in Complex Medical (including zoomed view).

19     14.    Attached hereto as Exhibit 4 are two true and accurate photographs of

20  English and Spanish notices posted in Complex Watch area (including zoomed view).

21     15.    Attached hereto as Exhibit 5 is a true and accurate photograph of English

22  and Spanish notices posted in Intake (including zoomed view).

23     16.    Attached hereto as Exhibit 6 is a true and accurate photograph of English

24  and Spanish notices posted in Intake.

25     17.    Attached hereto as Exhibit 7 are two true and accurate photographs of

26  English and Spanish notices posted in Minors Unit (including zoomed view).

27     18.    In addition to the numerous physical postings of the notices throughout

28  ASPC-Perryville complex, copies of the notices (in both English and Spanish language)

4

1  run on the inmate television system (CCTV) throughout the day – inmates having access

2  to CCTV via communal use televisions and personal in-cell televisions.

3

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Executed this _18th_ day of January, 2017.

6

7

8  KIMBERLY CURRIER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**EXHIBIT 1**

**EXHIBIT 1**

# Interesado en Proyecciones de Salud o Vacunaciónes?



# Someter un HNR para:

- Prueba de papanicolaou si esta entre las edades 21 a 65. Eligible cada 36 meses o por orden de un medico.

- Vacuna de influenza anual

- Vacunas requeridas por CDC si es diagnosticada con una condicion cronica

- Mammografia para las mujers 50 y mayor, entonces cada 24 meses o por orden de un medico

- Examen de cáncer colorectal annual para aquellos entre los años de 50 y 75

**EXHIBIT 2**

**EXHIBIT 2**

# Interested in Health Screenings or Vaccinations?



# Submit an HNR for:

- Pap smear if between the ages of 21 and 65. Eligible every 36 months or as ordered by your provider

- Annual Influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic

- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider

- Annual colorectal cancer screening for those between the ages of 50 and 75

**EXHIBIT 3**

**EXHIBIT 3**



Complex Medical



## Submit an HNR for:

- Pap smear if between the ages of 21 and 65. Eligible every 36 months or as ordered by your provider

- Annual Influenza vaccination

- Required CDC immunizations for those diagnosed with a chronic

- Baseline mammogram at minimum age of 50 and then every 24 months or as ordered by your provider

- Annual colorectal cancer screening for those between the ages of 50 and 75

## Someter un HNR para:

- Prueba de papanicolaou si esta entre las edades 21 a 65. Eligible cada 36 meses o por orden de un medico.

- Vacuna de influenza anual

- Vacunas requeridas por CDC si es diagnosticada con una condición crónica

- Mammografia para las mujeres 50 y mayor, entonces cada 24 meses o por orden de un medico

- Examen de cáncer colorectal anual para aquellos entre los años de 50 y 75

Complex Medical (zoomed)

**EXHIBIT 4**

**EXHIBIT 4**



Complex Watches 2



Complex Watches 2 (zoomed)

**EXHIBIT 5**

**EXHIBIT 5**



Intake

# EXHIBIT 6

# (Referred to in error – Duplicate of Exhibit 5)

**EXHIBIT 7**

**EXHIBIT 7**



Minors Unit



Minors Unit (zoomed)