## Health Unit Waiting Area

