Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO MODIFY THE COURT'S NOVEMBER 10, 2016 ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(a)** <br> **[DOC. 1806]** |

LEGAL134211753.1

Defendants contend that the Court may not include reference to the requirements of the Prison Litigation Reform Act ("PLRA") in its November 10, 2016 order [Doc. 1754] under Federal Rule of Civil Procedure 60(a) for two reasons. Neither reason has merit.

*First*, Defendants contend that "[t]he Court has never found a constitutional violation in this case, and Defendants reject any suggestions that Plaintiffs' constitutional rights are being violated." [Doc. 1845 at 2]* This argument is meritless. At the parties' joint request, the Court found such violations. [*See* Doc. 1458 at 6, Attachment 1 ("[T]he Court hereby finds that the relief set forth [in the Stipulation] is narrowly drawn, extends no further than necessary to correct the violations of the Federal right, and is the least intrusive means necessary to correct the violations of the Federal right of the Plaintiffs."); Doc. 1185 at 14 ¶ 36]  Indeed, those findings are the foundation for the Stipulation, which the Court's November 10, 2016 order properly seeks to enforce.

*Second*, Defendants contend that the Court did not make the requisite "legal conclusion based on factual findings" to support its November 10, 2016 order, and thus that the Court may not include reference to PLRA requirements. [*See* Doc. 1845 at 2] Defendants, however, ignore the extensive record in this case and the Court's contemporaneous statements during the November 2016 status conference (as well as prior status conferences).  The Court spent significant time reviewing compliance data, briefing by the parties, expert opinions, and Defendants' own admissions before arriving at its conclusion that the November 10, 2016 order set forth the only avenue available to it to enforce the Stipulation.  [*See* Doc. 1806 at 19-20; Transcript of Nov. 9, 2016 Status Conference at 9:6-9; 14:11-13]  Thus, Plaintiffs do not ask the Court to "change[] its mind." *Blanton v. Anzalone*, 813 F.2d 1574, 1577 n.2 (9th Cir. 1987) (emphasis omitted). Instead, Plaintiffs ask simply that the Court "memorialize part of its decision" in writing to ensure that its thorough analysis is evident from the face of its order—something the Court has authority under Rule 60(a) to do. *Garamendi v. Henin*, 683 F.3d 1069, 1079

---

* Citations to the Court's docket are to page numbers assigned by the Court's Electronic Case Filing system and not the page number of the documents therein.

LEGAL134211753.1

(9th Cir. 2012) (internal quotation marks omitted); *see also id.* at 1081 (noting that Rule 60(a) authorizes a court to include "explanations and clarifications of [its] original intent").

In any event, shortly after Plaintiffs filed the Rule 60(a) motion, Defendants filed a notice of appeal of the Court's November 10, 2016 order. [*See* Doc. 1817] Accordingly, the Court now may modify that order under Rule 60(a) "only with the appellate court's leave." Fed. R. Civ. P. 60(a). We note that Defendants have challenged the same order under Federal Rule of Civil Procedure 60(b), and that motion remains pending. [*See* Doc. 1779 at 2 n.1] The Court need not obtain leave of the appellate court to rule on that motion. *See* Fed. R. Civ. P. 60(b); Fed. R. App. P. 4(a)(4)(B)(i); *United Nat'l Ins. Co. v. R&D Latex Corp.*, 242 F.3d 1102, 1109 (9th Cir. 2001). The better course, therefore, may be for the Court to include reference to the PLRA in any order on Defendants' Rule 60(b) motion, which would moot Plaintiffs' Rule 60(a) motion.

Dated: January 20, 2017

**PRISON LAW OFFICE**

By:  *s/ Donald Specter*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)** |
|   | Jamelia Morgan (N.Y. 5351176)** |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
|   | Email:   dfathi@npp-aclu.org |
| 6 |              afettig@npp-aclu.org |
|   |              jmorgan@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org
             dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
　　Sarah Kader (Bar No. 027147)
　　Asim Dietrich (Bar No. 027927)
　　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
　　Telephone: (602) 274-6287
　　Email: skader@azdisabilitylaw.org
　　　　　adietrich@azdisabilitylaw.org

　　Rose A. Daly-Rooney (Bar No. 015690)
　　J.J. Rico (Bar No. 021292)
　　Jessica Jansepar Ross (Bar No. 030553)
　　Maya Abela (Bar No. 027232)
　　**ARIZONA CENTER FOR DISABILITY LAW**
　　177 North Church Avenue, Suite 800
　　Tucson, Arizona 85701
　　Telephone: (520) 327-9547
　　Email:
　　　rdalyrooney@azdisabilitylaw.org
　　　　jrico@azdisabilitylaw.org
　　　　jross@azdisabilitylaw.org
　　　　mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 20, 2017, I electronically transmitted the above |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following CM/ECF registrants: |

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

            *s/ D. Freouf*