Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI** |

LEGAL134211265.1

I, DAVID C. FATHI, DECLARE:

1. I am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. I am Director of the ACLU National Prison Project, a position I have held for seven years. I have also served as a staff attorney and senior staff attorney at the National Prison Project. In total I have devoted more than twenty years of my legal practice exclusively to the representation of prisoners in challenges to the conditions of their confinement.

3. Many of the cases I have litigated involve class action and other systemic challenges to medical and/or mental health care in prisons, jails, and other places of detention. These cases include:

   a. *Duvall v. O'Malley*, 2016 WL 3523682 (D. Md. 2016) (class action challenge to inadequate health care and unsafe environmental conditions at Baltimore City Detention Center).

   b. *Flynn v. Doyle*, 2007 WL 805788 (E.D. Wis. 2007) (class action challenge to inadequate medical, mental health, and dental care in Wisconsin's largest women's prison).

   c. *Inmates of the Rhode Island Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006), 2007 WL 2031536 (D.R.I. 2007) (class action challenge to conditions, including medical and mental health care, at juvenile correctional facility).

   d. *Office of Protection and Advocacy v. Choinski*, Civil No. 3:03CV1352 (RNC) (D. Conn.) (challenge to conditions of confinement for mentally ill persons in Connecticut's "supermax" prison).

   e. *Jones'El v. Berge*, 172 F. Supp. 2d 1128, 164 F. Supp. 2d 1096 (W.D. Wis. 2001) (class action challenge to conditions, including mental health care, in Wisconsin's "supermax" prison).

   f. *Casey v. Lewis,* 773 F. Supp. 1365 (D. Ariz. 1991), *rev'd* 4 F.3d 1516 (9th Cir. 1993); 834 F. Supp. 1477 (D. Ariz. 1993); 834 F. Supp. 1553 (D. Ariz. 1992), *aff'd in part and vacated in part* 43 F.3d 1261 (9th Cir. 1994), *rev'd* 518 U.S. 343 (1996); 834 F. Supp. 1569 (D. Ariz. 1993); 837 F. Supp. 1009 (D. Ariz. 1993) (statewide challenge to conditions of confinement in nine Arizona state prisons; resulted in trial court finding that mental health care and accommodations for disabled prisoners were unconstitutional).

g. *Austin v. Department of Corrections*, 876 F. Supp. 1437 (E.D. Pa. 1995), 1993 WL 9042 (E.D. Pa. 1993), 1992 WL 277511 (E.D. Pa. 1992) (statewide challenge to conditions of confinement, including medical and mental health care, in thirteen Pennsylvania state prisons).

4. Along with my co-lead counsel Donald Specter, I represented the plaintiff class in the settlement negotiations that led to the resolution of this case and the entry of the Stipulation (Doc. 1185, 1185-1). I do not recall ADC Director Charles Ryan being present for any of the settlement negotiations in which I participated.

5. In class actions involving prison conditions, it is my practice not to enter into a settlement agreement that is not judicially enforceable. Consistent with that practice, it was my intention from the filing of this case in 2012 that any settlement would have to be enforceable by the Court. That intention is reflected in Paragraph 36 of the Stipulation, which provides that "the Court shall retain the power to enforce this Stipulation through all remedies provided by law, except that the Court shall not have the authority to order Defendants to construct a new prison or to hire a specific number or type of staff unless Defendants propose to do so as part of a plan to remedy a failure to comply with any provision of this Stipulation."

6. The foundation of a constitutionally adequate prison health care system is a sufficient number of qualified health care staff. Inadequate staffing often leads to dangerous deficiencies in correctional health care; at the same time, prison officials are often reluctant to enhance staffing for financial and other reasons.

7. In this case, our experts repeatedly identified staffing deficiencies as a root cause of the inadequate health care provided to ADC prisoners and the resulting suffering and death. [*See, e.g.*, Doc. 946-3 at 17-21; Doc. 1538-1 ¶¶ 17-18; Doc. 1539 ¶¶ 11-12] For this reason, I would not have agreed to a settlement that completely stripped the Court of the power to order an increase in staff. The final language of the Stipulation represents a compromise, providing that the Court may not order the hiring of "a specific number or type of staff," but preserving the Court's power to order an increase in staffing and to

order the Defendants to submit a plan to do so. This was my understanding and intent regarding this provision of the Stipulation at the time it was negotiated and signed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2017 at Washington, D.C.

    s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          afettig@aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org
          dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: jkmessina@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
**ARIZONA CENTER FOR DISABILITY LAW**
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             jross@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

  s/ D. Freouf

LEGAL134211265.1                                -6-