Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF DONALD SPECTER** |

LEGAL134211602.1

I, DONALD SPECTER, DECLARE:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am the Director of the Prison Law Office and co-lead counsel in this case along with David Fathi.

2. I have extensive experience litigating prison conditions cases, and most of those cases are class actions challenging the constitutional adequacy of the health care provided to those incarcerated in correctional facilities. I have been counsel in the following cases: *Gates v. Deukmejian*, 987 F.2d 1392 (9th Cir. 1993) (conditions, psychiatric and medical care, and HIV discrimination at California Medical Facility); *Madrid v. Gomez*, 889 F. Supp. 1146 (N.D. Cal. 1995) (conditions, medical and mental health care, guard brutality, due process, personal safety, access to law libraries at Pelican Bay State Prison); *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995) (statewide class action on the adequacy of mental health care in California prisons); *Clark v. California*, 123 F.3d 1267 (9th Cir. 1997) (statewide class action on behalf of developmentally disabled California prisoners under the Americans with Disabilities Act); *Armstrong v. Wilson*, 124 F.3d 1019 (9th Cir. 1997) (statewide class action on behalf of physically disabled California prisoners under the Americans with Disabilities Act and the Rehabilitation Act); *Plata v. Schwarzenegger*, Case No. 3:01-cv-01351-TEH (N.D. Cal. 2001) (statewide class action challenging inadequacy of California prisoner health care); *Valdivia v. Davis*, 206 F. Supp. 2d 1068 (E.D. Cal. 2002) (statewide class action challenging the lack of due process in California Board of Prison Terms parole revocation proceedings); *Perez v. Tilton*, Case No. 3:05-cv-05241-JSW (N.D. Cal. 2005) (statewide class action challenging inadequacy of California prisoner dental care); *Farrell v. Tilton*, Case No. 3079344 (Alameda County Sup. Ct. 2003) (taxpayer action to reform the conditions of confinement, including health care, for wards under the jurisdiction of the Division of Juvenile Justice [formerly California Youth Authority]); *Hall v. Cty. of Fresno*, Case No. 1:11-cv-02047-LJO-BAM (E.D. Cal.) (Consent Decree, Dkt. 112); *Gray v. Cty. of Riverside*, Case No. EDCV 13-0444 VAP (Opx) (C.D. Cal) (Consent

Decree, Dkt. 173); *Topete v. Cty. of San Bernardino*, Case No. 5:16-cv-00355-VAP-DTB (C.D. Cal.) (pending); and *Chavez v. County of Santa Clara*, Case No. 1:15-cv-05277-NJV (N.D. Cal.) (pending).

3. I participated in the settlement discussions between the parties that led to the Stipulation filed in this case. Consistent with my practice in virtually all other class actions, I do not settle a case of this magnitude on behalf of the prisoner class if the relief provided is not judicially enforceable. Accordingly, the Stipulation reserves jurisdiction to the federal court to enforce its terms and grants the court the authority to order all relief required by law except for an order requiring the construction of a new prison and an order to hire a specific number or type of staff.

4. The provision limiting the court's authority to hire a specific number or type of staff was a compromise between the parties. As defendants Ryan and Pratt make clear in their declarations (Docs. 1842-2 and 1842-3), they did not want the Court to have any power to order an increase in staff. In my experience in cases of this nature, staffing is frequently the key to compliance with a constitutionally adequate health care system, and in virtually every case that I have litigated that involves health care there has been an increase in staff to comply with the requirements of the decree. Therefore, I would not have agreed to a settlement on behalf of the plaintiff class that contained a provision completely prohibiting the court from ordering an increase in staff if that became necessary to enforce the terms of the Stipulation. The provision that is contained in the Stipulation strikes a balance that does not permit the Court to order specific staffing increases, but does allow the Court to order an increase in staffing and to require defendants to submit a plan to do so. This is how I intended the Stipulation to work when it became effective.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2017 at Berkeley, California.

                           s/ Donald Specter
                           Donald Specter

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 4 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 5 | | Telephone: (510) 280-2621 |
| | | Email: dspecter@prisonlaw.com |
| 6 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 7 | | ckendrick@prisonlaw.com |
| | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org
        dpochoda@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
        aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:  jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
|   | 5025 East Washington Street, Suite 202 |
| 3 | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 4 | Phoenix, Arizona 85034 |
|   | Telephone: (602) 274-6287 |
| 5 | Email:   skader@azdisabilitylaw.org |
|   |              adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
| 7 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
| 8 | Maya Abela (Bar No. 027232) |
|   | **ARIZONA CENTER FOR** |
| 9 | **DISABILITY LAW** |
|   | 177 North Church Avenue, Suite 800 |
| 10 | Tucson, Arizona 85701 |
|    | Telephone: (520) 327-9547 |
| 11 | Email: |
|    |    rdalyrooney@azdisabilitylaw.org |
| 12 |    jrico@azdisabilitylaw.org |
|    |    jross@azdisabilitylaw.org |
| 13 |    mabela@azdisabilitylaw.org |
| 14 | *Attorneys for Arizona Center for Disability Law* |

LEGAL134211602.1               -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL134211602.1                    -6-