1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*

14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE DOCUMENTS PURSUANT TO COURT ORDER (DOC. 1862)** |

LEGAL134230056.1

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the following deadlines:

1. Plaintiffs shall have up to and including January 24, 2017 to file their reply to Defendants' Response re: HNR Submissions, filed at Doc. 1873; and

2. Plaintiffs shall have up to and including January 24, 2017 to file their challenges to Defendants' Notice of Provision of Final Version of Monitor Guide Pursuant to Court Order (Dkt. 1862), filed at Doc. 1872.

Dated this 23rd day of January, 2017.

**ACLU NATIONAL PRISON PROJECT**

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

**STRUCK WIENEKE, & LOVE, P.L.C.**

By: s/ Timothy J. Bojanowski
(with permission)
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email: dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
         dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
| 2 | 222 East 41 Street |
|   | New York, New York 10017 |
| 3 | Telephone:  (212) 326-3498 |
|   | Email:    jkmessina@jonesday.com |
| 4 | |
|   | *Admitted *pro hac vice* |
| 5 | |
|   | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
|   | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
|   | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
|   | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 11 | |
| 12 | By:  s/ Maya Abela |
|   |      Sarah Kader (Bar No. 027147) |
| 13 |      Asim Dietrich (Bar No. 027927) |
|   |      5025 East Washington Street |
| 14 |      Suite 202 |
|   |      Phoenix, Arizona 85034 |
| 15 |      Telephone:  (602) 274-6287 |
|   |      Email:    skader@azdisabilitylaw.org |
| 16 | |
|   |        adietrich@azdisabilitylaw.org |
| 17 | |
|   |      Rose A. Daly-Rooney |
| 18 |        (Bar No. 015690) |
|   |      J.J. Rico (Bar No. 021292) |
| 19 |      Jessica Jansepar Ross |
|   |        (Bar No. 030553) |
| 20 |      Maya Abela (Bar No. 027232) |
|   |      **ARIZONA CENTER FOR** |
| 21 |      **DISABILITY LAW** |
|   |      177 North Church Avenue, Suite 800 |
| 22 |      Tucson, Arizona 85701 |
|   |      Telephone: (520) 327-9547 |
| 23 |      Email: |
|   |        rdalyrooney@azdisabilitylaw.org |
| 24 |            jrico@azdisabilitylaw.org |
|   |            jross@azdisabilitylaw.org |
| 25 |            mabela@azdisabilitylaw.org |
| 26 | *Attorneys for Arizona Center for Disability* |
|   | *Law* |
| 27 | |
| 28 | |

LEGAL134230056.1                    -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL134230056.1              -4-