UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DOCUMENTS PURSUANT TO COURT ORDER (DOC. 1862)** |

This Court, having reviewed the Stipulation for Extension of Time to File Documents Pursuant to Court Order (Doc. 1862), and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including January 24, 2017 to file their reply to Defendants' Response re: HNR Submissions, filed at Doc. 1873; and

2. Plaintiffs shall have up to and including January 24, 2017 to file their challenges to Defendants' Notice of Provision of Final Version of Monitor Guide Pursuant to Court Order (Dkt. 1862), filed at Doc. 1872.

134230364.1