# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed the Stipulation for Extension of Time to File Documents Pursuant to Court Order (Doc. 1887). Good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation for Extension of Time to File Documents Pursuant to Court Order (Doc. 1887). Plaintiffs shall have up to and including January 24, 2017, to file (1) their reply to Defendants' Response re: HNR Submissions, filed at Doc. 1873; and (2) their challenges to Defendants' Notice of Provision of Final Version of Monitor Guide Pursuant to Court Order (Doc. 1862), filed at Doc. 1872.

Dated this 24th day of January, 2017.

_____
David K. Duncan
United States Magistrate Judge