1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

15
16                    UNITED STATES DISTRICT COURT
17                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | **NO. CV 12-00601-PHX-DKD** |
| Plaintiffs, | **DECLARATION OF AMY FETTIG REGARDING REVISED MONITORING GUIDES & OPEN CLINIC** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL134245478.1

I, AMY FETTIG, declare:

1. I am an attorney licensed to practice in the District of Columbia, and admitted to this Court *pro hac vice*. I am the Deputy Director of the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I attach hereto as **Exhibit 1** a redlined version of the Monitoring Guide Performance Measures ##1–9 for the isolation subclass submitted by Defendants to the Court on January 19, 2017.

3. I attach hereto as **Exhibit 2** a version of the Monitoring Guide for Performance Measures #1–103 submitted by Defendants to the Court on January 18, 2017.

4. I attach hereto as **Exhibit 3** a version of the Monitoring Guide for Performance Measures #1–103 submitted by Defendants to the Court on January 18, 2017 (redlined version).

5. I attach hereto as **Exhibit 4** two (2) spreadsheets: 1) titled "Ordered Changes," comparing language from the Court's various Orders to the Defendants' revisions to the January 18, 2017 version of the Monitoring Guide; and 2) titled "Other Changes," noting Defendants' Unilateral Changes to the January 18, 2017 version of the Monitoring Guide and Plaintiffs' objections to same.

**Performance Measure 85**

6. Performance Measure 85 provides, "MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medication." [Doc. 1185-1 at 32] Attached here and filed under seal as **Exhibit 5** is the November 2016 CGAR report for PM 85 at ASPC-Florence, Bates-stamped ADCM 772006. Forty-three (43) records were drawn for the sample, but only 23 were actually considered by the Monitor in calculating Defendants' compliance with this Performance Measure; all records designated with a "0" were excluded from the sample. In particular, all records of prisoners who discontinued

LEGAL134245478.1

1  medications prior to October 1, 2016, have been excluded and not considered in
2  calculating Defendants' compliance rate.

**Performance Measure 94**

7.   Performance Measure 94 provides, "All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse." [Doc. 1185-1 at 34]  The protocol for this PM requires that "A minimum of 10 records (if available) per Complex will be reviewed, except ASPC Eyman, where 20 records will be reviewed." [Doc. 1185-1 at 34]  From the effective date of the Stipulation in February 2015 through October 2016, Defendants virtually never sampled more than 20 records per month from Eyman and 10 records per month from other complexes.  However, in the November 2016 CGARs, Defendants sampled 35 records from Eyman; 25 records from Tucson; 20 records from Lewis; and 15 records each from Florence, Perryville, Phoenix, and Yuma.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 24th of January, 2017, in Washington, D.C.

   s/ Amy Fettig
Amy Fettig

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@npp-aclu.org
             afettig@npp-aclu.org
             jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107) |
|   | **PERKINS COIE LLP** |
| 3 | 2901 N. Central Avenue, Suite 2000 |
|   | Phoenix, Arizona 85012 |
| 4 | Telephone: (602) 351-8000 |
|   | Email:  dbarr@perkinscoie.com |
| 5 | agerlicher@perkinscoie.com |
|   | jhgray@perkinscoie.com |
| 6 |   |
|   | Kathleen E. Brody (Bar No. 026331) |
| 7 | Daniel Pochoda (Bar No. 021979) |
|   | **ACLU FOUNDATION OF** |
| 8 | **ARIZONA** |
|   | 3707 North 7th Street, Suite 235 |
| 9 | Phoenix, Arizona 85013 |
|   | Telephone: (602) 650-1854 |
| 10 | Email: kbrody@acluaz.org |
|   | dpochoda@acluaz.org |
| 11 |   |
|   | Kirstin T. Eidenbach (Bar No. 027341) |
| 12 | **EIDENBACH LAW, P.C.** |
|   | P. O. Box 91398 |
| 13 | Tucson, Arizona 85752 |
|   | Telephone: (520) 477-1475 |
| 14 | Email: kirstin@eidenbachlaw.com |
| 15 | Donald Specter (Cal. 83925)* |
|   | Alison Hardy (Cal. 135966)* |
| 16 | Sara Norman (Cal. 189536)* |
|   | Corene Kendrick (Cal. 226642)* |
| 17 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 18 | Berkeley, California 94710 |
|   | Telephone: (510) 280-2621 |
| 19 | Email: dspecter@prisonlaw.com |
|   | ahardy@prisonlaw.com |
| 20 | snorman@prisonlaw.com |
|   | ckendrick@prisonlaw.com |
| 21 |   |
|   | *Admitted *pro hac vice* |
| 22 |   |
|   | Caroline Mitchell (Cal. 143124)* |
| 23 | Amir Q. Amiri (Cal. 271224)* |
|   | **JONES DAY** |
| 24 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 25 | Telephone: (415) 875-5712 |
|   | Email: cnmitchell@jonesday.com |
| 26 | aamiri@jonesday.com |
| 27 | *Admitted *pro hac vice* |
| 28 |   |

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

  s/ Delana Freouf