**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**              DATE: January 11, 2017

Title: Parsons et al vs. Ryan et al
         Plaintiffs    Defendants
================================================================

HON:   David K. Duncan              Judge # 70BL/DKD

        Caryn Smith                 Charlotte Powers
        Deputy Clerk                Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Kathleen Brody, with Donald Specter, Rita Lomio, David Fathi, Amy Fettig, Maya Abela and Jessica Jansepar Ross appearing telephonically, for Plaintiffs

Daniel Struck, Timothy Bojanowski and Rachel Love, with Lucy Rand appearing telephonically, for Defendants
================================================================
**PROCEEDINGS:**    X   Open Court      ____ Chambers      ____ Other

This is the time set for Status Hearing. Court and counsel discuss matters. Discussion is held regarding the monitoring manual and the process for revisions to same. IT IS ORDERED the revision shall be effective after a hearing to be held on January 26, 2017. After this first revision, all further revisions will be made through a proposed change, comments from the other side and the Court deciding on what the current monitoring manual will be based on the aforementioned process.

With respect to the effect of continuous monitoring of actively suicidal and actively psychotic individuals, IT IS ORDERED accepting Defendants' position that the record showing continuous watch can be used to show compliance with the performance measure subject to Plaintiffs being able to demonstrate that it is a failure because it is under inclusive with respect to capturing everyone who should be monitored.

As to Defendants' contention that compliance has been achieved in a group setting, the Court will issue a separate Order.

Discussion is held regarding the alternative dispute resolution mechanism and the gap for this Court knowing what has been exhausted in the ADR program and ripe for the Court to consider.

Several alternatives are presented to the parties to determine the best way to report on the progress.  LATER:  this issue appears to have been addressed, at least in part, by Plaintiffs' filing at docket number 1863.  The Court would still encourage the parties to adapt an updateable spread sheet indicting the current status of review of performance measures.

The Court is informed that Ms. Fettig and Ms. Love are working together regarding the use of force videos.

Argument is heard regarding Performance Measure 94.  IT IS ORDERED Mr. Struck will provide the Court and Plaintiffs, by close of business on January 12, 2017, with the November performance measure compliance report for Performance Measure 94.  Further argument is heard.  IT IS FURTHER ORDERED the report shall include information regarding Performance Measure 66.

The Court informs the parties that the Stipulation at Doc. 1848 has been accepted, the Motion at Doc. 1853 has been granted and the Motion at Doc. 1843 has been granted.

The Court hears Plaintiffs' oral motion for a universal Order to seal versus filing individual Orders to seal for routine filings of medical records.  IT IS ORDERED directing the parties to contact the Clerk of Court to determine if there is a mechanism to allow for this.

Defendants' request for the Court to tour the prison facilities is denied as the Court and staff have previously toured the facilities.  If there is additional information required for the Court to see, Defendants may provide a video.

Argument is heard regarding the open clinic concept.  The Court will review progress upon receipt of the compliance report.

Argument is heard regarding access to medical records of those prisoners who are deceased.  Defendants believe this information is also available electronically and will verify if this is so.  If it is not they will provide PDF files monthly.

Regarding Paragraph 12-C, Plaintiffs do not believe flyers are sufficient regarding annual colorectal screening and mammograms.  Argument is heard.  IT IS ORDERED Defendants shall file their reply to which Plaintiffs shall file their response.  The Court will then rule on the issue.

Argument is heard regarding Plaintiffs' request for documentation defining the word "seen".  Dr. Calcotte is sworn and examined.  Further argument is heard. IT IS ORDERED Defendants shall provide all requested information by no later than January 15, 2017.

IT IS ORDERED setting a Telephonic Hearing for January 26, 2017 at 1:30 PM before this Court.  The next Status Hearing is set for February 8, 2017 at 10:00 AM before this Court.

Time in court:  1 hr 21 min (10:07 AM – 11:28 AM)