# EXHIBIT 1

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | Daniel Pochoda (Bar No. 021979) |
|   | **ACLU FOUNDATION OF ARIZONA** |
|   | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
|   | Telephone: (602) 650-1854 |
| 4 | Email: kbrody@acluaz.org |
|   | dpochoda@acluaz.org |
| 5 | |
| 6 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF** _Brian Creswell_ |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1. My name is Brian Creswell, ADC #199771, and I am a prisoner at ASPC Tucson, Rincon Complex, Housing unit 3C6.
2. I am over the age of eighteen and there is nothing that inhibits my ability to testify truthfully in this declaration. I testify of my own free will.
3. In approximately November 2 2016, a group of ADC staff along with people that I later learned were attorneys for the prisoners came through my housing unit.
4. An attorney named Kirstin stopped to talk to me about medical health needs and treatment of prisoners.
5. As soon as the group entered the housing run, I heard shouting from ASPC staff, which included the warden, Deputy warden, a Captain, and two Sargents.
6. The ASPC staff went to multiple housing doors shouting orders to take down clothing lines that we use to dry our clothing, as well as window coverings.
7. When attorney Kirstin arrived at my door, she explained who she was and why she was there, but it was difficult for me to hear her because of the shouting by ASPC staff.
8. During my conversation with Kirstin, ASPC staff was standing on both sides of her, walking back and forth talking and shouting at prisoners in the cells next to mine.
9. Additionally, ASPC staff were behind Kirsten, in very close proximity to her. We kept getting interrupted because Kirstin was trying to maintain privacy.
10. I didn't feel that I had privacy to talk with the attorney about my healthcare needs.
11. During our conversation, I expressed to Kirstin that I believed

1. that ASPC staff were attempting to intimidate me to keep me from talking with the attorney.

12. As I was talking with Kirstin, I heard ASPC staff threatening that they would give tickets and take away recreation because we were out of "704 compliance."

13. It's my understanding that, when recreation is taken away, it is taken away from the entire building.

14. We had to end our conversation because there was no privacy and because we couldn't hear each other well due to the staff yelling.

15. The next day, I spoke with other prisoners in my housing unit and several told me that they wouldn't talk with the attorneys because they were afraid of retaliation by ASPC staff.

16. In my experience, it's not common for ASPC staff to sweep the run or yell at that volume regarding 704 compliance issues.

17. This declaration was transcribed by attorney Jessica Ross as dictated by me. This declaration is a true and accurate reflection of my testimony.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of January, 2017 in Tucson Arizona.

[signature]

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:  jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# EXHIBIT 2

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Kathleen E. Brody (Bar No. 026331)<br>Daniel Pochoda (Bar No. 021979)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email: kbrody@acluaz.org<br>           dpochoda@acluaz.org |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF** _Ronald Miller_<br>_(#204106)_ |

1. I, Ronald Miller, am above eighteen (18) years of age and there is nothing inhibiting my ability to make this declaration.

2. I am a prisoner in the custody of the Arizona Department of Corrections. I am housed at ASPC-Tucson, Rincon Unit, Housing Unit 3A-3.

3. On or about November 2, 2016 I spoke with Jessica Ross, my attorney on the Parsons v. Ryan case from the Arizona Center for Disability Law.

4. At the time I spoke with Ms. Ross, I was locked in my cell on HU 3A-3.

5. While speaking with Ms. Ross, I observed Deputy Warden Monson taking pictures of cells on the run, as well as pictures of prisoners' identification cards. I thought this was odd because I had never seen it occur before.

6. In addition, for the entire duration of my conversation with Ms. Ross, there several corrections officers in close enough range to overhear our conversation. This made me uncomfortable.

7. I told Ms. Ross that our conversation in the presence of the corrections officers "made me uncomfortable because I have to live here even after you leave."

8. At that point, we tied up loose ends and terminated our conversation.

9. My attorney Kirstin Eidenbach transcribed this declaration with my permission. I have reviewed it, and it is accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of January, 2017 in Tucson, Arizona.

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | Daniel C. Barr (Bar No. 010149)                                                   |
| 2  | Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)             |
|    | **PERKINS COIE LLP**                                                              |
| 3  | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012                      |
| 4  | Telephone: (602) 351-8000                                                         |
| 5  | Email:   dbarr@perkinscoie.com<br>          agerlicher@perkinscoie.com            |
| 6  |          jhgray@perkinscoie.com                                                   |
| 7  | Kirstin T. Eidenbach (Bar No. 027341)<br>**EIDENBACH LAW, PLLC**                  |
|    | P. O. Box 91398                                                                   |
| 8  | Tucson, Arizona 85752<br>Telephone: (520) 477-1475                                |
| 9  | Email:   kirstin@eidenbachlaw.com                                                 |
| 10 | Caroline Mitchell (Cal. 143124)*                                                  |
| 11 | Amir Q. Amiri (Cal. 271224)*<br>**JONES DAY**                                     |
| 12 | 555 California Street, 26th Floor<br>San Francisco, California 94104              |
| 13 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com                     |
| 14 |          aamiri@jonesday.com                                                      |
| 15 | *Admitted *pro hac vice*                                                          |
| 16 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY**                             |
| 17 | 717 Texas Street<br>Houston, Texas 77002                                          |
| 18 | Telephone: (832) 239-3939<br>Email:   jlwilkes@jonesday.com                       |
| 19 | *Admitted *pro hac vice*                                                          |
| 20 | Jennifer K. Messina (N.Y. 4912440)*                                               |
| 21 | **JONES DAY**<br>222 East 41 Street                                               |
| 22 | New York, New York 10017<br>Telephone: (212) 326-3498                             |
| 23 | Email:   jkmessina@jonesday.com                                                   |
| 24 | *Admitted *pro hac vice*                                                          |
| 25 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 26 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua*           |
| 27 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 28 |                                                                                   |