**EXHIBIT 1**

**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

———————————

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, ) ) ) ) ) | No.  CV 12-00601-PHX-DKD |
| ) | |
| Plaintiffs, )  vs. ) ) | Phoenix, Arizona September 8, 2016 9:02 a.m. |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

———————————

**BEFORE:   THE HONORABLE DAVID K. DUNCAN, MAGISTRATE JUDGE**

(*Status Conference*)

Transcriptionist:
Laurie A. Adams
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1   guide to the plaintiffs by the 23rd of September, and then I'd
 2   ask that Mr. Struck and the appropriate person on the
 3   plaintiffs' side to discuss the Court's order this week
 4   regarding the monitoring issues.  If there are any issues
 5   associated with that and you can't resolve them in the
 6   meet-and-confer, we'll take that up at the next scheduled
 7   monthly discovery hearing.
 8          MR. STRUCK:  And I did want to alert the Court that --
 9   and I'm not prepared to discuss them in detail right now, but
10   there were several issues of clarification that we may be
11   seeking.
12          THE COURT:  Okay.
13          MR. STRUCK:  In a motion to clarify and perhaps a
14   motion to reconsider one of them with the Court.  So we intend
15   to get on that quickly.
16          THE COURT:  We'll do this then.  In advance of our
17   next -- when is the -- just a moment.
18          In advance of our next scheduled monthly telephonic
19   conference, the day before, provide a notice to everybody about
20   the issues that you haven't been able to resolve, if any, and
21   the ones that you think you need clarification on.
22          MR. STRUCK:  Okay.
23          THE COURT:  And I will see if I can address it at that
24   hearing.
25          MR. STRUCK:  All right.
```

1    that you have given any thought to or you would like some

2    briefing on, but we think that it's important that there will

3    be some sort of understanding from the parties and the Court

4    with respect to how you view the definition of substantial

5    noncompliance.

6          THE COURT:  Well, I think I addressed this in my order

7    on the 20th of May at Docket 1583 in which I set forth what it

8    was that I understood substantial compliance to mean.  And that

9    is, if you are meeting the threshold that's required by the

10   stipulation for the particular complex in a particular

11   reporting period, what are these letters you say you have to

12   respond to?

13         MR. STRUCK:  Well, the plaintiffs' part of the

14   requirement is they send us a notice of noncompliance, and that

15   starts kind of the process.  Then we go to the mediation and we

16   end up ultimately coming to you.  So we're getting letters from

17   them with respect to performance measures that we say are in

18   substantial noncompliance where there's just one month out of,

19   in a particular facility, that is not compliant.  And I

20   understand.  I read the Court's order.  I remember what you

21   said, but I don't -- it wasn't really clear to me whether you

22   really believe that if one, for example --

23         THE COURT:  Yeah.  I really do believe.

24         MR. STRUCK:  -- if Winslow is out of compliance for

25   one month and in compliance for 11 months that's substantially