**EXHIBIT 3**

**EXHIBIT 3**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

| | | |
|---|---|---|
| Victor Antonio Parsons, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:12-cv-00601-DKD |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | January 11, 2017 |
| Charles L. Ryan, et al, | ) | 10:07 a.m. |
| | ) | |
| Defendants. | ) | |

BEFORE:   THE HONORABLE DAVID K. DUNCAN, MAGISTRATE JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS HEARING

Official Court Reporter:
Charlotte A. Powers, RMR, FCRR, CRR, CSR, CMRS
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 40
Phoenix, Arizona 85003-2151
(602) 322-7250

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1  given day, a common understanding about what the monitoring
2  manual is.  And so we will have a defined monitoring manual and
3  a process for revising the monitoring manual because defendants
4  have made the reasonable point that there are circumstances
5  that change and that the monitoring manual does need to be, in
6  their words, I think, a living document, and that that document
7  needs to be able to reflect that -- that life.
8           But it can't be just one-sided.  It needs to be
9  through a process, otherwise it just becomes whatever the
10 defendants wish at a given moment, and that it's too fluid,
11 really.
12          And so what we'll do is we'll set a process for us to
13 come to an understanding about what the current version is on a
14 given day, and that given day is subject to your -- me checking
15 with your calendars, but I'm going to propose that that given
16 day would be the 26th of January after a hearing in this
17 courtroom at which anyone can appear telephonically who wishes
18 to, rather than appear in person.  But my notion is that on
19 this day, the 26th, or an alternative if there are conflict
20 issues that mean we have to shift to a different day -- we will
21 come up with a -- a common understanding of what the
22 performance monitoring manual is.
23          After that, it can continue to live and to be a living
24 document, but only through a process that reflects a proposed
25 change, comment from the other side, and me making a decision.

**UNITED STATES DISTRICT COURT**

1  And I will decide what the current monitoring manual is, based
2  upon any of those proposed revisions.
3           Getting to that point of the 26th, I think there are
4  at least two issues that remain unresolved that I can give you
5  my decision on.
6           The first issue is, I think, with respect to what the
7  effect is of continuous monitoring for the actively suicidal
8  and actively psychotic. And I have decided that I am going to
9  accept the defendants' position, that the record showing
10 continuous watch that is required by the defendants' own policy
11 for actively suicidal and -- actively suicidal can be used to
12 show compliance with this performance measure, subject to
13 plaintiffs being able to demonstrate that that is a failure
14 going forward because it is underinclusive with respect to
15 capturing everybody who should be monitored who is actively
16 suicidal and, therefore, a reason to think that acceptance of
17 the defendants' position would not be appropriate.
18          The second point that I -- has been greatly discussed
19 and briefed is the, what it exactly means with respect to when
20 the defendants contend that compliance has been achieved in a
21 group setting. And I have looked at this and thought a lot
22 about it, and I'm -- I'm going to issue a written order that
23 explains the logic and rationale and the reasoning of why I
24 believe that in the context of providing medical management of
25 medication for mental illness, that that cannot take place

1   under the stipulation in a group setting; and further, that
2   there are -- of the 14 performance measures that I think that
3   are at issue in this subcategory of what a group setting means,
4   that there are times where the stipulation guides us in terms
5   of the definitions and the exhibits, and there are times where
6   it doesn't provide that specific guidance.  But then the
7   information provided by the expert affidavits, as well as
8   common sense, suggests that you can understand that it doesn't
9   make -- it's not a legitimate position to say that the group
10  setting can satisfy the performance measure at issue.
11          As I cited already the example in particular, I do not
12  think that a group setting that is supposed to be confidential
13  where -- I mean, I don't understand -- well, it's where it's
14  supposed to be a confidential treatment process, I don't see
15  how that can happen in a group setting.  I've read the examples
16  and the arguments.  But again, we're talking about reality, and
17  it's not as if it's talking to the joint chiefs about an
18  upcoming plan and expecting that they all understand that
19  there's serious consequences if somebody divulges something.
20  Those kinds of serious consequences aren't present in this
21  context.  I just don't think that it works.
22          So that is one of the foundational layers that I hope
23  will allow us to go forward in a more constructive way.
24          The second foundational --
25          MR. FATHI:  I beg your pardon, Your -- may I ask a