**EXHIBIT 6**

**EXHIBIT 6**

# Elaine Percevecz

| | |
|---|---|
| **From:** | Anne Orcutt |
| **Sent:** | Tuesday, January 10, 2017 8:35 PM |
| **To:** | ckendrick@prisonlaw.com; David Fathi (dfathi@aclu.org) |
| **Cc:** | Amy Fettig (afettig@aclu.org); kirstin@eidenbachlaw.com; dspecter@prisonlaw.com; Maya Abela (mabela@azdisabilitylaw.org); Lucy Rand; Munoz, Lupe (Lupe.Munoz@azag.gov); Parsons Team; rpratt@azcorrections.gov; ntaylor@azcorrections.gov |
| **Subject:** | Parsons v. Ryan - Draft Monitor Guide Revised 1-10-17 |
| **Attachments:** | Draft Monitoring Guide PMs 1-103 Revised 1-10-17.docx |

Corene and David,

Attached is a revised version of the draft Monitor Guide. The new changes were made in track changes. To facilitate review, we accepted the prior track changes. As we previously agreed, below is a list of the changed measures. Please note that we also added a section regarding cell front encounters to the introductory section of the guide.

<u>We accepted track changes to the following PM #s:</u>
14
21
26
45
46
47
50
51
76
77
78
79
80
81
82
85
86
87
89
90
91
92
93
94
95
96
97
98
99
100
101

1

**We made changes to the following PM #s:**
6
16
27
35
44
66
67
69
73
74
75
76
77
78
79
80
81
82
83
84
85
86
87
88
89
90
91
92
93
94
95
96



**Anne Orcutt**
Attorney
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1635 | aorcutt@swlfirm.com | www.swlfirm.com

2