1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

9

10   Victor Parsons, *et al.*, on behalf of themselves
     and all others similarly situated; and Arizona
11   Center for Disability Law,

                                    Plaintiffs,

12              v.

13   Charles Ryan, Director, Arizona Department
     of Corrections; and Richard Pratt, Interim
14   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
15   official capacities,

                                    Defendants.

16

NO. 2:12-cv-00601-DKD

**ORDER GRANTING
DEFENDANTS' MOTION FOR
LEAVE TO FILE UNDER SEAL**

17        The Court, having reviewed Defendants' Motion for Leave to File under Seal, and

18   good cause appearing,

19        IT IS ORDERED that the Motion for Leave to File under Seal is GRANTED.

20        IT IS FURTHER ORDERED directing the Clerk's Office to file under seal

21   Defendants' proposed lodged Exhibits 4 and 5 to Defendants' Response to Plaintiffs'

22   Motion to Enforce the Stipulation (Dkt. 1863).

23
24
25
26
27
28