# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Leave to File Under Seal (Doc. 1901). Defendants are requesting that the Court seal Exhibits 4 and 5 to Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Doc. 1863). The Court notes that the exact same pages are filed publicly at Doc. 1890-1 at 41. Accordingly,

**IT IS ORDERED** denying Defendants' Motion for Leave to File Under Seal (Doc. 1901).

Dated this 31st day of January, 2017.

_____
David K. Duncan
United States Magistrate Judge