☒ FILED ☐ LODGED
**Jan 31 2017**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. Daniel Alexander Rodriguez #242516
2. A.S.P.C.-Eyman, Browning Unit
3. Cell # 1-A-44, P.O. Box 3500
4. Florence, Arizona 85132

United States District Court
District Of Arizona

Daniel Alexander Rodriguez, on behalf of himself and all others similarly situated,
Plaintiffs
v.
Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director of Health Services, Arizona Department of Corrections, in their official capacities, Defendants.

No. CV-12-00601-PHX-DKD

Motion To Enforce Stipulation

(Hon. David K. Duncan)

The plaintiff Daniel Alexander Rodriguez has filed a Notice of Substantial Non-Compliance (i.e. Document Number 1712) and a Motion To Mediate Dispute (i.e. Document Number 1761) with no response for either from defendants. Whereby he humbly requests this Court to Grant Relief Requested in aforesaid documents pursuant to paragraph 31 of Parsons v. Ryan Stipulation.

1 of 2

1  I, DANIEL ALEXANDER RODRIGUEZ AS AN UNREPRESENTED PARTY,
2  CERTIFY THAT THIS MOTION UNDER PENALTY OF PERJURY IS TRUE TO
3  THE BEST OF MY KNOWLEDGE. FURTHERMORE, I DO HEREBY CERTIFY
4  THAT THE FORM AND PROCEDURE OF THIS PLEADING ARE IN ACCORDANCE
5  WITH THE LOCAL RULES OF THE DISTRICT COURT AND THE FEDERAL
6  RULES OF CIVIL PROCEDURE.

8  RESPECTFULLY, E-FILED ON THIS 31ST DAY OF
9  JANUARY IN THE YEAR 2017 TO ALL PARTIES
10 INTERESTED AND THE CLERK OF THE COURT.

12              By: DANIEL A. RODRIGUEZ

14              [signature],
15              PLAINTIFF.