# TRANSCRIPT ORDER

**AO 435**
AZ Form (Rev. 1/2015)
Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Timothy J. Bojanowski |
| 2. PHONE NUMBER | 480-420-1604 |
| 3. DATE | February 1, 2017 |
| 4. FIRM NAME | Struck Wieneke & Love, PLC |
| 5. MAILING ADDRESS | 3100 W. Ray Road, Ste. 300 |
| 6. CITY | Chandler |
| 7. STATE | AZ |
| 8. ZIP CODE | 85226 |
| 9. CASE NUMBER | 2:12-cv-00601 |
| 10. JUDGE | David K. Duncan |
| 11. DATES OF PROCEEDINGS | January 26, 2017 |
| 12. | |
| 13. CASE NAME | Parsons v. Ryan |
| 14. LOCATION OF PROCEEDINGS | Phoenix |
| 15. STATE | Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Status Hearing | 01/26/2017 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☑ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**E-MAIL ADDRESS:** epercevecz@swlfirm.com

**19. SIGNATURE:** /s/Timothy J. Bojanowski

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

**20. DATE:** 02/01/2017

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY