**EXHIBIT 4**

**EXHIBIT 4**



ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

Draft Revised: 1/18/17

**■ O N I T O R   G U I D E**

inmate is not at the facility will not be counted against the facility for compliance purposes.

Similarly, if a contact is cancelled or delayed due to a "lockdown" or an "ICS where no movement was allowed," those days should not be counted against the facility if it is noted in a non-clinical contact note.

## Cell Front Encounters

For all mental health measures in which an inmate is required to be "seen," any contact done cell front may only be counted as a contact if there is a refusal or a lockdown.

## Group Contacts

Any performance measure that requires being "seen" cannot be done in a group setting unless expressly stated in the performance measure.

Draft Revised: 1/18/17