Michael J. Cohn II 288721

MSPC Lewis/Stiner 5A20

P.O. Box 3100

Buckeye, AZ 85326

United States District Court, Arizona

Parsons, et al.    2:12 cv 601-DKD

    v.    Motion for Relief Under ADA, etc.

Ryan, et al,    (Hon.) David Duncan, John Buttrick

Petitioner, acting Pro se and on behalf of those Similarly Situated respectfully requests relief under Title II of the Americans with Disabilities Act, Rule 504 of the Rehabilitation Act of 1976 and ARS]46-451-457, ]41-1492 et seq (Adult Protective Services, see 454(a)). Petitioner alleges discrimination against the disabled including disparate treatment (intentional) discrimination, disparate impact and failure to provide reasonable accommodations for the mentally disabled and physically disabled. As described in 2:12 cv601-DKD, motion to enforce Stipulation, the State/Dept. of Corrections/Corizon Health, resist compliance with inmate constitutional rights to adequate medical care. In fact, allegedly, a mentally ill man committed suicide in the presence of ADC staff with no meaningful attempt to intervene. The disabled, in particular, have a right to equivalent medical care to that available in the community with the equivalent standards of care. (Disparate treatment, impact, reasonable accommodations) in ARS ]41-1492, et seq. Presently, I allege attorney misconduct by the Attorney General of Arizona for aiding and abetting

discrimination and adult abuse of disabled inmates. By defending the State in this instant case, the State/attorney general recklessly disregards disabled rights by failing to report adult abuse/neglect to the proper authorities (ARS §46-454(a) & Adult abuse/ Neglect/Exploitation is a felony and failure to report the above is a misdemeanor; id. & also ARS §41-1492 et seq.

    This case should be outsourced to private counsel to avoid conflict of interest, E.R. 3.4, 8.4, model code of professional conduct. The attorney general is obligated to protect the rights of the state's disabled citizens, NOT enable their abuse/neglect/exploitation (ARS §46-451-457), including elder abuse/neglect/exploitation. Reckless disregard for constitutional rights/ongoing constitutes, "irreparable harm." (Elrod v. Burns, 1976). As the risk of "unreasonable future harm" is already upheld in ADC. Parsons v. Ryan (9th cir. aff'nd class action, 2014) all inmates including the disabled are "harmed," 8th amndt. U.S. Const. 14th amndt.

    Requested Remedies

1) Release all disabled inmates including the mentally ill to community supervision who are classified non-dangerous so they can obtain adequate medical care.

2) Increase staffing/resources to federally funded/state funded mental health clinics.

3) Provide expedited medical/mental health care to those disabled inmates classified as "dangerous."

4) Provide meaningful, weekly psychotherapy in addition to medication.

5) Provide Professionally led recovery groups weekly in all units and subunits.

6) Contract with publicly/privately funded mental health services to provide the services above if staff shortages exist.

7) Other remedy(ies) as the court sees fit.

8) Compel the Attorney General to protect rights of disabled inmates, ARS § 14,92.09

9) Refer state employees for criminal investigation of abuse/neglect/exploitation of inmates who are disabled or failure to report such abuse/neglect, etc.

Petitioner Credentials

1) Disabled as determined by Social Security Admin

2) Former Psychologist, Doctoral level.

3) Former Behavioral Health administrator

4) Former Part-time University instructor

5) Legal Education includes certificates in:

        Criminal Law
        Torts/Personal Injury    } POST-CONVICTION
        Civil Litigation

Respectfully submitted,

Michael J. Cohn

Michael J. Cohn, Pro Se

NOTICE OF SERVICE

Original e-filed to:   on: 2/2/17
Clerk of the U.S. Dist. Ct.

Copies to:   ON: 2/2/17
ATTNY. General
via e-file Forwarding
per Gen. order 14-17


mailed to:   ON: 2/3/17
Prison Law Ofc.
General Delivery
San Quentin, CA 94964
ATTN, Sarah Hopkins
    counsel for plaintiffs (class action)


Keith D. Manning
Law Enforcement Liaison with ADC
Maricopa Co, ATTNY.
301 W. Jefferson # 800
Phoenix, AZ 85003