# Exhibit 1

# (FILED UNDER SEAL)

# Exhibit 2

# (FILED UNDER SEAL)