1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;       No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on     **MOTION TO SEAL**
     behalf of themselves and all others similarly      **DOCUMENTS ASSOCIATED**
11   situated; and Arizona Center for Disability Law,    **WITH PLAINTIFFS' REPLY**
                                                         **IN SUPPORT OF MOTION**
12                    Plaintiffs,                        **TO ENFORCE THE**
                                                         **STIPULATION**
13            v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17                    Defendants.

18          This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Reply in Support of Motion to Enforce the Stipulation, and finding good cause,

20   hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the

21   documents as set forth in Plaintiffs' Motion to Seal (Exhibits 1 and 2 to the Declaration of

22   Corene Kendrick).

23

24

25

26

27

28

134126639.1