# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed the motions by class members Daniel Rodriguez, Michael Cohn, and Frankie Rodriguez that allege substantial non-compliance with the Stipulation; challenge the manner in which inmates are classified; and seek declaratory judgment, mediation, appointment of a special master, discontinuation of the monitoring duties, relief under the ADA, and the addition of the United States Department of Justice (Docs. 1712, 1744, 1753, 1761, 1807, 1855, 1904, 1909). The Court cannot, however, accept motions from class members unless they are filed by class counsel. The concerns raised in this filing are best addressed by a separate lawsuit or by class counsel.

**IT IS THEREFORE ORDERED** that the Motions at Docs. 1712, 1744, 1753, 1761, 1807, 1855, 1904, 1909 are **denied**.

Dated this 6th day of February, 2017.

_____
David K. Duncan
United States Magistrate Judge