1
2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

| | |
|---|---|
| 8 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| | **ORDER GRANTING MOTION TO SEAL DOCUMENTS ASSOCIATED WITH PLAINTIFFS' LIST OF ISSUES FOR FEBRUARY 8, 2017 STATUS HEARING** |

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

                                      Plaintiffs,

                v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

                                      Defendants.

        This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' List of Issues for February 8, 2017 Status Hearing and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibit 1 to the Declaration of Amy Fettig).

134380882.1