Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>                                    Plaintiffs, <br><br>v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>                                    Defendants. | NO. 2:12-cv-00601-DKD <br><br> **DEFENDANTS' NOTICE RE: ITEMS FROM FEBRUARY 8, 2017 HEARING** |

During the February 8, 2017 monthly status conference, the Court instructed Defendants to file a Notice, by February 15, 2017, advising: (1) whether the plans included for certain measures and facilities in Defendants' Response to Plaintiffs' Motion to Enforce (Dkt. 1900) are Defendants' proposed remediation plans. And if not, whether Defendants will concede that a remediation plan is necessary for any measures subject to Plaintiffs' Motion to Enforce (Dkt. 1863) and what the proposed remedial plans are; (2) whether Defendants will re-audit any measures subject to Plaintiffs' Motion to Enforce based on subsequent Court Orders on monitoring methodology.

## I. MEASURES FOR WHICH DEFENDANTS WILL DEVELOP REMEDIAL PLANS

None of the corrective actions or plans discussed in Defendants' Response to Plaintiffs' Motion to Enforce are proposed remedial plans as defined in Paragraph 36 of the Stipulation. (Dkt. 1185 at 14). Rather, they are informal steps taken by Defendants and Corizon to increase compliance at specific facilities for certain measures. While the Stipulation first requires the Court find Defendants non-compliant with the Stipulation before the Court can require Defendants to submit a remedial plan, Defendants acknowledge that, for some measures at some facilities, remedial plans are warranted. In an effort to streamline the process, and implement the needed plans as soon as possible, Defendants hereby advise the Court they will provide remedial plans for the following measures and facilities:

- Performance Measure 35 – Florence, Lewis, Tucson;
- Performance Measure 37 – Perryville;
- Performance Measure 39 – Yuma;
- Performance Measure 40 – Eyman;
- Performance Measure 44 – Lewis;
- Performance Measure 50 – Florence;
- Performance Measure 52 – Florence, Perryville, Tucson.

///

1

In accordance with prior Court Orders allowing Defendants twenty days to submit remediation plans (Dkts. 1583, 1709), and to allow Corizon sufficient time to develop meaningful and well-developed plans, Defendants will provide these plans to the Court by March 7, 2017.

## II. <u>RE-AUDITS OF MEASURES IMPACTED BY COURT'S MONITORING METHODOLOGY ORDERS</u>

Since the February 8, 2017 hearing, Defendants have been working with Corizon to determine whether re-audits can be accomplished and the amount of time and labor needed to complete the re-audits. As the Court is aware, Plaintiffs' Motion to Enforce encompassed 22 measures. And for each measure, Plaintiffs alleged numerous facilities were substantially non-compliant. (Dkt. 1863). Moreover, given the Court's decision that any month prior to a Court Order on monitoring methodology must be re-audited using the Court-ordered methodology or it is non-compliant, Defendants will also need to determine whether all other measures impacted by the Court's various Orders will be re-audited. As the Court can appreciate, this is an important decision for Defendants to make as it affects the very goal of the Stipulation – the ability for performance measures to drop off.

Further, any re-audit will be a significant undertaking. As the Court is aware, it takes an entire month to monitor every measure at every facility, and hundreds of documents must be reviewed each month, for every measure, to determine compliance. To go back and re-pull charts for inmates who may no longer be at the same unit, facility, or incarcerated at all, and re-review their charts is, as the Court can understand, a daunting task. The Court's Orders affect thirty-three measures, and each measure would have to be re-audited at all ten facilities requiring a significant amount of manpower to accomplish the task, which would be virtually impossible.

Finally, Defendants intend to file a motion for reconsideration of the Court's Order requiring re-audits by February 22, 2017. The Court's Order rewards Plaintiffs while severely prejudicing Defendants. Specifically, Plaintiffs are incentivized to lay in wait

2

before alleging Defendants' monitoring methodology is flawed. Indeed, the longer Plaintiffs wait to brief the issue with the Court, the more months Defendants will be required to re-audit or be stuck with non-compliant scores. As such, Defendants request an additional thirty days to advise the Court: (1) whether they will re-audit any measure; and (2) the timeframe needed.

DATED this 15th day of February 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   Mark A. Bracken
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

1 | Rita K. Lomio: rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

5