1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' LIST OF TOPICS AND WITNESSES FOR THE MARCH 8, 2017 EVIDENTIARY HEARING** |

LEGAL134502022.1

The Court has scheduled an evidentiary hearing for March 8, 2017, to address the following topics:

> The Court would appreciate the availability of witnesses competent to address the following issues:
> - Records preservation: who is responsible for maintaining medical records dating back to Feb. 2015?
> - How are records selected to ensure randomization? Who decides how many records to select?
> - What does "n/a" mean? "0"?
> - What is the audit/review process? Who has the authority to change reports? Subject to what documentation process?
> - Does Corizon's contractual ability to challenge percentages impact the data presented to the Court? If so, how?
> - What grounds can Corizon use to challenge data? What rationale would convince ADOC to change data? What's an example of a successful challenge?
> - CGAR interpretation (perhaps employing a demonstrative exemplar which would avoid the potential disclosure of individual health care information).

[Doc. 1915 at 3]

Plaintiffs request the availability of witnesses competent to address the following additional topics:

- For which performance measures would Corizon's electronic health record system be capable of generating institution-wide monthly reports that would capture the same information that currently is only measured by pulling 10 individual files per unit? (To the extent these reports would provide detail on institution-wide performance, it would be more accurate about what is happening in practice than a random sample of ten files.)

- What training and instruction is provided to health care monitors regarding the methodology they should use to measure compliance? What training and instruction has been provided to health care monitors regarding the Court's orders on monitoring methodology?

- What training and instruction is provided to maximum custody monitors regarding the methodology they should use to measure compliance? What training and instruction has been provided to maximum custody monitors regarding the Court's orders on monitoring methodology?

- Qualifications for health care monitor positions.

- Qualifications for maximum custody monitor positions.

LEGAL134502022.1

- What steps are taken to ensure the accuracy of the CGAR reports? Is there any checking or auditing of individual monitors' findings or compliance calculations?

- Have CGAR compliance scores for previous months ever been re-audited, re-calculated, or otherwise altered or modified?

- What staff are involved in the development of the maximum custody compliance findings, including the production and gathering of documents for the notebooks and evaluation of the compliance measures? What training and instruction is given to staff who are not max custody monitors, but who either produce or gather documents used to measure compliance with the max custody performance measures, e.g., proper recording on the Out-of-Cell Tracking Sheets and use of force documents?

- What corrective measures are taken when non-compliant records are found for the maximum custody performance measures?

- How are performance measures rated if two different monitors audit the same measure the same month and come up with different scores?

- Monitoring of the Pharmacy PMs (PMs 11-19), including refills & renewals of prescriptions; tracking of the status of newly-ordered or refilled medications; and how medication administration is tracked via paper MARs and electronically.

- Regarding the Court's questions # 5 and # 6, the Corizon "rebuttal" process more generally.

- How the nursing line and provider line "dashboards" are created and compiled, including what data is included and excluded.

- What is the meaning of the following language from the Monitor Guide? How does it affect calculation of CGAR compliance rates? Why does it apply to some Performance Measures and not others?

    o "If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement)."

Plaintiffs also specifically request the availability of the following witnesses:

- Defendant Richard Pratt, Director, Health Care Monitoring Bureau
- Kathy Campbell, Medical Monitor
- Erin Barlund, Medical Monitor
- Jen Fontaine, Medical Monitor
- Sarah Cartwright, Medical Monitor
- Troy Evans, Medical Monitor
- Martin Winland, Pharmacy Monitor
- Nicole Taylor, Mental Health Monitor
- Dennis Dye, Mental Health Monitor

- Person(s) responsible for reviewing and responding to Corizon's rebuttals
- Maximum custody monitors for each of these facilities: Eyman–SMU I and Browning; Florence Central and Kasson; Lewis–Rast; Perryville Lumley.

Finally, Plaintiffs request that Defendants be ordered to provide to all parties and the Court, at least 48 hours prior to the hearing, the identities of all witnesses they plan to call or make available, and on which issues their testimony will be presented.

Dated:  February 17, 2017

**ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
             afettig@aclu.org
             jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org
             dpochoda@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
| 2 | **JONES DAY**<br>222 East 41 Street |
| 3 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 4 | Email:  jkmessina@jonesday.com |
| 5 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       jross@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL134502022.1               -5-

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf