## Index of Exhibits to Declaration
## of Amy Fettig

**Exhibit 1**     Declaration of Robert Larry Dadisman, dated February 3, 2017

**Exhibit 2**     Declaration of Stephen Waggoner, dated February 3, 2017

**Exhibit 3**     Declaration of David Orr, dated February 3, 2017

**Exhibit 4**     Declaration of Eugene Doerr, dated February 3, 2017

**Exhibit 5**     Declaration of Michael Martinez, dated February 3, 2017

**Exhibit 6**     Declaration of Gonzalo Prudencio, dated February 3, 2017

**Exhibit 7**     Declaration of Jonathan Wilson, dated February 3, 2017

# EXHIBIT 1

1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*
9  **[ADDITIONAL COUNSEL LISTED BELOW]**
10
11              UNITED STATES DISTRICT COURT
12                   DISTRICT OF ARIZONA

| | |
|---|---|
| 13  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| 17              Plaintiffs, | **DECLARATION OF** _____ Robert Larry Dadisman, #161755 |
| 18         v. | |
| 19  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 22              Defendants. | |

1. My name is Robert Larry Dadisman. I am a prisoner in the custody of the Arizona Department of Corrections, ADC # 161755. I am currently housed in Eyman Complex, SMU 1, Wing 1-C-4, Pod 1. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this court.

2. I have been housed in SMU 1 since around November 26, 2016. Before that, I was housed in SMU 11.

3. I am offered mental health groups every Monday — one hour in the morning, one hour in the afternoon.

4. I usually do not go to the morning group because I am asleep. It usually meets 8-9 am or 8:30-9:30 am. I sometimes go if an officer wakes me up.

5. I have refused to go to afternoon group the last couple of times, and I probably will refuse to go until it is better. I refuse to go because it is not useful to me. Some of the instructors do not interact or engage with us. They stand up and read from a book or a piece of paper. Because of my mental health disabilities, I do not process information well in a linear fashion.

//

//

-1-

6. When I was in SMU II in 2016, the groups were helpful. The psychoeducation was presented in a constructive fashion that was engaging and interactive. For example, we played cognitive games like Jeopardy about drug addiction. We learned because we actually had fun.

7. I am offered shower and recreation on Mondays, Thursdays, and Saturdays. On Mondays and Saturdays, I am offered them in the morning. On Thursdays, I am offered them in the afternoon.

8. On Mondays and Saturdays, the officer walks by my cell around 6 am to offer recreation and shower. I am usually asleep at that time. We are woken up between 4-5:30 am for breakfast, and I go back to sleep after. I am on Prozac to help me sleep.

9. I would like to go to recreation and shower on Mondays and Saturdays, but I am unable to do so because the officers walk by my cell and say, "rec and showers." They do not wake me up to ask if I want to go. If I do not respond to them, because I am asleep, they write me down as having refused.

10. I am offered table time for 3 hours a day, Monday through Friday.

11. At table time, an officer cuffs one of my hands to the table in the pod and shackles one of my legs to the table.

12. We are left at the table for 3 hours.

13. The officers do not give us any constructive activities, games, puzzles, or reading material to keep us occupied.

14. Three people are allowed at the table at a time. We have little to talk about except for our lives before prison. But for many of us, those are negative memories. We should receive positive activities to help us build a better life in the future or to keep our minds occupied, away from negative thoughts and memories.

15. When I ask officers for something to do during table time, some tell me that Parsons v. Ryan does not tell them _how_ they're supposed to give me out of cell time, just that they're supposed to give me out of cell time.

16. If I need to use the restroom, officers sometimes make me wait for an hour or more before the officer manning the control room can contact the table time officer who can let me back into my cell to use the toilet. Some officers are more responsive than others. Some officers also won't let me back to the table after using the toilet, even if my table time has not expired.

17. I have refused table time because of the conditions described above, more often than I have refused groups.

//
//

- 3 -

18.  My attorney Rita Lomio has transcribed this declaration with my permission. I have reviewed its contents and it is accurate to the best of my knowledge.

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2  is true and correct.

3    Executed this _3rd_ day of _February_, 2017 in _Florence, Arizona_ .

4                                              (Eyman, SMU 1)

5

6    _Robert Harry Woodman_

7

8  **ADDITIONAL COUNSEL:**

9                                              Donald Specter (Cal. 83925)*
                                              Alison Hardy (Cal. 135966)*
                                              Sara Norman (Cal. 189536)*
10                                            Corene Kendrick (Cal. 226642)*
                                              Rita K. Lomio (Cal. 254501)*
11                                            **PRISON LAW OFFICE**
                                              1917 Fifth Street
12                                            Berkeley, California 94710
                                              Telephone:  (510) 280-2621
13                                            Email:    dspecter@prisonlaw.com
                                                        ahardy@prisonlaw.com
14                                                      snorman@prisonlaw.com
                                                        ckendrick@prisonlaw.com
15                                                      rlomio@prisonlaw.com

16                                            *Admitted _pro hac vice_

17                                            David C. Fathi (Wash. 24893)*
                                              Amy Fettig (D.C. 484883)**
18                                            Jamelia Natasha Morgan (N.Y.
                                              5351176)**
19                                            **ACLU NATIONAL PRISON
                                              PROJECT**
20                                            915 15th Street N.W., 7th Floor
                                              Washington, D.C. 20005
21                                            Telephone:  (202) 548-6603
                                              Email:    dfathi@aclu.org
22                                                      afettig@aclu.org
                                                        jmorgan@aclu.org

23                                            *Admitted _pro hac vice_.  Not admitted
                                              in DC; practice limited to federal
24                                            courts.
                                              **Admitted _pro hac vice_

25

26

27

28

# EXHIBIT 2

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
         dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
*Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF** Stephen Waggoner |

1. My name is Stephen Waggoner. I am a prisoner in the custody of the Arizona Department of Corrections, ADC # 288022. I am currently housed in Eyman complex, Wing 1, Able Cluster, Cell #17. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this Court.

2. My attorney Jamelia Morgan has transcribed this declaration with my permission. I have reviewed its contents and it is accurate to the best of my knowledge.

3. Mental health programming is offered two times per week on Wednesdays and Thursdays. The class is for approximately 3 hours from 10:30 A.M. to 1:30 pm. The class is led by someone from the mental health staff.

4. For approximately three months, I did not attend any mental health classes. I refused to attend mental health classes because of the weather. To attend class, I have to walk outside in cold weather. I do not have enough money to purchase a sweatshirt, which costs $10.00, or a long t-shirt, which also cost $10.00. In addition, the classroom itself is kept very cold; sometimes the AC is left on during winter months.

5. When I do attend the mental health classes, I find that they are boring. The class is usually led by a "psych tech" or an RN. Sometimes there is a discussion on mental health topics, such as stress relief, anger management, and hygiene. However, the classes are not interactive, and it is difficult to stay focused and interested.

6. Overall, I feel as though I am not getting very much out of the mental health classes.

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2    is true and correct.

3    Executed this _3rd_ day of _Feb_ , 2017 in _Eyman Complex Browning_.

4

5                                              _Stephen Andrew Waggoner_

6

7

**ADDITIONAL COUNSEL:**

8                                              Donald Specter (Cal. 83925)*
                                               Alison Hardy (Cal. 135966)*
9                                              Sara Norman (Cal. 189536)*
                                               Corene Kendrick (Cal. 226642)*
10                                             Rita K. Lomio (Cal. 254501)*
                                               **PRISON LAW OFFICE**
11                                             1917 Fifth Street
                                               Berkeley, California 94710
12                                             Telephone:  (510) 280-2621
                                               Email:    dspecter@prisonlaw.com
13                                                        ahardy@prisonlaw.com
                                                          snorman@prisonlaw.com
14                                                        ckendrick@prisonlaw.com
                                                          rlomio@prisonlaw.com
15
                                               *Admitted *pro hac vice*
16
                                               David C. Fathi (Wash. 24893)*
17                                             Amy Fettig (D.C. 484883)**
                                               Jamelia Natasha Morgan (N.Y.
18                                             5351176)**
                                               **ACLU NATIONAL PRISON
19                                             PROJECT**
                                               915 15th Street N.W., 7th Floor
20                                             Washington, D.C. 20005
                                               Telephone:  (202) 548-6603
21                                             Email:    dfathi@aclu.org
                                                         afettig@aclu.org
22                                                        jmorgan@aclu.org

23                                             *Admitted *pro hac vice*.  Not admitted
                                                in DC; practice limited to federal
24                                              courts.
                                               **Admitted *pro hac vice*
25

26

27

28

# EXHIBIT 3

1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: kbrody@acluaz.org
       dpochoda@acluaz.org
5
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6 | *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7 | *Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
8 | *similarly situated*

9 | **[ADDITIONAL COUNSEL LISTED BELOW]**

10

11 | UNITED STATES DISTRICT COURT

12 | DISTRICT OF ARIZONA

13 | Victor Parsons; Shawn Jensen; Stephen Swartz;    No. CV 12-00601-PHX-DKD
Dustin Brislan; Sonia Rodriguez; Christina
14 | Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DECLARATION OF** _____
15 | Hefner; Joshua Polson; and Charlotte Wells, on    David Orr
behalf of themselves and all others similarly
16 | situated; and Arizona Center for Disability Law,    # 2 8 3 5 0 8

17 |                  Plaintiffs,

18 |        v.

19 | Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
20 | Director, Division of Health Services, Arizona
Department of Corrections, in their official
21 | capacities,

22 |              Defendants.

23

24

25

26

27

28

1. My name is David Orr. I am a prisoner in the custody of the Arizona Department of Corrections, ADC # 283508. I am currently housed in Eyman, SMU i, 161, cell B. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this Court.

2. I am offered mental health groups every Monday. The group lasts about an hour, then we are returned to our pod for shift change, and then we are offered another hour of group.

3. Before I can go to group, most times officers strip search me in my cell. Officers then walk my pod to the group area. The officers act disrespectfully; sometimes they scream and yell at us, and call us "losers" and "retards."

4. During group I am chained to a desk. The other prisoners are chained to desks as well.

5. We don't do anything in group. There is no activity, structure, game, or set plan. There is nothing to keep our minds busy.

6. The psych tech does not interact with us positively. Our usual psych tech just sits at a table or walks around. She is condescending and treats people, prisoners and officers alike, disrespectfully. For example, she sometimes makes faces behind the back of a prisoner who smells bad because he cannot control his bladder.

7. I have refused to go to group the last 3 or 4 times because there is no point — it is not useful. Because of the way the officers and psych tech treat me, I am worried that I will act out and get in trouble due to my mental health condition.

8. I can read and write, but many people in my pod cannot. I have written dozens of inmate letters, informal forms, and grievances, on my own behalf and on behalf of others, since arriving at SMU 1, on or around December 15, 2016.

9. Issues that I wrote about include laundry, property, clippers to cut hair, cleaning material and porter assistance (to clean the pod when it smells of urine and feces), clean mattresses (to exchange with those soaked in urine), information on release dates, and information on account balances. I also wrote on behalf of a prisoner who cannot control his bladder and uses diapers. He needed a pile of biohazard bags removed from his cell.

10. All but two of my inmate letters, informal forms, and grievances that I filed on my own behalf (about 15) went unanswered, and the issue was not resolved. About a day before our attorneys arrived on February 2, 2017, officers brought clippers for the pod, handed out clothing, and cleaned the pod. These issues had been neglected the entire time I have been at SMU 1.

//

//

- 2 -

11.   Most people in my pod decided about a week or two ago to refuse programming because of the way we were being treated by officers and because our complaints had not been addressed. Most people refused programming for one or two days.

12.   My attorney Rita Lomio has transcribed this declaration with my permission. I have reviewed its contents, and it is accurate to the best of my knowledge.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2   is true and correct.

3      Executed this _3rd_ day of _February_, 2017 in _Florence, Arizona_.

4                                                    (Eyman, SMU I)

5

6                                    _David Anthony Orr_

7

8   **ADDITIONAL COUNSEL:**

8                                    Donald Specter (Cal. 83925)*
                                     Alison Hardy (Cal. 135966)*
9                                    Sara Norman (Cal. 189536)*
                                     Corene Kendrick (Cal. 226642)*
10                                   Rita K. Lomio (Cal. 254501)*
                                     **PRISON LAW OFFICE**
11                                   1917 Fifth Street
                                     Berkeley, California 94710
12                                   Telephone:  (510) 280-2621
                                     Email:    dspecter@prisonlaw.com
13                                             ahardy@prisonlaw.com
                                               snorman@prisonlaw.com
14                                             ckendrick@prisonlaw.com
                                               rlomio@prisonlaw.com
15

16                                   *Admitted _pro hac vice_

17                                   David C. Fathi (Wash. 24893)*
                                     Amy Fettig (D.C. 484883)**
                                     Jamelia Natasha Morgan (N.Y.
18                                   5351176)**
                                     **ACLU NATIONAL PRISON
19                                   PROJECT**
                                     915 15th Street N.W., 7th Floor
20                                   Washington, D.C. 20005
                                     Telephone:  (202) 548-6603
21                                   Email:    dfathi@aclu.org
                                               afettig@aclu.org
22                                             jmorgan@aclu.org

23                                   *Admitted _pro hac vice_.  Not admitted
                                     in DC; practice limited to federal
24                                   courts.
                                     **Admitted _pro hac vice_

25

26

27

28

EXHIBIT 4

1   Kathleen E. Brody (Bar No. 026331)
    Daniel Pochoda (Bar No. 021979)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: kbrody@acluaz.org
           dpochoda@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*

9   **[ADDITIONAL COUNSEL LISTED BELOW]**

10

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF ARIZONA

13  Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
14  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **DECLARATION OF** Eugene
15  Hefner; Joshua Polson; and Charlotte Wells, on         Doerr (125421)
    behalf of themselves and all others similarly
16  situated; and Arizona Center for Disability Law,

17              Plaintiffs,

18       v.

19  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
20  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
21  capacities,

22              Defendants.

23

24

25

26

27

28

1. My name is Eugene Doerr. I am a prisoner in the custody of the Arizona Department of Corrections, ADC# 125421. I am currently housed in Eyman Complex, Browning Unit, Wing 3 H-9. I am over 18 years old, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this court.

2. I have not attended my mental health group program because I was told by the doctor who ran the group that the judge in the Parsons v. Ryan case ordered the mental health class to be cancelled and replaced with individual counseling at the demand of the ACLU.

3. I found this class very helpful because it helped me socialize and helped me deal with the effects of isolation in maximum custody.

4. I found this group more helpful than other types of out-of-cell time because it allowed me to interact with different groups of people.

5. I stopped going to recreation at the tables in my pod because being double-cuffed is very uncomfortable and makes it impossible to enjoy the time out of my cell or to engage in meaningful activity.

6. My attorney Kirstin T. Eidenbach has transcribed this declaration with my permission. I have reviewed its contents, and it is accurate to the best of my knowledge.

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2   is true and correct.

3   Executed this _3_ day of ~~January~~, 2017 in _Florence, Arizona_.
    *(February)*

4

5

6   *Eugene Doerr*

7

8   **ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

# EXHIBIT 5

1   Kathleen E. Brody (Bar No. 026331)
    Daniel Pochoda (Bar No. 021979)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email: kbrody@acluaz.org
            dpochoda@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*

9   **[ADDITIONAL COUNSEL LISTED BELOW]**

10

11                  UNITED STATES DISTRICT COURT

12                       DISTRICT OF ARIZONA

13  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
14  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF** _____
15  Hefner; Joshua Polson; and Charlotte Wells, on       Michael Martinez
    behalf of themselves and all others similarly         (170777)
16  situated; and Arizona Center for Disability Law,

17                       Plaintiffs,

18          v.

19  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
20  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
21  capacities,

22                       Defendants.

23

24

25

26

27

28

1. My name is Michael Martinez. I am a prisoner in the custody of the Arizona Department of Corrections, ADC 170777. I am currently housed in Eyman Complex, Browning Unit, Wing 1 D 18. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this court.

2. I am housed in an enhanced security unit, and I am to be under a three man escort at all times, always with a Sergeant. My recreation has been cancelled frequently, varying in the number of times from week to week. I have have been told most times that by corrections officers that recreation has been cancelled because a sergeant is not available for an escort.

3. I also refuse recreation because I often end up stuck for 3 to 4 hours without access to a restroom or water because the sergeant in unavailable or busy elsewhere.

4. I frequently refuse showers because I end up locked in the shower for hours when a sergeant isn't available. I have to go directly from recreation to the shower, which means I am denied access to a restroom for an even greater length of time.

5. I have been told by corrections officers that I will be let out of my cell for two hours to spend time at the tables in the pod. This has, up to the date of this declaration, never happened. I would take advantage of this program if it were offered to me.

6. I have been told by corrections officers that I am supposed to get 2 phone calls each week. It is a good week if a single phone makes it into our cluster, once a week and the whole cluster has to use that same phone. I am lucky if I get one phone call a week.

7. My attorney Kirstin T. Eidenbach has transcribed this declaration with my permission. I have reviewed its contents, and it is accurate to the best of my knowledge.

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2    is true and correct.

3    Executed this  3  day of ~~January~~ February, 2017 in  Florence, Arizona .

4

5                                                    Michael Martinz

6

7

8    **ADDITIONAL COUNSEL:**

                                          Donald Specter (Cal. 83925)*
9                                         Alison Hardy (Cal. 135966)*
                                          Sara Norman (Cal. 189536)*
                                          Corene Kendrick (Cal. 226642)*
10                                        Rita K. Lomio (Cal. 254501)*
                                          **PRISON LAW OFFICE**
11                                        1917 Fifth Street
                                          Berkeley, California 94710
12                                        Telephone:  (510) 280-2621
                                          Email:    dspecter@prisonlaw.com
13                                                  ahardy@prisonlaw.com
                                                    snorman@prisonlaw.com
14                                                  ckendrick@prisonlaw.com
                                                    rlomio@prisonlaw.com
15
                                          *Admitted *pro hac vice*
16
                                          David C. Fathi (Wash. 24893)*
17                                        Amy Fettig (D.C. 484883)**
                                          Jamelia Natasha Morgan (N.Y.
18                                        5351176)**
                                          **ACLU NATIONAL PRISON
19                                        PROJECT**
                                          915 15th Street N.W., 7th Floor
20                                        Washington, D.C. 20005
                                          Telephone:  (202) 548-6603
21                                        Email:    dfathi@aclu.org
                                                    afettig@aclu.org
22                                                  jmorgan@aclu.org

23                                        *Admitted *pro hac vice*.  Not admitted
                                          in DC; practice limited to federal
24                                        courts.
                                          **Admitted *pro hac vice*
25

26

27

28