# EXHIBIT 6

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Kathleen E. Brody (Bar No. 026331)<br>Daniel Pochoda (Bar No. 021979)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email: kbrody@acluaz.org<br>　　　　dpochoda@acluaz.org<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 9 | **[ADDITIONAL COUNSEL LISTED BELOW]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF** _Gonzalo Prudencio_<br>(#228551) |

1. My name is Gonzalo Prudencio. I am a prisoner in the custody of the Arizona Department of Corrections, ADC # 228551. I am currently housed in Eyman Complex, Browning Unit, 1-A-5-47. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this court.

2. Frequently corrections officers do not offer me recreation on the days I am scheduled to have it. Typically, the corrections officers come through my run between 6:00 a.m. and 6:30 a.m. If I am asleep when they get to my run, they will not wake me to offer me recreation. There are days where scheduled recreation is not offered at all.

3. When the corrections officers do offer scheduled recreation, if I am not immediately ready, I am marked as a refusal. While corrections officers are supposed to give me a thirty minute warning in advance of recreation, this never happens, which makes it very difficult to be ready for scheduled recreation.

4. The lack of a restroom on the recreation yard and in the shower prevents me from always going to them. There have been times I have been stuck on the recreation yard or in the shower for hours without access to a bathroom, which is very uncomfortable.

5. Most of the time, I have no access to water during recreation, which also prevents me from taking full

advantage of recreation.

6. While housed at Easy Cluster in Browning Unit, I attended a mental health class once a month. I found this class helpful because it got me out of my cell and I was able to communicate with other people. In mid-November 2016, I was moved to Able Cluster and have not been offered the class since. If this class was offered again, I would take it.

7. My Attorney Kirstin T. Eidenbach has transcribed this declaration with my permission. I have reviewed its contents and it is accurate to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **3** day of ~~January~~ *February*, 2017 in **Florence, Arizona**.

[signature]

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

# EXHIBIT 7

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | Daniel Pochoda (Bar No. 021979) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: kbrody@acluaz.org |
| | dpochoda@acluaz.org |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF** Jonathan Wilson (#207769) |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1. My name is Jonathan Wilson. I am a prisoner in the custody of the Arizona Department of Corrections, ADC# 207769. I am currently housed in Eyman Complex, Browning Unit, 1-A-Pod 6 #58. I am over 18 years of age, have personal knowledge of the matters set forth below, and could testify competently to them under oath before this court.

2. I refuse recreation because in Browning Unit the recreation pens we are allowed to use are not any different from my cell except that I am outside. I see no point in going from one cage to another.

3. If meaningful recreation, including access to a restroom, that allowed me to socialize and engage in activities were offered, I would consider participating.

4. My attorney Kirstin T. Eidenbach has transcribed this declaration with my permission. I have reviewed its contents and it is accurate to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of ~~January~~ February, 2017 in Florence, Arizona.

[signature]

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*