**Index of Exhibits to Declaration of Jennifer Onka**

| Ex. | Description | Bates No. | Filing Type |
|-----|-------------|-----------|-------------|
| 1 | FRE 1006 Summary Exhibit "Weeks Chosen for Monitoring – March 2015 – June 2016" | None | Public |
| 2 | FRE 1006 Summary Exhibit "Defendants' Inmate Record Selection – March 2015 – August 2016" | None | Under Seal |
| 3 | FRE 1006 Summary Exhibit "Defendants' Reported Compliance Percentages for MC PM ##1-3, 5-6, and 8 – February 2015 – September 2016" | None | Public |
| 4 | FRE 1006 Summary Exhibit, "Rates of Refusal of Recreation" and "Rates of Refusal of Out-of-Cell Time and Programming" – December 2015 – September 2016 | None | Public |
| 5 | Representative out-of-cell tracking sheets | ADCM630278-79 ADCM630288-89 ADCM037878-79 ADCM037886-87 ADCM605610-13 ADCM321451-52 ADCM321735-36 ADCM321743-44 | Under Seal |
| 6 | Representative program attendance sign-in | ADCM619832 ADCM619863 ADCM628115 ADCM628426 ADCM628438 ADCM663474 ADCM605413 ADCM464778 ADCM664401 | Under Seal |
| 7 | Representative out-of-cell tracking sheets | ADCM388015-16 ADCM628576-77 ADCM628847-48 ADCM628858-59 ADCM628944-46 ADCM466665-66 ADCM466683-84 ADCM387886-87 | Under Seal |

134537350.1

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 8 | Representative out-of-cell tracking sheets | ADCM466534-35 ADCM585411-42 ADCM628263-64 ADCM665188-89 | Under Seal |
| 9 | Documentation from Maximum Custody Notebook for Perryville for April 2016 | ADCM465408-11 ADCM465414-21 | Under Seal |
| 10 | Documentation from Maximum Custody Notebook for Perryville for March 2016 | ADCM465017-22 ADCM465025-28 ADCM465031-36 | Under Seal |
| 11 | Documentation from Maximum Custody Notebook for Perryville for January 2016 | ADCM463939-40 ADCM463945-48 ADCM463955-56 | Under Seal |
| 12 | Documentation from Maximum Custody Notebook for Perryville for October 2015 | ADCM321449-62 ADCM321465-68 | Under Seal |
| 13 | Documentation from Maximum Custody Notebook for Perryville for October 2015 | ADCM321598-99 ADCM321605-06 ADCM321627-28 | Under Seal |
| 14 | Documentation from Maximum Custody Notebook for Perryville for July 2015 | ADCM276155-56 ADCM276195-96 ADCM276215-16 ADCM276322-33 ADCM276336-39 | Under Seal |
| 15 | Documentation from Maximum Custody Notebook for Eyman-Browning for December 2015 | ADCM276616-17 ADCM276625-26 ADCM276633-34 ADCM276816-19 ADCM276822-23 | Under Seal |
| 16 | Documentation from Maximum Custody Notebook for Eyman-Browning for July 2015 | ADCM387898-99 ADCM387902-09 ADCM387999-8006 | Under Seal |
| 17 | Documentation from Maximum Custody Notebook for Eyman-SMU I for December 2015 | ADCM322177-78 ADCM322189-90 ADCM322200-01 ADCM322401-06 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 18 | Documentation from Maximum Custody Notebooks for Eyman-SMU I | ADCM428931-32 ADCM198434-35 ADCM198213-14 ADCM198019-20 ADCM467811-12 ADCM320880-81 ADCM275521-22 | Under Seal |
| 19 | Documentation from Maximum Custody Notebook for Eyman-SMU I for May 2015 | ADCM037717-18 ADCM037725-26 ADCM037742-43 ADCM037752-53 ADCM037760-61 ADCM037768-69 ADCM037775-76 ADCM037783-84 ADCM037876-79 ADCM037884-93 | Under Seal |
| 20 | Documentation from Maximum Custody Notebook for Eyman-SMU I for March 2015 | ADCM275076-77 ADCM275083-84 ADCM275093-94 ADCM275099-100 ADCM275105-06 ADCM275122-23 ADCM275128-29 ADCM275137-38 ADCM275145-46 ADCM387979-82 ADCM387985-90 ADCM387993-98 | Under Seal |
| 21 | Representative out-of-cell tracking sheets | ADCM198181-82 ADCM467835-36 ADCM198187-88 | Under Seal |
| 22 | Documentation from Maximum Custody Notebook for Lewis-Rast for April 2016 | ADCM466259-60 ADCM466272-73 ADCM466297-98 ADCM466307-08 ADCM466333-34 ADCM466345-46 ADCM466489-90 ADCM466498-99 ADCM466508-09 ADCM466517-18 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
|  |  | ADCM466524-25 |  |
|  |  | ADCM466534-35 |  |
|  |  | ADCM466543-44 |  |
|  |  | ADCM466554-55 |  |
|  |  | ADCM466564-65 |  |
|  |  | ADCM466573-74 |  |
| 23 | Representative out-of-cell tracking sheets | ADCM387888-89 ADCM466237-38 | Under Seal |
| 24 | FRE 1006 Summary Exhibit "Examples of Overlapping Times Affecting Compliance" | None | Under Seal |
| 25 | Representative out-of-cell tracking sheets | ADCM387961-64 ADCM387971-74 | Under Seal |
| 26 | Representative out-of-cell tracking sheets | ADCM121508-13 ADCM121518-21 ADCM632038-39 | Under Seal |
| 27 | Documentation from Maximum Custody Notebooks for Perryville | ADCM276359-60 ADCM387708 ADCM321453-54 ADCM387659 ADCM321455-56 ADCM387645 ADCM321465-66 ADCM387646 ADCM276330-31 ADCM387636-37 ADCM276324-24 ADCM387618 ADCM276166-67 ADCM387621 ADCM467648-49 ADCM467653-53 ADCM467656-57 ADCM467688 | Under Seal |
| 28 | Documentation from Maximum Custody Notebook for Florence-Kasson for May 2016 | ADCM6302036-37 ADCM632042-45 ADCM632323-24 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 29 | Documentation from Maximum Custody Notebook for Eyman-Browning for April 2016 | ADCM620111-12 ADCM620006 ADCM620197-98 ADCM620203-04 ADCM620226 ADCM620207-08 ADCM620219 ADCM620211-12 ADCM620244 | Under Seal |
| 30 | Representative program attendance sign-in sheets | ADCM630774 ADCM661433 ADCM628601 ADCM628585 ADCM628570-71 | Under Seal |
| 31 | FRE Summary Exhibit "Discrepancies Noted in Eyman-Browning Maximum Custody Notebook January 2016" | None | Under Seal |
| 32 | FRE Summary Exhibit "Discrepancies Noted in Lewis-Rast Maximum Custody Notebook December 2015" | None | Under Seal |
| 33 | FRE Summary Exhibit – Program Attendance/Sign-in Sheets Defendants have failed to produce – March 2015 – September 2016 | None | Public |
| 34 | Representative program attendance sign-in sheets | ADCM387601 ADCM632327-29 | Under Seal |
| 35 | Representative program attendance sign-in sheets | ADCM632359 ADCM465375 ADCM201011 | Under Seal |
| 36 | FRE Summary Exhibit, "Recreation Enclosures Noted for Refusals in Maximum Custody Documentation – March 2015 – September 2016" | None | Public |
| 37 | Documentation from Maximum Custody Notebooks for Eyman-Browning | ADCM585397-400 ADCM585403-04 ADCM276666-67 ADCM276682-83 ADCM276691-92 ADCM628107-08 ADCM628128-29 ADCM628157-58 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 38 | FRE Summary Exhibit, "Max Custody Performance Measure 8 Overall Compliance" | None | Under Seal |
| 39 | FRE Summary Exhibit, "Max Custody Performance Measure 8 Compliance Review" | None | Under Seal |
| 40 | Representative Activity Schedules for Perryville-Lumley | ADCM037590-93 ADCM605032 ADCM605412 ADCM661206-08 | Under Seal |
| 41 | Representative Activity Schedules for Eyman-Browning | ADCM037558-61 ADCM199291-94 ADCM276608-12 | Under Seal |
| 42 | Representative Activity Schedules for Eyman-SMU I | ADCM037575-84 ADCM199303-07 | Under Seal |
| 43 | Documentation from Maximum Custody Notebook for Eyman-Browning for March 2015 | ADCM387963-64 ADCM037558-61 | Under Seal |
| 44 | Representative program attendance sign-in sheets | ADCM632053-55 ADCM632061-62 | Under Seal |
| 45 | Documentation from Maximum Custody Notebook for Perryville for January 2016 | ADCM463939-40 ADCM463943-44 ADCM463949-52 | Under Seal |
| 46 | Documentation from Maximum Custody Notebook for Perryville for July 2015 | ADCM276322-31 ADCM587982-93 ADCM276336-39 | Under Seal |
| 47 | Documentation from Maximum Custody Notebook for Perryville for June 2015 | ADCM429275-92 | Under Seal |
| 48 | Documentation from Maximum Custody Notebook for Eyman-Browning for August 2016 | ADCM662854-57 ADCM662850-51 ADCM660230-31 ADCM660238-41 | Under Seal |
| 49 | Documentation from Maximum Custody Notebook for Eyman-Browning for May 2015 | ADCM387878-79 ADCM387884-87 | Under Seal |
| 50 | Documentation from Maximum Custody Notebook for Eyman-SMU I for April 2016 | ADCM629475-76 ADCM629479-80 | Under Seal |
| 51 | Documentation from Maximum Custody Notebook for Eyman-SMU I for September 2015 | ADCM198401-04 ADCM198407-08 ADCM198419-20 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 52 | Documentation from Maximum Custody Notebook for Eyman-SMU I for August 2015 | ADCM198179-82<br>ADCM198185-86<br>ADCM198191-92 | Under Seal |
| 53 | Documentation from Maximum Custody Notebook for Eyman-SMU I for July 2015 | ADCM467831-34<br>ADCM467841-42 | Under Seal |
| 54 | Documentation from Maximum Custody Notebook for Eyman-SMU I for April 2015 | ADCM275706-07<br>ADCM275714-17 | Under Seal |
| 55 | Documentation from Maximum Custody Notebook for Florence-Kasson for March 2016 | ADCM467274-83<br>ADCM467292-93 | Under Seal |
| 56 | Documentation from Maximum Custody Notebooks for Florence-Kasson for July 2015 | ADCM121545-54<br>ADCM121561-62 | Under Seal |
| 57 | Documentation from Maximum Custody Notebooks for Florence-Kasson for June 2015 | ADCM121506-09<br>ADCM121514-17<br>ADCM121522-25 | Under Seal |
| 58 | Documentation from Maximum Custody Notebooks for Florence-Kasson for May 2015 | ADCM121486-89<br>ADCM121492-95<br>ADCM121498-99 | Under Seal |
| 59 | Documentation from Maximum Custody Notebooks for Florence-Kasson for April 2015 | ADCM467790-91<br>ADCM467794-97 | Under Seal |
| 60 | Documentation from Maximum Custody Notebooks for Lewis-Rast for July 2016 | ADCM661124-25<br>ADCM661127-28<br>ADCM661133-34<br>ADCM661136-37<br>ADCM661142-43<br>ADCM661148-49<br>ADCM661151-52 | Under Seal |
| 61 | Documentation from Maximum Custody Notebooks for Lewis-Rast for March 2016 | ADCM466170-71<br>ADCM466179-80<br>ADCM466187-88<br>ADCM466194-95<br>ADCM466203-04<br>ADCM466221-22<br>ADCM466230-31<br>ADCM466237-38 | Under Seal |

| Ex. | Description | Bates No. | Filing Type |
|-----|-------------|-----------|-------------|
| 62 | Documentation from Maximum Custody Notebooks for Lewis-Rast for January 2016 | ADCM466797-98<br>ADCM466815-16<br>ADCM466824-25<br>ADCM466833-34<br>ADCM466842-43<br>ADCM466861-62<br>ADCM466870-71 | Under Seal |

# EXHIBIT 1

**FRE 1006 Summary Exhibit**
**Weeks Chosen for Monitoring**
**March 2015 – June 2016**

| Max Custody Notebook Month | Dates | Week (starting Saturday) | Institutions | Do any differ? |
|---|---|---|---|---|
| March 2015 | 7-13 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |
| April 2015 | 11-17 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Perryville-Lumley | Yes.  Florence Central and Florence-Kasson provided forms for week 3, April 18-24. |
| May 2015 | 9-15 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |
| June 2015 | 6-12 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |
| July 2015 | 11-17 | 2 | Eyman-Browning<br><br>Eyman-SMU;<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |

*FRE 1006 Summary Exhibit*
*Weeks Chosen for Monitoring*
*March 2015 – June 2016*

| Max Custody Notebook Month | Dates | Week (starting Saturday) | Institutions | Do any differ? |
|---|---|---|---|---|
| August 2015 | 8-14 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No.  Florence Central and Florence Kasson originally produced forms for August 1-7; however, these tracking sheets did not match up with the inmates reported on the CGAR.  When Defendants produced the correct tracking sheets, they were dated August 8-14. |
| September 2015 | 12-18 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |
| October 2015 | 3-9 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | No |
| November 2015 | 14-20 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis-Rast<br><br>Perryville-Lumley | No |

*FRE 1006 Summary Exhibit*
*Weeks Chosen for Monitoring*
*March 2015 – June 2016*

| Max Custody Notebook Month | Dates | Week (starting Saturday) | Institutions | Do any differ? |
|---|---|---|---|---|
| December 2015 | 5-11 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Perryville-Lumley | Yes.  Lewis-Rast provided forms for week 2, December 12-18. |
| January 2016 | 9-15 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis-Rast<br><br>Perryville-Lumley | No |
| February 2016 | 6-12 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis-Rast<br><br>Perryville-Lumley | No |
| March 2016 | 5-11 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis-Rast<br><br>Perryville-Lumley | No |

*FRE 1006 Summary Exhibit*
*Weeks Chosen for Monitoring*
*March 2015 – June 2016*

| Max Custody Notebook Month | Dates | Week (starting Saturday) | Institutions | Do any differ? |
|---|---|---|---|---|
| April 2016 | 9-15 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis<br><br>Perryville-Lumley | No |
| May 2016 | 7-13 | 1 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis<br><br>Perryville-Lumley | No |
| June 2016 | 11-17 | 2 | Eyman-Browning<br><br>Eyman-SMU<br><br>Florence Central<br><br>Florence-Kasson<br><br>Lewis-Rast<br><br>Perryville-Lumley | No |

# EXHIBIT 2

# **FILED UNDER SEAL**

# EXHIBIT 3

*FRE 1006 Summary Exhibit*
*Defendants' Reported Compliance Percentages for MC PM #1-3, 5-6 and 8*
*February 2015 - September 2016*

| PM | Unit | Feb. 2015 | March | April | May | June | July | August | September | October | November | December | Jan. 2016 | February | March | April | May | Jun | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM #1: All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, and Perryville-Lumley Special Management Area (Yard 30) who are eligible for participation in DI 326 are offered a minimum of 7.5 hours out-of-cell time per week. Those at Step II are offered a minimum of 8.5 hours out-of-cell time per week, and those at Step III are offered a minimum of 9.5 hours out-of-cell time per week. | | | | | | | | | | | | | | | | | | All CGARS state: retrospective audit to begin Aug. 1st. % n/a | | | |
| | Eyman avg. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Browning | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | SMU I | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Perryville | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Florence avg. | 100 | 100 | 95 | 100 | 85 | 95 | 95 | 100 | 100 | 95 | 100 | 100 | 100 | 100 | 100 | 100 | | 70 | 95 | 100 |
| | Central | 100 | 100 | 90 | 100 | 70 | 90 | 90 | 100 | 100 | 90 | 100 | 100 | 100 | 100 | 100 | 100 | | 40 | 100 | 100 |
| | Kasson | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 90 | 100 |
| | Lewis | | | | | | | | | 90 | 100 | 100 | 90 | 100 | 90 | 100 | 100 | | 90 | 100 | 100 |
| | | | | | | | | | | | | | | | | | | | | | |
| PM #2: All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, and Perryville Lumley Special Management Area (Yard 30) who are eligible for participation in DI 326 are offered at least one hour of out-of-cell programming a week at Step II and Step III. | | | | | | | | | | | | | | | | | | | | | |
| | Eyman avg. | 92.31 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 90 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Browning | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 80 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | SMU I | 88.89 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Perryville | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Florence avg. | 100 | 90 | 93.33 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Central | 100 | 80 | 83.33 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Kasson | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Lewis | | | | | | | | | 80 | 90 | 100 | 100 | 90 | 100 | 100 | 100 | | 90 | 80 | 100 |
| | | | | | | | | | | | | | | | | | | | | | |
| PM #3: All out-of-cell time specified in Outcome Measures 1, 2, 8 that is limited or cancelled is properly documented and justified in accordance with the terms of the Stipulation as set forth in ¶ 26 of the Stipulation. | | | | | | | | | | | | | | | | | | | | | |
| | Eyman avg. | n/a | n/a | n/a | n/a | n/a | n/a | 100 | n/a | n/a | 100 | n/a | n/a | n/a | n/a | n/a | n/a | | 100 | 100 | 100 |
| | Browning | n/a | n/a | n/a | n/a | n/a | n/a | 100 | n/a | n/a | 100 | n/a | n/a | n/a | n/a | n/a | n/a | | 100 | 100 | 100 |
| | SMU I | n/a | n/a | n/a | n/a | n/a | n/a | 100 | n/a | n/a | 100 | n/a | n/a | n/a | n/a | n/a | n/a | | 100 | 100 | 100 |
| | Perryville | n/a | n/a | 100 | 100 | n/a | 100 | 100 | n/a | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Florence avg. | 90 | 95 | n/a | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Central | 100 | 100 | n/a | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Kasson | 80 | 90 | n/a | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Lewis | | | | | | | | | n/a | 100 | n/a | 80 | 100 | 100 | 100 | 100 | | 100 | 20 | 100 |
| | | | | | | | | | | | | | | | | | | | | | |
| PM #5: All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, and Perryville-Lumley Special Management Area (Yard 30) are offered a minimum of 6 hours of out-of-cell exercise time a week. | | | | | | | | | | | | | | | | | | | | | |
| | Eyman avg. | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Browning | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | SMU I | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Perryville | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 66.67 | 100 | 100 |
| | Florence avg. | 100 | 100 | 100 | 100 | 90 | 100 | 100 | 100 | 100 | 100 | 85 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |

*FRE 1006 Summary Exhibit*
*Defendants' Reported Compliance Percentages for MC PM #1-3, 5-6 and 8*
*February 2015 - September 2016*

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Central | 100 | 100 | 100 | 100 | 80 | 100 | 100 | 100 | 100 | 100 | 70 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Kasson | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Lewis | | | | | | | | | 100 | 100 | 100 | 90 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | | | | | | | | | | | | | | | | | | | | | |
| PM #6: All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, and Perryville-Lumley Special Management Area (Yard 30), who are eligible for participation in DI 326 are offered out-of-cell time, incentives, programs and property consistent with their Step Level and housing assignment under the DI 326 policy. | | | | | | | | | | | | | | | | | | | | | | |
| | Eyman avg. | 95 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 95 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Browning | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 90 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | SMU I | 90 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Perryville | 70 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Florence | 90 | 90 | 95 | 100 | 85 | 95 | 95 | 100 | 100 | 95 | 95 | 100 | 100 | 100 | 100 | 100 | | 100 | 95 | 100 |
| | Central | 100 | 80 | 90 | 100 | 70 | 90 | missing | 100 | 100 | 90 | 90 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | Kasson | 80 | 100 | 100 | 100 | 100 | 100 | missing | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 90 | 100 |
| | Lewis | | | | | | | | | 90 | 90 | 100 | 90 | 100 | 100 | 100 | 100 | | 90 | 80 | 90 |
| | | | | | | | | | | | | | | | | | | | | | |
| PM #8: In addition to the general privileges and incentives afforded to prisoners under DI 326, all SMI prisoners in maximum custody receive:  10 hours of unstructured out-of-cell time per week; 1 hour of additional out-of-cell mental health programming per week; 1 hour of additional out-of-cell psycho-educational programming per week; 1 hour of additional out-of-cell programming per week | | | | | | | | | | | | | | | | | | | | | | |
| | Eyman avg. | 90 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 95 |
| | Browning | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 |
| | SMU I | 80 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 90 |
| | Perryville | 90 | 90 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 80 | 100 |
| | Florence avg. | 100 | 90 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 90 | 90 |
| | Central | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | | n/a | n/a | n/a |
| | Kasson | 100 | 90 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 90 | 90 |
| | Lewis | | | | | | | | | 80 | 80 | 100 | 90 | 80 | 80 | 100 | 100 | | 90 | 20 | 80 |
| | | | | | | | | | | | | | | | | | | | | | |

# EXHIBIT 4

FRE 1006 Summary Exhibit
RATES OF REFUSAL OF RECREATION
December 2015 - September 2016

| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods offered | SMI Refusals | Percentate of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015-12 | Eyman-Browning | 65 | 48 | 74% | 35 | 25 | 71% | 30 | 23 | 77% |
| 2015-12 | Eyman-SMU | 72 | 54 | 75% | 35 | 26 | 74% | 37 | 28 | 76% |
| 2015-12 | Florence-Central | 30 | 8 | 27% | 30 | 8 | 27% | N/A | N/A | N/A |
| 2015-12 | Florence-Kasson | 60 | 47 | 78% | 30 | 25 | 83% | 30 | 22 | 73% |
| 2015-12 | Lewis | 60 | 40 | 67% | 30 | 13 | 43% | 30 | 27 | 90% |
| 2015-12 | Perryville | 119 | 54 | 45% | 62 | 34 | 55% | 57 | 20 | 35% |
| 2016-01 | Eyman-Browning | 66 | 47 | 71% | 36 | 21 | 58% | 30 | 26 | 87% |
| 2016-01 | Eyman-SMU | 75 | 58 | 77% | 40 | 30 | 75% | 35 | 28 | 80% |
| 2016-01 | Florence-Central | 27 | 5 | 19% | 27 | 5 | 19% | N/A | N/A | N/A |
| 2016-01 | Florence-Kasson | 60 | 44 | 73% | 30 | 19 | 63% | 30 | 25 | 83% |
| 2016-01 | Lewis | 61 | 45 | 74% | 30 | 17 | 57% | 31 | 28 | 90% |
| 2016-01 | Perryville | 115 | 73 | 63% | 60 | 28 | 47% | 55 | 45 | 82% |
| 2016-02 | Eyman-Browning | 66 | 43 | 65% | 36 | 21 | 58% | 30 | 22 | 73% |
| 2016-02 | Eyman-SMU | 75 | 48 | 64% | 35 | 22 | 63% | 40 | 26 | 65% |
| 2016-02 | Florence-Central | 30 | 2 | 7% | 30 | 2 | 7% | N/A | N/A | N/A |
| 2016-02 | Florence-Kasson | 60 | 45 | 75% | 30 | 19 | 63% | 30 | 26 | 87% |
| 2016-02 | Lewis | 48 | 39 | 81% | 27 | 21 | 78% | 21 | 18 | 86% |
| 2016-02 | Perryville | 114 | 68 | 60% | 57 | 30 | 53% | 57 | 38 | 67% |
| 2013-03 | Eyman-Browning | 67 | 45 | 67% | 36 | 22 | 61% | 31 | 23 | 74% |
| 2016-03 | Eyman-SMU | 75 | 54 | 72% | 39 | 28 | 72% | 36 | 26 | 72% |
| 2016-03 | Florence-Central | 30 | 4 | 13% | 30 | 4 | 13% | N/A | N/A | N/A |
| 2016-03 | Florence-Kasson | 58 | 44 | 76% | 30 | 22 | 73% | 28 | 22 | 79% |
| 2016-03 | Lewis | 56 | 43 | 77% | 30 | 20 | 67% | 26 | 23 | 88% |
| 2016-03 | Perryville | 134 | 76 | 57% | 71 | 36 | 51% | 63 | 40 | 63% |
| 2016-04 | Eyman-Browning | 67 | 29 | 43% | 36 | 14 | 39% | 31 | 15 | 48% |
| 2016-04 | Eyman-SMU | 65 | 40 | 62% | 34 | 22 | 65% | 31 | 18 | 58% |
| 2016-04 | Florence-Central | 30 | 0 | 0% | 30 | 0 | 0% | N/A | N/A | N/A |
| 2016-04 | Florence-Kasson | 64 | 31 | 48% | 32 | 12 | 38% | 32 | 19 | 59% |
| 2016-04 | Lewis | 59 | 35 | 59% | 29 | 12 | 41% | 30 | 25 | 83% |
| 2016-04 | Perryville | 125 | 66 | 53% | 60 | 33 | 55% | 65 | 33 | 51% |
| 2016-05 | Eyman-Browning | 56 | 34 | 61% | 26 | 11 | 42% | 30 | 23 | 77% |
| 2016-05 | Eyman-SMU | 75 | 47 | 63% | 38 | 22 | 58% | 37 | 25 | 68% |
| 2016-05 | Florence-Central | 30 | 1 | 3% | 30 | 1 | 3% | N/A | N/A | N/A |
| 2016-05 | Florence-Kasson | 60 | 43 | 72% | 30 | 16 | 53% | 30 | 27 | 90% |
| 2016-05 | Perryville | 118 | 53 | 45% | 59 | 23 | 39% | 59 | 30 | 51% |
| 2016-05 | Lewis | 60 | 39 | 65% | 30 | 13 | 43% | 30 | 26 | 87% |
| 2016-06 | Eyman-Browning | 64 | 37 | 58% | 36 | 21 | 58% | 28 | 16 | 57% |
| 2016-06 | Eyman-SMU | 77 | 53 | 69% | 40 | 24 | 60% | 37 | 29 | 78% |
| 2016-06 | Florence-Central | 30 | 3 | 10% | 30 | 3 | 10% | N/A | N/A | N/A |
| 2016-06 | Florence-Kasson | 60 | 39 | 65% | 30 | 16 | 53% | 30 | 23 | 77% |
| 2016-06 | Perryville | 120 | 70 | 58% | 60 | 33 | 55% | 60 | 37 | 62% |
| 2016-06 | Lewis | 60 | 27 | 45% | 30 | 7 | 23% | 30 | 25 | 83% |
| 2016-07 | Eyman-Browning | 66 | 25 | 38% | 35 | 11 | 31% | 31 | 14 | 45% |
| 2016-07 | Eyman-SMU | 76 | 42 | 55% | 38 | 21 | 55% | 38 | 21 | 55% |
| 2016-07 | Florence-Central | 25 | 3 | 12% | 25 | 3 | 12% | N/A | N/A | N/A |
| 2016-07 | Florence-Kasson | 60 | 35 | 58% | 30 | 12 | 40% | 30 | 23 | 77% |

**FRE 1006 Summary Exhibit**
**RATES OF REFUSAL OF RECREATION**
**December 2015 - September 2016**

| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods offered | SMI Refusals | Percentate of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016-07 | Lewis | 57 | 8 | 14% | 27 | 5 | 19% | 30 | 3 | 10% |
| 2016-07 | Perryville | 117 | 48 | 41% | 57 | 27 | 47% | 60 | 21 | 35% |
| 2016-08 | Eyman-Browning | 66 | 47 | 71% | 36 | 20 | 56% | 30 | 27 | 90% |
| 2016-08 | Eyman-SMU | 74 | 54 | 73% | 37 | 23 | 62% | 37 | 31 | 84% |
| 2016-08 | Lewis | 62 | 35 | 56% | 31 | 12 | 39% | 31 | 23 | 74% |
| 2016-08 | Perryville | 120 | 82 | 68% | 60 | 35 | 58% | 60 | 47 | 78% |
| 2016-09 | Eyman-Browning | 67 | 43 | 64% | 37 | 18 | 49% | 30 | 25 | 83% |
| 2016-09 | Eyman-SMU | 80 | 60 | 75% | 41 | 27 | 66% | 39 | 33 | 85% |
| 2016-09 | Florence-Central | 30 | 2 | 7% | 30 | 2 | 7% | N/A | N/A | N/A |
| 2016-09 | Florence-Kasson | 60 | 46 | 77% | 30 | 21 | 70% | 30 | 25 | 83% |
| 2016-09 | Lewis | 60 | 39 | 65% | 30 | 17 | 57% | 30 | 22 | 73% |
| 2016-09 | Perryville | 121 | 59 | 49% | 61 | 30 | 49% | 60 | 29 | 48% |

**FRE 1006 Summary Exhibit**
**RATES OF REFUSAL OF OUT-OF-CELL TIME AND PROGRAMMING**
*December 2015 - September 2016*

| MC Notebook Month | Facility | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentate of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015-12 | Eyman-Browning | 95 | 30 | 32% | 5 | 2 | 40% | 90 | 28 | 31% |
| 2015-12 | Eyman-SMU | 110 | 60 | 55% | 17 | 3 | 18% | 93 | 57 | 61% |
| 2015-12 | Florence-Central | 4 | 0 | 0% | 4 | 0 | 0% | N/A | N/A | N/A |
| 2015-12 | Florence-Kasson | 119 | 57 | 48% | 44 | 14 | 32% | 75 | 43 | 57% |
| 2015-12 | Lewis | 107 | 51 | 48% | 12 | 3 | 25% | 95 | 48 | 51% |
| 2015-12 | Perryville | 82 | 19 | 23% | 9 | 0 | 0% | 73 | 19 | 26% |
| 2016-01 | Eyman-Browning | 100 | 50 | 50% | 10 | 3 | 30% | 90 | 47 | 52% |
| 2016-01 | Eyman-SMU | 142 | 88 | 62% | 17 | 4 | 24% | 125 | 84 | 67% |
| 2016-01 | Florence-Central | 17 | 4 | 24% | 17 | 4 | 24% | N/A | N/A | N/A |
| 2016-01 | Florence-Kasson | 118 | 70 | 59% | 43 | 20 | 47% | 75 | 50 | 67% |
| 2016-01 | Lewis | 90 | 53 | 59% | 5 | 0 | 0% | 85 | 53 | 62% |
| 2016-01 | Perryville | 76 | 16 | 21% | 6 | 1 | 17% | 70 | 15 | 21% |
| 2016-02 | Eyman-Browning | 96 | 30 | 31% | 7 | 3 | 43% | 89 | 27 | 30% |
| 2016-02 | Eyman-SMU | 112 | 71 | 63% | 24 | 7 | 29% | 88 | 64 | 73% |
| 2016-02 | Florence-Central | 11 | 2 | 18% | 11 | 2 | 18% | N/A | N/A | N/A |
| 2016-02 | Florence-Kasson | 122 | 72 | 59% | 46 | 22 | 48% | 76 | 50 | 66% |
| 2016-02 | Lewis | 76 | 56 | 74% | 5 | 1 | 20% | 71 | 55 | 77% |
| 2016-02 | Perryville | 89 | 41 | 46% | 3 | 0 | 0% | 86 | 41 | 48% |
| 2013-03 | Eyman-Browning | 105 | 25 | 24% | 15 | 7 | 47% | 90 | 18 | 20% |
| 2016-03 | Eyman-SMU | 117 | 79 | 68% | 25 | 10 | 40% | 92 | 69 | 75% |
| 2016-03 | Florence-Central | 11 | 1 | 9% | 11 | 1 | 9% | N/A | N/A | N/A |
| 2016-03 | Florence-Kasson | 100 | 61 | 61% | 37 | 24 | 65% | 63 | 37 | 59% |
| 2016-03 | Lewis | 59 | 36 | 61% | 5 | 1 | 20% | 54 | 35 | 65% |
| 2016-03 | Perryville | 72 | 40 | 56% | 4 | 0 | 0% | 68 | 40 | 59% |
| 2016-04 | Eyman-Browning | 108 | 35 | 32% | 8 | 4 | 50% | 100 | 31 | 31% |
| 2016-04 | Eyman-SMU | 120 | 73 | 61% | 26 | 7 | 27% | 94 | 66 | 70% |
| 2016-04 | Florence-Central | 8 | 1 | 13% | 8 | 1 | 13% | N/A | N/A | N/A |
| 2016-04 | Florence-Kasson | 122 | 73 | 60% | 47 | 25 | 53% | 75 | 48 | 64% |
| 2016-04 | Lewis | 86 | 42 | 49% | 9 | 1 | 11% | 77 | 41 | 53% |
| 2016-04 | Perryville | 79 | 27 | 34% | 5 | 0 | 0% | 74 | 27 | 36% |
| 2016-05 | Eyman-Browning | 106 | 38 | 36% | 16 | 5 | 31% | 90 | 33 | 37% |
| 2016-05 | Eyman-SMU | 120 | 68 | 57% | 27 | 6 | 22% | 93 | 62 | 67% |
| 2016-05 | Florence-Central | 10 | 2 | 20% | 10 | 2 | 20% | N/A | N/A | N/A |
| 2016-05 | Florence-Kasson | 114 | 70 | 61% | 40 | 23 | 58% | 74 | 47 | 64% |
| 2016-05 | Perryville | 89 | 35 | 39% | 14 | 5 | 36% | 75 | 30 | 40% |
| 2016-05 | Lewis | 98 | 48 | 49% | 8 | 0 | 0% | 90 | 48 | 53% |
| 2016-06 | Eyman-Browning | 96 | 53 | 55% | 6 | 3 | 50% | 90 | 50 | 56% |
| 2016-06 | Eyman-SMU | 121 | 69 | 57% | 29 | 12 | 41% | 92 | 57 | 62% |
| 2016-06 | Florence-Central | 11 | 1 | 9% | 11 | 1 | 9% | N/A | N/A | N/A |
| 2016-06 | Florence-Kasson | 120 | 59 | 49% | 46 | 19 | 41% | 74 | 40 | 54% |
| 2016-06 | Perryville | 86 | 25 | 29% | 11 | 3 | 27% | 75 | 22 | 29% |
| 2016-06 | Lewis | 102 | 27 | 26% | 6 | 0 | 0% | 96 | 27 | 28% |
| 2016-07 | Eyman-Browning | 113 | 49 | 43% | 23 | 12 | 52% | 90 | 37 | 41% |
| 2016-07 | Eyman-SMU | 113 | 57 | 50% | 24 | 9 | 38% | 89 | 48 | 54% |
| 2016-07 | Florence-Central | 10 | 0 | 0% | 10 | 0 | 0% | N/A | N/A | N/A |
| 2016-07 | Florence-Kasson | 127 | 72 | 57% | 46 | 22 | 48% | 81 | 50 | 62% |

| MC Notebook Month | Facility | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentate of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016-07 | Lewis | 81 | 27 | 33% | 7 | 1 | 14% | 74 | 26 | 35% |
| 2016-07 | Perryville | 79 | 25 | 32% | 7 | 1 | 14% | 72 | 24 | 33% |
| 2016-08 | Eyman-Browning | 97 | 54 | 56% | 6 | 3 | 50% | 91 | 51 | 56% |
| 2016-08 | Eyman-SMU | 119 | 61 | 51% | 27 | 12 | 44% | 92 | 49 | 53% |
| 2016-08 | Lewis | 92 | 47 | 51% | 7 | 4 | 57% | 85 | 43 | 51% |
| 2016-08 | Perryville | 80 | 32 | 40% | 8 | 2 | 25% | 72 | 30 | 42% |
| 2016-09 | Eyman-Browning | 97 | 31 | 32% | 7 | 3 | 43% | 90 | 28 | 31% |
| 2016-09 | Eyman-SMU | 126 | 65 | 52% | 26 | 12 | 46% | 100 | 53 | 53% |
| 2016-09 | Florence-Central | 14 | 1 | 7% | 14 | 1 | 7% | N/A | N/A | N/A |
| 2016-09 | Florence-Kasson | 128 | 68 | 53% | 49 | 20 | 41% | 79 | 48 | 61% |
| 2016-09 | Lewis | 86 | 48 | 56% | 4 | 0 | 0% | 82 | 48 | 59% |
| 2016-09 | Perryville | 101 | 43 | 43% | 30 | 9 | 30% | 71 | 34 | 48% |

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL

# EXHIBIT 10

# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15

# FILED UNDER SEAL

# EXHIBIT 16

# FILED UNDER SEAL

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 18

# FILED UNDER SEAL

# EXHIBIT 19

# FILED UNDER SEAL

# EXHIBIT 20

# <u>FILED UNDER SEAL</u>

# EXHIBIT 21

# FILED UNDER SEAL

# EXHIBIT 22

# FILED UNDER SEAL

# EXHIBIT 23

# FILED UNDER SEAL

# EXHIBIT 24

# FILED UNDER SEAL

# EXHIBIT 25

# FILED UNDER SEAL

# EXHIBIT 26

# FILED UNDER SEAL

# EXHIBIT 27

# FILED UNDER SEAL

# EXHIBIT 28

# FILED UNDER SEAL

# EXHIBIT 29

# FILED UNDER SEAL

# EXHIBIT 30

# FILED UNDER SEAL

# EXHIBIT 31

# FILED UNDER SEAL

# EXHIBIT 32

## FILED UNDER SEAL

# EXHIBIT 33

## FRE 1006 Summary Exhibit
### Program Attendance Sign-In Sheets Not Produced[1]

| | |
|---|---|
| Eyman Browning | • March (did not produce for non-SMI) <br> • April – October 2015 <br> • December 2015 – February 2016 <br> • March 2016 (produced for non-SMI only and for mental health programming offered on 3/10/16.) |
| Eyman SMU | • March 2015 – April 2015 (only produced sign-in sheets from mental health programming) <br> • June 2015 – October 2015 <br> • December 2015 – February 2016 <br> • June 2016 (produced for non-SMI only) <br> • July 2016 (only produced sign-in sheets for non-SMI programming) |
| Florence Central & Kasson | • April 2015 <br> • May 2015 – August 2015 (produced for non-SMI only) <br> • December 2015 (produced for non-SMI only) <br> • January 2016 - February 2016 <br> • April 2016 (did not produce sign-in sheets for Kasson) <br> • June 2016 (did not produce sign-in sheets for Kasson group programming) <br> • July 2016 (produced for non-SMI only) |
| Lewis Rast | • December 2015 – January 2016 (produced non-SMI only) <br> • February 2016 (produced non-SMI and SMI programming only; still need mental health programming sign-in sheets.) |
| Perryville Lumley | • May 2015 – *Defendants produced program attendance/sign-in sheets for 5/4/15 – 5/8/15 and not for monitored week, 5/9/15 – 5/15/15* |

---

[1] Months refer to Maximum Custody Notebook Months

# EXHIBIT 34

# FILED UNDER SEAL

# EXHIBIT 35

# FILED UNDER SEAL

# EXHIBIT 36

**FRE 1006 Summary Exhibit**
**Recreation Enclosures Noted for Refusals in Maximum Custody Documentation**
**March 2015 – September 2016**

*MC PM #6 – All maximum custody prisoners at Eyman-Browning, Eyman-SMU I, Florence Central, Florence-Kasson, and Perryville-Lumley Special Management Area (Yard 30), who are eligible for participation in DI 326 are offered out-of-cell time, __incentives__, programs and property consistent with their Step Level and housing assignment under the DI 236 policy.*

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
|---|---|---|---|
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| March 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| April 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Perryville | ✓ | |
| May 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Perryville | ✓ | |
| June 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Perryville | ✓ | |
| July 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec | |

*FRE 1006 Summary Exhibit*
*Recreation Enclosures Noted for Refusals in Maximum Custody Documentation*
*March 2015 – September 2016*

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
| --- | --- | --- | --- |
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| | | enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| August 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | | ✓ - Defendants note rec enclosure for refusals, however, Step II and Step III inmates were not allowed access to larger exercise enclosures in accordance with the DI 326 incentive system. |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| September 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Perryville | | ✓ - Defendants note rec enclosure for some of refusals; failure to consistently note rec enclosure affects compliance. Additionally, Step II inmate was not allowed access to larger exercise enclosures in accordance with the DI 326 incentive system. |
| October 2015 | Eyman-Browning | | ✓ |

**FRE 1006 Summary Exhibit**
**Recreation Enclosures Noted for Refusals in Maximum Custody Documentation**
**March 2015 – September 2016**

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
|---|---|---|---|
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | | ✓ - Defendants note rec enclosure for some of refusals; failure to consistently note rec enclosure affects compliance. |
| | Perryville | ✓ | |
| November 2015 | Eyman-Browning | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance. | |
| December 2015 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ | |
| January 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| February 2016 | Eyman-Browning | ✓ - no; but failure to note rec enclosure does not affect | |

*FRE 1006 Summary Exhibit*
*Recreation Enclosures Noted for Refusals in Maximum Custody Documentation*
*March 2015 – September 2016*

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
|---|---|---|---|
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| | | compliance. | |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| | Lewis | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| March 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| | Lewis | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| April 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ – no refusals | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ | |
| May 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| June 2016 | Eyman-Browning | | ✓ |

**FRE 1006 Summary Exhibit**
**Recreation Enclosures Noted for Refusals in Maximum Custody Documentation**
**March 2015 – September 2016**

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
|---|---|---|---|
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| | Perryville | | ✓ - Defendants note rec enclosure for some of refusals; failure to consistently note rec enclosure affects compliance. |
| July 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |
| | Lewis | ✓ | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| August 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central[1] | | |
| | Florence-Kasson[2] | | |
| | Lewis | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| | Perryville | ✓ - not consistently; but failure to note rec enclosure does not affect compliance | |
| September 2016 | Eyman-Browning | | ✓ |
| | Eyman-SMU I | ✓ | |
| | Florence-Central | ✓ - no; but failure to note rec enclosure does not affect compliance. | |
| | Florence-Kasson | ✓ | |

[1] Defendants did not produce tracking sheets for Florence-Central for August 2016.
[2] Defendants did not produce tracking sheets for Florence-Kasson for August 2016.

*FRE 1006 Summary Exhibit*
*Recreation Enclosures Noted for Refusals in Maximum Custody Documentation*
*March 2015 – September 2016*

| Month | Facility | Was recreation enclosure noted when inmate refused time and did failure to note enclosure impact compliance (70% or less)? | |
| --- | --- | --- | --- |
| | | *Rec Enclosure Noted / Compliant* | *Rec Enclosure Not Noted / Not-Compliant* |
| | Lewis | ✓ | |
| | Perryville | ✓ | |

# EXHIBIT 37

# FILED UNDER SEAL

# EXHIBIT 38

# FILED UNDER SEAL

# EXHIBIT 39

# FILED UNDER SEAL

# EXHIBIT 40

# <u>FILED UNDER SEAL</u>

# EXHIBIT 41

# FILED UNDER SEAL

# EXHIBIT 42

# FILED UNDER SEAL

# EXHIBIT 43

# FILED UNDER SEAL

# EXHIBIT 44

# FILED UNDER SEAL

# EXHIBIT 45

# FILED UNDER SEAL

# EXHIBIT 46

# FILED UNDER SEAL

# EXHIBIT 47

# FILED UNDER SEAL

# EXHIBIT 48

# FILED UNDER SEAL

# EXHIBIT 49

# FILED UNDER SEAL

# EXHIBIT 50

# FILED UNDER SEAL

# EXHIBIT 51

# FILED UNDER SEAL

# EXHIBIT 52

# FILED UNDER SEAL

# EXHIBIT 53

# FILED UNDER SEAL

# EXHIBIT 54

# FILED UNDER SEAL

# EXHIBIT 55

# FILED UNDER SEAL

# EXHIBIT 56

# FILED UNDER SEAL

# EXHIBIT 57

# FILED UNDER SEAL

# EXHIBIT 58

# FILED UNDER SEAL

# EXHIBIT 59

# FILED UNDER SEAL

# EXHIBIT 60

# FILED UNDER SEAL

# EXHIBIT 61

# FILED UNDER SEAL

# EXHIBIT 62

# FILED UNDER SEAL