# **EXHIBIT 1**

| | | *RATES OF REFUSAL OF RECREATION TIME* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MC Notebook Month** | **Facility** | **Total Rec Periods Offered** | **Total Refusals** | **Percentage of Refusals** | **Non-SMI Rec Periods Offered** | **Non-SMI Refusals** | **Percentage of Non-SMI Refusals** | **SMI Rec Periods offered** | **SMI Refusals** | **Percentate of SMI Refusals** |
| 2015-12 | Eyman-Browning | 65 | 48 | 74% | 35 | 25 | 71% | 30 | 23 | 77% |
| 2015-12 | Eyman-SMU | 72 | 54 | 75% | 35 | 26 | 74% | 37 | 28 | 76% |
| 2015-12 | Florence-Central | 30 | 8 | 27% | 30 | 8 | 27% | N/A | N/A | N/A |
| 2015-12 | Florence-Kasson | 60 | 47 | 78% | 30 | 25 | 83% | 30 | 22 | 73% |
| 2015-12 | Lewis | 60 | 40 | 67% | 30 | 13 | 43% | 30 | 27 | 90% |
| 2015-12 | Perryville | 119 | 54 | 45% | 62 | 34 | 55% | 57 | 20 | 35% |
| 2016-01 | Eyman-Browning | 66 | 47 | 71% | 36 | 21 | 58% | 30 | 26 | 87% |
| 2016-01 | Eyman-SMU | 75 | 58 | 77% | 40 | 30 | 75% | 35 | 28 | 80% |
| 2016-01 | Florence-Central | 27 | 5 | 19% | 27 | 5 | 19% | N/A | N/A | N/A |
| 2016-01 | Florence-Kasson | 60 | 44 | 73% | 30 | 19 | 63% | 30 | 25 | 83% |
| 2016-01 | Lewis | 61 | 45 | 74% | 30 | 17 | 57% | 31 | 28 | 90% |
| 2016-01 | Perryville | 115 | 73 | 63% | 60 | 28 | 47% | 55 | 45 | 82% |
| 2016-02 | Eyman-Browning | 66 | 43 | 65% | 36 | 21 | 58% | 30 | 22 | 73% |
| 2016-02 | Eyman-SMU | 75 | 48 | 64% | 35 | 22 | 63% | 40 | 26 | 65% |
| 2016-02 | Florence-Central | 30 | 2 | 7% | 30 | 2 | 7% | N/A | N/A | N/A |
| 2016-02 | Florence-Kasson | 60 | 45 | 75% | 30 | 19 | 63% | 30 | 26 | 87% |
| 2016-02 | Lewis | 48 | 39 | 81% | 27 | 21 | 78% | 21 | 18 | 86% |
| 2016-02 | Perryville | 114 | 68 | 60% | 57 | 30 | 53% | 57 | 38 | 67% |
| 2013-03 | Eyman-Browning | 67 | 45 | 67% | 36 | 22 | 61% | 31 | 23 | 74% |
| 2016-03 | Eyman-SMU | 75 | 54 | 72% | 39 | 28 | 72% | 36 | 26 | 72% |
| 2016-03 | Florence-Central | 30 | 4 | 13% | 30 | 4 | 13% | N/A | N/A | N/A |
| 2016-03 | Florence-Kasson | 58 | 44 | 76% | 30 | 22 | 73% | 28 | 22 | 79% |
| 2016-03 | Lewis | 56 | 43 | 77% | 30 | 20 | 67% | 26 | 23 | 88% |
| 2016-03 | Perryville | 134 | 76 | 57% | 71 | 36 | 51% | 63 | 40 | 63% |
| 2016-04 | Eyman-Browning | 67 | 29 | 43% | 36 | 14 | 39% | 31 | 15 | 48% |
| 2016-04 | Eyman-SMU | 65 | 40 | 62% | 34 | 22 | 65% | 31 | 18 | 58% |
| 2016-04 | Florence-Central | 30 | 0 | 0% | 30 | 0 | 0% | N/A | N/A | N/A |
| 2016-04 | Florence-Kasson | 64 | 31 | 48% | 32 | 12 | 38% | 32 | 19 | 59% |
| 2016-04 | Lewis | 59 | 35 | 59% | 29 | 12 | 41% | 30 | 25 | 83% |
| 2016-04 | Perryville | 125 | 66 | 53% | 60 | 33 | 55% | 65 | 33 | 51% |
| 2016-05 | Eyman-Browning | 56 | 34 | 61% | 26 | 11 | 42% | 30 | 23 | 77% |
| 2016-05 | Eyman-SMU | 75 | 47 | 63% | 38 | 22 | 58% | 37 | 25 | 68% |
| 2016-05 | Florence-Central | 30 | 1 | 3% | 30 | 1 | 3% | N/A | N/A | N/A |
| 2016-05 | Florence-Kasson | 60 | 43 | 72% | 30 | 16 | 53% | 30 | 27 | 90% |
| 2016-05 | Perryville | 118 | 53 | 45% | 59 | 23 | 39% | 59 | 30 | 51% |
| 2016-05 | Lewis | 60 | 39 | 65% | 30 | 13 | 43% | 30 | 26 | 87% |
| 2016-06 | Eyman-Browning | 64 | 37 | 58% | 36 | 21 | 58% | 28 | 16 | 57% |
| 2016-06 | Eyman-SMU | 77 | 53 | 69% | 40 | 24 | 60% | 37 | 29 | 78% |
| 2016-06 | Florence-Central | 30 | 3 | 10% | 30 | 3 | 10% | N/A | N/A | N/A |
| 2016-06 | Florence-Kasson | 60 | 39 | 65% | 30 | 16 | 53% | 30 | 23 | 77% |
| 2016-06 | Perryville | 120 | 70 | 58% | 60 | 33 | 55% | 60 | 37 | 62% |
| 2016-06 | Lewis | 60 | 27 | 45% | 30 | 7 | 23% | 30 | 25 | 83% |
| 2016-07 | Eyman-Browning | 66 | 25 | 38% | 35 | 11 | 31% | 31 | 14 | 45% |
| 2016-07 | Eyman-SMU | 76 | 42 | 55% | 38 | 21 | 55% | 38 | 21 | 55% |
| 2016-07 | Florence-Central | 25 | 3 | 12% | 25 | 3 | 12% | N/A | N/A | N/A |
| 2016-07 | Florence-Kasson | 60 | 35 | 58% | 30 | 12 | 40% | 30 | 23 | 77% |
| 2016-07 | Lewis | 57 | 8 | 14% | 27 | 5 | 19% | 30 | 3 | 10% |
| 2016-07 | Perryville | 117 | 48 | 41% | 57 | 27 | 47% | 60 | 21 | 35% |
| 2016-08 | Eyman-Browning | 66 | 47 | 71% | 36 | 20 | 56% | 30 | 27 | 90% |
| 2016-08 | Eyman-SMU | 74 | 54 | 73% | 37 | 23 | 62% | 37 | 31 | 84% |
| 2016-08 | Lewis | 62 | 35 | 56% | 31 | 12 | 39% | 31 | 23 | 74% |
| 2016-08 | Perryville | 120 | 82 | 68% | 60 | 35 | 58% | 60 | 47 | 78% |
| 2016-09 | Eyman-Browning | 67 | 43 | 64% | 37 | 18 | 49% | 30 | 25 | 83% |
| 2016-09 | Eyman-SMU | 80 | 60 | 75% | 41 | 27 | 66% | 39 | 33 | 85% |
| 2016-09 | Florence-Central | 30 | 2 | 7% | 30 | 2 | 7% | N/A | N/A | N/A |
| 2016-09 | Florence-Kasson | 60 | 46 | 77% | 30 | 21 | 70% | 30 | 25 | 83% |
| 2016-09 | Lewis | 60 | 39 | 65% | 30 | 17 | 57% | 30 | 22 | 73% |
| 2016-09 | Perryville | 121 | 59 | 49% | 61 | 30 | 49% | 60 | 29 | 48% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *RATES OF REFUSAL OF PROGRAMS* | | | | | | | | | |
| MC Notebook Month | Facility | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentate of SMI Refusals |
| 2015-12 | Eyman-Browning | 95 | 30 | 32% | 5 | 2 | 40% | 90 | 28 | 31% |
| 2015-12 | Eyman-SMU | 110 | 60 | 55% | 17 | 3 | 18% | 93 | 57 | 61% |
| 2015-12 | Florence-Central | 4 | 0 | 0% | 4 | 0 | 0% | N/A | N/A | N/A |
| 2015-12 | Florence-Kasson | 119 | 57 | 48% | 44 | 14 | 32% | 75 | 43 | 57% |
| 2015-12 | Lewis | 107 | 51 | 48% | 12 | 3 | 25% | 95 | 48 | 51% |
| 2015-12 | Perryville | 82 | 19 | 23% | 9 | 0 | 0% | 73 | 19 | 26% |
| 2016-01 | Eyman-Browning | 100 | 50 | 50% | 10 | 3 | 30% | 90 | 47 | 52% |
| 2016-01 | Eyman-SMU | 142 | 88 | 62% | 17 | 4 | 24% | 125 | 84 | 67% |
| 2016-01 | Florence-Central | 17 | 4 | 24% | 17 | 4 | 24% | N/A | N/A | N/A |
| 2016-01 | Florence-Kasson | 118 | 70 | 59% | 43 | 20 | 47% | 75 | 50 | 67% |
| 2016-01 | Lewis | 90 | 53 | 59% | 5 | 0 | 0% | 85 | 53 | 62% |
| 2016-01 | Perryville | 76 | 16 | 21% | 6 | 1 | 17% | 70 | 15 | 21% |
| 2016-02 | Eyman-Browning | 96 | 30 | 31% | 7 | 3 | 43% | 89 | 27 | 30% |
| 2016-02 | Eyman-SMU | 112 | 71 | 63% | 24 | 7 | 29% | 88 | 64 | 73% |
| 2016-02 | Florence-Central | 11 | 2 | 18% | 11 | 2 | 18% | N/A | N/A | N/A |
| 2016-02 | Florence-Kasson | 122 | 72 | 59% | 46 | 22 | 48% | 76 | 50 | 66% |
| 2016-02 | Lewis | 76 | 56 | 74% | 5 | 1 | 20% | 71 | 55 | 77% |
| 2016-02 | Perryville | 89 | 41 | 46% | 3 | 0 | 0% | 86 | 41 | 48% |
| 2013-03 | Eyman-Browning | 105 | 25 | 24% | 15 | 7 | 47% | 90 | 18 | 20% |
| 2016-03 | Eyman-SMU | 117 | 79 | 68% | 25 | 10 | 40% | 92 | 69 | 75% |
| 2016-03 | Florence-Central | 11 | 1 | 9% | 11 | 1 | 9% | N/A | N/A | N/A |
| 2016-03 | Florence-Kasson | 100 | 61 | 61% | 37 | 24 | 65% | 63 | 37 | 59% |
| 2016-03 | Lewis | 59 | 36 | 61% | 5 | 1 | 20% | 54 | 35 | 65% |
| 2016-03 | Perryville | 72 | 40 | 56% | 4 | 0 | 0% | 68 | 40 | 59% |
| 2016-04 | Eyman-Browning | 108 | 35 | 32% | 8 | 4 | 50% | 100 | 31 | 31% |
| 2016-04 | Eyman-SMU | 120 | 73 | 61% | 26 | 7 | 27% | 94 | 66 | 70% |
| 2016-04 | Florence-Central | 8 | 1 | 13% | 8 | 1 | 13% | N/A | N/A | N/A |
| 2016-04 | Florence-Kasson | 122 | 73 | 60% | 47 | 25 | 53% | 75 | 48 | 64% |
| 2016-04 | Lewis | 86 | 42 | 49% | 9 | 1 | 11% | 77 | 41 | 53% |
| 2016-04 | Perryville | 79 | 27 | 34% | 5 | 0 | 0% | 74 | 27 | 36% |
| 2016-05 | Eyman-Browning | 106 | 38 | 36% | 16 | 5 | 31% | 90 | 33 | 37% |
| 2016-05 | Eyman-SMU | 120 | 68 | 57% | 27 | 6 | 22% | 93 | 62 | 67% |
| 2016-05 | Florence-Central | 10 | 2 | 20% | 10 | 2 | 20% | N/A | N/A | N/A |
| 2016-05 | Florence-Kasson | 114 | 70 | 61% | 40 | 23 | 58% | 74 | 47 | 64% |
| 2016-05 | Perryville | 89 | 35 | 39% | 14 | 5 | 36% | 75 | 30 | 40% |
| 2016-05 | Lewis | 98 | 48 | 49% | 8 | 0 | 0% | 90 | 48 | 53% |
| 2016-06 | Eyman-Browning | 96 | 53 | 55% | 6 | 3 | 50% | 90 | 50 | 56% |
| 2016-06 | Eyman-SMU | 121 | 69 | 57% | 29 | 12 | 41% | 92 | 57 | 62% |
| 2016-06 | Florence-Central | 11 | 1 | 9% | 11 | 1 | 9% | N/A | N/A | N/A |
| 2016-06 | Florence-Kasson | 120 | 59 | 49% | 46 | 19 | 41% | 74 | 40 | 54% |
| 2016-06 | Perryville | 86 | 25 | 29% | 11 | 3 | 27% | 75 | 22 | 29% |
| 2016-06 | Lewis | 102 | 27 | 26% | 6 | 0 | 0% | 96 | 27 | 28% |
| 2016-07 | Eyman-Browning | 113 | 49 | 43% | 23 | 12 | 52% | 90 | 37 | 41% |
| 2016-07 | Eyman-SMU | 113 | 57 | 50% | 24 | 9 | 38% | 89 | 48 | 54% |
| 2016-07 | Florence-Central | 10 | 0 | 0% | 10 | 0 | 0% | N/A | N/A | N/A |
| 2016-07 | Florence-Kasson | 127 | 72 | 57% | 46 | 22 | 48% | 81 | 50 | 62% |
| 2016-07 | Lewis | 81 | 27 | 33% | 7 | 1 | 14% | 74 | 26 | 35% |
| 2016-07 | Perryville | 79 | 25 | 32% | 7 | 1 | 14% | 72 | 24 | 33% |
| 2016-08 | Eyman-Browning | 97 | 54 | 56% | 6 | 3 | 50% | 91 | 51 | 56% |
| 2016-08 | Eyman-SMU | 119 | 61 | 51% | 27 | 12 | 44% | 92 | 49 | 53% |
| 2016-08 | Lewis | 92 | 47 | 51% | 7 | 4 | 57% | 85 | 43 | 51% |
| 2016-08 | Perryville | 80 | 32 | 40% | 8 | 2 | 25% | 72 | 30 | 42% |
| 2016-09 | Eyman-Browning | 97 | 31 | 32% | 7 | 3 | 43% | 90 | 28 | 31% |
| 2016-09 | Eyman-SMU | 126 | 65 | 52% | 26 | 12 | 46% | 100 | 53 | 53% |
| 2016-09 | Florence-Central | 14 | 1 | 7% | 14 | 1 | 7% | N/A | N/A | N/A |
| 2016-09 | Florence-Kasson | 128 | 68 | 53% | 49 | 20 | 41% | 79 | 48 | 61% |
| 2016-09 | Lewis | 86 | 48 | 56% | 4 | 0 | 0% | 82 | 48 | 59% |
| 2016-09 | Perryville | 101 | 43 | 43% | 30 | 9 | 30% | 71 | 34 | 48% |