1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

| | |
|---|---|
| 8   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |

9

10

11

12                        Plaintiffs,

13          v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                         Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO SEAL DOCUMENTS ASSOCIATED WITH PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (MAXIMUM PERFORMANCE MEASURES 1-3, 5-6, AND 8)**

17

18          This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated with

19   Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures

20   1-3, 5-6, and 8) and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and

21   instructs the clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to

22   Seal (Exhibits 2, 5-32, 34-35, and 37-62 to the Declaration of Jennifer Onka).

23

24

25

26

27

28

134539651.1