1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Victor Antonio Parsons, et al.,

No.  CV-12-0601-PHX-DKD

10

Plaintiffs,

11

v.

**ORDER**

12

Charles L. Ryan, et al.,

13

Defendants.

14
15
16

Pending before the Court are Plaintiffs' Motion for Leave to Exceed Page Limits (regarding Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8)) (Doc. 1935) and Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 1940), and upon good cause appearing,

17
18
19
20
21

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Leave to Exceed Page Limits (regarding Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8)) (Doc. 1935).

22
23
24

. . .

25

. . .

26

. . .

27
28

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion to Seal Documents Associated with Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 1940), and directs the clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 2, 5-32, 34-35, and 37-62 to the Declaration of Jennifer Onka).

Dated this 23rd day of February, 2017.

_____
David K. Duncan
United States Magistrate Judge