1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
12 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
13 Fax:  (480) 420-1696
   dstruck@swlfirm.com
14 kwieneke@swlfirm.com
   rlove@swlfirm.com
15 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
16 afletcher@swlfirm.com
   aorcutt@swlfirm.com
17 jlee@swlfirm.com
   *Attorneys for Defendants*

18

19              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
20

21 Victor Parsons, *et al.*, on behalf of themselves        NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
   Center for Disability Law,
22
                                    Plaintiffs,
                v.                                            **AMENDED** **NOTICE OF APPEAL**
23

24 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
   Division Director, Division of Health Services,
25 Arizona Department of Corrections, in their
   official capacities,
26                                  Defendants.

27

28

1        Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the

2 above named case, <u>amend</u> their December 12, 2016 Notice of Appeal to the United States

3 Court of Appeals for the Ninth Circuit (Dkt. 1817) to include a challenge to the Court's

4 Order denying Defendants' Motion for Relief from Final Order Enforcing Stipulation

5 (Dkt. 1917) entered in this action on February 6, 2017.  *See* FRAP 4(a)(4)(B)(ii).

6        DATED this 24th day of February 2017.

7                                      STRUCK WIENEKE & LOVE, P.L.C.

8

9                                 By /s/Nicholas D. Acedo

10                                     Daniel P. Struck
                                      Kathleen L. Wieneke

11                                     Rachel Love
                                    Timothy J. Bojanowski

12                                     Nicholas D. Acedo
                                    Ashlee B. Fletcher

13                                     Anne M. Orcutt
                                    Jacob B. Lee

14                                     Mark A. Bracken
                                    STRUCK WIENEKE & LOVE, P.L.C.

15                                     3100 West Ray Road, Suite 300
                                    Chandler, Arizona  85226

16                                     Arizona Attorney General Mark Brnovich
                                    Office of the Attorney General

17                                     Michael E. Gottfried
                                    Lucy M. Rand

18                                     Assistant Attorneys General
                                    1275 W. Washington Street

19                                     Phoenix, Arizona 85007-2926

20                                     *Attorneys for Defendants*

21

22

23

24

25

26

27

28

1

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

Arizona Attorney General Mark
Brnovich
**Office of the Attorney General**
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

2

1

2

3

4

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

5

6

7

8

9

10

11

Kathleen E. Brody
Daniel J. Pochoda
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014-5077
Telephone: (602) 650-1854
Fax: (602) 650-1376
kbrody@acluaz.org
dpochoda@acluaz.org

Caroline N. Mitchell
Amir Q. Amiri
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 875-5712
Fax: (415) 875-5700
cnmitchell@jonesday.com
aamiri@jonesday.com

12

13

14

15

16

17

18

19

David C. Fathi
Amy Fettig
Jamelia Natasha Morgan
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005-2313
Telephone: (202) 548-6603
Fax: (202) 393-4931
dfathi@npp-aclu.org
afettig@npp-aclu.org
jmorgan@aclu.org

Jennifer K. Messina
**JONES DAY** – New York, NY
222 East 41st Street, 2nd Floor
New York, NY 10017-6727
Telephone: (212) 326-3498
Fax: (212) 755-7306
jkmessina@jonesday.com

20

21

22

23

24

25

26

27

28

Donald Specter
Alison Hardy
Sara Norman
Corene T. Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com

John Laurens Wilkes
**JONES DAY** – Houston, TX
717 Texas Street, Suite 3300
Houston, TX 77002-2745
Telephone: (832) 239-3939
Fax: (832) 239-3600
jlwilkes@jonesday.com

3

snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

Daniel C. Barr
Amelia M. Gerlicher
John H. Gray
**PERKINS COIE LLP**
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2740
Telephone: (602) 351-8000
Fax: (602) 648-7000
dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Kirstin T. Eidenbach
**EIDENBACH LAW, PLLC**
PO Box 91398
Tucson, AZ 85752
Telephone: (520) 477-1475
Fax: Unavailable
kirstin@eidenbachlaw.com

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

Maya Abela
Sarah Eve Kader
Asim Dietrich
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, #202
Phoenix, AZ 85034-7439
Telephone: (602) 274-6287
Fax: (602) 274-6779
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, AZ 85701
Telephone: (520) 327-9547
Fax: (520) 884-0992
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:             aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:             afettig@npp-aclu.org

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:     dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

Jennifer K. Messina:       jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:       jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:        jrico@azdisabilitylaw.org

Kathleen E. Brody          kbrody@acluaz.org

Kirstin T. Eidenbach:      kirstin@eidenbachlaw.com

Maya Abela                 mabela@azdisabilitylaw.org

Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org

Sara Norman:               snorman@prisonlaw.com

Sarah Eve Kader:           skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

5

1    Rita K. Lomio:            rlomio@prisonlaw.com

2

3         I hereby certify that on this same date, I served the attached document by U.S.
     Mail, postage prepaid, on the following, who is not a registered participant of the
     CM/ECF System:

4
         N/A
5
                                        /s/Nicholas D. Acedo
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            6