Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Orders Re: Close Custody entered in this action on December 23, 2016 (Dkt. 1833) and February 6, 2017 (Dkt. 1918). *See* FRAP 4(a)(4)(A)(vi).

DATED this 24th day of February 2017.

                              STRUCK WIENEKE & LOVE, P.L.C.

                              By /s/Rachel Love
                                   Daniel P. Struck
                                   Kathleen L. Wieneke
                                   Rachel Love
                                   Timothy J. Bojanowski
                                   Nicholas D. Acedo
                                   Ashlee B. Fletcher
                                   Anne M. Orcutt
                                   Jacob B. Lee
                                   Mark A. Bracken
                                   STRUCK WIENEKE & LOVE, P.L.C.
                                   3100 West Ray Road, Suite 300
                                   Chandler, Arizona  85226

                                   Arizona Attorney General Mark Brnovich
                                   Office of the Attorney General
                                   Michael E. Gottfried
                                   Lucy M. Rand
                                   Assistant Attorneys General
                                   1275 W. Washington Street
                                   Phoenix, Arizona 85007-2926

                                   *Attorneys for Defendants*

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

| | |
|---|---|
| Daniel P. Struck | Arizona Attorney General Mark Brnovich |
| Kathleen L. Wieneke | **Office of the Attorney General** |
| Rachel Love | Michael E. Gottfried, Bar No. 010623 |
| Timothy J. Bojanowski | Lucy M. Rand, Bar No. 026919 |
| Nicholas D. Acedo | Assistant Attorneys General |
| Ashlee B. Fletcher | 1275 W. Washington Street |
| Anne M. Orcutt | Phoenix, Arizona 85007-2926 |
| Jacob B. Lee | Telephone: (602) 542-4951 |
| **STRUCK WIENEKE & LOVE, P.L.C.** | Fax: (602) 542-7670 |
| 3100 West Ray Road, Suite 300 | Michael.Gottfried@azag.gov |
| Chandler, Arizona 85226 | Lucy.Rand@azag.gov |
| Telephone: (480) 420-1600 | |
| Fax: (480) 420-1696 | |
| dstruck@swlfirm.com | |
| kwieneke@swlfirm.com | |
| rlove@swlfirm.com | |
| tbojanowski@swlfirm.com | |
| nacedo@swlfirm.com | |
| afletcher@swlfirm.com | |
| aorcutt@swlfirm.com | |
| jlee@swlfirm.com | |

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

Kathleen E. Brody
Daniel J. Pochoda
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014-5077
Telephone: (602) 650-1854
Fax: (602) 650-1376
kbrody@acluaz.org
dpochoda@acluaz.org

David C. Fathi
Amy Fettig
Jamelia Natasha Morgan
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005-2313
Telephone: (202) 548-6603
Fax: (202) 393-4931
dfathi@npp-aclu.org
afettig@npp-aclu.org
jmorgan@aclu.org

Donald Specter
Alison Hardy
Sara Norman
Corene T. Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com

Caroline N. Mitchell
Amir Q. Amiri
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 875-5712
Fax: (415) 875-5700
cnmitchell@jonesday.com
aamiri@jonesday.com

Jennifer K. Messina
**JONES DAY** – New York, NY
222 East 41st Street, 2nd Floor
New York, NY 10017-6727
Telephone: (212) 326-3498
Fax: (212) 755-7306
jkmessina@jonesday.com

John Laurens Wilkes
**JONES DAY** – Houston, TX
717 Texas Street, Suite 3300
Houston, TX 77002-2745
Telephone: (832) 239-3939
Fax: (832) 239-3600
jlwilkes@jonesday.com

snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

| | |
|---|---|
| Daniel C. Barr<br>Amelia M. Gerlicher<br>John H. Gray<br>**PERKINS COIE LLP**<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012-2740<br>Telephone: (602) 351-8000<br>Fax: (602) 648-7000<br>dbarr@perkinscoie.com<br>agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com | Kirstin T. Eidenbach<br>**EIDENBACH LAW, PLLC**<br>PO Box 91398<br>Tucson, AZ 85752<br>Telephone: (520) 477-1475<br>Fax: Unavailable<br>kirstin@eidenbachlaw.com |

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

| | |
|---|---|
| Maya Abela<br>Sarah Eve Kader<br>Asim Dietrich<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, #202<br>Phoenix, AZ 85034-7439<br>Telephone: (602) 274-6287<br>Fax: (602) 274-6779<br>skader@azdisabilitylaw.org<br>adietrich@azdisabilitylaw.org | Rose A. Daly-Rooney<br>J.J. Rico<br>Jessica Jansepar Ross<br>Maya Abela<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, AZ 85701<br>Telephone: (520) 327-9547<br>Fax: (520) 884-0992<br>rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |


# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

Rita K. Lomio:                rlomio@prisonlaw.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

                            /s/Rachel Love

6