UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**[PROPOSED] ORDER GRANTING PRISONER PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

This Court, having reviewed Prisoner Plaintiffs' Motion for Preliminary Injunction and finding good cause, hereby **GRANTS** Prisoner Plaintiffs' Motion.

**IT IS ORDERED** that Defendants promptly arrange for Shawn Jensen to receive a full body scan with x-rays, as requested by his urologist in January 2017.

**IT IS FURTHER ORDERED** that Defendants to allow a physician skilled in the management of advanced prostate cancer to completely reconsider all available data in order to properly workup and stage Mr. Jensen's disease and develop a comprehensive treatment plan to be carried out as ordered by the same physician who develops the plan.