Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COURT'S ORDER, (DKT.1951)**<br><br>**[FIRST REQUEST]** |

Defendants Charles Ryan and Richard Pratt move this Court for a two-week extension of time in which to file their Amended Response to the Court's Order at Dkt. 1933 at 3. (Dkt. 1951).

The Court's Order requires Defendants to advise the following, with respect to the measures and facilities subject to Plaintiffs' Motion to Enforce (Dkt. 1863):  (1) which performance measures warrant remediation; and (2) Defendants' proposed remediation plans for failing performance measures.[1]  Plaintiffs' Motion to Enforce alleges substantial non-compliance for 21 measures at numerous facilities.  Based on the number of measures and facilities, Corizon may need to develop up to 48 remediation plans.   This is a significant undertaking, especially given Defendants were only made aware of this task one week ago.  To ensure Corizon's plans are thorough, specific to each facility's needs, and appropriately crafted to remedy the deficiencies, Defendants request a two week extension, until March 17, 2017, to submit the plans to the Court.  Plaintiffs have no objection.  A proposed order is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Court also ordered Defendants to advise whether the corrective actions discussed in their Response to Plaintiffs' Motion to Enforce (Dkt. 1900) are Defendants' proposed remediation plans.  Defendants answered that question in their February 15, 2017 Notice – no remediation plans were included in Defendants' Response to Plaintiffs' Motion to Enforce.  (Dkt. 1930 at 2).

1

DATED this 3rd day of March 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
        Daniel P. Struck
        Kathleen L. Wieneke
        Rachel Love
        Timothy J. Bojanowski
        Nicholas D. Acedo
        Ashlee B. Fletcher
        Anne M. Orcutt
        Jacob B. Lee
        Mark A. Bracken
        STRUCK WIENEKE & LOVE, P.L.C.
        3100 West Ray Road, Suite 300
        Chandler, Arizona  85226

        Arizona Attorney General Mark Brnovich
        Office of the Attorney General
        Michael E. Gottfried
        Lucy M. Rand
        Assistant Attorneys General
        1275 W. Washington Street
        Phoenix, Arizona 85007-2926

        *Attorneys for Defendants*


By /s/David C. Fathi
        David C. Fathi (Wash. 24893)*
        Amy Fettig (D.C. 484883)**
        **ACLU NATIONAL PRISON PROJECT**
        Jamelia Natasha Morgan (NY 5351176)**
        915 16TH St., N.W., 7th Floor
        Washington, D.C.  20005

        *Admitted *pro hac vice.* Not admitted in
        DC; practice limited to federal courts.
        **Admitted *pro hac vice*

        *Attorneys for Plaintiffs Shawn Jensen;*
        *Stephen Swartz; Sonia Rodriguez; Christina*
        *Verduzco; Jackie Thomas; Jeremy Smith;*
        *Robert Gamez; Maryanne Chisholm;*
        *Desiree Licci; Joseph Hefner; Joshua*
        *Polson; and Charlotte Wells, on behalf of*
        *themselves and all others similarly situated*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By /s/Maya Abela
Maya Abela
Sarah Kader
Asim Dietrich
**ARIZONA CENTER FOR DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ  85034

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:           ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:        aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:        afettig@npp-aclu.org

Asim Varma:          avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

Jennifer K. Messina:    jkmessina@jonesday.com

Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

Kathleen E. Brody      kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela          mabela@azdisabilitylaw.org

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

Sara Norman:        snorman@prisonlaw.com

Sarah Eve Kader:      skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:          rlomio@prisonlaw.com

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

     N/A

                                   /s/Daniel P. Struck