# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Extend Deadline to Respond to Court's Order (Doc. 1960), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED. Defendants' Response is due on or before March 17, 2017.

Dated this 6th day of March, 2017.

David K. Duncan
United States Magistrate Judge