1 | Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: kbrody@acluaz.org
        dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**PLAINTIFFS' PROPOSED AGENDA FOR MARCH 8, 2017 HEARING AND STATUS REPORT** |

LEGAL23774493.1

In addition to their previously-filed list of topics and witnesses for the March 8, 2017 evidentiary hearing (Doc. 1931), Plaintiffs submit the following proposed topics for the agenda for the March 8, 2017 status hearing.[1]

**I. Plaintiffs' Pending Motion to Enforce**

At the February 8, 2017 Status Hearing, the Court did not rule on Plaintiffs' Motion to Enforce the Stipulation (Doc. 1831; see also Reply, Doc. 1911), and instead ordered Defendants to file a notice with the Court as to which performance measures "warrant remediation" and which ones would be recalculated using the correct methodology as established by the Court. Doc. 1933 at 3. The Court has granted Defendants' motion for an extension until March 17, 2017, to file this notice. Doc. 1961. While some of the performance measures for which Plaintiffs seek a finding of noncompliance may be affected by the issue of recalculating scores in light of the final version of the Monitoring Guide, *see* Doc. 1951, many of the measures are not affected by changes to the monitoring methodology, or to the extent the methodology has been changed, retroactive analysis would show an even lower rate of compliance. Therefore, the Court should find Defendants noncompliant with regard to the following performance measures:

PM 35: Eyman, Florence, Lewis, Phoenix, Tucson

PM 37: Perryville

PM 39: Yuma

PM 40: Eyman, Lewis, Tucson

PM 44: Douglas, Eyman, Florence, Lewis, Tucson

PM 45: Lewis, Tucson

PM 50: Florence

---

[1] In light of the Court's limited time on March 8, Plaintiffs believe that the first priority for the hearing should be for the Court and Plaintiffs to question Defendants' witnesses regarding the monitoring process. See Doc. 1915 at 3; Doc. 1931. To the extent that extra time remains, Plaintiffs ask that the Court address the additional issues set forth in this filing.

LEGAL23774493.1

PM 51: Eyman, Yuma

PM 52: Florence, Perryville, Tucson

## II. Defendants' Final Monitoring Guide

### A. Health Care Performance Measures

The parties met-and-conferred regarding the health care performance measures on February 21, 2017, and Defendants provided an updated version of their Monitoring Guide on February 24, 2017. On March 6, 2017, Plaintiffs provided Defendants with their comments regarding PMs 12, 46, and 52, and Defendants agreed to provide responses to the comments as well as an updated version of PM 61 by March 7, 2017. There may remain a dispute between the parties with regard to the methodology for PM 85 and 86, depending upon the information elicited from the monitors at the March 8 hearing.

### B. Maximum Custody Performance Measures

The parties have largely finalized the Monitoring Guide for the Maximum Custody Performance Measures ##1 – 9. See Declaration of Amy Fettig, March 6, 2017, Ex. 1, Draft Monitoring Guide, MC PM ##1-9, March 1, 2017 ("Fettig Decl."). Following the meet and confer on March 1, 2017 it is Plaintiffs' understanding that the remaining issues with the draft Monitoring Guide are primarily with MC PM #9 and are largely contingent upon the agreement of the parties on the Use of Force Checklist ordered by the Court during a hearing on January 26, 2017. Fettig Decl. ¶ 3.

Plaintiffs sent a first draft of the Use of Force Checklist to Defendants on February 8, 2017 following consultation with corrections expert, Eldon Vail. Fettig Decl. ¶ 4, Ex. 2. Plaintiffs have received no response to this draft to date, although Defendants' counsel indicated during the March 1 meet and confer that a response would be forthcoming by the end of the week. On March 3 Defendants' counsel indicated that approval was still in process and that a response would be forthcoming on March 6, 2017. Fettig Decl. ¶ 5.

### A. MC PM #9: Use of Force

The following are the remaining issues with MC PM #9:

Source of Records/Review: Plaintiffs' position is that the monitor must review a list of all use of force incidents during the monitoring period that enumerates whether chemical agents were involved, the mental health classification of the inmate(s) involved, and the location of the housing unit of each inmate involved in order to ensure that all of the proper incidents are being reviewed during the monitoring period. This issue is pending the development of the checklist by the parties. (Transcript of Hearing, 1/26/17, 43:21-44:8).

Methodology 9(e), (f), (i): The use of video documentation in Methodology sections (e), (f), and (i) are still at issue. Plaintiffs do not object to the use of video evidence per se, but object to the lack of documentation by the monitors as to what video evidence they are using in their compliance finding and what they conclude from that evidence. This issue was supposed to be addressed by the development of the Checklist also ordered by the Court in the January 26, 2017 Order. (Doc. 1915; Transcript of Hearing, 1/26/17, 43:21-44:8).

### B. MC PM #1 – Methodology

During the March 1, 2017 meet and confer Defendants also indicated that they wanted to add some language in the Methodology section MC PM #1 (presumably in section a) around an additional day of monitoring should a state holiday fall within a chosen monitoring week per the Court's discussion in the February 8, 2017 hearing regarding the issue. Plaintiffs asked Defendants to proffer language and the transcript cites supporting such an addition. Plaintiffs are awaiting Defendants' response. Fettig Decl. ¶ 6.

///
///
///
///
///
///

Respectfully submitted,

Dated: March 6, 2017

**PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:   dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
          afettig@npp-aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
       agerlicher@perkinscoie.com
       jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
       aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3498
Email: jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  *s/ Maya Abela*
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
       rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       jross@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

          s/ C. Kendrick