Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br><br> **DECLARATION OF AMY FETTIG** |

I, AMY FETTIG, declare:

1. I am an attorney licensed to practice in the District of Columbia, and admitted to this Court *pro hac vice*. I am the Deputy Director of the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. The most recent version of the Monitoring Guide for the Maximum Custody Performance Measures ("MC PM") ##1-9 is attached hereto as **Exhibit 1**. This draft version was updated by Plaintiffs after a meet and confer on March 1, 2017.

3. Following the meet and confer on March 1, 2017 it is Plaintiffs' understanding that the remaining issues with the draft Monitoring Guide are primarily with MC PM #9 and are largely contingent upon the agreement of the parties on the Use of Force Checklist ordered by the Court during a hearing on January 26, 2017.

4. After consulting with corrections expert, Eldon Vail, Plaintiffs sent a draft Use of Force Checklist to Defendants on February 8, 2017. Attached hereto as **Exhibit 2** is Plaintiffs' Draft Use of Force Checklist.

5. To date, Plaintiffs have not received a response to that draft. During the March 1, 2015 meet and confer Defendants indicated that a response would be forthcoming by the end of the week. On March 3 Defendants' counsel indicated that approval was still in process and that a response would be forthcoming on March 6, 2017.

6. During the March 1, 2017 meet and confer Defendants also indicated that they wanted to add some language in the Methodology section for MC PM #1 around an additional day of monitoring should a state holiday fall within a chosen monitoring week per the Court's discussion in the February 8, 2017 hearing regarding the issue. Plaintiffs asked Defendants to proffer language and the transcript cites supporting such an addition. Plaintiffs are awaiting Defendants' response.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the

1  foregoing is true and correct.

2

3        Executed this 6th day of March, 2017 in Washington, D.C.

4

5

6                                            s/ Amy Fettig
                                             Amy Fettig

7
                                             David C. Fathi (Wash. 24893)*
8                                            Amy Fettig (D.C. 484883)**
                                             Jamelia Natasha Morgan (N.Y.
9                                            5351176)**
                                             **ACLU NATIONAL PRISON
10                                           PROJECT**
                                             915 15th Street N.W., 7th Floor
11                                           Washington, D.C. 20005
                                             Telephone:  (202) 548-6603
12                                           Email:    dfathi@npp-aclu.org
                                                       afettig@npp-aclu.org
13                                                     jmorgan@aclu.org

14                                           *Admitted *pro hac vice*.  Not admitted
                                              in DC; practice limited to federal
15                                            courts.
                                              **Admitted *pro hac vice*
16
    **ADDITIONAL COUNSEL:**                   Daniel C. Barr (Bar No. 010149)
17                                           Amelia M. Gerlicher (Bar No. 023966)
                                             John H. Gray (Bar No. 028107)
18                                           **PERKINS COIE LLP**
                                             2901 N. Central Avenue, Suite 2000
19                                           Phoenix, Arizona 85012
                                             Telephone:  (602) 351-8000
20                                           Email:    dbarr@perkinscoie.com
                                                       agerlicher@perkinscoie.com
21                                                     jhgray@perkinscoie.com

22                                           Kathleen E. Brody (Bar No. 026331)
                                             Daniel Pochoda (Bar No. 021979)
23                                           **ACLU FOUNDATION OF
                                             ARIZONA**
24                                           3707 North 7th Street, Suite 235
                                             Phoenix, Arizona 85013
25                                           Telephone:  (602) 650-1854
                                             Email:    kbrody@acluaz.org
26                                                     dpochoda@acluaz.org

27

28

-2-

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         jross@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　s/ C. Kendrick