# EXHIBIT 2

Inmate Name/ADC Number:

Date of Incident:

Location of Incident:

Incident Number:

Were chemical agents used?           __Yes        __No

Was there video of the incident?       __Yes        __No

Was the video used to make compliance findings, and if so, how?
_____
_____

Did the video provide evidence for the compliance determination not provided in the documentation?  If so, please describe. _____
_____
_____

    **I.**    **Compliance with Stipulation ¶ 27(a): Chemical agents used in cases of imminent threat.**
- *Policy Guidance*: an imminent threat can include an attempt to escape, on-going physical harm, active physical resistance, or immediate and impending threat of death or serious bodily injury. Imminent threat is more than passive resistance to placement in restraints or refusal to follow orders.

Was the threat imminent?              __Yes        __No

Please describe why the threat was deemed imminent in light of the policy guidance above. **Be specific**:
_____
_____
_____
_____

    **II.**    **Compliance with Stipulation ¶ 27(b): Interventions required prior to use of chemical agents in a controlled use of force incident.**
- *Policy Guidance*: A controlled use of force is any planned use of force involving a threat that is not

1

an imminent threat. All controlled uses of force shall be preceded by a cool down period, including a clinical intervention, to allow the inmate an opportunity to comply with custody staff orders.

Was the incident a controlled UOF?    __Yes    __No

If yes, what was the reason for use of force?
_____
_____
_____

If a controlled UOF, was there a cool down period? For how long?
_____
_____

If a controlled UOF, was there a clinical intervention? Identify the name & title of the person who conducted the intervention & describe the intervention:
_____
_____

### III. Compliance with Stipulation ¶ 27(c)-(e): Further interventions required in controlled use of force incidents.

- *Policy Guidance*: Determining whether an inmate understands an order may need to include assessment of mental health status and mental/ physical disabilities as well as language proficiencies. Reasonable strategies will vary but can include bringing in additional staff that have a positive relationship with the inmate; allowing additional cool down time; bargaining/negotiating with the inmate to respond to a legitimate need.

Was there an assessment to determine whether the inmate could understand the order being given?  __Yes    __No

If yes, identify the name and title of the staff making the assessment and the determination made.  _____
_____
_____

If the inmate could not understand the orders, was the Warden or duty officer consulted prior to the use of chemical spray?    __Yes        __No

2

If the inmate could not understand orders, did mental health or medical propose a reasonable strategy to gain compliance?   __Yes   __No

If yes, identify the staff and describe the proposed strategy: _____
_____
_____

If the mental health clinician determined that the inmate has difficulty complying with an order due to mental health issues, or if the clinician believes use of force could result in decompensation, did mental health or medical staff propose a reasonable strategy to gain compliance?   __Yes   __No

If yes, identify the staff and describe the proposed strategy. _____
_____
_____

_____
Name & Title


_____
Signature

3