# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: March 8, 2017

Title: Parsons et al vs. Ryan et al
      Plaintiffs     Defendants

================================================================

HON:  David K. Duncan          Judge # 70BL/DKD

    Caryn Smith                    Laurie Adams
    Deputy Clerk                   Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach, Amy Fettig and Maya Abela for Plaintiffs
Timothy Bojanowski, Rachel Love and Anne Orcutt for Defendants

================================================================

**PROCEEDINGS:**     X   Open Court       ____ Chambers       ____ Other

This is the time set for Status Hearing. Plaintiffs invoke the Rule of Exclusion of Witnesses. Court and counsel discuss matters.

Kathleen Campbell is sworn and examined.

9:36 AM – Court stands at recess.

9:46 AM – Court reconvenes.

Ryan Owens is sworn and examined.

Mark Haldane is sworn and examined.

IT IS ORDERED resetting this matter for March 21, 2017 at 8:00 AM before this Court for all remaining matters except maximum custody. IT IS FURTHER ORDERED setting maximum custody matters for March 28, 2017 at 9:00 AM before this Court. IT IS FURTHER ORDERED the parties shall meet and confer regarding the witnesses Plaintiffs have requested to have testify. IT IS FURTHER ORDERED accelerating the regularly scheduled Status Hearing from April 19, 2017 to April 17, 2017 at 9:00 AM before this Court.

Time in court:  3hr 6 min (8:10 AM – 11:26 AM)