**MARK BRNOVICH**
**ATTORNEY GENERAL**

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:   (602) 542-1610
Fax:              (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Fax:              (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV12-00601-PHX-DKD<br><br>**STIPULATED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE AFFIDAVIT REGARDING ATTENDANCE/SIGN-IN SHEETS**<br><br>**(First Request)** |

Defendants Charles Ryan and Richard Pratt, through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 6(b)(1)(A), move for an extension of time for the Defendants to file the affidavit of Associate Deputy Warden Wendy Hackney regarding maximum custody attendance/sign-in sheets of four (4) days from the current deadline of March 10, 2017, to and including March 14, 2017. Defense counsel needs additional time to finalize drafting of the declaration as the attendance/sign-in sheets were just finished being compiled and the affiant will be out of the office on Monday, March 13, 2017. This motion is not made for the purpose of delay, and this short enlargement will not prejudice the Plaintiffs. Plaintiffs have no objection to this extension.

Therefore, it is respectfully requested that the time to submit to the Court the affidavit regarding attendance/sign-in sheets be extended to and including March 17, 2017. A proposed form of order is attached hereto.

RESPECTFULLY SUBMITTED this 10th day of March, 2017.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By: s/ Lucy M. Rand
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General

    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    **STRUCK WIENEKE & LOVE, P.L.C.**
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    *Attorneys for Defendants*

#5819367      2

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (NY 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th St., N.W., 7th Floor
Washington, D.C. 20005

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

By: s/ Maya Abela
Sara Kader (AZ 027147)
Asim Dietrich (AZ 027927)
Rose Ann Daly-Rooney (AZ 015690)
Maya Abela (AZ 027232)
Jessica Pari Jansepar Ross (AZ 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ 85034

*Attorneys for the Arizona Center for Disability Law*

#5819367                                        3

# CERTIFICATE OF SERVICE

I certify that on March 10, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. I also certify that I simultaneously effectuated service of the above document on the following parties via the ECF System:

Donald Specter:  dspecter@prisonlaw.com
Alison Hardy:  ahardy@prisonlaw.com
Sara Norman:  snorman@prisonlaw.com
Corene T. Kendrick:  ckendrick@prisonlaw.com
Rita Katherina Lomio:  rlomio@prisonlaw.com
**PRISON LAW OFFICE**

Daniel Joseph Pochoda:  dpochoda@acluaz.org
Kathleen E. Brody:  kbrody@acluaz.org
**ACLU AZ**

David Cyrus Fathi:  dfathi@aclu.org
Amy Fettig:  afettig@aclu.org
Jamelia Natasha Morgan:  jmorgan@aclu.org
**ACLU-NATIONAL PRISON PROJECT**

Daniel Clayton Barr:  dbarr@perkinscoie.com
Amelia Morrow Gerlicher:  agerlicher@perkinscoie.com
John Howard Gray:  jhgray@perkinscoie.com
**PERKINS COIE, LLP**

Caroline N. Mitchell:  cnmitchell@jonesday.com
John Laurens Wilkes:  jlwilkes@jonesday.com
Jennifer K Messina:  jkmessina@jonesday.com
Amir Q. Amiri:  aamiri@jonesday.com
**JONES DAY**

General:  phxadmin@azdisabilitylaw.org
Asim Dietrich  adietrich@azdisabilitylaw.org
Sarah Eve Kader:  skader@azdisabilitylaw.org
Maya Abela:  mabela@azdisabilitylaw.org
Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org
Rose Ann Daly-Rooney  rdalyrooney@azdisabilitylaw.org
**ACDL**

Kirstin Tekakawitha Eidenbach  Kirstin@eidenbachlaw.com
**Eidenbach Law, P.L.L.C.**

#5819367 4

s/ Griselda Ybarra
Legal Secretary to Lucy M. Rand

#5819367 5