**MARK BRNOVICH**
**ATTORNEY GENERAL**

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:    (602) 542-1610
Fax:             (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:    (480) 420-1600
Fax:             (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV12-00601-PHX-DKD<br><br>*AMENDED* **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO SUBMIT AFFIDAVIT REGARDING ATTENDANCE/SIGN-IN SHEETS**<br><br>**(First Request)** |

1  Defendants Charles Ryan and Richard Pratt, through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 6(b)(1)(A), move for an extension of time for the Defendants to file the affidavit of Associate Deputy Warden Wendy Hackney regarding maximum custody attendance/sign-in sheets of four (4) days from the current deadline of March 10, 2017, to and including Tuesday, March 14, 2017.  Defense counsel needs additional time to finalize drafting of the declaration as the attendance/sign-in sheets were just finished being compiled and the affiant will be out of the office on Monday, March 13, 2017.  This motion is not made for the purpose of delay, and this short enlargement will not prejudice the Plaintiffs.  Plaintiffs have no objection to this extension.

Therefore, it is respectfully requested that the time to submit to the Court the affidavit regarding attendance/sign-in sheets be extended to and including March 14, 2017.  A proposed form of order is attached hereto.

RESPECTFULLY SUBMITTED this 13th day of March, 2017.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By: s/ Lucy M. Rand
　　Michael E. Gottfried
　　Lucy M. Rand
　　Assistant Attorneys General

　　Daniel P. Struck
　　Kathleen L. Wieneke
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　Ashlee B. Fletcher
　　Anne M. Orcutt
　　Jacob B. Lee
　　**STRUCK WIENEKE & LOVE, P.L.C.**
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona  85226

　　*Attorneys for Defendants*

#5819367v2                        2

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (NY 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th St., N.W., 7th Floor
Washington, D.C. 20005

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

By: s/ Maya Abela
Sara Kader (AZ 027147)
Asim Dietrich (AZ 027927)
Rose Ann Daly-Rooney (AZ 015690)
Maya Abela (AZ 027232)
Jessica Pari Jansepar Ross (AZ 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ 85034

*Attorneys for the Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  I also certify that I simultaneously effectuated service of the above document on the following parties via the ECF System:

Donald Specter:         dspecter@prisonlaw.com
Alison Hardy:           ahardy@prisonlaw.com

#5819367v2                                    3

| | | |
|---|---|---|
| 1 | Sara Norman: | snorman@prisonlaw.com |
|   | Corene T. Kendrick: | ckendrick@prisonlaw.com |
| 2 | Rita Katherina Lomio: | rlomio@prisonlaw.com |
| 3 | **PRISON LAW OFFICE** | |
| 4 | Daniel Joseph Pochoda: | dpochoda@acluaz.org |
|   | Kathleen E. Brody: | kbrody@acluaz.org |
| 5 | **ACLU AZ** | |
| 6 | David Cyrus Fathi: | dfathi@aclu.org |
| 7 | Amy Fettig: | afettig@aclu.org |
|   | Jamelia Natasha Morgan: | jmorgan@aclu.org |
| 8 | **ACLU-NATIONAL PRISON PROJECT** | |
| 9 | Daniel Clayton Barr: | dbarr@perkinscoie.com |
|   | Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| 10 | John Howard Gray: | jhgray@perkinscoie.com |
| 11 | **PERKINS COIE, LLP** | |
| 12 | Caroline N. Mitchell: | cnmitchell@jonesday.com |
|   | John Laurens Wilkes: | jlwilkes@jonesday.com |
| 13 | Jennifer K Messina: | jkmessina@jonesday.com |
| 14 | Amir Q. Amiri: | aamiri@jonesday.com |
| 15 | **JONES DAY** | |
| 16 | General: | phxadmin@azdisabilitylaw.org |
|    | Asim Dietrich | adietrich@azdisabilitylaw.org |
| 17 | Sarah Eve Kader: | skader@azdisabilitylaw.org |
|    | Maya Abela: | mabela@azdisabilitylaw.org |
| 18 | Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| 19 | Rose Ann Daly-Rooney | rdalyrooney@azdisabilitylaw.org |
|    | **ACDL** | |
| 20 | | |
| 21 | Kirstin Tekakawitha Eidenbach | Kirstin@eidenbachlaw.com |
|    | **Eidenbach Law, P.L.L.C.** | |
| 22 | s/ Griselda Ybarra | |
| 23 | Legal Secretary to Lucy M. Rand | |

#5819367v2                                       4