IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Defendants. | No. CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

　　　　The Court having reviewed the Stipulated Motion to Extend Deadline for Defendants to Submit the Affidavit Regarding Attendance/Sign-In Sheets (Doc. 1968), and good cause appearing,

　　　　**IT IS ORDERED** that the Stipulated Motion is GRANTED. Defendants' Defendants' affidavit is due on or before March 14, 2017.

　　　　Dated this __ day of March, 2017.

#5819410v2