# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 1967) and the Amended Stipulated Motion to Extend Deadline for Defendants to Submit the Affidavit Regarding Attendance/Sign-In Sheets (Doc. 1969), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED (Doc. 1967). Defendants' Response is due on or before March 23, 2017.

**IT IS FURTHER ORDERED** that the Stipulated Motion is GRANTED (Doc. 1969). Defendants' affidavit is due on or before March 14, 2017.

Dated this 14th day of March, 2017.

_____
David K. Duncan
United States Magistrate Judge