**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>    Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>    Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. 1958)** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction (Dkt. 1958), and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED. Defendants' Response is due on or before April 17, 2017.