**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**     DATE: March 16, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
        Plaintiffs     Defendants
==========================================================================

HON:  <u>  David K. Duncan  </u>     Judge # <u>70BL/DKD</u>

<u>       Caryn Smith            </u>      Laurie Adams
       Deputy Clerk                      Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick and Kirstin Eidenbach for Plaintiffs
Timothy Bojanowski, Daniel Struck and Anne Orcutt for Defendants

==========================================================================
**PROCEEDINGS:**     <u>  X  </u>**Open Court**     <u>     </u>**Chambers**     <u>     </u>**Other**

This is the time set for Emergency Telephonic Conference regarding a dispute over witnesses requested for the hearing set March 21, 2017.  Plaintiffs are requesting a witness able to talk about the Corizon health records.  Argument is heard.  IT IS ORDERED denying Plaintiffs' request.  The Court will await Richard Pratt's testimony to determine what electronic records may be available.

Argument is heard regarding Plaintiffs' request to have Martin Winland testify about the pharmacy monitoring.  IT IS ORDERED Mr. Winland and Ms. Barlund shall appear.

Argument is heard regarding Plaintiffs' request to have Jen Fontaine and Troy Evans appear for testimony.  IT IS ORDERED these witnesses shall appear.


Time in court: 21 min (4:32 PM – 4:53 PM)