MARK BRNOVICH
ATTORNEY GENERAL

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:   (602) 542-1610
Fax:              (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Fax:              (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                     Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                     Defendants. | No. CV12-00601-PHX-DKD<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DECLARATION RE: ATTENDANCE-SIGN-IN SHEETS** |

NOTICE IS HEREBY GIVEN that on March 14, 2017, Defendants served upon Plaintiffs' counsel a Declaration by Associate Deputy Warden Wendy Hackney regarding maximum custody attendance/sign-in sheets, as ordered by the Court during the February 24, 2017, telephonic status hearing regarding outstanding use of force production. Defendants also served on Plaintiffs an amended response to Plaintiffs' March 2, 2017, list of missing max custody documents from production for the period from March 2015 through November 2015.

RESPECTFULLY SUBMITTED this 17th day of March, 2017.

        **MARK BRNOVICH**
        **ATTORNEY GENERAL**

        By: s/ Lucy M. Rand
           Michael E. Gottfried
           Lucy M. Rand
           Assistant Attorneys General

           Daniel P. Struck
           Kathleen L. Wieneke
           Rachel Love
           Timothy J. Bojanowski
           Nicholas D. Acedo
           Ashlee B. Fletcher
           Anne M. Orcutt
           Jacob B. Lee
           Kevin R. Hanger
           **STRUCK WIENEKE & LOVE, P.L.C.**
           3100 West Ray Road, Suite 300
           Chandler, Arizona  85226

           *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. I also certify that I

#5834004         2

simultaneously effectuated service of the above document on the following parties via the ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Rita Katherina Lomio: | rlomio@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kathleen E. Brody: | kbrody@acluaz.org |

**ACLU AZ**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@aclu.org |
| Amy Fettig: | afettig@aclu.org |
| Jamelia Natasha Morgan: | jmorgan@aclu.org |

**ACLU-NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | dbarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Amir Q. Amiri: | aamiri@jonesday.com |

**JONES DAY**

| | |
|---|---|
| General: | phxadmin@azdisabilitylaw.org |
| Asim Dietrich | adietrich@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |
| Maya Abela: | mabela@azdisabilitylaw.org |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| Rose Ann Daly-Rooney | rdalyrooney@azdisabilitylaw.org |

**ACDL**

| | |
|---|---|
| Kirstin Tekakawitha Eidenbach | Kirstin@eidenbachlaw.com |

**Eidenbach Law, P.L.L.C.**

s/ Griselda Ybarra
Legal Secretary to Lucy M. Rand

#5834004                                  3