**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: February 24, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
          Plaintiffs      Defendants
======================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

     <u>     Caryn Smith          </u>         CourtSmart
            Deputy Clerk                   Recorded

**APPEARANCES:**
Amy Fettig, Maya Abela and Kirstin Eidenbach for Plaintiffs
Rachel Love, Timothy Bojanowski, Anne Orcutt and Lucy Rand for Defendants

======================================================================
**PROCEEDINGS:**    <u> X </u> Open Court    <u>     </u> Chambers    <u>     </u> Other

This is the time set for Emergency Telephonic Status Hearing. Discussion is held. The Court is informed that video production has been substantial; however, there are 71 incidents where the underlying use of force documentation indicates there was a video but the video has been destroyed. IT IS ORDERED within 14 days an affidavit be prepared regarding the status of the 71 videos in question and addressing if they have been reviewed for compliance and were available to the Defendants.

Regarding the production of maximum custody documents from March 2015 through June 2016, the Plaintiffs have added to Ms. Rand's production log and taken out everything already produced and indicated the documents that have not been produced. Plaintiffs request that the Court rule on the failure to produce. Argument is heard. IT IS ORDERED within two weeks Ms. Rand shall verify whether or not the documents exist. IT IS FURTHER ORDERED that any documents she does have, even if incomplete, shall be produced to the Plaintiffs.

The DI326 issue is discussed. IT IS ORDERED the additional documents set forth in the table be produced to Plaintiffs within two weeks. Further discussion is held.

Florence, Central and Kasson production is discussed. IT IS ORDERED Ms. Rand shall produce the correct documents to Defendants within two weeks.

IT IS ORDERED within two weeks Ms. Rand will produce the missing documents reflected on

page 7 to Plaintiffs. If it is determined that the documents do not exist, that avowal will be included.

As to the top of page 8, it is the same issue so the same order applies as to the MC date of February, 2016.

Prisoner property logs are discussed. Plaintiffs request to find out if the logs exist and if not, what Defendants relied on in evaluating compliance. IT IS ORDERED Ms. Rand shall respond within 14 days.

Discussion is held regarding the MC date of June 2016 with respect to sign-in sheets. IT IS ORDERED Ms. Rand shall respond within 14 days.

Property logs listed on pages 10 and 11 are discussed. IT IS ORDERED Ms. Rand shall respond within 14 days.

July 2016 to present is discussed. Production has not been received. The Court is informed redaction is needed prior to sending the documents out. IT IS ORDERED that production will be sent by no later than 5:00 PM on February 27, 2017.

Discussion is held regarding the July 2016 chart regarding SMI programming that has not been responded to. IT IS ORDERED Ms. Rand shall arrange for an affidavit as to the existence of the items listed on pages 1 and 2 by no later than 14 days.

Plaintiffs advise they received some discovery on February 23, 2017 and will inform the Court if there continue to be missing documents.

Continuing issues receiving maximum custody notebooks is discussed. IT IS ORDERED adopting 30 days for production.

Time in court: 44 min (4:32 PM – 5:16 PM)