## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: March 21, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
         Plaintiffs       Defendants
==========================================================================

HON:   <u>David K. Duncan</u>           Judge # <u>70BL/DKD</u>

         <u>Caryn Smith</u>             Laurie Adams
         Deputy Clerk                  Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick and Kirstin Eidenbach for Plaintiffs
Timothy Bojanowski, Anne Orcutt and Daniel Struck for Defendants

==========================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     <u>     </u> Chambers     <u>     </u> Other

This is the time set for Status Hearing. Plaintiffs invoke the Rule of Exclusion of Witnesses. Argument is heard regarding Dr. Taylor remaining in the courtroom. Plaintiffs' objection is overruled.

Mark Haldane, having previously been sworn, resumes the stand and continues his testimony. The witness is excused.

9:17 AM – Court stands at recess.

9:26 AM – Court reconvenes with respective counsel present. Court Reporter, Laurie Adams, is present.

Martin Winland is sworn and examined. The witness is excused.

10:58 AM – Court stands at recess.

11:09 AM – Court reconvenes with respective counsel present. Court Reporter, Laurie Adams, is present.

Troy Evans is sworn and examined. The witness is excused.

12:04 PM – Court stands at recess.

1:16 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Discussion is held regarding how the lists are randomized.

Sarah Cartwright is sworn and examined.  The witness is excused.

Jenny Fontaine is sworn and examined.

3:00 PM – Court stands at recess.

3:14 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Jenny Fontaine resumes the stand and testifies further.  The witness is excused.

Dr. Nicole Taylor is sworn and examined.

4:47 PM – Court stands at recess.

4:54 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Dr. Nicole Taylor resumes the stand and testifies further.  The witness is excused.

Court and counsel discuss matters.  IT IS ORDERED the parties shall meet and confer regarding the remaining witnesses required for this hearing and contact chambers to set a time for their testimony.

5:17 PM – Court is adjourned.


Time in court: 8 hr 3 min (8:01 AM – 5:17 PM)