**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-2, 5-6, and 8) (Doc. 1981) and Defendants' Motion for Leave to File Under Seal (Doc. 1982), and upon good cause appearing,

**IT IS THEREFORE ORDERED** granting Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 1981).

**IT IS FURTHER ORDERED** directing the Clerk's Office to accept and file Defendants' lodged proposed Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 1982).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8).

Dated this 24th day of March, 2017.

_____
David K. Duncan
United States Magistrate Judge