1  Kathleen E. Brody (Bar No. 026331)
   Daniel Pochoda (Bar No. 021979)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
          dpochoda@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
7  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

15
                    UNITED STATES DISTRICT COURT
16
                         DISTRICT OF ARIZONA
17

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION TO ENFORCE THE STIPULATION (DKT. 1984)** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | **(First Request)** |
| Defendants. | |

LEGAL23774493.1

On February 23, 2017, Plaintiffs filed a Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8). (Dkt. 1944.) On March 23, 2017, Defendants' filed a Response to Plaintiffs' Motion. Plaintiffs' Reply deadline is currently March 31, 2017. The parties have stipulated to extend the Reply deadline to April 6, 2017. A proposed order is attached.

DATED this 27th day of March 2017.

Dated: March 27, 2017    **ACLU NATIONAL PRISON PROJECT**

By: *s/ Amy Fettig*
Amy Fettig (D.C. 484883)**
David C. Fathi (Wash. 24893)*
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org
         dpochoda@acluaz.org

LEGAL23774493.1

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)* |
| 3 | Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)* |
| 4 | **PRISON LAW OFFICE**<br>1917 Fifth Street |
| 5 | Berkeley, California 94710<br>Telephone: (510) 280-2621 |
| 6 | Email:   dspecter@prisonlaw.com<br>           ahardy@prisonlaw.com |
| 7 | snorman@prisonlaw.com<br>ckendrick@prisonlaw.com |
| 8 | rlomio@prisonlaw.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 11 | John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP** |
| 12 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 13 | Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com |
| 14 | agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |
| 15 | Kirstin T. Eidenbach (Bar No. 027341) |
| 16 | **EIDENBACH LAW, PLLC**<br>P. O. Box 91398 |
| 17 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 18 | Email:   kirstin@eidenbachlaw.com |
| 19 | Caroline Mitchell (Cal. 143124)*<br>Amir Q. Amiri (Cal. 271224)* |
| 20 | **JONES DAY**<br>555 California Street, 26th Floor |
| 21 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 22 | Email:   cnmitchell@jonesday.com<br>           aamiri@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | John Laurens Wilkes (Tex. 24053548)* |
| 25 | **JONES DAY**<br>717 Texas Street |
| 26 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 27 | Email:   jlwilkes@jonesday.com |
| 28 | *Admitted *pro hac vice* |

| | |
|---|---|
| 1 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 2 | 222 East 41 Street |
| | New York, New York 10017 |
| 3 | Telephone:  (212) 326-3498 |
| | Email:    jkmessina@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 7 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 8 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |

**STRUCK WIENEKE & LOVE, P.L.C.**

By: *s/ Rachel Love*
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Mark A. Bracken
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, AZ 85007-2926
    *Attorneys for Defendants*

LEGAL23774493.1

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ARIZONA CENTER FOR DISABILITY LAW**


By: *s/ Maya Abela*
  Sarah Kader (Bar No. 027147)
  Asim Dietrich (Bar No. 027927)
  5025 East Washington Street, Suite 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
  Email: skader@azdisabilitylaw.org
     adietrich@azdisabilitylaw.org

  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Jessica Jansepar Ross (Bar No. 030553)
  Maya Abela (Bar No. 027232)
  **ARIZONA CENTER FOR DISABILITY LAW**
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone: (520) 327-9547
  Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*

s/ J. Onka

LEGAL23774493.1                    -5-