1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF ARIZONA

10
11
12
13

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

No. CV 12-00601-PHX-DKD

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION TO ENFORCE THE STIPULATION (DKT. 1984)**

Plaintiffs,

14

v.

15
16
17

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

18

Defendants.

19          The Court, having reviewed the Stipulated Motion to Extend Deadline to File

20   Reply to Defendants' Response to Motion to Enforce the Stipulation (Dkt. 1984), and

21   good cause appearing,

22          IT IS ORDERED that the Stipulated Motion is GRANTED.  Plaintiffs' Reply is

23   due on or before April 6, 2017.

24
25
26
27
28