# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Extend Deadline to File Reply to Defendants' Response to Motion to Enforce the Stipulation (Doc. 1989), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED. Plaintiffs' Reply is due on or before April 6, 2017.

Dated this 27th day of March, 2017.

_____
David K. Duncan
United States Magistrate Judge