IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-00601-PHX-DKD**           DATE: March 28, 2017

Title:   Victor Antonio Parsons et. al. v. Charles L. Ryan et. al.,
                  Plaintiffs                  Defendants
=====================================================================

HON: David K. Duncan           Judge # 70BL/DKD

Molly Frasher                  Court Reporter:   Laurie Adams
Deputy Clerk

**APPEARANCES:**
 Amy Fettig, Kirstin Eidenbach, and Maya Abela for Plaintiffs
 Anne Orcutt and Rachel Love for Defendants

=====================================================================
**PROCEEDINGS:**      __X__ Open Court      _____ Chambers      _____ Other

9:01 am - This is the time set for Status Hearing.  Amy Fettig, Kirstin Eidenbach, and Maya Abela appearing for Plaintiffs, who are not present.  Anne Orcutt and Rachel Love for Defendants, who are not present.  Ms. Love provides the Court with an overview of the information being presented at today's hearing.  Plaintiffs' request to invoke the Rule of Exclusion of Witnesses; Defendants object.  Plaintiffs argue.  The request is denied.  **For the Defendants:**  Wendy Hackney, Associate Deputy Warden, is sworn and examined by Ms. Love.   10:38 am - Court takes a brief recess.

10:51 am - Court resumes.  Same parties and counsel present.  Wendy Hackney resumes the stand and is cross-examined by Ms. Fettig and questioned by the Court.  11:59 am - Court stands at recess.

1:17 pm - Court resumes.  Same parties and counsel present.  As to Doc. 1987, Plaintiffs' Motion to Seal the Response, IT IS ORDERED granting in part the Motion to Seal Response.  IT IS ORDERED as to Doc. 1986, a redacted copy of Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) shall be filed on the public docket and NOT sealed.  IT IS FURTHER ORDERED that Doc. 1988, Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) be filed under seal, along with the attached exhibits.  Wendy Hackney resumes the stand and is further cross-examined by Ms. Fettig, questioned by the Court and excused.  Carson McWilliams, Division Director of Offender Operations, is

sworn, examined by Ms. Love, cross-examined by Ms. Fettig, questioned by the Court and excused. Defendants rest. Plaintiffs request that a Warden be brought in for questioning. Defendants object. IT IS ORDERED denying Plaintiffs' request without prejudice to Plaintiffs re-opening the issue at a later date. 2:56 pm - Court stands at recess.

SH: <u>4 hr 26 mins</u>
Start: <u>9:01 am</u>
Stop: <u>2:58 pm</u>