1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

No. CV 12-00601-PHX-DKD

**ORDER**

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

This Court, having reviewed Plaintiffs' Response to Defendants' Amended Notice Re: Items From Feb. 8, 2017 Hearing, and associated filings (Docs. 1863, 1900, 1911, and 1977) and finding good cause, hereby **ORDERS** the following relief.

The Court **FINDS** that Defendants are substantially noncompliant with the following performance measures at the institutions listed below.

Therefore, **it is ORDERED** that within 14 days of this Order, Defendants must file their proposed remedial plans for each measure and each institution as to how Defendants plan to achieve compliance with the requirements of the Stipulation. Such plans shall include specific details including all actions that will be taken to achieve compliance, deadlines for these actions, and responsible parties.

<u>Performance Measure 35</u>: Eyman, Florence, Lewis, Phoenix, Tucson, and Yuma

1    Performance Measure 40: Eyman, Lewis, and Tucson

2    Performance Measure 44: Douglas, Eyman, Florence, Lewis, and Tucson

3    Performance Measure 45: Florence, Lewis, and Tucson

4    Performance Measure 50: Florence

5    Performance Measure 51: Eyman, Florence, and Tucson

6    Performance Measure 52: Florence, Perryville, and Tucson

7    Performance Measure 73: all prisons

8    Performance Measure 74: all prisons

9    Performance Measure 80: all prisons

10   Performance Measure 86: all prisons

11   Performance Measure 88: all prisons

12   Performance Measure 94: all prisons

13   Performance Measure 95: all prisons

14   The Court **FINDS** that Defendants' Second Remedial Plan (Docs. 1729, 1739) for

15   performance measures previously found substantially noncompliant (Doc. 1709) is

16   inadequate in light of ongoing substantial noncompliance.  Therefore, **it is ORDERED**

17   that effective 14 days from this Order, when Defendants are not able to comply with the

18   requirements of the Stipulation's Performance Measure 47 at Eyman, Florence, Lewis,

19   Perryville, Phoenix, Tucson, and Yuma prisons, or Performance Measure 94 at Eyman,

20   Florence, and Tucson prisons, using their current procedures, Defendants shall use all

21   available community health care services including, but not limited to, temporary

22   agencies, commercial pharmacies, community-based practitioners, urgent care facilities,

23   and hospitals to provide the health care services required in the Stipulation's Performance

24   Measures.

25   The Court **FINDS** that Defendants have failed to comply with its November 10,

26   2016 Order (Doc. 1754) at multiple institutions, for multiple performance measures.

27   Therefore, **it is ORDERED** that no later than April 10, 2017, for each institution and

28   performance measure listed below, Defendants provide the Court and Plaintiffs all

1   documents showing all steps that Defendants took to ensure that class members were seen
2   within the time frames, that prescriptions were renewed or refilled within the timeframes,
3   and that all diagnostic reports were reviewed and acted upon within the timeframes.  For
4   each performance measure and institution, **it is ORDERED** that no later than April 10,
5   2017, Defendants document the number of class members who were not seen in a timely
6   manner, the number of prescriptions that were not renewed or refilled within the
7   timeframes, and the number of diagnostic reports that were not reviewed and acted upon
8   within the timeframes.

9        Performance Measure 11: Eyman, Lewis

10        Performance Measure 13: Florence, Lewis, Perryville

11        Performance Measure 39: Eyman, Florence, Lewis, Perryville, Tucson

12        Performance Measure 46: Douglas, Florence, Perryville,

13        Performance Measure 54: Eyman, Tucson

14        Performance Measure 66: Tucson

15   **It is ORDERED** that within 14 days of this Order, Defendants must file their
16   proposed remedial plans for each measure and each institution listed above as to how
17   Defendants plan to achieve compliance with the requirements of the Stipulation.  Such
18   plans shall include specific details including all actions that will be taken to achieve
19   compliance, deadlines for these actions, and responsible parties.

20        The Court finds that the relief ordered herein is narrowly drawn, extends no further
21   than necessary to correct the violation of federal rights, and is the least intrusive means
22   necessary to correct the violation of the federal rights.

23        IT IS SO ORDERED.

24

25

26

27

28