Index of Exhibits to Kendrick Declaration

| | |
|---|---|
| Exhibit 1 | Compliance-Green-Amber-Red ("CGAR") report for ASPC-Douglas for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 2 | CGAR report for ASPC-Eyman for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 3 | CGAR report for ASPC-Florence for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 4 | CGAR report for ASPC-Lewis for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 5 | CGAR report for ASPC-Perryville for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 6 | CGAR report for ASPC-Phoenix for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 7 | CGAR report for ASPC-Safford for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 8 | CGAR report for ASPC-Tucson for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 9 | CGAR report for ASPC-Winslow for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 10 | CGAR report for ASPC-Yuma for January 2017 **(FILED UNDER SEAL)** |
| Exhibit 11 | CGAR report for ASPC-Florence for October 2016 **(FILED UNDER SEAL)** |

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL

# EXHIBIT 10

# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL