Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**MOTION TO SEAL DOCUMENTS ASSOCIATED WITH PLAINTIFFS' RESPONSE TO DEFENDANTS' AMENDED NOTICE RE: ITEMS FROM FEB. 8, 2017 HEARING** |

78204-0001/LEGAL135009694.1

1       Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal designated documents associated with Plaintiffs' Response to Defendants' Amended Notice Re: Items from Feb. 8, 2017 Hearing.  Plaintiffs file this Motion because the above documents contain confidential medical information, make medical information identifiable to a given individual, or were deemed confidential by Defendants.  [Doc. 454] To ensure the public has access to as much information as possible, Plaintiffs have carefully redacted or sealed only those portions of the filing referring to information designated as confidential by Defendants.

      Specifically, Plaintiffs move to seal the entirety of Exhibits 1 through 11 to the Declaration of Corene Kendrick.

Dated:  March 30, 2017       **PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

78204-0001/LEGAL135009694.1

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
          dpochoda@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| 2 | Amir Q. Amiri (Cal. 271224)* |
|   | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 875-5712 |
|   | Email:   cnmitchell@jonesday.com |
| 5 |          aamiri@jonesday.com |

1  Caroline Mitchell (Cal. 143124)*
2  Amir Q. Amiri (Cal. 271224)*
   **JONES DAY**
3  555 California Street, 26th Floor
   San Francisco, California 94104
4  Telephone: (415) 875-5712
   Email:   cnmitchell@jonesday.com
5           aamiri@jonesday.com

6  *Admitted *pro hac vice*

7  John Laurens Wilkes (Tex. 24053548)*
   **JONES DAY**
8  717 Texas Street
   Houston, Texas 77002
9  Telephone: (832) 239-3939
   Email:   jlwilkes@jonesday.com

10 *Admitted *pro hac vice*

11 Jennifer K. Messina (N.Y. 4912440)*
   **JONES DAY**
12 222 East 41st Street
   New York, New York 10017
13 Telephone: (212) 326-3498
   Email:   jkmessina@jonesday.com

14

15 *Admitted *pro hac vice*

16 *Attorneys for Plaintiffs Shawn Jensen;
   Stephen Swartz; Sonia Rodriguez; Christina
17 Verduzco; Jackie Thomas; Jeremy Smith;
   Robert Gamez; Maryanne Chisholm;
18 Desiree Licci; Joseph Hefner; Joshua
   Polson; and Charlotte Wells, on behalf of
19 themselves and all others similarly situated*

20

21

22

23

24

25

26

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
　　Sarah Kader (Bar No. 027147)
　　Asim Dietrich (Bar No. 027927)
　　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
　　Telephone: (602) 274-6287
　　Email: skader@azdisabilitylaw.org
　　　　　　adietrich@azdisabilitylaw.org

　　Rose A. Daly-Rooney (Bar No. 015690)
　　J.J. Rico (Bar No. 021292)
　　Jessica Jansepar Ross (Bar No. 030553)
　　Maya Abela (Bar No. 027232)
　　**ARIZONA CENTER FOR DISABILITY LAW**
　　177 North Church Avenue, Suite 800
　　Tucson, Arizona 85701
　　Telephone: (520) 327-9547
　　Email:
　　　rdalyrooney@azdisabilitylaw.org
　　　　jrico@azdisabilitylaw.org
　　　　jross@azdisabilitylaw.org
　　　　mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

    s/ D. Freouf