1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8    | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |
     | Dustin Brislan; Sonia Rodriguez; Christina |

9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph     **ORDER**

10   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly

11   situated; and Arizona Center for Disability Law,

12                          Plaintiffs,

13              v.

     Charles Ryan, Director, Arizona Department of
14   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona

15   Department of Corrections, in their official
     capacities,

16                          Defendants.

17

18        This Court, having reviewed Plaintiffs' Motion to Seal Documents Associated

19   With Plaintiffs' Response to Defendants' Amended Notice Re: Items from Feb. 8, 2017

20   Hearing, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and

21   instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to

22   Seal (Exhibits 1 through 11 to the Declaration of Corene Kendrick).

23

24

25

26

27

28