FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Magistrate Judge John Buttrick,

The information and issues described in this letter is being emailed to (29) attorneys that represented the Plaintiff's (class members) in Parsons v. Ryan, Also, to (11) attorneys that represented the Defendants in Parsons v. Ryan.

My name is James Leon Baker and im currently incarcerated in the ADOC. The reason for this letter is to address flaws in the ADOC and Corizon's policies and procedures because of Parsons v. Ryan requirements which is causing discrimination to occur regarding the over-all treatment, classification and housing of SMI inmates. I would appreciate your assistance resolving the following issues;

I dont want anything to do with the "SMI" label or "SMI population" while incarcerated in the ADOC so ive been actively trying to get my SMI status removed for over a year. I was told any individual that is diagnosed SMI in the community must (even against their will) be classified SMI in the ADOC because of Parsons v. Ryans requirements. My family, friends and I have contacted the Behavior Health Administration, ACCESS Administration, SpectrUm healthcare that diagnosed me SMI in 2005 along with top level officials at the ADOC, all in vain. It turns out that the regional behavioral health authoritys say my SMI status in the community is "inactive" but the ADOC and Corizon's officials refuse to remove my SMI status while im incarcerated and they blame Parsons v. Ryan for it

Look, SMI inmates are frowned upon by the GP non-SMI inmates and myself because of their nagative behavior which places me in a piculiar situation. SMI inmates are often discriminated against and get segergated in special units and facilities away from the GP non-SMI inmates were im housed now, belong and want to remain. I dont take any

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDED
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT.
Reference _____ (Rule Number/Section)

mental health medications or program with the SMI population and if/when im moved down custody levels the ADOC officials hasnt yet allowed me to house (cell up with) or program with the GP non-SMI inmates that I belong with which makes the oppertunity for me to lower my points and go down yards next to impossible even though I have several years remaining on my sentence. Also, SMI inmates get discriminated against and get treated like garbage by the ADOC and Corizon's employee's resulting in poor institutional and medical care for any individual with the nagative "SMI" label as "crazy" due to their nagative behavior which I have recently filed a claim for.

This flaw that forces any individual like myself to be classified SMI while incarcerated only becauss I received services in the community as SMI is wrong and causes discrimanation. This flaw can easily be fixed by requesting the attorneys to draft up and implement when needed a medical legal document that any individual like myself that diagnosed SMI in the community can "freely sign" while their incarcerated in the ADOC to opt-out of SMI services thereby eliminating any liability on the ADOC and Corizon's officials or change the Parsons v. Ryan requirement so its not vaige giving the mental health officials the ability to remove any individual like myself's SMI status so there is no longer any discrepence's because im not the only one with this issue and im sure I wont be the last if this isnt resolved legaly.

Thank you for reading this letter and I pray you will assist me in resolving this flaw and ending my nightmare. I spoke to ACLU in Febuary while they were monitoring the ADOC and Corizon's compliance to Parson's v. Ryan requir-

ements at smu-1 but my cry for help was ignored. I have also included in this letter a list of names from the ADOC and Corizon's that I have made aware of all said issues. If you would like to reach me directly my address is on the bottom of this page. Have yourself a great day and God bless

Sincerely,
James

Warden - J. O'Neil
Deputy Warden - Hensley, S. Ibarra and R. Lee
C.O. 4's - Mclellan and Brandner
C.O. 3's - Zinkie, Anderson, Schaulin, Smith and Victoria
C.O. 2's - McCarly, Archer and Golden
Mental Health Director - Nicole Taylor
Head of Psych - Masters
Psych - J. Willyerd, Luffman, Newman, Bombardieri and Steve
SMI release planner - Jackie Miller
(Grievance appeal will be sent to the Director Charles Ryan)

James Baker ADC #246721
ASPC Eyman Unit Browning
PO Box 3400
Florence AZ 85132