**Index of Exhibits to Declaration of Jennifer Onka**

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 1 | Monthly activity schedule for Eyman-Browning for March 2015 | ADCM037558-61 | Under Seal |
| 2 | Monthly activity schedule for Perryville-Lumley for June 2016 | ADCM605412 | Under Seal |
| 3 | Monthly activity schedule for Florence for October 2015 | ADCM605780-83 | Under Seal |
| 4 | Updated Version of Exhibit 39 to Original Declaration of Jennifer Onka, FRE 1006 Summary Exhibit, "Max Custody Performance Measure 8 Compliance Review" | None | Under Seal |
| 5 | Email dated 3/23/17 from E. Percevecz | None | Under Seal |