Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
       dpochoda@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **MOTION TO SEAL DOCUMENTS ASSOCIATED WITH PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION [DOC. 1944]** |

78204-0001/LEGAL135009694.1

1  Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal designated documents associated with Plaintiffs' Reply in Support of Motion to Enforce the Stipulation [Doc. 1944]. Plaintiffs file this Motion because the above documents contain confidential medical information, make medical information identifiable to a given individual, or were deemed confidential by Defendants. [Doc. 454]. To ensure the public has access to as much information as possible, Plaintiffs have carefully redacted or sealed only those portions of the filing referring to information designated as confidential by Defendants.

Specifically, Plaintiffs move to seal the entirety of Exhibits 1 through 5 to the Declaration of Jennifer Onka.

Dated: April 6, 2017

**ACLU NATIONAL PRISON PROJECT**

By:  s/ Amy Fettig
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:  dfathi@npp-aclu.org
    afettig@npp-aclu.org
    jmorgan@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

78204-0001/LEGAL135009694.1

1  Donald Specter (Cal. 83925)*
2  Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
3  Corene Kendrick (Cal. 226642)*
   Rita Lomio (Cal. 254501)*
4  **PRISON LAW OFFICE**
   1917 Fifth Street
5  Berkeley, California 94710
   Telephone:  (510) 280-2621
6  Email:    dspecter@prisonlaw.com
             ahardy@prisonlaw.com
7            snorman@prisonlaw.com
             ckendrick@prisonlaw.com
8            rlomio@prisonlaw.com

9  *Admitted *pro hac vice*

10 Kirstin T. Eidenbach (Bar No. 027341)
   **EIDENBACH LAW, PLLC**
11 P. O. Box 91398
   Tucson, Arizona 85752
12 Telephone:  (520) 477-1475
   Email:    kirstin@eidenbachlaw.com
13
   Kathleen E. Brody (Bar No. 026331)
14 Daniel Pochoda (Bar No. 021979)
   **ACLU FOUNDATION OF**
15 **ARIZONA**
   3707 North 7th Street, Suite 235
16 Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
17 Email:    kbrody@acluaz.org
             dpochoda@acluaz.org
18
   Daniel C. Barr (Bar No. 010149)
19 Amelia M. Gerlicher (Bar No. 023966)
   John H. Gray (Bar No. 028107)
20 **PERKINS COIE LLP**
   2901 N. Central Avenue, Suite 2000
21 Phoenix, Arizona 85012
   Telephone:  (602) 351-8000
22 Email:    dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
23           jhgray@perkinscoie.com

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com
             aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|  |  |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |  |
| 3 | By: *s/ Maya Abela* |
|   | Sarah Kader (Bar No. 027147) |
| 4 | Asim Dietrich (Bar No. 027927) |
|   | 5025 East Washington Street, Suite 202 |
| 5 | Phoenix, Arizona 85034 |
|   | Telephone: (602) 274-6287 |
| 6 | Email:  skader@azdisabilitylaw.org |
|   |            adietrich@azdisabilitylaw.org |
| 7 |  |
|   | Rose A. Daly-Rooney (Bar No. 015690) |
| 8 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
| 9 | Maya Abela (Bar No. 027232) |
| 10 | 177 North Church Avenue, Suite 800 |
|   | Tucson, Arizona 85701 |
| 11 | Telephone: (520) 327-9547 |
|   | Email: |
| 12 |     rdalyrooney@azdisabilitylaw.org |
|   |     jrico@azdisabilitylaw.org |
| 13 |     jross@azdisabilitylaw.org |
|   |     mabela@azdisabilitylaw.org |
| 14 |  |
|   | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ Jennifer Onka

78204-0001/LEGAL135009694.1                -5-