Jonathan Ploof
#194745
ASPC-Eyman-Meadows
P.O. Box 3300
Florence, AZ 85132



X FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 15 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To: Honorable David K. Duncan
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 325
401 West Washington Street, SPC 14
Phoenix, AZ 85003-2120

Re: Parsons V. Ryan 2:12-CV-00601-DKD

I am writing regarding my medical care, inadequate follow-up and continual failure and or refusal to comply with provisions of the stipulation and this court's order (Doc 1754).

The following documents provide evidence that the defendants have no intention or ability to meet the listed performance measures by using their current procedures and show the defendants have no intention of adopting the additional measures required by the court to ensure compliance (Doc 1754).

1. I originally reported a lesion on my left shoulder to defendant's medical provider Corizon via Health Need's Request (HNR), ON 9/5/2013. The noted plan at that time was to biopsy the area. No biopsy was taken in 2013. In fact, despite the lesion rupturing and festering over and over, the defendant's provider did no more than watch and record the progression until 8/31/16, at which time the unit provider took action and finally took a biopsy, of which the results tested positive for cancer. (Exhibit 1)
2. Surgery was delayed until 11/25/16. However, the delays would continue as explained in the independent investigation and notice provided to the defendant's counsel on 1/13/17, as noted the outside provider ordered the 15 cm's of stitches were to be removed in "two and a half weeks". However as noted in my 12/22/16 HNR, the stitches had become "deeply ingrown". I was requesting suture removal but the response to this request ignores the 12/22/16 request and states "Nurse Line". (Exhibit 2).
3. On 1/26/17 I received a copy of the above noted letter from Parson's counsel Rita Lomio, as well as a copy of the court's order Doc 1754. I thought that defendants counsel Mrs. Lucy Rand, having received this notice, would have discussed or forwarded this information, so that treatment for me would be provided, ie: the removal of stitches and the surgical consultations ordered on 12/12/16 and again on 12/16/16. (Exhibit 2)
4. having still not received the required follow-up and my last medical interaction was on 12/28/17, for wound care. On 1/26/17 I presented a copy of Rita Lomio's advocacy letter to my assigned C/O III, Mr. J. Buchholz #2886. I also explained Doc 1754. I explained in detail what treatment was required and the requirements of PM 50. "Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider". C/O III J. Buchholz reviewed the investigative report of 1/13/17 and the court order Doc 1754. I was advised that the matter would be "brought to the provider's attention" (Exhibit 2)
5. The outside consult still not provided on 2/8/17, I filed an "Inmate Informal Complaint Resolution" with C/O III Buchholz. This informal complaint process provides DOC with 15 work

days for completion of an investigation and response. Attached to the informal complaint was a copy of Rita Lomio's 1/13/17 investigative letter and the courts order Doc 1754. (Exhibit 3). The following questions were presented for resolve:
   a) When Corizon fails to comply with time frames outlined in the stipulations performance measures, What AZ-DOC employee can I contact to provide factual evidence to?
   b) What AZ-DOC employee is responsible to "have me seen by an appropriate outside provider" consistent with the courts order (Doc 1754 - @ 3-1 through 8)? (Exhibit 3)

6. On 2/10/17 C/O III Buchholz advised me that he scanned my informal and attachments to the following to assist in his response:
   1) Grievance coordinator C/O IV O'Marro, Meadows Unit
   2) Deputy Warden Travis Scott, Meadows Unit
   3) Associate Deputy Warden Sammy Rogers, Meadows Unit
   4) Assistant Facility Health Administrator LPN Maureen Johnson, Eyman Complex medical.
   5) ASPC-Complex Warden Gerald Thompson

   C/O III Buchholz's response was due on 3/1/17, unless he requested an extension of time prior to the time frame expiration (see D.O. 802.02 at section 1.4, DOC policy)

7. On 2/13/17, I submitted an HNR to AFHA M. Johnson, as well as an inmate letter asking the same questions. I have not received a responsive answer to date. (See enclosed HNR response of 2/14/17, (Exhibit 4).

8. On 2/2/17 I presented C/O III Buchholz with a formal grievance based on not receiving a timely response per D.O. 802.02 at section 1.4. Buchholz signed the grievance and accepted it, (for a short time), within an hour of accepting the formal grievance, Buchholz returned and attempted to return the formal grievance stating "C/O O'Marro said you must wait for a response". I showed him the D.O. and he left with the grievance towards the administration building. Shortly thereafter Buchholz again returned, this time he attempted to request an expofacto extension of 15 working days, to "identify what DOC employee would be responsible for having inmates seen by outside providers". I refused the extension of time. (Exhibit 5)

9. On 3/3/17 Buchholz advised me that he was directed by "his supervisors" to pass my grievance back to Corizon's AFHA, M. Johnson. I am unsure if Corizon can select an employee of the defendants that will be responsible to arrange for the transportation and treatment for inmates who have attempted to obtain medical services only to have the agreed upon time frames pass. For AZDOC to put the responsibility back on the party "Corizon" that allowed the default in the first place is problematic at best. I thought the court solved this problem??? Stating: "This shall happen immediately following the expiration of the time frame detailed in each PM". "Then the defendants shall have this inmate seen by an appropriate outside provider".

10. 45 days after the urgent request for surgical consultation, that is to say 75 days' total – only 45 days after the expiration date time frame detailed in PM 50, I was evaluated by the off-site provider on 2/24/17, only because I stayed on top of them asking over and over for relief. Because of the excess delay, he determined it would be best to allow the remaining sutures in my left shoulder to fester and continue to be "spit out by your body", rather than to have to resort to more invasive surgery to remove them. The specialist took 2 more biopsies' on 2/24/17 and the results proved to be positive for cancer per unit provider, Dr. Robert D. Barker, the provider who visits 2 days a week. (We don't have a full-time provider once again.) Dr. Baker advised that the person responsible for approving further off-site consultations was on extended leave and that we would need to wait for any further consults and treatment. Dr.

Barker advised me not to worry as this type of cancer was slow to spread. He found other areas that remain untreated to date.
11. What should be clear is that AZDOC using its current procedures is incapable of providing constitutionally adequate health care, and they have no intention to correct on their own the lack of proper and timely medical care.
12. Counsel for plaintiffs and defendants are aware of these problems and no one can agree on how or when the problems will be corrected. On 3/1/17 I showed Dr. Barker a lesion that remains untreated and extremely painful. I was told "we will get to it". My God its painful cancer. These delays are not for medical reasons. Hopefully it won't take another 3 years to have this lesion taken care of. On 2/24/17 the outside provider treated 4 areas and biopsied 2 areas, then proclaimed "we are done for today". RN Raney was advised by escorting C/O's that "Ploof's treatment was not completed". RN Raney told me "we will request another consult". However, I know that is up to the provider and who knows if or when that will happen.
13. What if anything can you do? Can you change your orders? Can you appoint a federal supervisor? Please help. Things have only gotten worse. Corizon cannot keep RN's or Doctors. When personnel see how bad it is they quit. We do not have regular RN's or a Provider and are always short on medical staff. Many days no HNR triage is being done, RN's are in training or transferred to another unit for the day. I wish you could see for yourself without DOC staging before your visit.
14. Can you provide an answer to the questions presented? It is clear that Corizon cannot and or will not. Correctional staff are not going to accept responsibility for the lack of care and taking inmates off-unit for medical care when Corizon fails to in a timely manner.
15. What AZDOC employee at the respective units are required to uphold your orders and immediately arrange off-unit care? What person that as an inmate we have access to, can we seek out, to provide what is needed?

I am only one of so many that need your help. Many much worse off than I am.

Thank you for your time and consideration in this matter.

Sincerely,

Jonathan Ploof


Exhibits Attached: 10 Pages

Cc:   Rita Lomio, Attorney at Law, Re; Parson
      Lucy Rand, Attorney at Law, AZ-AG Counsel for Defendants

Case 2:12-cv-00601-ROS Document 2014 Filed 03/15/17 Page 4 of 15
Case 2:13-cv-00946-DGC-JZB Document 238-1 Filed 08/21/15 Page 223 of 297
09/26/2014 11:03 5208688550 RYNNING PAGE 10/15

**CORIZON** — Promote a culture of safety

**EXHIBIT 1-A**

## Chronic Care Clinic

[X] CAD  [ ] HTN  [ ] Dyslipidemia  [ ] DM: [ ] Type I  [ ] Type II  [ ] Oral Rx  [ ] Insulin

9/18/13

### DEMOGRAPHICS

Facility Name: ASPC-Eyman/Cook Unit.
Inmate Number: [illegible]
Inmate Name: Ploof, Jonathan
[X] Male  [ ] Female  Date of Birth: [illegible]
Med Allergies: [ ] NKDA [X] List: [illegible] Niacin, [illegible]
Review of Current Medication: [Y] [ ] N [illegible]
Reported Medication Compliance: [ ] <80% [X] >80%   Reported Compliance with Diet: [ ] Yes [X] No

### SUBJECTIVE

History/Chief Complaint: HR x2 9/3/13 & 9/5/13 — [illegible] skin [illegible] @ shoulder area, festus then go away, peels off comes back — [illegible] feels like his arteries are almost [illegible] — [illegible] daily.

Risk Factors: Obesity: [ ] Y [ ] N   Alcohol: [ ] Y [X] N   Family Hx of Heart Disease: [ ] Y [ ] N
Smoker: [ ] Rare/None [X] Current [ ] Former   Amount/Length: [ ] <10 pk yrs [ ] 10-20 pk yrs [ ] >20 pk yrs
Diseases: CAD: [Y] [ ] N  PVD: [ ] Y [X] N  CVA: [ ] Y [X] N  CRD: [ ] Y [X] N  Hx DKA: [ ] Y [ ] N [X] N/A
Other: feels like his cholesterol will go back up — now that eating the food [illegible] palpitations about 3x/[illegible]

Last eye exam: Date: / /  [ ] NA   Retinopathy: [ ] N [ ] Y   Problems with vision: [ ] N [Y] Y

### OBJECTIVE

VS: T: 98.9  P: 78  RR: 20  BP: 116/82   Weight: 172  BMI: 27  Rpt Height: 5'9"
Sclera Icteric: [X] N [ ] Y
Eyes: Conjunctiva: Pale: [X] N [ ] Y
Neck: Carotid bruit (Optional <50 / Required ≥50) [ ] Y [X] N
Heart: Regular Rhythm: [Y] Y [ ] N   Murmur: [ ] Y [X] N   Gallop: [ ] Y [X] N
Lungs: Wheezing: [ ] Y [X] N   Rales: [ ] Y [X] N   Other: ___
Abdomen: Tenderness: [X] Y [ ] N   Mass: [ ] Y [X] N   Hepatomegaly: [ ] Y [X] N
Ext: Pedal pulse: [ ] Y [ ] N   Peripheral edema: [ ] Y [X] N   Foot exam unremarkable: [ ] Y [ ] N
Neuro: Motor deficits: [ ] Y [ ] N   Sensory deficits: [ ] Y [ ] N   Monofilament testing: [ ] Y [ ] N [ ] NA

Additional findings / description of fundi if visualized: ___

Studies: [ ] Ordered at this visit   [ ] Review of previously completed with patient
7/24/13  Cholesterol: 144  Trig: 209  HDL/LDL: 34/68  Total Cholesterol/HDL: ___
EKG: no ischemic Δ's 7/2013   BUN/Cr: 8/1.10   NA/K: 140/5.0   Blood Sugar Record reviewed: [ ] Y [ ] N
Hg A1c: ND   Urine microalbumin (Only do annually if UA protein negative): ___
Other Lab/Studies (abnormal): PSA 3.35
Annual Lab/Immunization: [ ] LFT [ ] TSH [ ] Flu [ ] Pneumo (5 years)

### ASSESSMENT

| | Degree of Control | | | Clinical Status | | |
|---|---|---|---|---|---|---|
| | Good | Fair | Poor | Improved | Stable | Worsen |
| Cardiovascular | | X | | | | |
| Blood Pressure | | | | | | |
| Glycemic | | | | | | |

[illegible] @ shoulder area

MPL diagnosis up to date: [X] Y [ ] N   Overall condition: fairly good

09/26/2014 11:03 5208688550 RYNNING EXHIBIT I-B

### PLAN

Education (correctional adaption): ☐ Diet/Nutrition ☐ Smoking ☐ Medication ☐ Risks to patient
Management goals for this patient, justification needed if you deviate from protocol from assessment:
☐ Change meds: _____ (see protocol)
Follow up appointment (days to next visit): ☐ 120 ☐ 90 ☐ 60 ☐ 30 ☒ Other: _____
Labs ordered: ☐ N/A ☒ Ordered ☐ Pending ☐ None indicated
Referral needed: ☐ No ☐ Yes Describe: _____

### KEYS

| Glycemic Control | Clinical Status (DM) | HTN (only) Degree of Control |
|---|---|---|
| Good: HgA1c < 7% | Improved: ≥ 0.5 improvement | Good (Controlled Definition/Good) |
| Fair: HgA1c 7.6 to 9.0 | Stable: < 0.4 change | Fair (Stage I) 140-159 / 90-99 |
| Poor: HgA1c ≥ 9.1 | Worsened: > worsening | Poor (Stage II) 160+ / 100+ |

Signature: _____ Title: NP
Jane Rosenthal, NP
Printed name

Date: 9/11/15 Time: 0930 AM

Handwritten notes:
He wants to go back on general pop line ___
to eat only lunches ___

Made a copy of this MR-I, will
send a memo to the card to give to
Dr. Vandehey since D want provided
@ his visit. — J Rainbeck NP

9/18/13 Noted above — labs sent

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

EXHIBIT 1-C

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Ploof, Jonathan M. | 194745 | 10:00 Am 9/27/16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6-B-23 | Meadows | 3300 | Eyman - Meadows |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [✓] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) ___

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please transcribe and provide the results of the biopsy findings from the 8/31/16 biopsy on a Health services communique form 1101-26 measure #47 "A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within 7-calendar days of the date of the request"

— Thank You

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.] C.C. Amber Norris, Compliance Monitor Parsons

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) ___

Comments/Comentarios: CNA to schedule

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 9/28/16 | 0100 |

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on HCP line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 9/28/16 | 1000 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES



**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Services Communique**

EXHIBIT 1-D

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Ploof, Johnathan | 194745  6B23 |
| Facility | Unit |
| EYMAN | MEADOWS |

### THE FOLLOWING RESULTS WERE NORMAL

☒ LAB
☐ X-RAY
☐ EKG
☐ PAP
☐ MAMMO

Ⓛ Shoulder skin biopsy → Basal cell skin cancer.

~~Requested~~ plastic surgery consult is ordered for surgery. 9/14/2016

**Other**

**Comments**

| Signature | Date |
|---|---|
| [signature] | 09/26/16 |

Submit HNR if additional information is requested.

1101-26
8/10/11

Distribution: White - Medical File; Yellow - Inmate



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

January 13, 2017

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

    RE:    Parsons v. Ryan, 2:12-CV-00601
             ADC Prisoner in Need of Immediate Medical Care
             Jonathan Ploof, 194745, Eyman - Meadows

Dear Ms. Rand:

     I write regarding Mr. Ploof, an ADC prisoner with urgent health concerns in need of immediate medical attention. Mr. Ploof had surgery on November 25, 2016, to excise basal cell carcinoma from his left shoulder. He has received inadequate follow-up care.

     In the Practitioner Consultation Report, the specialist noted that Mr. Ploof should have his stitches removed in two and a half weeks and should return for further surgery if the biopsy of his cheek tested positive for basal cell carcinoma. Mr. Ploof, however, was not scheduled for suture removal. It is not clear from the medical records why he was not scheduled. In addition, the biopsy tested positive for actinic keratosis, a precancerous lesion. Among other things, Mr. Ploof requested the results of the biopsy in an HNR dated December 12, 2016, and inquired whether he needed additional surgery. The response ignores this request and states only "chart review," "MD to look at wound with drug change," and "medication ordered"—in violation of Performance Measure 47.

     On December 12, the provider noted that the excision site was "**grossly infected**" and "**needs surgical debridement for healing**." The provider submitted an urgent request for surgical consultation, which still has not been reviewed, scheduled, or completed—in violation of Performance Measure 50. In fact, according to the medical records, the urgent request has not even been sent to Utilization Management.

     Mr. Ploof apparently was seen again by a provider on December 16. The provider noted:

> **Left shoulder skin: Approximately 15 cm long (flap reconstruction) BCC excision site, with mildly "under tension" edges and grossly infected (dehisced) middle portion of the wound with a thick fibrino-purulent layer in the middle of the wound**

     The provider entered the following plan: "**To General Plastic surgeon ASAP…**"

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Ms. Lucy Rand
Re: Jonathan Ploof, 194745
Eyman - Meadows
Page 2

      We request that Mr. Ploof be immediately seen by a specialist to have the excision site debrided and treated as needed for the gross infection and dehiscence. We also request that the biopsy results be immediately reviewed and communicated to Mr. Ploof.

      Thank you for your prompt attention to this matter.

                            Sincerely yours,

                            */s/ Rita Lomio*

                            Rita Lomio
                            Staff Attorney

cc:    Mr. Ploof

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

EXHIBIT 2-C

Date: 12/22/16
Time: 1300
Initials: LR

## Section I

Inmate Name/Nombre (Last, First M.I.): **Ploof Jonathan M**
ADC Number: **194745**
Date/Fecha: **12/22/16**
Cell/Bed Number: **6-B-23-L**
Unit/Unidad: **Meadows**
P.O. Box: **3300**
Institution/Facility: ASPC **Eyman - Meadows**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

## Section II

AREA OF INTEREST (Check only one block below): ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

1) Please schedule an appt with the Provider to Evaluate Suture Removal, the sutures are deeply ingrown and are Pulling at the underlying Nerves. 2) I was told on 12/12/16 I required "urgent Consultation with a Plastic Surgeon" is this APPT APPROVED? Thank You

C.C. Corene Kendrick Att'l investigator

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: [signed]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## Section III

REFERRAL BY MEDICAL STAFF: ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)

Comments: #? Chart Review #1 NL

Staff Signature Stamp: [signed] Haney L
Date: 12-22-16
Time: 1300

## Section IV

PLAN OF ACTION: Seen

Staff Signature Stamp: [signed] Haney L
Date: 12-22-16
Time: 1300

Distribution: White - Health Unit; Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one [issue]*

EXHIBIT 3

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Ploof Jonathan M | 194745 | Eyman-Meadows | 2/7/17 |

| TO | LOCATION |
|---|---|
| C/O III J. Buchholz | 6-A-B |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Corizon failed to provide required medical treatment within the time-frames outlined in Defendant Ryans stipulation agreement, Parsons v. Ryan, 2:12-CV-00601 · Doc 1185,

The enclosed letter dated January 13, 2017 makes clear what the unit Providers orders are. On December 12, 2016 The Provider submitted an urgent request for surgical consultation which remained un-reviewed, scheduled or completed in violation of the stipulations Performance Measure at 50, (see attached 2-Page 1/13/17 legal mail)

The above surgical Consult Pursuant to Defendant Ryans agreement (Doc 1185 at 50) was to be "scheduled and completed within 30 Calendar days" on or before January 12, 2017.

On 11/10/16 the Court ordered Defendant Ryan to arrange for the Provision of Care when Corizon fails to meet the time-frame requirements of the stipulation stating: "Defendants shall use all available community health care services", "out-side Providers" (Doc 1754) requiring DOC to transport inmates for treatment.

**Questions Presented for response:**

1. When Corizon fails to comply with time-frames outlined in the stipulations Performance Measures, what AZ-Doc Employee Can I Contact to Provide Factual Evidence to? (see Supporting Documentation Per DO 802.02 @ 1.2) 7-Pages

2. What AZ-Doc Employee is responsible to "have me seen by an appropriate outside Provider" Consistent with the Courts order (Doc 1754 @ 3-1 through 8)-?

C.C. Rita Lomio Attorney Investigator Parsons v. Ryan stat

| INMATE SIGNATURE | | DATE (mm/dd/yyyy) |
|---|---|---|
| Jonathan M Ploof submitted 2/8/2017 @ 2:30 | | 2/7/17 |

**Have you discussed this with institution staff?** ☒ Yes ☐ No

**If yes, give the staff member name:** C/O III Buchholz on 1/26/17, RN P. Rouey 12/10/16

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

EXHIBIT 4

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Ploof Jonathan M | 194745 | 2/13/2017 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility: ASPC |
|---|---|---|---|
| 6-B-23-L | Meadows | 3300 | Eyman - Meadows |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
[X] Medical/Médica  [ ] Dental  [✓] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [✓] Other (specify)/Otros (especifique) **M. Johnson-AFHA**

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

1. When Corizon fails to provide Health Care services required in the stipulations Performance measures, who is the AZ-DOC Employee that is responsible to have me seen by an "appropriate outside" Provider following the expiration of the time-frame detailed in Each Performance Measure.

2. How do I provide Notice to this Person.

C.C. Rita Lomio, attorney

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: _Jonathan M Ploof_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
[ ] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health  [ ] Eyes/Ojos  [ ] Other (specify)

Comments/Comentarios: AFHN

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 2/14/17 | 0710 |

**PLAN OF ACTION/PLAN DE ACCION**
Sent to AFHA

| Staff Signature Stamp | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 2/14/17 | 0710 |

Distribution: White/Blanca - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Grievance**

EXHIBIT 5-A

Received By: [signature]
Title: CO I
Badge Number: 3996
Date: 3/2/17

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Ploof Jonathan M | 194745 | 2/28/17 |
| Institution/Facility | Case Number | |
| Eyman - Meadows | | |

To: C/O IV Grievance Coordinator

**Description of Grievance** (To be completed by the inmate) Per D.O. 802.02 @ 1.4

No timely response was received regarding my informal filed on 2/8/17. This Grievance incorporates the facts and evidence referenced and attached to the original informal submitted to C/O III J. Buchholz on 2/8/17 and by reference shall be considered set forth fully herein.

(See D.O. 802.01 at Section's 1.10 and 1.10.1, 802.02 @ Section 1.2)

Statement of Facts

On 2/8/17 I again presented factual evidence to C/O III Buchholz for investigation and response. C/O III Buchholz was provided 15 workdays Continued ———————————— Continued GF-supplement

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Informal submitted 2/8/17 no response received, discussed with DOC staff and medical staff as evidenced in the record, related to Prison Law AUSDC.

Provide answers to the Questions presented herein at PG-2 #1 and 2 and the same as presented on the original 2/8/17 informal.

Inmate's Signature: Jonathan M Ploof
Date: 3/1/17

Grievance Coordinator's Signature: 
Date:

Action taken by: 
Documentation of Resolution or Attempts at Resolution.

Staff Member's Signature:
Badge Number:
Date:

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
12/19/12

**ARIZONA DE** EXHIBIT 5-B

Received BY: COIII [signature]
Date: 3/2/17

## Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Ploof Jonathan M | 194745 | Eyman-Meadows | |

The Evidence attached to the informal detailed "the Need for immediate medical Care, Inadequate follow-up Care and Delayed Surgical Consultation" (see Notice Dated 1/13/17 attached to original informal.)

C/O III Buchholz was also Provided a copy of United States District Court Order (DOC 1754) which Provided the following Order to AZ-DOC and its Employees:
For Example:
"if a Performance Measure requires Defendants to Provide an inmate with a Specific type of Care within 24 hours (or 14 Days), Then Defendants shall have this inmate seen by an appropriate Outside Provider in hour 25 (or Day 15)". (see original attached to 2/8/17 informal at PG 4 - 1 - 9.

The following Questions were / are Presented for Resolve:

1. When Corizon fails to Comply with time-Frames outlined in the Stipulations Performance Measures, What AZ-DOC Employee Can I Contact to Provide factual Evidence To-? (see original informal 2/8/17 and attachments)

2. What AZ-DOC Employee is responsible to "have" me/inmates seen by an appropriate outside Provider consistent with the Courts Order".) (see DOC 1754 attached to informal of 2/8/17).

Please Provide the Name and/or Names of the Person and/or Persons that will arrange medical Care Consistent with the Court Order (DOC 1754) What Person on this Yard -?

C.C. Corene Kendrick, Attorney Parsons investigator
Rita Lomio, Attorney Parsons monitor, investigator
David K. Duncan, U.S.D.C Judge, Parsons v. Ryan 2:12-CV-00601-DKD

| SIGNATURE [signature] | DATE (mm/dd/yyyy) 3/1/17 |
|---|---|

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

EXHIBIT 5-C

# ARIZONA DEPARTMENT OF CORRECTIONS
## ARIZONA STATE PRISON COMPLEX-Eyman
### Meadows Unit

## Memorandum

**To:** Ploof, Jonathan #194745

**From:** COIII BUCHHOLZ

**Date:** 03/02/17

**Subject:** Informal Complaint

An extension of 15 working days will be used in order to further research your complaint.

COIII _____
COIII J. BUCHHOLZ
ASPC-Eyman/Meadows Bldg. 6

Received on 3/2/2017 After C/o III Buchholz signed and received the Formal Grievance in this matter per D.O. 802.02 at section 1.4 "No timely response to informal submitted on 2/8/2017"