Clerk of the court / Prason, Ryan, CV12-00601-PHX-
United States District court. District of Arizona
401 W. Washington St, Suite 130
Phoenix, Arizona, 85003-2118
Parson v Ryan, CV12-00601-PHX-DKD

Dear to who it may it concern

For the past 3 years I've been out of SMU I maximum security unit.

Now currently in CACF-M20 private Prison in CDU over not being able to have my walkman in CDU or on the yard for job reason.

My DOB 8-13-1975  my SSI is # 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

My full name is Rodrigo Benito Aguilar.

I have Mental health problems and they dignos me with motable disorders.
I ear voice and see others that are not there. ect.

I have a bullet lodge in my spine. a 38 or 45 calober I've not been able to get Medical to give me the right things to keep me from treatment because

of the Dupty warden Rollins said so.

I've been Special ed education since I was 5 years old.

I've just started getting my education and here at this facility is hard to program because of staff are over worked staying at lease 16 hours and coming back four hours later.

Please acknowledge I will like to have a phone call with you so I can explain my self Bexter.

Respectfully
Aguila Rodrigo

Aguilar Rodrigo Benito

#118162 = SSI-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
                    DOB-8-13-75

CACF CDU-A6
PO Box 9600
Florence, AZ, 85132

I am SMI and Poor education Special had since frist grade all my #411 is in side "PARSONS V. RYAN"

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: Tavius Marcano B
ADC #: 118162
Arizona State Prison Complex: Florence
Unit: Kasey
City: Florence AZ 85132
PO Box 9600

(INDIGENT MAIL)

PARSONS
V.
RYAN
SETTLEMENT

RECEIVED
APR 11 2017
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St., Suite 130
SPC 1
Phoenix, AZ 85003-2118

Hasler
04/10/2017
US POSTAGE $000.46
ZIP 85132
011E11673013