1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR APRIL 17, 2017 STATUS HEARING** |

1. Continuation of evidentiary hearing: witness testimony on Defendants' monitoring methodology (testimony of Dennis Dye, Erin Barlund, and Richard Pratt).

2. Defendants' unilateral cessation of monitoring of HC PM 92 and 93 and MC PM 1-8 at Perryville and Tucson. [*See* Doc. 1998 at 9]

3. Defendants' failure to comply with the Court's order related to excluding prisoners who work 20 hours or more per week from the Subclass. [*See* Doc. 1833 at 5]

4. Plaintiffs' Motion to Enforce the Stipulation (Docs. 1863, 1900, 1911; *see also* Doc. 1998 at 2-8).

5. Plaintiffs' request that the Court extend its order that Defendants use community health care resources (hereinafter "community resources order") (Doc. 1754 at 4) to PM 47 (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma) and PM 94 (Eyman, Florence, and Tucson). [*See* Doc. 1998 at 10-11]

6. Defendants' continuing noncompliance with the Court's community resources order (Doc. 1754 at 4). [*See* Doc. 1998 at 11-14]

7. Defendants' failure to produce requested documents showing errors, inaccuracies, or inconsistencies in the monitoring process (*see* Doc. 1708 at 2); documents sufficient to show implementation of and compliance with the Court's community resources order (Doc. 1754 at 4); and written instructions and training materials provided to ADC or Corizon staff regarding compliance with the Court's orders on monitoring methodology, including but not limited to Docs. 1673, 1745, 1754, 1831, 1833, and 1915. [*See* Declaration of David C. Fathi, filed herewith, and Exhibits 1-3 thereto]

8. Status of the Maximum Custody Monitoring Guide.

- Use of Force Checklist
- Final language for state holidays

9. Insufficient Production of Maximum Custody Documents. [*See* Declaration of Amy Fettig, filed herewith, Ex. 1, Plaintiffs' 4/13/17 Reply to Defendants' 3/14/17 Responses to Plaintiffs' 3/2/17 List of Missing Max Custody Documents from Production

for the Period from March 2015 through December 2016]  The following is an exhibit summary:

- **Eyman-Browning:** Missing program attendance sheets (both DI 326 and mental health programs) for SMI prisoners for 04/2015–06/2015. Missing program attendance sheets for both SMI and non-SMI prisoners for most months between 07/2015–03/2016. Defendants produced Declaration of Wendy Hackney certifying that Defendants have produced all of the documents they were able to locate for 03/2015–09/2016.

- **Eyman-SMU:** Missing program attendance sheets for DI 326 programming attended by both SMI and non-SMI prisoners for 03/2015–04/2015. Missing program attendance sheets for both SMI and non-SMI prisoners for most months between 06/2015–02/2016. Defendants produced Declaration of Wendy Hackney certifying that they have produced all of the documents that they could locate 03/2015–07/2016. The majority of sign-in sheets Defendants produced were blank and do not contain participant signatures reflecting who accepted programming and who refused.

- **Florence Central & Kasson:** Missing program attendance sheets (both DI 326 and mental health programs) for SMI prisoners for all months from 04/2015–08/2015 and 12/2015–1/2016. Additionally, did not produce any program attendance sheets for non-SMI prisoners monitored at Florence-Kasson in 04/2015, 01/2016, 02/2016, and 06/2016. Did not produce sign-in sheets for mental health programming for 07/2016. Defendants produced Declaration of Wendy Hackney certifying that they have produced all of the documents that they could locate 04/2015–07/2016. Additionally, Plaintiffs await a response regarding use-of-force documentation memorandum produced for 10/2016 and 11/2016.

- **Lewis:** No sign-in sheets produced for mental health programming for 12/2015–02/2016. Defendants produced Declaration of Wendy Hackney certifying that they have produced all of the documents that they could locate 11/2015–02/2016. Additionally, Plaintiffs await confirmation that activity schedules produced for 11/2015 and 12/2015 include mental health programming.

- **Perryville:** Missing property logs for 04/2015–06/2015. No explanation provided as to when or why property inventories were destroyed and if monitor considered them when determining compliance. Defendants did not produce any documentation for 12/2016 except a memorandum stating there were no use of force incidents.

- **Phoenix:** Missing Use of Force documentation from 12/2016 CGAR.

| | |
|---|---|
| Dated:  April 14, 2017 | **ACLU NATIONAL PRISON PROJECT** |
| | By: __s/ David C. Fathi__<br>David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Jamelia Natasha Morgan (N.Y. 5351176)**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email:    dfathi@aclu.org<br>               afettig@aclu.org<br>               jmorgan@aclu.org<br><br>*Admitted pro hac vice.  Not admitted in DC; practice limited to federal courts.<br>**Admitted pro hac vice<br><br>Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone:  (602) 351-8000<br>Email:    dbarr@perkinscoie.com<br>               agerlicher@perkinscoie.com<br>               jhgray@perkinscoie.com<br><br>Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854<br>Email:    kbrody@acluaz.org |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

                    s/ D. Freouf