1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
7  **[ADDITIONAL COUNSEL LISTED BELOW]**
8
   Sarah Kader (Bar No. 027147)
9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
12        adietrich@azdisabilitylaw.org
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI IN SUPPORT OF PLAINTIFFS' AGENDA & STATUS REPORT FOR APRIL 17, 2017 HEARING** |

I, DAVID C. FATHI, declare:

1. I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. On October 5, 2016, the Court ruled as follows:

> Argument is heard regarding Plaintiffs' agenda item IV, Production of Documents Regarding Errors of Inaccuracies in Compliance Monitoring. IT IS ORDERED the parties shall continue to work on this item with the three available contacts, Richard Pratt, the procurement officer and Dr. Nicole Taylor.

[Doc. 1708 at 2] On March 23, 2017, I wrote to Defendants' counsel pointing out that while Defendants had produced some responsive documents from Dr. Taylor, they had not produced documents from Mr. Pratt. A true and correct copy of this letter is attached hereto as Exhibit 1 (*see* pp. 1-2). Despite repeated inquiries, I have received no substantive response to this letter.

3. My March 23 letter also reiterated Plaintiffs' previous requests for documents reflecting implementation of Defendants' "open clinic" concept; documents reflecting Defendants' compliance with the Court's order of November 10, 2016 (Doc. 1754 at 4); and written instructions and training materials provided to ADC or Corizon staff regarding compliance with the Court's orders on monitoring methodology. [*See* Ex. 1 at 2-4]

4. Attached hereto as Exhibit 2 is a true and correct copy of a February 14, 2017 letter from Plaintiffs' counsel Corene Kendrick to Defendants, seeking documents showing Defendants' compliance with the Court's November 10, 2016 order. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' April 10, 2017 response to that letter, declining to produce the requested documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 14th of April, 2017, in Washington, D.C.

    s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
        afettig@npp-aclu.org
        jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

1  Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
2  Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
3  Rita K. Lomio (Cal. 254501)*
   **PRISON LAW OFFICE**
4  1917 Fifth Street
   Berkeley, California 94710
5  Telephone: (510) 280-2621
   Email:   dspecter@prisonlaw.com
6           ahardy@prisonlaw.com
            snorman@prisonlaw.com
7           ckendrick@prisonlaw.com
            rlomio@prisonlaw.com
8
   *Admitted *pro hac vice*
9
   Caroline Mitchell (Cal. 143124)*
10 Amir Q. Amiri (Cal. 271224)*
   **JONES DAY**
11 555 California Street, 26th Floor
   San Francisco, California 94104
12 Telephone: (415) 875-5712
   Email:   cnmitchell@jonesday.com
13          aamiri@jonesday.com

14 *Admitted *pro hac vice*

15 John Laurens Wilkes (Tex. 24053548)*
   **JONES DAY**
16 717 Texas Street
   Houston, Texas 77002
17 Telephone: (832) 239-3939
   Email:   jlwilkes@jonesday.com
18
   *Admitted *pro hac vice*
19
   Jennifer K. Messina (N.Y. 4912440)*
20 **JONES DAY**
   222 East 41 Street
21 New York, New York 10017
   Telephone: (212) 326-3498
22 Email:   jkmessina@jonesday.com

23 *Admitted *pro hac vice*

24 *Attorneys for Plaintiffs Shawn Jensen;*
   *Stephen Swartz; Sonia Rodriguez; Christina*
25 *Verduzco; Jackie Thomas; Jeremy Smith;*
   *Robert Gamez; Maryanne Chisholm;*
26 *Desiree Licci; Joseph Hefner; Joshua*
   *Polson; and Charlotte Wells, on behalf of*
27 *themselves and all others similarly situated*

28

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| | Asim Dietrich (Bar No. 027927) |
| 2 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
| | Email:   skader@azdisabilitylaw.org |
| 5 |                  adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553) |
| | Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800 |
| | Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547 |
| | Email: |
| 11 |    rdalyrooney@azdisabilitylaw.org |
| | jrico@azdisabilitylaw.org |
| 12 | jross@azdisabilitylaw.org |
| | mabela@azdisabilitylaw.org |
| 13 | |
| 14 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

    s/ D. Freouf