# EXHIBIT 1

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| *EYMAN-BROWNING* | | | | | | |
| 03/2015 | 04/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available document on 10/14/16 as ADCM631221. | Certifies that any documents located at this time have been produced. | No DI 326 or mental health programming sign-in sheets produced for SMI prisoners. | PM #8 |
| 04/2015 | 05/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available document on 10/14/16 as ADCM839382-839383. | Certifies that any documents located at this time have been produced. | No DI 326 or mental health programming sign-in sheets produced for SMI prisoners. | PM #8 |
| 05/2015 | 06/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 03/10/16 as ADCM839251-839253, 839384-839386. | Certifies that any documents located at this time have been produced. | No DI 326 or mental health programming sign-in sheets produced for SMI prisoners. Sign-in sheets produced at ADCM839384-86 are duplicative of ADCM839251-53. | PM #8 |
| 06/2015 | 07/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 07/2015 | 08/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 08/2015 | 09/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 09/2015 | 10/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 11/2015 | 12/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 12/2015 | 01/2016 | Program Attendance/Sign-In | No documents exist for this time | Certifies that efforts to locate | | PMs #2, #8 |

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | sheets (SMI and non-SMI) | period. | documents were unsuccessful at this time. | | |
| 01/2016 | 02/2016 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 02/2016 | 03/2016 | Program Attendance Sign-In Sheets for DI326 group programming attended by SMI prisoners | Produced available documents on 12/01/16 as ADCM661423- 661426 and on 03/10/16 as ADCM839246. | Certifies that any documents located at this time have been produced. | Plaintiffs are not in receipt of ADCM839246.  No sign-in sheets produced for DI326 group programming attended by SMI prisoners. | PM #8 |
| 09/2016 | 09/2016 | Program Attendance/Sign-In sheets for DI 326 programming attended by SMI inmates | Produced available documents on 11/10/16 as ADCM664057- 664096 and on 03/10/17 as ADCM839247-839250. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at ADCM839247-50 were for DI 326 group programming offered to SMI prisoners on 9/12/16 only. Did not produce sign-in sheets for DI 326 group programming offered to SMI prisoners on 9/13/16 or 9/14/16. | PM #8 |
| 11/2016 | 11/2016 | Phone log for MT - phone log produced with MT's documentation but log does not contain name or ADC number; no way to verify it is for this inmate | Produced on 03/09/17 as ADCM839163-839163. | | Phone log produced at ADCM839163 only reflects date of 11/18/16 and not the entire monitoring period. | PM #6 |
| *EYMAN-SMU* | | | | | | |
| 02/2015 | 03/2015 | Program Attendance/Sign-In sheets for DI 326 programming attended by both SMI and non-SMI prisoners | Produced available documents on 10/14/16 as ADCM631161-631188 and 631203. | Certifies that efforts to locate documents were unsuccessful at this time. | No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |

2

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| 03/2015 | 04/2015 | Program Attendance/Sign-In sheets for DI 326 programming attended by both SMI and non-SMI prisoners | Produced available documents on 10/14/16 as ADCM631189-631222. | Certifies that efforts to locate documents were unsuccessful at this time. | No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 05/2015 | 06/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833549-833550 and on 03/10/17 as ADCM839338-839343. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833549-50 and ADCM839338-43 are blank. They do not contain participant signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 06/2015 | 07/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833551-833552 and on 03/10/17 as ADCM839304-839323. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at ADCM83351-52 are blank; do not reflect participant signatures. Similarly, sign-in sheets produced at ADCM839304-23 are largely blank, although the sign-in sheet for mental health group conducted on 7/13/15 contained some participant signatures. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |

3

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| 07/2015 | 08/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833553 and on 03/10/17 as ADCM839344-839349. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833553 and ADCM839344-49 are blank. They do not contain participant signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 08/2015 | 09/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833554-833555 and on 03/10/17 as ADCM839350-839353. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833554-55 and ADCM839350-53 are blank. They do not contain participant signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 09/2015 | 10/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833558 and on 03/10/17 as ADCM839354-839356. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833558 and ADCM839354-56 are blank. They do not contain participant signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 11/2015 | 12/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833556-833557 and on 03/10/17 as | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833556-57 and ADCM839365-68 are blank. They do not contain participant | PMs #2, #8 |

4

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | | ADCM839365-839368. | | signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | |
| 12/2015 | 01/2016 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 02/22/17 as ADCM833559-833560 and on 03/10/17 as ADCM839369-839376. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at both ADCM833559-60 and ADCM839369-76 are blank. They do not contain participant signatures and, therefore, do not reflect who accepted programming and who refused. No sign-in sheets for DI 326 programming produced, including those programs attended by SMI prisoners. | PMs #2, #8 |
| 01/2016 | 02/2016 | Program Attendance/Sign-In sheets (SMI and non-SMI) | No documents exist for this time period. | Certifies that efforts to locate documents were unsuccessful at this time. | | PMs #2, #8 |
| 05/2016 | 06/2016 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 within the MC Notebook (ADCM629752-629960). | Certifies that any documents located at this time have been produced. | Produced only sign-in sheets for DI 326 group programming attended by non-SMI audited prisoners at ADCM629752-960. Sign-in sheets produced at ADCM839498-537 were largely for non-SMI population; only 2 of 10 SMI prisoners were identified on sign-in sheets. No sign-in sheets produced for mental health programming. | PM #8 |
| 07/2016 | 07/2016 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/26/16 within the MC Notebook (ADCM660523-660792). | Certifies that any documents located at this time have been produced. | Produced only sign-in sheets for DI 326 group programming at ADCM660523-792. Moreover sign-in sheets reflected only a handful of SMI prisoners. Sign-in sheets | PM #8 |

5

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | | | | produced at ADCM839538-40 were duplicative of sign-in sheets produced at ADCM660733, ADCM660738 and ADCM660739, respectively. No sign-in sheets produced for mental health programming. | |
| 10/2016 | 10/2016 | Legible copy of sign-in sheets produced at ADCM837242-51. | Produced clearer copies on 03/10/17 as ADCM839195-839231. | | Copies produced at ADCM839195-231 were count sheets; did not produce legible copies of sign-in sheets as requested. | PM #8 |
| 11/2016 | 11/2016 | Property log for OR; produced property log for AR. | Produced property memo on 03/09/17 as ADCM839166-839173, stating that the inmate had been released from custody on November 17, 2016—prior to being chosen to be monitored in December 2016. Consequently, the inmates file was forwarded to the Central Office File and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 12/2016 | 12/2016 | Program Attendance Sign-in Sheets for DI326 programming offered to non-SMI population | | | | |
| | | ***FLORENCE-CENTRAL & KASSON*** | | | | |
| 03/2015 | 04/2015 | Program Attendance/Sign-In sheets (SMI and non-SMI) | Produced available documents on 10/14/16 as ADCM605752- 605754 | Certifies that any documents located at this time have been | Sign-in sheets produced at ADCM605752-54 only reflect names of two non-SMI prisoners | PMs #2, #8 |

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | | and 605755-605756. | produced. | monitored at Florence-Central. Document produced at ADCM605755-56 is a count sheet with signatures, not a sign-in sheet. No sign-in sheets produced for mental health programming, DI 326 programming attended by SMI prisoners or non-SMI prisoners monitored at Florence-Kasson. | |
| 04/2015 | 05/2015 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 as ADCM631230-631233. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at ADCM631230-33 are for DI 326 programs attended by non-SMI prisoners only. No sign-in sheets produced for mental health programming or DI 326 programming attended by SMI prisoners. | PM #8 |
| 05/2015 | 06/2015 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 08/27/15 as ADCM121584 and on 10/14/16 as ADCM631234-631244. | Certifies that any documents located at this time have been produced. | ADCM121584 is dated 6/30/15; defendants monitored week of 06/06/15. Did not produce any sign-in sheets for mental health programming or DI 326 programming attended by SMI prisoners. | PM #8 |
| 06/2015 | 07/2015 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 as ADCM631245-631250. | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at ADCM631245-50 are for DI 326 programs attended by non-SMI prisoners only. No sign-in sheets produced for mental health programming or DI 326 programming attended by SMI prisoners. | PM #8 |
| 07/2015 | 08/2015 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 08/27/15 as ADCM121345- 121360, | Certifies that any documents located at this time have been produced. | Sign-in sheets produced at ADCM121345-60 are for DI 326 programs attended by non-SMI prisoners only. No sign-in sheets produced for mental health programming or DI 326 programming attended by SMI prisoners. | PM #8 |

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017 LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| 11/2015 | 12/2015 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 within the MC Notebook (ADCM630806-630999). | Certifies that any documents located at this time have been produced. | No sign-in sheets produced for mental health programming or DI 326 programming attended by SMI prisoners. | PM #8 |
| 12/2015 | 01/2016 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 03/10/17 as ADCM836353-836380. | Certifies that any documents located at this time have been produced. | Did not produce any sign-in sheets for mental health programming or DI 326 programming attended by prisoners monitored at Florence-Kasson. Demand includes both SMI and non-SMI prisoners. | PMs #2, #8 |
| 01/2016 | 02/2016 | Program Attendance/Sign-In sheets for Kasson inmates (SMI and non-SMI) | Produced available documents on 02/27/17 as ADCM836381-836405. | Certifies that any documents located at this time have been produced. | Did not produce any sign-in sheets for mental health programming or DI 326 programming attended by prisoners monitored at Florence-Kasson. Demand includes both SMI and non-SMI prisoners. | PMs #2, #8 |
| 03/2016 | 04/2016 | Property log for JH (only produced list indicating his spendable balance and whether or not he has a TV) | JH was released from custody on 09/15/16 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 05/2016 | 06/2016 | • Program Attendance/Sign-In Sheets for Kasson (non-SMI only) – only produced sign-in sheets from 2 days of programming; did not produce sign-in sheets for majority of programs | Defendants provided Attendance/Sign-In sheets for Kasson as ADCM833586-833590 for EV, VT, AA, OT, and RS. Inmate DM did not participate in any programming. | Certifies that search was conducted for sign-in sheets for SMI inmates and that any documents located at this time have been produced. Demand was for sign-in sheets for non-SMI inmates. | Did not provide sign-in sheets for JF; MT; CW or CM. | PM #2 |

8

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017 LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | attended by non-SMI prisoners. | | | | |
| | | • Property log for prisoner JH *(only produced list indicating his spendable balance and whether or not he has a TV)* | JH was released from custody on 09/15/16 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 07/2016 | 07/2016 | Program Attendance/Sign-In Sheets (SMI only) | Defendants already produced these documents on 10/26/16 as ADCM660969-660970 and 660972-660975. | Certifies that any documents located at this time have been produced. | No sign-in sheets produced for mental health programming. | PM #8 |
| 10/2016 | 10/2016 | • Use of Force Documentation – Memorandum at ADCM837602 (same language found in CGAR) states that "there was no use of force incidents involving SMI inmates during the months of October." Require confirmation there were also no use of force incidents involving | Defendants are still seeking a response. | | | |

9

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | maximum custody prisoners housed in Florence- CB-1, Florence CB-4 or Florence- Kasson (Wings 1 and 2). | | | | |
| 11/2016 | 11/2016 | • Legible copy of sign-in sheets produced at ADCM838753 and ADCM838755 | Produced clearer copies on 03/10/17 as ADCM839238-839242. | | ADCM839238-42 is count sheet only. Defendants did not produce more legible copies of sign-in sheets. | PM #8 |
| | | • Use of Force Documentation – Memorandum at ADCM838728 (same language found in CGAR) states that "there was no use of force incidents involving SMI inmates during the months of November." Require confirmation there were also no use of force incidents involving maximum custody prisoners housed in Florence- CB-1, Florence CB-4 or Florence- Kasson (Wings 1 and 2). | Defendants are still seeking a response. | | | |

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| *LEWIS-RAST* | | | | | | |
| 10/2015 | 11/2015 | Activity Schedule (SMI programming only) | Produced on 03/10/14 as ADCM839243-839246 (see classes under Section 4C). | | Plaintiffs require confirmation that mental health group programming, led by mental health professional, is also included in "Section 4C" of calendar produced at ADCM839243-46. | PM #8 |
| 11/2015 | 12/2015 | • Program Attendance/Sign-In sheets (SMI only) | Already produced available sign-in sheets on 10/14/16 for SMI inmates JM, AC, RR, CL, RF, and JP as ADCM630286, 630290, 630297, 630231, 630305, and 630309. SMI inmates JW and SJ did not participate in any programming. Further, an officer verified that SMI inmate JH refused programming on 12/17/15 and SMI inmate MV refused programming due to DNHW issues, both of which are documented on the back sides of each respective inmate's OOC Tracking Form. | Certifies that any documents located at this time have been produced. | No sign-in sheets produced for mental health programming. | PM #8 |
| | | • Activity Schedule (SMI programming only) | Already produced on 10/14/16 as ADCM630313-630314, and again on 03/10/14 as ADCM839243-839246. See classes under Section 4C. | | Plaintiffs require confirmation that mental health group programming, led by mental health professional, is also included in "Section 4C" of calendar produced at ADCM839243-46. | PM #8 |
| 12/2015 | 01/2016 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 as ADCM630315-630340. | Certifies that any documents located at this time have been produced. | No sign-in sheets produced for mental health programming. | PM #8 |

11

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017 LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| 01/2016 | 02/2016 | Program Attendance/Sign-In sheets (SMI only) | Produced available documents on 10/14/16 as ADCM630419-630443. | Certifies that any documents located at this time have been produced. | No sign-in sheets produced for mental health programming. | PM #8 |
| 03/2016 | 04/2016 | Property inventory for prisoner JJ | Inmate JJ was released from custody on 06/14/16 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| *PERRYVILLE-LUMLEY SMA* | | | | | | |
| 03/2015 | 04/2015 | • Property logs for the following prisoners:<br>  o SK<br>  o Lavier, #270974 | | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 04/2015 | 05/2015 | • Property logs for the following prisoners: | | | | |
| | | o SK | At the time of production, the parties had neither agreed to produce property logs and Plaintiffs had not requested them. Further, SK was released from custody on 10/20/16 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |

12

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017 LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | o DS | At the time of production, the parties had neither agreed to produce property logs and Plaintiffs had not requested them. Further, DS was released from custody on 12/11/15 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| | | o LM | At the time of production, the parties had neither agreed to produce property logs and Plaintiffs had not requested them. Further, LM no longer is housed at Perryville-Lumley SMA. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 05/2015 | 06/2015 | • Property inventory for LB | At the time of production, the parties had neither agreed to produce property logs and Plaintiffs had not requested them. Furthermore, LB was released from custody on 06/27/16 and all property inventories except for the last property inventory were destroyed. | | Plaintiffs maintain that prisoners' property logs have always been a necessary component for monitoring PM #6 and that Defendants were always required to produce said documentation. Spoliation of evidence leads to a finding of non-compliance. | PM #6 |
| 12/2016 | 12/2016 | All documentation missing except for use-of-force documentation. Defendants produced memorandum at | | | | PM #1-2, 5-6, 8 |

13

**PLAINTIFFS' 04/13/2017 REPLY TO DEFENDANTS' 03/14/2017 RESPONSES TO PLAINTIFFS' 03/02/2017
LIST OF MISSING MAX CUSTODY DOCUMENTS FROM PRODUCTION FOR THE PERIOD FROM
MARCH 2015 THROUGH DECEMBER 2016**

| CGAR Date | Date – MC Notebook | Missing Document(s) | Defendants' Response | Declaration of Wendy Hackney | Plaintiffs' Reply | Performance Measure(s) that are Non-Compliant |
|---|---|---|---|---|---|---|
| | | ADCM841712 stating there were no uses of force reported during monitoring period. | | | | |
| *PHOENIX* | | | | | | |
| 12/2016 | 12/2016 | Missing pages of CGAR so no way to confirm they provided back-up for all of UOF incidents reported on CGAR – CGAR references 14 incidents and we received back-up documentation for 14 incidents | | | | PM #9 |