# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>   Plaintiffs,<br>v.<br>Charles L. Ryan, et al.,<br>   Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

The Court having reviewed the Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 2020), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED. Defendants' Response is due on or before May 1, 2017.

Dated this 18th day of April, 2017.

_____
David K. Duncan
United States Magistrate Judge