Case name Parsons v. Ryan CV-12-00601-PHX-DKD.

I

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington ~~Couch~~ St,
Suite 130, SPC1
~~Phoenix~~ AZ 85003-2118
Phoenix

To who it may concern:

I am here to express my inner thoughts about this case for I am SMI and I've experience many wrong doing to my Illness.

My SSI # 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
Name Rodrigo Benito Aguilar
DOB-8-13-75 Native Yaqui Indian from Tempe AZ Guadalupe.

I've been in special ed and hospitalize 5 times for got shot car accidents and bitten by a black wido spider.

I've been in the system since I was 14 years old in prison adope mountion prison and to adult prison in 95.

They say my illness is base on drugs and gangs. I haven't

been in gangs since 2001 as a sex offender.

I been asking for help and it seems that I can't get it anywhere in this system.

Please know that I want help and I put in HNRs to seek help for Mental health and conditions over my back of a bullet lodge in my spine. the way I hear voice and see others not there.

they came and now are stronger as I keep in solitry confinement.

When I was out in society in 2010 and tell 2011 of Oct 15, I've ask for help, but the big probation staff kept throwing me to the street homless and when they release me in 2010 they didn't give me no medication.

Now the medication they try to give me tensive my pain with tentions at lock neck and my pain makes me act up from lock of

Sleep and so the voice come back stronger.

Well I've been in this facility I've had Dr Kinsey help me out.
He is only limited so much help due to the Warden Rollins Bennie.
Theres a couple of Inmates that are in Solitary Confinement in CDU Facility at CACF praviate prison P.O Box 9600.
Warden Rollins never listen to me. He say yeah I see what I can do.
Base in my behavior since 96 in tell now I have been sent to maxium so custody SMU 1 placement because of my actions, where I advice the staff here I need help and Medical staff also don't care. Fll I want is to be help so I can get back at society to be able to live with my life out there.
I have been programing, education, work, workout so I can be able to push

out my anger and negative thoughts out.

Disciplinary history speaks for it self that I do need help

On all my Hearings proposed Maximum custody placements Since doing time is base on fighting many Inmates and I can't say they just keep on putting me in a cell with no help or medication.

I will appreciate if you can help me. my education is poor to put it in better terms of my rights

I get Release July 2018 but they keep taking my good time for disciplinary reason.

I need help and want to get help.

Respectfully

Rodrigo Aguilar

#411
Aguilar Rodrigo Benito
#118162
ASPC-CACF-CDU
House-A6

Can you send a
Specialist to see me
and give me help
My mother past away
and she told me
Close mouth don't
get fed.
I am lost for help
I beg of you to
see me so I can
explian better.
thank you.

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: Taylor Rodriger
ADC #: 118162
Arizona State Prison Complex: CACF
Unit: CB4
PO Box 4600
City: Florence AZ 85132

(For International Use Only)
Indigent

RECEIVED
APR 20 2017
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hasler
04/17/2017
US POSTAGE $000.46⁹
ZIP 85132
041E11673013

Clerk of the Court
United States District Court,
District of Arizona
401 W. Washington St, Suit—
130, SPC 1
Phoenix, Arizona

BE0082607 0010