IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: April 17, 2017

Title: Parsons et al vs. Ryan et al
      Plaintiffs       Defendants
===========================================================================

HON:   David K. Duncan           Judge # 70BL/DKD

    Caryn Smith                 Laurie Adams
    Deputy Clerk                Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Kirstin Eidenbach and Maya Abela, with Amy Fettig and Donald Specter appearing telephonically, for Plaintiffs

Timothy Bojanowski, Rachel Love and Anne Orcutt for Defendants

===========================================================================
**PROCEEDINGS:**     **X**  Open Court       _____ Chambers       _____ Other

This is the time set for Status Hearing.  Dennis Dye is sworn and examined.

9:29 AM – Court stands at recess.

9:45 AM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Dennis Dye resumes the stand and continues his testimony.

11:05 AM – Court stands at recess.

11:19 AM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Dennis Dye resumes the stand and testifies further.

12:16 PM – Court stands at recess.

1:33 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Dennis Dye resumes the stand and continues his testimony.  The witness is excused.

Erin Barlund is sworn and examined.

3:01 PM – Court stands at recess.

3:17 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Erin Barlund resumes the stand and continues her testimony.  The witness is excused.

Richard Pratt is sworn and examined.

Discussion is held regarding the Court's agenda items for the upcoming status hearing.  IT IS ORDERED setting the next Status Hearing for May 10, 2017 at 9:00 AM before this Court.

The Court provides notice pursuant to Rule 53(b)(1) that it is contemplating appointing a Special Master.  Therefore, IT IS ORDERED within 14 days Plaintiffs shall file a memorandum which addresses the Court's consideration of a Rule 53 Master as well as any argument regarding the witnesses' testimony regarding the monitoring of the Stipulation.  IT IS FURTHER ORDERED within 14 days afterwards Defendants shall file a memorandum addressing the issue of the appointment of a Special Master as well as any argument regarding the monitoring process.  IT IS FURTHER ORDERED within seven days after that Plaintiffs shall reply to Defendants' response.

Further discussion is held regarding the status hearing agenda and the current version of the performance manual.  The Court will issue a written order regarding additional findings of noncompliance.

5:00 PM – Court is adjourned.


Time in court: 6 hr 45 min (8:12 AM – 5:00 PM)