**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-DKD<br><br>**MEDIATION ORDER** |

On April 25, 2017, counsel for Plaintiffs and Defendants participated in a telephonic conference with the assigned Mediator, Magistrate Judge Bridget S. Bade, to discuss procedures to improve the efficiency of the mediation sessions.

Based on this discussion, the Court amends its March 15, 2017 Mediation Order (Doc. 1973) to remove the requirements for the parties to submit Mediation Memorandum seven days before the Mediation.  Instead, as discussed during the telephonic conference, counsel will confer to jointly prepare materials to submit to the Mediator.  These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the Mediation.  The parties shall submit this information to the Mediator at least seven days before the Mediation, which is set for May 9, 2017 at 9:30 am.

In addition, the parties will limit attendance at the Meditation to two attorneys for Plaintiffs, two attorneys for Defendants, a representative from the Arizona Department of

Corrections (Mr. Richard Pratt), and the Regional Medical Director, Mental Health Director, and Vice President of Operations for Corizon.

Dated this 26th day of April, 2017.

_____
Bridget S. Bade
United States Magistrate Judge