1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
2 | 3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
3 | Telephone: (602) 650-1854
Email: kbrody@acluaz.org
4 
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5 | *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
*Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6 | *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
*others similarly situated*
7 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

8 | Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
9 | **ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
10 | Phoenix, Arizona 85034
Telephone: (602) 274-6287
11 | Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org
12 
*Attorneys for Plaintiff Arizona Center for Disability Law*
13 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

14 
UNITED STATES DISTRICT COURT
15 
DISTRICT OF ARIZONA
16 
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL134077360.1

This Court ordered the parties to submit briefing addressing the Court's consideration of a Rule 53 Master as well as any argument regarding the witnesses' testimony regarding the monitoring of the Stipulation. [Doc. 2029 at 2]  Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the following deadlines:

1. Plaintiffs shall have up to and including May 8, 2017 to file their brief;

2. Defendants shall have up to and including May 22, 2017 to file their response; and

3. Plaintiffs shall have up to and including May 29, 2017 to file their reply to Defendants' Response.

A proposed order is attached herein.

Dated this 26th day of April, 2017.

| PRISON LAW OFFICE | STRUCK WIENEKE, & LOVE, P.L.C. |
|---|---|
| By: <u>s/ Corene Kendrick</u><br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>           ahardy@prisonlaw.com<br>           snorman@prisonlaw.com<br>           ckendrick@prisonlaw.com<br>           rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* | By:   s/ Timothy J. Bojanowski<br>       (with permission)<br>Daniel P. Struck<br>Kathleen L. Wieneke<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Fletcher<br>Anne M. Orcutt<br>Jacob B. Lee<br>Kevin R. Hanger<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email:   dstruck@swlfirm.com<br>           kwieneke@swlfirm.com<br>           rlove@swlfirm.com<br>           tbojanowski@swlfirm.com<br>           nacedo@swlfirm.com<br>           afletcher@swlfirm.com<br>           aorcutt@swlfirm.com<br>           jlee@swlfirm.com<br>           khanger@swlfirm.com |

LEGAL134077360.1

| | |
|---|---|
| Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>     agerlicher@perkinscoie.com<br>     jhgray@perkinscoie.com | Arizona Attorney General Mark Brnovich<br>  Office of the Attorney General<br>Michael E. Gottfried<br>Lucy M. Rand<br>  Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia N. Morgan (N.Y. 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
     afettig@aclu.org
     jmorgan@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 11 | |
| 12 | By:  s/ Maya Abela |
| | Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927) |
| | 5025 East Washington Street |
| 14 | Suite 202 |
| | Phoenix, Arizona 85034 |
| 15 | Telephone:  (602) 274-6287 |
| | Email:    skader@azdisabilitylaw.org |
| 16 | |
| | adietrich@azdisabilitylaw.org |
| 17 | |
| | Rose A. Daly-Rooney |
| 18 | (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 19 | Jessica Jansepar Ross |
| | (Bar No. 030553) |
| 20 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 21 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 22 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 23 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 24 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 25 | mabela@azdisabilitylaw.org |
| 26 | *Attorneys for Arizona Center for Disability Law* |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ C. Kendrick

LEGAL134077360.1                    -4-