1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **ORDER GRANTING**
10  Hefner; Joshua Polson; and Charlotte Wells, on         **STIPULATION FOR**
    behalf of themselves and all others similarly          **EXTENSION OF TIME TO**
11  situated; and Arizona Center for Disability Law,       **FILE BRIEFS**

12                              Plaintiffs,

13          v.

    Charles Ryan, Director, Arizona Department of
14  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
15  Department of Corrections, in their official
    capacities,
16
                             Defendants.

17

18          This Court, having reviewed the Stipulation for Extension of Time to File Replies,

19  and finding good cause, hereby **GRANTS** the Stipulation.

20          1.     Plaintiffs shall have up to and including May 8, 2017 to file their brief;

21          2.     Defendants shall have up to and including May 22, 2017 to file their

22  response; and

23          3.     Plaintiffs shall have up to and including May 29, 2017 to file their reply to

24  Defendants' Response.

25

26

27

28

134077643.1