# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The parties have stipulated to extending deadlines in the upcoming briefing. Good cause appearing,

**IT IS ORDERED** granting Stipulation for Extension of Time to File Briefs (Doc. 2034). The deadlines shall be as follows:

1. Plaintiffs shall have up to and including May 8, 2017 to file their brief;
2. Defendants shall have up to and including May 22, 2017 to file their response; and
3. Plaintiffs shall have up to and including May 29, 2017 to file their reply to Defendants' Response.

Dated this 27th day of April, 2017.

_____
David K. Duncan
United States Magistrate Judge