**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 2036), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED. Defendants' Response is due on or before May 31, 2017.

Dated this 2nd day of May, 2017.

David K. Duncan
United States Magistrate Judge