1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING MOTION FOR**
     behalf of themselves and all others similarly        **RECONSIDERATION**
11   situated; and Arizona Center for Disability Law,

12                               Plaintiffs,

13            v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                                 Defendants.

17

18            The Court having reviewed Plaintiffs' Motion for Reconsideration of April 24,

19   2017 Order (Doc. 2030) and good cause appearing,

20            IT IS ORDERED that Plaintiffs' Motion for Reconsideration is GRANTED.  The

21   Court will adhere to the definition of substantial compliance set forth in its order of

22   May 20, 2016 (Doc. 1583 at 1-2).

23

24

25

26

27

28

135500020.1