1   Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone: (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
7   *similarly situated*

8   **[ADDITIONAL COUNSEL LISTED BELOW]**

9   Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
12  Email: skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org
13  *Attorneys for Plaintiff Arizona Center for Disability*
    *Law*
14
    **[ADDITIONAL COUNSEL LISTED BELOW]**
15
                    UNITED STATES DISTRICT COURT
16
                         DISTRICT OF ARIZONA
17

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' STATEMENT REGARDING EVIDENTIARY HEARINGS ON MONITORING** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL135500766.1

I, Corene Kendrick, declare:

1.     I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*.  I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     Attached herein as **Exhibit 1**, is a true and correct copy of the March 7, 2017 version of Defendants' Monitoring Guide.

3.     Attached herein as **Exhibit 2**, is a true and correct copy of an email I received on November 22, 2016, from Lucy Rand, Counsel for Defendants, producing ADC's rebuttal documents for September 2016 – November 2016.

4.     Attached herein **under seal** as **Exhibit 3** are the rebuttal documents produced by Defendants for September, October, and November 2016, Bates-stamped ADCM722613-722716.

5.     Performance Measure 80 requires that "MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician."  Attached herein **under seal** as **Exhibit 4** is a page Bates-stamped ADCM835648, produced to Plaintiffs by Defendants which shows the December 2016 CGAR results for PM 80 at Eyman.  This document indicates that five records listed (ADC numbers ending in 615, 471, 009, 555, and 044) were counted as compliant with PM 80, based on encounters that occurred on 12/28/16 (first four) and 12/27/16 (prisoner ending in 044), respectively.

6.     Attached herein **under seal** as **Exhibit 5** are the 12/28/16 notes from the electronic medical records of the first four prisoners.  In each case, the note explicitly states that the prisoner was seen at his cellfront, and there is no indication that the mental health clinician offered the prisoner the opportunity to be seen in a confidential setting outside his cell.

7.     Attached herein **under seal** as **Exhibit 6** is the 12/27/16 note from the electronic medical record of the prisoner whose ADC number ends in 044.  The visit type

is listed as "Segregation Visit" and the setting is listed as "Cell." There is no indication that the mental health clinician offered the prisoner the opportunity to be seen in a confidential setting outside his cell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 8, 2017, in Berkeley, California.

_s/ Corene Kendrick_

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted _pro hac vice_

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia N. Morgan (N.Y. 5351176)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          jmorgan@aclu.org
          vlopez@aclu.org

*Admitted _pro hac vice_.  Not admitted in DC; practice limited to federal courts.
**Admitted _pro hac vice_

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated

1
2
3
4
5

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
               adietrich@azdisabilitylaw.org

6
7
8
9
10
11
12
13
14

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
     rdalyrooney@azdisabilitylaw.org
               jrico@azdisabilitylaw.org
               jross@azdisabilitylaw.org
               mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

     I hereby certify that on May 8, 2017, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love

10

Timothy J. Bojanowski
Nicholas D. Acedo

11

Ashlee B. Fletcher
Anne M. Orcutt

12

Jacob B. Lee
Kevin R. Hanger

13

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14

kwieneke@swlfirm.com
rlove@swlfirm.com

15

tbojanowski@swlfirm.com
nacedo@swlfirm.com

16

afletcher@swlfirm.com
aorcutt@swlfirm.com

17

jlee@swlfirm.com
khanger@swlfirm.com

18

19

*Attorneys for Defendants*

20

s/ D. Freouf

21

22

23

24

25

26

27

28