1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph       **ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly
11  situated; and Arizona Center for Disability Law,

12                        Plaintiffs,

13            v.

    Charles Ryan, Director, Arizona Department of
14  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
15  Department of Corrections, in their official
    capacities,
16
                          Defendants.
17

18        This Court, having reviewed Plaintiffs' Motion to Seal Documents, and finding

19  good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the

20  Court to seal the documents as set forth in Plaintiffs Motion to Seal (Exhibits 3 through 6

21  to the Declaration of Corene Kendrick).

22

23

24

25

26

27

28

135506794.1