# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

This Court having reviewed Plaintiffs' Motion to Seal Documents (Doc. 2049), and finding good cause,

**IT IS ORDERED** granting Plaintiffs' Motion to Seal Documents (Doc. 2049) and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibits 3 through 6 to the Declaration of Corene Kendrick).

Dated this 9th day of May, 2017.

_____
David K. Duncan
United States Magistrate Judge