Julie K. Pavlich, #128948
ASPC Perryville - Unit Lumley
C 2111, P.O. Box #3300, Good-
year, AZ 85338-0104

Clerk of the Court, U.S. District Court
401 W. Washington Street, Suite #130,
Phoenix, Arizona 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 08 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO: Magistrate Judge Duncan, Mediator
    Magistrate Judge Buttrick
Date: May 3, 2017
Re: Parsons v Ryan, Case #CV12-00601-PHX
    Fairness Hearing - October 26, 2016

My last communiqué was sent on October 20, 2016. I hope you received prior to the hearing. Is it possible to be informed, in advance, of the hearing so I may let others know? As you can see I have enclosed a copy, for your perusal, the missive I sent to the U.S. Department of Justice, Attn: ADA (American Disability Act) Coordinator. This is another update and would like to list some extra non compliance issues, Item #13 on the Settlement Agreement dated October 14, 2014. On March 19, 2017, I went to A.M. Pill Call and guess what? My Tramodol was NOT ordered, and I would have to wait! This narcotic helps with acute injury "flare-ups". I take it day and night. When dropped for five days, I'm missing twenty doses. The straight "cold turkey" really subjects my body with many side effects. With the withdrawl symptom alone, the can be seizures,

tremors, back and neck spasms, dizziness, and my equilibrium worsens, my neuropathy is unbearable now, but worsens as well. It is appalling. Pain management is not a "concern" of Corizon. They pretend it does not happen. I have had this issue with Corizon at least NINE times. Now to add insult to injury, my Psych meds keep changing with no notice, or care.

Now to numerous Hippa violations. Three times a week I go up to Medical for TENZ Treatment, I stay approximately 20-25 minutes. I sit in the front office. What I hear is appalling. Both the Medical Officers, nurses?, and even the Provider are always talking about the patients/inmates. "What a pain in the ...", "fill in the blank." "Here comes miss hypochondriac." There's much more. They talk right in front of me as I'm not even there! On Santa Cruz medical in April 2016, Nurse Alatrista came running out the office where we were waiting for pill, in my wheelchair (they honor my wheelchair chrono.) She comes right out to me yelling about my special needs orders and they (about 30 inmates, 4 COII's) + she's saying "PAVLICH" if you keep that up you will lose more benefits and go to Lumley." Not only was it more than embarrassing, she's telling everyone my business!

#3 PAVLICH, #126148 / Clerk of the Court

Another one in February 2017: they started charging $4.00 for Psych app'ts. So the nurses are "triaging" us. What a joke, and blatant Hippa violation. These "nurses" are for medical. They have NO right to see my Psych file. Not only that but expect a lot more suicides here. They don't need to steal any more money. I get my account printed up to see how many charges are false then grieve it for months and I have NO money at all, I have a negative balance. This new action needs to STOP immediately. It is an injurious violation above and beyond. They need to be sanctioned and shut down. But on the suicide issue they will never tell you. The last but not least is they "LOST" my two living wills from 2013 and 2014. Just "me" out of 4400 Inmates. My directives were very clear: DNR & DNI. So on two emergency surgeries, once again, get to go on doing their criminal injustice! My copies were stolen when I was in movement! Convenient huh? Remember, if possible to send notification of next fairness/compliance hearing. Are Corizon and DOC just going to shred patients information and keep getting away with it??

Sincerely,

Julie Pavlich

To: United States Department of Justice
    Attn: ADA Coordinator
From: Julie K. Pavlich, ADC #128948, ASPC-Perryville
Lumley Unit: C2111, P.O. Box #3000, Goodyear, AZ 85338
Date: March 28, 2017
Re: Status and Benefits

    I was designated ADA status on March 14, 2014, due to a serious, life-threatening, emergency surgery. My skull was not attached to Cervical Vertebrae's #1 and #2. This surgery entailed fusing the vertebrae together. Three titanium rods were inserted to stabilize the thoracic region. The team of Neurosurgeons also implanted ten titanium screws in my neck (five on each side) to secure the cervical vertebrae area.

    I received annual SNO's (or Chronos) until the end of 2015. These "Special Needs Orders" includes the following: Lay-ins (meals in living quarters) non-duty status, no lifting, double mattress or medical mattress, two extra pillows, medical ice for acute injury, wheelchair to all points, sit or stand up to ten minutes each hour.

    Corizon HealthCare has known the necessity of additional surgery for my lumbar area since the day of my surgery. In 2013, I was diagnosed with Advanced Degenerative Disc & Joint Disease with Spinal Stenosis. My current prognosis is not favorable: Severe Spinal Disease throughout, worsening Spinal Stenosis, Severe

#2 Pavlich, ADC #128948

Bone Loss. I have lost over two and one half inches in height and my risk factor of Bone Fractures are high. My Neurosurgeon, Dr. Kumar Kakarla, of Barrows Neuro-Surgical Associates has told me I could lose the use of my legs at anytime.

Currently I am housed in a Closed Custody Unit which has NO ADA rooms or facilities at all. Not being able to leave our cells, I get no exercise. On February 5, 2017, this yard, Lumley, advises all inmates will go from having showers ONLY three days a week from seven. No 30 day notice (per DOC Policy) and No other yards except ours. Furthermore the "medical yards" are equipped with air conditioning. Lumley just has swamp cooler which are not effective during our "monsoon" season. Last summer, while I was here briefly, my cell on a daily basis was 96.6° with two fans running 24/7.

It was decreed on the Settlement Agreement signed on Oct. 14, 2014, that any inmates taking Psychotropic medication MUST be housed in living quarters with temperatures of 85° or lower. They refused to honor the agreement and are so non-compliant with violations, I have been on the docket twice for the Fairness Hearings - Parsons v Ryan, Case # CV12-00601 PHX.

This is deliberate indifference, over, and over again. I was denied a Medical Furlough Application and refused Out Patient Treatment. I have not had an MRI for two years or a follow-up visit with my Neurosurgeon since 2015. I am daily deteriorating and they, the

Providers, (only one M.D. for 4,400 women) just keep taking away my special needs orders *ADA RIGHTS*. Am I going to lose the use of my legs because of Corizon's denials and delays?

I implore you to help me please. Get my ADA Rights back for me. I am a 57-year old woman that made a horrible choice by drinking alcohol with my prescription medication. But to lock me up without my ADA Rights is just wrong.

Since I have no outside support I cannot retain an attorney. If there were family members who could call the Warden K. Currier and complain, then I may get something addressed with my health conditions and restoring my ADA rights. The Warden knows if she does not respond, the next step would be contacting the news stations.

DOC already opens all incoming mail, monitors our phone calls, checks outgoing mail, as well as "losing" legal mail. I have to send any legal mail certified with return request receipt. That does not mean they don't "re-open" and use another envelope, correct?

I thank you for your time and consideration in this matter. I will be sending a copy to the Magistrate's Buttrick and Duncan to update them on my plight.

Sincerely,

Jillie Pawlich

cc: Magistrate's Judges- Duncan & Buttrick - Fairness Hearing -

Arizona Department of Corrections
B.W. Lumley Unit
2155 N. Citrus Rd
Goodyear, AZ 85395



USPS CERTIFIED MAIL

9214 8901 9066 4300 0059 79

CLERK OF THE COURT U S DISTRICT COURT
401 W WASHINGTON STREET SUITE 130
SPC 1 PHOENIX AZ 85003-2118

Postage: $5.4700