19 APR 2017

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 10 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO JUDGE JOHN A BUTTRICK
PARSONS-V-RYAN   CV-12-0601-PHX-DKD

ADC RYAN AND CORIZON ARE FALSIFYING MY MEDICAL RECORDS AND FALSIFYING GOVERNMENT FORMS TO DENY ME MEDICAL CARE AND ADC AND CORIZON ARE DIRECTING-ORDERING STAFF TO TELL INMATES THEY ARE SEEING A DOCTOR WHEN IN FACT INMATES SEE A NURSE AND WHEN ASK IF THEY ARE A NURSE OR A DOCTOR THE NURSE STATES SHE IS A DOCTOR EVAN WEARING A DOCTOR COAT - ADC CORIZON HAVE FALSIFIED MY MEDICAL RECORDS FOR OVER TEN YEARS AND HAVE REFUSED ME MEDICAL CARE FOR OVER 10 YEARS - CORIZON STAFF ALSO THREATEN MENTALLY ILL NUT CASES WITH TICKETS IF THEY COMPLAIN ABOUT NOT BEING GIVEN MEDICAL CARE AND TELL INDEGENT MENTAL ILL NUT CASES TO BUY THEIR OWN ASPIRIN AND OTHER NEEDS AT THE PRISON STORE EVAN THOE MEDICAL KNOWS THEY HAVE NO MONEY TO BUY THE ASPIRIN THAT MEDICAL REFUSES TO PROVIDE THEM - WHAT A DISGRACE - MEDICAL CARE HAS ACTUALLY GOTTEN WORSE AFTER THE LAWSUIT AND TO RETALIATE AGAINST INMATES FOR THE LAWSUIT ADC RYAN ORDERED THAT INMATES BE TERRORIZED AND TICKETED FOR THE SMALLEST INFRACTION FOR 1 or 2 YEARS AND ADC RYAN WROTE ME MENTALLY ILL INMATES ARE REQUIRED TO BE HELD TO THE SAME STANDARD AS NORMAL INMATES - PLUS THE 6AM TO 11PM BRIGHT LIGHT TORTURE OF MENTAL ILL INMATES AND NO HEAT NO COOLING GENERALLY NO HOT WATER FOR MENTALLY ILL INMATES AT CB6-CENTRAL PLUS NO AIR FLOW AT ALL TO OUR CELLS FOR THE LAST 9 MONTHS - ADC RYAN SAYS HE DOES NOT HAVE THE MONEY TO FIX THE BROKEN BUILDING FANS SOOO WE GOT TO BAKE LAST YEAR IN

130-160 DEGREE CELLS - THE OUTSIDE WALLS ARE PAINTED DARK GREY AND GET SUPER HOT IT IS LIKE SITTING IN AN OVEN - WHEN YOU WANT TO HEAT UP FOOD YOU JUST PUT IT UP AGAINST THE WALL FOR A WHILE AND IT IS NICE AND HOT

WHAT CAN I DO MEDICAL LIES ABOUT EVERY-THING AND REFUSES TO RESPOND TO MANY OF MY HNR MEDICAL FORMS AND REFUSES TO VIDEO DOCUMENT MY SKIN SORES FOR MY COURT CASE I WILL BE FILING AND TELLS ME EVERYTHING IS EITHER A SCRAPE OR AN INGROWN HAIR WHEN IT IS ACTUALLY MASSIVE SKIN INFECTIONS

ALSO I CANNOT GRIEVE ANYTHING ANYMORE FOR EVERY TIME I FILE A GRIEVANCE NOW THE COY PUTS ME ON REPORT FOR FILING A VEXATATIOUS FORM - ADC IMPLEMENTED AN VEXATATIOUS FORM RULE TO STOP INMATES FROM FILING GRIEVANCES BY GIVING INMATES TICKETS FOR FILING FORMS AND GRIEVANCES LAST YEAR PLUS THE MASSIVE CONTRACT FRAUD AND THE BRIBES AND KICKBACKS PAID TO ADC DIRECTOR RYAN AND OTHERS IT IS AN OPEN SECRET ON THE YARD - THE STAFF TALK AND JOKE ABOUT HOW BAD IT IS - KITCHEN SUPERVISORS GET EXTRA MONEY FOR SHORTING INMATES FOOD AND ... ENDLESSS SCAMS AGAINST TAXPAYERS AND INMATES AT ADC BY VARIOUS GOVERNMENT EMPLOYEES AND OTHERS Key

KEMP-HORTON-202496
PO BOX - 8200
FLORENCE - AZ
85132

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: KEMP HORTON
ADC#: 202496
Arizona State Prison Complex
Unit: PO BOX 8200
City: FLORENCE AZ
85132

TO- JUDGE-JOHN-A-BUTTRICK
98-W-1ST-ST-STE-250
YUMA-AZ
85364-1402

01 MAY 2017 PM 6 L

85364-147698