CV-12-601-PHX-DKD

LeRoy Montoya #238802                                    March 7, 2017
ASPC Lewis, Rast mak.
P.O. Box 3600
Buckeye, Az. 85326

[FILED / RECEIVED / LODGED / COPY   APR 17 2017   CLERK U S DISTRICT COURT   DISTRICT OF ARIZONA   BY ___ DEPUTY]

                  Affidavit of leRoy Montoya


              "Indeed, no more than (affidavit)
              is necessary To make the pima
              facie case." United States v. Kis,
              (658 F. 2nd., 526, 536 (7th. cir. 1981);
              cert denied, 50 U.S.L.W. 2169; S.ct.
              march 22, 1982.


              I, LeRoy Montoya, upon my oath and under penalty
of perjury swear as follows.
              1. I am a 50 year old convicted felon in the state
of Arizona.
              2. I am addressing 3 serious medical issues, i.e. ①
I had surgery on my left in Nov. 2016 (i.e, i'm not disputing
The surgery). my left eye is still Ved, itchy, blurry, etc.!
② why i still have not received proper medical care
for my right hand/wrist that i broke in a fight on
April 16, 2016! And ③ Possible diabetes (i.e, i was
Told several months ago in Health Services- communique
"no diabetes"). see: Exhibit A.  Now, i am Told in

                           ①

1  another Health Services- commuique (i.e., A1C 6.0.
2  Prediabetic Range, from E. Baskas, NP.
3            3. As of Today, nothing but b.s., lies, broken
4  promise's, S.O.S., Talking with this nurse and that
5  nurse & this RN, supervisor, Nurse Provider, puerile
6  and ridiculous responses!
7            4. Dr. Julia Barnett (Director of Health), i
8  have sent you kites, HNR's and letters and you have not
9  responded not once. I wrote you a letter (dated
10  8-19-16), Re: my health issue's! Your Responsibilities!
11  see: Exhibit B.
12            5. You took the **Hippocratic Oath** "and that
13  warmth (i.e. zeal), sympathy (i.e. favor, support), and
14  understanding (i.e. knowledge and ability to judge) may
15  out weigh the surgeon's knife or the chemist's drug."
16  "I (i.e. Dr. Julia Barnett) will not be ashamed to say "I
17  know not."
18  "I (i.e. Dr. Julia Barnett) will remember (i.e. to keep
19  from forgetting) that I do not treat a fever chart, a
20  cancerous growth, but a sick **human being**, et al."
21  "I will remember that I remain a member of society
22  (i.e. a part of a community bound together by common
23  interests and standards), with special obligations to all
24  (i.e. every member of) my fellow **human beings** (i.e. of,
25  relating to, being of.)."
26  "If I do not violate this oath (i.e., a solem appeal
27
28                        ②

1  TO God TO witness TO The Truth of a statement or the
2  sacredness of a promise), et al., and may i long
3  experience The joy of healing Those who seek my help."
4  see: Exhibit C.

5      I believe you have either forgotten your
6  Oath, you did not mean it at The Time (i.e. mendacious)
7  and/or your "very dull in mind!"

8      I believe you Think i'm "anthropomorphism," which
9  i am not!

10     I believe you are antinomian because i am a
11  convict felon and That i'm a dirt bag, loser, piece of
12  crap(i.e. an ill-natured person) and To be honest, you do
13  Not care if we convicts die!!!

14     I am human, i love my kids and They love me
15  unconditionally. I know Compassion, agape love, mercy,
16  kindness, Grace, self-control, gentleness, i know empathy
17  and i may not be the sharpest Tool in The shed, however,
18  i'm in the shed.

19     I am seeking and requesting your help!

20     6. My Rule 32 criminal Attorney Benjam m.
21  Brewer, Esq. has written Director Charles Ryan, and
22  The Prison Law office has written on my behalf. see:
23  Exhibit D. And, ADC, Corizon, Administration, staff,
24  and medical - Turn a deaf ear, do not respond, puerile
25  in There response's and clueless & nothing happens but
26  S.O.S.!

27     7. these are my 3 medical issues :

28

③

1           A. I broke my right hand and/or wrist in a

2  fight on April 16, 2016. Per The onsite nurse at BDU,

3  said with the severe brusing and the swollen & size - it

4  might be broken!

5           B. Approx. 2 years or so, i needed surgery to

6  remove a Ptergium. I finally received the surgery in

7  Nov. 2016. However, (im not disputing getting the surgery),

8  what i'm now disputing is, my left eye that i had the

9  surgery, it's gotten worse after the surgery. Its

10  still red, blurry, irritated, i have headaches now and

11  in the morning - i have alot of mukus. my vision in my

12  left eye is bad now, it went from 20/20 vision, to

13  i can't even read line 3 on the eye chart. And,

14           C. Possibility of diabetes.

15  Note: When i speak about 1 of 3 of my medical issue,

16  i will refer to: 7-A equals "broken right hand."

17               7-B equals "my left eye." and

18               7-C equals "Possible diabetes."

19        8. I broke my right hand/wrist on 4-16-16.

20  I did not receive any medical care for approx 41

21  days. I had x-rays on 5-27-16 and i received a

22  Health Services - communique from Lawrence Ende,

23  NP-C (dated 6-2-16) & read. 6-15-16. The document

24  says: "x-ray of Right hand on 5-27-16 fractures

25  noted by Raiologist." See: Exhibit E.

26        I have literally written over 100 HNR's, kites,

27  letters, & response's to Director Ryan, Administration, staff,

28

1    Corizon, medical, etc., regarding my right hand, medical
2    treatment, pain, discomfort, etc., and S.O.S.
3        Dr. Barnett, i'm giving you that respect &
4    honor of addressing you as Dr. Barnett. That being
5    said. My right hand/wrist is still not 100% percent.
6    I cannot put 100% percent of my weight on my right
7    hand (i.e. push ups, burbs, upside down push ups &
8    pull ups). Before 4-16-16, i was working out hard,
9    for about 90 minutes 4 or 5 days a week. I cannot
10    do that anymore. My right hand did not heal properly
11    (i know my body). See inmate grievance #L21-154-016
12    for this issue.
13        I stated in this Affidavit all the many
14    individual's i have written and some of there responses
15    from Vanessa Headstream, Kataushia Thomas, Director Ryan,
16    Glynn-Courtney, Cheryl Dossett, Katrina Johnson, and Brad
17    Keogh. See: Exhibit F.
18        9. Dr. Barnett, regarding my left eye, this
19    all started on 6-7-14 when i sent an HNR, then i
20    had to do an inmate grievance (#L29-277-14). I still
21    received no help. And, i did another inmate grievance &
22    started it on 7-13-16 and it is still pending, or resolved
23    or refuse to address the issue again. Those are the
24    3 different answers to my 1 question! See: Exhibit G.
25        10. Dr. Barnett, regarding the possibility of
26    having diabetes. See: Exhibit H.
27        11. I have been going back & forth with C.O.3
28

1   Swayne (Grievance Coordinator) regarding my 3 medical
2   issue (i.e. 7-A, 7-B, & 7-C), see: Exhibit I.

3          12. Dr. Barnett, i believe i have explained
4   in detail, my 3 medical issues. If, you do not
5   understand, ① "You did not read all my exhibits",
6   ② "I don't believe you & your lying" and, ③ "You a
7   fool (Psalm 14:1) and your stupid (Proverbs 30:2)."

8          13. Dr. Barnett, i do not believe you, ADC,
9   Corizon, Administration, Staff, medical, etc. and i can
10  say that with 100% percent confidence and Truth!
11  I have been told dozens & dozens & dozens of times
12  in responses and with the medical nurse's, LPN, RN, N.P.,
13  and CNA, that all my medical needs are being met, is
14  adequate and ADC/Corizon is responsible & accountable for
15  inmate health care & so on & so on & so on! If, That is
16  True (which it is not!). Then explain "Why the ACLU had
17  to file a "motion to Enforce the Settlement on May 11,
18  2016" (i.e. Parsons V. Ryan, et al. - class action, No. CV12-0601-
19  PHx-NVW, filed 3-22-12). Then the Federal Judge
20  (i.e. Magistrate Judge David k. Duncan), ordered the
21  "States motion of remedial plan." then the ACLU had
22  to file a "Notice of non-Compliance" on July 7, 2016!
23  see: Exhibit J.

24          14. So, if everything is all that, run that
25  game on another convict! I have read the motions &
26  Notice & the Judges current order. ADC/Corizon are
27  not in Compliance, You are not doing your job!
28

15. Dr. Barnett, my 3 medical issues have gone on for a very long time!

     7-A, since 4-16-2016!

     7-B, since 6-7-2014!

     7-C, since 1-8-2016!

I have been very, very patient & i will continue to be patient! However, i will continue to be persistant, dignify, respectful and anthropocentric in my request for proper & professional medical treatment, per: Parsons v. Ryan, stipulation agreement (dated 10-9-14)!

16. Now, i do not know you & i know nothing about you. All i know is that you are a Doctor and you do not respone to my kites, HNR's or letters!

17. Regarding 7-C (ie. Possibly diabetes), i will be honest, i know there was something very wrong with me. My Dad died on Nov. 26, 2013. He had diabetes, was on insulin, went to dialysis - 3 times a week and he is dead now! the nurse's, N.A. Taylor, etc., would tell me - ① everything ok with you, it could all be in your head, ② Drink more water, ③ Talk with the psych. Doctor, ④ we order more blood work, ⑤ your ACI is fine & OK, ⑥ workout in your cell & go to rec. and ⑦ Blah, Blah, Blah, Blah, Blah, Blach, Blah, Blah, Blah, & Blah!!!

18. A few months ago i had blood taken and i received a Health Services - Communique - stating: "No diabetes!" then i had my blood drawn again - because

1  i kept Telling ADC, Corizon, medical, N.P. Taylor &
2  nurse's that i'm dizzy, sluggish, i piss alot, my vision
3  is blurry, i threw up Twice, i drink alot of water, i'm
4  losing weight, in the morning when i get my Sack lunch
5  i eat all the sweets (i.e. cookies, P.B. cake, & granola bar)
6  To get that sugar high, etc. & it falls on deaf ears, fools,
7  stupid people & idiots! Last month & grudgingly they
8  order more blood work, N.P. Taylor & approx 5 other
9  nurse's tell me to do a A1c blood Test so close Together
10  isn't going to change the results. Because when they do
11  an A1c blood Test it covers approx 3 or 4 months, i
12  Told them "So, i need the Test again!" IT was only
13  about 6 or 8 weeks from 1 Test to another.

14      19. Now, i receive a Health Services-communique
15  from E. Baskes, NP (dated 2-27-17) & recd. 3-3-17, it
16  States: "A1c 6.0 Prediabetic Range" see: Exhibit K.

17      20. All of a sudden now! I did not want
18  To be correct & i was hoping it would be something
19  else!?( However, it was not!

20      21. Since 1-8-16 until 2-27-17, something was
21  wrong, however, it got worse on 8-9-16 @ 4:07 am until
22  Today!

23      22. I am not proud to Say that i know evil,
24  sickness, violence, hate, disrespect, rage, madness, Torture,
25  death, demons, last man standing, and sin! Because i
26  knew the game, the prison politics, etc, However, ADC/
27  Corizon are dehumanize, cowards and a female dog!

28

23. "Inmates are human; they are capable of change!" A judge once told me after my many trials with him, he said "I personally don't know how you have kept what composure you have kept here, specially in the last couple days." See: Exhibit L. I've seen life, I've seen death, I've seen angels & I've seen demons! Yes, I am a christian (I might not be your version of a christian), but then again your not God!

24. DR. Barnett, I will tell you what I told N.P. Taylor last year. "maybe not today and maybe not tomorrow, but 1 day, 1 or 3 things will happen to you, ① you will be forced to resign or you will resign. ② You will be moved to another complex or ③ you will get fired!" Believe me!

25. I am relying on the liberal construction doctrine, liberal interpretation, logical interpretation, Parsons V. Ryan, et al. (no. CV 12-00601-PHx-DTH), Estelle v. Gamble (1976), West v. Atkins (1988), Farmer v. Brennan (1994), Brock v. Wright (2nd. cir. 2003), Hoptowit v. Ray (9th. cir. 1982), Liscio v. Warren (2nd. cir. 1990), D.O. policy 501, 916, & 1101 — while writing this Affidavit of LeRoy Montoya.

26. DR. Barnett, I am requesting YOU to respond to this Affidavit & Exhibits. If you chose once again not respond or remain silent, I will accept your lack of and silence as guilt!

⑨

27. Dr. Barnett, there is no "absolute immunity" for you. If you chose not to help, respond, etc, I will hold you responsible in your individual, professional & personal capacity and you will have "acted under color of state law," see: West v. Atkins (1988) and Monroa v. Pape (1961) and "failure to act," see: Smith v. Ross (1976)

Respectfully submitted this 7th day of March, 2017

X _____          3-7-17

LeRoy Montoya                              Date

        Sworn to and subscribed before me this 10th

day of March, 2017; by LeRoy Montoya

by: _____

    Notary Public

OFFICIAL SEAL
ALLEN W. HARTZELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 29, 2019

                            Seal

CC: To:

Governor Doug Ducey

Director Charles Ryan

✓ Magistrate Judge David K. Duncan

Brad Keogh (ADC-General counsel)

1  Lucy Rand (Asst. Attorney General)
2  Corizon - Arizona
3  Corizon Health Corp Office (J. Scott King -chief legal officer)
4  Kataushia Thomas (Health Service Administrator)
5  DR. Ibrahim (Corp. Director of Health for Az. Corizon)
6  ACLU (Daniel J. Pochoda)
7  Prison Law office (Corene Kendrick)
8  Terry Allred (compliance monitor)
9  Board of Osteopathic Examiners in medicine and surgery
10 Department of Health Services Medical Facilities
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(11)

Recd. 3-10-17

**Health Services Administrator**
**Kataushia Thomas**

**Site Medical Director**
**Julia Barnett**

There is no FHA title listed anywhere that I can find.

Terry Allred is the Compliance Monitor for ASPC-Lewis

# Exhibit A

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Services - Communique

Recd.
11-2-16

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Montoya, Leroy | 2 38802 |
| Facility | Unit |
| | Lewis EAST Max |

### THE FOLLOWING RESULTS WERE NORMAL

☐ LAB          — No diabetes

☐ X-RAY

☐ EKG

☐ PAP

☐ MAMMO

Other

Comments

**T. Taylor NP**

| Signature | Date |
|---|---|
| | 10/14/16 |

**Submit HNR if additional information is requested.**

Distribution: White - Medical File; Yellow - Inmate

1101-26
8/10/11

# Exhibit B

To: Julia Barnett (Director of Health)          8-19-16
From: LeRoy mbaraya  # 238802
Re: my Health issue!
        Your Responsibilities!


        Good morning. Around the begining of the
second week of August, i started feeling dizzy, weak,
dis-orientated, nauseated stomach, sluggish, lazy,
feel like throwing up, hot and cold and just not feeling
myself. I began to get very concern because my Dad
had diabetes and eventually died on 11-26-13.
        I sent my 1st. (Emergency) HNR request to
see a Doctor on 8-12-16 (no response). then i spoke to
a female nurse about my (Emergency) HNR & that i
need to talk with a Doctor and asked her "how long."
she laughed & said, "i don't know, it depends on the
severity of your need," that was on 8-12-16 @ 2:43 pm.
I then sent my 2nd. (Emergency) HNR request to see
a Doctor on 8-18-16 @ 4:37 am, (no response). then i
spoke to a male nurse about my (Emergency) HNR.
I asked him, "what is going on, i need to see a
Doctor!" He said, "ok and walked off," that was
on 8-18-16 @ approx. 8:32 am. I then sent my 3rd. (Emergency)
HNR request to see a Doctor on 8-18-16 @ 12 pm, (no
response). then i spoke to a male nurse once again
about my (Emergency) HNR. I asked him, "why is it
taken so long & what is going on, i need help!" He
stated: "I'm not being in anyway disrespectful but it

①

has been busy today." And then he stated "someone tried to hang themselves today!" I told him, "how does that concern me?" He then walked off. I then proceeded with an inmate informal complaint Resolution (i.e. Medical Emergency) to C.O. 3 Mova (i.e. Rast mat.) on 8-18-16. I am waiting for a response. I then sent my 4th. (Emergency) HNR request to see a doctor on 8-19-16 @ 4:17am, (no response). then i spoke to a male nurse about my 5th. (Emergency) HNR. the dialogue was the same (i.e. take my name, Adoc # & check on the status).

I believe ADOC, staff, Administration and medical (i.e. Corizon Health corporate office), lack there of, my serious medical concerns, and my health issue, has proven not only failures by ADOC, staff, Administration & Corizon-are in violation of the Parsons v. Ryan Stipulation. I.E., Quality Improvement #26. Access to Care #36, #37, #40, #41. Diagnostic Services #45, #46, #47,. And, Pursuant to Performance Measure #50 and #52.

ADOC, staff, Administration & Corizon treats me as if i am anthropomorphism, which i am not! I may not be "the sharpest tool in the shed?" However, i am not stupid, ignorant or an idiot! I am not asking to be released or for a cell phone, etc. I am requesting to see a doctor for my medical concerns. I know my body and there is something serious wrong

②

wrong with me. I know how ADOC is when it comes to medical issues, mental Health issues, Dental issues, medical diets, chronic care, Access to care, Diagnostic services, specialty care, medication, suicide prevention, addiction issues and staff communication, it is absolutly reckless, ridiculous, puerile and a Joke!

ADOC, staff, Administration and Corizen are antinomian and harangue in there responses, lack of, communication, compassion and empathy to us convicts. I am still a man in the united states of America and still have constitional, state & federal rights!

I am in fear of being diagnose for "diabetes" in Arizona state prison, because i know i will die in here for the lack of medical treatment i would not receive. And, to be honest - "I would rather die", then go thru the absolute drama ADOC, staff, Administration and Corizen would put me thru. I have seen & heard some of the most horrible & terrifing story's of all health & mental issues that convicts go thru with ADOC, staff, Administration & Corizen. (Note: "i am not suicidal, so don't get my words twisted!").

I need to see a Doctor for my concern's. I need help!

Thank you
Respectfully Submitted

(3)

CC: TO:

✓ DR. Ibrahim (corp. Director of Health for Az. corizon)
✓ Brad Keogh (ADOC General counsel)
✓ Asst Director Richard Pratt (Health Service contract monitoring)
✓ Corizon Health corporate office
✓ Warden Moody (Lewis complex)
✓ Director Charles Ryan
✓ Karaushia Thomas (Health Service Administrator)
✓ Vanessa Headstream (Program Evaluation Administrator)
✓ ACLU (Daniel Pochoda)
✓ Corene Kendrick (Prison Law office)
✓ Magistrate Judge David K. Duncan
✓ Corizon - Arizona
✓ Assistant Attorney General (Ms. Lucy Rand)
✓ Assistant Attorney General (Mark Brachtl)
✓ Doug Ducey (Governor)
✓ Daniel P. Struck (Attorney)
✓ Tammy Taylor (Nurse Provider for Batt max.)

④

# EXHIBIT
# C

# Hippocratic Oath, Modern Version

**Hippocratic Oath (Modern version)**

I swear to fulfill, to the best of my ability and judgment, this covenant:

I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.

I will apply, for the benefit of the sick, all measures which are required, avoiding those twin traps of overtreatment and therapeutic nihilism.

I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.

I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.

I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty. Above all, I must not play at God.

I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick.

I will prevent disease whenever I can, for prevention is preferable

to cure.

I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.

If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection thereafter. May I always act so as to preserve the finest traditions of my calling and may I long experience the joy of healing those who seek my help.

*Written in 1964 by Louis Lasagna, Academic Dean of the School of Medicine at Tufts University, and used in many medical schools today.*

# Exhibit D

*Recd. 5-24-16*

# THE BREWER LAW OFFICE

Benjamin M. Brewer, Esq.
*Certified Specialist in Criminal Law*
911 E. Deuce of Clubs, Show Low, AZ 85901
brewlaw@hotmail.com

**928-537-3262 tel.**
**928-537-3264 fax**

Office hours:  Mon – Fri, 8:00 a.m. to 5:00 p.m.
*The first to present his case seems right, till another comes forward and questions him.  Prov. 18:17*

May 20, 2016

Director Charles Ryan
Arizona Department of Corrections
1600 W. Jefferson
Phoenix, Arizona 85007

       Re:    Mr. Leroy Montoya, CR 2007-0058

Director Ryan:

My name is Ben Brewer and I previously represented Mr. Montoya in his post-conviction matters.  Recently, he advised he had a medical issue pertaining to the potential for a broken hand.  I have no supporting documentation; however he indicated he has received less than adequate medical treatment for this situation and has been is great pain for over a month now.

I would appreciate it if you looked into this matter and determine whether his medical needs are being met.

I thank you for your assistance in this matter.  If you have any questions please contact me at your convenience.

Sincerely,

Benjamin M. Brewer

Cc: Mr. Montoya



*Recd. 7-13-16*

# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

July 7, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

RE:   Parsons v. Ryan, 2:12-CV-00601
ADC Prisoner in Need of Immediate Medical Care
Leroy Montoya, 238802, Lewis – Rast

Dear Ms. Rand:

I write regarding Mr. Montoya, an ADC prisoner with urgent health concerns in need of immediate medical attention.  Mr. Montoya has provided documented proof from medical staff that he broke his hand on 4/16/16, but the broken hand still has not been treated properly, resulting in severe pain and an inability to perform activities of daily living.  His medical treatment to date, or lack thereof, also illustrates multiple failures by Corizon to comply with the *Parsons* Stipulation.  Enclosed with this letter are the HNRs, grievances, and other documents referred to below.

According to Mr. Montoya, he was seen the same day after the injury on 4/16/16 by a nurse, who wrapped his visibly broken hand and told him he would see the doctor immediately and get an X-ray, ice, and medication.  When he did not receive the urgent follow up provider treatment or stat X-ray after six days of waiting (in violation of PMs 40 and 45), Mr. Montoya submitted HNRs on 4/22/16 and 4/27/16, again reporting pain in his hand and that he had not seen the doctor, but was not seen on nurse's line until 5/5/16, in violation of PM 37.

When he saw the nurse on May 5, he was told again that he would be referred to see the provider and get x-rays.  However, this still did not occur (violation of PMs 40 and 45), and one week after being seen on nurse's line he submitted a grievance on 5/12/16.  He also filed another HNR on 5/16/16, which was not responded to until 5/19/16 (violation of PM 36).  Mr. Montoya reports that he was finally seen on nurse's line after submitting these two HNRs on 5/23/16 (violation of PM 37).  The nurse ordered X-rays for a third time, and they were done on 5/26/16 and 5/27/16, and he reports that he would be told the results "within an hour."  Mr. Montoya did

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
Re: Leroy Montoya, 238802
Lewis – Rast
July 7, 2016
Page 2

not receive any communication about the x-ray results or when he would see the provider, and filed a 6/2/16 HNR requesting this information.

Eight days later on 6/10/16, in violation of PMs 46 and 47, he was sent a HNR response that included the results of the X-ray. Per the medical communique from NP Ende, the radiologist's review of the X-rays showed fractures in his right hand, yet Mr. Ende indicated on the form sent to Mr. Montoya that the results were "normal" and the form instructed him to submit a HNR if he needed additional information.

Mr. Montoya reports that as of July 1, 2016, he still has not received follow up care for his fractured hand (violation of PM 46) or an urgent referral to an orthopedist, despite submitting another HNR on 6/16/16, two inmate letters on 6/20/16, and a letter to Charles Ryan on 6/20/16.

Pursuant to Performance Measure 50, we request that Mr. Montoya be immediately referred to an orthopedic specialist for his fractured hand for treatment, with all provider follow up provided pursuant to Performance Measure 52.

Thank you for your attention to this matter.

Sincerely,

/s/ Corene Kendrick

Corene Kendrick, Staff Attorney

cc:   Mr. Montoya
      Counsel of Record



Recd.
10-3-16

## PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

## LEGAL MAIL - CONFIDENTIAL

September 29, 2016

LeRoy Montoya, ADC 238802
Lewis - Rast
P.O. Box 3600
Buckeye, AZ 85326

Dear Mr. Montoya:

I write in response to your recent letters. I apologize for the delay in responding to you. We were waiting to receive your medical records, so we could evaluate your care.

We reviewed your medical records and found that you were seen by a provider on 9/23/16 and provided a wrist brace. The provider also ordered a new A1C test and referred you for an EMG of your wrist. You can file an HNR asking about the status of either appointment if you do not receive them soon.

With regard to the growth in your eye, it appears that you were scheduled to see the ophthalmologist, which should have occurred by 9/20/16. However, we did not find evidence in your medical records that the consultation occurred. If you have not seen the ophthalmologist, we recommend that you file a grievance explaining that the consultation was ordered on 7/20/16, but has not yet occurred. Please then send us a copy of the grievance response that you receive while continuing to appeal to the Director's Level of Review.

I hope this letter finds you well and I wish you the best. Take care.

Sincerely,

Laura Graham
Litigation Assistant under Corene Kendrick

Enclosure: SASE

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

# Exhibit E

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Services - Communique

| Inmate Name *(Last First M I)* | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |
| Facility | Unit |
| Lewis | East Max |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☐ **X-RAY**

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

Other

~~(illegible handwritten text, crossed out)~~

Comments

| Signature | | Date |
|---|---|---|
| *(signature)* LAWRENCE ENDE, NP-C | | 6-7-16 |

**Submit HNR if additional information is requested.**

1101-26
8/10/11

Distribution:  White - Medical File;  Yellow - Inmate

To: Director Ryan                                                          6-20-16

From: LeRoy Montoya #238802

Re: Broken right hand


           Good morning. I broke my right hand and/or wrist on 4-16-16. As of today "no medical treatment". It has been 64 days. I had x-rays done on 5-27-16. I received a Health Services communique (dated 6-7-16) and i received it on 6-15-16 and it states: <u>"X-ray of Right hand on 5/27/16 Fractures noted by Radiologist."</u> Still no medical attention. My hand still hurts, i have pain & i am very, very, very frustrated. I have sent HNR's, kitos, Ben Brewer (attorney) wrote you, i'm doing an inmate grievance and i get NO RESPONSE'S and NO HELP!! What is going on? I need help, i need medical attention.

                       Thank you

                     Respectfully submitted

#1

To: Nurse Taylor                                      9-23-16
From: LeRoy Montoya #238802

Re: Health Services - Communique

    Good morning. I spoke to you this morning & you were very kind, professional & understanding. thank you. Here is a copy of my HNR & Lawrence Ende, NP-C Health Services Communique (dated 6-7-16) response.
    Director Ryan has the original (i.e. inmate grievance appeal #L21-154-016). This is in regards to my 1st x-ray's for right hand.

Thank you
Respectfully submittal

Initials:

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 6-2-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4C6-11 | Rast MAXr | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Usa este formulario para describir un problema a la vez)].

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/ÁREA DE INTERÉS (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (especifique) ☐ Dental ☒ FHA

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] DOCTOR

Good morning. Last thurs. (5-26-16) i went for x-rays for my Right hand. The X-ray lady said within an hour a Dr. will speak to me. that did not happen. then Fri (5-27-16) i went to complet medical for x-rays again for my Right hand. same x-ray lady said "within an hour a Dr will speak to me about my x-rays. It's been 7 days & no one has spoken to me about my x-rays and/or my Right hand. I would like an update thanks

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona).]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| N. Gonzales LPN | | '16 JUN 3 AM 7:25 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

See attached communique

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| N. Gonzales LPN | 6/10/16 | 1 pm |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services - Communique   #3

| Inmate Name *(Last First M I)* | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |
| Facility | Unit |
| Lewis | Last Max |

## THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☐ **X-RAY**

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

Other

~~[illegible text, scribbled out]~~

Comments

| Signature | Date |
|---|---|
| *[signature]* LAWRENCE ENDE, NP-C | 5/7/16 |

**Submit HNR if additional information is requested.**

Distribution: White - Medical File;  Yellow - Inmate

1101-26
8/10/11

Recd.
9-29-16

**ARIZONA DEPARTMENT OF CORRECTIONS** SCANNED

**Health Services Communique**

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |
| Facility | Unit |
| Lewis | Rest Max |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☒ **X-RAY**   Right Hand / wrist

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

**Other**

**Comments**

| Signature | Date |
|---|---|
| [signature] LAWRENCE ENDE, NP-C | 9/22/16 |

**Submit HNR if additional information is requested.**

1101-2S
8/10/11

Distribution:  White - Medical File;  Yellow - Inmate

To: Lawrence Ende, NP-C                                    9-30-16
From: LeRoy Murray #238802
Re: Your Health Services - Communique
    dated 9-22-16.


            Good morning. I received your response
dated 9-22-16 & read 9-29-16. Thank you.
            I think medical did x-rays on 3 different
times. Is this response for the last one? You state:
"Right hand/wrist" & on top you underlined Normal. The
reason why i ask is because on 5-27-16 when they took
x-rays; i was told months later from N.P. Taylor that
the x-ray tech (i think her name was "Smith"), only
took x-rays of my hand nor my wrist & i told the
x-ray tech. that i believe i broke my hand or wrist
& to make sure that she takes x-rays of both.
Smith got butthurt & said "are you a Doctor?" I said "no,
are you & i know my hand & wrist." She told the C/O
to take me back.
            Please let me know?


                                    Thank You
                                Respectfully submitted

# EXHIBIT
# F

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

May 31, 2016

The ~~Brewster~~ Brewer Law Office
911 E. Deuce of Clubs
Show Low, AZ  85901

Re:  Inmate Leroy Montoya, ADC #238802

Dear Mr. Brewer:

I am receipt of your correspondence addressed to Director Ryan regarding inmate Montoya.

You state that inmate Montoya advised you that he has not received adequate medical treatment for a potentially broken hand and has suffered a great deal of pain for over a month.

In reviewing your concerns, I am advised that our records do not show that there is a valid HIPAA compliant release on file authorizing your access to inmate Montoya's medical information.  We have investigated your concerns and they have been addressed as applicable, but without a valid HIPAA release further information cannot be provided.

The Department of Corrections (ADC) shares your concern for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services. Responsibility and accountability for inmate heath care is demanded now, as in the past. ADC expects its contracted health care provider to be responsive to inmate health needs and concerns raised by outside stakeholders.

Medical care is available to all inmates at every facility throughout the state. Care may be requested directly through submission of a Health Needs Request. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should inmate Montoya desire to submit a written concern or complaint, or if it is felt that the provided health care is not adequate or appropriate, assistance may be requested through the Inmate Grievance process. The process is designed specifically for this purpose. Inmate Montoya may also request the assistance of the Security and Operations staff on the yard if necessary.

For specific concerns regarding the health care of this inmate, you may contact the Corizon Director of Nursing at ASPC-Lewis at (623)386-6160, extension 54831.  Due to the confidentiality of medical records, a release of information from the inmate may be required to provide specific details of any treatment plans.

cc: Client

RECEIVED JUN 0 3 2016

Going forward, in the event you do not receive a response from Corizon within one week of any requests, please feel free to contact my office directly. Thank you for bringing this to my attention.

Respectfully,

*Vanessa Headstream*

Vanessa Headstream
Program Evaluation Administrator
Health Services Contract Monitoring Bureau

CLR91456722

CC:     Facility Health Administrator, Corizon, ASPC-Lewis
        Terry Allred, Compliance Monitor, ASPC-Lewis

Rec'd: 6-28-16

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 238802 |
|---|---|
| **MONTOYA, LEROY** | Grievance Number: |
| | L21-154-016 |

| Institution/ Unit / Housing: |
|---|
| LEWIS / RAST MAX |

| From: | Location / Unit: |
|---|---|
| Kataushia Thomas, FHA | ASPC-Lewis/Corizon |

This is in response to your 05.19.2016 Grievance that was received by medical on 05.23.2016:
You have stated that you require additional follow up due to a hand injury.
After review of your medical documentation, records indicate that you were x-rayed on 05.27.2016 and the findings were normal. Currently, there is no medical indication for a bandage.

If you have any further concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

NOTE: My I.0. Appeal is about my right hand/wrist being broken & it took 5 or 6 weeks to get medical care. i.e. x-rays, etc. I broke it on 4-16-16 & i get x-rays on 5-27-16 (i.e. 41 days later!) W.T.F.

NOTE: Look at my I.0. Appeal, i attached the Health Services - communique from Lawrence Ende, NP-C

| Staff Signature: Kataushia Thomas, MSM | Date: |
|---|---|
| Corizon Health Service Administrator    K. Thomas | 4/13/16 |

Copy: Institutional File          Copy: Grievance Coordinator          916-2PF

Rec'd 6-30-16

*Emergency*

To: Vanessa Headstream                                      6-13-16

Program Evaluation Administrator

From: Leroy montuga    # 238807

Re: medical Treatment (Broken right hand/wrist)

RECEIVED

JUN 21 2016

HEALTH SERVICES

Good morning. I just received a copy of your letter to "the Brewer Law office" (i.e. Ben Brewer) Attorney. there is an "HIPAA" on record for Ben Brewer (i.e. Feb. 2013) and mr. Brewer has corresponded with Director Ryan & Warden Credio in 2013 & my medical file was released to him. that being said, your request to mr. Brewer is puerile!

I broke my hand in a fight on April 16, 16 & i have put in approx. 8 or 9 HNR's & tires to medical & they go un-answered. I went for x-rays on 5-26-16 & 5-27-16. The first time, the x-rays didn't come out correctly and/or the machine is broken. the x-ray Technician told me both times, "within 1 hour the Doctor will look at my x-rays & speak to me!" It has not happen. It has been approx. 57 days & no proper medical Treatment for my right hand.

I am requesting to see a Doctor for my broken right hand (and or wrist!

I also did an I.R. on 6-8-16 & no response. I've spoken to nurse's, sgt Hoops, tires & had my attorney Ben Brewer's write & still "no help!" Im still in pain & much discomfort!                    Thank you

To: Director Ryan                                      7-5-16

From: Leroy Montoya   #238802

Re: Your responsibilities!


            Good morning. Over the many year's of my incarceration
here at ADOC, you have been the Director (i.e one that directs,
supervisor) of Arizona Department of corrections. I have done
various inmate grievances, per D.O. policy 802 over the years
and they either go un-answered and/or un-resolved and i have
written you dozen's of times and they also go un-answered and/or
un-resolved. the times you do sign off on my inmate grievance
appeals, you are absolutly clueless on my issues & you just
provide your signature. A few times your office does respone on
your behalf (i.e. support, defense) and this is how it is stated:
"this is in response to your inmate letter and/or letter, received
in the office of the Director for ADOC. Please allow me to
respond on his (i.e. Director charles Ryon) behalf." then someone
from your office will respone on your behalf.

            That being said, i just want to make sure that you understand
your responsibilities (i.e. the quality or state of being responsible;
liable to be called upon to answer for one's acts or decisions;
trustworthy; able to choose for oneself between right and wrong).
"As the Director of the ADOC, you are responsible for establishing,
monitoring, and enforcing overall operations, policies, and
practices of the Arizona state prison system, which includes
the provision of constitutionally adequate medical, mental health,
and dental care for all prisoners (i.e. a person deprived of liberty)

committed to the custody of ADC, A.R.S. 31-201, 41-1604 (A), 41-1602. As Director, you are responsible for decisions concerning staff hiring, supervision, deployment, and training that directly affect prisoner's abilities to obtain adequate and necessary health services. mr. Ryan, you are responsible for providing constitutional conditions of confinement in all units, including but not limited to isolation units. At all times relevant herein, mr. Ryan, you have acted under color of state law." i.e. Parsons v. charles Ryan, cv 12-0601-PHX-NVW.

mr. Ryan, i have addressed many issue's thru the inmate grievance D.O. policy 802. Per. D.O. 802.01.1.12.; states: "the maximum length of time for completion of the grievance process is 120 calendar days (i.e. 4 months) from initiation of the formal grievance process to final disposition."

Alot of my inmate grievances go way beyond 120 calendar days. Approx. 85% percent of my inmate grievance's go un-answered, un-proccessed and are at or around 10 months or longer. I want to make sure you understand and aware of this problem. I have sent numerous kites and letters to warden moody, D.W.'s, C.O. 4's and to you and noone response to my kites or letters.

I am requesting that you follow up on all my inmate grievances and tell me what is going on ?! 1) I.G. appeal (#15-L29-0189), 2) I.G. appeal (#15-L29-0193), 3) I.G. appeal (#15-L29-0218), 4) I.G. appeal (#15-L29-0204), 5) I.G. appeal (dated 6-3-16), 6) I.G. appeal (dated 6-3-16), 7) I.G. appeal (dated 6-8-16), 8) I.G. appeal (dated 6-10-16), 9) I.G.

appeal (dated 6-9-16), 10) I.G. appeal (dated 6-8-16), 11) I.G.
appeal (dated 6-7-16), 12) I.G. appeal To Warden (dated 6-9-16),
13) I.G. appeal To Warden (dated 6-10-16), 14) I.G. appeal To
Warden (dated 6-10-16), 15) I.G. appeal To Warden (#L21-154-016),
16) I.G. To Grievance coordinator (dated 5-12-16), 17) I.G. To
Grievance coordinator (dated 5-12-16), 18) I.G. To Grievance
coordinator (dated 6-8-16), 19) I.G. To Grievance Coordinator
(dated 6-8-16), 20) I.G. To Grievance coordinator (dated 6-13-16),
21) I.G. To Grievance coordinator (dated 6-8-16), 22) I.G. To
Grievance coordinator (dated 6-17-16), and 23) I.G. To Grievance
coordinator (dated 7-4-16).

    Mr. Ryan, 1 thru 11 is at the Directors level. Alot of my
I.R. & I.G. appeal's go un-answered and pen no. 802.01.1.11.1.
states: "If an inmate does not receive a response within the
time period specified, his/her time To proceed To the next
stage of the grievance process is the same as if he/she
had received a response. The time To proceed To the
next stage of the grievance process begins To run the
day after a response was due back To the inmate."

                 Thank you
          Respectfully submitted

③

**ARIZONA DEPARTMENT OF CORRECTIONS**

# Inmate Letter Response



Rec'd.
2-12-16



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-16-0208 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L RAST MAX | 6/21/2016 |

Your letters, all dated 06/13/16, were received 06/21/16 and 06/29/16 by my office for review and response. You advise that your attorney, Ben Brewer, received medical information for you in February 2013, therefore the response to his recent inquiry stating that no valid HIPAA compliant release is on file is a lie. You also state that you broke your hand in a fight on 04/16/16 and Health Needs Requests (HNRs) to medical have gone unanswered. You had xrays completed but you have not spoken to a dr. You claim that it has been 57 days without proper medical treatment being provided and you request to see a dr. for your hand and wrist.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate health care is demanded now, as in the past.

A medical release of information is valid for two years after the date it is signed; therefore a release of information that was in place in 2013 is not valid at this time. You may submit an Inmate Letter to medical records requesting to sign new release of information forms. In researching your medical concerns, I am advised that you submitted an HNR 04/28/16 complaining of hand pain and you were scheduled for a nursing evaluation 05/05/16. At the nursing encounter you reported that you had broken your hand a week earlier and you requested an xray. Documentation of the encounter indicates that your right hand was swollen and you had a limited range of motion without discoloration or bruising noted. You were advised to keep your hand elevated, take ibuprofen for pain and swelling, and use an ace wrap on your hand. The provider was contacted and a routine xray of your hand was ordered. On 05/23/16 you were again seen by nursing for your right hand and you advised that you had not received the ordered xray. You were unable to make a fist with your right hand and it was noted to have a weaker grip than the left hand. A routine xray of your right hand was again ordered. The xrays of your right hand were taken 05/27/16 and resulted in normal findings; there was no evidence of fracture, dislocation, or lesions. All of your fingers, interspaces, hand and forearm bones were intact. On 06/07/16 a communiqué was sent to you reporting the xray results and on 06/10/16 you submitted an HNR requesting the results of your hand xrays.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Lewis for further follow up.

*Vanessa Headstream*
**Vanessa Headstream, Program Evaluation**
**Administrator, Health Services Contract Monitoring**
**Bureau**

07/01/16
Date

**cc: Complex Site Manager, LEWIS**

**c.o. Master File**

To: Vanessa Headstream        7-13-16

From: Larry Montney #238802

Re: Inmate letter #11-16-0208

     Inmate Grievance # L21-154-016

      Good morning. I received your inmate letter response (dated 7-7-16), received 7-12-16. Thank you.

     I do not understand your logic or common sense in your puerile & ridiculous response to me Ms. Headstream. Do you hear yourself in your response to me? I need proper medical attention for my right hand. I have sent many HNR's & kites for help & i get no help. Mr. Brewer is trying to help me in my situation, and all you want to do is play games with the HIPAA Release form. Shouldn't your job be in trying to resolve the problem? Instead, you are the problem.

     Please review my inmate grievance no. L21-154-016. Ms. Headstream, you are the "Program Evaluation Administrator, Health Services contract monitoring Bureau." is that short for: "very dull in mind" (i.e. stupid) and "mendacious" (i.e. given to deception or falsehood)?

     I am now holding you personally responsible for the injury of my right hand, the lack of proper medical attention.

        Thank you
       Respectfully Submitted

To: Director Charles Ryan                    8-24-16
From: LeRoy Montoya #238802
Re: D.O. 1101.13

    Inmate Access To Health care


    Good morning. I have 3 serious medical issues and i have done everything i can possibly imagine to receive proper medical care & i have received "no help! No response!" nothing but b.s., excuses, and lies! Adoc, staff, Administration & Corizon give me absolutly no choice but to begin an "inmate hunger strikes," per. D.O. 1101.13 et al.
    My 3 medical issues are:
    1. Surgery for my left eye (i.e. Pterygium).
    2. Proper medical care for broken right hand and/or wrist, and,
    3. Possibly Diabetes! I think...
    I will begin on September 29, 2016! If my 3 medical issues are properly address, Treatment, diagnose, Medication, etc, etc, are Treated & Taken Serious, then D.O. 1101.13 et al. will be moot!


CC: To:                                    Thank you
Magistrate Judge David K. Duncan        Respectfully Submitted
Ms. Corene Kendrick (Prison Law office)
ACLU (Daniel Pochoda)
Daniel P. Struck (Attorney)
Doug Ducey (Governor)
Lucy Rand (Asst. Attorney General)

To: Director Ryan
From: Leroy Montoya #238802
Re: Your responsibilities!

8-30-16

Good morning. over the many year's of my incarceration here at ADOC, you have been the Director (i.e. one that directs, supervisor) of Arizona Department of corrections. I have done various inmate grievances, per D.O. policy 802 over the years and they either go un-answered and/or un-resolved and i have written you dozen's of times and they also go un-answered and/or un-resolved. the times you do sign off on my inmate grievance appeals, you are absolutly clueless on my issues & you just provide your signature. A few times your office does respone on your behalf (i.e. support, defense) and this is how it is stated: "this is in response to your inmate letter and/or letter, received in the office of the Director for ADOC. Please allow me to respond on his (i.e. Director charles Ryan) behalf." then someone from your office will respone on your behalf.

that being said, i just want to make sure that you understand your responsibilities (i.e. the quality or state of being responsible; liable to be called upon to answer for one's acts or decisions; Trust worthy; able to choose for oneself between right and wrong). "As the Director of the ADOC, you are responsible for establishing, monitoring, and enforcing overall operations, policies, and

①

practice of the Arizona State prison System, which includes the provision of constitutionally adequate medical, mental health, and dental care for all prisoners (i.e. a person deprived of liberty) committed to the custody of ADC, A.R.S. 31-201, 41-1604 (A), 41-1608. As Director, you are responsible for decisions concering staff hiring, supervision, deployment, and training that directly affect prisoner's abilities to obtain adequate and necessary health services. Mr. Ryan, you are responsible for providing Constitutional conditions of confinement in all units, including but not limited to isolation units. At all times relevant hereto, Mr. Ryan, you have acted under color of state law." i.e. Parsons v. Charles Ryan, CV 12-0601-PHX-NWv.

Mr. Ryan, i have addressed many issue's thru the inmate grievance D.O. policy 802. Per D.O. 802.01.1.12, states: "the maximum length of time for completion of the grievance process is 120 calendar days (i.e. 4 months) from initiation of the formal grievance process to final disposition."

Alot of my inmate grievance go way beyond 120 Calendar days. Approx. 85% percent of my inmate grievance's go un-answered, un-proccessed and are at or around 10 months or longer. I want to make sure you understand and aware of this problem. I have sent numerous kites and letters to warden moody, D.W.'s, C.V.'s and to you and no one response to my kites or letters.

I am requesting that you follow up on all my inmate grievances and tell me what is going on?! 1) I.G.

②

appeal (#15-L29-0189), 2) I.G. appeal (#15-L29-0193), 3) I.G. appeal (#15-L29-0218), 4) I.G. appeal (#15-L29-0204), 5) I.G. appeal (dated 6-3-16), 6) I.G. appeal (dated 6-3-16), 7) I.G. appeal (dated 6-8-16), 8) I.G. appeal (dated 6-10-16), 9) I.G. appeal (dated 6-9-16), 10) I.G. appeal (dated 6-8-16), 11) I.G. appeal (dated 6-7-16), 12) I.G. appeal To Warden (dated 6-9-16), 13) I.G. appeal To Warden (dated 6-10-16), 14) I.G. appeal To Warden (dated 6-10-16), 15) I.G. appeal To Warden (#621-154-016, 16) I.G. To Grievance Coordinator (dated 5-12-16), 17) I.G. To Grievance Coordinator (dated 5-12-16), 18) I.G. To Grievance Coordinator (dated 6-8-16), 19) I.G. to Grievance Coordinator (dated 6-8-16), 20) I.G. To Grievance Coordinator (dated 6-3-16), 21) I.G. To Grievance Coordinator (dated 6-8-16), 22) I.G. To Grievance Coordinator (dated 6-7-16), and 23) I.G. To Grievance Coordinator (dated 7-4-16).

Mr. Ryan, 1 thru 11 is at the Director's level. A lot of my I.G. & I.G. appeals go un-answered and per D.O. 802. 01.1.1.1. states: "If an inmate does not receive a response within the time period specified, his/her time to proceed to the next stage of the grievance process is the same as if he/she had received a response. The time To proceed to the next stage of the grievance process begins to run the day after a response was due back to the inmate."

Thank you

Respectfully submitted

3

Recd.
9-18-16

To: Director Ryan
From: LeRoy Montoya #238802
Re: My Health issue!
        Your Responsibilities!



8-19-16

Good morning. Around the beginning of the second week of August, i started feeling dizzy, weak, nauseated stomach, dis-orientated, sluggish, lazy, feel like throwing up, hot and cold and just not feeling myself. I began to get very concern because my Dad had diabetes and eventually died on 11-26-13.

        I sent my 1st. (Emergency) HNR request to see a Doctor on 8-17-16, (no response). Then i spoke to a female nurse about my (Emergency) HNR & that i need to talk with a Doctor and asked her "how long". she laughed & said, "i don't know, it depends on the severity of your need," that was on 8-17-16 @ 2:43pm. I then sent my 2nd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 4:37 am, (no response). Then i spoke to a male nurse about my (Emergency) HNR. I asked him, "what is going on, i need to see a Doctor!" He said, "OK and walked off," that was on 8-18-16 @ approx. 8:32 am. I then sent my 3rd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 12pm, (no response). Then i spoke to a male nurse once again about my (Emergency) HNR. I asked him, "why is it taken so long & what is going on, i need help!" He stated: "I'm not being in anyway disrespectful but it has been busy

①

Today." And then he stated "someone tried to hang themselves today!" I told him, "how does that concern me?" He then walked off. I then proceeded with an inmate informal complaint resolution (i.e. medical emergency) to C.O.3 mova (i.e. Rast max.) on 8-18-16. I am waiting for a response. I then sent my 4th. (Emergency) HNR request to see a doctor on 8-19-16 @ 4:17am, (no response). then i spoke to a male nurse about my 5th. (Emergency) HNR. The dialogue was the same (i.e. take my name, ADOC # & check on the status).

I believe ADOC, staff, Administration and medical (i.e. Corizon Health Corporate office), lack thereof, my serious medical concerns and my health issue has proven not only failures by ADOC, staff, Administration, & Corizon —are in violation of the Parsons V. Ryan stipulation. I.E., Quality Improvement #26. Access to Care #36, #37, #40, #41. Diagnostic Services #45, #46, #47. And, pursuant to Performance Measure #50 and #52.

ADOC, staff, Administration & Corizon treats me as it i am anthropomorphism, which i am not! I may not be "the sharpest tool in the shed?" However, i am not stupid, ignorant or an idiot! I am not asking to be released or for a cell phone, etc. I am requesting to see a doctor for my medical concerns. I know my body and there is something serious wrong with me. I know how ADOC is when it comes to medical issues, mental health issues, dental issues, medical diets, chronic care

②

Access to care, Diagnostic Services, specialty care, medication, suicide prevention, addiction issues, and staff communication. It is absolutly reckless, ridiculous, puerile and a Joke!

ADOC, staff, Administration and Corizon are antinomian and harangue in there responses, lack of, communication, compassion and empathy to us convicts. I am still a man in the united states of America and still have constitional, state & federal rights!

I am in fear of being diagnose for "diabetes" in Arizona state prison, because i knew i will die in here for the lack of medical Treatment i would not receive. And, to be honest: "I would rather die," than go thru the absolute drama ADOC, staff, Administration and Corizon would put me thru! I have seen & heard some of the most horrible and Terrifing stories of all health & mental issues that convicts go thru with ADOC, staff, Administration, & Corizon. (note: "i am not suicidal, so don't get my word's Twisted!").

I need To see a Doctor for my concern's. I need help!

Thank you
Respectfully submitted

CC: To:

Julia Barnett (Director of Health)
DR. Ibrahim (Corp. Director of Health for Az. Corizon)
Brad Keogh (ADOC General Counsel)
Asst. Director Richard Pratt (Health Service contract monitoring)
Corizon Health Corporate office
Warden Moody (Lewis complex)
Director Charles Ryan
Kataushia Thomas (Health Service Administrator)
Vanessa Headstream (Program Evaluation Administrator)
ACLU (Daniel Pochoda)
Corene Kendrick (Prison Law office)
Magistrate Judge David K. Duncan
Corizon - Arizona
Assistant Attorney General (Ms. Lucy Rand)
Assistant Attorney General (Mark Brachtl)
Doug Ducey (Governor)
Daniel P. Struck (Attorney)
Tammy Taylor (Nurse Provider for Rast Max.)

④

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response

*Recd.*
*9-14-16*



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | | DateRecd: |
|---|---|---|---|---|---|---|
| IL-16-0283 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L RAST MAX | | 9/6/2016 |

Your correspondence dated 08/19/16 addressed to Director Ryan and Asst. Director R. Pratt was received 09/02/16 and forwarded to my office for review and response. You advise that Health Needs Requests (HNRs) you sent where you requested to see the provider have not been scheduled.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate heath care is demanded now, as in the past.

In researching your medical concerns, I am advised that on 08/09/16 a nursing encounter was completed, on 08/10/16 a provider Chronic Care encounter occurred, and a nursing encounter occurred when you received new glasses on 08/16/16. On 09/01/16 you were evaluated for complaints of feeling dizzy, nauseated, and hot/cold. The nurse found your vital signs, including your blood sugar, to be within normal ranges. You were able to move without assistance, your respirations were normal and your abdomen was soft and non-tender. A routine blood test to further check your blood sugar levels was ordered and you will be notified of the lab draw. Inmate requests for health care appointments are scheduled with nursing for assessment and referral to a provider as clinically indicated.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Lewis for further follow up.

CLR92246760

*Vanessa Headstream*

**Vanessa Headstream, Program Evaluation
Administrator, Health Services Contract Monitoring
Bureau**

09/07/16
Date

**cc:** Complex Site Manager, LEWIS
**c.o.** Master File

Wednesday, September 07, 2016

Page 1 of 1

To: Vanessa Headstream, Program Evaluation          9-17-16
     Administrator, Health Services Contract
     monitoring Bureau
From: LeRoy Monroya #238302
Re: IL-16-0283

          Good morning, I received your inmate letter
response (dated 9-7-16) Recd. 9-14-16. thank you.
          I wrote a "4 page" letter to Director Ryan
and Asst. Director Richard Pratt & it was in much detail
(ie. dated 8-10-16) and "you" responded in there behalf.
1st., when you read, do you understand what you read? 2nd.,
you address a "nursing encounter" on 8-9-16 & my "new
glasses," (what does those 2 "nursing encounter have to
do with my "medical" Emergency")? Absolutly nothing! 3rd.
my "medical Emergency" began with my 1st. request of an
HNR (Emergency) on 8-17-16, thru my 12th. (Emergency)
HNR on 8-30-16; then i was seen by the nurse's on 9-1-16.
which took approx. 16 days? Why is that? 4th., you
responded on 9-7-16 to my letter to Director Ryan (dated
8-10-16), his office received it on 9-20-16 & i received
your response on 9-14-16, it took approx. 27 days? why is
that? 5th., in your response (3rd. paragraph) you ridiculou
state: "your abdomen was soft and non-tender." where did
you get that info? 6th., you state: "A routine blood test
to further check your blood sugar was "ordered"? Seriously!
Vanessa Headstream, i had my blood drawn on 8-16-16 & i have
been requesting the "complete results" with no success! what i

①

wrong with you? Do you not have access to a phone and computer to double check your information before you respone on behalf of Director Ryan & Asst. Director Richa Pratt? And, 7th, you once again state in your puerile & hubris inmate letter response to me; "Please continue to follow the recommendations of your local medical staff!" When i met all the nurse's on 9-1-16, they "did not recommend nothing to me!" So, once again, pleas. Tell me their professional recommendation i am suppose to follow?

Please answer my letter to Director Ryan (dated 8-19-16) properly & professionally? Also, please properly & professionally respone to my 7 questions?

I have attached - Attachment 1, Attachment 2 and Attachment 3 to this letter. Please properly and professionally respone?!

thank you
Respectfully submitted

*Attachment*

To: Director Ryan                                                8-24-16
From: LeRoy Monroe #238802
Re: D.O. 1101.13

        Inmate Access To Health Care


            Good morning. I have 3 serious medical issues
and i have done everything i can possibly imagine to
receive proper medical and i have received "no help!
no response!" nothing but b.s., excuses, and lies! ADOC,
staff, Administration & Corizon give me absolutly no
choice but to begin an "inmate hunger strikes" per. D.O.
1101 et al.

                my 3 medical issues are:
        1. surgery for my left eye (i.e. Pterygium).
        2. Proper medical care for broken right hand
            and/or wrist. And,
        3. Possibly Diabetes! I think...
            I will begin on September 29, 2016! If my 3
medical issues are properly address, Treatment,
diagnose, medication, etc., etc. are Treated & taken serious
then D.O. 1101.13 et al. will be moot!


CC: To:
Magistrate Judge David K. Duncan                thank you
Ms. Corene Kendrick (Prison Law office) Respectfully submitted
ACLU (Daniel Pochoda)
Daniel P. Struck (Attorney)
Doug Ducey (Governor)
Lucy Rand (Asst. Attorney General)

Attachment 2

## Arizona Department of Corrections
## Code of Ethics

The Arizona Department of Corrections is committed to a code of ethics that will guide the performance, conduct and behavior of its employees. This code will ensure that our professionalism is reflected in the operation and activities of the Department and is recognized by all interested parties. In this light, the following principles are practiced:

- I shall maintain high standards of honesty, integrity, and impartiality, free from any personal considerations, favoritism, or partisan demands.

- I shall be courteous, considerate, and prompt when dealing with the public, realizing that we serve the public.

- I shall maintain mutual respect and professional cooperation in my relationships with other staff members of the Department of Corrections.

- I shall be firm, fair, and consistent in the performance of my duties. I shall treat others with dignity, respect, and compassion and provide humane custody and care, void of all retribution, harassment, or abuse.

- I shall uphold the tenets of the United States Constitution, its amendments, the Arizona Constitution, Federal and state laws, rules and regulations, and policies of the Department.

(1)

- whether on or off duty, in uniform or not, I shall conduct myself in a manner that will not bring discredit or embarrassment to the Department of Corrections and the State of Arizona.

- I shall report without reservation any corrupt or unethical behavior which could affect either inmates, employees, or the integrity of the Department of Corrections.

- I shall not use my official position for personal gain.

- I shall maintain confidentiality of information that has been entrusted to me and designated as such.

- I shall not permit myself to be placed under any kind of personal obligation which could lead any person to expect official favors.

- I shall not accept or solicit from anyone, either directly or indirectly, anything of economic value such as a gift, gratuity, favor, entertainment, or loan, which is or may appear to be designed to influence my official conduct.

- I will not discriminate against any inmate, employee, or any member of the public on the basis of race, gender, creed, or national origin.

- I will not sexually harass or condone sexual harassment with or against any person.

• I shall maintain the highest standards of personal hygiene, grooming, and neatness while on duty or otherwise representing the Department.

③

To: *Vanessa*
*Headstream*

*Attachment 3*

# Hippocratic Oath, Modern Version

Hippocratic Oath (Modern version)
I swear to fulfill, to the best of my ability and judgment, this covenant:

I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.

I will apply, for the benefit of the sick, all measures which are required, avoiding those twin traps of overtreatment and therapeutic nihilism.

I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.

I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.

I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty. Above all, I must not play at God.

I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick.

I will prevent disease whenever I can, for prevention is preferable

to cure.

I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.

If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection thereafter. May I always act so as to preserve the finest traditions of my calling and may I long experience the joy of healing those who seek my help.

*Written in 1964 by Louis Lasagna, Academic Dean of the School of Medicine at Tufts University, and used in many medical schools today.*

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Recd. 9-7-16

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Montoya, Leroy | 238802 |

| INSTITUTION/UNIT |
|---|
| ASPC - Lewis, Rast Max Unit |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Glynn, Courtney | Central Office - Legal Services Unit |

Inmate Montoya:

We are in receipt of your letter to Brad Keogh, ADC's General Counsel, dated August 16, 2016. Your letter and enclosures have been forwarded to Corizon and ADCs Healthcare Monitoring Team for review and further response.

*Note: Every time i write The Director, Brad Keogh, or someone from Corizon/medical I get this form letter. I have approx 6 or 7 !!*

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 08/26/2016 |

Distribution:  Original - Master File
Copy - Inmate

916-2(e)
5/14/12

*Recd. 11-3-16*

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE LETTER RESPONSE

*TO D/M*

| Letter # | Inmate Name | ADC# | Complex | Unit | Received |
|----------|-------------|------|---------|------|----------|
| 21 | Montoya | 238802 | Lewis | Rast | 09/01/2016 |

Your voluminous correspondences were received in my office on 09/01/2106, and the response is as follows:

You were instructed in a previous Inmate Letter (dated 08/01/2016) addressed to my office of the following.

You are being directed to go through your assigned CO III for future inquiries regarding the status of grievances and/or grievance appeals. Further repeated inquiries will be returned unanswered to the Warden's office with instruction for the Grievance Coordinator to meet with you regarding your grievance inquiries.

**Cheryl Dossett, Appeals Officer**

09/01/2016
**Date**

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response

Recd.
9-29-16



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-16-0314 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L RAST MAX | 9/21/2016 |

Your correspondence dated 09/17/16 was received 09/22/16 by my office for review and response. You advise that you want proper and professional answers to Director Ryan's letters, as well as responses to seven questions you have. You include three attachments that you want proper and professional responses to. In the first attachment, dated 08/24/16, you threaten a hunger strike unless three medical issues are resolved: surgery for your left eye, proper medical care for a broken right hand and/or wrist, and possible diabetes. The remaining two attachments are informational material and require no action to be taken.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012; the current medical vendor is Corizon Health. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate heath care is demanded now, as in the past.

In researching your medical concerns, the questions you pose regarding my ability to read/understand written material, how I obtain the information for a response, and my access to a phone or computer are not medical inquiries. Regarding the three medical issues you have; you are scheduled for eye surgery within the next two weeks, the results of your hand/wrist xrays were negative for any fracture and you were provided the results via an Inmate Communique on 06/07/16 and again on 09/22/16, you had a non-fasting blood glucose reading of 104 reported on 07/31/16 and a fingerstick blood glucose reading of 91 reported on 09/01/16. A lab test to recheck you blood glucose level has been ordered. The results of that blood test will be reviewed by the provider and a treatment plan will be developed if needed.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASPC-Lewis for further follow up.

*Vanessa Headstream*

**Vanessa Headstream, CRN, CCHP, Program
Evaluation Administrator, Health Services Contract
Monitoring**

09/22/16
Date

cc: Complex Site Manager, LEWIS

c.o. Master File

Thursday, September 22, 2016

Page 1 of 1

To: Vanessa Headstream                              9-30-16
    Health service contract monitoring
From: LeRoy montoya #238802
Re: Your response (dated 9-22-16)


            Good morning. I received your inmate
letter response (dated 9-22-16) & received 9-29-16.
Thank you. Wow! I have done everything i possibly
can do to receive medical care respectfully & as
properly and humane as a person (i.e. convict). I
have sent many kites, HNR's, letters, informals,
inmate grievances (per. D.O. 802), spoken to C.O.'s,
C.O.3, nurse's, Sgt.'s, staff & psych guy and
nothing gets accomplished and/or done.
            I have sent you detailed letters with
attachments and a letter to Director Ryan dated
8-24-16 Re: D.O.1101.13 i.e. "inmate hunger strikes"
& in your puerile response to me is: "You threaten
a hunger strike unless three medical issues are resolved."
            1st., let's not get this game twisted, it
was not a threat (i.e. to utter threats against), it
was a promise (i.e. a pledge to do or not to do
something specified). ADOC, Administration, staff &
Director Ryan gave me no choice. 2nd, you did
not even address my letter to Director Ryan dated
8-24-16 Re: D.O. 1101.13 (inmate hunger strikes).

                         ①

How pathetic, unprofessional & disgracefull Ms.
Headstream! And, 3rd., You must think i am
anthropomorphism - which i am not!

I believe it will be useless to try to
explain in detail because you are antinomian to
human nature Ms. Headstream.

"what disappears the moment you say its
name?" that is what you should do!

thank you
Respectfully submitted

②

Rec'd. 10-5-16

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: MONTOYA, LEROY | ADC #: 238802 |
|---|---|

**Institution/ Unit / Housing:** LEWIS/ RAST MAX

| From: Katrina Johnson, AFHA | Location / Unit: ASPC-Lewis/Corizon |
|---|---|

This is a response to your 9/6/2016 Inmate Letter that was received by medical on 9/8/2016.

Mr. Montoya,
In your letter you stated that you would like to know the results of a recent X-ray of your right wrist. <u>Your medical record shows that you saw the Provider on 9/26/2016, and the "normal" X-ray result was discussed during the visit.</u>

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

If you have further medical concerns, please submit a Health Needs Request form.

| Staff Signature: *Katrina Johnson, AFHA* | Date: 9-29-16 |
|---|---|

Distribution:        Original - Inmate
            Copy: Institutional File Copy: Grievance Coordinator                916-2PF

To: Katrina Johnson, AFHA                    10-5-16
From: Leroy Monroya #238802
Re: Your response dated 9-29-16


        Good morning. I received your HNR/Inmate
letter response dated 9-29-16. Thank you.
        In your puerile & harum-scarum response.
You state: "Your medical record shows that you
saw the Provider on 9-26-16, and the "normal"
X-ray result was discussed during the visit."
        1st., you are incorrect. I did not see or
Talk with the Provider on 9-26-16!
        2nd., where are you receiving your
incorrect information?! And,
        3rd., once again, could i please properly
& correctly receive "Proof" of my "normal" x-ray
results?! Its real simple in my request and
it will prevent you from responding to me
foolishly & incorrectly!


                        Thank you
                        Respectfully Submitted

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Recd. 10-5-16

For distribution:   Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Montoya, Leroy | 238802 |

| INSTITUTION/UNIT |
|---|
| ASPC - Lewis, Rast Max Unit |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Glynn, Courtney | Central Office - Legal Services Unit |

Inmate Montoya:

We are in receipt of your letter to Brad Keogh, ADC's General Counsel, dated August 19, 2016.  Your letter and enclosures have been forwarded to Corizon and ADCs Healthcare Monitoring Team for review and further response.

*note: I have received about a 1/2 dozen of this responses from Glynn, Courtney & nothing happens. Regarding my medical issues:*

*1) broken right hand/wrist*
*2) Surgery for my left eye. And*
*3) Possible diabetes !!*

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 09/28/2016 |

Distribution:  Original - Master File
Copy - Inmate

916-2(e)
5/14/12

To: Courtney Glynn

From: LeRoy Monteza #238802                           10-16-16

Re: Your response dated 9-28-16

     Good morning. I received your inmate letter response (dated 9-28-16). Thank you. You state: "Your letter and enclosures have been forward to corizon and ADC's Healthcare monitoring Team for review and further response."

     Mrs. Glynn, i have written everyone (i.e. ADC, Director, Warden Monty, Governor Ducey, Richard Pratt, Corizon (Arizona), corizon corp. (Brentwood, TN), Daniel P. Struck, magistrate Judge Duncan, Lucy Rand, cheryl Dossett, C.O.3 Swayne, medical Director, corp. Director of health for AZ. corizon, nurse provider T. Tammy Taylor, Administration, FHA, Medical, Vanessa Headstream, C.O.3 mova, legal access monitor, Berry Ulibarri-Ruiz, Karrina Johnson, Julia Barnett, DR. Ibrahim, Karaushia Thomas and mark Brachel) and all i get is no help, no response, and/or are confused with my issue and/or like your response! Everyone just pass the buck & responsibility! what do you not understand.

     Thank you

Respectfully submitted

Rec'd
10-25-16

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.):* | ADC #:238802 |
|---|---|
| MONTOYA, LEROY | |

| Institution/ Unit / Housing: |
|---|
| LEWIS/ ASPC- RAST MAX |

| From: | Location / Unit: |
|---|---|
| Katrina Johnson, AFHA | ASPC-Lewis/Corizon |

This is a response to your 09/09/2016 Inmate Letter that was received by medical on: 9/19/2016.

Mr. Montoya,
In your letter you listed multiple complaints, stating that you are not getting answers to your HNRs, despite writing "emergency" on them. Your medical conditions have not proven to be emergent; if so, an ICS from Custody would be initiated. In addition, your medical records show multiple visits to the nurse, provider, lab work, and medical reviews of your medical conditions. You were seen on 9/1/2016, and 9/19/2016, by an RN, who consulted with the Practitioner, at which time labs for blood sugar levels, and cholesterol levels were done. Then, on 9/23/2016, you saw the Practitioner for your Chronic Care visit, which consisted of addressing complaints of pain in your right hand, problems with your chronic eye condition, and your recent lab results were discussed. You were given a wrist brace, Ibuprofen for pain management, and your cholesterol medication was adjusted.
Mr. Montoya, there is no neglect in providing health care for you; therefore your complaints are invalid.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: Katrina Johnson, AFHA | Date: |
|---|---|
| *Katrina Joh* | 10/12/16 |

Distribution:    Original - Inmate
Copy: Institutional File Copy: Grievance Coordinator

916-2PF

TO: Katrina Johnson, AFHA                    10-29-16
From: LeRoy Montoya #238802
Re: Your response dated 10-12-16


        Good morning. I received your HNR /
Inmate Letter Response dated 10-12-16 & received
on 10-29-16. Thank You.
        Let me try & understand your "preconceive"
thinking? ① Are you a medical Doctor?! ② Have
you in anyway have diagnose me?! ③ Do you know
my body, my health and/or mental state?! And,
④ Do you understand (i.e. comprehend) what an
"Emergency" is?! i.e. an unforeseen event or
condition requiring prompt action(s)!"
        Let me elucidate that you are "very dull
in mind" and "foolish" (i.e. lack of judgement!).
        Please refer me to your D.O. policy
regarding "Emergency HNR's?"



                        Thank you
                        Respectfully submitted

Katrina Johnson, AFHA                          11-19-16
From: LeRoy montoya #238802
Re: Hair's / Emergency / Ics


        Good morning. I wrote you on 10-5-16
& 10-29-16 and you have not responded.?
        I spoke to nurse minor on 11-18-16 @
12:58 pm regarding Hair and writing "Emergency"
on top and she had a different view. see:
Attachment one.



                                    Thank you
                            Respectfully submitted

_Attachment_

My notes:          11-18-16 @ 12:58pm

1) Spoke to nurse minor regarding an HNR & writing "Emergency" on top and that Katrina Johnson, AFHA said basically "an ICS from custody would be initiated." See: HNR / Inmate letter response from Katrina Johnson, AFHA - dated 10-12-16.

2) I told nurse minor & she laughed and said "that is not true and you can tell Katrina or whoever - that i said that!" she also said, "she doesn't know what she is talking about." I told nurse minor "thank you" & she left.

TO: Brad Keogh (General Counsel)          12-8-16

From: LeRoy Montoya #238802

Re: ADOC


       Good morning. My name is LeRoy Montoya

and i am presently incarcerated at Lewis complex,

Rast max.

       I have written you approx. 6 times since

April 2016 and you have not responded. I have

written detail letters and have attached many,

many documents to my letters. Either, you do not

care, don't take me seriously or you think i'm an

idiot! Nevertheless, i have written many, many,

letters and kites to the Director - all the way down

to c/o's. (i.e. there are to many names to list).

       I am requesting that you as General Counsel

for ADOC address my issues.

      1. All my inmate grievance's?

      2. My many, many issues with the prison

paralegal (i.e. Betty Ulibarri-Ruiz)?

      3. My DNHW?

      4. My medical issues with ADOC, medical,

Corizon Health Corp, etc.? and,

      5. My many legal books (i.e. $2,500.00 dollars)

legal boxes, cd's, dvd's and case files for my criminal

case's & transcripts that c/o Rohrer, c/o Espino,

and ADOC have lost and/or misplaced.

①

Please see attachment 1 and 2. (i.e. 9 page notarized letter with Exhibits To Director Charle Ryan - dated 11-15-2016).

If, you choose not to resume or help ia all 5 of my issues that i have presented with attachment 1 & 2.

then you will give me no choice but to ① file a State Bar of Arizona complaint against you. ② Pursue other legal remedies against you, ADOC, Administration, Staff, etc And, ③ You will have "acted under color of State law, see: West V. Atkins (1988) and monroe V. Pape (1961), in a personal, individua and professional capacities, see: Hafer v. Melo (1991). And, Failure To Act, see: Smith v. Ross (1926).

Thank you
Respectfully submitten

②

"A Lawyer"

A lawyer, as a member of the legal profession, is a representative of clients, an officer of the legal system and a public citizen having special responsibility for the quality of justic. Lawyers should conduct themselves honorably. In all professinal functions a lawyer should be competent, prompt and diligent. A lawyer should maintain communication with a client concerning the representation. It is a lawyer's duty, when necessary, to challenge the rectitude of official action, it is also a lawyer's duty to uphold legal process. A lawyer should seek improvement of the law, access to the legal system, the administration of justice and the quality of service rendered by the legal profession. A lawyer should cultivate knowledge of the law beyond its use for clients, employ that knowledge in reform of the law and work to strengthen legal education. A lawyer should strive to attain the highest level of skill, to improve the law and the legal profession and to exemplify the legal profession's ideal of public service. A lawyer's responsibilities as a representative of a client, as an officer of the legal system and a public citizen are usually harmonious, thus, when an opposing party is well represented, a lawyer can be an advocate on behalf of a client and at the same time assume that "justice" is being done. Lawyers play a vital role in the preservation of society. The fullfilment of this role requires an understanding by lawyers of their relationship to our legal system. "Failure" to comply with an obligation or prohibition imposed by a rule is a basis for invoking the disciplinary process.

A lawyer shall provide "competent representation to

a client. Competent Representation Requires the legal knowledge, skill, thoroughness and preparation Reasonably necessary for the Representation. "legal knowledge and skill." In determining whether a lawyer employs the Requisite knowledge and skill in a particular matter, Relevant factors include the Relative complexity and specialized nature of the matter, the lawyer's general experience, the lawyer's training and experience in the field in question, the preparation and study the lawyer is able to give the matter and whether it is feasible to Refer the matter to, an associate or consult with a lawyer of established competence in the field in question. A lawyer shall abide by a client's decisions concerning the objectives of Representation and as Required by ER 1.4, shall consult with the client as to the means by which they are to be pursued. A lawyer's work load must be controlled so that each matter can be handled competently. loyalty and independent judgment are essential elements in the lawyer's Relationship to a client. A lawyer for the defendant in a criminal proceeding, or the Respondent in a proceeding that could Result in incarceration, may nevertheless so defend the proceeding as to require that every element of the case be established. "All that I have written, pertains to what an attorney should be to his or her clients." Pursuant to Rule 42, Arizona Rules of Professional conduct, ER 1.0 thru ER 8.5. Please, take my complaint serious.

Respectfully submitted this day.   Leon Morris

Sent. 12-14-16

To: Director Charles Ryan

From: LeRoy Monroya #238802

Re: Your Responsibility Per D.O.
    802 et.al.

11-15-2016

Good morning. I have multiple inmate grievances appeals at the Director's level and i have sent you a letter and a copy of the signed I.G. appeals from the pod c/o's and cheryl Dossett (appeals officer) response's are puerile and ridiculous. cheryl Dossett will tell me to make my inquires to the grievance coordinator or tells me she has not receive any of my I.G. Appeals, even after i show her proof of the signed I.G. Appeal from the pod c/o who received my I.G. Appeal. Once any legal mail, I.G.'s, I.G. Appeal, Informal's, kites, Hall's, etc. leave my cell and the Pod officer and/or nurse's receive them, per mail Box Rule it is your responsibility as Director of ADOC!

The ADOC provides inmate with access to an Inmate Grievance Procedure to provide opportunity for informal resolution and a formal review of an issue impacting conditions of confinement or institutional life which personally affect the inmate grievant. This Department order provides timely, administrative remedies to inmate complaints which might otherwise

①

unnecessarily burden the courts. (i.e. Purpose).

Mr. Director, your responsibility and the responsibility for ADOC per. D.O. 802 et al. is as follows:   "All Department Staff are responsible for promoting meaningful dialogue and timely written communication with inmates to resolve inmate complaints and disputes at the lowest possible level in the organization and at the earliest possible opportunity."

"The Division Director for Offender Operations is responsible for the overall operation of the Inmate Grievance Procedure. Under the direction of the General Counsel (i.e. Brad Keogh), the central office Appeals Unit Administrator and Appeals Officer (i.e. Cheryl Dossett) are responsible for monitoring the effectiveness of the procedure and ensuring all appeals are presented to the Director for review. Wardens are responsible for ensuring they serve as the first level of appeal in the grievance process, and Department staff follow all procedure outlined in this Department order."

②

802.01.1.5 : "Pursuant To The Prison Litigation Reform Act of 1996 (PLRA), inmates shall completely exhaust The Dept. internal grievance and administrative processes prior To filing any complaint with any State Board or Federal cou[rt]"

802.01.1.11.1 : "If an inmate does not receive a response within the time period specified, his/her time to proceed To the next stage of the grievance process is the same as if he/she had received a response, the time to proceed to the next stage of the grievance process begins to run the day after a response was due back to the inmate."

802.01.1.12. : "the maximum length of time for completion of the grievance process is 120 calendar days from initiation of the formal grievance process to final disposition."

802.02.1.3.2. : the C.O. III shall : "Provide a response To the inmate within 15 workdays using the Inmate Informal Complaint Response, Form 802-12."

802.03.1.3. : "The inmate shall submit the Inmate

③

Grievance form to the unit C.O. IV
Grievance coordinator (i.e. not C.O.
III Swayne). the C.O. IV Grievance
coordinator shall log and assign a
number to each Inmate Grievance
form using the unit coordinator
Grievance Log, Form 802-9."

802.04.1.1: "upon receipt of any medical grievance,
the unit C.O. IV (i.e. not C.O. III Swayne)
Grievance coordinator shall immediatel
forward the Formal Grievance form to
the contact Health site manager,
within 15 workdays of receipt, the
Contract Health site manager shall:
1.1.1 "investigate, 1.1.2. determined,
and 1.1.3. Prepare."

802.05.1.3: "within 20 workdays, the warden shall
issue a written response to the inmat
which either affirms or reverses the
decision of the Deputy warden."

802.06.1.1: "the unit C.O. IV (i.e. not C.O. III Swayne)
Grievance coordinator shall immediately
forward any medical Grievance Appeals
To the Health services monitoring Bureau,
Grievance Investigator for logging,
processing, and investigation. Inmates

④

May not file an appeal to the Direct
until the inmate grievance procedu
within their assigned unit and
institution has been exhausted."

802.07.1.4. "within 30 calendar days of receivin
the inmate grievance appeal, the
central office appeals officer shall
prepare a response and submit it t
the Director (ie. charles Ryan) for
signature."

802.12.1.4 : "the unit c.p. IV (ie. not c.o. III Swap
grievance coordinator at each unit
and Appeals officer at central
officer shall maintain all grievance
records to include "unprocessed grievan
in a confidential and secure storage are
inmate Grievances and Appeals are
confidential and shall not be included
in the inmate master File or any
institutional file."

I have done approx. 36 inmate grievances
in the last 11 months and ADOC, Administration, staff
and you mr. Director have violated your own D.O. policy
(ie. 802 et al). I have followed D.O. 802 in its
entirely, however, ADOC, Administration, staff and you

⑤

mr. Director do not respone per. D.O. 802.01.1.11.1 and
have violated my rights per. D.O. 802.01.1.5., 802.0
1.11.1., 802.01.1.12., 802.02.1.3.2., 802.03.1.3., 802.04.1.
802.05.1.3., 802.06.1.1., 802.07.1.4., and 802.12.1.4.

I have done follow up letters and inmate
letters for updates on my inmate grievances and
inmate grievance appeals to Cheryl Dossett
Dossett (Appeals officer) and C.O. III J. Swayne
and i either receive "no response," "no help," a
"puerile and ridiculous response" or "they do not
understand my issue and/or get confused!"

mr. Director, the "Reasonable Relationship
Standard," the supreme court has stated that all
prison civil liberties claims based on the federal
constition are governed by a single legal standard.

"when a prison regulation
impinges (i.e. to strike) on
inmates constitutional
rights, the regulation is
valid if it is reasonably
related to legitimate
penological interest." see:
Turner v. Safely (1987).

Administration, ADOC, staff and you mr. Direc
are in violation (i.e. state and federal) and will be
held liable for your "failure to act" because you,

Administration, ADOC and staff have violated my
constitutional rights (i.e. state and federal) per
D.O. 501, 511, 518, 701, 704, 711, 801, 802, 802, 811,
901, 902, 909, 1001, 1101, 1103, 1104, 914, 916, 919,
and 1002 et al. Acts of omission (i.e. something
neglected or left undone) are actionable to the
same extent as acts of commission, see: Smith v.
Ross (1976). Administration, ADOC, staff and
you who know, or reasonably should know, of a
constitutional violation will be held liable if they
fail to do anything about it, see: Al-Jundi v.
mancusi (1991).

There is "no absolute immunity" for staff
Administration, and you mr. Director, pursuant
to Hafer v. melo (1991), i.e. "To get damages from
state officials, i must name the Defendant's in
their individual and/or personal capacities."

Administration, ADOC, staff and you mr.
Director have "acted under color of state law"
while acting in your official capacity and/or while
exercising your responsibilities pursuant to state
law, see: west v. Atkins (1988) and monroa v. Pape
(1961). See: Exhibit A and B.

mr. Director, i am requesting a response
per. D.O. 802 et al., to all my inmate grievance's
and inmate grievance appeals. See: Exhibit C.

⑦

Mr. Director, if you choose not to respond to this letter and/or all my inmate grievance's and inmate grievance appeal's and/or by your silence. I will accept it as your guilt (i.e. the fact of having committed an offense esp. against the law; blameworthiness) and that you are fully responsible (i.e. liable to be called upon to answer for one's act or decisions), as Director of ADOC, Administration, Staff, Citizen, etc.

I, LeRoy Montoya, am relying on the "liberal construction doctrine" while writing this letter. (i.e. "an interpretation that applies a writing in light of the situation presented and that tends to effectuate the spirit and purpose of the writing".

I, LeRoy Montoya, am relying on the "liberal interpretation" while writing this letter. (i.e. "an interpretation according to what the reader believes the author reasonably intended, even if, through inadvertence, the author failed to think of it.").

I, LeRoy Montoya, am relying on the "logical interpretation" while writing this letter. (i.e. "an interpretation that departs from the literal words on the ground that there may be other, more satisfactory evidence of the author's true intention."

CC: TO:

Governor Doug Ducey

Ms. Lucy Rand (Asst. Attorney General)

Daniel P. Struck (Attorney)

Magistrate Judge David K. Duncan (District Court)

Brad Keogh (ADOC General Counsel)

Richard Pratt (Asst. Director Health Services Contract Monitoring

Corizon - Arizona (Tempe)

Corizon Health Corporate office (Brentwood, TN.)

Prison Law office (Corene Kendrick)

Respectfully submitted this 15th. day of Nov., 201

11-15-16

Sworn to and subscribed before me this

12th day of November , 2016 ; by LeRoy Montoza

by: [signature]

Notary Public

OFFICIAL SEAL
ALLEN W. HARTZELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 29, 2019

Seal

⑨

# EXHIBIT G

# Health Needs Request (HNR)

Recd
3-9-14

Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Cero~ | ~Z 3880~ | 6-7-14 |

| Cell/Bed Number/Celda/Número de Cama: | Unit/Unidad | Box/Apartado Postal | Institution/Facility/Instalación: ASPC. |
|---|---|---|---|
| 3-C-30 | Smu I | | Eyman smu I |

**SECTION/SECCIÓN I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Use this form to describe only one problem or issue at one time.] [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria. (Use este formulario para describir un problema a la vez.)]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

Good morning. A few months ago I had my eyes checked because of my allergies, redness of my eyes. the nurse said that I needed to see the eye Doctor because of the redness of my eyes. I was told I would be put on the nurses line. I would like an update, please.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrara una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(exluyendo las exenciones concedidas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD, COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☒ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros *(specify)(específique)*

Comments/Comentarios:

Refer to eyeline

Staff Signature Stamp/Firma del empleado: _____ LPN
Date/Fecha: 6-9-14
Time/Hora:

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Signature Stamp/Firma del empleado
Date/Fecha:
Time/Hora:

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur. - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101.10ES

**ARIZONA DE...**

**Health Needs Request (HNR)?**

Date: _____
Time: _____
Initials: _____

Rec'd
11-10-14

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Santana, Leroy | 238802 | 11-4-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis, Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)].

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning, I have put in 3 request for the eye Doctor. The other morning I was to go to medical as asked if it was for my eyes, they said no, its for blood. I said "I didn't need to get my blood drawn." I got maced twice last weekend (11-25-14) & my left eye is blurry, still really & very red & like a pressure forming, I need to see eye Dr.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

Staff Signature Stamp/Firma del empleado _____ | Date/Fecha OCT 10 50 | Time/Hora

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION** You are on the list to be seen.

Staff Signature Stamp/Firma del empleado R. Carlson | Date/Fecha 18/6/14 | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response

Recd. 2-3-15

Recd. 2-3-15



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-15-0013 | MONTOYA, LEROY | 238802 | LEWIS | ASPC-L BUCKLEY PC | 1/13/2015 |

This is a response to your November 13, 2014 correspondence. Your correspondence was received by Director Ryan's office on January 13, 2015. Director Ryan has referred your correspondence to me for review and response.

Your main area of concern according to your letter is in regard to issues with your left eye. In your letter, you state that your left eye is irritated and red, you have had this issue for approximately nine months.

In reviewing your complaint, Ms. Patricia Kolasinski, Registered Nurse, Corizon provided the following information. You were seen by Dr. Malachinski on January 15, 2015 and you requested surgery to remove a sty. Per Dr. Malachinski you have been diagnosed with pterygium and will not require surgery. Dr. Malachinski has recommended you see an optometrist for the chronic redness and the management of the pterygium. You will be seen by the optometrist soon.

The issue brought forth will be most effectively and appropriately reviewed at your local level, and has been forwarded to your Corizon Site Manager for response and action as deemed necessary. In the event you wish to pursue this matter further, you may proceed through the Inmate Grievance process in accordance with ADC policy.

In accordance with Department Order 916.03, inmates who have questions or problems requiring written responses from Department staff shall use the Inmate Letter, Form 916-2PF. The Inmate Letter shall be used for all staff/inmate correspondence other than grievances and disciplinary appeals. No other written forms shall be accepted in place of the Inmate Letter. The Inmate Letter may be obtained from the inmate's counselor or other staff member designated by the Warden, Deputy Warden or Administrator.

CLR87366784

**Vanessa Headstream, Program Evaluation Administrator, Health Services Contract Monitoring Bureau**

01/27/15
**Date**

cc: Complex Site Manager, LEWIS

c.o. Master File



Recd.
2-11-15

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.):* | ADC #: 238802 |
|---|---|
| Montoya, L | Grievance Number: |
| | L29-277-14 |

**Institution/ Unit / Housing:**

LEWIS / BUCKLEY

| From: | Location / Unit: |
|---|---|
| Brenda Rojas FHA | ASPC-Lewis/Corizon |

This is in response to your  12/10/14 Inmate Grievance that was received by health services on 01/14/2015:

You were seen by your unit health care provider on 1/15/15 and at this time you were referred to see the optometrist, you have been schedule. The optometrist will examine and determine if any treatment is necessary to treat the redness in your eyes.

If you have any further concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

| Staff Signature: Brenda Rojas | | Date: 01/27/2015 |
|---|---|---|
| Corizon Health Service Administrator | *BRojas* | |

Copy:  Institutional File          Copy:  Grievance Coordinator                        916-2PF

*Redacted*



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

**MEDICAL GRIEVANCE APPEAL:** ( **TO THE DIRECTOR** )

Inmate Name: MONTOYA, LEROY       ADC No.: 238802       Case No.: L29-277-014

Institution: ASPC-LEWIS/BUCKLEY       Date Received: February 27, 2015

I have reviewed your Grievance Appeal in which you allege "unprofessional conduct by Dr. Malachinski "for failing to provide: 1) medications for your left eye irritation, itchiness and redness; and 2) surgery for your left eye.

Your Grievance Appeal has been investigated including a review of your medical records along with your previous grievance appeals.  Based on our findings, your appeal is denied. The reasons for this decision are:

1.  Similar issues were previously addressed through the Department's response to Grievance Appeal Case No. L29-276-014.  Our investigation showed no evidence to substantiate your allegations against Dr. Malachinski. In the future, please refrain from repeatedly appealing issues that have been previously addressed as this creates an administrative burden and is an abuse of the grievance appeal process. The Director's decision is final and constitutes an exhaustion of all remedies within the Department.

    ✓ Per the Department's physician (Dr. D. Robertson), surgery for your left eye pterygium is not medically necessary at this time.

2.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

By _[signature]_

Charles L. Ryan, Director

3/12/15
Date

cc:   Facility Health Administrator, ASPC-Lewis
      C.O. Inmate File

TO DR
D. Robertson

**ARIZONA DEPARTMENT OR CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leroy | 238802 | 5-30-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-C-13 | Buckley | | Lewis-Buckley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique).
PLEASE PRINT! Describe your medical treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Good morning. I received a medical Grievance response from Director Ryan & he said: "Per the Dept.'s physician (DR. D. Robertson), surgery for your left eye pterygium is not medically necessary at this time." dated 5-12-15. You have never examined my left eye. I would like to request that you exam my left eye. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de salud por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX**[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una. subdivisión política de este estado.]

1101-10ES

To: Director Ryan                                    5-30-15
From: LeRoy Monroya
Re: Inmate Grievance #L29-277-014


        Good Morning. I received the medical
Grievance appeal response (dated 5-12-15) last
nite (5-29-15). Thank you.
        I do not agree with your response in rega-
rds to my issue. of course you will deny my
appeal and say "our investigation showed no
evidence to substantiate your allegations against
DR. malachinski." that is hilarious. If you would
see my left eye, you wouldn't be responding with
ridiculous and puerile statements. If you read &
understand my Affidavit (dated 11-13-14) and properly
investigated my single issue, you would agree
on my claim of "unprofessional conduct by Doctor
malachinski." my left eye is still red, itchy,
watery and it is not getting any better. It is
now getting worse (i.e. vision is blurry). I am
requesting eye surgery for my left eye, please.
        Per. D.O. policy states: "Request are limited
to one page and one issue." You stated in your
response "similar issues were previously addressed in
Grievance Appeal case no. L29-276-014. Mr. Ryan, the
issues are 2 different issues (i.e. left eye surgery
and 2nd. issues is regarding my allergies).

①

the only thing similar is Doctor Malachinski
denying my left eye surgery and denying me
allergy pills.

I have never met DR. D. Robertson & how
can he deny "surgery for my left eye pterygium
and state "not medically necessary at this time."
DR. D. Robertson has never seen the redness of
my left eye. Once again, if you would properly
investigate my single issue, you would under-
stand. I do not know if your are stupid or
that you just like playing games at my expense.

Thank you
Respectfully submitted

②

Recd.
9-8-16

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #:238802 |
|---|---|
| **MONTOYA, LEROY** | |

**Institution/ Unit / Housing:**
LEWIS/RAST MAX

| From: | Location / Unit: |
|---|---|
| **Katrina Johnson, AFHA** | ASPC-Lewis/Corizon |

This is a response to your 7/10/2016 Inmate Letter that was received by medical on 7/15/2016.

You are inquiring about concerns with our left eye. Your medical records indicate that you are scheduled to see an Ophthalmologist.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

If you have further medical concerns, please submit a Health Needs Request form.

| Staff Signature: Katrina Johnson, AFHA | Date: |
|---|---|
| *Katrina John* | 8-26-2016 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-Rast max | 2-2-17 |

| To | Location |
|---|---|
| DR. Julia Barnett | Rast max (Lewis-Complex) |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning, I was told that you would not honor DR. Hellers eye drop prescribtion to me? I went to see DR. Heller on 1-11-17 in phoenix.

I would like to know why you would not honor DR. Heller's eye drop Prescription?

Thank you

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 2-2-17 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name:

Distribution:  Original – Master File
               Copy - Inmate

916-1(e)
5/14/12

Case 2:12-cv-00601-ROS   Document 2058   Filed 04/17/17   Page 100 of 147

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

SCANNED

NP Basu

17 FEB 9 at 11:56
Time: ___
Initials: ___

| Inmate Name/Nombre (Last, First MI) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Montoya, Leeroy | 238802 | 8-2-17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación; ASPC |
|---|---|---|---|
| A23-15 | Rast-Max S | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the healthcare system on this sheet could cause a delay in delivery of care to you and others, and may result in disciplinary action. (Use this form to describe only one problem or issue at one time.) Serie d'usa dice la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud del personal podría retrasar la asistencia de este cuidado para usted y otras y puede dar lugar a una acción disciplinaria. (Use este formulario para describir un problema a la vez.)

## AREA OF INTEREST/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Medica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otro (especifique) NP Basu

PLEASE PRINT. Describe your medical/dental treatment issue needed in the space below. Be clear and specific. NO ADDED PAGES. (POR FAVOR, ESCRIBA EN IMPRENTA. Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. NO USE MAS HOJAS.)

Good Morning, I want to see Dr Helen because I prescribed Heerns eye drop for the redness I was told that my eye drop were not approved by business. I want to know why my eye is not safe without watching one. I would like to speak to her thank you

I understand that, per ARS §12-201, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for this visit (even if the inmate requesting the service). I understand that by my signature, I do not have the right to dictate treatment or who provides treatment. (Entiendo que de acuerdo con ARS §12-201 se me cobrará una cuota por el servicio médico de $4.00 por la visita aquí. Estoy pidiendo, con exención de las establecidas por estatuto. Además, sin mi consentimiento, el me presenté, no tengo derecho a dictar o imponer el tratamiento o quien lo proporcione.)

Inmate's Signature/Firma del prisionero: [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST (DROP) BOX/SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MEDICAS)**

## REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ ☐ Medical/Medica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otro (specify)/especifique

Comments/Comentarios:

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Dr Ramirez LPN | | 17 FEB 9 at 11:56 |

## PLAN OF ACTION/PLAN DE ACCIÓN

**YOU ARE SCHEDULE FOR AN APPOINTMENT:** Nurse Line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Dr Ramirez LPN | | 17 FEB 9 at 11:56 |

Distribution: White/Blanca – Health Unit/Unidad de Salud; Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.)

# EXHIBIT H

To: C.O.3 Swayne (Grievance coordinator)          1-2-17

From: LeRoy Montaze #238802

Re: Medical Grievance
        (Third)

Good morning. I received your inmate letter response (dated 12-21-16) & received 12-29-16. Thank you. Please refer to the 2 previous letters to you dated 1-2-17 (i.e. medical grievance - first & send)!

I am enclosing 11 documents regarding my 3rd. medical grievance. I am once again requesting an update, response & all 139 documents returned to me per. D.O. 802. et al.! See: Exhibits A,B, &C.

Please stop embarrassing yourself! Also, on the I.G. to grievance coordinator & I.G. appeal to Director Ryan - look at top right hand corner where the pod c/o signed, title, badge # & date.

C.O. III Swayne (grievance coordinator) i have provided "proof" (i.e. the evidence that compels acceptance by the mind of a truth or fact)!

Also, i have noticed in your current response to me, "you do not address yourself as C.O. III Swayne - just Swayne - suspect!

Sent to:
Director Ryan
Cheryl Dossett (Appeals officer)
Brad Keogh (ADC General counsel)

Thank you
Respectfully submittal

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*medical Emergency*

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| MONTOYA, LEROY | 238802 | Lewis- Rast max | 8-18-16 |

**TO**
C.O. 3 Mova

**LOCATION**
Rast max. 463-15

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I am informally trying to resolve this problem: the last week & a half, I have been feeling dizzy, dis-orientated, nauserosl, stomach, weak, & feeling like throwing up, very sluggish, lazy & very tired. That is not normal for me. I need to see a doctor & get medical care now. I don't want to hear, "I'm on a nurse line, tomorrow, etc." I have sent 4 HNR's (Emergency), no response & no help. I have spoken to the nurse's & they laugh or say ok. nothing is happening.

I know how ADC is & lack of medical care. I will hold you personally & professionally responsible if I do not get proper medical care today. See: Cann V. State (1986) !!

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 8-18-16 |

**Have you discussed this with institution staff?** ☑ Yes ☐ No

**If yes, give the staff member name:**

Distribution: INITIAL: White and Canary or Copies = Grievance Coordinator; Pink or Copy = Inmate
FINAL: White = Inmate; Canary = Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Rec'd. 9-7-16

For distribution:   Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | | ADC NUMBER |
|---|---|---|
| Montoya, Leroy | | 238802 |
| INSTITUTION/UNIT | | |
| ASPC - Lewis, Rast Max Unit | | |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| Glynn, Courtney | Central Office - Legal Services Unit |

Inmate Montoya:

We are in receipt of your letter to Brad Keogh, ADC's General Counsel, dated August 16, 2016.  Your letter and enclosures have been forwarded to Corizon and ADCs Healthcare Monitoring Team for review and further response.

STAFF SIGNATURE

Distribution:   Original - Master File
Copy - Inmate

DATE *(mm/dd/yyyy)*
08/26/2016

916-2(e)
5/14/12

Recd.
9-18-16

To: Director Ryan
From: LeRoy Montoya #238802
Re: My Health issue!
     Your Responsibilities!



8-19-16

Good morning. Around the beginning of the second week of August, i started feeling dizzy, weak, nauseated stomach, dis-orientated, sluggish, lazy, feel like throwing up, hot and cold and just not feeling myself. I began to get very concern because my Dad had diabetes and eventually died on 11-26-13.

I sent my 1st. (Emergency) HNR request to see a Doctor on 8-17-16, (no response). Then i spoke to a female nurse about my (Emergency) HNR & that i need to talk with a Doctor and asked her "how long", she laughed & said, "i don't know, it depends on the severity of your need," that was on 8-17-16 @ 2:43 pm. I then sent my 2nd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 4:37 am, (no response). Then i spoke to a male nurse about my (Emergency) HNR. I asked him, "what is going on, i need to see a Doctor!" He said, "ok and walked off," that was on 8-18-16 @ approx. 8:32 am. I then sent my 3rd. (Emergency) HNR request to see a Doctor on 8-18-16 @ 12 pm, (no response), then i spoke to a male nurse once again about my (Emergency) HNR. I asked him, "why is it taken so long & what is going on, i need help!" He stated: "I'm not being in anyway disrespectful but it has been busy

①

Today." And then he stated "Someone tried to hang themselves Today!" I told him, "how does that concern me?" He then walked off. I then proceeded with an inmate informal Complaint Resolution (i.e. medical Emergency) to C.O.3 Mova (i.e. Rasr max.) on 8-18-16. I am waiting for a response. I then sent my 4th. (Emergency) HNR request to see a Doctor on 8-19-16 @ 4:17am, (no response). Then i spoke to a male nurse about my 5th. (Emergency) HNR. The dialogue was the same (i.e. Take my name, ADOC # & check on the status).

I believe ADOC, staff, Administration and medical (i.e. Corizon Health Corporate office), lack thereof, my serious medical concerns and my health issue has proven not only failures by ADOC, staff, Administration, & Corizon - are in violation of The Parsons V. Ryan stipulation. I.E., Quality Improvement #26. Access to Care #36, #37, #40, #41. Diagnostic Services #45, #46, #47. And, Pursuant to Performance Measure #50 and #52.

ADOC, staff, Administration & Corizon Treats me as if i am anthropomorphism, which i am not! I may not be "the sharpest tool in the shed?" However, i am not stupid, ignorant or an idiot! I am not asking to be released or for a cell phone, etc. I am requesting to see a Doctor for my medical concerns. I know my body and there is Something Serious wrong with me. I know how ADOC is when it Comes to medical issues, Mental Health issues, Dental issues, medical diets, Chronic care

②

Access To care, Diagnostic Services, specialty care, medication, suicide prevention, addiction issues, and staff communication. It is absolutly reckless, ridiculous, puerile and a Joke!

ADOC, staff, Administration and corizen are antinomian and harangue in there responses, lack of, communication, compassion and empathy to us convicts. I am still a man in the united states of America and still have constitional, state & federal rights!

I am in fear of being diagnose for "diabetes" in Arizona State prison, because i know i will die in here for the lack of medical Treatment i would not receive. And, to be honest "I would rather die," than go thru the absolute drama ADOC, staff, Administration and corizen would put me thru! I have seen & heard some of the most horrible and Terrifing stories of all health & mental issues that convicts go thru with ADOC, staff, Administration, & corizen. (Note: "i am not suicidal, so don't get my word's Twisted!).

I need to see a Doctor for my concern's. I need help!

Thank you
Respectfully submitted

③

CC: To:

Julia Barnett (Director of Health)

DR. Ibrahim (corp. Director of Health for Az. Corizon)

Brad Keogh (ADOC General Counsel)

Asst. Director Richard Pratt (Health Service Contract monitoring)

Corizon Health Corporate Office

Warden Moody (Lewis Complex)

Director Charles Ryan

Kataushia Thomas (Health Service Administrator)

Vanessa Headstream (Program Evaluation Administrator)

ACLU (Daniel Pochoda)

Corene Kendrick (Prison Law Office)

Magistrate Judge David K. Duncan

Corizon - Arizona

Assistant Attorney General (Ms. Lucy Rand)

Assistant Attorney General (Mark Brachtl)

Doug Ducey (Governor)

Daniel P. Struck (Attorney)

Tammy Taylor (Nurse Provider for Rast Max.)

# Inmate Grievance

*Medical Emergency !!*

Moreno

TITLE CoII

BADGE NUMBER 6923

DATE (mm/dd/yyyy) 9-17-16

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

INMATE NAME (Last, First M.I.) (Please print)
Montura, LeRoy

ADC NUMBER 238802

DATE (mm/dd/yyyy) 9-17-16

INSTITUTION/FACILITY
Lewis - Rast max

CASE NUMBER

TO: GRIEVANCE COORDINATOR  < 2 documents attached to this grievance >

**Description of Grievance** (To be completed by the Inmate)

Good morning. My issue is: "The last month or so, i have been dizzy, dis-oriented, vomiting, nauseated stomach, weak, sluggish, lazy, hot & cold, difficult sleeping, being sometimes confused, etc.

My dad died of diabetes (i.e. 11-26-13). I have concern's if i have diabetes or an illness.

Thank you

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

HNR's, kites, & letters to medical, FHA, ADC, etc. (no response or no help). I've spoken to each nurse on each shift in the past 2 weeks (no help, B.S, & lying). Informal to CW. 3 mova (no help). I need to speak to a doctor, get completly checked (i.e. heart, brain, kidney's, liver, etc.) Find out why i am feeling the way i am. Thank you.

Inmate's Signature          Date 9-17-16

Grievance Coordinator's Signature     Date

**Action taken by** Documentation of Resolution or Attempts at Resolution.

Staff Member's Signature      Badge Number      Date

DISTRIBUTION: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White - Inmate; Canary - Grievance File

802-1
12/12/13



**Inmate Letter Response**

Recd. 11-2-16

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Montoya, Leroy | 238802 |

| INSTITUTION/UNIT |
|---|
| ASPC-Lewis; Rast Max Unit |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Glynn, Courtney | Central Office - Legal Services Unit |

Inmate Montoya:

Your correspondence to Appeals Officer Dossett was forwarded to me for response. This office has responded to your Inmate Letters on the issues of your grievances on August 19, 2016, September 1, 2016 and October 18, 2016. You have been directed to provide case numbers for the grievances to which you refer. You have not done so. You have also been informed that the Appeals Unit at Central Office has not received any non-medical grievance appeals packets with assigned case numbers from unit staff in year 2015 or 2016 to date. Please contact the Grievance Coordinator regarding the status of any grievances and/or grievance appeals that you believe have been submitted but for which you have not yet received a response.

Repeated Inmate Letters regarding issues that have been addressed will no longer warrant responses.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 10/21/2016 |

Distribution: Original - Master File
Copy - Inmate

916-2(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis-East max. | 11-3-16 |

| To | Location |
|---|---|
| Glynn, Courtney | Central office - legal service unit |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Good Morning. I have provided to Cheryl Dossett (Appeals officer) 12 I.G. Appeals at the Directors level, with a C/o's signature on Top right hand corner (which is proof)! Alot of My I.G. Appeals, were not responded to & per. D.O. 802.01.1.11.1. I continued to the next level. It is no fault of mine that ADOC, Administration, Staff, Directors, etc "do not follow there own D.O. policy!

1. #15-L29-0189.
2. #15-L29-0193.
3. #15-L29-0218. (different issues)?
4. #15-L29-0204.
5. #15-L29-0218 (different issues)?
6. #L21-308-016.
7. #L21-272-016.
8. #L21-272-016.

9. L21-221-016.
10. L21-307-016.
11. L21-154-016.

Thank you
Respectfully Submitted

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 11-3-16 |

**Have You Discussed This With Institution Staff?** ☑ Yes ☐ No

**If yes, give the staff member's name:**

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12

# EXHIBIT

# I

To: C.O.3 Swayne (Grievance Coordinator) 1-2-17
From: LeRoy Monroya #238802
Re: Medical Grievance #L21-154-1016
(First)

Good morning. I received your inmate
letter response dated 12-21-16 & received 12-29-16.
Thank you. I have provided hundreds of copies
to you on many, many I.G.'s & issues!

I do not know or care how you do your
research-medical grievances, I.G.'s, I.G. Appeals,
etc., you are absolutly clueless, puerile & ridiculous
& please stop embarrassing yourself! where in your
own response "you state: Per. 802.05.1.1. the unit
C.O.1V (i.e. not C.O.111 Swayne) grievance coordinator
shall immediately (i.e. acting direcrly) forward the
Formal grievance form to the contract FHA!" these
are your words, per. D.O. 802.05.1.1.

I am once again attaching 10 pages of "proof"
of my medical grievance. Take note of I.G. to grievance
coordinator (dated 5-12-16) i.e. 9 pages attached to this
grievance & top right corner where the pod c/o signed,
title, badge number & date! Now look at I.G. appeal
to Warden moody (dated 7-4-16) i.e. 40 pages attached
to this I.G. appeal & top right corner where the pod
c/o signed, etc. then look at I.G. appeal to Director Ryan
(dated 8-18-16) i.e. 86 pages attached to this appeal

and Top right corner where the pod c/o signed,
etc. I would suggest that you speak to the pod
c/o who signed & received my I.G. & I.G appeals.
   Then speak to c/o Espino (mail & property)
about that I.G appeal to Director Ryan because
i gave her a copy to send to Director Ryan.
   C.O. III Swayne (ie Grievance coordinator)
your response to me dated 12-21-16 & recd. 12-29-16
is misleading & a lie! once again - please stop
embarrassing yourself! You as Grievance coordinator
state: "I currently have "no medical grievance" from
you. Please look at your inmate letter response dated
12-12-16 & recd. 12-15-16 at the 6th. line down, I.G.
L21-154-016 (ie. medical grievance)! Please stop!
   I am once again requesting an update &
response and my 9 pages, 40 pages & 86 pages for
I.G appeal #L21-154-016!
   Also, i have noticed in your current response
to me, "you do not address yourself as C.O. III
Swayne - just Swayne - suspect.'" I will not submit
any copies to you. Just do your job! see: Exhibit A, B, & C

                              Thank you
Sent to:                   Respectfully submitted
Director Ryan
Cheryl Dosset (Appeals)
            (officer)
Brad Keogh (ADC General)
            (counsel

②

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

"i did nut receive a Timely response from the C.0.3 per. D.0. policy."

| RECEIVED BY | |
|---|---|
| *signature* | |
| TITLE | |
| COII | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 12247 | 5/18/16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 5-12-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Lewis, Rast MAX- | |

TO: GRIEVANCE COORDINATOR  < 9 pages attached to this grievance >

**Description of Grievance** (To be completed by the inmate)

Good morning. I did nut receive a response from the C.0.3 at Bachman Unit (BDU).
I got into a fight on 4-16-16. The nurse said my hand/wrist might be broken. I was supposed to see the Doctor on 4-18-16 for exam, x-rays, ice & pain medication. It did not happen. I am requesting to see the Dr. I'm still in pain, etc.

                    THANK you
                    Raspectfully submitted

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Kite to medical (emergency) on 4-18-16, (no response). Kite to medical on 4-20-16, (no response). Informal to C.0.3 (no response). HNR on 4-22-16, (no response), HNR on 4-27-16 & 5-4-16, (no response). Saw nurse on 5-5-16 to get x-rays & pain medication & new ace bandage.  Thank you

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *signature* | 5-12-16 | | |

| Action taken by  Documentation of Resolution or Attempts at Resolution. | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White = Inmate; Canary = Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

"i did not receive a Timely response from the C.O.3 per. D.O. policy."

Recd. 6-28-16

Madi.

**RECEIVED BY** Rejas

**TITLE** cost

**BADGE NUMBER** 12247

**DATE (mm/dd/yyyy)** 5/19/16

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Lenny | 238802 | 5-12-16 |

**INSTITUTION/FACILITY** Lewis, Rast max.

**CASE NUMBER** L21-154-016.

**TO: GRIEVANCE COORDINATOR** < a pages attached to this grievance >

**Description of Grievance** (To be completed by the inmate)

Good morning. I did not receive a response from the C.O.3 at Bachman unit (BDU).

I got into a fight on 4-16-16. The nurse said my hand/wrist might be broken. I was suppose to see the doctor on 4-18-16 for exam, x-rays, ice & pain medication. It did not happen. I am requesting to see the Dr. I'm still in pain, etc.

Thank you
Respectfully submitted

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Kite to medical (emergency) on 4-18-16, (no response). Kite to medical on 4-20-16, (no response). Informal to C.O.3 (no response). HNR on 4-22-16, (no response). HNR on 4-27-16 & 5-4-16, (no response). Saw nurse on 5-5-16 to get x-rays & pain medication & new ace bandage. thank you

**Inmate's Signature** | **Date** 5-12-16 | **Grievance Coordinator's Signature** | **Date** 5.19.16

**Action taken by Documentation of Resolution or Attempts at Resolution.**

RECEIVED MAY 23 2016

47608

**Staff Member's Signature** | **Badge Number** | **Date**

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**Health Services - Communique**

| Inmate Name (Last First M I) | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |
| Facility | Unit |
| Lewis | East Max |

## THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☐ **X-RAY**

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

Other

*(illegible scribbled-out text)*

Comments

| Signature | Date |
|---|---|
| *(signature)* LAWRENCE ENDE, NP-C | 8-7-16 |

**Submit HNR if additional information is requested.**

1101-26
8/10/11

Distribution: White - Medical File; Yellow - Inmate

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |
|---|---|

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| Received By: | Fernandez |
|---|---|
| Title: | CO II |
| Badge #: | 12 77 |
| Date: (mm/dd/yyyy) | 7/04/16 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, LeRoy | 238802 | 7-4-16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Lewis- Rast Max, | L21-154-016 |

TO: Warden Moody   < 40 pages attached to this I.G. appeal >

I am appealing the decision of Kataushia thomas, msm   for the following reasons:

Good morning. I do not agree with K. thomas response. Please look at Health service communique dated 6-17-16 it states: "X-ray of right hand on 5-27-16 fractures noted by Radiologist." I cannot believe ADOC's response's! this prison has done nothing for my broken right hand and/or wrist since 4-16-16. what is ADOC's problem?! I have put in HNR's, Kites, etc & I receive no help! I need medical attention Now!

thank you

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 7-4-16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

Recd. 7-13-16



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

**BY EMAIL ONLY**

July 7, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

RE: Parsons v. Ryan, 2:12-CV-00601
ADC Prisoner in Need of Immediate Medical Care
Leroy Montoya, 238802, Lewis – Rast

Dear Ms. Rand:

I write regarding Mr. Montoya, an ADC prisoner with urgent health concerns in need of immediate medical attention. Mr. Montoya has provided documented proof from medical staff that he broke his hand on 4/16/16, but the broken hand still has not been treated properly, resulting in severe pain and an inability to perform activities of daily living. His medical treatment to date, or lack thereof, also illustrates multiple failures by Corizon to comply with the *Parsons* Stipulation. Enclosed with this letter are the HNRs, grievances, and other documents referred to below.

According to Mr. Montoya, he was seen the same day after the injury on 4/16/16 by a nurse, who wrapped his visibly broken hand and told him he would see the doctor immediately and get an X-ray, ice, and medication. When he did not receive the urgent follow up provider treatment or stat X-ray after six days of waiting (in violation of PMs 40 and 45), Mr. Montoya submitted HNRs on 4/22/16 and 4/27/16, again reporting pain in his hand and that he had not seen the doctor, but was not seen on nurse's line until 5/5/16, in violation of PM 37.

When he saw the nurse on May 5, he was told again that he would be referred to see the provider and get x-rays. However, this still did not occur (violation of PMs 40 and 45), and one week after being seen on nurse's line he submitted a grievance on 5/12/16. He also filed another HNR on 5/16/16, which was not responded to until 5/19/16 (violation of PM 36). Mr. Montoya reports that he was finally seen on nurse's line after submitting these two HNRs on 5/23/16 (violation of PM 37). The nurse ordered X-rays for a third time, and they were done on 5/26/16 and 5/27/16, and he reports that he would be told the results "within an hour." Mr. Montoya did

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
Re: Leroy Montoya, 238802
Lewis – Rast
July 7, 2016
Page 2

not receive any communication about the x-ray results or when he would see the provider, and filed a 6/2/16 HNR requesting this information.

Eight days later on 6/10/16, in violation of PMs 46 and 47, he was sent a HNR response that included the results of the X-ray. Per the medical communique from NP Ende, the radiologist's review of the X-rays showed fractures in his right hand, yet Mr. Ende indicated on the form sent to Mr. Montoya that the results were "normal" and the form instructed him to submit a HNR if he needed additional information.

Mr. Montoya reports that as of July 1, 2016, he still has not received follow up care for his fractured hand (violation of PM 46) or an urgent referral to an orthopedist, despite submitting another HNR on 6/16/16, two inmate letters on 6/20/16, and a letter to Charles Ryan on 6/20/16.

Pursuant to Performance Measure 50, we request that Mr. Montoya be immediately referred to an orthopedic specialist for his fractured hand for treatment, with all provider follow up provided pursuant to Performance Measure 52.

Thank you for your attention to this matter.

Sincerely,

/s/ Corene Kendrick

Corene Kendrick, Staff Attorney

cc:     Mr. Montoya
        Counsel of Record

# ARIZONA DEPARTMENT OF CORRECTIONS

*"I did not receive a Timely response from Warden moody. per. D.O."*

**Inmate Grievance Appeal**

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

| | |
|---|---|
| The Inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.  802.01. 1.11.1." | Received By: *Hill K* |
| | Title: *Cor* |
| | Badge #: *4413* |
| | Date: (mm/dd/yyyy) *9-18-16* |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-18-16 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Lewis- Rast max. | L21-154-016 |

TO: Director Ryan  < 86 pages Attached to This Appeal >

I am appealing the decision of ___Warden moody___ for the following reasons:

Good morning, I broke my right hand and/or wrist in a fight on 8-16-16 & as of today I have not receive proper medical care per. Parsons v. Ryan 2:12 cv-00601 etal. Please carefully read all 86 pages of documents attached to this I.G. appeal.

Thank you
Respectfully submitted

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 8-18-16 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

STAFF SIGNATURE _____    DATE (mm/dd/yyyy) _____

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
                        Pink – Inmate
              FINAL:    White – Inmate
                        Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Rec'd 12-15-16

For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | |
|---|---|---|
| MONTOYA, LEROY | 238802 | |
| INSTITUTION/UNIT | | |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| COIII Swayne | |

12/12/16 I'm in response to your inmate letter regarding grievances.

L21-308-016 resolved 11/2/16 ✓

L21-272-016 resolved 9/9/16 ✓

L21-271-016 resolved 9/9/16 ✓

L21-307-016 resolved 12/10/16 ✓

L21-154-016 resolved 6/24/16 ✓

L21-277-016 appeal was submitted to the wardens officer 10/17/16 pending response. ✓

The below Grievance numbers are from Buckley unit. The unit grievance coordinator have been contacted and is researching the status

15-L29-0189 ✓

15-L29-0193 ✓

15-L29-0218 ✓

15-L29-0204 ✓

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 12/12/2016 |

Distribution:  Original – Master File
Copy – Inmate

916-2(e)
5/14/12

To: C.O. 3 Swayne (Grievance Coordinator)        12-16-16

From: LeRoy Montoya #238802

Re: L21-154-016


        Good morning. I received your inmate letter
response (dated 12-12-16) & read 12-15-16. Thank you.
        You state for: "L21-154-016 resolved 6-24-16
1st, resolved means "to find an answer to; solve!"
2nd, my issue is not resolved, i did an I.L. appeal
to Director Ryan on 8-18-16 (ie. i have not received
a response), per D.O. 802 et al, and Raines v. Byrd
(1997). 3rd, i don't believe you understood my issue
And, 4th, "you" want to say to Director Ryan, ADA
Administration, Cheryl Dossett, Courtney Glynn, Brad Keogh
(ADOC-General Counsel), etc. "that you resolved my
issue for L21-154-016, which you "did not", it is still
pending and will not be resolved until i receive
a response from the Director!"


Sent To:
                                    Thank you
                            Respectfully submitted

Director Ryan

Warden Moody

Cheryl Dossett

Courtney Glynn

Brad Keogh

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, LeRoy | 238802 | Lewis-Rast Max. | 12-21-16 |

| To | Location |
|---|---|
| C.O-3 Swayne (Grievance Coordinator) | Rast Max. 4C3-15 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I did a "medical" inmate Grievance to the grievance Coordinator (i.e. you) on 9-17-16 & attached 2 docs. to my grievance. And, of course you did not respone per. D.O. 802 et al.! I then did a I.G. appeal to Director Ryan on 10-23-16 & i attached 139 documents to my I.G. Appeal. Per. D.O. 802.01.1.11.1!

1. I am requesting an update & response?

2. Please return all 139 documents i attached to my I.G. Appeal (medical) to Director Ryan on 10-23-16!

3. Why do you not follow D.O. 802 et al.?

I have sent you copies of the I.G. & I.G. Appeal a few months ago so please research my I.G. Appeal to Director Ryan on 10-23-16 & all 139 documents.

Thank you

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 12-21-16 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original – Master File
Copy – Inmate

916-1(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Recd. 12-29-16

For distribution:   Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| MONTOYA, LEROY | 238802 |
| INSTITUTION/UNIT | |

| FROM (Last, First M.I.) (Please print)    ? suspect ! | LOCATION    ? |
|---|---|
| Swayne | |

I currently have no medical grievance from you regarding these date. If you would like to submit Copies I will contact medical staff to confirm they will process.

802.05 FORMAL GRIEVANCE PROCESS (MEDICAL)

1.1.An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally. The inmate has five workdays from receipt of the response from the Contract Director of Nursing to submit a Formal Grievance to the unit CO IV Grievance Coordinator, using the Inmate Grievance form. Upon receipt of any Medical Grievance, the unit CO IV Grievance Coordinator shall immediately forward the Formal Grievance form to the Contract Facility Health Administrator. Within 15 workdays of receipt, the Contract Facility Health

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12/21/2016 |

Distribution:   Original – Master File
Copy - Inmate

916-2(e)
5/14/12

To: C.O. 3 Swayne (Grievance Coordinator)          1-2-17

From: LeRoy Montaze #238802

Re: medical Grievance
        (second)


        Good morning. I received your inmate letter response (dated 12-21-16) & received 12-29-16. thank you. I have provided hundreds of copies To you on many, many & many I.G.'s & issues and you get confused, you lie, you give misleading info., & so on, So please stop embarrassing yourself!
        Please refer To letter (dated 1-2-17) Re: "medical Grievance #L21-154-016 (first). I am once again attaching 4 pages. i.e. I.G. (dated 8-1-16), 3 documents attached. Response from Glynn, Courtney (legal service unit) dated 8-26-16 & recd. 9-7-16. Response from Karrine Johnson, AFHA (dated 8-26-16) & recd. 9-8-16. And, I.G. appeal To Director Ryan (dated 9-13-16), 37 documents attached." I am requesting once again an update, response & all documents returned (i.e. 3 & 37 documents. Also, look at Top right hand corner of I.G. & I.G. Appeal of you C/O's signature, Title, Badge # & DATE!
        I have also sent you a copy of a letter To Director Ryan (dated 7-5-16) & Index of Inmate Grievance Appeals (dated 12-14-16) i.e. 35 grievance's.

①

C.O.III swayne (Grievance coordinator) i have provided "proof" (i.e. the evidence thar compels acceptance by the mind of a truth or facr)!

Also, i have noticed in your current response to me, "you do not address yourself as C.O.III swayne - just swayne - suspect!" I will not submit any copies to you. Just do your job! See: Exhibit A, B, & C.

thank you

Respectfully submitted

Sent To:

Director Ryan
Cheryl Dossett (Appeals officer)
Brad Keogh (ADC General counsel)

(2)

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution** *Medical*

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya, Leroy | 238802 | Lewis - Rast Max. | 7-13-16 |

| TO: C.O. 3 Mova | LOCATION Rast Max 4C6-13 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Good morning. I am informally trying to resolve this problem. I have been trying to see the eye dr. for my left eye. I was told I needed surgery (i.e. Pterygium). I have put in tickets & hmr's & i either receive no help or no response. My left eye is red, itchy, blurry, i'm getting headaches too. I need to see the eye doctor.

Thank you.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) 7-13-16 |
|---|---|

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

Rec'd. 7-28-16

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MONTOYA | 238802 |
| Institution/Unit | |
| ASPC LEWIS / RAST MAX | |

| From | Location |
|---|---|
| COIII MOUA / 4C CLUSTER | 4C8-13 |

PROVIDING A RESPONSE TO THE INMATE WITHIN 15 WORK DAYS, EXCLUDING HOLIDAYS, USING THE INMATE INFORMAL COMPLAINT RESPONSE:

This is in response to your Inmate Informal Complaint Resolution dated  7/13/16
PER -  SEEING THE EYE DOCTOR

RESPONSE FROM MEDICAL AS FOLLOWS - A CONSULT HAS BEEN SUBMITTED FOR THE "OPTO". IF APPROVED, YOU WILL BE SCHEDULED.

If you are not satisfied with this response you may proceed with a Formal Grievance at this time. End of response.

| Staff Signature  COIII ___ 9A89 | Date 7/26/16 |
|---|---|

Distribution:   Original – Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12

ADC
**Inmate Grievance**

*medical*

| | |
|---|---|
| TITLE | CoII |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 8511 | 8/1/2016 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montoya, Leroy | 238802 | 8-1-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Lewis - Rast Max. | |

TO: GRIEVANCE COORDINATOR      〈 3 documents attached to this appeal 〉

**Description of Grievance** (To be completed by the inmate)

Good morning, I have been trying to see the eye doctor for my left eye (ie. Pterygium) for surgery. It has been since 6-7-14. I get one excuse after another. I am requesting to see the consultion for the "OPTO" for approval.

Thank you!

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

HNR's on 1-2-16, 1-7-16, 1-28-16, 2-5-16, 4-27-16, 5-5-16, 5-24-16 & Kites to D. LaBac 6-9-16, Kite to J. Minier 7-5-16 & Kite to DR. Taylor 7-10-16. I get either no response or no help. Informal to C.O. 3 mon on 7-13-16 no help. I want my eye surgery. Thank you

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 8-1-16 | | |

**Action taken by, Documentation of Resolution or Attempts at Resolution.**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

To: Director Charles Ryan                                    8-24-16

From: LeRoy Mancuya #238802

Re: D.O. 1101.13

    Inmate Access To Health Care

      Good morning. I have 3 serious medical issues and i have done every thing i can possibly imagine to receive proper medical care & i have received "no help! no response!" Nothing but b.s., excuses, and lies! ADOC, staff, administration & Corizon give me absolutly no choice but to begin an "inmate hunger strikes," per. D.O. 1101.13 et al.

    My 3 medical issues are:

      1. Surgery for my left eye (i.e. Pterygium).

      2. Proper medical care for broken right hand and/or wrist. And,

      3. Possibly Diabetes! I think...

      I will begin on September 29, 2016! If my 3 medical issues are properly address, Treatment, diagnose, medication, etc., etc., are Treated & Taken Serious, then D.O. 1101.13 et al. will be moot!

CC: To:                                    Thank you

Magistrate Judge David K. Duncan        Respectfully submitted

Ms. Corene Kendrick (Prison Law office)

ACLU (Daniel Pochoda)

Daniel P. Struck (Attorney)

Doug Ducey (Governor)

Luci Rand (Ass. Attorney General)

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Recd. 9-7-16

For distribution:   Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Montoya, Leroy | 238802 |

| INSTITUTION/UNIT |
|---|
| ASPC - Lewis, Rast Max Unit |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| Glynn, Courtney | Central Office - Legal Services Unit |

Inmate Montoya:

We are in receipt of your letter to Brad Keogh, ADC's General Counsel, dated August 16, 2016.  Your letter and enclosures have been forwarded to Corizon and ADCs Healthcare Monitoring Team for review and further response.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 08 | 26 | 2016 |

Distribution:   Original - Master File
Copy - Inmate

916-2(e)
5/14/12

Rec'd.
9-8-16

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #:238802 |
|---|---|
| MONTOYA, LEROY | |

| Institution/ Unit / Housing: |
|---|
| LEWIS/RAST MAX |

| From: | Location / Unit: |
|---|---|
| Katrina Johnson, AFHA | ASPC-Lewis/Corizon |

This is a response to your 7/10/2016 Inmate Letter that was received by medical on 7/15/2016.

You are inquiring about concerns with our left eye. Your medical records indicate that you are scheduled to see an Ophthalmologist.

If you have any further concerns/issues that have not been addressed, please submit an HNR to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: Katrina Johnson, AFHA | Date: |
|---|---|
| *Katrina John* | 8-26-2016 |

Distribution:   Original - Inmate
                Copy: Institutional File Copy: Grievance Coordinator          916-2PF

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

An inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by completing the appeal on this form.

| | |
|---|---|
| Reviewed by | |
| Title | |
| Page | |
| Date (mm/dd/yy) | |

TO BE READ FIRST

INMATE'S NAME (Last, First M.I.)    ADC NUMBER    DATE (mm/dd/yy)

INSTITUTION    CASE NUMBER

I am appealing the decision of _____ for the following reasons:

INMATE SIGNATURE    DATE (mm/dd/yy)    GRIEVANCE COORDINATOR SIGNATURE    DATE (mm/dd/yy)

RESPONSE TO INMATE BY    LOCATION

STAFF SIGNATURE    DATE

# EXHIBIT J

To: Director Ryan                                    12-25-16
From: LeRoy Montoya  #238802
Re: Parsons v. Ryan (3-2242)


            Good morning. I sent a kite to Mr. Hartzell (librarian) on 12-16-16 for a complete copy of the lawsuit, Parsons v. Ryan (no. CV 12-00601-PHX-DJH) to review and to review:

✓ 1. Motion to Enforce the settlement on May 11, 2016.

✓ 2. States motion of remedial plan.

✓ 3. Notice of non-compliance on July 7, 2016 - filed by ACLU.

   4. Declaration of Donald Specter in support of Plaintiff's Motion for award of Attorney's fees and non-taxable cost (dated 12-16-14). And,

   5. Copy of expert reports (4) (Doc. 292, Exs. B-E; Doc. 1104, Exs. 1-21; Doc. 1138, Exs. 1, 6, 7, 9).


         Mr. Hartzell brought me on 12-23-16 "Parsons v. Ryan - All sections" (i.e. Rast max. library check out Receipt). This is what ADOC Rast max. library had.

   1. Stipulation = 10-9-14

   2. Declaration of Donald Specter in support of Plaintiffs' motion for Award of Attorneys' fees and Non-Taxable Costs = 12-16-14

   3. Plaintiffs' motion and memorandum in support of

                    ①

motion For Award of Attorneys Fees And Non-
Taxable Expense's = 12-16-14

4. [Proposed] order Granting Plainriff's motion For
   Award of Attorneys' fees And Non-Taxable
   Costs = 2-24-15.

5. ORDer Re: Serrlment = 2-18-15

And,  6. Fairness Hearing = 2-18-15 (1:34pm).


Mr. Ryan you are the Director of the ADC and you
are responsible for establishing, monitoring, and enforcing
overall (i.e. including everything) operations, policies, and practices
of the Arizona state prison System! You are also responsible (i.e.
liable To be called upon To answer for one's acts or decisions) for
decisions concerning staff hiring, prison paralegal (Betty
Ulibarri-Ruiz), legal access monitor, legal service unit, General
counsel, supervision, deployment, and Training that directly
affect prisoners and the Arizona state prison System!


That being said, i am requesting that Lewis Complex,
Rast max. library have per Judges order, D.O. policy and
Channel 13 (Prison T.v. channel) a complete Copy of Parsons v.
Ryan (dated 3-22-12) et al., including:

1. Class Action Complaint for Injunctive And Declaratory
   Relief?

2. All Judges orders (i.e. 3-5-13), etc., etc.?

3. All other motions from Plainriff's & Defendants', etc.?

4. All other Notices, Declaration's, response's, repl's, etc.?

5. Motion To Enforce The settlement on May 11, 2016.?

6. States motion of remedial Plan?

7. Notice of Non-compliance on July 7, 2016.?

And, 8. All copies of expert reports, etc.?

"At all times relevant hereto, you have acted under color of State law!"

Mr. Ryan, if you choose not To respone To this letter and/or by your silence, I will accept it as your guilt (i.e. The fact of having committed an offense esp. against the law; blameworthiness) and that you are fully responsible as Director of ADC!

Respectfully submitted this 25th day of December 2016

12-25-16

LeRoy Montoya

sworn To and subscribed before me this 28th day of December, 2016 ; by LeRoy Montoya

by:

Notary Public

OFFICIAL SEAL
ALLEN W. HARTZELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 28, 2019

Seal

③

CC: TO:

✓ Governor Doug Ducey
✓ Ms. Lucy M. Rand (Asst. AZ. Attorneys' General)
✓ Daniel P. Struck (Attorney)
✓ U.S. Magistrate Judge David K. Duncan
✓ Brad Keogh (General Counsel)
✓ Matthew Baltierra (Corizon Attorney)
✓ Corizon - Arizona (Tempe)
✓ Corizon Health corporate office (Brentwood, TN.)
✓ Richard Pratt (Asst. Director Health Services Contract Monitoring)
✓ ACLU Foundation of Arizona (Daniel J. Pochoda)
✓ Prison Law office (Corene Kendrick)
✓ Warden Moody

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT

Recd. 3-2-17





## CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE

December 9, 2016

ASPC Lewis, Rast Max
PO Box 3600
Buckeye, AZ 85326

Re:   **Parsons v. Ryan**

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Mr.

We received your letter of November 23, 2016. Thank you for contacting our office. This letter is to update you on the status of *Parsons v. Ryan*, the federal lawsuit regarding problems with the Arizona Department of Corrections' (ADC) medical, mental health, and dental care. The suit also challenges inhumane conditions in the isolation units. This case is a "class action" which means it covers all prisoners in the ten ADC prisons. The case was filed in March 2012 by the ACLU, the Prison Law Office, the Arizona Center for Disability Law, and two law firms, Perkins Coie and Jones Day.

If you are a prisoner in ADC custody, you do not have to do anything else to be part of the class. We did not seek money damages, and prisoners will not receive any money as a result of the settlement. The lawsuit sought only injunctive relief, which means changes to the policies and practices of ADC. When the judge certified the case as a class action, he appointed us to represent all prisoners only with regard to the case.

On February 25, 2015, the judge approved the settlement between ADC and prisoners' lawyers. Under the settlement, ADC must fix its health care system and meet more than 100 performance measures, including health care for prisoners with chronic medical conditions; specialty care; care for mentally ill prisoners; and dental care. The settlement also requires ADC to overhaul the rules for prisoners with a

serious mental illness (SMI) diagnosis in isolation.  Instead of spending all but six hours a week in their cells, such prisoners will now have a minimum of 19 hours a week outside the cell, and this time must include mental health treatment and other programming.  ADC must also restrict officers' use of pepper spray on these prisoners, using it only as a last resort when necessary to prevent serious injury or escape.  If family or friends with internet access would like to access the settlement agreement, they can find it at http://prisonlaw.com/wp-content/uploads/2015/12/14.10.14-Doc-1185-Stipulation-Settlement-Agreement-and-Exhibits.pdf.

AMERICAN CIVIL
LIBERTIES
UNION FOUNDATION

Since the Court approved the settlement, the prisoners' lawyers have been touring facilities, reviewing documents, interviewing prisoners and reading letters from prisoners in an effort to monitor ADC's compliance with the terms of the settlement.  After reviewing all of these sources of information, we determined that ADC was not complying with all of the terms of the settlement.  Accordingly, we filed a Motion to Enforce the Settlement on May 11, 2016.  On May 20, 2016, the Court ordered ADC to file a remedial plan related to several of the health care measures, which must lay out ADC's plan to fix the various deficiencies identified by the Court.  Defendants filed their remedial plan and must submit regular Status Reports to the Court regarding their progress under the plan.

With regard to the conditions in the maximum custody units, we have also found that Defendants are not in compliance with the terms of the settlement.  We served Defendants with a notice of non-compliance on July 7, 2016, stating that the procedures Defendants are using to measure compliance with the settlement are improper.  We also asserted that they have not been providing the amount of out-of-cell time prisoners are entitled to under the terms of the settlement and that seriously mentally ill prisoners are not receiving the additional mental health programming and time out-of-cell they should be receiving.  We recently went to mediation on these issue and and the parties are continuing to negotiate.

The settlement calls for ongoing monitoring by the prisoners' lawyers to make sure the state complies with its terms. We will tour

2

institutions, review documents including prisoners' health care files, and interview prisoners. We will use information we get from letters like yours to help us focus on system-wide or prison-wide problems.

To monitor ADC more effectively, we have divided monitoring duties with our co-counsel. Our co-counsel at the Prison Law Office monitors ADC's dental and medical care, and we monitor ADC's mental health care and conditions of confinement in isolation/max custody units. All or part of your letter raised concerns regarding dental or medical care. We forwarded to them a copy of your letter and any other documents you sent us, so that they can respond to you regarding those issues. In the future, if you have concerns regarding dental or medical care, please write them via Legal Mail at:

**AMERICAN CIVIL**
**LIBERTIES**
**UNION FOUNDATION**

> **Prison Law Office**
> **RE: Parsons v. Ryan**
> **General Delivery**
> **San Quentin, CA 94964**

The information you provide helps us learn what is happening in ADC's prisons so that we can hold ADC accountable and ensure that the terms of the settlement agreement are met. Thank you for your interest in the case, and we wish you the best.

Sincerely,

Amy Fettig
Deputy Director

Encl.

EXHIBIT

K



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services - Communique**

Rec'd:
3-3-17

| Inmate Name *(Last, First M.I.)*  Montoya, leroy | ADC Number  239002 |
|---|---|
| Facility  ASPC Lewis | Unit  Rast Max 4C315 |

### THE FOLLOWING RESULTS WERE NORMAL

[X] **LAB**

[ ] **X-RAY**

[ ] **EKG**

[ ] **PAP**

[ ] **MAMMO**

Comments  A1C  6.0  Prediabetic Range -

| Signature  E Baskas FNP | Date  02/27/2017 |
|---|---|

Submit HNR if additional information is requested.

1101-26
12/19/12

Distribution: White - Medical File; Yellow - Inmate

*E. Baskas NP*

**SECTION 2, PROGRESS NOTES**

EXHIBIT

L

COPY

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

OFFICE OF
MOHAVE COUNTY

JUN 29 2009

CRIMINAL JUSTICE
SERVICE

STATE OF ARIZONA,          )
                           )
          Plaintiff,       )
                           )
     vs.                   )   Cause No. CR-2007-0095
                           )
LEROY MONTOYA,             )
                           )
          Defendant.       )
                           )
---------------------------

Kingman, Arizona
May 13, 2009
9:50 a.m.

BEFORE:  The Honorable Lee F. Jantzen, Judge Pro Tempore

REPORTER'S TRANSCRIPT OF PROCEEDINGS
Jury Trial Day 2/Judgment & Sentencing of Prison

Reported by:    James A. Glover, RPR, Official Reporter
                Arizona Certified Reporter #50795

MOHAVE COUNTY SUPERIOR COURT, KINGMAN, ARIZONA

1   what became count 3 after the consolidation of the

2   second indictment of trafficking in stolen property in

3   the first degree.  It is the judgment of the court that

4   you are guilty of trafficking in stolen property in the

5   first degree.  It is a non-dangerous but repetitive

6   class 2 felony in violation of Arizona Revised Statutes

7   13-2307, 13-2301, 13-604, 13-701 and 13-801, and it

8   occurred between September 1st, 2006 and November 1st,

9   2006.

10          Mr. Montoya, I personally don't know how you have

11  kept what composure you have kept here, specially in the

12  last couple days.  You have, as you pointed out, been in

13  lock down for a long time, and I'm sure it has put you

14  in a position of having a completely different view of

15  all of this than we will ever have; and I -- I guess,

16  you know, I'll never been able to convince you that I

17  didn't intend or even think about making a joke out of

18  your last sentencing.  You can believe what you want,

19  but that is not what happened.

20          I -- I feel my hands are completely tied here

21  today.  I find that is aggravation in that the defendant

22  has the two prior felonies that are being used to make

23  this sentence repetitive, and there is at least one

24  prior felony beyond that.  The other felony that he was

25  found guilty of and sentenced for on April 17th occurred

MOHAVE COUNTY SUPERIOR COURT, KINGMAN, ARIZONA