IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | |
| v. | **MEDIATION ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Bridget S. Bade for mediation. (Doc. 1666.)  The parties have contacted the assigned magistrate judge's chambers and requested mediation regarding "Maximum Custody Performance Measure #9--All use of force incidents involving prisoners who are designated SMI or housed in Florence-CB-1 or CB-4; Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU); Perryville-Lumley SMA; or Phoenix (Baker, Flamenco, or MTU) conform to the policies for use of force set forth in paragraph 27 (a)-(e) of the Stipulation."  The parties represent that they have complied with the requirements of the Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a good faith effort to resolve their dispute informally." (Doc. 1185 at ¶ 30.)

Accordingly,

**IT IS ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Bridget S. Bade,

1  Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington
2  Street, Phoenix, Arizona, on **June 13, 2017** at **9:30 am**.  The Court has allocated a
3  minimum of two hours for the mediation; however, if meaningful progress is being made
4  the mediation will continue until either the compliance issues are resolved, or meaningful
5  progress is no longer being made.

6        Counsel will confer to jointly prepare materials to submit to the Mediator.  These
7  materials may include a joint memorandum, background documents, and underlying data
8  relevant to the disputed issues for the Mediation.  The parties shall submit this
9  information to the Mediator at least seven days before the Mediation.

10       The parties will limit attendance at the Meditation to three attorneys for Plaintiffs
11 (Ms. Maya Stock Abela, Ms. Kristin T. Eidenbach, and Ms. Amy B. Fettig), one attorney
12 for Defendants (Ms. Rachel Love), and two representatives from the Arizona Department
13 of Corrections (Mr. Carson McWilliams, Division Director, Offender Operations, and
14 Mr. Ernest Trujillo, Northern Region Operations Director, or another representative in
15 Mr. Trujillo's place if he is unable to attend).

16       All matters communicated expressly in confidence to the mediator will be kept
17 confidential and will not be disclosed to any other party.  At the conclusion of the
18 mediation, all documents submitted by the parties will be returned, destroyed, or
19 otherwise disposed of in the manner directed by the mediator.

20       Dated this 16th day of May, 2017.

_____
Bridget S. Bade
United States Magistrate Judge