Mister A McAdams*
A-44 Mail Slot: 63838
4374 E Butte Av
Florence, Arizona

   Attorney-Pro-Se
*Admitted pursuant to 28 U.S.C. §1654

FILED ☒  LODGED ☐
**May 18 2017**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF ARIZONA

Victor **PARSONS**; et alii, on behalf of themselves
and all others similarly situated, including Mister A
McAdams; and Arizona Center for Disability Law,
                                    Plaintiffs,
                          versus.
Charles L. **RYAN**; Director,
Arizona Department Of Corrections; and
Richard Pratt, Interim Division Director,
Division of Health Services, Arizona Department Of
Corrections, in their official capacities,
                                    Defendants.

CV 12 00601 PHX DJH (DKD)

NOTICE OF SUBSTANTIAL
NON-COMPLIANCE

1.  Plaintiff McAdams gives this Court notice of substantial non-compliance pursuant to 28 U.S.C. §1654 (June 25, 1948, c. 646, 62 Stat. 944; May 24, 1949, c. 139, §91, 63 Stat. 103) based upon Document Number 1185: **STIPULATION**, paragraph 30; and that appointed "Class Counsel" continues to burden-shift, as one legal group tells a client to contact another legal group within Class Counsel, then that Class Counsel tells a client to contact another legal group within Class Counsel, then that Class Counsel tells a client to contact another legal group within Class Counsel, and so on.

2.  Plaintiff McAdams alleges that Defendant Ryan and Defendant Pratt are non-compliant based upon the filing in McAdams, versus. Corizon Health, Inc., et alii, CV 16 00337 PHX SMM (DKD)[PS], and the following:

    a. Paragraph 11 provision under A.R.S. §32-1233 standards not utilized;

    b. Paragraph 12 provision of not offering (i) influenza vaccinations, (ii) chronic disease immunizations, and (iii) colorectal cancer screening; and

    c. Paragraph 13 provision of not implementing an A.R.S. §32-1233 standardized training program.

Executed this 15th day of the month of May in the year of 2017, c.e.

# CERTIFICATE OF SERVICE

I certify that, under USDC Dist. Az. GENERAL ORDER 14-17, I electronically transmitted the above document to the USDC Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

PRISON LAW OFFICE

- Donald Spector
- Alison Hardy
- Sara Norman
- Corene Kendrick
- Warren E. George

AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT

- David C. Fathi
- Amy Fettig
- Ajmel Quereshi

PERKINS COIE LLP

- Daniel C. Barr
- Amelia M. Gerlicher
- Kirstin T. Eidenbach
- John H. Gray
- Mattew B. du MEe
- Jerica L. Peters

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA

- Daniel Pochoda
- James Duff Lyall

JONES DAY

- Caroline Mitchell
- Amir Q. Amiri
- Dara Levinson
- John Laurens Wilkes
- Kamilla Mamedova
- Jennifer K. Messina
- Kevin Brantly

STRUCK, WIENEKE, & LOVE, P.L.C.

- Daniel P. Struck
- Kathleen L. Wieneke
- Rachel Love
- Timothy J. Bojanowski
- Nicholas D. Acedo
- Ashlee B. Fletcher
- Anne M. Orcutt
- Jacob B. Lee

ATTORNEY GENERAL FOR THE STATE OF ARIZONA

Mark Brnovich

OFFICE OF THE ATTORNEY GENERAL

- Michael E. Gottfried
- Lucy M. Rand