# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court is Prisoner Plaintiffs' Motion to Redact Confidential Information from the March 21, 2017 Transcript (Doc. 2028), and upon good cause appearing,

**IT IS ORDERED** granting Prisoner Plaintiffs' Motion to Redact Confidential Information from the March 21, 2017 Transcript (Doc. 2028).

Dated this 22nd day of May, 2017.

_____
David K. Duncan
United States Magistrate Judge