**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF KATHLEEN CAMPBELL, MBA, BSN, RN, CCHP-RN** |

I, **KATHLEEN CAMPBELL**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Program Evaluation Administrator (Contract Compliance) with the Health Services Monitoring Bureau for the Arizona Department of Corrections (ADC).

3. I am licensed as a registered nurse in Arizona, Illinois, and Hawaii.

4. I have worked for ADC for approximately nine years, first as a utilization review nurse, then as the statewide Director of Nursing. After healthcare was privatized, I became the clinical lead nurse supervisor and oversaw the audit nurses evaluating contract compliance.

5. In my current position, I supervise nine compliance monitors, monitor several statewide performance measures, and provide coverage for other monitors who are out on leave.

6. I, along with Vanessa Headstream and Richard Pratt, conduct the rebuttal process, whereby Corizon can challenge compliance findings made by the ADC monitors.

7. When Corizon challenges a compliance finding that has been entered by a monitor into the CGAR report, Ms. Headstream or I review the relevant documentation in eOMIS to determine whether the challenge is valid.

8. If we determine that the challenge is valid, I submit a ticket to the ADC IT Department by email requesting that they make a change to the CGAR report.

9. I have maintained a log of rebuttals submitted by Corizon since approximately September 2016.

10. To determine which performance measures were changed as a result of the rebuttal process prior to my creation of the rebuttal log, I could search my emails to the IT Department for the tickets I submitted, which will indicate which measures were changed.

11. In addition, each month I print a hardcopy of the entire CGAR report and place it into a binder. Any subsequent changes to the CGAR report are also placed into the binder.

12. I maintain a binder for each CGAR report dating back to the start of the Stipulation.

13. I am in almost daily contact with the Corizon site-level leadership regarding compliance issues I have found and suggested areas for improvement.

14. I advise the monitors I supervise to engage in the same process with the Corizon site-level leadership.

15. I am aware that other members of the monitoring bureau, including Vanessa Headstream, Dr. Chu, and Erin Barlund, likewise meet with Corizon (or Smallwood Prison Dental Services in the case of Dr. Chu) to discuss their compliance findings and ways to improve compliance.

16. I also attend, either telephonically or in person, nearly all of the meetings Richard Pratt has with the Corizon regional leadership regarding non-compliant performance measures and action plans for improving compliance.

17. Prior to using the Excel RAND function to randomize documents, the ADC monitors manually randomized source documents for use in monitoring the medical performance measures.

18. Each month, I provided the monitors with the parameters for randomizing the source documents for that month.

19. For example, in a given month, the monitors would be instructed to locate the first inmate number on the list ending in an odd number as the starting point and then to select every 10th record until ten records had been selected. The next month, the monitors would be instructed to locate the first inmate number on the list ending an in even number as the starting point and then to select every 10th record until ten records had been selected. In the next month, the monitors would be instructed to select every 20th record.

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed this 22 day of May, 2017.

_____
Kathleen Campbell

3