# TRANSCRIPT ORDER

AO 435
AZ Form (Rev. 1/2015)
Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

1. **NAME:** Timothy J. Bojanowski
2. **PHONE NUMBER:** 480-420-1600
3. **DATE:** 05/22/2017
4. **FIRM NAME:** Struck Wieneke & Love, PLC
5. **MAILING ADDRESS:** 3100 W. Ray Road, Ste. 300
6. **CITY:** Chandler
7. **STATE:** AZ
8. **ZIP CODE:** 85226
9. **CASE NUMBER:** 12-cv-00601
10. **JUDGE:** David K. Duncan
11. **DATES OF PROCEEDINGS:** 03/28/2017
12. 
13. **CASE NAME:** Parsons v. Ryan
14. **LOCATION OF PROCEEDINGS:** Phoenix
15. **STATE:** Arizona

16. **ORDER FOR:**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. **TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Evid. HR re Max Custody | 03/28/2017 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. **ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [x] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**E-MAIL ADDRESS:** epercevecz@swlfirm.com

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

19. **SIGNATURE:** /s/Timothy J. Bojanowski
20. **DATE:** 05/22/2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY