Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' NOTICE REGARDING PRINTING ELECTRONIC COMMUNIQUES FROM eOMIS** |

Pursuant to discussion during the May 10, 2017 Status Hearing and the May 10, 2017 Minutes of Proceedings (Dkt. 2061), Defendants Charles Ryan and Richard Pratt provide Notice to the Court that the ability to print electronic communiques directly from eOMIS to advise inmates of diagnostic test results is expected to go live on July 27, 2017. In the interim, following receipt of a Health Needs Request from an inmate seeking the results of his or her diagnostic or lab test(s), providers will write out a communique to the inmate, which will be delivered through the inmate mail system.   The hand-written communique will be scanned into eOMIS.   This procedure relates to Healthcare Performance Measure 47, which provides that "A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request." (Dkt. 1185-1 at 11.)

DATED this 24th day of May 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
　　　Daniel P. Struck
　　　Kathleen L. Wieneke
　　　Rachel Love
　　　Timothy J. Bojanowski
　　　Nicholas D. Acedo
　　　Ashlee B. Fletcher
　　　Anne M. Orcutt
　　　Jacob B. Lee
　　　Kevin R. Hanger
　　　STRUCK WIENEKE & LOVE, P.L.C.
　　　3100 West Ray Road, Suite 300
　　　Chandler, Arizona  85226

　　　Arizona Attorney General Mark Brnovich
　　　Office of the Attorney General
　　　Michael E. Gottfried
　　　Lucy M. Rand
　　　Assistant Attorneys General
　　　1275 W. Washington Street
　　　Phoenix, Arizona 85007-2926

　　　*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:   ahardy@prisonlaw.com

Amelia M. Gerlicher:   agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:   afettig@npp-aclu.org

Asim Varma:   avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:   cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:   ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:   dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:   dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:   jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:   jrico@azdisabilitylaw.org

Kathleen E. Brody   kbrody@acluaz.org

Kirstin T. Eidenbach:   kirstin@eidenbachlaw.com

Maya Abela   mabela@azdisabilitylaw.org

Rose Daly-Rooney:   rdalyrooney@azdisabilitylaw.org

Sara Norman:   snorman@prisonlaw.com

Sarah Eve Kader:   skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:   rlomio@prisonlaw.com

Victoria Lopez:   vlopez@aclu.org

1     I hereby certify that on this same date, I served the attached document by U.S.
2  Mail, postage prepaid, on the following, who is not a registered participant of the
   CM/ECF System:

3     N/A

4                                          /s/Daniel P. Struck

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28