Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>                                      Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>                                      Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DEFENDANTS' NOTICE REGARDING TRAINING FOR MENTAL HEALTH STAFF REGARDING SUICIDE WATCH ROUNDS** |

1  Defendants Charles Ryan and Richard Pratt provide Notice to the Court that
2  Corizon's Regional Mental Health Director, Dr. Lynn Calcote, and Associate Regional
3  Mental Health Director, Dr. Stephanie Leonard, have met in the past two weeks with all
4  Corizon clinical mental health staff, including mental health registered nurses, psych
5  associates, and psychologists who are involved in suicide and mental health watches
6  statewide to provide additional training relating to suicide risk and assessment and
7  provision of suicide and mental health watches. (Exhibit 1: Declaration of Lynn Calcote,
8  PhD at ¶ 3.)

9  The training sessions occurred at Arizona State Prison Complex (ASPC) Phoenix
10 on May 16, 2017, at ASPC Tucson on May 17, 2017, at ASPC Lewis and Perryville on
11 May 18, 2017, at ASPC Florence on May 19, 2017, at ASPC Eyman on May 22, 2017,
12 and at ASPC Yuma on May 23, 2017. (Id. at ¶ 4.) Mental health staff from ASPC
13 Douglas attended the training session at Phoenix, and mental health staff from Safford
14 attended the training session at Florence. (Id. at ¶ 5.) Dr. Calcote provided one-on-one
15 telephonic training for the mental health staff at Winslow on May 24, 2017. (Id. at ¶ 6.)
16 Dr. Calcote and Dr. Leonard additionally conducted one-on-one training sessions for
17 mental health staff who were unable to attend the complex training sessions. (Id. at ¶ 7.)

18 The training topics included assessment of need for suicide watches; suicide risk
19 factors; intake assessments; watch assessments; criteria for release from watches; suicide
20 watch follow-ups and treatment planning; clinical treatment of suicidal ideation/inspiring
21 hope; and documentation requirements for compliance with the Stipulation. (Id. at ¶ 8.)
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1

DATED this 24th day of May 2017.

        STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Kevin R. Hanger
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck