**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF LYNN CALCOTE, Ph.D.** |

I, **LYNN CALCOTE**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am a licensed psychologist and am currently the Regional Director of Mental Health and Vice President Behavioral Health – Arizona for Corizon Health ("Corizon").

3. Following the May 10, 2017 status hearing before Magistrate Judge Duncan in the *Parsons* case, I, along with the Associate Regional Mental Health Director, Dr. Stephanie Leonard, provided a series of training sessions with all mental health staff, including mental health registered nurses, psych associates, and psychologists, who are involved in suicide and mental health watches state-wide.

4. The trainings occurred at Arizona State Prison Complex (ASPC) Phoenix on May 16, 2017, at ASPC Tucson on May 17, 2017, at ASPC Lewis and ASPC Perryville on May 18, 2017, at ASPC Florence on May 19, 2017, at ASPC Eyman on May 22, 2017, and at ASPC Yuma on May 23, 2017.

5. Mental health staff from ASPC Douglas attended the training session at Phoenix, and mental health staff from Safford attended the training session at Florence.

6. I provided one-on-one telephonic training for the mental health staff at Winslow on May 24, 2017.

7. Dr. Leonard and I also conducted one-on-one training sessions for mental health staff who were unable to attend the complex training sessions.

8. The training topics included assessment of need for suicide watches; suicide risk factors; intake assessments; watch assessments; criteria for release from watches; suicide watch follow-ups and treatment planning; clinical treatment of suicidal ideation/inspiring hope; and documentation requirements for compliance with the Stipulation performance measures.

//
//

1

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 24ᵗʰ day of May, 2017.

_____
Lynn Calcote