1  MARK BRNOVICH
   ATTORNEY GENERAL

2
   Michael E. Gottfried, Bar No. 010623
3  Lucy M. Rand, Bar No. 026919
   Assistant Attorneys General
4  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
5  Telephone:   (602) 542-1610
   Fax:         (602) 542-7670
6  Michael.Gottfried@azag.gov
   Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Kevin R. Hanger, Bar No. 027346
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:   (480) 420-1600
   Fax:         (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 khanger@swlfirm.com
   *Attorneys for Defendants*

19

20              **UNITED STATES DISTRICT COURT**

21                   **DISTRICT OF ARIZONA**

22 Victor Parsons, *et al.*, on behalf of themselves    No. CV12-00601-PHX-DKD
   and all others similarly situated; and Arizona
23 Center for Disability Law,                           **DEFENDANTS' NOTICE OF**
                                          Plaintiffs,   **COMPLIANCE WITH ORDER**
24                v.                                     **(DOC. 2061)**

25 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
26 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
27 official capacities,
                                          Defendants.
28

Defendants hereby provide notice to the Court that on May 25, 2017, Defendants served upon Plaintiffs' counsel corrected lists of licensed and non-licensed mental health staff dated January 26, 2017, February 6, 2017, February 27, 2017, March 22, 2017, and April 4, 2017, as well as an updated list as of May 10, 2017.

RESPECTFULLY SUBMITTED this 25th day of May, 2017.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By: s/ Lucy M. Rand
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General

    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Kevin R. Hanger
    **STRUCK WIENEKE & LOVE, P.L.C.**
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 25, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  I also certify that I simultaneously effectuated service of the above document on the following parties via the ECF System:

Donald Specter:           dspecter@prisonlaw.com
Alison Hardy:             ahardy@prisonlaw.com
Sara Norman:              snorman@prisonlaw.com
Corene T. Kendrick:       ckendrick@prisonlaw.com
Rita Katherina Lomio:     rlomio@prisonlaw.com
**PRISON LAW OFFICE**

#5979218                          2

| | | |
|---|---|---|
| 1 | Kathleen E. Brody: | kbrody@acluaz.org |
| | **ACLU AZ** | |
| 2 | | |
| | David Cyrus Fathi: | dfathi@aclu.org |
| 3 | Amy Fettig: | afettig@aclu.org |
| | Jamelia Natasha Morgan: | jmorgan@aclu.org |
| 4 | Victoria Lopez: | vlopez@aclu.org |
| 5 | **ACLU-NATIONAL PRISON PROJECT** | |
| 6 | Daniel Clayton Barr: | dbarr@perkinscoie.com |
| | Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| 7 | John Howard Gray: | jhgray@perkinscoie.com |
| 8 | **PERKINS COIE, LLP** | |
| 9 | Caroline N. Mitchell: | cnmitchell@jonesday.com |
| | John Laurens Wilkes: | jlwilkes@jonesday.com |
| 10 | **JONES DAY** | |
| 11 | General: | phxadmin@azdisabilitylaw.org |
| 12 | Asim Dietrich | adietrich@azdisabilitylaw.org |
| | Sarah Eve Kader: | skader@azdisabilitylaw.org |
| 13 | Rose Ann Daly-Rooney | rdalyrooney@azdisabilitylaw.org |
| 14 | J.J. Rico | jrico@azdisabilitylaw.org |
| | Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| 15 | Maya Abela: | mabela@azdisabilitylaw.org |
| 16 | **ACDL** | |
| 17 | Kirstin Tekakawitha Eidenbach | Kirstin@eidenbachlaw.com |
| | **Eidenbach Law, P.L.L.C.** | |
| 18 | | |
| 19 | s/ Griselda Ybarra | |
| 20 | Legal Secretary to Lucy M. Rand | |

#5979218                                          3