Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS** |

LEGAL134077360.1

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the following deadlines:

1. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Appointment of Special Master [Doc. 2067];

2. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Evidentiary Hearings on Monitoring [Doc. 2068]; and

3. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Defendants' Response to Plaintiffs' Motion for Reconsideration of April 24, 2017 Order (Dkt. 2030) [Doc. 2074].

A proposed order is attached herein.

Dated this 26th day of May, 2017.

| **PRISON LAW OFFICE** | **STRUCK WIENEKE, & LOVE, P.L.C.** |
|---|---|
| By:  s/ Corene Kendrick<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email: dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* | By:  s/ Timothy J. Bojanowski<br>(with permission)<br>Daniel P. Struck<br>Kathleen L. Wieneke<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Fletcher<br>Anne M. Orcutt<br>Jacob B. Lee<br>Kevin R. Hanger<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@swlfirm.com<br>kwieneke@swlfirm.com<br>rlove@swlfirm.com<br>tbojanowski@swlfirm.com<br>nacedo@swlfirm.com<br>afletcher@swlfirm.com<br>aorcutt@swlfirm.com<br>jlee@swlfirm.com<br>khanger@swlfirm.com |

LEGAL134077360.1

| | |
|---|---|
| Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>   agerlicher@perkinscoie.com<br>   jhgray@perkinscoie.com | Arizona Attorney General Mark Brnovich<br>**OFFICE OF THE ARIZONA**<br>**ATTORNEY GENERAL**<br>Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia N. Morgan (N.Y. 5351176)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
   afettig@aclu.org
   jmorgan@aclu.org
   vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 11 | |
| 12 | By:   s/ Maya Abela |
| | Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927) |
| | 5025 East Washington Street |
| 14 | Suite 202 |
| | Phoenix, Arizona 85034 |
| 15 | Telephone:  (602) 274-6287 |
| | Email:    skader@azdisabilitylaw.org |
| 16 | |
| | adietrich@azdisabilitylaw.org |
| 17 | |
| | Rose A. Daly-Rooney |
| 18 | (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 19 | Jessica Jansepar Ross |
| | (Bar No. 030553) |
| 20 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 21 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 22 | Tucson, Arizona 85701 |
| | Telephone:  (520) 327-9547 |
| 23 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 24 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 25 | mabela@azdisabilitylaw.org |
| 26 | *Attorneys for Arizona Center for Disability Law* |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

                                                s/ C. Kendrick