1

2

3

4

5

6  UNITED STATES DISTRICT COURT

7  DISTRICT OF ARIZONA

8  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
   Dustin Brislan; Sonia Rodriguez; Christina
9  Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10 Hefner; Joshua Polson; and Charlotte Wells, on     **ORDER GRANTING**
   behalf of themselves and all others similarly      **STIPULATION FOR**
11 situated; and Arizona Center for Disability Law,    **EXTENSION OF TIME TO**
                                                       **FILE BRIEFS**
                    Plaintiffs,
12
          v.
13
   Charles Ryan, Director, Arizona Department of
14 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
15 Department of Corrections, in their official
   capacities,
16
                    Defendants.

17

18       This Court, having reviewed the Stipulation for Extension of Time to File Replies,

19 and finding good cause, hereby **GRANTS** the Stipulation.

20       1.    Plaintiffs shall have up to and including June 2, 2017 to file their Reply to

21 Defendants' Statement Regarding Appointment of Special Master [Doc. 2067];

22       2.    Plaintiffs shall have up to and including June 2, 2017 to file their Reply to

23 Defendants' Statement Regarding Evidentiary Hearings on Monitoring [Doc. 2068]; and

24       3.    Plaintiffs shall have up to and including June 2, 2017 to file their Reply to

25 Defendants' Statement Regarding Defendants' Response to Plaintiffs' Motion for

26 Reconsideration of April 24, 2017 Order (Dkt. 2030) [Doc. 2074].

27

28

134077643.1