# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed the Stipulation for Extension of Time to File Briefs (Doc. 2076), and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Appointment of Special Master (Doc. 2067);

2. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Evidentiary Hearings on Monitoring (Doc. 2068); and

3. Plaintiffs shall have up to and including June 2, 2017 to file their Reply to Defendants' Statement Regarding Defendants' Response to Plaintiffs' Motion for Reconsideration of April 24, 2017 Order (Doc. 2074).

Dated this 26th day of May, 2017.

_____
David K. Duncan
United States Magistrate Judge