UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER** |

Performance Measure 47 requires that "[a] Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request," at all ten ADC prisons. [Doc. 1185-1 at 11]  The Court previously found Defendants substantially noncompliant with PM 47 at all ten prisons on October 7, 2016.  [Doc. 1709 at 1]

This Court, having reviewed Plaintiffs' Response to Defendants' Notice Regarding Printing Electronic Communiques From eOMIS (Doc. 2072) and Request for Further Relief [Doc. ___], Defendants' Notice [Doc. 2072], and the transcript of the Court proceedings on May 10, 2017, finding good cause hereby **ORDERS** the following further relief to address Defendants' ongoing noncompliance with PM 47:

134077643.1

**IT IS ORDERED** that within seven (7) days of this Order, Defendants shall file with the Court a sworn declaration affirming upon personal knowledge that a member of the health care staff at each of the ten ADC prisons has been assigned the task of reviewing prisoner requests for the results of diagnostic studies, and the task of responding to these requests within the time frames required by PM 47.

**IT IS ORDERED** that seven (7) days after the filing of this declaration, and every seven (7) days thereafter, until further Order of the Court, Defendants shall file a report with the Court detailing, for each institution, how many requests for diagnostic test results were received in the preceding 8 to 14 days. This report shall include the date of the prisoner's request, a description of the type of diagnostic procedure, and the date of the response/communique. To the extent any requests were not responded to in a timely manner, or did not receive a response at all, Defendants shall provide an explanation why the response was not made or was not timely. Defendants shall provide the following information for each prison, filed publicly in the following format:

| Request No. | Date of Request | Description of Diagnostic Procedure | Date of Response | Reason for Delay or Nonresponse (If any) |
|---|---|---|---|---|
| | | | | |
| | | | | |

Defendants shall, at the same time, file under seal a key that lists the prisoners' names and ADC numbers, associated with each Request Number.

134077643.1                                         -2-