## **Index of Exhibits**

Exhibit 1    Declaration of Winfred Williams, M.D. (filed under seal);

Exhibit 2    Declaration of Richard Pratt;

Exhibit 3    Electronic correspondence exchange between Don Specter and Daniel Struck regarding Shawn Jensen (filed under seal); and

Exhibit 4    Electronic correspondence exchange with Plaintiffs' counsel on May 30-31, 2017 regarding Shawn Jensen (filed under seal).

# EXHIBIT 1

# FILED UNDER SEAL