Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>          Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>          Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING CURRENT PERCENTAGE COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 2030]** |

The following status report provides the March 2017 CGAR results for the following Health Care Performance Measures ("HCPM") that are before this Court pursuant to Court Order (Dkt. 2030): 35, 39, 40, 44, 45, 50, 51, 52, and 94.

**HCPM No. 35:** *All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.* (Eyman, Florence, Lewis, Phoenix, Tucson)

| Prison Complex | March 2017 |
|---|---|
| Eyman | 19% |
| Florence | 56% |
| Lewis | 66% |
| Phoenix | 38% |
| Tucson | 28% |

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Yuma)

| Prison Complex | March 2017 |
|---|---|
| Yuma | 86% |

**HCPM No. 40:** *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.* (Eyman, Tucson)

| Prison Complex | March 2017 |
|---|---|
| Eyman | 46% |
| Tucson | 100% |

/ / /

/ / /

/ / /

1

**HCPM No. 44:** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.* (Eyman, Florence, Lewis)

| Prison Complex | March 2017 |
|---|---|
| Eyman | 50% |
| Florence | 100% |
| Lewis | 94% |

**HCPM No. 45:** *On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.* (Lewis, Tucson)

| Prison Complex | March 2017 |
|---|---|
| Lewis | 68% |
| Tucson | 97% |

**HCPM No. 50:** *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.* (Florence)

| Prison Complex | March 2017 |
|---|---|
| Florence | 59% |

**HCPM No. 51:** *Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.* (Eyman, Florence, Tucson)

| Prison Complex | March 2017 |
|---|---|
| Eyman | 80% |
| Florence | 87% |
| Tucson | 76% |

**HCPM No. 52:** *Specialty Consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.* (Florence, Perryville, Tucson)

| Prison Complex | March 2017 |
|---|---|
| Florence | 52% |
| Perryville | 95% |
| Tucson | 85% |

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Perryville)

| Prison Complex | March 2017 |
|---|---|
| Perryville | 93% |

DATED this 31st day of May, 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Timothy J. Bojanowski
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Kevin R. Hanger
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926
    ***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

4

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

5