1   Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone: (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
7   *similarly situated*

8   **[ADDITIONAL COUNSEL LISTED BELOW]**

9   Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
12  Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
13  *Attorneys for Plaintiff Arizona Center for Disability*
    *Law*
14
    **[ADDITIONAL COUNSEL LISTED BELOW]**
15
                    UNITED STATES DISTRICT COURT
16
                         DISTRICT OF ARIZONA
17

18  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF**
20  Hefner; Joshua Polson; and Charlotte Wells, on       **DONALD SPECTER IN**
    behalf of themselves and all others similarly        **SUPPORT OF PLAINTIFFS'**
21  situated; and Arizona Center for Disability Law,     **REPLY IN SUPPORT OF**
                                                         **STATEMENT REGARDING**
22              Plaintiffs,                               **THE APPOINTMENT OF A**
                                                         **SPECIAL MASTER OR**
23       v.                                              **COURT EXPERT**
                                                         **(DOC. 2043)**
    Charles Ryan, Director, Arizona Department of
24  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
25  Department of Corrections, in their official
    capacities,
26
                Defendants.
27

28

I, Donald Specter, declare:

1.   I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am the Executive Director of the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.   I have been an attorney of record in *Armstrong*, Case No. C94-2307-CW, since it was filed in the Northern District of California, on behalf of a class of California prisoners with physical disabilities, against the California Governor and state prison officials.

3.   Attached herein as **Exhibit 1**, is a true and correct copy of the *Armstrong* district court's April 20, 2007 Order to Show Cause, docketed in the federal court's electronic case filing system as Docket 1071. In it, District Judge Claudia Wilken informs the parties that she was considering appointing a Rule 706 expert to assist her with regard to several areas in which defendants were not complying with the remedial plan and court orders.

4.   Attached herein as **Exhibit 2**, is a true and correct copy of the opposition filed by defendants on April 30, 2007, opposing the appointment of a Rule 706 expert, filed at Docket 1073.

5.   Attached herein as **Exhibit 3**, is a true and correct copy of the order issued by Judge Wilken on April 30, 2007, ordering that she will appoint a Rule 706 expert, and directing the parties to meet and confer to identify the individual they agree upon, filed at Docket 1075. The parties met-and-conferred pursuant to her instructions, but were unable to agree upon who the expert should be. Each side then submitted a list of candidates for Judge Wilken to review and vet herself.

6.   On June 11, 2007, Judge Wilken issued her final order appointing Edward Swanson as the Rule 706 expert, and allocating all expenses to Defendants, which is published as *Armstrong v. Schwarzenegger*, 2007 WL 1687776 (N.D. Cal. June 11, 2007).

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed the 2nd day of June, 2017, in Berkeley, California.

3

4                                              s/ Donald Specter
                                              Donald Specter

5

6    **ADDITIONAL COUNSEL**                   Donald Specter (Cal. 83925)*
                                              Alison Hardy (Cal. 135966)*
7                                             Sara Norman (Cal. 189536)*
                                              Corene Kendrick (Cal. 226642)*
8                                             Rita Lomio (Cal. 254501)*
                                              **PRISON LAW OFFICE**
9                                             1917 Fifth Street
                                              Berkeley, California 94710
10                                            Telephone:  (510) 280-2621
                                              Email:    dspecter@prisonlaw.com
11                                                      ahardy@prisonlaw.com
                                                        snorman@prisonlaw.com
12                                                      ckendrick@prisonlaw.com
                                                        rlomio@prisonlaw.com

13                                            *Admitted *pro hac vice*

14                                            David C. Fathi (Wash. 24893)*
                                              Amy Fettig (D.C. 484883)**
15                                            Jamelia Morgan (N.Y. 5351176)**
                                              Victoria Lopez (Ill. 6275388)*
16                                            **ACLU NATIONAL PRISON
                                              PROJECT**
17                                            915 15th Street N.W., 7th Floor
                                              Washington, D.C. 20005
18                                            Telephone:  (202) 548-6603
                                              Email:    dfathi@npp-aclu.org
19                                                      afettig@npp-aclu.org
                                                        jmorgan@aclu.org
20                                                      vlopez@aclu.org

21                                            *Admitted *pro hac vice*.  Not admitted
                                               in DC; practice limited to federal
22                                             courts.
                                              **Admitted *pro hac vice*
23
                                              Kirstin T. Eidenbach (Bar No. 027341)
24                                            **EIDENBACH LAW, PLLC**
                                              P. O. Box 91398
25                                            Tucson, Arizona 85752
                                              Telephone:  (520) 477-1475
26                                            Email:    kirstin@eidenbachlaw.com

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                                               Sarah Kader (Bar No. 027147)

Asim Dietrich (Bar No. 027927)

**ARIZONA CENTER FOR DISABILITY LAW**

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**

177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf