## Index of Exhibits to Declaration
## of Donald Specter

Exhibit 1  True and correct copy of the *Armstrong* district court's April 20, 2007 Order to Show Cause

Exhibit 2  True and correct copy of opposition filed by defendants on April 30, 2007 in *Armstrong*

Exhibit 3  True and correct copy of order issued by Judge Wilken on April 30, 2007 in *Armstrong*

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. C 94-2307 CW

ORDER TO SHOW CAUSE RE: APPOINTMENT OF COURT EXPERT

    On April 19, 2006, the undersigned attended a conference with the judges and court representatives for Coleman v. Schwarzenegger, 90-0520 (E.D. Cal.), Plata v. Schwarzenegger, 01-1351 (N.D. Cal.), and Perez v. Tilton, 05-5241 (N.D. Cal.) to discuss coordination of the remedial processes underway in each case. Based upon that meeting and concerns expressed by the parties at the March 23, 2007 status conference, the Court believes that it would be useful to appoint an expert to facilitate coordination with the Special Master in Coleman, the Receiver in Plata and the Court Experts in

<u>Perez</u>. The court representatives in those cases are scheduled to meet again on May 15, 2007.

Accordingly, the Court orders the parties to meet and confer and to submit their respective positions on this issue by April 30, 2007. The parties may offer alternatives to the appointment of a Court Expert and shall submit a proposal for an appropriate process to select a court representative.

IT IS SO ORDERED.

Dated: 4/20/07

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2

# Exhibit 2

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5577
 Fax: (415) 703-5843
 Email: Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHWARZENEGGER, et al.,<br><br>Defendants. | C 94 2307 CW<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: APPOINTMENT OF COURT EXPERT**<br><br>Hearing:<br>Time:<br>Courtroom:<br>Judge:   The Honorable Claudia Wilken |

## INTRODUCTION

On April 20, 2007, the Court entered an Order to Show Cause Regarding Appointment of a Court Expert to facilitate coordination with the Special Master in *Coleman*, the Receiver in *Plata*, and the Court Experts in *Perez*. The Court ordered the parties to submit their respective positions by April 30, 2007, and indicated that the parties may offer alternatives to the appointment of a Court Expert.

///

Defs.' Resp. OSC Re Appointment Ct. Expert     *Armstrong, et al. v. Schwarzenegger, et al.*
                                                                  C 94 2307 CW

1

## DEFENDANTS' POSITION

Defendants agree that the appointment of a neutral in this case is appropriate. Defendants approve of the appointment of a Court Expert, but suggest the appointment of a Special Master instead. Defendants believe a Special Master is more appropriate to facilitate coordination of legal issues and compliance with the existing remedial plans.

If the Court decides to order appointment of a court representative, Defendants request that the Court clarify the role of the representative, and give the parties thirty days after entry of such order to providing briefing on the appropriate role. Defendants propose an additional thirty days after briefing to complete the following selection process: 1) the parties will meet and confer to try to reach agreement on a representative; 2) if the parties cannot reach an agreement, each party will submit the names of three potential representatives to the other side; 3) each party can strike one name from the opposing side's list; and 4) the remaining four names will be submitted to the Court for final selection.

Dated: April 30, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/

JENNIFER J. NYGAARD
Deputy Attorney General
Attorneys for Defendants

20086171.wpd
CF1997CS0005

Defs.' Resp. OSC Re Appointment Ct. Expert       *Armstrong, et al. v. Schwarzenegger, et al.*
                                                                      C 94 2307 CW

Case 4:94-cv-02307-CW    Document 1073    Filed 04/30/2007    Page 3 of 5

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:    **J. Armstrong v. Schwarzenegger, et al.**                                No.:**C 94 2307 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require **manual** noticing)

On April 30, 2007, I served the following documents:

DEFENDANTS' RESPONSE TO COURT'S
ORDER TO SHOW CAUSE RE; APPOINTMENT OF COURT EXPERT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

### Manual Notice List

Elaine Feingold, Esq.
Elaine B. Feingold Law Offices
1524 Scenic Avenue
Berkeley, CA 94708

Anne Hanson Mania, Esq.
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94014

Jennifer A. Jonak, Esq.
Bingham McCutchen - San Francisco
Three Embarcadero Center
San Francisco, CA 94111

## Electronic Mail Notice List

I have caused the above-mentioned document to be electronically served on the following persons, who are currently on the list to receive e-mail notices for this case:

- **Gregg McLean Adam, Esq**
  gadam@cbmlaw.com joliker@cbmlaw.com

- **Christine Albertine**
  christine.albertine@ccpoa.org

- **Holly Baldwin**
  hbaldwin@rbg-law.com pderrico@rbg-law.com

- **Michael William Bien**
  mbien@rbg-law.com smillham@rbg-law.com

- **Ernest James Galvan**
  egalvan@rbg-law.com kle@rbg-law.com

- **Warren E. George**
  warren.george@bingham.com

- **Gay Crosthwait Grunfeld**
  ggrunfeld@rbg-law.com

- **Shawn Hanson**
  shanson@jonesday.com lfrancegorn@jonesday.com

- **Arlene Brynne Mayerson**
  AMayerson@dredf.org NBolster@dredf.org

- **Paul B. Mello**
  pmello@hansonbridgett.com
  JNicolini@hansonbridgett.com;CalendarClerk@hansonbridgett.com

- **Caroline N. Mitchell**
  cnmitchell@jonesday.com mlandsborough@jonesday.com;ybennett@jonesday.com

- **Sara Linda Norman**
  snorman@prisonlaw.com

- **Donald Specter**
  dspecter@prisonlaw.com edegraff@prisonlaw.com

- **Jennifer Spencer Stoughton**
  jstoughton@cbmlaw.com

2

- **Benjamin C. Sybesma**
  ben.sybesma@ccpoa.org

- **Amy Elizabeth Whelan**
  awhelan@rbg-law.com

- **Ronald Yank, Esq**
  ryank@cbmlaw.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 30, 2007, at San Francisco, California.

_____        _____
         S. L. Redd                              Signature
         Declarant

CF1997CS0005
20086229.wpd

3

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER RE:<br>APPOINTMENT OF<br>COURT EXPERT |

On April 20, 2007, the Court entered an order to show cause regarding appointment of a Court Expert to facilitate coordination of the remedial processes in this case, Coleman v. Schwarzenegger, 90-0520 (E.D. Cal.), Plata v. Schwarzenegger, 01-1351 (N.D. Cal.), and Perez v. Tilton, 05-5241 (N.D. Cal.). The parties have met and conferred and filed their respective positions.

Defendants agree that appointment of a representative is appropriate but suggest that the Court appoint a Special Master instead of a Court Expert. Plaintiffs argue, and the Court agrees,

1 that appointment of a Special Master is not appropriate and would
2 not be effective given the restrictions placed on them by the
3 Prison Reform Litigation Act. See 18 U.S.C. 3626(f)(6).
4 Plaintiffs support the appointment of a Court Expert.
5      The parties shall meet and confer regarding candidates for the
6 position, a proposal for briefing the Court Expert on the case and
7 a proposed order outlining the Court Expert's duties.  If the
8 parties are unable to agree on an individual for the position, each
9 party shall submit the names of three potential candidates to the
10 other party, each party will have the opportunity to strike one
11 name from the opposing party's list, and the remaining four names
12 will be submitted to the Court for final selection.  The parties
13 shall file a joint statement within thirty days of the date of this
14 order.

16      IT IS SO ORDERED.

18 Dated: 4/30/07

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2