THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LR 5.4, 7.1(a)(i)(2)(3)
(Rule Number/Section)

To: Magistrate Judge David K. Duncan  
From: LeRoy Montoya #238802  
Re: Copy of Parsons v. Ryan lawsuit

4-14-17

RECEIVED
MAY 31 2017
DAVID K. DUNCAN

Good morning. My name is LeRoy Montoya and i am presently incarcerated in an Arizona State prison. I have been trying to review a complete copy of the Parsons v. Ryan lawsuit, however, ADC does not have a complete copy - only a limited amount of the Parsons v. Ryan lawsuit.

I have been instructed by A. Hartzell (librarian), Julia Erwin (Legal Access monitor), D.W. Wayne Mooney, and C. McWilliams (Division Director), to make my request & copy of the Parsons v. Ryan to this court? see: Exhibit A.

I am indigent and i would like to request a complete copy of the Parsons v. Ryan (i.e. CV 12-00601-PHX-DJH) lawsuit?

I do appriciate your time & help.

Thank you
Respectfully submitted

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 31 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# Exhibit A

To: Mr. Harrzell (librarian)                    12-16-16
From: LeRoy Montoya #238802
Re: Parsons v. Ryan


    Good morning. I was told by ACLU that ADOC libraries have a complete copy of the lawsuit Parsons v. Ryan (no. CV 12-00601-PHX-DJH)?

    Could I please review:

1. Motion to Enforce the Settlement on May 11, 2016.
2. States motion of remedial plan.
3. Notice of non-compliance on July 7, 2016 filed by ACLU.
4. Declaration of Donald Spector in support of Plaintiff's motion for award of Attorney's fees and Non-Taxable cost (dated 12-16-14).

And, 5. Copy of expert reports (4) (Doc. 292, Exs. B-E; Doc. 1104, Exs. 1-21; Doc. 1138, Exs. 1, 6, 7, 9).


                                        Thank you

                                        [signature]

This is what ADOC has in Rasr max. library regarding Parsons v. Ryan!   12-23-16

1) Stipulation 10-9-14
2) Declaration of Donald Specter in support of Plaintiffs' Motion For Award of Attorneys' fees and Non-Taxable Costs = 12-16-14
3) Plaintiffs' motion And memorandum in support of motion For Award of Attorneys Fees And Non-Taxable Expenses = 12-16-14
4) [Proposed] order Granting Plaintiff's motion For Award of Attorneys' Fees And Non-Taxable Costs = 2-24-15
5) Order Re: Settlement = 2-18-15   And,
6) Fairness Hearing = 2-18-15 (1:34 pm)

To: Director Ryan                                    12-25-16
From: LeRoy Montoya #238802
Re: Parsons v. Ryan (3-22-12)

      Good morning. I sent a kite to Mr. Hartzell (librarian) on 12-16-16 for a complete copy of the lawsuit, Parsons v. Ryan (no. CV 12-00601-PHX-DJH) to review and to review:

✓ 1. Motion to Enforce the settlement on May 11, 2016.
✓ 2. States motion of remedial plan.
✓ 3. Notice of non-compliance on July 7, 2016 - filed by ACLU.
   4. Declaration of Donald Spector in support of Plaintiff's Motion for award of Attorney's fees and non-taxable cost (dated 12-16-14). And,
   5. Copy of expert reports (4) (Doc. 292, Exs. B-E; Doc. 1104, Exs. 1-21; Doc. 1138, Exs. 1, 6, 7, 9).

      Mr. Hartzell brought me on 12-23-16 "Parsons v. Ryan - All sections" (i.e. Rast max. library check out receipt). This is what ADOC Rast max. library had.

   1. Stipulation = 10-9-14
   2. Declaration of Donald Spector in support of Plaintiffs' motion For Award of Attorneys' fees and Non-Taxable Costs = 12-16-14
   3. Plaintiffs' motion And memorandum in support of

(1)

motion For Award of Attorneys Fees And Non-Taxable Expense's = 12-16-14

4. [Proposed] order Granting Plaintiff's motion For Award of Attorneys' fees And Non-Taxable Costs = 2-24-15.

5. Order Re: Settlement = 2-18-15

And,  6. Fairness Hearing = 2-18-15 (1:34pm).

Mr. Ryan you are the Director of the ADC and you are responsible for establishing, monitoring, and enforcing overall (i.e. including everything) operations, policies, and practices of the Arizona state prison system! You are also responsible (i.e. liable to be called upon to answer for one's acts or decisions) for decisions concerning staff hiring, prison paralegal (Betty Ulibarri-Ruiz), legal access monitor, legal service unit, General Counsel, supervision, deployment, and training that directly affect prisoners and the Arizona state prison system!

That being said, i am requesting that Lewis complex, Rast max. library have per: Judges order, D.O. policy and Channel 13 (Prison T.V. channel) a complete copy of Parsons V. Ryan (dated 3-22-12) et al., including:

1. Class Action Complaint for Injunctive And Declaratory Relief?
2. All Judges orders (i.e. 3-5-13), etc., etc.?
3. All other motions from Plaintiff's & Defendants; etc.?

②

4. All other Notices, Declaration's, response's, repl's, etc.?
5. Motion To Enforce The settlement on May 11, 2016?
6. States motion of remedial Plan?
7. Notice of Non-compliance on July 7, 2016?
And,  8. All copies of expert reports, etc.?

"At all times relevant hereto, you have acted under color of state law!"

Mr. Ryan, if you choose not To respond To this letter and/or by your silence, I will accept it as your guilt (i.e. The fact of having committed an offense esp. against the law; blameworthiness) and that you are fully responsible as Director of ADC!

Respectfully submitted This 25th. day of December 2016
12-25-16

LeRoy Montoya

Sworn to and subscribed before me This 28th day of December, 2016; by LeRoy Montoya

by: 

Notary Public

OFFICIAL SEAL
ALLEN W. HARTZELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 28, 2019

Seal

③

CC: TO:

Governor Doug Ducey
Ms. Lucy M. Rand (Asst. AZ. Attorneys' General)
Daniel P. Struck (Attorney)
U.S. Magistrate Judge David K. Duncan
Brad Keogh (General Counsel)
Matthew Balkierra (Corizon Attorney)
Corizon - Arizona (Tempe)
Corizon Health Corporate office (Brentwood, TN.)
Richard Pratt (Asst. Director Health Services Contract Monitoring)
ACLU Foundation of Arizona (Daniel J. Pochoda)
Prison Law office (Corene Kendrick)
Warden Moody

(4)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Response

Rec'd. 12-29-16

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| MONTOYA | 238802 |

| Institution/Unit |
|---|
| ASPC LEWIS / RAST MAX |

TD DM

| From | Location |
|---|---|
| COIII MOUA / 4C CLUSTER | 4C3-15 |

PROVIDING A RESPONSE TO THE INMATE WITHIN 15 WORK DAYS, EXCLUDING HOLIDAYS, USING THE INMATE INFORMAL COMPLAINT RESPONSE:

This is in response to your Inmate Informal Complaint Resolution dated   12/26/16
PER -   COPY OF PARSONS V RYAN IN LIBRARY

YOUR ISSUE HAS BEEN REVIEWED.
ATTACHMENT A OF DO 902 DOES NOT SHOW PARSONS V RYAN AS TO BEING AVAILABLE.

YOU MAY REQUEST DO 902 TO REVIEW.

End of response.

| Staff Signature | Date |
|---|---|
| COIII MOUA 9499 | 12/29/16 |

**Department Order 902 – Attachment A: LEGAL TEXTS AND RESOURCE MATERIAL**
** The following legal texts and legal resource material are divided into individual sections as booklets. If you are unsure which section you need, please request the "TABLE OF CONTENTS" for that particular legal text resource.

1. Arizona Revised Statutes (non-annotated) – complete set
2. Arizona Revised Statutes (annotated) (ARS 13 **ONLY**), Volumes 5, 5A, 5B, and 5C
3. Arizona Rules of Court – State
4. Arizona Rules of Court – Federal
5. Federal Civil Judicial Procedures and Rules
6. Federal Criminal Code and Rules
7. Complete set of Department Orders (General Access Department Orders *only*)
8. Classification Manual
9. U.S. Code: 28 U.S.C. Section 2254
10. U.S. Code: 42 U.S.C. Sections 1981 through 42 U.S.C. Section 2000e-1
11. Black's Law Dictionary  (**List the terms that you need definitions for**)
12. Rights of Prisoners, 4th Edition
13. The Law and Policy of Sentencing and Corrections in a Nutshell, 9th Edition
14. Postconviction Remedies (Means)
15. U.S. Constitution and Arizona Constitution
16. Arizona Legal Forms Book – Criminal Procedure
17. Lewis v. Casey
18. Prisoner's Handbook (Rule 32) (Petitions for Post-Conviction Relief)
19. The Civil Rights of Institutionalized Persons Act (CRIPA) settlement agreement (Female units/Rast Max only)

NOTE: Any deletions or additions to the above list will be subject to the approval of the Director of the Department of Corrections.

**Department Order 902 – Attachment B: COURT FORMS PACKETS**
** The following court documents and forms are available. As per D.O. 902.06 – All inmates shall be responsible for payment for all copies including the forms listed below. (If we verify that this is your first time to request a particular form, there will be no charge.)

1. Arizona State Courts – Self-Help Resources
2. Federal Section 1983 Forms Packet (Civil Rights Complaint)
3. Federal Petition for Writ of Habeas Corpus by a Person in State Custody Forms Packet
4. State Notice of Post-Conviction Relief (Pursuant to Rule 32 of the Rules of Criminal Procedure)
5. State Notice of Appeal from Superior Court
6. State Petition for Post-Conviction Relief (Pursuant to Rule 32 of the Rules of Criminal Procedure)
7. State Request for Preparation of Post-Conviction Relief Record
8. State Court Complaint
9. Petition for Review, Arizona Rules of Criminal Procedure, Rule 31.19[a]
10. Petition for Review, Arizona Rules of Criminal Procedure, Rule 32.9[c]
11. Petition for Review, Arizona Rules of Criminal Procedure, Rule 31.19 & 32.9[g]
12. State and Federal Notice of Change of Address Forms
13. State Certificate of Compulsory Arbitration
14. State Deferral or Waiver of Court Fees and Costs (State) Forms
15. State Deferral or Waiver of Appellate Court Fees and Costs Forms
16. Mandatory Civil Cover Sheet

**NOTES:**
1. Paralegal Assistance Form is to be used only for requesting assistance with preparations of initial pleadings or petitions for filing with the courts (Civil Rights Complaints, Habeas Corpus, Post-Conviction Relief, etc.).
2. If you DO NOT have money in your account, all Qualified Legal copies MUST be reviewed and approved by the paralegal. If you HAVE money, copies may be made but must be of LEGAL content only. The Librarian will come to your cell to pick up your copy work. Copies are processed once a week and delivered the next week.
3. Inmates that are currently involved in legal work and do not have funds to purchase legal supplies from the inmate store may request them through the library. All legal supplies MUST be approved by the Paralegal. Please be patient as this process typically takes two to three weeks until delivery.
4. If you have funds to pay for notary service, the Librarian will come to your cell to notarize your documents. If you do not have funds, the Librarian will pick up your documents to be reviewed by the Paralegal for approval. Disapproved documents will be returned to you unprocessed.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

Rec'd. 1-13-17

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| MONTOYA, LEROY | 238802 |

| INSTITUTION/UNIT |
|---|
| ASPC LEWIS / RAST MAX UNIT 4C3-15 |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| A. HARTZELL   LIBRARIAN II | RAST MAX RESOURCE CENTER |

This is in response to your Inmate Letter of 24 December 2016. I had to wait to hear from the Legal Access Monitor, Julia Erwin, befroe I could respond to the letter.

Per Julia Erwin:

I've received confirmation that only the Stipulation and Exhibits are to be provided to the inmates. If the inmate have any other questions regarding this matter they can write to the courts. Please remove documents other than the Stipulation and Exhibits.

[Handwritten annotations: "wow!" "per. Julia Erwin — That is what Hartzell told me. I asked why? He said to kite Julia Erwin."]

Thank you.

Julia Erwin
Legal Access Monitor

End of Response.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 01/12/2017 |

Distribution: Original – Master File
Copy - Inmate

916-2(e)
5/14/12

Rec'd. 1-22-17

# ARIZONA DEPARTMENT OF CORRECTIONS
## Arizona State Prison Complex-Lewis
## Rast Unit

### Inmate Grievance Response

Case Number: L21-018-017

Inmate Name: MONTOYA, LEROY 238802   Locations: 4C3-15

Summary of Inmate Grievance: You state Rast Max library does not have the complete copy of Parson Vs Ryan. You claim you have sent inmate letter to Library Hartzell and paralegal Ulibarri-Ruiz with no help.
Your proposed resolution is for Rast Max to provide you the complete copy of Parson Vs Ryan so you can review it.

Explanation of Informal and Grievance Coordinator Investigation: Librarian Hartzell was contacted and verified the following; the Legal Access monitor confirmed the inmate population is to be provided the following upon request, settlement stipulations and exhibits as well as the Order and fairness hearing transcripts (redacted). If the inmate population has any other questions regarding this matter they are advised to contacted the courts.

Deputy Warden's Response: Based on the information provided this matter is resolved.

Deputy Warden Wayne Mooney

1/20/2017
Date



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter Response

Recd. 2-3-17

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| | |
|---|---|
| **INMATE NAME** (Last, First M.I.) (Please print) <br> Montoya, Leroy | **ADC NUMBER** <br> 238802 |
| **INSTITUTION/UNIT** <br> ASPC-Lewis, Rast Max Unit    4C3-15 | |
| **FROM** (Last, First M.I.) (Please print) <br> C. McWilliams, Division Director | **LOCATION** <br> Offender Operations |

I am in receipt of your Inmate Letter to Director Ryan, dated December 25, 2016. Your letter has been forwarded to me for response on his behalf.

Rast Administration was contacted regarding your concerns and was asked to investigate your issues. You stated that the Rast Max library does not have a complete copy of the Parsons v. Ryan Class Action Complaint, to include all judges' orders, motions, responses, etc.

According to the Rast Max Librarian, the Stipulation, its Exhibits and the Order and Fairness Hearing Transcript are available for review. To review these documents, you must submit a request to check out a copy of the Parsons v. Ryan documents. If you wish to review additional documents, you must contact the courts to obtain them.

In the future, these types of issues should be addressed through your unit administration to allow them the opportunity to respond to and/or resolve your issues.

cc: Rast Unit

CLR 2017 125 93282753

**STAFF SIGNATURE** W Dr McWilliams

**DATE** (mm/dd/yyyy) 2-1-17

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12

ATTACHMENT

Rec'd. 2-28-17

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Montoya, Leroy | 238802 |

Institution/Unit
ASPC Lewis- Rast Max

| From | Location |
|---|---|
| J. Erwin, Legal Access Monitor | CO |

I've recently been in receipt of your letter dated December 23, 2016, regarding complete copies of the Parsons v. Ryan lawsuit. The Stipulation (and Order approving the Stipulation) does not require ADC to make all documents filed in this litigation available to inmates. If you would like documents pertaining to this litigation, you can request them from your attorney.

Staff Signature: *[signature]*

Date: 2/16/17

Distribution: Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
5/13/10

To: Chris Stavris                                              4-19-17
From: LeRoy Montoya #238802
Re: Attachment

    Good morning. I have a question? The prison library does not have a complete copy of the Parsons v. Ryan lawsuit (i.e. CV 12-00601-PHX-DJH). I have written the Director, Julia Erwin, Courtney Glynn, Brad Keogh (ADC-General Counsel), Betty Ulibarri-Ruiz (paralegal) & Allen Hartzell (librarian) & everyone tells me to contact my attorney.

    Chris, Julia Erwin is an attorney, the one who wrote the attach document to this letter and she said to contact you.

    Chris, may I request a complete copy of the Parsons v. Ryan lawsuit (i.e. CV 12-00601-PHX-DJH). If you cannot help me can you tell me why?

    Thank you