**Index of Exhibits to**
**Declaration of Corene Kendrick**

Exhibit 1     True and correct copy of Defendants' Proposed Agenda for the March 8, 2017 Evidentiary Hearing

Exhibit 2     True and correct copy of certain pages from the monthly CQI committee report for ASPC-Florence, for a meeting held on February 2, 2017

Exhibit 3     True and correct copy of certain pages from the monthly CQI committee report for ASPC-Douglas, for a meeting held on February 14, 2017

Exhibit 4     True and correct copy of certain pages from the monthly CQI committee report for ASPC-Yuma, for a meeting held on February 16, 2017

# Exhibit 1

## Corene Kendrick

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Tuesday, March 07, 2017 4:26 PM |
| **To:** | duncan_chambers@azd.uscourts.gov |
| **Cc:** | Sarah_Selzer@azd.uscourts.gov; armida_herrera@azd.uscourts.gov; Alison Hardy (ahardy@prisonlaw.com); agerlicher@perkinscoie.com; aamiri@jonesday.com; Amy Fettig (afettig@aclu.org); Varma, Asim (avarma@azdisabilitylaw.org); Asim Dietrich; cnmitchell@jonesday.com; Corene Kendrick; dbarr@perkinscoie.com; Daniel Pochoda (dpochoda@acluaz.org) (dpochoda@acluaz.org); David Fathi (dfathi@aclu.org); Don Specter; Messina, Jennifer (jkmessina@jonesday.com) (jkmessina@jonesday.com); Jessica Ross (jross@azdisabilitylaw.org); jhgray@perkinscoie.com; Wilkes, John (jlwilkes@jonesday.com) (jlwilkes@jonesday.com); jrico@azdisabilitylaw.org; kbrody@acluaz.org; Kirstin Eidenbach; Maya Abela; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org); Sara Norman (snorman@prisonlaw.com); skader@azdisabilitylaw.org; rlomio@prisonlaw.com; Dan Struck; Tim Bojanowski; Kathy Wieneke; Rachel Love; Ashlee Fletcher; Anne Orcutt; Michael E. Gottfried; Lucy Rand; jonka@aclu.org; Megan Lynch; laura@prisonlaw.com; Ybarra, Griselda (Griselda.Ybarra@azag.gov) |
| **Subject:** | RE: Parsons v. Ryan (2:12-cv-00601): March 8, 2017 Evidentiary Hearing - Defendants' Agenda |
| **Attachments:** | Parsons v. Ryan - Defendants' Proposed Agenda for March 8, 2017 Evidentiary Hearing.pdf |

Dear Judge Duncan:

Attached please find Defendants' Proposed Agenda for the March 8, 2017 Evidentiary Hearing.

Sincerely,

Elaine Percevecz



**Elaine Percevecz**
Legal Assistant to Timothy J. Bojanowski
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

**From:** Sarah_Selzer@azd.uscourts.gov [mailto:Sarah_Selzer@azd.uscourts.gov]
**Sent:** Friday, December 09, 2016 3:54 PM
**To:** Dan Struck; Amy Fettig; Ashlee Fletcher; Alison Hardy; Anne Orcutt; Brad Keogh; Corene Kendrick; Caroline N. Mitchell; Dawn Northup; Daniel Barr; David Fathi; Daniel Pochoda; Don Specter; Elaine Percevecz; Jamelia Morgan; Jennifer Onka; jprofiri@azcorrections.gov; kcampbell@azcorrections.gov; Kirstin Eidenbach; Laura Graham; Lucy Rand; Lupe Munoz; Maya Abela; Megan Lynch; Michael E. Gottfried; Richard Lee Pratt; skader@azdisabilitylaw.org; Tim Bojanowski; kbrody@acluaz.org

**Cc:** duncan_chambers@azd.uscourts.gov
**Subject:** Parsons v. Ryan: upcoming hearing

Counsel:

In anticipation of next week's hearing, please submit call-in information for any counsel appearing telephonically and proposed agenda items beyond those referenced in the Court's November 10 Order (Doc. 1754) and those raised by the parties in reference to the Monitoring Guide (Docs. 1755 and 1760).

Also, the briefing has left some factual questions unanswered.  Please be prepared to answer these questions on Wednesday:

- For PM 91: what is the definition of "continuous watch" as used in the Monitoring Guide? (Doc. 1756-1 at 662-63)  Will both parties be able to provide the Court with expert testimony about the differences between "actively psychotic (or suicidal)" and other kinds of psychotic (or suicidal)?  If this is too short notice to have an expert testify next week, please confer on whether this issue requires live testimony or whether expert affidavits are sufficient.
- Assuming that the parties have not resolved their disputes on IPM 9, the Court would like additional explanation of the following factual issues:
  - What is contained in a use of force packet and how, if at all, does the information in this packet overlap with the max custody notebooks and with the videos?
  - What is the ADC process of pooling use of force packets as described in doc. 1782 at 29:25-28.
  - How is an injury review (which Defendants argue cannot be done by the monitors) different from the monitors' review of records to ensure compliance with the Stipulation? Doc. 1782 at 30:24
  - What is an example of a situation when the monitors may need to review medical records for an accurate determination of compliance with IMP 9?  Doc. 1755 at 34:23-24

Thank you,
Sarah


Sarah E. Selzer
Law Clerk to Judge David K. Duncan
(602) 322-7632

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties

under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed
herein.

1 │ Arizona Attorney General Mark Brnovich
  │ Office of the Attorney General
2 │ Michael E. Gottfried, Bar No. 010623
  │ Lucy M. Rand, Bar No. 026919
3 │ Assistant Attorneys General
  │ 1275 W. Washington Street
4 │ Phoenix, Arizona 85007-2926
  │ Telephone: (602) 542-4951
5 │ Fax: (602) 542-7670
  │ Michael.Gottfried@azag.gov
6 │ Lucy.Rand@azag.gov

7 │ Daniel P. Struck, Bar No. 012377
  │ Kathleen L. Wieneke, Bar No. 011139
8 │ Rachel Love, Bar No. 019881
  │ Timothy J. Bojanowski, Bar No. 022126
9 │ Nicholas D. Acedo, Bar No. 021644
  │ Ashlee B. Fletcher, Bar No. 028874
10 │ Anne M. Orcutt, Bar No. 029387
   │ Jacob B. Lee, Bar No. 030371
11 │ STRUCK WIENEKE & LOVE, P.L.C.
   │ 3100 West Ray Road, Suite 300
12 │ Chandler, Arizona  85226
   │ Telephone:  (480) 420-1600
13 │ Fax:  (480) 420-1696
   │ dstruck@swlfirm.com
14 │ kwieneke@swlfirm.com
   │ rlove@swlfirm.com
15 │ tbojanowski@swlfirm.com
   │ nacedo@swlfirm.com
16 │ afletcher@swlfirm.com
   │ aorcutt@swlfirm.com
17 │ jlee@swlfirm.com
   │ *Attorneys for Defendants*

18

19 │ **UNITED STATES DISTRICT COURT**
   │ **DISTRICT OF ARIZONA**

20

21 │ Victor Parsons, *et al.*, on behalf of themselves    │ NO. 2:12-cv-00601-DKD
   │ and all others similarly situated; and Arizona
   │ Center for Disability Law,

22 │                                    Plaintiffs,

23 │        v.                                           │ **DEFENDANTS' AGENDA**
   │                                                     │ **FOR MARCH 8, 2017**
24 │ Charles Ryan, Director, Arizona Department          │ **EVIDENTIARY HEARING**
   │ of Corrections; and Richard Pratt, Interim
25 │ Division Director, Division of Health Services,
   │ Arizona Department of Corrections, in their
26 │ official capacities,
   │                                    Defendants.

27

28

1    Defendants submit the following agenda for the March 8, 2017 evidentiary hearing

2  regarding the monitoring process.  Defendants will present testimony from the following

3  witnesses regarding the specific topics and questions identified by the Court (*see* Dkt.

4  1915) and by Plaintiffs (*see* Dkt. 1931).

5    1.    **Kathleen Campbell** will testify regarding records preservation; non-

6  applicable findings; the audit/review process; who has the authority to change reports and

7  the documentation process for changing reports; the impact of Corizon's contractual

8  ability to challenge compliance findings on the data presented to the Court; the grounds

9  Corizon can use to challenge compliance findings and the rebuttal process generally; the

10  rationale ADC uses for evaluating a challenge to compliance findings; an example of a

11  successful challenge; steps taken to ensure the accuracy of the CGAR reports and

12  compliance findings; whether CGAR compliance scores for previous months have been

13  reaudited, recalculated or otherwise modified; and how performance measures are

14  evaluated if two different monitors come up with different scores.

15    2.    **Ryan Owens** will testify regarding how records are selected to ensure

16  randomization.

17    3.    **Mark Haldane** will testify regarding the audit/review process and CGAR

18  interpretation.

19    4.    **Erin Barlund** will testify regarding the audit/review process and CGAR

20  interpretation.

21    5.    **Dr. Nicole Taylor** will testify regarding CGAR interpretation; steps taken

22  to ensure the accuracy of the CGAR reports and compliance findings; whether CGAR

23  compliance scores for previous months have been reaudited, recalculated or otherwise

24  modified; and the meaning of the language in the Monitor Guide regarding gaps in

25  contacts.

26  / / /

27  / / /

28  / / /

1

6.    **Richard Pratt** will testify regarding training and instructions provided to healthcare monitors regarding monitoring methodology; qualifications for healthcare monitor positions; and how the nurse line and provider line dashboards are created and compiled.

7.    **Dennis Dye** may testify regarding the audit/review process and CGAR interpretation.

8.    **Assistant Deputy Warden Hackney** will testify regarding training and instruction provided to maximum custody monitors regarding monitoring methodology; qualifications for maximum custody monitor positions; which staff are involved in the development of the maximum custody compliance findings; training and instruction provided to staff who are not maximum custody monitors but who produce or gather documents used to measure compliance; and corrective measures taken when noncompliant records are found for the maximum custody measures.

9.    **Division Director Carson McWilliams and/or Northern Region Operations Director Ernest Trujillo** may testify regarding training and instruction provided to maximum custody monitors regarding monitoring methodology; qualifications for maximum custody monitor positions; which staff are involved in the development of the maximum custody compliance findings; training and instruction provided to staff who are not maximum custody monitors but who produce or gather documents used to measure compliance; and corrective measures taken when noncompliant records are found for the maximum custody measures.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

1    DATED this 7th day of March 2017.

2                                                                 STRUCK WIENEKE & LOVE, P.L.C.

3

4                                                                 By /s/Timothy J. Bojanowski
                                                                      Daniel P. Struck
5                                                                    Kathleen L. Wieneke
                                                                      Rachel Love
6                                                                    Timothy J. Bojanowski
                                                                      Nicholas D. Acedo
7                                                                    Ashlee B. Fletcher
                                                                      Anne M. Orcutt
8                                                                    Jacob B. Lee
                                                                      Mark A. Bracken
9                                                                    STRUCK WIENEKE & LOVE, P.L.C.
                                                                      3100 West Ray Road, Suite 300
10                                                                   Chandler, Arizona  85226

11                                                                   Arizona Attorney General Mark Brnovich
                                                                      Office of the Attorney General
12                                                                   Michael E. Gottfried
                                                                      Lucy M. Rand
13                                                                   Assistant Attorneys General
                                                                      1275 W. Washington Street
14                                                                   Phoenix, Arizona 85007-2926

15                                                                   *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:               ahardy@prisonlaw.com

Amelia M. Gerlicher:        agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:              aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy B. Fettig:              afettig@npp-aclu.org

Asim Varma:                 avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:       cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:         ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:        DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:      dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:          dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:             dspecter@prisonlaw.com

Jennifer K. Messina:        jkmessina@jonesday.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:           jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:        jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:         jrico@azdisabilitylaw.org

Kathleen E. Brody           kbrody@acluaz.org

Kirstin T. Eidenbach:       kirstin@eidenbachlaw.com

Maya Abela                  mabela@azdisabilitylaw.org

Rose Daly-Rooney:           rdalyrooney@azdisabilitylaw.org

Sara Norman:                snorman@prisonlaw.com

Sarah Eve Kader:            skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

4

1    Rita K. Lomio:              rlomio@prisonlaw.com

2

3         I hereby certify that on this same date, I served the attached document by U.S.
     Mail, postage prepaid, on the following, who is not a registered participant of the
4    CM/ECF System:

         N/A
5
                                              /s/Timothy J. Bojanowski
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              5

1

# Exhibit 2

# CORIZON
### HEALTH

## MONTHLY CQI COMMITTEE REPORT
## Complex: _____ASPC Florence_____

**Date**: __Feb 2, 2017_____

| Type Names of Committee Members | Standing Committee Members/Title | Signature |
|---|---|---|
| Paul Torrez | Director of Operations | |
| Dr Glen Babich | Site Medical Director – Chairperson | *signature* |
| ~~Kelly Jordan~~ | DON and/or Nursing management | |
| Kate Shanks | DON and/or Nursing management | |
| D Spencer Sego | HSA and/or Representative | |
| Michael Delgado | HSA and/or Representative | *signature* |
| Jen Fontaine | Contract Monitor | |
| Kim Brinton | Unit Medical Representative | *KmBrinton RN* |
| Julie Poupard | Unit Medical Representative | |
| Amelia Lizarraga | Unit Medical Representative | *aLizarraga, RN* |
| Nancy Williams | Unit Medical Representative | |
| Lori White | Unit Medical Representative | |
| Susan Berens | Infection Control Representative | |
| David Ellison | Clinical Coordinator | *David Ellison LPN* |
| Dawn White | AA - Recorder | |
| Shelia Smith | Dialysis Representative | *Shelia Smith, RN* |
| Dr Carlos Weekly | Dental Representative | *signature* |
| James (Etta) Smith | Medical Records Representative | *James E Smith* |
| Dr Kate Schroeder | Psychiatrist, Behavioral Health Representative | *Kate Schroeder MD* |
| Elizabeth Longfellow | Pharmacy Representative | *E Longfellow LPN IC lead* |
| Guests | | |
| *Susan Berens* | *Chronic Care* | *Susan Berens RN, BSN* |

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

| Topic | Discussion (brief recap of discussion, who stated what) | Individual Responsible (name(s) mandatory) | Due Date (date mandatory) |
|---|---|---|---|
| | pharmacy are doing a great job.<br><br>Spencer congratulated Dr Weekly and his team for completing the dental CGARs.  The dental staff is done with being monitored but will still maintain their excellence. | D Spencer Sego | N/A |
| b.  Grievances | Spencer shared that we had a total of 26 formal grievances. Of those 26, we had 4 that were substantiated.  Of the 4 there were 3 that was for delay in care one of those was for an HNR not triaged properly and 2 for delay in consult.  1 for banking. Spencer went on to share that we have trended up from last year at this time which was a total grievance count of 17. | D Spencer Sego | Monthly |
| c.  Infection Control Report | Spencer shared with the committee that we had 1 case of Shingles for the month of January.<br><br>Spencer informed the committee that we now have a new HIV provider, (Dr Prosser).<br><br>Susan shared that we have 36 HIV and 5 AIDS patients.  Dr Babich shared that he was informed by Dr Prosser that the clinics have been doing well.  She also informed Dr Babich that she forgot to write to scripts.  Spencer asked that he shares the email with him so he can have Longfellow follow-up on the scripts. | D Spencer Sego<br><br>D Spencer Sego<br><br>Susan Berens | Monthly<br><br>N/A<br><br>Monthly |
| d.  Safety and Environmental Report | Spencer stated that we have a new count to add for security due to scissors missing in the medical unit.  This means there will be a third count.  One at the beginning and end of shift and one done randomly by DOC. | D Spencer Sego | Monthly |

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

# Exhibit 3

# CORIZON
HEALTH

## MONTHLY CQI COMMITTEE REPORT
## Complex:  ASPC – Douglas
## January 2017 CQI Review

Date:  February 14, 2017

| Type Names of Committee Members | Standing Committee Members/Title | Signature |
|---|---|---|
| Dr. Jesse Coons, MD | Site Medical Director/Designee | on phone |
| Olga Rivero | DON/ADON/Designee | |
| Vicki Smith | FHA/AFHA/Designee | |
| Anna-Marie Jensen-Trees | Unit Supervisor/Designee | |
| Anna-Marie Jensen-Trees | Infection Control Representative | |
| Patricia Lorette | Clinical Coordinator | Lorette, UM |
| Derilyn Acosta | Inventory Coordinator LPN | on phone |
| Teresa Cotton | MH Lead/Designee | TR Cotton MA LPC/Psych Assoc |
| LaDeane Fattore | Dentist/Designee | LaDeane Fattore DDS |
| Gabriel Lindstrom | FNP Provider | on phone |
| Ana Morales | Medical Records Supervisor | Ana Morales Med. Rec. Supervisor |
| Kristine Stone | Chronic Care Nurse | |
| Veronica Acuña | Administrative Assistant for DON | |
| | | |
| | | |
| **Rosana Honne** | AA - Recorder | Honne Admin. Assist. |
| | | |
| **Guests** | | |
| | | |
| Donna James | Regional Director of CQI | on phone |
| Jim Taylor | Director of Operations | on phone |

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**    PARSONS v. RYAN, USDC CV12-00601: ADCM840241

| Topic | Discussion (brief recap of discussion, who stated what) | Individual Responsible (name(s) mandatory) | Due Date (date mandatory) |
|---|---|---|---|
| **1. Call to Order**<br>**a. Acknowledgement of Guests** | • Vicki Smith called meeting to order.<br>• Donna James on the Phone. | | |
| **b. Review/Approval of previous minutes** | • Vicki asked for any additional input for last month's meeting.<br>   o No response = no additional information to add or adjust.<br>• Minutes approved by CQI committee. | Vicki Smith | |
| **2.. Topics - _Multidisciplinary_**<br>**a.  CQI follow-up from Medical Administrative Committee (MAC) meeting** | • MAC Meeting – conducted 02-7-2017 things to report. We reviewed the following:<br>   o Uneventful meeting<br>   o Reviewed #'s for Douglas Complex.  We are looking real good with the outcome numbers<br>   o Beginning next month, we will need to bring up our passing numbers from 80% to 85%.<br>   o In March we are projecting that there will only be 10 Program Measures we will be audited on. The rest will be dropped. | Vicki Smith | Monthly |
| **b.  Grievances** | • **Inmate Letters** = Total of (4).  Up one from last month's total of (3).<br>   o Care = (0)<br>   o Fees = (1)<br>   o Records = (0)<br>   o Misc. = (1)<br>   o Diet =  (0)<br>   o Eye Care = (2)<br>• Our trend show that the majority of Inmate Letters are in Eye Care.<br>• **Informal Grievances** are at 0 for the month. Stayed the same from last month. | Rosana Honne<br><br><br><br><br><br><br><br><br><br>Rosana Honne | Monthly<br><br><br><br><br><br><br><br><br><br>Monthly |

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**          **PARSONS v. RYAN, USDC CV12-00601: ADCM840243**

# Exhibit 4

# CORIZON
HEALTH™
## MONTHLY CQI COMMITTEE REPORT
## Complex: Arizona State Prison Complex- Yuma

Date: 2/16/2017

| Name | Title | Signature |
|---|---|---|
| Dr. Karen Barcklay | Site Medical Director/Designee | |
| Carli Myers | DON/ADON/Designee | |
| Lori Johnson | FHA/Designee | offsite |
| Madeline Turpening | AFHA/ Designee | offsite |
| Lois Turner | Cheyenne Unit Supervisor | MTurpening |
| Angela Stoddard | Dakota Unit Supervisor | AStoddard |
| Marcela Meza | Cibola Unit Supervisor | |
| VACANT | LaPaz Unit Supervisor | VACANT |
| Carrie Feehan | Medical Records Supervisor | |
| Jose Bucio | Mental Health Lead/Designee | |
| Rika Hedglin | Mental Health RN | |
| Monica Prentiss | Chronic Care RN | MPrentiss RN |
| Rhonda Rae | Lead Inventory Coordinator LPN/ Designee | |
| Mercedes Leon | Infection Control Representative | LPN |
| Yolanda Serrato | Clinical Coordinator | |
| Kendrick Gray | Dentist/Designee | |
| Anthony Medel | ADC Compliance Monitor | via telephone |
| Karen Padron | ADC Clinical Monitor | via telephone |
| | | |
| | | |
| | | |
| Guests | | |
| Katarina Jimenez | Scheduler | KJ |
| | | |

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

| Topic | Discussion (brief recap of discussion, who stated what) | Individual Responsible (initials if information) | Due Date (date mandatory) |
|---|---|---|---|
| | sheet, Pentaho reports. All patients that are removed from medication are scheduled one week prior to the 30 day mark to ensure they are seen within timeframes. | | |
| k. CQI process and outcome studies | AFHA Turpening reported that FHA Johnson continued her optometry audit for the month of January. Nursing will no longer schedule optometry appointments, the clinical coordinator will, and will assist in tracking when patients are due to be seen. The goal is to be a month ahead on seeing patients on the optometry line. Optometry update: nursing will no longer schedule appointments, clinical coordinator is now going to schedule and track appointments. After this weekend, the backlog will be cleaned up and will be a month ahead. <br> Clinical Coordinator Serrato reported that she obtained a list of all diabetic patients on the complex from CCRN Prentiss and has almost completed auditing the list to ensure diabetic patients are seen yearly. If she identifies someone who has not been seen, she is scheduling them for the next available line. | FHA L. Johnson | |
| l. CGAR CAPs | AFHA Turpening reported there were four findings for the month. This is a decrease of one finding from the prior month. This is an all-time low for the complex. In the month of March, some measures will no longer be tracked for litigation purposes due to substantial compliance. In March, the threshold for compliance will rise to 85%. We continue to monitor measures that are between 80% and 84% to ensure they are brought above 85% compliance prior to March. <br><br> AFHA Turpening reported that PM 94 are all prisoners who are on | | |

12.16

PRIVILEGED AND CONFIDENTIAL QUALITY IMPROVEMENT INFORMATION

7

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER

PARSONS v. RYAN, USDC CV12-00601: ADCM840338