Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF ADA LIN** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, ADA LIN, DECLARE:

1.     I am over the age of 18 and am employed as a paralegal at the ACLU National Prison Project ("NPP").   I have personal knowledge of the matters set forth herein and, if called, could competently testify thereto.

2.     I have been asked by Plaintiffs' counsel in this case to review Defendants' February and March 2017 CGAR reports for Performance Measures 80 and 82. Specifically, I was asked to determine whether, to determine that a prisoner record was compliant with these Performance Measures, the monitor measured the interval between the patient's two most recent contacts with a mental health clinician, and ascertained that that interval was no longer than 30 days (for PM 80) or no longer than 90 days (for PM 82).[1]

## February 2017 CGARs

Performance Measure 80

3.     Prisoner No. XXX989 at Perryville was counted as compliant with PM 80 based on a clinician contact dated 2/13/2017, the date of her initial mental health examination upon her intake into the Arizona Department of Corrections ("ADC") and the same date she was classified as MH-3A.  She did not have another clinician contact within the previous 30 days.  Attached hereto as Exhibit 1, and filed under seal, is the CGAR report for PM 80, showing that this prisoner's record was counted as compliant in February 2017, and a screenshot from her electronic medical record.

4.     Prisoner No. XXX692 at Eyman-Cook was counted as compliant with PM 80 based on a clinician contact dated 2/21/2017, the date of his initial mental health examination upon his intake into the ADC and the same date he was classified as MH-3A. He did not have another clinician contact within the previous 30 days; as of the end of February, the 2/21/2017 contact was the only clinician contact in his medical record.

---

[1] Performance Measure 80 stipulates that "MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician."   Performance Measure 82 stipulates that "MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician."

1    Attached hereto as Exhibit 2, and filed under seal, is the CGAR report for PM 80,

2    showing that this prisoner's record was counted as compliant in February 2017, and a

3    screenshot from his electronic medical record.

4    <u>Performance Measure 82</u>

5         5.    Prisoner No. XXX217 at Lewis-Stiner was counted as compliant with

6    PM 82 based on a clinician contact dated 2/21/2017, the date of his initial mental health

7    examination upon his intake into the ADC and the same date he was classified as MH-3B.

8    He did not have another clinician contact within the previous 90 days; as of the end of

9    February, the 2/21/2017 contact was the only clinician contact in his medical record.

10    Attached hereto as Exhibit 3, and filed under seal, is the CGAR report for PM 82,

11    showing that this prisoner's record was counted as compliant in February 2017, and a

12    screenshot from his electronic medical record.

13         6.    Prisoner No. XXX335 at Yuma-Cibola was counted as compliant with

14    PM 82 based on a clinician contact dated 12/16/2016, the date of his initial mental health

15    examination upon his intake into the ADC and the same date he was classified as MH-3B.

16    He did not have another clinician contact within the previous 90 days; as of the end of

17    February, the 12/16/2016 contact was the only clinician contact in his medical record.

18    Attached hereto as Exhibit 4, and filed under seal, is the CGAR report for PM 82,

19    showing that this prisoner's record was counted as compliant in February 2017, and a

20    screenshot from his electronic medical record.

21                            **March 2017 CGARs**

22    <u>Performance Measure 80</u>

23         7.    Prisoner No. XXX357 at Perryville-Santa Maria was counted as compliant

24    with PM 80 based on a clinician contact dated 3/8/2017, the date of her initial mental

25    health examination upon her intake into the ADC and the same date she was classified as

26    MH-3A.  She did not have another clinician contact within the previous 30 days; as of the

27    end of March, the 3/8/2017 contact was the only clinician contact in her medical record.

28    Attached hereto as Exhibit 5, and filed under seal, is the CGAR report for PM 80,

1   showing that this prisoner's record was counted as compliant in March 2017, and a

2   screenshot from her electronic medical record.

3       8.      Prisoner No. XXX540 at Florence-East was counted as compliant with

4   PM 80 based on a clinician contact dated 3/21/2017.  He did not have another clinician

5   contact within the previous 30 days.  Attached hereto as Exhibit 6, and filed under seal, is

6   the CGAR report for PM 80, showing that this prisoner's record was counted as compliant

7   in March 2017, and a screenshot from his electronic medical record.

8   Performance Measure 82

9       9.      Prisoner No. XXX511 at Perryville-Lumley was counted as compliant with

10  PM 82 based on a clinician contact dated 2/10/2017, the date of her initial mental health

11  examination upon her intake into the ADC and the same date she was classified as MH-

12  3B.  She did not have another clinician contact within the previous 90 days; as of the end

13  of March, the 2/10/2017 contact was the only clinician contact in her medical record.

14  Attached hereto as Exhibit 7, and filed under seal, is the CGAR report for PM 82,

15  showing that this prisoner's record was counted as compliant in March 2017, and a

16  screenshot from her electronic medical record.

17      10.     Prisoner No. XXX013 in Lewis-Stiner was counted as compliant with

18  PM 82 based on a clinician contact dated 2/23/2017, the date of his initial mental health

19  examination upon his intake into the ADC and the same date he was classified as MH-3B.

20  He did not have another clinician contact within the previous 90 days; as of the end of

21  March, the 2/23/2017 contact was the only clinician contact in his medical record.

22  Attached hereto as Exhibit 8, and filed under seal, is the CGAR report for PM 82,

23  showing that this prisoner's record was counted as compliant in March 2017, and a

24  screenshot from his electronic medical record.

25      11.     Prisoner No. XXX908 in Yuma-La Paz was counted as compliant with

26  PM 82 based on a clinician contact dated 1/19/2017, the date of his initial mental health

27  examination upon his intake into the ADC and the same date he was classified as MH-3B.

28  He did not have another clinician contact within the previous 90 days; as of the end of

1    March, the 1/19/2017 contact was the only clinician contact in his medical record.

2    Attached hereto as Exhibit 9, and filed under seal, is the CGAR report for PM 82,

3    showing that this prisoner's record was counted as compliant in March 2017, and a

4    screenshot from his electronic medical record.

5          I declare under penalty of perjury that the foregoing is true and correct.

6          Executed this 2nd day of June, 2017 in Washington, D.C.

7

8                                                    _____

9                                                    Ada Lin

10   **ADDITIONAL COUNSEL:**              David C. Fathi (Wash. 24893)*
                                          Amy Fettig (D.C. 484883)**
11                                        Jamelia Natasha Morgan (N.Y.
                                          5351176)**
12                                        Victoria Lopez (Ill. 6275388)*
                                          **ACLU NATIONAL PRISON**
13                                        **PROJECT**
                                          915 15th Street N.W., 7th Floor
14                                        Washington, D.C. 20005
                                          Telephone: (202) 548-6603
15                                        Email:   dfathi@aclu.org
                                                   afettig@aclu.org
16                                                 jmorgan@aclu.org
                                                   vlopez@aclu.org
17
                                          *Admitted *pro hac vice*. Not admitted
18                                         in DC; practice limited to federal
                                           courts.
19                                        **Admitted *pro hac vice*

20                                        Daniel C. Barr (Bar No. 010149)
                                          Amelia M. Gerlicher (Bar No. 023966)
21                                        John H. Gray (Bar No. 028107)
                                          **PERKINS COIE LLP**
22                                        2901 N. Central Avenue, Suite 2000
                                          Phoenix, Arizona 85012
23                                        Telephone: (602) 351-8000
                                          Email:   dbarr@perkinscoie.com
24                                                 agerlicher@perkinscoie.com
                                                   jhgray@perkinscoie.com
25

26

27

28

-4-

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:      dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

5

6

7

8

9

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

10

11

12

13

14

15

16

17

18

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on June 2, 2017, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
6                              Lucy M. Rand
Assistant Arizona Attorneys General
7                       Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8
Daniel P. Struck
9                          Kathleen L. Wieneke
Rachel Love
10                         Timothy J. Bojanowski
Nicholas D. Acedo
11                          Ashlee B. Fletcher
Anne M. Orcutt
12                             Jacob B. Lee
Kevin R. Hanger
13                  STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
14                       kwieneke@swlfirm.com
rlove@swlfirm.com
15                      tbojanowski@swlfirm.com
nacedo@swlfirm.com
16                        afletcher@swlfirm.com
aorcutt@swlfirm.com
17                          jlee@swlfirm.com
khanger@swlfirm.com
18
19                         *Attorneys for Defendants*

20                                        s/ D. Freouf

21

22

23

24

25

26

27

28