# Index of Exhibits to Declaration
# of Ada Lin

Exhibit 1   CGAR report for PM 80, showing that Prisoner No. XXX989's record was counted as compliant in February 2017, and a screenshot from her electronic medical record **(FILED UNDER SEAL)**

Exhibit 2   CGAR report for PM 80, showing that Prisoner No. XXX692's record was counted as compliant in February 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

Exhibit 3   CGAR report for PM 82, showing that Prisoner No. XXX217's record was counted as compliant in February 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

Exhibit 4   CGAR report for PM 82, showing that Prisoner No. XXX335's record was counted as compliant in February 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

Exhibit 5   CGAR report for PM 80, showing that Prisoner No. XXX357's record was counted as compliant in March 2017, and a screenshot from her electronic medical record **(FILED UNDER SEAL)**

Exhibit 6   CGAR report for PM 80, showing that Prisoner No. XXX540's record was counted as complaint in March 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

Exhibit 7   CGAR report for PM 82, showing that Prisoner No. XXX511's record was counted as compliant in March 2017, and a screenshot from her electronic medical record **(FILED UNDER SEAL)**

Exhibit 8   CGAR report for PM 82, showing that Prisoner No. XXX013's record was counted as compliant in March 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

Exhibit 9   CGAR report for PM 82, showing that Prisoner No. XXX908's record was counted as compliant in March 2017, and a screenshot from his electronic medical record **(FILED UNDER SEAL)**

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL