UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Seal Documents, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs Motion to Seal [(1) Exhibit 1 to the Declaration of Pablo Stewart, M.D., and (2) Exhibits 1 through 9 to the Declaration of Ada Lin).

135506794.1