IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Unopposed Motion for Extension to File Reply in Support of Motion for Preliminary Injunction (Doc. 2098), and finding good cause,

**IT IS ORDERED** granting the Unopposed Motion for Extension to File Reply in Support of Motion for Preliminary Injunction (Doc. 2098). Plaintiffs shall have up to and including Wednesday, June 21, 2017 to file their Reply in Support of Motion for Preliminary Injunction.

Dated this 6th day of June, 2017.

David K. Duncan
United States Magistrate Judge