Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING PRINTING ELECTRONIC COMMUNIQUES FROM eOMIS (Doc. 2072) AND REQUEST FOR FURTHER RELIEF (DKT. 2078)** |

Defendants Charles Ryan and Richard Pratt respond as follows to Plaintiffs' Response to Defendants' Notice regarding Printing Electronic Communiques from eOMIS and Request for Further Relief (Dkt. 2078).

## I. CHANGES TO EOMIS

During the status hearing on May 10, 2017, the Court directed counsel for Defendants to file a Notice within 14 days as to whether eOMIS had been upgraded to permit printing of electronic communiques to inmates advising them of diagnostic test results. This functionality is designed to assist providers in complying with Performance Measure (PM) 47, which provides that "A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request." (Dkt. 1185-1 at 11.)

Defendants filed their Notice on May 24, 2017, informing the Court and Plaintiffs that while Defendants believed that the upgrade necessary to the eOMIS software to allow for printing electronic communiques to inmates advising of them of diagnostic test results would be online within 14 days of the May 10, 2017 status hearing, this turned out not to be the case. (Dkt 2072.) Defendants' representation to the Court relied on information from the Corizon representatives who were in attendance at the hearing and believed that the upgrade process was nearly complete. Upon further inquiry, Defendants learned that the estimated go live date was July 27, 2017. (Id.)

Defendants attach the Declaration of Jessica Lee explaining the reasons for the inability to complete the upgrade within 14 days of the status hearing. (Exhibit 1.) As outlined in the Declaration, the third-party vendor that created and maintains eOMIS has a queue of 92 other software upgrades to eOMIS, 54 of which are considered "critical." (Id. at ¶ 5.) Each of these projects requires many hours of software development and testing. (Id. at ¶ 6.) The electronic communique upgrade alone is expected to take 59 hours for Marquis' software programmers to develop and test, and then Corizon has another 24 hours of estimated time needed before the update will be functional in the field. (Id. at ¶¶

1 9-10.) At Defendants' and Corizon's request, Marquis has re-prioritized the electronic
2 communique upgrade and it is now expected to go live on June 22, 2017. (Id. at ¶ 11.)

3 ## II. PLAINTIFFS' REQUEST FOR FURTHER RELIEF

4 In their Response, Plaintiffs insist that because the electronic communiques are not
5 immediately available, the Court should issue a further enforcement order on this issue
6 with respect to PM 47. (Dkt. 2078 at 4.) Specifically, Plaintiffs request that the Court
7 order (1) Defendants and Corizon to ensure that within seven days of the order there is a
8 dedicated staff member at each complex who will provide communiques to all inmates
9 who request them, and (2) "Defendants to track and report to the Court and Plaintiffs on a
10 weekly basis, for each institution, the timeliness of every single communique sent in
11 response to prisoners' requests." (Id. at 4-5.)

12 Plaintiffs' request is premature and overreaching for several reasons. First, the
13 Court has not found noncompliance at every institution for PM 47 and, in accordance with
14 the Stipulation, any order may pertain only to performance measures and facilities which
15 the Court has found to be in substantial noncompliance. (Dkt. 1185 at 2-4, 13.) Second,
16 the Stipulation does not provide for weekly monitoring and reporting or require 100%
17 reporting. Rather, the Stipulation is based on monitoring and reporting a random sample
18 of 10 charts or items on a monthly basis. (Id. at 2-4, 13.) Finally, the Stipulation provides
19 for Defendants to propose a remedial plan, and only if the remedial plan is found to be
20 ineffective should the Court substitute its judgment and order a different plan. (Id. at 13-
21 14.) Accordingly, the Court should allow time for the providers to utilize the new eOMIS
22 functionality before imposing further orders with respect to PM 47.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

DATED this 7th day of June 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Timothy J. Bojanowski
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   Kevin R. Hanger
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

5