**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF JESSICA LEE** |

I, **JESSICA LEE**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I currently serve as Vice President of Customer Solutions and Integration for Corizon Health.  In my position, I serve as the key liaison for managing customer relationships from an IT perspective.

3. The electronic medical records system used by Corizon, eOMIS, is created and maintained by a third-party vendor, Marquis Software.

4. Corizon works with Marquis on a variety of changes and upgrades to the eOMIS system to meet its needs in Arizona, as well as for contracts in nine other jurisdictions.

5. In Arizona, Corizon currently has 92 pending projects that require software changes to eOMIS.  Fifty-four of those items are designated as critical.  An upgrade is designated as critical when it is related to patient safety, contract compliance requirements, or legal request.

6. The amount of time required to complete each project in the queue varies significantly and additional time may be required if any problems are discovered during quality assurance testing.  In our experience with Marquis projects, the time period to complete the projects has ranged from approximately 6 hours to 200 hours to develop and test.

7. Each item in the queue must be prioritized because Marquis cannot complete all upgrades at the same time.

8. Corizon received Marquis' proposal for development and testing for the inmate communique project for eOMIS on May 31, 2017.

9. Marquis has quoted 59 hours of time to complete the upgrade, which includes both development and testing.

10. After Marquis completes its development and testing, Corizon must conduct its own quality assurance testing.  Corizon estimates it will take 24 hours of quality assurance testing for this project.

11. Corizon has placed this project at the highest priority and, based on the timeline noted above, Corizon estimates this project will be in production by June 22, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of June, 2017.

*Jessica Lee*

2