IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-DKD<br><br>**MEDIATION ORDER** |

Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Bridget S. Bade for mediation. (Doc. 1666.) The parties have contacted the assigned magistrate judge's chambers and requested mediation regarding "performance measures that the parties agree are noncompliant and ripe for mediation," specifically PM 6 Eyman, PM 12 Eyman and Florence, PM 15 Eyman, Florence, Lewis, Tucson, PM 20 Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, PM 24 Eyman, Lewis, Tucson, PM 42 Eyman, Florence, Lewis PM 49 Douglas, Eyman, Perryville, Phoenix, Tucson, PM 51 Tucson, PM 55 Eyman, PM 59 Lewis, PM 67 Lewis, PM 69 Perryville, and PM 72 Eyman. The parties represent that they have complied with the requirements of the Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a good faith effort to resolve their dispute informally." (Doc. 1185 at ¶ 30.)

//

Accordingly,

**IT IS ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Bridget S. Bade, Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, on **July 11, 2017** at **9:30 am**. The Court has allocated a minimum of two hours for the mediation; however, if meaningful progress is being made the mediation will continue until either the compliance issues are resolved, or meaningful progress is no longer being made.

Counsel will confer to jointly prepare materials to submit to the Mediator. These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the mediation. The parties shall submit this information to the Mediator at least seven days before the mediation.

The parties will limit attendance at the meditation to two attorneys for Plaintiffs (Corene Kendrick and Maya Stock Abela), one attorney for Defendants (Tim Bojanowski), one representative from the Arizona Department of Corrections (Kathleen Campbell, Program Evaluation Administrator, Health Services Contract Monitoring Bureau), and two representatives from Corizon (Jennifer Finger, Vice President and Assistant General Counsel, and Rhonda Almanza, Vice President Operations or Lynn Cole, Assistant Vice President Operations). Dr. Fallhowe will also attend the mediation.

All matters communicated expressly in confidence to the mediator will be kept confidential and will not be disclosed to any other party. At the conclusion of the mediation, all documents submitted by the parties will be returned, destroyed, or otherwise disposed of in the manner directed by the mediator.

Dated this 8th day of June, 2017.

_____
Bridget S. Bade
United States Magistrate Judge