# Exhibit 1

# Documents Reviewed by Dr. Wilcox

### *Parsons v. Ryan* Docket
Doc. 1185, Stipulation (filed 10/14/14)
Doc. 2041, Declaration of Richard Pratt [Defendants' CGAR scores March 2015-Feb. 2017] (filed 5/4/17)
Doc. 2062, 2063, March 2017 CGARs (filed 5/17/17)

### Remedial Plans
Doc. 1609-1, Defendants' Performance Measure Remediation Plan (filed 6/14/16)
Doc. 1665, Defendants' Status Report Regarding Progress of Remediation Plan (filed 8/22/16)
Doc. 1729, Defendants' Remedial Plan Regarding Performance Measures 47, 80, and 94 (filed 10/27/16)
Doc. 1743, Defendants' Supplemental Status Report Regarding August 2016 Compliance Rates Pursuant to Court Order (filed 11/7/16)
Doc. 1977, Defendants' Amended Notice Re: Items From Feb. 8, 2017 Hearing Pursuant to Court Order (filed 3/17/17)
Doc. 2051, Defendants' Reply in Support of Their Remediation Plan (filed 5/8/17)

### Expert Reports/Declarations
Doc. 1104-1, Ex. 4, Confidential Report of Todd Wilcox, M.D. (dated 11/8/13, filed 9/8/14)
Doc. 1539, Declaration of Todd Wilcox, M.D. (filed 4/11/16)
Doc. 1670, Declaration of Todd Wilcox, M.D. (filed 9/2/16)
Doc. 1958-1, Expert Report of Todd Wilcox, M.D. (filed March 1, 2017)

### Court Orders
Doc. 1583, Order (filed 5/20/16)
Doc. 1709, Order (filed 10/7/16)
Doc. 2030, Order (filed 4/24/17)

### Court Hearing Transcripts
Doc. 1956, Transcript of 2/8/17 Hearing
Doc. 2025, Transcript of 3/21/17 Hearing
Doc. 2038, Transcript of 4/17/17 Hearing
Doc. 2071, Transcript of 5/10/17 Hearing

# Exhibit 2

| Measure | Outcome Desc | Am | Red | Level | # Compliance | # Review | % Compliance | Date of CGAR Notifications Entry | Corrective Action Plan | Corrective Actions | Status | Submitted Date | Approved Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Time-frame of monitoring the corrective action: 30 days. A 30 day development, implementation and validation will occur.<br><br>Date CAP submitted to ADC Monitor:<br>10/27/16 | | | | |
| Access to Care (C) | PM #39 Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral? | | X | 2 | 21 | 63 | 33.33 | 8/31/2016 8:51 AM Entered By: Mark Haldane Number Compliance: 21; Number Review: 63; Percent Compliance: 33.33 % | Identified Problem:<br>Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?<br><br>Process Improvement Proposed<br>Why-discuss the issue impacting care:<br>There has been a high demand for provider appointments and the providers are not completing their lines.<br><br>What-discuss the actual elements of the process improvement:<br>Provider appointments have increased and it's been difficult for the providers to complete their lines. ==Nurses have been reminded that an inmate needs to be seen on the nurse line two times before being referred to a provider== to ensure that all treatment plans that nursing can provide/explore are exhausted before sending the inmate to the provider.<br><br>Responsible party(ies) for process implementation:<br>DON, Providers and Charge Nurses<br><br>Expected time of implementation:<br>Already implemented<br><br>Expected date of full compliance:<br>10/31/16<br><br>Monitoring process to ensure CAP's effectiveness:<br>The charge Nurses are the Gate keepers. They review the pending orders daily and determine if the inmate needs to be seen on provider line or nurse line. Corizon Compliance monitor will conduct 30 day post implementation review to | Will continue to audit this measure monthly. | Corrective Actions Plan Completed | Romy Franklin | 10/29/2016 |

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**

**PARSONS v. RYAN, USDC CV12-00601: ADCM722788**

# CGAR CAPS – SUBMITTED IN OCTOBER 2016
# PERRYVILLE COMPLEX

| Measure | Outcome Desc | Am | Red | Level | # Compliance | # Review | % Compliance | Date of CGAR Notifications Entry | Corrective Action Plan | Corrective Actions | Status | Submitted Date | Approved Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ensure measure is in place.<br><br>Time-frame of monitoring process:<br>30 days. A 30 day development, implementation and validation will occur.<br><br>Date CAP submitted to ADC Monitor:<br>10/26/16 | | | | |
| Infirmary Care (C) | PM #65 Is a written history and physical examination being completed by a medical provider of IPC inmates within 72 hours of admission? | X | | 1 | 2 | 3 | 66.67 | 8/26/2016 12:09 PM Entered By: Becky Briddle<br> Number Compliance: 2; Number Review: 3; Percent Compliance: 66.67 % | Process Improvement Proposed<br><br>What-discuss the actual elements of the process improvement:<br>Nurses will review IPC patients daily to determine which need to be seen, and will provide the prioritized list to assigned Provider and/or their CNA. Nurses will ensure the patients that are at a 48 hour window are seen first by the Providers. Providers will ensure they are allowing themselves sufficient time to perform rounds in addition to other duties as assigned<br><br>Who-discuss the process improvement lead(s) for development and implementation:<br>SMD/site provider<br><br>Responsible party(ies) for process implementation:<br>SMD/DON<br><br>Expected time of implementation:<br>Immediately<br><br>Monitoring process to ensure CAP's effectiveness:<br>Corizon Compliance monitor will conduct 30 day post implementation review to ensure measure is in place.<br><br>Time-frame of monitoring process:<br>30 day process of development, implementation, and validation will occur<br><br>Date CAP submitted to ADC Monitor:<br>10/31/16 | Will continue to audit this measure monthly. | Corrective Actions Plan Completed | Romy Franklin | 11/16/2016 |

9

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**

**PARSONS v. RYAN, USDC CV12-00601: ADCM722789**

# Exhibit 3



STRUCK WIENEKE & LOVE

3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | 480.420.1600 | swlfirm.com

May 15, 2017

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Kevin R. Hanger
Associate

***VIA EMAIL ONLY***
Corene Kendrick
Staff Attorney
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

     **RE:**   *Parsons v. Ryan* – HNR Boxes

Dear Corene:

     As part of the Open Clinic Concept, enclosed please find Inmate Notification No. 17-10 that has been provided to all ADC inmates regarding the discontinuation of health needs request (HNR) boxes for processing general HNRs for minimum and medium custody units, effective June 12, 2017.  Following the removal of the HNR boxes, inmates seeking medical treatment in these units must report to the health unit with a completed HNR.  Inmates seeking medication renewals may complete an HNR and place the HNR in the medication refill box which will be located outside the health unit building.  If you have any questions regarding this change, please feel free to contact me.

     Regards,

     *Timothy J. Bojanowski*

     Timothy J. Bojanowski

TJB/eap
Enclosure: As stated

cc:   All counsel of record

|  | **ARIZONA DEPARTMENT OF CORRECTIONS**<br><br>**INMATE NOTIFICATION** | **Notification Number:**<br><br>17-10 |
|---|---|---|
| | | **Issue Date:**<br><br>05/10/2017 |

## *POSTING NOTIFICATION*

This information is to be posted for **a minimum of 30** days in areas accessible to inmates and shall be made available to inmates who do not have access to posted copies.

## TO ALL INMATES

### Discontinued Use of Health Needs Request (HNR) Boxes for ADC Minimum and Medium Units

Effective June 12, 2017, ADC will no longer utilize the HNR Box in processing general health needs requests for Minimum and Medium State operated units. Following the removal of the HNR boxes from these areas, inmates seeking medical attention must report to the Health Unit with a completed HNR where they shall wait to be seen by a daily nurse's line.

Inmates with medication renewals shall complete their HNR medication refill request, drop it into the Medication Refill Box located outside the medical building.

Close and Maximum custody units are not affected by this operational change.

Charles L. Ryan
Directorp