1 | Arizona Attorney General Mark Brnovich
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
3 | Assistant Attorneys General
1275 W. Washington Street
4 | Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
5 | Fax: (602) 542-7670
Michael.Gottfried@azag.gov
6 | Lucy.Rand@azag.gov

7 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
8 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
9 | Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
10 | Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
11 | Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
12 | 3100 West Ray Road, Suite 300
Chandler, Arizona 85226
13 | Telephone: (480) 420-1600
Fax: (480) 420-1696
14 | dstruck@swlfirm.com
kwieneke@swlfirm.com
15 | rlove@swlfirm.com
tbojanowski@swlfirm.com
16 | nacedo@swlfirm.com
afletcher@swlfirm.com
17 | aorcutt@swlfirm.com
jlee@swlfirm.com
18 | khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE REGARDING NURSE'S LINE VISITS** |

Defendants Charles Ryan and Richard Pratt file the following Notice in response to the Court's direction that Defendants provide additional details regarding a corrective action plan (CAP) submitted at Perryville in October 2016 stating that an inmate must be seen twice by nursing before she can be seen by a provider. (Transcript of May 10, 2017 status hearing at 750:8-12.) Defendants have investigated the issue and determined the following.

On December 1, 2015, the Assistant Facility Health Administrator (AFHA) at Perryville announced during the weekly Warden's meeting that inmates would be required to be seen twice on nurses' line before they could be referred to a provider. (Exhibit 1: Declaration of Vanessa Headstream at ¶ 6.) Vanessa Headstream, the Program Evaluation Administrator for the Southern region of the Health Services Contract Monitoring Bureau, learned of the announcement and inquired into the source of the requirement. (Id. at ¶¶ 2, 6-7.) She learned that Melony Woodall, a now-former Corizon employee, had advised the Perryville site-level leadership that requiring an inmate to be seen twice for the same complaint before referral to a provider would be consistent with National Commission on Correctional Health Care (NCCHC) standards. (Id. at ¶ 7.)

On December 3, 2015, Ms. Headstream informed the Corizon regional leadership that Ms. Woodall's interpretation of the NCCHC standards was incorrect. (Id. at ¶ 11.) NCCHC Standard P-E-07 provides that if an inmate is seen twice by nursing for the same complaint, the inmate must be referred to a provider. (Id. at ¶ 9.) There is nothing in the NCCHC standards, the ADC Health Services Technical Manual, or the CGAR performance measures that supports the requirement articulated by Ms. Woodall or the AFHA at Perryville. (Id. at ¶ 10.) Ms. Headstream also informed the Corizon regional leadership that ADC would not permit such a requirement, and that practice at Perryville must be stopped immediately. (Id. at ¶ 11.)

Ms. Headstream has not seen any indication during her regular monitoring duties that there is a pattern or practice of requiring an inmate to be seen twice by nursing before she can be referred to a provider. (Id. at ¶ 12.) Defendants have confirmed through the

1

site contract monitor and FHA at Perryville that there is no policy, practice, or requirement that an inmate at Perryville must be seen twice by nursing before the inmate can be seen by a provider. (Id. at ¶ 13.) Defendants have also confirmed through Corizon's regional leadership that Corizon does not have a formal policy requiring that an inmate be seen twice on nurses' line for the same complaint before the inmate can be referred to a provider. (Exhibit 2: Declaration of Rhonda Almanza at ¶ 4.)

DATED this 9th day of June 2017.

                STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   Kevin R. Hanger
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1
2   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:
3
    N/A
4
                                            /s/Daniel P. Struck
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28