**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF VANESSSA HEADSTREAM** |

I, **VANESSA HEADSTREAM**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Program Evaluation Administrator (Contract Compliance) with the Health Services Contract Monitoring Bureau (HSCMB) for the Arizona Department of Corrections (ADC).

3. In my current position, I supervise eight monitors, oversee the Southern region for the HSCMB, and monitor several health care performance measures.

4. I have been employed by ADC since 2007, first as a correctional nurse and then as RN supervisor at Perryville.

5. I joined the HSCMB as a compliance audit nurse in 2012 when Health Services was privatized.

6. On December 1, 2015, I learned that the Assistant Facility Health Administrator (AFHA) at Perryville made an announcement during the weekly Warden's meeting that same day that inmates would be required to be seen twice on nurses' line before they could be referred to a provider.

7. When I inquired into the source of this requirement, I learned that Melony Woodall, a now-former Corizon employee, had advised the Perryville site-level leadership that requiring an inmate to be seen twice for the same complaint before referral to a provider is consistent with National Commission on Correctional Health Care (NCCHC) standards.

8. Ms. Woodall was mistaken as to the NCCHC standards.

9. NCCHC Standard P-E-07 provides that if an inmate is seen twice by nursing for the same complaint, the inmate must be referred to a provider.

10. There is nothing in the NCCHC standards, the ADC Health Services Technical Manual, or the CGAR performance measures that supports the requirement articulated by Ms. Woodall or the AFHA at Perryville.

11. On December 3, 2015, I informed the Corizon regional leadership that ADC would not accept a requirement that an inmate must be seen twice by nursing before being referred to a provider and that the practice at Perryville must be stopped immediately.

12. In my reviews of inmate charts at Perryville as part of my regular monitoring duties, I have not observed any indication that there is a practice or pattern of requiring an inmate to be seen twice by nursing before she can be referred to a provider.

13. I confirmed with the site contract monitor and the Corizon FHA at Perryville on June 8, 2017 that Corizon does not have a policy, practice, or requirement that an inmate must be seen twice by nursing before she can be seen by a provider.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2017.

_____
Vanessa Headstream

2