**EXHIBIT 2**

**EXHIBIT 2**

|   |   |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
|   | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
|   | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
|   | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
|   | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
|   | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF RHONDA ALMANZA** |

I, **RHONDA ALMANZA**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I currently serve as Vice President of Operations for Arizona and have held this position since October 15, 2016.

3. In my position, I am responsible for management of Corizon's Arizona operations, including ensuring the appropriately and timely provision of healthcare to inmates and compliance with the contract between Corizon and the Arizona Department of Corrections.

4. Corizon does not have a formal policy that an inmate needs to be seen twice by a nurse before being referred to a provider.

5. During the time I have served as Vice President of Operations in Arizona, I have not seen any indication that any of the sites are requiring a patient to be seen twice before the patient can be referred to a provider.

6. The National Commission on Correctional Health Care (NCCHC) states that if a patient is seen by a nurse twice for the same complaint, the patient needs to be referred to a provider. Nursing staff are educated to that standard.

7. After triage, nursing staff can refer a patient to a provider, as the condition warrants. They do not have to see the patient twice before the patient is referred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9 day of June, 2017.

*Rhonda Almanza*
Rhonda Almanza

1