1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
7  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

8  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
9  **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
10 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
11 Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

14
                    UNITED STATES DISTRICT COURT
15
                         DISTRICT OF ARIZONA
16

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **PLAINTIFFS' PROPOSED AGENDA FOR JUNE 14, 2017 HEARING** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Plaintiffs hereby propose the following topics for discussion at the June 14, 2017 Status Hearing:

1. Update on max custody performance measures, close custody monitoring, and the isolation subclass;

2. Plaintiffs' Motion for Reconsideration (Docs. 2042, 2074, 2086);

3. Court's consideration of the appointment of a Special Master or Rule 706 expert (Docs. 2043, 2044, 2045, 2067, 2083, 2084);

4. Parties' statements on evidentiary hearings, and Plaintiffs' prayer for relief (Docs. 2046, 2047, 2048, 2068, 2087, 2088, 2089, 2090);

5. Plaintiffs' request for further relief for PM 47 (Docs. 2072, 2078, 2100);

6. Defendants' update regarding the October 2016 corrective action plan for PM 39 at Perryville implementing a policy requiring two visits to nurse's line prior to referral to provider's line (Transcript of 5/10/17 Hearing at 736:7-739:5, 747:7-750:25; Declaration of Corene Kendrick, filed herewith, Exs. 1 and 4);

7. (a) Defendants' ongoing noncompliance with performance measures for which the Court previously found them noncompliant (Docs. 1583, 1709, 2030), (b) Defendants' remedial plans for same (Docs. 1977, 2051), and (c) Plaintiffs' experts' recommendations and comments regarding noncompliant performance measures (Docs. 2091, 2103) [*see* Docs. 2041, 2062, 2082 for CGAR numbers through March 2017];

8. Defendants' proposal to remove all Health Needs Request boxes on medium and minimum security yards (*see* Kendrick Decl., Exs. 2 and 4);

9. The parties' dispute regarding the language of PM 61 (*see* Kendrick Decl., Exs. 3 and 4); and

10. Defendants' failure to produce requested documents (health care and maximum custody).

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated:  June 9, 2017 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By: _s/ Corene Kendrick_ |
| | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 4 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 5 | | Rita K. Lomio (Cal. 254501)* |

By:  _s/ Corene Kendrick_
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia N. Morgan (N.Y. 5351176)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
jmorgan@aclu.org
vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
   agerlicher@perkinscoie.com
   jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

_s/ D. Freouf_

-5-