(U.S. MAGISTRATE: JOHN, BUTTRICK)

FILED ___ RECEIVED ___ LODGED ___ COPY
JUN 13 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PARSON -V- RYAN U.S.D.C.
(D-ARIZ) CASE NO 2:12-CV-00601-DKD

My name is Michael C. Mendoza A.D.C. #044087 I am currently here in the Eyman-Browning Unit in Florence Arizona, I'm writing you to inform you of all the grievous and inappropriate health care many of us in this unit are currently recieving. I am a 54 year old inmate with a lower back degenerated disk which has lead to sciatic nerve damage to my left leg and toes on both feet. This is a severe and common practice for the Corizon health care providers to by-pass and misinform us with the proper care and medications to remedy our chronic pain issues, as of (Sept 2016) our treatment and over all health care has dwindled, the health care provider has mentioned to me that all treatment provided now will be cost affected and saves Corizon the lease amount of money for them to dispense us non-pain medicine even for us with chronic care issues. Now its common practice to issue us (psych medicine - epilepsy medicine - sizure/convulsion medicine - and heart medicine i.e....) none of this has remedy our chronic care pain issues. Thier's many of us inmates that have tried and taken such medication to alleviate our pain too no avail, such medication only added to another problem whereas I personally started having mental psychotic and emotional thoughts. We are all in solitary confinement and administering us psychiatry

MEDICATION FOR PAIN MANAGEMENT ONLY COMPOUNDS OUR MENTAL STATE AND OUR EMOTIONAL LIFE HERE IN SOLITARY CONFINEMENT THIS MEDICATION PUT ME IN A MENTAL STATE OF MIND WHEREAS I HAD TO SIGN 3 REFUSAL FORMS TO TRY AND GET SOME OTHER KIND OF MEDICATION FOR MY ON GOING PAIN ISSUES. NOW ON 05-04-17 AFTER ENDURING DIRE PAIN SINCE 02-15-17 AFTER SIGNING THESE REFUSALS, I WAS FINALLY SEEN BY H.C.P. (DR GAY) WHO STATED WITH MALICE AND SPITE THAT SHE WAS GONNA ORDER ME SOMEOTHER KIND OF PSYCH MEDICATION AND IF I DIDN'T TRY THESE MEDICINES THEN I SHOULD SUFFER WITH MY PAIN. I TOLD HER I'D TRY THEM BECAUSE IT SEEMED LIKE I DIDN'T HAVE A CHOICE AND IF THEY DIDN'T WORK I'LL BE SEEING HER AGAIN. THEN SHE STATED WELL YOU'LL GET THE SAME TREATMENT YOUR GETTING TODAY,, WELL IT'S BEEN 35 DAYS NOW I HAVE NOT RECIEVED "ANY" MEDICATION FOR MY PAIN. I'VE SUBMITTED (2) MORE HDR's IN THE LAST 3½ WEEKS AND I BELIEVE DR-GAY HAS RECIEVED THEM AND THREW THEM AWAY OUT OF RETELEATION AND SPITE BECAUSE I AM EXHAUSTING ALL MY ADMINISTRATIVE REMEDIES IN MY GRIEVANCE PROCESS TOWARDS MY HEALTH CARE PLEASE NOTE THIS HAS BEEN AN ON GOING ISSUE WITH ME AND MANY OTHER INMATES HERE IN THIS UNIT, MY ISSUES HAVE WENT FROM BAD TO EXTREME, NOW I'M HAVING NUMBING SENSATIONS ON MY TOES ON BOTH FEET (SCIATIC NERVE DAMAGE) AND BOTH OF MY LEG'S ARE NOW FULL OF RED BLOOD SPOTS LIKE A RASH BUT IT'S NOT ANY RASH IT'S BLOOD VESSELS SPOTING BOTH OF MY LEGS ALL THE WAY UP TO MY GROIN AREA. AGAIN I AM WRITING YOU THIS LETTER TO ADVISE YOU OF THE HEALTH CARE TREATMENT WE ARE RECIEVING HERE IN THIS UNIT

AND I AM ONLY ONE OF MANY OTHER INMATES WHO IS EXPERIENCING INADEQUATE HEALTH CARE HERE IN BROWNING UNIT. MY SOLE PURPOSE OF THIS LETTER IS TOO INFORM YOU OF THE GRIEVOUS ACTS AND TREATMENTS US INMATE ARE ENDURING FROM CORIZON HEALTH CARE AND ALSO TO SHOW YOU THAT CORIZON HEALTH CARE HERE IN BROWNING UNIT IS "NOT IN COMPLIANCE WITH THE PARSON V. RYAN RULING. ON BEHALF OF MYSELF AND MANY OTHER INMATES HERE WHO ARE SUFFERING GRIEVOUS TREATMENT. WE'D LIKE TO THANK YOU FOR YOUR TIME AND CONSIDERATIONS ON THIS MATTER..

Sincerely
Michael C. Mendoza

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate MICHAEL C. MENDOZA
ADC# 041887
Arizona State Prison Complex EYMAN
Unit SMU II BROWNING 4-I-4a 8
P.O. BOX-3400
City FLORENCE AZ 85132

RECEIVED
JUN 13 2017
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

CLERK OF THE COURT
UNITED STATE DISTRICT COURT
DISTRICT OF ARIZONA
401 W. WASHINGTON ST SUITE 130, SPC 1
PHOENIX AZ 85003-2118

RE: PARSON -V- RYAN
U.S.D.C.
(D-ARIZ) CASE No 2:12-CV-00601-DKD