AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Timothy J. Bojanowski |
| 2 | PHONE NUMBER | 480-420-1600 |
| 3 | DATE | 06-14-2017 |
| 4 | FIRM NAME | Struck Wieneke & Love, PLC |
| 5 | MAILING ADDRESS | 3100 W. Ray Road, Ste. 300 |
| 6 | CITY | Chandler |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85226 |
| 9 | CASE NUMBER | 12-cv-00601 |
| 10 | JUDGE | David K. Duncan |
| 11 | DATES OF PROCEEDINGS | 06-14-2017 |
| 12 | | |
| 13 | CASE NAME | Parsons v. Ryan |
| 14 | LOCATION OF PROCEEDINGS | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Status Hearing | 06-14-2017 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [ ] | |
| 7 DAYS | [x] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: epercevecz@swlfirm.com

19. SIGNATURE /s/Timothy J. Bojanowski

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 06-14-2017

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY