David Klein #135120
A.S.P.C. Eyman/Cook Unit
P.O. Box 3200
Florence, AZ 85132



☒ FILED   ☐ LODGED

**Jun 19 2017**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED   STATES   DISTRICT   COURT
DISTRICT   OF   ARIZONA

| | |
|---|---|
| Victor Parsons et al., <br><br> Plaintiffs <br><br> v. <br><br> Charles Ryan et al, <br><br> Defendants | No: CV 12-00601-PHX-DJH <br><br> Classmember's Notice of Non-Compliance To Measure Number 51 of Stipulation [Doc. # 1185] |

David Klein, a classmember of the above captioned action, notifies this court of non-compliance regarding stipulation number 51, contained within Document number 1185, Signed by the Defendants on October 9, 2014.

HISTORY

1. Classmember David Klein was the recipient of open back surgery approximately September, 2014 while under Defendants' Custody and care.

2. FOLLOWING THE OPEN BACK SURGERY, THIS CLASSMEMBER HAS BEEN THE RECIPIENT OF PAIN MANAGEMENT CARE CONSISTING PRIMARILY OF PSYCHOTROPIC MEDICATIONS. NO POST-SURGERY PHYSICAL THERAPY WAS PROVIDED.

3. SUBSEQUENT TO THE OPEN BACK SURGERY, THIS CLASSMEMBER HAS SUBMITTED VOLUMOUS HEALTH NEEDS REQUESTS AND FILED NUMEROUS GRIEVANCES REGARDING PAIN MANAGEMENT AND SEEKING FOLLOW-UP CARE.

4. ON APRIL 14, 2017 NURSE PRACTITIONER AND COOK UNIT HEALTH CARE PROVIDER, MAUREEN GAY, WROTE A REQUEST FOR AN OUTSIDE SPECIALTY CONSULTATION, WHICH WOULD REVIEW THE BACK SURGERY TRAUMA SITE.

5. MEASURE NUMBER 51 OF STIPULATION [DOC. 1185] STATES: "ROUTINE SPECIALTY CONSULTATIONS WILL BE SCHEDULED AND COMPLETED WITHIN 60 CALENDAR DAYS OF THE CONSULTATION BEING REQUESTED BY THE PROVIDER." THE "60 CALENDAR" DAYS HAVE NOW LAPSED AND THIS CLASSMEMBER HAS BEEN DENIED THE CARE THE DEFENDANTS HAVE AGREED TO.

6. THIS CLASSMEMBER WAS SEEN BY THE COOK UNIT HEALTH CARE PROVIDER ON JUNE 15, 2017 AND NEVER INFORMED OF ANY UTILIZATION MANAGEMENT DENIAL (MEASURE NUMBER 48) AS REQUIRED BY THE STIPULATION AGREEMENT.

-2-

7. THIS CLASSMEMBER HAS BEEN IN CONTINUOUS, IMMEASURABLE, PAIN AND NOW IS BARELY PHYSICALLY MOBILE DUE TO DEFENDANTS IGNORED CARE.

RESPECTFULLY SUBMITTED,

DATED: 6-19-17

CLASSMEMBER: DAVID KLEIN

THIS DOCUMENT PROVIDED TO PRISON STAFF ON _____ FOR ELECTRONIC FILING AND DISTRIBUTION.

-3-