Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **STIPULATED MOTION FOR EXTENSION TO FILE PROPOSED LANGUAGE REGARDING "EVERY X DAYS" PERFORMANCE MEASURES** |

LEGAL135985209.1

At the June 14, 2017 hearing in this matter, the Court directed Plaintiffs to file by June 21, 2017, proposed language for the Monitor Guide regarding those Performance Measures requiring that an action be taken "every X days." The Court added that Defendants would have seven days to respond, and Plaintiffs would have seven days to reply.

The parties now respectfully request that the schedule by modified as follows:

- Plaintiffs' submission: June 23, 2017
- Defendants' response: June 30, 2017
- Plaintiffs' reply: July 7, 2017

Respectfully submitted this 20th day of June, 2017.

**ACLU NATIONAL PRISON PROJECT**

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (N.Y. 5351176)**
Victoria Lopez (Ill. 6275388)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
 afettig@aclu.org
 jmorgan@aclu.org
 vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

**STRUCK WIENEKE, & LOVE, P.L.C.**

By: s/ Timothy J. Bojanowski
 (with permission)
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email:  dstruck@swlfirm.com
 kwieneke@swlfirm.com
 rlove@swlfirm.com
 tbojanowski@swlfirm.com
 nacedo@swlfirm.com
 afletcher@swlfirm.com
 aorcutt@swlfirm.com
 jlee@swlfirm.com
 khanger@swlfirm.com

LEGAL135985209.1

| | | |
|---|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341)<br>**EIDENBACH LAW, PLLC** | Arizona Attorney General Mark Brnovich<br>Office of the Attorney General |
| 2 | P. O. Box 91398<br>Tucson, Arizona 85752 | Michael E. Gottfried<br>Lucy M. Rand |
| 3 | Telephone: (520) 477-1475<br>Email: kirstin@eidenbachlaw.com | Assistant Attorneys General<br>1275 W. Washington Street |
| 4 | | Phoenix, Arizona 85007-2926 |
| 5 | | *Attorneys for Defendants* |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
| | Email:   jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 11 | |
| 12 | By: __s/ Maya Abela__ |
| | Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927) |
| | 5025 East Washington Street, Suite |
| 14 | 202 |
| | Phoenix, Arizona 85034 |
| 15 | Telephone: (602) 274-6287 |
| | Email:   skader@azdisabilitylaw.org |
| 16 | |
| | adietrich@azdisabilitylaw.org |
| 17 | |
| | Rose A. Daly-Rooney (Bar No. |
| 18 | 015690) |
| | J.J. Rico (Bar No. 021292) |
| 19 | Jessica Jansepar Ross (Bar No. |
| | 030553) |
| 20 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 21 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 22 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 23 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 24 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 25 | mabela@azdisabilitylaw.org |
| 26 | *Attorneys for Arizona Center for Disability* |
| | *Law* |
| 27 | |
| 28 | |

LEGAL135985209.1                                    -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf