1

2

3

4

5

6  UNITED STATES DISTRICT COURT

7  DISTRICT OF ARIZONA

8

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO FILE PROPOSED LANGUAGE REGARDING "EVERY X DAYS" PERFORMANCE MEASURES** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion for Extension to File Proposed Language Regarding "Every X Days" Performance Measures, and finding good cause, hereby GRANTS the Motion.  Plaintiffs shall have up to and including June 23, 2017 to file their submission; Defendants shall have up to and including June 30, 2017 to file their Response; and Plaintiffs shall have up to and including July 7, 2017 to file their Reply.

135985234.1