IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulated Motion for Extension to File Proposed Language Regarding "Every X Days" Performance Measures (Doc. 2114), and finding good cause,

**IT IS ORDERED** granting the Stipulated Motion for Extension to File Proposed Language Regarding "Every X Days" Performance Measures (Doc. 2114). Plaintiffs shall have up to and including June 23, 2017 to file their submission; Defendants shall have up to and including June 30, 2017 to file their Response; and Plaintiffs shall have up to and including July 7, 2017 to file their Reply.

Dated this 20th day of June, 2017.

_____
David K. Duncan
United States Magistrate Judge