# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

At the June 14, 2017 Status Conference, the parties presented their dispute regarding the monitoring of Performance Measure 25, which requires that a first responder trained in Basic Life Support responds and provides adequate care within three minutes of an emergency.  Plaintiffs alleged that Defendants are monitoring this measure by *starting* the three minute clock when a corrections officer arrives at the emergency but further alleged that the arriving corrections officer is not providing any life-saving support.  Even so, Plaintiffs alleged that the officer's presence on scene was being monitored as compliant.  The Court took the matter under advisement.

At a minimum, the three minute clock must begin to run when the Incident Command System is activated.  Further, if the first responder is not providing aid, then the officer's presence does not satisfy PM 25's requirements.  The parties, however, failed to provide the Court with any alternative language for the Monitoring Guide.  With

this guidance, Plaintiffs must provide to the Court proposed language for monitoring PM 25.  Defendants may respond.

**IT IS THEREFORE ORDERED** that within 14 days Plaintiffs must provide proposed language for monitoring PM 25.  Defendants may respond within 7 days.

Dated this 21st day of June, 2017.

_____
David K. Duncan
United States Magistrate Judge