**Index of Exhibits to**
**Declaration of Kirstin T. Eidenbach**

Exhibit 1    May 1, 2017 email string between Donald Specter and Dan Struck regarding Mr. Jensen's healthcare and Plaintiffs' request for a preliminary injunction

Exhibit 2    May 31, 2017 email string between Alison Hardy and Dan Struck regarding Mr. Jensen's healthcare and Plaintiffs' request for a preliminary injunction

Exhibit 3    Excerpts of Shawn Jensen's medical records **(FILED UNDER SEAL)**

# EXHIBIT 1

| | |
|---|---|
| **Subject:** | RE: Shawn Jensen |
| **Date:** | Monday, May 1, 2017 at 2:16:45 PM Mountain Standard Time |
| **From:** | Don Specter |
| **To:** | Dan Struck |
| **CC:** | Amy Fettig, Maya Abela, Rita Lomio, David Fathi, Corene Kendrick, Kirstin Eidenbach, Lucy Rand, Alison Hardy, Tim Bojanowski, Richard Pratt, KCAMPBELL@azcorrections.gov |
| **Attachments:** | image001.jpg, image002.jpg |

Dan,

We appreciate that there has been some movement on getting Mr. Jensen the treatment he needs.  It is premature, however, to withdraw our motion.  Important parts of Mr. Jensen's treatment plan remain unapproved or unscheduled.  Mr. Jensen has received one Lupron injection, but the provider notes that this injection was only approved as a one-time dose.  Mr. Jensen is supposed to receive radiation for the recurrence of his prostate cancer, but as of now this has not been scheduled or begun.  Mr. Jensen also needs a PET scan to check a possible mass in his lung and determine if it is metastasis from his untreated prostate cancer.  This recommendation came through on April 17, 2017.  On April 28, 2017 NP Grafton recommended it as an urgent consult.  As of now no further action has been taken.  If that mass is metastatic, a separate treatment plan will need to be created, approved, and implemented.  When adequate treatment plan(s) have been developed, approved and implemented we will withdraw our motion.  Because progress is being made, we are willing to agree to an additional month extension and hope to see more concrete progress within that time.

Don

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Monday, May 01, 2017 10:21 AM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski; RICHARD PRATT; KCAMPBELL@azcorrections.gov
**Subject:** RE: Shawn Jensen

Don,

Shawn Jensen recently has had the following treatments:

CT adm/pelvis   (completed 4/17/17)
CT simulation   (completed 4/21/17)
Radiation Oncology Appt.  (completed 4/21/17)
Lupron NF administered on 4/27/17   (next dose scheduled for 7/28/17)

Please advise as to whether you folks will withdraw the Motion for Preliminary Injunction.

Dan Struck



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

---

**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Monday, April 17, 2017 12:18 PM
**To:** Dan Struck <DStruck@swlfirm.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Lucy Rand <Lucy.Rand@azag.gov>; Alison Hardy <ahardy@prisonlaw.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; RICHARD PRATT <rpratt@azcorrections.gov>; KCAMPBELL@azcorrections.gov
**Subject:** RE: Shawn Jensen

Dan,

Thank you for letting us know that Mr. Jensen has upcoming appointments scheduled.  We remain concerned that Mr. Jensen still has no treatment plan and has yet to receive his Lupron injection, an essential component in his treatment that was ordered exactly two months ago.  Despite Dr. Babich's approval of the treatment, Mr. Jensen's health record indicates that, as of 4/15/17, the treatment has been "held per provider order."  We found no explanation for this further delay in the record.

We will agree to extend time for two weeks, until May 1, and request that you let us know when Mr. Jensen has received a treatment plan and has started his Lupron.

Thanks,
Don

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Monday, April 17, 2017 10:02 AM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski; RICHARD PRATT; KCAMPBELL@azcorrections.gov
**Subject:** RE: Shawn Jensen

Don,

As we know that you are busy with the hearing today, we propose that we again stipulate to continue the response for two weeks to allow you to review his records and confirm this treatment.   We would like to know, though, within a week whether you folks will agree to withdraw the motion.   Please let us know if you will so stipulate.

Dan

**Page 2 of 11**



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

**From:** Dan Struck
**Sent:** Monday, April 17, 2017 5:24 AM
**To:** 'Don Specter' <dspecter@prisonlaw.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Lucy Rand <Lucy.Rand@azag.gov>; Alison Hardy <ahardy@prisonlaw.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; RICHARD PRATT <rpratt@azcorrections.gov>; KCAMPBELL@azcorrections.gov
**Subject:** RE: Shawn Jensen

Don,

It is my understanding that Shawn Jensen has the following scheduled:

CT adm/pelvis scheduled for today;
CT simulation scheduled for 4/21;
Radiation oncology appointment scheduled for 4/21;
Hem/oncology appointment scheduled for 4/22.

In addition, Lupron NF has been approved by Dr. Babich.

Under the current extension, our response to your injunction motion is due today.   In light of the above, as well as the appointments that he has had in the past 45 days, we request that you withdraw the motion. Please let us know if you are in agreement.

Dan



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

---

**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Wednesday, March 15, 2017 10:16 AM
**To:** Dan Struck <DStruck@swlfirm.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Lucy Rand <Lucy.Rand@azag.gov>; Alison Hardy <ahardy@prisonlaw.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; RICHARD PRATT <rpratt@azcorrections.gov>; KCAMPBELL@azcorrections.gov
**Subject:** RE: Shawn Jensen

Dan,

Any update?

Don

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Friday, March 10, 2017 9:23 AM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski; RICHARD PRATT; KCAMPBELL@azcorrections.gov
**Subject:** Re: Shawn Jensen

Thanks, Don.  I have made another inquiry as to the progress of those consults.

Dan

Sent from my iPhone

On Mar 10, 2017, at 9:19 AM, Don Specter <dspecter@prisonlaw.com> wrote:

> Dan,
>
> We think the best course at this time is to stipulate to a one month extension.  We note from the medical records that he has an appointment for the bone scan, but that the referrals to oncology, urology and hematology are still pending utilization management review.  Hopefully, in a month those referrals and the bone scans will be complete and a treatment plan in place.
>
> Don

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Friday, March 10, 2017 8:39 AM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski; RICHARD PRATT; KCAMPBELL@azcorrections.gov
**Subject:** Re: Shawn Jensen

Don,

The response to this motion is due next week. Please let me know what additional information you need to withdraw the motion.

Dan

Sent from my iPhone

On Mar 7, 2017, at 4:53 PM, Don Specter <dspecter@prisonlaw.com> wrote:

> Dan,
>
> Thank you very much for this information. I'm sure Mr. Jensen and his wife will be very relieved to hear about these developments. I look forward to hearing from you about these other dates.
>
> Don
>
> **From:** Dan Struck [mailto:DStruck@swlfirm.com]
> **Sent:** Tuesday, March 07, 2017 4:16 PM
> **To:** Don Specter
> **Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski; RICHARD PRATT; KCAMPBELL@azcorrections.gov
> **Subject:** Re: Shawn Jensen
>
> Don,
>
> Jensen was seen today by a physician. They have also followed up with Dr Patel. He will obtain the scan and will see the urologist after. The appointment isn't scheduled until April 6, at the urologist's request, but Corizon is contacting him about getting in to see him sooner. He also is being scheduled to see a radiation oncologist. As soon as we get dates, I will let you know.
>
> Dan
>
> Sent from my iPhone
>
> On Mar 3, 2017, at 4:56 PM, Don Specter <dspecter@prisonlaw.com> wrote:
>
>> Dan,
>>
>> I told you that if Mr. Jensen gets the appropriate treatment we

would withdraw the motion, so I don't understand why you did not provide the response earlier.  In any event, based on the response below, please let us know as soon as possible if Corizon is going to provide Mr. Jensen with the bone scan that Dr. Patel ordered.

Don

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Friday, March 03, 2017 4:10 PM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski
**Subject:** RE: Shawn Jensen

Don,

You didn't receive it because you went ahead and filed it anyway despite our request not to do so.

The Corizon doctors disagree with your jail medical expert's recommendation as to his treatment, and his assessment as to his treatment protocol for his medical condition.   Specifically, LHRH therapy or a surveillance bone scan are not indicated for a patient exhibiting Jensen's symptoms (asymptomatic and low rising PSA level).   If Jensen is in agreement, however,  they will be sending him to medical oncology and a urologic consult as soon as possible   They have also followed up with Dr. Patel with questions about his consult, but haven't heard back from him yet.

Dan


<image001.jpg>**Daniel P. Struck**

**STRUCK WIENEKE & LOVE, PLC**

3100 W. Ray Road | Suite 300
Chandler, AZ 85226


P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

---

**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Friday, March 03, 2017 10:49 AM
**To:** Dan Struck <DStruck@swlfirm.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach

<kirstin@eidenbachlaw.com>; Lucy Rand <Lucy.Rand@azag.gov>;
Alison Hardy <ahardy@prisonlaw.com>; Tim Bojanowski
<TBojanowski@swlfirm.com>
**Subject:** RE: Shawn Jensen

Dan,

We never received a response that you promised would be sent two nights ago.  When can we expect to receive it.

Don

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Wednesday, March 01, 2017 3:32 PM
**To:** Don Specter
**Cc:** Amy Fettig; Maya Abela; Rita Lomio; David Fathi; Corene Kendrick; Kirstin Eidenbach; Lucy Rand; Alison Hardy; Tim Bojanowski
**Subject:** Re: Shawn Jensen

I'm told that I will get a response tonight. I would request that you wait another 24 hours.

Sent from my iPhone

On Mar 1, 2017, at 4:30 PM, Don Specter <dspecter@prisonlaw.com> wrote:

> Dan,
>
> We are going to file since we haven't received a response, the risk of harm is urgent and you haven't given us a definite time when we can expect the response.  However, we will consider whether to withdraw the motion in light of the response.
>
> Don
>
> On Mar 1, 2017 2:53 PM, "Dan Struck" <DStruck@swlfirm.com> wrote:
>> I would request that you wait on filing whatever you planned to file until you hear from me, Don.   They are looking into it, and promised a response asap.
>>
>> Dan

<image002.jpg>**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**

3100 W. Ray Road | Suite 300
Chandler, AZ 85226


P: (480) 420-1601 | dstruck@swlfirm.com |
www.swlfirm.com


**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Wednesday, March 01, 2017 3:14 PM
**To:** Dan Struck <DStruck@swlfirm.com>
**Cc:** Rita Lomio <rlomio@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Amy Fettig <afettig@aclu.org>; David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Lucy Rand <Lucy.Rand@azag.gov>; Alison Hardy <ahardy@prisonlaw.com>; Tim Bojanowski <TBojanowski@swlfirm.com>
**Subject:** RE: Shawn Jensen

Thanks Dan.  We will wait a little while longer before filing, but please ask them to get us a response ASAP.

On Mar 1, 2017 1:56 PM, "Dan Struck" <DStruck@swlfirm.com> wrote:

> Don,
>
> I am told by the Corizon folks that we will be getting a response to your inquiry later today.   I wanted to give you a heads up on where it stood.
>
>
> Dan
>
>
> <image003.jpg>**Daniel P. Struck**
> **STRUCK WIENEKE & LOVE, PLC**
> 3100 W. Ray Road | Suite 300
> Chandler, AZ 85226
>
>
> P: (480) 420-1601 | dstruck@swlfirm.com |
> www.swlfirm.com
>
>
> **From:** Don Specter

[mailto:dspecter@prisonlaw.com]
**Sent:** Monday, February 27, 2017 4:43 PM
**To:** Dan Struck <DStruck@swlfirm.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; Lucy Rand <Lucy.Rand@azag.gov>
**Cc:** Alison Hardy <ahardy@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>
**Subject:** RE: Shawn Jensen

Dan,

Thanks for forwarding this to Corizon. We would rather not file anything if we can be assured that Mr. Jensen will get the necessary treatment. As to what procedural vehicle we're going to file with the Court, we're still working on that. I hope to hear from you on Wednesday.

Don

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Monday, February 27, 2017 3:36 PM
**To:** Don Specter; Tim Bojanowski; Lucy Rand
**Cc:** Alison Hardy; Kirstin Eidenbach; Corene Kendrick; David Fathi; Amy Fettig; Maya Abela; Rita Lomio
**Subject:** RE: Shawn Jensen

Don,

We have forwarded this information to Corizon, and hope to provide a response to you as soon as possible. We request that you check with us before filing anything, as you are not giving much time for a response. While we recognize your belief that this is an urgent matter, it does appear to be outside the scope of the stipulation. Would this be a new lawsuit (or an injunction) that you would be filing on his behalf?

Dan

<image003.jpg>**Daniel P. Struck**

## STRUCK WIENEKE & LOVE, PLC
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com |
www.swlfirm.com

**From:** Don Specter [mailto:dspecter@prisonlaw.com]
**Sent:** Monday, February 27, 2017 4:14 PM
**To:** Dan Struck <DStruck@swlfirm.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; Lucy Rand <Lucy.Rand@azag.gov>
**Cc:** Alison Hardy <ahardy@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rita Lomio <rlomio@prisonlaw.com>
**Subject:** Shawn Jensen

Dan, Tim & Lucy,

Attached is a report from Dr. Wilcox about the lack of adequate care for Plaintiff Shawn Jensen's prostate cancer and recommendations for immediate treatment to prevent further pain, injury and possibly death.  We request that ADC/Corizon provide the necessary treatment immediately.

If ADC/Corizon does not agree to provide the necessary treatment we are prepared to file a motion on Mr. Jensen's behalf by close of business on Wednesday.  Please inform us by Wednesday at noon what, if any, immediate measures will be taken to address his urgent medical needs.

Thank you for your prompt attention to this matter.

Don

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 2

| | |
|---|---|
| **Subject:** | RE: Shawn Jensen Motion |
| **Date:** | Wednesday, May 31, 2017 at 2:53:20 PM Mountain Standard Time |
| **From:** | Alison Hardy |
| **To:** | Dan Struck, Kirstin Eidenbach, Tim Bojanowski, Elaine Percevecz, Lucy Rand, Anne Orcutt |
| **CC:** | Don Specter, Corene Kendrick, David Fathi, Amy Fettig, Victoria Lopez, Maya Abela, Kathy Brody |

**Attachments:** image001.jpg, image002.jpg

Dan,

We have advised you that we will extend your time to respond because it appears that Mr. Jensen's necessary medical treatment has been scheduled to occur shortly. We have further advised you that we will consider withdrawing the motion if Mr. Jensen is provided the treatment as scheduled. We are confused as to why you are now insisting on filing a response, and pursuing fees for a response that we have told you may be unnecessary.

Alison

Alison Hardy
Sr. Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2638 (Direct)
(510) 292-0549 (Cell)
ahardy@prisonlaw.com

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Wednesday, May 31, 2017 2:32 PM
**To:** Kirstin Eidenbach; Tim Bojanowski; Elaine Percevecz; Lucy Rand; Anne Orcutt
**Cc:** Don Specter; Corene Kendrick; Alison Hardy; David Fathi; Amy Fettig; Victoria Lopez; Maya Abela; Kathy Brody
**Subject:** RE: Shawn Jensen Motion

Kirstin,

We disagree with your assessment regarding Shawn Jensen's medical care. Moreover, you have never addressed the inappropriateness of filing this motion in the Parsons matter in the first place. We will be filing our response this afternoon, and will be asking for fees unless you immediately agree to withdraw this motion.

Dan



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

---

**From:** Kirstin Eidenbach [mailto:kirstin@eidenbachlaw.com]
**Sent:** Wednesday, May 31, 2017 2:00 PM
**To:** Dan Struck <DStruck@swlfirm.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; Elaine Percevecz <EPercevecz@swlfirm.com>; Lucy Rand <Lucy.Rand@azag.gov>; Anne Orcutt <AOrcutt@swlfirm.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Victoria Lopez <vlopez@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>
**Subject:** Re: Shawn Jensen Motion

Dan,

We have reviewed Mr. Jensen's medical record. He still has not received all the treatments he urgently needs, and consequently, we are unwilling to withdraw our motion at this time. However, it does appear that Mr. Jensen is scheduled to receive several treatments in the next few days. If all of Mr. Jensen's treatments do in fact occur as reflected in his medical record, we will re-evaluate our position. In the interest of giving Mr. Jensen time to receive his scheduled treatments, we will agree to a final extension of two weeks.

Kirstin

*Eidenbach Law, P.L.L.C.*

*P.O. Box 91398*

*Tucson, AZ 85752*

*(520) 477-1475*

*kirstin@eidenbachlaw.com*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Dan Struck <DStruck@swlfirm.com>
**Date:** Tuesday, May 30, 2017 at 3:54 PM
**To:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <TBojanowski@swlfirm.com>, "Percevecz, Elaine (EPercevecz@swlfirm.com)" <EPercevecz@swlfirm.com>, Lucy Rand <Lucy.Rand@azag.gov>, Anne Orcutt <AOrcutt@swlfirm.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>, Corene Kendrick <ckendrick@prisonlaw.com>, Alison Hardy <ahardy@prisonlaw.com>, David Fathi <dfathi@aclu.org>, Amy Fettig <afettig@aclu.org>, Victoria Lopez <vlopez@aclu.org>, Maya Abela <mabela@azdisabilitylaw.org>, Kathy Brody

<kbrody@acluaz.org>
**Subject:** RE: Shawn Jensen Motion

Kirstin,

We request, once again, that plaintiffs voluntarily dismiss this motion.   There is nothing in the stipulation that allows for plaintiffs to seek an injunction relating to a particular inmate's medical treatment.   This must be done in a separately filed action, as Judge Duncan has noted on more than one occasion.  Moreover, it is clear that Shawn Jensen has not exhausted his administrative remedies.   Finally, there is no evidence that the treatment he received has fallen below the standard of care, much less constitutes a constitutional claim of deliberate indifference.   Please advise immediately whether you will agree to dismiss the motion.   If not, we will file our response and request fees.

Dan Struck



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

---

**From:** Kirstin Eidenbach [mailto:kirstin@eidenbachlaw.com]
**Sent:** Wednesday, May 17, 2017 1:50 PM
**To:** Dan Struck <DStruck@swlfirm.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; Elaine Percevecz <EPercevecz@swlfirm.com>; Lucy Rand <Lucy.Rand@azag.gov>; Anne Orcutt <AOrcutt@swlfirm.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Victoria Lopez <vlopez@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>
**Subject:** Shawn Jensen Motion

Dear Dan,

We have recently reviewed Mr. Jensen's medical records, and his critical treatments are still pending utilization management approval. On April 28, 2017, consult requests were submitted for additional imaging (urgent) and a consult with radiation oncology (routine).  Neither have been approved or scheduled.  Given this continued delay in Mr. Jensen's treatment, especially given the gravity of his medical condition, we plan to take our pending motion to Judge Duncan.  As a courtesy, we wanted to let you know that we will not agree to another extension of the deadline for your response.  Please feel free to contact me if you would like to discuss.

Sincerely,
Kirstin

*Eidenbach Law, P.L.L.C.*

*P.O. Box 91398*

*Tucson, AZ 85752*

*(520) 477-1475*

*kirstin@eidenbachlaw.com*

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.



# EXHIBIT 3

# FILED UNDER SEAL