# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Documents (Doc. 2122), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal Documents (Doc. 2122) and instructs the clerk of the Court to seal the documents as set forth in Plaintiffs' Motion to Seal (Exhibit 3 to the Declaration of Kirstin T. Eidenbach).

Dated this 22nd day of June, 2017.

_____
David K. Duncan
United States Magistrate Judge