# EXHIBIT 1



ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

Draft Revised: 3/7/17

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ 85007
Phone 602.255.2468

# Table of Contents

Introduction........................................................................................................1
      The CGAR Monitoring Tool.................................................................2
      History ...................................................................................................3
Monitor Responsibilities.................................................................................5
The Monitor Cycle............................................................................................7
Performance Measures......................................................................................9
Methodology.......................................................................................................9
Source of Records..............................................................................................9
      **Random Selection** ..........................................................................10
Addressing Deficiencies.................................................................................10
Unavailable Inmates .......................................................................................10
Ethics for Excellence ......................................................................................12
Glossary.............................................................................................................13
Performance Measure Monitoring Methodology .....................................12

Appendix A: Definitions ...............................................................
Appendix B: DSM-5 Classifications ...........................................

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 73
Stipulation Category: Mental Health (01)

CGAR Category: Mental Health (C) 01

| Performance Measure: |
|---|
| All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.* |

| CGAR Question: |
|---|
| Are all MH-3 minor prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville.  If the prisoner has been in ADC custody, or has been classified MH-3, for less than 30 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician. A monthly list of licensed mental health clinicians is obtained from the health services contractor.

- The last two contacts by a licensed clinician will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant.  If there are no contacts by a licensed clinician, the record will be coded as noncompliant.  If there is only one contact by a licensed clinician, the record will be coded as noncompliant, unless that contact is no more than 30 days from both (1) the date the prisoner was admitted to ADC or classified MH-3, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)

---

**101**

PERFORMANCE MEASURES

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

**CGAR Category: Mental Health (C) 05**

**Performance Measure:**

Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners.

**CGAR Question:**

Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners?

**Source of Records/Review:**

An AIMS report will be run for all MH-3 and above prisoners at each Complex.  10 records will be reviewed per yard for compliance with the treatment plan time frames.  ~~Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #87, #89 and #92.~~

**Methodology:**

- ~~All records reviewed for HC PMs ##73, 80, 82, 84, 85, 87, 89, and 92 will also be reviewed for compliance with this performance measure.  An additional 10 randomly selected MH-3E records (if available) will be reviewed from each unit and added into the overall compliance for this measure.~~  An AIMS report will be run for all MH-3 and above prisoners at each Complex.  10 records will be reviewed per yard for compliance with the treatment plan time frames.  In the case of a prisoner classified MH-3A, MH-4, or MH-5, if the prisoner has been in ADC custody, or has been classified MH-3A, MH-4, or MH-5, for less than 90 days, that record is excluded from the sample and another record is randomly drawn.   In the case of all other MH-3 prisoners, if the prisoner has been in ADC custody, or has been classified MH-3, for less than 12 months, that record is excluded from the sample and another record is randomly drawn.   This process is repeated until a total of ten records have been drawn.

- 

- 

- Review AIMS (DI85 screen) to determine when the inmate was designated their current mental health score and subcategory so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the two most recent treatment plans. Determine whether the two treatment plans were 90 days (or 12 months if applicable) or less apart.  If they were more than 90 days (or 12 months if applicable) apart, then the record will be coded as non-compliant.  If there are no treatment plans, the record will be

Draft Revised: 3/7/17

coded as noncompliant.  **MH-3A, MH-4, MH-5:**  If there is only one treatment plan, the record will be coded as noncompliant, unless that treatment plan is dated no more than 90 days from both (1) the date the prisoner was admitted to ADC or classified MH-3A, MH-4, or MH-5, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.  **All other MH-3:**  If there is only one treatment plan, the record will be coded as noncompliant, unless that treatment plan is dated no more than 12 months from both (1) the date the prisoner was admitted to ADC or classified MH-3, whichever is later, and (2) the last day of the monitored month.   If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 80
Stipulation Category: Mental Health (08)

**CGAR Category: Mental Health (C) 08**

| |
|---|
| **Performance Measure:** |
| MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician. |
| **CGAR Question:** |
| Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |
| **Methodology:** |

- Ten (10) records (if available) will be selected for review at each yard. If the prisoner has been in ADC custody, or has been classified MH-3A, for less than 30 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart. If the contacts were 30 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant. If there are no contacts by a clinician, the record will be coded as noncompliant. If there is only one contact by a clinician, the record will be coded as noncompliant, unless that contact is no more than 30 days from both (1) the date the prisoner was admitted to ADC or classified MH-3A, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

"Population Tracking", and click on the link "External Movements" to view the inmate's movement).



**PERFORMANCE MEASURES**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

**CGAR Category: Mental Health (C) 09**

---

**Performance Measure:**

MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider.

---

**CGAR Question:**

Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?

---

**Source of Records/Review:**

Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications.

---

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.  If the prisoner has been in ADC custody, or has been classified MH-3A, for less than 90 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact.  A psychiatric contact may be documented in multiple electronic entries, including, but not limited to:  scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- The last two psychiatry contacts will be reviewed to determine whether the contacts were no more than 90 days apart.  If the contacts were 90 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant.  If they are more than 90 days apart, then it will be coded as non-compliant.  If there are no contacts by a provider, the record will be coded as noncompliant.  If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 90 days from both (1) the date the prisoner was admitted to ADC or classified MH-3A, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or

---

**Formatted:** Font: Garamond

**Formatted:** Font: Garamond

**Formatted:** Font: Garamond

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.



112

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

**CGAR Category: Mental Health (C) 10**

| |
|---|
| **Performance Measure:** |
| MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |
| **CGAR Question:** |
| Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |
| **Methodology:** |

- Ten (10) records (if available) will be selected for review at each yard.  If the prisoner has been in ADC custody, or has been classified MH-3B, for less than 90 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B so that a start date can be established.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 90 days apart.  If the contacts were 90 days or less apart, then the date of the most recent both contacts will be recorded, and it will be coded as compliant.  If they are more than 90 days apart, then it will be coded as non-compliant.  If there are no contacts by a clinician, the record will be coded as noncompliant.  If there is only one contact by a clinician, the record will be coded as noncompliant, unless that contact is no more than 90 days from both (1) the date the prisoner was admitted to ADC or classified MH-3B, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

| Formatted: Font: Garamond |
|---|
| Formatted: Font: Garamond |
| Formatted: Font: Garamond |
| Formatted: Font: Garamond |

113

Draft Revised: 3/7/17

**PERFORMANCE MEASURES**

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**PERFORMANCE MEASURES**

**Health Care Performance Measure No. 83**
**Stipulation Category: Mental Health (11)**

**CGAR Category: Mental Health (C) 11**

---

**Performance Measure:**

MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days.

---

**CGAR Question:**

Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days?

---

**Source of Records/Review:**

The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications.

---

**Methodology:**

- The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.  If the prisoner has been in ADC custody, or has been classified MH-3B, for less than 180 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B so that a start date for review can be established.

- A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".

- The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 90 days (or 180 days if applicable) apart.  If the contacts were 90 days or less (or 180 days if applicable) apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 90 days (or 180 days if applicable) apart, then it will be coded as non-compliant.

---

1   Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

115

PERFORMANCE MEASURES

- ~~If the two most recent psychiatry contacts occurred between 90 and 180 days apart, then follow the steps below to determine the prevailing diagnosis. If the two most recent psychiatry contacts are 90 days or less apart, or are more than 180 days apart, then it is not necessary to determine the prevailing diagnosis as they are either automatically in compliance or out of compliance.~~

- Determining the Prevailing Diagnosis: First look at the most recent psychiatry contact that did not occur in the monitored month. Check the SOAPE note for a diagnosis. If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact. If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month. If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis: If there is more than one diagnosis listed in the document used for the prevailing diagnosis, then all diagnoses from that specific date are reviewed. First record an "N" if the diagnosis(es) is not one of those listed in the PM or a "Y" if it is listed. Then record the ICD 10 code of the diagnosis. Finally, record the date associated with the prevailing diagnosis.

- The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 90 days (or 180 days if applicable) apart. If the contacts were 90 days or less (or 180 days if applicable) apart, then the date of both contacts will be recorded, and it will be coded as compliant. If they are more than 90 days (or 180 days if applicable) apart, then it will be coded as non-compliant. If there are no contacts by a provider, the record will be coded as noncompliant. **MH-3B prisoners prescribed medications for the enumerated conditions:** If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 90 days from both (1) the date the prisoner was admitted to ADC or classified MH-3B, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant. **All other MH-3B prisoners prescribed medications:** If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 180 days from both (1) the date the prisoner was admitted to ADC or classified MH-3B, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

**CGAR Category: Mental Health (C) 12**

| **Performance Measure:** |
|---|
| MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |

| **CGAR Question:** |
|---|
| Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |

| **Source of Records/Review:** |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard. If the prisoner has been in ADC custody, or has been classified MH-3C, for less than 180 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the two most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 180 days apart. If the contacts were 180 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 180 days apart, then it will be coded as non-compliant. If there are no contacts by a provider, the record will be coded as noncompliant. If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 180 days from both (1) the date the prisoner was admitted to ADC or classified MH-3C, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

movement).



Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 87
Stipulation Category: Mental Health (15)

**CGAR Category: Mental Health (C) 15**

| Performance Measure: |
| :--- |
| MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. |

| CGAR Question: |
| :--- |
| Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every 30 days? |

| Source of Records/Review: |
| :--- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each residential program. If the prisoner has been in ADC custody, or has been classified MH-4, for less than 30 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4 so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart. If the contacts were 30 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant. If there are no contacts by a clinician, the record will be coded as noncompliant. If there is only one contact by a clinician, the record will be coded as noncompliant, unless that contact is no more than 30 days from both (1) the date the prisoner was admitted to ADC or classified MH-4, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking",

Draft Revised: 3/7/17

**PERFORMANCE MEASURES**

and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

**CGAR Category: Mental Health (C) 16**

| **Performance Measure:** |
|---|
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |

| **CGAR Question:** |
|---|
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |

| **Source of Records/Review:** |
|---|
| The same inmates reviewed for HC PM #87 and are currently on psychotropic medications. |

| **Methodology:** |
|---|
| • The same records from HC PM #87 will be reviewed for this PM.  If the prisoner has been in ADC custody, or has been classified MH-4, for less than 90 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 4 so that a start date for review can be established.. |
| • Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. |
| • The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 90 days apart.  If the contacts were 90 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 90 days apart, then it will be coded as non-compliant.  If there are no contacts by a provider, the record will be coded as noncompliant.  If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 90 days from both (1) the date the prisoner was admitted to ADC or classified MH-4, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant. |
| • If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0. |
| • If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift |

Draft Revised: 3/7/17

+ F⁵) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).



**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

**CGAR Category: Mental Health (C) 17**

| Performance Measure: |
| --- |
| MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |

| CGAR Question: |
| --- |
| Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each unit with an inpatient program. If the prisoner has been in ADC custody, or has been classified MH-5, for less than seven days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5 so that a start date for review can be established.

- Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.

- Record the total number of contacts that are in compliance and the total number of contacts that should have occurred (e.g., 2 out of 3, 4 out of 4). If any of the required contacts are more than seven days apart, then the record will be coded as non-compliant. If there are no contacts, the record will be coded as noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's

127

**PERFORMANCE MEASURES**

movement).



Draft Revised: 3/7/17

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

CGAR Category: Mental Health (C) 18

| Performance Measure: |
| --- |
| MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days. |

| CGAR Question: |
| --- |
| Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every 30 days? |

| Source of Records/Review: |
| --- |
| The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications. |

| Methodology: |
| --- |
| <ul><li>The records reviewed for HC PM #89 will be reviewed for this PM.  If the prisoner has been in ADC custody, or has been classified MH-5, for less than 30 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5 so that a start date for review can be established.</li><li>Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.</li><li>The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of both the most recent contacts will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant.  If there are no contacts by a provider, the record will be coded as noncompliant.  If there is only one contact by a provider, the record will be coded as noncompliant, unless that contact is no more than 30 days from both (1) the date the prisoner was admitted to ADC or classified MH-5, whichever is later, and (2) the last day of the monitored month.  If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.</li><li>If the inmate is not currently on medications, then "N/A" is recorded and it is coded</li></ul> |

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

**CGAR Category: Mental Health (C) 20**

| |
|---|
| **Performance Measure:** |
| MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. |
| **CGAR Question:** |
| Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |
| **Methodology:** |
| • The first ten (10) records (if available) will be selected for review at each maximum custody unit. If the prisoner has been housed in maximum custody, or has been classified MH-3 or above, for less than 30 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher so that a start date for review can be established.  Additionally, the external Movement Screen in AIMS will be reviewed to determine the date the inmate arrived to the maximum custody unit. |
| • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. |
| • The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of ~~the most recent~~ both contacts will be recorded, and it will be coded as compliant.  If they are more than 30 days apart, then it will be coded as non-compliant.  If there are no contacts by a clinician, the record will be coded as noncompliant.  If there is only one contact by a clinician, the record will be coded as noncompliant, unless that contact is no more than 30 days from both (1) the date the prisoner was moved to maximum custody or classified MH-3 or above, whichever is later, and (2) the last day of the monitored month.  If both |

133

**P E R F O R M A N C E   M E A S U R E S**

of these conditions are met, the record will be coded as "0" and not counted as either compliant or noncompliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)

---

Draft Revised: 3/7/17