| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 2 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 3 | Telephone: (602) 650-1854 |
| | Email: kbrody@acluaz.org |
| 4 | |
| | *Attorneys for Plaintiffs Shawn Jensen, Stephen* |
| 5 | *Swartz, Sonia Rodriguez, Christina Verduzco,* |
| | *Jackie Thomas, Jeremy Smith, Robert Gamez,* |
| 6 | *Maryanne Chisholm, Desiree Licci, Joseph* |
| | *Hefner, Joshua Polson, and Charlotte Wells, on* |
| 7 | *behalf of themselves and all others similarly* |
| | *situated* |
| 8 | **[ADDITIONAL COUNSEL LISTED ON** |
| | **SIGNATURE PAGE]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **NOTICE OF WITHDRAWAL OF JAMELIA NATASHA MORGAN** |

PLEASE TAKE NOTICE that attorney Jamelia Natasha Morgan withdraws as counsel of record for Prisoner Plaintiffs in the above-captioned case. Ms. Morgan is no longer associated with the ACLU National Prison Project, and Prisoner Plaintiffs respectfully request that service and all electronic filing notices be terminated as to her. Other counsel of record will remain counsel for Prisoner Plaintiffs. Prisoner Plaintiffs respectfully request that the Court continue to serve all correspondence, pleadings, and other documents and papers on the remaining attorneys of record.

LEGAL136029834.1

| | | |
|---|---|---|
| 1 | Dated: June 26, 2017 | **ACLU NATIONAL PRISON PROJECT** |
| 2 | | |
| 3 | | By: s/ Amy Fettig |
| | | David C. Fathi (Wash. 24893)* |
| 4 | | Amy Fettig (D.C. 484883)** |
| | | Victoria Lopez (Ill. 6275388)* |
| 5 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 6 | | Telephone: (202) 548-6603 |
| | | Email: dfathi@aclu.org |
| 7 | | afettig@aclu.org |
| | | vlopez@aclu.org |
| 8 | | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 9 | | |
| 10 | | **Admitted *pro hac vice* |
| 11 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 12 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 13 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 14 | | Telephone: (602) 351-8000 |
| | | Email: dbarr@perkinscoie.com |
| 15 | | agerlicher@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 16 | | Kathleen E. Brody (Bar No. 026331) |
| 17 | | **ACLU FOUNDATION OF ARIZONA** |
| 18 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 19 | | Telephone: (602) 650-1854 |
| | | Email: kbrody@acluaz.org |
| 20 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 21 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 22 | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 23 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 24 | | Telephone: (510) 280-2621 |
| | | Email: dspecter@prisonlaw.com |
| 25 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 26 | | ckendrick@prisonlaw.com |
| | | rlomio@prisonlaw.com |
| 27 | | |
| 28 | | *Admitted *pro hac vice* |

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, PLLC**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email:   kirstin@eidenbachlaw.com |
| 5 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 6 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 7 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | John Laurens Wilkes (Tex. 24053548)* |
| 10 | **JONES DAY**<br>717 Texas Street |
| 11 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 12 | Email:   jlwilkes@jonesday.com |
| 13 | *Admitted *pro hac vice* |
| 14 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina* |
| 15 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 16 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 17 | *themselves and all others similarly situated* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL136029834.1                   -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf