**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**   DATE: June 20, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
         Plaintiffs        Defendants
=========================================================================

HON:   <u>David K. Duncan</u>        Judge # <u>70BL/DKD</u>

       <u>Robert Vasquez</u>          <u>Courtsmart</u>
         Deputy Clerk              Court Reporter

**APPEARANCES:**
David Fathi appearing telephonically for Plaintiffs
Lucy Rand, Timothy Bojanowski, Rachel Love and Scott McPherson, appearing telephonically, for Defendants
=========================================================================
**PROCEEDINGS:**     <u>  X  </u> **Open Court**    <u>      </u> **Chambers**    <u>      </u> **Other**

This is the time set for Discovery Dispute Hearing. Discussion is held as to the status of the April 2017 CGAR reports. Defense Counsel is in the process of producing the reports. Discussion is held as to Doc. 2108-1. Discussion is held as to items #3 and #9. The Court orders that any documents requested in item #9 be provided to Plaintiffs' Counsel by Defense Counsel no later than 6/30/2017.

Discussion is held as to item #15. The Court orders that objections listed in item #15 are overruled. The Court further orders that Defense Counsel submit, no later than 6/30/2017, a privilege log indicating which documents are being withheld on the basis of the attorney-client privilege and/or work product immunity.

Discussion held as to items #18 and #19. The Court orders Defense Counsel to perform further inquiries regarding documents listed in item #19 and report their findings to Plaintiffs and the Court no later than 6/30/2017.

Discussion is held as to items #23 and #24. The Court orders that the spreadsheet(s) listed in item #24 be provided to the Court for in camera review. The Court will then make a determination as to any attorney-client privilege that may exist within the spreadsheet(s).

Discussion is held as to items #25 and #29. The Court orders that Plaintiffs' request in item #29 is granted in part and denied in part. The Court grants the request for all documents reflecting any

investigation into the suicides of prisoners Arvizo, Krauss, and Gonzalez.  The Court further orders that any documents responsive to the request that may contain safety and security issues should be submitted by Defense Counsel for in camera review.  Defense Counsel should also include an explanation as to why they believe any safety and security issues may be at risk within said documents.  The Court denies the request for all documents reflecting any investigation into the suicide of prisoner Mills.

Time in court: 45 min (1:30 PM – 2:15 PM)