1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                UNITED STATES DISTRICT COURT

17                    DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| --- | --- |
| Plaintiffs, | **PLAINTIFFS' STATEMENT REGARDING THE APPOINTMENT OF A RULE 706 EXPERT (DOC. 2124)** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL136079263.1

At the June 14, 2017 Status Hearing and in its Minute Entry (Doc. 2124 at 4), the Court directed the parties to meet and confer to identify an expert qualified to assist the Court in identifying additional remedies the Court can order so that Defendants can operate a constitutional health care system and achieve compliance with the Stipulation.[1] Attorneys for Plaintiffs, Plaintiff ACDL, Defendants, and Corizon met and conferred by telephone the morning of June 27, 2017 to discuss candidates and were unable to reach agreement on this issue.

Therefore, Plaintiffs present to the Court the following three candidates to consider as it appoints a Rule 706 expert. These individuals have expressed a willingness to be interviewed by the Court and to provide additional information regarding their background and experience, and to provide the specific assistance sought by the Court.

**Homer Venters, MD, MS** is a physician and epidemiologist focused on the intersection between health and detention. He is a faculty member at New York University's School of Medicine. For five years Dr. Venters led health services in the New York City jail system as Assistant Commissioner and Chief Medical Officer. In this capacity, Dr. Venters directed all aspects of healthcare in the jail system, including medical, mental health, addiction, and re-entry services. Recruitment and training of all types of health staff fell under Dr. Venters' responsibilities during these years. During eight years in the New York City correctional health system, Dr. Venters developed an evidence and ethics based framework for correctional health services that included major modification to the jail electronic medical record, staff trainings and quality improvement projects regarding solitary confinement, use of force and surveillance and care for vulnerable groups of patients. He has produced more than 30 peer-reviewed quality

---

[1] At the hearing, the Court instructed the parties to meet and confer within two weeks to identify a mutually-agreed upon expert, and submit name of candidates a week later if there was not agreement. [Transcript of June 14, 2017 Status Hearing ("6/14/17 Tr.") at 104:1-8] However, the Court's Minute Entry issued subsequent to the hearing instructed the parties to meet and confer within two weeks, but did not specify when the parties should submit nominations. In an abundance of caution, Plaintiffs are submitting this statement within two weeks of the hearing to update the Court.

1  improvement studies and analyses in health services.  His CV is attached as Exhibit 1 to
2  the Declaration of Alison Hardy ("Hardy Decl.") filed concurrently herewith.

3  **Michael Puisis, D.O.** has focused his entire career on correctional medicine, including directing medical care delivery for the Illinois Department of Corrections, New Mexico Department of Corrections, and the Cook County, Illinois Jail.  As a correctional health consultant, Dr. Puisis has reviewed and/or monitored scores of correctional facilities, including for the U.S. Department of Justice and the U.S. Department of Homeland Security.  His publications include *Clinical Practice in Correctional Medicine* (first and second editions), which he edited.  He has served as a court-appointed neutral expert in numerous cases, including in *Plata v. Brown* (N.D. Cal.), where he has been a court-appointed expert to Judge Thelton E. Henderson since 2003.  He has been board-certified in Internal Medicine since 1985.  A copy of Dr. Puisis' CV is attached as Exhibit 2 to the Hardy Declaration.

**Josiah ("Jody") D. Rich, MD, MPH** is a Professor of Medicine and Epidemiology at The Warren Alpert Medical School of Brown University, and a practicing Infectious Disease Specialist since 1994 at The Miriam Hospital Immunology Center, providing clinical care for over 22 years.  He has also worked at the Rhode Island Department of Corrections caring for prisoners with HIV infection and working in the correctional setting doing research.  He has close to 190 peer-reviewed publications, predominantly in the overlap between infectious diseases, addictions and incarceration. He is the Director and Co-Founder of The Center for Prisoner Health and Human Rights at The Miriam Hospital (www.prisonerhealth.org).  He is also a Co-Founder of the nationwide Centers for AIDS Research (CFAR) Collaboration in HIV in Corrections (CFAR/CHIC) initiative.  Dr. Rich's CV is attached as Exhibit 3 to the Hardy Declaration.

. . .

. . .

. . .

. . .

| | | |
|---|---|---|
| 1 | Dated: June 28, 2017 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:   s/ Alison Hardy |
| | | Donald Specter (Cal. 83925)* |
| 4 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 5 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 6 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 7 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 8 | | Email: dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 9 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 10 | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
       afettig@aclu.org
       vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email: dbarr@perkinscoie.com |
|   |         agerlicher@perkinscoie.com |
| 6 |         jhgray@perkinscoie.com |
| 7 | Caroline Mitchell (Cal. 143124)* |
|   | **JONES DAY** |
| 8 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 9 | Telephone: (415) 875-5712 |
|   | Email: cnmitchell@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | John Laurens Wilkes (Tex. 24053548)* |
|   | **JONES DAY** |
| 12 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 13 | Telephone: (832) 239-3939 |
|   | Email: jlwilkes@jonesday.com |
| 14 |   |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

LEGAL136079263.1                        -4-

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

                                                      s/ D. Freouf