1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
2 | 3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
3 | Telephone:  (602) 650-1854
Email: kbrody@acluaz.org
4
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5 | *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6 | *Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
7 | *similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**
8
Sarah Kader (Bar No. 027147)
9 | Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
10 | 5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
11 | Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
12 |         adietrich@azdisabilitylaw.org

13 | *Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**
14

15 |                 UNITED STATES DISTRICT COURT

16 |                      DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD
Dustin Brislan; Sonia Rodriguez; Christina
18 | Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **DECLARATION OF ALISON**
19 | Hefner; Joshua Polson; and Charlotte Wells, on | **HARDY**
behalf of themselves and all others similarly
20 | situated; and Arizona Center for Disability Law,

21 |                          Plaintiffs,

                   v.
22
Charles Ryan, Director, Arizona Department of
23 | Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
24 | Department of Corrections, in their official
capacities,
25 |                          Defendants.

26

27

28

LEGAL136079427.1

1    I, Alison Hardy, declare:

2        1.    I am an attorney licensed to practice before the courts of the State of

3    California, and admitted to this Court *pro hac vice*.  I am a staff attorney at the Prison Law

4    Office, and an attorney of record to the plaintiff class in this litigation.  If called as a

5    witness, I could and would testify competently to the facts stated herein, all of which are

6    within my personal knowledge.

7        2.    Attached herein as Exhibit 1 is Dr. Homer Venters' curriculum vitae.

8        3.    Attached herein as Exhibit 2 is Dr. Michael Puisis' curriculum vitae.

9        4.    Attached herein as Exhibit 3 is Dr. Josiah Rich's curriculum vitae.

10       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

11   is true and correct.

12       Executed the 27th of June, 2017, in Berkeley, California.

13

14                                             s/ Alison Hardy
                                              Alison Hardy

15

16   **ADDITIONAL COUNSEL:**              Donald Specter (Cal. 83925)*
                                          Alison Hardy (Cal. 135966)*
17                                        Sara Norman (Cal. 189536)*
                                          Corene Kendrick (Cal. 226642)*
18                                        Rita K. Lomio (Cal. 254501)*
                                          **PRISON LAW OFFICE**
19                                        1917 Fifth Street
                                          Berkeley, California 94710
20                                        Telephone:  (510) 280-2621
                                          Email:    dspecter@prisonlaw.com
21                                                  ahardy@prisonlaw.com
                                                    snorman@prisonlaw.com
22                                                  ckendrick@prisonlaw.com
                                                    rlomio@prisonlaw.com

23                                        *Admitted *pro hac vice*

24

25

26

27

28

1

2

3

4

5

6

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
             afettig@aclu.org
             vlopez@aclu.org

7

8

9

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

10

11

12

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

13

14

15

16

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

17

18

19

20

21

22

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

23

24

25

26

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

*Admitted *pro hac vice*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
     rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf