**EXHIBIT 2**

**EXHIBIT 2**

## Elaine Percevecz

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Friday, June 23, 2017 4:26 PM |
| **To:** | Corene Kendrick |
| **Cc:** | Don Specter; Parsons Team; Brad Keogh; Michael E. Gottfried; Lucy Rand; RICHARD PRATT; kirstin@eidenbachlaw.com; KCAMPBELL@azcorrections.gov; David Fathi; Amy Fettig; Alison Hardy; Rita Lomio; Maya Abela; Kathy Brody |
| **Subject:** | Re: HNR Boxes |

Thank you for providing the general location of the alleged delays. Please provide the dates and specific locations of these alleged delays, as doing so does not require the authorization of your clients. We believe that these allegations are not accurate, are not within the scope of the stipulation and that an evidentiary hearing is unnecessary for a variety of reasons. We don't need names at this point. Just specifics as to the delay, the unit and the relevant dates so we may investigate.

Dan

Sent from my iPhone

On Jun 23, 2017, at 2:49 PM, Corene Kendrick <ckendrick@prisonlaw.com> wrote:

> Dan,
>
> As a threshold matter, we do not have authorization from our clients to disclose their names or specific details related to these allegations that could personally identify them. We will not disclose any identifying information without specific authorization, and many class members fear retaliation for contacting our offices.
>
> I can tell you generally that we have received allegations of long delays and problems with the "open clinic" system since December from class members on the minimum/medium yards at Lewis, Perryville, Eyman, Florence, and Tucson prisons. The allegation regarding an 8 hour delay came from Perryville.
>
> As you know, the Court has scheduled an evidentiary hearing on this issue on July 13, at which both sides will have an opportunity to present evidence.
>
> Corene
>
> ---
> **From:** Dan Struck [mailto:DStruck@swlfirm.com]
> **Sent:** Friday, June 23, 2017 2:29 PM
> **To:** Corene Kendrick
> **Cc:** Don Specter; Parsons Team; Brad Keogh; Michael E. Gottfried; Lucy Rand; RICHARD PRATT; kirstin@eidenbachlaw.com; KCAMPBELL@azcorrections.gov
> **Subject:** Re: HNR Boxes
>
> Corene,
> We would appreciate a prompt response to this request.
>
> Dan

Sent from my iPhone

> On Jun 22, 2017, at 11:24 AM, Dan Struck <DStruck@swlfirm.com> wrote:
>
> Corene,
>
> You reported to the court that inmates were having to wait up to 8 hours to be seen at open clinics. You did not, however, provide any specifics regarding this allegation. Notwithstanding the fact that removing HNR boxes has no correlation to this allegation, please provide specific information as to which units and dates this allegedly happened so we can investigate the accuracy of your allegation.
>
> Dan Struck
>
> Sent from my iPhone

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.