**EXHIBIT 3**

**EXHIBIT 3**

## Elaine Percevecz

| | |
|---|---|
| **From:** | Corene Kendrick <ckendrick@prisonlaw.com> |
| **Sent:** | Tuesday, June 27, 2017 2:04 PM |
| **To:** | Dan Struck; Tim Bojanowski; Ashlee Fletcher; Anne Orcutt; Elaine Percevecz; Lucy Rand; Michael E. Gottfried; Ybarra, Griselda |
| **Cc:** | Don Specter; Alison Hardy; Rita Lomio; Sarah Hopkins; David Fathi; Amy Fettig; Jennifer Onka; Kirstin Eidenbach; Maya Abela; Kathy Brody |
| **Subject:** | RE: July 13 hearing |
| **Attachments:** | 17.05.18 Florence HNR boxes.pdf |

Dan,

With regard to your demand that we provide you detailed information, our office has received almost 1,100 letters since December 1, 2016. I am not able to go through all of them to find for you every allegation of delays or every single yard where this allegedly has happened, nor to go back and find details such as dates and times. Oftentimes, prisoners do not offer these specifics but make more general allegations. Similarly, the National Prison Project and local counsel have received hundreds of letters in this time period and do not have the resources to go back and do such a review for you. As I told you previously, we have received reports from class members of delays from multiple prisons (Perryville, Eyman, Florence, Lewis, Tucson) since this open clinic system was rolled out. Additionally, Corizon documents show some problems at Yuma, and last week we heard complaints at Phoenix-Aspen about waits to be seen on nurse's line and provider line. Below is the information that I have readily available that I will share without identifying the individuals making these reports to us. <u>We request that Defendants provide us all documents and reports generated by their investigation of these issues at least one day prior to the July 13 hearing</u>:

**Perryville:** The allegation of the 8 hour wait was from Perryville, as I told you in my previous email. The complaint came in mid- to late-February from more than one source, and it was on San Carlos yard. A prisoner on San Pedro unit reported that she went to the clinic in early June suffering from an urgent medical condition and was told that HNRs were not being accepted and to return the next morning. We have received complaints from women who work for off-site industries and are housed in Piestewa/Santa Maria/Santa Rosa that they have to miss work and wait for hours to be seen on nurse's line. When we had our phone call with Tim and Mr. Pratt last month about the HNR boxes, Mr. Pratt was unable to articulate or provide a schedule or explanation about what is happening for the prisoners who work. Defendants have not provided any additional information or updates on that since the call. We certainly hope that more detail will be provided by Defendants on July 13 about how off-site workers are seen. Also at Perryville, a prisoner reported to the Court that mentally ill prisoners are having to see nurses and be charged $4 before they can see mental health staff. See Doc. 2054.

**Florence:** We have been told by numerous prisoners in the past few months at South and East Units about delays in being seen, and a system whereby each building on the yard is assigned a one hour window to get to medical. Similarly, the attached document shows that prisoners with urgent medical needs at East Unit have been instructed to come to medical and wait ("For all urgent care emergencies, you will need to stand in line to see medical while holding your completed HNR form. You will be seen first come first serve."). Prisoners at South Unit report that the "solution" to the long wait is that each building is assigned a one hour block of time to go to medical, and if they come to the clinic outside that window of time, they are turned away and their HNR is not accepted and they are told to come the next day. Two South Unit prisoners separately reported being turned away in the past month.

**Lewis:** Prisoners at Stiner and Barchey have reported long waits. Defendants' contractors' documents also described problems: See ADCM840277 – Lewis February 2017 CQI Minutes at p. 2 ("We have identified an issue with appointments making it on the master pass" at Eagle Point and Sunrise; Bachman Unit having to schedule nurse's line in the early morning and early evenings); ADCM839977 – Lewis Jan. CQI minutes at p. 21 ("Currently Lewis has a lack of RN coverage to conduct nurse sick call." And "Open sick call has caused some issues with this process" developed as a Corrective Action Plan for PM 47). During our tour of the Lewis prison in January, health care staff on-site also reported

1

that the open clinics were not being done 7-7, and that prisoners who could not come to the clinic during the hours a nurse was there would instead submit their HNR in the box, and be scheduled for the next day. If there is no longer a box for the prisoner to submit his HNR, there is no way for the nursing staff to schedule him for the next morning. **Eyman**: Multiple prisoners at Cook and Meadows Medium, including prisoners with mobility impairments, have contacted plaintiffs' counsel reporting waits of hours to be seen on nurse's line. As one class member at ASPC-Eyman reported to the Court in March: "We do not have regular RN's or a Provider and are always short on medical staff. Many days no HNR triage is being done, RN's are in training or transferred to another unit for the day." [Doc. 2014]

Also, On June 15 at **Phoenix**-Aspen Unit, we spoke with prisoners who reported long waits to be seen on nurse's line. (They also reported that the provider is only at the unit one day a week and there is a long wait). Corizon staff at **Yuma** expressed concerns about open call and off-site workers, similar to Perryville concerns. See, e.g., ADCM840332 – Yuma February 2017 CQI minutes, ("MHRN Hedglin expressed that at Cheyenne there are concerns that patients are not being notified that their building is being called to medical for the open sick call. They are arriving to medical later in the day stating they never heard the call for the building." and  patients who are going off site on work crew from Cocopah are not able to be seen or submit HNRs)
**Again, we request that you provide us copies of all investigation reports or other documents showing the results of these investigations.**
With regard to witnesses for the evidentiary hearing, Kirstin would like to visit some potential prisoner witnesses next week. I have been working on some legal calls as well. Given the long delays we have previously experienced in setting up legal visits and calls at some facilities, we request that Counsel for Defendants and/or ADC headquarters facilitate these visits. The sooner we can talk to these prisoners, the sooner we can give you a final list of witnesses. Since the "open clinic" system is only at minimum and medium security yards, we anticipate that the transport of these individuals to court will not be difficult.

Thank you,

Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com

--------------------------------------------------------------------------------

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Tuesday, June 27, 2017 10:50 AM
**To:** Corene Kendrick; Tim Bojanowski; Ashlee Fletcher; Anne Orcutt; Elaine Percevecz; Lucy Rand; Michael E. Gottfried; Ybarra, Griselda
**Cc:** Don Specter; Alison Hardy; Rita Lomio; Sarah Hopkins; David Fathi; Amy Fettig; Jennifer Onka; Kirstin Eidenbach; Maya Abela; Kathy Brody
**Subject:** RE: July 13 hearing

Corene,

We have asked you repeatedly for the units where these delays allegedly took place, and the dates on which they occurred.   We need that information immediately to investigate these allegations.     Right now, all we have are vague allegations made by you in court, with the identity of several facilities where this allegedly occurred, sometime between

mid-December and June.   We believe that the allegations of excessive delay at the open clinics are false, but your refusal to provide us with any information to look into the allegations is prejudicial.  Please provide us with the information immediately.

For security reasons, we need names and facilities of inmate witnesses in order to let you know about whether transporting all of them is feasible.  It likely won't be a problem, but we can't commit to stating that all of the specific individuals that you want to transport will be there on July 13th without this information.

Dan



**Daniel P. Struck**
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1601 | dstruck@swlfirm.com | www.swlfirm.com

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, June 27, 2017 10:33 AM
**To:** Dan Struck <DStruck@swlfirm.com>; Tim Bojanowski <TBojanowski@swlfirm.com>; Ashlee Fletcher <AFletcher@swlfirm.com>; Anne Orcutt <AOrcutt@swlfirm.com>; Elaine Percevecz <EPercevecz@swlfirm.com>; Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; Ybarra, Griselda <Griselda.Ybarra@azag.gov>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Sarah Hopkins <sarah@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Jennifer Onka <jonka@aclu.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>
**Subject:** FW: July 13 hearing

Dan,

Ashlee and Tim said that you would need to respond to the proposal regarding the July 13 hearing that I raised on the call with them this morning.

We are still in the process of reaching out  to class members to see if they would be willing to testify at the evidentiary hearing that Judge Duncan called for July 13. Because of the logistical issues associated with scheduling calls and/or visits, it doesn't look like we will be able to finalize our list of individuals by Friday. We are requesting that Defendants agree to transport up to 4 or 5 minimum/medium security prisoners to the hearing, who we will identify no later than July 7.  If Defendants will not agree to this, please let me know as soon as possible because we will have to ask Judge Duncan for a phone call later this week, as he instructed us at the hearing (see page 87 of the transcript).

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com


**From:** Sarah_Selzer@azd.uscourts.gov [mailto:Sarah_Selzer@azd.uscourts.gov]
**Sent:** Friday, June 23, 2017 3:42 PM
**To:** David Fathi
**Cc:** Amy Fettig; Ashlee Fletcher; Alison Hardy; Anne Orcutt; Brad Keogh; Corene Kendrick; Caroline N. Mitchell; Dawn Northup; Daniel Barr; Daniel Pochoda; Don Specter; Dan Struck; duncan_chambers@azd.uscourts.gov; Elaine Percevecz; Jamelia Morgan; Jennifer Onka; jprofiri@azcorrections.gov; Kathy Brody; kcampbell@azcorrections.gov; Kirstin Eidenbach; Laura Graham; Lucy Rand; Maya Abela; Megan Lynch; Michael E. Gottfried; rlove@swlfirm.com; Richard Lee Pratt; skader@azdisabilitylaw.org; TBojanowski@swlfirm.com
**Subject:** Re: July 13 hearing

The simplest course of action is to have the parties talk and see if Defendants will agree to produce the prisoner witnesses who Plaintiffs want to call without having to issue writs.

If the parties are unable to agree, a motion for the writs should be filed by the end of next week (June 30) at the absolute latest.


Sarah E. Selzer
Law Clerk to Judge David K. Duncan
(602) 322-7632


From:     "David Fathi" <dfathi@aclu.org>
To:       Sarah_Selzer@azd.uscourts.gov <Sarah_Selzer@azd.uscourts.gov>, "Dan Struck" <DStruck@swlfirm.com>, Amy Fettig <afettig@aclu.org>, "Ashlee Fletcher" <AFletcher@swlfirm.com>, "Alison Hardy" <ahardy@prisonlaw.com>, Anne Orcutt <AOrcutt@swlfirm.com>, "Brad Keogh" <bkeogh@azcorrections.gov>, "Corene Kendrick" <ckendrick@prisonlaw.com>, Caroline N. Mitchell <cnmitchell@jonesday.com>, "Dawn Northup" <dawn.northup@azag.gov>, Daniel Barr <dbarr@perkinscoie.com>, Daniel Pochoda <dpochoda@acluaz.org>, "Don Specter" <dspecter@prisonlaw.com>, "Elaine Percevecz" <EPercevecz@swlfirm.com>, Jamelia Morgan <jmorgan@aclu.org>, "Jennifer Onka" <jonka@aclu.org>, jprofiri@azcorrections.gov <jprofiri@azcorrections.gov>, kcampbell@azcorrections.gov <kcampbell@azcorrections.gov>, "Kirstin Eidenbach" <kirstin@eidenbachlaw.com>, Laura Graham <laura@prisonlaw.com>, "Lucy Rand" <Lucy.Rand@azag.gov>, "Maya Abela" <mabela@azdisabilitylaw.org>, Megan Lynch <megan@prisonlaw.com>, Michael E. Gottfried <Michael.Gottfried@azag.gov>, "Richard Lee Pratt" <rpratt@azcorrections.gov>, skader@azdisabilitylaw.org <skader@azdisabilitylaw.org>, TBojanowski@swlfirm.com <TBojanowski@swlfirm.com>, "Kathy Brody" <kbrody@acluaz.org>, rlove@swlfirm.com <rlove@swlfirm.com>
Cc:       duncan_chambers@azd.uscourts.gov <duncan_chambers@azd.uscourts.gov>
Date:     06/23/2017 01:13 PM
Subject:  July 13 hearing

_____


Dear Ms. Selzer,

As you know, Judge Duncan has scheduled an evidentiary hearing on Defendants' removal of the HNR boxes from certain housing units for July 13, 2017 (Doc. 2124 at 4). In the event that Plaintiffs and/or Defendants wish to call prisoner witnesses, how much notice in advance of the hearing does the Court require in order to issue writs of habeas corpus ad testificandum? Will the Court require a formal motion, or will it issue the writs upon request?

Thanks very much,

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
*Not admitted in DC; practice limited to federal courts

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---