# EXHIBIT 1

# Declaration of S. Powers

# (FILED UNDER SEAL)