# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO FILE PROPOSED LANGUAGE REGARDING "EVERY X DAYS" PERFORMANCE MEASURES (SECOND REQUEST)** |

　　　The Court, having reviewed the Stipulated Motion for Extension to File Proposed Language Regarding "Every X Days" Performance Measures (Second Request), and good cause appearing, hereby GRANTS the Motion. Defendants shall have up to and including July 6, 2017 to file their Response to Plaintiffs' submission (Dkt. 2128); and Plaintiffs shall have up to and including July 13, 2017 to file their Reply.