# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed the Stipulated Motion for Extension to File Proposed Language Regarding "Every X Days" Performance Measure (Doc. 2142), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion is GRANTED. Defendants' Response is due on or before July 6, 2017. Plaintiffs' Reply is due on or before July 13, 2017.

Dated this 30th day of June, 2017.

David K. Duncan
United States Magistrate Judge