**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF KATHLEEN CAMPBELL, MBA, BSN, RN, CCHP-RN** |

1    I, **KATHLEEN CAMPBELL**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4    2.    I am currently the Program Evaluation Administrator (Contract Compliance)

5    with the Health Services Monitoring Bureau for the Arizona Department of Corrections

6    (ADC).

7    3.    I am licensed as a registered nurse in Arizona, Illinois, and Hawaii.

8    4.    I have worked for ADC for approximately nine years, first as a utilization

9    review nurse, then as the statewide Director of Nursing.  After healthcare was privatized, I

10    became the clinical lead nurse supervisor and oversaw the audit nurses evaluating contract

11    compliance.

12    5.    In my current position, I supervise nine compliance monitors, monitor

13    several statewide performance measures, and provide coverage for other monitors who are

14    out on leave.

15    6.    I also receive and approve corrective action plans (CAPs) submitted by

16    Corizon for healthcare performance measures and facilities in which Corizon's

17    performance has fallen below the applicable compliance threshold in the Stipulation

18    entered into by the parties in the *Parsons v. Ryan* litigation.

19    7.    I have become aware that Plaintiffs introduced a CAP submitted by Corizon

20    in October 2016 for performance measure 39 at Perryville during the evidentiary hearings

21    on monitoring that states, "Nurses have been reminded that an inmate needs to be seen on

22    the nurse line two times before being referred to a provider to ensure that all treatment

23    plans that nursing can provide/explore are exhausted before sending the inmate to the

24    provider."

25    8.    This CAP went into effect at Perryville in October 2016.

26    9.    I approved the CAP discussing the implementation of this practice at

27    Perryville by mistake.

28

1

10. ADC does not condone a policy or practice of requiring an inmate to be seen twice by nursing before the inmate can be referred to a provider.

11. I am aware that Corizon had previously discussed implementation of this practice at Perryville in 2015 and that ADC had informed Corizon at that time that it was not an approved practice.

12. I may review between 10 and 20 CAPs at a time, and I did not notice the language regarding this practice in the October 2016 CAP for performance measure 39 at Perryville.

13. I have inquired with the site leadership at Perryville regarding when the practice stopped, and I was informed that it stopped when the open clinic came online at Perryville in early December 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of June, 2017.

Kathleen Campbell
Kathleen Campbell

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 29, 2017, I electronically transmitted the attached |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

| | | |
|---|---|---|
| 4 | Alison Hardy: | ahardy@prisonlaw.com |
| 5 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, |
| 6 | | kleach@perkinscoie.com |
| 7 | Amy B. Fettig: | afettig@npp-aclu.org |
| 8 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 9 | Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; |
| 10 | | nbreen@jonesday.com |
| 11 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| 12 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| 13 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| 14 | Donald Specter: | dspecter@prisonlaw.com |
| 15 | Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| 16 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 17 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 18 | Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| 19 | Kathleen E. Brody | kbrody@acluaz.org |
| 20 | Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| 21 | Maya Abela | mabela@azdisabilitylaw.org |
| 22 | Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| 23 | Sara Norman: | snorman@prisonlaw.com |
| 24 | Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; |
| 25 | | rstarling@azdisabilitylaw.org |
| 26 | Rita K. Lomio: | rlomio@prisonlaw.com |
| 27 | Victoria Lopez: | vlopez@aclu.org |
| 28 | | |

1

2       I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4       N/A

5                                        /s/ _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28