**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
|   | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
|   | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
|   | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
|   | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
|   | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Kevin R. Hanger, Bar No. 027346
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
13 Telephone: (480) 420-1600
   Fax: (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 khanger@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DECLARATION OF LYNN CALCOTE, Ph.D.** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, **LYNN CALCOTE**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am a licensed psychologist and am currently the Regional Director of Mental Health and Vice President Behavioral Health – Arizona for Corizon Health ("Corizon").

3. In May 2017, I, along with the Associate Regional Mental Health Director, Dr. Stephanie Leonard, provided a series of training sessions with all mental health staff, including mental health registered nurses, psych associates, and psychologists who are involved providing suicide and mental health watches state wide, on the importance of conducting suicide watch rounds in accordance with the Stipulation.

4. To directly assure that all mental health staff are trained on this issue going forward, I will have a monthly suicide watch training session with all new mental health staff, even those who will not conduct watches. This will include all new clinicians, behavioral health technicians, mental health nurses, and administrative mental health staff. The next such training is scheduled for July 20, 2017.

5. At each corridor complex, I will have one licensed clinician from each complex currently performing watches attend this training in order to reinforce in clinicians' minds the critical nature of this issue. This procedure will continue until all licensed clinicians have attended this "refresher" training.

6. I have scheduled a mandatory meeting of all mental health leads and associate leads for the specific purpose of reiterating the critical nature of this issue and the importance of ensuring that staff continue to be reminded of the compliance parameters. This meeting is scheduled for July 13, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2017.

_Lynn Calcote_
Lynn Calcote

1