**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
| | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
| | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
| | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
| | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
| | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DECLARATION OF CHRIS TUCKER** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, CHRIS TUCKER, make the following Declaration:

1. I am over the age of 18 years and am competent to testify to, and have personal knowledge of, the matters set forth in this Declaration.

2. I am a Senior Manager of Compliance and Quality Assurance for Corizon.

3. I have held this position in Arizona since 2016.

4. I am familiar with the Stipulation entered into by the parties in the *Parsons v. Ryan* litigation.

5. Corizon's electronic health records system, eOMIS, has been upgraded to allow for printing of electronic communiques to advise Arizona Department of Corrections (ADC) inmates of the results of diagnostic studies.

6. The upgrade went online at ADC statewide on June 21, 2017 and is being used to print electronic communiques that are being provided to the inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of June 2017.

_____
Chris Tucker

3356283

1