**Index of Exhibits**

Exhibit 1    Relevant pages of Monitoring Guide with definitional changes and additions made in track-changes

Exhibit 2    Appendix E ("Emergency Response Orders") to ADC's Health Services Technical Manual ("HSTM")

# Exhibit 1

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 25
Stipulation Category: Emergency Response (01)

CGAR Category: Emergency Response (C) 01

| **Performance Measure:** |
| --- |
| A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency. |

| **CGAR Question:** |
| --- |
| Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency? |

| **Source of Records/Review:** |
| --- |
| Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC). |

| **Methodology:** |
| --- |

This performance measure evaluates two components of an emergency response: (1) the timeliness, and (2) the adequacy of the response.  If either component is noncompliant, the record should be marked as noncompliant.

- The monitor will randomly select the first ten (10) inmates per yard from the SIRs and IRs from the monitored month that required basic life support.

- An emergency requiring basic life support is defined as one requiring the use of an AED or performance of CPR. Basic Life Support ("BLS") is defined as emergency care performed to sustain life that includes CPR, automated external defibrillation, control of bleeding, treatment of shock, and stabilization of injuries and wounds.  By contrast, "first aid" is defined as emergency care administered to an injured or sick inmate before health care staff is available.

- A First first Responders responder may be either medical or security officers is a staff member certified in BLS.

- To measure the timeliness of the response:

  - The Monitor will compare the time interval starting at the activation of an ICS and/or placement of the first call for an emergency medical response, whichever is earliest, and ending with the the SIR is initiated to the time of response where either use of an AED

Draft Revised: 3/7/17

[Formatted: No bullets or numbering]

**P E R F O R M A N C E   M E A S U R E S**



~~or performance of CPR was initiated~~arrival by the first responder and the performance of BLS.

To measure the adequacy of the response, a monitor with clinical training shall evaluate whether the nursing staff's response comports with the Emergency Response Orders of the ADC Health Services Technical Manual (HSTM), Appendix E, or any subsequent policies or guidelines for emergency responses:

Formatted: Font: Not Bold

Formatted: Indent: Left: 0"

Formatted: Font: Not Bold

Draft Revised: 3/7/17

PERFORMANCE MEASURES

## Appendix A: Definitions

| TERM | DEFINITION |
|---|---|
| Active labor & delivery | Contractions lasting 45-60 seconds and being 3 to 4 minutes apart |
| ASPC | Arizona State Prison Complex. ASPC- Safford includes Ft. Grant. ASPC-Florence includes Globe. ASPC-Winslow includes Apache. |
| ATP | Alternate Treatment Plan |
| Basic Life Support | Emergency care performed to sustain life that includes CPR, automated external defibrillation, control of bleeding, treatment of shock, and stabilization of injuries and wounds.Use of an AED or performance of CPR |
| Chronic Disease | Chronic diseases include the following:<br>• diabetes<br>• HIV/AIDs<br>• cancer<br>• hypertension<br>• Respiratory disease (for example, COPD / asthma / cystic fibrosis)<br>• Seizure Disorder<br>• heart disease<br>• sickle cell disease<br>• Hepatitis C<br>• Tuberculosis<br>• Neurological disorders (Parkinson's, multiple sclerosis, myasthenia gravis, etc.)<br>• Cocci (Valley Fever)<br>• End-Stage Liver Disease<br>• Hyperlipidemia<br>• Renal Diseases<br>• Blood Diseases (including those on anticoagulants (or long term >six months))<br>• Rheumatological Diseases (including lupus, rheumatoid arthritis)<br>• Hyperthyroidism<br>• Crohn's Disease |

**Formatted:** Font: 12 pt

143

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

| TERM | DEFINITION |
|---|---|
| Contracted Vendor | For purposes of this agreement, contracted vendor refers directly to Corizon Health and its subcontractors, or any successor contractor/subcontractor. |
| CQI | Continuous Quality Improvement |
| Diagnostic Service | Lab draws and specimen collections, X-rays, vision testing, and hearing testing |
| DOT | Direct-observation therapy (watch-swallow) (medications) |
| Effective date of the Stipulation | The date on which the Court grants final approval to the Stipulation. |
| Emergency | Includes any medical, mental health, or dental condition for which evaluation and treatment are necessary to prevent death, severe or permanent disability, or to alleviate disabling pain. A medical emergency exists when there is a sudden marked change in a patient-inmate's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the patient-inmate or others.Requiring Basic Life Support). An incident requiring the use of an AED or performance of CPR. |
| Encounter | Interaction between a patient and a qualified healthcare provider that involves a treatment and/or exchange of confidential information. |
| First Aid | Emergency care administered to an injured or sick prisoner before staff certified in Basic Life Support is available. |
| First Responder | The first staff member certified in Basic Life Support on the scene of a medical emergency. |
| First Responder Response Time | The time interval starting at the activation of an ICS and/or placement of the first call for an emergency medical response, whichever is earliest, and ending with the arrival of treating personnel trained in Basic Life Support at the scene of the incident. |
| Healthcare staff | Includes QHCPs as well as administrative and support staff (e.g. health record administrators, lab techs, nursing and medical assistants and clerical workers). |
| HNR | Health Needs Request |
| HSCMB | ADC's Health Services Compliance Monitoring Bureau |
| IPC | Inpatient Component / Infirmary beds |
| IR | Information Report |

**Formatted:** Font: 12 pt

---

144

PERFORMANCE MEASURES

| TERM | DEFINITION |
|---|---|
| KOP | Keep-on-person (medications) |
| Licensed | Healthcare staff who hold an active and unrestricted license in the State of Arizona in the relevant professional discipline. |
| MAR | Medication Administration Record |
| Medical Provider | Physician, Dentist, Nurse Practitioner, Physician's Assistant-C. Any health care practitioner who has been duly empowered by the State of Arizona to write prescriptions. |
| Mental Health Clinician | Psychologist, Psychology Associate |
| Mental Health Provider | Psychiatrist, Psychiatry Nurse Practitioner |
| Mental Health Staff | Includes QHCP's who have received instruction and supervision in identifying and interacting with individuals in need of mental health services. |
| MH-1 (Mental Health 1) | Inmates who have no history of mental health issue or treatment. |
| MH-2 (Mental Health 2) | Inmates who do not currently have mental health needs and are not currently in treatment but have had treatment in the past. |
| MH-3 (Mental Health 3) | Inmates with Mental Health needs, who require current outpatient treatment. Inmates meeting this criterion will be divided into four (4) categories. These categories may change during each interaction with the inmate as their condition warrants. |
| MH-3A (Mental Health 3A) | Inmates in acute distress who may require substantial intervention in order to remain stable. Inmates classified as SMI in ADC and/or the community will remain a Category MH-3A (or MH-4 or MH-5 if in specialized mental health program). |
| MH-3B (Mental Health 3B) | Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions. |
| MH-3C (Mental Health 3C) | Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently. These inmates participate in psychiatric interventions only. |
| MH-3D (Mental Health 3D) | Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. |

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

| TERM | DEFINITION |
|---|---|
| MH-4<br>(Mental Health 4) | Inmates who are admitted to a specialized mental health program as identified in the Mental Health Technical Manual outside of inpatient treatment areas. |
| MH-5<br>(Mental Health 5) | Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and Flamenco). |
| Prenatal screening tests | GA/Preg, RPR, HIV, HEP, B & C, CBC, CMP (standardized lab panel), Urine, Rubella, ABO RH & Antibody |
| Psychology Associate | A mental health clinician who has a master's or doctoral-level degree in a mental health discipline, but is not a licensed psychologist. |
| Qualified Health Care Professional (QHCP) | Physicians, Physician Assistants, Dentists, nurses, nurse practitioners, dentists, mental health professionals, and others, who by virtue of their education, credentials/license, and experience are permitted by law to evaluate and care for patients. |
| Regular Business Hours | Monday through Friday, 0800 am -1600 pm or similar 8-hour time frame; excluding weekends and holidays. |
| "Seeing a provider"/ seen/ "seen by" | Interaction between a patient and a Medical Provider, Mental Health Provider or Mental Health Clinician that involves a treatment and/or exchange of information in a confidential setting. With respect to Mental Health staff, means an encounter that takes place in a confidential setting outside the prisoner's cell, unless the prisoner refuses to exit his or her cell for the encounter |
| SMI | According to a licensed mental health clinician or provider, possessing a qualifying mental health diagnosis as indicated on the SMI Determination Form (#1103.13) as well as a severe functional impairment directly relating to the mental illness. All inmates determined to be SMI in the community shall also be designated as SMI in ADC. All inmates designated SMI (as defined in MHTM Chapter 2, Section 2.0) will be designated a MH-3A, MH-4, or MH-5 based on their current program placement. |
| SNO | Special Needs Order |
| Specialized Medical Housing | Infirmary beds (IPC) |

---

Draft Revised: 3/7/17

Exhibit 2

| | Emergency Response Orders | OPR:<br>Nursing Director<br><br><br><br>Auth: |
|---|---|---|
| Arizona Department of Corrections | | |
| Health Services Technical Manual | HSTM<br>Appendix E | Supercedes:<br>Effective Date:<br>January 1, 2010 |

## APPENDIX E: Emergency Response Orders

The Emergency Response Orders were developed to provide guidance in emergency or life - threatening situations. Using these guidelines, licensed nursing staff may initiate emergency care based on nursing assessment in consultation with a medical practitioner.

The relevant medical history, pertinent physical findings, and vital signs shall be available for the provider and thoroughly documented in the medical record by the nurse.

These orders are for **emergencies and life-threatening situations only**. The Emergency Response Orders may be initiated by medical/nursing staff to manage emergencies and life threatening situations affecting staff and visitors. Medical/Nursing staff will complete an information report for staff or visitors and submit the report to the Facility Health Administrator. These procedures are to be utilized only if there is an immediate or imminent threat to the patient's life. Should an emergency or life-threatening situation occur, treatment should be implemented in the following order:

1. Activate ICS, if not already activated.
2. Have Complex Control access the local EMS system via 911, if necessary.
3. Institute emergency measures listed under the appropriate Emergency Response Orders.

   **Note**: Emergency Response Orders containing instructions to administer oxygen at the maximum flow rate of 15 liters per minute may not be possible in some of the ASPC health units due to equipment (tank regulator) limitations. In these situations, **8 liters** or **10 liters per minute** may be the highest flow rate that can be attained.

4. Notify practitioner and obtain subsequent orders.

424

ADC011071

5.  Document the incident **as soon as possible** in the Continuous Progress Record. Documentation must be completed prior to the end of shift.
6.  Any incident requiring use of the Emergency Response Orders and documentation in the Continuous Progress Record **must be signed** by the responsible practitioner on the following business day or as soon as possible.
7.  If transport is required, complete Consultation Report form prior to transport.

**The Emergency Response Orders must be reviewed and signed at least annually  by the Health Services Bureau Administrator, Medical Director, and Nursing Program Manager.**

425

ADC011072

## 1)  *Table of Contents*

| Title | Number |
|---|---|
| Acute Asthma/Bronchospasm | 1 |
| Anaphylaxis | 2 |
| Cardiac Arrest | 3 |
| Chest Pain | 4 |
| Heatstroke | 5 |
| Hypoglycemia | 6 |
| Overdose | 7 |
| Shock | 8 |
| Status Epilepticus | 10 |
| Unconscious Patient | 11 |
| Smoke Inhalation | 9 |

426

ADC011073

## ACUTE ASTHMA / BRONCHOSPASM --- ORDER 1

Obtain pertinent history of current attack, measure vital signs including $O_2$ saturation, perform a nursing assessment/evaluation of the heart and lungs, and record in the Continuous Progress Record.

For wheezing documented on examination, or poor tidal volume/air exchange is noted, initiate treatment as follows:

1. Administer small volume nebulizer treatment (**SVN)** with **0.5 cc Albuterol mixed with 2.5 cc Normal Saline.**

2. May repeat immediately, if no improvement.

3. Notify practitioner and obtain subsequent orders, if indicated.

427

ADC011074

## (b) <u>ANAPHYLAXIS --- ORDER 2</u>

Anaphylactic reactions can be caused by insect bites, most notably bees and other stinging insects.

They can also be caused by ingestion of foods, as well as medications, both prescriptive and

illegal.  Occasionally, such reactions can occur after inhalation of allergens or topical

application of medication. Generally, parenteral and not oral administration of medication

causes anaphylaxis.

Anaphylaxis is characterized by the onset of symptoms from the time of the triggering event is short, often between 5 and 60 minutes. **Note: The more rapid the onset of symptoms, the more severe the reaction.**

<u>**Common Signs/Symptoms:**</u>

- Tightness in the chest
- Rapid respiratory rate - tachypnea
- Cough
- Wheezing / Rales
- Generalized rash and hives/or itching
- Angioedema of the face or tongue
- Stridor due to laryngeal edema

428

*Section 7.02*      <u>*Treatment*</u>

1. **Place patient in the supine position, or the position that best supports respiratory effort.**
2. **Take and record vital signs, including Oxygen ($O_2$) saturation.**
3. **Place patient in Trendelenburg by adjusting the position of the bed or by raising the lower extremities with several pillows if systolic blood pressure is less than 90 mm Hg.**
4. **Begin $O_2$ at 15 liters per minute via non-rebreather mask,** *unless* **there is a known history of Chronic Obstructive Pulmonary Disease (COPD), in which case, $O_2$ should be administered by nasal cannula at no more than 2 liters per minute.**
5. **Assess patient for evidence of stridor, facial swelling, and swelling of tongue, generalized rash, wheezes, or rales. If present, begin treatment with aqueous epinephrine (1:1000) 0.3 mg** *SUBCUT.*
6. **After the** *first* **dose of epinephrine, administer Diphenhydramine 50 mg IM**.
7. Repeat vital signs and document**.**

*Section 7.03*      **8.  If above symptoms persist, repeat aqueous epinephrine (1:1000) 0.3 mg** *SUBCUT* **every**      20 minutes for a total of 3 doses.

**Note:  If a second dose is required, check vital signs and contact the practitioner. Notify Complex Control to activate local EMS system.**

9. Start IV with Normal Saline. Run at an appropriate rate (not to exceed 200 cc/hr) to keep systolic blood pressure >110 mm Hg.
10. Prepare patient for transport.

429

ADC011076

# CARDIAC ARREST --- ORDER 3

1.  Activate ICS, if not already done.

2.  Assess **ABCs**

    a.  Place patient on a firm horizontal surface.

    b.  Have officers remove other inmates from the immediate area, if necessary.

    c.  Assure **<u>A</u>irway** is patent.

    d.  Begin Rescue **<u>B</u>reathing**.

    **e.**  Perform external chest compressions to maintain **<u>C</u>irculation.**

**3.  If AED is available, activate and shock if indicated, then continue CPR.**

4.  **<u>D</u>elegate** rescue breathing/ventilation and external cardiac compressions to security staff.

5.  Begin IV with **Normal Saline** at a keep open rate.

6.  Notify Complex Control to activate local EMS via the 911 system.

7.  Continue CPR until the local EMS provider arrives on scene.

**8.  Notify practitioner and prepare for transport of patient.**

430

ADC011077

## CHEST PAIN --- ORDER 4

Take medical history, measure vital signs including $O_2$ saturation, perform a cardiac and respiratory assessment/evaluation, and record in the Continuous Progress Record.

1.  Administer $O_2$ via non-rebreather mask at 15 liters per minute unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

2.  Administer **Nitroglycerin 0.4 mg sublingually** and **Aspirin 81 mg orally (chewable). Measure vital signs and record.**

3.  Obtain a 12 lead ECG.

4.  Notify Complex Control to activate EMS system via 911.

5.  May repeat **nitroglycerin twice at five-minute intervals**, if necessary.
    i.   Monitor and record vital signs after each dose.
    ii.  Document patient's response to medication in the Continuous Progress Record.

6.  Start IV with **Normal Saline** at a keep open rate.

7.  Notify practitioner and obtain subsequent orders.

431

ADC011078

## HEATSTROKE --- ORDER 5

Characterized by hot, dry skin, temperature generally greater than 104 Fahrenheit, and evidence of central nervous system (CNS) dysfunction, such as delirium, seizures, or coma.

1. Instruct correctional officers to begin emergency treatment by moving patient to a shady area. Cover patient with wet towels or spray with cool water, if available, while being transported to the Health Unit. Have the patient drink cool water, if able.

2. Upon arrival in Health Unit, take vital signs including temperature and $O_2$ saturation. Record in the Continuous Progress Record.

3. Remove all clothes, and cover with wet towels.

4. If temperature is 104 degrees Fahrenheit or greater, or if delirium, seizures or unresponsiveness is present, notify Complex Control to activate local EMS via the 911 system.

5. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

6. Begin IV with **Normal Saline** at a rate not to exceed 200 cc/hr.

7. Begin cooling using wet sheets with ice packed around patient.
    a. Use fans to accomplish vigorous airflow over patient.
    b. Use ice packs in axilla, neck and groin areas.

8. Notify practitioner and obtain subsequent orders, if indicated. Prepare for transport of patient.
       .

ADC011079

## HYPOGLYCEMIA --- ORDER 6

**Treatment without unconsciousness:**

1. Take medical history; obtain vital signs, glucose meter reading, and $O_2$ saturation. Record in the Continuous Progress Record.
2. If blood glucose is below 60 mg/dl, give up to three (3) glucose chew tablets 5 g each (in individual blister pack) or glucose chew tablets 4 g each (in packaged tubes). **Instead of glucose chew tablets, may give one tube of glucose gel orally.**
3. Obtain repeat glucose meter reading in 30 minutes and record.
4. Notify practitioner and obtain subsequent orders.

**Treatment with unconsciousness or altered state of consciousness**:

1. Obtain vital signs, glucose meter reading, and $O_2$ saturation. Record in Continuous Progress Record.
2. Start IV with D5W at keep open rate. If unable to obtain IV access, skip to #7.
3. Give 50 cc D50 IV push. **(RN only)**
   a. **LPN  (Follow steps 7- 12 below)**
4. Obtain repeat glucose meter readings in 10 -15 minutes.
5. If no response to D50, reassess patient using **Emergency Response Order, Unconsciousness.**
6. Notify practitioner and obtain subsequent orders.
7. **If unable to obtain IV access, administer Glucagon 1 mg IM.**
8. Obtain glucose meter reading 15 minutes after administration of Glucagon.
9. If glucose meter reading is 60 mg/dl or less, or if patient is still symptomatic, **may repeat Glucagon 1 mg IM**.
10. If no response to Glucagon and still unable to access IV, reassess patient using **Emergency Response Order**, **Unconsciousness**.
11. Notify practitioner and obtain subsequent orders.
12. After stabilizing the patient, try to obtain a clear medical history. It is important to check for areas of possible injury if the patient lost consciousness.
    a. If there are potential neck injuries, immobilize the patient's neck with a cervical collar and notify the practitioner.

433

ADC011080

## OVERDOSE --- ORDER 7

Overdose can occur with prescribed medication or illegal medication. It can be purposeful or accidental.

    a)   TREATMENT

Unconscious Patient  --  **Follow Emergency Response Orders, Unconsciousness.**

    i)Conscious Patient

1. Obtain medical history, including drug(s) taken. Measure vital signs, including $O_2$ saturation, and record in the Continuous Progress Record.

2. **From any prison complex, Poison Control Center can be reached at 1-800-222-1222.**

3. If  Poison Control Center indicates a need for oxygen, IV placement, or antidotes, follow instructions below:

4. Start $O_2$ via nasal cannula at 4- 6 liters per minute, unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

5. Start IV with Normal Saline at keep open rate.

6. Follow antidote instructions, up to and including the PO administration of activated charcoal. Use directions printed on the box for dosage and frequency.

7. Notify practitioner of incident and obtain subsequent orders, if indicated.

8. Transport to Emergency Department at nearest hospital if advised by either the practitioner or the Poison Control Center.

434

ADC011081

## SHOCK --- ORDER 8

Shock is a syndrome characterized by decreased tissue perfusion. While the syndrome itself is a diagnosis, there is always an underlying cause. Both the cause and the shock must be treated simultaneously or the outcome will be lethal.

     b)   Types of Shock:

1. Hypovolemic shock
2. Cardiogenic shock
3. Septic shock
4. Anaphylactic shock
5. Other (pericardial tamponade, pulmonary embolus, venous obstruction, cervical cord transection)

**Early in the syndrome, the following may occur:**

1. Slightly increased, normal, or slightly decreased blood pressure.
2. Restlessness and anxiety
3. Mild tachycardia
4. Cool, clammy skin

***As the syndrome progresses, the following may occur:***

1. Decreased systolic blood pressure (<90 mm Hg)
2. Altered level of consciousness
3. Tachycardia
4. Tachypnea (usually a rapid, shallow respiratory pattern)
5. Pale, cool, clammy skin

**TREATMENT** at the facility should be aimed at resuscitation, stabilization (if possible), and transport. Characterization of the type of shock is unimportant.

1. Obtain pertinent medical history and vital signs including $O_2$ saturation and record in the Continuous Progress Record.
2. Place patient in the supine position.
    a. If systolic blood pressure is <90 mm Hg, place patient in Trendelenburg position by adjusting the position of the bed or by raising the lower extremities with several pillows.
3. Activate ICS, if not already done.
4. Notify Complex Control to activate local EMS system via the 911.
5. Administer $O_2$ via non-rebreather mask at 15 liters per minute. Unless there is a known history of COPD, in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.
6. Start IV with Normal Saline.
    a. Run at appropriate rate (not to exceed 200cc/hr) to keep systolic blood pressure at or above 110 mm Hg.
7. Notify practitioner and obtain subsequent orders.
8. Transport to Emergency Department at nearest hospital.

435

## SMOKE INHALATION --- ORDER 9

Smoke and other toxic fumes, including those from chemicals are primarily respiratory mucosal irritants. Substantial exposure can lead to respiratory mucosal damage, and in severe cases, can destroy the respiratory epithelium.

Varying degrees of respiratory symptoms and distress are seen with inhalation injuries.  Cough is the most frequent symptom, along with mild respiratory distress. Moderate or severe respiratory distress, as evidenced by flaring of the nostrils, use of respiratory accessory muscles and sternal or costal retractions are indicative of significant respiratory injury. Patient with anything other than mild distress following an inhalation injury should be transported to a definitive care center.

      c)    **TREATMENT**

1.  If moderate to severe respiratory distress is present, activate IMS.

2.  Notify Complex Control to activate the local EMS system via 911.

3.  Obtain a focused medical history including:
    a.  mechanism of inhalation, and
    b.  identification of substance inhaled, and
    c.  current diagnoses on record and current medication regimens, and
    d.  record this information on the Continuous Progress Record.

4.  Obtain vital signs, including $O_2$ saturation, and record in the Continuous Progress Record.

5.  Place patient in the supine position, with head elevated 45 - 90 degrees.

6.  Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless there is a known history of COPD**; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

7.  **Start IV with Normal Saline at keep open rate.**

8.  Notify practitioner and obtain subsequent orders.

9.  Prepare patient for transport to Emergency Department at nearest hospital.

436

ADC011083

## STATUS EPILEPTICUS --- ORDER 10

Status Epilepticus is a life-threatening condition. Generally, seizures that occur during Status Epilepticus are of the **grand mal** type, and occur one after the other. The patient **may or may not** regain some level of consciousness between seizures. Seizures may occur in rapid progression, or may have some short period of time (usually 10 minutes or less) between episodes. Cerebral hypoxia and anoxia are common, especially when the seizure activity is repetitive.

 d)   TREATMENT

1. Activate ICS, if not already activated.
    a. Notify Complex Control to activate the local EMS system via 911.

2. Place patient in the supine position, and be prepared to protect airway if necessary.

3. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD; in which case, administer $O_2$ via nasal cannula at no more than 2 liters per minute.

4. Start IV with **Normal Saline** at keep open rate.

5. **For adults weighing 167 -244 lbs:**   Administer Diastat (Diazepam) 20 mg RECTAL GEL, may repeat 4-12 hours later.

6. **For adults weighing 112 -166 lbs:**  Administer Diastat (Diazepam) 15 mg RECTAL GEL, may repeat 4-12 hours later.

7. Notify practitioner and obtain subsequent orders.

8. Obtain pertinent medical information from the Medical Record, check, and record vital signs in the Continuous Progress Record.

9. Prepare patient for transport to Emergency Department at nearest hospital.

ADC011084

## UNCONSCIOUSNESS --- ORDER 11

Unconsciousness, or nonresponsiveness, is a symptom rather than a disease entity. Causes are many, and include trauma, cerebrovascular disease, cardiovascular disease, metabolic disorders, and medication overdoses from both prescribed and illegal drugs. Factitial unconsciousness may also be seen.

e)   TREATMENT

1. Activate ICS, if not already activated.
2. **Assume that trauma to the neck may have occurred, and stabilize the cervical spine.**
3. Place in the supine position. Be ready at all times to roll patient onto side if vomiting occurs. Have suction device available and ready for use.
4. Obtain pertinent medical history, **vital signs including blood pressure**, glucose meter reading, and $O_2$ saturation. Record in the Continuous Progress Record.
5. Administer $O_2$ via non-rebreather mask at 15 liters per minute, **unless** there is a known history of COPD, in which case administer $O_2$ via nasal cannula at no more than 2 liters per minute.
6. **If systolic blood pressure is <90mm Hg, follow Emergency Response Orders, Shock (e.g., place patient in Trendelenburg position).**
7. **If systolic blood pressure is >90 mm Hg, start IV with Normal Saline at a keep open rate**.
8. **If glucose meter reading indicates hypoglycemia with a blood glucose value of less than 60 mg/dl, give 50 cc D50 IV push (RNs only) and follow Emergency Response Orders for Hypoglycemia.**
9. If hypoglycemia is not present, administer **Narcan 2 mg IV push (RNs only).**
   a. This may be repeated after five minutes, if no response.
   b. **For LPNs**, **administer Narcan 2mg SUBCUT or IM.**
10. Insert Foley catheter to obtain urine for drug screen.
11. Notify practitioner and obtain subsequent orders.
12. EMS to transport patient to Emergency Department at nearest hospital.

438

ADC011085