**EXHIBIT 1**

**EXHIBIT 1**


Arizona Department of Corrections

ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

Draft Revised: 3/7/17

ARIZONA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES CONTRACT MONITORING BUREAU

# Monitor Guide

Arizona Department of Corrections
1831 W. Jefferson
Phoenix, AZ  85007
Phone 602.255.2468

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 73**
**Stipulation Category: Mental Health (01)**

**CGAR Category: Mental Health (C) 01**

| |
|---|
| **Performance Measure:** |
| All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every thirty (30) days.* |
| **CGAR Question:** |
| Are all MH-3 minor prisoners being seen by a licensed mental health clinician a minimum of every thirty (30) days? |
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |
| **Methodology:** |

- Ten (10) records (if available) will be selected from the randomized report for MH 3 minor inmates at Tucson and Perryville.

- Review AIMS (DI85 screen) to determine when the inmate was designated their current mental health score and subcategory so that a start date for review can be established.  If the prisoner has been in ADC custody, or has been classified MH-3, for less than 30 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a licensed clinician.  A monthly list of licensed mental health clinicians is obtained from the health services contractor.

- ~~The last two contacts by a licensed clinician will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 30 days apart, then it will be coded as non-compliant.~~  If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the prior contact to be compliant.

- A contact may be documented in multiple electronic entries, including, but not limited to:

**100**

**P E R F O R M A N C E   M E A S U R E S**

individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the date the inmate arrived back at the facility.)



---

**101**

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 77
Stipulation Category: Mental Health (05)

**CGAR Category: Mental Health (C) 05**

| **Performance Measure:** |
| --- |
| Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners. |

| **CGAR Question:** |
| --- |
| Are mental health treatment plans being updated a minimum of every 90 days for MH-3A, MH-4 and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners? |

| **Source of Records/Review:** |
| --- |
| Review all inmates who were identified for HC PMs #73, #80, #82, #84, #85, #87, #89 and #92. |

| **Methodology:** |
| --- |
| • All records reviewed for HC PMs ##73, 80, 82, 84, 85, 87, 89, and 92 will also be reviewed for compliance with this performance measure.  An additional 10 randomly selected MH 3E records (if available) will be reviewed from each unit and added into the overall compliance for this measure. |
| |
| • |
| |
| • Review AIMS (DI85 screen) to determine when the inmate was designated their current mental health score and subcategory so that a start date for review can be established.  If the inmate has not been in ADC custody or classified as a MH 3-A, MH-4, or MH-5 for more than 90 days (or 12 months if classified as MH-3B, MH-3C, MH-3D, or MH-3E), then this record will be coded as "0" and not counted as either compliant or noncompliant. |
| |
| • Review eOMIS, in the Mental Health tab, for the two most recent treatment plans. Determine whether the two treatment plans were 90 days (or 12 months if applicable) or less apart.  If they were more than 90 days (or 12 months if applicable) apart, then the record will be coded as non-compliant.  If there is no treatment plan, the record will be coded as non-compliant. |
| |
| • If there is only one treatment plan, this treatment plan can be no more than 90 days (or 12 months if applicable) from the last day of the audit month and no more than 90 days (or 12 months if applicable) from the start date to be compliant. |
| |
| • If there are at least two treatment plans, the most recent treatment plan can be no more than 90 days (or 12 months if applicable) from the last day of the audit month and no more |

**Formatted:** Justified, Indent: Left:  0.07", Right:  0.04", Space Before:  0 pt, Widow/Orphan control

**Formatted:** Font: Garamond

**Formatted:** Justified

105

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

than 90 days (or 12 months if applicable) from the prior treatment plan to be compliant.

- If there is a gap in the treatment plans, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 80**
**Stipulation Category: Mental Health (08)**

**CGAR Category: Mental Health (C) 08**

---

**Performance Measure:**

MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.

---

**CGAR Question:**

Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?

---

**Source of Records/Review:**

AIMS DA14 Batch Report (randomized).

---

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A so that a start date for review can be established. If the prisoner has been in ADC custody, or has been classified MH-3A, for less than 30 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- ~~The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart. If the contacts were 30 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant.~~ If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

> otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).



Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 81
Stipulation Category: Mental Health (09)

**CGAR Category: Mental Health (C) 09**

| |
|---|
| **Performance Measure:** |
| MH3-A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. |

| |
|---|
| **CGAR Question:** |
| Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? |

| |
|---|
| **Source of Records/Review:** |
| Review the records for the same inmates reviewed for HC PM #80 if they are currently on psychotropic medications. |

**Methodology:**

- The records reviewed for HC PM #80 will also be reviewed for compliance if they are on medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3A so that a start date for review can be established. If the prisoner has been in ADC custody, or has been classified MH-3A, for less than 90 days, that record is coded as a "0" and not counted as compliant or noncompliant.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- ~~The last two psychiatry contacts will be reviewed to determine whether the contacts were no more than 90 days apart. If the contacts were 90 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant. If they are more than 90 days apart, then it will be coded as non-compliant.~~ If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift +

**Formatted:** Font: Garamond

111

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.   (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

- If the inmate is not currently on medication, then "N/A" is recorded and compliance is coded with a 0.



---

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 82
Stipulation Category: Mental Health (10)

**CGAR Category: Mental Health (C) 10**

| |
|---|
| **Performance Measure:** |
| MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. |

| |
|---|
| **CGAR Question:** |
| Are MH-3B prisoners being seen a minimum of every 90 days by a mental health clinician? |

| |
|---|
| **Source of Records/Review:** |
| AIMS DA14 Batch Report (randomized). |

| |
|---|
| **Methodology:** |
| • Ten (10) records (if available) will be selected for review at each yard. |
| • Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B so that a start date can be established.  If the prisoner has been in ADC custody, or has been classified MH-3B, for less than 90 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn. |
| • Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc. |
| • The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 90 days apart.  If the contacts were 90 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 90 days apart, then it will be coded as non-compliant.  If there is no contact, the record will be coded as non-compliant. |
| • If there is only one contact, this contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the start date to be compliant. |
| • If there are at least two contacts, the most recent contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the prior contact to be |

**Formatted:** Font: Garamond

---

113

compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 83
Stipulation Category: Mental Health (11)

<u>CGAR Category: Mental Health (C) 11</u>

| Performance Measure: |
|---|
| MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider.  MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. |

| CGAR Question: |
|---|
| Are MH-3B prisoners who are prescribed psychotropic medications seen a minimum of every 180 days by a mental health provider? Are MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression seen a minimum of every 90 days? |

| Source of Records/Review: |
|---|
| The same inmates reviewed for HC PM #82, if they are currently on psychotropic medications. |

| Methodology: |
|---|
| <ul><li>The records reviewed for HC PM #82 will also be reviewed for compliance if they are on medications.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3B so that a start date for review can be established.  If the prisoner has been in ADC custody, or has been classified MH-3B, for less than 90 days (or 180 days if applicable), that record is coded as a "0" and is not counted as compliant or noncompliant.</li><li>A mental health provider1 contact may be documented under a variety of mental health encounter types, including, for example, to the following: "MH – Initial Psychiatric Evaluation", "MH – Nurse Practitioner – Scheduled", "MH – Nurse Practitioner – Unscheduled", "MH – Psychiatrist – Scheduled", "MH – Psychiatrist – Unscheduled".</li><li>The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 90 days (or 180 days if applicable) apart.  If the contacts were 90 days or less (or 180 days if applicable) apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 90 days (or 180 days if applicable) apart, then it will be coded as non-compliant.</li></ul> |

---

1   Psychiatrist or Psychiatry Nurse Practitioner.  (Dkt. 1185-1 at 4.)

Draft Revised: 3/7/17

PERFORMANCE MEASURES

- If the two most recent psychiatry contacts occurred between 90 and 180 days apart, then follow the steps below to determine the prevailing diagnosis. If the two most recent psychiatry contacts are 90 days or less apart, or are more than 180 days apart, then it is not necessary to determine the prevailing diagnosis as they are either automatically in compliance or out of compliance.

- Determining the Prevailing Diagnosis:  First look at the most recent psychiatry contact that did not occur in the monitored month.  Check the SOAPE note for a diagnosis.  If there is not one, then look in the Treatment Plan that was in place at the time of the most recent psychiatry contact.  If there is not one, then look in the problem list and find the mental health diagnosis that was identified just before the most recent psychiatry contact that did not occur in the monitored month.  If there is no diagnosis, then the default is 90 days.

- Recording the Prevailing Diagnosis:  If there is more than one diagnosis listed in the document used for the prevailing diagnosis, then all diagnoses from that specific date are reviewed.  First record an "N" if the diagnosis(es) is not one of those listed in the PM or a "Y" if it is listed.  Then record the ICD 10 code of the diagnosis.  Finally, record the date associated with the prevailing diagnosis.

- If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 90 days (or 180 days if applicable) from the last day of the audit month and no more than 90 days (or 180 days if applicable) from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 90 days (or 180 days if applicable) from the last day of the audit month and no more than 90 days (or 180 days if applicable) from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 84
Stipulation Category: Mental Health (12)

**CGAR Category: Mental Health (C) 12**

| Performance Measure: |
| --- |
| MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. |

| CGAR Question: |
| --- |
| Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? |

| Source of Records/Review: |
| --- |
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each yard.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3C so that a start date for review can be established.  If the prisoner has been in ADC custody, or has been classified MH-3C, for less than 180 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review eOMIS, in the Mental Health tab, for the two most recent contact by a psychiatric provider. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- ~~The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 180 days apart.  If the contacts were 180 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 180 days apart, then it will be coded as non-compliant.~~  If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 180 days from the last day of the audit month and no more than 180 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 180 days from the last day of the audit month and no more than 180 days from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).



Draft Revised: 3/7/17

P E R F O R M A N C E   M E A S U R E S

**Health Care Performance Measure No. 87**
**Stipulation Category: Mental Health (15)**

**CGAR Category: Mental Health (C) 15**

| Performance Measure: |
|---|
| MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. |

| CGAR Question: |
|---|
| Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every 30 days? |

| Source of Records/Review: |
|---|
| AIMS DA14 Batch Report (randomized). |

**Methodology:**

- Ten (10) records (if available) will be selected for review at each residential program.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4 so that a start date for review can be established.  If the prisoner has been in ADC custody, or has been classified MH-4, for less than 30 days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.

- Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- ~~The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 30 days apart, then it will be coded as non-compliant.~~  If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking",

123

**P E R F O R M A N C E   M E A S U R E S**

and click on the link "External Movements" to view the inmate's movement).



Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 88
Stipulation Category: Mental Health (16)

**CGAR Category: Mental Health (C) 16**

| **Performance Measure:** |
| --- |
| MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. |

| **CGAR Question:** |
| --- |
| Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? |

| **Source of Records/Review:** |
| --- |
| The same inmates reviewed for HC PM #87, ~~and~~ if they are currently on psychotropic medications. |

**Methodology:**

- The same records from HC PM #87 will be reviewed for this PM if they are currently on psychotropic medications.

- Review AIMS (DI85 screen) to determine when the inmate was designated MH 4 so that a start date for review can be established. If the prisoner has been in ADC custody, or has been classified MH-4, for less than 90 days, that record is coded as a "0" and not counted as compliant or noncompliant.

- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.

- ~~The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 90 days apart. If the contacts were 90 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant. If they are more than 90 days apart, then it will be coded as non-compliant.~~ If there is no contact, the record will be coded as non-compliant.

- If there is only one contact, this contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the start date to be compliant.

- If there are at least two contacts, the most recent contact can be no more than 90 days from the last day of the audit month and no more than 90 days from the prior contact to be compliant.

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

- If the inmate is not on medications, then "N/A" is recorded and it is coded with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

---

126

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 89
Stipulation Category: Mental Health (17)

## CGAR Category: Mental Health (C) 17

| |
|---|
| **Performance Measure:**<br><br>MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days. |
| **CGAR Question:**<br><br>Are MH-5 prisoners seen by a mental health clinician for a 1:1 session a minimum of every seven (7) days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br><ul><li>Ten (10) records (if available) will be selected for review at each unit with an inpatient program.</li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 5 so that a start date for review can be established. If the prisoner has been in ADC custody, or has been classified MH-5, for less than seven days, that record is excluded from the sample and another record is randomly drawn.  This process is repeated until a total of ten records have been drawn.</li><li>Review eOMIS, in the Mental Health tab, for the contacts by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.</li><li>To be coded as compliant, there needs to be a 1:1 clinical contact for every week (Sunday through Saturday), with none of them being more than seven (7) days later than the one before.</li><li>Record the total number of contacts that are in compliance and the total number of contacts that should have occurred (e.g., 2 out of 3, 4 out of 4).  If any of the required contacts are more than seven days apart, then the record will be coded as non-compliant. If there are no contacts, the record will be coded as noncompliant.</li><li>If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts</li></ul> |

**P E R F O R M A N C E   M E A S U R E S**

"Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 90
Stipulation Category: Mental Health (18)

**CGAR Category: Mental Health (C) 18**

| |
|---|
| **Performance Measure:** |
| MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days. |
| **CGAR Question:** |
| Are MH-5 prisoners who are prescribed psychotropic medications seen by a mental health provider a minimum of every 30 days? |
| **Source of Records/Review:** |
| The same inmates reviewed for HC PM #89 who are currently taking psychotropic medications. |
| **Methodology:** |

- The records reviewed for HC PM #89 will be reviewed for this PM.
- Review AIMS (DI85 screen) to determine when the inmate was designated MH 5 so that a start date for review can be established.  If the prisoner has been in ADC custody, or has been classified MH-5, for less than 30 days, that record is coded as a "0" and is not counted as compliant or noncompliant.
- Review eOMIS, in the Mental Health tab, for the most recent psychiatry contact. A psychiatric contact may be documented in various locations in eOMIS including, but not limited to, the following: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.
- ~~The last two contacts by a mental health provider will be reviewed to determine whether the contacts were no more than 30 days apart.  If the contacts were 30 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant.  If they are more than 30 days apart, then it will be coded as non-compliant.~~  If there is no contact, the record will be coded as non-compliant.
- If there is only one contact, this contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the start date to be compliant.
- If there are at least two contacts, the most recent contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the prior contact to be compliant.
- If the inmate is not currently on medications, then "N/A" is recorded and it is coded

129

**P E R F O R M A N C E   M E A S U R E S**

with a 0.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

Draft Revised: 3/7/17

**P E R F O R M A N C E   M E A S U R E S**

Health Care Performance Measure No. 92
Stipulation Category: Mental Health (20)

**CGAR Category: Mental Health (C) 20**

| |
|---|
| **Performance Measure:**<br><br>MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. |
| **CGAR Question:**<br><br>Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? |
| **Source of Records/Review:**<br><br>AIMS DA14 Batch Report (randomized). |
| **Methodology:**<br><br>• The first ten (10) records (if available) will be selected for review at each maximum custody unit.<br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3 or higher so that a start date for review can be established. Additionally, the external Movement Screen in AIMS will be reviewed to determine the date the inmate arrived to the maximum custody unit. If the prisoner has been housed in maximum custody, or has been classified MH-3 or above, for less than 30 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records have been drawn.<br><br>• Review eOMIS, in the Mental Health tab, for the most recent contact by a clinician. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), group note, treatment plan, scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• The last two contacts by a clinician will be reviewed to determine whether the contacts were no more than 30 days apart. If the contacts were 30 days or less apart, then the date of the most recent contact will be recorded, and it will be coded as compliant. If they are more than 30 days apart, then it will be coded as non-compliant. If there is no contact, the record will be coded as non-compliant.<br><br>• If there is only one contact, this contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the start date to be compliant. |

Draft Revised: 3/7/17

**Formatted:** Justified

**Formatted:** Not Expanded by / Condensed by

**Formatted:** Not Expanded by / Condensed by

**P E R F O R M A N C E   M E A S U R E S**

- If there are at least two contacts, the most recent contact can be no more than 30 days from the last day of the audit month and no more than 30 days from the prior contact to be compliant.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement.)

Draft Revised: 3/7/17