Stephen Karban #234332
A.S.P.C. Eyman/Cook Unit
P.O. Box 3200
Florence, AZ 85152

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    JUL 0 5 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR PARSONS, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> CHARLES L. RYAN, ET AL., <br><br> DEFENDANTS. | No. CV 12-00601-PHX-DJH <br><br> CLASSMEMBER'S NOTICE OF LEGAL MAIL RESTRICTION TO COMMUNICATE WITH COUNSEL OF RECORD. |

Classmember, Stephen Frank Karban #234332, notifies this court that on June 22, 2017, this classmember was prohibited from sending legal mail to Attorney Rita Lomio of the Prison Law Office concerning the case at bar.

### Relevant History

1) This classmember is an inmate currently housed at the Cook Unit Prison, Eyman Complex, in Florence, Arizona.

2) This classmember actively provides the Prison Law Office

-1-

with information regarding the unconstitutional medical care being provided at the Cook Unit Prison.

3) On June 22, 2017 this classmember attempted to send a letter to attorney Rita Lomio which was read and refused to be sent by Cook Unit Property Officer M. Smith #1990.

4) Attached to this classmember's legal letter was an exhibit — a white envelope returned to inmate Mata #299757, which contained a written response from the Medical Unit.

5) This classmember sought to inform his counsel regarding what the medical provider would state when an inmate could not make it to the Health Unit when "sick call" was open for Mata's building.

6) Because an exhibit contained another inmate's name and D.O.C. number, Officer Smith rejected the mail in its entirety.

## Legal Argument

The Ninth Circuit has held that Arizona Department of Corrections current practice of reading any outgoing legal mail is unconstitutional. Nordstrom v. Ryan, No 16-15277, decided May 18, 2017. When this classmember brought

-2-

his legal mail to property for sending, Property Officer Smith read the exhibit's content. Smith then proceeded to read the attached letter to Attorney Como. Upon completion, the officer asked this classmember if he was "Mata's legal counsel" and why he was "representing Mata's legal issues." This classmember does neither.

<u>Nordstrom</u> holds "that prison officials may inspect, but may not read, an inmate's outgoing legal mail[.]" The only way Officer Smith could raise such questions and refuse to mail this classmember's outgoing legal mail was to <u>READ</u> its content. This is a violation of classmember's First and Sixth Amendment protections. Such action must be halted.

Respectfully submitted,

Dated: June 25, 2017

## Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed on June 25, 2017

Stephen Karban #234332

This document was delivered on 7-5-17 to prison staff for electronic filing and distribution.

-3-