Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PETITION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM** |

LEGAL136135881.2

Plaintiffs petition this Court, pursuant to the authority of 28 U.S.C. § 2241(c)(5) and Fed. R. Civ. P. 81(a)(4), and respectfully states as follows:

(1) This Court is holding an evidentiary hearing regarding Defendants' "open clinic" remedial measure and their unilateral plan to remove HNR boxes, as described in the Courts' order. [Doc. 2124]

(2) The testimony of Dominique Keys (ADC #150050), Angela Ashworth (ADC #315041), Mark Blocksom (ADC #180634), and Ronald Oyenik (ADC #150480) is material and necessary to a just and fair presentation of the facts at the evidentiary hearing.

(3) The witnesses are presently confined as follows:

    a. Dominique Keys (ADC #150050): Santa Cruz Unit, ASPC Perryville, Goodyear, Arizona;

    b. Angela Ashworth (ADC #315041): San Pedro Unit, ASPC Perryville, Goodyear, Arizona;

    c. Mark Blocksom (ADC #180634): East Unit, ASPC Florence, Florence, Arizona; and

    d. Ronald Oyenik (ADC #150480): South Unit, ASPC Florence, Florence, Arizona.

(4) The aforementioned evidentiary hearing is set before this Court on July 14, 2017 at 9:00 a.m.

WHEREFORE, Plaintiffs requests that this Court issue *Writs of Habeas Corpus Ad Testificandum* to Kim Currier, the Warden of ASPC Perryville, 2105 North Citrus Road, Goodyear, Arizona 85395 to bring Dominique Keys and Angela Ashworth before this Court on July 14, 2017 at 9:00 a.m.; and to Kevin Curran, the Warden of ASPC Florence, 1305 East Butte Avenue, Florence, Arizona 85132 to bring Mark Blocksom and Ronald Oyenik before this Court on July 14, 2017 at 9:00 a.m.

LEGAL136135881.2

| | | |
|---|---|---|
| 1 | Dated: July 7, 2017 | **EIDENBACH LAW, PLLC** |
| 2 | | |
| 3 | | By:   s/ Kirstin T. Eidenbach |
| | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | P. O. Box 91398 |
| 4 | | Tucson, Arizona 85752 |
| | | Telephone: (520) 477-1475 |
| 5 | | Email:   kirstin@eidenbachlaw.com |
| 6 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 7 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 8 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 9 | | Telephone: (602) 351-8000 |
| | | Email:   dbarr@perkinscoie.com |
| 10 | | agerlicher@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 11 | | |
| 12 | | Kathleen E. Brody (Bar No. 026331) |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 13 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 14 | | Telephone: (602) 650-1854 |
| | | Email:   kbrody@acluaz.org |
| 15 | | |
| 16 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 17 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 18 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 19 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 20 | | Email:   dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 21 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 22 | | rlomio@prisonlaw.com |
| 23 | | *Admitted *pro hac vice* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By: s/ Maya Abela |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone: (602) 274-6287<br>Email:  skader@azdisabilitylaw.org |
| 7 | adietrich@azdisabilitylaw.org |
| 8 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 9 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 12 | Telephone: (520) 327-9547<br>Email: |
| 13 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 14 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 15 | *Attorneys for Arizona Center for Disability Law* |

LEGAL136135881.2      -4-

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 7, 2017, I electronically transmitted the above |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following CM/ECF registrants: |

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL136135881.2   -5-