|    |    |    |
|----|----|----|
| 1  |    |    |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **NOTICE AND ORDER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

TAKE NOTICE that the above-entitled cause is set for an **evidentiary hearing** at **9:00 a.m. on July 14, 2017** before the **Honorable David Duncan, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.**

**NOW THEREFORE, IT IS ORDERED** that the Director of the Department of Corrections for the State of Arizona, and the Warden of **ASPC Perryville** arrange to have **DOMINIQUE KEYS (ADC #150050),** present for the proceedings as noticed herein, **and for each day thereafter until concluded.**

LEGAL23774493.1