UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**NOTICE AND ORDER** |

TAKE NOTICE that the above-entitled cause is set for an **evidentiary hearing** at **9:00 a.m. on July 14, 2017** before the **Honorable David Duncan, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.**

**NOW THEREFORE, IT IS ORDERED** that the Director of the Department of Corrections for the State of Arizona, and the Warden of **ASPC Florence** arrange to have **MARK BLOCKSOM (ADC #180634),** present for the proceedings as noticed herein, **and for each day thereafter until concluded.**

LEGAL136144128.1