1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert              **NOTICE AND ORDER**
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly
11   situated; and Arizona Center for Disability Law,

12                      Plaintiffs,

13          v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                        Defendants.

17

18          TAKE NOTICE that the above-entitled cause is set for an **evidentiary hearing** at

19   **9:00 a.m. on July 14, 2017** before the **Honorable David Duncan, Sandra Day**

20   **O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.**

21          **NOW THEREFORE, IT IS ORDERED** that the Director of the Department of

22   Corrections for the State of Arizona, and the Warden of **ASPC Florence** arrange to have

23   **RONALD OYENIK (ADC #150480),** present for the proceedings as noticed herein, **and**

24   **for each day thereafter until concluded.**

25

26

27

28

LEGAL136144177.1