1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5  *Swartz, Sonia Rodriguez, Christina Verduzco, Jackie*
   *Thomas, Jeremy Smith, Robert Gamez, Maryanne*
6  *Chisholm, Desiree Licci, Joseph Hefner, Joshua*
   *Polson, and Charlotte Wells, on behalf of themselves*
7  *and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability*
14 *Law*

   **[ADDITIONAL COUNSEL LISTED ON**
15 **SIGNATURE PAGE]**

16
                    UNITED STATES DISTRICT COURT
17
                          DISTRICT OF ARIZONA
18

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **PLAINTIFFS' WITNESS LIST FOR JULY 14, 2017 EVIDENTIARY HEARING** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL136133886.1

1. Dominique Keys (ADOC #150050), c/o ASPC Perryville – Santa Cruz;
2. Angela Ashworth (ADOC #315041), c/o ASPC Perryville – San Pedro 1;
3. Mark Blocksom (ADOC #180634), c/o ASPC Florence – East Unit;
4. Ronald Oyenik (ADOC #150480), c/o ASPC Florence – South Unit;
5. Any and all witnesses identified by Defendants.

Dated: July 7, 2017

**EIDENBACH LAW, PLLC**

By: s/ Kirstin T. Eidenbach
 Kirstin T. Eidenbach (Bar No. 027341)
 P. O. Box 91398
 Tucson, Arizona 85752
 Telephone: (520) 477-1475
 Email: kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

LEGAL136133886.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:      dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
 Sarah Kader (Bar No. 027147)
 Asim Dietrich (Bar No. 027927)
 5025 East Washington Street, Suite 202
 Phoenix, Arizona 85034
 Telephone: (602) 274-6287
 Email: skader@azdisabilitylaw.org
 adietrich@azdisabilitylaw.org

 Rose A. Daly-Rooney (Bar No. 015690)
 J.J. Rico (Bar No. 021292)
 Jessica Jansepar Ross (Bar No. 030553)
 Maya Abela (Bar No. 027232)
** ARIZONA CENTER FOR DISABILITY LAW**
 177 North Church Avenue, Suite 800
 Tucson, Arizona 85701
 Telephone: (520) 327-9547
 Email:
 rdalyrooney@azdisabilitylaw.org
 jrico@azdisabilitylaw.org
 jross@azdisabilitylaw.org
 mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL136133886.1 -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ D. Freouf

LEGAL136133886.1                    -4-