Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR JULY 13-14, 2017 STATUS CONFERENCE** |

LEGAL136161950.1

Plaintiffs hereby propose the following items for the agenda for the July 13-14, 2017 status conference.

1. The imposition of a $1,000 fine for any failure by Defendants to comply with certain Performance Measures. [Doc. 2124 at 1-3, 5] The Court's June 14, 2017 Order referred to the following specific performance measures and institutions as potentially subject to the imposition of such a fine:[1]

    a. Performance Measure 13 – Perryville

    b. Performance Measure 35 – Eyman, Florence, Lewis, Phoenix, Tucson

    c. Performance Measure 40 – Eyman

    d. Performance Measure 45 – Lewis, Tucson

    e. Performance Measure 46 – Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson

    f. Performance Measure 50 – Florence

    g. Performance Measure 52 – Florence

    h. Performance Measure 66 – Florence, Lewis, Tucson

2. Defendants' May 2016 CGAR results for all other performance measures previously found noncompliant by the Court. [Docs. 1583 at 2, 1709, 2030 at 2]

3. The Court's consideration of the appointment of a Rule 706 expert. [Docs. 2043, 2044, 2045, 2067, 2083, 2084, 2133, 2134, 2138, 2139, 2140]

---

[1] The Court's order for PM 44 at Eyman was for Defendants to "submit to the Court a report of the previous 30 days of every Eyman inmate who was returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital and how each of these individuals were reviewed and acted upon by the medical provider within 24 hours as required by this Performance Measure." [Doc. 2124 at 2] The Court stated it "will monitor for improvement at Tucson" with PM 51, (*id.*), and "[a]s to Performance Measure 54, the Court will continue to monitor for improvement at Eyman and expects to have a better explanation for Florence if there is a continued departure." [*Id.* at 3]

4. The language and methodology for Performance Measure 25. [Docs. 2119, 2149, response to be filed July 12, 2017]

5. The language for performance measures requiring action "every X days." [Docs. 2128, 2150, and reply to be filed July 13, 2017]

6. Request for an update from Defendants regarding the status of their Request For Proposals for a five year contract to provide health care services, to begin in early 2018. [*See* 5/10/17 Tr. at 761:19-762:4]

7. Defendants' update regarding the implementation of eOMIS electronic communiques to remediate noncompliance with PM 47. [Docs. 2072, 2078, 2100, 2146]

8. Defendants' update regarding the October 2016 corrective action plan at Perryville for PM 39 that implemented a policy requiring two visits to nurse's line prior to referral to provider's line. [Docs. 2104; 2106, Exs. 1 and 4; 2144]

**Matters fully briefed and argued and awaiting decision**:

9. Sample size for PM 94, 95, and 97. [Docs. 2046 at 28-29; 2068 at 14; 2087 at 15]

10. Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8). [Docs. 1944, 1983, 2006]

**Matter scheduled for July 14, 2017:**

11. Evidentiary hearing regarding the removal of HNR collection boxes. [Docs. 2106, Exs. 2 and 4; 2152, 2153]

. . .

. . .

. . .

. . .

. . .

. . .

| | | |
|---|---|---|
|1| Respectfully submitted, | |
|2| Dated:  July 10, 2017 | **PRISON LAW OFFICE** |

By:  *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:  dfathi@aclu.org
       afettig@aclu.org
       vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

-5-

**ARIZONA CENTER FOR DISABILITY LAW**

By: _s/ Maya Abela_
　　Sarah Kader (Bar No. 027147)
　　Asim Dietrich (Bar No. 027927)
　　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
　　Telephone: (602) 274-6287
　　Email:　skader@azdisabilitylaw.org
　　　　　　adietrich@azdisabilitylaw.org

　　Rose A. Daly-Rooney (Bar No. 015690)
　　J.J. Rico (Bar No. 021292)
　　Jessica Jansepar Ross (Bar No. 030553)
　　Maya Abela (Bar No. 027232)
　　**ARIZONA CENTER FOR DISABILITY LAW**
　　177 North Church Avenue, Suite 800
　　Tucson, Arizona 85701
　　Telephone: (520) 327-9547
　　Email:
　　　rdalyrooney@azdisabilitylaw.org
　　　　jrico@azdisabilitylaw.org
　　　　jross@azdisabilitylaw.org
　　　　mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

                                                            s/ D. Freouf