IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendant(s). | No. CV-12-00601-PHX-DKD<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**IT IS ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to Warden Kevin Curran, ASPC – Florence, to bring **Ronald Oyenik (ADC #150480), South Unit**, to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Friday, July 14, 2017 at 9:00 a.m., to appear before United States Magistrate Judge David K. Duncan for the purpose of an evidentiary hearing. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the evidentiary hearing to the Arizona Department of Corrections, South Unit.

Dated this 10th day of July, 2017.

David K. Duncan
United States Magistrate Judge