RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX

2017 JUL 10  AM 9: 50

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.,

      Plaintiffs,

v.

Charles L Ryan, et al.,

      Defendants.

No. CV-12-00601-PHX-DKD

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   Kim Currier, Warden
      ASPC – Perryville
      2105 N. Citrus Road
      Goodyear, AZ 85395

    You are commanded to transport **Angela Ashworth (ADC #315041)** to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Friday, July 14, 2017 at 9:00 a.m. to appear before United States Magistrate Judge David K. Duncan for the purpose of an evidentiary hearing. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the evidentiary hearing to the Arizona Department of Corrections, Arizona State Prison – Perryville, San Pedro Unit.

    Dated this 10th day of July, 2017.

_____
David K. Duncan
United States Magistrate Judge