## Index of Exhibits to Declaration of David C. Fathi

**Exhibit 1**   January 2017 CGAR for ASPC-Perryville, Bates-stamped ADCM842102-103 **(FILED UNDER SEAL)**

**Exhibit 2**   April 2017 CGAR for ASPC-Tucson, Bates-stamped ADCM958904 **(FILED UNDER SEAL)**

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL