1   Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
7   *similarly situated*

    **[ADDITIONAL COUNSEL LISTED ON**
8   **SIGNATURE PAGE]**

9   Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
12  Email: skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org
13
    *Attorneys for Plaintiff Arizona Center for Disability Law*
14  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
15
                    UNITED STATES DISTRICT COURT
16
                         DISTRICT OF ARIZONA
17
18  Victor Parsons; Shawn Jensen; Stephen Swartz;         No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph       **MOTION TO SEAL**
20  Hefner; Joshua Polson; and Charlotte Wells, on        **DOCUMENTS**
    behalf of themselves and all others similarly
21  situated; and Arizona Center for Disability Law,

22                       Plaintiffs,

23          v.

24  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
25  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
26  capacities,

27                       Defendants.

28

    LEGAL136160435.1

1    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under

2    seal designated documents associated with Plaintiffs' Notice Regarding Defendants'

3    Monitoring Methodology for Performance Measure 85.  Plaintiffs file this Motion because

4    the above documents contain confidential medical information, make medical information

5    identifiable to a given individual, or were deemed confidential by Defendants.  [Doc. 454]

6    To ensure the public has access to as much information as possible, Plaintiffs have

7    carefully redacted or sealed only those portions of the filing referring to information

8    designated as confidential by Defendants.  Specifically, Plaintiffs move to seal Exhibits 1

9    and 2 to the Declaration of David C. Fathi.

10   Dated:  July 10, 2017                    **ACLU NATIONAL PRISON PROJECT**

11

12                                            By:    s/ David C. Fathi
                                                 David C. Fathi (Wash. 24893)*
                                                 Amy Fettig (D.C. 484883)**
13                                               Victoria Lopez (Ill. 6275388)*
                                                 915 15th Street N.W., 7th Floor
14                                               Washington, D.C. 20005
                                                 Telephone:  (202) 548-6603
15                                               Email:    dfathi@aclu.org
                                                           afettig@aclu.org
16                                                         vlopez@aclu.org

17                                               *Admitted *pro hac vice*.  Not admitted
                                                  in DC; practice limited to federal
18                                                courts.
                                                 **Admitted *pro hac vice*

19
                                                 Daniel C. Barr (Bar No. 010149)
20                                               Amelia M. Gerlicher (Bar No. 023966)
                                                 John H. Gray (Bar No. 028107)
21                                               **PERKINS COIE LLP**
                                                 2901 N. Central Avenue, Suite 2000
22                                               Phoenix, Arizona 85012
                                                 Telephone:  (602) 351-8000
23                                               Email:    dbarr@perkinscoie.com
                                                           agerlicher@perkinscoie.com
24                                                         jhgray@perkinscoie.com

25

26

27

28

1

2

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

3

4

5

6

7

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

8

9

10

11

12

*Admitted *pro hac vice*

13

14

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

15

16

17

18

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

19

20

*Admitted *pro hac vice*

21

22

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

23

24

25

*Admitted *pro hac vice*

26

27

28

1

2

3

4

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

5

6

**ARIZONA CENTER FOR DISABILITY LAW**

7

8

9

10

By:   s/ Maya Abela
      Sarah Kader (Bar No. 027147)
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:   skader@azdisabilitylaw.org
               adietrich@azdisabilitylaw.org

11

12

13

14

15

16

17

18

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Jessica Jansepar Ross (Bar No. 030553)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
               jrico@azdisabilitylaw.org
               jross@azdisabilitylaw.org
               mabela@azdisabilitylaw.org

19

20

*Attorneys for Arizona Center for Disability Law*

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL136160435.1                                    -4-