Anant Kumar Tripati
102081
Box 5000
Florence Az. 85132

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUL 10 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

CV-12-601-PHX-DKD

Victor Parsons et al
vs.
Chris Ryan et al

12CV00601

Declaration of non-Compliance

Anant Kumar Tripati Declares under the penalty of perjury that.

Corizon Issued the attached order approved by ADOC Dr. David Robertson overturned it. Hence denying me the diet. B1, B2, B3, B7, B

8/24/14 Corizon approved A course of treatment for me Joanna Gaafton NP, former provider changed the treatment. I have been falling and having low blood sugar and other Complications B5, B6

7/4/17 · 7/3/17 · 6/22/17 The nurse took my vitals and found my blood pressure very high. I cannot breath and choke

We have no provider to see me.

We cannot appeal this to Ryan And he has directed me not to greave this again. The same Act is repeated! By Corizon/ADOC   C1, C2

Excuted under penalty of perjury 7/5/17

Anant Kumar Tripaty

C = Counsel

# Arizona Department of Corrections




1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: **TRIPATI, ANANT**         ADC No.: **102081**         Case Nos.: **C14-119-014**

Institution: **ASPC-TUCSON/MANZANITA**                Date Received: **November 5, 2014**

I have reviewed your Grievance Appeal in which you state that "ADOC has refused to give me my diet" that was ordered by the Chief Medical Officer of Corizon.

Your grievance appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that on 8/28/14, you met with Corizon's Medical Director (Dr. S. McQueen) concerning your diet issues. You were subsequently issued a No Gluten Diet/Allergy Diet. We have confirmed that this diet order has been implemented. As to your request for a Hindu Diet/Vegan Diet, this is a religious diet and is under the purview of the Chaplain; therefore, it will not be addressed within this response. You are advised to discuss your request for a religious diet with the Chaplain assigned at your facility.

2. Please submit a Health Needs Request (HNR) if you have additional issues or concerns which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

_____            1/27/15
Charles L. Ryan, Director                  Date

cc:   Facility Health Administrator, ASPC-Tucson
      C.O. Inmate File

*[Handwritten annotations across page: "DR. ROBERTSON'S PREDECESSOR APPROVED THE DIET BUT AS CLEARLY STATED IN B3 DR. ROBERTSON ORDERED IT NOT BE GIVEN"  "B1"  "Page 1 of __"]*

# ARIZONA DEPARTMENT OF CORRECTIONS
## Restricted Diet Order

Health Care Providers and Senior Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order Form. The HAP or Senior Chaplain will retain their portion of the form and ensure the form is placed in the inmate's records with the remaining portion of the order form forwarded to the

- [ ] New
- [ ] Change
- [ ] Reissue

**Inmate Name (Last, First M.I.):** TRIPATI ANANT
**ADC Number:** 102081
**Institution/Facility/Unit:** MAN
**Housing Assignment:** SB 15 L
**Start Date:** 9-2-14
**Expiration Date:** NONE

### MEDICAL DIETS

- [ ] Dental/Mechanical Soft Diet (Easy to chew/swallow)
- [ ] Clear Liquid Diet
- [✓] Full Liquid Diet (Automatically expires in 5 days)
- [ ] Liquid Supplements
- [ ] Controlled Protein Diet
- [ ] Long-term Full Liquid Diet (Automatically expires in 8 weeks - supplement required)
- [ ] Wasting Syndrome
- [ ] Chemotherapy Diet
- [✓] No Gluten Diet
- [ ] Pregnancy
- [ ] Renal/Dialysis Diet
- [✓] Allergy Diet — NO DAIRY, NO WHEAT, NO NUTS (peanut) NO SOY, NO BEA[N]

ON PREDNISONE
I have adrenal in[sufficiency] from prev testing

- [ ] Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
- [ ] am snack   [ ] mid-day snack   [ ] am snack
- [ ] Other: Patient does not require RAST Testing

(Restricted medical diets not defined in the ADC Diet Reference Manual may be ordered only with the approval of the Medical Director of Health Services or designee with the following approving authority Signature.

Approving Authority Signature: _____

### RELIGIOUS DIETS
HINDU

- [ ] Lacto Vegetarian Diet (Allows milk and milk products)
- [ ] Kosher Diet Plan

**Vegan Diet only**

**NOTICE TO INMATE** - Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven(7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.

**MEDICAL** - I understand the terms and conditions of this diet.
Inmate's Signature: _____ Date: 9/1/14
Approved by: Sylvia McQueen MD  Date: 8.25.14
Comments: Chart Clinical Office of Contra Review and interview patient directly

Removed from this diet for 6 months. Second violation will result in a 12 month suspension.

**RELIGIOUS** - I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months.
Inmate's Signature: _____ Date: _____ Comments: _____
Approved by: _____ Date: _____

**DIET IS BEING DISCONTINUED DUE TO:** _____

DISTRIBUTION  Initial - Originator - Top portion of form only, Food Service Liaison - Remaining form - Diet Card Only

---

### ARIZONA DEPARTMENT OF CORRECTIONS
### Restricted Diet Card

| Inmate Name | ADC Number | Expire Date |
|---|---|---|
|  |  |  |

- [ ] Dental/Mechanical Soft (Easy to chew/swallow)
- [ ] Clear Liquid
- [ ] Full Liquid
- [ ] Liquid Supplements
- [ ] am Snack   [ ] mid-day snack   [ ] bedtime Snack
- [ ] Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
- [ ] Other: _____

- [ ] Controlled Protein
- [ ] Long Term Full Liquid
- [ ] Wasting Syndrome
- [ ] Chemotherapy

- [ ] Gluten Free
- [ ] Pregnancy
- [ ] Renal Dialysis
- [ ] Allergy Diet

- [ ] Lacto Vegetarian Diet (Allows milk and milk products)
- [ ] Kosher Diet Plan

Food Service Verification: **(B2)**

Physician's or Chaplain's Signature: _____   Date: 8.25.14

912-3
5/15/08

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Response

| Inmate Name (Last, First M.I.) | ADC #: 102081 |
| --- | --- |
| Tirpati, Anant | Grievance #: A03-035-016 |

| Institution / Unit / Housing |
| --- |
| ASPC-Florence/ East / CL-A 0301 |

| From: | Location / Unit: |
| --- | --- |
| Daniel Sego, Assistant Facility Health Services Admin | ASPC-Florence / Admin |

This is in response to your Inmate Grievance number, **A03-035-016** dated, June 24th, 2016 which was received in the Florence Inmate Health Services office on, June 29th, 2016. Your primary concern is that you would like your allergy diet initiated.

Investigation into your issue included a review of your medical records.

The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Subsequent to review and investigation, the results are as follows; Our records show that your request for an allergy diet was denied by Dr. Robertson. Therefore your grievance will not be substantiated.

Your grievance is Not Substantiated and Resolved

You may appeal this decision to the DOC Director by requesting appeal form GF-2.

| Staff Signature: D Spencer Sego | Date: 7/6/16 |
| --- | --- |

Distribution: Original – Inmate, Copy: Institutional File, Copy: Grievance Coordinator

*[Handwritten annotation across bottom]:* my medical file shows when Dr Robertson was my provider - I had 5 near death hospitalizations and plus ICU. Once Robertson had nothing to do with my care my condition improved

B3
B9



# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 458 | Tripati | 102081 | 15C14028 | Tucson | Manzanita |

In your grievance filed at Manzanita Unit, you are requesting a policy change that allows you to receive a medical and religious diet at mealtimes.

Your grievance appeal has been reviewed at Central Office and the Warden's response is affirmed. You are currently on a medically ordered diet for food allergies. The medical diet cannot coexist with a vegan diet, as the vegan diet contains items to which you claim to be allergic. Therefore, as long as you remain on the medical diet, you cannot receive a vegan diet.

Your request for a policy change is denied.

No further action is warranted in this matter.

CC: Warden, Tucson Complex

H.R.
_[signature]_
Appeals Officer

_[signature]_
Charles L. Ryan, Director

8/18/15
Date

_[handwritten diagonal note:]_ To say that as a Hindu with a medical condition, to receive treatment, I must eat meat that violates my religious tenets, violates their rules. There is no medical reason for me to eat meat.

received 8/20/15
delivered 8/20/15 com[...]

Page 1 of 1

# Arizona Department of Corrections




1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov

**DOUGLAS A. DUCEY**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: TRIPATI, ANANT          ADC No.: 102081          Case No.: A03-050-016

Institution: ASPC-FLORENCE/EAST                          Date Received: September 12, 2016

I have reviewed your Grievance Appeal wherein you allege that your medically necessary diet was denied by Dr. Robertson and as a result you fell 11 times due to low blood sugar, blood pressure issues, and pain. Your proposed resolution is to have the diet reinstated, Dr. Robertson disciplined and reported to the medical board.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. These same issues were previously addressed through previous Department responses. Since you raised no new issues, no further action is necessary regarding your appeal. In the future, please refrain from repeatedly appealing issues that have been previously addressed as this creates an administrative burden and is an abuse of the grievance appeal process. The Director's decision is <u>final</u> and constitutes an exhaustion of all remedies within the Department.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

_____          05/23/2017
Charles L. Ryan, Director  for                    Date

cc:   Facility Health Administrator, ASPC-Florence
      C.O. Inmate File

*[Handwritten annotation across page: "ADOC does not want me to grieve every incident"]*

*[Handwritten: "BS" circled]*



# Arizona Department of Corrections




1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>TRIPATI, ANANT</u>　　ADC No.: <u>102081</u>　　Case No.: <u>A03-016-016</u>

Institution: <u>ASPC-FLORENCE/EAST</u>　　Date Received: <u>April 06, 2016</u>

I have reviewed your Grievance Appeal wherein you claim that you have been misdiagnosed by Corizon and that you were told by neurologist over the phone that you have fibromyalgia.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. As stated in Assistant Facility Health Administrator D. Sego's response dated 04/28/16 the site provider must diagnose and prescribe treatment based on his/her own medical judgment and assessments. Your symptoms may mimic various disease processes but the diagnosis of specific disorders and diseases is made based on a physical assessment in conjunction with an interview of the patient. This is not an administrative decision based on the dictates of the patient.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

_____ For　　　　　　　　　　09/08/2016
Charles L. Ryan, Director　　　　　　　　　　　　　Date

cc: Facility Health Administrator, ASPC-Florence
    C.O. Inmate File

*N.P. Graybson 4/22/16 After Refused to continue the treatment gave 8/28/16 Corizon to 4/24/16*

# ARIZONA DEPARTMENT OF CORRECTIONS
## Restricted Diet Order

☐ New   ☐ Change   ☒ Reissue

Health Care Providers and Senior Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order Form. The HCP or Senior Chaplain will retain a copy of the form and ensure the form is placed in the inmate's records, with a copy of the order form forwarded to the Food Service Liaison for approval and processing.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| TRIPATI, ANANT | 102081 |

| INSTITUTION/FACILITY/UNIT | HOUSING ASSIGNMENT | START DATE (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|---|---|
| ASPC Florence | A-3-1 | 06/26/2017 | 06/26/2018 |

**MEDICAL DIETS**

- ☐ Dental/Mechanical Soft Diet (Easy to chew/swallow)
- ☐ Clear Liquid Diet (Expires in 3 days)
- ☐ Full Liquid Diet (Automatically expires in 5 days)
- ☐ Liquid Supplements (___ 1 per day or ___ 2 per day)
- ☐ Prescribed snack
- ☐ AM snack
- ☐ Controlled Protein/Hepatic Diet
- ☐ Long-term Full Liquid Diet (Automatically expires in 8 weeks)
- ☐ Wasting Syndrome (No liquid supplement provided)
- ☐ Chemotherapy Diet (List days of the week to provide diet ___)
- ☐ No Gluten Diet
- ☐ Mid-day snack
- ☐ Pregnancy
- ☐ Renal/Dialysis Diet
- ☒ Allergy Diet (Excludes corn, wheat, milk, peanuts tree nuts, soy, and egg, fish, onion, green pepper, shellfish, and tomato)
- ☐ Bedtime snack
- ☐ Restricted medical diets not listed above may be ordered only with approval of the Medical Director of Health Services or designee with the approving authority signature.

☒ Other: __NO BEANS, NO SOY, NO DAIRY, NO WHEAT, NO PEANUT__

Approving Authority Signature: __C. Ngwube__   06/30/18

**RELIGIOUS DIETS**   ☐ Vegan Diet   ☐ Kosher Diet Plan

**NOTICE TO INMATE** - Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven(7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.

**MEDICAL** - I understand the terms and conditions of this diet.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | COMMENTS |
|---|---|---|
| [signature] | 6/30/17 | |

| APPROVED BY: (Last, First M.I.) (Please print and Initial) | PHONE NUMBER & EXTENSION (area code) | DATE (mm/dd/yyyy) |
|---|---|---|
| CHIZOBA NGWUBE M.D. | 25709 | 06/30/18 |

**RELIGIOUS** - I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months. Second violation will result in a 12 month suspension.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | COMMENTS |
|---|---|---|
| | | |

| APPROVED BY ( (Please print and Initial) | TELEPHONE NUMBER & EXTENSION (area code) | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

**DIET IS BEING DISCONTINUED DUE TO:**

---

### ARIZONA DEPARTMENT OF CORRECTIONS
### Restricted Diet Card

| Inmate Name | ADC Number | Expire Date (mm/dd/yyyy) |
|---|---|---|
| Tripati, Anant | 102081 | 6/26/2018 |

- ☐ Dental/Mechanical Soft (Easy to chew/swallow)
- ☐ Clear Liquid
- ☐ Full Liquid
- ☐ Liquid Supplements (1 or 2 times a day)
- ☐ AM snack
- ☒ Other: __NO Beans, NO soy, no dairy, Peanut or wheat__
- ☐ Controlled Protein
- ☐ Long Term Liquid
- ☐ Wasting Syndrome
- ☐ Chemotherapy
- ☐ Mid-day snack
- ☐ Gluten Free
- ☐ Pregnancy
- ☐ Renal/Dialysis Diet
- ☒ Allergy Diet
- ☐ Bedtime snack

☐ Vegan Diet   ☐ Kosher Diet Plan

Physician's or Chaplain's Signature: __C Ngwube__   Date: 06/30/18

Food Service Verification: B7

912-3
3/29/16



## ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE APPEAL RESPONSE

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 721 | Tripati | 102081 | A03063016 | Florence | East |

In your grievance filed at East Unit, you claim the recent change to Department Order 802 regarding medical grievances is an act of deliberate indifference. Your resolution is for the policy to be returned to its previous version.

Your grievance appeal has been reviewed at Central Office and the Warden's response is affirmed. The changes to Department Order 802, specifically regarding medical grievances were made to ensure that the Contract Facility Director of Nursing provides an accurate response regarding an inmate's medical issue.

You have failed to provide any evidence to substantiate your claim that the recent changes to the policy are adversely affecting you. Therefore, your request to change the policy is denied.

No further action is required in this matter.

CC: Warden, Florence Complex

H.R.

_____
**Appeals Officer**

_____   10/28/2016
**Charles L. Ryan, Director**       **Date**

*Since Ryan changed DO 802 with no appeal to him, the CGAR has worsened*

EAST UNIT

OCT 31 2016

GRIEVANCE COORDINATOR
C1

Page 1 of 1



# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 745 | Tripati | 102081 | A03064016 | Florence | East |

In your grievance filed at East Unit, you claim Department Order 802 requires you to file an informal complaint and/or a formal grievance for an issue that affects you. However, Vexatious grievances (non-medical) has been added to the policy. Your resolution is to remove the recently added portion of policy pertaining to vexatious grievances.

Your grievance appeal has been reviewed at Central Office and the Deputy Warden's response is affirmed. Your request to remove Department Order 802.07, Vexatious Grievances is denied.

No further action is warranted in this matter.

cc: Warden, Florence Complex

cd

_____
Appeals Officer

_____
Charles L. Ryan, Director

10/28/2016
Date

EAST UNIT

OCT 28 2016



GRIEVANCE COORDINATOR