1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE FOR CORIZON HEALTH, INC. TO PARTICIPATE AS *AMICUS CURIAE*** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Having reviewed and considered Corizon Health, Inc.'s Motion for Leave for Corizon Health, Inc. to Participate as *amicus curiae,* and good cause appearing,

IT IS HEREBY ORDERED granting Corizon Health, Inc.'s Motion to Participate as *amicus curiae.*