**Index of Exhibits to Defendants' Response to Plaintiffs' Proposed
Language for Healthcare Performance Measure 25**

| | |
|---|---|
| Exhibit 1 | Monitor Guide Performance Measures 1-103 (revised 03-07-17) with Defendants' proposed changes to Performance Measure 25 |
| Exhibit 2 | Declaration of Kathleen Campbell |
| Exhibit 3 | Excerpts from NCCHC Standards for Health Services in Prisons |
| Exhibit 4 | November 9, 2016 correspondence from David Fathi to Timothy Bojanowski regarding monitoring methodology |

**EXHIBIT 1**

**EXHIBIT 1**

**PERFORMANCE MEASURES**

**Health Care Performance Measure No. 25**
**Stipulation Category: Emergency Response (01)**

**CGAR Category: Emergency Response (C) 01**

| |
|---|
| **Performance Measure:**<br><br>A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency. |
| **CGAR Question:**<br><br>Are first responders trained in Basic Life Support responding and adequately providing care within three (3) minutes of an emergency? |
| **Source of Records/Review:**<br><br>Appropriate and pertinent Significant Incident Reports (SIRs), Incident Reports (IRs), and ER spreadsheet/report from monitored month (ADC). |
| **Methodology:**<br>This performance measure evaluates two components of an emergency response: (1) the timeliness, and (2) the adequacy of the response. If either component is noncompliant, the record should be marked as noncompliant.<br><br>• ~~The monitor will select the first~~ If there are more than ten (10) inmates per yard from the SIRs and IRs from the monitored month that required basic life support, the monitor will randomly select a sample of ten inmates for review. If there are fewer than ten inmates, the monitor will review 100%.<br><br>• An emergency requiring basic life support is defined as one requiring the use of an AED or performance of CPR.<br><br>• First Responders may be either medical or security officers.<br><br>• The Monitor will compare the time the SIR is initiated to the time of response where either use of an AED or performance of CPR was initiated. |

Draft Revised: 3/7/17