**EXHIBIT 3**

**EXHIBIT 3**

# Standards for Health Services in Prisons

## 2014



National Commission on Correctional Health Care

# STANDARDS FOR HEALTH SERVICES IN PRISONS

## 2014

These standards represent the official position of the National Commission on Correctional Health Care with respect to requirements for health services in prisons. They do not necessarily represent the official position of supporting organizations or individuals represented on the National Commission on Correctional Health Care Board of Directors.

National Commission on Correctional Health Care



National Commission on Correctional Health Care
1145 W. Diversey Parkway, Chicago, IL 60614
www.ncchc.org

ISBN 978-0-929561-26-4

© 2014 National Commission on Correctional Health Care

National Commission on Correctional Health Care

**P-C-04**
*essential*

HEALTH TRAINING FOR CORRECTIONAL OFFICERS

**Standard**

A training program, established or approved by the responsible health authority in cooperation with the facility administrator, guides the health-related training of all correctional officers who work with inmates.

**Compliance Indicators**

1. Correctional officers who work with inmates receive health-related training at least every 2 years. This training includes, at a minimum:
   a. Administration of first aid
   b. Recognizing the need for emergency care and intervention in life-threatening situations (e.g., heart attack)
   c. Recognizing acute manifestations of certain chronic illnesses (e.g., asthma, seizures), intoxication and withdrawal, and adverse reactions to medications
   d. Recognizing signs and symptoms of mental illness
   e. Procedures for suicide prevention
   f. Procedures for appropriate referral of inmates with health complaints to health staff
   g. Precautions and procedures with respect to infectious and communicable diseases
   h. Cardiopulmonary resuscitation
2. An outline of the training including course content and length is kept on file.
3. A certificate or other evidence of attendance is kept on site for each employee.
4. While it is expected that 100% of the correctional staff who work with inmates are trained in all of these areas, compliance with the standard requires that at least 75% of the staff present on each shift are current in their health-related training.
5. All aspects of the standard are addressed by written policy and defined procedures.

**Discussion**

This standard intends to promote the training of correctional officers to recognize the need to refer an inmate to a qualified health care professional and to provide emergency care until he or she arrives.

Because correctional personnel are often the first to respond to problems, they must be aware of the potential for emergencies that may arise, know the proper response to life-threatening situations, and understand their part in the early detection of illness and injury.

There are special training requirements for correctional officers regarding alcohol and other drugs in G-06 Patients With Alcohol and Other Drug Problems.

44

It is recommended that correctional staff receive training on the special health needs of adolescents if the facility houses adolescents.

It also is recommended that mental health staff review the training curriculum to advise on its content regarding suicide prevention procedures, the signs and symptoms of mental illness and substance abuse, psychological first aid, and communication skills for managing inmates with mental illness.