Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' NOTICE OF COMPLIANCE WITH $1,000 SANCTION ORDER (DKT. 2124)** |

Pursuant to the Court's June 14, 2017 Order (Dkt. 2124), Defendants Charles Ryan and Richard Pratt file the following Notice regarding compliance for the following performance measures (PMs) and facilities covering the period from June 15, 2017 to July 11, 2017.

**PM 13** (*Chronic care and psychotropic medication renewals will be completed in such a manner that there is no interruption or lapse in medication*) at Perryville.

There were 1444 chronic care and psychotropic medications due for renewal at Perryville during the reporting period. Of these, 1443 (99%) were in compliance. The following inmate's medication was not renewed without interruption:

**PM 35** (*All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption*) at Eyman, Florence, Lewis, Perryville, and Tucson.

There were 1436 applicable intersystem transfers to Eyman, Florence, Lewis, Perryville, and Tucson within the reporting period. Of these, 299 (21%) were in compliance. The following inmates were not provided their medications upon transfer:















1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PM 40** (*Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral*) at Eyman.

There were 14 urgent provider referrals at Eyman during the reporting period. Of these, four (29%) were in compliance. The following inmates were not seen within 24 hours of an urgent referral.

**PM 44** (*Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours*) at Eyman.

There were 30 returns from an inpatient hospital stay or ER transport at Eyman with treatment recommendations during the reporting period. Of these, 29 (97%) were in compliance. All inmates who returned from an inpatient hospital stay or ER transport during the reporting period are (with compliance designated by *):

17



**PM 45** (*On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine*) at Lewis and Tucson.

There were 1479 on-site diagnostic services ordered at Lewis and Tucson during the reporting period. Of these, 1461 (99%) were in compliance. The following inmates did not receive on-site diagnostic services within the required timeframes:





**PM 46** (*A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison*) at Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, and Tucson.

There were 4,778 diagnostic reports received at Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, and Tucson during the reporting period.  Of these, 4059 (85%) were in compliance.   The following inmates' diagnostic reports were not reviewed, with abnormal values acted upon, within five calendar days of receipt:



19

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





**PM 50** (*Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider*) at Florence.

1       There were 59 applicable urgent specialty consultations due for completion during

2   the reporting period at Florence.   Of these, 28 (47%) were scheduled and completed

3   within 30 days of the request.  The following inmates' urgent specialty consultations were

4   not completed within 30 days of the request:

5   ██    ████████████████████

6   ██    █████████████████

7   ██    ███████████████

8   ██    ██████████████████

9   ██    █████████████████

10  ██    ████████████████

11  ██    █████████████████

12  ██    ██████████████████

13  ██    ████████████████

14  ██    ███████████████

15  ██    ██████████████

16  ██    ██████████████████

17  ██    ██████████████████

18  ██    ███████████████

19  ██    █████████████████

20  ██    ██████████████████

21  ██    █████████████████████

22  ██      ██████████████████

23  ██    ███████████████

24  ██    ██████████████████

25  ██    ██████████████████

26  ██    █████████████████

27  ██    ███████████████

28  ██    ██████████████

26



**PM 52** (*Specialty Consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report*) at Florence.

There were 184 applicable specialty consultation reports due for review at Florence during the reporting period. Of these, 45 (24%) were in compliance. The following inmates' specialty consultation reports were not reviewed and acted upon by a provider within seven calendar days of receipt:



27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**PM 66** (*In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours*) at Florence, Lewis, and Tucson.

There were 1114 provider encounters due during the reporting period at Florence, Lewis, and Tucson.  Of these, 1038 (93%) were in compliance.  The following inmates did not receive a provider encounter a minimum of every 72 hours:

31

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

DATED this 12th day of July 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    Kevin R. Hanger
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:           afettig@npp-aclu.org

Asim Varma:              avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:      ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Kathleen E. Brody:       kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela              mabela@azdisabilitylaw.org

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Sarah Eve Kader:         skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:           rlomio@prisonlaw.com

Victoria Lopez:          vlopez@aclu.org

1

2        I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4        N/A

5                                    /s/Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28