## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: July 10, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
         Plaintiffs        Defendants
=====================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

<u>        Caryn Smith        </u>          <u>Charlotte Powers</u>
         Deputy Clerk                   Court Reporter

**APPEARANCES:**
David Fathi and Corene Kendrick for Plaintiffs
Timothy Bojanowski and Lucy Rand for Defendants

=====================================================================
**PROCEEDINGS:**      <u>  X  </u> **Open Court**      <u>       </u> **Chambers**      <u>       </u> **Other**

This is the time set for Telephonic Discovery Dispute Hearing.  The dispute stems from the letter and email dated July 3, 2017 between Mr. Fathi and Ms. Rand.  Argument is heard regarding request number 3; all directors' level responses dated September 1, 2015 to present to prisoners' grievances regarding healthcare.  IT IS ORDERED affirming that directors' level grievances shall be from all facilities and lower-level grievances shall come from Perryville and Lewis.  Further argument is heard.  IT IS ORDERED Ms. Rand shall provide the requested documents to Plaintiffs so they may be available for the July 14, 2017 hearing.

Argument is heard regarding request number 15; all documents reflecting, discussing or establishing policies and/or practices related to Defendants' open clinic concept.  IT IS ORDERED all documents that have been received are to be produced to Plaintiffs so they may be available for the July 14, 2017 hearing.  The Court suggests that the Office of the Attorney General provide assistance to Ms. Rand so that production can be completed in a more timely fashion.

Argument is heard regarding request number 18; all documents reflecting, discussing or establishing policies and/or practices related to Defendants' compliance with the Court's November 10, 2016 Order.  Defense counsel indicates no further documents have been received related to this Order.

Argument is heard regarding request number 19; all written direction or instruction, including all

training materials provided to ADC or Corizon staff regarding compliance with the Court's Orders on monitoring methodology. IT IS ORDERED Defense counsel shall provide to Plaintiffs their proposed email requesting production from Corizon and ADC staff. The Court is to be copied on this email.

Argument is heard regarding request number 24; the spreadsheet Mr. Pratt maintains regarding advocacy letters which was submitted for in camera review. The Court finds the Defendants have not met the burden for the assertion of the attorney-client privilege or work product immunity to restrict the document from being produced to Plaintiffs. IT IS ORDERED the document shall be emailed to Plaintiffs by no later than 5:00 PM this date.

Argument is heard regarding request number 29; all documents reflecting any investigation into the suicides of prisoners. Defense counsel requests additional time to review the documentation. IT IS ORDERED production be made to Plaintiffs or provided to the Court for in camera review by July 18, 2017.

The Court hears Plaintiffs' request for a sanction of attorneys' fees. The Court holds the request in abeyance.

Discussion is held regarding Plaintiffs request for Defendants' counsel to accept service of the subpoena.

Time in court: 1 hr 2 min (2:01 PM – 3:03 PM)