**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** David K. Duncan | **Date:** July 14, 2017 |
| **Parsons et al v. Ryan et al** | **Case Number: CV-12-00601-PHX-DKD** |

**Attorneys for Plaintiffs:** David Fathi, Corene Kendrick, Kirsten Eidenbach, Maya Abela, Donald Specter (telephonically)
**Attorney for Defendants:** Tim Bojanowski, Anne Orcutt, Rachel Love
☒ Open Court   ☐ Chambers   ☐ Other

**STATUS HEARING:**

9:03 a.m.  Status Hearing convenes.  Discussion is held regarding production of documents.  Plaintiffs' oral motion in limine regarding convictions is denied as stated on the record.  The Rule of Exclusion of Witnesses is invoked.  Mark Edward Blocksom is sworn and examined.  Witness is excused.  10:17 a.m.  Recess.

10:34 a.m.  Court reconvenes.  Ronald Oynek is sworn and examined.  Exhibits 1, 2, 3 and 4 are admitted in evidence.  The witness is excused.  Dominique Keys is sworn and examined.  12:02 p.m.  Recess.

1:13 p.m.  Court reconvenes.  Counsel are present as stated above, with the exception of Donald Specter.  Discussion is held regarding return of property and legal calls for witnesses.  Dominique Keys is examined further.  Exhibit 5 is admitted in evidence.  The witness is excused.  Angela Ashworth is sworn and examined.  Exhibit 6 is admitted in evidence.  2:52 p.m.  Recess.

3:03 p.m.  Court reconvenes.  Angela Ashworth is examined further.  Exhibits 7, 8, 9 and 10 are admitted in evidence.  The witness is excused.

Discussion is held regarding performance measures.  Exhibit 11 is admitted in evidence.  IT IS ORDERED Plaintiffs shall file a response to Defendant's Report (Doc. 2173) by 7/26/2017.  Defendants' reply thereto is due on 8/7/2017.  Status Hearing continued to 8/8/2017 at 9:00 a.m.

5:27 p.m.  Court is in recess until 8/8/2017 at 9:00 a.m.

**Court Reporter** Laurie Adams                                               Start:  9:03 AM
**Deputy Clerk** Lisa Richter/Liliana Figueroa                            Stop:  5:27 PM
                                                                          Total Court time: 5hrs 45min