Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' AMENDED NOTICE OF COMPLIANCE WITH $1,000 SANCTION ORDER (DKT. 2124) REGARDING PERFORMANCE MEASURE 35** |

Pursuant to the Court's June 14, 2017 Order (Dkt. 2124), Defendants Charles Ryan and Richard Pratt file the following Amended Notice regarding compliance with Performance Measure (PM) 35 for the reporting period of June 15, 2017 to July 11, 2017. In their prior Notice (Dkt. 2173), Defendants inadvertently included ASPC-Perryville rather than ASPC-Phoenix. This Amended Notice removes ASPC-Perryville and adds ASPC-Phoenix.[1]

**PM 35** (*All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption*) at Eyman, Florence, Lewis, Phoenix, and Tucson.

There were 1450 medications due for administration following intersystem transfers to Eyman, Florence, Lewis, Phoenix, and Tucson within the reporting period. Of these, 317 medications (22%) were administered in compliance with PM 35. The following inmates were not provided their medications upon transfer:



---

[1] During the reporting period, there were only five inmates who transferred to ASPC-Phoenix and one inmate who transferred to ASPC-Perryville. All five of the inmates who transferred to ASPC-Phoenix received their medications upon transfer.

1















1  ██ ███████████████
2  ██ ███████████████
3  ██ ███████████████
4  ██ ████████████
5  ██ ██████████
6  ██ ██████████████
7  ██ ██████████████
8  ██ ████████████
9  ██ ██████████████
10 ██ ██████████
11 ██ ████████████
12 ██ ████████████████
13 ██ ████████████████
14 ██ █████████
15 ██ ████████████
16 ██ ████████████
17 ██ ████████████
18 ██ ██████████
19 ██ ██████████████
20 ██ ████████████████
21 ██ ████████████
22 ██ ████████████
23 ██ ████████████
24 ██ ██████████████
25 ██ ████████████
26 ██ ████████████
27 ██ ███████████
28 ██ █████████

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 █ ████████████
2 █ ████████████
3 █ █████████
4 █ █████████████
5 █ ██████████
6 █ ████████
7 █ ████████████
8 █ █████████████
9 █ █████████
10 █ ███████████
11 █ ██████████
12 █ ███████████
13 █ █████████████
14 █ █████████
15 █ ████████
16 █ ██████████████
17 █ ███████████████
18 █ █████████
19 █ █████████
20 █ ████████████
21 █ █████████
22 █ █████████
23 █ ███████████
24 █ ███████████
25 █ █████████
26 █ ████████████
27 █ ████████
28 █ █████████

[Page contents redacted]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[text redacted]

[Page content fully redacted — 28 numbered lines of black redaction bars]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 20th day of July 2017.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/Daniel P. Struck
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

17

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck