1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7                    DISTRICT OF ARIZONA

8  | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD
   | Dustin Brislan; Sonia Rodriguez; Christina
9  | Verduzco; Jackie Thomas; Jeremy Smith; Robert
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **ORDER**
10 | Hefner; Joshua Polson; and Charlotte Wells, on
   | behalf of themselves and all others similarly
11 | situated; and Arizona Center for Disability Law,

12                  Plaintiffs,

13       v.

14 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
15 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
16 capacities,

17                  Defendants.

18

19      This Court, having reviewed Plaintiffs' Notice to the Court Re: Harassment and

20 Retaliation Against Class Member Witnesses, and finding good cause, hereby **ORDERS**

21 the following:

22      IT IS SO ORDERED that Defendants and Counsel for Defendants are instructed

23 that they, their employees, and/or agents may not take any action that harasses,

24 intimidates, or retaliates against any ADC prisoner who has provided the Court

25 information, either via oral testimony or written statements (hereinafter "Prisoner

26 Witnesses").  This includes actions that place Prisoner Witnesses at risk of harm, by

27 moving them, or by utilizing group punishments that could target the Prisoner Witnesses.

28

136284463.1

1     IT IS SO ORDERED that within 24 hours of this Order, Counsel for Defendants

2     file with the Court a sworn written statement including the following information:

3         1.    A description of all steps taken to communicate this Order to ADC officials,

4               employees, and their agents;

5         2.    A description of all steps taken to communicate the Court's verbal orders of

6               July 14, 2017 regarding retaliation against Prisoner Witnesses;

7         3.    An affirmation that every individual that ADC offered to move to buildings

8               closer to the new medical clinic at Florence-South Unit would have also

9               been provided, as necessary, an ADA-accessible cell with access to ADA-

10              accessible bathroom facilities, and that such moves would not have

11              displaced other prisoners requiring ADA-accessible housing;

12        4.    A confirmation that physical barriers are removed, as necessary, prior to

13              requiring prisoners with disabilities at Florence-South Unit to sign

14              statements regarding their housing preferences, to ensure that people with

15              mobility impairments can access both medical care and ADA-accessible

16              housing;

17        5.    A confirmation that Prisoner Witness Donna Scheid, ADC 310573, has been

18              moved back to her previous cell;

19        6.    A confirmation that Perryville custody staff have been instructed not enter

20              Ms. Ashworth's cell at night when she is alone or away working unless it is

21              pursuant to a legitimate correctional objective.

22

23

24

25

26

27

28

136284463.1