1    Kathleen E. Brody (Bar No. 026331)
     **ACLU FOUNDATION OF ARIZONA**
2    3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
3    Telephone: (602) 650-1854
     Email: kbrody@acluaz.org
4
     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5    *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
     *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6    *Desiree Licci, Joseph Hefner, Joshua Polson, and*
     *Charlotte Wells, on behalf of themselves and all others*
7    *similarly situated*

     **[ADDITIONAL COUNSEL LISTED ON**
8    **SIGNATURE PAGE]**

9    Sarah Kader (Bar No. 027147)
     Asim Dietrich (Bar No. 027927)
10   **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
11   Phoenix, Arizona 85034
     Telephone: (602) 274-6287
12   Email: skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org
13
     *Attorneys for Plaintiff Arizona Center for Disability Law*
14
     **[ADDITIONAL COUNSEL LISTED ON**
15   **SIGNATURE PAGE]**

16                  UNITED STATES DISTRICT COURT

                         DISTRICT OF ARIZONA
17

18   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
19   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **MOTION TO SEAL**
20   Hefner; Joshua Polson; and Charlotte Wells, on       **DOCUMENTS**
     behalf of themselves and all others similarly
21   situated; and Arizona Center for Disability Law,

22                              Plaintiffs,

23            v.

24   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
25   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
26   capacities,

27                              Defendants.

28

     LEGAL136282434.1

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal a designated document associated with Plaintiffs' Notice to the Court Re: Harassment and Retaliation Against Class Member Witnesses.  Plaintiffs file this Motion because the document contains identifying information regarding individual prisoners that are not germane to the issues at hand, and the names of these prisoners have been redacted.  To ensure the public has access to as much information as possible, Plaintiffs have carefully redacted or sealed only those portions of the filing referring to the individuals by name. Specifically, Plaintiffs move to seal Exhibit 2 to the Declaration of Corene Kendrick.

Dated:  July 20, 2017

**PRISON LAW OFFICE**

By: ___s/ Corene Kendrick___
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1
2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:   s/ Maya Abela
Sarah Kader (Bar No. 027147)

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202

5

Phoenix, Arizona 85034
Telephone:  (602) 274-6287

6

Email:     skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

7
8

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

9

Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)

10

**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800

11

Tucson, Arizona 85701
Telephone:  (520) 327-9547

12

Email:
rdalyrooney@azdisabilitylaw.org

13

jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

14

mabela@azdisabilitylaw.org

15

*Attorneys for Arizona Center for Disability Law*

16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on July 20, 2017, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

10

11

12

13

14

15

16

17

18

19

*Attorneys for Defendants*

20

s/ D. Freouf
_____

21

22

23

24

25

26

27

28