# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are Defendants' Motions for Leave to File Under Seal (Docs. 2174, 2188), and good cause appearing,

**IT IS ORDERED** granting Defendants' Motions for Leave to File Under Seal (Docs. 2174, 2188).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' Notice of Compliance with $1,000 Sanction Order.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' Amended Notice of Compliance with $1,000 Sanction Order regarding Performance Measure 35.

Dated this 20th day of July, 2017.

_____
David K. Duncan
United States Magistrate Judge