**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: July 21, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
      Plaintiffs    Defendants
=======================================================================

HON:  <u>David K. Duncan</u>               Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>                         Laurie Adams
    Deputy Clerk                              Court Reporter

**APPEARANCES:**
Corene Kendrick, Donald Specter, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love, Ashlee Fletcher, Michael Gottfried and Lucy Rand for Defendants

=======================================================================
**PROCEEDINGS:**    <u>  X  </u> Open Court    <u>        </u> Chambers    <u>        </u> Other

This is the time set for Emergency Telephonic Status Hearing. LET THE RECORD REFLECT the following representatives from Arizona Department of Corrections are present telephonically: Charles Ryan, Joe Profiri, Greg Lauchner, Carson McWilliams, Brad Keogh, Kim Currier, Ernie Trujillo, Jeff Van Winkle, John Mattos, Kevin Curran, Elizabeth Oros and Norm Twyford. This hearing was set upon receipt of Plaintiffs' Notice to the Court Re: Harassment and Retaliation against Class Member Witnesses (Doc. 2190). The Court finds there appears to have been changes in the status of the incarcerated witnesses close in time to their testimony. Argument is heard. IT IS ORDERED there will be no changes in status of any kind close in time to that person's visit to the Court unless good cause appears, i.e. to maintain prison security. Further argument is heard. IT IS ORDERED there will be no change in circumstance that is unable to be shown to have a compelling reason in close proximity to a court visit. The Court will look at every single change in status to a person who comes to testify in this matter. IT IS FURTHER ORDERED returning Ms. Ashworth to the status she was in prior to her court visit.

Defendants request an evidentiary hearing. IT IS ORDERED granting Defendants' request for an evidentiary hearing. Counsel are to meet and confer as to their schedules and contact Chambers to set the hearing.

Plaintiffs request that the Court's ruling regarding adverse actions be extended to those inmates who have provided written testimony. The Court finds that every class member to this action shall be able to feel safe from retaliation when they are communicating with the Court or with

their counsel.  Separate order to issue.

Further argument is heard.  IT IS ORDERED whenever an inmate submits an affidavit, statement or declaration in connection with these proceedings, Defendants' counsel shall be sure that adverse actions do not occur to that inmate in close proximity to the time of the contact.  IT IS FURTHER ORDERED counsel shall infer from the record made this date how distant in time "close proximity" means.

Time in court: 45 min (3:24 PM – 4:09 PM)