UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **FINDINGS OF FACT AND ORDER** |

The Court notified Defendants orally and in writing that the Court is considering imposing a fine of $1,000 for every incident in which Defendants do not comply with the following performance measures at the following institutions:

PM 13:   Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. (Perryville)

PM 35:   All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. (Eyman, Florence, Lewis, Phoenix, Tucson)

136348789.1

| | | |
|---|---|---|
| PM 40: | Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. (Eyman) | |
| PM 45: | On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine. (Lewis, Tucson) | |
| PM 46: | A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison. (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson) | |
| PM 50: | Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider. (Florence) | |
| PM 52: | Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report. (Florence) | |
| PM 66: | In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours. (Florence, Lewis, Tucson) | |

[Doc. 2124 at 1-3, 5]

Defendants have submitted information to the Court specifying each time a person has not received a health care service as required by the Performance Measures set forth above between June 15 and July 11, 2017. [Doc. 2173, 2187] Based on that information, if a fine of $1,000 per incident is imposed, Defendants would thus far be liable for the following amounts:

| | |
|---|---|
| PM 13: | $1,000 |
| PM 35: | $1,133,00 |
| PM 40: | $10,000 |
| PM 45: | $18,000 |
| PM 46: | $719,000 |

1       PM 50:      $31,000

2       PM 52:      $139,000

3       PM 66:      $76,000

4   The total amount of fines for the time period covered by Defendants' submission is
5 $2,127,000.

6   Defendants also have a long history of failing to substantially comply with other
7 performance measures for which the Court has found them substantially noncompliant.
8 Those include:

9       PM 11:      Newly prescribed provider-ordered formulary medications will be
10                     provided to the inmate within 2 business days after prescribed, or on
11                       the same day, if prescribed STAT.  (Eyman, Lewis, Tucson)

12       PM 13:      Chronic care and psychotropic medication renewals will be
13                     completed in a manner such that there is no interruption or lapse in
14                       medication.  (Eyman, Florence)

15       PM 44:      Inmates returning from an inpatient hospital stay or ER transport with
16                     discharge recommendations from the hospital shall have the
17                     hospital's treatment recommendations reviewed and acted upon by a
18                     medical provider within 24 hours.  (Eyman)

19       PM 46:      A Medical Provider will review the diagnostic report, including
20                     pathology reports, and act upon reports with abnormal values within
21                     five calendar days of receiving the report at the prison.  (Eyman,
22                     Florence, Lewis, Perryville, Phoenix, Tucson)

23       PM 47:      Newly prescribed provider-ordered formulary medications will be
24                     provided to the inmate within 2 business days after prescribed, or on
25                     the same day, if prescribed STAT.  (Eyman, Florence, Lewis,
26                     Perryville, Phoenix, Tucson, Yuma)

|   |          |                                                                                   |
|---|----------|-----------------------------------------------------------------------------------|
| 1 | PM 51:   | Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider. (Eyman, Florence, Tucson) |
| 4 | PM 54:   | Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. (Eyman) |
| 8 | PM 94:   | All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. (Florence, Tucson) |

[Doc. 1583 at 2; Doc. 1709]

**IT IS HEREBY ORDERED** that:

1. Defendants shall continue to file monthly a redacted and sealed report indicating the number and names of those prisoners who were impacted by the failure to comply with Performance Measures 13, 35, 40, 45, 46, 50, 52, and 66 at the specified facilities, listed in Docket 2124, in the previous month on or before the 15th day of each month until further order of the Court. Presumptive fines in the amount of $1,000 per incident of noncompliance shall continue to accumulate. At the time of this submission, Defendants may also file sworn declarations setting forth all steps taken to comply with the performance measures at issue.

2. As to the following Performance Measures at the following institutions, effective immediately, every single failure to comply will result in an order to show cause hearing as to why a $1,000 fine should not be imposed. Defendants shall file monthly a redacted and sealed report indicating the number and names of those prisoners who were impacted by the failure to comply with the measures at the specified facilities in the previous month on or before the 15th day of each month until further order of the Court. Presumptive fines in the amount of $1,000 per incident of noncompliance shall continue to accumulate. At the time of this submission, Defendants may also file sworn

declarations setting forth all steps taken to comply with the performance measures at issue.

      a. PM 11 – Eyman, Lewis, Tucson
      b. PM 13 – Eyman, Florence
      c. PM 44 – Eyman
      d. PM 46 – Eyman, Florence, Lewis, Perryville, Phoenix, Tucson
      e. PM 47 – Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, Yuma
      f. PM 51 – Eyman, Florence, Tucson
      g. PM 54 – Eyman
      h. PM 94 – Florence, Tucson

3. The Court is not now holding Defendants in contempt nor is it imposing any sanctions at this time. For each incident of noncompliance in a given month's reporting period, Defendants may be fined up to $1,000 per incident, but any such fine will be held in abeyance until November 15, 2017, at which time this matter is set for hearing and for a decision regarding any findings of contempt and the payment of fines that have accumulated on or after June 14, 2017 for performance measures set forth in Paragraph 1; and any findings of contempt and the payment of fines that have accumulated from the day after the effective date of this Order for performance measures set forth in paragraph 2 above. At this hearing Defendants are required to show that they have taken all reasonable steps to comply with these requirements.

4. No later than November 10, 2017, the parties shall submit statements and any further declarations addressing whether Defendants are in contempt, including any explanations for noncompliance, and the appropriateness of any monetary sanctions or alternative sanctions in light of the record.

5. If any fines are paid, $10 shall be paid as nominal compensatory damages to each prisoner for each incident in which he or she did not receive a health care service pursuant to the relevant performance measure.

6. If any fines are paid, the parties shall file a brief within 14 days of the first payment indicating their positions on what use the Court should make of funds remaining after payment of nominal compensatory damages sets forth in the previous paragraph.