Anand Kumar Tripati #102081
P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 26 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE
(Rule Number/Section)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

VICTOR PARSONS
  vs.
Charles Ryan

12 CIV 601 NVW

NOTICE OF RETALATORY ACTIONS [1]

After I made public records request in May 2017 for:
① All documents that Corizon/Wexford/Trinity submitted with their bids
② Contract monitoring, contract compliance, CGAR Reports, CQI Meeting minutes, CGAR Caps, Notice of Substantial non-compliance, expert reports, etc. (see attached)

All of a sudden unique things began happening to me.

Just like previously, ADOC began disciplining me, not delivering incoming legal mail, not delivering to me Ninth Circuit decisions, not delivering to me mail from my lawyers in Washington D.C., California.

I ask an order that enjoins this practice

This is the modus operandi ADOC follows when inmates challenge their conduct.

Respectfully,

_____
Anant Kumar Tripati

---

Footnote 1.

In Fineberg v. Lewis (Judge William Copple) Assistant Attorney General Tom Prose filed a Notice with the Court that contrary to the representations by Attorney General, Warden George Herman had asked employees to falsify ADOC Records. Tom Prose asked the U.S. Attorney to investigate and prosecute and paid $25,000 to Fineberg for the falsification. George Herman was rewarded with a promotion to Assistant Director.

When Charles Ryan was complex Warden in Florence-Eyman, Judge David Ezra (Gluth v. Kangas) from Hawaii sitting by designation, imposed a six figure award to the librarian in Central Unit because Charles Ryan and D.W. Rhode directed the librarian to find ways to violate the permanent injunction and when the librarian refused, the librarian was terminated (Special Master Dan Pachoda), Ryan was promoted to Deputy Director.

These examples show ADOC has a history of retaliating and the Attorney General using its offices to cover it up by deception — and Charles Ryan is the common denominator.



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Tripati, Anant | 102081 | A31 | 6/29/17 |

**To:** CO III

**Location:**

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Pursuant to A.R.S. 39-101 etc. seq; 39-121 I request the following documents/public records be available to me for inspection.

I have contacted ADC public records (Lisa McCain) (Corizon/Wexford/Trinity by contract these cannot be exempt from disclosure.

① All documents submitted by Corizon/Wexford/Trinity with their bids - including sealed docs.

② Settlements, audits, contract terminations, sanctions, policies, protocols, litigation strategy submitted with bids, litigation history, grievance policies, contract monitoring/compliance reports, CGAR Reports, EQI meeting minutes, CGAR CAPS, notice of substantial non-compliance, expert reports, complaints against, notice of claims, programs funded with federal education grants.

Corizon/Wexford/Trinity perform public functions and receive millions in public funds.

The fact that these private entities are performing public functions, do not exempt these from public records Richardson v. McKnight 521 U.S. 395 412 (1997) (Private entity performing public function) AND so, their policies and the above are public records NMFOG v. Corizon Health - First Judicial District Santa Fe N.M. D-101-CV-2016-01742 (Judge Raymond Ortiz).

I will seek review pursuant to A.R.S. 39-121-02 if DENIED by amending CIV-16-00282 DCB (Judge Bury)

**Inmate Signature:** [signed]

**Date:** 6/29/17

**Have You Discussed This With Institution Staff?** ☑ Yes ☐ No  Corizon/Wexford

**If Yes, give the staff member Name:** ADOC Public Records Lisa McCain

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12