Case 2:12-cv-00601-ROS   Document 2216   Filed 07/27/17   Page 1 of 1

Richard C. Richards #049000
Arizona State Prison - Florence
East Unit P.O. Box 5000
Florence Az 85132

United States District Court
For The District Of Arizona

Victor Pasons

v

Charles Ryan

No CIR 12 0601 NVW
Notice Of Refusal
To Treat Cancer

In May 2017 I was found to have Thyroid Cancer. Corizon has done nothing to treat said cancer.

June 2017 the Orthopedic Surgeon ordered a urgent CT Scan. Corizon has done no scan. Months is not urgent.

I need help and have for years. 2015 two hospitals TMC-UMC in Tucson both stated I need left hip replaced. Now in severe pain, unable to sit, laydown, walk or sleep much without great pain.

Submitted 7-23-17

Richard C. Richards