1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Kevin R. Hanger, Bar No. 027346
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 khanger@swlfirm.com
   *Attorneys for Defendants*

19

20            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF ARIZONA**
21

22 | Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |

23                        Plaintiffs,

   v.                                          **DEFENDANTS' LIST OF**
24                                             **WITNESSES FOR AUGUST 8, 2017**
   Charles Ryan, Director, Arizona Department  **CONTINUED EVIDENTIARY**
25 of Corrections; and Richard Pratt, Interim  **HEARING**
   Division Director, Division of Health Services,
26 Arizona Department of Corrections, in their
   official capacities,
27                        Defendants.

28

Pursuant to the Court's verbal order at the July 14, 2017 Evidentiary Hearing (Tr. of 7/14/17 Evidentiary Hearing at 276:7-11), Defendants provide their list of witnesses they may call at the continued Evidentiary Hearing on August 8, 2017.

1.   K. Campbell, MBA, BSN, RN, CCHP-RN (Program Evaluation Administrator for the Arizona Department of Corrections ("ADC"));

2.   T. Miller, RN (Assistant Director of Nursing – ASPC-Perryville);

3.   B. Gibson, RN (ASPC-Perryville);

4.   J. Jones, RN (ASPC-Florence);

5.   A. Cerrillo, Facility Health Administrator (ASPC-Perryville);

6.   T. Gualco, Assistant Director of Nursing (ASPC-Eyman);

7.   DWOP J. Van Winkle (ASPC-Florence);

8.   DWOP N. Twyford (ASPC-Perryville);

9.   Sgt. R. Coleman (ASPC-Perryville);

10.   COII H. Western (ASPC-Perryville);

11.   Lt. C. Papworth (ASPC-Perryville);

12.   COIII M. Simmons (ASPC-Perryville);

13.   E. Trujillo, Northern Region Operations Director, ADC;

14.   C. McWilliams, Division Director, Offender Operations, ADC.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

DATED this 31st day of July 2017.

                                        STRUCK WIENEKE & LOVE, P.L.C.


                                        By /s/Timothy J. Bojanowski
                                            Daniel P. Struck
                                            Kathleen L. Wieneke
                                            Rachel Love
                                            Timothy J. Bojanowski
                                            Nicholas D. Acedo
                                            Ashlee B. Fletcher
                                            Anne M. Orcutt
                                            Jacob B. Lee
                                            Kevin R. Hanger
                                            STRUCK WIENEKE & LOVE, P.L.C.
                                            3100 West Ray Road, Suite 300
                                            Chandler, Arizona  85226

                                            Arizona Attorney General Mark Brnovich
                                            Office of the Attorney General
                                            Michael E. Gottfried
                                            Lucy M. Rand
                                            Assistant Attorneys General
                                            1275 W. Washington Street
                                            Phoenix, Arizona 85007-2926

                                            *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:           afettig@npp-aclu.org

Asim Varma:              avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:      ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Kathleen E. Brody:       kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela              mabela@azdisabilitylaw.org

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Sarah Eve Kader:         skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:           rlomio@prisonlaw.com

Victoria Lopez:          vlopez@aclu.org

3

1
2
3          I hereby certify that on this same date, I served the attached document by U.S.
      Mail, postage prepaid, on the following, who is not a registered participant of the
      CM/ECF System:

           N/A

                                          /s/Timothy J. Bojanowski

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28