WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **REVISED ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Notice of Filing Declaration of Rachel Love in Compliance with the Court's Order and the attachment thereto (Doc. 2222, ref. Doc. 2209). This filing avows that in effectuating this Court's July 25, 2017 Order, Defendant Ryan sent an email to all ADC staff on July 27 to inform them of the Order and their required compliance thereto. In the conclusion of that email, Director Ryan references a video conference that was to occur in the days following his email. The Court understands, based upon its earlier notice via court-staff communication to counsel regarding the imminence of this Order (for document preservation purposes), that no recording or transcript of the video conference was made. This Order addresses the possible existence of other records regarding this teleconference. It also remains unclear how employees who were unable to participate in the video conference were to receive the message conveyed during the conference.

///

///

**IT IS THEREFORE ORDERED** that Defendant Ryan must appear at the Court's August 8-9, 2017 Status Conference so that the Court may address directly Defendants' compliance with the July 25, 2017 Order. Defendants must therefore make arrangements for Defendant Ryan to appear at some point during the two days set aside for the hearing. He must be prepared to provide testimony regarding the video conference and the information conveyed to ADC employees and officials.

**IT IS FURTHER ORDERED** that Defendants must produce copies of any documents created in connection with the video conference including speaking notes, "talking points," or any power-point type presentations, as well as any documents which memorialize what information was communicated during the conference. Defendants must also produce copies of any documents created for employees or officials unable to participate in the teleconference. Any documents responsive to this Order must be filed no later than 6 p.m., Monday, August 7, 2017.

Dated this 4th day of August, 2017.

_____
David K. Duncan
United States Magistrate Judge