Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
*Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR THE AUGUST 9, 2017 STATUS CONFERENCE** |

Plaintiffs hereby propose the following items be included in the Court's agenda for the August 9, 2017 status hearing.

1.     The imposition of a $1,000 fine for any failure by Defendants to comply with certain performance measures; and Plaintiffs' proposed process to ensure future compliance with these and additional performance measures.  [Docs. 2124 at 1-3, 5; 2173; 2214; (Defendants' Response To Be Filed August 7, 2017)]

2.     Defendants' June 2016 CGAR results for performance measures previously found noncompliant by the Court. [Docs. 1583 at 2, 1709 at 1, 2030 at 2]

3.     The Court's consideration of the appointment of a Rule 706 expert. (Docs. 2043, 2044, 2045, 2067, 2083, 2084, 2133, 2134, 2138, 2139, 2140]   Plaintiffs proposed an additional possible expert to Defendants on July 28, 2017, Mr. B.J. Millar, but as of August 7, 2017 Defendants report they have not had time to review his background.  Mr. Millar's CV is attached as **Exhibit 1** for the Court's review.

4.     Corizon's Motion to Participate as Amicus Curiae.  [Docs. 2171; 2210; 2218; 2221]

5.     The language and methodology for Performance Measure 25 (emergency response). [Docs. 2119, 2149, 2172]   At the previous status conference, the Court instructed Defendants to provide a current version of the Health Services Manual and the current equivalent of the 2010 version of "Appendix E" that includes nursing guidelines for emergency responses.  [7/13/17 Tr. at 31:10-21; *see also* Doc. 2185 at 1-2]  To date, Defendants have not provided the current guidelines.  [*See* **Exhibit 2** (7/28/17 letter from C. Kendrick to T. Bojanowski); **Exhibit 3** (7/28/17 letter from A. Orcutt to C. Kendrick and D. Fathi); **Exhibit 4** (8/3/17 letter from C. Kendrick to T. Bojanowski)]

6.     Defendants' update regarding the implementation of eOMIS electronic communiques to remediate noncompliance with PM 47.  [Docs. 2072, 2078, 2100, 2146]   At the July 14, 2017 status hearing, the Court instructed Defendants to provide additional detailed information to Plaintiffs and the Court about the implementation, and Defendants agreed to do so within two to three weeks, but as of August 7, 2017, have not yet done so.

[*See* Exhibits 2 and 4; 7/14/17 Tr. at 237:17-20; Doc. 2185 at 2]

7.     Defendants' detailed update regarding the proposed telemedicine program with the University of Arizona.  [*See* 7/14/17 Tr. at 25:7-10]

8.     Defendants' update regarding (a) the ADA construction at ASPC-Florence South and (b) the placement of medication refill boxes in areas inaccessible during lockdowns. [*See* 7/14/17 Tr. at 267:7-244]

9.     Plaintiffs' request for an update from Defendants regarding the status of their Request For Proposals for a five year contract to provide health care services, to begin in early 2018.  [*See* 5/10/17 Tr. at 761:19-762:4; 7/13/17 Tr. at 68:24-72:4]

10.    Defendants' outstanding response to Plaintiffs' document requests # 18 and #19.  [*See* **Exhibit 5** (8/1/17 letter from D. Fathi to L. Rand)]

**Matters fully briefed and argued and awaiting decision**:

11.    Plaintiffs' Motion to Enforce the Stipulation (Max Custody Performance Measures 1-3, 5-6, and 8).  [Docs. 1944, 1983, 2006]

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1    Respectfully submitted,

2    Dated:  August 7, 2017                    **PRISON LAW OFFICE**

3

4                                             By:   *s/ Corene Kendrick*
                                             Donald Specter (Cal. 83925)*
5                                            Alison Hardy (Cal. 135966)*
                                             Sara Norman (Cal. 189536)*
6                                            Corene Kendrick (Cal. 226642)*
                                             Rita K. Lomio (Cal. 254501)*
7                                            **PRISON LAW OFFICE**
                                             1917 Fifth Street
8                                            Berkeley, California 94710
                                             Telephone:  (510) 280-2621
9                                            Email:     dspecter@prisonlaw.com
                                                        ahardy@prisonlaw.com
10                                                       snorman@prisonlaw.com
                                                        ckendrick@prisonlaw.com
11                                                       rlomio@prisonlaw.com

12                                           *Admitted *pro hac vice*

13                                           David C. Fathi (Wash. 24893)*
                                             Amy Fettig (D.C. 484883)**
14                                           Victoria Lopez (Ill. 6275388)*
                                             **ACLU NATIONAL PRISON
15                                           PROJECT**
                                             915 15th Street N.W., 7th Floor
16                                           Washington, D.C. 20005
                                             Telephone:  (202) 548-6603
17                                           Email:     dfathi@aclu.org
                                                        afettig@aclu.org
18                                                       vlopez@aclu.org

19                                           *Admitted *pro hac vice*.  Not admitted
                                              in DC; practice limited to federal
20                                            courts.
                                             **Admitted *pro hac vice*
21                                           Kirstin T. Eidenbach (Bar No. 027341)
22                                           **EIDENBACH LAW, PLLC**
                                             P. O. Box 91398
23                                           Tucson, Arizona 85752
                                             Telephone:  (520) 477-1475
24                                           Email:     kirstin@eidenbachlaw.com

25

26

27

28

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ARIZONA CENTER FOR DISABILITY LAW**

By: _s/ Maya Abela_
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ C. Kendrick