**EXHIBIT A**

**EXHIBIT A**

**ASPC-DOUGLAS**
**EXECUTIVE STAFF MEETING**
**DATE:  August 1, 2017 @ 0900 hours**

**Staff Present:** Meegan Muse, Warden: Deputy Wardens: Monica Taylor, and Render Gregory; CDW Tim Cox; Major Karla Huerena; ADW Victor Gomez and Bobby Shaw; PPD Kevin Caffall; Corrl Rcds Files TM Comp Mgr Carilu Martinez; Training Officer I James Burns and COII Ogden; CEPS Alfredo Romero, CEPT Patricia Ferree; Personnel Manager Laura Castleberry; ASOII Carrie Vasquez; Spec Investigations Supv. Jesus Ochoa; Chaplain Keith Christiansen; OSCIII Sabine Mellecker; Keefe Manager Susan Teran; IT Isaias Romo; OHN Cindy Sawinski; Food Service Liaison Tony Ambriz; Trinity Food Service Gus Luna; Corizon FHA Vicki Smith; Captains Paul Martell, Karen Cox, Jay Ritchie, and Dana McCrory; COIVs Doug Santiago, Derek Alvarez, Evelia Ritchie, and Francisco Vasquez; COIII Miguel Segura; ESA Georgia Gonzales, and ASIII Melissa Laborin

| ISSUE/TOPIC: | DISCUSSION: | OUTCOME: |
|---|---|---|
| | REDACTED - NOT RELEVANT | |

REDACTED - NOT RELEVANT



| 17 | WARDEN'S OFFICE | -Video Conference Parsons vs Ryan 8/10/2017 @ 1430 hours. Additionally, the email was forward from Director Ryan on 7/27/2017 regarding court order in Parsons vs Ryan. In the email the Director asks for our absolute adherence to the order regarding no real or perceived retaliation, intimidation, or abuse of any kind toward an inmate (relating to medical, dental, mental health, and maximum custody issues). |

REDACTED - NOT RELEVANT

## ASPC-DOUGLAS/COMPLEX SECURITY
### Management Team Meeting
### DATE: 07/31/2017~ 0830 hours

*Staff Present:* Major Huerena, Captain Martell, Captain McCrory, Deputy Warden Cox, COIII Zivkovich, Lt. Larkin, Sgt. McPhail, Sgt. Loreto, Sgt. Harrigan Sgt. Murray, Sabine Mellecker  and CTIII E. Cardenas.

| | ISSUE/TOPIC: | DISCUSSION: | OUTCOME: |
|---|---|---|---|
| | | REDACTED - NOT RELEVANT | |
| 9 | Inmate Issues | Exercise good judgment and use common sense when dealing with inmates. This is specifically when dealing with medical issues. This is due to Parson v Ryan court case. Email was read and shared with all staff at briefing. | |

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 7-27-17     DW Signature: _____

Staff Attending

ADW Shuw, CoIV Rivera, Captain Strasshafer, CoIII Floyd
Captain Cox, CoIV Ritchie, LT Martin, Sgt Carrasco,
Sgt Tellwer, Sgt Hurtado, Sgt Camacho

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT



discussed Parsons vs Ryan lawsuit

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 7-28-17   DW Signature: _____

Staff Attending

DW Gregory, ADW Shuss, Captain Strossheim, COIV Retake
COIV Reveia, CoIII FloyD, LT Mucting, Sgt Curhzza
Lozo

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT
REDACTED - NOT RELEVANT
REDACTED -

discussed Parsons vs Ryan lawsuit

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 01/31/17      DW Signature:

Staff Attending

DW: Gregory, ADW: Snow, AAII Rose, Capt. Cox, COIII: Ritchie, Floyd
Mr. Cimbric, Chaplain christiansen, Sgt. Camacho, Hurtado, cdII
Stevie                                              Sgt. Dhiagen

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT



Questions and or comments

discussed Parsons vs Ryan lawsuit .

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 8-1-17     DW Signature: _____

Staff Attending

DW Gregory, ADW Shur, Captain Cox, CoIII Werth, CoIII Floyd,
Rose, LT Martinez, CoIV Ritchie, Sgt Camacho,
Sgt Pollever, Sgt Carrasco, Sgt P.Hogan,
Sgt Flores,

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

Questions and or comments

REDACTED - NOT RELEVANT

x discussed Parsons Vs Ryan lawsuit

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 8-2-17    DW Signature:

Staff Attending

DW Gregory, ADW Shue, Captain Cox, Rose, CoIII Weith, CoIII Wilson, LT Martinez, Sgt Carrasco, Hr Cox CoIII Floyd, Sgt Comacho, Sgt Flores. ASI Samoza CEPT Ortega, Sgt Hurtado, Lt. Magana, Sgt Tolliver, Sgt Phagan

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

R

REDACTED - NOT RELEVANT

Questions and or comments

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

. discussed Parsons vs Ryan lawsuit

REDACTED - NOT RELEVANT

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 8-3-2017   DW Signature: _____

Staff Attending

DW Gregory, ADW Shaw, COIV Ritchie, LT Mason, SSU Fig, SSU
Sgt Hurtado, C. Rose, COIII Floyd, Captain Cox, CRUZ
COIII Wilson, Sgt Camacho, COIII Werth, ASI Sornoza,
LT Meeting,

**REDACTED - NOT RELEVANT**

**REDACTED - NOT RELEVANT**

**REDACTED - NOT RELEVANT**

**REDACTED - NOT RELEVANT**

REDACTED - NOT RELEVANT

Questions and or comments

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED -

discussed Parsons vs Ryan lawsuit

ASPC-Douglas Complex/Gila Unit

Daily Briefing / Meeting Agenda

Date: 8-4-17 _____   DW Signature: _____

Staff Attending   Captain Cox

DW Gregory, ADW Shaw, LT Magna, LT Matenas, CoIII Floyd
CoIII Werth, Chose, Sgt Carrasco, Sgt Camacho,
Sgt Tolliver, SSU Cruz,

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

Questions and or comments

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT

discussed  Parsons vs Ryan lawsuit

Tue, August, 1, 2017

**Daily Briefing Sheet**

Complex: Douglas

Unit: Mohave

Shift: Graves

REDACTED - NOT RELEVANT

| | |
|---|---|
| Shift Commander (submitting): | |
| Chief of Security (review): | |
| Deputy Warden (review): | |

Briefing Open Forum

REDACTED - NOT RELEVANT

Judges Order/ Majors directive both read to entire staff during briefing. Reviewed swing shift

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

Wed, August, 2, 2017                    Daily Briefing Sheet

Complex: Douglas                    Unit: Mohave                    Shift: Graves

REDACTED - NOT RELEVANT

| | |
|---|---|
| Shift Commander (submitting): | Sgt Hoad |
| Chief of Security (review): | |
| Deputy Warden (review): | |

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

| Publications, PARS, Announcements | Judges Order/ID reporting/. |
|---|---|

Mon, August, 7, 2017

**Daily Briefing Sheet**

Complex: Douglas

Unit: Mohave

Shift: Days

REDACTED - NOT RELEVANT

Mon, August, 7, 2017

**Daily Briefing Sheet**

Complex: Douglas

Unit: Mohave

Shift: Days

To: ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this ORDER from Magistrate Judge Duncan. You are to ensure absolute adherence to this ORDER.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff. This will be one of the topics of conversation. Until then, I expect ALL to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues. You are to advise all staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in Parsons v. Ryan & Pratt, your strict adherence to this message must be fully complied with by all employees and you! I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this ORDER, please remember that Magistrate Judge Duncan issued his ORDER after hearing only one side of the story, the bare allegations of two inmates. Our attorneys were not given an opportunity to present any evidence— which we have in abundance—to refute the inmates' bare allegations. So, while the ORDER states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision. Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates. That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his ORDER before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his ORDER after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day. You all deserve much better than this preconceived ORDER and the jaundiced media reporting of it. Thank you for your devotion and service.

Janssen, Donna


REDACTED - NOT RELEVANT

### ASPC-EYMAN
#### WARDEN/CO III MEETING
#### DATE: August 3, 2017 / TIME: 1030 Hours

**Staff Present:** Gerald Thompson, **Warden**; M. Rogers, S. Bergeron **Meadows;** C. Mansfield, N. Felkins, **Rynning**; D. Carillo **SMU I**; D. Clemente **Browning;** P. Gaye, **Cook** and R. Cordova, ESA

| OPENING REMARKS |
|---|
| REDACTED - NOT RELEVANT |



- Judge Duncan assigned to the Parson vs. Ryan case wants to make certain that there are no actions being taken that harass, intimidate, or otherwise retaliate against the witness who have been provided the Court information.

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

Gerald Thompson, Warden
ASPC-Eyman

GT/rc

cc:    Stephen Morris, Deputy Warden, Operations    Vivian Baltierra, Deputy Warden, Cook Unit    Hope Ping, Deputy Warden, Meadows Unit
       Edwin Lao, Deputy Warden, Rynning Unit    James Kimble, Deputy Warden, SMU I    Panann Days, Deputy Warden, Browning Unit

2

**ASPC – Perryville San Carlos Unit**
**DW/COII MEETING MINUTES (Day/Swings/Operations)**
July 31, 2017 (1330-1400)

**Staff Present:** ADW Compton, CO II Phillips, CO II Diaz, COII Ramirez, COII Montgomery, COII Seminera, COII Rudolph, COII Gutierrez, and COII Gavalyas.

**Meeting Minutes:** AAIII Wolfe

| ADW Compton: | REDACTED - NOT RELEVANT |
| --- | --- |
| | • Absolutely no retaliation and no perception of retaliation should be brought against inmates, especially those willing to testify for Parsons vs. Ryan. |
| | REDACTED - NOT RELEVANT |

William Compton, Associate Deputy Warden

Date 07-31-2017

Cc:    703, Yard Office, and File

# WEEKLY EXECUTIVE TEAM MEETING
## Agenda – August 1, 2017

Staff:  Warden Currier, Dwop Twyford, Major Fernandez, ESA Nina Ramirez, DW Lee, ADW Abbl, Capt. Kaufman, ADW Compton, DW Elliott, DW Theodore, S. Gudino (Business Office), COIII Contreras, AFHA A. Cerrillo, Dr. Hassan, CIU Romo, J. Roberts (Edu), C. Spivey (Edu), M. Haldane (Health Monitor), C. Beasley, Chaplain Tabaknek

REDACTED - NOT RELEVANT





REDACTED - NOT RELEVANT

*The Warden discussed the email sent out by Director Ryan on July 27, 2017 regarding the court order signed by Judge Duncan on 7/25. The Warden asked all the Deputy Warden's to make sure they understand the importance court order and to make sure staff are aware of what this means regarding inmate's Keys and Ashworth. This should be discussed at all units to make sure we are in compliance.



REDACTED - NOT RELEVANT



REDACTED - NOT RELEVANT

Kim Currier, Warden

8-7-17

Date

**From:** RYAN, CHARLES
**Sent:** Thursday, July 27, 2017 12:16 PM
**To:** 'Elaine Percevecz'; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA; EXEC TEAM; WARDENS
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To: ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan.  You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff.  This will be one of the topics of conversation.  Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues.  You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**!  I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER**, please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates.  Our attorneys were not given an opportunity to present any evidence—which we have in abundance—to refute the inmates' bare allegations.  So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision.  Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates.  That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day.  You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it.  Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

**ABBL, RON**

| | |
|---|---|
| **From:** | SENA, LUIS |
| **Sent:** | Thursday, July 27, 2017 9:03 PM |
| **To:** | WILLIS, BERTHA; ABBL, RON; ELLIOTT, YOLANDA; MUNOZ, DOLORES; NASH, JAMES; RICHARDSON, NEIL; CONTRERAS, ANA; KAUFMAN, RANDY |
| **Subject:** | SWINGS PASS ON |
| **Attachments:** | PASS ON.doc |

**Briefing Topics:**
* Reviewed Director's email regarding Parson's v. Ryan lawsuit.

REDACTED - NOT RELEVANT

**ABBL, RON**

| | |
|---|---|
| **From:** | CONTRERAS, ANA |
| **Sent:** | Sunday, July 30, 2017 9:01 PM |
| **To:** | CARTAGENA, ZOILO; COLBURN, JASMINA; CONTRERAS, ANA; CURTIS, FLOYD; DAHDAL, OMAR; DALY, MICHAEL; ELLIS, JOHN; ENDRESEN, NEIL; FRALEY, TIM; GANT, THERESA; GARIS, BARBARA; HARDCASTLE, IRA; HEGLER, TONI; KAUFMAN, RANDY; LUTZ, RENEE; MILLER, JUSTIN; MORRIS, DEANA; MUNOZ, DOLORES; NASH, JAMES; RICH, BRITTON; RICHARDSON, NEIL; ROBLEDO, RUBEN; ROHRER, CARLA; SANDERS, GARY; SENA, LUIS; SKULEMOWSKI, DANA; STEVENS, KRISTINE; VANVLEET, SCOTT; WILLIS, BERTHA; WILSON, JOSHUA; ABBL, RON |
| **Cc:** | ELLIOTT, YOLANDA |
| **Subject:** | Swing pass Along |



**P**rofessionalism **R**esponsibility **I**ntegrity **C**ourage **E**fficiency

## Briefed By: LT. Endresen, N

**Briefing Topics:**

* Reviewed Director's email regarding Parson's v. Ryan lawsuit.



REDACTED - NOT RELEVANT

1

**ABBL, RON**

| | |
|---|---|
| **From:** | CONTRERAS, ANA |
| **Sent:** | Monday, July 31, 2017 9:17 PM |
| **To:** | CARTAGENA, ZOILO; COLBURN, JASMINA; CONTRERAS, ANA; CURTIS, FLOYD; DAHDAL, OMAR; DALY, MICHAEL; ELLIS, JOHN; ENDRESEN, NEIL; FRALEY, TIM; GANT, THERESA; GARIS, BARBARA; HARDCASTLE, IRA; HEGLER, TONI; KAUFMAN, RANDY; LUTZ, RENEE; MILLER, JUSTIN; MORRIS, DEANA; MUNOZ, DOLORES; NASH, JAMES; RICH, BRITTON; RICHARDSON, NEIL; ROBLEDO, RUBEN; ROHRER, CARLA; SANDERS, GARY; SENA, LUIS; SKULEMOWSKI, DANA; STEVENS, KRISTINE; VANVLEET, SCOTT; WILLIS, BERTHA; WILSON, JOSHUA; ABBL, RON |
| **Cc:** | FLANAGAN, JENNIFER |
| **Subject:** | Swings Pass Along |

 Professionalism Responsibility Integrity Courage Efficiency

# Briefed By: Sgt. Contreras

 Briefing Topics:

REDACTED - NOT RELEVANT

Directors Email reviewed and discussed



REDACTED - NOT RELEVANT

1

**ABBL, RON**

| | |
|---|---|
| **From:** | SENA, LUIS |
| **Sent:** | Thursday, August 03, 2017 4:43 AM |
| **To:** | WILLIS, BERTHA; ABBL, RON; KAUFMAN, RANDY; MUNOZ, DOLORES; MILLER, JUSTIN; HEIDBREDER, BRYAN; SANDERS, GARY; FRALEY, TIM; RICHARDSON, NEIL; NASH, JAMES |
| **Subject:** | Graves Pass On-08-03-2017 |
| **Attachments:** | Graves Pass On-08-03-2017.doc |

Lumley Pass along for 08/03/2017 - Graveyard

Briefing Topics:

•Director's message concerning Parsons v Ryan



REDACTED - NOT RELEVANT

1

**ABBL, RON**

| | |
|---|---|
| From: | FRALEY, TIM |
| Sent: | Saturday, August 05, 2017 5:45 AM |
| To: | ABBL, RON; CARTAGENA, ZOILO; CONTRERAS, ANA; COOPER, LAMONT; CURTIS, FLOYD; DAHDAL, OMAR; DALY, MICHAEL; ELLIS, JOHN; ENDRESEN, NEIL; FRALEY, TIM; GANT, THERESA; HEGLER, TONI; HEIDBREDER, BRYAN; KAUFMAN, RANDY; LUTZ, RENEE; MILLER, JUSTIN; MUNOZ, DOLORES; NASH, JAMES; PERREAULT, JESSICA; RICH, BRITTON; RICHARDSON, NEIL; ROBLEDO, RUBEN; SANDERS, GARY; SKULEMOWSKI, DANA; STEVENS, KRISTINE; VANVLEET, SCOTT; WIELOGORSKA, DOROTA; WILLIS, BERTHA; WILSON, JOSHUA |
| Subject: | Graves pass on 08/05/2017 |
| Attachments: | Graves Pass On-08-05-2017.doc |

Lumley Pass along for 08/05/2017 - Graveyard

Briefing Topics:

*Director's message concerning Parsons v Ryan



REDACTED - NOT RELEVANT

1

## ABBL, RON

**From:**         SENA, LUIS
**Sent:**         Sunday, August 06, 2017 4:37 AM
**To:**           WILLIS, BERTHA; ABBL, RON; KAUFMAN, RANDY; SKULEMOWSKI, DANA; FRALEY, TIM;
                  MUNOZ, DOLORES; MILLER, JUSTIN; SANDERS, GARY; HEIDBREDER, BRYAN;
                  HARDCASTLE, IRA
**Subject:**      Graves Pass On-08-06-2017
**Attachments:**  Graves Pass On-08-06-2017.doc

Lumley Pass along for 08/06/2017 - Graveyard

Briefing Topics:

*Director's message concerning Parsons v Ryan


REDACTED - NOT RELEVANT

1

**ABBL, RON**

From:        SENA, LUIS
Sent:        Monday, August 07, 2017 4:08 AM
To:          WILLIS, BERTHA; ABBL, RON; FLANAGAN, JENNIFER; MUNOZ, DOLORES; FRALEY,
             TIM; SKULEMOWSKI, DANA; NASH, JAMES; MILLER, JUSTIN; HEIDBREDER, BRYAN;
             HARDCASTLE, IRA; SANDERS, GARY; PERREAULT, JESSICA; KAUFMAN, RANDY
Subject:     Graves Pass On-08-07-2017
Attachments: Graves Pass On-08-07-2017.doc

Lumley Pass along for 08/07/2017 - Graveyard

Briefing Topics:

*Director's message concerning Parsons v Ryan



REDACTED - NOT RELEVANT

1

| | ASPC – PERRYVILLE<br>Morning Briefing 7/31/17 | Large group<br>Small group |
|---|---|---|
| DWOP Twyford | REDACTED - NOT RELEVANT | |

Discussed retaliation issues — not to Retaliate —

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

ARIZONA DEPARTMENT OF CORRECTIONS

PERRYVILLE COMPLEX

DWOP MORNING BRIEFING

DATE: 7/31/17

| NAME | TITLE | SIGNATURE |
|------|-------|-----------|
| Vargas, J | Cap | |
| Salazar | SSF | |
| Abbamliano | | |
| Pearlh | Lt | Lt Rd 7352 |
| Mamun | Sgt. | Sgt Mamun 8249 |
| Mendez | Sgt | #3503 |
| Domenic | Lt | Lt mi |
| Fernandez, R | Major | |
| Contreras, A | Cotat | |
| Sweet | COIV | Sweet |
| Albito | AS II | DAlbito |
| Medrano | FS Liaison | Medrano |
| Alvarez | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TWYFORD, NORM

| | |
|---|---|
| **From:** | TWYFORD, NORM |
| **Sent:** | Friday, July 28, 2017 7:06 AM |
| **To:** | ALTAMIRANO, RICKY; BURSKI, KAMIL; CARPENTER, DANIEL; CHAVEZ, PAULINE; CHRISTENSEN, JEFF; DEVENPORT, GERALD; DOMENICO, MARIA; FERNANDEZ, BARRY; FERREL, MARTIN; GODENITZ, MIRIAM; KOCHO, VICTOR; MARION, DENNIS; MENDEZ, MATTHEW; OWENS, CAROLE; PEARCH, GREGORY; RASCON, ARACELI; SALAZAR, ALEX; SKULEMOWSKI, ERIK; TEED, ROBIN; VARGAS, DONNA |
| **Subject:** | FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation |
| **Attachments:** | 2205 - ME of Emergency Telephonic HR re allegations of harassment and re....pdf; 2209 - ORDER.PDF |
| **Importance:** | High |

Please review. You may be affected by this if work another unit or are aware of one of the named inmates going to watch or LDU.

**From:** CURRIER, KIMBERLY
**Sent:** Thursday, July 27, 2017 12:27 PM
**To:** LEE, CRYSTAL; BAILEY, EOIN; OROS, ELIZABETH
**Cc:** TWYFORD, NORM
**Subject:** FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation
**Importance:** High

Ensure this is adhered to as in the court order.  Get this info to your supervisors and staff.......................

IT IS FURTHER OREDERED that Perryville staff immediately return Ms. Scheld to her previous cell and to not enter Ms. Ashworth's cell at night when she is alone or away working unless it is pursuant to a legitimate correctional objective.

Respond that you received this..........

**From:** RYAN, CHARLES
**Sent:** Thursday, July 27, 2017 12:16 PM
**To:** 'Elaine Percevecz'; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA; EXEC TEAM; WARDENS
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azaq.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To:  ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan.  You are to ensure absolute adherence to this **ORDER**.

1

**CURRIER, KIMBERLY**

| | |
|---|---|
| **From:** | CURRIER, KIMBERLY |
| **Sent:** | Thursday, July 27, 2017 12:25 PM |
| **To:** | ABBL, RON; WILLIS, BERTHA; ECCLES, WENDY; THEODORE, WILLIAM; OROS, ELIZABETH; LEE, CRYSTAL; COMPTON, WILLIAM; KARKHOFF, JOSHUA; NEESE, CINDY; JOHNSON, KIMBERLY; ELLIOTT, YOLANDA; TWYFORD, NORM; FERNANDEZ, BARRY |
| **Cc:** | RAMIREZ, NINA; MESSERSCHMIDT, ALLISON; LALONE, MARIA |
| **Subject:** | FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation |
| **Attachments:** | 2205 - ME of Emergency Telephonic HR re allegations of harassment and re....pdf; 2209 - ORDER.PDF |
| **Importance:** | High |

See the message from the Director below..........................

**From:** RYAN, CHARLES
**Sent:** Thursday, July 27, 2017 12:16 PM
**To:** 'Elaine Percevecz'; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA; EXEC TEAM; WARDENS
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To:  ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan.  You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff.  This will be one of the topics of conversation.  Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues.  You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**!  I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER**, please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates.  Our attorneys were not given an opportunity to present any evidence—which we have in

abundance—to refute the inmates' bare allegations.  So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision.  Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates.  That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day.  You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it.  Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

---

**From:** Elaine Percevecz [mailto:EPercevecz@swlfirm.com]
**Sent:** Tuesday, July 25, 2017 3:47 PM
**To:** RYAN, CHARLES; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

Dkt. 2205 is now attached.

My apologies.

Elaine

---

**From:** Elaine Percevecz
**Sent:** Tuesday, July 25, 2017 3:45 PM
**To:** 'cryan@azcorrections.gov'; BKeogh@azcorrections.gov; Michael E. Gottfried; Lucy Rand (Lucy.Rand@azag.gov); glauchner@azcorrections.gov; MATTOS, JOHN (JMATTOS@azcorrections.gov); MCWILLIAMS, CARSON; TRUJILLO, ERNEST (ETRUJILL@azcorrections.gov); jprofiri@azcorrections.gov; DIAZ, TARA (TDIAZ@azcorrections.gov); CURRIER, KIMBERLY (KCURRIER@azcorrections.gov); kcurran@azcorrections.gov; OROS, ELIZABETH (EOROS@azcorrections.gov); TWYFORD, NORM; RICHARD PRATT (rpratt@azcorrections.gov); CAMPBELL, KATHLEEN; J. D. Nicole Taylor Ph. D. CCHP (ntaylor@azcorrections.gov); HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA (LYANEZ@azcorrections.gov); BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

All:

At Tim's request, I have attached a Minute Entry just received following last Friday's emergency telephonic hearing.

Please let us know if you have any questions or concerns.

Sincerely,

Elaine



**Elaine Percevecz**
Legal Assistant to Timothy J. Bojanowski
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**PAPWORTH, ~~JAMES~~**

To: ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan. You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff. This will be one of the topics of conversation. Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues. You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**! I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER**, please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates. Our attorneys were not given an opportunity to present any evidence—which we have in abundance—to refute the inmates' bare allegations. So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision. Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates. That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day. You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it. Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

LT.C.Papworth #5107

NEW FOR OCSD STAFF/CAMERA POLICY          READ/SIGN          *Pursure as Kyeal*

| | | SWINGSHIFT | |
|---|---|---|---|
| | PRINT | SIGNATURE | DATE |
| 1. | COII Flores | | 7/27/17 |
| 2. | COII Figueredo | | 7/27/17 |
| 3. | COII Leyva | | 07/27/17 |
| 4. | COII Storm | | 7/27/17 |
| 5. | COII Montoyo | Signed on Days | 7/29/17 |
| 6. | COII Kirker | BGKirker kinter | 8/2/17 |
| 7. | COII Goldberg | E. Goldberg #3644 | 8-7-17 |
| 8. | COII Dahl | Dahl 1202 | 8-1-17 |
| 9. | COII Lankford | CoII Lankford | 7/29/17 |
| 10. | Sgt Coleman | Sg Coleman 8583 | 7-27-17 |
| 11. | Sgt Overly | | 7/28/17 |
| 12. | LT. Papworth | | 7/27/17 |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

*ASPC-Perryville, Santa Rosa Unit*
Deputy Warden Management Team Meeting
**August 2, 2017**
**0815 - 1021**

In attendance: DW Johnson, Lt. Coglianese, ASII Reeves, COIII Sindt, COIII Lima, COII Fell, and COII Albright

| Issue/Topic | Discussion | Assigned To |
|---|---|---|
| Deputy Warden | REDACTED - NOT RELEVANT | |



REDACTED - NOT RELEVANT

❖ Status on Parson vs Ryan – There have been several inmates designated by the courts that are not to be moved or receive any job changes. There is not to be any appearance of retaliation due to their witness status. We do not currently have any of them at Santa Rosa Unit.

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT



Kimberly J. Johnson, Deputy Warden

08/07/2017

Date

**ASPC-Perryville-Santa Maria Unit**
*Deputy Warden Management Team* Meeting – Wednesday 8/2/17

*Staff Present:* DW Elliott, Sgt. Duenas, AAIII Fuller, COII Aragon, COIV Garner, Lt. Alvarez

| | ISSUE/TOPIC: | DISCUSSION: |
|---|---|---|
| 1 | Exec Meeting: | REDACTED - NOT RELEVANT<br><br>• Parsons Vs. Ryan: Make sure we are giving inmates access to medical, mental health, dental… There shall be no retaliation – remember that retaliation can be "perceived" and that deliberate indifference can be a form of retaliation too. To be added to briefing notes.<br>REDACTED - NOT RELEVANT<br><br>REDACTED - NOT RELEVANT |

Y. Elliott, Deputy Warden                    8/3/17
Santa Maria Unit                              Date

Sent Electronically:  Unit Supervisors          cc:     DW 703 Report
                      All in attendance                  File

1

YANEZ, LISA

| | |
|---|---|
| **From:** | PATTON, ROBERT |
| **Sent:** | Thursday, July 27, 2017 3:42 PM |
| **To:** | COLEMAN, ANTHONY; SALAS, KIMBERLY; ECCLES, WENDY; ENGLISH, VANESSA; EVANS, RONDALD |
| **Subject:** | FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation |
| **Attachments:** | 2205 - ME of Emergency Telephonic HR re allegations of harassment and re....pdf; 2209 - ORDER.PDF |

This video conference will be Tuesday at 1430 in my office. Your attendance is required. We will have some Corizon staff in here as well. Do NOT forward this email or attachment. Do NOT discuss this email or attachment. I just want you aware of the serious nature of the talk we will be having.

**From:** RYAN, CHARLES
**Sent:** Thursday, July 27, 2017 12:16 PM
**To:** 'Elaine Percevecz'; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA; EXEC TEAM; WARDENS
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To: ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan. You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff. This will be one of the topics of conversation. Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues. You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**! I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER**, please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates. Our attorneys were not given an opportunity to present any evidence—which we have in abundance—to refute the inmates' bare allegations. So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision. Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates. That hearing will happen soon.

1

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day. You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it. Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

---

**From:** Elaine Percevecz [mailto:EPercevecz@swlfirm.com]
**Sent:** Tuesday, July 25, 2017 3:47 PM
**To:** RYAN, CHARLES; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azaq.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

Dkt. 2205 is now attached.

My apologies.

Elaine

---

**From:** Elaine Percevecz
**Sent:** Tuesday, July 25, 2017 3:45 PM
**To:** 'cryan@azcorrections.gov'; BKeogh@azcorrections.gov; Michael E. Gottfried; Lucy Rand (Lucy.Rand@azaq.gov); glauchner@azcorrections.gov; MATTOS, JOHN (JMATTOS@azcorrections.gov); MCWILLIAMS, CARSON; TRUJILLO, ERNEST (ETRUJILL@azcorrections.gov); jprofiri@azcorrections.gov; DIAZ, TARA (TDIAZ@azcorrections.gov); CURRIER, KIMBERLY (KCURRIER@azcorrections.gov); kcurran@azcorrections.gov; OROS, ELIZABETH (EOROS@azcorrections.gov); TWYFORD, NORM; RICHARD PRATT (rpratt@azcorrections.gov); CAMPBELL, KATHLEEN; J. D. Nicole Taylor Ph. D. CCHP (ntaylor@azcorrections.gov); HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA (LYANEZ@azcorrections.gov); BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azaq.gov); Parsons Team
**Subject:** Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

All:

At Tim's request, I have attached a Minute Entry just received following last Friday's emergency telephonic hearing.



Please let us know if you have any questions or concerns.

Sincerely,

Elaine

**Elaine Percevecz**

Legal Assistant to Timothy J. Bojanowski

## STRUCK WIENEKE & LOVE, PLC

3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

ASPC-Tucson
Management Meeting/Deputy Wardens Meeting
8/1/17

Meeting Part #1: 0900-0945

| Management Meeting | Discussion: |
|---|---|

REDACTED - NOT RELEVANT







REDACTED - NOT RELEVANT

Complex Operations: (DWOP/Major) :

1430 there will be a video conference will be held in the conference room concerning a judicial order.  All DWs and ADWs need to be in attendance along with representatives from Corizon, Transportation, and the medical monitors.

**Meeting Second Half: 0945-1100**



REDACTED - NOT RELEVANT









REDACTED - NOT RELEVANT



REDACTED - NOT RELEVANT
















REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

AT Ramos

cc: Joe Profiri
    Carson McWilliams

**YANEZ, LISA**

| | |
|---|---|
| **From:** | PRUETT, HEATHER |
| **Sent:** | Monday, August 07, 2017 2:48 PM |
| **To:** | JENSEN, EDWIN |
| **Subject:** | FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation |
| **Attachments:** | 2205 - ME of Emergency Telephonic HR re allegations of harassment and re....pdf |

Sincerely,

Heather Pruett
Deputy Warden
ASPC-Winslow Coronado Unit
928-289-9551 ext 42700
hpruett@azcorrections.gov

*This email contains information that is privileged and confidential, or otherwise exempt from disclosure by applicable law. It is intended only for the person(s) to whom it is addressed. If you receive this communication in error, please do not retain it or distribute it and notify the sender immediately.*

**From:** PRUETT, HEATHER
**Sent:** Tuesday, August 01, 2017 4:58 PM
**To:** BLACK, CURTIS; BUSCH, ANDREW; EWBANK, DEBORAH; JOHNSON, JASON; MARSHALL, WELLS; MCGRATH, AARON; RIGHI, JOHN; ROBINSON, ELIZABETH; SWEET, ERMA; TALLEY, CHRIS; VALDEZ, JOSEPH; WAGNER, WAYNE; BRANCH, LINDA; ELIASON, ARDEN; HARRIS, ANDREA
**Subject:** FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

Do NOT print this out. I need you to have staff read this or read it to them as soon as possible. You are to document each staff member who reads it to ensure that all staff have been advised. This includes CO III's, contract staff, etc.

------ Original message------
**From:** RYAN, CHARLES
**Date:** Thu, Jul 27, 2017 12:16 PM
**To:** 'Elaine Percevecz';KEOGH, BRAD;Michael E. Gottfried;Lucy Rand;LAUCHNER, GREG;MATTOS, JOHN;MCWILLIAMS, CARSON;TRUJILLO, ERNEST;PROFIRI, JOE;DIAZ, TARA;CURRIER, KIMBERLY;CURRAN, KEVIN;OROS, ELIZABETH;TWYFORD, NORM;PRATT, RICHARD;CAMPBELL, KATHLEEN;TAYLOR, NICOLE;HEADSTREAM, VANESSA;EXEC TEAM;WARDENS;
**Cc:** YANEZ, LISA;BERG, LAURIE;Ybarra, Griselda (Griselda.Ybarra@azag.gov);Parsons Team;
**Subject:**RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To:  ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan.  You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff.  This will be one of the topics of conversation.  Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues.  You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

1

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**! I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER,** please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates. Our attorneys were not given an opportunity to present any evidence—which we have in abundance—to refute the inmates' bare allegations. So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision. Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates. That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day. You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it. Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

**ASPC-YUMA**
**Warden's Quarterly Lieutenants Meeting**
**July 31, 2017 – 1300 Hours**

Staff Present: C. Hacker – Agnew, Warden, E. Celaya, ASIII
C. Prickettm P. Martin, R. Rosas, J. Vizcarra, J. Diaz, A. Sandoval

| REMARKS |
|---|
| REDACTED - NOT RELEVANT |
| • Reviewed Director Ryan's email dated July 27, 2017. I expect ALL to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues. You are to advise all staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate. Ensure this directive is reviewed with your staff. |
| REDACTED - NOT RELEVANT |

| Issue/Question: | Response: |
|---|---|
| | |

Carla Hacker-Agnew, Warden ASPC-Yuma

CH / eg
cc:     Carson McWilliams, Division Director
         Joe Profiri, Southern Region Operations Director
         Deputy Wardens

         Attendees
         Staff Bulletin Board

**ASPC-YUMA**
**WARDEN'S EXECUTIVE STAFF MEETING-Small Group**
**August 01, 2017 – 0900 HOURS**

Staff Present: C.Hacker-Agnew, Warden; E. Jensen, DWOP; E. Reese, ESA; E. Celaya, ASIII; R. Yesenski, Major; E. Aguilar, DW; R. Sanders, DW; D. Melton, ADW; M. Jacobson, DW; S. Heliotes, ADW; T. Ayala, DW; G. Mattice, ADW; G. Zaragoza, DW; O. Romo, ADW; D. Town, DW; E. Valdez, Business Office; J. Silva, Physical Plant; R. Stewing, COIV

| ISSUE/TOPIC: | DISCUSSION: | OUTCOME: |
|---|---|---|
| | REDACTED - NOT RELEVANT | |



| C. Hacker-Agnew, Warden | REDACTED - NOT RELEVANT | |
|---|---|---|
| ➤ Hearing allegations of harassment and retaliation | Reviewed Director Ryan's email dated July 27, 2017 to ensure discussion with staff. I expect ALL to exercise 'good judgment and common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues.  You are to advise all staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.   Ensure you are reviewing with all your staff. | |
| REDACTED - NOT RELEVANT | | |

_____

C. Hacker-Agnew, Warden
ASPC-Yuma

CH \ eg


cc:    File

Mon, July, 31, 2017

**Daily Briefing Sheet**

Complex: Yuma                    Unit: Dakota                    Shift: Days

REDACTED - NOT RELEVANT                    REDACTED - NOT RELEVANT

Staff are reminded to maintain high standards of honesty, integrity, and impartiality, free from any personal considerations favoritism, or partisan demands.

Staff shall be fair, firm and consistent in the performance of my duties. I shall treat others with dignity, respect, and compassion and provide humane custody and care, void all retribution, harassment, or abuse.

Staff will not discriminate against any inmate, employee, or any member of the public on the basis of race, gender, creed, or national origin.

Sunderland, Dell

REDACTED - NOT RELEVANT

REDACTED - NOT RELEVANT

YANEZ, LISA

| | |
|---|---|
| **From:** | HACKER-AGNEW, CARLA |
| **Sent:** | Wednesday, August 02, 2017 1:50 PM |
| **To:** | AGUILAR, ESIQUIEL; AYALA, TOMAS; HELIOTES, STEVEN; JACOBSEN, MARK; JENSEN, EDWIN; MATTICE, GLORIA; MELTON, DALE; REESE, ERIN; ROMO, OZIEL; SANDERS, ROSE; TOWN, DANIEL; WALTON, LANEIGH; YESENSKI, ROBERT; ZARAGOZA, GERARDO |
| **Subject:** | FW: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation |
| **Attachments:** | 2205 - ME of Emergency Telephonic HR re allegations of harassment and re....pdf; 2209 - ORDER.PDF |

Sincerely,

Carla Hacker-Agnew, Warden
Warden's Office
Arizona State Prison Complex - Yuma
P.O. Box 8909
San Luis, AZ 85349
(928) 627-8871 extension 16000
chacker@azcorrections.gov

*The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail.*

---

**From:** RYAN, CHARLES
**Sent:** Thursday, July 27, 2017 12:16 PM
**To:** 'Elaine Percevecz'; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA; EXEC TEAM; WARDENS
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

To: ADC Staff, Wardens, Deputy Wardens and Health Services Monitors:

Please read this **ORDER** from Magistrate Judge Duncan. You are to ensure absolute adherence to this **ORDER**.

Within the next few days, I will conduct a video conference meeting with all wardens/deputy wardens/other pertinent staff. This will be one of the topics of conversation. Until then, I expect **ALL** to exercise 'good judgment' and 'common sense' in dealing with the inmate population, specifically about medical, mental health, dental and maximum custody issues. You are to advise **all** staff that there will be no 'real or perceived' retaliation, intimidation or abuse of any kind toward any inmate.

Allow this e-mail message to serve as notice to all ADC employees – please assist in conveying this message.

1

As the Director of ADC and one of the only two named co-defendants in *Parsons v. Ryan & Pratt*, your **strict adherence** to this message must be fully complied with by **all** employees and **you**! I need your full cooperation, and that of your staff.

As you work to ensure absolute adherence to this **ORDER**, please remember that Magistrate Judge Duncan issued his **ORDER** after hearing only one side of the story, the bare allegations of two inmates. Our attorneys were not given an opportunity to present any evidence—which we have in abundance—to refute the inmates' bare allegations. So, while the **ORDER** states that we "offered no rationale" for what was a legitimate inmate management housing decision, that is because our attorneys were not allowed to offer any evidence in support of that decision. Thankfully, our attorneys ultimately were able to convince Magistrate Judge Duncan to provide us with an evidentiary hearing to present actual evidence to refute the bare allegations of these two inmates. That hearing will happen soon.

While it certainly is disappointing, and even troubling, that Magistrate Judge Duncan issued his **ORDER** before hearing any, let alone all, of the actual evidence, and that he accepted as unalterable truth the bare allegations of two inmates, please know that I and our entire legal team are working closely together to convince Magistrate Judge Duncan to rescind his **ORDER** after listening to ADC's side of the story at the upcoming evidentiary hearing.

Please also know that I recognize and sincerely appreciate the honor and integrity that the thousands of you bring to your challenging jobs every day. You all deserve much better than this preconceived **ORDER** and the jaundiced media reporting of it. Thank you for your devotion and service.

I look forward to the conversation on the video conference in the next few days.

Regards,

---

**From:** Elaine Percevecz [mailto:EPercevecz@swlfirm.com]
**Sent:** Tuesday, July 25, 2017 3:47 PM
**To:** RYAN, CHARLES; KEOGH, BRAD; Michael E. Gottfried; Lucy Rand; LAUCHNER, GREG; MATTOS, JOHN; MCWILLIAMS, CARSON; TRUJILLO, ERNEST; PROFIRI, JOE; DIAZ, TARA; CURRIER, KIMBERLY; CURRAN, KEVIN; OROS, ELIZABETH; TWYFORD, NORM; PRATT, RICHARD; CAMPBELL, KATHLEEN; TAYLOR, NICOLE; HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA; BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team
**Subject:** RE: Parsons - Dkt. 2205 - Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

Dkt. 2205 is now attached.

My apologies.

Elaine

---

**From:** Elaine Percevecz
**Sent:** Tuesday, July 25, 2017 3:45 PM
**To:** 'cryan@azcorrections.gov'; BKeogh@azcorrections.gov; Michael E. Gottfried; Lucy Rand (Lucy.Rand@azag.gov); glauchner@azcorrections.gov; MATTOS, JOHN (JMATTOS@azcorrections.gov); MCWILLIAMS, CARSON; TRUJILLO, ERNEST (ETRUJILL@azcorrections.gov); jprofiri@azcorrections.gov; DIAZ, TARA (TDIAZ@azcorrections.gov); CURRIER, KIMBERLY (KCURRIER@azcorrections.gov); kcurran@azcorrections.gov; OROS, ELIZABETH (EOROS@azcorrections.gov); TWYFORD, NORM; RICHARD PRATT (rpratt@azcorrections.gov); CAMPBELL, KATHLEEN; J. D. Nicole Taylor Ph. D. CCHP (ntaylor@azcorrections.gov); HEADSTREAM, VANESSA
**Cc:** YANEZ, LISA (LYANEZ@azcorrections.gov); BERG, LAURIE; Ybarra, Griselda (Griselda.Ybarra@azag.gov); Parsons Team

**Subject:** Parsons – Dkt. 2205 – Minute Entry of July 21, 2017 Emergency Telephonic Hearing re allegations of harassment and retaliation

All:

At Tim's request, I have attached a Minute Entry just received following last Friday's emergency telephonic hearing.

Please let us know if you have any questions or concerns.

Sincerely,

Elaine



**Elaine Percevecz**
Legal Assistant to Timothy J. Bojanowski
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.