THIS DOCUMENT IS NOT IN CONFORMITY
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE
(Rule Number/Section)

LARRY JOE PRINCE
ADOC# 058251
ASPC Eyman Browning Unit
P.O. Box 3400
Florence, Arizona 85132

July 31, 2017

PRISON LAW OFFICE
Director: Donald Spector, Attorney at Law
General Delivery
San Quentin, CA. 94964-0001

RE: <u>Parsons v. Ryan</u>

Dear Mr. Spector:

    On July 11, 2017, I efiled in the U.S. Federal District Court with a Motion to Intervene to Enforce Stipulation and Request to Enforce Stipulation. My motion was based on the violations of the Measures setforth in <u>Parsons</u> by, in part, Dr. Gay initially discontinuing my pain management medication that was improving my quality of life from my serious cervical spine and neck injuries (600mg Gabapentin 2x a.m./2x pm and 50mg Tramadol 2x a.m./2x p.m.), and then by Dr. Barker discontinuing my reinstated pain management medication without a face-to-face evaluation by making false entries into my medical records claiming that I had no injury. Dr. Barker had done so after a nurse had wrote that a prescription for a local pharmacy needed to be written until my medication arrived, per <u>Parsons</u> and DO 1101. I have never met Dr. Barker.

    On July 17, 2017, a Dr. Stewart came to my Browning Unit cell for a face-to-face evaluation. He asked me what helped my suffering. I advised I wanted no more than the Gabapentin and Tramadol previously prescribed. He said "I'll review your chart and get you started." He then prescribed 600mg Gabapentin 3x daily. I was no longer suffering as much with my spine and neck injuries.

    On July 31, 2017, at approximately 6pm, I received your undated and unsigned letter. It addressed you having received "numerous reports about pain medication changes in ADC prisons," your "concerns about the situation," "tracking all pain medication complaints to see if we can advocate about the widespread problem," "medication discontinued without face-to-face evaluation."

    On July 31, 2017, at approximately 7pm, I was advised Dr. Barker again discontinued my pain management medication. I was advised "there is a notation mentioning a surgical procedure needed." I have never met Dr. Barker or met any Corizon provider for the purpose of any surgical procedures. I have never agreed (as required by <u>Parsons</u> and DO 1101), to any invasive procedures to my spine or neck. I recognize the obvious hypocrisy that this Dr. Barker suggests I'm suffering so bad I need a surgery but then abruptly discontinues my pain management medication. It is dangerous to abruptly stop use of Gabapentin. Dr. Barker is purposely causing me to suffer because I named him in the grievance process and for advising the <u>Parsons</u> Court. Dr. Barker is going to cause me irreparable permanent harm if he's not stopped.

Sincerely,
Larry J. Prince
cc: Holly R. Gieszl; Eyman Browning FHA; DW Ibarra; Director Ryan; David K. Duncan, United States Magistrate Judge