# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                     DATE: August 8, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
    Plaintiffs            Defendants
================================================================

HON:   David K. Duncan              Judge # 70BL/DKD

    Caryn Smith                    Laurie Adams
    Deputy Clerk                   Court Reporter

**APPEARANCES:**
Donald Specter, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Rachel Love and Anne Orcutt for Defendants

================================================================
**PROCEEDINGS:**    X  Open Court        ____ Chambers        ____ Other

This is the time set for Evidentiary Hearing.  The Court addresses Director Ryan regarding retaliatory actions at the Department of Corrections to which Defendants respond.

Charles Ryan is sworn and examined.  The witness is excused.

The Court hears Defendants' request for the Court to rule on the Motion to File Amicus Curiae (Doc. 2171), which has been fully briefed.  A written order has yet to issue so at this time there are no additional parties to the case.

10:02 AM – Court stands in recess.

10:16 AM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Defendants' counsel informs the Court that a call was made to the warden of Perryville regarding Ms. Ashworth's claim of a write-up and discovered that this inmate has never been written up.

Richard Pratt is sworn and examined.  Plaintiffs invoke the Rule of Exclusion of Witnesses.

12:03 PM – Court stands in recess.

1:17 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Plaintiffs' exhibits 12 through 17 and 19 through 41 are received in evidence.

Jeffrey Van Winkle is sworn and examined.

Defendants' exhibit 6 is received in evidence.

Defendants' exhibit 3 is received in evidence.

Defendants' exhibit 1 is received in evidence.

Defendants' exhibit 2 is received in evidence.

Defendants' exhibit 4 is received in evidence.

Defendants' exhibit 5 is received in evidence.

2:43 PM – Court stands in recess.

2:59 PM – Court reconvenes with respective counsel present.  Lucy Rand appears telephonically for Defendants.  Court Reporter, Laurie Adams, is present.

Counsel are informed of the expectation of marking exhibits and providing exhibit lists in the proper format for presentation.

Jeffrey Van Winkle resumes the stand and testifies further.   The witness is excused.

Norman Twyford is sworn and examined.

Defendants' exhibit 8 is received in evidence.

Defendants' exhibit 10 is received in evidence.

Defendants' exhibit 9 is received in evidence.

The witness is excused.

Scheduling issues are discussed.

5:10 PM – Court stands in recess.

Time in court: 7 hr 25 min (9:02 AM – 5:10 PM)