| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME Corene Kendrick | 2. PHONE NUMBER 510-280-2621 | 3. DATE 8/11/17 |
|---|---|---|

| 4. FIRM NAME Prison Law Office |
|---|

| 5. MAILING ADDRESS 1917 Fifth Street | 6. CITY Berkeley | 7. STATE CA | 8. ZIP CODE 94710 |
|---|---|---|---|

| 9. CASE NUMBER 2:12-cv-601 | 10. JUDGE Duncan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 8/8/17 | 12. 8/9/17 |

| 13. CASE NAME Parsons et al. v. Ryan et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary/Status Hgs. | 8/8/17-8/9/17 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
ckendrick@prisonlaw.com, akirby@prisonlaw.com

19. SIGNATURE /s/ Corene Kendrick

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 8/11/17

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY