**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

<u>**CV-12-0601-PHX-DKD**</u>   DATE: August 9, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
          Plaintiffs       Defendants
=======================================================================

HON:  <u>  David K. Duncan  </u>   Judge # <u>70BL/DKD</u>

<u>       Caryn Smith         </u>   <u>Elaine Cropper</u>
         Deputy Clerk             Court Reporter

**APPEARANCES:**
Donald Specter, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Timothy Bojanowski, Rachel Love, Anne Orcutt and Kevin Hanger, with Lucy Rand appearing telephonically, for Defendants

=======================================================================
**PROCEEDINGS:**    <u> X  </u>Open Court    <u>     </u>Chambers    <u>     </u> Other

This is the time set for continuation of Evidentiary Hearing and Status Hearing. Plaintiffs invoke the Rule of Exclusion of Witnesses. Henrietta Western is sworn and examined. Defendants' exhibit 11 is received in evidence. The witness is excused.

9:58 AM – Daniel Struck is present appearing for Defendants.

Robin Coleman is sworn and examined. Defendants' exhibit 12 is received in evidence. The witness is excused.

10:28 AM – Court stands in recess.

10:47 AM – Court reconvenes with respective counsel present. Court Reporter, Elaine Cropper, is present.

Court and counsel discuss matters. IT IS ORDERED setting September 11, 12, and 13, 2017 at 9:00 AM for hearings on retaliation, regular status hearing and continuation of evidentiary hearing.

Status Hearing commences. Discussion is held regarding imposing the $1,000.00 penalty versus making a finding of contempt. The Court will immediately embark upon Plaintiffs'

recommendation to issue an Order to comply with the Performance Measures that the Court has identified as not being met and warn that the contempt authority of the Court will be exercised and a penalty will be imposed until compliance is achieved.  Defendants will be given until November 15, 2017 to show improvement and be given an opportunity to be heard as to why sanctions should not be imposed.

Discussion is held regarding retention of an expert to advise the Court regarding staffing issues.  Defendants request to contact Mr. Miller and report back to the Court within one week.  IT IS ORDERED the parties are to contact the Court by phone on August 18, 2017 and advise it of their determination of Mr. Miller.  IT IS FURTHER ORDERED within the week prior to the phone call the parties shall submit any briefs pertaining to the avenues available to impose compliance.  Plaintiffs request a comprehensive order regarding contract enforcement.

The June, 2017, monitoring numbers for Performance Measure 11 are provided to the Court.

Discussion is held regarding the document request and the methodology issues.  The Court is informed the parties are working on the document setting out emergency responses in appendix E and that the timing of pap smears has been resolved.

Plaintiffs request the temperature logs for all complexes beginning June 1, 2017.  Argument is heard.  IT IS ORDERED any yards housing inmates on psychotropic medication shall have their temperature reports provided to Plaintiffs.

The Court hears argument regarding Plaintiffs' request for discovery production by no later than two weeks prior to the evidentiary hearing on retaliation.  IT IS ORDERED the parties shall meet and confer within one week.  If Plaintiffs remain unsatisfied at that point, the issue shall be raised during the telephone conference currently scheduled for August 18, 2017.

The June, 2017, monitoring numbers for Performance Measures 13, 14 and 35 are provided to the Court.  Performance Measure 35 has failed abysmally with the exception of the Phoenix facility.

12:02 PM – Court stands in recess.

1:15 PM – Court reconvenes with respective counsel present.  Court Reporter, Elaine Cropper, is present.

Further discussion is held regarding the N/A score at Douglas for Performance Measure 14.

The June, 2017, monitoring numbers for Performance Measures 37, 39, 40, 44, 45, 46 and 47 are provided to the Court.

As to Performance Measure 47, Defendants' state that for all facilities everyone who has had a diagnostic study will have their record checked to assure their results have been reported within seven days of the results being requested.  Argument is heard.  IT IS ORDERED Defendants shall

verify that the new process is working and provide Plaintiffs with the names of those people monitoring the Performance Measure.

The June, 2017, monitoring numbers for Performance Measures 50 and 51 are provided to the Court.

Rhonda Almanza addresses the Court regarding Performance Measure 51.  IT IS ORDERED Defendants shall file under seal an exemplar of the report described by Ms. Almanza.

The June, 2017, monitoring numbers for Performance Measures 52 and 54 are provided to the Court.

2:45 PM – Court stands in recess.

3:02 PM – Court reconvenes with respective counsel present.  Court Reporter, Elaine Cropper, is present.

The June, 2017, monitoring numbers for Performance Measures 66, 80, 81, 85, 86, 92, 93 and 94 are provided to the Court.

Dr. Taylor addresses the Court.

The June, 2017, monitoring numbers for Performance Measure 98 are provided to the Court.

The Court is informed the parties are working on item numbers 6 and 7 of Plaintiffs' agenda, and that items 8 and 9 were addressed during the evidentiary hearing.

Discussion is held regarding the maximum custody issue.  Plaintiffs will provide another form of proposed order.

Discussion is held regarding the phone call to discuss Mr. Miller and alternatives to a finding of contempt.  Defendants request additional time to brief.  Plaintiffs request the Court proceed with an order to show cause.  IT IS ORDERED granting Defendants' request to extend time to file their brief until August 23, 2017.

The Court hears Plaintiffs' proposal for handling non-compliance issues, such as a 706 expert.

As to item number 4, a written order will issue.

The Court reminds the Defendants that the way to get out of micromanagement is to comply with the Performance Measures.

Time in court: 5 hr 58 min (9:01 AM – 3:48 PM)