Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**PLAINTIFFS' PROPOSED AGENDA FOR AUGUST 18, 2017 TELEPHONIC HEARING** |

LEGAL136613602.1

1. Defendants' report regarding the Court contacting and possible appointment of BJ Millar as the Rule 706 expert on staffing recruitment/retention.

2. Defendants' failure to comply with the Court's orders on monitoring methodology: Doc. 2185, 7/13/17 Tr. at 61:10-18 (PM 94, 95, 97—Defendants must pull files of 10 different individuals, not 10 instances of being on watch) and Doc. 2225 (adopting Plaintiffs' methodology/language for the "every X days" Performance Measures).

3. Defendants' failure to conduct a meaningful search for documents responsive to Plaintiffs' requests (*see* August 1, 2017 letter from D. Fathi to L. Rand), attached hereto as Exhibit 1.

4. Outstanding issues regarding the methodology used to measure Performance Measure 25, attached hereto as Exhibits 2 and 3. [*See* Doc. 2149-1 at 4 for Plaintiffs' redline for the methodology, and Doc. 2149-1 at 10-24 for the 2010 version of the appendix]

5. Outstanding issues regarding language for the Methodology Introduction regarding sampling.

6. Defendants' failure to comply with the Court's orders regarding the mental health performance measures.

7. Plaintiffs' request for Defendants' production of documents and identification of witnesses for the September 11, 2017 evidentiary hearing on retaliation against prisoner witnesses. [*See* Doc. 2227-1 at 24]

Dated: August 17, 2017

**EIDENBACH LAW, PLLC**

By: s/ Kirstin T. Eidenbach
Kirstin T. Eidenbach (Bar No. 027341)
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

LEGAL136613602.1

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email:    dbarr@perkinscoie.com |
|   |              agerlicher@perkinscoie.com |
| 6 |              jhgray@perkinscoie.com |
| 7 | Kathleen E. Brody (Bar No. 026331) |
|   | **ACLU FOUNDATION OF ARIZONA** |
| 8 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 9 | Telephone: (602) 650-1854 |
|   | Email:    kbrody@acluaz.org |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
              afettig@aclu.org
              vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

1
2    Caroline Mitchell (Cal. 143124)*
     **JONES DAY**
3    555 California Street, 26th Floor
     San Francisco, California 94104
4    Telephone: (415) 875-5712
     Email: cnmitchell@jonesday.com
5
     *Admitted *pro hac vice*
6
     John Laurens Wilkes (Tex. 24053548)*
7    **JONES DAY**
     717 Texas Street
8    Houston, Texas 77002
     Telephone: (832) 239-3939
9    Email: jlwilkes@jonesday.com

     *Admitted *pro hac vice*

10   *Attorneys for Plaintiffs Shawn Jensen;
     Stephen Swartz; Sonia Rodriguez; Christina
11   Verduzco; Jackie Thomas; Jeremy Smith;
     Robert Gamez; Maryanne Chisholm;
12   Desiree Licci; Joseph Hefner; Joshua
     Polson; and Charlotte Wells, on behalf of
13   themselves and all others similarly situated*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL136613602.1

-5-