# United States Court of Appeals for the Ninth Circuit Calendar for James R. Browning U.S. Courthouse, San Francisco

## Oral Argument Notice

**Note:** Calendar entries may change up until the hearing date. Please remember to check the docket report for updates. Case synopses are prepared by court staff for the convenience of the reader.

| 2017-10-18  9:00 am  Courtroom 3, 3rd Floor Rm 307, James R. Browning U.S. Courthouse, San Francisco | | | | |
|---|---|---|---|---|
| Case No. | Title | Nature | Origin | Time / Side |
| 13-15364 | **Manuel Quiroz, Jr. v. Jeffrey Dickerson** - Jeffrey Dickerson appeals the district court's judgment, following a jury trial, in favor of Manuel Quiroz in Quiroz's diversity action alleging breach of contract and other causes of action. [3:10-cv-00657-LRH-WGC] | Civil | NV | 10 min |
| 16-10048 | **USA v. James Pratt** - Appeal from conviction for possession with intent to distribute cocaine. [2:12-cr-00269-MCE-1] | Criminal | E. CA | 10 min |
| 16-10111 | **USA v. Marcelino Portillo-Rivera** - Appeal from conviction for being an illegal alien in possession of a firearm. [2:15-cr-01183-NVW-1] | Criminal | AZ | 10 min |
| 15-17282 | **Mineworkers' Pension Scheme v. First Solar Inc.** - An appeal from the district court's order granting in part and denying in part defendants' motion for summary judgment in a securities fraud case. [2:12-cv-00555-DGC] | Civil | AZ | 15 min |
| 16-17282<br>17-15302<br>17-15352 | **Victor Parsons v. Charles Ryan** - Plaintiffs, on behalf of a class of inmates who challenged the provision of health care and conditions of confinement within the Arizona Department of Corrections, appeal from orders pertaining to a 2014 stipulation, and defendants cross appeal. [2:12-cv-00601-DKD] | Pr Non-HC | AZ | 20 min |

## Location Address

U.S. Court of Appeals for the Ninth Circuit
James R. Browning U.S. Courthouse
95 Seventh Street
San Francisco CA 94103