# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: August 18, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
==========================================================================

HON:   David K. Duncan            Judge # <u>70BL/DKD</u>

     Caryn Smith                          Laurie Adams
     Deputy Clerk                         Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski and Anne Orcutt for Defendants

==========================================================================
**PROCEEDINGS:**     X   Open Court       _____ Chambers       _____ Other

This is the time set for Telephonic Status Conference. Argument is heard regarding Mr. Millar, to whom Defendants object. Defendants propose John Allen. IT IS ORDERED the parties shall meet and confer regarding their schedules and make time for a telephonic conference with Mr. Millar and the Court. IT IS FURTHER ORDERED Mr. Allen's vitae be circulated to everyone and presented to the Court.

Discussion is held regarding Plaintiffs' agenda item 7 regarding their request for Defendants to produce documents for the September 11, 2017 retaliation hearing. IT IS ORDERED item 7 will be addressed at a time when Ms. Love is available. IT IS FURTHER ORDERED the parties shall meet and confer and arrange a telephonic hearing with the Court on August 24, or 25, 2017 at the latest.

Plaintiffs' agenda items 2 and 5 will also be heard during the telephonic conference at the time it is set either August 24, or 25, 2017.

Time in court: 19 min (2:20 PM – 2:39 PM)