Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br> v. <br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' STATEMENT REGARDING COURT AUTHORITY TO APPOINT A RULE 706 EXPERT** |

LEGAL136744021.1

For the reasons detailed previously, Plaintiffs believe that the Court should <u>not</u> appoint a special master. [Doc. 2043 at 3] But the Court may (and should) appoint an expert under Federal Rule of Evidence 706. [*Id.* at 3-9; Doc. 2083; Doc. 2133] Rule 706 is a cost-efficient, flexible, and proven method of delivering assistance to a court in prison conditions cases. The appointment of an expert would reduce the amount of time the Court has to spend on hearings and overseeing compliance efforts. The expert, preferably someone with experience running a correctional health care system, would be able to evaluate and determine what the barriers are and what remedies should be considered.

The Prison Litigation Reform Act (PLRA) does not prohibit the use of Rule 706 experts. [Doc. 2043 at 3-4] Indeed, the Ninth Circuit has noted that the PLRA's restrictions on special masters do not apply to "[m]onitors (or other court agents)." *Plata v. Schwarzenegger*, 603 F.3d 1088, 1096 (9th Cir. 2010) (holding that PLRA does not prohibit appointment of receivers). At a recent hearing, the Court requested that Plaintiffs inform it of PLRA cases in which a court appointed a Rule 706 expert. [8/9/17 Tr. at 179] Plaintiffs submit the following examples:[*]

1.  ***Lippert v. Godinez* (N.D. Ill. 2013):** The district court ordered, "with the agreement of the [parties]," that "Dr. Ronald Shansky [be appointed] as an expert in this case pursuant to Rule 706 of the Federal Rules of Evidence." The district court stated that the expert "will assist the Court in determining whether the Illinois Department of Corrections is providing health care services to the offenders in its custody that meet the minimum constitutional standards of adequacy. The Expert will investigate all relevant components of the health care system except for programs, services and protocols that relate exclusively to mental health. If systemic deficiencies in IDOC health care are identified by the Expert, he will propose solutions for consideration by the parties and the

---

[*] The Prison Law Office is counsel of record in *Armstrong* and *Plata*. The ACLU National Prison Project is counsel of record in *Graves* and *Carruthers*.

1 Court. These proposed solutions (if any) will form the basis for future negotiations between the parties in an effort to craft a final settlement of this matter, or, alternatively, may be offered into evidence in the trial of this matter." Ex. 1, Agreed Order Appointing Expert, *Lippert v. Godinez*, No. 10-cv-4603 (N.D. Ill. Dec. 19, 2013), at 1-2 (internal parentheticals omitted).

2. ***Graves v. Arpaio* (D. Ariz. 2009):** The district court ordered, "upon stipulation of the parties, that medical expert Dr. Lambert King and mental health expert Dr. Kathryn Burns are appointed to serve as independent evaluators of the Defendants' compliance with the medical and mental health provisions of the Second Amended Judgment and to be compensated by Defendants for their services." Ex. 2, Order, *Graves v. Arpaio*, No. 77-cv-0479 (D. Ariz. Jan. 28, 2009), at 4.

3. ***Armstrong v. Schwarzenegger* (N.D. Cal. 2007):** The district court appointed a Rule 706 expert post-judgment in a prison conditions class action regarding persons with disabilities. *Armstrong v. Schwarzenegger*, No. C 94-2307, 2007 WL 1687776, *1 (N.D. Cal. June 11, 2007); *see also* Doc. 2043 at 4-5 (discussing case); Doc. 2083 at 6-7 & nn.3-4 (same); Doc. 2084 ¶¶ 2-6 (Declaration of Donald Specter discussing appointment of Rule 706 expert in *Armstrong*).

4. ***Roberts v. Mahoning County* (N.D. Ohio 2006):** The district court "appoint[ed] Mr. Nathan to serve as a court expert within the meaning of Fed. R. Evid. 706(a) for the express purpose of serving and filing an expert report collecting his findings relative to the question of whether crowding at the Jail is the cause of constitutional violations. If the answer is in the affirmative, Mr. Nathan shall also opine as to whether, in his view, there is any other viable form of relief, short of a prisoner release order, that could remedy the violations." *Roberts v. Mahoning County*, 495 F. Supp. 2d 713, 717 (N.D. Ohio 2006).

1      5. *Plata v. Davis* (**N.D. Cal. 2002**): The district court appointed court experts post-judgment in a medical care class action. Ex. 3, Order Appointing Experts Pursuant to Rule 706, *Plata v. Davis*, No. C01-1351 (N.D. Cal. June 13, 2002); *see also Plata v. Schwarzenegger*, No. C01-1351, 2005 WL 2932253, *1 (N.D. Cal. Oct. 3, 2005) (discussing appointment of medical experts); Doc. 2043 at 5.

6. *Carruthers v. Jenne* (**S.D. Fla. 2001**): The district court appointed a Rule 706 expert post-judgment in a jail conditions case. Ex. 4, Order, *Carruthers v. Jenne*, No. 76-6068 (S.D. Fla. Aug. 2, 2001), at 2-3, 5.

7. *Morales Feliciano v. Rossello Gonzalez* (**D.P.R. 1998**): The district court "entered an order appointing Vincent M. Nathan, Esq., the former Court Monitor, as an expert witness pursuant to Rule 706, Fed. R. Ev., to prepare a report that would update the record in this case and document the state of compliance with the court's orders. The court directed Mr. Nathan to submit a report on medical and mental health care." *Morales Feliciano v. Rossello Gonzalez*, 13 F. Supp. 2d 151, 153 (D.P.R. May 18, 1998).

Dated: August 25, 2017

**PRISON LAW OFFICE**

By: *s/ Donald Specter*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email: jlwilkes@jonesday.com |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:  s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf