Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' MOTION TO TERMINATE MONITORING** |

Pursuant to Paragraph 10(b) of the parties' Stipulation (Dkt. 1185) and direction from the Court, *see* Doc. 2071 at 91-92, Tr. 05/10/17 at 772:25-773:3. Defendants Charles Ryan and Richard Pratt move to terminate the Arizona Department of Corrections' (ADC's) duty to measure and report on the specific healthcare performance measures (HC PMs) and complexes contained in this Motion.[1]

## I. TERMINATION OF MONITORING UNDER THE STIPULATION

The parties entered into the Stipulation to provide for a prescribed monitoring period during which Defendants would be required to comply with specified compliance thresholds for defined performance measures. Paragraph 10(a) provides the compliance thresholds required under the Stipulation. For the first twelve months after the effective date of the Stipulation, Defendants must meet or exceed 75% for a particular PM that applies at a specific complex. (Dkt. 1185 at 4.) For the second twelve months, Defendants must meet or exceed 80%, and after the first twenty-four months, Defendants must meet or exceed 85%. (*Id.*)

After twenty-four months of monitoring, Defendants' duty to monitor any measures which were in substantial compliance as defined by the Stipulation terminated. (*Id.* at 4-5.) Paragraph 10(b) provides that for the HC PMs, "ADC's duty to measure and report on a particular performance measure, as described in Paragraph 9, terminates if: (i) The particular performance measure that applies to a specific unit is in compliance, as defined in sub-paragraph A of this Paragraph, for eighteen months out of a twenty-four month period; and (ii) The particular performance measure has not been out of compliance, as defined by sub-paragraph A of this Paragraph, for three or more consecutive months within the past 18-month period."[2] (*Id.*) Paragraph 10(c) further

---

[1] There are 103 HC PMs set forth in Exhibit B to the Stipulation and 9 maximum custody performance measures (MC PMs) in Exhibit C. Defendants submit this Motion only as to the HC PMs.

[2] The Court's November 24, 2017 Order similarly provides that a measure is substantially noncompliant when "(1) 6 of 24 months are non-compliant; and (2) three consecutive months are non-compliant." ( Dkt. 2030 at 1.)

1

states that ADC's "duty to measure and report on any performance measure for a given unit shall continue for the life of the Stipulation unless terminated pursuant to sub-paragraph B of this paragraph." (*Id.* at 5.)

The Stipulation was deemed accepted as of February 18, 2015 (Dkt. 1458 at 3), and Defendants began monitoring the HC PMs set forth in Exhibit B to the Stipulation beginning with the March 2015 CGAR reports. The February 2017 CGAR reports correspond with the twenty-fourth monitored month under the Stipulation. In accordance with paragraph 10(b), Defendants' duty to monitor terminated as to any HC PMs which were compliant for at least 18 months and which were not noncompliant for more than two consecutive months out of the first twenty-four months of monitoring. Defendants' duty to monitor has likewise terminated pursuant to paragraph 10(b) as to additional measures and facilities as of March 2017, April 2017, and May 2017.[3] Defendants accordingly ask the Court to issue an Order finding that their duty to measure and report these measures has terminated.

## II. DEFENDANTS' COMPLIANCE

Defendants' compliance with the HC PMs is set forth in the Declaration of Richard Pratt, attached as Exhibit 1, and the accompanying chart of CGAR performance through May 2017. As reflected in Attachment A to Exhibit 1, Defendants have satisfied paragraph 10(b) of the Stipulation by complying with the required percentage thresholds from paragraph 10(a) for at least 18 out of 24 months of monitoring, with fewer than three consecutive months of noncompliance within the prior 18 months, and ask the Court to issue an Order finding that their duty to monitor the following HC PMs and complexes accordingly terminated as of the **end of February 2017**.

- **HC PM #1**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 24);

---

[3] Defendants intend to file additional Motions to Terminate Monitoring on a rolling basis as more measures and facilities come into substantial compliance as defined by the Stipulation.

2

- **HC PM #2**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 27);
- **HC PM #3**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 30);
- **HC PM #4**: Lewis, Perryville, and Tucson[4] (Pratt Dec. at ¶ 34);
- **HC PM #5**: Douglas, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 37);
- **HC PM #6**: Douglas, Safford, and Winslow (Pratt Dec. at ¶ 40);
- **HC PM #7**: Douglas, Florence, Safford, and Winslow (Pratt Dec. at ¶ 45);
- **HC PM #8**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 50);
- **HC PM #9**: Douglas, Florence, Lewis, Perryville, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 53);
- **HC PM #10**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 56);
- **HC PM #11**: Douglas, Perryville, Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 59);
- **HC PM #12**: Douglas, Safford, and Yuma (Pratt Dec. at ¶ 64);
- **HC PM #13**: Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 67);
- **HC PM #15**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 77);
- **HC PM #17**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 83);
- **HC PM #18**: Douglas, Eyman, Florence, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 86);
- **HC PM #19**: Douglas and Safford (Pratt Dec. at ¶89);

---

[4] HC PM #4 applies only to the four ADC complexes that have an infirmary: Florence, Lewis, Perryville, and Tucson. There is no duty to monitor this measure at Douglas, Eyman, Phoenix, Safford, Winslow or Yuma. (Pratt Dec. at ¶ 32.)

- **HC PM #20**: Douglas (Pratt Dec. at ¶ 92);
- **HC PM #21**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 95);
- **HC PM #22**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 98);
- **HC PM #25**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 101);
- **HC PM #26**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 104);
- **HC PM #28**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 107);
- **HC PM #29**: Douglas, Safford, and Tucson (Pratt Dec. at ¶ 110);
- **HC PM #30**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 113);
- **HC PM #31**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 116);
- **HC PM #32**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 119);
- **HC PM #33**: Eyman, Perryville, Phoenix, and Tucson[5] (Pratt Dec. at ¶ 123);
- **HC PM #34**: Eyman, Perryville, Phoenix, and Tucson[6] (Pratt Dec. at ¶ 127);
- **HC PM #35**: Douglas, Perryville, and Safford (Pratt Dec. at ¶ 130);
- **HC PM #36**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 133);

---

[5] HC PM #33 applies only to intakes at the following reception centers: Eyman (death row), Perryville, Phoenix, and Tucson (minors). There is no duty to monitor HC PM #33 at the remaining six complexes. (Pratt Dec. at ¶ 121.)

[6] HC PM #34 applies only to intakes at the following reception centers: Eyman (death row), Perryville, Phoenix, and Tucson (minors). There is no duty to monitor HC PM #34 at the remaining six complexes. (Pratt Dec. at ¶ 125.)

4

- **HC PM #37**: Douglas, Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 138);
- **HC PM #38**: Douglas, Eyman, Florence, Lewis, Perryville, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 141);
- **HC PM #39**: Douglas, Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 144);
- **HC PM #40**: Douglas, Florence, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 147);
- **HC PM #41**: Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 150);
- **HC PM #42**: Douglas, Lewis, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 153);
- **HC PM #43**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 158);
- **HC PM #45**: Douglas, Florence, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 161);
- **HC PM #46**: Safford and Winslow (Pratt Dec. at ¶ 166);
- **HC PM #47**: Safford (Pratt Dec. at ¶ 169);
- **HC PM #48**: Eyman, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 174);
- **HC PM #49**: Lewis, Safford, and Winslow (Pratt Dec. at ¶ 177);
- **HC PM #50**: Douglas, Eyman, Lewis, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 180);
- **HC PM #51**: Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 183);
- **HC PM #52**: Lewis, Phoenix, Safford and Winslow (Pratt Dec. at ¶ 180);
- **HC PM #53**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 186);
- **HC PM #54**: Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 192);
- **HC PM #55**: Douglas, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 197);

- **HC PM #56**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 202);
- **HC PM #57**: Perryville[7] (Pratt Dec. at ¶ 206);
- **HC PM #58**: Perryville[8] (Pratt Dec. at ¶ 210);
- **HC PM #59**: Douglas, Eyman, Florence, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 213);
- **HC PM #60**: Perryville[9] (Pratt Dec. at ¶ 219);
- **HC PM #62**: Eyman, Perryville, Phoenix, and Tucson[10] (Pratt Dec. at ¶ 223);
- **HC PM #63**: Florence, Lewis, and Perryville[11] (Pratt Dec. at ¶ 227);
- **HC PM #64**: Florence, Lewis, and Perryville[12] (Pratt Dec. at ¶ 233);
- **HC PM #65**: Florence, Lewis, Perryville, and Tucson[13] (Pratt Dec. at ¶ 237);
- **HC PM #68**: Florence, Perryville, and Tucson[14] (Pratt Dec. at ¶ 245);
- **HC PM #70**: Florence, Lewis, Perryville, and Tucson[15] (Pratt Dec. at ¶ 253);

---

[7] HC PM #57 applies only to pregnant female inmates who are housed at Perryville. There is no duty to monitor HC PM #57 at the remaining nine complexes. (Pratt Dec. at ¶ 204.)

[8] HC PM #58 applies only to pregnant female inmates who are housed at Perryville. There is no duty to monitor HC PM #58 at the remaining nine complexes. (Pratt Dec. at ¶ 208.)

[9] HC PM #60 applies only to female intakes at Perryville. There is no duty to monitor HC PM #60 at the remaining nine complexes. (Pratt Dec. at ¶ 217.)

[10] HC PM #62 applies only to intakes at the following reception centers: Eyman (Death Row), Perryville, Phoenix, and Tucson (minors). There is no duty to monitor HC PM #62 at the remaining six complexes. (Pratt Dec. at ¶ 221.)

[11] HC PM #63 applies only to complexes with infirmaries: Florence, Lewis, Perryville, and Tucson. There is no duty to monitor HC PM #63 at the remaining six complexes. (Pratt Dec. at ¶ 225.)

[12] HC PM #64 applies only to complexes with infirmaries: Florence, Lewis, Perryville, and Tucson. There is no duty to monitor HC PM #64 at the remaining six complexes. (Pratt Dec. at ¶ 231.)

[13] HC PM #65 applies only to complexes with infirmaries: Florence, Lewis, Perryville, and Tucson. There is no duty to monitor HC PM #65 at the remaining six complexes. (Pratt Dec. at ¶ 235.)

[14] HC PM #68 applies only to complexes with infirmaries: Florence, Lewis, Perryville, and Tucson. There is no duty to monitor HC PM #68 at the remaining six complexes. (Pratt Dec. at ¶ 243.)

[15] HC PM #70 applies only to complexes with infirmaries: Florence, Lewis,

- **HC PM #71**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, and Winslow (Pratt Dec. at ¶ 256);
- **HC PM #72**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma (Pratt Dec. at ¶ 259);
- **HC PM #74**: Perryville[16] (Pratt Dec. at ¶ 263);
- **HC PM #75**: Eyman, Perryville, Phoenix, and Tucson[17] (Pratt Dec. at ¶ 267);
- **HC PM #76**: Eyman, Perryville, Phoenix, and Tucson[18] (Pratt Dec. at ¶ 270);
- **HC PM #78**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma[19] (Pratt Dec. at ¶ 274);
- **HC PM #79**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma[20] (Pratt Dec. at ¶ 278);
- **HC PM #89**: Phoenix[21] (Pratt Dec. at ¶ 282);
- **HC PM #96**: Eyman, Florence, Lewis, Perryville, Tucson, and Yuma[22] (Pratt Dec. at ¶ 290);

---

Perryville, and Tucson. There is no duty to monitor HC PM #70 at the remaining six complexes. (Pratt Dec. at ¶ 251.)

[16] HC PM #74 only applies to female inmates at Perryville and Phoenix, and there in no duty to monitor this measure at the remaining eight complexes. (Pratt Dec. at ¶ 261.)

[17] HC PM #75 applies only at the reception centers, which include Eyman (death row only), Perryville, Phoenix, and Tucson (minors only). There is no duty to monitor compliance for this measure at any other complex. (Pratt Dec. at ¶ 265.)

[18] HC PM #76 applies only at Eyman, Perryville, Phoenix, and Tucson. There is no duty to monitor compliance for this measure at any other complex. (Pratt Dec. at ¶ 270.)

[19] HC PM #78 applies only at the corridor facilities, including Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma, where MH-3 and above inmates may be housed. There is no duty to monitor this measure at Douglas, Safford, and Winslow. (Pratt Dec. at ¶ 272.)

[20] HC PM #79 applies only at the corridor facilities, including Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma, where MH-3 and above inmates may be housed. There is no duty to monitor this measure at Douglas, Safford, and Winslow. (Pratt Dec. at ¶ 276.)

[21] HC PM #89 applies only at Phoenix, where MH-5 inmates may be housed. There is no duty to monitor this measure at any other complex. (Pratt Dec. at ¶ 280.)

[22] HC PM #96 applies only at Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma, where MH-3 and above inmates may be housed. There is no duty to monitor this measure at Douglas, Safford, and Winslow. (Pratt Dec. at ¶ 288.)

- **HC PM #97**: Douglas, Eyman, Florence, Perryville, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 293);
- **HC PM #99**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma[23] (Pratt Dec. at ¶ 297);
- **HC PM #101**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 300);
- **HC PM #102**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 303); and
- **HC PM #103**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (Pratt Dec. at ¶ 308).

As reflected in Attachment A to Exhibit 1, Defendants have satisfied paragraph 10(b) of the Stipulation by complying with the required percentage thresholds from paragraph 10(a) for at least 18 out of 24 months of monitoring, with fewer than three consecutive months of noncompliance within the prior 18 months, and ask the Court to issue an Order finding that their duty to monitor the following HC PMs and complexes accordingly terminated as of the submission of the **end of March 2017**:

- **HC PM #13**: Yuma (Pratt Dec. at ¶ 69);
- **HC PM #14**: Safford and Winslow (Pratt Dec. at ¶ 72);
- **HC PM #16**: Douglas, Safford, and Winslow (Pratt Dec. at ¶ 80);
- **HC PM #45**: Eyman (Pratt Dec. at ¶ 163);
- **HC PM #54**: Yuma (Pratt Dec. at ¶ 194);
- **HC PM #55**: Perryville (Pratt Dec. at ¶ 199);
- **HC PM #63**: Tucson (Pratt Dec. at ¶ 229);
- **HC PM #93**: Florence, Lewis, Perryville, Phoenix, and Tucson (Pratt Dec. at ¶ 286);

---

[23] HC PM #99 applies only at Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma, where mental health inmates may be housed. There is no duty to monitor this measure at Douglas, Safford, and Winslow. (Pratt Dec. at ¶ 295.)

- **HC PM #103**: Lewis (Pratt Dec. at ¶ 310).

As reflected in Attachment A to Exhibit 1, Defendants have satisfied paragraph 10(b) of the Stipulation by complying with the required percentage thresholds from paragraph 10(a) for at least 18 out of 24 months of monitoring, with fewer than three consecutive months of noncompliance within the prior 18 months, and ask the Court to issue an Order finding that their duty to monitor the following HC PMs and complexes accordingly terminated as of the submission of the **end of April 2017**:

- **HC PM #7**: Yuma (Pratt Dec. at ¶ 47);
- **HC PM #14**: Douglas (Pratt Dec. at ¶ 74);
- **HC PM #36**: Lewis (Pratt Dec. at ¶ 135);
- **HC PM #66**: Perryville (Pratt Dec. at ¶ 241).

As reflected in Attachment A to Exhibit 1, Defendants have satisfied paragraph 10(b) of the Stipulation by complying with the required percentage thresholds from paragraph 10(a) for at least 18 out of 24 months of monitoring, with fewer than three consecutive months of noncompliance within the prior 18 months, and ask the Court to issue an Order finding that their duty to monitor the following HC PMs and complexes accordingly terminated as of the submission of the **end of May 2017**:

- **HC PM #6**: Yuma (Pratt Dec. at ¶ 42);
- **HC PM #11**: Yuma (Pratt Dec. at ¶ 61);
- **HC PM #42**: Phoenix (Pratt Dec. at ¶ 155);
- **HC PM #47**: Winslow (Pratt Dec. at ¶ 171);
- **HC PM #59**: Perryville (Pratt Dec. at ¶ 215).

### **CONCLUSION**

Pursuant to Paragraph 10(b) of the Stipulation, Defendants' duty to measure and report on the foregoing HC PMs has terminated, and Defendants request that the Court issue an Order finding that Defendants no longer have to measure or report compliance with respect to them. A proposed Order is attached.

9

DATED this 25th day of August 2017.

                STRUCK WIENEKE & LOVE, P.L.C.

                By /s/Timothy J. Bojanowski
                   Daniel P. Struck
                   Kathleen L. Wieneke
                   Rachel Love
                   Timothy J. Bojanowski
                   Nicholas D. Acedo
                   Ashlee B. Fletcher
                   Anne M. Orcutt
                   Jacob B. Lee
                   Kevin R. Hanger
                   STRUCK WIENEKE & LOVE, P.L.C.
                   3100 West Ray Road, Suite 300
                   Chandler, Arizona 85226

                   Arizona Attorney General Mark Brnovich
                   Office of the Attorney General
                   Michael E. Gottfried
                   Lucy M. Rand
                   Assistant Attorneys General
                   1275 W. Washington Street
                   Phoenix, Arizona 85007-2926

                   *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

                                       /s/Timothy J. Bojanowski