1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF ARIZONA**

10
Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

NO. 2:12-cv-00601-DKD

11

Plaintiffs,

12
v.

13
Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
TERMINATE MONITORING**

14

15

Defendants.

16

17
     The Court, having reviewed Defendants' Motion to Terminate Monitoring, and

18
good cause appearing, IT IS ORDERED that Defendants' Motion to Terminate

19
Monitoring is GRANTED.  Pursuant to Paragraph 10(b) of the Stipulation, Defendants are

20
no longer required to measure or report on the following performance measures and

21
facilities:

22
     **HC PM #1**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

23
Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

24
     **HC PM #2**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

25
Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

26
     **HC PM #3**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

27
Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

28

**HC PM #4**: Lewis, Perryville, and Tucson;

**HC PM #5**: Douglas, Safford, Winslow, and Yuma;

**HC PM #6**: Douglas, Safford, Winslow, and Yuma;

**HC PM #7**: Douglas, Florence, Safford, Winslow, and Yuma;

**HC PM #8**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HC PM #9**: Douglas, Florence, Lewis, Perryville, Safford, Tucson, Winslow, and Yuma;

**HC PM #10**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Winslow, and Yuma;

**HC PM #11**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma;

**HC PM #12**: Douglas, Safford, and Yuma;

**HC PM #13**: Phoenix, Safford, Winslow, and Yuma;

**HC PM #14**: Douglas, Safford, and Winslow;

**HC PM #15**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma;

**HC PM #16**: Douglas, Safford, and Winslow;

**HC PM #17**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HC PM #18**: Douglas, Eyman, Florence, Phoenix, Safford, Winslow, and Yuma;

**HC PM #19**: Douglas and Safford;

**HC PM #20**: Douglas;

**HC PM #21**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HC PM #22**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HC PM #25**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HC PM #26**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

1

1    Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

2        **HC PM #28**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford,

3    Winslow, and Yuma;

4        **HC PM #29**: Douglas, Safford, and Tucson;

5        **HC PM #30**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

6    Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

7        **HC PM #31**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

8    Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

9        **HC PM #32**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

10   Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

11       **HC PM #33**: Eyman, Perryville, Phoenix, and Tucson;

12       **HC PM #34**: Eyman, Perryville, Phoenix, and Tucson;

13       **HC PM #35**: Douglas, Perryville, and Safford;

14       **HC PM #36**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford,

15   Tucson, Winslow, and Yuma;

16       **HC PM #37**: Douglas, Phoenix, Safford, and Winslow;

17       **HC PM #38**: Douglas, Eyman, Florence, Lewis, Perryville, Safford, Tucson,

18   Winslow, and Yuma;

19       **HC PM #39**: Douglas, Phoenix, Safford, and Winslow;

20       **HC PM #40**: Douglas, Florence, Perryville, Phoenix, Safford, Winslow, and

21   Yuma;

22       **HC PM #41**: Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson,

23   Winslow, and Yuma;

24       **HC PM #42**: Douglas, Lewis, Phoenix, Safford, Winslow, and Yuma;

25       **HC PM #43**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

26   Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

27       **HC PM #45**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Winslow,

28   and Yuma;

2

1    **HC PM #46**: Safford and Winslow;

2    **HC PM #47**: Safford and Winslow;

3    **HC PM #48**: Eyman, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and

4    Yuma;

5    **HC PM #49**: Lewis, Safford, and Winslow;

6    **HC PM #50**: Douglas, Eyman, Lewis, Phoenix, Safford, Winslow, and Yuma;

7    **HC PM #51**: Phoenix, Safford, and Winslow;

8    **HC PM #52**: Lewis, Phoenix, Safford and Winslow;

9    **HC PM #53**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

10   Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

11   **HC PM #54**: Phoenix, Safford, Winslow, and Yuma;

12   **HC PM #55**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma;

13   **HC PM #56**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford,

14   Winslow, and Yuma;

15   **HC PM #57**: Perryville;

16   **HC PM #58**: Perryville;

17   **HC PM #59**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson,

18   Winslow, and Yuma;

19   **HC PM #60**: Perryville;

20   **HC PM #62**: Eyman, Perryville, Phoenix, and Tucson;

21   **HC PM #63**: Florence, Lewis, Perryville, and Tucson;

22   **HC PM #64**: Florence, Lewis, and Perryville;

23   **HC PM #65**: Florence, Lewis, Perryville, and Tucson;

24   **HC PM #66**: Perryville;

25   **HC PM #68**: Florence, Perryville, and Tucson;

26   **HC PM #70**: Florence, Lewis, Perryville, and Tucson;

27   **HC PM #71**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, and

28   Winslow;

3

1   **HC PM #72**: Douglas, Perryville, Phoenix, Safford, Winslow, and Yuma;

2   **HC PM #74**: Perryville;

3   **HC PM #75**: Eyman, Perryville, Phoenix, and Tucson;

4   **HC PM #76**: Eyman, Perryville, Phoenix, and Tucson;

5   **HC PM #78**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma;

6   **HC PM #79**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma;

7   **HC PM #89**: Phoenix;

8   **HC PM #93**: Florence, Lewis, Perryville, Phoenix, and Tucson;

9   **HC PM #96**: Eyman, Florence, Lewis, Perryville, Tucson, and Yuma;

10  **HC PM #97**: Douglas, Eyman, Florence, Perryville, Safford, Tucson, Winslow,

11  and Yuma;

12  **HC PM #99**: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma;

13  **HC PM #101**: All ten ADC complexes - Douglas, Eyman, Florence, Lewis,

14  Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

15  **HC PM #102**: Douglas, Eyman, Florence, Perryville, Phoenix, Safford, Tucson,

16  Winslow, and Yuma; and

17  **HC PM #103**: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford,

18  Tucson, Winslow, and Yuma.

19

20

21

22

23

24

25

26

27

28

4