Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINITFFS' MOTION TO ENFORCE THE STIPULATION** |

LEGAL136781485.1

Plaintiffs, by and through their undersigned counsel, hereby move this Court to exercise its inherent powers and those outlined in the Stipulation (Doc. 1185 ¶¶ 35-36) to enforce the terms of the Stipulation and order Defendants to take immediate and substantial action to remedy gross and dangerous deficiencies within their health care system that continue to prevent the provision of adequate health care and place class members in grave danger of serious harm or death.

## INTRODUCTION

More than two and a half years after the Stipulation took effect, Defendants remain grossly out of compliance with its terms. In the Stipulation's second year, Defendants are required to be at least 80% compliant with all of the performance measures, and in the third year (beginning March 2017), Defendants must be at least 85% compliant. [*Id.* ¶ 10.a.ii.; *see also id.* ¶ 20.a.ii.] Their own data continue to demonstrate a substantial lack of compliance.

On December 27, 2016 and January 31, 2017, Plaintiffs sent Defendants Notices of Substantial Noncompliance (the "December Notice" and "January Notice," respectively). The December Notice covered 13 different performance measures, and the January Notice referred to four (4) performance measures. These Notices are attached as Exhibits 1 and 2 to the Declaration of Corene Kendrick ("Kendrick Decl."). Defendants responded to these notices on January 26, 2017 and March 2, 2017, respectively. [Kendrick Decl. Exs. 3, 4] The parties met-and-conferred, and subsequently mediated before Judge Bade on May 9, 2017 ("May mediation"). Defendants conceded substantial noncompliance for many of the measures, and the parties discussed various remedial efforts Defendants claimed would address the noncompliance, and Plaintiffs agreed to wait to see subsequent months' CGAR data for improvement, before filing an enforcement motion. [*Id*. Ex. 5; *see also* Doc. 2055]

On March 27, 2017, Plaintiffs sent a Notice of Substantial Noncompliance for 13 healthcare performance measures to Defendants (the "March Notice"). [Kendrick Decl. Ex. 6] Defendants responded on May 1, 2017, and conceded they were in substantial

LEGAL136781485.1

noncompliance with many of the performance measures. [*Id.* Ex. 7] The parties met and conferred on June 2, 2017, at which time Defendants conceded that they were substantially noncompliant for all remaining performance measures. [*Id.* Ex. 8] The parties conducted a mediation on July 11, 2017 ("July mediation") before Judge Bade. As Defendants have not cured their chronic noncompliance with many of the measures discussed at the May and July mediations, and all of these measures meet the Court's definition of substantial noncompliance, (Doc. 2030 at 1; Doc. 2118 at 1-2), the Court should issue an Order finding Defendants substantially noncompliant with these measures at these institutions.

## I. DEFENDANTS ARE SUBSTANTIALLY NON-COMPLIANT WITH NUMEROUS PERFORMANCE MEASURES AT MULTIPLE PRISON COMPLEXES

The performance measures and prisons at issue for this enforcement motion are:

**PM 6** (Eyman): *Provider orders will be noted daily with time, date, and name of person taking the orders off.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant. [Kendrick Decl. Ex. 7 at 1] Defendants' performance for the past year is listed below:

|       | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|-------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Eyman | 66   | 62   | 64  | 95   | 78  | 62  | 76  | 74  | 42  | 68  | 94  | 98  | 92   |

**PM 12** (Eyman, Florence): *Medical record will contain documentation of refusals or "no shows".*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at the institutions. [Kendrick Decl. Ex. 7 at 1] Defendants' performance for the past year is listed below:

|          | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|----------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Eyman    | 14   | 12  | 40   | 50  | 56  | 36  | 66  | 49  | 58  | 74  | 86  | 90   |
| Florence | 83   | 75  | 81   | 86  | 73  | 59  | 40  | 83  | 80  | 88  | 98  | 100  |

**PM 15** (Eyman, Florence, Lewis, Tucson): *Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at the institutions. [*Id*. Ex. 7 at 2; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 38 | 22 | 22 | 25 | 15 | 40 | 13 | 26 | 5 | 0 | 39 | 30 |
| Florence | 60 | 67 | 62 | 51 | 60 | 58 | 68 | 79 | 80 | 88 | 93 | 82 |
| Lewis | 25 | 0 | 5 | 20 | 85 | N/A | 0 | 15 | 13 | 16 | 57 | 48 |
| Tucson | 83 | 85 | 86 | 83 | 82 | 74 | 73 | 80 | 73 | 44 | 98 | 98 |

**PM 20** (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson): *Medical AIMs entries are accurately completed within three business days from the entry in the medical record).*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at the institutions. [*Id*. Ex. 7 at 2-3; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 52 | 72 | 80 | 75 | 79 | 80 | 84 | 84 | 72 | 72 | 96 | 70 |
| Florence | 50 | 62 | 73 | 67 | 62 | 64 | 66 | 57 | 60 | 67 | 71 | 71 |
| Lewis | 67 | 63 | 63 | 71 | 79 | 55 | 73 | 73 | 75 | 61 | 65 | 60 |
| Perryville | 54 | 50 | 52 | 67 | 62 | 67 | 76 | 89 | 85 | 86 | 85 | 81 |
| Phoenix | 72 | 63 | 67 | 75 | 94 | 77 | 75 | 82 | 100 | 83 | 100 | 70 |
| Tucson | 82 | 63 | 71 | 81 | 68 | 67 | 72 | 88 | 74 | 82 | 69 | 90 |

**PM 24** (Lewis): *Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant. [*Id*. Ex. 7 at 3; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 25 | 0 | 25 | 25 | 25 | 25 | 13 | 38 | 13 | 88 | 88 | 88 |

**PM 42** (Eyman, Florence, Lewis, Perryville): *A follow-up sick call encounter will occur within the timeframe specified by the Medical or Mental Health Provider.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at the institutions. [*Id.* Ex. 7 at 3; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 57 | 43 | 46 | 40 | 43 | 43 | 50 | 88 | 85 | 62 | 38 | 48 |
| Florence | 27 | 33 | 44 | 60 | 43 | 60 | 31 | 42 | 40 | 61 | 54 | 58 |
| Lewis | 85 | 50 | 82 | 89 | 96 | 100 | 44 | 65 | 88 | 88 | 89 | 81 |
| Perryville | 88 | 64 | 80 | 63 | 69 | 80 | 79 | 74 | 74 | 77 | 91 | 89 |

**PM 49** (Douglas, Eyman, Florence, Perryville, Phoenix, Tucson): *Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at the institutions. [*Id.* Ex. 7 at 4; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 14 | 29 | 20 | 0 | 73 | 80 | 88 | 100 | N/A | 90 | 94 | 100 |
| Eyman | 30 | 43 | 6 | 50 | 70 | 79 | 56 | 70 | 40 | 73 | 69 | 37 |
| Florence | 30 | 55 | 20 | 40 | 64 | 82 | 100 | 75 | 50 | 50 | 97 | 74 |
| Perryville | 11 | 16 | 77 | 44 | 64 | 96 | 100 | 97 | 100 | 100 | 100 | 100 |
| Phoenix | 20 | 67 | 50 | 60 | 55 | 60 | 82 | 100 | 75 | 100 | 100 | 80 |
| Tucson | 5 | 32 | 51 | 51 | 65 | 56 | 59 | 84 | 100 | 70 | 48 | 27 |

**PM 50** (Perryville): *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.*[1]

---

[1] The Court found Defendants substantially noncompliant with PM 50 at Florence on April 24, 2017. [Doc. 2030 at 2]

LEGAL136781485.1                                    -4-

1   This performance measure was discussed at the May mediation. Defendants have
2   conceded that they are substantially noncompliant. [Doc. 2055; Kendrick Decl. Ex. 7]
3   Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 93 | 67 | 79 | 63 | 52 | 71 | 90 | 68 | 100 | 86 | 93 | 100 |

**PM 51** (Douglas, Perryville, Yuma): *Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.*[2]

This performance measure was discussed at the May mediation. Defendants conceded that they are substantially noncompliant at the institutions. [Doc. 2055; Kendrick Decl. Ex. 7] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 87 | 77 | 74 | 42 | 63 | 77 | 68 | 83 | 100 | 92 | 96 | 97 |
| Perryville | 72 | 76 | 78 | 66 | 74 | 80 | 80 | 60 | 78 | 77 | 88 | 95 |
| Yuma | 89 | 67 | 74 | 66 | 82 | 84 | 81 | 83 | 86 | 78 | 88 | 95 |

**PM 52** (Eyman): *Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*[3]

This performance measure was discussed at the May mediation. Defendants conceded that they are substantially noncompliant at Eyman. [Doc. 2055; Kendrick Decl. Ex. 7] Defendants' performance for the past year is listed below:

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 76 | 69 | 64 | 58 | 70 | 72 | 70 | 76 | 32 | 31 | 56 | 55 |

**PM 55** (Eyman): *Disease management guidelines will be implemented for chronic diseases.*

---

[2] The Court found Defendants substantially noncompliant with PM 51 at Eyman, Florence, and Tucson on April 24, 2017. [Doc. 2030 at 2]
[3] The Court found Defendants substantially noncompliant with PM 52 at Florence, Perryville, and Tucson on April 24, 2017. [Doc. 2030 at 2]

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant at Eyman. [*Id*. Ex. 7 at 5; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|       | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|-------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Eyman | 66   | 88  | 86   | 84  | 76  | 74  | 72  | 52  | 62  | 68  | 58  | 50   |

**PM 67** (Lewis): *In an IPC, Registered Nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant.[4]  [*Id*. Ex. 7 at 5; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|       | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|-------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Lewis | 100  | 80  | 90   | 100 | 100 | 70  | 60  | 70  | 90  | 56  | 60  | 100  |

**PM 72** (Eyman): *Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP.*

This performance measure was discussed at the July mediation, and Defendants have conceded that they are substantially noncompliant. [*Id*. Ex. 7 at 5; Ex. 8 at 2] Defendants' performance for the past year is listed below:

|       | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|-------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Eyman | 91   | 50  | 55   | 53  | 7   | 29  | 30  | 80  | 92  | 33  | 75  | 96   |

**PM 91** (Phoenix): *MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily.*

---

[4] Alarmingly, Defendants' audit scores on this critical performance measure for the past year also reveal substantial noncompliance at Florence, Perryville, and Tucson IPCs. Plaintiffs sent Defendants a Notice of Noncompliance on August 28, 2017 regarding these institutions. [Kendrick Decl. Ex. 9 at 2]

|           | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|-----------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Florence  | 40   | 60   | 60  | 90   | 99  | 99  | 70  | 90  | 80  | 60  | 90  | 60  | 90   |
| Perryville| 70   | 30   | 63  | 80   | 100 | 100 | 57  | 100 | 100 | 100 | 71  | 100 | 60   |
| Tucson    | 50   | 60   | 70  | 90   | 100 | 99  | 80  | 80  | 20  | 20  | 40  | 0   | 0    |

This performance measure was discussed at the May mediation, and Defendants conceded they are substantially noncompliant. [Doc. 2055, *see also* Doc. 2041 at 59] Defendants' performance for the past year is listed below:

|         | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Phoenix | 100  | 100 | 100  | 33  | 0   | 89  | 60  | 33  | 100 | 92  | 50  | 90   |

**PM 94** (Phoenix, Yuma): *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.*[5]

This performance measure was discussed at the May mediation, and Defendants conceded they are substantially noncompliant. [Doc. 2055, *see also* Doc. 2041 at 59] Defendants' performance for the past year is listed below:

|         | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Phoenix | 100  | 80  | 90   | 69  | 13  | 60  | 13  | 60  | 73  | 87  | 87  | 93   |
| Yuma    | 90   | 100 | 100  | 98  | 67  | 73  | 87  | 100 | 100 | 100 | 80  | 73   |

**PM 97** (Phoenix): *A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.*

This performance measure was discussed at the May mediation, and Defendants conceded they are substantially noncompliant. [Doc. 2055, *see also* Doc. 2041 at 60] Defendants' performance for the past year is listed below:

|         | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Phoenix | N/A  | N/A | N/A  | 60  | 70  | 70  | 91  | 93  | 92  | 88  | 88  | 87   |

---

[5] The Court found Defendants substantially noncompliant with PM 94 at Eyman, Florence, and Tucson on October 7, 2016. [Doc. 1709 at 1] The Court subsequently found Defendants substantially noncompliant with PM 94 at Perryville on April 24, 2017. [Doc. 2030 at 2]

**PM 98** (Douglas): *Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0.*[6]

This performance measure was discussed at the May mediation, and Defendants conceded they are substantially noncompliant. [Doc. 2055, *see also* Doc. 2041 at 60] Defendants' performance for the past year is listed below:

|         | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Douglas | 100  | 80  | 80   | 50  | 55  | 78  | 100 | 86  | 100 | 100 | 75  | 90   |

## CONCLUSION

Plaintiffs respectfully request the Court find Defendants substantially noncompliant with the Performance Measures set forth above, order Defendants to develop appropriate remedial plans, and order any further relief that the Court deems necessary.

Respectfully submitted,

Dated: August 28, 2017

**PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
  Donald Specter (Cal. 83925)*
  Alison Hardy (Cal. 135966)*
  Sara Norman (Cal. 189536)*
  Corene Kendrick (Cal. 226642)*
  Rita K. Lomio (Cal. 254501)*
  1917 Fifth Street
  Berkeley, California 94710
  Telephone: (510) 280-2621
  Email:   dspecter@prisonlaw.com
       ahardy@prisonlaw.com
       snorman@prisonlaw.com
       ckendrick@prisonlaw.com
       rlomio@prisonlaw.com

*Admitted *pro hac vice*

---

[6] The Court found Defendants substantially noncompliant with PM 98 at Eyman, Florence, Lewis, and Winslow on May 20, 2016. [Doc. 1583 at 2]

|   |   |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
|   | Amy Fettig (D.C. 484883)** |
| 2 | Victoria Lopez (Ill. 6275388)* |
|   | **ACLU NATIONAL PRISON** |
| 3 | **PROJECT** |
|   | 915 15th Street N.W., 7th Floor |
| 4 | Washington, D.C. 20005 |
|   | Telephone:  (202) 548-6603 |
| 5 | Email:    dfathi@aclu.org |
|   |           afettig@aclu.org |
| 6 |           vlopez@aclu.org |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email:    jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina* |
| 7 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 8 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 9 | *themselves and all others similarly situated* |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | |
| 12 | By:   *s/ Maya Abela*<br>    Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202 |
| 14 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287 |
| 15 | Email:   skader@azdisabilitylaw.org<br>             adietrich@azdisabilitylaw.org |
| 16 | Rose A. Daly-Rooney (Bar No. 015690) |
| 17 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 18 | Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR** |
| 19 | **DISABILITY LAW**<br>177 North Church Avenue, Suite 800 |
| 20 | Tucson, Arizona 85701<br>Telephone: (520) 327-9547 |
| 21 | Email:<br>   rdalyrooney@azdisabilitylaw.org |
| 22 | jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org |
| 23 | mabela@azdisabilitylaw.org |
| 24 | *Attorneys for Arizona Center for Disability Law* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf