# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**[PROPOSED] ORDER** |

This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation, and finding good cause, hereby finds that Defendants are substantially noncompliant with regard to the following performance measures/institutions, as listed in Plaintiffs' Motion:

PM 6: Eyman

PM 12: Eyman, Florence

PM 15: Eyman, Florence, Lewis, Tucson

PM 20: Eyman, Florence, Lewis, Perryville, Phoenix, Tucson

PM 24: Lewis

PM 42: Eyman, Florence, Lewis, Perryville

PM 49: Douglas, Eyman, Florence, Perryville, Phoenix, Tucson

136782590.1

1         PM 50: Perryville

2         PM 51: Douglas, Perryville, Yuma

3         PM 52: Eyman

4         PM 55: Eyman

5         PM 67: Lewis

6         PM 72: Eyman

7         PM 91: Phoenix

8         PM 94: Phoenix, Yuma

9         PM 97: Phoenix

10        PM 98: Douglas

**IT IS THEREFORE ORDERED** that Defendants shall submit a proposed remediation plan for each performance measure/location within 14 days of this Order.