Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION** |

LEGAL136781930.1

1 | I, Corene Kendrick, declare:

2 | 1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as Exhibit 1 is a true and correct copy of a Notice of Substantial Noncompliance that I sent to Defendants on December 27, 2016.

3. Attached herein as Exhibit 2 is a true and correct copy of a Notice of Substantial Noncompliance that I sent to Defendants on January 31, 2017.

4. Attached herein as Exhibit 3 is a true and correct copy of Defendants' response to the December 2016 Notice, which was sent on January 26, 2017.

5. Attached herein as Exhibit 4 is a true and correct copy of Defendants' response to the January 2017 Notice, which was sent on March 2, 2017.

6. Attached herein as Exhibit 5 is a true and correct copy of a letter dated May 9, 2017, memorializing agreements from the May 2017 mediation.

7. Attached herein as Exhibit 6 is a true and correct copy of a Notice of Substantial Noncompliance that I sent to Defendants on March 27, 2017.

8. Attached herein as Exhibit 7 is a true and correct copy of Defendants' response to the March 2017 Notice, which was sent on May 1, 2017.

9. Attached herein as Exhibit 8 is a true and correct copy of a letter that I sent Defendants on June 6, 2017, regarding the parties' June 2, 2017 meet-and-confer.

10. Attached herein as Exhibit 9 is a true and correct copy of a Notice of Substantial Noncompliance that I sent to Defendants on August 28, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 28, 2017, in Berkeley, California.

                                                s/ Corene Kendrick
                                                Corene Kendrick


| | |
|---|---|
| **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:     dspecter@prisonlaw.com<br>                ahardy@prisonlaw.com<br>                snorman@prisonlaw.com<br>                ckendrick@prisonlaw.com<br>                rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Victoria Lopez (Ill. 6275388)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email:     dfathi@npp-aclu.org<br>                afettig@npp-aclu.org<br>                vlopez@aclu.org<br><br>*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice*<br><br>Kirstin T. Eidenbach (Bar No. 027341)<br>**EIDENBACH LAW, PLLC**<br>P. O. Box 91398<br>Tucson, Arizona 85752<br>Telephone:  (520) 477-1475<br>Email:     kirstin@eidenbachlaw.com<br><br>Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone:  (602) 351-8000<br>Email:     dbarr@perkinscoie.com<br>                agerlicher@perkinscoie.com<br>                jhgray@perkinscoie.com |

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
|   | Email:   kbrody@acluaz.org |
| 5 | Caroline Mitchell (Cal. 143124)* |
| 6 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 7 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 8 | Email:   cnmitchell@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | John Laurens Wilkes (Tex. 24053548)* |
|    | **JONES DAY** |
| 11 | 717 Texas Street |
|    | Houston, Texas 77002 |
| 12 | Telephone: (832) 239-3939 |
|    | Email:   jlwilkes@jonesday.com |
| 13 | *Admitted *pro hac vice* |
| 14 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 15 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 16 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 17 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 4 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 5 | adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone:  (520) 327-9547<br>Email: |
| 11 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 12 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 13 | |
| 14 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL136781930.1

-5-