Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE REGARDING PRODUCTION OF DOCUMENTS TO PLAINTIFFS IN RESPONSE TO COURT ORDER [DOC. 2249]** |

Defendants Charles Ryan and Richard Pratt, through counsel, submit the following Notice Regarding Production of Documents to Plaintiffs in response to the Court's August 24, 2017 Minute Entry [Dkt. 2249].

In accordance with the Order, Defendants have produced 289 documents (totaling 2,001 pages) to counsel for Plaintiffs on August 30, 2017.

Counsel for Defendants have not been able to complete full production of documents for the reasons set forth below.

On August 17, 2017, Counsel for Defendants requested that ADC collect all ESI from the custodians and time period identified in Plaintiffs' August 3, 2017 request containing the search terms Angela Ashworth (ADC #315041); Donna Scheid (ADC#310573); and, Ronald Oyenik (ADC#150480). Defendants agreed to conduct this initial search and agreed that Defendants' remaining objections would be decided by the Court during the August 24, 2017 telephonic hearing regarding various outstanding matters. This collection was completed late in the afternoon by ADC on Friday, August 18, 2017. It was received by undersigned counsel on Monday, August 21, 2017, at which point it was transmitted to Defendants' counsel's vendor for processing. It was processed and received back from the vendor late in the afternoon on Thursday, August 24, 2017. Three hundred thirty-four (334) emails and attachments were received. Upon review, it was discovered that the vendor had not de-duplicated this collection, and after de-duplication by MD5 hash values, 226 unique e-mail messages and attachments were received from this initial collection.

Following the Court's August 24, 2017 hearing, and in accordance with the Court's decision to overrule Defendants' objections to additional categories of discovery requested by Plaintiffs, counsel directed ADC to initiate the following ESI collection protocols, with the end-date being the date of the collection. All responsive e-mail families were to be collected, *i.e.,* if the search term appeared in any attachment or main message, the main message and all attachments would be provided.

  Protocol A:  All email communications, including attachments, sent on or after July 18, 2017 by or to (including as cc recipients): (1) Director Ryan; (2) Carson McWilliams; (3) Greg Lauchner; (4) Ernie Trujillo; or (5) Joe Profiri, which contain any of the terms "retaliation", "retaliate", "retaliated" or "retaliatory".

  Protocol B:  All e-mail communications, including attachments, sent on or after July 7, 2017 by or to (including as cc recipients):  (1) Director Ryan; (2) Carson McWilliams; (3) Greg Lauchner; (4) Ernie Trujillo; (5) Joe Profiri; (6) Norm Twyford; (7) Elizabeth Oros; or (8) Kim Currier which contain either the inmate name or ADC number for any of the following:

    Mark Blocksom (ADC #180634)
    Dominique Keys (ADC #150050)
    Irma Cerecedes (ADC #271898)
    Ranae Cottrell (ADC #316751)
    Tammy Garbutt (ADC#312221)
    Kisha Irvins (ADC#304906)
    Vangie Sears (ADC #295409)

  Protocol C:  All e-mail communications, including attachments, sent on or after July 7, 2017 by or to (including as cc recipients): (1) Jeff Van Winkle; (2) John Mattos; or (3) Kevin Curran which contain either the inmate name or ADC number for any of the following:

    Mark Blocksom (ADC #180634)
    Dominique Keys (ADC #150050)

  Protocol D:  All e-mail communications, including attachments, sent on or after July 7, 2017 by or to (including as cc recipients): (1) Sgt. R. Coleman; (2) COII H. Western; (3) Lt. C. Papworth; or (4) COIII M. Simmons which contain either the inmate name or ADC number for any of the following:

    Dominique Keys (ADC #150050)
    Irma Cerecedes (ADC #271898)

        Ranae Cottrell (ADC #316751)

        Tammy Garbutt (ADC#312221)

        Kisha Irvins (ADC#304906)

        Vangie Sears (ADC #295409)

On Friday, August 25, 2017, ADC noted that there were some errors in the specified protocol. Specifically, Plaintiffs listed the incorrect ADC number as a search term for two of the inmates, Tammy Garbutt and Irma Cerecedes. The searches were modified to use the correct ADC numbers for these class members.

Although ADC began the search for Protocol A on Friday, August 25, 2017, the search crashed and did not complete.

ADC cannot conduct multiple simultaneous searches. Each search protocol must be entered and run separately before the next search can be started. Additionally, ADC conducts network and system maintenance on the weekends and was not able to resume the collection until Monday, August 28, 2017.

When ADC restarted the search for Protocol A, it noted that it was getting a significantly larger results set than the partial collection on Friday. Upon further review, it was discovered there had been a data entry error in the original collection parameters.

In addition to only conducting single searches, the search collection is delayed because the ADC data collection software crawls through each e-mail message for a custodian to identify whether it contains any responsive search terms. The custodians that Plaintiffs specified, particularly for Director Ryan and Mr. McWilliams, are some of the largest mailboxes on the system. As a result, ADC was directed to run the searches specified in Protocols C and D before running the search for Protocol B.

At approximately 4:00 PM on Monday, August 28, 2017, ADC completed the collection for Protocols A, C, and D, and the raw data was sent to Defendants' counsel's outside vendor. One thousand two hundred seventeen (1,217) e-mails and attachments were collected. After de-duplication among itself and against the first collection, 766 files were returned by the vendor at approximately 1:30 PM on Tuesday, August 29, 2017.

At approximately 10:15 AM on Tuesday, August 29, 2017, ADC completed the collection for Protocol B, which was sent to our outside vendor. Three hundred sixty-eight (368) emails and attachments were collected. After de-duplication among itself and against the first and second collections, 139 additional files were returned by the vendor at approximately 4:15 PM on Tuesday, August 29, 2017.

In response to Plaintiffs' request, Defendants have collected a total of 1,114 e-mails and attachments for review and potential production.

Counsel have been diligently reviewing the documents received as they have arrived from the vendor. However, it is noted that Plaintiffs' counsel failed to specify any search terms for their request for "All written communications to or from Director Ryan, Carson McWilliams, Greg Lauchner, Ernie Trujillo, or Joe Profiri, dated July 18, 2017 to the present, regarding Plaintiffs' Notice to the Court Regarding Harassment and Retaliation Against Class Member Witnesses (Doc. 2190) and the allegations contained therein, including, but not limited to, any response to Director Ryan's July 27, 2017 e-mail (Doc. 2222-1 at 8)". It has become apparent that the search terms developed by Defendants' counsel for Protocol A are insufficient and overbroad, which requires a comprehensive document-by-document review to determine whether or not any e-mail family which contains any variation of the term "retaliate" in fact relates to Plaintiffs' Notice to the Court, the allegations in Plaintiffs' notice, and any response to Director Ryan's e-mail.

Additionally, given the nature of the subject of this collection, a significant percent of the e-mails are in fact to or from the ADC General Counsel or Defendants' counsel in this matter who have entered an appearance on behalf of the Defendants. And, as such, must be analyzed and privilege logged.

Of the 1,289 documents collected, Defendants have produced 289 documents; identified 162 documents collected as being non-responsive; identified 108 documents as identical duplicates; and identified 248 documents as likely being privileged. Defendants will continue their review of the remaining 482 documents and will produce them on a

rolling basis, daily, until complete. Defendants will notify the Court upon completion of the full production as well as the need, if any, of in camera review of any portion of the production (none to date).

DATED this 30th day of August 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Rachel Love
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Jacob B. Lee
   Kevin R. Hanger
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

7