

FILED
LODGED
Aug 29 2017
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Jonathan m. Ploof, ADC 194745
ASPC-Eyman-Meadows unit
P.O. Box 3300
Florence, AZ 85132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, ET AL<br>Plaintiffs<br>v.<br>Charles L. Ryan, ET, AL<br>Defendants | No: CV-12-0601-PHX-DKD<br><br>Classmembers Notice of Performance measure's 49 and 51 Violations. request for independant Settlement. |

Classmember Jonathan M. Ploof ADC 194745 NoTiFies This Court That as of August 28, 2017 the defendants and their Contracted health services vendor remain in substantial NoN-Compliance pursuant to the Bargained for stipulation @ Exhibit B PM.s 49 and 51, (Doc 1185).

Relevant History

1) This Classmember is an inmate currently housed At the meadows unit, Eyman Complex, in Florence Arizona.

2) This Classmember is entirely dependant on the defendants and their Contracted Vendor Corizon for All Hi's health Care, (Doc 1185 @ 3),

3) The defendants and their Contracted health Services Vendor have failed to Comply With substantive Provisions including But Not limited to (Doc 1185 @ II, A. Health Care Number's 7, and 8 and Performance Measures 49 & 51,)

4) P.M. 51 "Routine specialty Consultations Will be Scheduled and Completed Within 60 Calendar days of the Consultation being requested by the Provider,"

5) P.M. 49 "Patients for Whom a Provider's request for Specialty Services is denied are told of the denial by a Medical Provider at the Patient's Next Scheduled appointment, No more than 30 days after the denial, and the Provider documents in the Patients Medical record the Provider's follow-up to the denial,"

6) As the Court has repeatedly explained on the record, the Stipulation was Not a Promise to meet a Sampling benchmark. it was a Promise to Provide the Contracted Service to every inmate, stating "The benchmark is the Canary in the Coal mine, (Doc 2179) the benchmark of Care is defined in the agreement as "The standard of Community Care" (Doc 1185 @ 8).

7) failures to satisfy Performance measure 51.

a) Class member Has a Known History of Pain and disfunction attributed to Left Knee meniscus Tear. as Noted at #12 "Patient's Active Health Problems". MRI Reports Confirm as follows:

Impression:

1. Full-thickness tear of the Posterior horn of the medial meniscus, as seen on the gradient echo images,
2. Intrameniscal signal abnormalities of the anterior and Posterior horn's. of the lateral meniscus, Possible Partial to Full-thickness tear of the Posterior Horn of the lateral meniscus.
3. Intact ligaments and tendons.
4. No malalignment.
5. Small left Knee Joint effusion, No marrow edema,

b) Requested medical treatment HNR 4/18/2017

"Please schedule an appointment with the Provider for Chronic Pain Management L-Knee, I would like to revisit the Planned SYNVisc inJections, develope and discuss a short term and long term treatment Plan, the ATP of Home Exercise Program Has Not helPed, FHA M. Johnson advised me inJections were approved on 2/11/2017,"

c) Health Services ENcounter on 4/25/2017 Dr. Barker Noted his finding including L-Knee Pain and R-Hip Pain, Patient was advised X Rays will be taken and ibuprofen Prescribed despite Clear risks Known to Dr. Barker and No other treatment available. a follow-up Provider appt was ordered for 5/5/2017,

d) Health services ENcounter Follow-UP 5/2/2017 Assessment Notes: "Patient has had Physical therapy, Homecare therapy, nonsteroidals, and still Complains of medial meniscus left Knee Pain, He requests Synvisc injections which have Been requested before.

1. Plan: "Consult to get Synvisc injections in the Left Knee"
2. Consultation request: "off-site Clinic" "orthopedics" "Priority Routine" "Clinical Coordinator Initiated";

e) Status request for off-site Consultation Via HNR of 5/23/2017, States:

"on 5/2/2017 Dr. Barker stated He was submitting a request for L-Knee Synvisc injections to treat Severe Pain,"

1) was a request Completed on 5/2/2017 - ?
2) Has the request Been sent to U/M - ? what is the status ?

HNR responce From ADON-RN Phillis Raney 5/24/2017, "it Was Placed for Consult on 5/2/2017," this is the trigger date for P.M 51,

f) HNR requesting the status of treatment 7/17/2017,:

"What is the Status of treatment for L-Knee Pain, off-site Consult submitted on 5/2/2017 - orthoPedics for injections, ?

Responce Dated 7/17/2017 from ADON T. Gualco, RN:

"off site for orthoPedic surgen APProved 7/13/2017 APPt is being Scheduled,"

= 11 days Beyond the required 60 Calendar day mandate, P.M. 51.

g)

HNR of 8/6/2017 or 97 Calendar days after the Provider's request Pursuant to P.M. 51 request for treatment:

"is my off-site Consult With orthoPedics APProved - ?"

(see Pm's 49, 50, 51, 53 and HNR of 5/23/17)

New responce from RN, Pam Gertz:

"Status shows - referred to um team for review" 8/6/17, 0900

8) Date Calculations for Performance measure 51.

under its Plain language, P.M. 51 aPPlies to Prisoners

That are referred by a Provider to receive "routine Specialty Consultation off-site within 60 Calendar days of the Providers Consult request,"

There fore in this Case the defendants and their Contract Health services Provider were required to schedule and Complete the requested off-site Consult on or before June 30, 2017, P.M. 51 Provides 60 Calender days to be Scheduled and Completed,

NON-Compliant days Would Be from June 30, 2017 and untill Compliant and in this Case at this date that Calculates to over 58 Days as of 8/28/2017 NON-Compliant,

9) Date Calculations for Performance Measure 49

assuming arguendo that the defendants or their Contract Provider attempt to allege that the request for off-site Consult submitted on 5/2/2017 Was denied some time Prior to the required "60 day Completion date of 6/30/2017." This Can not be supported in lite of the record of HNR of 7/17/2017 @ f and ADON T. Gualco's statements on the record, None the less the defendants Did Not Comply With the requirements of

P.M. 49, under its Plain language P.M. 49 requires that if a Consult request is denied, the Provider Shall inform the Patient/inmate, No More than 30 days after the denial, However MY Consult was Not Completed Persuant to P.M. 51 Nor Was it denied or Notice Provided Pursuant to P.M. 49 it is Safe to say Each P.M. is in Violation of Compliance orders. P.M. 49 Would have required-documented Notice of a denial on or before July 30, 2017 However as stated herein @ 9) this Classmember received Notice on an HNR- 8/6/2017 the "Status shows - to um team".

10) The Court has made Clear that the Court must take measures to ensure Defendants Provide the bargained for benefit to each and every inmate, further Stating Defendants have been Provided over two Years to try all of their Proposed Solutions, Nothing has worked, Now this Court must find a way to Compel the necessary remedial action, referencing Doc 2179,

11) Request for fines

The defendants and their Contact Provider Corizon have Made the decision to Pay fines instead of Paying for staffing and or Care as in this Case.

This Classmember has Presented Clear and Convincing statements of facts obtainedfrom documentary evidence. the defendants and their Contract Provider Corizon Have no intention of Providing required Care to this Classmember in this matter and No fear of fines.

This Classmember request the Court to impose a $1,000.00 Per day fine for each day after June 30, 2017 and untill defendants satisfy Performance measure 51.

Classmember further Notices that it would be Proper for the Court to direct the defendants to Provide Payment directly to this Classmember untill Corizon meets the addressed health Care Performance measures and Provides treatment.

Submitted this 29th day of August, 2017 BY:
Classmember Jonathan m.Ploof, Signed Jonathan m Ploof

Declaration

I Declare under Penalty of Perjury the foregoing is true and Correct to the best of my Ability and that this document was delivered on August 29, 2017 to Prison staff for Electronic filing and Distribution to Counsel of record in this Above titled Matter. Classmember Jonathan m. Ploof, Jonathan m Ploof

EXHIBIT A

2:12-CV-00601-PHX-DKD

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Ploof Jonathan m | 194745 | Eyman | 8/28/2017 |

| TO | LOCATION |
|---|---|
| RE: 2:12-CV-00601-PHX-DKD<br>C/O III Francisco & Corizon AFHA | Eyman-Meadows-6-A-B-office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Notice of Claim

on 5/2/2017, Dr. Robert D. Barker after Evaluation Completed a "Routine" Consult request for orthopedics, The records Show "Clinical Coordinator initiated" with orders review and forwarded to the ADON BY Jens Ruehrup @ 3:30:47 on 5/3/17.

I Have Not received treatment for severe Pain in Violation of Performance measures 49 and 51, (see HNR's of 4/18, 5/23, 7/17, and 8/16/2017). "off site for orthopedic surgeon approved, Appointment is being scheduled" RN supervisor ADON T. Gualco, 7/17/2017

Pursuant to Parsons V. Ryan, et AL and Court orders defendants and Corizon are required to follow the Stipulation, (Doc 1185 @ #7-8-Exhibit B.)

P.M. 51, mandates: "Routine Specialty Consults will be scheduled and Completed within 60 Calendar days of the Consult being requested by the Provider."

my Consultation and treatment is NOW over 60 days Past due in Violation of P.M. 51, The united States district Court Made Clear Such Violations Shall Cause a $1,000.00 Per day Fine After the expiration of the time frames detailed in Each P.M. (Doc 2124, 2179). We are Now at 60 days beyond Expiration date

I will Accept full Payment in the Amount of $60,000.00 to settle this Claim if I am Paid in full within 30 days of this date.

C.C. E-filed-USDC 2:12-CV-00601-PHX-DKD
Rita lomio Attorney for Plaintiff
J. Scott King Counsel for Corizon, Brentwood TN

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jonathan m Ploof | 8/28/2017 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: RN, P. Gertz & HNR's of Record

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14