P.O Box 5000
Florence Az 85132

Walter Jordan
078789

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 29 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Courts
District of Arizona

| | |
|---|---|
| Victor Parsons | NO: CIV12-0601 DKD |
| vs | Notice of Impending Death |
| Charles Ryan | |

ADOC And Corizon Delayed Treating my Cancer. Now because of there Delay, I may be luckey to be alive for 30 Days. The delayed treatment they gave me is causing memory loss, Pain. Too many inmates in East Unit have the same issue (Withers, Jensen, Figueroa, Tripati, Ortiz, Thrasher, Richards etc. All these are inmates denied treatment by Corizon among others and all falling, yelling, Screaming of Pain.

Walter Jordan
078789