| AO 435 AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts TRANSCRIPT ORDER | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME David C. Fathi | 2. PHONE NUMBER 202-393-4930 | 3. DATE August 31, 2017 |
|---|---|---|

| 4. FIRM NAME ACLU National Prison Project |
|---|

| 5. MAILING ADDRESS 915 15th Street N.W., 7th Floor | 6. CITY Washington | 7. STATE DC | 8. ZIP CODE 20005 |
|---|---|---|---|

| 9. CASE NUMBER 12-cv-00601 | 10. JUDGE Hon. David K. Duncan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 08-18-17 | 12. 08-24-17 |

| 13. CASE NAME Parsons, et al. v. Ryan, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Telephonic Hearing | August 18, 2017 |
| ☐ BAIL HEARING | | Telephonic Hearing | August 24, 2017 |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☑ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS dfathi@aclu.org |
|---|---|
| 19. SIGNATURE /s/ David C. Fathi | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE August 31, 2017 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY