1   Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5   *Swartz, Sonia Rodriguez, Christina Verduzco,*
    *Jackie Thomas, Jeremy Smith, Robert Gamez,*
6   *Maryanne Chisholm, Desiree Licci, Joseph*
    *Hefner, Joshua Polson, and Charlotte Wells, on*
7   *behalf of themselves and all others similarly*
    *situated*
8   **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
9

10                  UNITED STATES DISTRICT COURT

11                      DISTRICT OF ARIZONA

12  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
13  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **PLAINTIFFS' MOTION FOR**
14  Hefner; Joshua Polson; and Charlotte Wells, on     **LEAVE TO EXCEED PAGE**
    behalf of themselves and all others similarly      **LIMITS**
15  situated; and Arizona Center for Disability Law,

16                        Plaintiffs,

17         v.

18  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
19  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
20  capacities,

21                        Defendants.

22

23

24

25

26

27

28

LEGAL136780377.1

1      Pursuant to Local Rule of Civil Procedure 7.2(e)(1), Plaintiffs seek this Court's

2   permission to exceed the 17-page limitation applicable to motions and accept the filing of

3   Plaintiffs' 23-page Motion for Attorneys' Fees and Costs.  The extra pages are necessary

4   because of the complexity and fact-intensive nature of the issues involved.  Additionally,

5   Plaintiffs' motion covers approximately 18 months of intensive enforcement activity into

6   one motion rather than a series of motions.  Plaintiffs' counsel has made all efforts to

7   reduce the size of their Motion, but the extra pages are necessary to fully present their

8   arguments and demonstrate the facts at issue.  Plaintiffs' proposed filing is submitted with

9   this motion.

10   Dated:  August 31, 2017                    **ACLU NATIONAL PRISON PROJECT**

11

12                                             By:   s/ Amy Fettig
                                                  David C. Fathi (Wash. 24893)*
                                                  Amy Fettig (D.C. 484883)**
13                                                Victoria Lopez (Ill. 6275388)*
                                                  915 15th Street N.W., 7th Floor
14                                                Washington, D.C. 20005
                                                  Telephone:  (202) 548-6603
15                                                Email:    dfathi@aclu.org
                                                            afettig@aclu.org
16                                                          vlopez@aclu.org

17                                                *Admitted *pro hac vice*.  Not admitted
                                                   in DC; practice limited to federal
18                                                 courts.
                                                  **Admitted *pro hac vice*
19
                                                  Donald Specter (Cal. 83925)*
20                                                Alison Hardy (Cal. 135966)*
                                                  Sara Norman (Cal. 189536)*
21                                                Corene Kendrick (Cal. 226642)*
                                                  Rita K. Lomio (Cal. 254501)*
22                                                **PRISON LAW OFFICE**
                                                  1917 Fifth Street
23                                                Berkeley, California 94710
                                                  Telephone:  (510) 280-2621
24                                                Email:    dspecter@prisonlaw.com
                                                            ahardy@prisonlaw.com
25                                                          snorman@prisonlaw.com
                                                            ckendrick@prisonlaw.com
26                                                          rlomio@prisonlaw.com

27                                                *Admitted *pro hac vice*

28

LEGAL136780377.1

1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)

2

John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**

3

2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

4

Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com

5

agerlicher@perkinscoie.com
jhgray@perkinscoie.com

6

7

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**

8

3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

9

Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

10

11

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398

12

Tucson, Arizona 85752
Telephone:  (520) 477-1475

13

Email:     kirstin@eidenbachlaw.com

14

Caroline Mitchell (Cal. 143124)*
**JONES DAY**

15

555 California Street, 26th Floor
San Francisco, California 94104

16

Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

17

*Admitted *pro hac vice*

18

19

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**

20

717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939

21

Email:     jlwilkes@jonesday.com

22

*Admitted *pro hac vice*

23

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina*

24

*Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;*

25

*Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of*

26

*themselves and all others similarly situated*

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 31, 2017, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

10

11

12

13

14

15

16

*Attorneys for Defendants*

17

18

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

19

20

21

22

23

24

25

*Attorneys for Plaintiff Arizona Center for Disability Law*

26

27

s/ D. Freouf

28

LEGAL136780377.1                    -3-