Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF LARRY HAMMOND** |

LEGAL136811197.1

Larry A. Hammond, being duly sworn, deposes and says as follows:

1. My name is Larry A. Hammond. I am a member of the Bar of the State of Arizona (1975). I am a graduate of the University of Texas School of Law (1970), and I am also a member of the law firm of Osborn Maledon, P.A. A copy of my resume is attached as Exhibit A. I have practiced in the fields of criminal defense and civil litigation for almost all of my career. I have also been frequently engaged in civil rights litigation in the context of prisoner rights in the State of Arizona.

2. I have been asked to provide this Declaration in connection with an application for the award of attorneys' fees and costs in the *Parsons v. Ryan* litigation against the Arizona Department of Corrections. I will briefly summarize my relevant background and then will offer my opinions.

3. I began representing, in one capacity or another, inmates incarcerated in the Department of Corrections in 1981. Since that time, virtually without exception, I have always had and communicated with clients incarcerated within the Arizona Department of Corrections.

4. From 1998 to the present, I have served as the President of the Arizona Justice Project. That Project is a non-profit organization created to assist Arizona inmates who have significant claims of actual innocence or manifest injustice. I was one of the founders of this Project, which is now the 5th oldest of America's innocence projects. As a result of my association with this Project, I have communicated with thousands of Arizona's inmates. Those communications usually deal with questions surrounding their convictions and sentences. Quite frequently, however, our Project's communications with inmates caused us to become aware of, and sometimes involved with, inmates' healthcare needs and conditions of confinement in the Arizona Department of Corrections. The Project's website is www.Azjusticeproject.org.

5. In the mid-1990s, I was asked to serve as lead counsel on behalf of inmates in the Arizona State prison system who had serious concerns about their safety and security. We served as lead counsel for a class action brought on behalf of all DOC

LEGAL136811197.1

1  protective segregation inmates. That litigation included two trials conducted under seal in
2  the United States District Court for the District of Arizona. As a result of the successful
3  resolution of that case, counsel sought an award of fees as limited by the Prison Litigation
4  Reform Act. A summary of the litigation can be found in an article jointly authored by
5  the participants in that case: Debbie A. Hill, Larry Hammond, and Bruce Skolnik,
6  *Effective Post-PLRA Settlement Models: A Case Study of Arizona's Protective Segregation
7  Lawsuit*, 24 Pace L. Rev. 743 (2004).

8        6.    My law firm, Osborn Maledon, P.A., and I also served as co-counsel with
9  the American Civil Liberties Union of Arizona (ACLU) and its National Prison Project on
10 behalf of individuals detained in the Maricopa County, Arizona, jails. That case, *Graves
11 v. Arpaio*, U.S.D.C.-D.AZ, Case No. 2:77-cv-00479-NVW, resulted in extensive and
12 time-consuming litigation and a trial to the United States District Court. As a result of
13 that litigation, an order of compliance was entered into and has resulted in periodic
14 enforcement proceedings over a decade following that litigation.

15       7.    In recent years, I have frequently consulted with counsel to the plaintiffs in
16 the *Parsons* litigation. I have often observed the continued difficulties encountered by
17 counsel and the extraordinary commitments of time necessary to assure DOC and its
18 healthcare contractors comply with the terms of the Settlement.

19       8.    I have been asked to address the question whether the limited fees available
20 to counsel in prisoner rights cases, without enhancement, are sufficient to induce attorneys
21 to accept and litigate these difficult cases.

22       9.    I have no doubt that it is indeed very difficult if not impossible to persuade
23 competent lawyers to undertake the extraordinary time commitments and to incur the
24 expenses necessary to litigate these cases. It is also extremely difficult to identify counsel
25 able to participate in extended litigation surrounding compliance with the terms of
26 settlement agreements.

10. Without the services of the ACLU and its National Prison Project, and the Prison Law Office, I do not believe that cases of this type could be successfully litigated in the District of Arizona.

11. The PLRA hourly rate is simply not sufficient to induce competent lawyers to accept appointment in even the most meritorious prison-related civil rights cases against the Arizona Department of Corrections.

12. It is important to keep in mind that civil rights litigation of this type involves complex factual and procedural issues, and is certainly on a par with the most complicated civil litigation likely to be found in Arizona's federal courts. Lawyers who participate in civil litigation in federal court in this State routinely charge hourly rates well in excess of $500.00 per hour. It is simply unreasonable to think that very competent civil litigators would be willing to undertake litigation at rates of less than half of what might be expected in other civil litigation. This is so particularly in light of the fact that payment is contingent and even when litigation is successful the time to payment is often significantly delayed.

13. In my capacity as President of the Arizona Justice Project, I have often solicited lawyers and law firms to undertake substantial state court post-conviction and federal habeas corpus cases on a *pro bono* or much reduced fee basis. It is always a challenge to find lawyers who can undertake the limited investment of time and out-of-pocket expenses necessary to the litigation of these cases. Although demanding and time consuming, these cases rarely equate to the exponentially more demanding requirements of prisoner rights cases.

14. In my experience it is virtually impossible to find private lawyers who will undertake long-term commitments to civil rights litigation in the prison context.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August, 2017.

*Larry A. Hammond* (signature)
Larry A. Hammond

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Victoria Lopez (Ill. 6275388)* |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email: dfathi@aclu.org |
| 6 | | afettig@aclu.org |
| | | vlopez@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

LEGAL136811197.1

-4-

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on August 31, 2017, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf

LEGAL136811197.1                            -6-