# EXHIBIT A



## Larry A. Hammond
Phone: (602) 640-9361 | Email: lhammond@omlaw.com

Larry Hammond is the most senior member of the Firm's investigations and criminal defense group. Larry's practice, for many years, has focused primarily on criminal defense – both white collar and general criminal representation. He has also been extensively involved in complex civil litigation.

Larry came to the predecessor of this Firm in 1974, after clerkships on the United States Court of Appeals for the District of Columbia, two Supreme Court Clerkships (for Justice Hugo L. Black and Lewis F. Powell, Jr.), and after serving as Assistant Watergate Special Prosecutor. Shortly after his arrival in Arizona, however, he left and spent the next four years as the First Deputy Assistant Attorney General in the Office of Legal Counsel at the Department of Justice. At the end of the Carter Administration, he returned to Osborn Maledon and has remained here since.

Larry is often known best for his work in very high profile criminal cases, including his extensive work on behalf of the indigent defense community. He is a founder of the Arizona Justice Project, serving as its President for 17 years. He also helped found the Arizona Capital Representation Project to assist inmates charged or convicted of capital crimes, and has served as the Chair of the State Bar's Indigent Defense Task Force since its creation 20 years ago. He also served as President of the American Judicature Society – an organization devoted to improving the administration of justice in America.



2929 North Central Avenue
Twenty-First Floor
Phoenix, AZ 85012-2793

Over his career, Larry has tried many cases – both civil and criminal. He was inducted into the American College of Trial Lawyers in 2013. In that same year, he received the highest career litigation award given by the American Bar Association. When asked about other awards he has received, Larry has often said that he takes the greatest pleasure from his receipt in 1980 of the Department of Justice's Exceptional Service Award – the highest award given by the Justice Department – an award presented to him by then Attorney General Benjamin J. Civiletti.

"Larry Hammond is praised as *"top-shelf, among the best in Arizona and excellent to work with"* and *"one of the deans of the white-collar Bar in Arizona."* Clients describe him as *"experienced, knowledgeable and brilliant.""* - Chambers USA 2017

Larry takes special pleasure in working with the extraordinary team of lawyers and professionals in Osborn Maledon's investigation and criminal defense practice.

### Education
- J.D., University of Texas, 1970; *Texas Law Review*, Editor-in-Chief, 1969-1970; Order of the Coif
- B.A., University of Texas, 1967

### Bar Admissions
- Arizona, 1975
- California, 1971

### Court Admissions
- U.S. Court of Appeals, Tenth Circuit, 2004
- U.S. Court of Appeals, Ninth Circuit, 1984
- U.S. Court of Appeals, Sixth Circuit, 1984
- U.S. Supreme Court, 1977
- Arizona Supreme Court, 1975
- California Supreme Court, 1971

### Clerkships
- U.S. Supreme Court, Justice Lewis F. Powell, Jr., 1971 - 1973
- U.S. Supreme Court, Justice Hugo L. Black, 1971

© Copyright Osborn Maledon, P.A., All Rights Reserved



- U.S. Court of Appeals, District of Columbia Circuit, Judge Carl McGowan, 1970 - 1971

## Practice Areas
- Commercial Litigation
- False Claims Act Defense
- Internal Investigations
- Investigations and Criminal Defense

## Representative Matters
- Representation of publically traded financial services company, resulting in a high profile settlement and a long-term monitorship.
- Representation and trial on behalf of a large mortgage insurance company wrongfully accused of fraud.
- Representation and trial on behalf of a large telecommunications company accused of anti-trust violations.
- Representation of healthcare providers accused of False Claims Act violations.
- Representation and successful resolution of antitrust claims brought against the PGA Tour.
- Representation at request of United States District Court of all Arizona inmates in Protective Segregation. The ultimate resolution (after two sealed) led to the creation of a model system to protect at-risk inmates.
- Jury trials in three Arizona death penalty cases.
- Served as lead counsel in nine federal death penalty cases in Arizona, New Mexico and California.
- Proposed and assisting in successfully amending the Arizona Ethical Rules to require prosecutorial disclosure of exculpatory evidence in all criminal cases.
- Representation at the request of the United States Marshall Service of a person released under the Federal Witness Protection Program.
- Representation of all Black elementary school children in the *Tucson School Desegregation* case. The Order in that case is still in place today.

## Awards & Recognition
- *American Inns of Court Professionalism Award for the Ninth Circuit*, 2015
- *International Who's Who of Business Lawyers*, Business Crime Defense, 2015
- Arizona Business Magazine, Top 100 Lawyers in Arizona, 2015
- Phoenix *Best Lawyers®*, Criminal Defense: White-Collar Lawyer of the Year, 2013
- *John Minor Wisdom Public Service and Professionalism Award, 2013.*
- *Arizona State Bar Tom Karas Criminal Justice Award, 2013.*
- *Arizona State University Sandra Day O'Connor College of Law Justice for All Award, 2013.*
- *Order of the Samaritan for Public Service and Criminal Justice*, University of Alabama School of Law, March 2011
- *The International Who's Who of Business Crime Defense Lawyers*, 2011
- Career Service Award from the Southern Poverty Law Center - Morris Dees Justice Award, 2010
- Larry Hammond Endowed Criminal Law Scholarship at the James R. Rogers College of Law at the University of Arizona, established in 2008
- Justice Award, The American Judicature Society, 2008
- John Flynn Award, Arizona Attorneys for Criminal Justice, 2008
- Maricopa County Hall of Fame, 2008
- Distinguished Honorary Alumnus Award, University of Arizona Law School, May, 2004
- Judge Learned Hand Award for Community Service, Arizona Chapter of American Jewish Committee, March, 2003
- Arizona State Bar Foundation Walter E. Craig Award for Career Service, 2001
- President's Commendation, Arizona Attorneys for Criminal Justice, January, 1997 and 1999
- Civil Libertarian of the Year, Arizona Civil Liberties Union, 1993, 2000
- Pro Bono Service Award, State Bar of Arizona, 1991
- Exceptional Service Award, U.S. Justice Department, 1980
- Federal Younger Lawyer of the Year, 1980
- Chambers USA, *America's Leading Lawyers for Business*, Litigation: White-Collar Crime & Government Investigations, 2004-2017
- *The Best Lawyers in America®*, Appellate Law, Bet-the-Company Litigation, Commercial Litigation, White-Collar Criminal Defense, 1995-



2017
- Best of the Bar, *Business Journal*, Pro Bono, 2005
- *Southwest Super Lawyers*, Top 50 Arizona Attorneys, 2007-2010, 2014-2015
- *Southwest Super Lawyers*, Criminal Defense: White Collar, 2007-2017
- *Arizona's Finest Lawyers*

## Professional Activities

- American College of Trial Lawyers, Fellow, 2011
- American Judicature Society, President and member of Executive Committee, 2003-2005, Board of Directors, 1995-2007, Criminal Justice Reform Committee, Chair 1992-2014
- Arizona Attorneys for Criminal Justice, Justice Project President, 1998-present
- American Bar Association, Biological Evidence Task Force, 2003-2005
- American Bar Association, Task Force on War Crimes in the Former Yugoslavia, 1993-1995
- Arizona Capital Representation Project, of Directors, 1988-present, Vice President, 1988-present
- Arizona State Bar Association, Indigent Defense Task Force, 1995-present
- Human Rights First, Lawyer Steering Committee (formerly known as the Lawyers' Committee for Human Rights)
- Elon University College of Law (Visiting Professor; Advanced Criminal Procedure) 2008
- Sandra Day O'Connor College of Law at Arizona State University (Adjunct Professor of Law:  Advanced Criminal Procedure, Death Penalty, Presidential Powers,  Advanced Civil Discovery, and Ethics)
- University of Arizona College of Law (Adjunct Professor of Law:  Presidential Powers), 1995
- Arizona State University Undergraduate School (Guest Faculty Member:  Death Penalty, Practicum re: The Justice Project)
- Birmingham City University, School of Law, United Kingdom, (Visiting Professor; Center for American Legal Studies)
- St. John's College, Santa Fe, New Mexico (Tutor:  Seventeenth Century Literature - 1983)
- University of New Mexico School of Law (Trial Practice - 1983)

## Publications

- Solitary Confinement in Need of Review
  Arizona Attorney, April 2016
- Arizona Justice Project founder Larry A. Hammond speaks about the cases that have "gut-hooked" him
  Southwest Super Lawyers, May 2014
- Sentence Must be Fair: Death-Penalty Defendants Need Competent Attorneys
  The Arizona Republic, May 2012
- Capital Case Crisis in Maricopa County, Arizona: A response from the Defense
  Judicature, March 2012
- Innocent Until Interrogated
  Law Journal for Social Justice, May 2011
- Why Should You Oppose the Death Penalty?
  The Arizona Republic, April 2011
- John Sears, John J. Flynn Lifetime Achievement Award 2011
  The Defender, April 2011
- Opinion: What Did Jeffrey Landrigan's Execution Teach Us About Respect?
  Maricopa Lawyer, November 2010
- Protecting Moscow from the Soviets -- Book Review
  Experience, 2009
- Napolitano will Defend State Death Penalty Law before Supreme Court
  The Arizona Republic, April 2002
- Arizona's Crisis in Indigent Capital Representation



Arizona Attorney, March 1998
- New Rules on Indigent Representation
  Arizona Attorney, February 1997
- Rethinking Arizona's System of Indigent Representation
  Arizona Attorney, October 1996

- Opinion, *Ariz. case to test rights of convicted in Supreme Court*, The Arizona Republic, October 4, 2011
- Viewpoint, *The failure of forensic science reform in Arizona*, Judicature, May-June 2010
- *Sotomayor is Newest Face in a Long Line of Heroes*, The Arizona Republic, August 10, 2009 (author)
- Editorial for Judicature, *Setting Forensic Science on a New Path*, March-April 2009 (unsigned editorial co-authored with Dr. Barry Fisher of the Los Angeles County Crime Laboratory)
- *Counsel for The Indigent Accused in Death Penalty Cases*, The Defender (Winter 2006), co-author
- Presentation: Speech to the Harris County Bar *The Landscape of Criminal Justice: Texas and Beyond*, May 21, 2004
- Justice Project Editorial, *Why Gideon Mattered to Hugo Black*, The Champion, January/February 2003 (reprinted in The Defender, April 2003)
- Editorial, *Justice Project: 5 Year Report*, The Defender, January 2003
- Editorial, *Restoring Confidence in the Criminal Justice System*, Judicature, 2002 (unsigned)
- *Justice Project: Status Report and Update*, The Defender, July 2002
- *Scrutiny a Must in Criminal Cases*, The Arizona Republic, January 2002 (Co-author)
- *Capital Punishment in Arizona and The "New" Death Penalty Debate,* The Defender, June 2001 (Co-author)
- *Popular Culture and The Death Penalty*, The Defender, July 2000 (Co-author)
- *Aiding the Incarcerated*, Litigation Magazine, Winter 2000 (Co-author)
- *Aryan Brother's legacy is safer prison system*, The Arizona Republic, February 6, 2000 (Co-author)
- *The Justice Project: Y2 OK!*, The Defender, January 2000 (Co-author)
- *Worldwide Concern: We Should Offer Global Support to Those Fighting for Human Rights Anywhere*, Arizona Journal, August 9, 1999 (Co-author)
- Editorial on Felony Murder: *Bad Law Needs Reining in for Sake of Fairness*, Arizona Republic, May 14, 1999
- *May God Have Mercy: A True Story of Crime and Punishment*, Judicature, November-December 1998
- *U.S. Has Everything to Gain From an International Criminal Court*, Nov. 9, 1998 Arizona Journal (reprinted in the Colorado Journal, Nevada Journal, and Washington Journal)
- *Prisons Lack Commitment to Safety*, Arizona Republic, April 12, 1998 (Co-author)
- *Observations on the Mock Impeachment Trial of Abraham Lincoln*, 40 Ariz.L.Rev. 351 (1998)
- Editorial on Capital Execution: *Jose Ceja Didn't Deserve to Die*, Arizona Republic, January 25, 1998