1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10  Hefner; Joshua Polson; and Charlotte Wells, on       **EXTENSION OF TIME FOR**
    behalf of themselves and all others similarly        **PLAINTIFFS TO FILE**
11  situated; and Arizona Center for Disability Law,     **RESPONSE TO**
                                                         **DEFENDANTS' MOTION TO**
12                    Plaintiffs,                        **TERMINATE MONITORING**
                                                         **(DOC. 2251)**
13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                    Defendants.

18          This Court, having reviewed the Stipulation for Extension of Time for Plaintiffs to

19  File Response to Defendants' Motion to Terminate Monitoring (Doc. 2251), and finding

20  good cause, hereby **GRANTS** the Stipulation.

21          Plaintiffs shall have up to and including September 25, 2017 to file their Response.

22

23

24

25

26

27

28

136823816.1