☒ FILED   ☐ LODGED

**Aug 31 2017**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Michael J. Cohn #288721

ASPC Lewis/Stiner 5B20

P.O. Box 3100

Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.                    2:12cv601-DKD

v.                              In memoriam

Ryan, et al.        Hon. David K. Duncan

I Michael J. Cohn, Class plaintiff in the above captioned case

respectfully submit the attached eulogy for the

information of the Court.

In memoriam

Robert Neece

Respectfully submitted,              Date: 8/22/17

Michael J. Cohn

*Michael J. Cohn*

certificate of service

Original eFiled to:   on: 8/31/17

Clerk of the U.S. Dist. Ct.


forwarded to the attorney General   on: 8/31/17

Via Gen. Order 14-17 by the clerk of the Court.

Michael J. Cohn #288721
ASPC Lewis/STINER 5A20
P.O. Box 3100
Buckeye, AZ 85326

8/22/17

## IN MEMORIAM

Robert Neese was a nice man as I knew him. He had only half a lung left from lung disease. He struggled to breathe on many days. He could get breathing treatments when he was working in the medical unit or out of the dormitory. When locked in the dormitory, he was at the mercy of the staff.

As told to me, he was struggling to breathe last night more than normal. While locked in the dormitory, for some 10 minutes he tried to get the guard's attention to no avail. Other inmates helped, but it was too late. He died, but probably could have been saved in his final moments.

Such incidents seem all too frequent to those of us confined in this Department of Corrections. Much has been written about this, a class action suit has been filed, for inadequate medical care. In my view, medical care seems worse since the lawsuit was filed.

As an older adult with some 10 years left on my sentence, I wonder... will I die of natural causes or be murdered by the medical negligence of those who are supposed to administer medical care and/or assistance? Regardless of our crime, we have an unalienable, CONSTITUTIONAL right to adequate medical care. Those in charge seem determined to have us suffer more than the actual sentence of confinement requires. Why is this tolerated? I will leave it to the reader to answer this question.

1.                    2 of 5

About a year ago I helped Robert when he collapsed, He got healthcare due to the rapid assistance of a staff member who took the matter seriously. I like to believe this gave him another year of life.

Robert wanted to live! I hope his legacy leads to the improvement of medical care in this prison!

May the Lord answer us on the day we call!

Michael J. Cohn

Michael J. Cohn

Prisoner Rights Advocate

Nicholas. Rusing #259756
ASPC Lewis 1 Stiner
P. O. Box 3100
Buckeye, AZ 85326

# WITNESS STATEMENT

My name is Nicholas Thomas Rusing ADC # 259756.
I live in 6-D-7-U Stiner unit, Lewis facility. This is
my witness statement from 08-21-2017 approx. 9:40 pm.

I woke up approx 9:40 pm there were 5 inmates
sorrounding Robert Neese as he was clutching the side of
his bed frame (standing up) repeating "I can't breathe".
As I got out of bed and walked closer one inmate
was speaking into the intercom "He needs medical he
can't breathe" while another was waving his arms
trying to get the officers in the bubble's attention.
Mr. Neese was still holding on to his bed frame staggering
repeating "I can't breathe". After about 3 mins the
door popped open and officer Vargas came in and
asked what is going on. My self and other inmates
explained to him he couldn't breathe. Another inmate
said he had been trying to get the officers in the
bubble's attention for 10 mins and that Mr. Neese
needed medical attention immead immediately. I asked
CO. Vargas if I could escort Mr Neese to be sure
that he would not fall and hit his head (if he
were too pass out). CO Vargas replyed "Yah that's
fine", CO Vargas closed the door (to the run) and I
began to escort Mr Neese to the day room.

I got about 10 feet from the door of
our run when a woman C.O. (a lieutenant) I don't
know her name but would regonize her if I
saw her again), began knocking on the window

4 o f 5

telling me to go back into my run, and that she
had called medical. I stared at her for a moment
trying to figure out if she understood the severity
of the situation, while she repeated herself pointing
at the run I live on. I turned looked at C.O. Vargas
he shrugged his shoulders and I returned to my
run (where I live). Myself and about six other inmates
stood at the door and watched as Mr Neese
franticly walked into the day room hunched over and
straightening upright spradically. He walked around
for about two minutes in the day room then
into the hallway by the front door. Mr Neese
then fell from standing upright to the floor, I then
turned around and walked back to my bed. I
sat down and began to pray for Mr. Neese.
About four minutes later I herd another inmate say
medical is here and I got up and walked to the
door to see if Mr. Neese was going to be alright.
The medical team came in, C.O. Vargas was giving
Mr Neese CPR when one of the medics (doctor/nurse)
took over and continued CPR. I watched for
about 15 minutes when the fire department arrived.
The fire department was here for about 25 minutes
but at this point I knew Mr Neese had passed
away.
        This is what I Nicholas Thomas Rusing
recall to the best of my recolection (ADC 259756)
  08-25-2017.