# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed the Stipulation for Extension of Time for Plaintiffs to File Response to Defendants' Motion to Terminate Monitoring (Doc. 2270), and finding good cause,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time for Plaintiffs to File Response to Defendants' Motion to Terminate Monitoring (Doc. 2270). Plaintiffs shall have up to and including September 25, 2017 to file their Response.

Dated this 5th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge