# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,  Plaintiffs,  v.  Charles L. Ryan, et al.,  Defendants. | No. CV-12-0601-PHX-DKD  **ORDER** |

The Court having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits regarding Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 2264), and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 2264).

Dated this 5th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge