Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF KATHLEEN E. BRODY** |

LEGAL136795275.1

I, Kathleen E. Brody, declare as follows:

1. I am an attorney admitted to practice in this Court and represent Plaintiffs in this matter. I make the following statements based on my personal knowledge and I am prepared to testify to the matters set forth.

2. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees in connection with Plaintiffs' counsel's work on enforcing the settlement agreement in this case.

3. I am the Legal Director of the American Civil Liberties Union Foundation of Arizona ("ACLU of Arizona"), which is a nonprofit organization with 501(c)(3) tax exempt status.

4. I graduated from the University of Arizona James E. Rogers College of Law in 2007. From 2007-2008, I was a law clerk for Justice Andrew D. Hurwitz of the Arizona Supreme Court. I was admitted to practice law in Arizona in 2008 and have practiced law in Phoenix, Arizona, since then. I am generally familiar with law firms, lawyers, and the legal community in the state of Arizona.

5. To my knowledge, no lawyers, law firms, or public-interest groups in Arizona have the degree of experience in prisoner-rights litigation, the expertise to litigate a complex, statewide, prisoner-rights class action, and the resources to bring a lawsuit like the *Parsons v. Ryan* litigation. I am also unaware of any qualified local counsel who would be willing to bring a complicated, resource intensive case, like *Parsons*, for the low fee rate set by the Prison Litigation Reform Act. As a result, it was necessary to bring in outside legal expertise to conduct this case.

6. If the ACLU National Prison Project and the Prison Law Office had not joined the *Parsons v. Ryan* legal team, this case would not have been brought by the ACLU of Arizona or other local counsel.

7. The cap on the attorneys' fee rate under the Prison Litigation Reform Act (currently $219) is generally lower than the market rate in Phoenix, Arizona, for first-year attorneys. I recently informally surveyed firms in Phoenix regarding their rates for first-

LEGAL136795275.1

1  year attorneys.  Based on my survey, the rates for first-year attorneys in Phoenix range
2  from $175 per hour on the low end to $330 per hour on the high end, with most rates
3  above $219 per hour.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed this 31st day of August, 2017 in Phoenix, Arizona.

                                     /s Kathleen E. Brody
                                    Kathleen E. Brody

**ADDITIONAL COUNSEL:**          Kathleen E. Brody (Bar No. 026331)
                                 **ACLU FOUNDATION OF ARIZONA**
                                 3707 North 7th Street, Suite 235
                                 Phoenix, Arizona 85013
                                 Telephone:  (602) 650-1854
                                 Email:    kbrody@acluaz.org

                                 David C. Fathi (Wash. 24893)*
                                 Amy Fettig (D.C. 484883)**
                                 Victoria Lopez (Ill. 6275388)*
                                 **ACLU NATIONAL PRISON PROJECT**
                                 915 15th Street N.W., 7th Floor
                                 Washington, D.C. 20005
                                 Telephone:  (202) 548-6603
                                 Email:    dfathi@aclu.org
                                           afettig@aclu.org
                                           vlopez@aclu.org

                                 *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
                                 **Admitted *pro hac vice*

                                 Daniel C. Barr (Bar No. 010149)
                                 Amelia M. Gerlicher (Bar No. 023966)
                                 John H. Gray (Bar No. 028107)
                                 **PERKINS COIE LLP**
                                 2901 N. Central Avenue, Suite 2000
                                 Phoenix, Arizona 85012
                                 Telephone:  (602) 351-8000
                                 Email:    dbarr@perkinscoie.com
                                           agerlicher@perkinscoie.com
                                           jhgray@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf