# Exhibit 1

**Corene Kendrick**

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Friday, September 01, 2017 1:59 PM |
| **To:** | 'Tim Bojanowski'; 'Elaine Percevecz'; 'Rachel Love'; 'Ashlee Fletcher'; Lucy Rand; 'Ybarra, Griselda' |
| **Cc:** | Don Specter; Alison Hardy; Rita Lomio; Sarah Hopkins; Kirstin Eidenbach; Maya Abela; 'Kathy Brody'; David Fathi; Amy Fettig; Victoria Lopez; 'Jennifer Onka' |
| **Subject:** | Perryville - identification of staff |

Dear Tim,

I am writing to request the names and badge numbers of the following Perryville officers:

- The three officers who interacted with Kirstin Eidenbach the morning of August 30 in the parking lot, and whom DWOP Twyford subsequently interviewed;
- The officer on San Pedro Unit who was taking names and numbers of people waiting to speak with Kirstin and Brenda the afternoon of August 31, with whom Director of Northern Regional Operations Profiri subsequent spoke.

The Court set a deadline of Tuesday, September 5, for the parties to identify their witnesses for the hearing on retaliation, (Doc. 2249 at 1), so we ask that you provide this information by noon on Tuesday.

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com

# Exhibit 2

## Corene Kendrick

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Friday, September 01, 2017 3:59 PM |
| **To:** | 'Rachel Love'; 'David Fathi'; 'Elaine Percevecz'; 'Kirstin Eidenbach' |
| **Cc:** | 'Amy Fettig'; Don Specter; 'Maya Abela'; 'Kathy Brody'; 'Lucy Rand'; 'Tim Bojanowski'; 'Dan Struck'; 'Nick Acedo'; 'Ashlee Fletcher'; 'Kevin Hanger'; 'Elaine Percevecz' |
| **Subject:** | RE: Parsons - Order for September hearings |
| **Attachments:** | Perryville - identification of staff |

Rachel,

As you know, the Court ordered the parties to file no later than Tuesday, September 5, the list of witnesses they plan to call on the 11th. (Doc. 2249 at 1).

I can tell you informally and as a professional courtesy that as of today we do not plan to call Mr. Ryan. **However**, we are still in the process of reviewing the documents that you produced, and we have until Tuesday to disclose our final list of witnesses. Therefore, until we file our list of witnesses with the Court, **we reserve the right to call Mr. Ryan**.

Once we have reviewed the documents, and Defendants provide an answer to the attached email that I sent you about two hours ago asking about the identity of certain officers at Perryville, we will then be able to file our list of witnesses with the Court on Tuesday and provide you a final answer.

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com

---

**From:** Rachel Love [mailto:RLove@strucklove.com]
**Sent:** Friday, September 01, 2017 3:38 PM
**To:** David Fathi; Elaine Percevecz; Kirstin Eidenbach
**Cc:** Amy Fettig; Corene Kendrick; Don Specter; Maya Abela; Kathy Brody; Lucy Rand; Tim Bojanowski; Dan Struck; Nick Acedo; Ashlee Fletcher; Kevin Hanger; Elaine Percevecz; Rachel Love
**Subject:** RE: Parsons - Order for September hearings

David, Kirstin, Corene, and Amy,

As discussed below, can you please advise as to your position on your previously stating you would list Director Ryan as a witness for the 9/11/17 hearing. If you intend to proceed as such, we need to get the issue before the Court asap next week. We plan to ask the Court to set a telephonic hearing to address.

Thank you.

- Rachel

---

**From:** Rachel Love
**Sent:** Wednesday, August 30, 2017 9:45 PM
**To:** 'David Fathi' <dfathi@aclu.org>; Elaine Percevecz <EPercevecz@swlfirm.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Lucy Rand <Lucy.Rand@azag.gov>; Tim Bojanowski <TBojanowski@swlfirm.com>; Dan Struck <DStruck@swlfirm.com>; Nick Acedo <NAcedo@swlfirm.com>; Ashlee Fletcher <AFletcher@swlfirm.com>; Kevin Hanger <KHanger@swlfirm.com>; Rachel Love <RLove@swlfirm.com>; Elaine Percevecz <EPercevecz@swlfirm.com>
**Subject:** RE: Parsons - Order for September hearings

David, Kirstin, Corene, and Amy,

Do Plaintiffs' intend on listing Director Ryan as a witness for the September 11th hearing on the retaliation allegations advanced only by inmates Ashworth and Oyenik as specified in Plaintiffs' Notice to the Court Regarding Harassment and Retaliation (Doc. 2190)?  The scope of the hearing only pertains to these two inmates' allegations.  Director Ryan has no personal knowledge of the allegations made, personal participation in the actions alleged, or otherwise.  Accordingly, it is inappropriate to list him as a witness regarding these two inmates' claims.

We are happy to provide a declaration regarding the same as to Director Ryan's lack of any information relevant or admissible regarding Inmates Ashworth and Oyenik's claims.  Please advise if you still intend to list Director Ryan as a witness so that we can bring the issue to the Court's attention immediately.

Thank you for your consideration and please let me know if you would like to discuss this issue by phone as I am available on Thursday or Friday for a call.

- Rachel

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Wednesday, August 30, 2017 2:35 PM
**To:** Elaine Percevecz <EPercevecz@swlfirm.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Lucy Rand <Lucy.Rand@azag.gov>; Tim Bojanowski <TBojanowski@swlfirm.com>; Dan Struck <DStruck@swlfirm.com>; Rachel Love <RLove@swlfirm.com>; Nick Acedo <NAcedo@swlfirm.com>; Ashlee Fletcher <AFletcher@swlfirm.com>; Kevin Hanger <KHanger@swlfirm.com>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Parsons - Order for September hearings

Elaine,

I believe Kirstin is at Perryville today and thus without email access.  Plaintiffs do not object to the schedule proposed in your August 21 email below.

Thank you.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005

(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** Elaine Percevecz [mailto:EPercevecz@swlfirm.com]
**Sent:** Wednesday, August 30, 2017 10:53 AM
**To:** Kirstin Eidenbach
**Cc:** David Fathi; Amy Fettig; Corene Kendrick; Don Specter; Maya Abela; Kathy Brody; Lucy Rand; Tim Bojanowski; Dan Struck; Rachel Love; Nick Acedo; Ashlee Fletcher; Kevin Hanger
**Subject:** RE: Parsons - Order for September hearings

Kirstin:

On August 21, you inquired whether Defendants had a preference for the order of the September hearings.  We responded at that time with our preference, but I do not recall seeing a response to the email below.

We would like to advise the Court this morning of the order.  Would you kindly confirm whether Plaintiffs have any concerns, so we may send an email to the Court?

Thank you so much.

Elaine



**Elaine Percevecz**
Legal Assistant to Timothy J. Bojanowski
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

---

**From:** Elaine Percevecz
**Sent:** Monday, August 21, 2017 4:04 PM
**To:** 'Kirstin Eidenbach'
**Cc:** David Fathi (dfathi@aclu.org); Amy Fettig (afettig@aclu.org); 'Corene Kendrick'; 'Don Specter'; 'Maya Abela'; kbrody@acluaz.org; Lucy Rand (Lucy.Rand@azag.gov); Tim Bojanowski; Dan Struck; Rachel Love; Anne Orcutt; Ashlee Fletcher; Kevin Hanger
**Subject:** RE: Telephonic Hearing (Parsons)

Kirstin,  in response to you last question regarding order of the September hearings, Defendants propose the following:

September 11  Retaliation hearing
September 12  Monthly Status Hearing
September 13  Continued evidentiary Hearing re HNR boxes

Sincerely,

Elaine

---

**From:** Elaine Percevecz
**Sent:** Monday, August 21, 2017 3:35 PM
**To:** 'Kirstin Eidenbach'
**Cc:** David Fathi (dfathi@aclu.org); Amy Fettig (afettig@aclu.org); 'Corene Kendrick'; 'Don Specter'; 'Maya Abela';
kbrody@acluaz.org; Lucy Rand (Lucy.Rand@azag.gov); Tim Bojanowski; Dan Struck; Rachel Love; Anne Orcutt
**Subject:** FW: Telephonic Hearing (Parsons)

Kirstin:

Based on Plaintiffs' availability below, Defendants are available on Thursday, August 24, at 10:00 AM (AZ time) for the telephonic hearing.  As for a call with Mr. Millar, Defendants are available on Wednesday, August 23, at 10:00 AM (AZ time).

Please let us know if these dates will work.

Thank you.

Elaine



**Elaine Percevecz**
Legal Assistant to Timothy J. Bojanowski
**STRUCK WIENEKE & LOVE, PLC**
3100 W. Ray Road | Suite 300
Chandler, AZ 85226

P: (480) 420-1619 | epercevecz@swlfirm.com | www.swlfirm.com

Begin forwarded message:

> **From:** kirstin@eidenbachlaw.com
> **Date:** August 21, 2017 at 1:07:17 PM MST
> **To:** "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, Dan Struck <DStruck@swlfirm.com>, Rachel Love <RLove@swlfirm.com>, Anne Orcutt <AOrcutt@swlfirm.com>, Lucy Rand <Lucy.Rand@azag.gov>
> **Cc:** David Fathi <dfathi@aclu.org>, Amy Fettig <afettig@aclu.org>, Corene Kendrick <ckendrick@prisonlaw.com>, Don Specter <dspecter@prisonlaw.com>, Maya Abela <mabela@azdisabilitylaw.org>, Kathy Brody <kbrody@acluaz.org>
> **Subject: Telephonic Hearing**
>
> Counsel:
>
> I am writing to schedule this week's telephonic hearing. Plaintiffs' counsel are available Wednesday, Thursday, and Friday except for 8:30-9:30 and 12:30-1:30 on Wednesday and 11-12 and 1-3 on Thursday. Please let us know your availability.  Also, please let us know your availability for a call with Mr. Millar.
>
> Do Defendants have a preference as to the order of the hearings in September. Please let us know what that is if you do.

Thank you,
Kirstin

---

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---