| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 2 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 3 | Telephone: (602) 650-1854 |
| | Email: kbrody@acluaz.org |
| 4 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 8 | **[ADDITIONAL COUNSEL LISTED BELOW]** |
| 9 | Sarah Kader (Bar No. 027147) |
| | Asim Dietrich (Bar No. 027927) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 11 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 12 | Email: skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 13 | *Attorneys for Plaintiff Arizona Center for Disability Law* |
| 14 | **[ADDITIONAL COUNSEL LISTED BELOW]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF KIRSTIN T. EIDENBACH** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

136847176.1

1  I, Kirstin T. Eidenbach, declare:

2      1.    I am an attorney licensed to practice in the State of Arizona. I am the Director of Eidenbach Law, P.L.L.C. and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

6      2.    I attended a monitoring tour of ASPC-Perryville in Goodyear, Arizona as counsel on behalf of the prisoner plaintiff class, from August 29, 2017 through August 31, 2017.

9      3.    On August 30, 2017, I returned alone to my car in the main parking lot at ASPC-Perryville to look up a data point in my email that our team needed for the tours.

11     4.    While I was standing at my car, I heard three male officers approaching, all three of whom were in plain clothes. One of the officers was a light-complected man wearing a plaid shirt with short, dark brown hair; a second one was a taller African-American man wearing a button-up blue shirt with short hair; and I did not get a good look at the third but he was a male officer. They had initially caught my attention because they were talking about the "ACLU."

17     5.    I heard an officer say, "Those fucking ACLU lawyers. Who the fuck do they think they are telling us what we can and cannot do to inmates? I can do whatever I want, whenever I want."

20     6.    When the officers were in front of me, I told them that I was one of the attorneys working with the ACLU and that I would be reporting their conversation to their superiors. I then left to walk back inside the main building.

23     7.    As soon as I entered the main building, I located Deputy Warden of Operations Norman Twyford and reported the incident to him. I also reported the incident to my co-counsel Corene Kendrick and Defendants' counsel Tim Bojanowski. I identified to Mr. Twyford two of the three officers I'd heard involved in the conversation, because they were standing in line waiting to go through the security check. Mr. Twyford stated he would investigate the incident.

8. I spoke with Mr. Twyford and Northern Regional Operations Director Joseph Profiri about the incident on August 31, 2017 at which time they confirmed that the officers had admitted making the comments I reported.

9. On the afternoon of Friday, August 31, 2017, I was conducting interviews with women housed at San Pedro Unit at ASPC-Perryville. ACLU of Arizona staff attorney Brenda Muñoz-Furnish was also with me speaking to the women. We were seated at the picnic tables in the middle of the recreation yard, and attorneys for Defendants and ADC officials were several yards away near a housing unit. I looked up to find an officer standing right next to the picnic table where I was conducting interviews. The officer was questioning the women as to what they were doing, and he was logging their names and ADC numbers on a spreadsheet he was holding. Mr. Profiri escorted the officer away from us, but many of the women in line to speak with me already had dispersed by the time Mr. Profiri intervened. I am not certain that all of the women who had been in line ended up being able to speak with me.

10. When Mr. Profiri asked the officer to move away from the picnic tables, the officer initially refused to do so, saying "we aren't going anywhere," apparently in reference to himself and Mr. Profiri. It was only after Mr. Profiri identified himself as an ADC Regional Operations Director that the officer complied and moved away from the tables.

11. During that same visit, I spoke with several women who advised me that many women were too frightened to speak with me, including Pamela Velasco (ADC 258686) and Kerri Figard (ADC 214847). Ms. Figard was visibly fearful during our discussion, and when she saw Officer Dimas approaching the yard, she fled the table and would not speak to me again.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 5th of September 2017, in Tucson, Arizona.

    s/ Kirstin T. Eidenbach
Kirstin T. Eidenbach

**ADDITIONAL COUNSEL:**

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
    afettig@aclu.org
    vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

136847176.1

-3-

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287<br>Email: skader@azdisabilitylaw.org |
| 5 | adietrich@azdisabilitylaw.org |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
 rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  jross@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

136847176.1

-5-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf