Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                    Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                    Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' SECOND NOTICE REGARDING PRODUCTION OF DOCUMENTS TO PLAINTIFFS IN RESPONSE TO COURT ORDER [DOC. 2249]** |

1  Defendants Charles Ryan and Richard Pratt, through counsel, submit the following
2  Second Notice Regarding Production of Documents to Plaintiffs in response to the Court's
3  August 24, 2017 Minute Entry [Dkt. 2249].
4  In accordance with the Order, Defendants have produced 289 documents (totaling
5  2,001 pages) to counsel for Plaintiffs on August 30, 2017.  On August 31, 2017,
6  Defendants produced an additional 214 documents (totaling 6,581 pages) to counsel for
7  Plaintiffs.
8  While all of these documents were electronically stored information, as detailed in
9  Defendants' August 30, 2017 Notice [Doc. 2257], Defendants confirm that none of the
10 custodians identified in Plaintiffs' requests have either sent or reviewed any other written
11 communication responsive to those requests by any means other than email or email
12 attachment.
13 The last responsive document was produced at 4:48 PM on August 31, 2017, and
14 Defendants' privilege log will be served on September 6, 2017.  Defendants likewise
15 advised Plaintiffs' counsel of status as to completion of ESI production on September 1,
16 2017 via email communication.  In the interim, no additional responsive non-ESI
17 communications have been located or determined to exist.
18 All non-privileged responsive documents have been produced as of August 31,
19 2017.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1         DATED this 5th day of September 2017.

2                 STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4              By:/s/Rachel Love
                Daniel P. Struck
5              Rachel Love
                Timothy J. Bojanowski
6              Nicholas D. Acedo
                Ashlee B. Fletcher
7              Jacob B. Lee
                Kevin R. Hanger
8              3100 West Ray Road, Suite 300
                Chandler, Arizona  85226

9              Arizona Attorney General Mark Brnovich
                Office of the Attorney General
10             Michael E. Gottfried
               Lucy M. Rand
11             Assistant Attorneys General
               1275 W. Washington Street
12             Phoenix, Arizona  85007-2926

13             *Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

4