Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' LIST OF WITNESSES FOR SEPTEMBER 11, 2017 RETALIATION HEARING AND SEPTEMBER 13, 2017 CONTINUED EVIDENTIARY HEARING** |

Pursuant to the Court's Order (Doc. 2249), Defendants provide their list of witnesses they may call at the Retaliation Hearing on September 11, 2017 and the continued Evidentiary Hearing on September 13, 2017 as follows:

**III.    RETALIATION HEARING (SEPTEMBER 11, 2017)**

    **C.    ASPC-Tucson**

        1.    Deputy Warden J. Monson

        2.    Lt. C. Krages

        3.    COII O. Robles

        4.    T. Diaz

        5.    Mark Bracken

        6.    Kirstin Eidenbach

        7.    Ashley Zuerlein

        8.    Warden A. Ramos

    **D.    ASPC-PERRYVILLE**

        9.    J. Profiri, Southern Region Operations Director

        10.    Warden K. Currier

        11.    DWOP N. Twyford

        12.    ADW W. Compton

        13.    E. Oros

        14.    COII J. Hungerford

        15.    COIII D. Cruce

        16.    COIII D. Keaton

        17.    COIV E. Flores

        18.    COIII A. Lansberry

        19.    COIV L. Garner

        20.    Lt. S. Dimas

/ / /

/ / /

    **E.**     <u>**ASPC-FLORENCE**</u>

        21.     E. Trujillo, Northern Region Operations Director

        22.     DWOP J. Van Winkle

        23.     DW J. Mattos

**IV.**     <u>**CONTINUED EVIDENTIARY HEARING (SEPTEMBER 13, 2017**</u>

        24.     B. Gibson, RN (ASPC-Perryville)

DATED this 5th day of September 2017.

    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

    By /s/Daniel P. Struck
        Daniel P. Struck
        Rachel Love
        Timothy J. Bojanowski
        Nicholas D. Acedo
        Ashlee B. Fletcher
        Jacob B. Lee
        Kevin R. Hanger
        3100 West Ray Road, Suite 300
        Chandler, Arizona  85226

        Arizona Attorney General Mark Brnovich
        Office of the Attorney General
        Michael E. Gottfried
        Lucy M. Rand
        Assistant Attorneys General
        1275 W. Washington Street
        Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

4