# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                DATE: September 6, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
       Plaintiffs      Defendants
=====================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

         <u>Caryn Smith</u>              <u>Charlotte Powers</u>
         Deputy Clerk                 Court Reporter

**APPEARANCES:**
David Fathi, Donald Specter, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Ashlee Fletcher and Rachel Love for Defendants

=====================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     _____ Chambers      _____ Other

This is the time set for Emergency Telephonic Status Hearing. Plaintiffs object to Defendants' last minute request for an evidentiary hearing regarding the Tucson allegations. Argument is heard. IT IS ORDERED the time currently set for hearings on September 11, 12, and 13, 2017 will not include the Tucson allegations or the Declaration of Kirstin T. Eidenbach (Doc. 2282). IT IS FURTHER ORDERED the parties shall meet and confer as to dates they will be available to include argument on these matters and contact chambers for a hearing date.

Time in court: 9 min (4:09 PM – 4:18 PM)