1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5  *Swartz, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez,*
6  *Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on*
7  *behalf of themselves and all others similarly*
   *situated*
8  **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13         adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability*
   *Law*
15 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
16

17                **UNITED STATES DISTRICT COURT**

18                       DISTRICT OF ARIZONA

| | |
|---|---|
| 19 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' AMENDED WITNESS LIST FOR THE SEPTEMBER 11, 2017 HEARING ON RETALIATION** |

LEGAL136872055.1

Plaintiffs hereby submit their amended list of witnesses that they will call at the evidentiary hearing on September 11, 2017.

1. All witnesses listed by Defendants
2. Kimberly Currier, Warden, ASPC-Perryville
3. Norman Twyford, Deputy Warden of Operations, ASPC-Perryville
4. Crystal Lee, Deputy Warden of Compliance, ASPC-Perryville
5. Lt. Chris Papworth, #5107, ASPC-Perryville-San Pedro Unit
6. Deputy Warden John Mattos, ASPC-Florence-South Unit.

Dated: September 7, 2017                    **PRISON LAW OFFICE**

By:  s/ Corene Kendrick
     Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
     Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
     Rita K. Lomio (Cal. 254501)*
     **PRISON LAW OFFICE**
     1917 Fifth Street
     Berkeley, California 94710
     Telephone:  (510) 280-2621
     Email:    dspecter@prisonlaw.com
               ahardy@prisonlaw.com
               snorman@prisonlaw.com
               ckendrick@prisonlaw.com
               rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL136872055.1

1 | Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:  s/ Maya Abela |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 7 | adietrich@azdisabilitylaw.org |
| 8 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 9 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 12 | Telephone:  (520) 327-9547<br>Email: |
| 13 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 14 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 15 | *Attorneys for Arizona Center for Disability Law* |

LEGAL136872055.1                        -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com
rlove@strucklaw.com
tbojanowski@strucklaw.com
nacedo@strucklaw.com
afletcher@strucklaw.com
jlee@strucklaw.com
khanger@strucklaw.com

*Attorneys for Defendants*

                                                         s/ D. Freouf