Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR THE SEPTEMBER 12, 2017 STATUS CONFERENCE** |

LEGAL136887335.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the September 12, 2017 status hearing.

1. The imposition of a $1,000 fine for any failure by Defendants to comply with certain performance measures; and Plaintiffs' proposed process to ensure future compliance with these and additional performance measures. [Docs. 2124 at 1-3, 5; 2173; 2214; 2228; 2240; 2241]

2. Defendants' July 2017 CGAR results for performance measures previously found noncompliant by the Court, (Docs. 1583 at 2, 1709 at 1, 2030 at 2), as well as for performance measures subject to Plaintiffs' pending Motion to Enforce the Stipulation, (Doc. 2253), and August 2017 Notice of Noncompliance. [Doc. 2254-1 at 38-41]

3. The Court's consideration of the appointment of a Rule 706 expert. [Docs. 2043, 2044, 2045, 2067, 2083, 2084, 2133, 2134, 2138, 2139, 2140, 2250]

4. Defendants' production of temperature logs. [Declaration of David C. Fathi ("Fathi Decl.") ¶¶ 6-14, Exs. 4-10]

5. Defendants' failure to comply with the Court's order regarding monitoring methodology for PM 85 and 86. [Docs. 2160, 2161, 2197, 2212; Fathi Decl. ¶¶ 3-5, Exs. 2-3]

6. Defendants' failure to produce declarations regarding searches undertaken pursuant to Plaintiffs' document requests. [Doc. 2237-1 at 7; Fathi Decl. ¶¶ 15-17, Ex. 11]

    6.a. Defendants' joint defense agreement with Corizon.

7. Defendants' update regarding the implementation of eOMIS electronic communiques to remediate noncompliance with PM 47. [Docs. 2072, 2078, 2100, 2146] At the July 14, 2017 status hearing, the Court instructed Defendants to provide additional detailed information to Plaintiffs and the Court about the implementation, and Defendants agreed to do so within two to three weeks, but as of September 8, 2017 have not yet done

so. Counsel for Defendants also represented at the August 9, 2017 Status Conference that these affidavits would be forthcoming. [*See* 8/9/17 Tr. at 123:13-15, 131:16-23; *see also* Fathi Decl., Ex. 1 (9/1/17 Letter from C. Kendrick to T. Bojanowski); Doc. 2227-1 at 6-8; 7/13/17 Tr. at 40:5-12; 7/14/17 Tr. at 237:17-20; Doc. 2185 at 2]

Plaintiffs reiterate their request that this Court order Defendants to produce the person(s) most knowledgeable about the implementation of PM 47 at the September 12, 2017 hearing. [*See, e.g.*, 7/14/17 Tr. at 239:25-241:1; *see also* Ex. 1 at 1-2]

8. Defendants' detailed update regarding the status of the proposed extension of the telemedicine program with the University of Arizona. [*See* 7/14/17 Tr. at 25:7-10]

9. Defendants' update regarding (a) the ADA construction at ASPC-Florence South and (b) the placement of medication refill boxes in areas inaccessible during lockdowns. [*See* 7/14/17 Tr. at 267:7-244]

10. Plaintiffs' request for an update from Defendants regarding the status of their Request For Proposals for a five year contract to provide health care services, to begin in early 2018. [*See* 5/10/17 Tr. at 761:19-762:4; 7/13/17 Tr. at 68:24-72:4]

**Matters fully briefed and argued and awaiting decision**:

11. Plaintiffs' Motion to Enforce the Stipulation (Max Custody Performance Measures 1-3, 5-6, and 8). [Docs. 1944, 1983, 2006][1]

. . .

. . .

. . .

. . .

. . .

---

[1] Plaintiffs respectfully request that this matter be discussed toward the beginning of the hearing so that Plaintiffs' counsel Amy Fettig, who will be joining by phone, need not remain on the line for an extended period.

|   |   |   |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: September 8, 2017 | **ACLU NATIONAL PRISON PROJECT** |

By: ___s/ David C Fathi___
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)* |
| | Sara Norman (Cal. 189536)* |
| 3 | Corene Kendrick (Cal. 226642)* |
| | Rita K. Lomio (Cal. 254501)* |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf