1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph          **ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly
11  situated; and Arizona Center for Disability Law,

12                        Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                        Defendants.

18

19          This Court, having reviewed Plaintiffs' Motion to Seal Document, and finding

20  good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the

21  Court to seal the document as set forth in Plaintiffs' Motion to Seal (Exhibit 3 to the

22  Declaration of David C. Fathi).

23

24

25

26

27

28

136887875.1