**EXHIBIT A**

**EXHIBIT A**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF DANIEL SEGO** |

I, **DANIEL SEGO**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Florence.

3. I am a licensed practical nurse (LPN) in Arizona.

4. I have worked for Corizon since June 2014. I have been the FHA at ASPC-Florence since June 2014.

5. I have reviewed the April 20, 2017 inmate grievance response written by Assistant Director of Nursing N. Williams to Inmate William Gallagher (#179354), in which ADON Williams states that "Per policy a patient must be seen by the Nurse three times prior to being scheduled with the provider."

6. ADON Williams' April 20, 2017 inmate grievance response is not an accurate statement of the policy or practice at Florence.

7. Corizon does not have a policy or practice of requiring inmates to be seen three times on nurse's line before they can be referred to a provider.

8. I personally met with the site leadership at Florence during a supervisor's meeting on August 16, 2017 to re-educate them that there is no such policy or practice that is condoned by Corizon or ADC.

9. The inmate grievance response written by ADON Williams to Inmate Gallager also states that she referred the inmate to a provider, without requiring him to be seen three times on nurse's line.

10. I have reviewed the inmate's medical records in eOMIS, and he was seen by a provider after only one nurse's line visit.

11. Attachment A is a true and correct copy of Inmate Gallagher's recent medical encounters from eOMIS.

///

///

1

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed this 5th day of September, 2017.
3
4
5 | _____
  | Daniel Sego
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2