1   Arizona Attorney General Mark Brnovich
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
8   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
9   Ashlee B. Fletcher, Bar No. 028874
    Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@strucklove.com
14  rlove@strucklove.com
    tbojanowski@strucklove.com
15  nacedo@strucklove.com
    afletcher@strucklove.com
16  jlee@strucklove.com
    khanger@strucklove.com
17  tray@strucklove.com

18  *Attorneys for Defendants*

19              **UNITED STATES DISTRICT COURT**
20                    **DISTRICT OF ARIZONA**

21  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-DKD
    and all others similarly situated; and Arizona
22  Center for Disability Law,
                                       Plaintiffs,
23              v.                                        **DEFENDANTS' NOTICE TO THE
                                                         COURT REGARDING
24  Charles Ryan, Director, Arizona Department           CONTRACT AMENDMENT**
    of Corrections; and Richard Pratt, Interim
25  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
26  official capacities,
                                       Defendants.
27

28

Defendants, through counsel, provide the Court with notice of a contract addendum pertaining to Contract No. 130051DC between Corizon Health and Arizona Department of Corrections.   Specifically, Defendants and Corizon have entered into an amendment which lifts the existing contract sanctions cap of $90,000.00 per month as of November 1, 2017.   (Exhibit A.)  As of that date, there will be no cap on contract sanctions that may be levied against Corizon for failure to meet the performance measures set forth in the contract.   In addition, Corizon and ADC have amended the agreement to provide Corizon with a performance incentive of $100,000.00 beginning in October 2017.   The incentive will be earned every month that Corizon achieves a 90% or higher statewide compliance rate of the measures set forth in the *Parsons, et. al. v. Ryan, et. al.* Stipulation.   Also, Corizon is eligible to receive additional monetary incentives for every full percentage point over 90% between October 2017 and June 30, 2018, as well as a one-time incentive of $35,000.00 per performance measure that is brought back into substantial compliance as defined in the Stipulation.

DATED this 8th day of September 2017.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Jacob B. Lee
    Kevin R. Hanger
    Timothy M. Ray
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:                  ahardy@prisonlaw.com

Amelia M. Gerlicher:           agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:                 afettig@npp-aclu.org

Asim Varma:                    avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:          cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:            ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:           DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:             dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:                dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:    jross@azdisabilitylaw.org

John Howard Gray:              jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:           jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:            jrico@azdisabilitylaw.org

Kathleen E. Brody              kbrody@acluaz.org

Kirstin T. Eidenbach:          kirstin@eidenbachlaw.com

Maya Abela                     mabela@azdisabilitylaw.org

Rose Daly-Rooney:              rdalyrooney@azdisabilitylaw.org

Sara Norman:                   snorman@prisonlaw.com

Sarah Eve Kader:               skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:                 rlomio@prisonlaw.com

Victoria Lopez:                vlopez@aclu.org

2

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck