Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE REGARDING DELIVERY OF INMATE COMMUNIQUES PURSUANT TO PERFORMANCE MEASURE 47** |

Performance Measure 47 requires a Medical Provider to communicate the results of a diagnostic study to the inmate upon request and within seven calendar days of the date of the request. On June 30, 2017, Defendants filed a Notice Regarding Implementation of eOMIS Electronic Communiques. (Dkt. 2146). In that Notice, Defendants advised the Court that eOMIS had been upgraded to allow for the capability to print electronic communiques advising inmates of the results of diagnostic studies. (*Id*. at 2).

On the morning of July 13, 2017, the Court toured the Lewis facility. That afternoon, the Court held a status hearing and inquired into the process for distributing inmate communiques as required by Performance Measure 47. The Court noted that, based on information it obtained during the Lewis tour, the procedure for distributing the inmate communiques was not in sync with the procedure outlined in Defendants' June 30, 2017 Notice. (July 13, 2017 Transcript at 34:10 – 37:3). Defense counsel advised that the procedure may vary from facility to facility, agreed to look into the different procedures, and to submit declarations explaining how communiques are delivered at each facility. (*Id*. at 40:1 – 12). Defendants obtained the attached Declarations (Exhibits 1 through 19) from each facility's Warden and/or Facility Health Administrator (FHA). These Declarations explain how inmate communiques are delivered at each facility to ensure compliance with Performance Measure 47.

Exhibit 1 - Warden M. Muse (ASPC-Douglas);
Exhibit 2 - Warden G. Thompson (ASPC-Eyman);
Exhibit 3 - Warden K. Curran (ASPC-Florence);
Exhibit 4 - Warden B. Larson (ASPC-Lewis);
Exhibit 5 - Warden K. Currier (ASPC-Perryville);
Exhibit 6 - Warden J. Roberts (ASPC-Safford);
Exhibit 7 - Warden A. Ramos (ASPC-Tucson);
Exhibit 8 - E. Jensen (ASPC-Winslow);
Exhibit 9 - C. Hacker-Agnew (ASPC-Yuma);

1

| | | | |
|---|---|---|---|
| 1 | Exhibit 10 | - | FHA V. Smith (ASPC-Douglas); |
| 2 | Exhibit 11 | - | FHA M. Johnson (ASPC-Eyman); |
| 3 | Exhibit 12 | - | FHA D. Sego (ASPC-Florence); |
| 4 | Exhibit 13 | - | FHA K. Rogers (ASPC-Lewis); |
| 5 | Exhibit 14 | - | FHA A. Cerrillo (ASPC-Perryville); |
| 6 | Exhibit 15 | - | FHA R. Watts (ASPC-Phoenix); |
| 7 | Exhibit 16 | - | FHA A. Mullen (ASPC-Safford); |
| 8 | Exhibit 17 | - | FHA B. Schmid (ASPC-Tucson) |
| 9 | Exhibit 18 | - | FHA D. Randles (ASPC-Winslow); and |
| 10 | Exhibit 19 | - | Director of Nursing C. Myers (ASPC-Yuma). |

DATED this 8th day of September 2017.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Timothy J. Bojanowski
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1
2
3
  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

  N/A

            /s/Timothy J. Bojanowski