**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF MEEGAN MUSE** |

I, **MEEGAN MUSE**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since August 1, 1994.

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Douglas and have been since February 14, 2015.

4. As the Warden of ASPC-Douglas, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. Inmate mail is processed daily.

6. The following checks and balances are implemented to ensure mail is delivered:  Monday through Saturday, the Complex Mail and Property Sergeant ensures each unit's mail is delivered to their bin each day.  Then, Mail and Property staff from every unit go to Complex Mail and Property to retrieve the mail from their respective bins.  Finally, each unit's Deputy Warden ensures that the Unit's Property Officer distributes it to the inmates each day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September, 2017.

_M. Muse_
Meegan Muse

1

**EXHIBIT 2**

**EXHIBIT 2**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF GERALD THOMPSON** |

I, **GERALD THOMPSON**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since March 26, 2012.

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Eyman and have been since July 2, 2016.

4. As the Warden of ASPC-Eyman, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. Each unit employs a different process for delivering inmate communiques pursuant to Healthcare Performance Measure 47.

6. For Meadows, Cook, and Rynning Units, Health Unit staff fold and place the diagnostic study results in an envelope marked "Confidential." The inmate's name, number, and housing location are also marked on the envelope.  Monday through Friday, mail and property staff pick the envelope(s) up from the Health Unit and place them in the Unit's deliverable mail.  Mail is delivered by Building Floor Officers Monday through Saturday. If an inmate has moved, the mail is forwarded to the Mail and Property Officer where it is rerouted to the appropriate ADC facility.

7. For SMU I and Browning Units, Health Unit staff fold and place the diagnostic study results in an envelope marked "Confidential." The inmate's name, number, and housing location are also marked on the envelope.  Health unit staff deliver the envelope(s) to wing control Monday through Friday, where mail is sorted.  Cluster Floor Officers then deliver the Mail Monday through Saturday. If an inmate has moved, the mail is forwarded to Mail and Property Officers and rerouted to the appropriate ADC facility.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this __8__ day of September, 2017.

3

4                                                    _____
                                                     Gerald Thompson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT 3**

**EXHIBIT 3**

1    Arizona Attorney General Mark Brnovich
     Office of the Attorney General
2    Michael E. Gottfried, Bar No. 010623
     Lucy M. Rand, Bar No. 026919
3    Assistant Attorneys General
     1275 W. Washington Street
4    Phoenix, Arizona 85007-2926
     Telephone: (602) 542-4951
5    Fax: (602) 542-7670
     Michael.Gottfried@azag.gov
6    Lucy.Rand@azag.gov

7    Daniel P. Struck, Bar No. 012377
     Rachel Love, Bar No. 019881
8    Timothy J. Bojanowski, Bar No. 022126
     Nicholas D. Acedo, Bar No. 021644
9    Ashlee B. Fletcher, Bar No. 028874
     Jacob B. Lee, Bar No. 030371
10   Kevin R. Hanger, Bar No. 027346
     Timothy M. Ray, Bar No. 029191
11   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
     3100 West Ray Road, Suite 300
12   Chandler, Arizona  85226
     Telephone:  (480) 420-1600
13   Fax:  (480) 420-1696
     dstruck@strucklove.com
14   rlove@strucklove.com
     tbojanowski@strucklove.com
15   nacedo@strucklove.com
     afletcher@strucklove.com
16   jlee@strucklove.com
     khanger@strucklove.com
17   tray@strucklove.com
     *Attorneys for Defendants*

18

19                  **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF ARIZONA**
20

21   Victor Parsons, *et al.*, on behalf of themselves       NO. 2:12-cv-00601-DKD
     and all others similarly situated; and Arizona
     Center for Disability Law,
22                                           Plaintiffs,
                                                            **DECLARATION OF KEVIN**
23        v.                                                **CURRAN**

24   Charles Ryan, Director, Arizona Department
     of Corrections; and Richard Pratt, Interim
25   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
     official capacities,
26                                          Defendants.

27

28

I, **KEVIN CURRAN**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since November 26, 1990.

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Florence and have been since November 1, 2016.

4. As the Warden of ASPC-Florence, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. To comply with Healthcare Performance Measure 47 regarding the delivery of diagnostic studies to inmates, there is a process in place for delivery of this information for each unit.

6. As to Florence/East Unit, Health Unit staff place the mail (folded and stapled with only the inmate's name showing) in the outgoing mail box in the health unit. Mail is picked up by the yard officer and taken to main control. Once sorted, the mail is given to the appropriate Cluster Officer for dissemination (EU uses mail bags to carry the mail to their post). Mail is delivered by PM shift no later than 21:00 hours, so that staff do not have to track down inmates during their recreation times. If the inmate is no longer housed at East Unit, the mail is re-routed to the Able Cluster Officer. Mail is picked up by the Mail and Property officer and is forwarded to the appropriate Locator Code. If the inmate moves to another cluster, the mail is re-routed to the cluster the inmate currently lives in.

7. As to Florence/Globe Unit, the communiques are folded and stapled with only the inmate's name showing and given to the Health Unit Officer for distribution to the inmates. The Health Unit Officer takes the communiques to mail/property to be processed with that day's outgoing mail. The Property Officer gives outgoing mail to the swing shift yard officer for distribution to the inmates. If the inmate is no longer housed at

Globe Unit, the mail is re-routed to the unit mailroom to be re-routed to the inmate's current unit. If the inmate moves to another housing location within Globe Unit, the mail is re-routed to the housing unit the inmate currently lives in.

8. As to Florence/North Unit, Health Unit staff place the mail (folded and stapled with only the inmate's name showing) in an accordion file where each housing unit has a specifically marked slot. The accordion file is picked up daily by the PM Shift officer, and the mail is distributed to each housing unit officer. The PM Shift housing unit officer then hand delivers the mail to the inmate. If the inmate is no longer housed at North Unit, the mail is re-routed to the unit mailroom to be re-routed to the inmate's current unit. If the inmate moves to another housing location within North Unit, the mail is re-routed to the housing unit the inmate currently lives in.

9. As to Florence/South Unit, Health Unit staff place the mail (folded and stapled with only the inmate's name showing) in a mail folder specifically marked. The mail folder is picked up daily by the AM Yard Officer, and the mail is distributed to each housing unit officer. The AM housing unit officer then delivers the mail to the inmate. If the inmate is no longer housed at South Unit, the mail is re-routed to the Unit mailroom to be re-routed to the inmate's current unit. If the inmate moves to another housing location within South Unit, the mail is re-routed to the housing unit the inmate currently lives in.

10. As to Florence/Central Unit, the provider prepares a printout of the results, and the results are forwarded to the Assistant Director of Nursing (ADON) for review. The ADON reviews the correspondence and forwards it to the Health Unit for distribution. The correspondence is stapled or taped, depending on the inmate's custody level and folded with only the inmate's name showing and placed in the Health Unit's outgoing mailbox. The mail is picked up by Property staff at 0600 hours. The documents are then sorted and routed to the inmate's assigned building and cell. The building staff then distributes the correspondence to the appropriate inmate. The distribution occurs on the PM shift. If the inmate has moved, the mail is rerouted to Property, resorted, and sent to the appropriate unit.

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 22 day of August, 2017.

3

4

5   Kevin Curran

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 4**

**EXHIBIT 4**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF BERRY LARSON** |

I, **BERRY LARSON**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since February 11, 2013,

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Lewis and have been since August 7, 2017.

4. As the Warden of ASPC-Lewis, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. To comply with Healthcare Performance Measure 47 regarding the delivery of diagnostic studies to inmates, the Facility Health Administrator delivers the inmate communique envelopes to Complex Operations, and places them in the mail boxes located in the Majors hallway.  Each day, an Administrative Assistant III or Administrative Secretary I retrieves the mail from those mail boxes and brings it to each unit's Mail and Property incoming box.  Each unit's mail and property officer then separates the mail, and the Correctional Officer for each building delivers it to their respective inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of September, 2017.

Berry Larson

1

EXHIBIT 5

EXHIBIT 5

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF KIMBERLY CURRIER** |

1    I, **KIMBERLY CURRIER**, make the following Declaration:

2        1. I am over the age of 18 years and have personal knowledge of and am
3    competent to testify to the matters set forth in this Declaration.

4        2. I have been employed by the State of Arizona Department of Corrections
5    ("ADC") since July 9, 1990.

6        3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC")
7    Perryville and have been since May 7, 2016.

8        4. As the Warden of ASPC-Perryville, I oversee the overall operations of the
9    complex to include supervision of all ADC complex staff, as well as maintain and
10   administer ADC policies, procedures, and programs.

11       5. Upon receipt of the inmate communique envelopes, the medical officer
12   delivers them to the yard office, who then provides them to the yards for distribution. If
13   the results are not ready until swing shift, the PM medical officer will deliver them to
14   Administration, who will provide them to mail and property for distribution.

15   I declare under penalty of perjury that the foregoing is true and correct.
16   Executed this 17th day of August, 2017.

17
18                                         Kimberly Currier
19
20
21
22
23
24
25
26
27
28

                                   1

**EXHIBIT 6**

**EXHIBIT 6**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF JULI ROBERTS** |

1        I, **JULI ROBERTS**, make the following Declaration:

2        1. I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4        2. I have been employed by the State of Arizona Department of Corrections

5    ("ADC") since October 1988.

6        3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC")

7    Safford and have been since March 2016.

8        4. As the Warden of ASPC-Safford, I oversee the overall operations of the

9    complex to include supervision of all ADC complex staff, as well as maintain and

10   administer ADC policies, procedures, and programs.

11       5. Each yard distributes mail differently. At Fort Grant and Graham, all

12   inmates have their own locked mail box in which they either have their own key or a

13   combination lock to access their mail.  At Tonto, the mail is distributed by the housing

14   officer.

15       I declare under penalty of perjury that the foregoing is true and correct.

16       Executed this 21st day of August, 2017.

17

18

19                                 Juli Roberts

20

21

22

23

24

25

26

27

28

1

**EXHIBIT 7**

**EXHIBIT 7**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF ALFRED RAMOS** |

I, **ALFRED RAMOS**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since March 29, 2004.

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Tucson and have been since February 14, 2015.

4. As the Warden of ASPC-Tucson, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. The sealed inmate communique is forwarded from the CNA and routed through one of ASPC-Tucson's eight mail and property rooms.   The unit mail and property room officers then deliver the document to the unit COII where the inmate is assigned. The Unit COII then delivers the document to the inmate.  Unit Deputy Wardens assure that the mail is delivered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21_ day of August, 2017.

Alfred Ramos

1

**EXHIBIT 8**

**EXHIBIT 8**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF EDWIN JENSEN** |

1    I, **EDWIN JENSEN**, make the following Declaration:

2        1.   I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4        2.   I have been employed by the State of Arizona Department of Corrections

5    ("ADC") since October 12, 1998.

6        3.   I am the Warden of ADC's Arizona State Prison Complex ("ASPC")

7    Winslow and have been since August 5, 2017.

8        4.   As the Warden of ASPC-Winslow, I oversee the overall operations of the

9    complex to include supervision of all ADC complex staff, as well as maintain and

10   administer ADC policies, procedures, and programs.

11       5.   To comply with Healthcare Performance Measure 47 regarding the delivery

12   of diagnostic studies to inmates, all mail from Corizon to the inmate population is

13   delivered through the facility (internal) mail system.  Corizon staff leave "medical" mail

14   at the complex mailbox where complex mail/property picks it up.  The mail is then sorted

15   and delivered to the appropriate unit where line staff deliver the mail to the appropriate

16   inmate.

17       I declare under penalty of perjury that the foregoing is true and correct.

18       Executed this 18th day of August, 2017.

19

20                                                   _____

21                                                   Edwin Jensen

22

23

24

25

26

27

28

1

**EXHIBIT 9**

**EXHIBIT 9**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF CARLA HACKER-AGNEW** |

1    I, **CARLA HACKER-AGNEW**, make the following Declaration:

2        1.  I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4        2.  I have been employed by the State of Arizona Department of Corrections

5    ("ADC") since __01/18/1999_____.

6        3.  I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Yuma

7    and have held this position since _____03/26/2016_____.

8        4.  As the Warden of ASPC-Yuma, I oversee the overall operations of the

9    complex to include supervision of all complex staff, as well as maintain and administer

10   ADC policies, procedures, and programs.

11       5.  Once medical delivers the diagnostic study results to unit mail and property,

12   security staff delivers the mail to the respective inmates.

13       I declare under penalty of perjury that the foregoing is true and correct.

14       Executed this 18 day of August, 2017.

15

16                                      Carla D Hacker Agnew

17                                      Carla Hacker-Agnew

18

19

20

21

22

23

24

25

26

27

28

1