**EXHIBIT 10**

**EXHIBIT 10**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>        Plaintiffs,<br><br>  v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF VICKI SMITH** |

1    I, **VICKI SMITH**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am
3    competent to testify to the matters set forth in this Declaration.

4    2.    I am employed by Corizon Health, Inc. (Corizon) as the Facility Health
5    Administrator (FHA) at ASPC-Douglas.

6    3.    I have worked for Corizon for approximately 1.5 years.  I have been the
7    FHA at ASPC-Douglas since January 2016.

8    4.    My responsibilities include overall management and supervision of the
9    facility health units to ensure inmates are timely and properly seen and that policies and
10   procedures are abided by.

11   5.    Inmates request their diagnostic study results by submitting an HNR.

12   6.    HNRs are reviewed and triaged by nursing staff.

13   7.    Nursing staff then inform providers of those inmates requesting diagnostic
14   results.

15   8.    The providers then print the results, and their assistants put the results in a
16   sealed envelope addressed to the inmate.  At the end of each day, Corizon staff deliver
17   these envelopes to Complex Operations, where security staff distribute them to each yard.

18   I declare under penalty of perjury that the foregoing is true and correct.

19   Executed this 21st day of August, 2017.

20

21

22   _____
     Vicki Smith

23

24

25

26

27

28

1

**EXHIBIT 11**

**EXHIBIT 11**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF MAUREEN JOHNSON** |

1    **I, MAUREEN JOHNSON**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4    2.    I am employed by Corizon Health, Inc. (Corizon) as the Facility Health

5    Administrator (FHA) at ASPC-Eyman.

6    3.    I have worked for Corizon since March 2014.  I have been the FHA at

7    ASPC-Eyman since March 3, 2017

8    4.    My responsibilities include overall management and supervision of the

9    facility health units to ensure inmates are timely and properly seen and that policies and

10   procedures are abided by.

11   5.    After a provider reviews a diagnostic study, eOMIS prompts them to print

12   an inmate communique.   The Certified Nursing Assistant (CNA) then places the

13   communique in a sealed envelope marked confidential.   The sealed envelope is then

14   placed in a labeled bin in the health unit, where it is picked up by security.

15   6.    The process of the delivery of diagnostic studies to the inmates at the

16   maximum custody units is as follows:   After a provider reviews a diagnostic study,

17   eOMIS prompts he/she to print an inmate communique.   The CNA then places the

18   communique in a sealed envelope marked confidential.   The sealed envelope is then

19   delivered by the nurse to the wing control room.   Each day, the shift officers retrieve the

20   mail from the wing control room and deliver the mail to the inmates.

21   I declare under penalty of perjury that the foregoing is true and correct.

22   Executed this 6 day of September, 2017.

23

24

25   _____
     Maureen Johnson

26

27

28

1

**EXHIBIT 12**

**EXHIBIT 12**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF DANIEL SEGO** |

1    I, **DANIEL SEGO**, make the following Declaration:

2    1.   I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4    2.   I am employed by Corizon Health, Inc. (Corizon) as the Facility Health

5    Administrator (FHA) at ASPC-Florence.

6    3.   I am a licensed practical nurse (LPN) in Arizona.

7    4.   I have worked for Corizon for since June 2014.  I have been the FHA at

8    ASPC-Florence since June 2014.

9    5.   My responsibilities include overall management and supervision of the

10   facility health units to ensure inmates are timely and properly seen and that policies and

11   procedures are abided by.

12   6.   To comply with Performance Measure 47 regarding delivery of diagnostic

13   studies to inmates, the providers print all the communiques upon review of their lab

14   reports. After printing, the providers are to ink sign each communique and distribute to the

15   Assistant Director of Nursing (ADON) responsible for that yard. The ADON enters a

16   chart note that the communique was sent to the inmate. The communique is then delivered

17   to the Health Unit officer by the nurse (on duty?).  After the communiques are in the

18   possession of the Health Unit Officer, they will be distributed as outlined in the

19   Declaration of Warden Curran.

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed this 5th day of September, 2017.

22

23

24   Daniel Sego

25

26

27

28

1

**EXHIBIT 13**

**EXHIBIT 13**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF KELLI ROGERS** |

I, **KELLI ROGERS**, make the following Declaration:

1.    I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.    I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Lewis.

3.    I am licensed as a registered nurse in Arizona.

4.    I have worked for Corizon since November 10, 2014 and have been the FHA at ASPC-Lewis since April 3, 2017

5.    My responsibilities include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

6.    Inmates request the results of their diagnostic studies by submitting an HNR.

7.    Upon receipt of the HNR, the providers print the results, and their assistant puts the results in a sealed envelope addressed to the inmate.  Each day, I take all mail, including the inmate communique envelopes, to Complex Operations to be distributed to the inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of September, 2017.


_____
Kelli Rogers

1

**EXHIBIT 14**

**EXHIBIT 14**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF ADALIA CERRILLO** |

I, **ADALIA CERRILLO**, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Perryville.

3.     I have worked for Corizon since June 2013.  In October 2016, I became the Assistant FHA and then, in late June 2017, I became the FHA.

4.     My responsibilities include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

5.     Inmates request the results of their diagnostic studies through an HNR.

6.     Upon receipt of the HNR, the sick call nurse reviews the HNR and schedules the inmate for an appointment within the following seven days.  At the appointment, the Provider reviews the diagnostic results with the inmate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7ᵗʰ day of September, 2017.


_____
Adalia Cerrillo

1

**EXHIBIT 15**

**EXHIBIT 15**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF RICHARD WATTS** |

I, **RICHARD WATTS**, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Phoenix.

3.     I am licensed as a Registered Nurse in Arizona.

4.     I have worked for Corizon since 2016 and have been the FHA at ASPC-Phoenix since November 1, 2016.

5.     My responsibilities include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

6.     To comply with Performance Measure 47 regarding the Medical Provider communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request, the following procedures are followed:

7.     First, the inmate submits a Health Needs Request (HNR) requesting the results of his/her diagnostic testing.

8.     Then, the following process is employed:  The HNR nurse schedules an appointment for the inmate to meet with a provider within seven days of the HNR request. The provider then documents the appointment encounter in the electronic medical record. If the inmate has been transferred to a different prison complex during that seven day window, the Phoenix FHA and DON are notified by the Phoenix HNR nurse of the inmate's HNR request.  The HNR is then scanned to the FHA and DON at the receiving yard, so that a provider at the receiving yard can provide the diagnostic results to the inmate within the seven day period.

9.     ASPC-Phoenix does not utilize written communiques to respond to an inmate's request for diagnostic results under PM 47.  Rather, our process is to provide the inmate with the requested information via a face- to-face contact with a provider.  As such, security does not play a role in providing inmates with their diagnostic results.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2017.

Richard Watts

Richard Watts

2

**EXHIBIT 16**

**EXHIBIT 16**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF ANN MULLEN** |

I, **ANN MULLEN**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Safford.

3.      I am licensed as a registered nurse in Arizona.

4.      I have been the FHA at ASPC-Safford since July 2012.

5.      My responsibilities include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

6.      After lab or diagnostic results are received, and the provider has reviewed, the Patient Care Technician (PCT) prints the communiques for provider signature.  The communiques are sealed in an envelope for privacy, and taken to the mail and property box to be delivered to inmates at the end of each day.

7.      Additionally, if the diagnostic work is abnormal, the inmate is immediately scheduled with the provider.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _18th_ day of August, 2017.

Ann Mullen

1

**EXHIBIT 17**

**EXHIBIT 17**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                                Plaintiffs,<br><br>              v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                                Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF BENJAMIN SCHMID** |

I, **BENJAMIN SCHMID**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Tucson.

3.      I am licensed as a registered nurse in Arizona.

4.      I have worked for Corizon for approximately six months.  I have been the FHA at ASPC-Tucson since March 2017.

5.      In my current position, I direct the medical team in delivery of all care at ASPC – Tucson.

6.      Upon provider review of an inmate's diagnostic study results, eOMIS prompts the provider to print a communique.  If an inmate is being seen by a provider for an appointment, the provider will hand the communique to the inmate during the interaction.  When the request is made by an inmate who is not present, through an HNR request, after review and comments, the communique is printed and given to the provider's Certified Nursing Assistant (CNA).  The CNA seals it and places it in the inmate mail for custody to deliver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2017.


Benjamin Schmid

1

**EXHIBIT 18**

**EXHIBIT 18**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF DENNIS RANDLES** |

1    I, **DENNIS RANDLES**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am

3    competent to testify to the matters set forth in this Declaration.

4    2.    I am employed by Corizon Health, Inc. (Corizon) as the Facility Health

5    Administrator (FHA) at ASPC-Winslow.

6    3.    I am licensed as a registered nurse in Arizona.

7    4.    I have worked for Corizon since April 27, 2015.  I have been the FHA at

8    ASPC-Winslow since December 13, 2015.

9    5.    My responsibilities include overall management and supervision of the

10   facility health units to ensure inmates are timely and properly seen and that policies and

11   procedures are abided by.

12   6.    To comply with Performance Measure 47 regarding delivery of diagnostic

13   studies to inmates, the providers review the results, and the scheduler (primary) or others

14   (Patient Care Technicians (PCTs)) place the notification(s) in a sealed envelope with the

15   inmate's name, ADC number, and housing location on it.  The scheduler or PCT, then

16   mails the lab result notifications to the inmates through inmate mail on a daily basis.

17   I declare under penalty of perjury that the foregoing is true and correct.

18   Executed this 3⎰ day of August, 2017.

19

20   Dennis Randles, RN, BSN, MBA-HCM
     Facility Health Administrator

21   Dennis Randles

22

23

24

25

26

27

28

1

**EXHIBIT 19**

**EXHIBIT 19**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DECLARATION OF CARLI MYERS** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1     I, **CARLI MYERS**, make the following Declaration:

2     1.    I am over the age of 18 years and have personal knowledge of and am

3     competent to testify to the matters set forth in this Declaration.

4     2.    I am employed by Corizon Health, Inc. (Corizon) as the Director of Nursing

5     (DON) at ASPC-Yuma.

6     3.    I am a licensed registered nurse in the state of Arizona.

7     4.    I have worked for Corizon since March 2013 and have been the Director of

8     Nursing at ASPC-Yuma since April 2015.

9     5.    My responsibilities include maintaining staffing levels and ensure all

10    clinical shifts are covered. Maintain training of all clinical staff. Monitoring CGAR

11    measures to ensure compliance. Managing family and friends concerns and complaints,

12    answering informal complaints from the inmates. Maintaining various logs and ensure

13    they are up to date and accurate. Along with above duties I also will work various floor

14    shifts if unable to fill staffing holes.

15    6.    To request their diagnostic study results, inmates must submit an HNR.

16    7.    HNRs are received through the nurse line.

17    8.    The process for providing inmates with their diagnostic study results is as

18    follows:  First, the nurse reviews the inmate's file to confirm the result has been reviewed

19    by the provider.  If it has been reviewed, a copy is printed, put in a confidential, sealed

20    envelope, and placed into the unit mail and property. If the result has not yet been

21    reviewed, the provider is notified to review the result.   The same process is then

22    completed – the result is printed and sealed in a confidential envelope, and placed into

23    unit mail and property.

24    I declare under penalty of perjury that the foregoing is true and correct.

25    Executed this 6th day of September, 2017.

26

27

28    Carli Myers

1