1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Fletcher, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@strucklove.com
14  rlove@strucklove.com
    tbojanowski@strucklove.com
15  nacedo@strucklove.com
    afletcher@strucklove.com
16  jlee@strucklove.com
    khanger@strucklove.com
17  tray@strucklove.com

18  *Attorneys for Defendants*

19              **UNITED STATES DISTRICT COURT**
20                **DISTRICT OF ARIZONA**

21  Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-DKD
    and all others similarly situated; and Arizona
22  Center for Disability Law,

                                    Plaintiffs,

23            v.                                           **DEFENDANTS' PROPOSED**
                                                           **AGENDA FOR SEPTEMBER 12,**
24  Charles Ryan, Director, Arizona Department            **2017 MONTHLY STATUS**
    of Corrections; and Richard Pratt, Interim            **HEARING**
25  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
26  official capacities,

                                    Defendants.

27

28

1    Defendants submit the following agenda for the September 12, 2017 Monthly

2    Status Hearing:

3       1.    Report on Corizon Health – Arizona Department of Corrections Contract

4    Amendment No. 14; and

5       2.    Schedule hearing regarding Arizona State Prison Complex Tucson

6    retaliation allegations.

7       DATED this 11th day of September 2017.

8                               STRUCK LOVE BOJANOWSKI & ACEDO, PLC

9

10                              By /s/Timothy J. Bojanowski
                                   Daniel P. Struck
11                                 Rachel Love
                                   Timothy J. Bojanowski
12                                 Nicholas D. Acedo
                                   Ashlee B. Fletcher
13                                 Jacob B. Lee
                                   Kevin R. Hanger
14                                 Timothy M. Ray
                                   3100 West Ray Road, Suite 300
15                                 Chandler, Arizona  85226

16                                 Arizona Attorney General Mark Brnovich
                                   Office of the Attorney General
17                                 Michael E. Gottfried
                                   Lucy M. Rand
18                                 Assistant Attorneys General
                                   1275 W. Washington Street
19                                 Phoenix, Arizona 85007-2926

20                                 *Attorneys for Defendants*

21

22

23

24

25

26

27

28

                                    1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:               ahardy@prisonlaw.com

Amelia M. Gerlicher:        agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:              afettig@npp-aclu.org

Asim Varma:                 avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:       cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:         ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:        DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:          dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:             dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:           jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:        jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:         jrico@azdisabilitylaw.org

Kathleen E. Brody           kbrody@acluaz.org

Kirstin T. Eidenbach:       kirstin@eidenbachlaw.com

Maya Abela                  mabela@azdisabilitylaw.org

Rose Daly-Rooney:           rdalyrooney@azdisabilitylaw.org

Sara Norman:                snorman@prisonlaw.com

Sarah Eve Kader:            skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:              rlomio@prisonlaw.com

Victoria Lopez:             vlopez@aclu.org

1

2    I hereby certify that on this same date, I served the attached document by U.S.
Mail, postage prepaid, on the following, who is not a registered participant of the
CM/ECF System:

3

4        N/A

5                                            /s/Timothy J. Bojanowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3