**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (DKT. 2253) AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. 2276)** |

The Court, having reviewed the Stipulation for Extension of Time to Respond to Plaintiffs' Motion to Enforce the Stipulation (Dkt. 2253) and Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 2276), and good cause appearing, hereby GRANTS the Motion. Defendants shall have up to and including September 25, 2017 to file their Response to Plaintiffs' Motion to Enforce the Stipulation (Dkt. 2253); and shall have up to and including October 23, 2017 to respond to Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 2276).