# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Extension of Time to Respond to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2253) and Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 2276), and good cause appearing,

**IT IS ORDERED** granting the Motion (Doc. 2301). Defendants shall have up to and including September 25, 2017 to file their Response to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2253); and shall have up to and including October 23, 2017 to respond to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 2276).

Dated this 11th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge