**EXHIBIT A**

**EXHIBIT A**

1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 Kevin R. Hanger, Bar No. 027346
   STRUCK WIENEKE & LOVE, P.L.C.
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@swlfirm.com
   kwieneke@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   jlee@swlfirm.com
18 khanger@swlfirm.com
   *Attorneys for Defendants*

19                 **UNITED STATES DISTRICT COURT**

20                       **DISTRICT OF ARIZONA**

21 Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
22 Center for Disability Law,
                                    Plaintiffs,
23              v.                                         **DECLARATION OF DANIEL
                                                          SEGO**
24 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
25 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
26 official capacities,
                                    Defendants.
27

28

I, **DANIEL SEGO**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am employed by Corizon Health, Inc. (Corizon) as the Facility Health Administrator (FHA) at ASPC-Florence.

3.      I am a licensed practical nurse (LPN) in Arizona.

4.      I have worked for Corizon since June 2014.  I have been the FHA at ASPC-Florence since June 2014.

5.      I have reviewed the April 20, 2017 inmate grievance response written by Assistant Director of Nursing N. Williams to Inmate William Gallagher (#179354), in which ADON Williams states that "Per policy a patient must be seen by the Nurse three times prior to being scheduled with the provider."

6.      ADON Williams' April 20, 2017 inmate grievance response is not an accurate statement of the policy or practice at Florence.

7.      Corizon does not have a policy or practice of requiring inmates to be seen three times on nurse's line before they can be referred to a provider.

8.      I personally met with the site leadership at Florence during a supervisor's meeting on August 16, 2017 to re-educate them that there is no such policy or practice that is condoned by Corizon or ADC.

9.      The inmate grievance response written by ADON Williams to Inmate Gallagher also states that she referred the inmate to a provider, without requiring him to be seen three times on nurse's line.

10.      I have reviewed the inmate's medical records in eOMIS, and he was seen by a provider after only one nurse's line visit.

11.      Attachment A is a true and correct copy of Inmate Gallagher's recent medical encounters from eOMIS.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5ᵗʰ day of September, 2017.


Daniel Sego

2

**ATTACHMENT A**

**ATTACHMENT A**

CHSS027A

# Health Services Encounters

Tuesday August 22, 2017 04:04:52 PM

Show Incidental Encounters: ☑    Encounter Type: [                    ▼]

**Health Services Encounters** (1 - 20 of 159)

| Date | Time | Category | Type | Staff | Location |
|------|------|----------|------|-------|----------|
| 07/31/2017 | 10:16 AM | Nursing | Nurse - Treatment Call | | ASPC-F SOUTH UNIT |
| 06/12/2017 | 03:48 PM | Nursing | Nurse - Verbal/Telephone Orders | | ASPC-F SOUTH UNIT |
| 05/18/2017 | 03:11 PM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 05/10/2017 | 10:25 AM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 05/09/2017 | 10:41 AM | Nursing | Nurse - Return From Offsite | | ASPC-F SOUTH UNIT |
| 05/02/2017 | 10:08 AM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 04/25/2017 | 08:25 AM | Nursing | Nurse - Treatment Call | | ASPC-F SOUTH UNIT |
| 03/25/2017 | 08:00 AM | Nursing | Nurse - PPD Administration | | ASPC-F SOUTH UNIT |
| 03/15/2017 | 02:12 PM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 03/10/2017 | 11:33 AM | Nursing | Nurse - Sick Call - Scheduled | | ASPC-F SOUTH UNIT |
| 02/13/2017 | 09:15 AM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 02/08/2017 | 07:00 PM | Nursing | Nurse - Medication Renewal | | ASPC-F SOUTH UNIT |
| 01/02/2017 | 02:28 PM | Nursing | Nurse - Treatment Call | | ASPC-F SOUTH UNIT |
| 12/30/2016 | 10:00 AM | Medical Provider | Provider - Follow Up Care | | ASPC-F SOUTH UNIT |
| 12/19/2016 | 11:08 AM | Medical Provider | Provider - Sick Call - Unscheduled | | ASPC-F SOUTH UNIT |
| 12/09/2016 | 10:57 AM | Medical Provider | Provider - Sick Call - Scheduled | | ASPC-F SOUTH UNIT |
| 11/12/2016 | 01:10 PM | Nursing | Nurse - Medication Renewal | | ASPC-F SOUTH UNIT |
| 10/20/2016 | 08:32 AM | Medical Provider | Provider - Sick Call - Scheduled | | ASPC-F SOUTH UNIT |
| 10/14/2016 | 04:10 PM | Nursing | Nurse - Distribute Med Equip/Supplies | | ASPC-F SOUTH UNIT |
| 10/02/2016 | 01:31 PM | Nursing | Nurse - Verbal/Telephone Orders | | ASPC-F SOUTH UNIT |