# EXHIBIT A (PART 1)

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Douglas**

**July 100%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Eyman**

**Basis for issues with non-compliance**.
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Currently under review. Will supplement upon completion.

**Corrective action plan**.
Eyman has increased the number of Inventory Control (IC) employees from 3 fulltime employees to 4 fulltime employees. Now one IC will be assigned to each yard. Medications will be delivered to each IC at their yard to process and get ready for distribution to patients. The facility site has reviewed and is adopting the process used by Tucson, which has been more successful. Site leadership will meet with ADC's Regional Directors of Operations regarding a proposed process change to include handing out Keep On Person (KOP) medications during pill call.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for issues with non-compliance**.
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Further information relating to this facility is currently under review. Will supplement upon completion.

**Corrective action plan**.
Corizon will be implementing rotating medical line nurses. New nursing staff started in the second half of August 2017, which Corizon believes will further addressing compliance issues.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for issues with non-compliance**.  Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Further information relating to this facility is currently under review. Will supplement upon completion.

**Corrective action plan**.  Corizon will continue with the current corrective action plan, which has increased compliance by 7%. Beginning on July 1, 2017, Assistant Directors of Nursing will be responsible for monitoring and tracking this performance measure. Under the current corrective action plan, medication will be placed in designated bins upon arrival. If unable to get medication from Phamacor within 24 hours, an off-site pharmacy will be utilized. Site leadership is also requesting a report be created to determine what medications are ordered by yard to better ensure that if medication is not received, it may be subsequently obtained from a back-up pharmacy. The nursing staff will document the number of tablets not number of cards. Additionally, an Inventory Control employee is assigned to the Medication Room for each unit under Assistant Director of Nursing supervision. Pharmacy manifests are reviewed daily for the next day to assess that all orders are scheduled to be on the next day's shipment. Any medications that are not on the manifest or that are ordered STAT are obtained from the clinic stock or back-up pharmacy if not available in clinic stock.

# PM 11
*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since May 2017.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Phoenix**

July
**100%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Safford**

July **93%**

**Above compliance threshold without interruption since August 2016.**

# PM 11 *Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Tucson**

July **85%**

Jul-16 76%  Aug-16 80%  Sep-16 80%  Oct-16 88%  Nov-16 85%  Dec-16 80%  Jan-17 82%  Feb-17 85%  Mar-17 74%  Apr-17 84%  May-17 83%  Jun-17 87%  Jul-17 85%

**Above compliance threshold without interruption since June 2017.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Winslow**

**July 87%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Yuma**

July **94%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Douglas**

July **93%**

Above compliance threshold without interruption since January 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since April 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since May 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since April 2017.**

# PM 13
*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Perryville**

July **100%**

**Above compliance threshold without interruption since May 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since January 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since November 2015.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since January 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Eyman**

July **94%**

**Above compliance threshold without interruption since January 2017.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Florence**

July
**95%**

**Above compliance threshold without interruption since May 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since February 2017.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since April 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since May 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since May 2016.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Basis for Non-Compliance.**
Currently under review. Will supplement upon completion.

**Corrective Action Plan (All Facilities).**
A transfer screening is performed by a qualified healthcare professional on all intersystem transfers to ensure that all patient Keep on Person (KOP) and Direct Observation Therapy (DOT) medications are transferred with and provided to the patient without interruption.

The Complex Accountability Officer at the <u>Sending Facility</u> is responsible for providing a daily list of inmates transferring out of the facility the next day to Corizon Medical records and Health Services Administration.

Once received, Corizon personnel reviews the patient's health record to ensure that the patient is appropriate for transfer.  A Nurse – Transfer – Sending Encounter must be created in the Electronic Offender Management Information System (eOMIS). Additionally, an Intra-System Transfer Form must be added through the Standard Forms

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

Section. The Intra-System Transfer Form is printed from eOMIS to later be placed with the inmate's chart and DOT medications if applicable.

Once a patient has been determined appropriate for transfer, the physical medical chart and DOT medication will be pulled by the Intake Nurse or a Medical Records Liaison and placed in a banker's box. Any DOT medications later pulled by the Intake Nurse are placed in the same box.

More specifically, for each transferring patient who has prescribed medications in eOMIS, the Intake Nurse (or the Assistant Director of Nursing as the designated backup) at the <u>Sending Facility</u> is required to:

- o Gather all DOT medications from the unit medication room for each inmate with active Drug Prescription Orders on the movement list, and print the Drug prescription Orders list from the eOMIS (showing active medications only). KOP medications must also be labelled.

- o Compare the physically available medications to the active list on Drug Prescription Orders. If medications are not available, make arrangements for next dose administration from clinic stock or back up pharmacy. An explanation must be provided for currently prescribed medications (KOP and DOT) that are not present on the Drug Prescription Order Sheet. For special needs patients, notification must be provided to key individuals, identified on the Intrasystem Transfer Contact List, at the receiving facility. In the event that a patient states that he does not take or does not want any of the medications, a signed refusal form (AZ DOC Form 1101-4) must be completed and the transfer summary will also document the refusal. Refusal forms shall be attached to the transfer summary sheet and scanned at the receiving site within 2 business days. Furthermore, if KOP medications are packed in the inmate's property, an Information Report (IR) must be written. Injectable or temperature controlled medications will be forwarded to the receiving facility by the IC LPN.

- o Place DOT and KOP attestation stamps on the printed Active Drug Prescription Order Sheet. The patient must initial next to all KOPs in his possession and also sign the Departure attestation.

- o Review the medication administration schedule for each prescribed DOT and administer any necessary doses prior to the inmate departure.

- o Place all DOT medications in a clear, sealed bag along with the printed Active Drug Prescription Orders sheet for that inmate. Each inmate's medical records

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

- o and sealed bag of medications shall be placed in a hard-sided plastic tote bin that is sealed with a red tag for each final destination. Records are grouped by complex. Both Corizon staff and an officer shall sign the AZ DOC Discharge and Transfer Sheet (705-6) confirming items are present and sealed. A large "M" will be documented in the top right hand corner of the form to indicate that medications are enclosed in the bin. The bins shall then be placed on the same vehicle as the inmates.

Security staff shall complete an IR for state-wide departures to identify discrepancies in transferred medications.

At the <u>Receiving Facility</u>, the Complex Accountability Officer will provide a daily list of inmates transferring in to the facility the next business day to Corizon Medical Records and Health Services Administration.

The Intake Nurse at the <u>Receiving Facility</u> shall unpack the inmate patient's DOT medication bags from the totes. The Intake Nurse will then compare the contents of the bag to the Drug Prescription Orders sheet that indicates active medications. Each inmate patient is required to sign the inmate Drug Prescription Order sheet to indicate all of their medications are present.  If a patient refuses to sign then the box must be checked indicating a refusal to sign. Upon discovery of any missing medications, the Intake Nurse shall notify site leadership to coordinate immediate procurement of needed medications. The Intake Nurse will also review the medication administration schedule for each medication and administer any necessary doses at the time of arrival. The Intake Nurse will then release patients with their KOP medications and stock DOT medications.

Security staff shall complete an IR for Statewide arrivals to identify discrepancies in transferred medications. The Transfer Summary sheet is also scanned into eOMIS. Inmate patients who are received from Alhambra designated as condemned (Death Row) or Enhanced Housing inmates will be taken directly to the Browning unit to have the full intake process completed. This patient will not have medications as they will be directly received from a county jail, therefore no medical records or medications will travel with these patients.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Basis for Non-Compliance.**
Currently under review. Will supplement upon completion.

**Corrective Action Plan.**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

## Lewis



**Basis for Non-Compliance.**
Currently under review. Will supplement upon completion.

**Corrective Action Plan.**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since May 2017.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since June 2017.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Tucson**

July
**86%**

**Above compliance threshold on July 2017.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Winslow**

**Above compliance threshold from January through June 2017.**

**Basis for July 2017 Non-Compliance**
Currently under review. Will supplement upon completion.  However, it is important to note that Winslow had previously been above the compliance threshold without interruption from March to June of 2017.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Yuma**

**Basis for Non-Compliance**
Currently under review. Will supplement upon completion.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since December 2016.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since January 2017.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since June 2017.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Tucson**

July
**100%**

**Above compliance threshold without interruption since November 2016.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since October 2015.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Yuma**

**July**
**100%**

**Above compliance threshold without interruption since December 2016.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since March 2017.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance**.
Difficulty in hiring a sufficient number of providers.

**Corrective action plan**.
Two new providers have been hired.  One provider started two weeks ago and the second starts on October 1, 2017.  The additional staffing is anticipated to aid in reaching full compliance.

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



### Lewis

**Basis for issues with non-compliance**.
Lewis has a vacant provider position and had another provider out of the country for three weeks, leading to delays in referrals and provider scheduling.

**Corrective action plan**.
To remedy issues with meeting compliance levels, Corizon has hired a Site Medical Director who begins in December after his current employment contract expires. In the interim, a locum has been brought in to serve as a provider and the facility now has use of the Regional Medical Director to provide additional care. The facility is also taking steps to schedule all provider referrals within seven, rather than fourteen days, to ensure that the fourteen day window is met.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Perryville**

July **93%**

**Above compliance threshold without interruption since April 2017.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Tucson**

**July 97%**

**Above compliance threshold without interruption since January 2017.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Winslow**

July **97%**

**Above compliance threshold without interruption since July 2017 (only one month below compliance threshold since May 2015).**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Yuma**

**Above compliance threshold without interruption since at least December 2016.**

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Eyman**

**July 89%**

**Above compliance threshold without interruption since May 2017.**

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Tucson**

**July 100%**

**Above compliance threshold without interruption since March 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Eyman**

July
**93%**

**Above compliance threshold without interruption since June 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Florence**

July **95%**

**Above compliance threshold in July 2017.**

**Continued Action Plan**

To ensure ongoing compliance, the FHA will contact the deputy wardens to stress the importance of the inmate being brought to the Health Unit upon arrival from an offsite appointment, inpatient stay or trip to the emergency department. The deputy warden will ensure this directive is completed with FHA follow up.

Each yard Assistant Director of Nursing has also been assigned to identify any inmates that have returned from the hospital or emergency department from the night before and verify that the RFO was completed correctly.

Finally, the FHA and Director of Nursing created a new policy in August 2017 that outlines the step-by-step process that staff are to complete, from sending an inmate offsite for a hospital or emergency department trip, to processing their return. This directive was reiterated during a subsequent Nurse Supervisor's meeting in August.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Lewis**

July **100%**

71%
29%
48%
38%
43%
50%
38%
22%
94%
100%
87%
95%
100%

**Above compliance threshold without interruption since March 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

## Phoenix



**Basis for current non-compliance**

Discharge documents were not scanned into the online medical record system (eOMIS) timely after the inmate's return from off-site.    More specifically, although the providers were reviewing and signing the original documents that returned to the facility with the inmate, the nurses were adding these to off-site consult paperwork, where they were not being scanned into the appropriate fields in eOMIS or listed under the appropriate subtitles, making it difficult to find them and verify the original discharge orders were being followed.

**Corrective Action Plan**

Effective July 1, 2017, a new policy has been put in place where, upon return from the hospital, the nurse performing the "return from off-site" encounter will ensure that the hospital's discharge recommendations have been reviewed and signed by the provider. That nurse will then take the signed recommendations directly to medical records, where they will be immediately and correctly scanned into eOMIS.  In the event the patient returns during the swing shift or graveyard, when medical records is not on-site, the nurse will place the documents in the box of the Assistant Director of Nursing, who will ensure that the process outlined above is followed as soon as medical records comes in the following day.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Safford**

June**
100

** **No compliance % available for July 2017 yet.**

**Above compliance threshold without interruption since at least July 2016.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Tucson**

June**
**94%**

** No compliance % available for July 2017 yet.

**Above compliance threshold without interruption since September 2016.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since at least July 2016, with brief interruption in March 2017.**

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold in July 2017.**

**Continued Action Plan**
An additional staff member has been assigned to Central Unit once a week to provide additional support relating to lab draws.  LPNs and RNs will also continue to be offered overtime for additional hours spent assisting with necessary diagnostic services.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold without interruption since April 2017.**

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold without interruption since May 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Douglas**

July **100%**

**Above compliance threshold without interruption since May 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Eyman**

**Basis for non-compliance**
It appears that providers were timely review diagnostic and pathology reports, but were not acting upon them within the time requirements allotted.

**Corrective Action Plan**
Currently under review. Will supplement upon completion.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Perryville**

**Basis for non-compliance**
Corizon is still investigating and will supplement at a later date.


**Corrective Action Plan**
A new Site Medical Director has been hired and will begin next week.  It is anticipated that this additional staffing will alleviate any backlog that led to reduced compliance levels.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Safford**

**Basis for non-compliance**
A provider was out for several months leading to a backlog.

**Corrective Action Plan**
A locum has been hired to aid this facility and improve compliance levels.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold since June 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold without interruption since August 2016.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Yuma**

**Basis for non-compliance**
A provider retired leading to a provider backlog.


**Corrective Action Plan**
After having this job posted for 351 days, a new provider candidate is in the process of having his/her credentials and references checked.  Assuming this candidate is approved, a new provider will be on staff to help alleviate the backlog.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Douglas**

**Basis for non-compliance**

July's sample size was a <u>single</u> inmate. The provider on duty failed to respond in a timely fashion to that single inmate, resulting in a 0% compliance rate. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The provider that failed to comply with this performance measure has been terminated. Corizon has also implemented a new communique process, as addressed in greater detail below and in Doc. 2294 and Doc. 2296, filed with the Court on September 8, 2017.

# PM 47   *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance**
Providers are not communicating the results of the diagnostic study within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue it to the inmate before they leave the sick call area. In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

eOMIS, the relevant electronic records system, has also been upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CAN to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



## Florence

**Basis for noncompliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue it to the inmate before they leave the sick call area. In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

eOMIS, the relevant electronic records system, has also been upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

After the provider has reviewed the diagnostic study, notated the action taken and printed it, the Assistant Director of Nursing will enter a chart note advising that on the given date the communique was sent to the inmate. In addition, if the diagnostic study is normal, when the nurse sends the communique to the inmate, he/she will enter a chart note stating that on the given date the communique was sent to the inmate.

The nurse or CNA will call the Site Medical Director for review of any lab results and issue the communique upon review.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Lewis



**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded on at the end of June to provide for an electronic communique that is printed and given to the inmate. The Training and Development Manager provided additional training and education to all staff on this change at the time of the upgrade.  The AFHA is monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results.

If an inmate is scheduled for an appointment with a provider to discuss the results of any labs/diagnostic testing, that appointment may not be rescheduled to ensure that the inmate is seen within the seven day timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Perryville**

**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June to provide for an electronic communique that is printed and given to the inmate. The Training and Development Manager provided additional training and education to all staff on this change at the time of the upgrade. The Assistant Directors of Nursing are monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results.

# PM 47 *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Above compliance threshold in July 2017.**

**Continued Action Plan**
Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Tucson**

**Basis for non-compliance**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area.  In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Above compliance threshold without interruption since March 2017.**

# PM 47 *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance**
Currently under review.  Will supplement with complete information.

**Corrective Action Plan**
Each day, when HNRs are processed, the nurse responsible for sick call will fill out the requested communique and give it to the provider to read and sign and then give it to the CNA to scan in to eOMIS. Once input into eOMIS, the communique can be printed and transmitted via facility mail or in person to the requesting inmate.

The Direct of Nursing will review the HNR log on a weekly basis to ensure that all requests are timely completed. If any requests have not been resolved, the Director of Nursing will contact the provider or their CNA to ensure that the communiques are transmitted.