# EXHIBIT A (PART 2)

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Florence**

**Basis for issues with non-compliance.**
Currently under review. Will supplement upon completion.


**Corrective Action Plan.**
The site scheduler was educated on scheduling appointments on the soonest date provided by the specialist. ADC has identified a sergeant to work directly with schedulers from both sites to ensure that appointments are met. The start date for the new procedure was August 14, 2017, at which time the transport teams were combined.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since September 2016, with one exception in June 2017.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Perryville**

July **93%**

**Above compliance threshold without interruption since March 2017.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since July 2016, with one exception in June 2017.**

**Continued Action Plan**

The clinical coordinator is responsible for entering the provider order into eOMIS within 2 days of the encounter, so that it can be approved by UM. The clinical coordinator is responsible for following up daily to schedule all newly-approved appointments as soon as possible, to allow for flexibility with transportation coordination. The Assistant Facility Health Administrator or designee runs reports weekly to monitor the status of all pending appointments and make sure they are being addressed timely if cancelled from the originally scheduled appointment. All inmates with pending off site diagnostic services scheduled are placed on a medical hold until it has been completed so it does not get missed on the receiving yard.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since February 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Eyman**

**Basis for non-compliance.**
Currently under review. Will supplement upon completion.


**Corrective Action Plan.**
A daily meeting is held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

# PM 51
*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance.**
Currently under review. Will supplement upon completion.


**Corrective Action Plan .**
A daily meeting is being held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since May 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance**
Routine specialty consultations were not being closely monitored by the clinical coordinator.

**Corrective Action Plan**
Off-site consults are reviewed at least twice a week by the Clinical Coordinator (CC). The CC is now required to confirm the appointment several days in advance and to ensure that all necessary paperwork has been completed. The CC will confirm with Security that transportation for the off-site appointment will be available.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since July 2016, with limited exception of June 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for -compliance**
Currently under review. Will supplement upon completion.

**Corrective action plan**
Starting in April 2017, it became a requirement for the Clinical Coordinator (CC) to switch from paper tracking to excel spreadsheets so that tracking could be streamlined. Corizon also replaced the CC position. The new CC finished training in mid-June and has since implemented many of the necessary changes that were designed to help track this performance measure.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since May 2017.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Basis for non-compliance**

Providers had not been reviewing consult reports in the timeframe required by this measure. The Eyman facility also had a turnover on the clinical coordinator position which is critical and centric to the processes involved in compliance to this measure. It was also discovered that two of the providers at Eyman did not fully understand the requirements within this performance measure and are being coached by their leadership.

**Corrective Action Plan**

Today, aging/exception reports are provided to the providers on a daily basis. The site scheduler will review receipt of specialist recommendations daily, which will be subsequently date stamped and uploaded into the Electronic Medical Record. The review will be placed on the providers work list. The scheduler will review daily to ensure that the provider has completed the review. The providers will be educated that if recommendations come directly to the provider, they should notify the scheduler so the proper procedure can be completed with the review.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



## Florence

**Basis for non-compliance**

Providers are not reviewing the specialty consultation reports within timeframe. Further information relating to this facility is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The site scheduler will review receipt of specialist recommendations daily, which will be subsequently date stamped and uploaded into the EMR. The review will be placed on the providers work list. The scheduler will review daily to ensure that the provider has completed the review. The providers will be educated that if recommendations come directly to the provider, they should notify the scheduler so the proper procedure can be completed with the review. The recommendations will be reviewed with the SMD to ensure compliance.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold since at least July 2016 with limited interruptions in March 2017, April 2017, and May 2017.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold without interruption since December 2016.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold without interruption since February 2017, with limited exception of June 2017.**

**Continued Action Plan**

Providers, CNA/MA and the Clinical Coordinator have been trained on how to pull a consult completed results received report. The providers, CNA/MA, Clinical Coordinator and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and then mark in the action taken section of the consult "consult completed practitioner reviewed." The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report as a double check system that notes are being reviewed in the seven day time frame. Thorough training with a power point on how to run the reports and switch the status to consult completed including the time frames was provided to this site. Additionally, reports are being run at the UM office two times per week.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Basis for non-compliance**

Specialty consultation reports are not being reviewed and acted on by a provider within seven (7) calendar days of receiving the report. Further information relating to this facility is currently under review. Will supplement upon completion.

**Corrective Action Plan**

Providers and the Clinical Coordinator have been trained on how to pull a consult completed/results received report. The provider and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and indicate that they have been practitioner reviewed. The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report to double check that notes are being reviewed in the seven day time frame.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Eyman**

July **64%**

**Basis for non-compliance**
Currently under review. Will supplement upon completion.


**Corrective Action Plan**
Currently under review. Will supplement upon completion.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Basis for non-compliance**
Currently under review. Will supplement upon completion.


**Corrective Action Plan**
The site will continue to utilize telemedicine and onsite providers when available to address backlog issues.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Lewis**

July **88%**

Above compliance threshold since at least July 2016, with limited interruption in March 2017.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Perryville**

**July 94%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since February 2017.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold since at least July 2016, with limited interruption in June 2017.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Florence**

**Basis for non-compliance**
Currently under review. Will supplement upon completion.

**Corrective Action Plan**
Medical providers will complete rounds every 48 hours, including weekends, to ensure that inmates are seen well within the 72 hour timeframe.

# PM 66 *Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Above compliance threshold in July 2017.**

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Basis for non-compliance**
The IPC (infirmary) at Perryville typically has a very low number of inmates (2-3). As such, one miss and the corresponding compliance score will be below threshold.

**Corrective Action Plan**
Medical providers will complete rounds every 48 hours, including weekends, to ensure that inmates are seen well within the 72 hour timeframe.

# PM 66 *Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Tucson**

**Basis for non-compliance**
Currently under review. Will supplement upon completion.

**Corrective Action Plan**
The providers will complete later rounds on Fridays and earlier rounds on Mondays.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 80 *Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



**Above compliance threshold without interruption since August 2016.**

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



**Above compliance threshold without interruption since August 2016.**

# PM 81 *Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 81

*Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 85 *Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold without interruption since August 2016.**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold without interruption since October 2016.**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold without interruption since November 2016.**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold since July 2016, except for brief interruption in December 2016.**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold without interruption since September 2016.**

# PM 85 *Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86
*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



**Above compliance threshold without interruption since at least July 2016.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**Eyman**

July **100%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**Lewis**

July **100%**

**Above compliance threshold without interruption since at least July 2016, with a limited interruption in October 2016.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**N/A since December 2016.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



N/A since September 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Basis for Non-Compliance**
There appears to have been a computer problem where notes were input into the computer system, but the notes were not saved, leading to perceived lack of compliance. ADC is following up on determining whether a computer problem caused a documentation failure for one week.

**Corrective Action Plan**
Corizon is looking into whether to implement fail-safe data redundancies.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Florence**

July
**100%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Tucson**

July
N/A

**N/A since September 2016.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Above compliance threshold since at least July 2016, with brief interruption in October 2016.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Above compliance threshold without interruption since January 2017.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Above compliance threshold without interruption since June 2017.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Perryville**

July
**93%**

**Above compliance threshold without interruption since February 2017.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Phoenix**

**July**
**73%**

**Basis for non-compliance**

A single provider failed to appropriately document contact with inmates on suicide watch or mental health watch.

**Corrective Action Plan**

The provider that failed to properly document was terminated from Corizon two weeks ago. Corizon will provide more training to providers relating to the importance of documentation. Corizon will also offer daily review of providers' charting to assist. Corizon will further create a hard stop in eOMIS (currently in testing prior to implementation) that will not permit the employee to move forward absent addressing this issue. Corizon is creating templates on the eOMIS system for use by providers and nurses. ADC Security is working to identify inmates on watch to remit the information to the Corizon mental health provider/nurse. ADC plans on identifying the locations of the watches by first count at 11:00 a.m. Then, a second ADC Security staff member will review notes to assure proper charting.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Tucson**

**July 72%**

**Basis for non-compliance**

Two nurses failed to note file that inmate was seen when inmate was placed on watch. There was one RN on evening duty that missed two notes.  A provider is failing to note the offer to be seen by mental health provider and refusal of being seen in the notes. Corizon is removing the provider.

**Corrective Action Plan**

To be determined.  Will be supplemented when additional information received.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption for June and July 2017.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since December 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with one limited interruption in December 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with one limited interruption in November 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with three interruptions in October 2016, November 2016, and May 2017.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since July 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with two interruptions in October 2016 and April 2017.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



## Basis for non-compliance

A psychologist provider recently retired.  Corizon has not yet utilized outside resources to supplement care since provider retirement because there are no community resources to draw upon.

## Corrective Action Plan

Corizon recently hired a new psychologist.  Corizon is also going to  increase tele-psych. Corizon has shifted a provider from the Phoenix facility to Yuma as well.  Corizon is working to get opinion from a temp psychologist from another ADC facility about any community resources.