# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: September 11, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
==========================================================================

HON:  David K. Duncan              Judge # <u>70BL/DKD</u>

    Caryn Smith                    Laurie Adams
    Deputy Clerk                     Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi and Maya Abela for Plaintiffs
Daniel Struck and Rachel Love, with Lucy Rand appearing telephonically, for Defendants

==========================================================================
**PROCEEDINGS:**      **X**  Open Court       ____ Chambers       ____ Other

This is the time set for Retaliation Hearing. The Rule of Exclusion of Witnesses is invoked. Kim Currier is sworn and examined. Plaintiffs' exhibits 1 through 8 and Defendants' exhibits 15 through 29 are marked for evidence.

Plaintiffs' exhibits 1 and 2 are received in evidence. Plaintiffs' exhibits 3 and 4 are received in evidence. Plaintiffs' exhibit 6 is received in evidence. Plaintiffs' exhibit 7 and Defendants' exhibit 18 are received in evidence. The witness is excused.

10:27 AM – Court stands at recess.

10:41 AM – Court reconvenes with respective counsel present. Court Reporter, Laurie Adams, is present.

The Court presents its view regarding the testimony of Kim Currier as to how the method of communication to deliver directives of the Court is handled.

Elizabeth Oros is sworn and examined. Defendants' exhibit 15 is received in evidence. Defendants' exhibit 16 is received in evidence. Defendants' exhibit 17 is received in evidence. Defendants' exhibit 19 is received in evidence. Defendants' exhibit 20 is received in evidence. The witness is excused.

12:11 PM – Court stands at recess.

1:17 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Defendants' exhibit 30 is marked for evidence.  Christopher Papworth is sworn and examined.  Plaintiffs' exhibit 5 is received in evidence.  The witness is excused.

Crystal Lee is sworn and examined.  The witness is excused.

2:52 PM – Court stands at recess.

3:11 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Discussion is held regarding Attachment A of Doc. 2294.  Defendants are directed to verify that the correct document is attached.

Ernest Trujillo is sworn and examined.  The Court hears argument on Plaintiffs' oral motion to strike hearsay testimony.  For the reasons set forth on the record the motion to strike is DENIED.  Examination continues.  Plaintiffs' exhibit 8 is received in evidence.  The witness is excused.

Jeffrey Van Winkle is sworn and examined.  Defendants' exhibit 24 is received in evidence.  Defendants' exhibit 29 is received in evidence.  The witness is excused.

John Mattos is sworn and examined.  Defendants' exhibit 26 is received in evidence.  Defendants' exhibit 30 is received in evidence.  The witness is excused.

Discussion is held regarding witness testimony and subject of Plaintiffs' retaliation notice and Defendants' request to bring additional witnesses for testimony on Wednesday, September 13, 2017.  SO ORDERED.

Plaintiffs' request to have Defendants withdraw their exhibits 21, 22 and 23.  IT IS ORDERED the Defendants shall redact the exhibits and resubmit them.

Further discussion is held regarding Plaintiffs' objections regarding additional witnesses in light of preparation and disclosure issues.  Court will make accommodations for these concerns.

Time in court: 6 hr 26 min (9:01 AM – 5:06 PM)