# TRANSCRIPT ORDER

**AO 435**
AZ Form (Rev. 1/2015)
Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Timothy J. Bojanowski |
| 2. PHONE NUMBER | 480-420-1600 |
| 3. DATE | 09-13-2017 |
| 4. FIRM NAME | Struck Love Bojanowski & Acedo, PLC |
| 5. MAILING ADDRESS | 3100 W. Ray Road, Ste. 300 |
| 6. CITY | Chandler |
| 7. STATE | AZ |
| 8. ZIP CODE | 85226 |
| 9. CASE NUMBER | 12-cv-601 |
| 10. JUDGE | David K. Duncan |
| 11. DATE OF PROCEEDING | 09-11-2017 |
| 12. DATE OF PROCEEDING | 09-12-2017 |
| 13. CASE NAME | Parsons v. Ryan |
| 14. LOCATION | Phoenix |
| 15. STATE | AZ |

**16. ORDER FOR:** ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL ☑ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☐ OTHER

**17. TRANSCRIPT REQUESTED**

☑ OTHER (Specify): Retaliation Hearing — 09-11-2017
Status Hearing — 09-12-2017

**18. ORDER**

| CATEGORY | ORIGINAL + 1 | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☑ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS:** ☐ PAPER COPY ☑ PDF (e-mail) ☐ ASCII (e-mail)

**E-MAIL ADDRESS:** epercevecz@strucklove.com

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

**19. SIGNATURE:** /s/Timothy J. Bojanowski
**20. DATE:** 09-13-2017

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY