# TRANSCRIPT ORDER

AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

1. **NAME**: Timothy J. Bojanowski
2. **PHONE NUMBER**: 480-420-1600
3. **DATE**: 09-13-2017
4. **FIRM NAME**: Struck Love Bojanowski & Acedo, PLC
5. **MAILING ADDRESS**: 3100 W. Ray Road, Ste. 300
6. **CITY**: Chandler
7. **STATE**: AZ
8. **ZIP CODE**: 85226
9. **CASE NUMBER**: 12-cv-601
10. **JUDGE**: David K. Duncan
11. **DATES OF PROCEEDINGS**: 09-13-2017
13. **CASE NAME**: Parsons v. Ryan
14. **LOCATION OF PROCEEDINGS**: Phoenix
15. **STATE**: AZ

### 16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 17. TRANSCRIPT REQUESTED

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Evidentiary Hearing | 09-13-2017 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 18. ORDER

| CATEGORY | ORIGINAL + 1 | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [x] | [ ] | | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**E-MAIL ADDRESS**: epercevecz@strucklove.com

**CERTIFICATION (19. & 20.)** By signing below, I certify that I will pay all charges (deposit plus additional).

19. **SIGNATURE**: /s/Timothy J. Bojanowski

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. **DATE**: 09-13-2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY