UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS** |

This Court, having reviewed the Stipulation for Extension of Time to File Briefs, and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including October 4, 2017 to file their briefs regarding the recent hearings on Defendants' "open clinic" and allegations of retaliation against testifying witnesses;

2. Defendants shall have up to and including October 18, 2017 to file their responses to Plaintiffs' briefs; and

3. Plaintiffs shall have up to and including October 25, 2017 to file their reply briefs to Defendants' responses.

134077643.1