# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed the Stipulation for Extension of Time to File Briefs (Doc. 2315), and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including October 4, 2017 to file their briefs regarding the recent hearings on Defendants' "open clinic" and allegations of retaliation against testifying witnesses;

2. Defendants shall have up to and including October 18, 2017 to file their responses to Plaintiffs' briefs; and

3. Plaintiffs shall have up to and including October 25, 2017 to file their reply briefs to Defendants' responses.

Dated this 19th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge