## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                DATE: September 13, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
    Plaintiffs    Defendants
=====================================================================

HON:   <u>David K. Duncan</u>           Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>                   <u>Elaine Cropper</u>
    Deputy Clerk                       Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Timothy Bojanowski and Rachel Love, with Lucy Rand appearing telephonically, for Defendants

=====================================================================
**PROCEEDINGS:**      <u>  X  </u>**Open Court**      <u>     </u>**Chambers**      <u>     </u>**Other**

This is the time set for Continuation of Hearing re: Retaliation and Evidentiary Hearings. Discussion is held regarding the evidentiary hearing regarding Tucson retaliation set for October 12, 2017 and whether the Perryville allegations will be heard at that time.  IT IS ORDERED the parties shall meet and confer and determine a date for the Perryville allegations.

Discussion is held regarding the documents pertaining to Mr. Millar.  Defendants are to confirm that the documents have been received.

Defendants' exhibit 31 is marked for evidence.  Robert Kay is sworn and examined.  Plaintiffs' exhibit 9 is marked for evidence.  The witness is excused.

10:45 AM – Court stands at recess.

10:58 AM – Court reconvenes with respective counsel present.  Court Reporter, Elaine Cropper, is present.

Jason Jardine is sworn and examined.  The witness is excused.

Plaintiffs' exhibit 9 is received in evidence.

12:13 PM – Court stands at recess.

1:16 PM – Court reconvenes with respective counsel present.  Court Reporter, Elaine Cropper, is present.

Discussion is held regarding a letter received from a class member to this cause.  The Court informs the parties that instead of having the letters placed on the docket they will instead be forwarded to Plaintiffs' counsel, Ms. Eidenbach, with a copy forwarded to Defendants' counsel.  Mr. Bojanowski requests to be the contact for those letters.

Defendants' exhibit 31 is received in evidence.

Tanna Gualco is sworn and examined.  The witness is excused.

IT IS ORDERED Plaintiffs shall submit written briefs as to the issues covered in the retaliation hearing and the evidentiary hearing regarding the HNRs by no later than September 27, 2017.  Defendants shall file their responsive briefs by October 11, 2017, to which Plaintiffs shall reply by October 18, 2017.

Court is adjourned.


Time in court: 3 hr 51 min (9:04 AM – 2:11 PM)