THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 5.4 , 7.1(a)(1)
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___ COPY ___
SEP 21 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jerry Hubbard
140843
P.O Box 5000
Florence, Az 85132

# United States District Court
## District of Arizona

CV12-00601 DKD

Victor Parson
vs.
Charles Ryan

Notice of No Treatment

Just this week
1. Jerry Hubbard #140843 — heart attack.
2. Gabriel Figueroa #258371 — nearly dead.
3. Cartright #unknown — No Follow up care

had to be rushed to the hospital as East Unit is not providing the necessary care.

They are cutting off treatment that helps and giving treatment that does not help.

Too many of us in East Unit are suffering due to no care.

We cannot grieve the issues to ADOC