THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE S.4, 7.1(a)(1)
(Rule Number/Section)

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY
SEP 21 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

TO: Judges Magistrate and Mediator Duncan and Buttrick Clerk of the Court, U.S. District Court, 401 W. Washington St., Suite #130, SPC 1, Phoenix, AZ 85003-2118

From: Julie K. Pavlich, ADC #128948, ASPC-Perryville Unit: Lumley, C211, P.O. Box #3000, Goodyear, AZ 85395

Date: September 10, 2017

Re: Parsons v. Ryan, Case # CV12-00601-Phx, Fairness Hearing: Upcoming September 2017

On Tuesday, Aug. 29, 2017, I spent approximately 45 minutes with an attorney from the Arizona Center for Disability Law from the Tuscon branch. I was able to give my detailed account briefly from 2013 through present. What I don't understand is why Corizon/Doc. still not being sanctioned? I believed we could use the Settlement Agreement of 2014 and show the repeated abuse and non-compliance. They will NOT change. This is obvious, from all these Fairness Hearings. Fines or monies will open their eyes like nothing else. Hit them in their wallets! The new fiscal year started July 1, 2017. They have money in their coffers so now's the time.

OK, for some updates on the Medication lapses. Category - Pharmacy, Measure 13, Final Measure: Chronic Care and Psychotropic medication renewals will be completed in a manner

#2 Pavlich, ADC #128948

such that there is NO interruption or lapse in medication." (of 2017) For the first seven (7) months, my drugs lapses six months of those. It's ridiculous! These lapses range from one day up to ten (10) days. I check my medical records every ninety (90) days for accuracy and surprise, surprise, NO mention of any of these "infractions". They don't even put any of my numerous HNR's in my file either. Just like it never happened. Anything they don't want in the file gets shredded or disappears. This blatant disregard to needed medication has been going on since when I returned from the hospital in 2014. Do the math please. Just like my two (2) living wills from 2013 and 2014. They disappeared while I was in IPC or the three weeks I was still at Tempe St. Lukes. They both had DNR and DNI, on my living wills. Funny how that happened? I flat-lined three times in the O.R. I'm sure DOC/Corizon didn't want another lawsuit on that. They would sell their own mother for their purposes. Dr. Stabinsky, my Provider, refuses to adhere to the recommendations of my Neurosurgeon, at Barrows, Dr. Kumar Kakarla. He's requested to have annual MRI's and then a follow-up with him to see any further degeneration.

#3 Pavlich, ADC #128948

After reviewing my medical records in June 2016, Dr. Stabinsky wrote: "needs updated MRI" and my diagnosis was changed to: "Severe Spinal Disease." I asked the Dr. why I hadn't been scheduled for an MRI. He said, "Pavlich, you're fine." I can't understand how an M.D., specializing in OBGYN, all of sudden is a Neurosurgeon? After that visit Dr. Stabinsky decides to discontinue another 600mg. of Gabapentin. Again, NO notice, NO weaning. This disease does NOT get better. It gets worse. Check with my Real Neurosurgeon, he completed specialized training and education to be a Neurosurgeon. I'll be contacting the AMA, American Medical Association as well. Dr. Stabinsky would not follow protocol on weaning my medication. But yet there was another inmate, Priscilla Chavez, that did receive the proper protocol. He has no courtesy or compassion by even advising me. This is the second time in two years he's pulled this. Plus to add insult to injury, he did it on the weekend so there'd be no backlash from me. He's a rotten doctor with NO conscience, or balls! His license should be pulled.

#4 Pavlich, ADC#128948

Corizon and DOC blatantly keep up this charade and the justice system is allowing this to happen. It is time to punish this Corizon and the Department of Corrections for the egregious health care or should I say NOT PROVIDING healthcare? Have you ever considered "cover-up"? My medical chart used to be three (3) large and thick files. Ask them why it's only two (2) now? Can you say shredder? Ask Corizon and DOC about their dirty, little secrets between 2013-2015. How they called EMT's or fire Department to "resuscitate" dead people so they could say, "Oh, she died enroute." Put the sirens and flashing lights until they reach Citrus Rd - off the prison property - then turn off sirens and flashers. I saw quite a bit of "cover-ups" and at least 12 (twelve) deaths on San Carlos yard.

I have filed three grievances against DOC/Corizon Health care. Had I understood the protocol of suing in State Court and had access to an attorney my story could have won me some "hush" money. At least a little compensation for all the abuse and pain

#5 Pavlich, ADC #128948

I've suffered all these years, However, I also believe in Karma.

Last but not least in the pile of Non-compliance, please check pg. 5 and #15 determing substantial compliance: "If a prisoner who is taking psychotropic medication, suffers a heat intolerance, the prisoner will be transferred to a housing area where the cell temperature does not exceed 85 degrees Fahrenheit." I've filed two times for a Medical Override back to Yard #16 on Santa Cruz. Not only is it designated for Medical, but there are rooms equipped with A/C and ADA facilities there as well. Plus I would be able to move around anytime except Count. It would be a win-win. But I've been denied twice, for no reason. I was designated ADA after my first emergency surgery in March, 2014. Additionally I am diagnosed with C.O.P.D. (Chronic Obstructive Pulmonary Disease) and I have some "cruck" that comes from our vent. I would love to show. At least A/C filters better.

Respectfully,
Julie Pavlich