UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

SEP 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**X** Hearing  ___ TRO  ___ Non-Jury Trial  ___ Jury Trial

Case Number: CV-12-0601-PHX-DKD            Date 7/14/2017

Parsons, et al   vs.   Charles Ryan, et al

| NAME | SWORN | APPEARED |
|---|---|---|
| Mark Edward Blocksom | 7/14/2017 | 7/14/2017 |
| Ronald Oyenik | 7/14/2017 | 7/14/2017 |
| Dominique Keys | 7/14/2017 | 7/14/2017 |
| Angela Ashworth | 7/14/2017 | 7/14/2017 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |