UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

___ Preliminary Injunction  ___ TRO  _X_ Hearing  ___ Jury Trial

Case Number: CV-12-601-PHX-DKD   Date 7/14/2017

Parsons, et al   vs.   Ryan, et al

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1 |  | 7/14/2017 | Open sick call hours |
| 2 |  | 7/14/2017 | Google map photo |
| 3 |  | 7/14/2017 | HNR Oyenik 3/27/17 |
| 4 |  | 7/14/2017 | HNR Oyenik 7/12/17 |
| 5 |  | 7/14/2017 | HNR Keys 5/6/17 |
| 6 |  | 7/14/2017 | HNR Ashworth 6/5/17 |
| 7 |  | 7/14/2017 | HNR Ashworth 6/6/17 |
| 8 |  | 7/14/2017 | Inmate letter Ashworth 6/6/17 |
| 9 |  | 7/14/2017 | Inmate informal complaint resolution |
| 10 |  | 7/14/2017 | Six inmate letters |
| 11 |  | 7/14/2017 | Weekend watch notes |

FILED SEP 13 2017 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY