UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

_X_ **Evidentiary Hearing** _____ **TRO** ___ **Non-Jury Trial** ___ **Jury Trial**

Case Number: **CV-12-0601-PHX-DKD**        Date August 8, 2017

Parsons et al vs. Ryan et al

| NAME | SWORN | APPEARED |
|------|-------|----------|
| Charles Ryan | 8/8/2017 | 8/8/2017 |
| Richard Pratt | 8/8/2017 | 8/8/2017 |
| Jeffrey Van Winkle | 8/8/2017 | 8/8/2017 |
| Norman Twyford | 8/8/2017 | 8/8/2017 |
| Henrietta Western | 8/9/2017 | 8/9/2017 |
| Robin Coleman | 8/9/2017 | 8/9/2017 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |