___ FILED          ___ LODGED
___ RECEIVED       ___ COPY

SEP 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PLAINTIFFS' CIVIL EXHIBIT LIST

__X__ **Evidentiary Hearing** _____ **TRO** _____ **Non-Jury Trial** _____ **Jury Trial**

**Case Number:** __CV-12-0601-PHX-DKD__    **Date**__August 8, 2017__

__Parsons et al__ vs. __Ryan et al__

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 12 | 8/8/2017 | 8/8/2017 | 6/5/17-6/6/17 Nursing notes re: Ms. Ashworth |
| 13 | 8/8/2017 | 8/8/2017 | Lewis Grievance #L02-007-17 and documents from medical record of Mr. AG |
| 14 | 8/8/2017 | 8/8/2017 | Perryville Grievance #B42-008-017 |
| 15 | 8/8/2017 | 8/8/2017 | 5/4/17 Yuma Grievance #Y02-03417 |
| 16 | 8/8/2017 | 8/8/2017 | 6/1/17 email, subject: "Open Sick Call" |
| 17 | 8/8/2017 | 8/8/2017 | 5/25/17 minutes, Douglas Mohave Town Hall Meeting |
| 18 | 8/8/2017 | | 12/2/16 notes "24 HNR/Sick Call/IGA contracts" |
| 19 | 8/8/2017 | 8/8/2017 | 1/31/17 Memo from Florence Globe Deputy Warden to Warden K. Curran |
| 20 | 8/8/2017 | 8/8/2017 | 11/29/16 Memo to all Florence-North inmates |
| 21 | 8/8/2017 | 8/8/2017 | Florence Grievance #A02-058-017 |
| 22 | 8/8/2017 | 8/8/2017 | 5/15/17 email, subject "Open Sick call plan" |
| 23 | 8/8/2017 | 8/8/2017 | 11/23/16 emails, subject "Open Sick Call" |
| 24 | 8/8/2017 | 8/8/2017 | 12/2/16 email, subject: "12 Hour Nurses Line" |

| 25 | 8/8/2017 | 8/8/2017 | 4/10/17 email, subject: "follow up to medical meeting last week re: ICS" |
| 26 | 8/8/2017 | 8/8/2017 | 12/7/16 email, subject: "new HNR process Perryville" |
| 27 | 8/8/2017 | 8/8/2017 | 12/7/16 email, subject: "Open Sick Call update" |
| 28 | 8/8/2017 | 8/8/2017 | Undated document showing nursing line hours at Eyman, Florence, Lewis, Winslow prisons |
| 29 | 8/8/2017 | 8/8/2017 | 5/15/17 email, subject: "redirection for HNR boxes on minimum and medium yards" |
| 30 | 8/8/2017 | 8/8/2017 | 12/7/16 email, subject: "Open Sick Call starting 12/5/16" |
| 31 | 8/8/2017 | 8/8/2017 | 12/2/16 email, subject: "New Process for HNRs at Eyman, Florence, Lewis, Perryville, Tucson, and Yuma" |
| 32 | 8/8/2017 | 8/8/2017 | 3/17/17 email, subject: "Medical clearance" |
| 33 | 8/8/2017 | 8/8/2017 | 2/16/17 email, no subject, attaching "Copy of HNR Box vs. Sick Call Utilization" |
| 34 | 8/8/2017 | 8/8/2017 | 2/7/17 email, subject: "HNRs" |
| 35 | 8/8/2017 | 8/8/2017 | 1/18/17 email, subject: "Identification and standardization of eOMIS chronic care conditions" |
| 36 | 8/8/2017 | 8/8/2017 | 1/4/17 email, subject: "[…] requesting information for Corizon inmate […]" |
| 37 | 8/8/2017 | 8/8/2017 | 3/17/17 email, subject: "Encrypted – Unpaid Claims" |
| 38 | 8/8/2017 | 8/8/2017 | 3/3/17 email, subject: "Pharmaceuticals" |

| 39 | 8/8/2017 | 8/8/2017 | 1/19/17 letter, subject: "November 2016 Contract Sanctions" |
|---|---|---|---|
| 40 | 8/8/2017 | 8/8/2017 | June 2017 Arizona Monthly Staffing Report |
| 41 | 8/8/2017 | 8/8/2017 | 6/7/17 email, subject: "exam tables" |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |