UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

__X__ **Evidentiary Hearing** ____ TRO ____ Non-Jury Trial ____ Jury Trial

**Case Number:** CV-12-0601-PHX-DKD     Date September 11 and 13, 2017

Parsons et al vs. Ryan et al

| NAME | SWORN | APPEARED |
|---|---|---|
| Kim Currier | 9/11/2017 | 9/11/2017 |
| Elizabeth Oros | 9/11/2017 | 9/11/2017 |
| Christopher Papworth | 9/11/2017 | 9/11/2017 |
| Crystal Lee | 9/11/2017 | 9/11/2017 |
| Ernest Trujillo | 9/11/2017 | 9/11/2017 |
| Jeffrey Van Winkle | 9/11/2017 | 9/11/2017 |
| John Mattos | 9/11/2017 | 9/11/2017 |
| Robert Kay | 9/13/2017 | 9/13/2017 |
| Jason Jardine | 9/13/2017 | 9/13/2017 |
| Tanna Gualco | 9/13/2017 | 9/13/2017 |
| | | |

FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 13 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY