CASE NO. 2:12-CV-00601-DKD

| | | |
|---|---|---|
| Victor Antonio Parsons, et al, | § § | IN THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA |
| Plaintiffs, | § § § | |
| v. | § § | Judge Code 70BL/DKD |
| Charles Ryan, et al., | § § § | |
| Defendants. | § § | Retaliation Hearing September 11, 2017 |

```
        FILED       ___ LODGED
  ___ RECEIVED  ___ COPY
        SEP 1 3 2017
  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

## PLAINTIFFS' RETALIATION HEARING EXHIBIT LIST

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 1 | 9-11-17 | 9-11-17 | July 21, 2017 email from Kimberly Currier to Norm Twyford, Eoin Bailey, and Elizabeth Oros regarding "Inmate Scheid # 310573 movement" | MC0830R0000004.0001 |
| 2 | 9-11-17 | 9-11-17 | July 21, 2017 ADOC Information Report Number 17-B01-01561 from Sgt. Overly to DW Oros regarding "inmates Scheid and Smith" | MC0830R0000005.0001 |
| 3 | 9-11-17 | 9-11-17 | July 19, 2017 email from Kimberly Currier to Elizabeth Oros regarding "Inmate Ashworth #315041" | MC0830R0000084.0001-0003 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 4 | 9-11-17 | 9-11-17 | July 14, 2017 email from Norm Twyford to Crystal Lee and Elizabeth Oros (cc to Kimberly Currier) regarding "RE: Emailing: DSC04219, DSC04220, DSC04221, DSC04222, DSC04223" | MC0830R0000090.0001-0002 |
| 5 | 9-11-17 | 9-11-17 | August 2, 2017 email from Crystal Lee to Chris Papworth and Eoin Bailey regarding "Re: I/M Ashworth #315041" | MC0830R0000104.0001-0002 |
| 6 | 9-11-17 | 9-11-17 | July 28, 2017 email from Eoin Bailey to Chris Papworth, Nicholas Overly, and Anthony Coleman (cc Crystal Lee) regarding "Fwd: Info" | MC0830R0000107.0001-0004 |
| 7 | 9-11-17 | 9-11-17 | July 14, 2017 email from Norm Twyford to Kimberly Currier and Elizabeth Oros (cc Crystal Lee) regarding "RE: Emailing: DSC04219, DSC04220, DSC04221, DSC04222, DSC04223" | MC0830R0000129.0001-0003 |
| 8 | 9-11-17 | 9-11-17 | August 8, 2017 email from Andrew Wilder to Charles Ryan, Greg Lauchner, Brad Keogh, Carson McWilliams, Richard Pratt, Ernest Trujillo regarding "FW: Policy Regarding Retaliation" | MC0830R0000241.0001-0004 |
| 9 | 9-13-17 | 9-13-17 | ADOC IR | |
| | | | | |
| | | | | |

PLAINTIFFS' RETALIATION HEARING EXHIBIT LIST          Page 2
136874361.1