# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

| | | |
|---|---|---|
| ☐ FILED | ☐ LODGED | |
| ☐ RECEIVED | ☐ COPY | |

SEP 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number  2:12-cv-00601        Judge Code  DKD     Date  September 11, 2017

Parsons, et al.                         vs.  Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 15 | 9-11-17 | 9-11-17 | AIMS DC44, Internal Assignments, Report for Inmate Angela Ashworth |
| 16 | 9-11-17 | 9-11-17 | AIMS DC44, Internal Assignments, Report for Inmate Brianda Alvarez |
| 17 | 9-11-17 | 9-11-17 | AIMS DC44, Internal Assignments, Report for Inmate Donna Scheid |
| 18 | 9-11-17 | 9-11-17 | Inmate Letter from Brianda Alvarez to Officer Kay, dated June 29, 2017 |
| 19 | 9-11-17 | 9-11-17 | AIMS DC71, ADC Inmate Cell Assignment Screening, Report for Inmate Brianda Alvarez and Angela Ashworth |
| 20 | 9-11-17 | 9-11-17 | AIMS DI21, Key Inmate Actions Detail, Report for Inmate Brianda Alvarez |
| 21 | 9-11-17 | | AIMS DI24, Inmate Record, Report for Inmate Angela Ashworth |
| 22 | 9-11-17 | | AIMS DI24, Inmate Record, Report for Inmate Brianda Alvarez |
| 23 | 9-11-17 | | AIMS DI24, Inmate Record, Report for Inmate Donna Scheid |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number  2:12-cv-00601          Judge Code  DKD     Date  September 11, 2017

Parsons, et al.                        vs.  Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 24 | 9-11-17 | 9-11-17 | Aerial Photograph of ASPC-Florence South Unit |
| 25 | 9-11-17 | | Photograph showing ASPC-Florence South Unit Health Unit Proximity to Dorm 1 |
| 26 | 9-11-17 | 9-11-17 | Four (4) photographs of ASPC-Florence South Unit, Dorm 9 |
| 27 | 9-11-17 | | AIMS DI27, Inmate Movement, Report for Inmate Ronald Oyenik |
| 28 | 9-11-17 | | AIMS DC44, Internal Assignments, Report for Inmate Ronald Oyenik |
| 29 | 9-11-17 | 9-11-17 | Collection of forty-five (45) Inmate Letters to COIV Wilde and/or DW Mattos regarding potential movement to Dorm 1 |
| 30 | 9-11-17 | 9-11-17 | July 19, 2017 Memo from DW Mattos to E. Trujillo re: Response to allegation made by inmate Oyenik #150480 |
| 31 | 9-13-17 | 9-13-17 | ASPC-Perryville Target Searches Log |
| 32 | | | |