1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Second Stipulation for Extension of Time to Respond to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2334), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Second Stipulation for Extension of Time to Respond to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2334). Defendants shall have up to and including October 2, 2017 to file their Response to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2253).

Dated this 25th day of September, 2017.

David K. Duncan
United States Magistrate Judge