Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen*
*Swartz, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
*Maryanne Chisholm, Desiree Licci, Joseph*
*Hefner, Joshua Polson, and Charlotte Wells, on*
*behalf of themselves and all others similarly*
*situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability*
*Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF CORENE KENDRICK** |

LEGAL137042494.1

I, Corene Kendrick, declare:

1.      I am an attorney licensed to practice before the courts of the State of California and admitted to this Court *pro hac vice*.  I am a staff attorney at the Prison Law Office and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

**Plaintiffs' Annotation of Defendants' Exhibit of CGAR Scores (Doc. 2251-1 at 39-64)**

2.      Attached hereto as Exhibit 1 is an annotated version of the chart that Defendants filed as Attachment A to the Declaration of Richard Pratt.  [Doc. 2251-1] Under my supervision and direction, a paralegal in my office compared Defendants' chart to the original CGAR reports from March 2015 through June 2017 that have been provided by Defendants.  She annotated the chart as follows:

      a.      A red box or boxes were placed around the institutions for which Defendants seek to terminate monitoring.

      b.      For those institutions for which Defendants seek to terminate monitoring, she reviewed the original CGAR to determine whether the information on the chart comported with the scores listed in the CGAR reports.  When the information in the chart differed from that in the CGAR, she indicated in red print what the CGAR reported.

      c.      For those institutions for which Defendants seek to terminate monitoring, she highlighted entries that were below the compliance threshold, or were listed as "N/A", by putting a red slash through the entry.

**Correspondence among counsel**

3.      Attached hereto as Exhibit 2 is a February 17, 2017 letter from Plaintiffs' counsel David Fathi to Defendants' counsel Anne Orcutt.

4.      Attached hereto as Exhibit 3 is an August 25, 2017 email from Anne Orcutt to Plaintiffs' counsel.

LEGAL137042494.1

1    5.    Attached hereto as Exhibit 4 is a July 28, 2017 letter from Anne Orcutt to

2    Plaintiffs' counsel Corene Kendrick.

3    **Defendants' Monitor Guide**

4    6.    Attached hereto as Exhibit 5 is the January 10, 2017 version of Defendants'

5    Monitor Guide, produced by Defendants' counsel to Plaintiffs' counsel.

6    **Performance Measure 74**

7    7.    Performance Measure (PM) 74 provides that "All female prisoners shall be

8    seen by a licensed mental health clinician within five working days of return from a

9    hospital post-partum."   [Doc. 1185-1 at 13]   Notwithstanding this requirement,

10   Defendants have repeatedly counted as compliant records in which the required post-

11   partum contact was not made by a licensed mental health clinician.[1]

12   8.    Attached hereto as Exhibit 6 and filed under seal is the December 2015

13   CGAR for Perryville, and excerpts from the electronic medical records of two Perryville

14   patients.  For PM 74 (indicated as #2 in the CGAR), Defendants have recorded 4 out of 4

15   files as compliant, for a compliance score of 100%.[2]   However, in two of those four

16   records (highlighted in yellow), the contact that was counted as compliant was made by a

17   "psych associate unlicensed."   Correctly counting these two records as noncompliant

18   would have reduced Defendants' score to a failing 50%.

19   9.    Attached hereto as Exhibit 7 and filed under seal is the March 2016 CGAR

20   for Perryville, and excerpts from the electronic medical records of two Perryville patients.

21   For PM 74 (indicated as #2 in the CGAR), Defendants have recorded 4 out of 4 files as

22   compliant, for a compliance score of 100%.   However, in two of those four records

23   (highlighted in yellow), the contact that was counted as compliant was made by a "psych

---

[1]   The Stipulation defines a "mental health clinician" as a "Psychologist [or] Psychology Associate."  [Doc. 1185-1 at 4]
[2]   The format for each entry is as follows:  (1) the patient's ADC number; (2) her date of return post-partum; (3) the date she was seen; (4) was the clinician licensed (y or n); (5) is the record compliant with the Performance Measure (y or n).

1    associate unlicensed."  Correctly counting these two records as noncompliant would have

2    reduced Defendants' score to a failing 50%.

3         10.    Attached hereto as Exhibit 8 and filed under seal is the April 2016 CGAR

4    for Perryville, and an excerpt from the electronic medical record of a Perryville patient.

5    For PM 74 (indicated as #2 in the CGAR), Defendants have recorded 5 out of 5 files as

6    compliant, for a compliance score of 100%.  However, in one of those five records

7    (highlighted in yellow), the contact that was counted as compliant was made by a "psych

8    associate unlicensed."  Correctly counting this record as noncompliant would have

9    reduced Defendants' score to 80%.

10        11.    Attached hereto as Exhibit 9 and filed under seal is the June 2016 CGAR for

11   Perryville, and an excerpt from the electronic medical record of a Perryville patient.  For

12   PM 74 (indicated as #2 in the CGAR), Defendants have recorded 4 out of 4 files as

13   compliant, for a compliance score of 100%.  However, in one of those four records

14   (highlighted in yellow), the contact that was counted as compliant was made by a

15   "registered nurse."  Correctly counting this record as noncompliant would have reduced

16   Defendants' score to a failing 75%.

17   **Performance Measures 92 and 93**

18        12.    The Stipulation's agreed protocol for PM 93 states that "[t]he Records

19   reviewed for Performance Measure #92 will also be reviewed for compliance with this

20   performance measure."  [Doc. 1185-1 at 33]  However, for several months Defendants

21   disregarded this requirement, sampling 50 records for PM 92 and a much smaller

22   number—typically 20 or 10—for PM 93.  Attached hereto as Exhibit 10 and filed under

23   seal are CGARs from Eyman, Lewis, and Perryville, showing this practice repeated over

24   multiple months.

25        13.    The October 2016 CGAR for Eyman purports to show that 75 records were

26   sampled for PM 93.  But that inflated figure is an artifact of Defendants' unilateral

27   decision to adopt their "partial credit" method; in fact only 20 records were sampled.  For

28

1  the same reason, while the October 2016 CGAR for Lewis purports to show that 40

2  records were sampled for PM 93, in fact only 10 records were sampled.

3         I declare under penalty of perjury that the foregoing is true and correct.

4         Executed this 25th day of September, 2017 at Berkeley, California.

5

6                                                    s/ Corene Kendrick
                                            Corene Kendrick

7

8  **ADDITIONAL COUNSEL:**            Donald Specter (Cal. 83925)*
                                            Alison Hardy (Cal. 135966)*

9                                           Sara Norman (Cal. 189536)*
                                            Corene Kendrick (Cal. 226642)*

10                                          Rita K. Lomio (Cal. 254501)*
                                            **PRISON LAW OFFICE**

11                                          1917 Fifth Street
                                            Berkeley, California 94710

12                                          Telephone:  (510) 280-2621
                                            Email:    dspecter@prisonlaw.com

13                                                    ahardy@prisonlaw.com
                                                      snorman@prisonlaw.com

14                                                    ckendrick@prisonlaw.com
                                                      rlomio@prisonlaw.com

15                                   *Admitted *pro hac vice*

16                                          David C. Fathi (Wash. 24893)*
                                            Amy Fettig (D.C. 484883)**

17                                          Victoria Lopez (Ill. 6275388)*
                                            **ACLU NATIONAL PRISON**

18                                          **PROJECT**
                                            915 15th Street N.W., 7th Floor

19                                          Washington, D.C. 20005
                                            Telephone:  (202) 548-6603

20                                          Email:    dfathi@aclu.org
                                                      afettig@aclu.org

21                                                    vlopez@aclu.org

22                                   *Admitted *pro hac vice*.  Not admitted
                                      in DC; practice limited to federal

23                                      courts.
                                     **Admitted *pro hac vice*

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1                                        Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
2                                          **ARIZONA CENTER FOR DISABILITY LAW**
3                                          5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
4                                          Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
5                                                     adietrich@azdisabilitylaw.org

6                                          Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
7                                          Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
8                                          **ARIZONA CENTER FOR DISABILITY LAW**
9                                          177 North Church Avenue, Suite 800
Tucson, Arizona 85701
10                                        Telephone:  (520) 327-9547
Email:
11                                             rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
12                                            jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

13

14                                      *Attorneys for Arizona Center for Disability Law*

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on September 25, 2017, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9
Daniel P. Struck
Rachel Love

10
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher

11
Jacob B. Lee
Kevin R. Hanger

12
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

13
dstruck@strucklove.com
rlove@strucklove.com

14
tbojanowski@strucklove.com
nacedo@strucklove.com

15
afletcher@strucklove.com
jlee@strucklove.com

16
khanger@strucklove.com
tray@strucklove.com

17

18
*Attorneys for Defendants*

19

20
      s/ D. Freouf

21

22

23

24

25

26

27

28