## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: September 25, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
=====================================================================

HON:   <u>David K. Duncan</u>            Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>                     <u>Laurie Adams</u>
   Deputy Clerk                         Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Stuck and Kevin Hanger for Defendants

=====================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     <u>      </u> Chambers     <u>      </u> Other

This is the time set for Telephonic Hearing.  Discussion is held with Mr. Millar regarding his interpretation of the steps needed to be taken to complete the analyses of each facility and recommend solutions.

IT IS ORDERED Plaintiffs shall identify which facilities and which category of caregiver should be the areas of primary focus to which Defendants shall have the opportunity to respond.

Further discussion is held.  IT IS ORDERED setting the next telephonic hearing for October 5, 2017 at 4:30 PM before this Court.

Argument is heard regarding the deadline for production for the hearing on the Tucson retaliation allegations.

IT IS ORDERED within two days the issue is to be resolved by a meet and confer.  If the issue cannot be resolved within that time the parties shall contact the Court for intervention on September 28, 2017.

Time in court: 34 min (3:16 PM – 3:50 PM)