# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are Plaintiffs' Motion for Leave to Exceed Page Limits regarding Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2337) and Motion to Seal Documents (Doc. 2340), and upon good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion for Leave to Exceed Page Limits regarding Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2337).

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion to Seal and instructs the Clerk of the Court to seal the document as set forth in Plaintiffs' Motion to Seal (Exhibits 6-10 to the Declaration of Corene Kendrick).

Dated this 26th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge