**EXHIBIT A**

**EXHIBIT A**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Douglas**

**July 100%**

Above compliance threshold without interruption since at least July 2016.

# PM 11
*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Eyman**

July
**64%**

**Basis for non-compliance**

Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within the specified timeframe. *The Eyman facility has five housing units where this activity (medication administration) takes place. Prior to August 2017, the facility was staffed with four inventory coordinators (IC), each of whom was integral to the overall performance measured by PM11. It was discovered that four coordinators could not maintain compliant performance levels across five units.*

**Corrective Action Plan**

*In August of 2017, the number of ICs at Eyman was increased from 4 full-time employees to 5 full-time employees. With this change, an IC is now assigned to each yard so as to provide a dedicated resource (by yard) to process and prepare the medications for timely distribution to patients.*

*In addition to the foregoing, facility leadership has evaluated and agreed to adopt/implement the medication administration process ("MAP") used by Tucson, a process that has led said facility to exhibit sustainable, compliant performance. The*

2

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**MAP will be tested and fully implemented on or before September 15, 2017. Throughout the testing and implementation process, Site leadership will meet regularly with ADC's Regional Directors of Operations so as to ensure a seamless transition from the current process for the provision of Keep On Person (KOP) medications during pill call.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Florence**

July
**80%**

**Basis for non-compliance**

Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. ***The Florence compound is comprised of multiple housing units including an outlying unit, referred to as the "Globe," which is the area that these findings relate to. Upon reviewing the findings, it was apparent the proper procedure for receiving new inmate medications was not adhered to. More specifically, the first step in the receiving process that requires all new medications to be scanned into the electronic tracking system was inadvertently omitted. Because this critical step was inadvertently omitted, there was a lack of evidence that medications had been received, even though they had been successfully administered.***

**Corrective Action Plan**

***A complete process workflow has been modeled and documented. This documentation is to include a visual flow chart, an accompanying checklist of events to be performed and identification as to whom is to perform them with a narrative description of the process. These aids will facilitate training and accountability for each step of the process.***

4

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action. All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.**

1. **The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).**
2. **Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).**
3. **If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.**
   a. **If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).**
   b. **If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).**
   c. **If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).**
   d. **The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).**
      i. **Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.**
      ii. **Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).**
      iii. **Nurse administers the medication and documents the same in eOMIS (Day Two).**
      iv. **If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.**
         1. **Once the inmate is located, the nurse administers medication and documents in eOMIS.**
4. **If medication is order is filled as routine, meds arrive the very next business day (Day two).**
5. **Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.**
6. **Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).**
7. **After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.**

5

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

8. *The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.*

9. *The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.*

   a. *If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe*

   b. *Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.*

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for non-compliance**
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. *Within the Lewis facility, there has been difficulty meeting this performance measure when medications are not readily available on the housing units or within the compound at all.*

**Corrective Action Plan**
*The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action.  All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.*

1. *The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).*
2. *Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).*

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

3. *If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.*

   a. *If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).*

   b. *If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).*

   c. *If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).*

   d. *The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).*

      i. *Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.*

      ii. *Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).*

      iii. *Nurse administers the medication and documents the same in eOMIS (Day Two).*

      iv. *If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.*

         1. *Once the inmate is located, the nurse administers medication and documents in eOMIS.*

4. *If medication is order is filled as routine, meds arrive the very next business day (Day two).*

5. *Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.*

6. *Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).*

7. *After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.*

8. *The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.*

9. *The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.*

   a. *If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe*

   b. *Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.*

8

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since May 2017.**

**9**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

## Safford



July **93%**

**Above compliance threshold without interruption since August 2016.**

**11**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

## Tucson



July
**85%**

**Above compliance threshold without interruption since June 2017.**

12

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Winslow**

July **87%**

**Above compliance threshold without interruption since at least July 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Yuma**

**July 94%**

93% · 87% · 95% · 92% · 97% · 95% · 100% · 88% · 96% · 98% · 90% · 86% · 94%

**Above compliance threshold without interruption since at least July 2016.**

14

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Eyman**

**Basis for Non-Compliance (All Facilities)**
*There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered.  Individual inmate specific medications are also not always readily available at the arrival facility.  Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.*

**Corrective Action Plan (All Facilities)**
*To address the overlapping issues and systemic challenges preventing success with this performance measure, a collaborative workgroup was assembled in May of 2017 to address these challenges. This workgroup was comprised of subject matter experts and leadership representatives from both Corizon and Arizona Department of Corrections staff. The following text summarizes the Standard Operating Procedure (SOP) that was produced by this workgroup as a result of their analysis and subsequent*

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**recommendations. The initial version of this SOP was published on June 16, 2017 with a revision following on August 6, 2017 based on study of performance. The pilot program then began on August 7, 2017, impacting all facilities.**

A transfer screening is performed by **Corizon medical staff** on all intersystem transfers to ensure that all patient Keep on Person (KOP) and Direct Observation Therapy (DOT) medications are transferred with and provided to the patient without interruption.

The Complex Accountability Officer at the <u>Sending Facility</u> is responsible for providing a daily list of inmates transferring out of the facility the next day to Corizon Medical records and Health Services Administration.

Once received, **a nurse** reviews the patient's health record to ensure that the patient is appropriate for transfer.  A Nurse – Transfer – Sending Encounter must be created in the Electronic Offender Management Information System (eOMIS). Additionally, an Intra-System Transfer Form must be added through the Standard Forms Section. The Intra-System Transfer Form is printed from eOMIS to later be placed with the inmate's chart and DOT medications if applicable.

Once a patient has been determined appropriate for transfer, the physical medical chart and DOT medication will be pulled by the Intake Nurse or a Medical Records Liaison and placed in a banker's box. Any DOT medications later pulled by the Intake Nurse are placed in the same box.

For each transferring patient who has prescribed medications in eOMIS, the Intake Nurse (or the Assistant Director of Nursing as the designated backup) at the <u>Sending Facility</u> is required to:

o   Gather all DOT medications from the unit medication room for each inmate with active Drug Prescription Orders on the movement list, and print the Drug prescription Orders list from the eOMIS (showing active medications only). KOP medications must also be labelled.

o   Compare the physically available medications to the active list on Drug Prescription Orders. If medications are not available, make arrangements for next dose administration from clinic stock or back up pharmacy. An explanation must be provided for currently prescribed medications (KOP and DOT) that are not present on the Drug Prescription Order Sheet. For special needs patients, notification must be provided to key individuals, identified on the Intrasystem Transfer Contact List, at the receiving facility. In the event that a patient states that he does not take or does not want any of the medications, a signed refusal form (AZ DOC Form 1101-4) must be completed and the

17

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

transfer summary will also document the refusal. Refusal forms shall be attached to the transfer summary sheet and scanned at the receiving site within 2 business days. Furthermore, if KOP medications are packed in the inmate's property, an Information Report (IR) must be written. Injectable or temperature controlled medications will be forwarded to the receiving facility by the IC LPN.

o   Place DOT and KOP attestation stamps on the printed Active Drug Prescription Order Sheet. The patient must initial next to all KOPs in his possession and also sign the Departure attestation.

o   Review the medication administration schedule for each prescribed DOT and administer any necessary doses prior to the inmate departure.

o   Place all DOT medications in a clear, sealed bag along with the printed Active Drug Prescription Orders sheet for that inmate. Each inmate's medical records and sealed bag of medications shall be placed in a hard-sided plastic tote bin that is sealed with a red tag for each final destination. Records are grouped by complex. Both Corizon staff and an officer shall sign the AZ DOC Discharge and Transfer Sheet (705-6) confirming items are present and sealed. A large "M" will be documented in the top right hand corner of the form to indicate that medications are enclosed in the bin. The bins shall then be placed on the same vehicle as the inmates.

Security staff shall complete an IR for state-wide departures to identify discrepancies in transferred medications.

At the Receiving Facility, the Complex Accountability Officer will provide a daily list of inmates transferring in to the facility the next business day to Corizon Medical Records and Health Services Administration.

The Intake Nurse at the Receiving Facility shall unpack the inmate patient's DOT medication bags from the totes. The Intake Nurse will then compare the contents of the bag to the Drug Prescription Orders sheet that indicates active medications. Each inmate patient is required to sign the inmate Drug Prescription Order sheet to indicate all of their medications are present.  If a patient refuses to sign then the box must be checked indicating a refusal to sign. Upon discovery of any missing medications, the Intake Nurse shall notify site leadership **(e.g., AFHA, FHA, ADON, DON, etc.)** to coordinate immediate procurement of needed medications. The Intake Nurse will also review the medication administration schedule for each medication and administer any necessary doses at the time of arrival. The Intake Nurse will then release patients with their KOP medications and stock DOT medications.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

Security staff shall complete an IR for Statewide arrivals to identify discrepancies in transferred medications. The Transfer Summary sheet is also scanned into eOMIS. Inmate patients who are received from Alhambra designated as condemned (Death Row) or Enhanced Housing inmates will be taken directly to the Browning unit to have the full intake process completed. This patient will not have medications as they will be directly received from a county jail, therefore no medical records or medications will travel with these patients.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Florence**

**Basis for Non-Compliance**
*See Basis for Non-Compliance for Eyman.*

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

## Lewis



**Basis for Non-Compliance**
*See Basis for Non-Compliance for Eyman.*

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since May 2017.**

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since June 2017.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Safford**

July
**100%**

**Above compliance threshold without interruption since at least July 2016.**

24

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold on July 2017.**

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold from January through June 2017.**

**Basis for July 2017 Non-Compliance**
***See Basis for Non-Compliance for Eyman.*** However, it is important to note that Winslow had previously been above the compliance threshold without interruption from March to June of 2017.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Yuma**

**Basis for Non-Compliance**
*See Basis for Non-Compliance for Eyman.*

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Eyman**

July
**90%**

**Above compliance threshold without interruption since March 2017.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Florence**

**Basis for issues with non-compliance**.
Difficulty in hiring a sufficient number of providers.


**Corrective action plan**.
Two new providers (*a nurse practitioner and a medical doctor*) have been hired.  ***One provider started on September 5, 2017 and the second is scheduled to start on October 2, 2017.***  The additional staffing is anticipated to aid in reaching full compliance.  ***The two new providers will bring the total number of providers to 5, which is an increase of 2 providers compared to the July time frame.***

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

## Lewis



**Basis for issues with non-compliance**.
Lewis has a vacant provider position since *January 2017*, and had another provider out of the country for three weeks (from *August 28, 2017* to *September 17, 2017*) leading to delays in referrals and provider scheduling.

**Corrective Action Plan**
*To remedy issues with meeting compliance levels, Corizon has hired a Site Medical Director who will start work on November 1, 2017, after DOC training has completed. He will work one day per week, until his current employment contract expires in January 2018. In January 2018, he will start full-time.*

In the interim, effective August 8, 2017, Corizon hired a locum tenen (a provider who is under a temporary contract to provide services within different geographies) to serve as a provider. The facility also has use of the Regional Medical Director to provide additional care. *The Regional Medical Director is on site five (5) days per week. As of September 8, 2017, the Lewis facility is also scheduling all provider referrals within seven, rather than fourteen days, to ensure that the fourteen day window is met.*

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since April 2017.**

31

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Tucson**

July
**97%**

**Above compliance threshold without interruption since January 2017.**

**32**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Winslow**

**July 97%**

100% · 97% · 90% · 93% · 97% · 90% · 100% · 90% · 90% · 97% · 93% · 69% · 97%

Jul-16 · Aug-16 · Sep-16 · Oct-16 · Nov-16 · Dec-16 · Jan-17 · Feb-17 · Mar-17 · Apr-17 · May-17 · Jun-17 · Jul-17

**Above compliance threshold without interruption since July 2017 (only one month below compliance threshold since May 2015).**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since at least December 2016.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Eyman**

July **93%**

**Above compliance threshold without interruption since June 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Florence**

July **95%**

**Above compliance threshold in July 2017.**

**Continued Action Plan**

To ensure ongoing compliance, *in early July 2017* the FHA contacted the deputy wardens to stress the importance of the inmate being brought to the Health Unit upon arrival from an offsite appointment, inpatient stay or trip to the emergency department. ***The FHA reported a strong degree of cooperation from the deputy wardens on this topic.*** The deputy wardens will ensure this directive is completed with FHA follow up.

*Also in early July 2017*, each yard Assistant Director of Nursing has also been assigned to identify any inmates that have returned from the hospital or emergency department from the night before and verify that the RFO *(return-from-offsite inmate)* was completed correctly. Finally, the FHA and Director of Nursing gave ***instructions*** to staff in August 2017 that outlines the step-by-step process that staff are to complete, from sending an inmate offsite for a hospital or emergency department trip, to processing their return. This directive was reiterated during a subsequent Nurse Supervisor's meeting in August.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since March 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



Phoenix

**Basis for current non-compliance**
Discharge documents were not scanned into the online medical record system (eOMIS) timely after the inmate's return from off-site.   More specifically, although the providers were reviewing and signing the original documents that returned to the facility with the inmate, the nurses were adding these to off-site consult paperwork, where they were not being scanned into the appropriate fields in eOMIS or listed under the appropriate subtitles, making it difficult to find them and verify the original discharge orders were being followed.

**Corrective Action Plan**
*Effective July 1, 2017*, Site Leadership began instructing staff that where, upon return from the hospital, the nurse performing the "return from off-site" encounter will ensure that the hospital's discharge recommendations have been reviewed and signed by the provider.   That nurse will then take the signed recommendations directly to medical records, where they will be immediately and correctly scanned into eOMIS.   In the event the patient returns during the swing shift or graveyard, when medical records is not on-site, the nurse will place the documents in the box of the Assistant Director of Nursing, who will ensure that the process outlined above is followed as soon as medical records comes in the following day.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Tucson**

July **89%**

**Above compliance threshold without interruption since September 2016.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since at least July 2016, with brief interruption in March 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Douglas**

July **100%**

**Above compliance threshold without interruption since May 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Eyman**

**Basis for non-compliance**
It appears that providers were timely review diagnostic and pathology reports, but were not acting upon them within the time requirements allotted.

**Corrective Action Plan**
*Corizon added a medical doctor to the Eyman facility on September 15, 2017.*

*Additionally, Corizon created a "CGAR crosscheck committee" in late September. This committee includes the Site Health Administrator.  The committee tracks all improvement tasks related to CGAR performance. The committee has access to an aging/exception report that tracks all diagnostic reports and their age since their receipt at the prison.*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Lewis**

**July 87%**

**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Perryville**

**Basis for non-compliance**
Corizon is still investigating and will supplement at a later date.


**Corrective Action Plan**
A new Site Medical Director has been hired and will begin on *September 18, 2017*.  It is anticipated that this additional staffing will alleviate any backlog that led to reduced compliance levels.  *With the addition of the new Site Medical Director, the number of providers will total nine (9).*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Safford**

**Basis for non-compliance**

One provider was out for several months from *April 2017 to current*, leading to a backlog.

*Another component was the provider was documenting the action plan in the actual soap notes and not on the Diagnostic results being reviewed, which is the correct location for the action plan.   When the nursing staff were doing routine UA dipsticks, some were not sending the results to the right area in eOMIS for the provider to review.*

**Corrective Action Plan**

*Corizon is actively recruiting for a permanent provider at Safford.  Corizon is even actively recruiting for a locum tenen (a provider under a temporary contract to provide services within different geographies)at Safford as well.*

*One-on-one training has been done with the existing provider to ensure action plan on the Diagnostic Results being reviewed—not the soap notes.  Nursing staff have been informed about the correct place to put the UA dipstick results for the provider to review.  Audit form has been created to audit all X-ray, labs, and any other diagnostic studies.*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold since June 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Winslow**

**July 90%**

**Above compliance threshold without interruption since August 2016.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Basis for non-compliance**
A provider retired leading to a provider backlog.


**Corrective Action Plan**
After having this job posted for 351 days, a new provider candidate is in the process of having his/her credentials and references checked.  Assuming this candidate is approved, it is anticipated that a new provider will be on staff in *October 2017* to help alleviate the backlog.  *An experienced Corizon PRN NP has recently requested to start back on October 1st to perform part time services for Yuma complex.*

*The providers are reviewing lads and imaging daily and sending a communique to the inmate notifying them if the results were normal or abnormal and then the patient is scheduled to see the provider to discuss abnormal results within 14 days of the request.*

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Douglas**

**Basis for non-compliance**

July's sample size was a <u>single</u> inmate. The provider on duty failed to respond in a timely fashion to that single inmate, resulting in a 0% compliance rate. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The provider that failed to comply with this performance measure was terminated. Corizon has also implemented a new communique process, ***effective late June 2017***, as addressed in greater detail below and in Doc. 2294 and Doc. 2296, filed with the Court on September 8, 2017.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Eyman



**Basis for non-compliance**

Providers are not communicating the results of the diagnostic study within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs *received* additional training, *effective late June and July 2017*, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique *(that indicates whether the results were normal or abnormal)*, have the yard provider sign off on the results, and issue *the communique* to the inmate before they leave the sick call area. This ensures that inmates are provided the information at the time their HNR is received in person. *Inmates can request to meet with a provider to discuss the results in more detail.*

*Effective late June 2017*, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the *CNA* to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

# PM 47
*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Florence**

**Basis for noncompliance**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs ***received*** additional training, ***effective late June and July 2017,*** on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique ***(that indicates whether the test results were normal or abnormal),*** have the yard provider sign off on the results, and issue ***the communique*** to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. ***Inmates can request to meet with a provider to discuss the results in more detail.***

***Effective late June 2017***, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

After the provider has reviewed the diagnostic study, notated the action taken and printed it, the Assistant Director of Nursing will enter a chart note advising that on the given date the communique was sent to the inmate.  In addition, if the diagnostic study is normal, when the nurse sends the communique to the inmate, he/she will enter a chart note stating that on the given date the communique was sent to the inmate.

# PM 47 *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

The nurse or CNA will call the Site Medical Director for review of any lab results and issue the communique upon review.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Lewis



**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June, *2017* to provide for an electronic communique *(that indicates whether the test results were normal or abnormal)* that is printed and given to the inmate. *Medical providers were trained on this change during their provider meeting on August 9, 2017*. The *Assistant Facility Health Administrator* is monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. *An inmate can request to see a provider to discuss the results in detail.*

If an inmate is scheduled for an appointment with a provider to discuss the results of any labs/diagnostic testing, that appointment may not be rescheduled to ensure that the inmate is seen within the seven day timeframe.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Perryville**

July
**77%**

**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June, *2017* to provide for an electronic communique *(that indicates whether the results were normal or abnormal)* that is printed and given to the inmate. Additional training and education was provided to all staff on this change. The Assistant Directors of Nursing are monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. *An inmate can request to see a provider to discuss the results in detail.*

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Above compliance threshold in July 2017.**

**Continued Action Plan**

Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Tucson



**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs ***received*** additional training, ***effective late June and July 2017***, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (*that indicates whether the results were normal or abnormal*), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. ***An inmate can request to see a provider to discuss the results in detail.***

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Winslow**

July **100%**

**Above compliance threshold without interruption since March 2017.**

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance**
Currently under review.  Will supplement with complete information.

**Corrective Action Plan**
Each day, when HNRs are processed, the nurse responsible for sick call will fill out the requested ***communique (that indicates whether the results were normal or abnormal)*** and give it to the provider to read and sign and then give it to the CNA to scan in to eOMIS. Once input into eOMIS, the communique can be printed and transmitted via facility mail or in person to the requesting inmate. ***An inmate can request to see a provider to discuss the results in detail.***

The Director of Nursing will review the HNR log on a weekly basis to ensure that all requests are timely completed. If any requests have not been resolved, the Director of Nursing will contact the provider or their CNA to ensure that the communiques are transmitted.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Florence**

**Basis for issues with non-compliance**
*The Florence facility had a finite capacity to transport inmates into the community for these services. This capacity was a constraint as it was less than what was required by the number of services needed.*

**Corrective Action Plan**
*In a collaborative review of local transport services between the Eyman and Florence facilities, it was decided that the transport teams from Eyman and Florence could be centralized to provide a more flexible transport service for the two facilities. There now exists a dedicated/centralized transport control center providing secure transport services to these two facilities. This transport center is comprised of 23 officers across 12 teams at Eyman, combined with 13 officers across 5 teams at Florence and went into place on August 2, 2017.* ADC has identified a sergeant to work directly with schedulers from both sites to ensure that appointments are met. The start date for the new procedure was August 14, 2017, at which time the transport teams were combined.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since September 2016, with one exception in June 2017.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Perryville**

July
**93%**

**Above compliance threshold without interruption since March 2017.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since July 2016, with one exception in June 2017.**

**Continued Action Plan**

The clinical coordinator is responsible for entering the provider order into eOMIS within 2 days of the encounter, so that it can be approved by UM. The clinical coordinator is responsible for following up daily to schedule all newly-approved appointments as soon as possible, to allow for flexibility with transportation coordination. The Assistant Facility Health Administrator or designee runs reports weekly to monitor the status of all pending appointments and make sure they are being addressed timely if cancelled from the originally scheduled appointment. All inmates with pending off site diagnostic services scheduled are placed on a medical hold until it has been completed so it does not get missed on the receiving yard.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Above compliance threshold without interruption since February 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Eyman**

**Basis for non-compliance**

*The Eyman facility had a turnover on the Clinical Coordinator position which is critical and centric to the processes involved in compliance to this measure. It was also discovered in July 2017 that two of the providers at Eyman did not fully understand the requirements within this performance measure and, beginning in September 2017, are being coached by their leadership.*

**Corrective Action Plan**

*Starting in the middle of August 2017,* a daily meeting is held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, *starting in the middle of August 2017,* a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

67

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

## Florence



**Basis for non-compliance**
*The Florence facility recently put an emphasis on their urgent referrals. During that time the number of routine specialty consults grew and they were not able to keep up with the volume of demand in scheduling routine consults.*

**Corrective Action Plan**
*Starting in the middle of August 2017,* a daily meeting is being held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, *starting in the middle of August 2017,* a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Perryville**

**July 100%**

**Above compliance threshold without interruption since May 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance**
Routine specialty consultations were not being closely monitored by the clinical coordinator. *As the Phoenix facility is largely an intake center for male inmates, routine consults are initiated at Phoenix then the inmate is subsequently transferred to another facility for their final housing assignment. Outside consultations are difficult to track and schedule during inmate movement.*

**Corrective Action Plan**
*Starting August 14, 2017,* off-site consults are reviewed at least twice a week by the Clinical Coordinator (CC). The CC is now required to confirm the appointment several days in advance and to ensure that all necessary paperwork has been completed. The CC will confirm with Security that transportation for the off-site appointment will be available. *In August of 2017, the Phoenix facility started a tracking mechanism that includes direct communication to the new housing facility of any inmate that has a pending specialty consultation. Further, the Phoenix facility is using the 'medical hold' process when appropriate. This will place a transfer hold on the inmate until such time as they are cleared by medical to be transferred.*

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Safford**

July
**95%**

**Above compliance threshold without interruption since July 2016, with limited exception of June 2017.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Tucson**

**Basis for non-compliance.**
*Similar to urgent consults, the Tucson backlog of routine consults grew to a size greater than the site could schedule within the required timeframes. Further impeding compliance to this performance measure is the capacity of local specialty providers, specifically in the areas of cardiology and urology.*

**Corrective action plan.**
*A complete process workflow was drafted to identify constraints in the process and where capacity needs to be adjusted.* Starting in April 2017, it became a requirement for the Clinical Coordinator (CC) to switch from paper tracking to excel spreadsheets so that tracking could be streamlined. Corizon also replaced the person holding the CC position*, effective June 1, 2017*. The new CC finished training in mid-June, and *between July 3, 2017 and July 24, 2017* has since implemented many of the necessary changes that were designed to help track this performance measure.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Yuma**

July **89%**

**Above compliance threshold without interruption since May 2017.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Eyman**

**Basis for non-compliance**

*It was discovered in July 2017 that* providers had not been reviewing consult reports in the timeframe required by this measure. The Eyman facility also had a turnover in the clinical coordinator position which is critical and centric to the processes involved in compliance to this measure. ***The turnover extended from July 2017 to September 2017.*** It was also discovered that two of the providers at Eyman did not fully understand the requirements within this performance measure and are being coached by their leadership.

**Corrective Action Plan**

***Starting in September 2017, the following processes were implemented.*** Aging/exception reports are provided to the providers on a daily basis. The site scheduler review*s* receipt of specialist recommendations daily, which are subsequently date stamped and uploaded into the Electronic Medical Record. The review is placed on the providers work list. The scheduler reviews daily to ensure that the provider has completed the review. ***Between August 2017 through September 2017***, the providers were educated that if recommendations come directly to the provider, they should notify the scheduler so the proper procedure can be completed with the review.

74

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

## Florence



**Basis for non-compliance**

Providers are not reviewing the specialty consultation reports within the required timeframe. ***The Florence facility has experienced decreased provider capacity. In recent months, two providers have left the Florence facility.***

**Corrective Action Plan**

*On June 1st, 2017, we began monitoring this measure multiple times a week with a report being sent to the providers for follow up in order for them to address their consults within a timely manner.*

*Additionally, starting on September 1st, 2017, the following process was implemented. The site Clinical Coordinator reviews receipt of specialist recommendations daily, which will be subsequently date stamped and uploaded into the EMR. The review is placed on the providers work list. The Clinical Coordinator reviews daily to ensure that the provider has completed the review. On September 20th in the weekly the provider meeting, this measure was discussed and the providers were re-directed regarding the importance of timely reviews of specialty reports, ATP's and NMI's.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold since at least July 2016 with limited interruptions in March 2017, April 2017, and May 2017.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold without interruption since December 2016.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Above compliance threshold without interruption since February 2017, with limited exception of June 2017.**

**Continued Action Plan**

Providers, CNA/MA and the Clinical Coordinator have been trained on how to pull a consult completed results received report. The providers, CNA/MA, Clinical Coordinator and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and then mark in the action taken section of the consult "consult completed practitioner reviewed." The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report as a double check system that notes are being reviewed in the seven day time frame. Thorough training with a power point on how to run the reports and switch the status to consult completed including the time frames was provided to this site. Additionally, reports are being run at the UM office two times per week.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Yuma**

**Basis for non-compliance**
*In August 2017, it was discovered that* Specialty consultation reports are not being reviewed and acted on by a provider within seven (7) calendar days of receiving the report. *The Yuma facility had multiple provider departures in July and August that decreased their capacity to meet the timeframes required by this measure. It was also discovered that the Site Medical Director and at least one other provider misunderstood the requirements of the measure.*

**Corrective Action Plan**
*Between September 11, 2017 and September 22, 2017,* providers and the Clinical Coordinator have been trained on how to pull a consult completed/results received report. *Starting on September 25, 2017,* the provider and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and indicate that they have been practitioner reviewed. The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report to double check that notes are being reviewed in the seven day time frame. *Additionally, the Site Medical Director and the other provider at issue have been educated on the timeframes required by this measure and an emphasis has been placed on meeting these timeframes.*

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Eyman**

July
**64%**

**Basis for non-compliance**
*Demand for chronic care appointments outpaced the available resources.*

**Corrective Action Plan**
*Corizon has hired additional personnel as follows:*

- o *A full-time nurse practitioner (NP) in May 2017*
- o *A full-time NP in June 2017*
- o *A full-time MD on September 15, 2017*
- o *A full-time Site Medical Director (SMD) in June 2017*

*In addition, on as an needed basis, additional personnel are assigned to assist. For example, an additional NP will be working a shift Saturday September 23, 2017 and an additional MD will be working on-site the weekend of September 22–23, 2017 to assist with Chronic Care backlog.*

*Furthermore, a new CGAR Crosscheck committee (e.g., MD, Mental Health Lead, Assistant Director of Nursing, Facility Health Administrator, etc.) has been put in*

**PM 54** *Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*

**place to track all tasks being put in to place to improve performance. Committee meetings began the week of September 18, 2017 and will continue on a weekly basis.**

**The site has also increased telemedicine provision to four days a week.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Florence**

**Basis for non-compliance**
*The productivity level of the providers coupled with multiple provider vacancies have hindered the performance of this measure in recent months.*

**Corrective Action Plan**
The site will continue to utilize telemedicine and onsite providers when available to address backlog issues.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold since at least July 2016, with limited interruption in March 2017.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since at least July 2016.**

85

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Tucson**

July **94%**

**Above compliance threshold without interruption since February 2017.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold since at least July 2016, with limited interruption in June 2017.**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Florence**

**Basis for non-compliance**
*The Florence infirmary rounding schedule was reformatted from 72 hours to 48 hours as the expected frequency. Florence also lost one of the infirmary providers.*

**Corrective Action Plan**
*Starting in June 2017,* medical providers complete rounds every 48 hours, including weekends, to ensure that inmates are seen well within the 72 hour timeframe. *Additionally, a new locum provider has been hired and started in September 2017.*

89

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Lewis**

July **90%**

**Above compliance threshold in July 2017.**

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Basis for non-compliance**

The infirmary (IPC) at Perryville typically has a very low number of inmates (2-3). As such, one miss and the corresponding compliance score will be below threshold. *In July 2017, there was a sheltered-housing inmate housed in the IPC that did not receive the same frequency of rounds as prescribed in the performance measure.*

**Corrective Action Plan**

*Corizon staff has reviewed how to best address the provision of care to this particular inmate. Corizon staff has decided that this inmate will be provided the care required by this performance measure going forward.*

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Tucson**

**Basis for non-compliance**
*This performance measure specifically states that an encounter must "occur at a minimum every 72 hours."  Some providers have understood this performance measure to mean that they must perform their encounters within three days.  On certain Mondays for example, a provider may document an encounter on the third day, but more than 72 hours are documented between encounters which is a non-conforming condition.*

**Corrective Action Plan**
*Starting in mid-June 2017,* the providers will complete later rounds on Fridays and earlier rounds on Mondays.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Basis for Non-Compliance**
*When the information was submitted for the September 12, 2017 status conference it appeared that there had been a computer problem where notes were input into the computer system, but the notes were not saved, leading to a perceived lack of complains. Corizon has become aware since the September 12, 2017 status conference that the problem was not caused by a computer issue. The problem has been identified as the failure of an individual on the mental health staff to record the rounds appropriately.*

**Corrective Action Plan**
*Corizon is contemplating an appropriate level of corrective action as of September 21, 2017. It is anticipated that the level of corrective action will be determined no later than the October 2017 status conference.*

93

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Tucson**

**July N/A**

100%   100%   N/A   N/A   N/A   N/A   N/A   N/A   N/A   N/A   N/A   N/A   N/A

**N/A since September 2016.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Douglas

July **100%**

**Above compliance threshold since at least July 2016, with brief interruption in October 2016.**

97

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Eyman**

July
**97%**

Above compliance threshold without interruption since January 2017.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Above compliance threshold without interruption since June 2017.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Perryville**

July **93%**

**Above compliance threshold without interruption since February 2017.**

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Phoenix

**Basis for non-compliance**

A single ***clinician*** failed to appropriately document contact with inmates on suicide watch or mental health watch.

**Corrective Action Plan**

The ***clinician*** that failed to properly document was terminated from Corizon in ***Aug 2017***. ***Throughout May 2017***, Corizon provided more training to ***clinicians*** relating to the importance of documentation. ***Also throughout May 2017, Corizon also offered daily review of clinician's charting to assist.*** The daily review proved to be not completely effective, so another level of review began in September 2017.

***Corizon initiated development work for a hard stop in eOMIS that will not permit the employee to move forward absent addressing this issue. Corizon began testing of such work in September 2017 and final testing started during the week of September 18, 2017. Until the eOMIS change is completed (i.e., after final testing), then Corizon can identify an implementation date. Upon implementation, Corizon will create templates on the eOMIS system for use by clinicians and nurses.*** ADC Security is working to identify inmates on watch to remit the information to the Corizon mental health ***clinician***. ADC plans on identifying the locations of the watches by first count at 11:00 a.m. Then, a second Corizon member (Facility Health Administrator) will review notes to assure proper charting.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Tucson**

**Basis for non-compliance**
Two nurses failed to note in the file that inmate was seen when inmate was placed on watch.

There was one RN on evening duty that missed two notes.

*A clinician failed to note the offer to be seen by mental health provider and refusal of being seen in the notes.  Corizon released the clinician the week of September 5, 2017.*

**Corrective Action Plan**
*A replacement clinician was hired before the clinician was separated from Corizon. The new clinician began employment on August 14, 2017.  With the change in clinicians, Corizon is fully staffed at Tucson.*

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Douglas**

**July 100%**

**Above compliance threshold without interruption for June and July 2017.**

**103**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since December 2016.**

# PM 98
*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since at least July 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with one limited interruption in December 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with one limited interruption in November 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Safford**

**July 100%**

**Above compliance threshold since July 2016 with three interruptions in October 2016, November 2016, and May 2017.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold without interruption since July 2016.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Above compliance threshold since July 2016 with two interruptions in October 2016 and April 2017.**

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM)?*



**Basis for non-compliance**

A *psychiatric* provider retired in May of 2017. Corizon has not yet utilized outside resources to supplement care since the provider's retirement because there are no community resources to draw upon.

**Corrective Action Plan**

*Additional information has become available since the September 12, 2017 status hearing. Corizon is continuing to look for a replacement psychiatric provider. Corizon has doubled its use of tele-psych services using three remote psychiatric providers. It is anticipated that the increased use of tele-psych will be able to provide adequate coverage until there is an onsite replacement psychiatric provider. Corizon is also continuing its efforts to identify additional community resources.*