# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Friday, September 29, 2017 4:02 PM |
| **To:** | Corene Kendrick |
| **Cc:** | Don Specter; Alison Hardy; Rita Lomio; Sarah Hopkins; David Fathi; Amy Fettig; Victoria Lopez; jonka@aclu.org; Kirstin Eidenbach; Maya Abela; Kathy Brody; Tim Bojanowski; Rachel Love; Dan Struck; Ashlee Fletcher; Kevin Hanger; Nick Acedo; Tim Ray; Richie Valenti; Lucy Rand; Michael E. Gottfried; Ybarra, Griselda (Griselda.Ybarra@azag.gov); MacPherson, Scott (Scott.MacPherson@azag.gov); jonka@aclu.org; DFreouf@perkinscoie.com; Megan Lynch; Sarah Hopkins (sarah@prisonlaw.com) |
| **Subject:** | RE: Parsons: ASPC-Florence - FTE nursing positions |
| **Attachments:** | ADCM1033341-1033351 - Monthly Staffing - 2017-08 - Statewide.pdf |

Corene:

At Tim's direction, and in response to your email below, it has been confirmed that Corizon did not create any new FTE nursing positions at Florence, but was filling vacancies.

Attached is the August 2017 Monthly Staffing Report (ADCM1033341-1033351).

Sincerely,

Elaine



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, September 26, 2017 3:29 PM
**To:** Tim Bojanowski; Rachel Love; Dan Struck; Ashlee Fletcher; Kevin Hanger; Nick Acedo; Elaine Percevecz; Lucy Rand; Ybarra, Griselda; Michael E. Gottfried
**Cc:** Don Specter; Alison Hardy; Rita Lomio; Sarah Hopkins; David Fathi; Amy Fettig; Victoria Lopez; jonka@aclu.org; Kirstin Eidenbach; Maya Abela; Kathy Brody
**Subject:** Parsons: ASPC-Florence - new FTE nursing positions

Tim,

At the September 12, 2017 status hearing, you noted that one of the remedial plans for ASPC-Florence for PM 11 was that Corizon had hired 15 new nurses – five LPNs and 10 RNs – to increase compliance with the measure.  *See* 9/12/17 Transcript at 7:15-16.  This led to a long discussion with the Court about whether these were newly created additional FTE positions, or filling vacancies.  *See id*. at  7:22-8:13, 24:18-26:11, 34:16-35:5.

Judge Duncan asked me to review the staffing reports and see if I could determine if these positions were new FTEs or simply filling vacancies. At the hearing, we only had the May and June staffing reports, which showed no change in the contracted FTE positions for RNs and LPNs at Florence.  Judge Duncan ordered Defendants to provide us the July report,

1

which Lucy sent to us later that day, and it showed no change in the contracted FTE positions (16.4 RN and 24.4 LPN).  My office has no record of receiving the August 2017 staffing report from your office or the Attorney General's Office.

Judge Duncan directed me to serve an interrogatory on you asking for the staffing numbers and then report back to him on whether this was an increase in FTEs. 9/12/17 Transcript at 35:1-5.  Rather than go through that formality, I am writing you to request (a) that you provide us the August 2017 statewide staffing report as soon as possible, and (b) that confirm no later than Friday that Corizon has not created any new FTE nursing positions at Florence.

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
ckendrick@prisonlaw.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**Arizona Monthly Staffing Report**
**Roll-Up**
*(Excludes Regional Office)*
**August 2017**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 10.00 | 4.75 | 48% | 7.45 | - | - | - | 7.45 | 75% |
| Staff Physician | 14.00 | 7.20 | 51% | 4.94 | - | - | 0.92 | 5.86 | 42% |
| Administrator | 10.00 | 12.00 | 120% | 13.05 | - | - | - | 13.05 | 130% |
| Correctional RN Supervisor II / DON | 10.00 | 10.00 | 100% | 10.42 | - | - | - | 10.42 | 104% |
| Asst. Correctional RN Supervisor II / ADON | 3.00 | 38.40 | 1280% | 37.65 | - | - | - | 37.65 | 1255% |
| Administrative Services Officer | 7.00 | 5.00 | 71% | 5.18 | - | - | - | 5.18 | 74% |
| Nurse Practitioner | 26.00 | 31.35 | 121% | 29.58 | - | 0.16 | 2.40 | 32.14 | 124% |
| Correctional RN Supervisor I | 34.00 | 1.00 | 3% | 1.01 | - | - | - | 1.01 | 3% |
| RN | 178.90 | 180.85 | 101% | 182.69 | - | 15.76 | 1.02 | 199.46 | 111% |
| LPN | 156.60 | 143.85 | 92% | 152.20 | - | 17.77 | 0.69 | 170.66 | 109% |
| Nursing Assistant | 94.50 | 108.40 | 115% | 112.93 | - | 6.67 | - | 119.60 | 127% |
| Lab Technician | 2.00 | 3.00 | 150% | 2.73 | - | 0.56 | - | 3.29 | 164% |
| X Ray Tech | 8.50 | 7.00 | 82% | 6.78 | - | 0.37 | - | 7.15 | 84% |
| Pharmacy Tech | 23.50 | 26.00 | 111% | 22.56 | - | 0.67 | - | 23.24 | 99% |
| Secretary / Administrative Assistant | 21.00 | 19.00 | 90% | 14.15 | - | 0.15 | - | 14.31 | 68% |
| Med Records Supervisor | 10.00 | 10.00 | 100% | 10.54 | - | 0.01 | - | 10.55 | 106% |
| Med Records Clerk | 32.00 | 31.50 | 98% | 32.27 | - | 0.37 | - | 32.64 | 102% |
| Scheduler | 9.00 | 9.50 | 106% | 10.52 | - | 1.06 | - | 11.58 | 129% |
| Clinical Coordinator | 8.00 | 8.00 | 100% | 3.62 | - | 0.56 | - | 4.17 | 52% |
| Dental Director | 10.00 | 7.50 | 75% | 5.41 | - | - | - | 5.41 | 54% |
| Dentist | 20.00 | 18.01 | 90% | 15.67 | - | - | - | 15.67 | 78% |
| Dental Hygienist | 1.80 | 2.10 | 117% | 2.26 | - | - | - | 2.26 | 126% |
| Dental Assistant | 43.00 | 41.00 | 95% | 37.05 | - | - | - | 37.05 | 86% |
| Psychiatric Director | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Psychiatrist | 7.50 | 6.00 | 80% | 6.40 | - | - | - | 6.40 | 85% |
| Psychologist | 19.00 | 15.55 | 82% | 10.57 | - | - | 2.14 | 12.71 | 67% |
| MH Director (PH.D) | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Clerk | 4.00 | 5.00 | 125% | 4.53 | - | 0.02 | - | 4.55 | 114% |
| MH Nurse Practitioner | 11.50 | 9.70 | 84% | 9.12 | - | - | 1.01 | 10.13 | 88% |
| MH RN | 36.40 | 32.70 | 90% | 32.19 | - | 1.31 | - | 33.49 | 92% |
| Rec Therapist | 5.00 | 3.00 | 60% | 1.81 | - | - | - | 1.81 | 36% |
| Psych Associates | 52.40 | 56.60 | 108% | 43.80 | - | - | - | 43.80 | 84% |
| Psych Tech | 25.40 | 22.60 | 89% | 22.93 | - | 0.43 | - | 23.37 | 92% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Regional Director | - | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 896.50 | 876.56 | 98% | 852.00 | - | 45.89 | 8.18 | 906.07 | 101% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**

**PARSONS v. RYAN, CV12-601: ADCM1033341**

## Arizona Monthly Staffing Report
## Douglas Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | - | 0% | 0.04 | - | - | - | 0.04 | 4% |
| Administrator | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Nurse Practitioner | 1.00 | 1.00 | 100% | 1.19 | - | - | - | 1.19 | 119% |
| Correctional RN Supervisor I | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| RN | 8.60 | 10.20 | 119% | 9.18 | - | 0.24 | - | 9.42 | 110% |
| LPN | 3.90 | 3.00 | 77% | 4.42 | - | 0.04 | - | 4.46 | 114% |
| Nursing Assistant | 3.40 | 3.00 | 88% | 1.94 | - | 0.00 | - | 1.94 | 57% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.91 | - | 0.01 | - | 0.93 | 46% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.70 | - | 0.01 | - | 1.71 | 171% |
| Med Records Clerk | 1.50 | 1.50 | 100% | 2.52 | - | - | - | 2.52 | 168% |
| Clinical Coordinator | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | - | 0% | 0.81 | - | - | - | 0.81 | 81% |
| Dentist | 1.00 | 2.01 | 201% | 0.97 | - | - | - | 0.97 | 97% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.23 | - | - | - | 0.23 | 115% |
| Dental Assistant | 3.00 | 3.00 | 100% | 2.89 | - | - | - | 2.89 | 96% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.76 | - | - | - | 0.76 | 76% |
| Total Contract | 32.10 | 31.96 | 100% | 30.68 | - | 0.31 | - | 30.99 | 97% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**                                                                 **PARSONS v. RYAN, CV12-601: ADCM1033342**

# Arizona Monthly Staffing Report
## Eyman Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.75 | - | - | - | 0.75 | 75% |
| Staff Physician | 1.00 | 1.20 | 120% | 0.22 | - | - | 0.35 | 0.58 | 58% |
| Administrator | 1.00 | 1.00 | 100% | 1.65 | - | - | - | 1.65 | 165% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.45 | - | - | - | 1.45 | 145% |
| Asst. Correctional RN Supervisor II | - | 3.00 | 0% | 2.94 | - | - | - | 2.94 | 0% |
| Administrative Services Officer | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 3.00 | 2.80 | 93% | 2.41 | - | 0.14 | 0.98 | 3.54 | 118% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 20.60 | 21.75 | 106% | 20.63 | - | 1.56 | 1.02 | 23.20 | 113% |
| LPN | 23.20 | 19.00 | 82% | 19.81 | - | 2.74 | - | 22.55 | 97% |
| Nursing Assistant | 10.80 | 8.60 | 80% | 8.94 | - | 0.40 | - | 9.34 | 87% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.04 | - | 0.16 | - | 1.21 | 121% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 2.00 | - | 0.01 | - | 2.01 | 67% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.48 | - | - | - | 0.48 | 24% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.85 | - | - | - | 0.85 | 85% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 6.62 | - | 0.13 | - | 6.75 | 113% |
| Scheduler | 1.00 | 2.00 | 200% | 3.01 | - | 0.78 | - | 3.79 | 379% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.06 | - | 0.53 | - | 1.59 | 159% |
| Dental Director | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dentist | 2.50 | 2.75 | 110% | 2.32 | - | - | - | 2.32 | 93% |
| Dental Hygienist | 0.20 | - | 0% | 0.17 | - | - | - | 0.17 | 87% |
| Dental Assistant | 5.00 | 5.00 | 100% | 5.00 | - | - | - | 5.00 | 100% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Psychologist | 4.00 | 3.00 | 75% | 2.57 | - | - | - | 2.57 | 64% |
| MH Clerk | 1.00 | 2.00 | 200% | 1.96 | - | 0.01 | - | 1.96 | 196% |
| MH Nurse Practitioner | 2.00 | 2.50 | 125% | 1.96 | - | - | 1.01 | 2.97 | 148% |
| MH RN | 3.00 | 2.50 | 83% | 2.42 | - | 0.04 | - | 2.46 | 82% |
| Psych Associates | 9.00 | 10.00 | 111% | 7.98 | - | - | - | 7.98 | 89% |
| Psych Tech | 5.10 | 5.00 | 98% | 5.06 | - | 0.25 | - | 5.32 | 104% |
| | | | | | | | | | |
| Total Contract | 116.40 | 110.10 | 95% | 104.28 | 0.00 | 6.76 | 3.36 | 114.40 | 98% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**                                        **PARSONS v. RYAN, CV12-601: ADCM1033343**

# Arizona Monthly Staffing Report
## Florence Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | 0.76 | - | - | - | 0.76 | 76% |
| Staff Physician | 2.50 | 1.00 | 40% | 0.90 | - | - | 0.05 | 0.96 | 38% |
| Administrator | 1.00 | 2.00 | 200% | 2.13 | - | - | - | 2.13 | 213% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.06 | - | - | - | 1.06 | 106% |
| Asst. Correctional RN Supervisor II | 1.00 | 7.00 | 700% | 5.96 | - | - | - | 5.96 | 596% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Nurse Practitioner | 2.00 | 3.00 | 150% | 1.92 | - | - | 1.03 | 2.95 | 147% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 16.40 | 20.00 | 122% | 22.16 | - | 2.88 | - | 25.04 | 153% |
| LPN | 24.40 | 24.60 | 101% | 23.28 | - | 5.40 | - | 28.68 | 118% |
| Nursing Assistant | 15.40 | 14.60 | 95% | 14.97 | - | 1.99 | - | 16.96 | 110% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.36 | - | - | - | 0.36 | 36% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 3.16 | - | 0.03 | - | 3.19 | 106% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.88 | - | 0.00 | - | 1.88 | 94% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.10 | - | - | - | 1.10 | 110% |
| Med Records Clerk | 5.00 | 4.00 | 80% | 4.70 | - | 0.03 | - | 4.73 | 95% |
| Scheduler | 1.00 | 2.00 | 200% | 1.88 | - | 0.06 | - | 1.94 | 194% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Dentist | 3.00 | 1.50 | 50% | 2.00 | - | - | - | 2.00 | 67% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.22 | - | - | - | 0.22 | 108% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.00 | - | - | - | 4.00 | 80% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Psychologist | 2.00 | 1.80 | 90% | 1.80 | - | - | - | 1.80 | 90% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 2.07 | - | - | - | 2.07 | 103% |
| MH RN | 2.00 | 2.00 | 100% | 1.83 | - | 0.10 | - | 1.93 | 97% |
| Psych Associates | 6.50 | 5.00 | 77% | 5.56 | - | - | - | 5.56 | 86% |
| Psych Tech | 4.10 | 4.20 | 102% | 3.02 | - | 0.03 | - | 3.06 | 75% |
| | | | | | | | | | |
| Total Contract | 112.50 | 112.90 | 100% | 110.50 | - | 10.51 | 1.09 | 122.10 | 109% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**                                                                **PARSONS v. RYAN, CV12-601: ADCM1033344**

# Arizona Monthly Staffing Report
## Lewis Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | 0.17 | - | - | - | 0.17 | 17% |
| Staff Physician | 2.50 | 1.00 | 40% | 1.08 | - | - | 0.46 | 1.54 | 62% |
| Administrator | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.36 | - | - | - | 1.36 | 136% |
| Asst. Correctional RN Supervisor II | - | 6.00 | 0% | 5.86 | - | - | - | 5.86 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.15 | - | - | - | 1.15 | 115% |
| Nurse Practitioner | 3.00 | 4.00 | 133% | 4.91 | - | - | - | 4.91 | 164% |
| Correctional RN Supervisor I | 3.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 21.80 | 30.55 | 140% | 30.99 | - | 2.72 | - | 33.72 | 155% |
| LPN | 21.10 | 23.90 | 113% | 27.52 | - | 1.83 | 0.69 | 30.05 | 142% |
| Nursing Assistant | 13.90 | 13.00 | 94% | 13.54 | - | 0.55 | - | 14.10 | 101% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.35 | - | 0.03 | - | 1.38 | 138% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.28 | - | 0.03 | - | 3.31 | 110% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.83 | - | 0.00 | - | 0.83 | 42% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.88 | - | 0.01 | - | 2.89 | 96% |
| Scheduler | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Dental Director | 1.00 | 0.25 | 25% | 0.04 | - | - | - | 0.04 | 4% |
| Dentist | 3.00 | 3.00 | 100% | 2.97 | - | - | - | 2.97 | 99% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.26 | - | - | - | 0.26 | 132% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.34 | - | - | - | 4.34 | 87% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.17 | - | - | - | 1.17 | 117% |
| Psychologist | 3.00 | 2.00 | 67% | 1.99 | - | - | 0.05 | 2.05 | 68% |
| MH Director (PH.D) | - | | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 2.00 | - | 0% | 0.09 | - | - | - | 0.09 | 4% |
| MH RN | 2.00 | 2.00 | 100% | 1.85 | - | 0.00 | - | 1.85 | 93% |
| Psych Associates | 7.00 | 5.50 | 79% | 6.01 | - | - | - | 6.01 | 86% |
| Psych Tech | 1.00 | 4.20 | 420% | 3.75 | - | 0.05 | - | 3.80 | 380% |
| | | | | | | | | | |
| Total Contract | 106.50 | 117.65 | 110% | 121.28 | 0.00 | 5.23 | 1.20 | 127.71 | 120% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**                                                                                                                        **PARSONS v. RYAN, CV12-601: ADCM1033345**

# Arizona Monthly Staffing Report
## Perryville Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | 1.01 | - | - | - | 1.01 | 101% |
| Staff Physician | 2.50 | 2.00 | 80% | 1.01 | - | - | - | 1.01 | 40% |
| Administrator | 1.00 | 1.00 | 100% | 1.17 | - | - | - | 1.17 | 117% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.88 | - | - | - | 0.88 | 88% |
| Asst. Correctional RN Supervisor II | 1.00 | 4.00 | 400% | 4.51 | - | - | - | 4.51 | 451% |
| Administrative Services Officer | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 5.00 | 5.55 | 111% | 5.38 | - | - | - | 5.38 | 108% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 22.70 | 23.60 | 104% | 22.82 | - | 3.09 | - | 25.91 | 114% |
| LPN | 21.10 | 25.60 | 121% | 21.58 | - | 2.59 | - | 24.17 | 115% |
| Nursing Assistant | 11.80 | 14.40 | 122% | 14.45 | - | 1.77 | - | 16.22 | 137% |
| Lab Technician | 1.00 | 2.00 | 200% | 1.71 | - | 0.09 | - | 1.79 | 179% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Pharmacy Tech | 4.50 | 4.00 | 89% | 3.70 | - | 0.03 | - | 3.73 | 83% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.93 | - | 0.00 | - | 1.94 | 97% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.82 | - | 0.02 | - | 2.85 | 95% |
| Scheduler | 2.00 | 1.50 | 75% | 1.59 | - | 0.01 | - | 1.60 | 80% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | 1.00 | 100% | 0.78 | - | - | - | 0.78 | 78% |
| Dentist | 2.50 | 3.250 | 130% | 1.55 | - | - | - | 1.55 | 62% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.34 | - | - | - | 0.34 | 171% |
| Dental Assistant | 6.00 | 7.00 | 117% | 5.06 | - | - | - | 5.06 | 84% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.14 | - | - | - | 1.14 | 114% |
| Psychologist | 3.00 | 2.85 | 95% | 1.49 | - | - | 0.27 | 1.76 | 59% |
| MH Director (PH.D) | - | | 0% | - | - | - | - | - | 0% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.86 | - | 0.01 | - | 0.87 | 87% |
| MH Nurse Practitioner | 2.00 | 1.20 | 60% | 1.08 | - | - | - | 1.08 | 54% |
| MH RN | 2.00 | 2.00 | 100% | 1.78 | - | 0.13 | - | 1.92 | 96% |
| Rec Therapist | 1.00 | 2.00 | 200% | 0.81 | - | - | - | 0.81 | 81% |
| Psych Associates | 6.50 | 6.00 | 92% | 4.60 | - | - | - | 4.60 | 71% |
| Psych Tech | 3.10 | 3.20 | 103% | 1.76 | - | - | - | 1.76 | 57% |
| Total Contract | 117.90 | 123.35 | 105% | 107.66 | 0.00 | 7.75 | 0.27 | 115.68 | 98% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**

**PARSONS v. RYAN, CV12-601: ADCM1033346**

# Arizona Monthly Staffing Report
## Phoenix Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.89 | - | - | - | 1.89 | 189% |
| Staff Physician | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Administrator | 1.00 | 1.00 | 100% | 1.28 | - | - | - | 1.28 | 128% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.79 | - | - | - | 0.79 | 79% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.90 | - | - | - | 1.90 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Nurse Practitioner | 4.00 | 4.00 | 100% | 3.48 | - | - | - | 3.48 | 87% |
| Correctional RN Supervisor I | 1.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 12.40 | 11.50 | 93% | 11.50 | - | 1.52 | - | 13.02 | 105% |
| LPN | 4.20 | 3.40 | 81% | 3.40 | - | 0.47 | - | 3.87 | 92% |
| Nursing Assistant | 2.00 | 2.00 | 100% | 1.15 | - | 0.04 | - | 1.19 | 60% |
| Lab Technician | 1.00 | 1.00 | 100% | 1.02 | - | 0.48 | - | 1.50 | 150% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.84 | - | 0.04 | - | 0.88 | 88% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 1.97 | - | 0.12 | - | 2.09 | 70% |
| Secretary / Administrative Assistant | 3.00 | 2.00 | 67% | 1.76 | - | 0.12 | - | 1.88 | 63% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.06 | - | - | - | 1.06 | 106% |
| Med Records Clerk | 4.00 | 3.00 | 75% | 2.97 | - | 0.13 | - | 3.09 | 77% |
| Scheduler | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Clinical Coordinator | 1.00 | - | 0% | 0.72 | - | 0.02 | - | 0.74 | 74% |
| Dental Director | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.99 | - | - | - | 1.99 | 100% |
| Psychiatric Director | 0.50 | | 0% | - | - | - | - | - | 0% |
| Psychiatrist | 1.50 | 1.00 | 67% | 1.03 | - | - | - | 1.03 | 69% |
| Psychologist | 3.00 | 2.50 | 83% | 0.49 | - | - | 1.16 | 1.65 | 55% |
| MH Director (PH.D) | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| MH RN | 22.40 | 20.20 | 90% | 20.52 | - | 0.78 | - | 21.30 | 95% |
| Rec Therapist | 2.00 | 1.00 | 50% | 1.00 | - | - | - | 1.00 | 50% |
| Psych Associates | 6.40 | 7.50 | 117% | 6.03 | - | - | - | 6.03 | 94% |
| Psych Tech | 12.10 | 6.00 | 50% | 5.46 | - | 0.06 | - | 5.52 | 46% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 97.50 | 81.10 | 83% | 75.23 | 0.00 | 3.78 | 1.16 | 80.17 | 82% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**         **PARSONS v. RYAN, CV12-601: ADCM1033347**

## Arizona Monthly Staffing Report
## Safford Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | 0.75 | 75% | 0.04 | - | - | - | 0.04 | 4% |
| Administrator | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.76 | - | - | - | 0.76 | 76% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.99 | - | - | - | 1.99 | 0% |
| Nurse Practitioner | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 9.80 | 9.90 | 101% | 11.98 | - | 0.36 | - | 12.34 | 126% |
| LPN | 6.10 | 2.00 | 33% | 2.61 | - | 0.17 | - | 2.79 | 46% |
| Nursing Assistant | 2.80 | 4.00 | 143% | 3.59 | - | 0.09 | - | 3.68 | 132% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 1.00 | 50% | 0.87 | - | 0.00 | - | 0.87 | 43% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| Med Records Clerk | 0.50 | 1.00 | 200% | 0.90 | - | 0.01 | - | 0.92 | 183% |
| Dental Director | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Dental Hygienist | 0.20 | 1.00 | 500% | 0.95 | - | - | - | 0.95 | 475% |
| Dental Assistant | 2.00 | 1.00 | 50% | 1.04 | - | - | - | 1.04 | 52% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Total Contract | 32.90 | 28.65 | 87% | 29.59 | - | 0.64 | - | 30.23 | 92% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**              **PARSONS v. RYAN, CV12-601: ADCM1033348**

# Arizona Monthly Staffing Report
## Tucson Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.27 | - | - | - | 1.27 | 127% |
| Staff Physician | 3.50 | - | 0% | 0.68 | - | - | 0.05 | 0.73 | 21% |
| Administrator | 1.00 | 2.00 | 200% | 1.79 | - | - | - | 1.79 | 179% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Asst. Correctional RN Supervisor II | 1.00 | 8.40 | 840% | 7.84 | - | - | - | 7.84 | 784% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.16 | - | - | - | 1.16 | 116% |
| Nurse Practitioner | 3.00 | 7.00 | 233% | 6.31 | - | 0.02 | - | 6.33 | 211% |
| Correctional RN Supervisor I | 6.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 39.10 | 27.40 | 70% | 28.97 | - | 1.98 | - | 30.95 | 79% |
| LPN | 35.90 | 34.60 | 96% | 42.01 | - | 3.46 | - | 45.46 | 127% |
| Nursing Assistant | 22.00 | 35.10 | 160% | 33.69 | - | 1.46 | - | 35.15 | 160% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.90 | - | 0.02 | - | 0.92 | 92% |
| Pharmacy Tech | 4.00 | 5.00 | 125% | 4.54 | - | 0.06 | - | 4.59 | 115% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.90 | - | - | - | 1.90 | 95% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Med Records Clerk | 6.00 | 7.00 | 117% | 6.96 | - | 0.04 | - | 6.99 | 117% |
| Scheduler | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | 1.25 | 125% | 1.02 | - | - | - | 1.02 | 102% |
| Dentist | 4.00 | 2.00 | 50% | 2.25 | - | - | - | 2.25 | 56% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.09 | - | - | - | 0.09 | 44% |
| Dental Assistant | 6.00 | 6.00 | 100% | 6.11 | - | - | - | 6.11 | 102% |
| Psychiatrist | 2.00 | 1.00 | 50% | 1.03 | - | - | - | 1.03 | 52% |
| Psychologist | 4.00 | 3.40 | 85% | 2.24 | - | - | 0.65 | 2.89 | 72% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.79 | - | 0.01 | - | 0.80 | 80% |
| MH Nurse Practitioner | 1.50 | 2.00 | 133% | 1.81 | - | - | - | 1.81 | 121% |
| MH RN | 4.00 | 3.00 | 75% | 2.75 | - | 0.08 | - | 2.82 | 71% |
| Rec Therapist | 2.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 10.00 | 14.20 | 142% | 7.40 | - | - | - | 7.40 | 74% |
| Total Contract | 166.20 | 169.55 | 102% | 169.23 | 0.00 | 7.16 | 0.70 | 177.10 | 107% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**                                                                                                              **PARSONS v. RYAN, CV12-601: ADCM1033349**

# Arizona Monthly Staffing Report
## Winslow Region

### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | - | 0% | 0.49 | - | - | - | 0.49 | 49% |
| Administrator | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.35 | - | - | - | 1.35 | 135% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.47 | - | - | - | 1.47 | 0% |
| Administrative Services Officer | - | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 1.00 | - | 0% | 0.43 | - | - | - | 0.43 | 43% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 11.80 | 11.40 | 97% | 12.00 | - | 0.55 | - | 12.55 | 106% |
| LPN | 5.20 | - | 0% | 0.29 | - | - | - | 0.29 | 5% |
| Nursing Assistant | 4.00 | 3.90 | 98% | 5.11 | - | 0.12 | - | 5.23 | 131% |
| Lab Technician | - | - | 0% | - | - | - | - | - | 0% |
| X Ray Tech | 0.50 | - | 0% | 0.33 | - | - | - | 0.33 | 65% |
| Pharmacy Tech | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.87 | - | 0.01 | - | 1.88 | 94% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Med Records Clerk | - | - | 0% | - | - | - | - | - | 0% |
| Scheduler | 1.00 | 1.00 | 100% | 1.04 | - | 0.11 | - | 1.15 | 115% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.91 | - | 0.00 | - | 0.92 | 92% |
| Dental Director | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dentist | 1.00 | - | 0% | 0.96 | - | - | - | 0.96 | 96% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 2.00 | 67% | 1.70 | - | - | - | 1.70 | 57% |
| Psych Associates | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 39.70 | 28.30 | 71% | 30.86 | 0.00 | 0.79 | 0.00 | 31.65 | 80% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**

**PARSONS v. RYAN, CV12-601: ADCM1033350**

# Arizona Monthly Staffing Report
## Yuma Region
### August 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown: Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Staff Physician | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Administrator | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Asst. Correctional RN Supervisor II | - | 4.00 | 0% | 5.18 | - | - | - | 5.18 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Nurse Practitioner | 3.00 | 3.00 | 100% | 2.54 | - | - | 0.38 | 2.93 | 98% |
| Correctional RN Supervisor I | 4.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 15.70 | 14.55 | 93% | 12.47 | - | 0.85 | - | 13.32 | 85% |
| LPN | 11.50 | 7.75 | 67% | 7.28 | - | 1.07 | - | 8.35 | 73% |
| Nursing Assistant | 8.40 | 9.80 | 117% | 15.54 | - | 0.25 | - | 15.80 | 188% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.01 | - | 0.12 | - | 1.13 | 113% |
| Pharmacy Tech | 2.00 | 3.00 | 150% | 2.95 | - | 0.40 | - | 3.35 | 167% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.73 | - | 0.00 | - | 1.74 | 87% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 1.89 | - | 0.01 | - | 1.90 | 63% |
| Scheduler | 1.00 | 1.00 | 100% | 2.00 | - | 0.10 | - | 2.09 | 209% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.50 | 117% | 2.66 | - | - | - | 2.66 | 89% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 6.00 | 5.00 | 83% | 4.92 | - | - | - | 4.92 | 82% |
| Psychiatrist | - | - | 0% | 0.09 | - | - | - | 0.09 | 0% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | 1.07 | - | - | - | 1.07 | 107% |
| MH RN | 1.00 | 1.00 | 100% | 1.04 | - | 0.16 | - | 1.21 | 121% |
| Psych Associates | 4.00 | 6.40 | 160% | 4.51 | - | - | - | 4.51 | 113% |
| Total Contract | 74.80 | 73.00 | 98% | 72.69 | 0.00 | 2.96 | 0.38 | 76.04 | 102% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER**               **PARSONS v. RYAN, CV12-601: ADCM1033351**