IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

As the parties are aware, since April 2016, the Court has addressed several separate Motions to Enforce the Stipulation in this matter, monitored compliance with the relevant performance measures, adopted Defendants' remedial plans, and, where appropriate, required additional remedial measures with the goal of achieving compliance with the relevant performance measures.

In an effort to streamline what remains pending, the Court issues the following ruling.

**1.     Plaintiffs' Motion to Compel Defendants to Afford Reasonable Access to Health and Video Records (Doc. 1506)**

Since the filing of this motion, Plaintiffs received electronic access to inmates' medical records through eOMIS and the Court has not received any recent reports of difficulties with accessing such information. Nor has the Court received any recent requests for intervention regarding Use of Force Videos (*see* Doc. 1577, dated May 13, 2016; Doc. 1933, dated February 8, 2017). The Court finds that this motion is resolved

and any new issues regarding access to electronic medical records or videos will engender a new meet and confer and a new motion.

**2.     Plaintiffs' First Motion to Enforce the Stipulation (Doc. 1555, sealed at Doc. 1576)**

This motion sought to enforce the stipulation as to various Health Care Performance Measures and the Court found the following measures substantially noncompliant at certain facilities and directed Defendants to submit a proposed remedial plan addressing:

- Performance Measure 11:  Eyman, Florence, Lewis, Tucson, Winslow, and Yuma;
- Performance Measure 13:  Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma;
- Performance Measure 14:  Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma;
- Performance Measure 37:  Eyman, Florence, Lewis, Tucson, Winslow, and Yuma;
- Performance Measure 39:  Eyman, Florence, Lewis, Perryville, and Tucson;
- Performance Measure 46:  Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma;
- Performance Measure 54:  Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma;
- Performance Measure 66:  Florence, Lewis, and Tucson;
- Performance Measure 85:  Eyman, Florence, Lewis, Perryville, Tucson, and Yuma;
- Performance Measure 92:  Eyman, Florence, Lewis, Perryville, and Tucson;
- Performance Measure 93:  Eyman, Florence, Lewis, Tucson; and
- Performance Measure 98:  Eyman, Florence, Lewis, and Winslow.

Because of Defendants' failure to rectify their substantial noncompliance, the Court has also directed its own, additional remedial measures (Doc. 1754).  Though compliance remains elusive as to some of the performance measures, this motion has

been resolved and will be granted in part and denied in part.

**3.    Plaintiffs' Second Motion to Enforce the Stipulation (Doc. 1663)**

This motion sought to enforce the Stipulation as to Performance Measures 47, 80, 81, and 94 and the Court directed Defendants to submit a proposed remedial plan addressing:

- Performance Measure 47: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;
- Performance Measure 80: Lewis and Tucson; and
- Performance Measure 94: Eyman, Florence, and Tucson. (Doc. 1709).

While Defendants continue to implement their remedial plan, the Court has granted in part and denied in part the motion to enforce the stipulation.

**4.    Plaintiffs' Third Motion to Enforce the Stipulation (Doc. 1863)**

This motion sought to enforce the Stipulation as to Performance Measures 4, 35, 37, 39, 40, 44, 45, 50, 51, 52, 55, 73, 74, 80, 86, 87, 88, 94, 95, 97, 98, and Defendants developed a remedial plan addressing:

- Performance Measure 35 – Florence, Lewis, Tucson;
- Performance Measure 37 – Perryville;
- Performance Measure 39 – Yuma;
- Performance Measure 40 – Eyman;
- Performance Measure 44 – Lewis;
- Performance Measure 50 – Florence; and
- Performance Measure 52 – Florence, Perryville, Tucson.

While Defendants continue to implement their remedial plan, the Court has granted in part and denied in part the motion to enforce the stipulation.

**5.    Plaintiffs' Fourth Motion to Enforce the Stipulation (Maximum Custody) (Doc. 1944)**

As the Court explained at the September 12, 2017 Status Hearing, because the issues have become stale with regard to Plaintiffs' request for relief concerning maximum

custody performance measures, the Court will deny the instant motion without prejudice to refiling when a proposed Order is filed that reflects the current status and request for relief.

**IT IS THEREOFRE ORDERED** that the following motions have been granted in part and denied in part (Doc. 1506, 1555, 1576, 1663, 1863, 1944).

Dated this 30th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge