Anant Kumar Tripati
ASPC-Florence, East Unit
PO Box 5000
Florence, AZ 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICE AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE

FILED ☒   ____ LODGED
____ RECEIVED   ____ COPY

OCT - 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons | CIV 12-00601-PHX-DKD |
| vs. | |
| Charles Ryan, et al. | REQUEST TO FILE DECLARATION WITH DETAILS OF PRIVILEDGED INFORMATION IN THE MAIL UNDER SEAL |

DECLARATION UNDER SEAL

I declare that the contents of the motion are true and correct. I also declare the following is true and correct.

① The legal mail had information about my medical claims in Tripati V. Conton CIV 16-00282 DCB

② It had information as to my transfer to Conlon

③ It had information regarding my Appeal of my medical Claim CIV 13-0615 and other matters

④ The legal mail had an order from Judge Jim Myers that had information which I was to use as citation in my pending petition for review in my criminal case and this was destroyed.

⑤ Some or all of this has been published on ADC net.

I ask this be filed under seal as it has priviliged information

Respectfully.

9/28/17