1 Phillip L. Carson #091914
2 Arizona State Prison
3 P.O.B. 3200, A-14
4 Florence, Az. 85132
5

☒ FILED   ☐ LODGED

**Oct 02 2017**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

6          UNITED STATES DISTRICT COURT
7              DISTRICT OF ARIZONA
8

9   Charles Ryan et. al
10      Defendants              CV 12-00601-PHX-DKD
11   V.
12   Phillip Carson              Response to Settlement:
13    Parsons et. al             not being adhered to
14    Petitioners                by Corizan - Vidating
15                               court order.
16

17   Comes now Petitioner via class action of the
18 Parsons v. Ryan civil case, the petitioner Phillip
19 Carson respectfully requests this Honorable court to
20 review the attachments which show (in part) how Corizan
21 is being "**allowed**" by Charles Ryan the Director of ADC
22 to deny me medical care.
23   Charles Ryan is permitting Corizan to deny Petitioner
24 mandatory Blood Pressure medications i.e. Antenol by
25 ordering medication even though pharmacy does not have
26 it, rather than substituting Antenol with equivilant
27 medication.
28   Charles Ryan is permitting Corizan to deny Petitioner
29 Mental Health anti-depression medication Wellbutrin
30 even though other Inmates are prescribed medicine.

          Pg. 1 of 4

1. Corizan is being permitted by Charles Ryan ADC's
2. Director, to deny Inmate Carson his prescribed medication
3. wellbutrin due to some **other** Inmates (they claim)
4. are cheeking (not swallowing) their meds, and then
5. bartering them on prison yard.
6.   Petitioner has reminded the Psychiatrists that a
7. blood test can immediately verify he is swallowing
8. his wellbutrin, also the nurse and correctional offices
9. physically look into inmate (petitioners) mouth at
10. each watch swallow med take.
11.   Charles Ryan is permitting Corizan to deny
12. Petitioner Health care and to suffer for hours
13. at a time (unwarrented) by being denied an
14. "antiemetic injection sooner" whilst petitioner suffered
15. for 3 extra hours due to RN's retaliation since 4-06-16
16. security staff had to be called and an I.C.S. was
17. called (that is an emergency where area is locked
18. down until security resolves issue), RN "Liz" was claiming
19. Petitioner was faking flu symptoms—(until Petitioner
20. vomitted on Sgt, Lt and floor, walls and other staff.)
21.   After Grievance on issue the **FHA** Brend Rajas
22. responded 4-27-16 "I cannot guarantee any treatment."
23. when Charles Ryan allows Corizan to deny Inmates
24. treatment, and if these Courts allow defendants
25. to continually deny petitioner health care and
26. if the Monitors ACLU etc. are allowed to turn
27. the **BLIND EYE** to this (and other) miscarraiges
28. of justice— than please pray tell- how is the
29. petitioner suppose to get the most or least basic
30. health care without suffering undue pain?

pg. 2 of 4

1. Petitioner responded to settlement by the
2. 1/26/2015 deadline and voiced his concerns about
3. future problems he believed would be allowed by
4. Charles Ryan ADC director, Corizan and the ACLU,
5. it is apparent that many Inmates have suffered
6. and **died** in ADC due to the **LACK** thereof Health
7. care treatment.
8.     ADC has been and is being fined for not
9. adhering to the Court orders in "PARSONS", yet
10. these Honourable Courts are still allowing Inmates
11. to suffer and die "**needlessly**".

12.
13.

14.              Conclusion
15. Order to Corizan to follow Drs. orders and Equal treatment.
16.     Petitioner is suffering and will continue to
17. suffer physically and mentally due to Corizan
18. inc. being allowed to deny him adequate treat-
19. ment by Charles Ryan ADC Director.
20.     Petitioner requests that if a qualified Psychiatrist
21. has the training and where-with-all to order
22. a specific medication and/or treatment that is
23. offered to persons and prisoners in similar situations
24. than order should stand.
25.     Corizan via ADC should not be allowed to cherry
26. pick Doctors that deny care to save money if it is
27. causing death and suffering of inmates. This is just
28. the most basics of human caring.
29. Respectfully ~~Phillip J.~~
30. Date signed   10-02-17

# Attachments

CV 12-00601 PHX-DRD

Response to settlement not being adhered to by Corizon - violating Court order

1) ACLU Complaint    (10-01-17)   2 pgs
2) ADC response O'Marro   (9-19-17)  1 pg
3) ADC Grievance    (5-31-17 )  15 pgs
4) HNR⁵   (9-28-17)  2 pgs.
5) Original response to settlement by 1/26/15  (6 pgs.

# Certificate of Service

Original and Copies mailed out via ADC legal mail E-file this ____ day of October, 2017 with

1) District Court
2) Attorney General
3) ADC Charles Ryan
4) ACLU monitor (mailed out copy)

_[signature]_    10-02-17

pg 4 of 4



10-01-17

# ACLU AZ
# Complaint Form

**MAIL TO:** **ACLU of ARIZONA**
Attn: Intake Screening
PO Box 17148
Phoenix, AZ 85011-0148

<u>IMPORTANT:</u> Please TYPE or PRINT CLEARLY. You must sign and date this form where indicated.

IF YOU ARE A PRISONER OR DETAINEE who has a complaint concerning the conditions of your confinement or detention, you must exhaust all grievance procedures before contacting us. Please provide us with a complete set of copies, not originals, of grievance filing and decisions, and also include your ADOC or Prisoner/Detainee Identification number.

This complaint/legal intake form is not a solicitation or an offer by the ACLU of Arizona to represent you. We cannot promise you that the information you provide will lead to any specific action on the part of ACLU-AZ.

If you fill out this complaint/legal intake form, you agree that ACLU-AZ or the National ACLU may use the information you give us, as long as we don't include your name, address, email and phone number, for one or more of the following purposes: (1) legislative testimony; (2) litigation; (3) contacting a city, state or federal agency; or (4) telling your story to the public, including the media. If ACLU-AZ or the National ACLU wants to identify you, we will contact you prior to doing so.

We will keep your name, address, telephone number and email confidential unless you give us permission to use it or unless we are ordered to turn it over by a court (although we will attempt to prevent any disclosure).

---

**1. COMPLAINANT INFORMATION**
Name: _Phillip Lee Carson_
Prisoner/Detainee Identification Number: _#091914_
Address: _Arizona Department of Corrections, POB 3200, A-14 Florence, Az. 85132_
Contact Phone Number(s): _520-868-0201 x 514_
_Co3 Smith (counselor)_
Email Address: _____

---

**2. MY COMPLAINT IS AGAINST THE FOLLOWING:** *(If complaint is against more than one person or agency, provide additional information on a separate page.)*
Name: _Charles Ryan Director of ADOC_
Address: _1600 W. Jefferson Phx AZ._
Government Agency: _ADOC prison_
Contact Phone Number(s): _____
May we contact this person? Yes _✓_ No _____
Date of Governmental Act giving rise to your complaint: _10-01-17_

---

**3. WITNESS(ES) OR PERSON(S) WITH INFORMATION REGARDING YOUR COMPLAINT:**
*(If more than one person, provide additional information on separate page.)*
Name: _Corizan Corp._
Address: _____
Contact Phone Number(s): _____

**4.** **ARE YOU REPRESENTED BY AN ATTORNEY?**

Yes ✗   No _____

If yes, please provide the following information:

Attorney's Name: _ACLU "Parsons" ✗ Daniel Pochoda_

Contact Phone Number(s): _602-650-1854_

Case Title: _Parsons V. Ryan_   Case Number: _CV 12-00601-PHX-DKD_

Date of Filing: _2012_   Court with Jurisdiction: _Superior District Court_

Judge: _____   Status of Case: _Active_

---

**5.** **COMPLETE DESCRIPTION OF COMPLAINT**: On this or a separate sheet (please type or print clearly), describe **IN DETAIL, but as short and concise as possible**, the events that led you to file this complaint. Please do not include any additional documentation with your complaint. If we need further information we will contact you.

Charles Ryan ADC Director is allowing Corizan to deny me medical treatment prescribed by psychiatrist.

Psychiatrist told me that Complex (corizan) denied me the medication she believes I should be on due to its unique quality of effectiveness because they state medication can be bartered. However other Inmates in ADC are allowed medication (Wellbutrin).

---

**6.** **PLEASE STATE CLEARLY WHAT YOU WOULD LIKE THE ACLU OF ARIZONA TO DO:**

Dr. Rastogi and all other psychiatrist ordered me a medication Wellbutrin yet Complex decided they were not allowed to prescribe me medication even though it is the only one that works without the very painful side effects othe meds demand on me. I do not barter meds, I do not cheek meds bloodwork and staff can verify. Other Inmates are allowed medication - yet not me? this is cruel and unusual treatment. Allow me medication psychiatrists ordered.

Print Name: _____

Signature: _Phillp Cargon #091914_

_Philly J. Ca_

Date: _10-01-17_

# ARIZONA DEPARTMENT OF CORRECTIONS

For distribution:   Copy of corresponding Inmate
Letter must be attached to this response.

## Inmate Letter Response

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| CARSON, PHILIP L. | 091914 |

| INSTITUTION/UNIT | |
|---|---|
| ASPC-Eyman Cook Unit | 5D13L |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| COIV O'Marro | Cook |

During a recent audit of the Cook Unit grievance files, it was found that the original documents for your grievance were still in the file even though the Grievance was answered on 08/09/17. They are being returned to you now, sorry about the delay.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 9/19/17 |

Distribution:   Original -- Master File
Copy - Inmate

916-2(e)
5/14/12

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*:<br><br>Carson, P | ADC #: 091914<br><br>Grievance Number:<br><br>A44-085-016 |
|---|---|

| Institution/ Unit / Housing:<br><br>EYMAN/ MEADOWS |
|---|

| From:<br><br>Brenda Rojas FHA | Location / Unit:<br><br>ASPC-Eyman/Corizon |
|---|---|

This is in response to your April 07, 2016 Grievance that was received by Eyman Inmate Health Services on April 11, 2016

In your 04/07/2016 grievance you have stated that you were not treated in a timely manner and you want me to guarantee that you will receive an antiemetic injection sooner. I cannot guarantee and treatment. Treatment orders come from a provider.

**This grievance is resolved.**

**If you have any further concerns or issues that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.**

| Staff Signature: *Brenda Rojas FHA*<br><br>Corizon Health Service Administrator | *bRojas* | Date: 04/27/2016 |
|---|---|---|

Copy: Institutional File      Copy: Grievance Coordinator          916-2PF

Inmate Grievance

Received By: _Colli Richardson_

Title _Colli_

Badge Number _2014_

Date _5/31/17_

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

Inmate Name (Last, First M.I.) _Carson, Phillip L._

ADC Number _091914_

Date _5-30-17_

Institution/Facility _A-14 E-_

Case Number _A14-092-017_

To:

Description of Grievance (To be completed by the inmate)

1) I suffered for 7 days w/ absolutely no treatment for my diagnosed mental health "depression". Wellbutrin was not tappered off nor replaced for over 10 days.

2) Here in ADC still are prescribed wellbutrin which has no bad side affects for me and it keeps me in a positive state of mind in order to have "some" daily quality of living.

3) Dr. Rashmi believes that wellbutrin worked best and his fellow psychiatrist agreed that wellbutrin is in a class of its own quality.

4) I am taking the Celexa for 10 days now, it helps a little but hurts my stomach bad [I have G.E.R.D.]

I was told that wellbutrin is being taken from me because of barting on yard. I don't barter my meds - I take them always at window (at direct supervision) Corizon Admin is now being deliberately indifferent.

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1) 3 consults (Legal parole and kosher stress to include etc.)

2) requested blood draws to prove I take my wellbutrin & Gabapentin

3) my P.A³ mr. Smith contacted Corizan C. Hawley, LPN

4) HNRs (4)

5) informal and response, (attached). Rec. 5-26-17

Resolution: Treat my depression with a medication that does not hurt me (wellbutrin or one like it) USCA 8 Am & 14 Am violation

Inmate's Signature _Phillip_

Date _5-31-17_

Grievance Coordinator's Signature _C.W.M._ #2280

Date _6/8/2017_

Action taken by _____  Documentation of Resolution or Attempts at Resolution.

Staff Member's Signature

Badge Number

Date

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

_Attach. 2 pgs._

802-1
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**   911

| | | | |
|---|---|---|---|
| *Complaints are limited to one page and one issue. Please print all information.* | | | |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | | DATE *(mm/dd/yyyy)* |
|---|---|---|---|---|
| CARSON, Phillip | 091914 | 11A03  A-44 | | 5-3-17 |

| TO | | LOCATION |
|---|---|---|
| Co³ Smith   Assigned Counselor | | A-44 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir, ξ Please order Corizan to save Telemed video
ξ Confrences, listed below, for future Court evidence.

1) on 4-20-17 ξ 4-28-17 I had consult
(medical) with psychiatrist Rastogi.

    a) Dr. R. prescribed me wellbutrin on
4-20-17, someone cut order. I went 7 days w/
no meds (wellbutrin) at all. I suffered physically
and mentally due to this issue.

    b) on 4-06-17 I informed that Dr. Barker,
RN Liz, Reney and other Corizan staff stated Gabapentin
and wellbutrin meds are being Dc'd due to Inm's bartering
them. 2) on 5-3-17 psych (Laural?) stated she would
DC imipramine (wellbutrins replacement) due to its painful
side effects. Now I have no treatment for depression.
Reso: Treat me with a medication that works for Bi-polar dep.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Phillip J. C— | 5-3-17 |

| Have you discussed this with institution staff? | ☒ Yes | ☐ No | Dr. Rastogi  Dr. Laural ? |
|---|---|---|---|
| If yes, give the staff member name: | | | |

Distribution:   Original – Inmate
                 Copy – Grievance Coordinator File

802-11
8/21/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Carson, Phillip | 091914 |
| Institution/Unit | |
| Eyman/ Cook 5 D 1` | |

| From | Location |
|---|---|
| C Hawley, LPN | ADON |

This is in response to your Inmate Informal Complaint dated May 3, 2017 and received May 5, 2017 in which you are requesting to receive appropriate medicataion to treat your Bi-Polar condition.

Investigation into the issue that you have raised included a review of your medical record which evidences that on 4/19/17 you were seen by the Mental health Provider and Wellbutrin was ordered. Utilization Review recommended an alternative treatment plan  You were seen on 4/28/17 as a follow up visit and were upset as you had gone for a week without any anti-depressant medication to take the place of Wellbutrin. The Mental Health Provider recommended continuing Trileptal and starting Imipramine. You were seen on 5/17/17 by the Psychiatrist  and reported that you were taking Imipramine and Trileptal as prescribed but Imipramine was making you sick and it was ineffective. You did report that Trileptal had stabilized your mood. you were agreeable to replace Imipramine with Celexa and increase the dose of Trileptal as per orders. The medication Wellbutrin requires Corizon Utilization Review approval, and when warranted an alternative treatment plan is recommended.   Our clinicians use an evidence based approach to treat conditions such as your which includes maximizing formulary medication use while providing safe and effective treatment.   In conclusion, you are encouraged to take all your medications as ordered by your Medical Provider.

Please submit an HNR for medical needs directly to your unit nursing staff for scheduling.

End of response.

Staff Reporting:  C Hawley, LPN                                                                May  25,2017

| Staff Signature | Date |
|---|---|
| | 5/26/17 |

Rec 5/26/17

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | |
|---|---|
| | *For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| CARSON | 091914 |

| Institution/Unit |
|---|
| ASPC - EYMAN - MEADOWS UNIT |

| From | Location |
|---|---|
| M. SMITH | BUILDING 11 |

This is in response to your informal complaint dated 03/05/16 and received on 03/07/16.

Based on your informal complaint, Medical staff failed to provide your medication (Tegretol for bi-polar), As a result, you missed three doses of your mental health medication.

On 03/07/16, a copy of your medical informal was forwarded, via email, to Nurse Supervisor Loyd-Croasdale for the necessary attention. According to Ms. Loyd-Croasdale, "this has been addressed and IM is receiving his medication."

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator at Eyman Rynning Unit for additional assistance.

Please submit a HNR if you have additional concerns or needs which your wish to discuss with a medical provider.

| Staff Signature | Date |
|---|---|
| | 3-14-16 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carson, Phillip | 091914 | 11A3 A-44 | 3-5-2016 |

| TO | LOCATION |
|---|---|
| Co3 Smith | A-44 Assigned Counselor |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir,
    On 3-5-16 (3-4-16?) Leap year.

1) I was denied my psychotropic medication Tegretol for bi-polar diagnosis.

    The Nurse Roberts told me he was sorry but he could not give me my medication because the Doctor had not renued it in time.

a) per the parsons contract measure # 83 states bipolar disorders shall be seen at a minumim every 90 days
    i) measure #13
    "Chronic care and psychotropic medications renewals will be completed in a manner such that there **is no** interruption **or** lapse in medication"

I can not make Corizon staff treat me per the parson's resolution Case 2:12-cv-00601-DJH filed 10/14/14; however I can ask the court to take action against the parties who are intentionally making me suffer cruel and unusual mental health punishment, deliberately.
Resolution: Get me back psychotropic, fine Corizan and do not do it again.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Phillip L Carson | 3-4 or 5 - 16 |

Have you discussed this with institution staff? ☒ Yes ☐ No  RN Robert

If yes, give the staff member name:  Why Cant psych Dr. be called for order?

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
    FINAL: White – Inmate; Canary – Grievance Coordinator File

Resolved per psychiatric visit.

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| CARSON, Phillip | 091914 | 11A03  A-44 | 4-26-17 |

| TO | LOCATION |
|---|---|
| Co³ Smith | A-44 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Corizan is Violating "Parsons" stipulation measures: #13,22 & 79
sic,

(Dr. Rastoyi)
On 4-20-17 psychiatrist consulted with me via tele-med and he:

1) re ordered my Anti-depressant drug Bropion

2) Then, on 4-21-17, a Doctor reviewed Dr. Rastogis order and denied it.
a) Orering Alternative treatment
b) tappering off of Bropion

Problem —

a) This is six (6) days later with no Alt. treatment
b) my Bropion was cut cold turkey with no tappering off of med.
I am decompensating into depression w/ extreme stomach pains and nervousness causing me worsening migrains.
Resp: treatment!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Phillip L. Carson | 4-26-17 |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: RN's, HNR's

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Response**

*For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Carson, Phillip | 091914 |

| Institution/Unit |
|---|
| Eyman/ Cook 5  D  1` |

| From | Location |
|---|---|
| C Hawley, LPN | ADON |

This is in response to your Inmate Informal Complaint dated April 26, 2017 and received May 1, 2017 in which you state that you have ot received the medication Bropropion that was ordered for you by Dr. Rastogi on 4/21/17.


Investigation into the issue that you have raised included a review of your medical record which evidences that on 4/19/17 you were seen by the Mental health Provider and Wellbutrin was ordered.  Utilization Review recommended an alternative treatment plan    You were seen on 4/28/17 as a follow up visit and were upset as you had gone for a week without any anti-depressant medication to take the place of Wellbutrin. The Mental Health Provider recommended continuing Trileptal and starting Imipramine. You were seen on 5/17/17 by the Psychiatrist  and reported that you were taking Imipramine and Trileptal as prescribed but Imipramine was making you sick and it was ineffective. You did report that Trileptal had stabilized your mood. you were agreeable to replace Imipramine with Celexa and increase the dose of Trileptal as per orders.  The medication Wellbutrin requires Corizon Utilization Review approval, and when warranted an alternative treatment plan is recommended.   Our clinicians use an evidence based approach to treat conditions such as your which includes maximizing formulary medication use while providing safe and effective treatment.   In conclusion, you are encouraged to take all your medications as ordered by your Medical Provider.


Please submit an HNR for medical needs directly to your unit nursing staff for scheduling.

End of response.

| Staff Reporting:  C Hawley, LPN | May  24,2017 |
|---|---|

| Staff Signature | Date |
|---|---|
| | |

802-12(e)
12/12/13

**Inmate Informal Complaint Resolution**          911

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| CARSON, Phillip | 091914 | 11A3  A-44 | 4-30-17 |

TO: B³ Smith   Assigned Counselor

LOCATION: A-44

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir, Corizan along with Dr. Rastogi and Director Ryan (and) ARE Deliberately making me suffer (USCA 8AM violation) TO make certain I exhaust my ADC remedies per Federal rules of civil court; if ADOC does not fix:

1) I suffer from bi-polar, PTSD and anxiety-depressive syndrome. (I am now sick-stomach, migrains, no sleep, guilt, anger, argumentative.)

a) these conditions are easily treated with proper medication and therapy. Dr. Rastogi cut my Welbutrin cold turkey 4-20-17!

b) Dr. Rastogi (psychitrist); psycologist Stein & Barney along w/ S.O.T.P. counselor mrs. Adkins/—all lagree that I am responsible with my treatment plans and that I know when/to ask for help in timely fashion. (Grievance will contain their written reports).

2) Dr. Rastogi gave me false info. (he lied) telling me Corizan no longer allows for "welbutrin" my prescribed medication in ADOC. my Counsels private investigators have found PHARMACY supplies welbutrin scrips not only on this yard but on every yard in ADOC. Reso: stop suffering now! And stop the lying to me!!

INMATE SIGNATURE: Phillip L. Ca—

DATE (mm/dd/yyyy): 4-30-17

Have you discussed this with institution staff?   ☒ Yes   ☐ No   Dr. Rastogi, RN Tanna,

If yes, give the staff member name:   ADW Rogers, C³ Smith

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Carson, Phillip | 091914 |

| Institution/Unit |
|---|
| Eyman/ Cook 5  D  1` |

| From | Location |
|---|---|
| C Hawley, LPN | ADON |

This is in response to your Inmate Informal Complaint dated April 30, 2017 and received May 5, 2017 in which you are requesting to receive appropriate medicataion to treat your Bi-Polar condition.

Investigation into the issue that you have raised included a review of your medical record which evidences that on 4/19/17 you were seen by the Mental health Provider and Wellbutrin was ordered.  Utilization Review recommended an alternative treatment plan   You were seen on 4/28/17 as a follow up visit and were upset as you had gone for a week without any anti-depressant medication to take the place of Wellbutrin. The Mental Health Provider recommended continuing Trileptal and starting Imipramine. You were seen on 5/17/17 by the Psychiatrist  and reported that you were taking Imipramine and Trileptal as prescribed but Imipramine was making you sick and it was ineffective. You did report that Trileptal had stabilized your mood. you were agreeable to replace Imipramine with Celexa and increase the dose of Trileptal as per orders.  The medication Wellbutrin requires Corizon Utilization Review approval, and when warranted an alternative treatment plan is recommended.   Our clinicians use an evidence based approach to treat conditions such as your which includes maximizing formulary medication use while providing safe and effective treatment.   In conclusion, you are encouraged to take all your medications as ordered by your Medical Provider.

Please submit an HNR for medical needs directly to your unit nursing staff for scheduling.

End of response.

Staff Reporting:  C Hawley, LPN                                                    May  25,2017

| Staff Signature | Date |
|---|---|
|  | 6/6/17 |

Distribution:    Original - Inmate
                 Copy – Grievance Coordinator File

802-12(e)
12/12/13

# Arizona Department of Corrections





1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>CARSON, PHILLIP</u>       ADC No.: <u>091914</u>       Case No.: <u>A44-085-016</u>

Institution: <u>ASPC-EYMAN/MEADOWS</u>                               Date Received: <u>May 17, 2016</u>

I have reviewed your Grievance Appeal wherein you allege that Corizon displays deliberate indifference by stating they cannot guarantee you any treatment and to resolve this matter you demand $10,000.00 in compensation or a written guarantee that an antiemetic shot will be given as soon as possible the next time this happens to you. You claim that the nurse deliberately made you suffer for 3 hours before administering a shot to you.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Your medical record demonstrates that on 03/29/16 you presented to the health unit with complaints of nausea, vomiting, diarrhea and body aches that began the previous day. At 0903 am a provider was contacted and Promethazine 25mg intramuscular was ordered. The Promethazine was administered to your left upper arm at 0923 am. There is no evidence to support your claim that the nurse deliberately delayed administration of the prescribed medication.

2. Per Department Order 802, only claims related to property loss may be addressed within the grievance appeal process. Your claim for monetary compensation does not meet this criterion; therefore, it will not be addressed within this response.

3. Please submit a Health Needs Request (HNR) if you have additional medical concerns.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

_____                          12/1/16
Charles L. Ryan, Director                                        Date

cc:  Facility Health Administrator, ASPC-Eyman
     C.O. Inmate File

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) | |
|---|---|---|

| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: M. Kraicinski |
|---|---|
| | Title: COIII |
| | Badge #: 2455 |
| | Date: (mm/dd/yyyy) 5-6-16 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Carson, Phillip | 091914 | 5-6-16 |

| INSTITUTION | CASE NUMBER | ATTACHMENTS 4 of 4 |
|---|---|---|
| A-44 | A844-085-016 | |

TO: 3-31-16 is pg 4 of 4

I am appealing the decision of **Brenda Rojas FHA Rec 5-2-16** for the following reasons:

CORIZON STATES THEY CAN NOT GUARANTEE ME ANY TREATMENT (EVEN when Treatment is necessary). Here is the honest root of their DELIBERATE IND-IFFERENCE. AND IF CHARLES RYAN DIRECTOR OF DOC AGREES WITH them AFTER PAYING THEM MILLIONS of TAX PAYERS DOLLARS - THE DEPT. OF JUSTICE should get involved. RN "LIZ" Deliberately may be suffer 3 extra hrs. This was TANTAMOUNT TO WATER BOARDING: Compensate me $10,000.00, OR RESO in 3-31-16.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Phillip L Carson | 5-6-16 | W Escobar | 5/10/16 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

RECEIVED
MAY 17 2016
HEALTH SERVICES

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 091914 |
|---|---|
| Carson, P | Grievance Number:<br><br>A44-085-016 |

**Institution/ Unit / Housing:**

EYMAN/ MEADOWS

| From: | Location / Unit: |
|---|---|
| Brenda Rojas FHA | ASPC-Eyman/Corizon |

This is in response to your April 07, 2016 Grievance that was received by Eyman Inmate Health Services on April 11, 2016

In your 04/07/2016 grievance you have stated that you were not treated in a timely manner and you want me to guarantee that you will receive an antiemetic injection sooner. I cannot guarantee and treatment. Treatment orders come from a provider.

**This grievance is resolved.**

**If you have any further concerns or issues that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.**

| Staff Signature: *Brenda Rojas FHA* | Date: 04/27/2016 |
|---|---|
| Corizon Health Service Administrator | |

Copy:  Institutional File          Copy:  Grievance Coordinator                    916-2PF

*1 of 4*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
| --- |
| Smith |
| TITLE |
| CO III |

| BADGE NUMBER | DATE (mm/dd/yyyy) |
| --- | --- |
| 1842 | 04-08-16 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
| --- | --- | --- |
| Carson, phillip | 091914 | 4-7-16 |

| INSTITUTION/FACILITY | CASE NUMBER |
| --- | --- |
| 11A03     A-44 | A44-085-016 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

On 3-29-16 :
1) CO² sent me to medical at 0600 hrs.
2) There was no Doctor
3) RN supervisors waited 3 hrs. before getting me a shot "antiemetic", because she said I was being theatrical and faking it (until I threw up all over back of H/U room on sgt and Lts time).
4) The shot of phenergen/promethazine could have been given at much earlier time than 0930 hrs. She made me suffer so great for 3 hrs. analogous to water boarding for spite. I will probably die next time.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

informal. I am 53 now and I could hardly handle this flu epidemic 5 people died in phx. Many guys in here had to be hospitalized. "Liz" did not care at all to quarantine! get cultures, etc. Even "Parsons" suit was ignored. I want a written gaurantee shot will be given A.S.A.P. next time similar issue occurs or 10,000.00 due to deliberate indifference and no Doctor on hand.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
| --- | --- | --- | --- |
| Phillip L. Carson | 4-7-16 | | 4-11-16 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
| --- | --- | --- |
| | | |

DISTRIBUTION:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

2 of 4

802-1
12/12/13

4-06-16

### ARIZONA DEPARTMENT OF CORRECTIONS

#### Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| CARSON | 091914 |

| Institution/Unit |
|---|
| ASPC - EYMAN - MEADOWS UNIT |

| From | Location |
|---|---|
| M. SMITH | BUILDING 11 |

This is in response to your informal complaint dated 03/31/16 and received 04/01/16.

Based on your informal complaint, you are requesting a written guarantee for an abdominal convulsion (phenergen or promathazine) injection or $10,000.  This request originated from an alleged incident where you did not receive the necessary medical care (injection) on time.

On 04/05/16, a copy of your medical informal was forwarded, via email, to Nurse Supervisor Loyd-Croasdale for the necessary attention.  According to Ms. Loyd-Croasdale, you "I/M was at HU for complaint of nausea/vomiting. Provider notified, antiemetic injection given per DR. order, and informed to increase fluids to avoid dehydration. Please put in an HNR if medical treatment needed."

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator at Eyman Rynning Unit for additional assistance.

Please submit a HNR if you have additional concerns or needs which your wish to discuss with a medical provider.

| Staff Signature | Date |
|---|---|
| 1842 | 04-06-16 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/12/13

3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.)(Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Carson, Phillip | 091914 | 11A3   A-44 | 3-31-16 |

| TO | LOCATION |
|---|---|
| Co³ Smith   Please forward response, if moved via retaliation | A-44   Assigned Counselor |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir, on 3-29-16 A DELIBERATE INDIFFERENCE CASE per Parsons.

1) I caught the "BUG" and @ approx. 0200-0600 hrs. I was vomiting over toilet. (on my B-day)

2) By approx 0600 hrs. the arriving co² evaluated my situation, called medical, told me to "fill out "this" emergency HNR, he got from 1100 and told me to take it to medical and I would be seen. (No Doctor on Unit-schroff @ smu)

3) At Health Unit I was told to wait, the lobby restrooms toilet was out, so I stumbled outside and fell in the dirt by CDU gate where I dry heaved for approx 30 minutes until peers got nurse (only 2 shots for Anti-convulsant and no pill "ordered" on unit)

4) Nurse went to get me a wheelchair, she was no by RN "Liz" supervisor (I believe), therefore after stumbling into H/U back hall I continued the dry heaving. Nurse took my temp and B/p, RN supervisor "Liz" told me "cut the theatrics carson"..."your hydrated and have good oxygen flow;" she then said theres nothing wrong w/ you.

5) I could not heave any longer, my chest and abdomen were sore, I could only grasp for breath! (tantamount to waterboarding). I told Co² cruz to get shift supervisors because I can't make it much longer! Lt. and Sgt Ray showed up telling me I was faking it per RN Liz. all of the sudden I vomited all over medical and maybe them. they put me in bathroom, approx 2 hrs. later RN lou gave me a shot to stop my convulsions. My ear is deafend, my abs are still cramped, I may have inter damage, my mind is a little broken, I Fear the next flu! Reso: 10,000.00, or written guarantee Anti-convulsant shot will

INMATE SIGNATURE  be available immediately for me next time!

Phillip Carson

DATE *(mm/dd/yyyy)*
3-31-16

| Have you discussed this with institution staff?  ☐ Yes  ☐ No |
|---|
| If yes, give the staff member name:  NO DOCTOR ON UNIT RN liz slow played. |

Distribution:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:   White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

4 of 4

Date: _____
Time: _____
Initials: _____

## SECTION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): Carlson D

ADC Number/Número de ADC: 091914

Date/Fecha: 2-22-17

Cell/Bed Number/Celda/Número de Cama: B-204

Unit/Unidad: A-14

P.O. Box/Apartado Postal: 3200

Institution/Facility/Instalación: ASPC E

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   ☐ Medical/Médica   ☐ Dental   ☐ FHA
☒ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Depressed - still
could or prozac pot working like the
wellbutrin have tried all please see about to be
put back on wellbutrin it stops B/P 2 take
meds when prescribed so please don't drop me meds
so to keep me going thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

## SECTION IV

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Carson    D | | 091914 | 9-28-17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5D13c | A-14 | 3200 | E |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Antenol has been out for over
2 wks (B/P med). Doron Staff state
there is a nation wide shortage - yet still
no substitution. Results migraine, strain on
system etc. please substitute or something.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

REFILL ORDERED 9-35-2017

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 9/29/17 | 820 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 10/1/17 | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

1. Phillip Carson #091914
2. Arizona State Prison
3. PoB 3300  A-44
4. Florence, AZ. 85732
5.
6.      UNITED STATES DISTRICT COURT
7.        DISTRICT OF ARIZONA
8.
9. CHARLES RYAN et al
10.     Defendants       CV 12-00601-PHX-DKD
11.   v.
12. PHILLIP CARSON,      Response to settlement
13.   Parsons et. al      by 1/26/15
14.     Petitioners
15.
16. Comes now the Petitioner via class action of
17. the Parsons v. Ryan civil case, the Petitioner
18. Phillip Carson respectfully requests this honorable
19. Court to review attached Grievances and to
20. rule in favor of Petitioners request.
21.     1) Petitioner Carson must wait 120 days on
22. Attach unavailyet due to grievance policy procedure.
23.     2) Grievance procedure is being grieved by
24. Carson due to the fact that the ACLU and
25. or American Medical Association is unable to
26. aide petitioner until 120 days from the initia-
27. tion of Grievance; and Carson believes Inmates
28. are systimatically dying on prison yards do
29. to this extreme time frame.

          pg 1 of 5

3) Petitioner Carson informed Director Ryan that under current policy procedure for Grievances the Director must respond to a (non) medical issue within 30 days of receiving a grievance i.e. a .10¢ toothbrush was defective.

However a medical issue where as an Inmate is suffering pain and/or an ependix is about to rupture; the Director has 120 days from Grievance to respond to issue, before the ACLU or AMA can even be contacted about a life threatening issue, or serious painful issue.

4) The Settlement under Pharmacy #11 States Formulary medications are to be delivered within 2 business day from Doctors order Please review Attach (A) where Connie Hawley from Corizan states Inmate Carsons meds were delivered to Health unit on 12-16-14, when in fact they had not been.

Petitioner Carson had to contact an RN "Lori" on 12-30-14 who contacted the Pharmacy and contacted a pharmasict "—" who mailed out medications that day. The AFHA for Corizan do not seriously 'look up Inmate Carsons medical issues, yet they state in their responses that the issues are resolved.

When Petitioner Carson contacts

pg 2 of 5

the Director Charles Ryan, Mr. Ryan just affirms any response that Corizan claims.

5) Another example of this is Directors affirming response to AFHA Corizans response of 3-17-14 in grievance #A44-053-014 where AFHA Montano states "The medical provider reviewed your medical record and noted that you had been taking gabapentin for neuropathic pain".

When in fact Petitioner has never had neuropathic pain for he does not nor has he ever had neuropathy. Corizan had informed Dr. Schroff (per Dr. Schroffs statement to Petitioner — which has never been contested in any grievance) to take inmate Carson off of gabapentin for his neurophathy.

Petitioners chart never was reviewed or it would have been apparent that inmate Carson was prescribed gabapentin over the last years for migrains; and not for neuropathy.

When Petitioner pointed this out to the Director in Grievance Appeal of 3-26-14, the Director stated "It was also clarified at that time, that you were taking gabapentin for chronic headaches and not for neuropathy".

The fact is Dr. Schroff after the fact that inmate Carson told him that he must

pg 3 of 5

falsified his report to the AFHA, at our consult. As ~~Inmate~~ Inmate carson told Dr. Schroff this, Dr. Schroff got out his "Red Pen" and wrote in chronic section of inmates chart "Chronic migrains".

The point is it is a vicious circle where medical continually trys to wear the Inmate down with the help of the directors office. I believe 3 Inmates have recently died in the last few months on this yard A-44 due to lack of medical pre-treatment.

It is medical taking several weeks or months responding to Health and needs requests that allows inmates appendix or or organs to rupture or die.

The LPNs and RNs are not screening HNRs within 24 hrs. of receipt, nurse "Norma" on this yard is in charge of this area I believe and she has never acknowledged my request to know where my responses to my HNRs are, this violates settlement # 32.

6) In Attch. © Doctor schroff has interupted Inmate Carsons mental Health treatment plan by MD schroff taking off the Providing psych MDs order of medication and replacing psych Drs. name (Butler) with his name shroff MD. Inmates grievance was denied and declared unprosessed, This

pg 4 of 5

violates Settlement #13-14.

7) Attachments D, E and F are also enclosed for review.

ADC' Grievance procedure is a farce and the Director seems to be a puppet for Corizans responses. Note I saw this coming when Corizan was on several of the news channels and all the word was that they were trouble in every state that they had been in.

However ADC purchased them with this knowledge; more than likely because they were the cheapest insurance company on the market.

This Petitioner was on gabapentin which ~~who~~ worked for preventing his severe migrains. However gabapentin is more expensive than the other experimental medications in Attachment (G).

Corizan has caused petitioner to suffer sores, and scars, boils and ~~an~~ a variety of serious bad side effects from all the other (trial) medications when the original medication was effective and ordered by Dr. Slayer, Dr. Sharp, Dr. Schroff and others.

However it seems pain remains at the Buck. This settlement is good in part and too easy in parts for Corizan to still deny appropriate health care.

Respectfully   _(signature)_ #091914      pg 5

Attachments

Parsons V. Ryan CV12-00601-PHX-DKD

A   12-30-14  grievance
B   2-14-14  Grievance
C   12-22-14  grievance
D   9-25-14  grievance
E   3-5-14  grievance
F   12-30-14  grievance
G   12-26-14  informal

✳   Petitioner Carson does fear retaliation
from Director or offended parties, yet
he has only spoken the truth, which needs
to be said in this case. ✝

Respectfully [signature]