1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO VACATE COURT ORDERS** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

        This Court, having reviewed Plaintiffs' Motion to Vacate Court Orders, and
finding good cause, hereby **GRANTS** the Motion.  It is hereby **ORDERED** that the
orders entered at Docket 1754 and 1917 are vacated.

134077643.1