Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE TO THE COURT REGARDING THE THREE NURSE'S LINE VISITS ISSUE (DOC. 2317)** |

1    Pursuant to the Court's Minute Entry dated September 12, 2017 (Doc. 2317 at 2), Defendants Charles Ryan and Richard Pratt file the instant Notice apprising the Court of their plan to notify inmates at ASPC-Perryville that they are not required to see a nurse more than once before they can be referred to a provider.

To properly convey accurate information regarding the policies for provider referrals, and dispel the alleged rumors that inmates at Perryville must see a nurse more than once before being referred to a provider, Defendants will post copies of the document attached as Exhibit A (the "Notice")[1] throughout Perryville. The Notice will be posted on the bulletin boards in every inmate housing unit throughout the complex. ADC will also post the Notice on the bulletin boards in the waiting rooms of medical units. Finally, ADC will display copies of the Notice on the CCTV inmate television system. The information will remain on the bulletin boards and CCTV for a six-month period ending on April 30, 2018, which is more than adequate to dispel the alleged present misconceptions on this topic. Absent objection from Plaintiffs or the Court, the Notice will be posted as specified above no later than Monday, October 9, 2017.

To ensure that Corizon's staff at Perryville received the same information, on October 3, 2017, Natalie Morales, BSN, RN, Corizon's Regional Director of Nursing in charge of Perryville, sent an email regarding this issue to Adalia Cerrillo, Perryville's Facility Health Administrator, and other members of Corizon's Perryville Team. A true and correct copy of the email and attachments are annexed as Exhibit B. The email unambiguously directs that inmates are not required to be seen more than once on the nurse's line before they will be referred to a provider. It further requires Ms. Cerrillo and the Perryville Team to ensure this information is conveyed to all Corizon staff at

---

[1] The Notice is presently formatted to be one-half the size of an 8 ½ by 11 inch piece of paper, which is more than adequate to apprise the inmates of its contents and to allow the inmates to also read the numerous other notices required to be posted for inmate review. It is formatted this way to preserve space for existing and future bulletins posted to these bulletin boards.

1

Perryville and requires them to post the Notice in all medical units on or before October 6, 2017. *See* Exhibit B.

In addition to these communiques, Assistant Director Richard Pratt will be personally meeting with Perryville's site leadership to confirm and reinforce the message that inmates are not required to see a nurse more than once before they can be referred to a medical provider.

DATED this 3rd day of October, 2017.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Timothy J. Bojanowski
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

3

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

4