**Index of Exhibits to Defendants' Notice to the Court Regarding the Three Nurse's Line Visits Issue (Doc. 2317)**

Exhibit 1      Notice to be posted at Perryville

Exhibit 2      October 3, 2017 Email from N. Morales to Corizon's Perryville Team

**EXHIBIT A**

**EXHIBIT A**

# NOTICE:

# YOU *DO NOT* HAVE TO SEE A NURSE MULTIPLE TIMES IF YOUR MEDICAL NEEDS REQUIRE A REFERRAL TO A MEDICAL PROVIDER.




**REMOVE FROM BULLETIN BOARDS AFTER APRIL 30, 2018**

---

# NOTICE:

# YOU *DO NOT* HAVE TO SEE A NURSE MULTIPLE TIMES IF YOUR MEDICAL NEEDS REQUIRE A REFERRAL TO A MEDICAL PROVIDER.




**REMOVE FROM BULLETIN BOARDS AFTER APRIL 30, 2018**

**EXHIBIT B**

**EXHIBIT B**

| | |
|---|---|
| **From:** | Morales, Natalie |
| **To:** | Cerrillo, Adalia; James, Nancy; Hopphaus, Tesha; Ellison, Crystal |
| **Cc:** | Finger, Jennifer; KARTCHNER, TODD; Tim Bojanowski; Elaine Percevecz; Maldonado, Roland; Cole, Lynn |
| **Subject:** | Nurse"s Line Notice at Perryville |
| **Date:** | Tuesday, October 3, 2017 3:17:10 PM |
| **Attachments:** | image001.png<br>ADC - Nurses" Line Notice for Perryville.pdf |

Good Afternoon Perryville Team:

Plaintiffs in the *Parsons v. Ryan* litigation recently reported that inmates at ASPC-Perryville were told they must be seen more than once on the nurse's line before they will be referred to a provider.  To clarify, inmates **ARE NOT** required to be seen more than once on the nurse's line before they will be referred to a provider.  Neither Corizon nor ADC has any policy to that effect.  As always, whether or not inmates will be referred to a provider is based on their individual medical needs, not the number of times they have been seen on the nurse's line.  Please ensure this message is conveyed to all Corizon staff working in any of Perryville's medical units.  In addition, attached is a notice that will be posted throughout Perryville.  Please print copies of the attached notice and post them conspicuously inside the waiting rooms at every medical unit on or before October 6, 2017.

Please feel free to contact me with any questions regarding this matter.


Natalie Morales BSN, RN
Regional Director of Nursing



**Phone: 480.897.9515 x2524**
**Cell: 480.209.4027**
**Fax: 314.919.8747**
**950 W. Elliot Road| Suite 220 | Tempe, AZ 85284**

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail

# NOTICE:

# YOU *DO NOT* HAVE TO SEE A NURSE MULTIPLE TIMES IF YOUR MEDICAL NEEDS REQUIRE A REFERRAL TO A MEDICAL PROVIDER.

 

**REMOVE FROM BULLETIN BOARDS AFTER APRIL 30, 2018**

---

# NOTICE:

# YOU *DO NOT* HAVE TO SEE A NURSE MULTIPLE TIMES IF YOUR MEDICAL NEEDS REQUIRE A REFERRAL TO A MEDICAL PROVIDER.

 

**REMOVE FROM BULLETIN BOARDS AFTER APRIL 30, 2018**