UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER** |

The Court, having reviewed Plaintiffs' Statement Regarding Defendants' Removal of Health Needs Request (HNR) Boxes, the evidence submitted therein, and the testimony of ten witnesses who testified on July 14, 2017, August 8-9, 2017, and September 11 and 13, 2017, and finding good cause, hereby **FINDS** that Defendants' removal of HNR boxes from minimum, medium, and close custody prison units has created an unnecessary barrier for class members to access health care. The Court also **FINDS** that Defendants' removal of the HNR boxes calls into question the reliability of the monthly monitoring reports for multiple performance measures.

Accordingly, the Court hereby **ORDERS** the following:

1. Within two weeks of this order, Defendants must reinstall HNR boxes on all

1  minimum, medium, and close custody yards, and permit class members who are
2  requesting health care of any kind, including medical or nursing care, to use the box to
3  submit their requests if they so choose.

4  2. Within two weeks of this order, Defendants and its contractor Corizon will
5  not require class members who submit HNRs seeking non-medical care (*i.e.*, dental or
6  mental health care; information regarding the status of diagnostic procedures, lab results,
7  or specialty procedures), to report to nurse's line to be seen by a medical nurses and
8  charged $4. Rather, these HNRs should be directed to the appropriate discipline for
9  scheduling and response.

10 3. Within four weeks of this order, Defendants shall submit written
11 declarations and any other evidence they deem necessary to the Court, to confirm that the
12 HNR boxes have been reinstalled on all yards to which this order is applicable.

13 4. Within four weeks of this order, Defendants and/or their contractor Corizon
14 shall submit written declarations and any other evidence they deem necessary to the
15 Court, to confirm that the policy changes ordered in Paragraphs 1 and 2 have been
16 implemented, and that class members and staff have been educated about the policy
17 changes.

18 **IT IS SO ORDERED**.