**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | |
| v. | **MEDIATION ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Bridget S. Bade for mediation. (Doc. 1666.) The parties have contacted the assigned magistrate judge's chambers and requested mediation regarding "performance measures that the parties agree are noncompliant and ripe for mediation," specifically:

PM 19 (Eyman, Lewis, Perryville, Phoenix, Tucson): Perpetual inventory medications will be signed off on the inmate's individual MAR.

PM 44 (Winslow): Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.

PM 48 (Tucson): Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the

1  requesting Provider in writing within fourteen calendar days, and placed in the patient's
2  medical record.
3      PM 50 (Tucson): Urgent specialty consultations and urgent specialty diagnostic
4  services will be scheduled and completed within 30 calendar days of the consultation
5  being requested by the provider.
6      PM 52 (Phoenix): Specialty consultation reports will be reviewed and acted on by
7  a Provider within seven calendar days of receiving the report.
8      PM 67 (Florence, Perryville, Tucson):  In an IPC, registered nurses will conduct
9  and document an assessment at least once every shift.  Graveyard shift assessments can
10 be welfare checks.
11     PM 73 (Tucson): All MH-3 minor prisoners shall be seen by a licensed mental
12 health clinician a minimum of every 30 days.
13     PM 95 (Tucson): Only licensed mental health staff may remove a prisoner from a
14 suicide or mental health watch.  Any prisoner discontinued from a suicide or mental
15 health watch shall be seen by a mental health provider, mental health clinician, or
16 psychiatric registered nurse between 24 and 72 hours after discontinuation, between
17 seven and ten days after discontinuation, and between 21 and 24 days after
18 discontinuation of the watch.
19     PM 96 (Tucson): A reentry/discharge plan shall be established no later than 30
20 days prior to release from ADC for all prisoners who are MH-3 or above.
21     PM 98 (Perryville): Mental health HNRs shall be responded to within the
22 timeframes set forth in the current Mental Health Technical Manual (MHTM) rev.
23 4/18/14, Chapter 2, Section 5.0.
24     The parties represent that they have complied with the requirements of the
25 Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a
26 good faith effort to resolve their dispute informally."  (Doc. 1185 at ¶ 30.)
27 //
28

Accordingly,

**IT IS ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Bridget S. Bade, Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, on **November 28, 2017** at **1:30 p.m**. The Court has allocated a minimum of two hours for the mediation; however, if meaningful progress is being made the mediation will continue until either the compliance issues are resolved, or meaningful progress is no longer being made.

Counsel will confer to jointly prepare materials to submit to the mediator. These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the mediation. The parties shall submit this information to the mediator at least seven days before the mediation.

The parties will limit attendance at the meditation as follows: (1) two attorneys for Plaintiff prisoner class, Kirstin Eidenbach, Eidenbach Law, PLLC, and Corene Kendrick, Prison Law Office; (2) one attorney for Plaintiff Arizona Center for Disability Law, Maya Abela; (3) two attorneys for Defendants, Todd Kartchner (Fennemore Craig – for Corizon), and Tim Bojanowski (Struck Love Bojanowski & Acedo PLC – for other Defendants); (4) Richard Pratt (Assistant Director, Health Services Bureau, Arizona Department of Corrections); (5) Lynn Cole (Associate VP Operations, Corizon); (6) Dr. Renee Fallhowe (Corizon) (7) Dr. Lynn Calcote (Corizon); and, (8) Natalie Morales (Regional Director of Nursing, Corizon).

All matters communicated expressly in confidence to the mediator will be kept confidential and will not be disclosed to any other party. At the conclusion of the mediation, all documents submitted by the parties will be returned, destroyed, or otherwise disposed of in the manner directed by the mediator.

Dated this 5th day of October, 2017.

_____
Bridget S. Bade
United States Magistrate Judge