Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**PLAINTIFFS' PROPOSED AGENDA FOR THE OCTOBER 11, 2017 STATUS CONFERENCE** |

Plaintiffs hereby propose the following items be included in the Court's agenda for the October 11, 2017 status hearing.

1. Plaintiffs' revised proposed order (Doc. 2362) filed pursuant to the Court's Order (Doc. 2317). Plaintiffs wish to discuss the Court's preferred procedure for moving forward with the Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8). [Docs. 1944, 1983, 2006]

2. Notification that the parties have successfully mediated a dispute regarding Maximum Custody Performance Measure # 9 (use of force) and have signed an agreement to modify the Stipulation pursuant to ¶¶ 40-41. [Doc. 2336]

3. The imposition of a $1,000 fine for any failure by Defendants to comply with certain performance measures; and Plaintiffs' proposed process to ensure future compliance with these and additional performance measures. [Docs. 2124 at 1-3, 5; 2173; 2214; 2228; 2240; 2241]

4. Plaintiffs' Motion to Vacate Court Orders (Doc. 1754, 1917) in light of the Court's statement it will be issuing an order of contempt, which moots the previous orders. [Doc. 2360]

5. Defendants' Statement to the Court regarding July 2017 CGAR results (Docs. 2304-1, 2347-1), and Defendants August 2017 CGAR results for:

   a. Performance measures previously found noncompliant by the Court, (Docs. 1583 at 2, 1709 at 1, 2030 at 2);

   b. Performance measures subject to Plaintiffs' pending Motion to Enforce the Stipulation, (Docs. 2253; 2355; Reply due 10/10/17);

   c. Performance measures in Plaintiffs' August 2017 Notice of Noncompliance, pending mediation (Doc. 2254-1 at 38-41).

6. Errors and improper monitoring methodology in July 2017 CGAR results. [*See* Declaration of Corene Kendrick, filed herewith, Ex. A]

7. Defendants' update regarding the implementation of eOMIS electronic communiques to remediate noncompliance with PM 47. [Docs. 2072, 2078, 2100, 2146;

1 | *see also* 9/12/17 Tr. at 81:11-82:21 (request for clarification regarding disparities in Facility Health Administrator declarations); 84:9-85:4 (request for clarification as to whether communique includes date and identity of test/procedure and actual results)]

    8.    Defendants' detailed update regarding the use of telemedicine for specialty encounters, and the status of Corizon's negotiations with potential subcontractors. [*See* 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14]

    9.    The scope of the Court's appointment of Mr. Millar to conduct a needs analysis of Defendants' and its contractors' ability to recruit and retain health care staff.

    10.    Plaintiffs' request for an update from Defendants regarding the following contractual issues:

        a. the status of their Request For Proposals for a five year contract to provide health care services, to begin in early 2018; [*See* 5/10/17 Tr. at 761:19-762:4; 7/13/17 Tr. at 68:24-72:4]

        b. the amount of money assessed against Corizon for violations of the Stipulation's performance measures, as requested by the Court on September 12, 2017, regarding "what that real number, not subject to the cap, has been for the months before now" that Counsel promised to provide (but did not) the next day; [9/12/17 Tr. at 198:6-8, 199:12-13]

        c. the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% for past months (*see* Doc. 2348-1 at 20-52; Doc. 2352-1 at 4-14), and whether Defendants are penalizing Corizon or its dental subcontractor for staffing levels that are reported on CGARs to be below 90%. [*Compare* 2251-1 at 39 (PM 3) *with* Doc. 2348-1 at 20 (May statewide dental staffing levels), 31 (June); Doc. 2352-1 at 4 (July)]

    11.    Defendants' failure to provide requested discovery and documents ordered produced by the Court. [*See* Kendrick Dec., Exs. B-D]

//

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated:  October 6, 2017 | **PRISON LAW OFFICE** |

By:  *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
       agerlicher@perkinscoie.com
       jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By: *s/ Maya Abela* |
|   | Sarah Kader (Bar No. 027147) |
| 4 | Asim Dietrich (Bar No. 027927) |
|   | 5025 East Washington Street, Suite 202 |
| 5 | Phoenix, Arizona 85034 |
|   | Telephone: (602) 274-6287 |
| 6 | Email:   skader@azdisabilitylaw.org |
|   |             adietrich@azdisabilitylaw.org |
| 7 |   |
|   | Rose A. Daly-Rooney (Bar No. 015690) |
| 8 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
| 9 | Maya Abela (Bar No. 027232) |
|   | **ARIZONA CENTER FOR** |
| 10 | **DISABILITY LAW** |
|   | 177 North Church Avenue, Suite 800 |
| 11 | Tucson, Arizona 85701 |
|   | Telephone: (520) 327-9547 |
| 12 | Email: |
|   |   rdalyrooney@azdisabilitylaw.org |
| 13 |       jrico@azdisabilitylaw.org |
|   |       jross@azdisabilitylaw.org |
| 14 |       mabela@azdisabilitylaw.org |
| 15 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com
rlove@strucklaw.com
tbojanowski@strucklaw.com
nacedo@strucklaw.com
afletcher@strucklaw.com
jlee@strucklaw.com
khanger@strucklaw.com

*Attorneys for Defendants*

                                        s/ Corene Kendrick