Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **MOTION TO SEAL** |

1    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under
2 seal a designated document associated with Plaintiffs' Proposed Agenda for the October
3 6, 2017 Status Conference. Plaintiffs file this Motion because the document contains
4 confidential medical information, makes medical information identifiable to a given
5 individual, or was deemed confidential by Defendants. [Doc. 454]
6    To ensure the public has access to as much information as possible, Plaintiffs have
7 carefully redacted or sealed only those portions of the filing referring to information
8 designated as confidential by Defendants. Specifically, Plaintiffs move to seal Exhibit A
9 to the Declaration of Corene Kendrick.

Dated: October 6, 2017                **PRISON LAW OFFICE**

By:  *s/ Corene Kendrick*
  Donald Specter (Cal. 83925)*
  Alison Hardy (Cal. 135966)*
  Sara Norman (Cal. 189536)*
  Corene Kendrick (Cal. 226642)*
  Rita K. Lomio (Cal. 254501)*
  **PRISON LAW OFFICE**
  1917 Fifth Street
  Berkeley, California 94710
  Telephone: (510) 280-2621
  Email:  dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
        afettig@aclu.org
        vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By: *s/ Maya Abela* |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone: (602) 274-6287<br>Email: skader@azdisabilitylaw.org |
| 7 | adietrich@azdisabilitylaw.org |
| 8 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 9 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 12 | Telephone: (520) 327-9547<br>Email: |
| 13 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 14 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 15 | *Attorneys for Arizona Center for Disability Law* |

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com
rlove@strucklaw.com
tbojanowski@strucklaw.com
nacedo@strucklaw.com
afletcher@strucklaw.com
jlee@strucklaw.com
khanger@strucklaw.com

*Attorneys for Defendants*

                s/ Corene Kendrick