# EXHIBIT A (PART 1)

# PM 4

*Does the Infirmary maintain a minimum staffing level of 2 RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of 1 RN in the Infirmaries at Perryville and Lewis?*



**Florence**

*Above compliance threshold without interruption since September 2016.*

# PM 6

*Are provider orders noted daily with time, date, and name of person taking the orders off?*



*Above compliance threshold without interruption since April 2017.*

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for non-compliance**
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within the specified timeframe. The Eyman facility has five housing units where this activity (medication administration) takes place. Prior to August 2017, the facility was staffed with four inventory coordinators (IC), each of whom was integral to the overall performance measured by PM11. It was discovered that four coordinators could not maintain compliant performance levels across five units.

**Corrective Action Plan**
In August of 2017, the number of ICs at Eyman was increased from 4 full-time employees to 5 full-time employees. With this change, an IC is now assigned to each yard so as to provide a dedicated resource (by yard) to process and prepare the medications for timely distribution to patients.

In addition to the foregoing, facility leadership has evaluated and agreed to adopt/implement the medication administration process ("MAP") used by Tucson, a process that has led said facility to exhibit sustainable, compliant performance. The MAP will be tested and fully implemented on or before September 15, 2017. Throughout the testing and implementation process, Site leadership will meet regularly with ADC's Regional Directors of Operations so as to ensure a seamless transition from the current process for the provision of Keep On Person (KOP) medications during pill call.

**PM 11** *Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Supplemental Information as of October 6, 2017:**
**Hired five (5) replacement nurses on August 14, 2017.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



*Above compliance threshold without interruption since October 2016, with the exception of July 2017.*

**Basis for non-compliance**

Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. The Florence compound is comprised of multiple housing units including an outlying unit, referred to as the "Globe," which is the area that these findings relate to. Upon reviewing the findings, it was apparent the proper procedure for receiving new inmate medications was not adhered to. More specifically, the first step in the receiving process that requires all new medications to be scanned into the electronic tracking system was inadvertently omitted. Because this critical step was inadvertently omitted, there was a lack of evidence that medications had been received, even though they had been successfully administered.

**Corrective Action Plan**

A complete process workflow has been modeled and documented. This documentation is to include a visual flow chart, an accompanying checklist of events to be performed and identification as to whom is to perform them with a narrative description of the process. These aids will facilitate training and accountability for each step of the process.

The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action. All clinicians shall be reeducated and monitored by

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.
   a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).
   b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).
   c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).
   d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).
      i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.
      ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).
      iii. Nurse administers the medication and documents the same in eOMIS (Day Two).
      iv. If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.
         1. Once the inmate is located, the nurse administers medication and documents in eOMIS.
4. If medication is order is filled as routine, meds arrive the very next business day (Day two).
5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.
6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).
7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.
8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.
9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe

b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for non-compliance**
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Within the Lewis facility, there has been difficulty meeting this performance measure when medications are not readily available on the housing units or within the compound at all.

**Corrective Action Plan**
The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action.  All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.
   a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

   b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).

   c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).

   d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).

      i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.

      ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).

      iii. Nurse administers the medication and documents the same in eOMIS (Day Two).

      iv. If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.

         1. Once the inmate is located, the nurse administers medication and documents in eOMIS.

4. If medication is order is filled as routine, meds arrive the very next business day (Day two).

5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.

6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).

7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.

8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.

9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

   a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe

   b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since June 2017.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since at least August 2016.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Above compliance threshold without interruption since at least August 2016.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Douglas**

August **100%**

**Above compliance threshold without interruption since January 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since April 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since May 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since April 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since May 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Tucson**

August **95%**

**Above compliance threshold without interruption since February 2017.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Above compliance threshold without interruption since at least August 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since at least August 2016.**

**PM 14**  *Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since January 2017.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since at least August 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since February 2017.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since at least August 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



*Above compliance threshold without interruption since November 2016.*

**PM 14**  *Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since May 2016.**

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



*Above compliance threshold without interruption since April 2017.*

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Above compliance threshold without interruption since May 2016.**

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Basis for non-compliance (as of October 6, 2017)**
*The deficiencies identified for PM 15 are rooted in the absence of a standard procedure for qualified healthcare providers to utilize when a patient refuses his/her medication. To ensure compliance with PM 15, qualified healthcare providers must make an appropriate entry on the Medication Refusal Log, complete and scan a Medication Refusal Form into eOMIS, counsel the patient in each instance, and document in eOMIS that the patient has been appropriately counseled as to the risks and dangers associated with refusing to take his/her medication.*

**Corrective Action Plan (as of October 6, 2017)**
*To remediate the recent deficiencies for PM 15 at the Eyman, Lewis, and Florence sites, and to maintain compliance at the other sites currently operating without a deficiency, Corizon Health ("Corizon") shall develop and implement a new procedure for the administration of medication, applicable at all sites, that includes specific action steps for qualified healthcare providers to follow in instances when a patient refuses his or her medication.  More specifically, for each instance when a patient refuses to take his/her medication, the procedure will require the qualified healthcare provider to: 1) immediately counsel the patient as to the risks associated with refusing to take medications necessary to treat his/her illness, which is required during the encounter;*

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

*2) immediately following the encounter, enter the patient's name and information onto the medication refusal log; and 3) before the end of the qualified healthcare providers' shift on the day of the encounter, he/she shall obtain, complete, and scan a medication refusal form into eOMIS.*

*With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date"). Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site level qualified healthcare providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that employees have an opportunity to discuss the same. At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon", and in hard copy form upon request. All qualified healthcare provider requests for a copy of the procedure in hard copy format should be directed to site leadership.*

*Additionally, prior to the Effective Date, all Corizon qualified healthcare providers shall be trained by site leadership (or an appropriate training designee) on the new medication administration procedure. On or after December 1, 2017, Corizon compliance monitors shall review an appropriate sample of medication refusal logs and corresponding eOMIS sections at each site to evaluate and assess compliance with the new procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those qualified healthcare providers associated with the deficiency finding(s).*

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Florence**

August **100%**

*Above compliance threshold without interruption since July 2017.*

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

## Lewis



**Basis for non-compliance (as of October 6, 2017)**
**See Basis for non-compliance for Eyman.**

**Corrective Action Plan (as of October 6, 2017)**
**See Corrective Action Plan for Eyman.**

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Tucson**

**August 100%**

85%  86%  83%  82%  74%  73%  80%  73%  44%  98%  98%  100%  100%

Aug-16  Sep-16  Oct-16  Nov-16  Dec-16  Jan-17  Feb-17  Mar-17  Apr-17  May-17  Jun-17  Jul-17  Aug-17

*Above compliance threshold without interruption since May 2017.*

**PM 20** *Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



*Above compliance threshold without interruption since July 2017.*

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



*Above compliance threshold without interruption since July 2017.*

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



*Above compliance threshold in August 2017.*

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



*Above compliance threshold without interruption since July 2017.*

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



**Phoenix**

August
**86%**

*Above compliance threshold in August 2017.*

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



*Above compliance threshold without interruption since June 2017.*

# PM 24
*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



*Above compliance threshold without interruption since April 2017, except for August 2017.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of October 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of January 2017.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P -A -06?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016.*

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of March 2017 and April 2017.*

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of November 2016.*

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of June 2017 and July 2017.*

## PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since August 2016, with the limited exception of February 2017 and March 2017.*

**PM 29**  *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016, with the limited exception of March 2017 and July 2017.*

**PM 29**  *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P -C -02?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Eyman**

**Basis for Non-Compliance (All Facilities)**

There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered. Individual inmate specific medications are also not always readily available at the arrival facility. Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

**Corrective Action Plan (All Facilities)**

To address the overlapping issues and systemic challenges preventing success with this performance measure, a collaborative workgroup was assembled in May of 2017 to address these challenges. This workgroup was comprised of subject matter experts and leadership representatives from both Corizon and Arizona Department of Corrections staff. The following text summarizes the Standard Operating Procedure (SOP) that was produced by this workgroup as a result of their analysis and subsequent recommendations. The initial version of this SOP was published on June 16, 2017 with a revision following on August 6, 2017 based on study of performance. The pilot program then began on August 7, 2017, impacting all facilities.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

A transfer screening is performed by Corizon medical staff on all intersystem transfers to ensure that all patient Keep on Person (KOP) and Direct Observation Therapy (DOT) medications are transferred with and provided to the patient without interruption.

The Complex Accountability Officer at the <u>Sending Facility</u> is responsible for providing a daily list of inmates transferring out of the facility the next day to Corizon Medical records and Health Services Administration.

Once received, a nurse reviews the patient's health record to ensure that the patient is appropriate for transfer. A Nurse – Transfer – Sending Encounter must be created in the Electronic Offender Management Information System (eOMIS). Additionally, an Intra-System Transfer Form must be added through the Standard Forms Section. The Intra-System Transfer Form is printed from eOMIS to later be placed with the inmate's chart and DOT medications if applicable.

Once a patient has been determined appropriate for transfer, the physical medical chart and DOT medication will be pulled by the Intake Nurse or a Medical Records Liaison and placed in a banker's box. Any DOT medications later pulled by the Intake Nurse are placed in the same box.

For each transferring patient who has prescribed medications in eOMIS, the Intake Nurse (or the Assistant Director of Nursing as the designated backup) at the <u>Sending Facility</u> is required to:

- o Gather all DOT medications from the unit medication room for each inmate with active Drug Prescription Orders on the movement list, and print the Drug prescription Orders list from the eOMIS (showing active medications only). KOP medications must also be labelled.

- o Compare the physically available medications to the active list on Drug Prescription Orders. If medications are not available, make arrangements for next dose administration from clinic stock or back up pharmacy. An explanation must be provided for currently prescribed medications (KOP and DOT) that are not present on the Drug Prescription Order Sheet. For special needs patients, notification must be provided to key individuals, identified on the Intrasystem Transfer Contact List, at the receiving facility. In the event that a patient states that he does not take or does not want any of the medications, a signed refusal form (AZ DOC Form 1101-4) must be completed and the transfer summary will also document the refusal. Refusal forms shall be attached to the transfer summary sheet and scanned at the receiving site within 2 business days. Furthermore, if KOP medications are packed in the inmate's property, an Information Report (IR) must be written. Injectable or temperature

**PM 35**   *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

controlled medications will be forwarded to the receiving facility by the IC LPN.

o   Place DOT and KOP attestation stamps on the printed Active Drug Prescription Order Sheet. The patient must initial next to all KOPs in his possession and also sign the Departure attestation.

o   Review the medication administration schedule for each prescribed DOT and administer any necessary doses prior to the inmate departure.

o   Place all DOT medications in a clear, sealed bag along with the printed Active Drug Prescription Orders sheet for that inmate. Each inmate's medical records and sealed bag of medications shall be placed in a hard-sided plastic tote bin that is sealed with a red tag for each final destination. Records are grouped by complex. Both Corizon staff and an officer shall sign the AZ DOC Discharge and Transfer Sheet (705-6) confirming items are present and sealed. A large "M" will be documented in the top right hand corner of the form to indicate that medications are enclosed in the bin. The bins shall then be placed on the same vehicle as the inmates.

Security staff shall complete an IR for state-wide departures to identify discrepancies in transferred medications.

At the Receiving Facility, the Complex Accountability Officer will provide a daily list of inmates transferring in to the facility the next business day to Corizon Medical Records and Health Services Administration.

The Intake Nurse at the Receiving Facility shall unpack the inmate patient's DOT medication bags from the totes. The Intake Nurse will then compare the contents of the bag to the Drug Prescription Orders sheet that indicates active medications. Each inmate patient is required to sign the inmate Drug Prescription Order sheet to indicate all of their medications are present.  If a patient refuses to sign then the box must be checked indicating a refusal to sign. Upon discovery of any missing medications, the Intake Nurse shall notify site leadership (e.g., AFHA, FHA, ADON, DON, etc.) to coordinate immediate procurement of needed medications. The Intake Nurse will also review the medication administration schedule for each medication and administer any necessary doses at the time of arrival. The Intake Nurse will then release patients with their KOP medications and stock DOT medications.

Security staff shall complete an IR for Statewide arrivals to identify discrepancies in transferred medications. The Transfer Summary sheet is also scanned into eOMIS. Inmate patients who are received from Alhambra designated as condemned (Death Row) or Enhanced Housing inmates will be taken directly to the Browning unit to have the full

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

intake process completed. This patient will not have medications as they will be directly received from a county jail, therefore no medical records or medications will travel with these patients.

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Florence**

**Basis for Non-Compliance**
*See* Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

## Lewis



*Above compliance threshold in August 2017.*

**Basis for Non-Compliance**
*See* Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since June 2017.**

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Above compliance threshold without interruption since July 2017.**

**PM 35** For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?



## Yuma

**Basis for Non-Compliance**
*See* Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
*See* Corrective Action Plan for Eyman.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since December 2016.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Florence**

August **95%**

**Above compliance threshold without interruption since January 2017.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since January 2017, with the exception of May 2017.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



*Above compliance threshold without interruption since December 2016.*

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since November 2016.**

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since at least August 2016.**

**PM 37** *Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Above compliance threshold without interruption since December 2016.**

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 39**  *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since March 2017, *except for August 2017*.**

*Supplemental Information as of October 6, 2017:*
*Replaced one (1) MD as of September 15, 2017.*

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Florence**

**Basis for issues with non-compliance**
Difficulty in hiring a sufficient number of providers.

**Corrective action plan**
Two new providers (a nurse practitioner and a medical doctor) have been hired.  One provider started on September 5, 2017 and the second is scheduled to start on October 2, 2017.  The additional staffing is anticipated to aid in reaching full compliance.   The two new providers will bring the total number of providers to 5, which is an increase of 2 providers compared to the July time frame.

*Supplemental Information as of October 6, 2017:*
*Hired two (2) Nurse Practitioners on October 2, 2017. Additionally, hired one (1) MD on October 5, 2017 to replace provider that transferred to Eyman.*

*Now, there are a total of five (5) providers at this facility.*

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance**

Lewis has a vacant provider position since January 2017, and had another provider out of the country for three weeks (from August 28, 2017 to September 17, 2017) leading to delays in referrals and provider scheduling.

**Corrective Action Plan**

To remedy issues with meeting compliance levels, Corizon has hired a Site Medical Director who will start work on November 1, 2017, after DOC training has completed. He will work one day per week, until his current employment contract expires in January 2018. In January 2018, he will start full-time.

In the interim, effective August 8, 2017, Corizon hired a locum tenen (a provider who is under a temporary contract to provide services within different geographies) to serve as a provider. The facility also has use of the Regional Medical Director to provide additional care. The Regional Medical Director is on site five (5) days per week. As of September 8, 2017, the Lewis facility is also scheduling all provider referrals within seven, rather than fourteen days, to ensure that the fourteen day window is met.

*Supplemental Information as of October 6, 2017:*
*There was a vacancy for the medical director position. Additionally, from August 28, 2017 through September 17, 2017, an MD was out on PTO.*

**PM 39**

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corizon has hired a new part-time medical director, who will be on-site on Wednesdays until he completes his contract with prior employer, upon which he will be on-site full-time.**

**Please note that the Regional Medical Director is on site 2-3 days per week (not 5 days as previously indicated).**

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since April 2017.**

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



*Above compliance threshold without interruption since at least August 2016.*

**PM 39**

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since January 2017.**

## PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Above compliance threshold without interruption since at least December 2016.**

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Above compliance threshold without interruption since May 2017.**

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



*Above compliance threshold without interruption since June 2017.*

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Above compliance threshold without interruption since March 2017.**

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for non-compliance (as of October 6, 2017)**
*The deficiencies identified for PM 42 are rooted in the absence of a standard procedure for nurses/CNAs to follow when maintaining and managing the Provider and Nurse Encounter Logs ("Logs"), and the follow up encounters that result from the initial patient encounter.  For the Logs to be an effective tool in managing sick call encounters, and for follow up scheduling to occur as directed ("Follow Up"), nurses/CNAs must follow a standard procedure that ensures Follow Ups are appropriately scheduled.   In conjunction, a policy must be implemented and maintained to prevent any Follow Up from being cancelled or modified, if that action would result in non-compliance.*

**Corrective Action Plan (as of October 6, 2017)**
*To remediate the recent deficiency for PM 42 at Eyman, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement (or supplement if there is an existing procedure) 1) a procedure for all sites that includes action steps to ensure all Follow Ups resulting from an initial sick call encounter are scheduled and occur within the specific timeframe set out in the order and; 2) a corresponding policy that provides the approval process for the rescheduling, modification and/or cancelling of a Follow Up.  For each sick call encounter that results in an order for a Follow Up, the following shall occur: 1) the treating provider (or designee as permitted in the procedure) shall enter the patient's information on the*

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

*appropriate Log; 2) at the conclusion of the encounter or prior to the end of his/her shift, the provider (or an appropriate scheduling designee as permitted in the procedure) must schedule the Follow Up in eOMIS within the timeframe ordered, or, if no timeframe is specified, within 14 days of the initial encounter unless the provider indicates "No Follow Up necessary" in eOMIS; 3) on a daily basis, the an appointed employee shall utilize eOMIS to generate an appointment list for that particular day; 4) on a daily basis, an appointed employee shall review the appointment list and confirm that all Follow Ups are set to occur timely; 5) the modification, rescheduling or cancellation of a Follow Up will not be approved if such action would result in non-compliance with a PM 42 requirement; and 6) an appointed employee shall identify any Follow Up that has been modified, rescheduled or cancelled without approval and immediately elevate that to site leadership so as to allow the subject Follow Up to be rescheduled within the original timeframe ordered.*

*With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new policy and procedure on or before November 1, 2017 ("Effective Date"). Eyman and Florence will begin implementing this new procedure immediately. Prior to the Effective Date, Corizon will communicate the policy and procedure to all site leadership and site level providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that providers have an opportunity to discuss the same. At all times subsequent to the Effective Date, the policy and procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form at all sites upon request. All provider requests for a copy of the policy and/or procedure in hard copy format should be directed to site leadership.*

*Additionally, prior to the Effective Date, all Corizon providers shall be trained by site leadership (or an appropriate training designee) on the new Follow Up policy and procedure. On or after December 15, 2017, Corizon compliance monitors shall review an appropriate sample of entries on the Logs to evaluate and assess compliance with the new policy and procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those providers associated with the deficiency finding(s).*

**PM 42**   *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for Non-compliance (as of October 6, 2017)**
**See Basis for Non-Compliance for Eyman.**

**Corrective Action Plan (as of October 6, 2017)**
**See Corrective Action Plan for Eyman.**

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for Non-compliance (as of October 6, 2017)**
**See Basis for Non-Compliance for Eyman.**

**Corrective Action Plan (as of October 6, 2017)**
**See Corrective Action Plan for Eyman.**

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Perryville**

**August 83%**

*Basis for Non-compliance (as of October 6, 2017)*
*See Basis for Non-Compliance for Eyman.*

*Corrective Action Plan (as of October 6, 2017)*
*See Corrective Action Plan for Eyman.*

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



*Above compliance threshold without interruption since December 2016.*

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since June 2017.**

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold since July 2017.**

**Continued Action Plan**

To ensure ongoing compliance, in early July 2017 the FHA contacted the deputy wardens to stress the importance of the inmate being brought to the Health Unit upon arrival from an offsite appointment, inpatient stay or trip to the emergency department. The FHA reported a strong degree of cooperation from the deputy wardens on this topic. The deputy wardens will ensure this directive is completed with FHA follow up.

Also in early July 2017, each yard Assistant Director of Nursing has also been assigned to identify any inmates that have returned from the hospital or emergency department from the night before and verify that the RFO (return-from-offsite inmate) was completed correctly. Finally, the FHA and Director of Nursing gave instructions to staff in August 2017 that outlines the step-by-step process that staff are to complete, from sending an inmate offsite for a hospital or emergency department trip, to processing their return. This directive was reiterated during a subsequent Nurse Supervisor's meeting in August.

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since March 2017.**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Above compliance threshold without interruption since September 2016.**

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold since July 2017.**

**Continued Action Plan**

An additional staff member has been assigned to Central Unit once a week to provide additional support relating to lab draws. LPNs and RNs will also continue to be offered overtime for additional hours spent assisting with necessary diagnostic services.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold without interruption since April 2017.**

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Above compliance threshold without interruption since May 2017.**

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



*Above compliance threshold without interruption since August 2016, with the exception of August 2017.*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Douglas**

**August 100%**

**Above compliance threshold without interruption since May 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Eyman**

**Basis for non-compliance**

It appears that providers were timely review diagnostic and pathology reports, but were not acting upon them within the time requirements allotted.

**Corrective Action Plan**

Corizon added a medical doctor to the Eyman facility on September 15, 2017.

Additionally, Corizon created a "CGAR crosscheck committee" in late September. This committee includes the Site Health Administrator. The committee tracks all improvement tasks related to CGAR performance. The committee has access to an aging/exception report that tracks all diagnostic reports and their age since their receipt at the prison.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

## Florence



**Above compliance threshold in July 2017, *but not August 2017.***

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold in July 2017, *but not August 2017.***

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



*Above compliance threshold in August 2017.*

**Basis for non-compliance**
Corizon is still investigating and will supplement at a later date.

**Corrective Action Plan**
A new Site Medical Director has been hired and will begin on September 18, 2017. It is anticipated that this additional staffing will alleviate any backlog that led to reduced compliance levels. With the addition of the new Site Medical Director, the number of providers will total nine (9).

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold without interruption since July 2017.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold since June 2017.**

**PM 46** *Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Above compliance threshold without interruption since August 2016.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



***Above compliance threshold without interruption since January 2017, except for July 2017.***

**Basis for non-compliance**
A provider retired leading to a provider backlog.

**Corrective Action Plan**
After having this job posted for 351 days, a new provider candidate is in the process of having his/her credentials and references checked. Assuming this candidate is approved, it is anticipated that a new provider will be on staff in October 2017 to help alleviate the backlog. An experienced Corizon PRN NP has recently requested to start back on October 1st to perform part time services for Yuma complex.

The providers are reviewing lads and imaging daily and sending a communique to the inmate notifying them if the results were normal or abnormal and then the patient is scheduled to see the provider to discuss abnormal results within 14 days of the request.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



*Above compliance threshold without interruption since November 2016, with the exception of July 2017.*

**Basis for non-compliance**
July's sample size was a <u>single</u> inmate. The provider on duty failed to respond in a timely fashion to that single inmate, resulting in a 0% compliance rate. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**
The provider that failed to comply with this performance measure was terminated. Corizon has also implemented a new communique process, effective late June 2017, as addressed in greater detail below and in Doc. 2294 and Doc. 2296, filed with the Court on September 8, 2017.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance**
Providers are not communicating the results of the diagnostic study within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided the information at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Florence**

**Basis for noncompliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the test results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

After the provider has reviewed the diagnostic study, notated the action taken and printed it, the Assistant Director of Nursing will enter a chart note advising that on the given date the communique was sent to the inmate. In addition, if the diagnostic study is normal,

## PM 47 *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

when the nurse sends the communique to the inmate, he/she will enter a chart note stating that on the given date the communique was sent to the inmate.

The nurse or CNA will call the Site Medical Director for review of any lab results and issue the communique upon review.

# PM 47
*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Lewis



**Basis for non-compliance**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**
The eOMIS system was upgraded at the end of June, 2017 to provide for an electronic communique (that indicates whether the test results were normal or abnormal) that is printed and given to the inmate. Medical providers were trained on this change during their provider meeting on August 9, 2017. The Assistant Facility Health Administrator is monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

If an inmate is scheduled for an appointment with a provider to discuss the results of any labs/diagnostic testing, that appointment may not be rescheduled to ensure that the inmate is seen within the seven day timeframe.

# PM 47 *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June, 2017 to provide for an electronic communique (that indicates whether the results were normal or abnormal) that is printed and given to the inmate. Additional training and education was provided to all staff on this change. The Assistant Directors of Nursing are monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

# PM 47   *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Phoenix**

**Above compliance threshold in July 2017, *but not August 2017.***

**Continued Action Plan**

Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



*Above compliance threshold in August 2017.*

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Tucson**

August **78%**

**Basis for non-compliance**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. An inmate can request to see a provider to discuss the results in detail.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Above compliance threshold without interruption since March 2017, *with the exception of August 2017.***

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Yuma



**Basis for non-compliance**
Currently under review.  Will supplement with complete information.

**Corrective Action Plan**
Each day, when HNRs are processed, the nurse responsible for sick call will fill out the requested communique (that indicates whether the results were normal or abnormal) and give it to the provider to read and sign and then give it to the CNA to scan in to eOMIS. Once input into eOMIS, the communique can be printed and transmitted via facility mail or in person to the requesting inmate. An inmate can request to see a provider to discuss the results in detail.

The Director of Nursing will review the HNR log on a weekly basis to ensure that all requests are timely completed. If any requests have not been resolved, the Director of Nursing will contact the provider or their CNA to ensure that the communiques are transmitted.