# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal Document, and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2369) and instructs the Clerk of the Court to seal the document as set forth in the Motion (Exhibit A to the Declaration of Corene Kendrick).

Dated this 10th day of October, 2017.

David K. Duncan
United States Magistrate Judge