Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**REPLY IN SUPPORT OF MOTION TO VACATE COURT ORDERS (DOC. 2360)** |

LEGAL137284876.1

1    Defendants assert that the Court lacks jurisdiction to rule on Plaintiffs' Motion to
2 Vacate the Court's Outside Provider Orders (Doc. 2360), because Defendants previously
3 appealed both orders to the U.S. Court of Appeals for the Ninth Circuit. [*See* Doc. 2375
4 at 2] But "a district court may entertain and decide a Rule 60(b) motion after notice of
5 appeal is filed if the movant . . . 'ask[s] the district court whether it wishes to entertain the
6 motion, or to grant it, and then move[s] the [court of appeals], if appropriate, for remand
7 of the case.'" *Davis v. Yageo Corp.*, 481 F.3d 661, 685 (9th Cir. 2007) (quoting *Gould v.*
8 *Mut. Life Ins. Co. of N.Y.*, 790 F.2d 769, 772 (9th Cir. 1986)); *see also G.C. and K.B.*
9 *Investments, Inc. v. Wilson*, 326 F.3d 1096, 1101 n.2 (9th Cir. 2003) (noting that "the trial
10 court can indicate whether it would entertain or grant such a motion in the event of a
11 remand").

12    The Court should do so here. The Court's recent order to show cause outlines a
13 civil contempt procedure that Plaintiffs believe will be a more effective avenue for
14 enforcing the terms of the Stipulation than the Outside Provider Orders. [*See* Doc. 2373]
15 Indeed, Defendants have refused to comply with the Outside Provider Orders for over ten
16 months and have claimed to the Ninth Circuit that this Court "impose[d] an impossible
17 burden on Defendants" and created "an unprecedented threat to security" through those
18 orders. [*See* Ex. 1 (Defendants-Appellants' Opening Br. at 17, 23, Dkt. 22, *Parsons v.*
19 *Ryan*, Ninth Cir. No. 16-17282 (Mar. 22, 2017); *see also id.* at 17-18 (asserting that this
20 Court's order "is incredibly dangerous")] Judicial economy is not served by appellate
21 consideration of an order that neither party now supports, nor is being complied with or
22 enforced.

23    Plaintiffs therefore request that the Court issue a Notice of Intent stating that it
24 would entertain or grant Plaintiffs' Motion to Vacate Orders. Because oral argument in
25 the Ninth Circuit is scheduled for Wednesday, October 18, 2017, Plaintiffs request that the
26 Court issue the order as soon as possible so that the Ninth Circuit can determine how it
27 wants to allocate its resources during and after the argument, which currently covers three
28 distinct appeals from this case. A proposed Notice is being lodged herewith.

LEGAL137284876.1

| | | |
|---|---|---|
| 1 | Dated: October 12, 2017 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:   s/ Donald Specter |
| | | Donald Specter (Cal. 83925)* |
| 4 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 5 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 6 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 7 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 8 | | Email:   dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 9 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 10 | | rlomio@prisonlaw.com |
| 11 | | *Admitted *pro hac vice* |
| 12 | | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 13 | | Victoria Lopez (Ill. 6275388)* |
| | | **ACLU NATIONAL PRISON PROJECT** |
| 14 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 15 | | Telephone:  (202) 548-6603 |
| | | Email:   dfathi@aclu.org |
| 16 | | afettig@aclu.org |
| | | vlopez@aclu.org |
| 17 | | |
| 18 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 19 | | **Admitted *pro hac vice* |
| 20 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | **EIDENBACH LAW, PLLC** |
| 21 | | P. O. Box 91398 |
| | | Tucson, Arizona 85752 |
| 22 | | Telephone:  (520) 477-1475 |
| | | Email:   kirstin@eidenbachlaw.com |
| 23 | | |
| 24 | | Kathleen E. Brody (Bar No. 026331) |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 25 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 26 | | Telephone:  (602) 650-1854 |
| | | Email:   kbrody@acluaz.org |
| 27 | | |
| 28 | | |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | **ARIZONA CENTER FOR DISABILITY LAW**                           |
| 2   |                                                                 |
| 3   | By:  s/ Maya Abela                                              |
| 4   | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927)  |
**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
Richard Michael Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklovem.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　s/ D. Freouf

LEGAL137284876.1   -5-