UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**NOTICE OF INTENT TO GRANT OR ENTERTAIN PLAINTIFFS' MOTION TO VACATE (DOC. 2360)** |

This Court hereby gives notice that it would grant [or entertain] Plaintiffs' Motion to Vacate Orders (Doc. 2360), which asks the Court to vacate its orders dated November 10, 2016 and February 6, 2017, (Doc. 1754 and Doc. 1917), in light of the Court's issuance on October 10, 2017 of an Order to Show Cause (Doc. 2373).

Plaintiffs' Motion argues that the November 10 and February 6 Orders are no longer necessary in light of the Order to Show Cause. The November 10, 2016 and February 6, 2017 Orders, as to which Defendants have filed a notice of appeal (COA No. 16-17282), are currently scheduled for oral arguments before the Ninth Circuit Court of Appeals on October 18, 2017.

IT IS SO ORDERED.

LEGAL137284904.1