JAMES E. ROGERS #157544
TUCSON/SANTA RITA
P.O. BOX 24401
TUCSON, AZ 85734-4401

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

☑ FILED    ___ LODGED
___ RECEIVED ___ COPY

OCT 12 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## In The United States District Court
## For The District Of Arizona

| | |
|---|---|
| PARSONS, et al., PLAINTIFFS | CASE NO. CV-12-0601-PHX-DKD |
| | THE HONORABLE DK DUNCAN, Presiding |
| v. | MOTION |
| CHARLES L. RYAN, et al., DEFENDANTS | FOR PERMISSION TO PROCEED WITH SUBMISSIONS |

The Class-Plaintiff, James E. Rogers, a prisoner in the custody of the Arizona Department of Correction and Defendant Ryan, seeks this honorable courts permission to submit briefs in relation to nearly 18 years of constitutionally inadequate medical and health care. As Class Plaintiff is a Foreign National Citizen of Germany, he desires to present aspects of Human Rights violations by Defendants as they directly relate to internal treaties, made in furtherance of the Federal Constitution of the United States, therefore under Article VI, Section 2 of the Federal Constitution are the **Supreme Law of the Land**, the Supremacy Clause of the Federal Constitution.

1

I. As a foreign national, Class Plaintiff wishes to bring direct exposure of the plight of foreign nationals currently incarcerated in ADC.

Class Plaintiff believes that legal precedent has been established in <u>Plata v. Brown</u> and/or <u>Plata v. Schwarzenegger</u> at some level and in stipulations of those cases.

II. International treaties established through the United Nations, such as the "Convention for the Minimum Standards of Treatment and Conditions of Confinement". Now the "Mandela Rules". Have been ratified by the United States. Arizona, is still a part of the United States.

III. Specific standards and measures, investigation and reporting, are all inclusive of these treaties. Treaties under federal statute as the supreme law of the land, they require the attention of the federal judiciary and a hearing in all fairness and equality under the laws.

IV. Under these treaties and their standards and qualifications the actions of the defendants are of a long time, persistent, and show no signs of deliberate or permanent correction.

ARGUMENT

V a) CLASS PLAINTIFF ALLEGES THAT ALMOST 17 YEARS OF INCARCERATION UNDER ADC AND THE DEFENDANTS, THAT MEDICAL/HEALTH CARE HAS REMAINED UNDER A LEVEL THAT IS BELOW CONSTITUTIONALLY REQUIRED LEVELS, A STANDARD OF COMPLAINT.

b) THAT VIOLATIONS OF THE 8TH AMENDMENT, THROUGH THE 14TH AMENDMENT TO THE U.S. CONSTITUTION HAVE REMAINED A CONSTANT STANDARD WITH LITTLE VARIANCE.

c) THAT SUCH VIOLATIONS ARE A LEVEL AND PERSISTANCE OF BEING SERIOUS VIOLATIONS OF ESTABLISHED AND PROTECTED HUMAN RIGHTS.

d) THAT, TO INCLUDE PHYSICAL INJURY AND SUFFERING THE VIOLATION CAUSE CONTINUED PSYCHOLOGICAL AND MENTAL TORTURE, THAT EQUATES TO PHYSICAL TORTURE UNDER THE "MANDELA RULES" OF THE U.N., AND OTHER TREATIES OF THE U.N. AND THE EUROPEON UNION. THAT THE UNITED STATES IS A SIGNATORY TO.

e) THAT STANDARDS OF MEDICAL CARE ALREADY ESTABLISHED BY THIS COURT, AND OTHER FACTS ESTABLISHED IN THIS COURT ENVOKE A CAUSE OF ACTION THAT ARE IN RELATION TO THE INSTANT CASE, <u>PARSONS</u>, AND THAT FACTS ESTABLISHED BY THIS COURT INVOKE PROTECTIONS FOR FOREIGN NATIONALS AND OTHER PRISONERS OUTSIDE OF THE NORMAL CONFINES AND ROUTINES OF THIS CASE.

VI. <u>ACTIONS, OR REMEDIES REQUESTED</u>:

1. CLASS PLAINTIFF REQUESTS PERMISSION BE GRANTED TO ADDRESS AND BRIEF THIS COURT, SEEK JUDICIAL SOLUTION TO THE ALLEGATIONS MADE. IN THE SPIRIT THAT FOREIGN NATIONALS. THE INTERNATIONAL TREATIES, TO INCLUDE TREATIES FOR INTERNATIONAL TRANSFERS OF CONVICTED PERSONS OFFER AN IMMEDIATE AND COST SAVING OPTION TO ADC AND THIS COURT. THAT AN OPTION TO THE CESSATION OF INADEQUATE AND DELAYED MEDICAL CARE, HUMANS RIGHTS VIOLATIONS AND TORTURE CAN HAVE OPTIONS NOT YET BROUGHT BEFORE THIS COURT,

2. THAT, THIS COURT GRANT PLAINTIFF REQUEST TO PROVIDE THE NEEDED COPIES OF THIS MOTION, AS HE ON THIS DAY OF WRITING IS IN LOCKDOWN AND HAS NO OPTIONS,

3. THAT, THIS COURT ORDER, SPECIFICALLY THAT CLASS PLAINTIFF BE PROTECTED AND INCLUDED TO THIS COURT'S <u>ORDER</u>, OF 25 JULY, 2017 DIRECTING DEFENDANTS AND COUNSEL FOR DEFENDANTS THAT NO ACTIONS BE TAKEN THAT HARASS, INTIMIDATE, OR OTHERWISE RETALIATE AGAINST CLASS PLAINTIFF;
THAT, CLASS PLAINTIFF ALLEGES THAT SUCH HAS

IN ALL LIKELIHOOD, BEEN ATTEMPTED AGAINST HIM, AND OTHER INMATES AT TUCSON/SANTA RITA UNIT OF ADC,

4. OTHER, STIPULATIONS OR ORDERS THAT THIS COURT DEEMS NECESSARY,

5. CLASS PLAINTIFF EXPRESSES HIS DESIRE TO BRIEF THIS COURT ON RETALIATION, INTIMIDATION, COERCION, IMPLIED THREATS OF ADC AND THE DEFENDANTS, AS HE HAS ACTIVELY SOUGHT SOLUTION AND RESOLUTION TO CONSTITUTIONALLY INADEQUATE MEDICAL CARE THROUGH GRIEVANCES, LAW SUIT AND INTERNATIONAL TRANSFER WITHIN ADC AND HAS ACTIVELY HELPED AND PROVIDED INFORMATION TO CLASS PLAINTIFF COUNSEL SINCE 2009, BUT REQUESTS WRITTEN AND NOT PERSONAL APPEARANCE.

PREPARED AND EXECUTED BY MY OWN HAND, THIS 3RD DAY OF OCTOBER, 2017 BY:

James C. Rogers
CLASS PLAINTIFF