IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Order addresses Plaintiffs' Motion to Vacate Court Orders (Docs. 1754 and 1917) (Doc. 2360). These Orders are the subject of a pending appeal to the Court of Appeals. Defendants filed an objection (Doc. 2375) which argues that the District Court lacks jurisdiction to vacate any order under appeal. Plaintiffs provided additional authority in open Court on October 11, 2017, *G.C. and K.B. Investments, Inc. v. Wilson*, 326 F.3d 1096, 1101 n. 2 (9th Cir. 2003), and argued that the trial court could "indicate whether it would entertain or grant such a motion in the event of a remand." *Id*. The Court originally entered these orders directing Defendants to use outside providers because it believed this was an appropriate and helpful remedy. Since that time the Court has learned more about the institutional causes of the failures to meet the Stipulation's Performance Measures and the Court's focus has been more directed to other remedies. Nevertheless, this does not mean that requiring Defendants to use outside providers is an arrow the Court would wish to remove from its quiver. Accordingly, the Court declines Plaintiffs' invitation to express its willingness to entertain or grant such a vacatur should

the Court of Appeals' resolution of this issue allow for the trial court to preserve this enforcement measure.

**IT IS THEREFORE ORDERED** denying Plaintiffs' Motion to Vacate Court Orders (Docs. 1754 and 1917) (Doc. 2360).

Dated this 13th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge