1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Fletcher, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@strucklove.com
   rlove@strucklove.com
15 tbojanowski@strucklove.com
   nacedo@strucklove.com
16 afletcher@strucklove.com
   jlee@strucklove.com
17 khanger@strucklove.com
   tray@strucklove.com
18
   *Attorneys for Defendants*
19

20         **UNITED STATES DISTRICT COURT**
                **DISTRICT OF ARIZONA**
21
22 Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
   Center for Disability Law,
23                                    Plaintiffs,
24            v.                                          **STIPULATION FOR EXTENSION
                                                         OF TIME TO FILE BRIEFS**
25 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
   Division Director, Division of Health Services,
26 Arizona Department of Corrections, in their
   official capacities,
27                                   Defendants.
28

1    Plaintiffs and Defendants hereby stipulate and agree to extend the following

2    deadline:

3       1.    Defendants shall have up to and including November 1, 2017 to file their

4    response to Plaintiffs' Statement on the Court's Order regarding Retaliation (Doc. 2363)

5    and Plaintiffs' Statement Regarding Defendants' Removal of Health Needs Request

6    (HNR) Boxes (Doc. 2365); and

7       2.    Plaintiffs shall have up to and including November 8, 2017 to file their

8    replies to Defendants' responsive briefs.

9       DATED this 13th day of October 2017.

10                                      STRUCK LOVE BOJANOWSKI & ACEDO, PLC

11

12                                      By /s/Timothy J. Bojanowski
                                           Daniel P. Struck
13                                         Rachel Love
                                           Timothy J. Bojanowski
14                                         Nicholas D. Acedo
                                           Ashlee B. Fletcher
15                                         Jacob B. Lee
                                           Kevin R. Hanger
16                                         Timothy M. Ray
                                           Richard M. Valenti
17                                         3100 West Ray Road, Suite 300
                                           Chandler, Arizona 85226
18
                                           Arizona Attorney General Mark Brnovich
19                                         Office of the Attorney General
                                           Michael E. Gottfried
20                                         Lucy M. Rand
                                           Assistant Attorneys General
21                                         1275 W. Washington Street
                                           Phoenix, Arizona 85007-2926
22
                                           *Attorneys for Defendants*
23

24

25

26

27

28

                                        1

By /s/Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Jamelia Natasha Morgan (NY 5351176)**
**ACLU NATIONAL PRISON PROJECT**
915 15TH St., N.W., 7th Floor
Washington, D.C.  20005

*Admitted *pro hac vice*. Not admitted in DC;
practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Kathleen E. Brody (Bar No. 026331)
Daniel Pochoda (Bar No. 021979)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
*Admitted *pro hac vice*

2

1

2

3

4

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
*Admitted *pro hac vice*

5

6

7

8

9

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

10

11

12

13

14

By /s/Maya Abela
Maya Abela
Sarah Kader
Asim Dietrich
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ  85034

15

16

17

18

19

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701

20

21

*Attorneys for Arizona Center for Disability
Law*

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

4

1

2         I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4        N/A

5                             /s/Timothy J. Bojanowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28