# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS** |

The Court, having reviewed the Stipulation for Extension of Time to File Briefs, and finding good cause, hereby GRANTS the Stipulation.

1. Defendants shall have up to and including November 1, 2017 to file their response to Plaintiffs' Statement on the Court's Order regarding Retaliation (Doc. 2363) and Plaintiffs' Statement Regarding Defendants' Removal of Health Needs Request (HNR) Boxes (Doc. 2365); and

2. Plaintiffs shall have up to and including November 8, 2017 to file their replies to Defendants' responsive briefs.