**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TERMINATE MONITORING (DKT. 2251)** |

The Court, having reviewed the Second Stipulation for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Dkt. 2251), and good cause appearing, hereby GRANTS the Motion. Defendants shall have up to and including October 27, 2017 to file their Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Dkt. 2251).