# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Extension of Time to File Briefs (Doc. 2383) and finding good cause,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to File Briefs (Doc. 2383).

1. Defendants shall have up to and including November 1, 2017 to file their response to Plaintiffs' Statement on the Court's Order regarding Retaliation (Doc. 2363) and Plaintiffs' Statement Regarding Defendants' Removal of Health Needs Request (HNR) Boxes (Doc. 2365).

2. Plaintiffs shall have up to and including November 8, 2017 to file their replies to Defendants' responsive briefs.

Dated this 16th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge