**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>　　　　Plaintiffs,<br>v.<br>Charles L. Ryan, et al.,<br>　　　　Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

　　　　The Court having reviewed the Defendants' Second Stipulation for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2385), and good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the Motion.  Defendants shall have up to and including October 27, 2017 to file their Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2251).

　　　　Dated this 16th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge