# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Extension of Time to Respond to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2388), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to Respond to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2388). Defendants shall have up to and including November 1, 2017 to file their response to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2362).

Dated this 18th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge