October 18, 2017

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Reference:

Parsons v. Ryan

| Clayton Roy Gatlin/Parsons: | ) CV12-00601-PHX-DKD, |
|---|---|
| Plaintiff, | ) |
| vs. | ) Motion Request To Improve |
| ADC- Charles L. Ryan / Corizon Corp. | ) The Plaintiff Health |
| Defendants | ) Medication Stage status. |

Comes now The Plaintiff, Clayton Roy Gatlin, hereby in order to respectfully submit this Motion to this Court respectfully requesting that this Court give Arizona Department of Corrections (ADC) and Corizon Corporation a Court Order Health Care Guidelines Improvement, in order to improve the Plaintiff's medication health status.

The Plaintiff has also submitted medical Health Need Requests (HNR's) to this Court for review. The Plaintiff has already been placed on six different types of medication that did not help the Plaintiff's chronic pain. The Plaintiff suffers from chronic medical health issues.

sincerely,

Clayton R. Gatlin.

Clayton R. Gatlin.

FILED
Oct 19 2017
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1. The Plaintiffs has been placed unsuccessfully on six
2. different types of medication. prescribed to him by
3. medical providers. These medications have not improved
4. the Plaintiffs chronic pain health status.
5.
6. The Plaintiff respectfully requests that the health
7. care Providers issue a Prescription and medication
8. that will be more effective, such as the medications
9. that the Plaintiff received before corizon Health
10. Corp. took over from Wexford Health Corp.
11.
12. These medications have not improved.
13.
14.
15. Sincerely.
16. Clayton R. Gatlin.
17. Clayton R. Gatlin.

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 085369 |
|---|---|
| GATLIN, CLAYTON | Grievance Number: |
|  | A08-309-017 |

**Institution/ Unit / Housing:**
ASPC-E SMU CLOSE    AREA | BED: WG2D | 101B

| From: | Location / Unit: |
|---|---|
| Maureen Johnson  FHA | ASPC-Eyman/Corizon |

In response to your August 22, 2017 Grievance that was received by Eyman Inmate Health Services on August 30, 2017.

In your grievance you state that you are requesting to be seen by an off-site nerve specialist for the nerve damage in your right eye socket as a result of a gunshot wound.

Upon review of your medical record I am able to confirm a follow up medical provider health service encounter was completed August 24, 2017 for complaint of nerve pain in your eye. Notes state that you were placed on the medication Duloxetine June 20, but asked in 3 weeks to discontinue it. You were educated to follow up via HNR with the on-site Provider as needed or if your problem is not resolved, however the Medical Provider has not evidenced a medical necessity for you to be seen by and off-site consultant at this time.  Please be advised that medications should be trialed longer than three weeks to determine efficiency.
**If you have any further concerns or issues that have not been addressed, please submit a HNR directly to your unit nursing staff for scheduling.**
**In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department.**
**This grievance is resolved.**

| Staff Signature: | M. Johnson, CCHP | Date: |
|---|---|---|
| Facility Health Administrator | Facility Health Administrator | September 14, 2017 |

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

Received By: [signature]
Title: COII
Badge Number: 1086
Date: 8/22/17

| Field | Value |
|---|---|
| Inmate Name (Last, First M.I.) | GATLIN, CLAYTON, R.  2-D-1 |
| ADC Number | 085369 |
| Date | 8-22-17 |
| Institution/Facility | SMU-I |
| Case Number | A08-309-017 |

To: Grievance, coordinator Staff.

**Description of Grievance** *(To be completed by the inmate)*

Inmate ms. Gatlin is Requesting To Be seen By A Nerve Damage Medication Specialist and A Nerve Pain Damage Specialist Dr. outside of corizon health corp.

at This Time corizon health staff corp have Refused To improve Inmate Gatlin, chronic health eye case medication condition.

Inmate Gatlin. suffer From A Flashing Damage Nerve Pain, Due To A Gunshot wound To my Right eye socket.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Inmate Gatlin informal was Reviewed By LPN. C. Hawley. office of senior AOON. I/M-Gatlin. also discussed his eye Pain issue with a oxcarbazepine.

corizon health corp Staff Need To Provid inmate Gatlin with one of The Two Top Pain Damage Nerve Medications it is.

Inmate's Signature: Clayton Gatlin
Date: 8-22-17
Grievance Coordinator's Signature: [signature]
Date: 8/29/17

Action taken by _____

Documentation of Resolution or Attempts at Resolution.

Staff Member's Signature | Badge Number | Date

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| GATLIN, CLAYTON | 085369 |

**Institution/Unit:** ASPC-Eyman/ SMU CLOSE Area | Bed: WG2D | 101B

| From | Location |
|---|---|
| C Hawley, LPN | Office of Senior ADON |

This is in response to your Inmate Informal Complaint dated 07/26/2017 and received in this office on 08/10/2017 in which you are dissatisfied with your medical care. You state that you suffer from flashing nerve pain damage to your right eye socket for which you were prescribed Cymbalta, however Cymbalta is causing you serious pain. You informed the Medical Provider that Cymbalta was causing you pain, but the Provider sent you back to your housing. You state that you were denied an emergency medical visit due to your pain caused by Cymbalta.

Investigation into the issue that you have raised included a review of your medical record which evidences that on 7/20 17 The Medical Provider referred you to the Optometrist for your complaint of Ocular pain, right eye. The Optometrist examined your eyes and ordered glasses, however gave no recommendation in regard to eye socket pain. You have been prescribed Cymbalta, Nortriptyline, and Topiramate for your eye pain without success. You currently are receiving Excedrine and Oxcarbazepine. the Oxcarbazepine was prescribed by the Mental Health Provider for your mental health condition, however Oxcarbazepine is reported to be helpful in treating neuropathic pain such as yours. On 7/13/2017 the Provider educated you in relaxation techniques, determined that Cymbalta was to be discontinued due to your reports that it caused you pain, and educated you to follow with HNR if your condition worsens. You have not given a date when you say you were denied a medical emergency visit, thus I am unable to investigate this issue.

Please submit an HNR for medical or mental health needs directly to your unit nursing staff for scheduling.

End of response.

**Staff Responding:** C Hawley, LPN

August 18, 2017

| Staff Signature | Date |
|---|---|
| | |

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13



ARIZONA DEPARTMENT OF CORRECT...

Inmate Informal Complaint Resolution

...laints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GATLIN, C, R, 2-D-1 | 085369 | SMU-I | 7-26-17 |

| TO | LOCATION |
|---|---|
| COII Beauregard, | Two-DOG-COII Office. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Ms. Gatlin, have already attempting to Resolve This medication issue. 1 at This Time corizon health staff corp have Refused to improve Ms. Gatlin Chronic health care level - eye condition.

Ms. Gatlin is Requesting To Be seen BY Nerve Damage medication specialist out side of corizon health and ADC corp.

Ms. Gatlin, suffer From a Flashing Nerve Pain Damage, Due To A Gun Shot wound To my Right eye socket.

NP, weigel Natalya, is forcing This cymbalta medication on inmate Ms. Gatlin, Ms. Gatlin started having serious illness symptoms From This medication cymbalta, will A Medication Specialist Please Review Ms. Gatlin HNR That inmate Gatlin submited on 7-12-17, Ms. Gatlin also made a Request To COII Hardman #10522, in order to Notify LPN, Acunia Based on the serious of Pain Ms. Gatlin was in From Taking The cymbalta medication. Ms. Gatlin was seen BY NP weigel Natalya on 7-13-17, Ms. Gatlin Emergncy medical Request was ignored on 7-12-17. NP, weigel Natalya, ignored The Pain That Ms. Gatlin was in and NP, weigel Natalya Just sent Ms. Gatlin Back To The cell in Pain on 7-13-17.

inmate Gatlin, Emergency medical Request was ignored BY The 8:30 PM on coming medical shift. The 6:30 PM medical shift was Notifed BY LPN, Acunia of Ms. Gatlin Pain issue From The cymbalta medication.
(Parsons v. Ryan, CV 12-00601-PHX-DKD)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Clayton Gatlin | 7-26-17 |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: weigel, Natalya, NP-Provider. and NP, Huggins,

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request
(Use For Non-Emergency Requests Only)

### SECTION I — IDENTIFICATION

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| GATLIN, C.R. Batlin | 85369 | 2-22-05 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 1-A-4 | SMU-II | 3400 | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. <u>Use this form to describe one issue only!</u>

### SECTION II

**AREA OF INTEREST** (Check only one block below)
[✓] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [✓] Eyes  [ ] FHA  [ ] Other (specify) ____

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

medical staffs have giving me six different types of medications for the pain in my right eye and non of the medication is helping the pain in my eye. I need to be seen by a inside eye socket specialist medical care. DOC medical staffs is unable to find what's causeing pain in my eye socket.

I understand that, per ARS 31-201.01, I will be charged a $3.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature**
I already paid for this more then once

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE DROP BOX

### SECTION III — REFERRAL BY MEDICAL STAFF

[✓] Medical  [ ] Dental  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] FHA  [ ] Other (specify) ____

**Comments**
Nurses' Line

| Staff Signature | Date | Time |
|---|---|---|
| M.C. Hatcharn | 02/22/05 | 2009 |

### SECTION IV — PLAN OF ACTION

Seen on NL Chart referred to PCP
Appt scheduled

| Staff Signature | Date | Time |
|---|---|---|
| [signature] | 2/24/05 | 1030 |

Distribution: White - Health Unit
Canary, Pink & Goldenrod - Inmate

1101-10P
7/17/97

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| GATLIN, C.R. Gatlin | 085369 | 10-7-17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2-D-1 | SMU-I | 4000 | SMU-I |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Mr. Gatlin suffer chronic pain issues. Mr. Gatlin, is having serious nerve pain in my right eye socket, due to a gun shot wound to my right eye. Mr. Gatlin suffer from a flashing damage nerve pain.

Mr. Gatlin, is having serious nerve damage arthritis pain in my hands and foots, my fingers will not ben from the arthritis nerve damaged pain. The Provider Nr. Weigel Natalya, need to now move on to the next medication stage.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| GATLIN, C.R | | 7/12/17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-A-20 | SMU-I | 4000 | SMU-I |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION I / SECCION I

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  [✓] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

Concerning This Cymbalta medication, I started having serious illness symptoms from this meds Cymbalta, Real Bad chest Pain Stomach Pain and headachs, on 7-12-17 coll hard now contacted LPN Acunia Concerning Mr. Gatlin Medical issue, Mr. Gatlin was Not seen By The on coming 8:30 PM medical staff. Ms. Gatlin Emergency medical Request was ignored.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
C. Gatlin

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III / SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  [✓] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios
Turned in during Provider appointment. I'm seen for those issues at appointment

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: 7/13/17
Time/Hora: 1037

## SECTION IV / SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**
None needed I'm seen

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: 7/13/17
Time/Hora: 1037

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| GATLIN, CLAYTON, R. | 085369 | 8/12/17 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 2-D-1 | SMU-I | 4000 | SMU-I |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. Parsons v. Ryan, CV12-00601-PHX-DKD1

I'm having serious nerve damage pain in my right eye socket, due to a gunshot wound to my right eye socket, I have two painful growths nodules inside my right eye socket that need to be surgically removed. Mr. Gatlin have a serious chronic eye medical condition, with American Disabilities Act, constitutionality 43936 Corizon health staff corp have not improved the level of Mr. Gatlin health care for my medical eye condition. Mr. Gatlin medication needs to be improved.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero

Clayton Gatlin

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF** ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Mental Health ☐ Eyes ☐ Other

Comments/Comentarios

M

Staff Signature Stamp: SC | Date: 8/12/17 | Time: 2313

**PLAN OF ACTION/PLAN DE ACCION**

Refer to HCP

Staff Signature Stamp: [illegible] | Date: 8/13/17 | Time: 0918

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| CLAYTON GATLIN, R | 085369 | 8/12/17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2-D-2 | SMU-I | 4000 | SMU-I |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Parson v. Ryan, CV12-00601-PHX-DKD.

Mr. Gatlin, Need To Be Seen, By A medication specialist That specialize in serious Nerve Damage Pain.

(Mr. Gatlin Request To see The Provider - Type chronic case.)

There is Two Top Nerve Damage Medications That Need To Be approved By a Top Nerve Pain medications specialist Dr.) chronic Medical condition American with Disabilies ACT. corizon CORP Refuse To improved.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero
C. Gatlin

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify)

Comments/Comentarios
M

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: 8/12/17
Time/Hora: 2313

**PLAN OF ACTION/PLAN DE ACCION**
Refer to HCP

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: 8/13/17
Time/Hora: 0918

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12