**Index of Exhibits to Defendants' Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 2276)**

Exhibit 1     Declaration of Amy Landry

Exhibit 2     Declaration of Daniel P. Struck

Exhibit 3     CJA Rates for Arizona Attorneys

Exhibit 4     *Parsons v. Ryan* Pacer Attorney List

Exhibit 5     LinkedIn Bio – Kathy Brody

Exhibit 6     *Sabata, et al. v. Nebraska Department of Corrections* – Complaint

**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF AMY LANDRY** |

I, **AMY LANDRY**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am the Business Administrator for the Arizona Department of Corrections Health Services Contract Monitoring Bureau (HSCMB) and have held this position since March 2013.

3. My primary duties and responsibilities are to manage and track the HSCMB budget, including encumbrances and submitting invoices for payment. I am also responsible for receiving invoices from Plaintiffs' counsel in the *Parsons v. Ryan* case and for submitting payment on these invoices where appropriate.

4. Pursuant to Paragraph 44 of the Stipulation, Plaintiffs receive up to $250,000 per calendar year for work associated with monitoring the Stipulation. (Dkt. 1185 at ¶44).

5. Attached is a summary sheet of the invoices submitted by Plaintiffs' counsel through June 30, 2017. *See* Attachment 1 (Summary Sheet of Plaintiffs' invoices).

6. To date, Defendants have paid Plaintiffs $645,617.58 in monitoring fees pursuant to Paragraph 44 of the Stipulation. (Dkt. 1185 at ¶44).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of October, 2017.

_____
AMY LANDRY

1

# ATTACHMENT 1

# ATTACHMENT 1

| CY | CY Qtr | CY Period | BFY | Invoice Description | Invoice Amount | Paid Amount | Remaining Balance | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **217,124.00** | |
| 2015 | 1st | Feb 15 - Mar 15 | 2015 | 2/15-6/15 | 0.00 | 0.00 | 217,124.00 | |
| 2015 | 2nd | Apr 15 - Jun 15 | 2015 | 2/15-6/15 | 0.00 | 152,478.61 | 64,645.39 | |
| 2015 | 3rd | Jul 15 - Sep 15 | 2016 | Plaintiffs Parsons v. Ryan Invoice 12/22/2015 | 64,645.39 | 64,645.39 | 0.00 | |
| 2015 | 4th | Oct 15 - Dec 15 | 2016 | | 0.00 | 0.00 | 0.00 | |
| | | | | | 64,645.39 | 217,124.00 | | |
| | | | | | | | **250,000.00** | |
| 2016 | 1st | Feb 15 - Mar 15 | 2016 | Plaintiffs Parsons v. Ryan Invoice 05/11/2016 | 76,134.05 | 76,134.05 | 173,865.95 | |
| 2016 | 2nd | Apr 15 - Jun 15 | 2016 | Plaintiffs Parsons v. Ryan Invoice 4/1-6/30/2016 | 96,550.52 | 96,550.52 | 77,315.43 | |
| 2016 | 3rd | Jul 15 - Sep 15 | 2017 | Plaintiffs Parsons v. Ryan Invoice 7/1-9/30/2016 | 65,613.17 | 65,613.17 | 11,702.26 | |
| 2016 | 4th | Oct 15 - Dec 15 | 2017 | Plaintiffs Parsons v. Ryan Invoice 10/1/16-12/31/16 | 458,315.96 | | 11,702.26 | Still pending revised invoice |
| | | | | | 696,613.70 | 238,297.74 | | |
| | | | | | | | **250,000.00** | |
| 2017 | 1st | Feb 15 - Mar 15 | 2017 | Plaintiffs Parsons v. Ryan Invoice 1/1/17-3/31/17 | 116,101.35 | 109,847.72 | 140,152.28 | |
| 2017 | 2nd | Apr 15 - Jun 15 | 2017 | Plaintiffs Parsons v. Ryan Invoice 4/1/17-6/30/17 | 85,629.01 | 80,348.12 | 59,804.16 | |
| 2017 | 3rd | Jul 15 - Sep 15 | 2018 | Plaintiffs Parsons v. Ryan Invoice 7/1/17-9/30/17 | | | 59,804.16 | |
| 2017 | 4th | Oct 15 - Dec 15 | 2018 | Plaintiffs Parsons v. Ryan Invoice 10/1/17-12/31/17 | | | 59,804.16 | |
| | | | | | 201,730.36 | 190,195.84 | | |
| | | | | | | | **250,000.00** | |
| 2018 | 1st | Feb 15 - Mar 15 | 2018 | Plaintiffs Parsons v. Ryan Invoice 1/1/18-3/31/18 | | | | |
| 2018 | 2nd | Apr 15 - Jun 15 | 2018 | Plaintiffs Parsons v. Ryan Invoice 4/1/18-6/30/18 | | | | |
| 2018 | 3rd | Jul 15 - Sep 15 | 2019 | Plaintiffs Parsons v. Ryan Invoice 7/1/18-9/30/18 | | | | |
| 2018 | 4th | Oct 15 - Dec 15 | 2019 | Plaintiffs Parsons v. Ryan Invoice 10/1/18-12/31/18 | 0.00 | 0.00 | | |