**EXHIBIT 3**

**EXHIBIT 3**



# UNITED STATES DISTRICT COURT
## District of Arizona

Search this site

For Jurors | For Attorneys | For those Proceeding Without an Attorney

Home | Clerk's Office | E-Filing | Judges' Information | Calendars | Rules, General Orders & Forms

Case Information | CVB Violation Notice

**Information for Attorneys**

- Admitted Attorneys
- Attorney Admissions Information
- CJA Panel Information
- Courtroom Technology
- FAQs
- Federal Court Self Service Clinic Scheduler - Phoenix
- Lawyer Representatives
- Mandatory Initial Discovery Pilot (MIDP)
- Personal Assistance
- Attorney Pro Bono Program
- Prisoner Mediation Program
- Video Teleconferencing Policy

Home

# Rates

**PANEL LAWYER COMPENSATION RATES FOR CJA 20 (non-death penalty) VOUCHERS**

| Locale: | In Court: | Out of Court: |
|---|---|---|
| **Effective May 5, 2017:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $132.00 | $132.00 |
| **Effective January 1, 2016:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $129.00 | $129.00 |
| **Effective January 1, 2015:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $127.00 | $127.00 |
| **Effective March 1, 2014:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $126.00 | $126.00 |
| **Effective September 1, 2013:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $110.00 | $110.00 |
| **Effective January 1, 2010:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $125.00 | $125.00 |

**Case Management Systems**

Log in to ECF

Log in to PACER

**Attorneys: Request an ECF Account**

Please note that ECF Account requests may take up to one business day to be processed.

Register for ECF Access

**Connect with the Court**

E-mail Us/Comment

Subscribe to Receive District News

Telephone Directory

| Effective March 11, 2009: | | |
|---|---|---|
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $110.00 | $110.00 |
| **Effective January 1, 2008:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $100.00 | $100.00 |
| **Effective May 20, 2007:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $94.00 | $94.00 |
| **Effective January 1, 2006:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $92.00 | $92.00 |
| **Effective May 1, 2002:** | | |
| Phoenix, Tucson, Prescott Divisions; Flagstaff and Yuma | $90.00 | $90.00 |
| **Effective April 1, 2001:** | | |
| Phoenix and Tucson Divisions | $75.00 | $75.00 |
| Prescott Division; Flagstaff | $75.00 | $55.00 |
| Yuma* | $75.00 | $55.00 |
| **Effective January 1, 2000:** | | |
| Phoenix and Tucson Division | $75.00 | $75.00 |
| Prescott Division; Flagstaff and Yuma | $70.00 | $50.00 |
| **October 1, 1987 to December 31, 1999:** | | |
| Phoenix and Tucson Division | $70.00 | $70.00 |
| Prescott Division; Flagstaff and Yuma | $65.00 | $45.00 |
| *except where General Order 99-16 applies | | |
| **Prior to October 1, 1987:** | | |
| ALL | $60.00 | $40.00 |

**COMPENSATION RATES FOR
CJA 30 (death penalty) VOUCHERS**