# Exhibit 2

# Declaration of Roland Maldonado

I, Roland Maldonado, hereby declare as follows:

1.      I am the Senior Vice President of Operations for Corizon Health.  Among other responsibilities, I oversee Corizon operations in Arizona, including its operational role in assisting the Arizona Department of Corrections in meeting particular performance measures currently before this Court (the "Performance Measures").

2.      In late June and early July of this year, Corizon Health provided ADC with real time data regarding compliance for a series of Performance Measures at a few select facilities.

3.      Compiling and reporting real time data in even this limited manner is time intensive and diverts employee resources and attention from its current focus of improving and maintaining compliance with the Performance Measures.

4.      Corizon Health is advised that the Court recently issued an order in which it anticipates ADC will report every instance of non-compliance for eleven (11) Performance Measures at multiple facilities for the month of December no later than January 5, 2018.

5.      Real time reporting of this magnitude will, if undertaken by Corizon Health, significantly impair its efforts to achieve the foregoing compliance objectives.

6.      To avoid this result, Corizon Health will continue to defer to ADC monitors to compile and provide any and all compliance reporting to the Court.

7.      ADC monitoring staff has access, or is being provided access, to all of Corizon Health's compliance reporting data.

I declare under penalty of perjury that the foregoing is true and correct.


ROLAND MALDONADO

1