# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S SHOW CAUSE ORDER (DOC. 2373)** |

The Court, having reviewed Defendants' Motion for Reconsideration of the Court's Show Cause Order (Doc. 2373) and good cause appearing,

IT IS ORDERED granting Defendants through February 5, 2018 to report in accordance with the Court's Show Cause Order (Doc. 2373).