Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. 2276)** |

LEGAL23774493.1

1  Plaintiffs and Defendants, by and through their undersigned counsel, hereby
2  stipulate and agree to extend the deadline for Plaintiffs to file their reply in further support
3  of their Motion for Attorneys' Fees and Costs (Dkt. 2276) from October 30, 2017, to
4  November 6, 2017.

5  A proposed order is attached herein.

6  DATED this 25th day of October 2017.

| | |
|---|---|
| **ACLU NATIONAL PRISON PROJECT**<br><br>By:   s/ Amy Fettig<br>    David C. Fathi (Wash. 24893)*<br>    Amy Fettig (D.C. 484883)**<br>    Victoria Lopez (Ill. 6275388)*<br>    915 15th Street N.W., 7th Floor<br>    Washington, D.C. 20005<br>    Telephone: (202) 548-6603<br>    Email:   dfathi@aclu.org<br>               afettig@aclu.org<br>               vlopez@aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* | **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br><br>By:   s/ Ashlee B. Hesman<br>    (with permission)<br>    Daniel P. Struck<br>    Rachel Love<br>    Timothy J. Bojanowski<br>    Nicholas D. Acedo<br>    Ashlee B. Hesman<br>    Jacob B. Lee<br>    Kevin R. Hanger<br>    Timothy M. Ray<br>    Richard M. Valenti<br>    3100 West Ray Road, Suite 300<br>    Chandler, AZ 85226<br>    Telephone: (480) 420-1600<br>    Email:   dstruck@strucklove.com<br>               rlove@strucklove.com<br>               tbojanowski@strucklove.com<br>               nacedo@strucklove.com<br>               ahesman@strucklove.com<br>               jlee@strucklove.com<br>               khanger@strucklove.com<br>               tray@strucklove.com<br>               rvalenti@strucklove.com |

| | | |
|---|---|---|
| 1 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>            agerlicher@perkinscoie.com<br>            jhgray@perkinscoie.com | Arizona Attorney General Mark Brnovich<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, AZ 85007-2926<br><br>*Attorneys for Defendants* |

1  Daniel C. Barr (Bar No. 010149)
2  Amelia M. Gerlicher (Bar No. 023966)
3  John H. Gray (Bar No. 028107)
   **PERKINS COIE LLP**
   2901 N. Central Avenue, Suite 2000
4  Phoenix, Arizona 85012
   Telephone: (602) 351-8000
5  Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
6           jhgray@perkinscoie.com

Arizona Attorney General Mark Brnovich
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, AZ 85007-2926

*Attorneys for Defendants*

7  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
8  3707 North 7th Street, Suite 235
9  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
10 Email:   kbrody@acluaz.org

11 Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
12 Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
13 Rita K. Lomio (Cal. 254501)*
   **PRISON LAW OFFICE**
14 1917 Fifth Street
   Berkeley, California 94710
15 Telephone: (510) 280-2621
   Email:   dspecter@prisonlaw.com
16          ahardy@prisonlaw.com
            snorman@prisonlaw.com
17          ckendrick@prisonlaw.com
            rlomio@prisonlaw.com
18
   *Admitted *pro hac vice*
19
   Kirstin T. Eidenbach (Bar No. 027341)
20 **EIDENBACH LAW, PLLC**
21 P. O. Box 91398
   Tucson, Arizona 85752
22 Telephone: (520) 477-1475
   Email:   kirstin@eidenbachlaw.com
23
   Caroline Mitchell (Cal. 143124)*
24 **JONES DAY**
   555 California Street, 26th Floor
25 San Francisco, California 94104
   Telephone: (415) 875-5712
26 Email:   cnmitchell@jonesday.com

27 *Admitted *pro hac vice*

28

LEGAL23774493.1                    -2-

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email:   jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 7 | *Stephen Swartz; Sonia Rodriguez;*<br>*Christina Verduzco; Jackie Thomas;* |
| 8 | *Jeremy Smith; Robert Gamez;*<br>*Maryanne Chisholm; Desiree Licci;* |
| 9 | *Joseph Hefner; Joshua Polson; and*<br>*Charlotte Wells, on behalf of* |
| 10 | *themselves and all others similarly situated* |

LEGAL23774493.1                     -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK, LOVE, BOJANOWSKI & ACEDO, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                          s/Jennifer Onka