1
2
3
4
5
6
UNITED STATES DISTRICT COURT

7
DISTRICT OF ARIZONA

8

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina

9
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph

10
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly

11
situated; and Arizona Center for Disability Law,

Plaintiffs,

12
v.

13

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division

14
Director, Division of Health Services, Arizona
Department of Corrections, in their official

15
capacities,

16
Defendants.

No. CV 12-00601-PHX-DKD

**ORDER GRANTING
STIPULATION FOR
EXTENSION OF TIME FOR
PLAINTIFFS TO FILE
REPLY IN SUPPORT OF
THEIR MOTION FOR
ATTORNEYS' FEES AND
COSTS (DKT. 2276)**

17
    This Court, having reviewed the Stipulation for Extension of Time for Plaintiffs to

18
File Reply in Support of their Motion for Attorneys' Fees and Costs, hereby **GRANTS**

19
the Stipulation.

20
    Plaintiffs shall have up to and including November 6, 2017 to file their reply.

21
22
23
24
25
26
27
28

LEGAL23774493.1