**EXHIBIT A**

**EXHIBIT A**

1   Arizona Attorney General Mark Brnovich
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
8   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
9   Ashlee B. Fletcher, Bar No. 028874
    Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  Richard M. Valenti, Bar No. 031533
    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12  3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
13  Telephone: (480) 420-1600
    Fax: (480) 420-1696
14  dstruck@strucklove.com
    rlove@strucklove.com
15  tbojanowski@strucklove.com
    nacedo@strucklove.com
16  afletcher@strucklove.com
    jlee@strucklove.com
17  khanger@strucklove.com
    tray@strucklove.com
18  rvalenti@strucklove.com
    *Attorneys for Defendants*

19

20              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
21

22  Victor Parsons, *et al.*, on behalf of themselves     NO. 2:12-cv-00601-DKD
    and all others similarly situated; and Arizona
    Center for Disability Law,

23                                        Plaintiffs,
                                                        **DECLARATION OF JULI**
            v.                                          **STOVER**
24

25  Charles Ryan, Director, Arizona Department
    of Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
26  Arizona Department of Corrections, in their
    official capacities,
27                                        Defendants.

28
    ─────────────────────────────────────
    13340085.3/045669.0001

1      I, Juli Stover, hereby declare as follows:

2      1.     I am the Vice President of Telehealth and Innovative Health Solutions for

3 Corizon Health. In that role my primary focus is on telehealth solutions to provide

4 medical and psychiatric support for Corizon Health facilities in multiple jurisdictions

5 including Arizona.

6      2.     Prior to joining Corizon Health, I spent 8 years with Hospital Corporation of

7 America (HCA) in its Nashville, Tennessee, and north Florida divisions in operations and

8 sales. Telehealth was a significant part of my responsibility.  HCA had an outreach

9 program where HCA partners with associated agencies to provide telehealth services,

10 including teleneurology and telepsychiatry.  This included HCA providers as well as

11 third-party providers.  I also spent 3.5 years with InTouch Health, which is a telehealth

12 provider during which I would assist practitioners to grow their telehealth businesses.

13      3.     Telehealth resources consist of those services provided by Corizon Health

14 personnel as well as third-party providers such as the arrangement with the University of

15 Arizona. At present the majority of the telehealth providers are Corizon Health providers.

16 It is the intention of Corizon Health to increase the use of third party telehealth providers.

17 The phrase telehealth is intended to refer to all aspects of providing medical and

18 psychiatric/psychological care via electronic means.  Telemed refers to medical providers,

19 while telepsych refers to psychiatric/psychology services.

20      4.     **Exhibit 1** to this declaration is a chart showing the increase in telehealth

21 services between 2015 and 2017 for all Arizona facilities.  **Exhibit 1** is a composition of

22 both telemedicine and telepsych services.  **Exhibit 2** and **Exhibit 3** break down the

23 information contained in Exhibit 1  between telemedicine (Exhibit 2) and telepsych

24 (Exhibit 3).  All of the charts reflect the actual numbers of encounters between a patient

25 and a provider.  The increase in telehealth encounters over the last several months (June

26 through September 2017) is due to an increase in using telepsych providers who are

27 Corizon Health providers rather than providers physically located at a particular facility.

28      5.     Corizon Health has had a telemedicine agreement with the Arizona

13340085.3/045669.0001            1

1   Telemedicine Program (ATP) at the University of Arizona since 2013.  The agreement
2   renews automatically every 12 months with a 60-day termination notice by either side.
3   Under the terms of the agreement, all Corizon Health facilities in Arizona, except
4   Phoenix, have access to the University of Arizona telemedicine network 24 hours per day,
5   7 days per week, 365 days per year.  The original agreement only provided infectious
6   disease resources.  In an effort to expand the program, Corizon Health gathered a year's
7   worth of data on "out counts" from all of the Arizona facilities. The "out count" data
8   reflects each time an inmate is transported off site for medical care.  The "out count" data
9   was provided to the University of Arizona under a confidentiality agreement in early
10  October, 2017 with the request that the University of Arizona designate which additional
11  telemedicine provider resource it could provide to address the areas identified in the out
12  count data.  The most recent communication from the University of Arizona on October
13  12, 2017 is that they are reviewing the "out count" data in order to determine what
14  additional telemedicine resource they can provide.

15        While the University of Arizona has not provided any proposal at this time, the out
16  count data indicates several possible additional telemedicine topics including orthopedics
17  and ophthalmology, as well as others.  For example, while orthopedic procedures will still
18  have to go off site, the majority of pre- and post-surgery consultations could be
19  accomplished via telemedicine.   We anticipate hearing back from the University of
20  Arizona no later than the first part of November 2017.

21        6.    In addition to the University of Arizona, Corizon Health has also
22  approached other third parties in an effort to expand the telemed and telepsych services.

23              A.    Arizona Oncology Network: The Arizona Oncology Network
24        currently provides oncology services for the Corizon Health facilities in Arizona.
25        Preliminary discussions with that organization indicate that up to 80% of those
26        visits could be accomplished using telemedicine which would allow the visits to be
27        scheduled and completed more quickly.  Corizon Health provided a proposal to the
28        Arizona Oncology Network on October 10, 2017, regarding instituting

1   telemedicine for their review and comment.  We are waiting for their response.

2       B.    Dignity Health: Corizon Health approached Dignity Health in

3   September, 2017 to participate in the telemedicine program. Dignity Health

4   declined the proposal stating that it did not have the necessary capacity to handle

5   the additional work.

6       C.    Mayo Clinic: Corizon Health approached Mayo Clinic in August,

7   2017 to participate in the telemedicine program. Mayo Clinic also declined the

8   proposal stating that they did not have the capacity to handle the additional work.

9       D.    Banner Health: In view of the affiliation between Banner Health and

10   the University of Arizona medical system including the University Medical Center,

11   for purposes of a telemedicine program, Banner Health is already encompassed

12   within the telemedicine program with the University of Arizona.

13       E.    Virtual Medical Staff (VMS): Corizon Health also approached VMS

14   in August, 2017 to participate in the telemedicine program.  VMS declined the

15   invitation to participate because under Arizona statue, the amount that can be paid

16   for telemedicine service is limited to the same rate payable for Medicaid, which is

17   lower than telemedicine payment rates available in other jurisdictions.

18       7.    With respect to telemed scheduling, that is handled by the Corizon Health

19   telemed scheduler who is located in the Arizona regional office.  Each facility notifies the

20   scheduler about the needs for the facility.  The scheduler accumulates the information

21   from all of the Arizona facilities and then sends to each facility the scheduled times for the

22   available telemedicine providers.  The scheduler advises each facility on which days and

23   at which times telemedicine providers are available.  **Exhibit 4** is a copy of the telemed

24   schedules for the Arizona facilities since June 26, 2017.  Corizon utilizes all of the time

25   that the providers make available for the telemedicine program.  The schedules reflect that

26   the University of Arizona telemed component consists of a Telemed Infectious Disease

27   clinic every third Wednesday for up to 20 patients.

28       8.    **Exhibit 5** is a copy of a 2005 article written by several individuals

associated with the Arizona Telemedicine Program at the University of Arizona discussing the efficacy of telemedicine.  It was published in the Journal of Ambulatory Care Management and the Journal of Telemedicine and Telecare.

I declare under penalty of perjury that the foregoing is true and correct.

JULI STOVER

**EXHIBIT 1**

**EXHIBIT 1**

# Telehealth Encounters by Year



Chart: Telehealth Encounters by Year. Vertical axis ranges from 0 to 4500 in increments of 500. Grouped bar chart with data for 2015, 2016, and 2017. Legend months: January, February, March, April, May, June, July, August, September, October, November, December.

**EXHIBIT 2**

**EXHIBIT 2**

# Arizona Telemed



Encounters YOY

January   February   March   April   May   June   July   August   September   October   November   December

2015   2016   2017

**EXHIBIT 3**

**EXHIBIT 3**

# Arizona Tele Psych



**Encounters YOY**



**EXHIBIT 4**

**EXHIBIT 4**

## Week of:  06/25/2017 - 07/01/2017

|  | MON - 26th | TUES - 27th | WED - 28th | THURS - 29th | FRI - 30th |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Eyman 7 AM (20 Patients) | Tucson 7 AM - 10:45 AM (10 Patients) Winslow 11:15 AM - 3 PM (10 Patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Eyman 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| **Dr. Prosser** |  |  |  |  |  |
| **NP Awaal** | Eyman 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Eyman 7 AM (20 patients) | Lewis 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| **NP Smalley** | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) | Yuma (20 patients) | Yuma (20 patients) | Yuma 8 AM (20 Patients) |
| **Dr. Williams** |  |  |  |  |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY!

## Week of:  07/02/2017 - 07/08/2017 - REVISED

| | MON - 3rd | TUES - 4th July 4th Holiday - No Clinics | WED - 5th | THURS - 6th | FRI - 7th |
|---|---|---|---|---|---|
| Dr. Boryczka | | | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Eyman 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| Dr. Prosser | | | | | |
| NP Awaal | Eyman 7 AM (20 Patients) | | Eyman 7 AM (20 patients) | Lewis 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| NP Smalley | Yuma 8 AM (20 Patients) | | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) |
| Dr. Williams | Eyman 7 AM (20 Patients) | | Eyman 7 AM (20 patients) | | |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  07/09/2017 - 07/15/2017 REVISED v3

|  | MON - 10th | TUES - 11th | WED - 12th | THURS - 13th | FRI - 14th |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Eyman 7 AM (10 Patients) | Winslow 9 AM (20 patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Eyman 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| **NP Awaal** | Winslow 7 AM  (20 Patients) | Eyman 7 AM (20 patients) | PTO | PTO | PTO |
| **NP Smalley** | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) | Yuma 8 AM (20 Patients) |
| **Dr. Baird** | PTO | Eyman 9 AM (20 Patients) | Winslow 9 AM (20 Patients) | Winslow 9 AM (20 Patients) | PTO |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  07/23/2017 - 07/29/2017 REVISED

|  | MON - 24th | TUES - 25th | WED - 26th | THURS - 27th | FRI - 28th |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Eyman 7 AM (20 Patients) | Winslow 11 AM (10 patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM  (20 Patients) | Eyman 7 AM (20 patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 Patients) | Winslow 7 AM (20 Patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM - 10:45 AM (10 Patients) Winslow 11:15 AM - 3 PM (10 Patients) | Winslow 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** | Winslow 9 AM (20 Patients) | Eyman 9 AM (20 Patients) | Eyman 9 AM (20 Patients) |  |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  07/30/2017 - 08/05/2017

|  | MON - 1st | TUES - 2nd | WED - 3rd | THURS - 4th | FRI - 5th |
|---|---|---|---|---|---|
| Dr. Boryczka | Eyman 7 AM (20 Patients) | Winslow  7 AM (20 Patients) | Winslow 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 Patients) |
| NP Awaal | Eyman 7 AM  (20 Patients) | Eyman 7 AM (20 patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 Patients) | Winslow 7 AM (20 Patients) |
| NP Smalley | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Winslow 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| Dr. Baird | | | Florence 9 AM (20 patients) | Eyman 9 AM (20 Patients) | Eyman 9 AM (20 Patients) |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  08/06/2017 - 08/12/2017

|  | MON - 7th | TUES - 8th | WED - 9th | THURS - 10th | FRI - 11th |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Florence  7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Winslow 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM  (20 Patients) | Eyman 7 AM (20 patients) | Safford 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Eyman 7 AM (20 Patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Winslow 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** |  | Florence 8 AM (20 patients) | Eyman 8 AM (20 Patients) | Florence 8 AM (20 Patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

# Week of:  08/13/2017 - 08/19/2017

|  | MON - 14th | TUES - 15th | WED - 16th | THURS - 17th | FRI - 18th |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Florence  7 AM - 1:30 PM (10 Patients) | Eyman 11:15 AM (10 Patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Florence 7 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM  (20 Patients) | Winslow 7 AM (20 Patients) | Tucson 7 AM (20 patients) | Tucson 7 AM (20 patients) | Tucson 7 AM (20 patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Winslow 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** |  | Florence 8 AM (20 patients) | Eyman 8 AM (20 Patients) | Eyman 8 AM (20 Patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  08/20/2017 - 08/26/2017 REVISED

|  | MON - 21st | TUES - 22nd | WED - 23rd | THURS - 24th | FRI - 25th |
|---|---|---|---|---|---|
| Dr. Boryczka | Safford 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Winslow 7 AM (20 Patients) |
| NP Awaal |  |  | Lewis 7 AM (20 patients) |  | Tucson 7 AM (10 Patients) Florence 11:15 AM (10 patients) |
| NP Smalley |  |  | Yuma 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| Dr. Baird |  | Florence 8 AM (20 patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (10 Patients) Florence 12:15 AM (13 patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  08/27/2017 - 09/02/2017 REVISED

|  | MON - 8/28 | TUES - 8/29 | WED - 8/30 | THURS - 8/31 | FRI - 9/1 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Winslow 7 AM (20 Patients) | Douglas 8 AM (20 Patients) | Winslow 7 AM - 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Safford 8 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM (20 patients) | Florence 7 AM (20 patients) | Lewis 7 AM (20 patients) | Florence 7 AM (20 patients) | |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Florence 7 AM (20 patients) |
| **Dr. Baird** | | Eyman 8 AM (20 patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  09/03/2017 - 09/09/2017 REVISED v2

| | MON - 9/04 | TUES - 9/05 | WED - 9/06 | THURS - 9/07 | FRI - 9/08 |
|---|---|---|---|---|---|
| Dr. Boryczka | | Douglas 11 AM (10 Patients) | Winslow 8 AM - 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Lewis 8 AM (20 Patients) |
| NP Awaal | | Florence 7 AM (20 patients) | Lewis 7 AM (20 patients) | Winslow 7 AM (20 patients) | Florence 7 AM (20 patients) |
| NP Smalley | | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| Dr. Baird | | Eyman 8 AM (20 patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  09/10/2017 - 09/16/2017 REVISED v2

|  | MON - 9/11 | TUES - 9/12 | WED - 9/13 | THURS - 9/14 | FRI - 9/15 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Safford  7 AM (10 Patients) | Douglas 7 AM (10 Patients) | Winslow 7 AM- 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Lewis 8 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM (20 patients) | Florence 7 AM (20 patients) | Lewis 7 AM (20 patients) | Eyman 7 AM (20 patients)<br>IN PESON CLINIC | Eyman 7 AM (20 patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Florence 7 AM (20 patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** |  | Eyman 8 AM (20 patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  09/17/2017 - 09/23/2017 REVISED v3

|  | MON - 9/18 | TUES - 9/19 | WED - 9/20 | THURS - 9/21 | FRI - 9/22 |
|---|---|---|---|---|---|
| Dr. Boryczka | Florence  7 AM  (10 Patients) | Winslow 7 AM (20 patients) | Perryville 7 AM- 10:45 AM (10 Patients) Winslow 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Lewis 7:30 AM (20 Patients) |
| NP Awaal | Eyman 7 AM (20 patients) | Douglas 8 AM (20 patients) | Lewis 7 AM (20 Patients) | Florence 7 AM (20 patients) | Florence 7 AM (20 patients) |
| NP Smalley | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| Dr. Baird |  | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  09/24/2017 - 09/30/2017 REVISED v2

|  | MON - 9/25 | TUES - 9/26 | WED - 9/27 | THURS - 9/28 | FRI - 9/29 |
|---|---|---|---|---|---|
| Dr. Boryczka | Winslow 7 AM (20 Patients) | Douglas 7 AM (20 patients) | Winslow 7 AM- 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Florence 8 AM (20 patients) |
| NP Awaal | Tucson 7 AM (20 Patients) | Florence 7 AM (20 Patients) | Safford 7 AM (20 Patients) | Florence 7 AM (20 patients) | Tucson 7 AM (20 Patients) |
| NP Smalley | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| Dr. Baird |  | Tucson 8 AM- 11:45 AM (10 Patients)<br>Winslow 12:15 AM - 3 PM (10 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  10/01/2017 - 10/07/2017

|  | MON - 10/02 | TUES - 10/03 | WED - 10/04 | THURS - 10/05 | FRI - 10/06 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Winslow  7 AM  (20 Patients) | Douglas 7 AM (20 patients) | Winslow 7 AM- 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Eyman 7:30 AM (20 patients) |
| **NP Awaal** | Eyman 7 AM (20 Patients) | Florence  7 AM  (20 Patients) | Safford 7 AM (20 Patients) | Florence 7 AM (20 patients) | Tucson 7 AM (20 Patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** |  | Tucson 8 AM- 11:45 AM (10 Patients)<br>Winslow 12:15 AM - 3 PM (10 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) |  |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  10/08/2017 - 10/14/2017

| | MON - 10/09 | TUES - 10/10 | WED - 10/11 | THURS - 10/12 | FRI - 10/13 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Florence  7 AM  (20 Patients) | Douglas 7 AM (20 patients) | Winslow 7 AM- 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Eyman 7 AM  (20 patients) |
| **NP Awaal** | Eyman 7 AM (20 Patients) | | Safford 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Florence 7 AM (20 patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** | | Tucson 8 AM- 11:45 AM (10 Patients)<br>Winslow 12:15 AM - 3 PM (10 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  10/15/2017 - 10/21/2017 REVISED v2

|  | MON - 10/16 | TUES - 10/17 | WED - 10/18 | THURS - 10/19 | FRI - 10/20 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Florence  7 AM  (20 Patients) | Douglas 12 PM (10 patients) | Winslow 7 AM- 10:45 AM (10 Patients)<br>Perryville 11:15 AM - 3 PM (10 Patients) | Lewis 7 AM (20 Patients) | Eyman 7 AM  (20 patients) |
| **NP Awaal** | Eyman 7 AM (20 Patients) | Florence  7 AM (20 Patients) | Safford 7 AM (20 Patients) | Eyman 7 AM (20 Patients) | Lewis 7 AM (20 Patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Florence 7 AM (20 patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** |  | Tucson 8 AM- 11:45 AM (10 Patients)<br>Winslow 12:15 AM - 3 PM (10 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)
TELEMED ID EVERY 3rd WEDNESDAY

## Week of:  10/22/2017 - 10/28/2017 REVISED v2

| | MON - 10/23 | TUES - 10/24 | WED - 10/25 | THURS - 10/26 | FRI - 10/27 |
|---|---|---|---|---|---|
| **Dr. Boryczka** | Florence  7 AM  (20 Patients) | Douglas 7 AM (20 patients) | Winslow 7 AM- 10:45 AM (10 Patients) Perryville 11:15 AM - 3 PM (10 Patients) | | Eyman 7 AM (20 Patients) |
| **NP Awaal** | Eyman 7 AM (20 Patients) | Florence  7 AM  (20 Patients) | Lewis 7 AM (20 Patients) | Lewis 7 AM (20 Patients) | Florence 7 AM (20 patients) |
| **NP Smalley** | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) | Florence 7 AM (20 patients) | Yuma 7 AM (20 Patients) | Yuma 7 AM (20 Patients) |
| **Dr. Baird** | | Tucson 8 AM- 11:45 AM (10 Patients) Winslow 12:15 AM - 3 PM (10 Patients) | Tucson 8 AM (20 Patients) | Tucson 8 AM (20 Patients) | |

TUCSON 1/2 Day Tuesdays (Minors Dental in the afternoons)

TELEMED ID EVERY 3rd WEDNESDAY

EXHIBIT 5

EXHIBIT 5

# Increasing Access to Care Via Tele–Health: The Arizona Experience

Lopez, Ana Maria MD, MPH, FACP; Avery, Deirdre MS, MPH; Krupinski, Elizabeth PhD; Lazarus, Sydney MPH; Weinstein, Ronald S. MD

Journal of Ambulatory Care Management: January/February/March 2005 - Volume 28 - Issue 1 - p 16–23
Article

**Abstract**    **Author Information**

The Arizona Telemedicine Program (ATP) is a large, multidisciplinary, university-based program that provides telemedicine services, distance learning, informatics training, and telemedicine technology assessment capabilities to communities throughout Arizona. The types of teleconsultation services available include real-time and store-forward consultations, continuing medical education, and patient information sessions. Since the inception of the ATP, there have been 97,722 telemedicine events. The most frequently used telemedicine service is teleradiology, comprising 85,728 teleconsults. Next in frequency are teledermatology and telepsychiatry consultations. Results of patient satisfaction surveys indicate high levels of patient satisfaction with both real-time and store-forward consultations. Three studies of the efficacy of telemedicine services are discussed. One study of the efficacy and diagnostic accuracy of utilizing telecolposcopy, revealed a positive predictive value of the telecolposcopic impression of between 81% and 82%, while the positive predictive value of an in-person impression was 80%.

Departments of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Health Initiative, and Arizona Cancer Center (Dr Lopez), the Department of Pathology and Arizona Telemedicine Program (Dr Weinstein), the Department of Radiology (Dr Krupinski), and the Arizona Cancer Center (Mss Avery and Lazarus), Tucson, Ariz.

Corresponding author: Ana Maria Lopez, MD, MPH, FACP, Department of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Health Initiative Arizona Cancer Center, the University of Arizona, 1515 N Campbell Ave, PO Box 245024, Tucson, AZ 85724 (e-mail: alopez@azcc.arizona.edu).

© 2005 Lippincott Williams & Wilkins, Inc.

# Increasing Access to Care Via Tele –Health: The Arizona Experience

Lopez, Ana Maria MD, MPH, FACP; Avery, Deirdre MS, MPH; Krupinski, Elizabeth PhD; Lazarus, Sydney MPH; Weinstein, Ronald S. MD

Journal of Ambulatory Care Management: January/February/March 2005 - Volume 28 - Issue 1 - p 16–23
Article

**Abstract**     **Author Information**

The Arizona Telemedicine Program (ATP) is a large, multidisciplinary, university-based program that provides telemedicine services, distance learning, informatics training, and telemedicine technology assessment capabilities to communities throughout Arizona. The types of teleconsultation services available include real-time and store-forward consultations, continuing medical education, and patient information sessions. Since the inception of the ATP, there have been 97,722 telemedicine events. The most frequently used telemedicine service is teleradiology, comprising 85,728 teleconsults. Next in frequency are teledermatology and telepsychiatry consultations. Results of patient satisfaction surveys indicate high levels of patient satisfaction with both real-time and store-forward consultations. Three studies of the efficacy of telemedicine services are discussed. One study of the efficacy and diagnostic accuracy of utilizing telecolposcopy, revealed a positive predictive value of the telecolposcopic impression of between 81% and 82%, while the positive predictive value of an in-person impression was 80%.

Departments of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Health Initiative, and Arizona Cancer Center (Dr Lopez), the Department of Pathology and Arizona Telemedicine Program (Dr Weinstein), the Department of Radiology (Dr Krupinski), and the Arizona Cancer Center (Mss Avery and Lazarus), Tucson, Ariz.

Corresponding author: Ana Maria Lopez, MD, MPH, FACP, Department of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Health Initiative Arizona Cancer Center, the University of Arizona, 1515 N Campbell Ave, PO Box 245024, Tucson, AZ 85724 (e-mail: alopez@azcc.arizona.edu).

© 2005 Lippincott Williams & Wilkins, Inc.

LWW/JACM     AS328-24     November 11, 2004     18:0     Char Count= 0

*J Ambulatory Care Manage*
Vol. 28, No. 1, pp. 16–23
© 2005 Lippincott Williams & Wilkins, Inc.

# Increasing Access to Care Via Tele-Health
## The Arizona Experience

**Ana Maria Lopez, MD, MPH, FACP; Deirdre Avery, MS, MPH; Elizabeth Krupinski, PhD; Sydney Lazarus, MPH; Ronald S. Weinstein, MD**

**Abstract:** The Arizona Telemedicine Program (ATP) is a large, multidisciplinary, university-based program that provides telemedicine services, distance learning, informatics training, and telemedicine technology assessment capabilities to communities throughout Arizona. The types of teleconsultation services available include real-time and store-forward consultations, continuing medical education, and patient information sessions. Since the inception of the ATP, there have been 97,722 telemedicine events. The most frequently used telemedicine service is teleradiology, comprising 85,728 teleconsults. Next in frequency are teledermatology and telepsychiatry consultations. Results of patient satisfaction surveys indicate high levels of patient satisfaction with both real-time and store-forward consultations. Three studies of the efficacy of telemedicine services are discussed. One study of the efficacy and diagnostic accuracy of utilizing telecolposcopy, revealed a positive predictive value of the telecolposcopic impression of between 81% and 82%, while the positive predictive value of an in-person impression was 80%. **Key words:** *access to care, Arizona Telemedicine Program, rural populations, telecolposcopy, telemedicine*

**T**HIS article offers a detailed description of the teleconsultation services provided by the Arizona Telemedicine Program (ATP). The ATP's main hub site is at the Arizona Health Sciences Center at the University of Arizona in Tucson, Arizona. It was founded in 1996 to increase access to specialty healthcare to the citizens of Arizona, particularly those residing in rural Arizona. The ATP soon recognized that the needs of some urban residents also included decreased ac-

cess to specialty healthcare. Our description of these services covers the following areas: the need for telemedicine, description of telemedicine services, data to date, satisfaction with telemedicine services, and efficacy of telemedicine services.

## THE NEED FOR TELEMEDICINE IN ARIZONA

Although only 12% of Arizona's population can be classified as living in a rural setting (Arizona Department of Economic Security [ADES], 2003), in many Arizona counties, the majority of the population lives in rural areas. The populations of Apache, Graham, La Paz, and Navajo counties each report between one half and three-quarters rural residents. In addition, 12 of 15 counties have at least one quarter of their residents classified as rural (ADES, 2003). However, most healthcare practices are concentrated in the urban centers of Phoenix and Tucson. As is experienced by most rural populations, Arizona's

*From the Departments of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Health Initiative, and Arizona Cancer Center (Dr Lopez), the Department of Pathology and Arizona Telemedicine Program (Dr Weinstein), the Department of Radiology (Dr Krupinski), and the Arizona Cancer Center (Mss Avery and Lazarus), Tucson, Ariz.*

*Corresponding author: Ana Maria Lopez, MD, MPH, FACP, Department of Clinical Medicine and Pathology, Arizona Telemedicine Program, Women's Initiative Arizona Cancer Center, the University of Arizona, 1515 N Campbell Ave, PO Box 245024, Tucson, AZ 85724 (e-mail: alopez@azcc.arizona.edu).*

LWW/JACM    AS328-24    November 11, 2004    18:0    Char Count= 0

rural residents face a lack of access to specialty care found only in urban areas. This creates a barrier for rural populations. In addition to the barrier of physical distance from specialty healthcare services, rural residents confront other barriers such as lack of transportation, the need to take time off work, and the need to find child care/elder care to allow for travel to an appointment. Furthermore, the inability to have friends or family accompany the patient to an appointment many miles and hours away influences a patient's decision to seek recommended care. The ATP also recognizes that access to healthcare may be limited to persons in urban areas and in correctional facilities. Programmatic activities exist in these arenas as well. Telemedicine, defined as the use of telecommunications technology to provide healthcare services to patients who are geographically separated from a physician or other healthcare providers (Field, 1996), provides a way to address these barriers, and provides a means to improve access to healthcare for people in remote or rural locations.

## DESCRIPTION OF TELEMEDICINE SERVICES

The ATP is a large, multidisciplinary, university-based program that provides telemedicine services, distance learning, informatics training, and telemedicine technology assessment capabilities to communities throughout Arizona. In 1996, the Arizona Telemedicine Program was founded by the state legislature, with the goal that the ATP would provide telemedicine services to individuals living in geographically isolated communities. The ATP has been successful in forging partnerships between not-for-profit, for-profit, and governmental organizations to meet this mandate. The ATP currently provides teleconsultation and tele-eduction services to approximately 87 sites throughout Arizona (see Fig 1). Some sites are solely connected for tele-educational programming. Some sites are connected for a single service, such as tele–home health or tele–school

nursing. Some sites have fully interactive teleconsultation services. The goals of the ATP, as cited on our Web site, www.telemedicine.arizona.edu, are the following:

- To enhance healthcare delivery to medically underserved populations throughout the state using telemedicine technologies.
- To establish a statewide Arizona Telemedicine Network.
- To increase access to medical specialty services while decreasing healthcare costs.
- To use telemedicine outreach programs to encourage physicians, nurses, and other healthcare professionals to establish practices in underserved rural areas.
- To provide ongoing training for preceptors, medical students, and residents.
- To recruit students from rural communities into the healthcare professions and encourage their return to these communities on completion of their education.
- To improve public health in rural communities by providing current information and training for rural county health departments.
- To have the Arizona Telemedicine Network serve as a test bed for various state agencies to evaluate the effectiveness of state-of-the-art telemedicine services.
- To increase and promote the use of telecommunications for distance learning in healthcare.
- To provide healthcare systems throughout the state with information, training, and expertise in the field of telemedicine.
- To evaluate telemedicine equipment and telecommunications options and participate in their development (ATP, 2001).

The structure and infrastructure of the ATP were designed to meet the needs of the underserved areas. The hub site at the University of Arizona, functions as a central command for the telecommunications system. In addition, the hub site schedules and coordinates all the teleconsultation requests for the hub site. This hub site houses the space and equipment for the telemedicine consultations, space for program personnel, and space and equipment for

18   JOURNAL OF AMBULATORY CARE MANAGEMENT/JANUARY–MARCH 2005



**Figure 1.** Telemedicine networks in Arizona.

training personnel at remote sites. Secondary hub sites were developed to facilitate existing referral patterns, to which patients from spoke sites would normally be referred. Spoke sites have a structure similar to the hub site, each with a Medical Director and Site Coordinator who coordinates teleconsultations and educational events. Referrals for teleconsultations come from a wide range of healthcare providers across the state, including physicians, behavioral health providers, dentists, and midlevel practitioners.

LWW/JACM        AS328-24        November 11, 2004        18:0        Char Count= 0

The types of teleconsultation services available include real-time consultations, store-forward consultations, continuing medical education for statewide healthcare providers, and patient education sessions. Real-time teleconsultations are performed when the consultation requires direct audio and video interaction as well as a virtual phsyical examination to assess the patient's condition. As an example, nearly all neurology consults are performed as real-time consultations. These teleconsultations are performed using interactive video and allow for interaction between the patient, the referring physician, and the consulting physician, thereby allowing the patient to ask questions of both practitioners during the consultation. The referring consultant can request a real-time or store-forward consultation.

Store-forward consultations are performed when the diagnostic question does not require direct audio and video interaction or a virtual physical examination. Teleradiology is the most common example of this type of teleconsultation. Patient information can be recorded as an image, either through video or photo, ie, a photo of a rash, or through a diagnostic test, such as a radiograph, that can be transmitted after the initial consultation with the patient and referring physician has taken place. The teleconsultant reviews these data at a later time and provides a diagnostic assessment and therapeutic recommendation to the referring practitioner on his or her findings.

Continuing medical education (CME) for statewide healthcare providers and patient information sessions typically consist of interactive or recorded video presentations during which a primary care topic is presented and discussed. Utilization of the ATP is especially advantageous for rural healthcare providers as the time that must be spent to travel to obtain CME credit can be greatly reduced by having the session available to them at or near their workplace. In addition, the number and types of available CME sessions increases when one does not have to travel in order to participate.

Patient information sessions offer advantages to the participants. Patients may use these sessions to gain exposure to the technology, which may reduce any potential fears of participating in a teleconsultation. In addition, patients gain exposure to the realm of expertise that is represented via telemedicine. Lastly, patients have an additional opportunity to access specialty care outside of an examination room.

## DATA TO DATE

Since the inception of the ATP, there have been 97,722 telemedicine events. Tables 1 and 2 offer a detailed description of the type and number of specialty teleconsultations provided through the ATP since it began providing services. The most frequently used telemedicine service is teleradiology, which has comprised 85,728 teleconsults over the 7-year history of the program. Next in frequency are teledermatologic and telepsychiatric consultations. Store-forward consultations are the most frequently performed teleconsults, but this is primarily due to the high number of teleradiology consults performed. Most psychiatric, pathology, and home health events occur in real time.

**Table 1.** Number of telemedicine events by transmission type and category of teleconsultation

| Transmission type | Teleconsultation type | | | | |
|---|---|---|---|---|---|
| | Medical | Psychiatric | Radiology | Pathology | Home health |
| Store-forward | 2047 | 4 | 85,728 | 494 | 0 |
| Real-time | 476 | 1316 | 0 | 497 | 112 |

**Table 2.** Number of medical teleconsultations by specialty

| Specialty | Number of teleconsultations |
|---|---|
| Allergy, disease management, endocrinology, family/community medicine, gastroenterology, genetics, hematology/oncology, hepatology, infectious diseases, internal medicine, nephrology, neurology, nutrition, ophthalmology, orthopedics, orthopedic surgery, otorhinolaryngology, plastic surgery, pulmonology, radiology, surgical (multiple subspecialties), toxicology, urology | <50 |
| Cardiology, neurosurgery, obstetrics/gynecology, pain, rheumatology | 51–150 |
| No specialties fall within this category of "number of teleconsultations" | 151–950 |
| Dermatology, pediatrics (multiple subspecialties), psychiatry | 951–1150 |

## SATISFACTION WITH TELEMEDICINE SERVICES

Results of patient satisfaction surveys indicate high levels of patient satisfaction with both the real-time and store-forward consultations. A random sample of both real-time and store-forward telemedicine patients completed satisfaction surveys. Over time, patient satisfaction surveys were revised, and results of comparable items across surveys are presented.

Patients who took part in real-time teleconsultations reported a high level of satisfaction with services (Tables 3–5). Nearly all respondents to each of the 3 surveys reported that they were "satisfied" with the telemedicine experience. Ninety-one percent of the 11 patients in the initial survey reported the care they received was "as good as in office." Two

newer surveys asked patients to report if they found "telemedicine as good as face to face," and the majority of patients responding to both surveys indicated agreement with that statement. When asked whether patients who had been a part of real-time teleconsultations would have had to travel otherwise to see a specialist, 100% of the 11 patients in the initial survey reported that the teleconsultation had "eliminated need to travel," and 74% of the 27 patients in the second survey reported that they "would have had to travel" if the teleconsultation had not been available.

Two surveys were used to gauge patient satisfaction with store-forward teleconsultation services (Tables 6 and 7). A large majority of respondents agreed that they were

**Table 3.** Initial *real-time* satisfaction survey ($n = 11$)

| Survey item | % Agree |
|---|---|
| Satisfied with session | 100 |
| Comfortable asking questions | 100 |
| Care as good as in office | 91 |
| Equipment makes me uncomfortable | 9 |
| Eliminated need to travel | 100 |

**Table 4.** Second *real-time* satisfaction survey ($n = 27$)

| Survey item | % Agree |
|---|---|
| Overall satisfied | 100 |
| Could speak freely and ask questions | 92 |
| Telemedicine as good as face to face | 96 |
| Camera and equipment embarrassed me | 18 |
| Telemedicine makes care more accessible | 96 |
| Would have had to travel | 74 |

LWW/JACM   AS328-24   November 11, 2004   18:0   Char Count= 0

**Table 5.** Final *real-time* satisfaction survey ($n = 54$)

| Survey item | % Yes | % No |
|---|---|---|
| Satisfied with telemedicine | 83 | 2 |
| Felt comfortable talking with specialist | 93 | 7 |
| Telemedicine as good as face to face | 75 | 11 |
| Camera etc made me feel uncomfortable | 9 | 85 |

**Table 7.** Final *store-forward* satisfaction survey ($n = 13$)

| Survey item | % Yes | % Unsure |
|---|---|---|
| Satisfied with telemedicine | 85 | 15 |
| OK that records sent | 92 | 8 |
| Care easier with telemedicine | 85 | 15 |

"satisfied" with their store-forward telemedicine services. One hundred percent of respondents to the initial survey and 92% of respondents to the revised survey reported they were comfortable with having their records sent to the teleconsultant. The majority of respondents to each survey also indicated that care was more accessible or easier because of telemedicine.

## EFFICACY OF TELEMEDICINE SERVICES

Evaluating the effectiveness and efficacy of telemedicine is critical to its clinical acceptance. Several telemedicine services have been evaluated to compare teleconsultation versus in-person consultations in terms of diagnostic accuracy and satisfaction with service. Services to be discussed include telecolposcopy, teledermatology, and tele–home health.

**Table 6.** Initial *store-forward* satisfaction survey ($n = 36$)

| Survey item | % Agree |
|---|---|
| Overall satisfied | 100 |
| Able to obtain satisfactory information | 100 |
| Comfortable having records sent | 100 |
| Telemedicine made care more accessible | 97 |
| Would have had to travel | 85 |

Before we begin the discussion of study results, we should first highlight the distinction between the terms *efficacy* and *effectiveness*. The efficacy of telemedicine can be seen as the potential for what telemedicine services can do, or are capable of, in ideal situations. Judging efficacy involves tight control in experimental design and implementation. The effectiveness of telemedicine is what can be achieved in actual practice, when applied to real-life patient populations. The following discussion will relate results of three studies, two of which can be seen to meet the stringent criteria for assessing efficacy, and the third, less rigorous, more appropriately assessing the effectiveness of tele–home health services. Overall however, these three studies contribute to the knowledge about the efficacy of telemedicine, in relation to its traditional counterpart, the in-person exam.

Telecolposcopy involves the use of telemedicine technology to assess the cervix from a distance. A study was conducted to compare the efficacy and accuracy of telecolposcopy versus traditional colposcopy (Lopez et al., 2003). All participants received a clinical exam, an in-person exam, and a store-forward telecolposcopy exam. Different examiners then assessed the store-forward images. Analysis included comparison of the clinical and telemedicine diagnosis alone, and with biopsy results, interobserver and intraobserver correlations, and time to assess and satisfaction with the image.

Results indicate that the sensitivity of telecolposcopy was significantly better than chance ($P < .001$). The positive predictive value of the colposcopic impression was

LWW/JACM     AS328-24     November 11, 2004     18:0     Char Count= 0

highest for high-grade or invasive lesions and no cervical intraepithelial neoplasia. For the 2 physicians reviewing telecolposcopic images, the positive predictive value of the telecolposcopic impression was 81% and 82%, respectively, while the positive predictive value of the in-person impression was 80%. Patients accepted the technology well and expressed no discomfort that images would be transmitted. The conclusion of the study was that telecolposcopy diagnosis agreed well with in-person colposcopy diagnosis.

Teledermatology typically involves photos or videos of in-person dermatological consults that are assessed using store-forward teleconsultations. A study to compare the diagnostic accuracy of in-person versus store-forward teledermatologic consultations was undertaken (Krupinski et al., 1999). Three hundred and eight consecutive patients presenting to the University of Arizona's Dermatology Clinic participated in the study. Each patient was examined by 1 of 3 dermatologists, each of whom examined approximately one third of the total number of patients. Digital photos were then obtained of the skin lesions from each of the patients. Each dermatologist rendered a teledermatology diagnosis, rated her or his level of confidence in the diagnosis, and rated her or his satisfaction with the image resolution and color. The viewing time for determining each diagnosis was also recorded.

Eighty percent agreement existed between in-person and digital diagnoses. Intradermatologist agreement averaged 84%, with slightly lower agreement when restricted to exact matches as opposed to matches with minor differences, which were not associated with different treatment. Confidence in diagnosis decisions was rated as definite or very definite across 70% of cases. Agreement between diagnosis and biopsy results averaged approximately 75%. Image resolution was rated as either good or excellent 83% of the time, and color quality was rated same as in-person 93% of the time.

Tele-home health increases access to home healthcare, allowing for immediate access to a home health nurse via a video connection that is placed in the patient's home, which is linked to the telemedicine network. In addition, tele-home health reduces travel for home health nurses, as a nurse may not have to make a home visit if a patient's problem or question can be addressed and solved through video communication. A quasi-experimental study was designed to assess the effectiveness of tele-home health versus traditional home health for patients discharged with an ostomy related to a cancer diagnosis (Bohnenkamp et al., 2004). Fourteen patients were assigned to a traditional home healthcare group, where 1 to 5 visits by a home health nurse occurred over several weeks, as well as routinely scheduled physician visits and as-needed visits by an enterostomal nurse. Fourteen additional patients were assigned to a traditional/ telenursing group where an enterostomal nurse or clinical nurse specialist conducted telenursing interventions consisting of twice weekly ostomy education sessions with the patient and family via home health $8 \times 8$-in monitors.

Patients in the traditional/telenursing group indicated higher levels of satisfaction than those in the traditional home healthcare group. The telenursing group had higher levels of agreement than the traditional group (100% agree vs 89% agree) that the nurse understood the patient's problem and the patient was comfortable with what the nurse told him or her about the ostomy. Most patients in the telenursing group (85%) disagreed that the camera embarrassed them and that they preferred the telemedicine visit rather than waiting for a face-to-face visit (87%). All telenursing patients agreed that telenursing made care more accessible (100%). These results suggest that tele-home health may be a valuable option for follow-up care for patients discharged with new ostomies.

## CONCLUSION

A variety of specialty services have been shown to be both efficacious and satisfactorily accepted when provided via telemedicine methods. The availability of different teleconsultation options, real-time versus

*Increasing Access to Care Via Tele-Health*    23

store-forward, adds additional flexibility to improve the likelihood that those who are in rural and underserved locations receive their necessary specialty care. The existence of a growing telemedicine infrastructure in Arizona helps to address health disparities that exist in the state and that disproportionately affect those most removed from healthcare systems. Telemedicine has also been shown to be a vehicle for high-quality, timely, and cost-effective specialty healthcare. As the ATP continues to grow, the benefits of telemedicine will continue to overcome the barriers to specialty healthcare experienced by many.

## REFERENCES

Arizona Department of Economic Security (ADES). (2003). Arizona state, counties and places, urban and rural populations. Based on 2000 Census data. Retrieved from http://www.de.state.az.us/links/economic/webpage/popweb/UrbRur.xls

Arizona Telemedicine Program. (2001). Program description. Arizona telemedicine goals. Retrieved from http://www.telemedicine.arizona.edu/program/goals.html

Bohnenkamp, S., McDonald, P., Lopez, A. M., Krupinski, E., & Blackett, A. (2004). Traditional versus telemedicine outpatient management of patients with cancer with new ostomies. *Oncology Nursing Forum, 31*(3), 1005–1010.

Field, M. J. (ed.). (1996). *Telemedicine: A guide to assessing telecommunications in health care* (p. 16). Washington, DC: National Academy Press.

Krupinski, E. A., LeSueur, B., Ellsworth, L., Levine, N., Hensen, R., Silvis, N., et al. (1999). Diagnostic accuracy and image quality using a digital camera for teledermatology. *Telemedicine Journal, 5*, 257–263.

Lopez, A. M., Kurker, S., Guillen, J., Major, J., Hatch, K., Byron, J., et al. (2003, April 27–30). *Pilot data in telecolposcopy in a primary care women's clinic*. Podium presentation at the 8th annual meeting of American Telemedicine Association: Healthcare Solutions Through Telemedicine, Orlando, FL.

United State Census Bureau. Census 2000 urban and rural classification. Retrieved from http://www.census.gov/geo/www/ua/ua_2k.html

 # The Arizona Telemedicine Program business model

Gail P Barker, Elizabeth A Krupinski, Richard A McNeely, Michael J Holcomb, Ana Maria Lopez and Ronald S Weinstein

Arizona Telemedicine Program, University of Arizona Health Sciences Center, Tucson, Arizona, USA

**Summary**

The Arizona Telemedicine Program (ATP) was established in 1996 when state funding was provided to implement eight telemedicine sites. Since then the ATP has expanded to connect 55 health-care organizations through a membership programme formalized through legal contracts. The ATP's membership model is based on an application service provider (ASP) concept, whereby organizations can share services at lower cost; that is, the ATP acts as a broker for services. The membership fee schedule is flexible, allowing clients to purchase only those services desired. An annual membership fee is paid by every user, based on the services requested. The membership programme income has provided a steady revenue stream for the ATP. The membership-derived revenue represented 30% of the ATP's $2.6 million total income during fiscal year 2003/04.

## Introduction

Successful business enterprises, including telemedicine programmes, require a sound business plan. Not all business plans are appropriate for telemedicine applications and even those that are will not work for every programme. This paper describes a business model that was developed specifically to distribute telemedicine services throughout the state of Arizona at the lowest possible cost.

In Arizona, health-care providers, in particular specialists, are concentrated in the three urban areas of the state, Phoenix, Tucson and Flagstaff. This makes it difficult for patients in outlying areas to obtain a full range of clinical services. In addition, not all health-care providers want to provide health care to prison inmates, who not only tend to be a high-risk population but also sometimes have a reputation of being litigious. In 1996 the Arizona state legislature funded eight telemedicine sites, which established the statewide Arizona Telemedicine Program (ATP). The aims were:

- to create a single, multiservice telemedicine programme in Arizona;

Accepted 31 May 2005
Correspondence: Dr Gail Barker, Arizona Telemedicine Program, PO Box 5106, University of Arizona Health Sciences Center, Tucson, AZ 85724-5106, USA (Fax: +1 520 626 1983; Email: barkerg@email.arizona.edu)

- to establish a programme governance framework to support the telemedicine organization;
- to operate the programme as a 'virtual organization' that would create incentives for public and private health-care organizations in Arizona to participate in a telemedicine programme;
- to provide access to the programme's telecommunications infrastructure for health-care organizations in the state;
- to encourage the interoperability of all telemedicine facilities throughout the state;
- to develop an 'open staff' model for participation of Arizona physicians as service providers for multiple health-care organizations;
- to promote a best practice model that is evidence-based and supported by clinical research;
- to encourage state agencies, including the Arizona Department of Corrections and the Arizona Department of Health Services, to participate in the programme.[1]

These policies were to be implemented within a prescribed budget. Additional costs and expansion of the programme would need to be funded extramurally.

Since that time the ATP has developed a virtual organization that currently connects 55 health-care organizations through a membership programme formalized through legal contracts. The ATP offers

a wide variety of telemedicine services, including multidisciplinary teleconsultations in adult and paediatric medicine, telenursing, distance education, technology assessment, training and research. The locations of the ATP sites are shown in Figure 1. In fiscal year 2003/04, more than 90,000 tele-consultations were provided in cardiology, dermatology, neurology, pathology, psychiatry, radiology, rheumatology and various other clinical specialties. Over 95% of the cases were teleradiology.

## Background

Most telemedicine programmes that apply for US government funding are required to submit a business plan illustrating sustainability.[2] Beyond a business plan, however, a business *model* must be developed that will sustain a programme over time.[3,4] In some instances, businesses can join together in a shared-cost model to capitalize on economies of scale. This is the basic concept behind the application service provider (ASP) model, in which organizations can share services at lower cost.[5] This design has been used in the picture archiving and communication system (PACS) industry, where health-care organizations share an image-archiving system to create economies of scale and lower costs.[6]

ASPs are third-party enterprises that act as brokers,[5] i.e. services are consolidated under a single centralized service provider. The ASP concept is not new. In 1963 engineers at the Massachusetts Institute of Technology, General Electric and Bell Labs designed a computer system with the express idea of selling shared services to its customers.[7] Since then, shipping companies, utilities services and public transportation companies (e.g. commercial airlines and subway systems) have utilized the ASP model because clients find it to be less expensive than owning and maintaining their own, separate infrastructure.

The advantages of using an ASP model include low capitalization, low management and staffing overheads, and, in many instances, a pay-per-use format.[8,9] In particular, software and telecommunications companies have recognized the tremendous advantage of using an ASP model for service distribution. The result has been a growth in the numbers of service providers and cost reductions for clients. Many small and medium-size businesses have viewed this as an economical solution for their technology needs. In recent years the Internet has enabled ASPs to offer new services.

## The application service provider model

The reason for using the ASP model in the ATP was that, in most telehealth systems, some applications are underutilized. This creates the possibility for shared services. Sharing services across multiple health-care organizations could improve their sustainability. Furthermore, if organizations could purchase or supply services as required, the ASP would be able to accommodate additional clients – customers that could be either service purchasers or service providers, or both. The ATP business model had four goals:

- to create a shared telehealth communications network;
- to develop a comprehensive business plan;
- to diversify the funding sources, so that it did not rely too heavily on any one source;
- to satisfy requests for different levels and types of telehealth services.

Potential clients ranged from large integrated health-care systems to small rural facilities and nurse offices in elementary schools. For many clients the most important attraction was the opportunity to gain access to the ATP telecommunications network. There was a wide variety of client needs; some organizations wanted a full range of services, some wanted to enlarge their own market share and some wanted only to obtain specific services such as distance education. The ATP membership model aimed to accommodate them all.

### Business model

Figure 2 illustrates the component layers of the ATP business model. Each layer supports the layer above it (similar to a layer cake). The bottom layer is the vendor services layer. This represents the physical infrastructure of the network, where T-1 and T-3 lines are leased from the various telecommunications companies. In order to obtain the basic telecommunications services, the ATP must lease lines from the utility companies serving Arizona.

The vendor services layer supports the infrastructure services layer. It is in the infrastructure services layer that the ATP's private ATM telecommunications infrastructure resides. ATM provides a platform for allocating bandwidth to different network applications. Transmission at T-1 speeds (1.54 Mbit/s) is sufficient for most endpoints on the ATP network. The infrastructure services layer represents those services that support the basic ATP structure and associated funding. These include the PACS system, marketing



**Figure 1** Map of the Arizona Telemedicine Program network

G P Barker *et al.*   The ATP business model

| Client Layer |
| Professional Services Layer |
| Operational Services Layer |
| Infrastructure Services Layer |
| Vendor Services Layer |

**Figure 2** Membership model

services, state funding support and grant writing. This layer represents the foundation of the programme, and what all clients wish to obtain from their relationship with the ATP.

The infrastructure services layer supports the operational services layer. Included in the operational services layer are services in support of the day-to-day operations of a telemedicine enterprise, such as clinic operations, equipment installation and operational support, practice management, medical records, transcription, comprehensive training, and billing and reimbursement functions.[10] These functions represent activities required for the educational and clinical aspects of the enterprise.

The operational service layer supports the professional services layer. The professional services layer includes those services that clients might wish to provide or purchase. Examples include health-care provider services, distance education, clinical protocol development, quality assurance and quality-control activities, credentialling and licensing services, and legal advice. These functions characterize professional services that can be either purchased or provided by a client after the initial infrastructure and operational layers are in place.

All the layers support the top layer, the client or customer layer. Clients may be patients, payers or businesses. The ATP business model is designed to allow a client to choose (and pay for) only those services desired. It is worth noting that the intention of the ATP is to facilitate clinical service delivery, not to provide it. This allows health-care provider groups to secure or provide clinical services. It also ensures that traditional patient referral patterns are protected.

The business model benefits clients because they are able to take advantage of any existing infrastructure. This lowers the costs of telecommunications and continuing education and provides a new market for services that a client may wish to promote. The underlying concept was that health-care institutions in Arizona would benefit by their ability to secure or market services over the network.

## Number of organizations

There are currently 55 telehealth organizations enrolled in the ATP. Many of these are large health-care

systems that deliver clinical services at multiple sites. Members include the Arizona Department of Corrections, two county jail systems, the Indian Health Service, the Navajo Nation, rural hospitals, state health agencies, public schools, urban hospitals and large private health-care systems. The members represent both for-profit and not-for-profit organizations.

The ATP started selling services to customers in fiscal year (FY) 1998/99, beginning with a single member site. There has been continued growth ever since. In FY 2002/03, the Phoenix Area Indian Health Service (PAIHS) joined the network, accounting for the large jump in the number of new sites in FY 2002/03 and 2003/04. Figure 3 illustrates the growth in the number of sites.

## Fee structure and membership benefits

The membership fee schedule was designed to be flexible in order to accommodate the variety of client needs and their respective resource availability. The concept is to charge an annual membership fee to every user, based on services requested. Membership discounts are offered for organizations with multiple sites. For example, some client members request only one service, such as distance education. The pricing for selected services is based on the size of an institution, such as the number of beds. The services include:

- all services managed by the ATP (similar to a turn-key operation);
- continuing education only;
- network consultation only;
- network connection only (e.g. virtual private network);
- training costs for non-members.



**Figure 3** Growth of membership sites

The full ATP membership services include:

- site assessment;
- equipment selection and installation (including purchasing services);
- network design and installation;
- formal training in the theory and use of telemedicine in a clinical environment;
- coordination of continuing education activities;
- network management, technical services and support;
- training and support for billing and reimbursement;
- Federal Communications Commission (FCC) Universal Services fund reimbursement.[11]

Annual membership fees range from US$5000 for the full range of ATP membership benefits to $1500 for one selected service.

## Legal and regulatory aspects

All ATP clients are required to sign a membership contract. This is to ensure that all parties understand, and agree to, the elements required for membership. A University of Arizona official signs all contracts. Membership fees are generally paid at the beginning of every year. The ATP contract does not cover clinical services. These services are contracted through the preferred practice provider organization,[12] including, but not limited to, the clinical services provided by the University's practice group, which is a non-profit corporation separate from the University. Clinical services are also provided by other practice-provider organizations to ensure that traditional referral patterns are supported. Malpractice coverage for telemedicine services is negotiated by the respective practice-provider organization, or by individual telemedicine consultants. To date, there have been no reports of insurers refusing malpractice coverage for telemedicine services in Arizona.

## Membership programme administration

The administration of the membership programme is managed primarily through telehealth business office staff of the University. Telehealth business office functions include contracting, invoicing, accounts payable, accounts receivable, account reconciliation and Universal Service Fund filing. One accountant and one network engineer are funded through the membership programme. In addition, equipment upgrades and replacement have been funded from the membership programme income.

## Success of the model

The original goal of the ATP business model was to build up an equipment reserve to buffer against equipment failure and expand the network. The membership programme income has provided a steady revenue stream for the ATP. In fiscal year 2003/04, the membership-derived revenue represented 30% of the programme's $2.6 million total income. Other revenue sources were derived from state funds (45%), extramural grants (24%) and the University (1%). The membership model has allowed the ATP to build up its equipment reserve and to fund two employees. The flexibility of the business model has also permitted the ATP to accommodate most client requests, thus meeting the aim of being a user-friendly, customer-centred organization. The membership programme has also encouraged cooperation between competing health-care organizations, and has allowed medical service cross-coverage at a level previously unavailable in the region.

## Benefits and drawbacks

Arizona has directly benefited from the ATP membership programme. The ATP's telecommunications network has linked with other networks, through this membership programme, resulting in the formation of a new statewide telecommunications infrastructure in Arizona that did not exist before. This has been accomplished at a remarkably low cost to the state because, once the state-funded infrastructure was installed, additional sites could be added by just linking a telecommunications line to the nearest connection point. The Arizona telemedicine membership programme has also provided a mechanism for various health-care providers to either obtain or supply much-needed health-care and educational services in even remote areas of the state. Scarce clinical specialty services are now more equitably distributed to rural communities in Arizona. Equipment distributors have also been able to offer discount pricing to ATP members due to the high volume of member purchases.

There have, however, been some drawbacks to the programme. As mentioned, the membership model allows the ATP to act as a purchasing agent for clients' equipment and telecommunications line expenses. Delays in client payments have resulted in the programme 'carrying' large receivables on behalf of some clients. This has required significant administrative staff time for contracting, purchasing, account reconciliation, follow-up of late payments and Universal Service Fund monitoring. Administration of the membership programme can be labour-intensive and burdensome.

G P Barker *et al.*   The ATP business model

## Conclusion

••••••••••••••••••••••••••••••••••••••••••••••••••

The membership model has allowed the ATP to develop a modern telecommunications network that delivers services to clients at a lower cost because of its distributed network and services. Savings can be made through equipment discounts that can range from US$1500 to US$5000. Telecommunications routes may be shorter and some telecommunications companies offer discounts when ordering more than one line. These savings can range between US$100 per month and US$1500 per month. The membership programme has leveraged the programme's state funding and grant support to reach a greater number of sites. The flexibility of the programme has ensured that clients can provide and/or purchase only those services they desire. The membership programme has enabled many sites to join with minimal operational commitment on their part, especially when equipment purchasing and installation, telecommunications ordering and Universal Service Fund filing are performed by the ATP on their behalf. Although the membership programme's administration is resource-intensive, these expenses are covered by membership dues. The membership model has worked well in Arizona. It continues to be refined as new client demands emerge.

*Acknowledgements:*  We acknowledge the significant contributions of Kevin M McNeill, the former ATP Chief Information Officer, to this project.

## References

1 Weinstein RS, Barker G, Beinar S, *et al.* Case study: policy and the origins of the Arizona Statewide Telemedicine Program. In: Whitten P, Cook D, eds. *Understanding Health Communication Technologies.* San Francisco: Jossey-Bass, 2004:299–309

2 Davidson J. Developing a telehealth business plan anticipating challenges and devising ways to meet them leads to successful services. *Telemed Today* 2002;**9**:10–12

3 McNeill KM, Barker GP. The telemedicine network as an engine for sustainability. *Telemed J E Health* 2002;**8**:210

4 Barker GP, Krupinski EA, Weinstein RS. Funding sources and cycles for telemedicine programs: it's all about sustainability. *Telemed J E Health* 2004;**10**:94

5 *How ASPs Work.* See http://computer.howstuffworks.com/asp1.htm (last checked 20 May 2005)

6 Huang HK. Enterprise PACS and image distribution. *Comput Med Imaging Graph* 2003;**27**:241–53

7 Tao L. *Application Service Provider Model: Perspectives and Challenges.* See http://www.tarrani.net/linda/docs/ASPModel.pdf (last checked 23 May 2005)

8 Pietzsch JB, Gemuenden HG, Boltz A. Conditions and success factors of telemedicine innovation. *Biomed Technol (Berl)* 2001; **46**:96–100

9 McNeill KM, Barker GP, McElroy J. Experience using an ASP model to expand a state-initiated telemedicine program. In: Lemke HU, Vannier MW, Inamura K, Farman A, Doi K, eds. *CARS 2001, Computer Assisted Radiology and Surgery: Proceedings of the 15th International Congress and Exhibition.* Amsterdam: Elsevier, 2001:779–85

10 Barker G, Krupinski EA, Laursen T, Erps K, Weinstein RS. Pay per view: the Arizona telemedicine program's billing results. *Telemed J E Health* 2001;7:287–91

11 *Universal Service Administrative Company.* See http:// www.universalservice.org/default.asp (last checked 23 May 2005)

12 Driscoll J. Not all health networks are created equal: makeup of networks, number of providers as important as possible cost savings. *Bus Insurance* 2005;**39**:10