Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@swlfirm.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING CURRENT PERCENTAGE COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 1678]** |

The following status report provides the August 2017 CGAR results for the following Health Care Performance Measures ("HCPM") that are before this Court: 11, 13, 14, 35, 37, 39, 40, 44, 45, 46, 47, 50, 51, 52, 54, 66, 80, 85, 92, 93, 94, and 98. (Doc. 1583, 1709, and 2030.)

**HCPM No. 11:** *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 70% |
| Florence | 90% |
| Lewis | 72% |
| Tucson | 86% |
| Winslow | 93% |
| Yuma | 96% |

**HCPM No. 13:** *Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and )

| Prison Complex | August 2017 |
|---|---|
| Douglas | 100% |
| Eyman | 86% |
| Florence | 87% |
| Lewis | 95% |
| Perryville | 95% |
| Tucson | 95% |
| Yuma | 90% |

*/ / /*

*/ / /*

1

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Douglas | 100% |
| Eyman | 98% |
| Florence | 95% |
| Lewis | 96% |
| Perryville | 100% |
| Tucson | 97% |
| Yuma | 100% |

**HCPM No. 35:** *All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.* (Eyman, Florence, Lewis, Phoenix, Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 64% |
| Florence | 58% |
| Lewis | 85% |
| Phoenix | 100% |
| Tucson | 90% |

/ / /

/ / /

/ / /

/ / /

/ / /

2

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 88% |
| Florence | 95% |
| Lewis | 96% |
| Tucson | 91% |
| Winslow | 100% |
| Yuma | 100% |

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 76% |
| Florence | 57% |
| Lewis | 76% |
| Perryville | 90% |
| Tucson | 99% |
| Yuma | 88% |

**HCPM No. 40:** *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.* (Eyman, Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 87% |
| Tucson | 100% |

3

**HCPM No. 44:** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.* (Eyman, Florence, Lewis)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 100% |
| Florence | 95% |
| Lewis | 100% |

**HCPM No. 45:** *On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.* (Lewis, Tucson)

| Prison Complex | August 2017 |
|---|---|
| Lewis | 89% |
| Tucson | 94% |

**HCPM No. 46:** *A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Douglas | 100% |
| Eyman | 54% |
| Florence | 63% |
| Lewis | 84% |
| Perryville | 91% |
| Phoenix | 100% |
| Tucson | 94% |
| Yuma | 88% |

4

**HCPM No. 47:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma)

| Prison Complex | August 2017 |
| --- | --- |
| Douglas | 100% |
| Eyman | 37% |
| Florence | 33% |
| Lewis | 43% |
| Perryville | 83% |
| Phoenix | 67% |
| Safford | 100% |
| Tucson | 78% |
| Winslow | 50% |
| Yuma | 55% |

**HCPM No. 50:** *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.* (Florence)

| Prison Complex | August 2017 |
| --- | --- |
| Florence | 49% |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5

**HCPM No. 51:** *Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.* (Eyman, Florence, Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 70% |
| Florence | 61% |
| Tucson | 58% |

**HCPM No. 52:** *Specialty Consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.* (Florence, Perryville, Tucson)

| Prison Complex | August 2017 |
|---|---|
| Florence | 48% |
| Perryville | 98% |
| Tucson | 78% |

**HCPM No. 54:** *Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer timeframe can be in place.* (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 72% |
| Florence | 82% |
| Lewis | 89% |
| Perryville | 96% |
| Phoenix | 86% |
| Tucson | 93% |
| Yuma | 96% |

6

**HCPM No. 66:** *In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Florence | 70% |
| Lewis | 80% |
| Tucson | 80% |

**HCPM No. 80:** *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.* (Lewis and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Lewis | 99% |
| Tucson | 89% |

**HCPM No. 85:** *MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.* (Eyman, Florence, Lewis, Perryville, Tucson, and Yuma)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 90% |
| Florence | 98% |
| Lewis | 88% |
| Perryville | 93% |
| Tucson | 90% |
| Yuma | 90% |

/ / /

/ / /

/ / /

/ / /

/ / /

7

**HCPM No. 92:** *MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 95% |
| Florence | 100% |
| Lewis | 95% |
| Perryville | N/A |
| Tucson | N/A |

**HCPM No. 93:** *Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 100% |
| Florence | 100% |
| Lewis | 100% |
| Tucson | N/A |

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Eyman, Florence, and Tucson)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 94% |
| Florence | 100% |
| Perryville | 100% |
| Tucson | 96% |

/ / /

8

**HCPM No. 98:** *Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Eyman, Florence, Lewis, and Winslow)

| Prison Complex | August 2017 |
|---|---|
| Eyman | 94% |
| Florence | 98% |
| Lewis | 94% |
| Winslow | 100% |

DATED this 26th day of October, 2017.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Timothy J. Bojanowski
 Daniel P. Struck
 Rachel Love
 Timothy J. Bojanowski
 Nicholas D. Acedo
 Ashlee B. Fletcher
 Jacob B. Lee
 Kevin R. Hanger
 Timothy M. Ray
 Richard M. Valenti
 Jamie D. Guzman
 STRUCK WIENEKE & LOVE, P.L.C.
 3100 West Ray Road, Suite 300
 Chandler, Arizona 85226

 Arizona Attorney General Mark Brnovich
 Office of the Attorney General
 Michael E. Gottfried
 Lucy M. Rand
 Assistant Attorneys General
 1275 W. Washington Street
 Phoenix, Arizona 85007-2926

 *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

11