# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Defendants have moved for reconsideration of the Court's Order to Show Cause. (Doc. 2396)  The Court will provide Plaintiffs an opportunity to respond.

**IT IS ORDERED** that Plaintiffs may respond to Defendants' Motion for Reconsideration within 14 days of the date of this Order.

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Excess Pages.  (Doc. 2393)

**IT IS FURTHER ORDERED** granting the parties Stipulation for Extension of Time.  (Doc. 2397)  Plaintiffs' reply shall be due November 6, 2017.

Dated this 25th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge