**2:12-cv-00601-DKD** Parsons et al v. Ryan et al
David K Duncan, presiding
**Date filed:** 03/22/2012
**Date terminated:** 02/25/2015
**Date of last filing:** 10/19/2017

# Attorneys

**Maya Stock Abela**
Arizona Center for Disability Law - Tucson,
AZ
177 N Church Ave., Ste. 800
Tucson, AZ 85701
520-327-9547
520-884-0992 (fax)
mabela@azdisabilitylaw.org
  *Assigned: 05/06/2016*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Nicholas Daniel Acedo**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
NAcedo@strucklove.com
  *Assigned: 05/23/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*


**Richard Pratt**
*(Defendant)*

**James Anthony Ahlers**
Perkins Coie LLP - Phoenix, AZ
P.O. Box 400
Phoenix, AZ 85001-0400
602-351-8268
602-648-7018 (fax)
jahlers@perkinscoie.com
  *Assigned: 03/22/2012*
  *TERMINATED: 12/17/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Jennifer Ann Alewelt**
Arizona Center for Disability Law -
Phoenix, AZ
5025 E Washington St., Ste. 202
Phoenix, AZ 85034
602-274-6287
602-274-6779 (fax)
jalewelt@azdisabilitylaw.org
 *Assigned: 03/22/2012*
 *TERMINATED: 01/07/2014*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Amir Q Amiri**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939
415-875-5700 (fax)
aamiri@jonesday.com
 *Assigned: 03/17/2014*
 *TERMINATED: 04/20/2017*

representing

**Charlotte Wells**
*(Plaintiff)*


**Christina Verduzco**
*(Plaintiff)*


**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Daniel Clayton Barr**            representing    **Charlotte Wells**
Perkins Coie LLP                                   *(Plaintiff)*
PO Box 400
Phoenix, AZ 85001-0400
602-351-8085
602-648-7085 (fax)

DBarr@perkinscoie.com
*Assigned: 03/22/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Timothy James Bojanowski**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
480-420-1696 (fax)
tbojanowski@strucklove.com
  *Assigned: 05/23/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Mark Allen Bracken**
Struck Wieneke & Love PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
mbracken@rbch.net
  *Assigned: 10/31/2016*
  *TERMINATED: 12/19/2016*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Kevin Brantley**
Jones Day - Irvine, CA
3161 Michelson Dr., Ste. 800

representing

**Charlotte Wells**
*(Plaintiff)*

Irvine, CA 92612
949-851-3939
949-553-7539 (fax)
kcbrantley@jonesday.com
*Assigned: 09/03/2013*
*TERMINATED: 10/20/2014*
*ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Kathleen E Brody**
ACLU - Phoenix, AZ
P.O. Box 17148
Phoenix, AZ 85011
602-650-1854
602-650-1376 (fax)
kbrody@acluaz.org
*Assigned: 08/08/2016*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Sophia Helena Calderon**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939
415-875-5700 (fax)
scalderon@jonesday.com
*Assigned: 04/23/2012*
*TERMINATED: 06/25/2012*
*ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST

RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Rose Ann Daly-Rooney**
Arizona Center for Disability Law - Tucson, AZ
177 N Church Ave., Ste. 800
Tucson, AZ 85701
520-327-9547
520-884-0992 (fax)
rdalyrooney@azdisabilitylaw.org
  *Assigned: 04/06/2016*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Asim Dietrich**
Arizona Center for Disability Law - Phoenix, AZ
5025 E Washington St., Ste. 202
Phoenix, AZ 85034
602-274-6287
adietrich@azdisabilitylaw.org
  *Assigned: 06/14/2012*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Cathleen Marie Dooley**
Arizona Center for Disability Law - Tucson, AZ
100 N Stone Ave., Ste. 305
Tucson, AZ 85701
520-628-6756
520-628-6765 (fax)
cdooley@azdisabilitylaw.org
  *Assigned: 06/27/2013*
  *TERMINATED: 01/27/2014*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Brenna Lynne Durkin**
Arizona Center for Disability Law - Phoenix, AZ
5025 E Washington St., Ste. 202
Phoenix, AZ 85034
602-274-6287
602-274-6779 (fax)

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

bdurkin@azdisabilitylaw.org
*Assigned: 09/25/2014*
*TERMINATED: 04/06/2016*
*ATTORNEY TO BE NOTICED*


**Kirstin T Eidenbach**
Eidenbach Law PLLC
P.O. Box 91398
Tucson, AZ 85752
520-477-1475
kirstin@eidenbachlaw.com
*Assigned: 03/22/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*


**Christina Verduzco**
*(Plaintiff)*


**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Arizona Center for Disability
Law**
*(Plaintiff)*

**David Cyrus Fathi**
ACLU - Washington DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
202-548-6609
202-393-4931 (fax)
dfathi@aclu.org
  *Assigned: 03/22/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Arizona Center for Disability Law**
*(Plaintiff)*

**Amy B Fettig**
ACLU - Washington DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
2025486608                                    representing          **Charlotte Wells**
202-393-4931 (fax)                                                   *(Plaintiff)*
afettig@aclu.org
    *Assigned: 03/22/2012*
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Ashlee B Fletcher**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
480-420-1695 (fax)
afletcher@strucklove.com
*Assigned: 05/23/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing    **Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Kelly Joyce Flood**
ASU Alumni Law Group
111 E Taylor, Ste. 120
Phoenix, AZ 85004-4467
602-251-3620

representing    **Charlotte Wells**
*(Plaintiff)*

602-251-8055 (fax)
kelly.flood@asualumnilawgroup.org
*Assigned: 05/10/2012*
*TERMINATED: 01/17/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Taylor Freeman**
Jones Day - Houston, TX
717 Texas St., Ste. 3300
Houston, TX 77002
832-239-3939
832-239-3600 (fax)
tfreeman@jonesday.com
  *Assigned: 06/05/2013*
  *TERMINATED: 04/05/2016*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*


**Warren E George**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
410-280-2704 (fax)
wgeorge@prisonlaw.com
 *Assigned: 09/09/2013*
 *TERMINATED: 02/02/2015*
 *ATTORNEY TO BE NOTICED*

representing    **Charlotte Wells**
*(Plaintiff)*


**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Amelia Morrow Gerlicher**
Perkins Coie LLP
2901 N Central Ave
Ste 2000
Phoenix, AZ 85012
602-351-8000
602-648-7156 (fax)
agerlicher@perkinscoie.com
*Assigned: 12/17/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Courtney Rachel Glynn**
Pinal County Attorneys Office
P.O. Box 887
Florence, AZ 85132
520-866-6271
*Assigned: 05/23/2012*
*TERMINATED: 02/06/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Michael Evan Gottfried**
Office of the Attorney General
1275 W Washington St
Phoenix, AZ 85007-2997
602-542-7693
602-542-7670 (fax)
michael.gottfried@azag.gov
*Assigned: 04/19/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**John Howard Gray**                    representing      **Charlotte Wells**
Perkins Coie LLP                                          *(Plaintiff)*
2901 N Central Ave
P O Box 400
Phoenix, AZ 85001-0400
602-351-8092
602-648-7054 (fax)
jhgray@perkinscoie.com
  *Assigned: 03/22/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

                                                         **Christina Verduzco**
                                                         *(Plaintiff)*

                                                         **Desiree Licci**
                                                         *(Plaintiff)*

                                                         **Jackie Thomas**
                                                         *(Plaintiff)*

                                                         **Jeremy Smith**
                                                         *(Plaintiff)*

                                                         **Joseph Hefner**
                                                         *(Plaintiff)*

                                                         **Joshua Polson**
                                                         *(Plaintiff)*

                                                         **Maryanne Chisholm**
                                                         *(Plaintiff)*

                                                         **Shawn Jensen**
                                                         *(Plaintiff)*

                                                         **Sonia Rodriguez**
                                                         *(Plaintiff)*

                                                         **Stephen Oliver Swartz**
                                                         *(Plaintiff)*

Case 2:12-cv-00601-ROS   Document 2402-5   Filed 10/26/17   Page 24 of 64

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Jamie Dennise Guzman**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
480-420-1696 (fax)
jguzman@strucklove.com
  *Assigned: 10/18/2017*
  *ATTORNEY TO BE NOTICED*

representing    **Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Christian Watson Hancock**
Bradley Arant Boult Cummings LLP
100 N Tryon St., Ste. 2690
Charlotte, NC 28202
704-338-6000
chancock@babc.com
  *Assigned: 07/09/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Corizon Health Incorporated**
*TERMINATED: 08/15/2017*
*(Intervenor)*

**Kevin Richard Hanger**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226

representing    **Charles L Ryan**
*(Defendant)*

480-420-1600
480-420-1696 (fax)
khanger@strucklove.com
*Assigned: 03/14/2017*
*ATTORNEY TO BE NOTICED*

**Richard Pratt**
*(Defendant)*

**Alison Hardy**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
510-280-2704 (fax)
ahardy@prisonlaw.com
*Assigned: 03/22/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Ilham A Hosseini**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-875-5809
415-875-5700 (fax)
ihosseini@jonesday.com
*Assigned: 03/26/2012*
*TERMINATED: 06/25/2012*
*ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST

RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**James M Jellison**
Jellison Law Offices PLLC
2020 N Central Ave., Ste. 670
Phoenix, AZ 85004
602-772-5520
602-772-5509 (fax)
jim@jellisonlaw.com
  *Assigned: 09/09/2013*
  *TERMINATED: 09/04/2014*
  *LEAD ATTORNEY*

representing

**Wexford Health Sources Incorporated**
*(Interested Party)*

**Sarah Eve Kader**
Arizona Center for Disability Law - Phoenix, AZ
5025 E Washington St., Ste. 202
Phoenix, AZ 85034
602-274-6287
602-274-6779 (fax)
skader@azdisabilitylaw.org
  *Assigned: 09/21/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Todd Stephen Kartchner**
Fennemore Craig PC - Phoenix, AZ
2394 E Camelback Rd., Ste. 600
Phoenix, AZ 85016
602-916-5000
602-916-5999 (fax)
tkartchn@fclaw.com
  *Assigned: 07/12/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Corizon Health Incorporated**
*TERMINATED: 08/15/2017*
*(Intervenor)*

**Corene T Kendrick**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
510-280-2704 (fax)
ckendrick@prisonlaw.com

representing

**Charlotte Wells**
*(Plaintiff)*

*Assigned: 03/22/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**David C Kiernan**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939
415-875-5700 (fax)
dkiernan@jonesday.com
  *Assigned: 07/23/2012*
  *TERMINATED: 07/26/2012*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*


**Jacob Brady Lee**                    representing    **Charles L Ryan**
Struck Love Bojanowski & Acedo PLC                    *(Defendant)*
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1641
480-420-1696 (fax)
JLee@strucklove.com
    *Assigned: 05/13/2014*
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

Richard Pratt
*(Defendant)*

**Dara Levinson**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-875-5891
415-875-5700 (fax)
daralevinson@jonesday.com
 *Assigned: 08/14/2014*
 *TERMINATED: 04/05/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Rita Katherine Lomio**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
510-280-2704 (fax)
rlomio@prisonlaw.com
*Assigned: 10/18/2016*
*ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*


**Charlotte Wells**
*(Plaintiff)*


**Christina Verduzco**
*(Plaintiff)*


**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Victoria Lopez**
ACLU - Washington DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
202-548-6616
vlopez@aclu.org
  *Assigned: 05/02/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing  **Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Rachel Love**                    representing    **Charles L Ryan**
Struck Love Bojanowski & Acedo PLC              *(Defendant)*
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
480-420-1696 (fax)
RLove@strucklove.com

*Assigned: 09/20/2012*
*ATTORNEY TO BE NOTICED*

**Richard Pratt**
*(Defendant)*

**James Duff Lyall**
ACLU - Phoenix, AZ
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
602-650-1854
602-650-1376 (fax)                    representing    **Charlotte Wells**
jlyall@acluaz.org                                      *(Plaintiff)*
  *Assigned: 03/22/2012*
  *TERMINATED: 07/20/2016*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Kamilla Mamedova**
Jones Day - New York, NY
222 E 41st St.
New York, NY 10017
212-326-3496
212-755-7306 (fax)
kmamedova@jonesday.com
*Assigned: 08/27/2012*
*TERMINATED: 09/07/2012*
*ATTORNEY TO BE NOTICED*

representing          **Arizona Center for Disability
Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**R Scott Medsker**
Jones Day - Washington, DC
51 Louisiana Ave. NW
Washington, DC 20001-2113
202-879-3837
202-626-1700 (fax)
rsmedsker@jonesday.com
*Assigned: 08/03/2012*
*TERMINATED: 08/22/2012*
*ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Jennifer K Messina**
Jones Day - New York, NY
222 E 41st St.
New York, NY 10017
212-326-7833
212-755-7306 (fax)
jkmessina@jonesday.com
*Assigned: 09/04/2012*
*TERMINATED: 09/07/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Caroline N Mitchell**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-875-5712
cnmitchell@jonesday.com
*Assigned: 03/22/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Arizona Center for Disability Law**
*(Plaintiff)*

**Jamelia Natasha Morgan**
ACLU - Washington DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
202-393-4930
202-393-4931 (fax)
jmorgan@aclu.org
   *Assigned: 12/02/2015*
   *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Sara Norman**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
510-280-2704 (fax)
snorman@prisonlaw.com
  *Assigned: 03/22/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Anne Marie Orcutt**                    representing        **Charles L Ryan**
Struck Love Bojanowski & Acedo PLC                          *(Defendant)*
3100 W Ray Rd., Ste. 300

Chandler, AZ 85226
480-420-1617
Anne.Orcutt@sanderssparks.com
*Assigned: 07/26/2012*
*TERMINATED: 08/25/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Pratt**
*(Defendant)*

**Jerica Lyn Peters**
Perkins Coie LLP - Phoenix, AZ
P.O. Box 400
Phoenix, AZ 85001-0400
602-351-8091
602-648-7182 (fax)
jpeters@perkinscoie.com
*Assigned: 02/04/2014*
*TERMINATED: 03/24/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Daniel Joseph Pochoda**
ACLU - Phoenix, AZ
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
602-650-1854
602-650-1376 (fax)
dpochoda@acluaz.org
  *Assigned: 03/22/2012*
  *TERMINATED: 04/04/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Ajmel A Quereshi**
ACLU - Washington DC
915 15th St. NW, 7th Fl.
Washington, DC 20005
202-393-4930
202-393-4931 (fax)
aquereshi@npp-aclu.org
*Assigned: 02/19/2013*
*TERMINATED: 04/24/2015*
*ATTORNEY TO BE NOTICED*

representing

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

Case 2:12-cv-00601-ROS   Document 2402-5   Filed 10/26/17   Page 50 of 64

**Stephen Oliver Swartz**
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Lucy Marie Rand**
Office of the Attorney General - Phoenix
1275 W Washington St.
Phoenix, AZ 85007-2926
602-542-7683
602-542-7670 (fax)            representing    **Charles L Ryan**
Lucy.Rand@azag.gov                            *(Defendant)*
  *Assigned: 12/18/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Richard Pratt**
*(Defendant)*

**Sarah Rauh**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939
415-875-5700 (fax)            representing    **Charlotte Wells**
srauh@jonesday.com                            *(Plaintiff)*
  *Assigned: 06/07/2012*
  *TERMINATED: 10/10/2013*
  *ATTORNEY TO BE NOTICED*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT

P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Timothy Michael Ray**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
tray@strucklove.com
 *Assigned: 09/07/2017*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Jose de Jesus Rico**
Arizona Center for Disability Law - Tucson,
AZ
100 N Stone Ave., Ste. 305
Tucson, AZ 85701
520-327-9547
520-884-0992 (fax)
jrico@azdisabilitylaw.org
 *Assigned: 06/27/2013*
 *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Jill Louise Ripke**
Perkins Coie LLP
PO Box 400
Phoenix, AZ 85012-0400
602-351-8000
602-648-7152 (fax)
jripke@perkinscoie.com
 *Assigned: 03/22/2012*
 *TERMINATED: 12/17/2012*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Douglas E Roberts**
Jones Day - San Francisco, CA
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939
415-875-5700 (fax)
douglasroberts@jonesday.com
  *Assigned: 03/22/2012*
  *TERMINATED: 04/19/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*



**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Jessica Pari Jansepar Ross**
Arizona Center for Disability Law - Tucson, AZ
100 N Stone Ave., Ste. 305
Tucson, AZ 85701
520-327-9547
520-884-0992 (fax)
jross@azdisabilitylaw.org
  *Assigned: 04/08/2014*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability Law**
*(Plaintiff)*

**Thomas Dean Ryerson**
Perkins Coie LLP - Phoenix, AZ
P.O. Box 400
Phoenix, AZ 85001-0400
602-351-8000
602-648-7048 (fax)
tryerson@perkinscoie.com
  *Assigned: 03/22/2012*
  *TERMINATED: 12/17/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*


**Jackie Thomas**
*(Plaintiff)*


**Jeremy Smith**
*(Plaintiff)*


**Joseph Hefner**
*(Plaintiff)*


**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT

P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Donald Specter**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2621
510-280-2704 (fax)
dspecter@prisonlaw.com
  *Assigned: 03/22/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Daniel Patrick Struck**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
dstruck@strucklove.com
  *Assigned: 05/23/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Eun Ae Suh**
Jones Day - Houston, TX
717 Texas St., Ste. 3300
Houston, TX 77002
832-239-3939
832-239-3600 (fax)
ksuh@jonesday.com
  *Assigned: 10/15/2012*
  *TERMINATED: 01/30/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*

**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*

**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*

**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

**Ruth Angela Szanto**
Arizona Center for Disability Law -
Phoenix, AZ
5025 E Washington St., Ste. 202
Phoenix, AZ 85034
602-274-6287
RSzanto@azdisabilitylaw.org
  *Assigned: 03/22/2012*
  *TERMINATED: 07/13/2012*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Arizona Center for Disability
Law**
*(Plaintiff)*

**Richard Michael Valenti**
Struck Love Bojanowski & Acedo PLC
3100 W Ray Rd., Ste. 300
Chandler, AZ 85226
480-420-1600
480-420-1695 (fax)
rvalenti@strucklove.com
  *Assigned: 10/02/2017*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*


**Richard Pratt**
*(Defendant)*

**Katherine Emiko Watanabe**
Office of the Attorney General - Phoenix
1275 W Washington St.
Phoenix, AZ 85007-2997
602-542-7695
602-542-7670 (fax)
Katherine.Watanabe@azag.gov
  *Assigned: 11/09/2012*
  *TERMINATED: 02/03/2015*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Kathleen L Wieneke**
Wieneke Law Group PLC
1095 W Rio Salado Pkwy., Ste. 209
Tempe, AZ 85281
602-715-1986
kwieneke@wienekelawgroup.com
  *Assigned: 05/23/2012*
  *TERMINATED: 08/25/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**John Laurens Wilkes**
Jones Day - Houston, TX
717 Texas St., Ste. 3300
Houston, TX 77002
832-239-3939
832-239-3600 (fax)
jlwilkes@jonesday.com
  *Assigned: 08/20/2012*
  *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*


**Maryanne Chisholm**
*(Plaintiff)*


**Shawn Jensen**
*(Plaintiff)*


**Sonia Rodriguez**
*(Plaintiff)*


**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*


**Ashley Brook Zuerlein**
Office of the Attorney General - Phoenix
1275 W Washington St.
Phoenix, AZ 85007-2926
602-542-7620
602-542-7670 (fax)
Ashley.Zuerlein@azag.gov
  *Assigned: 12/18/2012*
  *TERMINATED: 05/23/2013*

representing

**Charles L Ryan**
*(Defendant)*

**Richard Pratt**
*(Defendant)*

**Matthew Benjamin du Mee**
Perkins Coie LLP - Phoenix, AZ
P.O. Box 400
Phoenix, AZ 85001-0400
602-351-8000
602-648-7028 (fax)
mdumee@azag.gov
 *Assigned: 03/22/2012*
 *TERMINATED: 02/06/2015*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Charlotte Wells**
*(Plaintiff)*

**Christina Verduzco**
*(Plaintiff)*

**Desiree Licci**
*(Plaintiff)*

**Jackie Thomas**
*(Plaintiff)*

**Jeremy Smith**
*(Plaintiff)*

**Joseph Hefner**
*(Plaintiff)*

**Joshua Polson**
*(Plaintiff)*

**Maryanne Chisholm**
*(Plaintiff)*

**Shawn Jensen**
*(Plaintiff)*

**Sonia Rodriguez**
*(Plaintiff)*

**Stephen Oliver Swartz**
*(Plaintiff)*


**Victor Antonio Parsons**
*TERMINATED: 03/06/2013*
*(Plaintiff)*


**Dustin Brislan**
*TERMINATED: 08/07/2014*
*(Plaintiff)*


**Robert Carrasco Gamez, Jr.**
#131401

BUCKEYE-AZ-LEWIS-ASPC-
RAST
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326
*(Plaintiff)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/23/2017 21:34:37 | | | |
| **PACER Login:** | slba3100:3785760:0 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 2:12-cv-00601-DKD |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |