**EXHIBIT 5**

**EXHIBIT 5**



### Kathy Brody • 3rd

Legal Director at American Civil Liberties Union (ACLU) of Arizona

American Civil Liberties Union (ACLU) of Arizona • University of Arizona, James E. Rogers Co…

Phoenix, Arizona • 286

**Send InMail**

## Experience


**Legal Director**
American Civil Liberties Union (ACLU) of Arizona


**Legal Director**
American Civil Liberties Union (ACLU) of Arizona
Aug 2016 – Present • 1 yr 3 mos


**Attorney, Investigations and Criminal Defense**
Osborn Maledon, P.A.
2008 – Jul 2016 • 8 yrs

Litigation, Government and Internal Investigations, Criminal Defense, Lawyer Ethics and Professional Responsibility


**Law Clerk**
Arizona Supreme Court
2007 – 2008 • 1 yr