**EXHIBIT 2**

**EXHIBIT 2**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF NICOLE TAYLOR, Ph.D., J.D., CCHP-MH** |

I, **NICOLE TAYLOR**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am currently the Mental Health Director and a Mental Health Monitor for the Arizona Department of Corrections.

3.      I am responsible for monitoring compliance with mental health performance measures in the *Parsons* Stipulation, including Health Care Performance Measure Nos. 74, 76, and 89.

4.      Performance Measure ("PM") 74 requires all female prisoners be seen by a licensed mental health clinician within five working days of return from a hospital post-partum.

5.      PM 76 requires the initial mental health assessment of an inmate be performed by a licensed mental health staff or that the inmate be seen by a mental health clinician within fourteen days of his or her arrival into ADC.

6.      While the Court's Order regarding the definition of "seen" ordered that group contacts do not count toward compliance, group contacts have never been counted to determine compliance with these measures.

7.      Group contacts are not counted for these measures.  Post-partum women would never be seen in a group setting, and those needing a 14-day follow up after intake would not be assigned to a group within such a short time period.

8.      Prior to the implementation of the "Final Monitor Guide," the methodology for PMs 74 and 76 included the following language:

    a.      "A contact may be documented in multiple electronic entries, including, but not limited to:  individual contact, segregation visit (refusal or lockdown), group note, scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

9.      This language simply advised monitors that contacts *may* be documented in any of the listed entries, including group notes.

10.     While groups have never been counted for PMs 74 and 76, on occasion, a provider will accidently select "group note" from the drop down menu when initiating an individual contact.  To ensure these individual contacts were still captured, we included "group note" in the methodology for these measures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of October, 2017.


*Nicole Taylor, PhD, JD, CCHP-MH*

NICOLE TAYLOR, Ph.D., J.D., CCHP-MH

2