# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2404), and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to Exceed the Page Limit Re: Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring (Doc. 2404).

**IT IS FURTHER ORDERED** directing the Clerk's Office to accept and file Defendants' lodged proposed Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring.

Dated this 30th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge