**EXHIBIT 1**

**EXHIBIT 1**

1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Fletcher, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   Jamie D. Guzman, Bar No. 022095
12 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
13 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
14 Fax:  (480) 420-1696
   dstruck@swlfirm.com
15 rlove@swlfirm.com
   tbojanowski@swlfirm.com
16 nacedo@swlfirm.com
   afletcher@swlfirm.com
17 jlee@swlfirm.com
   khanger@strucklove.com
18 tray@strucklove.com
   rvalenti@strucklove.com
19 jguzman@strucklove.com
   *Attorneys for Defendants*
20

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>             Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>             Defendants. | NO. 2:12-cv-00601-DKD <br><br><br><br><br>**DECLARATION OF KATHLEEN CAMPBELL, MBA, BSN, RN, CCHP-RN** |

I, **KATHLEEN CAMPBELL**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am licensed as a registered nurse in Arizona, Illinois, and Hawaii.

3. I have worked for ADC for ten years, first as a utilization review nurse, then as the statewide Director of Nursing. After healthcare was privatized, I became the clinical lead nurse supervisor and oversaw the audit nurses evaluating contract compliance.

4. Currently, I am the Program Evaluation Administrator (Contract Compliance) with the Health Services Contract Monitoring Bureau for the Arizona Department of Corrections (ADC).

5. In my position, I supervise eight compliance monitors, monitor several statewide performance measures, and provide coverage for other monitors who are out on leave.

6. As part of the CGAR monitoring process, Corizon is able to challenge CGAR findings before they are finalized through the ADC/Corizon rebuttal process.

7. The rebuttal process serves two important functions. First, it operates as a "checks and balances" system to ensure the reported CGAR numbers are accurate. For example, if a monitor reports a non-compliant finding for a particular measure, Corizon has the opportunity to review the underlying records themselves and dispute the reported finding. Such disputes must be supported by specific documentation, i.e., portions of inmate records that were compliant with the measure's requirements. Second, it serves as a teaching tool to educate monitors on mistakes that may be made.

8. The rebuttal process is twofold.

9. Step one occurs at the site level with Corizon personnel where the monitor will discuss the preliminary results with site personnel and allow them an opportunity to research how the result was reached.

10. If site personnel believe there was an inaccuracy or error, they may present their research to the monitor, who may revise the preliminary finding based on the accuracy of the site personnel's research. If, however, the monitor is dissatisfied with the research provided, and believes the preliminary finding is accurate, the preliminary finding will stand.

11. Once the preliminary findings are entered into the CGARs, a second step to the rebuttal process is available.

12. Step two is a formal rebuttal process that occurs between Corizon's regional office and ADC's compliance team (myself, Richard Pratt, and Vanessa Headstream).

13. If Corizon wishes to challenge a finding, they may do so by submitting a Rebuttal Form.

14. The Rebuttal Form includes:
   a. the Performance Measure Number;
   b. the site of the challenged finding, i.e. Lewis, Eyman, etc;
   c. the issue in question;
   d. type of rebuttal, i.e., the sample selection does not meet criteria;
   e. a description of why Corizon disagrees with the finding;
   f. date the rebuttal was submitted to ADC for review;
   g. the date ADC responded;
   h. ADC's finding, i.e., rebuttal accepted or rejected; and
   i. ADC's reasoning for decision.

15. Upon submission of the Rebuttal Form, ADC reviews its contents and decides whether to amend the CGAR based on the information provided by Corizon. If Corizon is correct that a finding should be changed, the finding will be changed.

16. The rebuttal process is collaborative, and assists both Corizon and ADC in ensuring that the CGARs are accurately and appropriately reported.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed this 26 day of October, 2017.

_____
KATHLEEN CAMPBELL

3