WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Order addresses a number of pending motions. Because Plaintiffs withdrew their Motion for Preliminary Injunction, the Court will deny as moot Defendants' motion to seal certain exhibits in support of their response (Doc. 2080). *See* LRCiv. 5.6(e) ("If a request to file under seal is denied in part or in full, the lodged document will not be filed. If the request is denied in full, the submitting party may, within five (5) days of the entry of the order denying the request, resubmit the document for filing in the public record. If the request is denied in part and granted in part, the party may resubmit the document in a manner that conforms to the Court's order and this Rule.") Defendants also moved to seal a document and its exhibits (Docs. 2137, 2138, 2139) and subsequently filed a redacted version of the document that appears to comply with the Ninth Circuit's guidance (Doc. 2140). Accordingly, the Court will grant the motion to seal.

The Court has reviewed the motions by class members Larry Prince, Anant Tripati, James E. Rogers, and Clayton Roy Gatlin (Docs. 2169, 2357, 2391). The Court cannot, however, accept motions from class members unless they are filed by class

counsel. The Court will grant the parties' request to seal certain documents related to Plaintiffs' allegations of retaliation (Docs. 2193, 2203).

**IT IS THEREOFRE ORDERED** that:

(1) Defendants' Motion to Seal (Doc. 2080) is **denied as moot**.

(2) Defendants' Motion to Seal (Doc. 2137) is **granted**.

(3) Larry Prince's Motion to Intervene (Doc. 2169) is **denied**.

(4) Plaintiffs' Motion to Seal (Doc. 2192) is **granted**.

(5) Defendants' Motion to Seal (Doc. 2203) is **granted**.

(6) Anant Tripati's Motion to Seal Declaration (Doc. 2357) is **denied**.

(7) Clayton Roy Gatlin's Motion Request to Improve (Doc. 2391) is **denied**.

Dated this 31st day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge