# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**IT IS ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to Warden Alfred Ramos, ASPC – Tucson, to bring **Brian Creswell (ADC #199771)**, **Cimarron Unit**, to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Wednesday, November 8 at 9:00 a.m., to appear before United States Magistrate Judge David K. Duncan for the purpose of an evidentiary hearing. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the evidentiary hearing to the Arizona Department of Corrections, Cimarron Unit.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO:   Alfred Ramos, Warden
      ASPC - Tucson
      10000 South Wilmot
      Tucson, Arizona 85734

You are commanded to transport Brian Creswell (ADC #199771) to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Wednesday, November 8, 2017 at 9:00 a.m. to appear before United States Magistrate Judge David K. Duncan for the purpose of an evidentiary hearing. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the evidentiary hearing to the Arizona Department of Corrections, Arizona State Prison - Tucson, Cimarron Unit.