# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PROPOSED ORDER GRANTING THEIR MOTION TO ENFORCE THE STIPULATION (DOC. 2362)** |

The Court, having reviewed the Second Stipulation for Extension of Time to Respond to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2362), and good cause appearing, hereby GRANTS the Motion. Defendants shall have up to and including November 3, 2017 to file their response to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2362).