IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Parsons, et al<br><br>    Plaintiffs,<br><br>v.<br><br>Ryan, et al<br><br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**IT IS ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to Alfred Ramos, ASPC Tucson, to bring Brian Creswell, ADC #199771, to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Wednesday, November 8, 2017 at 9:00 AM, to appear before United States Magistrate Judge David K. Duncan for the purpose of a settlement conference.  The Department of Corrections is to maintain custody of the inmate at all times.  The inmate is to be returned at the conclusion of the Settlement Conference to the Arizona Department of Corrections, Cimarron Unit.

Dated this 1st day of November, 2017.

_____
David K. Duncan
United States Magistrate Judge