IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Parsons, et al<br><br>    Plaintiffs,<br><br>v.<br><br>Ryan, et al<br><br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO:   Alfred Ramos, Warden
        ASPC Tucson
        10000 South Wilmot
        Tucson, AZ 85734

You are commanded to transport Brian Creswell, ADC #199771 to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Wednesday, November 8, 2017 at 9:00 AM to appear before United States Magistrate Judge David K. Duncan for the purpose of a Settlement Conference. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the Settlement Conference to the Arizona Department of Corrections, Arizona State Prison, Cimarron Unit.

1  WITNESS the Honorable David K. Duncan, U.S. Magistrate Judge, United States
2  District Court for the District of Arizona, and the Seal of this Court on November 1,
3  2017.

BRIAN D. KARTH, CLERK
United States District Court
District of Arizona

BY: _____
     Deputy Clerk