IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Second Stipulation for Extension of Time to Respond to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2417) and Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Response to Plaintiffs' Statement on the Court's Order Regarding Retaliation (Doc. 2418), and good cause appearing,

**IT IS ORDERED** granting the Second Stipulation for Extension of Time to Respond to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2417).  Defendants shall have up to and including November 3, 2017 to file their response to Plaintiffs' proposed Order Granting their Motion to Enforce the Stipulation (Doc. 2362).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to Exceed the Page Limit Re: Defendants' Response to Plaintiffs' Statement on the Court's Order Regarding Retaliation (Doc. 2418).  The Clerk's Office is directed to accept and file

Defendants' lodged proposed Response to Plaintiffs' Statement on the Court's Order Regarding Retaliation (Doc. 2363).

Dated this 2nd day of November, 2017.

_____
David K. Duncan
United States Magistrate Judge