# EXHIBIT 1

# EXHIBIT 1

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF MICHAEL GIARDINA, ACP** |

I, **MICHAEL GIARDINA, ACP** make the following Declaration:

1. I am over the age of 18 years and am competent to testify to, and have personal knowledge of, the matters set forth in this Declaration.

2. I am a certified paralegal and have also earned the designation of Advanced Certified Paralegal (ACP) in Discovery and E-Discovery. I have over 18 years of experience serving as paralegal.

3. I have worked for Struck Love Bojanowski and Acedo, PLC as a paralegal for over six years and assist on the above-captioned matter.

4. I understand that at the Retaliation Hearing held on September 11, 2017 and continued on September 13, 2017, there was a question concerning discrepancies in the dates of the emails provided as Exhibits 1 and 3-7 (Docs. 2326 and 2327). [9/11/17 Tr. 242:7-13].

5. I reviewed the Exhibits as a result.

6. The Exhibits were produced as a result of email searches and reviews conducted by the Arizona Department of Corrections ("ADC") in connection with on-going discovery in the above-captioned matter.

7. ESI was collected by ADC from their e-mail server, and output in an industry standard format. It was then processed by our vendor, specifically to be de-duplicated, have meta-data and document text extracted to facilitate electronic review, and prepared for loading into Concordance litigation support database, where the documents are viewed, redacted if necessary, and produced in a near-native format using Concordance Native Viewer.

8. Upon review and comparison of the produced images and the original native files for certain e-mail messages, I confirmed that the day of the week that appears on the produced e-mail headers in both the "Sent" and occasionally on the "Mail_Received" does not match the date. In these instances, the day of the week is typically one day later than the date, and is incorrect. I also confirmed that the date which is listed in numeric MM/DD/YYYY format is correct in the original native file, metadata, and appears

correctly on the produced image. Additionally, in the original native file, the seconds for the time the message are sent are rounded to the nearest minute, while in the version produced with Concordance Native Viewer, the exact time (to the second) is displayed for the time the message was sent and received.

9. Noting that the error and confusion with these documents appears to have been generated by the Concordance Native Viewer software, I spoke with a representative of the program on October 31, 2017. The representative was able to replicate the problem on their own equipment and even discovered the problem occurs in their newer product. The issue was submitted to the developers of the program as a "Bug". A true and correct copy of the e-mail Ms. Yarborough sent me on October 31, 2017, containing images of the day of the week from the original native file as well as from the Concordance Native Viewer, and confirming that there is a bug in the program responsible for the discrepancy, is Attachment A to this Declaration.

10. I declare that the discrepancy in the emails produced as Exhibits 1 and 3-7 in the Retaliation Hearing held on September 11, 2017 and continued on September 13, 2017, where the printed day of the week is inconsistent with the date that follows, is a result of a bug in the Concordance Native Viewer software, previously unknown to our office, and not of any manipulation by any employee or representative of the Arizona Department of Corrections, Defendants' counsel, or paralegals assisting Defendants' counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2017.

Michael Giardina, ACP
Advanced Certified Paralegal

2

# ATTACHMENT A

**ATTACHMENT A**

Finalizing.

| | |
|---|---|
| **From:** | LNG-SEA-Concordance Support DF |
| **To:** | Mike Giardina |
| **Subject:** | LexisNexis Ticket # 35-2232 |
| **Date:** | Tuesday, October 31, 2017 10:56:56 AM |

Hi Mike,

I appreciate your patience today while testing and verifying your issue regarding the time difference that is shown on the original email as compared to what is shown in Concordance Native Viewer. I was able to test and repro the same results using the email you provided, see screenshots below. I have made this aware to our Developers and submitted this issue as a Bug. At this time we cannot provide a workaround to resolve your issue, but will hopefully have this issue resolved in 2018. Feel free to contact us again for any further assistance.

**Original:**

**Concordance Native Viewer:**





Dana Yarborough
Sr. Customer Support Rep, CCSA
**LexisNexis** | Legal & Professional

1801 Varsity Drive
Raleigh, NC 27606
Phone: 1.800.833.3346
Email: ConcordanceSupport@LexisNexis.com