1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
2 | 3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
3 | Telephone: (602) 650-1854
Email: kbrody@acluaz.org

4 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
5 | *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
*Desiree Licci, Joseph Hefner, Joshua Polson, and*
6 | *Charlotte Wells, on behalf of themselves and all others*
*similarly situated*
7 |

**[ADDITIONAL COUNSEL LISTED ON**
8 | **SIGNATURE PAGE]**

9 | Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
10 | **ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
11 | Phoenix, Arizona 85034
Telephone: (602) 274-6287
12 | Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org
13 |
*Attorneys for Plaintiff Arizona Center for Disability Law*
14 | **[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**
15 |

16 | UNITED STATES DISTRICT COURT

17 | DISTRICT OF ARIZONA

| | |
|---|---|
| 18  Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |
| 19  Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert | |
| 20  Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on | **PLAINTIFFS' PROPOSED AGENDA FOR THE NOVEMBER 7, 2017 STATUS** |
| 21  behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | **CONFERENCE** |
| 22               Plaintiffs, | |
| 23        v. | |
| 24  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division | |
| 25  Director, Division of Health Services, Arizona Department of Corrections, in their official | |
| 26  capacities, | |
| 27               Defendants. | |
| 28 | |

LEGAL137550329.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the November 7, 2017 status hearing.

1.	The status of the Court's appointment of Mr. Millar to serve as a Rule 706 expert regarding the recruitment and retention of medical and mental health providers.

2.	Errors and improper monitoring methodology in July 2017 CGAR results; the status of Defendants' recalculation of erroneous CGAR scores and preparation of corrected CGAR reports; and disputes in methodology for which the parties are at an impasse.  [Doc. 2368-1 at 2-37 (Ex. A); Doc. 2403 at 1; Declaration of Corene Kendrick "Kendrick Decl."), **Exs. 1-2**]

3.	Errors in documentation of infirmary provider rounds to show compliance with PM 66 at ASPC-Florence in the CGAR reports.  [Kendrick Decl. **Exs. 3-4**]

4.	Defendants' September 2017 CGAR results (not yet provided to Plaintiffs or the Court at the time of this filing), and remediation plans, for:

a.	Performance measures found noncompliant by the Court (Docs. 1583 at 2; Doc. 1709 at 1; Doc. 2030 at 2; Doc. 2403 at 2-3);[1]

b.	Performance measures in the August 28, 2017 Notice of Noncompliance, pending mediation November 28, 2017 (Doc. 2254-1 at 38-41).

5.	Defendants' failure to provide remedial plans for noncompliant measures by October 25, 2017, as ordered by the Court at the October 11, 2017 status hearing (PM 51 at Douglas, Perryville, Yuma; PM 55 at Eyman; PM 91 at Phoenix).  [Doc. 2403 at 3; Doc. 2374-2 at 45; 10/11/17 Hr'g Tr. at 59:13-60:12, 62:8-19, 64:20-65:7, 122:10-123:1; *see* Kendrick Decl., **Ex. 5**]

6.	Testimony from person(s) most knowledgeable regarding additional steps taken to implement and adjust the remedial plans for the following performance measures:

a.	PM 11 (Doc. 2403 at 4; 10/11/17 Hr'g Tr. at 84:7-14; 85:10-86:19);

b.	PM 35 (10/11/17 Hr'g Tr. at 96:17-97:4);

---

[1] The Court has not issued an order regarding substantial noncompliance for PM 15 at Tucson. [*See* Doc. 2403 at 2; 10/11/17 Hr'g Tr. at 44:22-47:21]

LEGAL137550329.1

1      c.  PM 46 (Doc. 2403 at 4; 10/11/17 Hr'g Tr. at 105:7-22, 107:14-23;

2      d.  PMs 50 and 51 (Doc. 2403 at 4; 10/11/17 Hr'g Tr. at 119:20-120:9).

3     7.  Updates on past CGAR findings and/or remedial plans for substantially

4  noncompliant performance measures, as ordered by the Court at the October 11, 2017

5  Status Hearing, including but not limited to:

6      a.  An update on Defendants' investigation into why there were no urgent

7        provider referrals listed at ASPC-Lewis for purposes of PM 40, and any

8        possible re-audit.  [10/11/17 Hr'g Tr. at 100:22-101-12][2]

9      b.  An update on the implementation of remedial plans for PM 42 at Eyman,

10       Florence, Lewis, Perryville, and Tucson; status of employee training;

11       and copies of all policies and training materials.  [Doc. 2374 at 91;

12       Doc. 2403 at 2; 10/11/17 Hr'g Tr. at 50:7-53:21]

13     c.  An update on the causes of substantial noncompliance with PM 45 at

14       Yuma, and the remedial plan.  [10/11/17 Hr'g Tr. at 102:1-16]

15     d.  Defendants' update regarding the eOMIS electronic communiques to

16       remediate noncompliance with PM 47, including whether clarification on

17       the process had been sent to all Facility Health Administrators in light of

18       their conflicting declarations, and counsel for Defendants' promise to

19       provide exemplars of these communiques.  [Doc. 2374-1 at 115-124;

20       Doc. 2403 at 4; 10/11/17 Hr'g Tr. at 108:21-113:10; *see also*

21       Docs. 2072, 2078, 2100, 2146; 9/12/17 Hr'g Tr. at 81:11-82:21; 84:9-

22       85:4]

23     e.  An update on the remedial plans for PM 52 at Eyman, status of

24       employee training, and copies of all policies and training materials.

25       [Doc. 2374-2 at 29-30; Doc. 2403 at 3; 10/11/17 Hr'g Tr. at 61:18-62:7]

26

27     [2] The August CGARs for comparably-sized institutions showed the following number of urgent referrals to providers that were audited: Eyman (30); Florence (17);

28  Tucson (33); Yuma (8).

1    f. An update on the remedial plans for PM 67 at Lewis, status of employee

2     training, and copies of all policies and training materials.  [Doc. 2374-2

3     at 50-54; 10/11/17 Hr'g Tr. at 63:6-64:4]

4    g. An update on the remedial plans for PM 72 at Eyman, status of

5     employee training, and copies of all policies and training materials.

6     [Doc. 2374-2 at 55-56; 10/11/17 Hr'g Tr. at 64:5-20]

7   8. The use of a mental health provider at ASPC-Tucson Santa Rita to provide

8 medical care to class members.  [Kendrick Decl., **Ex. 6**]

9   9. Defendants' update regarding telemedicine for specialty encounters, the

10 status of Corizon negotiations with potential subcontractors including the University of

11 Arizona and Arizona Oncology Network, Plaintiffs' response to Defendants' Report to the

12 Court and Declaration, Plaintiffs' request for information regarding any negotiations or

13 discussions that occurred prior to early October 2017, and Plaintiffs' request for licensure

14 information of the persons providing telemedicine.  [*See id*. **Exs. 7-8**; Doc. 2398; 7/14/17

15 Hr'g Tr. at 25:7-10; 9/12/17 Hr'g Tr. at 187:3-192:14]

16   10. Defendants' failure to produce documents regarding the recent suicides of

17 class members, and any investigation into false statements made by staff in the case of one

18 suicide.  [Kendrick Decl., **Exs. 9-10**]

19   11. Defendants' failure to provide requested discovery and documents.  [*Id*.,

20 **Exs. 11-12**; Doc. 2368-1 at 38-58 (Exs. B-D)]

21   12. Defendants' failure to incorporate language from Dr. Craig Haney regarding

22 random sampling in the Monitoring Guide.  [Kendrick Decl., **Exs. 13-15**]

23   **Fully Briefed Matters Awaiting Decision From the Court:**

24   1. Isolation Sub-Class:  Plaintiffs' revised Proposed Order Granting Plaintiffs'

25 Motion to Enforce the Stipulation (Doc. 2362) and Defendants' Response (to be filed on

26 11/3/17).

27   2. Defendants' Motion for Reconsideration of the Court's October 10, 2017

28 Order to Show Cause.  [Doc. 2373 (Order); Doc. 2396 (Motion); Doc. 2408 (Response)]

1      3.      Defendants' Motion to Terminate Monitoring of Performance Measures.

2 [Doc. 2251 (Motion); Doc. 2338 (Response); Doc. 2407 (Reply)]

3      Respectfully submitted,

4 Dated:  November 3, 2017                **PRISON LAW OFFICE**

5

6                                         By:  *s/ Corene Kendrick*
                                            Donald Specter (Cal. 83925)*
                                            Alison Hardy (Cal. 135966)*
7                                           Sara Norman (Cal. 189536)*
                                            Corene Kendrick (Cal. 226642)*
8                                           Rita K. Lomio (Cal. 254501)*
                                            **PRISON LAW OFFICE**
9                                           1917 Fifth Street
                                            Berkeley, California 94710
10                                          Telephone:  (510) 280-2621
                                            Email:     dspecter@prisonlaw.com
11                                                     ahardy@prisonlaw.com
                                                       snorman@prisonlaw.com
12                                                     ckendrick@prisonlaw.com
                                                       rlomio@prisonlaw.com
13

14                                          *Admitted *pro hac vice*

15                                          David C. Fathi (Wash. 24893)*
                                            Amy Fettig (D.C. 484883)**
16                                          Victoria Lopez (Ill. 6275388)*
                                            **ACLU NATIONAL PRISON
                                            PROJECT**
17                                          915 15th Street N.W., 7th Floor
                                            Washington, D.C. 20005
18                                          Telephone:  (202) 548-6603
                                            Email:     dfathi@aclu.org
19                                                     afettig@aclu.org
                                                       vlopez@aclu.org
20

21                                          *Admitted *pro hac vice*.  Not admitted
                                             in DC; practice limited to federal
                                             courts.
22                                          **Admitted *pro hac vice*

23                                          Kirstin T. Eidenbach (Bar No. 027341)
                                            **EIDENBACH LAW, P.L.L.C.**
24                                          P. O. Box 91398
                                            Tucson, Arizona 85752
25                                          Telephone:  (520) 477-1475
                                            Email:    kirstin@eidenbachlaw.com
26

27

28

LEGAL137550329.1                         -4-

1

2

3

4

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

5

6

7

8

9

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

10

11

12

13

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

14

*Admitted *pro hac vice*

15

16

17

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

18

*Admitted *pro hac vice*

19

20

21

22

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

23

24

25

26

27

28

1

**ARIZONA CENTER FOR DISABILITY LAW**

2

3

By: _s/ Maya Abela_

Sarah Kader (Bar No. 027147)

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202

5

Phoenix, Arizona 85034
Telephone: (602) 274-6287

6

Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

7

8

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

9

Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**

10

**DISABILITY LAW**
177 North Church Avenue, Suite 800

11

Tucson, Arizona 85701
Telephone: (520) 327-9547

12

Email:
   rdalyrooney@azdisabilitylaw.org

13

        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org

14

        mabela@azdisabilitylaw.org

15

_Attorneys for Arizona Center for Disability Law_

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on November 3, 2017, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck
Rachel Love

10

Timothy J. Bojanowski
Nicholas D. Acedo

11

Ashlee B. Fletcher
Jacob B. Lee

12

Kevin R. Hanger
Timothy M. Ray

13

Richard M. Valenti
Jamie D. Guzman

14

STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com

15

rlove@strucklaw.com
tbojanowski@strucklaw.com

16

nacedo@strucklaw.com
afletcher@strucklaw.com

17

jlee@strucklaw.com
khanger@strucklaw.com

18

tray@strucklove.com
rvalenti@strucklove.com

19

jguzman@strucklove.com

20

*Attorneys for Defendants*

21

22

s/ D. Freouf

23

24

25

26

27

28