Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK** |

LEGAL137550945.1

I, Corene Kendrick, hereby declare

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as **Exhibit 1** and <u>filed under seal</u> is a true and correct copy of a letter sent by Defendants' counsel Ashlee Fletcher to Plaintiffs' counsel David Fathi on October 20, 2017, in response to Plaintiffs' October 4, 2017 letter describing errors in the July 2017 CGAR reports (Doc. 2368-1 at 2-37).

3. Attached herein as **Exhibit 2** and <u>filed under seal</u> is a true and correct copy of a letter I sent to Ms. Fletcher on October 24, 2017, regarding errors in the July 2017 CGAR reports. In my letter, I asked Ms. Fletcher to provide copies of corrected CGARs for multiple performance measures by October 31, 2017. As of the time of this declaration, I have not received a response.

4. Attached herein as **Exhibit 3** and <u>filed under seal</u> is a true and correct copy of a letter I sent to Defendants' counsel Tim Bojanowski on October 25, 2017, regarding the ASPC-Florence provider's practices in documenting infirmary rounds to show compliance with PM 66. In my letter, I asked Mr. Bojanowski to provide a response by November 1, 2017. As of the time of this declaration, I have not received a response.

5. Attached herein as **Exhibit 4** and <u>filed under seal</u> is a true and correct copy of a letter I sent to Mr. Bojanowski on November 2, 2017, following up on my October 25 letter (Exhibit 3), giving additional examples of the ASPC-Florence provider's documentation practices and the impact on the accuracy of the CGAR results for the institution for the infirmary performance measures. As of the time of this declaration, I have not received a response.

6. Attached herein as **Exhibit 5** are true and correct copies of two emails sent by Mr. Fathi to Defendants' counsel on October 26 and 30, 2017, requesting the remedial

1  plans that the Court ordered Defendants to produce no later than October 25, 2017.  As of
2  the time of filing this declaration, Defendants have not responded or provided remedial
3  plans.

4        7.     Attached herein as **Exhibit 6** and <u>filed under seal</u> is a true and correct copy
5  of a letter I sent on October 20, 2017 to Mr. Bojanowski regarding medical care being
6  provided at ASPC-Tucson by a mental health provider and an assistant facility health
7  administrator.  In my letter, I asked Mr. Bojanowski to provide Plaintiffs' counsel with
8  additional information regarding this situation by October 27, 2017.  As of the time of this
9  declaration, I have not received a response.

10        8.     Attached here in as **Exhibit 7** and <u>filed under seal</u> is a true and correct copy
11  of a letter I sent on October 20, 2017 to Mr. Bojanowski regarding a medical doctor
12  providing telemedicine services at ASPC-Tucson Santa Rita Unit who is not licensed by
13  that name with the Arizona Medical Board.  In my letter, I asked Mr. Bojanowski to
14  confirm whether this doctor was licensed by the Arizona Board of Medicine to practice in
15  the state, and a complete list of all providers Corizon is currently using to provide
16  telemedicine and each providers' licensure status.  As of the time of this declaration, I
17  have not received a response.

18        9.     Attached herein as **Exhibit 8** is a true and correct copy of a letter I sent to
19  Mr. Bojanowski on October 31, 2017, regarding Defendants' Notice to the Court
20  regarding Corizon's attempts to negotiate with the University of Arizona and other outside
21  entities to provide specialty care via telemedicine (Doc. 2398).

22       10.     Attached herein as **Exhibit 9** and <u>filed under seal</u> is a true and correct copy
23  of a letter Mr. Fathi sent to Defendants' Counsel Lucy Rand on October 19, 2017
24  regarding Defendants' failure to provide mortality documents regarding three class
25  members who committed suicide recently.  As of the time of this declaration, Defendants
26  have not responded or provided the documents.

27       11.     Attached herein as **Exhibit 10** and <u>filed under seal</u> is a true and correct copy
28  of a letter Mr. Fathi sent to Mr. Bojanowski on October 20, 2017 (corrected version on

1  October 23, 2017) requesting all documents reflecting any investigation into false statements made by staff surrounding the circumstances of one class member's suicide. As of the time of this declaration, Defendants have not responded or provided the documents.

12. Attached herein as **Exhibit 11** is a true and correct copy of a letter sent by Defendants' counsel Richard Valenti to Mr. Fathi on October 20, 2017 regarding Defendants' response to Plaintiffs' request for documents. Attached herein as **Exhibit 12** is a true and correct copy of Mr. Fathi's response, dated October 31, 2017.

13. Attached herein as **Exhibit 13** is a true and correct copy of a letter sent by Mr. Fathi to Mr. Bojanowski on September 19, 2017 regarding the Monitoring Guide. Attached herein as **Exhibit 14** is a true and correct copy of a letter sent by Mr. Bojanowski to Mr. Fathi on October 20, 2017 regarding the Monitoring Guide. Attached herein as **Exhibit 15** is a true and correct copy of Mr. Fathi's response on October 27, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 3, 2017, in Berkeley, California.

      s/ Corene Kendrick

**ADDITIONAL COUNSEL**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone:  (832) 239-3939 |
| 4 | Email:    jlwilkes@jonesday.com |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             jross@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklovem.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL137550945.1                    -6-