1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
8  **PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
   **PAGE]**
15

16                    UNITED STATES DISTRICT COURT

17                        DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL134077360.1

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiffs to file their reply briefs to Defendants' responses regarding the removal of HNR boxes (Doc. 2416) and regarding the Court's order on retaliation (Doc. 2419) to November 17, 2017.

A proposed order is attached herein.

Dated November 6, 2017.

**PRISON LAW OFFICE**

By:   s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC.**

By:   s/ Rachel Love
      (with permission)
Daniel P. Struck (Bar No. 012377)
Rachel Love (Bar No. 019881)
Timothy J. Bojanowski (Bar No. 022126)
Nicholas D. Acedo (Bar No. 021644)
Ashlee B. Fletcher (Bar No. 028874)
Jacob B. Lee (Bar No. 030371)
Kevin R. Hanger (Bar No.027346)
Timothy M. Ray (Bar No. 029191)
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone:  (480) 420-1600
Email:   dstruck@ strucklove.com
         rlove@ strucklove.com
         tbojanowski@ strucklove.com
         nacedo@ strucklove.com
         afletcher@ strucklove.com
         jlee@ strucklove.com
         khanger@ strucklove.com
         tray@strucklove.com
Arizona Attorney General Mark Brnovich
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael E. Gottfried (Bar No. 010623)
Lucy M. Rand (Bar No. 026919)
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

LEGAL134077360.1

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| | **EIDENBACH LAW PLLC** |
| 2 | P. O. Box 91398 |
| | Tucson, Arizona 85752 |
| 3 | Telephone:  (520) 477-1475 |
| | Email:       kirstin@eidenbachlaw.com |
| 4 | |
| | Daniel C. Barr (Bar No. 010149) |
| 5 | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| 6 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 7 | Phoenix, Arizona 85012 |
| | Telephone:  (602) 351-8000 |
| 8 | Email:       dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| 9 | jhgray@perkinscoie.com |
| 10 | Kathleen E. Brody (Bar No. 026331) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 11 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 12 | Telephone:  (602) 650-1854 |
| | Email:       kbrody@acluaz.org |
| 13 | |
| | Caroline Mitchell (Cal. 143124)* |
| 14 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 15 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 16 | Email:       cnmitchell@jonesday.com |
| 17 | *Admitted *pro hac vice* |
| 18 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 19 | 717 Texas Street |
| | Houston, Texas 77002 |
| 20 | Telephone:  (832) 239-3939 |
| | Email:       jlwilkes@jonesday.com |
| 21 | |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas;* |
| 24 | *Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner;* |
| 25 | *Joshua Polson; and Charlotte Wells, on behalf of themselves and all others* |
| 26 | *similarly situated* |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
 Sarah Kader (Bar No. 027147)
 Asim Dietrich (Bar No. 027927)
 5025 East Washington Street
 Suite 202
 Phoenix, Arizona 85034
 Telephone:  (602) 274-6287
 Email:   skader@azdisabilitylaw.org
   adietrich@azdisabilitylaw.org

 Rose A. Daly-Rooney
 (Bar No. 015690)
 J.J. Rico (Bar No. 021292)
 Jessica Jansepar Ross
 (Bar No. 030553)
 Maya Abela (Bar No. 027232)
 **ARIZONA CENTER FOR DISABILITY LAW**
 177 North Church Avenue, Suite 800
 Tucson, Arizona 85701
 Telephone:  (520) 327-9547
 Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick

LEGAL134077360.1          -4-