1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **ORDER GRANTING**
10  Hefner; Joshua Polson; and Charlotte Wells, on     **STIPULATION FOR**
    behalf of themselves and all others similarly      **EXTENSION OF TIME TO**
11  situated; and Arizona Center for Disability Law,   **FILE BRIEFS**

12                        Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
16
                          Defendants.
17

18          This Court, having reviewed the Stipulation for Extension of Time to File Briefs,

19  and finding good cause, hereby **GRANTS** the Stipulation.

20          1.      Plaintiffs shall have up to and including November 17, 2017 to file their

21  reply briefs regarding the removal of HNR boxes and the Court's order on retaliation.

22
23
24
25
26
27
28

134077643.1