**EXHIBIT A**

**EXHIBIT A**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF DANIEL P. STRUCK** |

I, **DANIEL P. STRUCK**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am an attorney licensed to practice in the State of Arizona and have practiced in Arizona for 29 years. I am a managing partner of Struck Love Bojanowski Acedo ("Struck Love") and counsel of record for Defendants in *Parsons, et al. v. Ryan, et al*.

3. Attached hereto as Exhibit 1 is a list of all letters generated by Plaintiffs from January 1, 2017 through today's date requiring a response by Defendants.

4. Attached hereto as Exhibit 2 is a list of all motions, statements, and notices filed by the Plaintiffs from January 1, 2017 through today's date requiring a response by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November, 2017.

_____
DANIEL P. STRUCK

**EXHIBIT 1**

**EXHIBIT 1**

| Letters from Plaintiffs Counsel Requiring a Response | Monthly Totals | |
|---|---|---|
| **January** | 16 | |
| 20170111 - LF C. Kendrick re IM Troy Payne | | |
| 20170113 - LF R. Lomio re IM Jonathan Ploof | | |
| 20170117 - LF K. Eidenbach re Feb 2017 tour- Eyman | | |
| 20170117 - LF R. Lomio re IM Billy Tollison | | |
| 20170118 - LF R. Lomio re IM Brian Hunter | | |
| 20170118 - LF R. Lomio re IM Chip Smith | | |
| 20170123 - LF K. Eidenbach re Feb 2017 tour - Safford | | |
| 20170124 - LF D. Fathi re IM Dennis Moore | | |
| 20170127 - LF C. Kendrick re IM Samuel Chamberlain | | |
| 20170127 - LF C. Kendrick re IM Raymond Diaz | | |
| 20170127 - LF C. Kendrick re IM Noel Wickey | | |
| 20170127 - LF C. Kendrick re IM Michael Cohn | | |
| 20170127 - LF C. Kendrick re IM Eric Godoy | | |
| 20170127 - LF C. Kendrick re IM Brent Savage | | |
| 20170127 - LF R. Lomio re IM William Upton | | |
| 20170131 - LF D. Fathi re Notice of Substantial Noncompliance - PMS 51,52,94,98 | | |
| **February** | 17 | |
| 20170203 - LF D. Fathi requesting addl docs re written instructions concerning meaning of seen | | |
| 20170207 - LF R. Lomio re IM Elias Montalvo | | |
| 20170207 - LF C. Kendrick re Eric Rivera | | |
| 20170208 - LF A. Fettig re NOT of Noncompliance re MC PM No. 9 | | |
| 20170209 - LF D. Fathi re prisoners in need of interpretation services | | |
| 20170209 - LF R. Lomio re IM Paul De Los Rios | | |
| 20170209 - LF R. Lomio re IM Luis Martinez | | |
| 20170209 - LF R. Lomio re IM Jonathan Ploof | | |
| 20170209 - LF C. Kendrick re IM Masum Vijan | | |
| 20170214 - LF C. Kendrick re doc requests | | |
| 20170216 - LF R. Lomio re IM Zachary Elliott | | |
| 20170217 - LF A. Fettig to DEFS re Monitoring Guide - Max Custody | | |
| 20170217 - LF D. Fathi re 2-10-17 Monitor Guide | | |
| 20170224 - LF A. Fettig re Use of Force Video Production | | |
| 20170224 - LF A. Hardy re IM James Albritton | | |
| 20170228 - LF R. Lomio re IM Daniel Rogowski | | |
| 20170228 - LF R. Lomio re IM Daniel Rogowski | | |
| **March** | 15 | |
| 20170302 - LF R. Lomio re IM Cesar Ramirez | | |
| 20170310 - LF R. Lomio re IM Efrain Olives | | |
| 20170315 - LF C. Kendrick re IM JD Merrick -  Legal Mail | | |
| 20170315 - LF A. Hardy re IM Carla Sanders | | |
| 20170322 - LF A. Hardy re IM Ricky Napier | | |
| 20170323 - LF D. Fathi re issues w/DEFS Resp to PLFS 02/15/17 DOC REQ | | |
| 20170323 - LF D. Fathi re 2016-01 CGAR prod and Response to PLFS 02-15-17 Req for Docs | | |
| 20170324 - LF C. Kendrick re IM Michael Dobson | | |
| 20170324 - LF R. Lomio re IM Johnathan Ploof | | |
| 20170328 - LF C. Kendrick re IM Stevenson McDaniel | | |
| 20170328 - LF C. Kendrick re IM Russell Bailey | | |
| 20170328 - LF C. Kendrick re IM Levi Bodine | | |
| 20170329 - LF C. Kendrick NOT of Noncompliance re HCPMs 6, 12, 15, 20, 24, 42, 49, 51, 55, 59, 67, 69, 72 | | |
| 20170330 - LF D. Fathi re IM Samuel Jobes | | |
| 20170330 - LF D. Fathi re IM Samuel Jobes | | |
| **April** | 11 | |
| 20170405 - LF C. Kendrick re IM Michael Velasquez | | |
| 20170406 - LF C. Kendrick re IM Terry Day | | |
| 20170406 - LF C. Kendrick re IM William Upton | | |
| 20170406 - LF R. Lomio re IM George Overturf | | |
| 20170409 - LF C. Kendrick re IM Michael Schottenbauer | | |
| 20170414 - LF D. Fathi re Monitoring Methodology for PMs 87, 88, 92, 93 | | |
| 20170420 - LF C. Kendrick re IM Noel Wickey | | |
| 20170421 - LF C. Kendrick re IM Scott Barnes | | |
| 20170424 - LF R. Lomio re IM Jon Martin | | |
| 20170426 - LF C. Kendrick re IM Donnie Williams | | |
| 20170428 - LF R. Lomio re IM Michael Dobson | | |

| | | |
|---|---|---|
| **May** | 27 | |
| 20170501- LF C. Kendrick re March 7 2017 HCPMs Monitor Guide Changes | | |
| 20170501 - LF C. Kendrick re IM Omar Jimenez | | |
| 20170501 - LF R. Lomio re IM Brian Hunter | | |
| 20170501 - LF R. Lomio re IM Patrick Mata | | |
| 20170501 - LF R. Lomio re IM Robert Powell | | |
| 20170501 - LF C. Kendrick re IM Russell Bailey | | |
| 20170503 - LF C. Kendrick re DEFS OBJS to PLFs 03/15/17 Mthly Doc Req | | |
| 20170504 - LF C. Kendrick re IM Troy Payne | | |
| 20170505 - LF D. Fathi re monitoring methodology and sample size | | |
| 20170508 - LF C. Kendrick re IM Stephen Swartz | | |
| 20170509 - LF R. Lomio re IM Michael Schottenbauer | | |
| 20170509 - LF K. Eidenbach re agreements reached at 05-09-17 mediation (rcd 05-30-17) | | |
| 20170510 - LF R. Lomio re IM Jasper Clark | | |
| 20170510 - LF R. Lomio re IM Cesar Ramirez | | |
| 20170515 - LF A. Fettig re production of max custody notebooks | | |
| 20170515 - LF D. Fathi re IM Tyson Anderson | | |
| 20170517 - LF C. Kendrick re HNR Boxes | | |
| 20170517 - LF C. Kendrick re IM Kevin Atkinson | | |
| 20170517 - LF C. Kendrick re IM Kenneth Shatzer | | |
| 20170517 - LF C. Kendrick re IM Ricky Stanford | | |
| 20170518 - LF C. Kendrick re IM Jerry Crumb | | |
| 20170523 - LF A. Fettig re production of JAN MC Notebooks - 2nd request | | |
| 20170524 - LF A. Fettig re close custody directions at 5-10-17 HR | | |
| 20170524 - LF C. Kendrick re June Tour of Phoenix | | |
| 20170529 - LF C. Kendrick re IM Kenneth Reed | | |
| 20170530 - LF C. Kendrick re two NL visit policy | | |
| 20170531 - LF C. Kendrick re IM Stephen Schwartz | | |
| **June** | 19 | |
| 20170602 - LF D. Fathi in resp to 5-17-17 LT re monitoring methodology and sample size | | |
| 20170605 - LF C. Kendrick re June 2, 2017 conference call | | |
| 20170606 - LF C. Kenrick re IM Lonnie Hansel | | |
| 20170606 - LF C. Kendrick re IM Lonnie Hansel | | |
| 20170608 - LF R. Lomio re IM Daniel Amato | | |
| 20170612 - LF D. Fathi re PLFS 05-15-17 Doc Req | | |
| 20170612 - LF D. Fathi re PLFS allegations of incomplete prod irt PLFS 05-15-17 | | |
| 20170612 - LF R. Lomio re IM Russell Baile | | |
| 20170614 - LF R. Lomio re IM Eric Soto | | |
| 20170615 - LF R. Lomio re IM Ryan Giroux | | |
| 20170616 - LF C. Kendrick re IM Paul Hernandez | | |
| 20170620 - LF C. Kendrick re IM Joseph Elliot | | |
| 20170620 - LF C. Kendrick re IM Raoul Issac | | |
| 20170622 - Health Services Encounter re IM Jasper Clark | | |
| 20170626 - LF C. Kendrick re possible experts re staffing | | |
| 20170615 - LF R. Lomio re IM Ryan Giroux | | |
| 20170621 - LF J. Finger re IM Matthew Rummel | | |
| 20170627 - LF C. Kendrick re IM JD Merrick | | |
| 20170630 - LF C. Kendrick re IM Edwin Sanchez | | |
| **July** | 23 | |
| 20170703 - LF D. Fathi re DEFS 06-30-17 Rpt re PLFS Prod REQS | | |
| 20170703 - LF R. Lomio re IM Gary Garcia | | |
| 20170703 - LF C. Kendrick re IM Albert Aguilar-Ramirez | | |
| 20170703 - LF C. Kendrick re IM William Upton | | |
| 20170704 - LF C. Kendrick re IM Albert Aguilar- Ramirez | | |
| 20170705 - LF J. Finger re IM JD Merrick - Response | | |
| 20170705 - LF R. Lomio re IM Gerald Ferguson | | |
| 20170707 - LF C. Kendrick re IM LaWayne Mills | | |
| 20170707 - LF C. Kendrick re IM Joseph Whaley | | |
| 20170718 - LF C. Kendrick re IM Nelson Delgado | | |
| 20170718 - LF K. Eidenbach re 07/11/17 mediation agreements | | |
| 20170719 - LF C. Kendrick re IM Daniel Amato | | |
| 20170720 - LF C. Kendrick re list of psychotropic meds | | |
| 20170721 - LF C. Kendrick re IM Shad Knight | | |
| 20170722 - LF C. Kendrick re IM Donnie Matthews | | |
| 20170724 - LF R. Lomio re IM Frank Atwood | | |
| 20170724 - LF C. Kendrick re IM Shanna Rohde | | |
| 20170725 - LF R. Lomio re IM Terry Paterakis | | |
| 20170727 - LF A. Hardy re IM John Womack | | |
| 20170727 - LF C. Kendrick re IM LeRoy Montoya | | |

| | | |
|---|---|---|
| 20170727 - LF C. Kendrick re IM Diego Garcia | | |
| 20170727 - LF C. Kendrick re IM William Upton | | |
| 20170728 - LF C. Kendrick re outstanding issues from July 13-14, 2017 HR | | |
| **August** | 15 | |
| 20170801 - LF D. Fathi re PLFs Requests 18 and 19 | | |
| 20170803 - LF R. Lomio re IM Javier Portillo-Diaz | | |
| 20170803 - LF C. Kendrick re cap of Aug 3 meet and confer | | |
| 20170807 - LF A. Hardy re IM Samuel Vail | | |
| 20170810 - LF R. Lomio re IM Steven Hummert | | |
| 20170811 - LF R. Lomio re IM Clinton Spencer | | |
| 20170814 - LF K. Eidenbach re August Monitoring Tour of ASPC - Perryville | | |
| 20170815 - LF R. Lomio re IM Curtis Smith | | |
| 20170815 - LF C. Kendrick re IM Felipe Rivera | | |
| 20170821 - LF R. Lomio re IM Terry Paterakis | | |
| 20170824 - LF J. Onka re missing documents from MC Notebooks (July 2016-Present) | | |
| 20170828 - LF C. Kendrick re August Notice of Noncompliance re HCPMs | | |
| 20170828 - LF C. Kendrick [revised] re PLFS August NOT of Noncompliance | | |
| 20170831 - LF M. Ackerman- Brimberg re IM Jason Lusian | | |
| 20170831 - LF R. Lomio re IM Gary Garcia | | |
| **September** | 19 | |
| 20170901- LF C. Kendrick to re PM 47 | | |
| 20170905 - LF R. Lomio re IM Jonathan Ploof | | |
| 20170908 - LF R. Lomio re IM Clinton Spencer | | |
| 20170913 - LF A. Hardy re IM Michael Marsh | | |
| 20170913 - LF R. Lomio re IM Tracy Bebley | | |
| 20170919 - LF D. Fathi re revisions to Monitor Guide | | |
| 20170919 - LF A. Hardy re IM Jonathan Ploof | | |
| 20170920 - LF A. Hardy re IM Jose Luis Cardenas | | |
| 20170920 - LF A. Hardy re IM Albert Duval | | |
| 20170920 - LF A. Hardy re IM David Finehout | | |
| 20170921 - LF A. Hardy re IM James Ellsworth | | |
| 20170922 - LF C. Kendrick re IM Brian Hunter | | |
| 20170922 - LF A. Hardy re IM William Upton | | |
| 20170925 - LF A. Hardy re IM Santino Alejandro | | |
| 20170925 - LF A. Hardy re IM John Womack | | |
| 20170927 - LF C. Kendrick re Scope of Study | | |
| 20170927 - LF D. Fathi re document production issues | | |
| 20170928 - LF C. Kendrick re IM Christy Goodwill | | |
| 20170928 - LF C. Kendrick re IM Steven Castillo | | |
| **October** | 23 | |
| 20171002 - LF D. Fathi re production of declarations (open sick call - PLF Req 24) | | |
| 20171004 - LF D. Fathi re July 2017 CGAR Reports | | |
| 20171004 - LF D. Fathi re discovery issues | | |
| 20171004 - LF D. Fathi re PowerPoint Heat Intol | | |
| 20171010 - LF C. Kendrick re IM Thomas Combs | | |
| 20171017 - LF C. Kendrick re IM Michael Selden | | |
| 20171019 - LF C. Kendrick re IM Kelvin Dotson | | |
| 20171019 - LF D. Fathi re missing mortality records | | |
| 20171020 - LF C. Kendrick re Medical Care at Tucson Santa Rita | | |
| 20171020 - LF C. Kendrick re telmed licensure | | |
| 20171020 - LF C. Kendrick re IM Kevin Campbell | | |
| 20171023 - LF D. Fathi re Suicide of IM James Krauss | | |
| 20171024 - LF C. Kendrick re July 2017 CGARs | | |
| 20171025 - LF C. Kendrick re PM 66 Florence | | |
| 20171025 - LF C. Kendrick re IM James Roberts | | |
| 20171025 - LF C. Kendrick re IM Neil Wiles | | |
| 20171025 - LF C. Kendrick re IM Neil Wiles | | |
| 20171025 - LF C. Kendrick re IM James Roberts | | |
| 20171026 - LF C. Kendrick re IM Cheryl Mills | | |
| 20171027 - LF D. Fathi in reponse to 10-20-17 letter re PM 79, 95, intro section | | |
| 20171031 - LF D. Fathi re October 2017 NOT of Noncompliance re PM 77 and 81 | | |
| 20171031 - LF D. Fathi in response to 10-20-17 LT re PLFS Doc Reqs (in FS) | | |
| 20171031 - LF C. Kendrick re UOA Telemedicine Program | | |
| **November** | | |
| 20171102 - LF C. Kendrick re Florence IPC (PM 66) | | |
| 20171103 - LF C. Kendrick re IM Marcus Alvarado | | |
| | **Total for 2017** | **185** |

**EXHIBIT 2**

**EXHIBIT 2**

| Date | Name | Doc. # | Des. |
|---|---|---|---|
| December | | | |
| 20161201 | PLFS MOT to Modify STP under FRCP 60(b)(5) | 1790 | |
| January | | | |
| 20170110 | **PLFS Proposed Agenda for January 11, 2017 Status HR and Status Report (16 listed items)** | 1850 | |
| | DEC of David C. Fathi ISO PLFS Proposed Agenda January 11, 2017 (EXHS 1-7: 17 pgs) | | |
| | DEC of Pablo Stewart ISO PLFS Proposed Agenda January 11, 2017 (EXH 1: 4 pages) | | |
| 20170113 | PLFS MOT to Enforce the Stipulation | 1863 | MOT |
| 20170124 | PLFS Comments re Revised Monitoring Guide and Open Clinic | 1889 | |
| Feburary | | | |
| 20170206 | **PLFS List of Issues for February 8, 2017 Status HR (7 listed items)** | 1921 | |
| | DEC of Amy Fettig ISO PLFS Proposed Agenda for 20170208 Status HR (EXHS 1-5: 18 pgs) | | |
| 20170217 | **PLFS List of Topics and WTS for March 8, 2017 Evidentiary HR (20 listed items)** | 1931 | |
| 20170217 | Notice of Appeal of Order 1910 | 1932 | NAPP |
| 20170223 | PLFS MOT to Enforce the STP re MCPMs 1-3, 5-6, 8 | 1944 | MOT |
| March | | | |
| 20170301 | PLFS MOT and MM ISO MOT for Preliminary Injunction | 1958 | MOT |
| 20170306 | **PLFS Proposed Agenda for March 8, 2017 Status HR and Status Report (5 listed items)** | 1962 | |
| | DEC of Amy Fettig ISO PLFS Proposed Agenda for March 8, 2017 Status HR and Status Report (EXHS 1-2: 30 pgs) | | |
| April | | | |
| 20170414 | **PLFS Proposed Agenda for April 17, 2017 Status HR (9 listed items)** | 2017 | |
| | DEC of David Fathi ISO PLFS Proposed Agenda for April 17, 2017 Status HR (EXHS 1-3: 15 pgs) | 2018 | |
| | DEC of Amy Fettig ISO PLFS Proposed Agenda for April 17, 2017 Status HR (EXHS 1: 15 pgs) | 2019 | |
| May | | | |
| 20170508 | PLFS MOT for Reconsideration of 20170424 Order (Doc. 2030) | 2042 | MOT |
| 20170508 | PLFS STM re Appointment of Special Master or Court Expert | 2043 | STM |
| 20170508 | **PLFS STM re Evidentiary Hearings on Monitoring (15 listed items)** | 2046 | STM |
| | DEC of Corene Kendrick ISO PLFS STM re Evidentiary HRs (EXHS 1-6: 159 pages) | | |
| 20170526 | PLFS MOT for Ext of Time re Dkt. 2067, 2067, 2074 | 2076 | MOT |
| June | | | |
| 20170609 | **PLFS Proposed Agenda for June 14, 2017 (10 listed items)** | 2106 | |
| | DEC of Corene Kendrick ISO PLFS Proposed Agenda for June 14, 2017 Status HR (EXHS 1-4: 29 pgs) | | |
| 20170612 | **PLFS SUP Proposed Agenda for June 14, 2014 Status HR (10 listed items)** | 2107 | |
| | DEC of D. Fathi ISO PLFS SUP Proposed Agenda (EXHS 1-3: 16 pgs) | | |
| 20170623 | PLFS Proposed Language Re Performance Measures Requiring Action Every X Days | 2128 | |
| 20170628 | PLFS STM re Appointment of a Rule 706 Expert (Doc. 2124) | 2133 | STM |
| July | | | |
| 20170705 | PLFS Proposed Language re HCPM 25 | 2149 | |
| 20170710 | PLFS NOT re DEFS Monitoring Methodology for PM 85 | 2160 | NOT |
| 20170710 | **PLFS Proposed Agenda for July 13-14, 2017 Status-Evidentiary HR (11 listed items)** | 2155 | |
| 20170720 | PLFS NOT to the Court of Harassment and Realiation against Witnesses | 2190 | NOT |
| 20170726 | PLFS Response to June 14, 2017 Order re Enforcement of the Stipulation's Performance Measures (Doc. 2124) | 2214 | |
| 20170726 | Findings of Fact and Order | 2214 | |
| August | | | |
| 20170807 | **PLFS Proposed Agenda for August 9, 2017 Status Hearing (11 listed items)** | 2227 | |
| | EXHS 1-5 to PLFS Proposed Agenda (35 pgs) | | |
| 20170817 | **PLFS Proposed Agenda for August 18, 2017 Tel HR re 706 Expert (7 listed items)** | 2237 | |
| | EXH 1 to PLFS Proposed Agenda (EXH 1: 21 pgs) | | |
| 20170825 | PLFS STM re Court Authority to Appoint a Rule 706 Expert | 2250 | STM |
| 20170828 | PLF MOT to Enforce the STP (12-27-16 01-31-17-03-27-17 NNC) | 2253 | MOT |
| 20170831 | PLFS MOT for AYS Fees and Costs | 2265 | MOT |
| September | | | |
| 20170908 | **PLFS Proposed Agenda for September 12, 2017 Status HR (11 listed items)** | 2290 | |
| | DEC of D. Fathi ISO PLFS Proposed Agenda | | |
| | Index and EXHS 1-11 to DEC of D. Fathi (305 pgs) | | |
| October | | | |
| 20171003 | PLFS MOT to Vacate Court Orders | 2360 | MOT |
| 20171004 | PLFS STM Re DEFS Removal of HNR Boxes | 2365 | STM |
| 20171006 | **PLFS Proposed Agenda for October 11, 2017 Status HR (11 listed items)** | 2367 | |
| | DEC of C. Kendrick ISO PLFS Proposed Agenda for October 11, 2017 (EXHS A-D: 58 pgs) | | |

| November | | | |
|---|---|---|---|
| 20171103 | **PLFS Proposed Agenda for November 7, 2017 Status HR (15 listed items)** | 2425 | |
| | DEC of C. Kendrick ISO PLFS Proposed Agenda for November 7, 2017 (EXHS 1-15: 117 pgs) | 2426 | |
| | Index and unsealed EXHS to DEC of C. Kendrick | 2426-01 | |
| | [Unsealed] C. Kendrick Decl EXHS re Doc 2426 | 2428 | |