|   |   |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331)<br>Daniel Pochoda (Bar No. 021979) |
| 2 | **ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013<br>Telephone: (602) 650-1854 |
| 4 | Email: kbrody@acluaz.org<br>        dpochoda@acluaz.org |
| 5 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 9 | **[ADDITIONAL COUNSEL LISTED BELOW]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF JENNIFER ONKA IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES AND COSTS [DOC. 2276]** |

LEGAL137572395.1

1   I, JENNIFER ONKA, declare:

2   1.   I am a paralegal employed by the ACLU National Prison Project. I serve as the lead paralegal in my office for the *Parsons v. Ryan* case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.   In furtherance of Plaintiffs' reply in support of their Motion for Attorneys' Fees and Costs [Doc. 2276], I was asked to review Struck Wieneke & Love, P.L.C.'s ("SWL") invoices for services rendered as counsel to the Defendants, during the time period February 2015 through July 2017. These documents were obtained through a public records request.

3.   Below is a summary chart I compiled based on my review of SWL's invoices. This summary chart was compiled in accordance with Federal Rule of Evidence 1006, is based on true and correct copies of SWL's invoices, and reflects Plaintiffs' reasonable analysis of the contents of those invoices.

| Fees and Expenses | Date of Invoice (Billing Period) |
|---|---|
| $14,856.23 | 3/12/2015 (Feb. 2015) |
| $16,816.83 | 4/17/2015 (Mar. 2015) |
| $16,175.44 | 5/18/2015 (Apr. 2015) |
| $22,135.90 | 6/22/2015 (May 2015) |
| $61,019.28 | 7/14/2015 (June 2015) |
| $25,429.10 | 8/19/2015 (July 2015) |
| $36,416.00 | 9/21/2015 (Aug. 2015) |
| $47,288.10 | 10/22/2015 (Sept. 2015) |
| $35,975.90 | 11/30/2015 (Oct. 2015) |
| $39,131.23 | 12/22/2015 (Nov. 2015) |
| $45,656.00 | 1/26/2016 (Dec. 2015) |
| $39,620.00 | 2/25/2016 (Jan. 2016) |
| $62,317.27 | 3/11/2016 (Feb. 2016) |
| $46,821.02 | 4/11/2016 (Mar. 2016) |
| $26,531.30 | 5/27/2016 (Apr. 2016) |
| $42,692.49 | 6/30/2016 (May 2016) |
| $44,964.22 | 7/14/2016 (June 2016) |
| $50,845.20 | 8/30/2016 (July 2016) |

LEGAL137572395.1

| Fees and Expenses | Date of Invoice (Billing Period) |
|---|---|
| $62,623.69 | 9/29/2016 (Aug. 2016) |
| $49,471.90 | 10/28/2016 (Sept. 2016) |
| $83,113.70 | 11/29/2016 (Oct. 2016) |
| $127,298.54 | 12/20/2016 (Nov. 2016) |
| $105,448.47 | 1/30/2017 (Dec. 2016) |
| $121,535.23 | 2/27/2017 (Jan. 2017) |
| $90,628.11 | 3/27/2017 (Feb. 2017) |
| $134,701.15 | 4/17/2017 (Mar. 2017) |
| $84,076.27 | 5/30/2017 (Apr. 2017) |
| $114,390.02 | 6/29/2017 (May 2017) |
| $96,564.86 | 7/11/2017 (June 2017) |
| **$1,744,543.45** | **Total fees and expenses billed for the period February 2015 – June 2017** |

4.  I attach as **Exhibit A** true and accurate copies of the SWL invoices I reviewed in order to create this summary chart.

I declare under the penalty of perjury that the foregoing is true.

Executed this 6th day of November, 2017 in Washington, D.C.

_____
Jennifer Onka

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email:    jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

LEGAL137572395.1               -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf