# EXHIBIT A

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473  USA
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ  85007-2926

March 12, 2015
Invoice # 54862

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

Contact: Michael Gottfried

For Services Rendered Through  February 28, 2015

| | | |
|---|---|---|
| Previous Balance | | $39,030.94 |
| Payments | | -39,030.94 |
| **Balance Forward** | | **0.00** |
| Current Fees | 14,751.00 | |
| Current Disbursements | 105.23 | |
| **Total Current Charges** | | **14,856.23** |
| | **Total Due** | **$14,856.23** |

## Fee Summary

| <u>Name</u> | <u>Status</u> | <u>Hours</u> | <u>Rate/Hour</u> | <u>Amount</u> |
|---|---|---|---|---|
| Daniel P. Struck | Partner | 16.60 | 195.00 | 3,237.00 |
| Kathleen L. Wieneke | Partner | 0.40 | 195.00 | 78.00 |
| Timothy J. Bojanowski | Partner | 34.50 | 195.00 | 6,727.50 |
| Nicholas D. Acedo | Partner | 13.40 | 195.00 | 2,613.00 |
| Ashlee B. Fletcher | Associate | 2.10 | 0.00 | 0.00 |
| Ashlee B. Fletcher | Associate | 4.20 | 185.00 | 777.00 |
| Anne M. Orcutt | Associate | 3.10 | 0.00 | 0.00 |
| Mark A. Bracken | Associate | 1.50 | 0.00 | 0.00 |
| Mark A. Bracken | Associate | 0.90 | 185.00 | 166.50 |
| Andrea C. Bartles | Paralegal | 1.00 | 0.00 | 0.00 |

**Struck Wieneke & Love, PLC**

| | | | | |
|---|---|---|---|---|
| State of Arizona | | | | March 12, 2015 |
| Re: Parsons, et al. v. ADOC | | | | Invoice # 54862 |
| I.D. 40000-00001 - TJB | | | | Page 2 |

| Andrea C. Bartles | Paralegal | 9.60 | 120.00 | 1,152.00 |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473  USA
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ  85007-2926

April 17, 2015
Invoice # 54970

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

Contact: Michael Gottfried

For Services Rendered Through  March 31, 2015

| | | |
|---|---:|---:|
| Previous Balance | | $14,856.23 |
| Payments | | -14,856.23 |
| **Balance Forward** | | **0.00** |
| Current Fees | 16,730.50 | |
| Current Disbursements | 86.33 | |
| **Total Current Charges** | | **16,816.83** |
| | **Total Due** | **$16,816.83** |

### Fee Summary

| Name | Status | Hours | Rate/Hour | Amount |
|---|---|---:|---:|---:|
| Daniel P. Struck | Partner | 11.40 | 195.00 | 2,223.00 |
| Timothy J. Bojanowski | Partner | 58.30 | 195.00 | 11,368.50 |
| Nicholas D. Acedo | Partner | 2.60 | 195.00 | 507.00 |
| Ashlee B. Fletcher | Associate | 3.20 | 185.00 | 592.00 |
| Michael N. Giardina | Paralegal | 12.60 | 120.00 | 1,512.00 |
| Andrea C. Bartles | Paralegal | 4.40 | 120.00 | 528.00 |



## Struck Wieneke & Love, PLC

3100 West Ray Road | Suite 300
Chandler, AZ  85226-2473
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona                                                          May 18, 2015
Attn: Michael Gottfried                                              Invoice # 55072
1275 W Washington
Phoenix, AZ  85007-2926

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

For Services Rendered Through  April 30, 2015

| | | |
|---|---|---|
| **Balance Forward** | | **16,816.83** |
| Current Fees | 16,099.50 | |
| Current Disbursements | 75.94 | |
| **Total Current Charges** | | **16,175.44** |
| | **Total Due** | **$32,992.27** |



**Struck Wieneke & Love, PLC**

3100 West Ray Road | Suite 300
Chandler, AZ  85226-2473
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona                                                                June 22, 2015
Attn: Michael Gottfried                                                    Invoice # 55189
1275 W Washington
Phoenix, AZ  85007-2926

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

For Services Rendered Through  May 31, 2015

---

| | | |
|---|---:|---:|
| Previous Balance | | $32,992.27 |
| Payments | | -32,992.27 |
| **Balance Forward** | | **0.00** |
| Current Fees | 22,011.50 | |
| Current Disbursements | 124.40 | |
| **Total Current Charges** | | **22,135.90** |
| | **Total Due** | **$22,135.90** |

---



## Struck Wieneke & Love, PLC

3100 West Ray Road | Suite 300
Chandler, AZ  85226-2473
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ  85007-2926

July 14, 2015
Invoice # 55302

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

For Services Rendered Through  June 30, 2015

| | | |
|---|---|---|
| **Balance Forward** | | **22,135.90** |
| Current Fees | 60,599.50 | |
| Current Disbursements | 419.78 | |
| **Total Current Charges** | | **61,019.28** |
| | **Total Due** | **$83,155.18** |



**Struck Wieneke & Love, PLC**

3100 West Ray Road | Suite 300
Chandler, AZ  85226-2473
480-420-1600
Fed.Tax I.D. # 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ  85007-2926

August 19, 2015
Invoice # 55424

Re: Parsons, et al. v. ADOC

ID: 40000-00001 - TJB

Contract #: AG12-0010-087

For Services Rendered Through  July 31, 2015

| | | |
|---|---|---|
| **Balance Forward** | | **83,155.18** |
| Current Fees | 25,398.50 | |
| Current Disbursements | 30.60 | |
| **Total Current Charges** | | **25,429.10** |
| | **Total Due** | **$108,584.28** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

September 21, 2015
**Invoice # 60021**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

  Contract #: AG12-0010-087

**For Services Rendered Through August 31, 2015**

| | |
|---|---:|
| Total Fees | 36,416.00 |
| Total Disbursements | 260.30 |
| **Total Fees and Disbursements** | **$36,676.30** |
| Balance Forward | 108,584.28 |
| Payments Since Last Invoice | -83,155.18 |
| **Amount Due** | **$62,105.40** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

October 22, 2015
**Invoice # 60133**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through September 30, 2015**

| | |
|---|---:|
| Total Fees | 46,501.00 |
| Total Disbursements | 787.10 |
| **Total Fees and Disbursements** | **$47,288.10** |
| Balance Forward | 62,105.40 |
| Payments Since Last Invoice | -25,429.10 |
| **Amount Due** | **$83,964.40** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

November 30, 2015
**Invoice # 60355**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through October 31, 2015**

| | |
|---|---:|
| Total Fees | 35,822.00 |
| Total Disbursements | 153.90 |
| **Total Fees and Disbursements** | **$35,975.90** |
| Balance Forward | 83,964.40 |
| Payments Since Last Invoice | -0.00 |
| **Amount Due** | **$119,940.30** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

December 22, 2015
**Invoice # 60464**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through November 30, 2015**

| | |
|---|---:|
| Total Fees | 38,738.00 |
| Total Disbursements | 393.23 |
| **Total Fees and Disbursements** | **$39,131.23** |
| Balance Forward | 72,652.20 |
| Payments Since Last Invoice | -36,676.30 |
| **Amount Due** | **$75,107.13** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

January 26, 2016
**Invoice # 60495**

ID:    40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through December 31, 2015**

| | |
|---|---:|
| Total Fees | 44,032.50 |
| Total Disbursements | 1,623.50 |
| **Total Fees and Disbursements** | **$45,656.00** |
| Balance Forward | 75,107.13 |
| Payments Since Last Invoice | -75,107.13 |
| **Amount Due** | **$45,656.00** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

February 25, 2016
**Invoice # 60720**

ID:  40000 - 00001 - TJB

Re:  Parsons, et al. v. ADOC

Contract #: AG12-0010-087

**For Services Rendered Through January 31, 2016**

| | |
|---|---:|
| Total Fees | 39,394.50 |
| Total Disbursements | 225.50 |
| **Total Fees and Disbursements** | **$39,620.00** |
| Balance Forward | 45,656.00 |
| Payments Since Last Invoice | -0.00 |
| **Amount Due** | **$85,276.00** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

March 11, 2016
**Invoice # 60818**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through February 29, 2016**

| | |
|---|---:|
| Total Fees | 60,428.00 |
| Total Disbursements | 1,889.27 |
| **Total Fees and Disbursements** | **$62,317.27** |
| Balance Forward | 85,276.00 |
| Payments Since Last Invoice | -45,656.00 |
| **Amount Due** | **$101,937.27** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

April 11, 2016
**Invoice # 60916**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through March 31, 2016**

| | |
|---|---:|
| Total Fees | 46,674.00 |
| Total Disbursements | 147.02 |
| **Total Fees and Disbursements** | **$46,821.02** |
| Balance Forward | 101,937.27 |
| Payments Since Last Invoice | -62,317.27 |
| **Amount Due** | **$86,441.02** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

May 27, 2016
**Invoice # 61101**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through April 30, 2016**

| | |
|---|---|
| Total Fees | 26,101.50 |
| Total Disbursements | 429.80 |
| **Total Fees and Disbursements** | **$26,531.30** |
| Balance Forward | 148,758.29 |
| Payments Since Last Invoice | -148,758.29 |
| **Amount Due** | **$26,531.30** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

June 30, 2016
**Invoice # 61120**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through May 31, 2016**

| | |
|---|---:|
| Total Fees | 42,446.00 |
| Total Disbursements | 246.49 |
| **Total Fees and Disbursements** | **$42,692.49** |
| Balance Forward | 26,531.30 |
| Payments Since Last Invoice | -26,531.30 |
| **Amount Due** | **$42,692.49** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

July 14, 2016
**Invoice # 61250**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through June 30, 2016**

| | |
|---|---:|
| Total Fees | 44,821.50 |
| Total Disbursements | 142.72 |
| **Total Fees and Disbursements** | **$44,964.22** |
| Balance Forward | 42,692.49 |
| Payments Since Last Invoice | -0.00 |
| **Amount Due** | **$87,656.71** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

August 30, 2016
**Invoice # 61448**

ID:    40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through July 31, 2016**

| | |
|---|---|
| Total Fees | 50,788.00 |
| Total Disbursements | 57.20 |
| **Total Fees and Disbursements** | **$50,845.20** |
| Balance Forward | 87,656.71 |
| Payments Since Last Invoice | -87,656.71 |
| **Amount Due** | **$50,845.20** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

September 29, 2016
**Invoice # 61586**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through August 31, 2016**

| | |
|---|---:|
| Total Fees | 61,801.00 |
| Total Disbursements | 822.69 |
| **Total Fees and Disbursements** | **$62,623.69** |
| Balance Forward | 50,845.20 |
| Payments Since Last Invoice | -0.00 |
| **Amount Due** | **$113,468.89** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

October 28, 2016
**Invoice # 61728**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through September 30, 2016**

| | |
|---|---:|
| Total Fees | 49,135.00 |
| Total Disbursements | 336.90 |
| **Total Fees and Disbursements** | **$49,471.90** |
| Balance Forward | 113,468.89 |
| Payments Since Last Invoice | -113,468.89 |
| **Amount Due** | **$49,471.90** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

November 29, 2016
**Invoice # 61861**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

Contract #: AG12-0010-087

**For Services Rendered Through October 31, 2016**

| | |
|---|---:|
| Total Fees | 82,025.50 |
| Total Disbursements | 1,088.20 |
| **Total Fees and Disbursements** | **$83,113.70** |
| Balance Forward | 49,471.90 |
| Payments Since Last Invoice | -49,471.90 |
| **Amount Due** | **$83,113.70** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

December 20, 2016
**Invoice # 61926**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through November 30, 2016**

| | |
|---|---|
| Total Fees | 125,743.00 |
| Total Disbursements | 1,555.54 |
| **Total Fees and Disbursements** | **$127,298.54** |
| Balance Forward | 83,113.70 |
| Payments Since Last Invoice | -83,113.70 |
| **Amount Due** | **$127,298.54** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

January 30, 2017
**Invoice # 62108**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through December 31, 2016**

| | |
|---|---:|
| Total Fees | 102,708.00 |
| Total Disbursements | 2,740.47 |
| **Total Fees and Disbursements** | **$105,448.47** |
| Balance Forward | 127,298.54 |
| Payments Since Last Invoice | -127,298.54 |
| **Amount Due** | **$105,448.47** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

February 27, 2017
**Invoice # 62222**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through January 31, 2017**

| | |
|---|---|
| Total Fees | 120,505.00 |
| Total Disbursements | 1,030.23 |
| **Total Fees and Disbursements** | **$121,535.23** |
| Balance Forward | 105,448.47 |
| Payments Since Last Invoice | -105,448.47 |
| **Amount Due** | **$121,535.23** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona                                          March 27, 2017
Attn: Michael Gottfried                                  **Invoice # 62235**
1275 W Washington
Phoenix, AZ 85007-2926

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through February 28, 2017**

| | |
|---|---:|
| Total Fees | 88,043.00 |
| Total Disbursements | 2,585.11 |
| **Total Fees and Disbursements** | **$90,628.11** |
| Balance Forward | 121,535.23 |
| Payments Since Last Invoice | -121,535.23 |
| **Amount Due** | **$90,628.11** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona                                                April 17, 2017
Attn: Michael Gottfried                                     **Invoice # 62456**
1275 W Washington
Phoenix, AZ 85007-2926


ID:    40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through March 31, 2017**

---

| | |
|---|---:|
| Total Fees | 130,766.00 |
| Total Disbursements | 3,935.15 |
| **Total Fees and Disbursements** | **$134,701.15** |
| Balance Forward | 90,628.11 |
| Payments Since Last Invoice | -90,628.11 |
| **Amount Due** | **$134,701.15** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

May 30, 2017
**Invoice # 62556**

ID:    40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

      Contract #: AG12-0010-087

**For Services Rendered Through April 30, 2017**

| | |
|---|---:|
| Total Fees | 81,215.50 |
| Total Disbursements | 2,860.77 |
| **Total Fees and Disbursements** | **$84,076.27** |
| Balance Forward | 134,701.15 |
| Payments Since Last Invoice | -134,701.15 |
| **Amount Due** | **$84,076.27** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona
Attn: Michael Gottfried
1275 W Washington
Phoenix, AZ 85007-2926

June 29, 2017
**Invoice # 62686**

ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

     Contract #: AG12-0010-087

**For Services Rendered Through May 31, 2017**

| | |
|---|---:|
| Total Fees | 112,866.50 |
| Total Disbursements | 1,523.52 |
| **Total Fees and Disbursements** | **$114,390.02** |
| Balance Forward | 84,076.27 |
| Payments Since Last Invoice | -84,076.27 |
| **Amount Due** | **$114,390.02** |

# Struck Wieneke & Love, PLC

3100 West Ray Road
Suite 300
Chandler, AZ  85226-2473
480-420-1600
Tax ID No. 27-4636337

State of Arizona                                                                        July 11, 2017
Attn: Michael Gottfried                                                    **Invoice # 62708**
1275 W Washington
Phoenix, AZ 85007-2926


ID:   40000 - 00001 - TJB

Re:   Parsons, et al. v. ADOC

         Contract #: AG12-0010-087

**For Services Rendered Through June 30, 2017**

---

Total Fees                                                                               95,240.50

Total Disbursements                                                               1,324.36

**Total Fees and Disbursements**                                     **$96,564.86**

Balance Forward                                                                    114,390.02

Payments Since Last Invoice                                                    -0.00

**Amount Due**                                                                 **$210,954.88**