**EXHIBIT A**

**EXHIBIT A**

# PM 4

*Does the Infirmary maintain a minimum staffing level of 2 RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of 1 RN in the Infirmaries at Perryville and Lewis?*



Above compliance threshold without interruption since September 2016.

# PM 6

*Are provider orders noted daily with time, date, and name of person taking the orders off?*



Above compliance threshold without interruption since April 2017.



# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Eyman**

**September 66%**

*Data points: Sep-16 80%, Oct-16 78%, Nov-16 86%, Dec-16 80%, Jan-17 48%, Feb-17 76%, Mar-17 82%, Apr-17 68%, May-17 66%, Jun-17 62%, Jul-17 64%, Aug-17 70%, Sep-17 66%*

**Basis for non-compliance**

Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within the specified timeframe. The Eyman facility has five housing units where this activity (medication administration) takes place. Prior to August 2017, the facility was staffed with four inventory coordinators (IC), each of whom was integral to the overall performance measured by PM11. It was discovered that four coordinators could not maintain compliant performance levels across five units.

**Corrective Action Plan**

In August of 2017, the number of ICs at Eyman was increased from 4 full-time employees to 5 full-time employees. With this change, an IC is now assigned to each yard so as to provide a dedicated resource (by yard) to process and prepare the medications for timely distribution to patients.

In addition to the foregoing, facility leadership has evaluated and agreed to adopt/implement the medication administration process ("MAP") used by Tucson, a process that has led said facility to exhibit sustainable, compliant performance. The MAP will be tested and fully implemented on or before September 15, 2017. Throughout the testing and implementation process, Site leadership will meet regularly with ADC's Regional Directors of Operations so as to ensure a seamless transition from the current process for the provision of Keep On Person (KOP) medications during pill call.

3

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

Supplemental Information as of October 6, 2017:  Hired five (5) replacement nurses on August 14, 2017.

*Supplemental Corrective Action Plan as of November 6, 2017:*

1. *Inmate is seen by the provider or medication is ordered from chart check.*

2. *Provider orders the patient a formulary medication in eOMIS no later than 1400.*

3. *If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow; the provider will notify the nurse.*
   a. *If medication is a medication on a Provider card (PCard) the provider will dispense the PCard and document disbursement in eOMIS.*
   b. *If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.*
   c. *If medication is not available with PCard or clinic stock the nurse will notify the site leader for approval of utilizing the back-up pharmacy.*
      i. *Courier or assigned person goes and picks up medication at the back-up pharmacy.*
      ii. *Medication is given to nurse to administer.*
      iii. *Nurse Administers medication and documents in eOMIS.*
      iv. *If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.*
         1. *Once the inmate is located, the nurse administers medication and documents in eOMIS.*

4. *If medication is ordered as routine, meds arrive the very next business day.*

5. *Pharmacy receives medication and checks medication against manifest.*

6. *Pharmacy delivers medications to the units and places medications in the blue bins on the same day medication is received.*

7. *Pharmacy staff will email ADON of unit that medication has been delivered to unit in blue bins.*

8. *Nurse will collect medication and administer medication same day.*

9. *Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.*
   a. *If there are any patients that meds indicate Day 2 of not received medications The Lead IC emails the unit ADON, DON, AFHA, FHA.*

4

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**b.**  **Leadership calls yard nurse to administer meds or assigns resources to complete administration.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since October 2016, with the exception of July 2017.

**Basis for non-compliance**
Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. The Florence compound is comprised of multiple housing units including an outlying unit, referred to as the "Globe," which is the area that these findings relate to. Upon reviewing the findings, it was apparent the proper procedure for receiving new inmate medications was not adhered to. More specifically, the first step in the receiving process that requires all new medications to be scanned into the electronic tracking system was inadvertently omitted. Because this critical step was inadvertently omitted, there was a lack of evidence that medications had been received, even though they had been successfully administered.

**Corrective Action Plan**
A complete process workflow has been modeled and documented. This documentation is to include a visual flow chart, an accompanying checklist of events to be performed and identification as to whom is to perform them with a narrative description of the process. These aids will facilitate training and accountability for each step of the process.

The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

accountability and deliberate action.  All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.
   a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).
   b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).
   c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).
   d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).
      i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.
      ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).
      iii. Nurse administers the medication and documents the same in eOMIS (Day Two).
      iv. If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.
         1. Once the inmate is located, the nurse administers medication and documents in eOMIS.
4. If medication is order is filled as routine, meds arrive the very next business day (Day two).
5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.
6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).
7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.
8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.
9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

# PM 11
*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

    a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe

    b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

*Supplemental Corrective Action Plan as of November 6, 2017:*

1. *Inmate is seen by the provider or medication is ordered from chart check.*

2. *Provider orders the patient a formulary medication in eOMIS no later than 1400.*

3. *If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow; the provider will notify the nurse.*
       a. *If medication is a medication on a Provider card (PCard) the provider will dispense the PCard and document disbursement in eOMIS.*
       b. *If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.*
       c. *If medication is not available with PCard or clinic stock the nurse will notify the site leader for approval of utilizing the back-up pharmacy.*
           i. *Courier or assigned person goes and picks up medication at the back-up pharmacy.*
           ii. *Medication is given to nurse to administer.*
           iii. *Nurse Administers medication and documents in eOMIS.*
           iv. *If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.*
               1. *Once the inmate is located, the nurse administers medication and documents in eOMIS.*

4. *If medication is ordered as routine, meds arrive the very next business day.*

5. *Pharmacy receives medication and checks medication against manifest.*

6. *Pharmacy delivers medications to the units and places medications in the blue bins on the same day medication is received.*

7. *Pharmacy staff will email ADON of unit that medication has been delivered to unit in blue bins.*

8. *Nurse will collect medication and administer medication same day.*

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

9. **Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.**

   a. **If there are any patients that meds indicate Day 2 of not received medications The Lead IC emails the unit ADON, DON, AFHA, FHA.**

   b. **Leadership calls yard nurse to administer meds or assigns resources to complete administration.**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for non-compliance**

Newly-prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Within the Lewis facility, there has been difficulty meeting this performance measure when medications are not readily available on the housing units or within the compound at all.

**Corrective Action Plan**

The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action.  All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock; the provider will notify the nurse immediately.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

    a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).

    b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).

    c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).

    d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).

        i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00PM PST the day after receiving the Site Medical Director's approval.

        ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).

        iii. Nurse administers the medication and documents the same in eOMIS (Day Two).

        iv. If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.

            1. Once the inmate is located, the nurse administers medication and documents in eOMIS.

4. If medication is order is filled as routine, meds arrive the very next business day (Day two).

5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.

6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).

7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.

8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.

9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

    a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe

    b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

***Supplemental Corrective Action Plan as of November 6, 2017:***

*1.*     ***Inmate is seen by the provider or medication is ordered from chart check.***

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

2. *Provider orders the patient a formulary medication in eOMIS no later than 1400.*

3. *If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow; the provider will notify the nurse.*
   a. *If medication is a medication on a Provider card (PCard) the provider will dispense the PCard and document disbursement in eOMIS.*
   b. *If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.*
   c. *If medication is not available with PCard or clinic stock the nurse will notify the site leader for approval of utilizing the back-up pharmacy.*
      i. *Courier or assigned person goes and picks up medication at the back-up pharmacy.*
      ii. *Medication is given to nurse to administer.*
      iii. *Nurse Administers medication and documents in eOMIS.*
      iv. *If nurse cannot locate the inmate to administer the medication the unit custody supervisor will be contacted to determine if lock down is needed.*
         1. *Once the inmate is located, the nurse administers medication and documents in eOMIS.*

4. *If medication is ordered as routine, meds arrive the very next business day.*

5. *Pharmacy receives medication and checks medication against manifest.*

6. *Pharmacy delivers medications to the units and places medications in the blue bins on the same day medication is received.*

7. *Pharmacy staff will email ADON of unit that medication has been delivered to unit in blue bins.*

8. *Nurse will collect medication and administer medication same day.*

9. *Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.*
   a. *If there are any patients that meds indicate Day 2 of not received medications The Lead IC emails the unit ADON, DON, AFHA, FHA.*
   b. *Leadership calls yard nurse to administer meds or assigns resources to complete administration.*

**PM 11** *Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Tucson**

**September 87%**

Above compliance threshold without interruption since June 2017.

14

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since at least August 2016.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since at least August 2016.

# PM 12   *Do Medical records contain documentation of refusals or "no shows"?*



Above compliance threshold without interruption from May 2017 through August 2017.

*Supplemental Information as of November 6, 2017:*

*ADONs are tasked with checking compliance with PM 12 daily.  During October 2017, Eyman was down one ADON, who was out on FMLA leave.  She has since returned to the Eyman facility.  Additionally, another ADON was hired and will start work on November 15, 2017.  With the addition of this ADON, Eyman will have 4 ADONs.*

# PM 12   *Do Medical records contain documentation of refusals or "no shows"?*



Above compliance threshold without interruption since April 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since January 2017.

19

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since April 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since May 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since April 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since May 2017.

# PM 13
*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since February 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

25

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since January 2017.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Florence**

**September 92%**

Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since February 2017.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



### Safford

Above compliance threshold without interruption since November 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since May 2016.

33

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



## Winslow

Above compliance threshold without interruption since April 2017.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Yuma**

September **97%**

Above compliance threshold without interruption since May 2016.

35

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

## Eyman



September
**58%**

**Basis for non-compliance (as of October 6, 2017)**

The deficiencies identified for PM 15 are rooted in the absence of a standard procedure for qualified healthcare providers to utilize when a patient refuses his/her medication. To ensure compliance with PM 15, qualified healthcare providers must make an appropriate entry on the Medication Refusal Log, complete and scan a Medication Refusal Form into eOMIS, counsel the patient in each instance, and document in eOMIS that the patient has been appropriately counseled as to the risks and dangers associated with refusing to take his/her medication.

**Corrective Action Plan (as of October 6, 2017)**

To remediate the recent deficiencies for PM 15 at the Eyman, Lewis, and Florence sites, and to maintain compliance at the other sites currently operating without a deficiency, Corizon Health ("Corizon") shall develop and implement a new procedure for the administration of medication, applicable at all sites, that includes specific action steps for qualified healthcare providers to follow in instances when a patient refuses his or her medication. More specifically, for each instance when a patient refuses to take his/her medication, the procedure will require the qualified healthcare provider to: 1) immediately counsel the patient as to the risks associated with refusing to take medications necessary to treat his/her illness, which is required during the encounter; 2) immediately following the encounter, enter the patient's name and information onto the medication refusal log; and 3) before the end of the qualified healthcare providers' shift

36

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

on the day of the encounter, he/she shall obtain, complete, and scan a medication refusal form into eOMIS.

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date"). Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site level qualified healthcare providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that employees have an opportunity to discuss the same. At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon", and in hard copy form upon request. All qualified healthcare provider requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon qualified healthcare providers shall be trained by site leadership (or an appropriate training designee) on the new medication administration procedure. On or after December 1, 2017, Corizon compliance monitors shall review an appropriate sample of medication refusal logs and corresponding eOMIS sections at each site to evaluate and assess compliance with the new procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those qualified healthcare providers associated with the deficiency finding(s).

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



Above compliance threshold without interruption since July 2017.

# PM 15
*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Basis for non-compliance (as of October 6, 2017)**
See Basis for non-compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



Above compliance threshold without interruption since May 2017.

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



Above compliance threshold without interruption since July 2017.

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



Above compliance threshold without interruption since July 2017.

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



Above compliance threshold since August 2017.

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



**Perryville**

**September 91%**

52%, 67%, 62%, 67%, 76%, 89%, 85%, 86%, 85%, 81%, 93%, 97%, 91%

Above compliance threshold without interruption since July 2017.

44

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



Above compliance threshold since August 2017.

# PM 20

*Are medical AIMs entries accurately completed within 3 business days from the entry in the medical record?*



Above compliance threshold without interruption since June 2017.

# PM 24 *Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



Above compliance threshold from April to July 2017.

*Supplemental Information as of November 6, 2017:*
*The 63% compliance rate for Lewis is based in part because the "bag tags," which demonstrate evidence of checking emergency medical response bags daily, were not changed. This resulted in the ADC monitors not giving credit for compliance with PM 24. Also, in one instance, the clavicle splint was not replaced, but the remainder of the emergency medical response bag was compliant.*

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

## PM 27  *Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of October 2016.

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

# PM 27
*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of January 2017.

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06?*



Above compliance threshold without interruption since at least August 2016.

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

53

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

# PM 27

## (Tucson)

## Currently under review by the ADC Monitoring Bureau

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

# PM 27

*Does each ASPC facility conduct monthly CQI meetings, in accordance with NCCHC Standard P‑A‑06?*



Above compliance threshold without interruption since at least August 2016.

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Douglas

Above compliance threshold without interruption since at least August 2016.

**PM 29**   *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016.

59

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016.

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of March 2017 and April 2017.

**PM 29** *Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of November 2016.

**PM 29**

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of June 2017 and July 2017.

**PM 29**
*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016.

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since August 2016, with the limited exception of February 2017 and March 2017.

65

# PM 29

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P‑C‑02?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of March 2017 and July 2017.

66

**PM 29**

*Does each ASPC facility Director of Nursing or designee conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02?*



Above compliance threshold without interruption since at least August 2016.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Eyman**

**September**
**78%**

## Basis for Non-Compliance (All Facilities)

There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered. Individual inmate specific medications are also not always readily available at the arrival facility. Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

## Corrective Action Plan (All Facilities)

To address the overlapping issues and systemic challenges preventing success with this performance measure, a collaborative workgroup was assembled in May of 2017 to address these challenges. This workgroup was comprised of subject matter experts and leadership representatives from both Corizon and Arizona Department of Corrections staff. The following text summarizes the Standard Operating Procedure (SOP) that was produced by this workgroup as a result of their analysis and subsequent recommendations. The initial version of this SOP was published on June 16, 2017 with a revision following on August 6, 2017 based on study of performance. The pilot program then began on August 7, 2017, impacting all facilities.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

A transfer screening is performed by Corizon medical staff on all intersystem transfers to ensure that all patient Keep on Person (KOP) and Direct Observation Therapy (DOT) medications are transferred with and provided to the patient without interruption.

The Complex Accountability Officer at the <u>Sending Facility</u> is responsible for providing a daily list of inmates transferring out of the facility the next day to Corizon Medical records and Health Services Administration.

Once received, a nurse reviews the patient's health record to ensure that the patient is appropriate for transfer.  A Nurse – Transfer – Sending Encounter must be created in the Electronic Offender Management Information System (eOMIS). Additionally, an Intra-System Transfer Form must be added through the Standard Forms Section. The Intra-System Transfer Form is printed from eOMIS to later be placed with the inmate's chart and DOT medications if applicable.

Once a patient has been determined appropriate for transfer, the physical medical chart and DOT medication will be pulled by the Intake Nurse or a Medical Records Liaison and placed in a banker's box. Any DOT medications later pulled by the Intake Nurse are placed in the same box.

For each transferring patient who has prescribed medications in eOMIS, the Intake Nurse (or the Assistant Director of Nursing as the designated backup) at the <u>Sending Facility</u> is required to:

- o Gather all DOT medications from the unit medication room for each inmate with active Drug Prescription Orders on the movement list, and print the Drug prescription Orders list from the eOMIS (showing active medications only). KOP medications must also be labelled.

- o Compare the physically available medications to the active list on Drug Prescription Orders. If medications are not available, make arrangements for next dose administration from clinic stock or back up pharmacy. An explanation must be provided for currently prescribed medications (KOP and DOT) that are not present on the Drug Prescription Order Sheet. For special needs patients, notification must be provided to key individuals, identified on the Intrasystem Transfer Contact List, at the receiving facility. In the event that a patient states that he does not take or does not want any of the medications, a signed refusal form (AZ DOC Form 1101-4) must be completed and the transfer summary will also document the refusal. Refusal forms shall be attached to the transfer summary sheet and scanned at the receiving site within 2 business days. Furthermore, if KOP medications are packed in the inmate's property, an Information Report (IR) must be written. Injectable or temperature

69

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

controlled medications will be forwarded to the receiving facility by the IC LPN.

o   Place DOT and KOP attestation stamps on the printed Active Drug Prescription Order Sheet. The patient must initial next to all KOPs in his possession and also sign the Departure attestation.

o   Review the medication administration schedule for each prescribed DOT and administer any necessary doses prior to the inmate departure.

o   Place all DOT medications in a clear, sealed bag along with the printed Active Drug Prescription Orders sheet for that inmate. Each inmate's medical records and sealed bag of medications shall be placed in a hard-sided plastic tote bin that is sealed with a red tag for each final destination. Records are grouped by complex. Both Corizon staff and an officer shall sign the AZ DOC Discharge and Transfer Sheet (705-6) confirming items are present and sealed. A large "M" will be documented in the top right hand corner of the form to indicate that medications are enclosed in the bin. The bins shall then be placed on the same vehicle as the inmates.

Security staff shall complete an IR for state-wide departures to identify discrepancies in transferred medications.

At the <u>Receiving Facility</u>, the Complex Accountability Officer will provide a daily list of inmates transferring in to the facility the next business day to Corizon Medical Records and Health Services Administration.

The Intake Nurse at the <u>Receiving Facility</u> shall unpack the inmate patient's DOT medication bags from the totes. The Intake Nurse will then compare the contents of the bag to the Drug Prescription Orders sheet that indicates active medications. Each inmate patient is required to sign the inmate Drug Prescription Order sheet to indicate all of their medications are present.  If a patient refuses to sign then the box must be checked indicating a refusal to sign. Upon discovery of any missing medications, the Intake Nurse shall notify site leadership (e.g., AFHA, FHA, ADON, DON, etc.) to coordinate immediate procurement of needed medications. The Intake Nurse will also review the medication administration schedule for each medication and administer any necessary doses at the time of arrival. The Intake Nurse will then release patients with their KOP medications and stock DOT medications.

Security staff shall complete an IR for Statewide arrivals to identify discrepancies in transferred medications. The Transfer Summary sheet is also scanned into eOMIS. Inmate patients who are received from Alhambra designated as condemned (Death Row)

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

or Enhanced Housing inmates will be taken directly to the Browning unit to have the full

intake process completed. This patient will not have medications as they will be directly received from a county jail, therefore no medical records or medications will travel with these patients.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

## Florence



**Basis for Non-Compliance**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
See Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



Above compliance threshold in August 2017 and September 2017.

**Basis for Non-Compliance**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
See Corrective Action Plan for Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



Above compliance threshold without interruption since June 2017.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



Above compliance threshold without interruption since July 2017.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



Above compliance threshold in September 2017.

**Basis for Non-Compliance**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
See Corrective Action Plan for Eyman.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since December 2016.

77

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since January 2017.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since January 2017, with the exception of May 2017.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Perryville**

**September 97%**

Above compliance threshold without interruption since December 2016.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since November 2016.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since at least August 2016.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since December 2016.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Douglas**

September **100%**

Above compliance threshold without interruption since at least August 2016.

84

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since March 2017, except for August 2017.

Supplemental Information as of October 6, 2017: Replaced  one (1) MD as of September 15, 2017.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance**

Difficulty in hiring a sufficient number of providers.

**Corrective Action Plan**

Two new providers (a nurse practitioner and a medical doctor) have been hired.  One provider started on September 5, 2017 and the second is scheduled to start on October 2, 2017.  The additional staffing is anticipated to aid in reaching full compliance.   The two new providers will bring the total number of providers to 5, which is an increase of 2 providers compared to the July time frame.

Supplemental Information as of October 6, 2017: Hired two (2) Nurse Practitioners on October 2, 2017. Additionally, hired one (1) MD on October 5, 2017 to replace provider that transferred to Eyman.  Now, there are a total of five (5) providers at this facility.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance**

Lewis has a vacant provider position since January 2017, and had another provider out of the country for three weeks (from August 28, 2017 to September 17, 2017) leading to delays in referrals and provider scheduling.

**Corrective Action Plan**

To remedy issues with meeting compliance levels, Corizon has hired a Site Medical Director who will start work on November 1, 2017, after DOC training has completed. He will work one day per week, until his current employment contract expires in January 2018. In January 2018, he will start full-time.

In the interim, effective August 8, 2017, Corizon hired a locum tenen (a provider who is under a temporary contract to provide services within different geographies) to serve as a provider. The facility also has use of the Regional Medical Director to provide additional care. The Regional Medical Director is on site five (5) days per week. As of September 8, 2017, the Lewis facility is also scheduling all provider referrals within seven, rather than fourteen days, to ensure that the fourteen day window is met.

Supplemental Information as of October 6, 2017: There was a vacancy for the medical director position. Additionally, from August 28, 2017 through September 17, 2017, an MD was out on PTO.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

Corizon has hired a new part-time medical director, who will be on-site on Wednesdays until he completes his contract with prior employer, upon which he will be on-site full-time.

Please note that the Regional Medical Director is on site 2-3 days per week (not 5 days as previously indicated).

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since April 2017.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since at least August 2016.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since January 2017.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since at least December 2016.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



Above compliance threshold without interruption since May 2017.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



## Lewis

Above compliance threshold without interruption since June 2017.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



Above compliance threshold without interruption since March 2017.

# PM 42  *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for non-compliance (as of October 6, 2017)**
The deficiencies identified for PM 42 are rooted in the absence of a standard procedure for nurses/CNAs to follow when maintaining and managing the Provider and Nurse Encounter Logs ("Logs"), and the follow up encounters that result from the initial patient encounter. For the Logs to be an effective tool in managing sick call encounters, and for follow up scheduling to occur as directed ("Follow Up"), nurses/CNAs must follow a standard procedure that ensures Follow Ups are appropriately scheduled. In conjunction, a policy must be implemented and maintained to prevent any Follow Up from being cancelled or modified, if that action would result in non-compliance.

**Corrective Action Plan (as of October 6, 2017)**
To remediate the recent deficiency for PM 42 at Eyman, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement (or supplement if there is an existing procedure) 1) a procedure for all sites that includes action steps to ensure all Follow Ups resulting from an initial sick call encounter are scheduled and occur within the specific timeframe set out in the order and; 2) a corresponding policy that provides the approval process for the rescheduling, modification and/or cancelling of a Follow Up. For each sick call encounter that results in an order for a Follow Up, the following shall occur: 1) the treating provider (or designee as permitted in the procedure) shall enter the patient's information on the appropriate Log; 2) at the conclusion of the encounter or prior to the end of his/her shift, the provider (or an appropriate scheduling designee as permitted in the procedure) must

96

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

schedule the Follow Up in eOMIS within the timeframe ordered, or, if no timeframe is specified, within 14 days of the initial encounter unless the provider indicates "No Follow Up necessary" in eOMIS; 3) on a daily basis, the an appointed employee shall utilize eOMIS to generate an appointment list for that particular day; 4) on a daily basis, an appointed employee shall review the appointment list and confirm that all Follow Ups are set to occur timely; 5) the modification, rescheduling or cancellation of a Follow Up will not be approved if such action would result in non-compliance with a PM 42 requirement; and 6) an appointed employee shall identify any Follow Up that has been modified, rescheduled or cancelled without approval and immediately elevate that to site leadership so as to allow the subject Follow Up to be rescheduled within the original timeframe ordered.

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new policy and procedure on or before November 1, 2017 ("Effective Date"). Eyman and Florence will begin implementing this new procedure immediately. Prior to the Effective Date, Corizon will communicate the policy and procedure to all site leadership and site level providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that providers have an opportunity to discuss the same.  At all times subsequent to the Effective Date, the policy and procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form at all sites upon request.  All provider requests for a copy of the policy and/or procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon providers shall be trained by site leadership (or an appropriate training designee) on the new Follow Up policy and procedure.  On or after December 15, 2017, Corizon compliance monitors shall review an appropriate sample of entries on the Logs to evaluate and assess compliance with the new policy and procedure.  Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those providers associated with the deficiency finding(s).

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



## Florence

**Basis for Non-compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



Above compliance threshold in September 2017.

**Basis for Non-compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Perryville**

September
**90%**

Above compliance threshold in September 2017.

**Basis for Non-compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



## Douglas

Above compliance threshold without interruption since December 2016.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Eyman**

**September**
**100%**

Above compliance threshold without interruption since June 2017.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



Above compliance threshold since March 2017 with limited exception of June 2017.

**Continued Action Plan**

To ensure ongoing compliance, in early July 2017 the FHA contacted the deputy wardens to stress the importance of the inmate being brought to the Health Unit upon arrival from an offsite appointment, inpatient stay or trip to the emergency department. The FHA reported a strong degree of cooperation from the deputy wardens on this topic. The deputy wardens will ensure this directive is completed with FHA follow up.

Also in early July 2017, each yard Assistant Director of Nursing has also been assigned to identify any inmates that have returned from the hospital or emergency department from the night before and verify that the RFO (return-from-offsite inmate) was completed correctly. Finally, the FHA and Director of Nursing gave instructions to staff in August 2017 that outlines the step-by-step process that staff are to complete, from sending an inmate offsite for a hospital or emergency department trip, to processing their return. This directive was reiterated during a subsequent Nurse Supervisor's meeting in August.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



Above compliance threshold without interruption since March 2017.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



Above compliance threshold without interruption since September 2016.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



Above compliance threshold since July 2017.

**Continued Action Plan**

An additional staff member has been assigned to Central Unit once a week to provide additional support relating to lab draws.  LPNs and RNs will also continue to be offered overtime for additional hours spent assisting with necessary diagnostic services.

106

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Lewis**

**September 91%**

Above compliance threshold without interruption since April 2017.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



Above compliance threshold without interruption since May 2017.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



Above compliance threshold without interruption since August 2016, with the exception of August 2017.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



Above compliance threshold without interruption since May 2017.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Basis for non-compliance (as of October 6, 2017)**
It appears that providers were timely review diagnostic and pathology reports, but were not acting upon them within the time requirements allotted.

**Corrective Action Plan (as of October 6, 2017)**
Corizon added a medical doctor to the Eyman facility on September 15, 2017.

Additionally, Corizon created a "CGAR crosscheck committee" in late September. This committee includes the Site Health Administrator. The committee tracks all improvement tasks related to CGAR performance. The committee has access to an aging/exception report that tracks all diagnostic reports and their age since their receipt at the prison.

*Supplemental Corrective Action Plan as of November 6, 2017:*

*1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**2. Provider reviews their "to do" list in eOMIS every day.**

**3. Provider reviews the diagnostic studies and includes an action verb in the note.**

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

## Florence



Above compliance threshold in July 2017.

*Corrective Action Plan as of November 6, 2017:*

*1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.*

*2. Provider reviews their "to do" list in eOMIS every day.*

*3. Provider reviews the diagnostic studies and includes an action verb in the note.*

113

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



Above compliance threshold in July and September 2017.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



Above compliance threshold in August 2017 and September 2017.

**Basis for non-compliance**
Corizon is still investigating and will supplement at a later date.

**Corrective Action Plan**
A new Site Medical Director has been hired and will begin on September 18, 2017.  It is anticipated that this additional staffing will alleviate any backlog that led to reduced compliance levels.  With the addition of the new Site Medical Director, the number of providers will total nine (9).

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Phoenix**

September **96%**

Above compliance threshold without interruption since July 2017.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



Above compliance threshold since June 2017.

*Corrective Action Plan as of November 6, 2017:*

*1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.*

*2. Provider reviews their "to do" list in eOMIS every day.*

*3. Provider reviews the diagnostic studies and includes an action verb in the note.*

117

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



Above compliance threshold without interruption since August 2016.

*Corrective Action Plan as of November 6, 2017:*

*1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.*

*2. Provider reviews their "to do" list in eOMIS every day.*

*3. Provider reviews the diagnostic studies and includes an action verb in the note.*

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of*



Above compliance threshold without interruption since January 2017, except for limited exception in July 2017.

**Basis for non-compliance**
A provider retired leading to a provider backlog.

**Corrective Action Plan**
After having this job posted for 351 days, a new provider candidate is in the process of having his/her credentials and references checked. Assuming this candidate is approved, it is anticipated that a new provider will be on staff in October 2017 to help alleviate the backlog. An experienced Corizon PRN NP has recently requested to start back on October 1st to perform part time services for Yuma complex.

The providers are reviewing lads and imaging daily and sending a communique to the inmate notifying them if the results were normal or abnormal and then the patient is scheduled to see the provider to discuss abnormal results within 14 days of the request.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



## Douglas

**Basis for non-compliance**

July's sample size was a <u>single</u> inmate. The provider on duty failed to respond in a timely fashion to that single inmate, resulting in a 0% compliance rate. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The provider that failed to comply with this performance measure was terminated. Corizon has also implemented a new communique process, effective late June 2017, as addressed in greater detail below and in Doc. 2294 and Doc. 2296, filed with the Court on September 8, 2017.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Eyman**

September **32%**

**Basis for non-compliance**
Providers are not communicating the results of the diagnostic study within timeframe.

**Corrective Action Plan**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided the information at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

121

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Florence**

**Basis for noncompliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the test results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

After the provider has reviewed the diagnostic study, notated the action taken and printed it, the Assistant Director of Nursing will enter a chart note advising that on the given date the communique was sent to the inmate.  In addition, if the diagnostic study is normal, when the nurse sends the communique to the inmate, he/she will enter a chart note stating that on the given date the communique was sent to the inmate.  The nurse or CNA will call the Site Medical Director for review of any lab results and issue the communique upon review.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



### Lewis

**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June, 2017 to provide for an electronic communique (that indicates whether the test results were normal or abnormal) that is printed and given to the inmate. Medical providers were trained on this change during their provider meeting on August 9, 2017. The Assistant Facility Health Administrator is monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

If an inmate is scheduled for an appointment with a provider to discuss the results of any labs/diagnostic testing, that appointment may not be rescheduled to ensure that the inmate is seen within the seven day timeframe.

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Perryville**

**September 83%**

**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan**

The eOMIS system was upgraded at the end of June, 2017 to provide for an electronic communique (that indicates whether the results were normal or abnormal) that is printed and given to the inmate. Additional training and education was provided to all staff on this change. The Assistant Directors of Nursing are monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



## Continued Action Plan

Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area.  In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

125

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Safford**

Above compliance threshold in August 2017 and September 2017.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Tucson**

**Basis for non-compliance**

Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan**

Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. An inmate can request to see a provider to discuss the results in detail.

**PM 47**    *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



Above compliance threshold without interruption since March 2017, with the exception of August 2017.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Yuma



**Basis for non-compliance**
Currently under review.  Will supplement with complete information.

**Corrective Action Plan**
Each day, when HNRs are processed, the nurse responsible for sick call will fill out the requested communique (that indicates whether the results were normal or abnormal) and give it to the provider to read and sign and then give it to the CNA to scan in to eOMIS. Once input into eOMIS, the communique can be printed and transmitted via facility mail or in person to the requesting inmate. An inmate can request to see a provider to discuss the results in detail.

The Director of Nursing will review the HNR log on a weekly basis to ensure that all requests are timely completed. If any requests have not been resolved, the Director of Nursing will contact the provider or their CNA to ensure that the communiques are transmitted.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Douglas**

September **100%**

Above compliance threshold without interruption since April 2017.

131

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



## Eyman

September **63%**

**Basis for Non-Compliance (as of October 6, 2017)**

The deficiencies identified for PM 49 are rooted in the absence of a standard procedure for the Clinical Coordinator and providers to follow when a specialty service is denied. To ensure compliance with PM 49, the Clinical Coordinator must timely receive and process a denial of specialty services so as to allow the provider adequate time to schedule and inform the patient of the determination. Upon doing so, the provider must also properly document the follow up to the denial in eOMIS.

**Corrective Action Plan (as of October 6, 2017)**

To remediate the recent deficiencies for PM 49 at the Eyman, Florence, and Tuscon sites, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement a new procedure at all sites for processing the denials ("ATP") of specialty services that includes specific action steps for a Clinical Coordinator and provider to follow in instances where an ATP is issued. More specifically, when a patient requires specialty services, the following shall occur: 1) the provider enters a request for consult ("Requests") into eOMIS; 2) regularly, but no less than three times per shift, the Clinical Coordinator will monitor the Consult

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

Request Report to identify all new Requests; 3) for each new Request identified, the Clinical Coordinator shall enter such into CARES and ORC, making certain that an ORC# is assigned to the Request; 4) the Request shall proceed through the UM process via CARES, with the UM then entering a determination in CARES ("Output") and ORC; 5) the Clinical Coordinator shall monitor his/her CARES que for an Output; 6) for all Outputs that are equivalent to an ATP, the Clinical Coordinator shall notify the provider of the ATP via an eOMIS email, within 24 hours of the Output being entered into CARES[1]; 7) within 48 hours of receiving notification of the ATP, the provider must resolve any outstanding issues (i.e., the original Request will be changed from an ATP to an approval) or accept the ATP in eOMIS, and in either case, the provider shall notify the Clinical Coordinator via an email in eOMIS; 8) within 24 hours of receiving an ATP notification from the provider, the Clinical Coordinator shall schedule an appointment for the patient, in no event more than 28 days from the date the ATP was entered into CARES; and 9) on the scheduled appointment date, the provider shall advise the patient of the ATP and document the encounter and counseling in eOMIS.[2]

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date").  Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site level providers via email.  Shortly thereafter, site leadership will present the remedial measure to employees at the appropriate staff meeting so that employees have an opportunity to discuss the same.  At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form (at all sites) upon request.  All provider requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Clinical Coordinators and providers shall be trained by site leadership (or an appropriate training designee) on the new specialty services denial procedure.  On or after December 1, 2017, Corizon compliance monitors shall review an appropriate sample from the Denied Consult Log corresponding eOMIS sections at each site to evaluate and assess compliance with the new procedure.  Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those providers associated with the deficiency finding(s).

---

[1] At this point in the procedure, if the Clinical Coordinator discovers that a patient has been transferred to another facility, he/she shall notify site leadership and the Clinical Coordinator at the new facility so that the process may continue without delay.

[2] Note: To cancel, reschedule or modify an appointment scheduled as a result of this procedure, the provider or requesting party must obtain site leadership's written approval.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

## Florence



**Basis for Non-Compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



Above compliance threshold without interruption since December 2016.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



Above compliance threshold without interruption since January 2017, with the exception of June 2017.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Tucson**

**Basis for Non-Compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Douglas**

Above the compliance threshold without interruption since November 2016.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Eyman**

**September 90%**

**Basis for non-Compliance (as of November 6, 2017)**
**See basis for non-compliance for Florence.**

**Corrective Action Plan (as of November 6, 2017)**
**See Corrective Action Plan for Florence.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



## Florence

September **62%**

**Basis for issues with non-compliance**
The Florence facility had a finite capacity to transport inmates into the community for these services. This capacity was a constraint as it was less than what was required by the number of services needed.

**Corrective Action Plan**
In a collaborative review of local transport services between the Eyman and Florence facilities, it was decided that the transport teams from Eyman and Florence could be centralized to provide a more flexible transport service for the two facilities. There now exists a dedicated/centralized transport control center providing secure transport services to these two facilities. This transport center is comprised of 23 officers across 12 teams at Eyman, combined with 13 officers across 5 teams at Florence and went into place on August 2, 2017. ADC has identified a sergeant to work directly with schedulers from both sites to ensure that appointments are met. The start date for the new procedure was August 14, 2017, at which time the transport teams were combined.

Supplemental Information as of October 6, 2017: It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

*Supplemental Information as of November 6, 2017:*

1. *Workflow begins with the Provider line encounter where it is determine that an offsite consult is needed. The provider writes a consult and includes needed information in eOMIS. Include all supporting documentation (e.g. Labs, past history, x-ray results, physical assessments)*

2. *Clinical Coordinator runs the consult report in eOMIS in the morning and afternoon to view consults written by providers.*
   a. *The Clinical Coordinator enters consult in ORC to obtain an ORC number.*
   b. *The Clinical Coordinator then enters the consult and ORC number into CARES.*
   c. *The Clinical Coordinator enters ORC number into eOMIS.*
   d. *The Clinical Coordinator places a Medical Hold on patient in eOMIS.*

3. *The UM Process begins once the Clinical Coordinator enters the consult into CARES. The UM department will follow the Urgent Request Workflow. UM will have three specific responses:*
   a. *UM Approves Consult and places approval status into CARES within 24 hours.*
   b. *UM suggest Alternative Treatment Plan (ATP) and places the status into CARES within 24 hours. (See Process for PM #49)*
   c. *UM needs more information and places the status and questions into CARES with 24 hours.*

4. *Clinical Coordinator will check CARES in the morning and afternoon each day to determine if the UM department has made a decision regarding pending consults.*
   a. *If a consult is Approved the Clinical Coordinator will schedule off-site consult. The appointment must be scheduled ASAP. If CC specialist resources are exhausted or day 21 is hit, then the CC will notify the DO.*
   b. *If UM suggest an Alternative Treatment Plan, See Process for PM #49.*
   c. *If UM states they Need More Information (NMI) to make a decision, the Clinical Coordinator will notify CNA and Provider who wrote consult or designee to Patient that more information is needed today.*
   d. *If provider needs Patient encounter to obtain needed information, will work with CNA to get patient scheduled immediately.*

5. *Providers enters the information needed for the UM department in eOMIS within the same day.*

141

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

   **a.   Clinical Coordinator must notify UM Department that the needed information has been entered into eOMIS.**

6.   **Clinical Coordinator uses Pentaho report to ensure ATP and NMI consults follow the timeline.**
   **a.   Clinical Coordinator discovers NMI is not entered in timeframe (same day).**
   **b.   Clinical Coordinator notifies FHA and SMD.**
   **c.   SMD & FHA notifies provider to resolve NMI today.**
   **d.   If not done by day 25, escalate to AVP.**
   **e.   If not done by day 28, escalate to VPO.**

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since September 2016, with exception in June 2017 and August 2017.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since March 2017.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since August 2016, with one exception in June 2017.

**Continued Action Plan**

The clinical coordinator is responsible for entering the provider order into eOMIS within 2 days of the encounter, so that it can be approved by UM. The clinical coordinator is responsible for following up daily to schedule all newly-approved appointments as soon as possible, to allow for flexibility with transportation coordination. The Assistant Facility Health Administrator or designee runs reports weekly to monitor the status of all pending appointments and make sure they are being addressed timely if cancelled from the originally scheduled appointment. All inmates with pending off site diagnostic services scheduled are placed on a medical hold until it has been completed so it does not get missed on the receiving yard.

*Supplemental Information as of November 6, 2017:*
*See Corrective Action Plan for Florence.*

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Basis for non-compliance**

See Basis for non-compliance at Florence.

**Corrective Action Plan**

See Corrective Action Plan for Florence.

146

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

## Tucson



**Basis for non-compliance**
See Basis for non-compliance at Florence.

**Corrective Action Plan**
See Corrective Action Plan for Florence.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



Above threshold compliance without interruption since at least August 2016.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Yuma**

**September 100%**

Above threshold compliance without interruption since June 2017.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since February 2017.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance**

The Eyman facility had a turnover on the Clinical Coordinator position which is critical and centric to the processes involved in compliance to this measure. It was also discovered in July 2017 that two of the providers at Eyman did not fully understand the requirements within this performance measure and, beginning in September 2017, are being coached by their leadership.

**Corrective Action Plan**

Starting in the middle of August 2017, a daily meeting is held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, starting in the middle of August 2017, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

Supplemental Information as of October 6, 2017:

It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Supplemental Information as of November 6, 2017:**

1. **Workflow begins with the Provider line encounter where it is determine that an offsite consult is needed. The provider writes a consult and includes needed information in eOMIS. Include all supporting documentation (e.g. Labs, past history, x-ray results, physical assessments)**

2. **Clinical Coordinator runs the consult report in eOMIS in the morning and afternoon to view consults written by providers.**
   a. **The Clinical Coordinator enters consult in ORC to obtain an ORC number.**
   b. **The Clinical Coordinator then enters the consult and ORC number into CARES.**
   c. **The Clinical Coordinator enters ORC number into eOMIS.**
   d. **The Clinical Coordinator places a Medical Hold on patient in eOMIS.**

3. **The UM Process begins once the Clinical Coordinator enters the consult into CARES. The UM department will follow the Urgent Request Workflow. UM will have three specific responses:**
   a. **UM Approves Consult and places approval status into CARES within 5 Days.**
   b. **UM suggest Alternative Treatment Plan (ATP) and places the status into CARES within 48 hours. (See Process for PM #49)**
   c. **UM needs more information and places the status and questions into CARES with 48 hours.**

4. **Clinical Coordinator will check CARES in the morning and afternoon each day to determine if the UM department has made a decision regarding pending consults.**
   a. **If a consult is Approved the Clinical Coordinator will schedule off-site consult. The appointment must be scheduled with 60 days from the day the consult was written. If CC specialist resources are exhausted or day 45 is hit, then the CC will notify the DO.**
   b. **If UM suggest an Alternative Treatment Plan, See Process for PM #49.**
   c. **If UM states they Need More Information (NMI) to make a decision, the Clinical Coordinator will notify CNA and Provider who wrote consult or designee to Patient that more information is needed today.**
   d. **If provider needs Patient encounter to obtain needed information, will work with CNA to get patient scheduled immediately.**

5. **Providers enters the information needed for the UM department in eOMIS within the same day.**
   a. **Clinical Coordinator must notify UM Department that the needed information has been entered into eOMIS.**

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

6. **Clinical Coordinator uses Pentaho report to ensure ATP and NMI consults follow the timeline.**

   a. *Clinical Coordinator discovers NMI is not entered in timeframe (48 hours).*

   b. *Clinical Coordinator notifies FHA and SMD.*

   c. *SMD & FHA notifies provider to resolve NMI today*

   d. *If not done by day 55, escalate to AVP.*

   e. *If not done by day 58, escalate to VPO.*

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Florence**

September **73%**

**Basis for non-compliance**
The Florence facility recently put an emphasis on their urgent referrals. During that time the number of routine specialty consults grew and they were not able to keep up with the volume of demand in scheduling routine consults.

**Corrective Action Plan**
Starting in the middle of August 2017, a daily meeting is being held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, starting in the middle of August 2017, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

Supplemental Information as of October 6, 2017:
It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

***Supplemental Information as of November 6, 2017:***
***See Corrective Action Plan for Eyman.***

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since at least August 2016.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since May 2017.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for Non-Compliance (as of October 6, 2017):**
Currently under review. Will be supplemented.

**Corrective Action Plan (as of October 6, 2017):**
Based on the results of the review, a Corrective Action Plan will be developed. Will be supplemented.

*Supplemental Information as of November 6, 2017:*
*See Corrective Action Plan for Eyman.*

157

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since at least August 2016, with the exception of June 2017 and August 2017.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Tucson**

September **85%**

**Basis for non-compliance**

Similar to urgent consults, the Tucson backlog of routine consults grew to a size greater than the site could schedule within the required timeframes. Further impeding compliance to this performance measure is the capacity of local specialty providers, specifically in the areas of cardiology and urology.

**Corrective action plan**

A complete process workflow was drafted to identify constraints in the process and where capacity needs to be adjusted. Starting in April 2017, it became a requirement for the Clinical Coordinator (CC) to switch from paper tracking to excel spreadsheets so that tracking could be streamlined. Corizon also replaced the person holding the CC position, effective June 1, 2017. The new CC finished training in mid-June, and between July 3, 2017 and July 24, 2017 has since implemented many of the necessary changes that were designed to help track this performance measure.

***Supplemental Information as of November 6, 2017:***
***See Corrective Action Plan for Eyman.***

159

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Winslow**

**September 96%**

Above threshold compliance without interruption since at least August 2016.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since May 2017.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Eyman**

**Basis for non-compliance**
It was discovered in July 2017 that providers had not been reviewing consult reports in the timeframe required by this measure. The Eyman facility also had a turnover in the clinical coordinator position which is critical and centric to the processes involved in compliance to this measure. The turnover extended from July 2017 to September 2017. It was also discovered that two of the providers at Eyman did not fully understand the requirements within this performance measure and are being coached by their leadership.

**Corrective Action Plan**
Starting in September 2017, the following processes were implemented. Aging/exception reports are provided to the providers on a daily basis. The site scheduler reviews receipt of specialist recommendations daily, which are subsequently date stamped and uploaded into the Electronic Medical Record. The review is placed on the providers work list. The scheduler reviews daily to ensure that the provider has completed the review. Between August 2017 through September 2017, the providers were educated that if recommendations come directly to the provider, they should notify the scheduler so the proper procedure can be completed with the review.

Supplemental Information as of October 6, 2017:
To remediate the deficiencies for PM 52 at Eyman, and to maintain compliance at the other sites, Corizon will develop and implement (or supplement if there is an existing

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

procedure) a procedure to ensure Specialty Consults are reviewed and acted upon by the onsite provider within seven calendar days of receipt. The procedure will require the following: 1) upon the patient's return from an approved consult, the Clinical Coordinator will obtain the Specialty Consult (either directly from the patient in paper format or if not available via the patient, the Clinical Coordinator will contact the outside provider and request the same via facsimile); 2) once obtained, and in no case more than eight hours after receipt, the Clinical Coordinator (or his/her designee) will scan the Specialty Consult into eOMIS and documents receipt on the appropriate log; 3) immediately after the log entry is complete, the Clinical Coordinator (or his/her designee) will change the status in eOMIS to "Consult Completed Results Received" and send the provider an email notification of the same in eOMIS; 4) within 48 hours of receiving notification, the Provider will review the Specialty Consult to determine what additional treatment (if any) is necessary and document such in eOMIS; 5) if the additional treatment requires another scheduled patient encounter, the Provider shall submit a consult in eOMIS that notifies the Clinical Coordinator via email in eOMIS within 24 hours of completing Step 4, so that he/she may attend to scheduling the same; 6) on a daily basis, the Clinical Coordinator will monitor the appropriate logs to ensure all Specialty Consults are being processed timely; 7) the Clinical Coordinator will notify the provider ("Follow Up Notification") in eOMIS of any Specialty Consults for which the Processing Deadline will expire within 48 hours or less; 8) in the event the Follow Up Notification does not result in the appropriate processing of a Specialty Consult, and the Processing Deadline is set to expire in 24 hours or less, the Clinical Coordinator will notify site leadership; 9) upon receiving notice as previously described in Step 8, site leadership will engage the provider and ensure the Specialty Consult is reviewed and acted upon in a timely manner.

*Supplemental Information as of November 6, 2017:*

1. *Clinical Coordinator receives the off-site consult report/dictation from the off-site specialty provider.*

2. *Clinical Coordinator date stamps the off-site consult report/dictation when received.*

3. *Clinical Coordinator scans the off-site consult report/dictation into eOMIS and assigns to the originating provider or designee for review.*

4. *The requesting provider reviews off-site consult report/dictation daily.*

5. *The requesting provider or designee documents review of off-site consult report/dictation and completes narrative describing action taken/no action needed.  Provider must sign and date stamps all reviews.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

6.    *If the requesting provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within three (3) days the Clinical Coordinator will then alert the provider /CNA via email on day four.*

7.    *If the originating provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within four (4) days the Clinical Coordinator will then alert the provider /CNA via telephone call on day five (5).*

8.    *If the requesting provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within five (5) days the Clinical Coordinator will then alert the Facility Health Administrator (FHA) and Site Medical Director (SMD) on day six (6) for resolution.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Florence**

September **56%**

**Basis for non-compliance**

Providers are not reviewing the specialty consultation reports within the required timeframe. The Florence facility has experienced decreased provider capacity. In recent months, two providers have left the Florence facility.

**Corrective Action Plan**

On June 1st, 2017, we began monitoring this measure multiple times a week with a report being sent to the providers for follow up in order for them to address their consults within a timely manner.

Additionally, starting on September 1st, 2017, the following process was implemented. The site Clinical Coordinator reviews receipt of specialist recommendations daily, which will be subsequently date stamped and uploaded into the EMR. The review is placed on the providers work list. The Clinical Coordinator reviews daily to ensure that the provider has completed the review. On September 20th in the weekly the provider meeting, this measure was discussed and the providers were re-directed regarding the importance of timely reviews of specialty reports, ATP's and NMI's.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

Supplemental Information as of October 6, 2017:
See updated remediation procedure for Eyman.

***Supplemental Information as of November 6, 2017:***
***See Corrective Action Plan for Eyman.***

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



Above compliance threshold without interruption since December 2016.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Tucson**

**Continued Action Plan**

Providers, CNA/MA and the Clinical Coordinator have been trained on how to pull a consult completed results received report. The providers, CNA/MA, Clinical Coordinator and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and then mark in the action taken section of the consult "consult completed practitioner reviewed." The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report as a double check system that notes are being reviewed in the seven day time frame. Thorough training with a power point on how to run the reports and switch the status to consult completed including the time frames was provided to this site. Additionally, reports are being run at the UM office two times per week.

Supplemental Information as of October 6, 2017:
See updated remediation procedure for Eyman.

***Supplemental Information as of November 6, 2017:***
***See Corrective Action Plan for Eyman.***

168

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Yuma**

September
**59%**

**Basis for non-compliance**

In August 2017, it was discovered that Specialty consultation reports are not being reviewed and acted on by a provider within seven (7) calendar days of receiving the report. The Yuma facility had multiple provider departures in July and August that decreased their capacity to meet the timeframes required by this measure. It was also discovered that the Site Medical Director and at least one other provider misunderstood the requirements of the measure.

**Corrective Action Plan**

Between September 11, 2017 and September 22, 2017, providers and the Clinical Coordinator have been trained on how to pull a consult completed/results received report. Starting on September 25, 2017, the provider and Site Medical Director will pull the report daily Monday through Friday. The provider will review the outside consult notes and indicate that they have been practitioner reviewed. The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report to double check that notes are being reviewed in the seven day time frame. Additionally, the Site Medical Director and the other provider at issue have been educated on the timeframes required by this measure and an emphasis has been placed on meeting these timeframes.

Supplemental Information as of October 6, 2017:
See updated remediation procedure for Eyman.

***Supplemental Information as of November 6, 2017: See Corrective Action Plan for Eyman.***

169

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



Douglas

September **95%**

Above compliance threshold without interruption since at least August 2016.

**170**

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Eyman**

September **70%**

**Basis for non-compliance**

Demand for chronic care appointments outpaced the available resources.

**Corrective Action Plan**

Corizon has hired additional personnel as follows:

- o   A full-time nurse practitioner (NP) in May 2017
- o   A full-time NP in June 2017
- o   A full-time MD on September 15, 2017
- o   A full-time Site Medical Director (SMD) in June 2017

In addition, on as an needed basis, additional personnel are assigned to assist. For example, an additional NP will be working a shift Saturday September 23, 2017 and an additional MD will be working on-site the weekend of September 22–23, 2017 to assist with Chronic Care backlog.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*

Furthermore, a new CGAR Crosscheck committee (e.g., MD, Mental Health Lead, Assistant Director of Nursing, Facility Health Administrator, etc.) has been put in

place to track all tasks being put in to place to improve performance. Committee meetings began the week of September 18, 2017 and will continue on a weekly basis.

The site has also increased telemedicine provision to four days a week.

Supplemental Information as of October 6, 2017:
Nurse Practitioners at this facility will be working to alleviate the backlog moving forward.

*Supplemental Information as of November 6, 2017:*

1. *The Provider diagnosis inmate with a chronic care condition and adds it to the inmate's problem list in eOMIS.*

2. *Provider CNA schedules inmate to be seen within 21 days of identifying the chronic care diagnosis in eOMIS.*

3. *Chronic Care Nurse (CCN) runs Pentaho report to verify if visit is scheduled.*
   a. *If not seen, CCN schedules at next provider line.*

4. *The Provider sees inmate to determine when follow-up is needed or as chronic care guidelines dictate. The dates seen will be determined by the timeframe entered by provider as follows:*
   a. *Provider/CC guidelines – Inmate to be seen in 30 days, then schedule inmate to be seen by day 21.*
   b. *Provider/CC guidelines – Inmate to be seen in 60 days, then schedule inmate to be seen by day 50.*
   c. *Provider/CC guidelines – Inmate to be seen in 90 days, then schedule inmate to be seen by day 76.*
   d. *Provider/CC guidelines - Inmate to be seen in 120 days, then schedule inmate to be seen by day 99.*
   e. *Provider/CC guidelines – Inmate to be seen in 180 days, then schedule inmate to be seen by day 150.*

5. *CCN utilizes the chronic care log to determine if an inmate has been seen by identified day and monitors compliance.*
   a. *CCN notifies the SMD and FHA by corresponding day if report shows no completed appointment by associated date:*

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*

      i.  *Day 26 (30)*
      ii.  *Day 56 (60)*
      iii.  *Day 85 (90)*
      iv.  *Day 109 (120)*
      v.  *Day 159 (180)*

b.  *CCN notifies the FHA that the CC appointment still has not been completed by identified date:*

      i.  *Day 27 (30)*
      ii.  *Day 57 (60)*
      iii.  *Day 87 (90*
      iv.  *Day 114 (120)*
      v.  *Day 170 (180)*

c.  *The FHA and SMD elevate to RMD and regional leadership  the need for additional provider assistance to meet required timeframes.*

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Basis for non-compliance**
The productivity level of the providers coupled with multiple provider vacancies have hindered the performance of this measure in recent months.

**Corrective Action Plan**
The site will continue to utilize telemedicine and onsite providers when available to address backlog issues.

Supplemental Information as of October 6, 2017:
Facility intends to incorporate additional telemedicine to alleviate the backlog moving forward.

*Supplemental Information as of November 6, 2017:*
*See Corrective Action Plan for Eyman.*

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



Above compliance threshold since at least August 2016, with limited interruption in March 2017.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



Above compliance threshold without interruption since at least August 2016.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



Above compliance threshold without interruption since at least August 2016.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Tucson**

September **90%**

Above compliance threshold without interruption since February 2017.

# PM 54

*Are inmates with chronic disease being seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place?*



**Yuma**

September **98%**

Above compliance threshold without interruption since at least August 2016.

**179**

# PM 55  *Are disease management guidelines implemented for chronic diseases?*



## Eyman

**September 68%**

Sep-16 86% · Oct-16 84% · Nov-16 76% · Dec-16 74% · Jan-17 72% · Feb-17 52% · Mar-17 62% · Apr-17 68% · May-17 58% · Jun-17 50% · Jul-17 68% · Aug-17 66% · Sep-17 68%

**Basis for Non-Compliance**

The root cause of the deficiencies identified at the Eyman Complex are still being investigated at this time. While Corizon's analysis is still ongoing, a significant backlog pertaining to chronic care patients has been identified and is under review.

**Corrective Action Plan**

Upon completing the root cause analysis, Corizon's Compliance team will review its findings with site leadership and devise a thorough remediation plan.

*Supplemental Information as of November 6, 2017:*
*Corizon is implementing the Corrective Action Plan for PM 54 into the Corrective Action Plan for PM 55. The Corrective Action Plan for PM 54 is set forth below.*

1. *The Provider diagnosis inmate with a chronic care condition and adds it to the inmate's problem list in eOMIS.*

2. *Provider CNA schedules inmate to be seen within 21 days of identifying the chronic care diagnosis in eOMIS.*

# PM 55   *Are disease management guidelines implemented for chronic diseases?*

3. *Chronic Care Nurse (CCN) runs Pentaho report to verify if visit is scheduled.*
   a. *If not seen, CCN schedules at next provider line.*

4. *The Provider sees inmate to determine when follow-up is needed or as chronic care guidelines dictate. The dates seen will be determined by the timeframe entered by provider as follows:*
   a. *Provider/CC guidelines – Inmate to be seen in 30 days, then schedule inmate to be seen by day 21.*
   b. *Provider/CC guidelines – Inmate to be seen in 60 days, then schedule inmate to be seen by day 50.*
   c. *Provider/CC guidelines – Inmate to be seen in 90 days, then schedule inmate to be seen by day 76.*
   d. *Provider/CC guidelines - Inmate to be seen in 120 days, then schedule inmate to be seen by day 99.*
   e. *Provider/CC guidelines – Inmate to be seen in 180 days, then schedule inmate to be seen by day 150.*

5. *CCN utilizes the chronic care log to determine if an inmate has been seen by identified day and monitors compliance.*
   a. *CCN notifies the SMD and FHA by corresponding day if report shows no completed appointment by associated date:*
      i. *Day 26 (30)*
      ii. *Day 56 (60)*
      iii. *Day 85 (90)*
      iv. *Day 109 (120)*
      v. *Day 159 (180)*
   b. *CCN notifies the FHA that the CC appointment still has not been completed by identified date:*
      i. *Day 27 (30)*
      ii. *Day 57 (60)*
      iii. *Day 87 (90*
      iv. *Day 114 (120)*
      v. *Day 170 (180)*
   c. *The FHA and SMD elevate to RMD and regional leadership  the need for additional provider assistance to meet required timeframes.*

# PM 55 *Are disease management guidelines implemented for chronic diseases?*



Above compliance threshold without interruption since October 2016.

# PM 66

## (Florence, Lewis, Tucson)

## Currently under review by the ADC Monitoring Bureau

# PM 67

**(Florence, Lewis, Perryville, Tucson)**

**Currently under review by the ADC Monitoring Bureau**

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*



Above compliance threshold without interruption since June 2017, with the exception of August 2017.

**Basis for Non-Compliance as of October 6, 2017:**
The deficiencies identified for PM 72 are the result of not having an integrated procedure to address dietary refusals. Currently, patients are required to sign a Diet Roster sheet for all meals. Security provides the Diet Roster sheet to the ADC Dietary Liaison who then reviews the Diet Roster to determine whether not the patient's signature is contained thereon. Dietary Rosters that are not signed by the patient constitute a meal refusal. In these instances, the ADC Dietary Liaison must notify the appropriate medical personnel of the refusal, if more than 3 consecutive days, so as to enable them to provide the patient with the appropriate counseling. In the event the ADC Dietary Liaison does not properly notify medical personnel of the refusal event, proper counseling cannot be provided on a timely basis.

**Corrective Action Plan as of October 6, 2017:**
To remediate the recent deficiencies for PM 72 at the Eyman facility, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement a procedure that provides appropriate medical and ADC personnel with specific action steps to follow in instances when a patient refuses a

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*

prescribed diet for more than 3 consecutive days.  Per the procedure, the ADC Dietary Liaison will be accountable for ensuring he/she is 1) notified daily by security as to all prescribed diet refusals; and 2) provided the corresponding Dietary Rosters by security. Upon receiving them, the ADC Dietary Liaison shall maintain an accurate record of each prescribed diet refusal by inmate.  Because of the integrated nature of performance under this measure, the ADC Dietary Liaison and site leadership will mutually agree as to the means for notifying medical personnel of a prescribed diet refusal, the frequency of the notification, and the appropriate recipient, all of which shall be memorialized in the procedure.

Once notification is addressed procedurally, Corizon shall include action steps for its personnel to timely schedule and counsel impacted patients.  At the final step in the procedure, Corizon will be required to properly enter the nutritional counseling note into eOMIS.

The procedure will be developed and implemented at all sites on or before November 1, 2017 ("Effective Date").  Prior to the Effective Date, Corizon will communicate the procedure to all site leadership, providers, nursing staff, and the appropriate ADC personnel, including the Dietary Liaison, via email.  At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees and ADC personnel, including the Dietary Liaison, for reference on "MyCorizon" and in hard copy form at all sites upon request.  All staff requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon staff and ADC Dietary Liaisons shall be trained by site leadership (or an appropriate training designee) on the meal refusal procedure.  On November 15, 2017, Corizon compliance monitors shall receive notification of all meal refusals for 3 or more consecutive days.  Corizon monitors will monitor and review the results for purposes of obtaining the procedure adoption rate. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those staff members and ADC personnel associated with the deficiency finding(s).

# PM 73

*Are all MH-3 Minor prisoners being seen by a licensed mental health clinician a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 73

*Are all MH-3 Minor prisoners being seen by a licensed mental health clinician a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016, with the limited exception of April 2017 and May 2017.

# PM 74

*Are all female prisoners being seen by a licensed mental health clinician within five working days of return from a hospital post- partum?*



Above compliance threshold without interruption since at least October 2016.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



Above compliance threshold without interruption since at least August 2016.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



Above compliance threshold without interruption since at least August 2016.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



**Perryville**

**September 98%**

Above compliance threshold without interruption since at least August 2016.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



Above compliance threshold without interruption since at least August 2016.

# PM 81

*Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?*



Lewis

September
**99%**

Above compliance threshold without interruption since at least August 2016, with the exception of May 2017.

# PM 81

*Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider?*



Above compliance threshold without interruption since at least August 2016.

# PM 85
*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since August 2016.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since October 2016.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since November 2016.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Perryville**

September **88%**

Above compliance threshold since at least August 2016, except for brief interruption in December 2016.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since September 2016.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Yuma**

**September 92%**

Above compliance threshold without interruption since at least August 2016.

# PM 86

*MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication.*



Above compliance threshold without interruption since at least August 2016.

**PM 87** *Are MH-4 prisoners seen by a mental health clinician for a 1:1 session a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 88

*Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 91

*Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*



**Basis for Non-Compliance as of October 6, 2017:**
The cause of non-compliance is under review. This will be supplemented.

**Corrective Action Plan as of October 6, 2017:**
Based on the results of the review, a Corrective Action Plan will be developed. This will be supplemented.

***Supplemental Corrective Action Plan as of November 6, 2017:***

1.   *Inmate in crisis is identified.*

2.   *Business hours/Non-business hours*
  *a.   If during business hours, a MH clinician will see the inmate face to face and if warranted place the inmate on a watch. Clinician will document an individual counseling, segregation or MH-Sick call in eOMIS.*
  *b.   If during non-business hours, a RN will see the inmate face to face, if warranted RN will contact on-call psychologist for a watch order and*

# PM 91

*Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*

**placement. RN will document an ICS or sick call in eOMIS documenting they spoke to on-call provider for watch placement.**

3. **Security will notify MH Lead/designee daily of inmates on a MH watch via email.**

4. **The MH Lead/designee will send a list via email to the licensed MH clinician conducting daily watches with ADC number, Inmate Name, Date placed on watch, and current watch level.**

5. **A licensed MH clinician will offer each inmate on watch a confidential face to face contact and document these contacts in eOMIS on the appropriate watch level note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.**

6. **The MH Lead/designee will review and verify in eOMIS each innate on watch was seen in a confidential setting or offered and refused a confidential setting by 3:00 p.m.**

7. **If an inmate was not offered a confidential face to face contact, the MH lead will assign a licensed MH clinician/RN to conduct the watch in a confidential setting and verify this is done no later than 5:00 p.m.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016, with a limited interruption in October 2016.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



## Perryville

N/A since December 2016.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*

## Tucson



N/A since September 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Eyman**

September **95%**

**Basis for Non-Compliance**

When the information was submitted for the September 12, 2017 status conference it appeared that there had been a computer problem where notes were input into the computer system, but the notes were not saved, leading to a perceived lack of complains. Corizon has become aware since the September 12, 2017 status conference that the problem was not caused by a computer issue. The problem has been identified as the failure of an individual on the mental health staff to record the rounds appropriately.

**Corrective Action Plan**

Corizon is contemplating an appropriate level of corrective action as of September 21, 2017.  It is anticipated that the level of corrective action will be determined no later than the October 2017 status conference.

***Supplemental Corrective Action Plan as of November 6, 2017:***

1.      *An Inmate enters Max custody.*

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*

2.  **A MH Tech runs a MH Segregation Visit search report.**

3.  **A MH Tech prints the MH Segregation Visit search report.**

4.  **The MH Tech conducts cell front checks cell by cell, taking brief notes on the printed MH Segregation Visit search report.**

5.  **The MH Aide conducting cell front checks cell by cell, documents the cell by cell checks in eOMIS in the MH Segregation Visits.**

6.  **The MH Tech will notify the MH lead of the completed cell front checks by noon Friday.**
    a.  **If the MH Tech has not notified the MH lead of the completed rounds by noon Fridays, the MH lead will designate MH Tech(s) to complete the required segregation visits.**
    b.  **The MH Tech to notify the MH Lead when all Segregation visits have been completed for the week.**

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



Above compliance threshold without interruption since at least August 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



Above compliance threshold without interruption since at least August 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Perryville**

N/A since December 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



N/A since September 2016.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Eyman

September **89%**

Above compliance threshold without interruption since January 2017.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Florence**

September **100%**

Above compliance threshold without interruption since June 2017.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since February 2017.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**September 87%**

**Phoenix**

Above compliance threshold without interruption since April 2017, with the exception of July 2017.

**Basis for non-compliance**
A single clinician failed to appropriately document contact with inmates on suicide watch or mental health watch.

**Corrective Action Plan**
The clinician that failed to properly document was terminated from Corizon in Aug 2017. Throughout May 2017, Corizon provided more training to clinicians relating to the importance of documentation. Also throughout May 2017, Corizon also offered daily review of clinician's charting to assist. The daily review proved to be not completely effective, so another level of review began in September 2017.

Corizon initiated development work for a hard stop in eOMIS that will not permit the employee to move forward absent addressing this issue. Corizon began testing of such work in September 2017 and final testing started during the week of September 18, 2017. Until the eOMIS change is completed (i.e., after final testing), then Corizon can identify an implementation date. Upon implementation, Corizon will create templates on the

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

eOMIS system for use by clinicians and nurses. ADC Security is working to identify inmates on watch to remit the information to the Corizon mental health clinician. ADC plans on identifying the locations of the watches by first count at 11:00 a.m. Then, a second Corizon member (Facility Health Administrator) will review notes to assure proper charting.

***Supplemental Corrective Action Plan as of November 6, 2017:***

1.  *Inmate in crisis is identified.*

2.  *Business hours/Non-business hours*
    a.  *If during business hours, a MH clinician will see the inmate face to face and if warranted place the inmate on a watch. Clinician will document an individual counseling, segregation or MH-Sick call in eOMIS.*
    b.  *If during non-business hours, a RN will see the inmate face to face, if warranted RN will contact on-call psychologist for a watch order and placement. RN will document an ICS or sick call in eOMIS documenting they spoke to on-call provider for watch placement.*

3.  *Security will notify MH Lead/designee daily of inmates on a MH watch via email.*

4.  *The MH Lead/designee will send a list via email to the licensed MH clinician conducting daily watches with ADC number, Inmate Name, Date placed on watch, and current watch level.*

5.  *Weekdays/Weekends-Holidays*
    a.  *If during weekdays, a licensed MH clinician will offer each inmate on watch a confidential face to face contact and document these contacts in eOMIS on the appropriate watch level note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.*
    b.  *If during weekends or holidays, a licensed MH clinician/RN will offer each inmate on watch a confidential face to face contact and document these contacts in eOMIS on the appropriate note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician/RN will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.*

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

6. *The MH Lead/designee will review and verify in eOMIS each innate on watch was seen in a confidential setting or offered and refused a confidential setting by 3:00 p.m.*

7. *If an inmate was not offered a confidential face to face contact, the MH lead will assign a licensed MH clinician/RN to conduct the watch in a confidential setting and verify this is done no later than 5:00 p.m.*

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Tucson

September **88%**

Above compliance threshold without interruption since April 2017, with the exception of July 2017.

**Basis for non-compliance**

Two nurses failed to note in the file that inmate was seen when inmate was placed on watch. There was one RN on evening duty that missed two notes. A clinician failed to note the offer to be seen by mental health provider and refusal of being seen in the notes. Corizon released the clinician the week of September 5, 2017.

**Corrective Action Plan**

A replacement clinician was hired before the clinician was separated from Corizon. The new clinician began employment on August 14, 2017. With the change in clinicians, Corizon is fully staffed at Tucson.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since September 2016.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since July 2017.

# PM 95

*Are all prisoners who are discontinued from a suicide or mental health watch removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch?*



**Lewis**

September **90%**

Above compliance threshold without interruption since at least August 2016.

# PM 95

*Are all prisoners who attempt a suicide or self harm, and who are removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch?*



Above compliance threshold without interruption since June 2017.

# PM 95

*Are prisoners on a continuous or constant suicide or mental health watch removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch?*



## Winslow

**September 100%**

Above compliance threshold without interruption since at least August 2016.

# PM 97

*Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider?*



Above compliance threshold without interruption since April 2017.

# PM 97

*Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider?*



Above compliance threshold without interruption since January 2017.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since January 2017, with the exception of May 2017.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since December 2016.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since at least August 2016.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold since August 2016, with one limited interruption in December 2016.

233

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since November 2016, with exception of June 2017.

234

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold since August 2016 with one limited interruption in November 2016.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since at least August 2016.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold since August 2016 with two interruptions in October 2016 and April 2017.