# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: October 24, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
    Plaintiff    Defendants

========================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>            Laurie Adams
    Deputy Clerk              Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter and Maya Abela for Plaintiffs
Daniel Struck and Kevin Hanger for Defendants

========================================================================
**PROCEEDINGS:**      <u>  X  </u> Open Court      <u>       </u> Chambers      <u>       </u> Other

This is the time set for Telephonic Status Hearing.  Discussion is held regarding the October 20, 2017 letter from Mr. Millar.  Plaintiffs request clarification from Mr. Millar that the term "advanced practice registered nurse" encompasses nurse practitioners and physician's assistants.  Verification is also requested that his term "psychologists" includes psych associates per the terms of the Stipulation.  Defendants' counsel place on the record their concerns regarding confidential information shared with Mr. Millar being protected from public disclosure.

Defendants request the opportunity to file a brief regarding the Court's preliminary announcement as to the allocation of the cost of Mr. Millar's expert analysis.  Argument is heard.  The Court believes the Rule 706 expert is necessary and appropriate and will proceed as enumerated in the engagement letter.  IT IS ORDERED no briefing will assist the Court and it will allocate 100 percent of the cost to Defendants who will satisfy the payments that are specified in the invoice in a timely manner.  IT IS FURTHER ORDERED Plaintiffs' and Defendants' counsel shall assure that the expert's information-gathering tasks are fully facilitated and unimpeded.

Further discussion is held.  The Court will reach out to Mr. Millar for his schedule and contact the parties to set a further telephonic hearing.

Time in court: 22 min (11:18 AM – 11:40 AM)