Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DEFENDANTS' NOTICE REGARDING DIRECTOR'S INSTRUCTION 361** |

1    Defendants Charles Ryan and Richard Pratt, through counsel, submit Director's

2    Instruction 361attached hereto as Exhibit A.

3    DATED this 7th day of November, 2017.

4                                         STRUCK LOVE BOJANOWSKI & ACEDO, PLC

5

6                                         By /s/Timothy J. Bojanowski
                                             Daniel P. Struck
7                                            Rachel Love
                                             Timothy J. Bojanowski
8                                            Nicholas D. Acedo
                                             Ashlee B. Fletcher
9                                            Jacob B. Lee
                                             Kevin R. Hanger
10                                           Timothy M. Ray
                                             Richard M. Valenti
11                                           Jamie D. Guzman
                                             3100 West Ray Road, Suite 300
12                                           Chandler, Arizona  85226

13                                           Arizona Attorney General Mark Brnovich
                                             Office of the Attorney General
14                                           Michael E. Gottfried
                                             Lucy M. Rand
15                                           Assistant Attorneys General
                                             1275 W. Washington Street
16                                           Phoenix, Arizona 85007-2926

17                                           *Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28

                                             1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:            afettig@npp-aclu.org

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:       jrico@azdisabilitylaw.org

Kathleen E. Brody:        kbrody@acluaz.org

Kirstin T. Eidenbach:     kirstin@eidenbachlaw.com

Maya Abela               mabela@azdisabilitylaw.org

Rose Daly-Rooney:         rdalyrooney@azdisabilitylaw.org

Sara Norman:              snorman@prisonlaw.com

Sarah Eve Kader:          skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:            rlomio@prisonlaw.com

Victoria Lopez:           vlopez@aclu.org

2

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski