# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br>     Plaintiffs, <br> v. <br> Charles L. Ryan, et al., <br>     Defendants. | No. CV-12-0601-PHX-DKD <br><br> **ORDER** |

    This Court having reviewed Plaintiffs' Motion to Seal Document (Doc. 2427) and the Stipulation for Extension of Time to File Briefs (Doc. 2431), and finding good cause,

    **IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2427) and instructs the Clerk of the Court to seal the document as set forth in the Motion (Exhibits 1-4, 6-7, and 9-10 to the Declaration of Corene Kendrick).

    **IT IS FURTHER ORDERED** granting the Stipulation for Extension of Time to File Briefs (Doc. 2431). Plaintiffs shall have up to and including November 17, 2017 to file their reply briefs regarding the removal of HNR boxes and the Court's order on retaliation.

    Dated this 6th day of November, 2017.

_____
David K. Duncan
United States Magistrate Judge