Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered in this action on October 10, 2017 (Dkt. 2373).

DATED this 9th day of November 2017.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Jacob B. Lee
    Kevin R. Hanger
    Timothy M. Ray
    Richard M. Valenti
    Jamie D. Guzman
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    15 South 15th Avenue
    Phoenix, Arizona 85007

*Attorneys for Defendants*

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

| | |
|---|---|
| Daniel P. Struck | Arizona Attorney General Mark Brnovich |
| Rachel Love | |
| Timothy J. Bojanowski | **Office of the Attorney General** |
| Nicholas D. Acedo | Michael E. Gottfried, Bar No. 010623 |
| Ashlee B. Fletcher | Lucy M. Rand, Bar No. 026919 |
| Jacob B. Lee | Assistant Attorneys General |
| Kevin R. Hanger | 1275 W. Washington Street |
| Timothy M. Ray | Phoenix, Arizona 85007-2926 |
| Richard M. Valenti | Telephone: (602) 542-4951 |
| Jamie D. Guzman | Fax: (602) 542-7670 |
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | Michael.Gottfried@azag.gov |
| | Lucy.Rand@azag.gov |
| 3100 West Ray Road, Suite 300 | |
| Chandler, Arizona  85226 | |
| Telephone:  (480) 420-1600 | |
| Fax:  (480) 420-1696 | |
| dstruck@strucklove.com | |
| rlove@strucklove.com | |
| tbojanowski@strucklove.com | |
| nacedo@strucklove.com | |
| afletcher@strucklove.com | |
| jlee@strucklove.com | |
| khanger@strucklove.com | |
| tray@strucklove.com | |
| rvalenti@strucklove.com | |
| jguzman@strucklove.com | |

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

| | |
|---|---|
| Kathleen E. Brody | Caroline N. Mitchell |
| **ACLU FOUNDATION OF ARIZONA** | **JONES DAY** |
| 3707 North 7th Street, Suite 235 | 555 California Street, 26th Floor |
| Phoenix, AZ 85014-5077 | San Francisco, CA 94104-1500 |
| Telephone: (602) 650-1854 | Telephone: (415) 875-5712 |
| Fax: (602) 650-1376 | Fax: (415) 875-5700 |
| kbrody@acluaz.org | cnmitchell@jonesday.com |

2

| | |
|---|---|
| David C. Fathi<br>Amy Fettig<br>Victoria Lopez<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005-2313<br>Telephone: (202) 548-6603<br>Fax: (202) 393-4931<br>dfathi@npp-aclu.org<br>afettig@npp-aclu.org<br>jmorgan@aclu.org | Donald Specter<br>Alison Hardy<br>Sara Norman<br>Corene T. Kendrick<br>Rita K. Lomio<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br>dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>rlomio@prisonlaw.com |
| Kirstin T. Eidenbach<br>**EIDENBACH LAW, PLLC**<br>PO Box 91398<br>Tucson, AZ 85752<br>Telephone: (520) 477-1475<br>Fax: Unavailable<br>kirstin@eidenbachlaw.com | Daniel C. Barr<br>Amelia M. Gerlicher<br>John H. Gray<br>**PERKINS COIE LLP**<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012-2740<br>Telephone: (602) 351-8000<br>Fax: (602) 648-7000<br>dbarr@perkinscoie.com<br>agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

| | |
|---|---|
| Sarah Eve Kader<br>Asim Dietrich<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, #202<br>Phoenix, AZ 85034-7439<br>Telephone: (602) 274-6287<br>Fax: (602) 274-6779<br>skader@azdisabilitylaw.org<br>adietrich@azdisabilitylaw.org | Rose A. Daly-Rooney<br>J.J. Rico<br>Jessica Jansepar Ross<br>Maya Abela<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, AZ 85701<br>Telephone: (520) 327-9547<br>Fax: (520) 884-0992<br>rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

3400952.1

5