☒ FILED ☐ LODGED
Nov 09 2017
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Michael J. Cohn #288721
ASPC Lewis/Stinen 5A21
P.O. Box 3100
Buckeye, AZ 85326

CV-12-00601-PHX-DKD

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12 CV 601-DKD |
|---|---|
| v. | Motion for Protective Order (Retaliation) |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, class plaintiff in the above captioned matter respectfully request a protective order as follows:

1) On 11/6/17 a general search of our dormitory was conducted. I was called to complex medical unit for back x-ray. Upon my return, I found my cell tossed. I inspected my property and found that my legal filing efiled 11/2/17 was missing along with several copies of the United Press International column attached as an exhibit. I allege theft.

2) I have received no meaningful treatment for my severe back pain since my 10/22/17 appointment. I have a mass in my sacrum that compresses nerves, causes chronic pain and periodically impairs (to an even greater extent) my ability to stand and/or walk. Less efficacious treatments than appropriate have been prescribed to date. (Estelle v. Gamble, 429 US at 104 n.10. Quoting Williams v. Vincent.) meets "deliberate indifference" standard

Requested Remedies

1) I respectfully request return of my legal documents immediately; as ordered by ADC, the court

2) I respectfully request that Corizon Health be ordered to provide me with adequate medical treatment

restoring me to my prior ~~a~~ level of functioning immediately. My advocacy efforts are well known to medical/security staff, administration and fellow inmates. Retaliation by attempting to suppress my 1st amendment rights/due process rights is outrageous. Medical neglect under the current circumstances is criminal as I allege it is intentional.

There is no compelling penological reason to deprive me of my rights.

Respectfully submitted,

*Michael J Cohn*

Michael J. Cohn,
Petitioner, Pro Se

Certificate of Service

Per General Order 14-17, original is efiled to Clerk of the U.S. Dist. Ct. on: 11/9/17

A copy is efiled to:    on: 11/9/17
Attorney General



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Lewis / Stiner | 11/7/17 |

| TO | LOCATION |
|---|---|
| D.W.O.P. Weiss | Lewis Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Retaliation. I allege retaliation today as follows:

1) During today's search a copy of my case filings to the U.S. Dist. Ct. & AZ. Supreme Ct. dated 11/2/17 was taken along with several copies of a United Press International column criticizing ADC and Corizon Health.

I allege obstruction of justice and interference with my 5th and 14th amendment due process rights. Please direct the responsible parties to return my legal paperwork.

2) This is the 2nd alleged episode of retaliation by ADC/Corizon in the last few weeks. I am still without adequate pain management for my back pain.

cc: ACLU, U.S. Dept. of Justice, Attorney General, U.S. Dist. Ct.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| M.J.C. | 11/7/17 |

Have You Discussed This With Institution Staff? ☒ Yes  ☐ No

If yes, give the staff member's name: D.W.O.P. Weiss

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

3 of 4

Distribution: Original – Master File
Copy - Inmate

916-1
5/10/17

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 285721 | Lewis/Stiner | 10/25/17 |

| TO | LOCATION |
|---|---|
| CO III Jackson | Stiner, Dorm 5 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Inadequate medical care / Disability Discrimination / Retaliation

1) On 10/22/17 I sought medical care for sudden onset severe back pain even worse than my chronic back pain.

2) Dr. Elijah refused to prescribe muscle relaxants or anything else for this episode of care. Mr. Kluber, R.N. discussed the case with her.

3) I have been prescribed muscle relaxants by Corizon for a similar episode. OTC preparations are insufficient.

4) I do not abuse medications or other substances.

5) I am 66 years old with several infirmities. Staff should expect such problems given my history.

6) Per Social Security I am disabled, I should have the same choice of providers as those on probation (Disparate Impact by policy). Exclusion from an equivalent service.

7) Leaving me in pain violates my 8th Amendment right to freedom from cruel + unusual punishment.

8) I allege retaliation by medical neglect due to my advocacy efforts.

9) This a.m. I could barely walk to the bathroom.

10) I allege "criminal negligence" on the part of Dr. Elijah as she manifests wanton disregard for my rights.

11) I saw the orthopedic surgeon a few months ago, I prefer to avoid surgery if possible.

12) Permanent nerve damage due to inadequate treatment is a concern.

INMATE SIGNATURE: M. J. Col
DATE: 10/25/17

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: Mr. Kluber, R.N.

4 of 4

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14