**EXHIBIT 1**

**EXHIBIT 1**

PM 91: *Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*

***Supplemental Corrective Action Plan as of November 6, 2017 (revised as of 11/14/2017 as redlined):***

1. *Inmate in crisis is identified.*

2. *Business hours/Non-business hours*
   a. *If during business hours (which are still in effect on weekends and holidays), a MH clinician/provider will see the inmate face to face and if warranted place the inmate on a continuous watch.* ~~Clinician will document an individual counseling, segregation or MH-Sick call in eOMIS.~~ *Clinician/provider will document this encounter in eOMIS.*
   b. *If during non-business hours, a RN will see the inmate face to face, if warranted RN will contact on-call ~~psychologist~~ MH clinician/provider for a continuous watch order and placement. RN will document an ICS or sick call in eOMIS documenting they spoke to on-call clinician/provider for continuous watch placement.*

3. *Security will notify MH Lead/designee daily of inmates on a MH watch via email~~.~~, which includes those on a continuous watch.*

4. *The MH Lead/designee will send a list via email to the ~~licensed~~ MH clinician conducting daily watches with ADC number, Inmate Name, Date placed on watch, and current watch level.*

5. *A ~~licensed~~ MH clinician/provider will offer each inmate on watch a confidential face to face contact and document these contacts in eOMIS on the appropriate continuous watch level note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The ~~licensed~~ MH clinician/provider will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.*

6. *The MH Lead/designee will review and verify in eOMIS each innate on a continuous watch was seen in a confidential setting or offered and refused a confidential setting by 3:00 p.m.*

7. *If an inmate was not offered a confidential face to face contact, the MH lead will assign a ~~licensed~~ MH clinician/~~RN~~provider to conduct the continuous watch in a confidential setting and verify this is done no later than 5:00 p.m.*