UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST - Plaintiffs

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    NOV 0 8 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

___ Preliminary Injunction  ____ TRO  ___ Non-Jury Trial  ___ Jury Trial

Case Number: **CV-12-0601-PHX-DKD**        Date November 8, 2017

Parsons, et al _____ vs. Ryan, et al _____

| NAME | SWORN | APPEARED |
|---|---|---|
| Brian Creswell | 11/8/2017 | 11/8/2017 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |