UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL WITNESS LIST

[ ] Preliminary Injunction  [ ] TRO  [ ] Non-Jury Trial  [ ] Jury Trial

Case Number: 2:12-cv-00601    Judge Code: __    Date: November 8, 2017

Parsons, et al. vs. Ryan, et al.

[ ] Plaintiff/Petitioner   [✓] Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Tara Diaz | 11-8-17 | 11-8-17 |
| Lt. Cole Krages | 11-8-17 | 11-8-17 |
| Deputy Warden Jason Monson | 11-8-17 | 11-8-17 |
| Warden Alfred Ramos | 11-8-17 | 11-8-17 |
| COII Oswaldo Robles | 11-8-17 | 11-8-17 |
| Ashley Zuerlein | 11-8-17 | 11-8-17 |

FILED NOV 08 2017 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA