UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number: 2:12-cv-00601  Judge Code: DKD  Date: November 8, 2017

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 31 | 11-8-17 | 11-8-17 | ADC Department Order 704, Inmate Regulations |
| 32 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Evans and Berrang, sent at 10:05 AM on November 2, 2016, regarding Re upholder [sic] with attached photograph |
| 33 | 11-8-17 | 11-8-17 | Two e-mail conversations between DW Monson and Abelowitz and Evans, regarding Inmate Bitter 271100 |
| 34 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Sodari, sent at 10:52 AM on November 2, 2016, regarding This inmate needs a new id, with attached photograph |
| 35 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Littleton, sent at 10:54 AM on November 2, 2016, regarding This door is kept open because, with attached photograph |
| 36 | 11-8-17 | 11-8-17 | Collection of 8 photographs. |
| 37 | 11-8-17 | 11-8-17 | E-mail from DW Monson to himself, sent at 10:56 AM on November 2, 2016 regarding Check on this, with attached photograph |
| 38 | 11-8-17 |  | E-mail from DW Monson to Murphy, Krages and May, sent at 10:57 AM on November 2, 2016, regarding Hu 3a, come down and |
| 39 | 11-8-17 | 11-8-17 | E-mail from DW Monson to himself, Abelowitz, Moss, Murdock and Evans, sent at 10:59 AM on November 2, 2016, regarding Enos 214338 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date November 8, 2017

Parsons, et al.   vs.   Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 40 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Flanagan, Lindsey and Irby, sent at 11:03 AM on November 2, 2016, regarding Mata 125265 |
| 41 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Evans and Berrang, sent at 11:07 AM on November 2, 2016, regarding Garcia 180582 |
| 42 | 11-8-17 | 11-8-17 | E-mail from DW Monson to himself, sent at 11:10 AM on November 2, 2016, regarding Huguenot 286671 |
| 43 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Flanagan, sent at 11:14 AM on November 2, 2016, regarding Around 220188 |
| 44 | 11-8-17 | 11-8-17 | E-mail from DW Monson to Flanagan, Lindsey and Irby, sent at 11:23 AM on November 2, 2016, regarding 3a preaching hot line |
| 45 | 11-8-17 | 11-8-17 | E-mail from Abelowitz to DW Monson, sent at 8:54 AM on November 3, 2016, regarding RE: I need to know--Sorry NO TICKETS |
| 46 | 11-8-17 | | E-mail from DW Monson, sent at 3:06 PM on December 31, 2015, regarding HU Santitation/704/Weekly HU Memos, with fourteen (14) attached photographs |
| 47 | 11-8-17 | | E-mail from DW Monson to himself, set at 7:59 AM on December 31, 2015, regarding FW: 704 inspections, with fourteen (14) attached photographs |
| 48 | 11-8-17 | 11-8-17 | Declaration of Brian Creswell, dated January 18, 2017. |