CASE NO. 2:12-CV-00601-DKD

| Victor Antonio Parsons, et al, | § | IN THE UNITED STATES DISTRICT |
| --- | --- | --- |
| | § | COURT, DISTRICT OF ARIZONA |
| Plaintiffs, | § | |
| | § | |
| v. | § | Judge Code 70BL/DKD |
| | § | |
| Charles Ryan, et al., | § | |
| | § | Retaliation Hearing |
| Defendants. | § | November 8, 2017 |

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 8 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## PLAINTIFFS' RETALIATION HEARING EXHIBIT LIST

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
| --- | --- | --- | --- | --- |
| 1 | 11-8-17 | | Email from Charles Ryan to Wardens (Subject: Missouri Department of Corrections retaliates against prisoners who make complaints, lawsuit claims) | Tucs1108R00173 |
| 2 | 11-8-17 | | Email from Jason Monson to Katina Murphy, et al. (Subject: Tomorrow) | Tucs1108R00190 |
| 3 | 11-8-17 | | Email from Alfred Ramos to Joe Profiri (Subject: Bates 138009 IR regardin photos) | Tucs1108R00215 |
| 4 | 11-8-17 | | Grievance documents related to Bates (#138009) | Tucs1108R00216 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 5 | 11-8-17 | | Information Report from Jason Monson to Alfred Ramos dated 10/21/2017 | Tucs1108R00217 |
| 6 | 11-8-17 | | Plaintiffs' Motion for Contempt or Further Remedial Orders<br><br>**[ECF Doc. 1819]** | |
| 7 | 11-8-17 | | Declaration of Kirstin T. Eidenbach in Support of Plaintiffs' Motion for Contempt or Further Remedial Orders<br><br>**[ECF No. 1820]** | |
| 8 | 11-8-17 | | Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion for Contempt or Further Remedial Orders (Doc. 1819) (First Request)<br><br>**[ECF No. 1834]** | |
| 9 | 11-8-17 | | Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819)<br><br>**[ECF No. 1846]** | |
| 10 | 11-8-17 | | Exhibit 1 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819)<br><br>**[ECF No. 1846-1]** | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 11 | 11-8-17 | | Exhibit 2 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-2] | |
| 12 | 11-8-17 | | Exhibit 3 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-3] | |
| 13 | 11-8-17 | | Exhibit 4 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-4] | |
| 14 | 11-8-17 | | Exhibit 5 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-5] | |
| 15 | 11-8-17 | | Exhibit 6 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-6] | |
| 16 | 11-8-17 | | Exhibit 7 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-7] | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 17 | 11-8-17 | | Exhibit 8 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-8] | |
| 18 | 11-8-17 | | Exhibit 9 to Defendants' Response to Plaintiffs' Motion for Contempt (Doc. 1819) [ECF No. 1846-9] | |
| 19 | 11-8-17 | | Plaintiffs' Reply in Support of Their Motion for Contempt or Further Remedial Orders [Doc. 1819] [ECF No. 1897] | |
| 20 | 11-8-17 | 11-8-17 | Exhibits 1 and 2 to Plaintiffs' Reply in Support of Their Motion for Contempt or Further Remedial Orders [Doc. 1819] [ECF No. 1897-1] | |
| 21 | 11-8-17 | | Email from db_dts@azcorrections.gov to Robert Church, et al., dated June 11, 2017, attaching Regional Summaries | TUCS1108R00218 |
| 22 | 11-8-17 | | Regional Summary Reports (6/10/17 – 6/11/17) | TUCS1108R00219 |
| 23 | 11-8-17 | | Email from db_dts@azcorrections.gov to Robert Church, et al., dated November 25, 2016, attaching Regional Summaries | TUCS1108R00220 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 24 | 11-8-17 | | Regional Summary Reports (11/24/16 – 11/25/16) | TUCS1108R00221 |
| 25 | 11-8-17 | | Transcript of Proceedings – Telephonic Status Conference (November 2, 2016) | |
| 26 | 11-8-17 | | Email from D. Struck to K. Eidenbach dated October 30, 2017 | |
| 27 | 11-8-17 | | Email from M. Giardina to K. Eidenbach dated November 7, 2017 | |
| | | | | |

PLAINTIFFS' RETALIATION HEARING EXHIBIT LIST			Page 5
137512327.1