## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: November 7, 2017

Title: Parsons et al vs. Ryan et al
       Plaintiffs          Defendants
=====================================================================

HON:   David K. Duncan          Judge # 70BL/DKD


      Caryn Smith          Laurie Adams
      Deputy Clerk          Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Rachel Love and Richard Valenti for Defendants


=====================================================================
**PROCEEDINGS:      X   Open Court          Chambers          Other**


9:03 AM - This is the time set for Status Hearing. BJ Millar, Allison Fishkind and Lauren Keil
from The Advisory Board Company are present telephonically and discussion is held regarding
Mr. Millar's liability concerns.  The Court will issue a separate order.  Further discussion is held.
Plaintiffs request clarification on the definitions of advanced practice registered nurse and mental
health clinician.  Mr. Millar will edit the Advisory Board engagement letter and submit for
approval.

Plaintiffs' agenda item 2 is discussed.  Argument is heard as to whether a Rule 706 expert should
be engaged to evaluate the quality of the monitoring program.

The Court having considered Defendants' Motion for Reconsideration (Doc. 2396), IT IS
ORDERED granting the motion and extending the reporting deadline to February 5, 2018.

Plaintiffs request that the December 2017 and January 2018 data be included in the February
report.  Argument is heard.  IT IS ORDERED the data shall be reported by no later than February
26, 2018.

Argument is heard regarding Performance Measures 1, 2 and 4.  IT IS ORDERED Ms. Fletcher
and one of Plaintiffs' counsel shall meet and confer on the issues.  Defendants request that either
Mr. Pratt or Dr. Taylor also participate in the meet and confer.  SO ORDERED.  The parties shall
complete the meet and confer within the next two days and contact chambers to schedule a

telephonic hearing.

Argument is heard regarding agenda item 3, which is Performance Measure 66. The Court will not interfere with the method Plaintiffs are using to correspond with Defendants.

Discussion is held regarding agenda item 4.

10:10 AM – Court stands in recess.

10:37 AM – Court reconvenes with respective counsel present. Court Reporter, Laurie Adams, is present.

Argument is heard regarding Performance Measure 11. The Court is hopeful the report will indicate the steps taken to correct the continued failures at Eyman and Lewis.

Argument is heard regarding Performance Measure 12. IT IS ORDERED the State shall provide staffing reports from the previous month at least 48 hours prior to the monthly status hearing or by the 15th of the month, whichever is earlier.

Argument is heard regarding Performance Measure 15. Defendants inform the Court they will review the corrective action in question.

Defendants set forth on the record the numbers for Eyman, Lewis, Perryville, Phoenix and Tucson as to Performance Measure 19.

Discussion is held regarding Performance Measure 24.

Discussion is held regarding Performance Measure 27. Richard Pratt addresses the Court.

Argument is heard regarding Performance Measure 35. IT IS ORDERED Defendants shall file the remediation plan going forward. The Court requests a record made as to the steps being taken to track the progress of the remediation plan since it was put into place on October 31, 2017. Richard Pratt addresses the Court.

The Court will review the issue of addendums and issue a separate order.

Argument is heard regarding Performance Measure 40. Richard Pratt addresses the Court.

12:02 PM – Court stands in recess.

1:19 PM – Court reconvenes with respective counsel present. Court Reporter, Laurie Adams, is present.

Discussion is held regarding Performance Measure 42. The Court is informed the remediation

plan was put into place on November 1, 2017.  Further discussion is held.  The Court is informed the remediation plan has also been put into place on November 1, 2017 for Eyman and Florence. Defendants state they have not yet received the training documents from Corizon.  IT IS ORDERED by no later than November 15, 2017 Defendants shall file a Notice with the Court as to whether the documents have been provided to Plaintiffs and if they have not been an explanation for this is expected.  This Notice shall pertain to all Performance Measures where training materials are due.

As to Performance Measure 45, Plaintiffs request an update as to Yuma.  IT IS ORDERED Defendants shall provide a Notice to the Court by no later than November 15, 2017 as to the cause of the drop off.

Discussion is held regarding real-time reporting as to Performance Measure 46.  Richard Pratt addresses the Court.

Argument is heard regarding Performance Measure 47.  Richard Pratt addresses the Court. Further argument is heard.  The parties will proceed as set forth on the record.

As to Performance Measure 48, the results for Tucson are set forth on the record.

Discussion is held regarding Performance Measure 49.  The Court is informed the remediation plan began on November 1, 2017.  Defendants are to provide notice as to whether or not the plan is on track.

Argument is heard regarding Performance Measures 50 and 51.  IT IS ORDERED Defendants shall provide an individual who can inform the Court regarding the affidavit of Greg Campbell.

Discussion is held regarding Performance Measure 52.  The Court is informed the remediation plan began on November 6, 2017.  IT IS ORDERED Defendants shall include the Eyman results in their February 5, 2018 report.

Discussion is held regarding Performance Measure 54.  The Court is informed the remediation plan began on November 6, 2017.

Discussion is held regarding Performance Measure 55.

Performance Measure 66 will be discussed during the telephonic hearing.

Richard Pratt addresses the Court as to successive documentation.

Discussion is held regarding Performance Measure 70.

Argument is heard regarding Performance Measures 85 and 86.  IT IS ORDERED Defendants shall file their response by no later than November 17, 2017.

Discussion is held regarding Performance Measure 91.  The Court is informed the remediation plan began on November 6, 2017.  Dr. Taylor addresses the Court.  Further argument is heard.  IT IS ORDERED Defendants shall define the abbreviations for Plaintiffs by no later than November 8, 2017.  Further argument is heard.  IT IS ORDERED in paragraph 2B, regarding RNs, the plan shall be modified and provided to Plaintiffs.

2:53 PM – Court stands in recess.

3:09 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Regarding the drop down box discussed in Performance Measure 46, Mr. Pratt will determine the start date and report to the Court.

The abbreviations requested from Performance Measure 91 are set forth on the record.

The Court is informed that Defendants produced two new exhibits on November 6, 2017 for the Evidentiary Hearing set November 8, 2017.

Discussion is held regarding Performance Measure 93.  The Court is informed the remediation plan began on November 6, 2017.  Dr. Taylor addresses the Court.

Discussion is held regarding Performance Measure 94.  The Court is informed the remediation plan began on November 6, 2017.

Argument is heard regarding Performance Measures 94, 95 and 97.  Dr. Taylor addresses the Court.  IT IS ORDERED if all requirements cannot be checked off due to a transfer then that particular person will not be evaluated.  Only those inmates who are in the facility the entire time may be counted.

The Tucson statistics are set forth on the record for Performance Measure 96.

The Perryville statistics are set forth on the record for Performance Measure 98.

Discussion is held regarding agenda item 8.  Richard Pratt addresses the Court.

Discussion is held regarding agenda item 9.

As to agenda item 10, Plaintiffs request production of the psychological autopsies.  IT IS ORDERED these shall be produced by no later than November 8, 2017.  Argument is heard. IT IS FURTHER ORDERED Mr. Bojanowski shall check with the Department of Corrections to see if there was an investigation as to the credibility of the report that the decedent was seen alive 31 minutes prior to the suicide.  Richard Pratt addresses the Court.

Discussion is held regarding agenda item 11.

Discussion is held regarding agenda item 12.  Defendants request an opportunity to respond.  IT IS ORDERED Defendants shall file their response by no later than November 21, 2017 to which Plaintiffs shall reply by no later than November 28, 2017 at which time the Court will rule.

Further discussion is held as to pending items.


Time in court: 5 hr 9 min (9:03 AM – 4:12 PM)