## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: November 8, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiff     Defendants
================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>                   Laurie Adams
    Deputy Clerk                          Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Rachel Love and Kevin Hanger for Defendants

================================================================
**PROCEEDINGS:**      **X**  Open Court      _____ Chambers      _____ Other

9:02 AM - This is the time set for Evidentiary Hearing re: Tucson Retaliation.  Plaintiffs' Exhibits 1 through 27 and Defendants' Exhibits 31 through 48 are marked for evidence.  Brian Creswell is sworn and examined.  Defendants' exhibit 48 is received in evidence.  The witness is excused.

Jason Monson is sworn and examined.  Defendants' exhibit 31 is received in evidence.  Defendants' exhibit 34 is received in evidence.  Defendants' exhibit 33 is received in evidence.  Defendants' exhibit 35 is received in evidence.  Defendants' exhibit 36 is received in evidence.  Defendants' exhibit 37 is received in evidence.  Defendants' exhibit 40 is received in evidence.

10:43 AM – Court stands in recess.

10:58 AM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Jason Monson resumes the stand and continues his testimony.  Defendants' exhibit 32 is received in evidence.  Defendants' exhibit 39 is received in evidence.  Defendants' exhibit 41 is received in evidence.  Defendants' exhibit 42 is received in evidence.  Defendants' exhibit 43 is received in evidence.  Defendants' exhibit 44 is received in evidence.  Defendants' exhibit 45 is received in evidence.  Plaintiffs' exhibit 20 is received in evidence.  The witness is excused.

12:13 PM – Court stands in recess.

1:32 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

Cole Krages is sworn and examined.  The witness is excused.

Oswaldo Robles is sworn and examined.   The witness is excused.

Ashley Zuerlein is sworn and examined.  The witness is excused.

Tara Diaz is sworn and examined.

3:00 PM – Court stands in recess.

3:14 PM – Court reconvenes with respective counsel present.  Court Reporter, Laurie Adams, is present.

The Court addresses Tara Diaz and the witness is excused.

Alfred Ramos is sworn and examined.   The witness is excused.

Defendants request the opportunity to brief the issue.  IT IS ORDERED Defendants shall file their brief by no later than November 29, 2017.  Plaintiffs shall have until December 13, 2017 to file any response.  If they choose to waive a response a notice shall be filed as to that effect.

Discussion is held as to scheduling the call to discuss discovery issues.

3:45 PM – Court is adjourned.

Time in court: 4 hr 55 min (9:02 AM – 3:45 PM)