Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL INFORMATION CONCERNING PLAINTIFFS' AGENDA ITEMS 2 AND 11 (DKT. 2425)** |

In preparation of the November 21, 2017 telephonic hearing, Defendants hereby supplement the record to include additional letters of counsel for consideration by the Court as follows:

1.    November 14, 2017 correspondence from Ashlee Hesman to Corene Kendrick in response to October 24, 2017 correspondence concerning July 2017 CGARs (*see* Exhibit 1);

2.    November 17, 2017 correspondence from Richard Valenti to Corene Kendrick in response to October 20,2 017 correspondence regarding licensure status of telemedicine providers (*see* Exhibit 2);

3.    November 18, 2017 correspondence from Richard Valenti to Corene Kendrick in response to October 31, 2017 correspondence regarding University of Arizona Telemedicine Program *(see* Exhibit 3);

4.    November 18, 2017 correspondence from Timothy Bojanowski to David Fathi in response to October 20, 2017 correspondence regarding inmate James Krauss (*see* Exhibit 4); and

5.    November 20, 2017 correspondence from David Fathi to Ashlee Hesman in response to November 14, 2017 correspondence regarding July 2017 CGARs (*see* Exhibit 5).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED this 20th day of November 2017.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Timothy J. Bojanowski
　　　Daniel P. Struck
　　　Rachel Love
　　　Timothy J. Bojanowski
　　　Nicholas D. Acedo
　　　Ashlee B. Fletcher
　　　Jacob B. Lee
　　　Kevin R. Hanger
　　　Timothy M. Ray
　　　Richard M. Valenti
　　　Jamie D. Guzman
　　　3100 West Ray Road, Suite 300
　　　Chandler, Arizona  85226

　　　Arizona Attorney General Mark Brnovich
　　　Office of the Attorney General
　　　Michael E. Gottfried
　　　Lucy M. Rand
　　　Assistant Attorneys General
　　　15 South 15th Avenue
　　　Phoenix, Arizona 85007

　　　*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2
3
I hereby certify that on November 20, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4
Alison Hardy:                    ahardy@prisonlaw.com

5
6
Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

7
Amy B. Fettig:              afettig@npp-aclu.org

8
Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

9
10
Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

11
Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12
Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

13
David Cyrus Fathi:      dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14
Donald Specter:          dspecter@prisonlaw.com

15
Jessica Pari Jansepar Ross:    jross@azdisabilitylaw.org

16
John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

17
John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

18
Jose de Jesus Rico:     jrico@azdisabilitylaw.org

19
Kathleen E. Brody:      kbrody@acluaz.org

20
Kirstin T. Eidenbach:   kirstin@eidenbachlaw.com

21
Maya Abela                mabela@azdisabilitylaw.org

22
Rose Daly-Rooney:      rdalyrooney@azdisabilitylaw.org

23
Sara Norman:             snorman@prisonlaw.com

24
25
Sarah Eve Kader:        skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

26
Rita K. Lomio:           rlomio@prisonlaw.com

27
Victoria Lopez:          vlopez@aclu.org

28

4

1

2    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4        N/A

5                                    /s/Timothy J. Bojanowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28