# EXHIBIT 2

# (REDACTED)



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

November 17, 2017

**VIA EMAIL ONLY**
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

   Re: *Parsons v. Ryan*
     Licensure Status of Telemedicine Providers

Dear Corene:

  The purpose of this letter is to respond to yours of October 20, 2017 regarding requests for information concerning licensure status of telemedicine providers.

  With regard to Dr. ▮▮▮▮▮ ▮▮▮▮▮, at the November 7, 2017 Status Hearing, Defendants confirmed that he is licensed to practice medicine in Arizona. *See* 11/7/17 Tr. at 176:14-25, 177: 1-17.

  Below is the list of providers Corizon is currently using to provide telemedicine to class members:

    1. Dr. ▮▮▮▮▮▮▮▮▮▮▮
    2. Dr. ▮▮▮▮▮▮
    3. ▮▮▮▮▮▮▮▮ (NP)
    4. ▮▮▮▮▮▮▮▮ (NP)
    5. Dr. ▮▮▮▮▮▮▮▮▮

Corene Kendrick
November 17, 2017
Page 2

      Corizon confirmed that all five of these providers are licensed to practice medicine in Arizona.

                                              Sincerely,

                                              Richard M. Valenti

RMV/eap

cc:    Counsel of Record

3100 West Ray Road | Suite 300 | Chandler, AZ 85226
480.420.1600 | STRUCKLOVE.COM