# EXHIBIT 3

# (REDACTED)



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

November 18, 2017

<u>VIA EMAIL ONLY</u>

Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA 94964

      Re:    *Parsons v. Ryan*
               Defendants' Notice to the Court Regarding Status of University of
               Arizona Telemedicine Program (Doc. 2398)

Dear Corene:

     The purpose of this letter is to respond to the following requests in your October 31, 2017 letter to Tim Bojanowski regarding Defendant's Notice to the Court Regarding Status of University of Arizona Telemedicine Program (Doc. 2398):

1. Ms. Stover's declaration, and the exhibits, groups both psychology and psychiatry under the rubric of "telepsych," which appears to account for the large majority of telehealth encounters. [Doc. 2398-1 ¶ 4; Ex. 3] We need a breakdown between these two disciplines, because they implicate different performance measures with different requirements.

2) List of all individuals providing psychology and psychiatry services to verify licensure.

3. [A]n explanation for the sudden and substantial increase in "telepsych" beginning in June 2017. [*See id*.]

4. Exhibit 4 allegedly lists the schedule of all telehealth providers and telemed schedules. [Doc. 2398-1 ¶ 7; Ex. 4] However, this only lists five providers and cannot therefore be complete, given the number of monthly encounters listed in Exhibit 1. Please confirm whether this is a complete list of all telehealth providers who have provided medical or mental health care since June; if it is not, please provide such a list. We also request these individuals' first names in order to verify licensure.

Richard Valenti
November 18, 2017
Page 2

Defendants' responses are as follows:

1. Breakdown of telepsychology and telepsychiatry.

A. Telepsychology

| **Telepsychology** | | | | | | |
|---|---|---|---|---|---|---|
|  | **June** | **July** | **August** | **September** | **October** | **Total** |
| Douglas | 0 | 0 | 0 | 0 | 0 | 0 |
| Eyman | 0 | 0 | 0 | 0 | 0 | 0 |
| Florence | 0 | 0 | 0 | 0 | 0 | 0 |
| Lewis | 149 | 107 | 124 | 117 | 135 | 1770 |
| Perryville | 0 | 0 | 0 | 0 | 0 | 0 |
| Phoenix | 0 | 0 | 0 | 0 | 0 | 0 |
| Safford | 0 | 0 | 0 | 0 | 0 | 0 |
| Tucson | 0 | 0 | 0 | 0 | 0 | 0 |
| Yuma | 0 | 0 | 0 | 0 | 0 | 0 |
| Winslow | 0 | 0 | 0 | 0 | 85 | 85 |
| **Total** | 149 | 107 | 124 | 117 | 220 | 1855 |

B. Telepsychiatry

| **Telepsychiatry** | | | | | | |
|---|---|---|---|---|---|---|
|  | **June** | **July** | **August** | **September** | **October** | **Total** |
| Douglas | 0 | 2 | 1 | 1 | 1 | 5 |
| Eyman | 376 | 321 | 287 | 143 | 131 | 1258 |
| Florence | 229 | 180 | 219 | 167 | 195 | 990 |
| Lewis | 382 | 516 | 438 | 434 | 600 | 2370 |
| Perryville | 377 | 475 | 527 | 470 | 338 | 2187 |
| Phoenix | 105 | 104 | 140 | 116 | 72 | 537 |
| Safford | 1 | 5 | 0 | 0 | 2 | 8 |
| Tucson | 622 | 516 | 582 | 511 | 194 | 2425 |
| Yuma | 449 | 530 | 538 | 537 | 0 | 2054 |
| Winslow | 0 | 0 | 0 | 0 | 354 | 354 |
| **Total** | 2541 | 2649 | 2732 | 2379 | 1887 | 12188 |

Richard Valenti
November 18, 2017
Page 3

    2.    List of all individuals providing psychology and psychiatry services:

| | Role |
|---|---|
| ■ | Psychiatrist |
| ■ | MH Midlevel – FT |
| ■ | Psychiatrist |
| ■ | MH Midlevel – FT |
| ■ | MH Midlevel – PT |
| ■ | MH Midlevel – PT |
| ■ | Psychiatrist |
| ■ | MH Midlevel – PT |
| ■ | MH Midlevel – FT |
| ■ | Psychiatrist |
| ■ | Psychiatrist |
| ■ | MH Midlevel – FT |
| ■ | MH Midlevel – FT |
| ■ | MH Midlevel – PT |
| ■ | MH Midlevel – FT |
| ■ | MH Midlevel – FT |
| ■ | MH Midlevel – PT |
| ■ | MH Midlevel – FT |
| ■ | Psychiatrist |
| ■ | Psychiatrist |
| ■ | Psychiatrist |
| ■ | MH Midlevel – FT |
| ■ | Psychiatrist |
| ■ | Regional Psychiatric Director |

    3. According to Corizon, in June 2017, Corizon temporarily lost the use of two providers. One provider departed to spend six (6) weeks in India, while another was out for three (3) weeks following knee replacement surgery.

    4. According to Corizon, Exhibit 4 in Doc. 2398-1 provides a complete list of telehealth providers for those periods. They are:

- Dr. ■
- Dr. ■
- ■ (NP)
- ■ (NP)
- Dr. ■

Richard Valenti
November 18, 2017
Page 4

   Corizon confirmed that all five of these providers are licensed to practice medicine in Arizona.

                Sincerely,

                Richard M. Valenti

RMV/eap

cc: Counsel of Record