| ☒ AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| AZ Form (Rev. 1/2015) | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME David C. Fathi | 2. PHONE NUMBER 202-393-4930 | 3. DATE November 21, 2017 |
|---|---|---|

| 4. FIRM NAME ACLU National Prison Project |
|---|

| 5. MAILING ADDRESS 915 15th Street, N.W., 7th Floor | 6. CITY Washington | 7. STATE DC | 8. ZIP CODE 20005 |
|---|---|---|---|

| 9. CASE NUMBER 12-cv-00601 | 10. JUDGE Hon David K. Duncan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 11/21/2017 | 12. |

| 13. CASE NAME Parsons, et al. v. Ryan, et al. | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☒ OTHER (Specify) |  |
| ☐ SENTENCING |  | Telephonic Hearing | 11/21/2017 |
| ☐ BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 14 DAYS | ☐ | ☐ |  |  |  |
| 7 DAYS | ☒ | ☐ |  | ☒ PDF (e-mail) |  |
| DAILY | ☐ | ☐ |  | ☐ ASCII (e-mail) |  |
| HOURLY | ☐ | ☐ |  |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: dfathi@aclu.org

19. SIGNATURE /s/ David C. Fathi

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE November 21, 2017

| TRANSCRIPT TO BE PREPARED BY |  |  | ESTIMATE TOTAL |  |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY