**EXHIBIT 1**

**EXHIBIT 1**

1   Arizona Attorney General Mark Brnovich
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
8   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
9   Ashlee B. Fletcher, Bar No. 028874
    Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  Richard M. Valenti, Bar No. 031533
    Jamie D. Guzman, Bar No. 022095
12  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
13  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
14  Fax:  (480) 420-1696
    dstruck@strucklove.com
15  rlove@strucklove.com
    tbojanowski@strucklove.com
16  nacedo@strucklove.com
    afletcher@strucklove.com
17  jlee@strucklove.com
    khanger@strucklove.com
18  tray@strucklove.com
    rvalenti@strucklove.com
19  jguzman@strucklove.com
    *Attorneys for Defendants*

20

21                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF ARIZONA**
22

| | |
|---|---|
| 23  Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| 24                                    Plaintiffs, | |
| 25             v. | **DECLARATION OF JACQUES BAILLARGEON** |
| 26  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, | |
| 27  Arizona Department of Corrections, in their official capacities, | |
| 28                                    Defendants. | |

I, **JACQUES BAILLARGEON**, make the following Declaration:

1.    I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.    I am a Professor with tenure with the Department of Preventive Medicine and Community Health, University of Texas Medical Branch at Galveston, Texas.

3.    I have extensive corrections experience, as well as experience in drawing random samples for research purposes.  A copy of my curriculum vitae is attached as Attachment 1.

4.    In preparation of making this declaration, I reviewed the proposed language of Plaintiffs' mental health expert, Craig Haney.

5.    While Dr. Haney's description of the principles of random sampling is reasonable and appropriate, his recommendation with respect to Performance Measure 39 is not.

6.    Performance Measure 39 requires routine provider referrals addressed by a medical provider and referrals requiring a scheduled provider appointment be seen within fourteen (14) calendar days of the referral.

7.    Dr. Haney opines that "a sample drawn to test Performance Measure 39 must exclude all referrals made less than 14 days before the sample is drawn."

8.    Assuming the analysis is based on a sample that was drawn from all possible patients who had a routine appointment during a given month, it is not appropriate to exclude this subgroup.

9.    To the extent the Court requires language regarding random sampling, I recommend the following:

> Random sampling is the process of selecting a sample of files from a larger universe of files to ensure that the sample is unbiased and, therefore, representative of the characteristics of the larger whole or universe from which it is drawn.  Random sampling techniques ensure that no one file from the universe of files has any higher probability or likelihood of being included in the sample than any other.

1      I declare under penalty of perjury that the foregoing is true and correct.

2      Executed this _21st_ day of November, 2017.

3

4                                    JACQUES BAILLARGEON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT 1**

**ATTACHMENT 1**

Date: November 1, 2017
Employee Number: 58266

## CURRICULUM VITAE

**NAME:   Jacques Baillargeon**

**PRESENT POSITION AND ADDRESS:**

Professor with tenure
Department of Preventive Medicine and Community Health
University of Texas Medical Branch at Galveston
301 University Boulevard
Galveston, TX 77555-1148
Business Phone: (409) 772-4534
Email: jbaillar@utmb.edu

**BIOGRAPHICAL:**

| | |
|---|---|
| Citizenship: | United States |
| Date of Birth: | October 31, 1967 |
| Place of Birth: | Kansas City, KS |
| Home Address: | 1059 Cayman Bend Lane, League City, TX 77573 |
| Home Phone: | (832) 454-1203 |

**EDUCATION:**

| | |
|---|---|
| 1997 | Ph.D., Preventive Medicine and Community Health (Epidemiology), University of Texas Medical Branch |
| 1990 | B.A., English, University of Texas at Austin |

**PROFESSIONAL AND TEACHING EXPERIENCE:**

| | |
|---|---|
| 2014 | Professor, Department of Preventive Medicine and Community Health, University of Texas Medical Branch |
| 2006–present | Director, Division of Epidemiology and Outcomes, Correctional Managed Care, University of Texas Medical Branch |
| 2006–2014 | Associate Professor, Department of Preventive Medicine and Community Health, University of Texas Medical Branch |

1

| | |
|---|---|
| 2004-2006 | Associate Professor, Department of Epidemiology and Biostatistics, University of Texas Health Science Center at San Antonio |
| 1998–2004 | Assistant Professor, Department of Pediatrics, University of Texas Health Science Center at San Antonio |
| 1997–1998 | Instructor, Department of Internal Medicine, University of Texas Medical Branch |
| 1997–1998 | Staff Epidemiologist, Division of Outcomes Management and Research, Department of Internal Medicine, University of Texas Medical Branch |

**RESEARCH ACTIVITIES:**

**Areas of Research:**

Pharmacoepidemiology
Drug Safety
Comparative effectiveness research (CER)
Patient centered outcomes research (PCOR)
Health services
Cancer epidemiology
Correctional epidemiology
Psychiatric epidemiology

**Grants Funded**:

**Current**

1R24HS022134-01 (Goodwin)          5/01/13-01/31/18          0.24 calendar
AHRQ                               $674,047
Patient Centered Outcomes Research in the Elderly The goal of Patient Centered
Outcomes Research in the Elderly is to transform UTMB into a center of rigorous high
quality comparative effectiveness research (CER) and patient-centered outcomes research
(PCOR), focused on healthcare decision-making facing older individuals, their providers,
and the health systems providing their care.

5 UL1 TR001439-02 (Brasier)        8/18/2015 – 3/31/2020     0.24 calendar
NIH                                $417,605
UTMB Clinical and Translational Science Award (CTSA)

2

The CTSA at UTMB has four broad goals: 1. Facilitate translational research as a rigorous discipline; 2. Develop translational research training programs at all levels in the graduate continuum; 3.  Effectively conduct and bridge step 1 translational research (T1) to steps 2 (T2) and -3 (T3); and 4. Interface productively with the national CTSA Consortium. To accomplish these goals, we have organized our ICTSA into 12 "Key Resources" -- combinations of university core laboratories and intellectual resources, integrated by a single point of investigator/trainee contact. Our Key Resources are assembled to support the translational goals of exemplar multidisciplinary translational teams (MTTs), generally organized around our successful NIH-funded interdisciplinary research centers.

1 R01DA039192-01A1 (Kuo/Raji)    9/15/2016 –06/30/2020        0.24 calendar
NIH/NIDA                         $348,750
Pattern, Variation and Outcomes of Opioid Prescription in Older Adults
The project has three specific aims: (1) Examine temporal changes in the prevalence, duration, and dose of opioid use in older adults, with particular focus on the impact of policy changes; (2) Assess the variation of opioid use across providers and determine patient and provider factors associated with opioid use in older adults; and (3) Examine the risk of adverse outcomes—including falls, fractures, emergency room (ER) visits, hospitalization, institutionalization, and mortality—in older patients receiving opioids.

Research Award (Rodriguez) 8/31/2016 – 08/30/2019        0.24 calendar
CPRIT                          $247,274
School-Based Human Papillomavirus Vaccination Program in the Lower Rio Grande Valley
The overall goal of the proposed project is to increase HPV vaccination uptake in Starr County by increasing awareness and knowledge about the HPV vaccine among parents, school district staff, healthcare providers, community leaders and local government officials in conjunction with a school-based HPV vaccination program.

U54 HD047891-11(Hankins)          01/01/16 – 06/30/20        0.24 calendar
NIH/NICHHD
Center for Development of Medicals and Biologics for Treatment of the Pregnant Patient and Fetus
The 3 major project goals are (1) ensure that the clinical and translational infrastructures provide the necessary support for the researchers, (2) streamline communications between the investigators and other personnel to provide the time needed for the lead investigators to focus on achieving the goals of their projects, (3) provide education, training, and mentorship for junior investigators, and recruit individuals interested in a career in obstetric-fetal pharmacology.

UTMB ITS Pilot (Baillargeon/Urban)     4/1/2016 – 3/31/2017 0.24 calendar
UTMB                                   $30,000
(cost share)
Patient Centered Outcomes Research (PCOR) in Men's Health

The overarching goal of the PCOR in Men's Health Multidisciplinary Translational Team (MTT) is to conduct patient-centered research in Men's Health, with particular emphasis on informing the development of randomized clinical trials (RCTs).

| | | |
|---|---|---|
| 1229 (Volpi) | 10/01/2013- 12/31/2017 | 0.24 calendar |
| Dairy Research Institute | $438,368 | |

Whey Protein and Exercise to Accelerate Recovery of Muscle Mass and Function after Acute Hospitalization in Previously Independent Older Adults

The purpose of this study is to examine the effect of dietary supplements and exercise on recovery of muscle mass and functional health in older adults following acute hospitalization.

**Past**

5R03DA023870-02 – NIH/NIDA
"Psychiatric Barriers to Outpatient Care in Released HIV-Infected Offenders"
J. Baillargeon, PI; 25% effort; total of $150,000; 4/01/08 – 3/31/10
Role: principal investigator

5R03CA110788-02 – NIH/NCI
"Obesity in Hispanic Children with Leukemia"
J. Baillargeon, PI; 40% effort; total of $150,000; 7/01/04 – 6/30/06
Role: principal investigator

SACI-0045 – San Antonio Cancer Institute
"Obesity Adipokines and Prostate Cancer"
J. Baillargeon, PI; 5% effort; total of $50,000; 2/01/04 – 1/31/06
Role: principal investigator

2001-IJ-CX-0023 – US Department of Justice, National Institute of Justice
"Prevalence and Management of Infectious Disease Conditions in the Correctional Setting"
J. Baillargeon, PI; 50% effort; total of $254,701; 1/01/02 – 1/01/04
Role: principal investigator

2000-CE-VX-0001 – US Department of Justice, National Institute of Justice
"Sentencing-Related Changes in Correctional Health"
J. Baillargeon, PI; 40% effort; total of $140,924; 6/01/00 – 5/31/01
Role: principal investigator

1998-CE-VX-0022 – US Department of Justice, National Institute of Justice
"Addressing Sentencing-Related Changes in Correctional Health Care: Building a Researcher-Practitioner Partnership"

4

J. Baillargeon, PI; 40% effort; total of $150,013; 2 /01/98 – 5 /31/00
Role: principal investigator

1R01DA0307780-01-NIH/NIDA
"Improving Linkage to Care Following Release from Incarceration"
Josiah D. Rich, PI: 15% effort; total 1,000,000; 1/01/11 – 12/31/13.
Role: co-investigator

2U01 CA-086402 – NIH/NCI
"San Antonio Center of Biomarkers of Risk for Prostate Cancer (SABOR)"
I. Thompson, PI; 5% effort; total of $1,500,000; 3/01/05 – 2/27/10
Role: co-investigator

5R01DK059216-01 – NIH
"Prevalence and Progression of Type 2 Diabetes Mellitus in Mexican-American Youth"
D. Hale, PI; 5% effort; total of $950,000; 3/01/01 – 2/28/06
Role: co-investigator

U50-CCU614390 – Centers for Disease Control and Prevention
"Prevalence and Risk Factors for Hepatitis C Among Adolescents in Detention"
R. Bair, PI; 10% effort; total of $75,000; 10/01/00 – 10/01/01
Role: co-investigator

1U01 CA-086402 – NIH/NCI
"San Antonio Center of Biomarkers of Risk for Prostate Cancer (SABOR)"
I. Thompson, PI; 5% effort; total of $1,500,000; 3/01/00 – 2/27/05
Role: co-investigator

R01BL60604-01A1 – NIH/NHLBI
"KSHV Infection in Blood Donors from Texas"
S-J Gao, PI; 5% effort; total of $922,068; 4/01/99 – 3/31/03
Role: co-investigator

**Grants not Funded:**

Investigator initiated grant,  scored, fiftieth-third percentile
"Cardiovascular Effects of Testosterone Therapy in Middle Aged Men"
J. Baillargeon, PI; 25% effort; total of $200,000; submitted July 10, 2013
Role: principal investigator

R21 –NIH/NHLBI
"Testosterone Therapy in Middle Aged Men"
J. Baillargeon, PI; 25% effort; total of $150,000; submitted October 1, 2013
Role: principal investigator

5

AAMC Learning Health System  Planning Award
"The Epic ® Triple A Project: Promoting Awareness, Facilitating Access, and Improving Analysis of EHR Data"
J. Baillargeon, PI; 25% effort; total of $10,000; submitted November 1, 2013
Role: principal investigator

## COMMITTEE RESPONSIBILITIES:

### National

| | |
|---|---|
| 2013-present | Member, Membership Committee, Society for Epidemiologic Research |
| 2010-2013 | Member, Organizing Committee, University of Massachusetts Medical School Academic and Health Policy Conference on Correctional Health |

### State/Regional

| | |
|---|---|
| 2009–2011 | Co-chair, Demographic Review of Population Trends in Texas Section Workgroup, Statewide Health Coordinating Council 2011–2016 Texas State Health Plan Project (A Roadmap to a Healthy Texas) |

### University of Texas Medical Branch:

| | |
|---|---|
| 2016: | Associate Director, Clinical Sciences Education Program |
| 2016: | Member, Institutional Review Board (IRB) |
| 2014-2016: | Member, APT Committee |
| 2015-2016: | Member, Presidential Scholars Committee |
| 2015-2016: | Member, Post-Tenure Review Committee |
| 2013-2014 | Member, Biostatistics Search Committee, Assistant Professor, Department of Preventive Medicine and Community Health |
| 2013-2014 | Member, Epidemiology Search Committee, Assistant Professor, Department of Preventive Medicine and Community Health |

6

| | |
|---|---|
| 2006–2012 | Member, Executive Committee, Graduate School of Biomedical Sciences Associates |
| 2011-present | Member, Graduate Policy Committee, Graduate School of Biomedical Sciences |
| 2012 | Member, Dermatology, Hematology, and Musculoskeletal Course Committee, School of Medicine |
| 2012 | Member, Great Syndromes Course Committee, School of Medicine |
| 2012-present | Member, Institute of Translational Sciences, Clinical Science Education Committee |
| 2013-present | Member, Institutional Review Board, Translational Learning Center |
| 2013-2015 | Member, Executive Committee, Department of Preventive Medicine and Community Health |
| 2008–2012 | Member, *UTMB Magazine* Editorial Advisory Board |

**University of Texas Health Science Center at San Antonio:**

| | |
|---|---|
| 2000–2003 | Member, Institutional Review Board |
| 1998-2004 | Member, Institutional Review Board, Santa Rosa Children's Hospital |
| 2002–2006 | Member, General Clinical Research Committee (GCRC) Review Committee |
| 2002–2006 | Member, San Antonio Cancer Institute, Protocol Review Committee |
| 2005–2006 | Member, Post-tenure Evaluation Committee |
| 2005–2006 | Member, Texas Public Health Cooperative Task Force |
| 2005–2006 | Member, Department of Pediatrics Research Committee |

**TEACHING RESPONSIBILITIES AT UTMB:**

7

**Graduate School of Biomedical Sciences (GSBS)**

Teaching Record (course director, MPH, PhD courses):

*Outcomes Research,* Preventive Medicine and Community Health, 2011

*Translational Epidemiology 1*, Preventive Medicine and Community Health, 2012, 2013, 2014

*Introduction to Secondary Data Analysis*, Preventive Medicine and Community Health, 2006

*PMCH Seminar Series*, Preventive Medicine and Community Health, 2013, 2014

*Research Design and Methods* (independent study), Preventive Medicine and Community Health, 2010

*Systematic Reviews*, Preventive Medicine and Community Health, 2014

Teaching Record (invited lecture/s):

*Epidemiology 1*, Preventive Medicine and Community Health, 2012, 2013

*Issues in Prevention*, Preventive Medicine and Community Health, 2011

*Research Design and Methods*, Preventive Medicine and Community Health, 2014

*Systematic Reviews*, Preventive Medicine and Community Health, 2013

Students Supervised (Predoctoral)

Aaron Gray, Department of Preventive Medicine and Community Health, 2013-present (PhD Dissertation chair)

Judith DiMarco, Department of Preventive Medicine and Community Health, 2000-2006 (PhD Dissertation committee member)

Drew Watson, Institute of Medical Humanities, 2006-2010, (MA Thesis committee member)

Monica Watford, Department of Rehabilitation Science, 2013-present, (PhD Dissertation committee  member)

8

Muneeza Esani, Department of Preventive Medicine and Community Health, Dissertation Committee member, 2016-present

Noe Perez, Department of Preventive Medicine and Community Health, 2010-2013 (PhD Dissertation committee member)

Cody Gomez, School of Medicine, 2012 (MSTAR project, committee member)

Lily Kwatampora, Department of Preventive Medicine and Community Health, 2012, (MPH Capstone chair)

Eli Newsome, Department of Preventive Medicine and Community Health, 2013-present, (MPH Capstone committee member)

Karon Wynne, Department of Preventive Medicine and Community Health, 2013-present, (MPH Capstone committee member)

Joseph Connolly, Department of Preventive Medicine and Community Health, 2012-2014, (MPH Capstone chair)

Alina Bennett, Department of Preventive Medicine and Community Health, 2011-2013, (MPH Capstone chair)

Alina Bennett, Department of Preventive Medicine and Community Health, 2011-2014, (PhD Dissertation committee member)

Rodney Welsh, Department of Rehabilitation Science, 2013-present, (PhD Dissertation committee  member)

Xiao Fang , Department of Preventive Medicine and Community Health, 2012-present, (MPH Thesis committee member)

Lawrence J. Panas, Department of Preventive Medicine and Community Health, 201-present (MPH Capstone committee member)

Best Anyama, Department of Preventive Medicine and Community Health, 2013-present (MPH capstone chair)

Joseph Saenz , Department of Preventive Medicine and Community Health, 2010-present (PhD qualifying exam committee member)

Michael Borack, Department of Preventive Medicine and Community Health, 2009-present (PhD qualifying exam committee member)

9

Aaron Gray, Department of Preventive Medicine and Community Health, 2010-present (PhD qualifying exam committee member)


**School of Medicine**

<u>Teaching Record</u>

Great Syndromes Course, Integrated Medical Curriculum (member of course curriculum committee), 2011, 2012

Great Syndromes Course, Integrated Medical Curriculum (Facilitator), 2011, 2012, 2013, 2014

Renal, Fluids, and Electrolytes Course, Integrated Medical Curriculum (Facilitator and member of course committee) School of Medicine, University of Texas Medical Branch, 2012

<u>Students  mentored  (Post-doctoral)</u>

Tennille Wilson Pharm.D. (Pharmacy Practice Residency Program, University of Texas Medical Branch, 2006-2007)

Orly Anconina, Pharm.D. (Pharmacy Practice Residency Program,, University of Texas Medical Branch, 2007-2008)

Jannelle Harris, Pharm.D. (Pharmacy Practice Residency Program,, University of Texas Medical Branch, 2007-2009)

Anita Trikha MD (Department of Internal Medicine, University of Texas Medical Branch, 2012-2014)

Sucharitha Kankanala MD  (Department of Internal Medicine, University of Texas Medical Branch, 2013-2014)


**TEACHING RESPONSIBILITIES AT UT HEALTH SCIENCE CENTER AT SAN ANTONIO:**

**Graduate School of Biomedical Sciences**

<u>Teaching Record (invited lecture/s):</u>

*Research Methods 1*, Masters of Clinical Investigation, 2001, 2002, 2003, 2004, 2005, 2006

*Research Methods 2*,  Masters of Clinical Investigation, 2001, 2002, 2003, 2004, 2005, 2006

*Biostatistics 1*,  Masters of Clinical Investigation, 2001, 2002, 2003, 2004, 2005, 2006

*Biostatistics 2*, Masters of Clinical Investigation, 2001, 2002, 2003, 2004, 2005, 2006

*Data Management 1*, Masters of Clinical Investigation, 2001, 2002, 2003, 2004, 2005, 2006

Students  mentored  (Predoctoral)

Brenda Deming, Department of Biochemistry, University of Texas Health Science Center at San Antonio, 2004 (Dissertation committee member)

**School of Medicine**

Teaching Record (course co-director):

*Introduction to Clinical Investigation*, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

Teaching Record (invited lecture/s):

*Introduction to Research Methods*, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

*Introduction to Epidemiology*, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

**MEMBERSHIPS**

| | |
|---|---|
| 1999–present | Society for Epidemiologic Research |
| 1999–present | American College of Epidemiology |
| 2014-present | International Society for Pharmacoepidemiology |

**HONORS AND AWARDS**

| | |
|---|---|
| 2012 | Outstanding oral presentation, American College of Chest Physicians, Atlanta GA |
| 2008–present | Fellow, UTMB Sealy Center on Aging |
| 2000–2004 | Member, San Antonio Cancer Institute |

11

2009–2011          Faculty member, UTMB Center for Addiction Research

## PROFESSIONAL SERVICE

2017          Vice Chair, Information Technology, American Correctional Association

2014          Member, Editorial board, *Journal of Aging and Health*

1999–present          Manuscript reviewer:
*American Journal of Psychiatry*
*American Journal of Public Health*
*Annals of Epidemiology*
*Cancer*
*HIV Clinical Trials*
*Journal of Acquired Immune Deficiency Syndrome*
*JAMA, Journal of the American Medical Association*
*Journal of Clinical Oncology*
*Journal of Correctional Health Care*
*Journal of Diabetes and Its Complications*
*Journal of Epidemiology and Community Health*
*Medical and Pediatric Oncology*

2014          Grant reviewer, Albert Schweitzer Fellowship

2008-2012          Conference Planning Committee, Annual Academic and Health Policy Conference on Correctional Health, University of Massachusetts.

2012, 2014          Grant review committee, Rehabilitation Sciences (for R24 PI: Ottenbacher), Pilot Project, University of Texas Medical Branch

2008–2012          Member, Gulf Coast Consortia

2002–2006          Member, San Antonio Cancer Institute Protocol Review Board

2008–present          Faculty member and Steering Committee member, Agency for Healthcare Research and Quality Training Program in Patient Safety and Quality (Gulf Coast Consortia)

## NIH STUDY SECTIONS

| | |
|---|---|
| 2013 | Member, National Institutes of Health (NIH), National Institute on Aging (NIA), R01 Study Section: Safety of Testosterone Replacement Therapy in Older Men |
| 2011 | Member, National Institutes of Health (NIH), National Institute of Drug Abuse (NIDA), R01 Study Section: HIV, Seek, Test, and Treat Study Section |
| 2003–2006 | Member, National Institutes of Health (NIH), National Cancer Institute (NCI), R03 Cancer Prevention Study Section |
| 2001–2002 | Member, National Institutes of Health (NIH), National Institute of Allergy and Infectious Diseases R01 Study Section |

**PUBLISHED:**

**A.  ARTICLES IN PEER-REVIEWED JOURNALS**

1.  **Baillargeon J**, Wilkinson G, Rudkin L, Baillargeon G, Ray L. Characteristics of the healthy worker effect: a comparison of male and female occupational cohorts. *J Occup Environ Med* 40:368–373; 1998.

2.  **Baillargeon J**, Black SA, Solomon D, Gugliuzza K, Dunn K. Determinants of hemodialysis access-related health care utilization in incarcerated and non-incarcerated populations. *J Correct Health Care* 5:63–74; 1998.

3.  Jenson HB, **Baillargeon J**, Heard P, Moyer MP. Effects of smokeless tobacco and tumor promoters on cell population growth and apoptosis of B lymphocytes infected with Epstein-Barr virus types 1 and 2. *Toxicol Appl Pharmacol* 160:171–182; 1999.

4.  **Baillargeon J**, Grady J, Borucki MJ. Immunologic predictors of HIV-related survival. *Int J STD AIDS* 10:467–470; 1999.

5.  **Baillargeon J**, Wilkinson GS. Characteristics of the healthy survivor effect among male and female Hanford workers. *Am J Ind* Med 35:343–347; 1999.

6.  **Baillargeon J**, Borucki M, Williamson J, Dunn K. Determinants of HIV-related survival among Texas prison inmates. *AIDS Patient Care STDS* 13:355–361; 1999.

7.  **Baillargeon J**, Borucki MJ, Williamson J. Temporal trends in AIDS-related survival. *AIDS Patient Care STDS* 13:17–22; 1999.

8.  **Baillargeon J**, Borucki M, Black S, Dunn K. Determinants of survival in HIV-positive patients. *Int J STD AIDS* 9:22–26; 1999.

9.  **Baillargeon J**, Grady J, Borucki MJ. Immunologic predictors of HIV-related survival among Texas prison inmates. *AIDS Patient Care STDS* 14:183–188; 2000.

13

10. **Baillargeon J**, Contreras S, Grady JJ, Black SA, Murray O. Compliance with antidepressant medication among prison inmates with depressive disorders. *Psychiatr Serv* 51:1444–1446; 2000.

11. **Baillargeon J**, Piper J, Leach CT. Epidemiology of human herpesvirus 6 (HHV-6) infection in pregnant and nonpregnant women. *J Clin Virol* 16:149–157; 2000.

12. Hale DE, Cody JD, **Baillargeon J**, Schaub R, Danney MM, Leach RJ. The spectrum of growth abnormalities in children with 18q deletions. *J Clin Endocrinol Metab* 85:4450–4454; 2000.

13. **Baillargeon J**, Black SA, Pulvino J, Dunn K. The disease profile of Texas prison inmates. *Ann Epidemiol* 10: 74–80; 2000.

14. **Baillargeon J**, Borucki MJ, Zepeda S, Jenson HB, Leach CT. Antiretroviral prescribing patterns in the Texas prison system. *Clin Infect Dis* 31:1476–1481; 2000.

15. Kelly P, Bair RM, **Baillargeon J**, German V. Risk behaviors and the prevalence of Chlamydia in a juvenile detention facility. *Clin Pediatr* 39:521–527; 2000.

16. Demirci CS, Miller DR, **Baillargeon J**, Moyer MP, Jenson HB. Smokeless tobacco extracts modulate exogenous gene expression in early passage cultured human oral epithelial cells: an in vitro system to study chemical and viral enhancer/promoter interaction. *J Pharmacol Toxicol Methods* 44:527–532; 2000.

17. Zhang YJ, Davis TL, Wang XP, Deng JH, **Baillargeon J**, Yeh IT, Jenson HB, Gao SJ. Distinct distribution of rare US genotypes of Kaposi's sarcoma-associated herpesvirus (KSHV) in South Texas: implications for KSHV epidemiology. *J Infect Dis* 183:125–129; 2001.

18. **Baillargeon J**, Black SA, Contreras S, Grady J, Pulvino J. Anti-depressant prescribing patterns for prison inmates with depressive disorders. *J Affect Disord* 63:225–231; 2001.

19. **Baillargeon J.** Characteristics of the healthy worker effect. *Occup Med* 16:359–366; 2001.

20. **Baillargeon J**, Linton AD, Black SA, Zepeda S, Grady JJ. Medication prescribing and adherence patterns among prison inmates with diabetes mellitus. *J Correct Health Care* 8:37–53; 2001.

21. Wu ZH, **Baillargeon J**, Grady JJ, Black SA, Dunn K. HIV seroprevalence among newly incarcerated inmates in the Texas correctional system. *Ann Epidemiol* 11:342–346; 2001.

22. **Baillargeon J**, Deng JH, Hettler E, Harrison C, Grady JJ, Korte LG, Alexander J, Montalvo E, Jenson HB, Gao SJ. Seroprevalence of Kaposi's sarcoma-associated herpesvirus Infection among blood donors from Texas. *Ann Epidemiol* 11:512–518; 2001.

23. **Baillargeon J**, Contreras SA. Antipsychotic prescribing patterns in the Texas prison system. *J Am Acad Psychiatry Law* 29:48–53; 2001.

14

24. Schaub RL, Reveles XT, **Baillargeon J**, Leach RJ, Cody JD. Molecular characterization of 18p deletions: evidence for a breakpoint cluster. *Genet Med* 4:15–19; 2002.

25. Leach CT, Ashley RL, **Baillargeon J**, Jenson HB. Performance of two commercial glycoprotein G-based enzyme immunoassays for detecting antibodies to herpes simplex viruses 1 and 2 in children and young adolescents. *Clin Diagn Lab Immunol* 9:1124–1125; 2002.

26. **Baillargeon J**, Kelley M, Lichtenstein MJ, Jenson HB, Linthicum L. Management of tuberculosis in the Texas prison system. *J Correct Health Care* 9:77–93; 2002.

27. **Baillargeon J**, Wu H, Kelley MJ, Grady J, Linthicum L, Dunn K. Hepatitis C seroprevalence among newly incarcerated inmates in the Texas correctional system. *Public Health* 117:43–48; 2003.

28. **Baillargeon J**, Ducate S, Pulvino J, Bradshaw P, Murray O, Olvera R. The association of psychiatric disorders and HIV infection in the correctional setting. *Ann Epidemiol* 13:606–612; 2003.

29. Falck AJ, Escobedo MB, **Baillargeon JG**, Villard LG, Gunkel JH. The proficiency of pediatric residents in performing neonatal endotracheal intubation. *Pediatrics* 112(6 Pt 1):1242–1247; 2003.

30. **Baillargeon J**, Bradshaw P. The association of infectious disease diagnoses with incarceration-related factors among prison inmates. *J Correct Health Care* 10:15–33; 2003.

31. Infante AJ, **Baillargeon J**, Kraig E, Lott L, Jackson C, Hämmerling GJ, Raju R, David C. Evidence of a diverse T cell receptor repertoire for acetylcholine receptor, the autoantigen of myasthenia gravis. *J Autoimmun* 21:167–174; 2003.

32. **Baillargeon J**, Pollock BH, Leach CT, Gao SJ. The association of neoplasms and HIV infection in the correctional setting. *Int J STD AIDS* 15:348–351; 2004.

33. **Baillargeon J**, Black SA, Leach CT, Jenson H, Pulvino J, Bradshaw P, Murray O The infectious disease profile of Texas prison inmates. *Prev Med* 38:607–612; 2004.

34. **Baillargeon J,** Kelley MF, Leach CT, Baillargeon G, Pollock BH. Methicillin-resistant Staphylococcus aureus infection in the Texas prison system. *Clin Infect Dis* 38:e92–95; 2004.

35. Kellogg ND, **Baillargeon J**, Lukefahr JL, Lawless K, Menard SW. Comparison of nucleic acid amplification tests and culture techniques in the detection of Neisseria gonorrhea and Chlamydia trachomatis in victims of suspected child abuse. *J Pediatr Adolesc Gynecol* 17:331–339; 2004.

36. **Baillargeon J**, Pollock BH, Kristal AR, Bradshaw P, Hernandez J, Basler J, Higgins B, Lynch S, Rozanski T, Troyer D, Thompson I. The association of body mass index and prostate-specific antigen in a population-based study. *Cancer* 103:1092–1095; 2005.

15

37. **Baillargeon J,** Langevin AM, Mullins J, Ferry RJ Jr, DeAngulo G, Thomas PJ, Estrada J, Pitney A, Pollock BH. Transient hyperglycemia in Hispanic children with acute lymphoblastic leukemia. *Pediatr Blood Cancer* 45:960–963; 2005.

38. **Baillargeon J,** Langevin AM, Lewis M, Grady JJ, Thomas P, Mullins J, Estrada J, Pitney A, Sacks N, Pollock BH. Therapy-related changes in body size in Hispanic children with acute lymphoblastic leukemia. *Cancer* 103:1725–1729; 2005.

39. Bair RM, **Baillargeon JG,** Kelly PJ, Lerand SJ, Williams JF, Lyerla R, Alter MJ. Prevalence and risk factors for hepatitis C virus infection among adolescents in detention. *Arch Pediatr Adolesc Med* 159:1015–1018; 2005.

40. **Baillargeon J,** Langevine AM, Lewis M, Thomas PJ, Mullins J, Dugan J, Pollock BH. L-asparaginase as a marker of chemotherapy dose modification in children with acute lymphoblastic leukemia. *Cancer* 104:2858–2861; 2005.

41. **Baillargeon J,** Platz EA, Rose DP, Pollock BP, Ankherst DP, Haffner S, Higgins B, Lokshin A, Troyer D, Hernandez J, Lynch S, Leach RJ, Thompson IM. Obesity, adipokines, and prostate cancer in a prospective population-based study. *Cancer Epidemiol Biomarkers Prev* 15:1331–1335; 2006.

42. **Baillargeon J,** Rose DP. Obesity, adipokines, and prostate cancer (review). *Int J Oncol* 28:737–745; 2006.

43. Blanco CL, **Baillargeon J**, Morrison RL, Gong AK. Hyperglycemia in extremely low birth weight infants in a predominantly Hispanic population and related morbidities. *J Perinatol* 26:737–741; 2006.

44. **Baillargeon J**, Langevin AM, Lewis M, Estrada J, Mullins J, Pitney A, Ma JZ, Chisholm GB, Pollock BH. Obesity and survival in a cohort of predominantly Hispanic children with acute lymphoblastic leukemia. *J Pediatr Hematol Oncol* 28:575–578; 2006.

45. **Baillargeon J**, Langevin AM, Lewis M, Estrada J, Grady JJ, Mullins J, Pitney A, Pollock BH. Demographic correlates of body size changes in children undergoing treatment for acute lymphoblastic leukemia. *Pediatr Blood Cancer* 49:793–796; 2007.

46. Baker JN, Torkildson C, **Baillargeon JG**, Olney CA, Kane JR. National survey of pediatric residency program directors and residents regarding education in palliative medicine and end-of-life care. *J Palliat Med* 10:420–429; 2007.

47. **Baillargeon J,** Soloway RD, Paar D, Giordano TP, Murray O, Grady J, Williams B, Pulvino JS, Raimer BG. End-stage liver disease in a state prison population. *Ann Epidemiol* 17:808–813; 2007.

48. Parekh DJ, Ankerst DP, **Baillargeon J**, Higgins B, Platz EA, Troyer D, Hernandez J, Leach RJ, Lokshin A, Thompson IM. Assessment of 54 biomarkers for biopsy-detectable prostate cancer. *Cancer Epidemiol Biomarkers Prev* 16:1966–1972; 2007.

16

49. Rose DP, Haffner SM, **Baillargeon J**. Adiposity, the metabolic syndrome, and breast cancer in African American and white American women. *Endocr Rev* 28:763–777; 2007.

50. **Baillargeon J,** Paar DP, Wu ZH, Giordano TP, Murray OJ, Raimer BG, Avery EN, Diamond PM, Pulvino JS. Psychiatric disorders, HIV infection, and HIV/hepatitis co-infection in the correctional setting. *AIDS Care* 20:124–129; 2008.

51. Rogers PC, Melnick SJ, Ladas EJ, Halton J, **Baillargeon J**, Sacks N; Children's. Oncology Group (COG) Nutrition Committee. Children's Oncology Group (COG) Nutrition Committee. *Pediatr Blood Cancer* 50(2 Suppl):447–450; 2008.

52. Wu ZH, **Baillargeon JG**, Berenson AB, Holzer CE 3rd. Self-reported psychopathology among young, low-income, female ecstasy users. *J Addict Dis* 27:81–90; 2008.

53. Paar D, Bova C, **Baillargeon J**, Mazur W, Boly L. Infectious disease in correctional health care: pursuing a research agenda. *J Correct Health Care* 14:263–268; 2008.

54. Brand TC, Bermejo C, Canby-Hagino E, Troyer DA, **Baillargeon J**, Thompson IM, Leach RJ, Naylor SL. Association of polymophisms in TGFB1 and prostate cancer prognosis. *J Urol* 179:754–758; 2008.

55. **Baillargeon J**, Paar D, Giordano TP, Zachariah B, Rudkin LL, Wu ZH, Raimer BG. Emergency department usage by uninsured patients in Galveston County, Texas. *Proc (Bayl Univ Med Cent)* 21:236–242; 2008.

56. **Baillargeon J**, Thomas CR, Williams B, Begley CE, Sharma S, Pollock BH, Murray OJ, Pulvino JS, Raimer B. Medical emergency department utilization patterns among uninsured patients with psychiatric disorders. *Psychiatr Serv* 59:808–811; 2008.

57. **Baillargeon** J, Snyder N, Soloway RD, Paar D, Baillargeon G, Spaulding AC, Pollock BH, Arcari CM, Williams BA, Raimer BG. Hepatocellular carcinoma prevalence and mortality in a male state prison population. *Public Health Rep* 124:120–126; 2009.

58. Harzke AJ, **Baillargeon J**, Kelley MF, Diamond PM, Goodman KJ, Paar DP. HCV-related mortality among male prison inmates in Texas, 1994–2003. *Ann Epidemiol* 19:582–589; 2009.

59. Harzke AJ, **Baillargeon J**, Paar DP, Pulvino J, Murray OJ. Chronic liver disease mortality among male prison inmates in Texas, 1989–2003. *Am J Gastroenterol* 104:1414–1419; 2009.

60. Harzke AJ, **Baillargeon JG**, Goodman KJ, Pruitt SL. Liver cancer mortality among male prison inmates in Texas, 1992–2003. *Prev Med* 48:588–592; 2009.

61. Harzke AJ, Goodman KJ, Mullen PD, **Baillargeon J**. Heterogeneity in hepatitis B virus (HBV) seroprevalence estimates from U.S. adult incarcerated populations. *Ann Epidemiol* 19:647–650; 2009.

17

62. **Baillargeon J**, Penn JV, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Psychiatric disorders and suicide in the nation's largest state prison system. *J Am Acad Psychiatry Law* 37:188–193; 2009.

63. Williams BA, Lindquist K, Hill T, **Baillargeon J**, Mellow J, Greifinger R, Walter LC. Caregiving behind bars: correctional officer reports of disability in geriatric prisoners. *J Am Geriatr Soc* 57:1286–1292; 2009.

64. **Baillargeon J**, Binswanger IA, Penn JV, Williams BA, Murray OJ. Psychiatric disorders and repeat incarcerations: the revolving prison door. *Am J Psychiatry* 166:103–109; 2009.

65. **Baillargeon J**, Giordano TP, Rich JD, Wu ZH, Wells K, Pollock BH, Paar DP. Accessing antiretroviral therapy following release from prison. *JAMA* 301:848–857; 2009.

66. Beuten J, Garcia D, Brand TC, He X, Balic I, Canby-Hagino E, Troyer DA, **Baillargeon J**, Hernandez J, Thompson IM, Leach RJ, Naylor SL. Semaphorin 3B and 3F single nucleotide polymorphisms are associated with prostate cancer risk and poor prognosis. *J Urol* 182:1614–1620; 2009.

67. **Baillargeon J**, Williams BA, Mellow J, Harzke AJ, Hoge SK, Baillargeon G, Greifinger RB. Parole revocation among prison inmates with psychiatric and substance use disorders. *Psychiatr Serv* 60:1516–1521; 2009.

68. **Baillargeon J,** Penn JV, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of reincarceration among prisoners with co-occurring severe mental illness and substance use disorders. *Adm Policy Ment Health* 37:367–374; 2010.

69. Williams BA, **Baillargeon J**, Lindquist K, Walter LC, Covinsky KE, Whitson HE, Steinman MA. Medication prescribing practices for older prisoners in the Texas prison system. *Am J Public Health* 100:756–761; 2010.

70. **Baillargeon J**, Giordano TP, Harzke AJ, Baillargeon G, Rich JD, Paar DP. Enrollment in outpatient care among newly released prison inmates with HIV infection. *Public Health Rep* 125(Suppl 1):64–71; 2010.

71. Gopal M, Romero AB, **Baillargeon J,** Sharma G. Trends in pleural biopsies between 1996 and 2006 at a tertiary medical center. *Am J Med Sci* 339:345–349; 2010.

72. Harzke AJ, **Baillargeon J**, Pruitt SL, Pulvino JS, Paar DP, Kelley MF. Prevalence of chronic medical conditions among inmates in the Texas prison system. *J Urban Health* 87:486–503; 2010.

73. **Baillargeon J,** Hoge SK, Penn JV. Addressing the challenge of community reentry among released inmates with serious mental illness. *Am J Community Psychol* 46:361–375; 2010.

74. **Baillargeon J**, Giordano TP, Harzke AJ, Spaulding AC, Wu ZH, Grady JJ, Baillargeon G, Paar DP. Predictors of reincarceration and disease progression among released HIV-infected inmates. *AIDS Patient Care* 24:389–394; 2010.

75. Harzke AJ, Goodman KJ, Mullen PD, **Baillargeon J**. Sources of heterogeneity in hepatitis B virus (HBV) seroprevalence estimates from U.S. adult incarcerated populations: A systematic review and meta-regression analysis. *Int J Prison Health* 6:5–17; 2010.

76. Williams BA, McGuire J, Lindsay RG, **Baillargeon J**, Cenzer IS, Lee SJ, Kushel M. Coming home: health status and homelessness risk of older pre-release prisoners. *J Gen Intern Med* 25:1038–1044; 2010.

77. Wilkinson GS, **Baillargeon J**, Kuo YF, Freeman JL, Goodwin JS. Atrial fibrillation and stroke associated with intravenous bisphosphonate therapy in older patients with cancer. *J Clin Oncol* 28: 4873-6; 2010.

78. Fazel S, **Baillargeon J**. The health of prisoners. *Lancet* 377: 956-65; 2011.

79. Harzke AJ, **Baillargeon J**, Kelley MF, Pruitt SL, Paar DP. Leading causes of mortality among male prisoners in Texas, 1992–2003. *J Correct Health Care* 17: 241-53; 2011

80. Malek M, Bazazi AR, Cox G, Rival G, **Baillargeon J**, Miranda A, Rich JD. Implementing opt-out programs at los angeles county jail: a gateway to novel research and interventions. *J Correct Health Care* 17: 69-76; 2011.

81. Appelbaum KL, Savageau JA, Trestman RL, Metzner JL, **Baillargeon J**.  A national survey of self-injurious behavior in American prisons.  *Psychiatric Services* 62: 285-290; 2011.

82. **Baillargeon J**, Kuo YF, Lin YL, Raji MA, Singh A, Goodwin JS.  Effect of mental disorders on diagnosis, treatment, and survival of older patients with colon cancer. *J Am Geriatr Soc,* 59, 1268-73; 2011.

83. Rich JD, Wohl DA, Beckwith CG, Spaulding AC, Lepp NE, **Baillargeon J**, Gardner A, Avery A, Altice FL, Springer S. HIV-related research in correctional populations: now is the time.  *Curr HIV/AIDS Rep* 8: 288-96, 2011.

84. Harzke AJ, **Baillargeon J**, Baillargeon G, Olvera R, Torrealday O, Penn JB, Parikh R.  Co-occurrence of substance use disorders with other psychiatric disorders in the Texas juvenile correctional system.  *Int J Prisoner Hlth* 7, 1-15, 2011

85. **Baillargeon J,** Holmes HM, Lin YL, Raji MA, Sharma G, Kuo YF.  Concurrent use of warfarin and antibiotics and the risk of bleeding in older adults.  *Am J Med*, 125, 183-9, 2012.

86. **Baillargeon J,** Kuo YF, Lin YL, Wilkinson GS, Goodwin JS.  Osteonecrosis of the jaw in older osteoporosis patients treated with intravenous bisphosphonates.  *Ann Pharmacother* 45: 1199-206; 2011.

19

87. Williams BA, Ahalt C, Goodwin JS, **Baillargeon J**, Walter LC.  Addressing the aging crisis in US criminal justice health care.  *J Am Geriatr Soc* 60:1150-6; 2012.

88. Montague BT, Rosen DL, Solomon L, Nunn A, Green T, Costa M, **Baillargeon J**, Wohl DA, Paar DP, Rich JD. Tracking linkage to HIV care for former prisoners: a public health priority.  *Virulence* 3: 319-24; 2012.

89. Harzke AJ, **Baillargeon J**, Baillargeon G, Henry J, Olvera RL, Torrealday O, Penn JV, Parikh R.  Prevalence of psychiatric disorders in the Texas juvenile correctional system.  *J Correct Health Care 18*; 143-57; 2012.

90. Raji MA, Lowery MJ, Lin YL, Kuo YF, **Baillargeon J**, Goodwin JS. National Utilization Patterns of Warfarin Use in Older Patients with Atrial Fibrillation – A Population Based Study of Medicare Part D Beneficiaries.  *Ann Pharmacother  47*, 33-42;  2013.

91. Holmes HM, Luo R, Kuo YF, **Baillargeon J**, Goodwin JS. Association of potentially inappropriate medication use with patient and prescriber characteristics in Medicare Part D.  *Pharmacoepidemiol Drug Safe* 22 (7): 728-34; 2013.

92. **Baillargeon J**, Wang Y, Kuo YF, Holmes HM, Sharma G.  Temporal trends in hospitalization rates for older adults with chronic obstructive pulmonary disease.  *American Journal of Medicine* 126 (7): 607-14; 2013

93. **Baillargeon J**, Urban RJ, Ottenbacher KJ, Pierson KS, Goodwin JS.  Trends in Androgen Prescribing in the United States, 2001-2011.  *JAMA Internal Medicine 173 (15): 1465-6*; 2013.

94. L Solomon, B Montague, C Beckwith, **J Baillargeon**, M Costa,  D Dumont, I Kuo; A Kurth; J Rich   HIV testing and linkage services for HIV positive individuals: policies of a sample of prisons and jails.  *Health Affairs* 33 (3): 434-42, 2014.

95. Trikha A, **Baillargeon J**, Kuo YF, Tan A, Pierson K, Sharma G, Wilkinson G, Bonds RS. Development of food allergies in patients with gastroesophageal reflux disease treated with gastric acid suppressive medications.  *Pediatr Allergy Immunol* 24 (6): 582-8; 2013.

96. **Baillargeon J**, Urban RJ, Kuo YF, Ottenbacher KJ, Raji MA, Du F, Lin YL, Goodwin JS. Risk of myocardial infarction in older men receiving testosterone therapy.  *Ann Pharmacother* (epub ahead of print); 2014.

97. **Baillargeon J**, Urban RJ, Kuo YF, Holmes HM, Raji MA, Morgentaler A, Howrey BT, Lin YL, Ottenbacher KJ. Screening and monitoring in men prescribed testosterone therapy in the United States, 2001 to 2010.  *Public Health Reports*, 130, 143-152; 2014

98. Lewis ZH, Lyons EJ, Jarvis JM, **Baillargeon J**. Using an electronic activity monitor system as an intervention modality: a systematic review.  BMC Public Health (epub ahead of print); 2015.

99. **Baillargeon J**, Urban RJ, Morgentaler A, Glueck CJ, Baillargeon G, Sharma G, Kuo YF. Risk of venous thromboembolism in men receiving testosterone therapy. *Mayo Clinic Proceedings* 90 (8) 1038-45; 2015

100.    **Baillargeon J**, Kuo YF, Fang X, Shahinian VB. Long-term exposure to testosterone therapy and the risk of high-grade prostate cancer. *J Urol* 194 (6): 1612-1616, 2015.

101.    Kuo YF, Chen NW, Raji MA, **Baillargeon J**, Goodwin JS.  Potentially preventable hospitalizations in Medicare patients with diabetes: a comparison of primary care provided by nurse practitioners versus physicians.  *Medical Care* 63 (10): 1980-8, 2015.

102.    Lee PD, Lustig RH, Lenders C, **Baillargeon J**, Wilson DM.  Insulin-like growth factor binding protein-1 predicts insulin sensitivity and insulin area-under-the-curve in obese, non-diabetic adolescents.  *Endocr Prac* 22(2): 136-142 2015.

103.    Gray A, Kuo YF, **Baillargeon J**, Gugala Z. Effects of oral contraceptive use on anterior cruciate ligament injury epidemiology.  *Medicine & Science in Sports & Exercise* 48 (4): 648-654, 2015.

104.    Prochaska JD, Le DJ, **Baillargeon J**, Temple JR. Utilization of professional mental health services related to population-level screening for anxiety, depression, and post-traumatic stress disorder among public high school students.  *Comm Men Hlth J* 52(6):691-70, 2016.

105.    Lopez DL, Advani SM, Tsilidis K, Wang R. **Baillargeon J**, Dobs D. Symanski E, Canfield S. Association of  urinary phthalate metabolites with erectile dysfunction in racial and ethnic groups in the National Health and Nutrition Examination Survey (NHANES) 2001-2004. *American Journal of Men's Health* 11 (3): 576-584, 2015.

106.    Fang X, **Baillargeon J**, Jupiter D. Continued Antiplatelet Therapy and Risk of Bleeding in GI Procedures: A Systematic Review. *American Heart Journal* 222(5):890-905, 2016

21

107.   Zlotorzynska M, Spaulding AC, Messina L, Coker D, Ward K, Easley K, **Baillargeon J**, Mink PJ, Simard E. Retrospective cohort study of cancer incidence and mortality by HIV status in a Georgia USA prisoner cohort during the HAART era. *BMJ Open* 6(4):e009778, 2016.

108.   **Baillargeon J**, Deer RR, Kuo YF, Zhang D, Goodwin JS, Volpi E. Androgen therapy and rehospitalization in older men with testosterone deficiency. *Mayo Clinic Proceedings* 91 (5) 587-95; 2016.

109.   **Baillargeon J**, Al Snih S, Raji MA, Urban RJ, Sharma G, Sheffield-Moore M, Lopez DS, Baillargeon G, Kuo YF. Hypogonadism and the risk of rheumatic autoimmune disease. *Clinical Rheumatology* 35(12):2983-2987, 2016.

110.   Borahay MA, Fang X, **Baillargeon J**, Kilic GS, Boehning DF, Kuo YF. Statin use and uterine fibroid risk in hyperlipidemia patients: a nested case-control study. The *American Journal of Obstetrics and Gynecology*, 215 (6) 750e1- 750e8, 2016.

111.   Goodwin JS, Zhou J, Kuo YF, **Baillargeon** J. Risk of Jaw Osteonecrosis After Intravenous Bisphosphonates in Cancer Patients and Patients Without Cancer. *Mayo Clinic Proceedings* 92 (1): 106-113, 2016.

112.   Connolly J, Javed Zulqarnain, Raji MA, Chan W, Kuo YF, **Baillargeon J**. Predictors of long term opioid use following lumbar fusion surgery. *Spine* (in press) 2017

113.   **Baillargeon J**, Pulvino JS, Leonardson JE, Linthicum LC, Penn J, Williams RS, Baillargeon G, Murray OJ. The changing epidemiology of HIV in the criminal justice system. *International Journal of STDs & AIDS* (in press) 2017.

114.   Chaaban M, **Baillargeon J**, Baillargeon G, Resto V, Kuo YF. Use of Balloon Sinuplasty in Patients With Chronic Rhinosinusitis in the United States. *International Forum of Allergy & Rhinology* (in press) *2017.*

115.   Welsh RL, Graham JE, Karmarkar AM, Leland NE, **Baillargeon J**, Wild DL, Ottenbacher KJ. Effects of Postacute Settings on Readmission Rates and Reasons for

Readmission Following Total Knee Arthroplasty. *J Am Med Dir Assoc*. (in press) 2017.

116.    Buschmann RN, Prochaska JD, **Baillargeon J**, Temple JR. Firearm carrying and concurrent substance use behaviours in a community-based sample of emerging adults. Injury Prevention (in press). 2017.


## B.  INVITED REVIEWS, BOOK CHAPTERS, AND OTHER PUBLICATIONS

1.  **Baillargeon J**, Paar DP, Rich JD. Treatment for individuals with HIV/AIDS following release from prison. [Author reply: letter to the editor]. *JAMA* 302:148; 2009.

2.  **Baillargeon J**, Penn JV. Psychiatric disorders and repeat incarcerations: is there an epidemic? [Author reply: letter to the editor]. *Am J Psychiatry* 166:490; 2009.

3.  Murray OJ, Pulvino J, **Baillargeon J**, Paar D, Raimer BG. Treating all prisoners with hepatitis C may not be feasible. In: Langwith J, ed. *Hepatitis: Perspectives on Diseases and Disorders*. Farmington Hills, MI: Greenhaven Press; 2009:pp. 74–81.

4.  Murray OJ, Pulvino J, **Baillargeon J**, Paar D, Raimer BG. Managing hepatitis C in our prisons: promises and challenges. *CorrectCare* 21(2):1, 16–17; 2007.

5.  **Baillargeon J**, Thompson I, Hernandez J, Rose DP. Prostate cancer screening and chemoprevention. In: Ross JS, Foster CS, eds. *Molecular Oncology of Prostate Cancer*. Sudbury, MA: Jones and Bartlett Publishers; 2006:pp. 62–67.

6.  **Baillargeon J**. Modifiers of the healthy worker effect and expression of the internal healthy worker effect in a female nuclear worker cohort [dissertation]. Galveston, TX: University of Texas Medical Branch; 1997.


## C.  PRESENTATIONS

1.  **Baillargeon J**, Urban RJ, Ottenbacher KJ, Pierson KS, Goodwin JS.  Trends in Androgen Prescribing in the United States, 2001-2011.  Society for Epidemiologic Research, Annual Meeting, Boston MA, June 11-13, 2013.

2.  **Baillargeon J**, Wang Y, Kuo YF, Holmes HM, Sharma G.  Temporal trends in hospitalization rates for older adults with chronic obstructive pulmonary disease. American College of Chest Physicians, Atlanta GA, October 20-24, 2012.

3.  **Baillargeon J**, Paar D. Accessing antiretroviral therapy following release from prison. Annual Academic and Health Policy Conference on Correctional Health, Boston, MA, March, 2011.

4.  **Baillargeon J**, Penn J. Anti-psychotic prescribing patterns in the Texas prison system. Annual Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, FL, December 3–4, 2010

5. **Baillargeon J**, Penn J. The revolving prison door: psychiatric disorders and repeat incarceration**.** Annual Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, FL, December 3–4, 2009.

6. **Baillargeon J,** Paar D.  End-stage liver disease in a state prison population. Annual Academic and Health Policy Conference on Correctional Health, Boston MA, March 27-28, 2008.

7. **Baillargeon J,** Paar D.  Hepatitis C prevalence in the Texas prison system. 2nd Annual Academic and Health Policy Conference on Correctional Health, Boston, MA, March 27–28, 2008.

8. **Baillargeon J,** Paar D.  Psychiatric disorders in the Texas prison system. 2nd Annual Academic and Health Policy Conference on Correctional Health, Boston, MA, March 27–28, 2008.

9. **Baillargeon J,** Pollock BH. Demographic correlates of body size changes in children undergoing treatment for acute lymphoblastic leukemia. Pediatric Oncology Group Meeting, Chicago, IL, March 2-4, 2007.

10. **Baillargeon J,** Pollock BH. Transient hyperglycemia in Hispanic children with acute lymphoblastic leukemia. Pediatric Oncology Group Meeting, Dallas, TX, April 2006.

11. **Baillargeon J**, Baillargeon G. Assessing the internal healthy worker effect using survival analysis. American Statistical Association Joint Statistical Meetings, San Francisco, CA, August 3–7, 2003.

12. **Baillargeon J**, Wu H, Kelley M, Grady J, Linthicum L, Dunn K. Hepatitis C seroprevalence among newly incarcerated Texas prison inmates. Abstracts of the 35th Annual Meeting of the Society for Epidemiologic Research, Palm Desert, CA, June 18-21, 2002.

13. **Baillargeon J**, Linton A, Black S, Zepeda S, Grady J. Medication adherence among diabetic prison inmates. Abstracts of the Society for Epidemiologic Research 33rd Annual Meeting, Seattle, WA, June 15–17, 2000.

14. **Baillargeon J**, Borucki MJ, Zepeda S, Jenson HB, Leach CT. Antiretroviral prescribing patterns in the Texas prison system. American College of Epidemiology Annual Meeting, Atlanta, GA, September 24–26, 2000.

15. **Baillargeon J**, Kelley M, Lichtenstein M, Jenson H, Linthicum L. Management of tuberculosis in the Texas prison system. Abstracts of the 35th Annual Meeting of the Society for Epidemiologic Research, Palm Desert, CA, June 18–21, 2002.

16. **Baillargeon J**, Leach C, Deng J, Gao SJ, Jenson H. High prevalence of human herpesvirus 8 (HHV-8) infection in south Texas children. Abstracts of the 12th Annual Symposium on Cancer Research (San Antonio Cancer Institute), July 12, 2002.

17. **Baillargeon J**, Borucki M, Williamson J. Temporal trends in survival among HIV-infected patients. American College of Epidemiology Annual Meeting, San Francisco, CA, September 26–28, 1998.

E.  **PUBLICATIONS SUBMITTED**

1.  **Baillargeon J**, Urban R, Kuo YF, Holmes H, Raji MA, Howrey BT, Pierson KS, Ottenbacher KJ.  Screening and monitoring in men prescribed testosterone therapy in the United States, 2001 to 2010.  *Public Health Reports* (under review)
2.  **Baillargeon J**, Urban R, Kuo YF, Ottenbacher KJ, Raji MA, Du F, Lin Y, Goodwin JS.  Risk of myocardial infarction in older men receiving testosterone therapy. *Annals of Pharmacotherspy*  (revise and resubmit)
3.  Raji MA, Kuo YF, Tan A, **Baillargeon J**, Lin Y, Goodwin JS. A comparative toxicity study of warfarin versus dabigatram in a large commercially insured population.


**F. INVITED LECTURES**

1.  Testosterone therapy and prostate cancer. Baylor College of Medicine, February, 2016.

2.  Testosterone therapy and adverse events in the United States.  University of Texas at Austin, School of Pharmacy.  March, 2014

3.  Antiretroviral therapy interruption and increased viral load in HIV infected Inmates. Grand Rounds, Department of Pathology, University of Texas Medical Branch, May 2011

4.  Antiretroviral therapy in HIV infected Inmates. National Institutes of Health, National Institute of Drug Abuse (NIDA) Bethesda, MD, February, 2010.

5.  Accessing antiretroviral therapy following release from prison. National Institutes of Health, National Institute of Drug Abuse (NIDA) Bethesda, MD, February, 2010.

6.  Antipsychotic medication prescribing patterns in the Texas prison system. American Correctional Association , 2008 Winter Conference Workshops, Grapevine, TX, January 12–16, 2008.

7.  Antiretroviral prescribing patterns in the Texas prison system. American Correctional Association , 2008 Winter Conference Workshops, Grapevine, TX, January 12–16, 2008.

8.  Antipsychotic medication prescribing patterns in the Texas prison system.. National Institute of Mental Health Scientific Meeting (Mental Illness, Incarceration, and Community Re-entry), Austin, TX, October 29–31, 2008.

9.  Accessing antiretroviral therapy following release from prison. UTMB Preventive Medicine and Community Health Departmental Seminar Series, Galveston, TX, October 1, 2009.

10. Antiretroviral prescribing patterns in the Texas prison system. Pediatric Research Seminar, University of Texas Health Science Center at San Antonio, May 24, 2001.

11. Pharmacoepidemiologic research in TDCJ. UTMB Correctional Managed Care HIV Mini-Fellowship Conference, Galveston, TX, February 2–4, 2009.

12. Epidemiologic research in the Texas prison system. UTMB Preventive Medicine and Community Health Departmental and Graduate Student Seminar Series, Galveston, TX, May 18, 2010.

G. **EXPERT LEGAL TESTIMONY**

In re Testosterone Replacement Therapy Products Liability Litigation; MDL No. 2545, Northern District of Illinois (2014)