| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br><br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME  Timothy J. Bojanowski | 2. PHONE NUMBER  480-420-1604 | 3. DATE  11/24/2017 |
|---|---|---|

**4. FIRM NAME**  Struck Love Bojanowski & Acedo, PLC

| 5. MAILING ADDRESS  3100 W. Ray Road, Ste. 300 | 6. CITY  Chandler | 7. STATE  AZ | 8. ZIP CODE  85226 |
|---|---|---|---|

| 9. CASE NUMBER  12-cv-601 | 10. JUDGE  David K. Duncan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 11-21-2017 | 12. |

| 13. CASE NAME  Parsons v. Ryan | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| [ ] | VOIR DIRE | | [ ] | TESTIMONY (Specify) | |
| [ ] | OPENING STATEMENT (Plaintiff) | | | | |
| [ ] | OPENING STATEMENT (Defendant) | | | | |
| [ ] | CLOSING ARGUMENT (Plaintiff) | | [ ] | PRE-TRIAL PROCEEDING | |
| [ ] | CLOSING ARGUMENT (Defendant) | | | | |
| [ ] | OPINION OF COURT | | | | |
| [ ] | JURY INSTRUCTIONS | | [x] | OTHER (Specify) | |
| [ ] | SENTENCING | | | Telephonic Hearing | 11-21-2017 |
| [ ] | BAIL HEARING | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [x] | [x] | ASCII | [x] PDF (e-mail) | |
| DAILY | [ ] | [ ] | | [x] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS  epercevecz@strucklove.com |
|---|---|
| **19. SIGNATURE**  /s/Timothy J. Bojanowski | **NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |

**20. DATE** 11/24/2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY