Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**PLAINTIFFS' NOTICE REGARDING DEFENDANTS' CONTINUING NON-COMPLIANCE WITH THE COURT'S ORDER OF JULY 13, 2017 (DOC. 2185)** |

LEGAL137754657.1

Almost five months ago, on July 13, 2017, the Court ordered that for Performance Measures 94, 95, and 97, Defendants must select the files of different individuals, rather than counting the same individual's file more than once in the same month:

> THE COURT: … This is a single question that fits right within the logic of what Dr. Haney says. So I do believe that what you need to do is you have to draw individuals. You can't have an individual that has a bonus of having multiple numbers of incidents in a single month that count toward the total. So I'm siding with the plaintiffs on this.

[7/13/17 Tr. at 61:10-18; *see also* Doc. 2185 at 2 ("Argument is heard regarding Performance Measures 94, 95, and 97.  IT IS ORDERED Defendants must draw individuals as previously ordered")]

As Plaintiffs have previously pointed out, Defendants continued to count the files of the same individuals more than once in the July 2017 CGARs for PM 94, 95, and 97, which were filed with the Court on September 22, 2017 (Doc. 2333).  [*See* Doc. 2368-1 at 12-13]  Defendants continued this practice in the August 2017 CGARs, which were filed with the Court on October 25, 2017 (Doc. 2399).  [*See* Doc. 2459-5 at 10]

When Defendants' ongoing noncompliance with the Court's July 13 order was discussed at the November 7, 2017 status hearing, the Court instructed Plaintiffs' counsel to "[l]et me know if the latest CGARs show the same error."  [11/7/17 Tr. at 159:23-24] Pursuant to the Court's direction, Plaintiffs now give notice that the September 2017 CGARs (filed with the Court on November 27, 2017, Doc. 2468) show that Defendants once again counted the same individual's file twice when monitoring PM 95 at ASPC-Perryville.  [*See* Exhibit 1 (ADCM 1041658-59)]

. . .

. . .

. . .

. . .

. . .

. . .

LEGAL137754657.1

| | |
|---|---|
| Dated: November 29, 2017 | **ACLU NATIONAL PRISON PROJECT** |
| | By: s/ David C. Fathi |
| | David C. Fathi (Wash. 24893)* |
| | Amy Fettig (D.C. 484883)** |
| | Victoria Lopez (Ill. 6275388)* |
| | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 548-6603 |
| | Email:  dfathi@aclu.org |
| | afettig@aclu.org |
| | vlopez@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
     agerlicher@perkinscoie.com
     jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
     ahardy@prisonlaw.com
     snorman@prisonlaw.com
     ckendrick@prisonlaw.com
     rlomio@prisonlaw.com

*Admitted *pro hac vice*

LEGAL137754657.1                   -2-

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone:  (520) 477-1475 |
| 4 | Email:     kirstin@eidenbachlaw.com |
| 5 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 6 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 7 | Telephone:  (415) 875-5712<br>Email:     cnmitchell@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | John Laurens Wilkes (Tex. 24053548)* |
| 10 | **JONES DAY**<br>717 Texas Street |
| 11 | Houston, Texas 77002<br>Telephone:  (832) 239-3939 |
| 12 | Email:     jlwilkes@jonesday.com |
| 13 | *Admitted *pro hac vice* |
| 14 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina* |
| 15 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 16 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 17 | *themselves and all others similarly situated* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**


By:  s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:   skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:
       rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       jross@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                                s/ D. Freouf