1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER
10  Hefner; Joshua Polson; and Charlotte Wells, on       GRANTING MOTION TO
    behalf of themselves and all others similarly        SEAL**
11  situated; and Arizona Center for Disability Law,

12                      Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                      Defendants.

18

19          This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

20  hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the

21  document as set forth in Plaintiffs' Motion to Seal (Exhibit 1 to Plaintiffs' Notice

22  Regarding Defendants' Continuing Non-Compliance with the Court's Order of July 13,

23  2017 (Doc. 2185)).

24

25

26

27

28

137754918.1