# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: November 21, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
        Plaintiffs        Defendants
==============================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

       <u>Caryn Smith</u>                  <u>Laurie Adams</u>
        Deputy Clerk                    Court Reporter

**APPEARANCES:**
David Fathi, Kirstin Eidenbach and Maya Abela for Plaintiffs
Ashlee Fletcher, Timothy Bojanowski and Richard Valenti for Defendants

==============================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court      <u>     </u> Chambers      <u>     </u> Other

This is the time set for Telephonic Status Hearing.  The Court has reviewed the supplemental filings from November 20, 2017.  Argument is heard regarding the re-audited CGARs for Performance Measures 77, 80, 81, 94, 95 and 97.  Defendants state these will be produced to Plaintiffs by no later than November 30, 2017.

Argument is heard regarding the partial credit methodology in Performance Measures 1, 2 and 4.  The Court affirms, pursuant to the Stipulation, there is to be no partial credit.  Further argument is heard.  IT IS ORDERED there will be no partial credit.

Discussion is held regarding Performance Measure 25.

Argument is heard regarding Performance Measure 77.  IT IS ORDERED reporting shall be 12 calendar months.

Discussion is held regarding Performance Measure 80.  IT IS ORDERED correcting the document as set forth on the record.

Argument is heard regarding Performance Measures 85 and 86.  The Court will review the three different versions and clear up the misunderstanding.

CV-12-0601-PHX-DKD
November 21, 2017

As to Performance Measure 95, Plaintiffs request the monitoring guide be updated. IT IS ORDERED Plaintiffs provide a draft to Defendants.

Regarding Performance Measures 85 and 86, IT IS ORDERED the parties shall email the latest version to this Court's Law Clerk.

IT IS ORDERED granting Defendants' Motion to Seal Document (Doc. 2460) which was filed on November 20, 2017.

Argument is heard regarding Plaintiffs' agenda item 11, request 50. Defendants avow the list has been provided to the facility health administrators.

Argument is heard regarding request 52. Defendants state the statement made is a mistake.

Argument is heard regarding request 53. IT IS ORDERED when Defendants receive responsive documents they shall be forwarded to Plaintiffs once they are cleared for disclosure.

Argument is heard regarding request 54. Defendants will file a responsive letter by no later than 5:00 PM on December 1, 2017. If, upon receipt of the letter and any meet and confer there is no resolution, the parties may contact the Court.

Argument is heard regarding request 55. Defendants will include this in the responsive letter.

Argument is heard regarding request 57. Defendants state this was partially disclosed on November 6, 2017 and the second portion was received from Corizon on November 18, 2017 and will be produced.

Argument is heard regarding request 58. Defendants will include this in the responsive letter.

Plaintiffs request that Defendants refrain from stating documents do not exist when they actually do. Defendants state they reported what Corizon indicated and found the documents upon follow-up.

Argument is heard regarding request 61. Defendants followed up with Corizon and will include this in the responsive letter.

Argument is heard regarding request 62. Corizon states that no responsive documents exist. Further argument is heard. IT IS ORDERED Defendants make a further inquiry as set forth on the record and that Mr. Pratt be prepared to address the situation.

CV-12-0601-PHX-DKD
November 21, 2017

Argument is heard regarding request 63.  Defendants will include this in the responsive letter.

Argument is heard regarding request 64.  IT IS ORDERED Plaintiffs provide identification of the missing reports to Defendants.

Argument is heard regarding request 67.  Defendants will include this in the responsive letter.

Argument is heard regarding requests 18 and 19.  Defendants will include this in the responsive letter.  IT IS ORDERED any draft or final declarations be produced.

Plaintiffs state they have not received the September CGARs.  Defendants advise the Court they are not completed but will be sent to Plaintiffs as soon as they are.

October staffing reports have not been produced and Defendants state they will send them out today.

Plaintiffs' Motion for Attorney Fees (Doc. 2276) is fully briefed. If the Court requires oral argument it will notify the parties.

Defendants request clarification on the January hearing date.  The Court will verify the information and inform the parties.

LATER:  IT IS ORDERED the Status Hearing presently set for January 9, 2018 at 9:00 AM shall be vacated and reset for February 27, 2018 at 9:00 AM.


Time in court: 1 hr 3 min (9:02 AM – 10:05 AM)