# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal (Doc. 2472), and finding good cause,

**IT IS ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2472). The Clerk of the Court is instructed to seal the document as set forth in Plaintiffs' Motion to Seal (Exhibit 1 to Plaintiffs' Notice Regarding Defendants' Continuing Non-Compliance with the Court's Order of July 13, 2017).

Dated this 29th day of November, 2017.

_____
David K. Duncan
United States Magistrate Judge