Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DEFENDANTS' MOTION TO SEAL DEFENDANTS' POST-EVIDENTIARY HEARING BRIEF REGARDING PLAINTIFFS' TUCSON RETALIATION ALLEGATIONS (Doc. #2478)** |

1  Pursuant to LRCiv 5.6, Defendants move this Court for an order directing the Clerk
2  to seal Defendants' Post Evidentiary Hearing Brief Regarding Plaintiffs' Tucson
3  Retaliation Allegations filed at Doc. #2478. Defendants' attempted to file their Brief in
4  redacted form (Doc. #2478) and concurrently lodged an unredacted Brief with Exhibits #1
5  and #2 for sealing (Docs. ##2479, 2480).  As noted in Defendants' prior Motion to Seal
6  (Doc. 2479), these documents contain confidential information that, if released to the
7  public, could be detrimental to the safe, secure, and orderly operation of the prison. Such
8  information is protected from public disclosure by the Amended Protective Order (Dkt.
9  454).

10  Shortly after filing the Doc. #2478, Defendants discovered that the proposed
11  redactions did not properly apply for unknown technical reasons, and the sensitive
12  materials were still accessible in some viewers.  Defendants immediately consulted the
13  ECF Helpdesk who placed Doc. #2478 under seal temporarily.  Because the confidential
14  information in Doc. #2478 is still accessible, Defendants respectfully request the Court
15  direct the Clerk to permanently seal Doc. #2478. Defendants will file a corrected Brief
16  with the appropriate redactions.

1  DATED this 30th day of November 2017.

                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                                    By /s/Daniel P. Struck
                                       Daniel P. Struck
                                       Rachel Love
                                       Timothy J. Bojanowski
                                       Nicholas D. Acedo
                                       Ashlee B. Fletcher
                                       Jacob B. Lee
                                       Kevin R. Hanger
                                       Timothy M. Ray
                                       Richard M. Valenti
                                       Jamie D. Guzman
                                       3100 West Ray Road, Suite 300
                                       Chandler, Arizona  85226

                                       Arizona Attorney General Mark Brnovich
                                       Office of the Attorney General
                                       Michael E. Gottfried
                                       Lucy M. Rand
                                       Assistant Attorneys General
                                       15 South 15th Avenue
                                       Phoenix, Arizona 85007

                                       *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

3

1
2
3   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

4