# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING MOTION TO SEAL DEFENDANTS' POST-EVIDENTIARY HEARING BRIEF REGARDING PLAINTIFFS' TUCSON RETALIATION ALLEGATIONS (Doc. #2478)** |

The Court, having reviewed Defendants' Motion to Seal Defendants' Post-Evidentiary Hearing Brief Regarding Plaintiffs' Tucson Retaliation Allegations (Doc. #2478), and good cause appearing,

IT IS ORDERED that the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to seal Defendants' Post Evidentiary Hearing Brief Regarding Plaintiffs' Tucson Retaliation Allegations (Doc. #2478).