IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has determined that, pursuant to Federal Rule of Evidence 706, it would benefit from the appointment of an expert to assess and recommend solutions that will inform the Court's goal of meeting the Defendants' established staffing levels. The parties submitted proposed experts and the Court has selected BJ Millar at Advisory Board Consulting ("Advisory Board"). The parties and the Court have discussed the scope of Advisory Board's work with Mr. Millar and Advisory Board has submitted an Engagement Letter, attached hereto, that details the scope of the engagement. Accordingly,

**IT IS ORDERED** the Advisory Board undertake the analysis in the attached Engagement Letter to provide information to the Court that would allow the Court to make the most informed decisions it could make with respect to the enforcement of the Stipulation. All of the investigation, research, and inquiries made on behalf of the Court as identified in the Advisory Board's Engagement Letter are pursuant to this Order of the

Court to do so. Advisory Board is engaging in this work as an agent of the Court and so it is the Court's view that Advisory Board is acting on behalf of the Court.

**IT IS FURTHER ORDERED** that if, at any time, Advisory Board believes that it is encountering an area of concern with respect to whether or not it is acting at the order of the Court, and there is action that it believes that is necessary for the achievement of the purposes of the engagement, then Advisory Board may bring that information to the Court and the Court will specifically identify that area of concern and make an appropriate order which may include the direction that that activity go forward as a specific direction of the Court.

**IT IS FURTHER ORDERED** that Defendants shall pay Advisory Board according to the terms of the attached Engagement Letter. The first payment shall be due within 10 days of the date of this Order.

**IT IS FURTHER ORDERED** that the confidentiality provisions governing this case shall extend to the Court's appointment of Advisory Board as its expert.

Dated this 4th day of December, 2017.

_____
David K. Duncan
United States Magistrate Judge

# Scope of Engagement

## Provider Staffing & Retention Assessment

This scope of work describes Advisory Board Consulting's ("Advisory Board's") approach to providing United States District Court, District of Arizona ("the Court") with an assessment of and recommendation for provider staffing and retention within the Arizona Department of Corrections ("ADC"), as stipulated by Case 12CV601: Victor Parsons, et al. v. Charles Ryan, et al. The scope of work is based on the information provided during recent conversations with the Court and with the respective counsels for both the plaintiffs and defendants of this case. (Note: the scope of this work will not include recommendations for health care delivery or clinical practices between caregivers and patients)

Advisory Board understands there is an ongoing case in which the prisoners in the custody of the ADC and the Arizona Center for Disability Law ("ACDL") are pursuing action against the ADC Director and Interim Director of the Division of Health Services, both in their official capacities. This class action case seeks to provide better, more consistent and timely care to the prisoners of the ADC, as well as set monthly reports on staffing and performance against a set of identified benchmarks in order to monitor that level of care.

In response to this, Advisory Board has been appointed by the Court to provide an assessment and recommendation for health care provider staffing and retention at the ADC facilities in order to identify challenges and recommend solutions for meeting the budgeted staffing levels established to meet the above-stated goals. As Advisory Board is a Court appointed agent, the Court acknowledges and agrees that since the Court is judicially immune, as an agent of the Court, Advisory Board shall have the same level of protection for claims which arise out of the performance of the services set forth herein.

The below scope of services includes the following 10 facilities, which are spread across eight markets in the state of Arizona:

- Douglas;
- Eyman;
- Florence;
- Lewis;
- Perryville;
- Phoenix;
- Safford;
- Tucson;
- Winslow;
- Yuma.

Please note that the engagement below will include the following classes of clinical resources and/or staff, representing all physician and non-physician providers (collectively referred to hereafter as "providers"):

- Physicians;
- Advanced Practice Registered Nurses ("APRNs");
- Nurse Practitioners ("NPs");
- Physician Assistants ("PAs");
- Psychiatrists;
- Psychologists;
- Psychiatry and Psychology Associates;
- Mental Health Nurse Practitioners.

Note: During the provider staffing assessment, Advisory Board will also gather input regarding operational issues or challenges within nursing and other care delivery staff, with the intent that if issues are identified that Advisory Board can inform the Court of the value or need to extend the assessment as described herein to these classes of caregivers. (Should the assessment need to be extended following this process, Advisory Board will prepare and submit a supplemental Addendum outlining the mutually agreed upon scope of services and additional fees for signature.)

## Market Profiles and Compensation Benchmarks

A market provider profile will be conducted to provide a report of all active practicing providers in the eight-market service areas. The market profile's specific objective is to identify provider supply and distribution by provider type for the eight specified markets, as well as benchmark compensation for each provider type. To accomplish this objectives, Advisory Board will develop a market provider database of the eight-market service area through completion of the following tasks:

- Conduct market analyses to understand the current market environment and provider numbers by type in each of the eight markets;
- Facilitate market interviews via teleconference to understand and culminate recruitment capabilities, obstacles, opportunities and threats within each of the markets;
- Conduct benchmarking of compensation against an agreed upon dataset for each provider type in each of the eight markets, including the following metrics:
  - Productivity (visits and panel sizes);
  - Compensation;
  - Benefits;
  - Other metrics as mutually agreed upon;
- Coalesce findings to identify potential surpluses and/or shortages within each market by provider type.

## Facilities Profile and Baselines

Advisory Board will conduct a focused assessment to gather information on the current state working environment of the facilities, the compensation packages for relevant providers, and the conditions driving opportunities or obstacles for recruitment and retention of providers. This work stream will be completed through the following tasks:

- Conduct interviews via teleconference with past and current ADC health care providers on topics such as job descriptions and expectations, culture, working environment, compensation and benefits, infrastructure, organization and management;
- Prepare and submit a data request for current compensation packages and relevant arrangements for the four provider types, as well as employment/contractor agreements, job descriptions, turnover rates and other pertinent data;
- Analyze and assess all compensation packages and employment/contractor agreements as compared to market benchmarks described above;
- Review data related to recruitment, retention and turnover rates to gain a thorough understanding of standard employment timing and factors;
- Analyze job descriptions for each of the provider types across the eight markets to assess expectations, opportunities, obstacles to success and other position requirements.

## Interim Project Updates

Throughout this engagement, Advisory Board will schedule and conduct project status reviews and interim update meetings on at least a monthly basis. It is anticipated that these will be virtual meetings, defined as teleconferences or virtual meetings; however if the need for face-to-face interaction is required, this will be accommodated on an as-needed basis. Updates are anticipated to include the following:

- Current project status;
- Discussion and resolution of obstacles or hurdles;
- Vetting and validation of data and analysis;
- Review of initial findings;
- Review of draft materials.

### Final Deliverable

Our results will be synthesized into the final report identifying the market profile as compared to the profile of the facilities across the eight identified markets. This report will include the following:

- Data amalgamating the market analyses to demonstrate the overall market profile as broken down by provider type across each of the eight identified markets;
- Comparison of market profile as mapped to facility need to identify surplus and/or shortages, where found applicable through the assessment;
- Benchmarked compensation arrangements for each provider type as compared to those arrangements for ADC facilities;
- A blinded inventory of findings related to overall job satisfaction within the facilities across provider types;
- Opportunities or obstacles toward achieving desired recruitment and retention rates within the facilities based on the market profile and as compared to job satisfaction and compensation arrangements within the facilities;
- Specific recommendations by facility for achieving budgeted staffing levels;
- Insights and recommendations to identify and discuss other opportunities or challenges that have come to light through the provider assessment process.

## Management Team

A small team of Advisory Board subject-matter experts will support this engagement under the leadership of BJ Millar, MBA, Vice President, who will be responsible for the quality and timeliness of Advisory Board's deliverables. Mr. Millar will be supported by a consultant. Representative biographies for these consultant roles are included as an attachment. Should the need arise to substitute a resource, Advisory Board will provide a consultant of equal or greater experience and will provide the Court with biographical information.

# Professional Fees, Expenses & Other Terms

### Professional Fees

Advisory Board's professional fees for this engagement will be a fixed fee of $124,100.

The professional fee quoted for this engagement encompasses only the scope of services described herein. Any additional services requested, including additional travel to or site visits, an expanded number of stakeholder interviews, or analysis or advice regarding issues not identified herein will result in additional professional fees. Advisory Board will notify the Court in the event that scope has been expanded and that additional fees apply. The Court will approve additional services and fees in advance.

### Expense Reimbursement

In addition to our professional fees, Advisory Board invoices clients an administrative and travel fee in the amount of 20 percent (20%) of all professional fees hereunder. This amount covers all expenses related to this engagement.

## Invoicing

Advisory Board will invoice the Court six monthly retainers each in the amount of $24,820[1]. The retainers will be invoiced upon the execution of this Engagement Letter and prior to the first day of the month for the following five months. Payment of invoices is due within 30 days of invoice receipt. The services and associated professional fees described herein are valid for 30 days from the date of this Engagement Letter.

All invoices will be delivered via email. Please provide a specific contact and email address for all invoices:

---

## Estimated Project Timeline

Advisory Board can begin work within 10 business days of the execution of this Engagement Letter and receipt of the first retainer. We expect to complete the project within approximately six months, dependent upon the timely provision of information and scheduling of key meetings.

## Confidentiality

As an agent of the Court, the Advisory Board's standard terms and conditions have been waived, however the Court hereby agrees as follows:

**Ownership/Confidentiality.**

The Court acknowledges that the Advisory Board will retain all copyright, patent and other intellectual property rights in the methodologies, methods of analysis, ideas, concepts, know-how, models, tools, techniques, skills, knowledge and experience owned or possessed by the Advisory Board before the commencement of, or developed or acquired by the Advisory Board during or after, the performance of the services set forth herein (the "Services"), including without limitation, all systems, software, specifications, documentation and other materials created, owned or licensed and used by the Advisory Board, or its affiliates or subcontractors in the course of providing the Services (the "Intellectual Property"), and the Advisory Board shall not be restricted in any way with respect thereto. To the extent any of the Services incorporates any Intellectual Property, the Advisory Board hereby grants the Court a non-exclusive, non-transferable right to use such Intellectual Property solely for purposes of using the services internally in accordance with the terms of the Order.  The Intellectual Property is confidential to Advisory Board and its suppliers, if any. Thus, neither the Court nor the ADC shall disseminate to, or permit the use of, and shall take reasonable precautions to prevent such dissemination or use of, the Intellectual Property by any of its personnel to any third party. The Court shall not remove from the Intellectual Property any confidential markings, copyright notices and other similar indicia therein.

Advisory Board may use the Court's name on a list of clients and members in its programs.

---

1) Advisory Board will not commence work on the engagement until the initial retainer in the amount of $24,820 is received.

# Acceptance

Client hereby agrees to the Advisory Board Terms and Conditions attached hereto and incorporated herein by this reference. In addition, if we do not have a Business Associate Agreement in place that would cover this engagement, Client will also enter into a Business Associate Agreement with us that will contain additional terms to set forth obligations of the parties with respect to protected health information.

If the above terms are acceptable, please indicate your acceptance by returning one signed original Engagement Letter via email or mail to:

ADVISORY BOARD CONSULTING

Attn: Development Team

3102 West End Avenue, Suite 800

Nashville, TN 37203

We look forward to the opportunity to work with you on this important initiative.

Sincerely yours,

*Advisory Board Consulting*

ADVISORY BOARD CONSULTING

ACCEPTED:

_[signature]_  12-4-17

Signature      Date

DAVID K. DUNCAN

U.S. MAGISTRATE JUDGE

Print Name      Title

UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

Attachments: Management Team Biographies

## Management Team Biographies



**Braxton Millar, MBA**

*Vice President*
*25+ Years of Experience*
*Salt Lake City, UT*

Braxton "B.J." Millar, MBA, brings more than 25 years of health care experience to his role as an Advisory Board Vice President specializing in value-based care. Mr. Millar serves Advisory Board clients with Accountable Care Organization and Clinical Integration program formation, program evaluation, care transformation strategy, population health management, payer strategy development, provider alignment and readiness assessments. Mr. Millar's versatile skillset combines analytics, communications, process design and strategy to provide exceptional project management and delivery to Advisory Board's clients.

In his role with Advisory Board, Mr. Miller has led many CIN development engagements, served as an Interim CIN Director for a multisite regional system, and managed value-based care teams in assessing and deploying value-based strategies on local, regional and multistate initiatives. He provides executive oversight, subject-matter expertise and thought leadership across the entire value-based care spectrum, leading a large consulting team to deliver exceptional results for our clients.

Prior to joining Advisory Board, Mr. Millar served as Health Care Director of Navigant Consulting in Chicago. His responsibilities included managing project teams on physician enterprise assessment and implementation projects to effectively identify real value opportunities and produce sustainable results without creating artificial dependencies.

Before joining Navigant Consulting, Mr. Millar served Quorum Health Resources Consulting, located in Brentwood, Tennessee, as Director of Physician Services. In this role, Mr. Millar led the development and delivery of physician-focused consulting solutions to address the economic, operational and strategic needs of hospitals and their physician partners.

In addition to the above roles, Mr. Millar's consulting career has included work in hospital and health system projects, correctional health care, and data and information technology solutions. He has worked in several regional consulting firms, including Equation Consulting and Phase 2 Consulting in Salt Lake City, as well as managing his own firms at Vertex Healthcare Consulting in Salt Lake City and Logix Consulting in Dallas. He began his career in health care as a surgical practice administrator at Salt Lake Cardiovascular and Thoracic Surgery P.C.

Mr. Millar earned a Master of Business Administration, a Bachelor of Arts in philosophy and an associate degree in Spanish and Portuguese from Brigham Young University in Provo, Utah.



**David Long, J.D., MBA**

*Consultant*
*9+ Years of Experience*
*Nashville, TN*

David Long, J.D., MBA, brings more than nine years of professional and health care experience to his role as an Advisory Board Consultant. In this role, Mr. Long supports project leaders by gathering data, facilitating stakeholder discussions, performing due diligence, and preparing key documentation and presentations. Mr. Long serves Advisory Board clients with Clinical Integration program formation, medical home implementation, Accountable Care Organization formation, Center for Medicare and Medicaid Services application and grant writing, bundled payment design and implementation and program effectiveness, among others.

Prior to joining Advisory Board, Mr. Long served as a Summer Associate for Vanderbilt University Medical Center in Nashville, Tennessee. In this position, Mr. Long observed and mapped clinical processes and workflows and recommended strategies based on these observations for the creation of a standard clinical operations model in accordance to Meaningful Use standards. In addition, Mr. Long created and implemented strategic plans for HITECH Phase II and ICD-10 transitions. He was also responsible for financial returns for the potential implementation of voice recognition software for physician dictation services.

Previously, Mr. Long served the Risk and Patient Safety Clinical Services Group at Hospital Corporation of America Inc. in Nashville, Tennessee. During this time, he analyzed data from patient safety initiatives and conducted a correlation study comparing the safety data with hospital lawsuit claims data. Mr. Long was responsible for delivering the study results with strategic recommendations for future initiatives to a cross-department management team.

Previously, Mr. Long served as an Intern at the Mississippi Attorney General's Office in Jackson, Mississippi, in the Consumer Protection and Civil Litigation Division. During this time, he drafted memoranda, motions and other legal documents for federal and state-level cases. He researched and drafted memoranda on state and federal level constitutional law with regards to health care reform in Mississippi with a primary focus on Medicare and Medicaid financials in the state system.

Mr. Long began his professional career at Google Inc., in Mountain View, California, as a Legal Assistant for the Commercial Legal Team. In this role, Mr. Long drafted and negotiated standard agreements with Google's business executives, conducted due diligence for mergers and acquisitions, and created process improvements for team functions and performance.

Mr. Long earned a Juris Doctorate in business and health care law from the University of Mississippi School of Law in Oxford, Mississippi, a Master of Business Administration in health care, operations and strategy from Vanderbilt University Owen Graduate School of Management in Nashville, Tennessee, and a Bachelor of Arts in political science from Stanford University in Palo Alto, California.



**Rene Sobolewski**

*Consultant*
*3+ Years of Experience*
*Nashville, TN*

As an Advisory Board Consultant, Rene Sobolewski specializes in strategic planning, design and implementation of accountable care solutions. She has been deeply involved in the formation of Clinically Integrated Networks ("CINs"), providing hands-on support for organizational and legal structure development, marketing/communications and independent physician recruitment activities. Furthermore, Ms. Sobolewski supports project leaders in assessing population health strategies by gathering data, facilitating stakeholder discussions and performing due diligence, with a critical focus on infrastructure and operational effectiveness.

Prior to and in addition to her work with value-based care engagements, Ms. Sobolewski conducted deep dive assessment work in fair market value and medical staff planning engagements. Working directly with hospitals and health systems across the country, she developed significant expertise in physician needs assessments, medical staff development and understanding the competitive landscape for health care organizations seeking to redefine their strategic direction.

Ms. Sobolewski plays a pivotal role in conducting operational assessments for organizations seeking to create or improve value-based care and population health management programs. In her work developing and implementing CINs and Population Health Services Organizations ("PHSOs"), Ms. Sobolewski focuses on facilitating and collaborating with physician councils to form organizational structures and governance models, including meeting participation, template creation and finalization, physician training and education, network outreach and participation, and physician recruitment and retention.

Ms. Sobolewski has worked with academic medical centers, nonprofit health systems, and multi-system CINs across the country to design, operationalize and optimize physician alignment strategies. In addition, she has provided best practice support with a state-sponsored innovation model grant, serving on a team of experts that collaborated with the state, as well as government and commercial payers, to support reduced care variation and improved coordination across the state.

Prior to joining the Advisory Board, Ms. Sobolewski served as an Administrative Intern with the Upper Allegheny Health System with time spent at both Olean General Hospital in Olean, New York, and Bradford Regional Medical Center in Bradford, Pennsylvania. Ms. Sobolewski worked with senior management in key functional areas of each hospital including finance, quality and information technology.

Ms. Sobolewski received her Bachelor of Arts in medicine, health and society from Vanderbilt University in Nashville, Tennessee, where she also competed on the Division One Women's Golf Team.