# EXHIBIT 3

# (REDACTED)

```
 1  Arizona Attorney General Mark Brnovich
    Office of the Attorney General
 2  Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
 3  Assistant Attorneys General
    1275 W. Washington Street
 4  Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
 5  Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
 6  Lucy.Rand@azag.gov

 7  Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
 8  Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
 9  Ashlee B. Fletcher, Bar No. 028874
    Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  Richard M. Valenti, Bar No. 031533
    Jamie D. Guzman, Bar No. 022095
12  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
13  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
14  Fax:  (480) 420-1696
    dstruck@swlfirm.com
15  rlove@swlfirm.com
    tbojanowski@swlfirm.com
16  nacedo@swlfirm.com
    afletcher@swlfirm.com
17  jlee@swlfirm.com
    khanger@strucklove.com
18  tray@strucklove.com
    rvalenti@strucklove.com
19  jguzman@strucklove.com
    Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DECLARATION OF KATHLEEN CAMPBELL, MBA, BSN, RN, CCHP-RN** |

I, **KATHLEEN CAMPBELL**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am licensed as a registered nurse in Arizona, Illinois, and Hawaii.

3. I have worked for the Arizona Department of Corrections ("ADC") for ten years, first as a utilization review nurse, then as the statewide Director of Nursing. After healthcare was privatized, I became the clinical lead nurse supervisor and oversaw the audit nurses evaluating contract compliance.

4. Currently, I am the Program Evaluation Administrator (Contract Compliance) with the Health Services Contract Monitoring Bureau for ADC.

5. In my position, I supervise eight compliance monitors, monitor several statewide performance measures, and provide coverage for other monitors who are out on leave.

6. I make this declaration based on my own personal knowledge of the events described below.

7. On approximately October 31, 2017, Dennis Dye, one of ADC's mental health monitors, uploaded his September 2017 CGAR results.

8. On November 3, 2017, he realized that file #_____ for PM 95 at Perryville had inadvertently been counted twice. That same day, he sent me email correspondence advising of the error, informing me that a new file had been randomly selected to take the place of the duplicate file, and requesting the change be made to the CGAR. *See* Attachment A (November 3, 2017 Correspondence from Dye to Campbell); Attachment B (Dye's proposed corrections to the September 2017 CGAR for PM 95 at Perryville).

9. During this time, my staff and I were feverishly working to complete Plaintiffs' requested re-audits for July. As such, I did not see the email from Mr. Dye.

10. Then, on November 29, 2017, Plaintiffs filed their Notice, advising the Court of the duplicate.

1

11. Assuming it had been corrected, Mr. Dye contacted me and inquired as to why the change was not made. It was at this time that I discovered the email Mr. Dye had sent on November 3, 2017.

12. I have since made the change and corrected the CGAR. Replacing the file with a new file did not change the score. Perryville received a 95% score for PM 95 in September 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of December, 2017.

_Kathleen Campbell_
KATHLEEN CAMPBELL

2

**ATTACHMENT A**

**ATTACHMENT A**

**From:** DYE, DENNIS
**Sent:** Friday, November 03, 2017 2:40 PM
**To:** CAMPBELL, KATHLEEN
**Subject:** Perryville Sept

Hi Kathy,

I wanted to get this one change to the most recent (September) audit to you. The rest go back to July and will come later.

There are two sheets: the report sheet and a word document.

Thank you very much

Dennis M. Dye, LCSW, CCHP-MH
Program Compliance Monitor- Mental Health
Arizona Department of Corrections
1831 W. Jefferson, Phoenix, AZ 85007
Cell: ▮
Email: ddye@azcorrections.gov

**ATTACHMENT B**

**ATTACHMENT B**

## CGAR Finding for September 2017 Perryville Complex

1. Locate number 23/PM # 95

2. Delete sequence highlighted on report sheet: ▬ Lumley 9/12/17 Y 9/13/17 9/19/17 N/A 2 2 Y

3. Insert at end the following: ▬ Santa Maria 8/15/17 Y N/A N/A 9/7/17 1 1 Y

## CGAR Finding for September 2017 PERRYVILLE COMPLEX

| # | Question | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | PM #88 Are MH-4 prisoners who are prescribed psychotropic medications being seen by a mental health provider a minimum of every 90 days? | X | | | | 2 | 6 | 6 | 100.00 |
| 20 | PM #92 Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? | X | | | | 2 | | | |
| 21 | PM #93 Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? | X | | | | 2 | | | |
| 22 | PM #94 Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? | X | | | | 1 | 14 | 15 | 93.33 |
| 23 | PM #95 Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch? | X | | | | 2 | 19 | 20 | 95.00 |

–Delete

33Y   INSORT Here

INSORT:
SANTA MARIA
8/15/17 Y N/A
N/A  9/7/17
1  1  Y