**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having reviewed Defendants' Motion for Leave to File under Seal, and good cause appearing,

IT IS ORDERED that the Motion for Leave to File under Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendants' Response to Plaintiffs' Notice Regarding Defendants' Continuing Noncompliance with Court's Order of July 13, 2017 and Exhibits 1 through 3 thereto.