1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR THE DECEMBER 20, 2017 STATUS HEARING** |

LEGAL137937431.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the December 20, 2017 status hearing.

1. Any updates regarding the status of Mr. Millar's work as a Rule 706 expert regarding the recruitment and retention of medical and mental health providers.

2. Defendants' October 2017 CGAR results (not yet provided to Plaintiffs or the Court at the time of the filing of this agenda), and remediation plans for:

   a. Performance measures found noncompliant by the Court (Doc. 1583 at 2; Doc. 1709 at 1; Doc. 2030 at 2; Doc. 2403 at 2-3);[1]

   b. Performance measures in the August 28, 2017 Notice of Noncompliance, mediated on November 28, 2017 (Doc. 2254-1 at 38-41).

3. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Declaration of Corene Kendrick, filed herewith ("Kendrick Decl.") Exs. 1-2; Declaration of Alison Hardy, filed herewith; *see also* Doc. 2046 (Plaintiffs' Statement Re: Evidentiary Hearings on Monitoring; Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply)]

4. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide.

   a. Defendants' continuing noncompliance with the Court's July 13, 2017 Order (Doc. 2185) regarding PMs 94, 95, and 97. [Doc. 2471 (Plaintiffs' Notice Re: Defendants' Continuing Non-Compliance With The Court's Order of July 13, 2017); Doc. 2489 (Defendants' Response)]

   b. Errors and improper monitoring methodology in July 2017 CGAR results (Doc. 2471), and Plaintiffs' proposed language for PM 95 and request that Defendants re-audit PMs 1, 2, 4, 77, and 95 in light of the Court's orders. [Doc. 2368-1 at 2-37 (Ex. A); Doc. 2403 at 1;

---

[1] The Court has not issued an order regarding substantial noncompliance for PM 15 at Tucson. [*See* Doc. 2403 at 2; 10/11/17 Tr. at 44:22-47:21]

LEGAL137937431.1

Doc. 2426-1 at 4-15; Doc. 2459-1; Doc. 2459-5; Doc. 2474 at 1-2; Kendrick Decl. Exs. 3-4]

    c. Errors and improper monitoring methodology in August 2017 CGAR results. [Kendrick Decl. Exs. 5-6]

    d. Defendants' defiance of the Court's November 21, 2017 order regarding monitoring methodology for PM 77. [*Compare* 11/21/17 Tr. at 15:24-16:2 ("THE COURT: Well, say it this way: If you do something on the 1st of December you have to do it by the 1st of December the next year. That's 12 months. That's what we'll do") *with* Kendrick Decl. Ex. 6 at 1 (11/29/17 letter from Defendants stating that "[a] treatment plan updated within the same month the following year does not render the file substantially non-compliant with the Stipulation")]

5. Defendants' failure to abide by their prior representation to the Court that when changes are made by headquarters staff to CGARs submitted by the monitors, changes would be indicated through the use of an addendum entry. [*Compare* 11/7/17 Tr. at 72:14-78:10 and 85:14-87:8 *with* Doc. 2068 at 17; *see also* Doc. 2046 at 32-35]

6. Update to the Court from Dr. Todd Wilcox Regarding the Death of Class Member Walter Jordan. [Declaration of Dr. Todd Wilcox, filed herewith ("Wilcox Decl.") ¶¶ 3-21; *see also* Doc. 2262]

7. The Court's instruction that Plaintiffs "lay a foundation" for their request for documents pertaining to the apparent system-wide discontinuation of certain pain medications (Request No. 62), and the Court's direction that the parties provide additional information regarding this topic for the December status hearing. [*See* 11/21/17 Tr. at 33:21-35:17; Declaration of Megan Lynch, filed herewith; Wilcox Decl. ¶¶ 22-29; Kendrick Decl. ¶¶ 7-8, Exs. 7-10]

8. Defendants' failure to provide requested discovery and documents, including those ordered by the Court. [Doc. 2474 at 2-3; Doc. 2426-1 at 85-94; Doc. 2368-1 at 38-58; Kendrick Decl. Ex. 4]

9. Defendants' refusal to provide documents requested by Plaintiffs' counsel to prepare and plan monitoring tours, unless Plaintiffs' counsel provides the request at least 30 days prior to the tour. [Kendrick Decl. Exs. 11-13, *compare* Doc. 1185 (Stipulation) at ¶ 32 (14 days' notice for tours)]

10. Defendants' update regarding telemedicine for specialty encounters, the status of Corizon negotiations with potential subcontractors including the University of Arizona and Arizona Oncology Network, Plaintiffs' response to Defendants' Report to the Court and Declaration, and Plaintiffs' request for information regarding any negotiations or discussions that occurred prior to early October 2017. [*See* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76]

11. Judge Bade's recommendation to the parties at the November 28, 2017 mediation that the parties file a Joint Motion for Clarification, and Plaintiffs' proposed timeframe for doing so. [Kendrick Decl. ¶ 13, Ex. 14]

12. Plaintiffs' request for an update from Defendants regarding the following contractual issues:

 a. The status of their Request For Proposals for a five year contract to provide health care services, to begin in March 2018. [*See* 5/10/17 Tr. at 761:19-762:4; 7/13/17 Tr. at 68:24-72:4]

 b. The amount of money assessed against Corizon for violations of the Stipulation's performance measures in September and October 2017.

 **c.** The amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in September and October 2017.[2]

---

[2] *See* Kendrick Decl. Exs. 15-16 for the September and October 2017 Statewide Staffing Reports. As of the filing of this agenda, Defendants had not provided the November 2017 report despite the Court's order that "the State shall provide staffing reports from the previous month at least 48 hours prior to the monthly status hearing or by the 15th of the month, whichever is earlier." [Doc. 2456 at 2]

**Fully Briefed Matters Awaiting Decision From the Court:**

1. Isolation Sub-Class: Plaintiffs' revised Proposed Order Granting Plaintiffs' Motion to Enforce the Stipulation (Doc. 2362) and Defendants' Objections (Doc. 2430).

2. Plaintiffs' Motion for Attorneys' Fees and Costs. [Doc. 2276 (Motion); Doc. 2402 (Response); Doc. 2433 (Reply)]

3. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

4. Defendants' refusal to incorporate in the Monitoring Guide the language regarding random sampling based upon the declaration of Dr. Craig Haney. [Doc. 2426-1 at 105-117; Doc. 2465; Doc. 2469]

Respectfully submitted,

Dated:  December 18, 2017    **PRISON LAW OFFICE**

By:  *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)**<br>Victoria Lopez (Ill. 6275388)* |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603<br>Email:   dfathi@aclu.org |
| 6 | afettig@aclu.org<br>vlopez@aclu.org |
| 7 | *Admitted *pro hac vice*.  Not admitted |
| 8 | in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* |
| 9 | |
| 10 | Kirstin T. Eidenbach (Bar No. 027341)<br>**EIDENBACH LAW, P.L.L.C.** |
| 11 | P. O. Box 91398<br>Tucson, Arizona 85752 |
| 12 | Telephone: (520) 477-1475<br>Email:   kirstin@eidenbachlaw.com |
| 13 | Kathleen E. Brody (Bar No. 026331) |
| 14 | **ACLU FOUNDATION OF ARIZONA** |
| 15 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 16 | Telephone: (602) 650-1854<br>Email:   kbrody@acluaz.org |
| 17 | Daniel C. Barr (Bar No. 010149) |
| 18 | Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107) |
| 19 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
| 20 | Phoenix, Arizona 85012<br>Telephone: (602) 351-8000 |
| 21 | Email:   dbarr@perkinscoie.com<br>agerlicher@perkinscoie.com |
| 22 | jhgray@perkinscoie.com |
| 23 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 24 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 25 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com |
| 26 | *Admitted *pro hac vice* |
| 27 | |
| 28 | |

|     |     |
| --- | --- |
| 1   | John Laurens Wilkes (Tex. 24053548)* |
|     | **JONES DAY** |
| 2   | 717 Texas Street |
|     | Houston, Texas 77002 |
| 3   | Telephone:  (832) 239-3939 |
|     | Email:     jlwilkes@jonesday.com |
| 4   |     |
|     | *Admitted *pro hac vice* |
| 5   |     |
|     | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6   | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**ARIZONA CENTER FOR DISABILITY LAW**

By:  *s/ Maya Abela*
   Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Jessica Jansepar Ross (Bar No. 030553)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                            s/ D. Freouf