# EXHIBIT 1

| Folders | Files | Folder Ac |
|---|---|---|
| Home | FresnoAdult_CompletedIntakes.xls | New Folde |
|   AHardy | FresnoAdult_CompletedIntakes(3).xls | Move to T |
|   FresnoAdultAudit | Fresno ChronicCareIntake_AUDIT | Rename… |
|   FresnoAdultEndUsers | Fresno ChronicCareLastAppt_AUDIT | |
|   FresnoAdultHSA | Fresno Completed HP_AUDIT_v2 | Paste |
|   FresnoJuvenileAudit | Fresno Completed Intakes_AUDITv2 | |
|   FresnoJuvHSA | Fresno Consult Requests | Properties |
| Trash | Fresno Encounters | |
| | Fresno HSR_Audit_v3 | |
| | Fresno HSR Summary_AUDIT | |
| | Fresno Medications from Intake_AUDI | |
| | Fresno MH ChronicCareIntake_AUDIT | |
| | Fresno MH ChronicCareLastAppt_AUD | |
| | MH Patient Log | |