1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                                   DISTRICT OF ARIZONA

9    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
10   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
11   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING MOTION TO**
     behalf of themselves and all others similarly        **SEAL**
12   situated; and Arizona Center for Disability Law,

13                                        Plaintiffs,

14               v.

15   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Division Director,
16   Division of Health Services, Arizona Department of
     Corrections, in their official capacities,

17                                        Defendants.

18

19           This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

20   hereby GRANTS Plaintiffs' Motion to Seal and instructs the Clerk of the Court to seal

21   Dockets 2494 and 2494-1, and to seal documents as set forth in the Motion (Exhibits 1

22   and 4-11 of the corrected Declaration of Corene Kendrick).

23

24

25

26

27

28

LEGAL137951341.1