Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK** |

LEGAL137937793.1

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** and **filed under seal** is a true and correct copy of a letter that I sent to Defendants' counsel Tim Bojanowski on December 11, 2017 regarding errors and improper monitoring methodology in the September 2017 CGARs. In that letter, we asked Defendants to agree to retain the services of an independent, professionally trained auditing group or expert to perform the audits. I also requested that Mr. Bojanowski and his client be prepared at the December 20, 2017 hearing to have a substantive discussion about our request and the persistent and systemic problems identified with Defendants' monitoring.

3. Attached hereto as **Exhibit 2** are true and correct copies of emails from Defendants' counsel Ashlee Hesman and Daniel Struck sent on December 14, 2017, stating that they will not discuss Plaintiffs' proposal at the December 20, 2017 hearing.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter sent by Plaintiffs' counsel David Fathi to Ms. Hesman on November 27, 2017 regarding PM 95 and recalculating July 2017 CGARs in light of the Court's orders.

5. Attached hereto as **Exhibit 4** and **filed under seal** is a true and correct copy of a letter that I sent to Counsel for Defendants on December 14, 2017 regarding Defendants' failure to produce documents, including their failure to properly reissue July 2017 CGARs in which Plaintiffs identified mistakes in monitoring methodology.

6. Attached hereto as **Exhibit 5** and **filed under seal** is a true and correct copy a letter sent by Plaintiffs' Counsel Mr. Fathi to Mr. Bojanowski on November 13, 2017 regarding errors in the August 2017 CGARs.

LEGAL137937793.1

7. Attached hereto as **Exhibit 6** and **filed under seal** is a true and correct copy of a letter sent by Defendants' counsel Ms. Hesman on November 27, 2017, regarding errors in the August 2017 CGARs.

8. During the November 21, 2017 telephonic hearing on discovery disputes, the Court directed Plaintiffs' counsel to "lay a foundation" for their request for documents (Request No. 62) pertaining to the apparent system-wide discontinuation of pain medications, and directed that the parties provide additional information regarding this topic for the December 20, 2017 status hearing. [11/21/17 Tr. at 34:32-35:17] On December 1, 2017, I instructed my Prison Law Office colleague Megan Lynch to review our office's Salesforce database of class member correspondence, to quantify the number of times my office had been notified since January 1, 2017 about class members having problems with pain management. I also asked her to review the Court's docket in this case for 2017 to identify any and all filings by class members regarding pain management. I supervised Ms. Lynch's work, including spot-checking her analysis. Ms Lynch's declaration setting forth her analysis is filed herewith.

9. Additionally, attached hereto as **Exhibits 7-10** and **filed under seal** are true and correct copies of letters my office has sent to Defendants in the past six months regarding individual class members who, among other urgent and emergent health problems, were experiencing problems with poorly managed pain. Two letters, Exhibits 9 and 10, both dated December 5, 2017, pertain to class members whom I interviewed on Plaintiffs' counsel's November 29-December 1, 2017 monitoring tour of ASPC-Tucson (and I subsequently reviewed their medical records in eOMIS). These exhibits are filed as exemplars of the approximately 20 advocacy letters my office has sent Defendants throughout 2017 identifying class members who are experiencing poorly managed severe pain as a result of their medical conditions. Other than a boilerplate email acknowledging receipt of these letters, we have received no response to any of these letters.

10. Attached hereto as **Exhibit 11** and **filed under seal** is a true and correct copy of a letter that Plaintiffs' counsel Kirstin Eidenbach sent to counsel for Defendants

1  on November 15, 2017, notifying Defendants of our intent to tour the ASPC-Tucson
2  facility on November 29-December 1, 2017.  Attachment B to Ms. Eidenbach's letter
3  includes our request for documents to prepare for the tour.

4        11.    Attached hereto as **Exhibit 12** are true and correct copies of two emails I
5  sent to counsel for Defendants on November 27, 2017 regarding Defendants' failure to
6  produce documents requested to prepare for the November 29-December 1, 2017 tour of
7  ASPC-Tucson.

8        12.    Attached hereto as **Exhibit 13** is a true and correct copy of a letter sent by
9  Defendants' counsel Richard Valenti to me on November 28, 2017 on the eve of the tour
10 of ASPC-Tucson, objecting to some of our requests for pre-tour documents, and including
11 Defendants' unilateral announcement that in the future, they will not produce documents
12 for monitoring tours unless Plaintiffs' counsel provided 30 days' advance notice of the
13 tour.

14       13.    On November 28, 2017, I was present for a mediation with Defendants
15 before Judge Bade.  She noted that there are discrepancies between the language of the
16 Stipulation and some of the Court's Orders regarding the definition of substantial
17 noncompliance.  She recommended that no later than mid-January, the parties file a Joint
18 Motion for Clarification to seek a clarifying order from the Court, and she described a
19 structure for the parties to use, which the parties agreed to do.  Attached hereto as
20 **Exhibit 14** is a true and correct copy of a December 6, 2017 letter from Ms. Eidenbach to
21 Mr. Bojanowski proposing a schedule for the joint filing.  To date, we have not received a
22 response regarding our proposed timeframe for the filing.

23       14.    Attached hereto as **Exhibit 15** is a true and correct copy of Defendants'
24 September 2017 staffing report, that was produced and Bates-stamped by Defendants as
25 ADCM1036881-91.  Attached hereto as **Exhibit 16** is a true and correct copy of
26 Defendants' October 2017 staffing report that was produced by Defendants as a Microsoft
27 Excel spreadsheet and therefore was not Bates-stamped.  As of the time of the filing of
28 this declaration, Defendants have not produced the November 2017 staffing report to

Plaintiffs' counsel, despite the Court's order that "the State shall provide staffing reports from the previous month at least 48 hours prior to the monthly status hearing or by the 15th of the month, whichever is earlier." [Doc. 2456 at 2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 18, 2017, in Berkeley, California.

s/ Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 2 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 3 | Telephone:  (602) 650-1854 |
| | Email:    kbrody@acluaz.org |
| 4 | |
| | Daniel C. Barr (Bar No. 010149) |
| 5 | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| 6 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 7 | Phoenix, Arizona 85012 |
| | Telephone:  (602) 351-8000 |
| 8 | Email:    dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| 9 | jhgray@perkinscoie.com |
| 10 | Caroline Mitchell (Cal. 143124)* |
| | **JONES DAY** |
| 11 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 12 | Telephone:  (415) 875-5712 |
| | Email:    cnmitchell@jonesday.com |
| 13 | |
| | *Admitted *pro hac vice* |
| 14 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 15 | **JONES DAY** |
| | 717 Texas Street |
| 16 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 17 | Email:    jlwilkes@jonesday.com |
| 18 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

LEGAL137937793.1              -5-

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927) |
|   | **ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
|   | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
|   | Email:   skader@azdisabilitylaw.org |
| 5 |              adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
|   | J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553) |
|   | Maya Abela (Bar No. 027232) |
| 8 | 177 North Church Avenue, Suite 800 |
|   | Tucson, Arizona 85701 |
| 9 | Telephone: (520) 327-9547 |
|   | Email: |
| 10 |    rdalyrooney@azdisabilitylaw.org |
|    |       jrico@azdisabilitylaw.org |
| 11 |       jross@azdisabilitylaw.org |
|    |       mabela@azdisabilitylaw.org |
| 12 | |
| 13 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                                        s/ D. Freouf

LEGAL137937793.1               -7-