IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' fully briefed Motion for Attorneys' Fees and concluded that there are several categories of time for which Plaintiffs are not entitled to recovery. (Docs. 2265, 2402, 2433) Accordingly, the Court will require Plaintiffs to refile their supporting documents to address the following:

Overhead costs. The Court will not award Plaintiffs their overhead costs, specifically time billed by law clerks and the costs of copies.

Time categories. The Court will not award Plaintiffs fees for time spent talking to reporters or time working on the subsequently withdrawn Jensen matter. Moreover, while there is a pending appeal, the Court concludes that time spent on appellate matters (where Plaintiffs are both appellant and appellee) should be either presented to the Ninth Circuit or held in abeyance here until the conclusion of the appeal.

Travel costs. The Court will award Plaintiffs' reasonable travel costs. Plaintiffs have submitted affidavits documenting airfare ranging from $162.20 to $537.89 for

round-trip airfare from Oakland to Phoenix and from $321.06 to $1025.65 for roundtrip airfare from Washington, D.C. to Phoenix.  (Doc. 2266-5 at 2, 8; Doc. 2267-1 at 63, 65) Similarly, Plaintiffs' documentation for hotel costs appears either inaccurate or inappropriate, such as $639.40 for one night at a Phoenix hotel.  (Doc. 2266-5 at 7)

To maintain reasonable costs in this case, the Court will authorize up to $350 for roundtrip airfare from Oakland; $550 for roundtrip airfare from Dulles; and $200/night for hotel accommodations.

The Court notes that the status hearing dates are known well in advance and so counsel should be able to manage travel costs within this budget.  The Court will remain amenable to common sense arguments about travel costs associated with evidentiary hearings or other matters that require counsel to make later, and therefore more expensive, travel arrangements.

Expert Costs.  Plaintiffs have requested fees paid to several experts who did not submit an affidavit or otherwise appear before the Court in this matter.  The Court will deny without prejudice the request for Paul Roubidoux, Riley Peterson, and Lisa Pratt subject to additional avowals from Plaintiffs' counsel detailing how these experts supported enforcement of the Stipulation.

**IT IS ORDERED** that within 30 days of the date of this Order, Plaintiffs shall submit an amended Motion for Attorneys' Fees that complies with the guidance contained herein.

Dated this 19th day of December, 2017.

_____
David K. Duncan
United States Magistrate Judge