# Exhibit 1

## Arizona Monthly Staffing Report
### Roll-Up
*(Excludes Regional Office)*
November 2017

Working Days = 22

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 10.00 | 4.75 | 48% | 5.38 | - | - | - | 5.38 | 54% |
| Staff Physician | 14.00 | 8.35 | 60% | 5.89 | - | - | 2.17 | 8.06 | 58% |
| Administrator | 10.00 | 10.00 | 100% | 7.68 | - | - | - | 7.68 | 77% |
| Correctional RN Supervisor II / DON | 10.00 | 10.00 | 100% | 10.22 | - | - | - | 10.22 | 102% |
| Asst. Correctional RN Supervisor II / ADON | 3.00 | 40.40 | 1347% | 34.56 | - | - | - | 34.56 | 1152% |
| Administrative Services Officer | 7.00 | 6.00 | 86% | 4.94 | - | - | - | 4.94 | 71% |
| Nurse Practitioner | 26.00 | 37.35 | 144% | 33.76 | - | 0.13 | 2.92 | 36.81 | 142% |
| Correctional RN Supervisor I | 34.00 | 1.00 | 3% | 0.98 | - | - | - | 0.98 | 3% |
| RN | 178.90 | 171.85 | 96% | 175.94 | - | 14.92 | - | 190.87 | 107% |
| LPN | 156.60 | 144.55 | 92% | 145.57 | - | 18.00 | - | 163.57 | 104% |
| Nursing Assistant | 94.50 | 105.85 | 112% | 106.70 | - | 6.85 | - | 113.56 | 120% |
| Lab Technician | 2.00 | 3.00 | 150% | 2.84 | - | 0.63 | - | 3.47 | 174% |
| X Ray Tech | 8.50 | 6.00 | 71% | 6.52 | - | 0.67 | - | 7.19 | 85% |
| Pharmacy Tech | 23.50 | 27.00 | 115% | 24.06 | - | 1.04 | - | 25.09 | 107% |
| Secretary / Administrative Assistant | 21.00 | 17.80 | 85% | 14.83 | - | 0.23 | - | 15.06 | 72% |
| Med Records Supervisor | 10.00 | 9.00 | 90% | 7.71 | - | - | - | 7.71 | 77% |
| Med Records Clerk | 32.00 | 29.50 | 92% | 27.35 | - | 0.31 | - | 27.66 | 86% |
| Scheduler | 9.00 | 8.50 | 94% | 9.39 | - | 0.75 | - | 10.15 | 113% |
| Clinical Coordinator | 8.00 | 9.00 | 113% | 6.74 | - | 0.30 | - | 7.04 | 88% |
| Dental Director | 10.00 | 7.25 | 73% | 6.84 | - | - | - | 6.84 | 68% |
| Dentist | 20.00 | 19.76 | 99% | 15.04 | - | - | - | 15.04 | 75% |
| Dental Hygienist | 1.80 | 2.10 | 117% | 1.53 | - | - | - | 1.53 | 85% |
| Dental Assistant | 43.00 | 40.75 | 95% | 33.95 | - | - | - | 33.95 | 79% |
| Psychiatric Director | 0.50 | 0.50 | 100% | 0.50 | - | - | - | 0.50 | 100% |
| Psychiatrist | 7.50 | 6.00 | 80% | 5.46 | - | - | - | 5.46 | 73% |
| Psychologist | 19.00 | 14.15 | 74% | 10.99 | - | - | 1.14 | 12.13 | 64% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| MH Clerk | 4.00 | 4.00 | 100% | 3.59 | - | 0.01 | - | 3.60 | 90% |
| MH Nurse Practitioner | 11.50 | 11.50 | 100% | 8.23 | - | - | 1.40 | 9.63 | 84% |
| MH RN | 36.40 | 32.70 | 90% | 32.92 | - | 1.31 | - | 34.23 | 94% |
| Rec Therapist | 5.00 | 1.00 | 20% | 0.91 | - | - | - | 0.91 | 18% |
| Psych Associates | 52.40 | 54.00 | 103% | 42.55 | - | - | - | 42.55 | 81% |
| Psych Tech | 25.40 | 20.80 | 82% | 21.38 | - | 0.19 | - | 21.57 | 85% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Regional Director | - | 1.00 | 0% | 0.84 | - | - | - | 0.84 | 0% |
| Clerk | - | 1.00 | 0% | 1.00 | - | 0.00 | - | 1.00 | 0% |
| **Total Contract** | **896.50** | **867.41** | **97%** | **817.75** | **-** | **45.35** | **7.63** | **870.72** | **97%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044979

## Arizona Monthly Staffing Report
## Douglas Region
### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Administrator | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 1.81 | - | - | - | 1.81 | 181% |
| Correctional RN Supervisor I | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| RN | 8.60 | 8.20 | 95% | 8.20 | - | 0.13 | - | 8.33 | 97% |
| LPN | 3.90 | 3.00 | 77% | 3.27 | - | 0.02 | - | 3.29 | 84% |
| Nursing Assistant | 3.40 | 3.00 | 88% | 1.89 | - | 0.01 | - | 1.91 | 56% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.48 | - | 0.00 | - | 1.49 | 74% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Med Records Clerk | 1.50 | 1.50 | 100% | 2.31 | - | 0.01 | - | 2.33 | 155% |
| Clinical Coordinator | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | - | 0% | 0.69 | - | - | - | 0.69 | 69% |
| Dentist | 1.00 | 2.01 | 201% | 0.83 | - | - | - | 0.83 | 83% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.14 | - | - | - | 0.14 | 70% |
| Dental Assistant | 3.00 | 3.00 | 100% | 2.55 | - | - | - | 2.55 | 85% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.69 | - | - | - | 0.69 | 69% |
| Total Contract | 32.10 | 30.96 | 96% | 27.73 | - | 0.18 | - | 27.91 | 87% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044980

## Arizona Monthly Staffing Report
### Eyman Region
#### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.84 | - | - | - | 0.84 | 84% |
| Staff Physician | 1.00 | 1.60 | 160% | 1.15 | - | - | 0.06 | 1.21 | 121% |
| Administrator | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.24 | - | - | - | 1.24 | 124% |
| Asst. Correctional RN Supervisor II | - | 6.00 | 0% | 5.27 | - | - | - | 5.27 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.58 | - | - | - | 0.58 | 58% |
| Nurse Practitioner | 3.00 | 5.80 | 193% | 4.07 | - | 0.08 | 0.58 | 4.73 | 158% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 20.60 | 19.25 | 93% | 19.88 | - | 1.31 | - | 21.19 | 103% |
| LPN | 23.20 | 21.10 | 91% | 22.43 | - | 2.38 | - | 24.81 | 107% |
| Nursing Assistant | 10.80 | 8.60 | 80% | 7.87 | - | 0.51 | - | 8.38 | 78% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.95 | - | 0.22 | - | 1.17 | 117% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.62 | - | 0.35 | - | 3.97 | 132% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.92 | - | 0.02 | - | 0.93 | 47% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.85 | - | - | - | 0.85 | 85% |
| Med Records Clerk | 6.00 | 5.00 | 83% | 4.48 | - | 0.06 | - | 4.55 | 76% |
| Scheduler | 1.00 | 2.00 | 200% | 2.69 | - | 0.67 | - | 3.36 | 336% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.95 | - | 0.05 | - | 1.00 | 100% |
| Dental Director | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Dentist | 2.50 | 2.75 | 110% | 2.14 | - | - | - | 2.14 | 85% |
| Dental Hygienist | 0.20 | - | 0% | 0.18 | - | - | - | 0.18 | 91% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.16 | - | - | - | 4.16 | 83% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Psychologist | 4.00 | 3.00 | 75% | 2.36 | - | - | - | 2.36 | 59% |
| MH Clerk | 1.00 | 2.00 | 200% | 1.66 | - | 0.01 | - | 1.67 | 167% |
| MH Nurse Practitioner | 2.00 | 1.50 | 75% | 0.99 | - | - | 0.94 | 1.93 | 97% |
| MH RN | 3.00 | 2.60 | 87% | 4.31 | - | 0.05 | - | 4.37 | 146% |
| Psych Associates | 9.00 | 8.00 | 89% | 6.78 | - | - | - | 6.78 | 75% |
| Psych Tech | 5.10 | 3.80 | 75% | 4.11 | - | 0.03 | - | 4.14 | 81% |
| Total Contract | 116.40 | 113.00 | 97% | 107.30 | 0.00 | 5.73 | 1.57 | 114.60 | 98% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044981

## Arizona Monthly Staffing Report
### Florence Region
#### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | 0.30 | - | - | - | 0.30 | 30% |
| Staff Physician | 2.50 | 1.00 | 40% | - | - | - | 0.90 | 0.90 | 36% |
| Administrator | 1.00 | 2.00 | 200% | 1.08 | - | - | - | 1.08 | 108% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.06 | - | - | - | 1.06 | 106% |
| Asst. Correctional RN Supervisor II | 1.00 | 5.00 | 500% | 4.16 | - | - | - | 4.16 | 416% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.34 | - | - | - | 1.34 | 134% |
| Nurse Practitioner | 2.00 | 4.00 | 200% | 5.18 | - | 0.02 | - | 5.19 | 260% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 16.40 | 22.70 | 138% | 24.57 | - | 2.18 | - | 26.75 | 163% |
| LPN | 24.40 | 20.90 | 86% | 20.23 | - | 3.83 | - | 24.06 | 99% |
| Nursing Assistant | 15.40 | 14.60 | 95% | 14.98 | - | 1.83 | - | 16.81 | 109% |
| X Ray Tech | 1.00 | - | 0% | 0.56 | - | - | - | 0.56 | 56% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 2.92 | - | 0.17 | - | 3.10 | 103% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.85 | - | 0.00 | - | 1.86 | 93% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.18 | - | - | - | 1.18 | 118% |
| Med Records Clerk | 5.00 | 4.00 | 80% | 3.14 | - | 0.00 | - | 3.14 | 63% |
| Scheduler | 1.00 | 1.00 | 100% | 1.53 | - | 0.02 | - | 1.56 | 156% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.87 | - | 0.05 | - | 0.92 | 92% |
| Dental Director | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Dentist | 3.00 | 2.00 | 67% | 1.85 | - | - | - | 1.85 | 62% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.18 | - | - | - | 0.18 | 92% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.37 | - | - | - | 4.37 | 87% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Psychologist | 2.00 | 1.80 | 90% | 1.52 | - | - | - | 1.52 | 76% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.78 | - | - | - | 0.78 | 78% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.92 | - | - | - | 1.92 | 96% |
| MH RN | 2.00 | 2.00 | 100% | 1.58 | - | 0.00 | - | 1.59 | 79% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 7.00 | 108% | 6.45 | - | - | - | 6.45 | 99% |
| Psych Tech | 4.10 | 4.00 | 98% | 3.46 | - | - | - | 3.46 | 84% |
|  |  |  | 0% | - | - | - | - | - | 0% |
| Total Contract | 112.50 | 111.20 | 99% | 109.62 | - | 8.11 | 0.90 | 118.64 | 105% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. Ryan, USDC CV 12-00601**

ADCM1044982

## Arizona Monthly Staffing Report
### Lewis Region
#### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.20 | 20% | 0.46 | - | - | - | 0.46 | 46% |
| Staff Physician | 2.50 | 1.00 | 40% | 0.98 | - | - | 0.87 | 1.84 | 74% |
| Administrator | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Asst. Correctional RN Supervisor II | - | 6.00 | 0% | 4.75 | - | - | - | 4.75 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.74 | - | - | - | 0.74 | 74% |
| Nurse Practitioner | 3.00 | 5.00 | 167% | 5.32 | - | - | - | 5.32 | 177% |
| Correctional RN Supervisor I | 3.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 21.80 | 27.15 | 125% | 25.03 | - | 3.78 | - | 28.81 | 132% |
| LPN | 21.10 | 22.80 | 108% | 24.84 | - | 3.57 | - | 28.41 | 135% |
| Nursing Assistant | 13.90 | 12.70 | 91% | 12.49 | - | 0.65 | - | 13.14 | 95% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.96 | - | 0.05 | - | 1.02 | 102% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.56 | - | 0.13 | - | 3.69 | 123% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.82 | - | 0.02 | - | 1.84 | 92% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.62 | - | 0.00 | - | 2.62 | 87% |
| Scheduler | 1.00 | 1.00 | 100% | 0.90 | - | 0.00 | - | 0.90 | 90% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Dental Director | 1.00 | 0.25 | 25% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.00 | 100% | 2.35 | - | - | - | 2.35 | 78% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.14 | - | - | - | 0.14 | 70% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.30 | - | - | - | 4.30 | 86% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Psychologist | 3.00 | 2.75 | 92% | 2.03 | - | - | 0.53 | 2.55 | 85% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.56 | - | - | - | 1.56 | 78% |
| MH RN | 2.00 | 2.00 | 100% | 1.93 | - | 0.04 | - | 1.97 | 98% |
| Psych Associates | 7.00 | 7.00 | 100% | 6.38 | - | - | - | 6.38 | 91% |
| Psych Tech | 1.00 | 4.00 | 400% | 3.59 | - | 0.05 | - | 3.64 | 364% |
| Total Contract | 106.50 | 118.10 | 111% | 111.39 | 0.00 | 8.29 | 1.39 | 121.07 | 114% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044983

# Arizona Monthly Staffing Report
## Perryville Region
### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | 0.80 | 80% | 1.70 | - | - | - | 1.70 | 170% |
| Staff Physician | 2.50 | 2.00 | 80% | 0.99 | - | - | - | 0.99 | 40% |
| Administrator | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Asst. Correctional RN Supervisor II | 1.00 | 5.00 | 500% | 4.48 | - | - | - | 4.48 | 448% |
| Administrative Services Officer | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 5.00 | 5.55 | 111% | 5.34 | - | 0.02 | - | 5.36 | 107% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 22.70 | 23.50 | 104% | 24.69 | - | 2.58 | - | 27.27 | 120% |
| LPN | 21.10 | 23.60 | 112% | 20.40 | - | 2.17 | - | 22.57 | 107% |
| Nursing Assistant | 11.80 | 14.00 | 119% | 13.64 | - | 1.24 | - | 14.88 | 126% |
| Lab Technician | 1.00 | 2.00 | 200% | 1.86 | - | 0.11 | - | 1.97 | 197% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Pharmacy Tech | 4.50 | 4.00 | 89% | 3.52 | - | 0.01 | - | 3.52 | 78% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.66 | - | - | - | 1.66 | 83% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.70 | - | - | - | 0.70 | 70% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.72 | - | 0.01 | - | 2.74 | 91% |
| Scheduler | 2.00 | 1.50 | 75% | 1.49 | - | 0.03 | - | 1.52 | 76% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.80 | - | 0.05 | - | 0.85 | 85% |
| Dental Director | 1.00 | 1.00 | 100% | 1.07 | - | - | - | 1.07 | 107% |
| Dentist | 2.50 | 4.000 | 160% | 3.64 | - | - | - | 3.64 | 146% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.41 | - | - | - | 0.41 | 205% |
| Dental Assistant | 6.00 | 6.75 | 113% | 4.94 | - | - | - | 4.94 | 82% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.85 | - | - | - | 0.85 | 85% |
| Psychologist | 3.00 | 1.60 | 53% | 0.68 | - | - | 0.62 | 1.30 | 43% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.97 | - | 0.00 | - | 0.97 | 97% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 0.52 | - | - | 0.46 | 0.98 | 49% |
| MH RN | 2.00 | 2.00 | 100% | 1.88 | - | - | - | 1.88 | 94% |
| Rec Therapist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 6.00 | 92% | 5.03 | - | - | - | 5.03 | 77% |
| Psych Tech | 3.10 | 3.00 | 97% | 2.29 | - | 0.04 | - | 2.33 | 75% |
| Total Contract | 117.90 | 120.50 | 102% | 109.14 | 0.00 | 6.26 | 1.08 | 116.47 | 99% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044984

**Arizona Monthly Staffing Report**
**Phoenix Region**
November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | 1.00 | 1.00 | 100% | 0.79 | - | - | 0.34 | 1.13 | 113% |
| Administrator | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| Asst. Correctional RN Supervisor II | - | 1.00 | 0% | 0.90 | - | - | - | 0.90 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Nurse Practitioner | 4.00 | 4.00 | 100% | 3.60 | - | - | - | 3.60 | 90% |
| Correctional RN Supervisor I | 1.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 12.40 | 10.60 | 85% | 9.04 | - | 0.80 | - | 9.84 | 79% |
| LPN | 4.20 | 4.30 | 102% | 4.44 | - | 1.12 | - | 5.56 | 132% |
| Nursing Assistant | 2.00 | 2.00 | 100% | 1.97 | - | 0.19 | - | 2.16 | 108% |
| Lab Technician | 1.00 | 1.00 | 100% | 0.98 | - | 0.53 | - | 1.50 | 150% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.92 | - | 0.02 | - | 0.93 | 93% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 2.60 | - | 0.14 | - | 2.74 | 91% |
| Secretary / Administrative Assistant | 3.00 | 2.00 | 67% | 1.65 | - | 0.07 | - | 1.72 | 57% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Med Records Clerk | 4.00 | 3.00 | 75% | 3.10 | - | 0.21 | - | 3.31 | 83% |
| Scheduler | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Clinical Coordinator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | 1.00 | 100% | 0.68 | - | - | - | 0.68 | 68% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.76 | - | - | - | 1.76 | 88% |
| Psychiatric Director | 0.50 | 0.50 | 100% | 0.50 | - | - | - | 0.50 | 100% |
| Psychiatrist | 1.50 | 1.00 | 67% | 0.61 | - | - | - | 0.61 | 40% |
| Psychologist | 3.00 | 2.00 | 67% | 2.01 | - | - | - | 2.01 | 67% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| MH Nurse Practitioner | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH RN | 22.40 | 21.10 | 94% | 20.96 | - | 1.17 | - | 22.14 | 99% |
| Rec Therapist | 2.00 | 1.00 | 50% | 0.91 | - | - | - | 0.91 | 46% |
| Psych Associates | 6.40 | 6.00 | 94% | 5.36 | - | - | - | 5.36 | 84% |
| Psych Tech | 12.10 | 6.00 | 50% | 5.34 | - | 0.04 | - | 5.38 | 44% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 97.50 | 78.50 | 81% | 72.88 | 0.00 | 4.29 | 0.34 | 77.51 | 79% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. Ryan, USDC CV 12-00601**

ADCM1044985

## Arizona Monthly Staffing Report
## Safford Region
### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | 0.75 | 75% | - | - | - | - | - | 0% |
| Administrator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.20 | - | - | - | 1.20 | 120% |
| Asst. Correctional RN Supervisor II | - | 1.00 | 0% | 1.39 | - | - | - | 1.39 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 0.85 | - | - | 1.12 | 1.96 | 196% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 9.80 | 9.00 | 92% | 10.41 | - | 0.70 | - | 11.11 | 113% |
| LPN | 6.10 | 2.00 | 33% | 2.27 | - | 0.02 | - | 2.29 | 38% |
| Nursing Assistant | 2.80 | 4.00 | 143% | 3.58 | - | 0.08 | - | 3.66 | 131% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 1.00 | 50% | 0.85 | - | 0.05 | - | 0.90 | 45% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.88 | - | - | - | 0.88 | 88% |
| Med Records Clerk | 0.50 | 1.00 | 200% | 0.91 | - | - | - | 0.91 | 182% |
| Dental Director | 1.00 | 1.00 | 100% | 0.85 | - | - | - | 0.85 | 85% |
| Dental Hygienist | 0.20 | 1.00 | 500% | 0.24 | - | - | - | 0.24 | 122% |
| Dental Assistant | 2.00 | 1.00 | 50% | 1.18 | - | - | - | 1.18 | 59% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.73 | - | - | - | 0.73 | 73% |
| Total Contract | 32.90 | 27.75 | 84% | 25.35 | - | 0.84 | 1.12 | 27.31 | 83% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. Ryan, USDC CV 12-00601**

ADCM1044986

**Arizona Monthly Staffing Report**
**Tucson Region**

November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Staff Physician | 3.50 | 0.75 | 21% | 1.08 | - | - | - | 1.08 | 31% |
| Administrator | 1.00 | - | 0% | 0.18 | - | - | - | 0.18 | 18% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.11 | - | - | - | 1.11 | 111% |
| Asst. Correctional RN Supervisor II | 1.00 | 10.40 | 1040% | 6.89 | - | - | - | 6.89 | 689% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Nurse Practitioner | 3.00 | 5.00 | 167% | 3.82 | - | 0.02 | 1.15 | 5.00 | 167% |
| Correctional RN Supervisor I | 6.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 39.10 | 25.30 | 65% | 28.22 | - | 1.52 | - | 29.74 | 76% |
| LPN | 35.90 | 38.10 | 106% | 39.98 | - | 3.94 | - | 43.92 | 122% |
| Nursing Assistant | 22.00 | 33.30 | 151% | 31.31 | - | 1.79 | - | 33.10 | 150% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.94 | - | 0.00 | - | 0.94 | 94% |
| Pharmacy Tech | 4.00 | 5.00 | 125% | 4.26 | - | 0.00 | - | 4.26 | 107% |
| Secretary / Administrative Assistant | 2.00 | 1.00 | 50% | 1.00 | - | 0.06 | - | 1.06 | 53% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.63 | - | - | - | 0.63 | 63% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 5.68 | - | 0.01 | - | 5.69 | 95% |
| Scheduler | 1.00 | 1.00 | 100% | 0.96 | - | 0.01 | - | 0.96 | 96% |
| Clinical Coordinator | 1.00 | 2.00 | 200% | 1.66 | - | 0.03 | - | 1.69 | 169% |
| Dental Director | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Dentist | 4.00 | 3.00 | 75% | 1.96 | - | - | - | 1.96 | 49% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.23 | - | - | - | 0.23 | 114% |
| Dental Assistant | 6.00 | 6.00 | 100% | 4.85 | - | - | - | 4.85 | 81% |
| Psychiatrist | 2.00 | 1.00 | 50% | 1.30 | - | - | - | 1.30 | 65% |
| Psychologist | 4.00 | 3.00 | 75% | 2.38 | - | - | - | 2.38 | 60% |
| MH Clerk | 1.00 | - | 0% | 0.18 | - | - | - | 0.18 | 18% |
| MH Nurse Practitioner | 1.50 | 3.00 | 200% | 2.26 | - | - | - | 2.26 | 151% |
| MH RN | 4.00 | 2.00 | 50% | 1.39 | - | 0.00 | - | 1.39 | 35% |
| Rec Therapist | 2.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 10.00 | 13.00 | 130% | 7.50 | - | - | - | 7.50 | 75% |
| Regional Director | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Clerk |  | 1.00 | 0% | 1.00 | - | 0.00 | - | 1.00 | 0% |
| Total Contract | 166.20 | 167.05 | 101% | 156.46 | 0.00 | 7.42 | 1.15 | 188.00 | 99% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. Ryan, USDC CV 12-00601**

ADCM1044987

## Arizona Monthly Staffing Report
## Winslow Region
### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | 0.04 | - | - | - | 0.04 | 4% |
| Staff Physician | - | - | 0% | 0.17 | - | - | - | 0.17 | 0% |
| Administrator | 1.00 | 1.00 | 100% | 0.53 | - | - | - | 0.53 | 53% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.74 | - | - | - | 0.74 | 74% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.86 | - | - | - | 1.86 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 2.15 | - | - | 0.07 | 2.22 | 222% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 11.80 | 12.40 | 105% | 12.10 | - | 0.97 | - | 13.07 | 111% |
| LPN | 5.20 | - | 0% | - | - | - | - | - | 0% |
| Nursing Assistant | 4.00 | 3.90 | 98% | 5.37 | - | 0.05 | - | 5.42 | 135% |
| X Ray Tech | 0.50 | - | 0% | 0.30 | - | - | - | 0.30 | 60% |
| Pharmacy Tech | 1.00 | 1.00 | 100% | 0.95 | - | 0.00 | - | 0.95 | 95% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.83 | - | 0.00 | - | 1.83 | 92% |
| Med Records Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Scheduler | 1.00 | 1.00 | 100% | 0.90 | - | 0.02 | - | 0.92 | 92% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.85 | - | 0.00 | - | 0.86 | 86% |
| Dental Director | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Dentist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 1.00 | 33% | 0.88 | - | - | - | 0.88 | 29% |
| Psych Associates | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 39.70 | 29.30 | 74% | 29.48 | 0.00 | 1.04 | 0.07 | 30.59 | 77% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. Ryan, USDC CV 12-00601

ADCM1044988

## Arizona Monthly Staffing Report
## Yuma Region

### November 2017

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Staff Physician | 1.00 | 1.00 | 100% | 0.73 | - | - | - | 0.73 | 73% |
| Administrator | 1.00 | 1.00 | 100% | 0.84 | - | - | - | 0.84 | 84% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Asst. Correctional RN Supervisor II | - | 4.00 | 0% | 4.87 | - | - | - | 4.87 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.28 | - | - | - | 0.28 | 28% |
| Nurse Practitioner | 3.00 | 2.00 | 67% | 1.62 | - | - | - | 1.62 | 54% |
| Correctional RN Supervisor I | 4.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 15.70 | 13.75 | 88% | 13.81 | - | 0.96 | - | 14.77 | 94% |
| LPN | 11.50 | 8.75 | 76% | 7.72 | - | 0.95 | - | 8.67 | 75% |
| Nursing Assistant | 8.40 | 9.75 | 116% | 13.60 | - | 0.51 | - | 14.10 | 168% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.03 | - | 0.37 | - | 1.40 | 140% |
| Pharmacy Tech | 2.00 | 3.00 | 150% | 2.63 | - | 0.23 | - | 2.87 | 143% |
| Secretary / Administrative Assistant | 2.00 | 1.80 | 90% | 1.77 | - | 0.01 | - | 1.78 | 89% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.79 | - | - | - | 0.79 | 79% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.38 | - | - | - | 2.38 | 79% |
| Scheduler | 1.00 | 1.00 | 100% | 0.92 | - | 0.01 | - | 0.92 | 92% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.75 | - | 0.12 | - | 0.87 | 87% |
| Dental Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.00 | 100% | 2.27 | - | - | - | 2.27 | 76% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 6.00 | 6.00 | 100% | 4.97 | - | - | - | 4.97 | 83% |
| Psychiatrist | - | - | 0% | 0.05 | - | - | - | 0.05 | 0% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| MH RN | 1.00 | 1.00 | 100% | 0.86 | - | 0.04 | - | 0.90 | 90% |
| Psych Associates | 4.00 | 5.00 | 125% | 3.61 | - | - | - | 3.61 | 90% |
| Total Contract | 74.80 | 71.05 | 95% | 68.41 | 0.00 | 3.20 | 0.00 | 71.61 | 96% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. Ryan, USDC CV 12-00601**

**ADCM1044989**