# TRANSCRIPT ORDER

AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Timothy J. Bojanowski |
| 2. PHONE NUMBER | 480-420-1600 |
| 3. DATE | 12/21/2017 |
| 4. FIRM NAME | Struck Love Bojanowski & Acedo, PLC |
| 5. MAILING ADDRESS | 3100 W. Ray Road, Ste. 300 |
| 6. CITY | Chandler |
| 7. STATE | AZ |
| 8. ZIP CODE | 85226 |
| 9. CASE NUMBER | 12-cv-601 |
| 10. JUDGE | David K. Duncan |
| 11. DATES OF PROCEEDINGS | 12/20/2017 |
| 13. CASE NAME | Parsons v. Ryan |
| 14. LOCATION OF PROCEEDINGS | Phoenix |
| 15. STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [x] OTHER (Specify) Status Hearing | 12/20/2017 |
| SENTENCING | | | |
| BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☒ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS:**
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [x] ASCII (e-mail)

E-MAIL ADDRESS: epercevecz@strucklove.com

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: /s/Timothy J. Bojanowski

20. DATE: 12/21/2017

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY