FILED ___ LODGED
RECEIVED ___ COPY

DEC 26 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 Richard H. Ashby II #117661
2 Arizona State Prison Eyman Complex
3 Meadows Unit, 8D15L
4 P.O. Box 3300
5 Florence, AZ 85132

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan; Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. CV12-00601-PHX-DKD <br><br> REQUEST FOR ORDER UNDER FEDERAL LOCAL RULES OF CIVIL PROCEDURE 83.3C |

1. Plaintiff, Richard H. Ashby III, a member in the
2. class of those similarly situated in Parsons v.
3. Ryan, hereby requests this Court to exercise
4. its inherent powers and those outlined in Federal
5. Rules of Civil Procedure Rule 83 and order
6. the Arizona Department of Corrections Director
7. Charles Ryan to provide appropriate medical
8. care without further delay.
9. This request is supported by the following
10. Memorandum of points and authorities.
11.
12.         MEMORANDUM OF POINTS AND AUTHORITIES
13.
14. Plaintiff is a member of the class certified
15. by this Court as he is currently confined in
16. the Arizona Department of Corrections, Eyman
17. Complex, Meadows Unit.
18. As a member of this class, Plaintiff is allowed
19. through Federal Local Rules of Civil Procedure,
20. Rule 83.3c to request this Court to issue an
21. Independant order binding solely on the Plaintiff.
22. Plaintiff's class counsel, Corene Kendrick and
23. Rita Lomio of the Prison Law Office have
24. been in communication with the Plaintiff
25. and are aware of the Plaintiff's current medical
26. condition.
27. Defendants are also aware of Plaintiff's
28. current medical condition.

Starting in July of 2015 Plaintiff has been seeking medical care for severe pain in the Plaintiff's left leg. The pain is localized to the left side of the knee, radiating down to the left foot and left big toe.

On October 25, 2017 Plaintiff was transported to a radiological firm in Apache Junction for an MRI.

On November 14, 2017 Plaintiff was called to the Meadows Health Unit to review the results of the MRI. The results show a "Tumor" in the nerve sheath covering the peroneal nerve.

On November 16, 2017 a request for outside consult by an Orthopedist was submitted by Nurse Practioner Maureen Gay and approved by Director of Medicine, Dr. Stewart.

As of the date of this "Request for Order," Plaintiff has not been seen by an outside provider. This is in violation of Measure #50 of the stipulation in Parsons v Ryan. The stipulation Measure #50 reads:

> "Urgent specialty consultation and urgent specialty diagnostic services will be scheduled and completed within 30 calender days of the consultation being requested by the provider."

Plaintiff has previously been diagnosed and treated for cancer while in the custody of Arizona Department of Corrections. (ADOC) Because of this, the Plaintiff requested that a PET scan be ordered due to the fact that the MRI, which was localized to the left knee revealed a tumor. The request was denied.

Plaintiff was informed by Nurse Practitioner Maureen Gay the he would be seen by an Orthopedist instead of an Oncologist, "as an orthopedist can cut out a tumor just like an orthopedist."

Plaintiff filed a grievance, A04-204-017 in accord with ADOC Department Order 802.1.8.1 which allows inmates to file "Emergency" grievances for medical issues that if not addressed imediately would subject the Inmate to serious medical harm or loss of life.

A response to the grievance was issued, by Assistant Facilities Health Administrator Matilda Smith, denying the grievance. In the response no mention was made of my previous cancer or the current tumor.

Plaintiff requests this Court to order Arizona Department of Corrections Director Charles Ryan to transport the Plaintiff to the "orthopedist" so that treatment for possible cancer can begin.

Respectfully submitted this day of December, 2017 by,

*/s/ Richard H. Ashby III*

Richard H. Ashby III

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
Mark A. Bracken
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
mbracken@swlfirm.com

*Attorneys for Defendants*