1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD
    | Dustin Brislan; Sonia Rodriguez; Christina
9   | Verduzco; Jackie Thomas; Jeremy Smith; Robert
    | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **ORDER GRANTING**
10  | Hefner; Joshua Polson; and Charlotte Wells, on  | **MOTION FOR**
    | behalf of themselves and all others similarly   | **RECONSIDERATION**
11  | situated; and Arizona Center for Disability Law,

12                    Plaintiffs,

            v.

13  | Charles Ryan, Director, Arizona Department of
    | Corrections; and Richard Pratt, Interim Division
14  | Director, Division of Health Services, Arizona
    | Department of Corrections, in their official
15  | capacities,

16                    Defendants.

17

18          The Court having reviewed Plaintiffs' Motion for Reconsideration and good cause

19   appearing,

20          **IT IS ORDERED** that Plaintiffs' Motion for Reconsideration is GRANTED.  The

21   Court RESCINDS that portion of its December 19, 2017 order (Doc. 2503) appearing at

22   page 1, lines 20-21.

23

24

25

26

27

28

LEGAL138048313.1