Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**SECOND DECLARATION OF LARRY A. HAMMOND** |

## SECOND DECLARATION OF LARRY A. HAMMOND

I, LARRY A. HAMMOND, DECLARE:

1. By Declaration dated September 5, 2017, I provided to Plaintiffs' counsel in *Parsons v. Ryan,* No. CV-12-00601 PHX-DKD, a summary of my opinions with respect to Plaintiffs' application for an award of attorney fees (Doc. No. 2280). That Declaration, which was provided to the Court and parties, summarized my background as relevant to the reasonableness of fee recoveries sought by Plaintiffs' counsel in this case.

2. I have been provided with an Order entered by the Court on December 19, 2017 (Doc. No. 2503). I have now been asked by Plaintiffs' counsel to address this Court's rejection of certain "overhead costs"--specifically, the paragraph of the Order rejecting time billed by law clerks and the cost of copies.

3. It is been my experience in my decades of law practice in the District of Arizona that both categories of costs are customarily separately billed to paying clients. It has also been my experience from my personal involvement in prison-related litigation in this District that both categories of costs are routinely compensated under fee-shifting statutes. I will briefly address each category.

4. <u>Law clerks</u>. The reasonable rates for law clerk time are routinely not treated as part of the overhead associated with the management of litigation, but are instead separately billed and are routinely compensated under fee-shifting statutes. The time of law-trained clerks is regarded as in the same category as paralegal and other para-professional time. Law clerks are often employed to assist with document review and with legal research and similar matters.

5. <u>Copying</u>. Similarly, the reasonable costs associated with document copying are not treated as overhead and have also been routinely recompensed. I have never been involved in any prison-related litigation in which document reproduction costs have been disallowed in their entirety. Given the nature of this type of prison health care litigation, very substantial document copying is inescapably necessary.

6. I have also been engaged on occasion in cases arising under the federal Criminal Justice Act, and I have also accepted appointments as "learned counsel" on numerous cases, at least four of which have been filed in this District. In each of those cases copying costs were approved.

7. It is my opinion that if these two categories of expenditure were disallowed in their entirety it would adversely affect the willingness of legal organizations to undertake cases of this type.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January, 2018.

*/s/ Larry A. Hammond*

Larry A. Hammond

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email:   kirstin@eidenbachlaw.com |
| 5 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 6 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 7 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | John Laurens Wilkes (Tex. 24053548)* |
| 10 | **JONES DAY**<br>717 Texas Street |
| 11 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 12 | Email:   jlwilkes@jonesday.com |
| 13 | *Admitted *pro hac vice* |
| 14 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina* |
| 15 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 16 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 17 | *themselves and all others similarly situated* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Arizona Attorneys General<br>Michael.Gottfried@azag.gov<br>Lucy.Rand@azag.gov | Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Hesman<br>Jacob B. Lee<br>Kevin R. Hanger<br>Timothy M. Ray<br>Richard M. Valenti<br>Jamie D. Guzman<br>STRUCK LOVE BOJANOWSKI &<br>ACEDO, PLC<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com<br>ahesman@strucklove.com<br>jlee@strucklove.com<br>khanger@strucklove.com<br>tray@strucklove.com<br>rvalenti@strucklove.com<br>jguzman@strucklove.com |

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                            s/ D. Freouf