1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |
    | Dustin Brislan; Sonia Rodriguez; Christina |  |
9   | Verduzco; Jackie Thomas; Jeremy Smith; Robert |  |
    | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **ORDER** |
10  | Hefner; Joshua Polson; and Charlotte Wells, on |  |
    | behalf of themselves and all others similarly |  |
11  | situated; and Arizona Center for Disability Law, |  |

12                          Plaintiffs,

13        v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
16
                            Defendants.
17

18

19          This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation, and

20  finding good cause, hereby finds that Defendants are substantially noncompliant with

21  regard to the following performance measures/institutions, as listed in Plaintiffs' Motion:

22          PM 19: Eyman, Lewis, Perryville, Phoenix, and Tucson

23          PM 44: Winslow

24          PM 48: Tucson

25          PM 50: Tucson

26          PM 52: Phoenix

27          PM 67: Florence, Perryville, and Tucson

28

1       PM 73: Tucson

2       PM 95: Tucson

3       PM 96: Tucson

4       FURTHERMORE, IT IS ORDERED that Defendants shall submit a proposed

5  remediation plan for the following performance measures/locations within 14 days of this

6  Order:

7       PM 19: Eyman, Lewis, Phoenix

8       PM 44: Winslow

9       PM 50: Tucson

10      PM 52: Phoenix

11      PM 67: Florence, Tucson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28