1   Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
7   *similarly situated*

    **[ADDITIONAL COUNSEL LISTED BELOW]**
8
    Sarah Kader (Bar No. 027147)
9   Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
10  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
11  Telephone:  (602) 274-6287
    Email: skader@azdisabilitylaw.org
12          adietrich@azdisabilitylaw.org

13  *Attorneys for Plaintiff Arizona Center for Disability Law*

    **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15              UNITED STATES DISTRICT COURT

16                  DISTRICT OF ARIZONA

17  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
18  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF**
19  Hefner; Joshua Polson; and Charlotte Wells, on       **CORENE KENDRICK**
    behalf of themselves and all others similarly
20  situated; and Arizona Center for Disability Law,

21                  Plaintiffs,

22          v.

23  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
24  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
25
                    Defendants.
26

27

28

LEGAL138069294.1

1    I, Corene Kendrick, hereby declare

2    1.    I am an attorney licensed to practice before the courts of the State of

3    California, and admitted to this Court *pro hac vice*.  I am a staff attorney at the Prison Law

4    Office, and an attorney of record to the plaintiff class in this litigation.  If called as a

5    witness, I could and would testify competently to the facts stated herein, all of which are

6    within my personal knowledge.

7    2.    Attached hereto as **Exhibit 1** is a true and correct copy of a Notice of

8    Noncompliance sent by Plaintiffs to Defendants on August 28, 2017.

9    3.    Attached hereto as **Exhibit 2** is a true and correct copy of Defendants'

10   response to the Notice of Noncompliance, which was sent on September 28, 2017.

11   I declare under penalty of perjury that the foregoing is true and correct.

12   Executed January 4, 2018, in Berkeley, California.

13
                                            s/ Corene Kendrick
14                                          Corene Kendrick

15   **ADDITIONAL COUNSEL**              Donald Specter (Cal. 83925)*
16                                       Alison Hardy (Cal. 135966)*
                                         Sara Norman (Cal. 189536)*
17                                       Corene Kendrick (Cal. 226642)*
                                         Rita K. Lomio (Cal. 254501)*
18                                       **PRISON LAW OFFICE**
                                         1917 Fifth Street
19                                       Berkeley, California 94710
                                         Telephone:  (510) 280-2621
20                                       Email:    dspecter@prisonlaw.com
                                                   ahardy@prisonlaw.com
21                                                 snorman@prisonlaw.com
                                                   ckendrick@prisonlaw.com
22                                                 rlomio@prisonlaw.com

23                                       *Admitted *pro hac vice*

24

25

26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             jross@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 4, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf