## Index of Exhibits to
## Declaration of Corene Kendrick

**Exhibit 1**   A true and correct copy of a Notice of Noncompliance sent by Plaintiffs to Defendants on August 28, 2017

**Exhibit 2**   A true and correct copy of Defendants' response to the Notice of Noncompliance, which was sent on September 28, 2017

# Exhibit 1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

August 28, 2017

Ms. Lucy Rand
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007
Lucy.Rand@azag.gov

RE:   *Parsons v. Ryan*, Civ. 12-00601-DKD
       August 2017 Notice of Noncompliance

Dear Ms. Rand,

Pursuant to Paragraph 30 of the Stipulation, we write to inform you that Defendants are in substantial noncompliance with the following performance measures. We look forward to your response within 30 days, and request that Defendants make themselves available for a meet-and-confer and mediation as soon as possible after you provide your response.

**PM 19** (Eyman, Lewis, Perryville, Phoenix, Tucson): *Perpetual inventory medications will be signed off on the inmate's individual MAR.*

|            | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|------------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Eyman      | 10   | 14   | 14  | 32   | 34  | 82  | 78  | 82  | 72  | 84  | 78  | 80  | 80   |
| Lewis      | 18   | 7    | 11  | 8    | 26  | 63  | 70  | 65  | 59  | 59  | 61  | 60  | 68   |
| Perryville | 50   | 48   | 48  | 46   | 45  | 84  | 89  | 92  | 87  | 92  | 75  | 100 | 90   |
| Phoenix    | 56   | 44   | 38  | 49   | 51  | 85  | 88  | 83  | 96  | 94  | 81  | 79  | 92   |
| Tucson     | 19   | 16   | 28  | 24   | 29  | 78  | 80  | 80  | 80  | 94  | 83  | 94  | 88   |

**PM 44** (Winslow): *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*

|         | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Winslow | 100  | 67   | N/A | N/A  | 100 | N/A | 71  | 0   | 40  | 100 | 100 | 50  | 75   |

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Ms. Lucy Rand
RE: Parsons v. Ryan
August 2017 Notice of Noncompliance
August 28, 2017
Page 2

**PM 48** (Tucson): *Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen calendar days, and placed in the patient's medical record.*

|        | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|--------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Tucson | N/A  | 14   | 63  | 82   | 89  | 100 | 89  | 100 | 82  | 25  | 76  | 62  | 25   |

**PM 50** (Tucson): *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.*

|        | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|--------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Tucson | 78   | 84   | 84  | 81   | 90  | 84  | 94  | 88  | 91  | 80  | 70  | 83  | 86   |

**PM 52** (Phoenix): *Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*

|         | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Phoenix | 100  | 100  | 100 | 100  | 100 | 92  | 100 | 90  | 100 | 100 | 55  | 70  | 45   |

**PM 67** (Florence, Perryville, Tucson): *In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks.*

|            | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|------------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Florence   | 40   | 60   | 60  | 90   | 99  | 99  | 70  | 90  | 80  | 60  | 90  | 60  | 90   |
| Perryville | 70   | 30   | 63  | 80   | 100 | 100 | 57  | 100 | 100 | 100 | 71  | 100 | 60   |
| Tucson     | 50   | 60   | 70  | 90   | 100 | 99  | 80  | 80  | 20  | 20  | 40  | 0   | 0    |

**PM 73** (Tucson): *All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days.*[1]

|        | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|--------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Tucson | 100  | 90   | 90  | 100  | 100 | 100 | 100 | 100 | 88  | 89  | 63  | 63  | 100  |

**PM 95** (Tucson): *Only licensed mental health staff may remove a prisoner from a suicide*

---

[1] Defendants also were substantially noncompliant with PM 73 for the months of January-April 2016.

or mental health watch. *Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.*

|        | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|--------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Tucson | 40   | 90   | 100 | 90   | 88  | 100 | 90  | 100 | 90  | 80  | 80  | 80  | 95   |

**PM 96** (Tucson): *A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above.*

|        | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|--------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Tucson | 58   | 98   | 93  | 94   | 97  | 100 | 98  | 98  | 100 | 82  | 79  | 80  | 90   |

**PM 98** (Perryville): *Mental health HNRs shall be responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM) rev. 4/18/14, Chapter 2, Section 5.0.* [2]

|            | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr   | May | June |
|------------|------|------|-----|------|-----|-----|-----|-----|-----|-----|-------|-----|------|
| Perryville | 59   | 78   | 82  | 88   | 74  | 82  | 81  | 87  | 86  | 85  | 84.85 | 85  | 84   |

Thank you for your attention to this matter.

Sincerely yours,

*Kendrick*

Corene Kendrick, Staff Attorney

cc:   Counsel of Record

---

[2] Defendants also were substantially noncompliant with PM 98 at Perryville for the months of March-May 2016.

# Exhibit 2



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

Ashlee B. Fletcher
p: 480.420.1631
afletcher@strucklove.com

September 28, 2017

<u>*VIA EMAIL ONLY*</u>
Corene Kendrick
Prison Law Office
General Delivery
San Quentin, CA  94964

   Re: *Parsons v. Ryan*, 12-cv-601
      **Defendants' Response to Plaintiffs' August 28, 2017**
      **Notice of Noncompliance**

Dear Corene:

  We are in receipt of Plaintiffs' August 28, 2017 Notice of Noncompliance alleging Defendants are in substantial non-compliance with ten performance measures (PMs 19, 44, 48, 50, 52, 67, 73, 95, 96, and 98) at various facilities. We disagree with your assertion that Defendants are in substantial non-compliance with PM 52 at Phoenix, PM 73 at Tucson, and PM 96 at Tucson.

  **PM 19** (Eyman, Lewis, Perryville, Phoenix, Tucson):  *Perpetual inventory medications will be signed off on the inmate's individual MAR*

  Defendants concede this measure is in substantial non-compliance at Eyman, Lewis, Perryville, Phoenix, and Tucson. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

  **PM 44** (Winslow):  *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*

  Defendants concede this measure is in substantial non-compliance at Winslow. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

Corene Kendrick
September 28, 2017
Page 2

   **PM 48** (Tucson): *Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen calendar days, and placed in the patient's medical record.*

   Defendants concede this measure is in substantial non-compliance at Tucson. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

   **PM 50** (Tucson): *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.*

   Defendants concede this measure is in substantial non-compliance at Tucson. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

   **PM 52** (Phoenix): *Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*

   Defendants are not in substantial non-compliance at Phoenix, as Phoenix has not been non-compliant for (1) 7 of 24 months; and (2) three consecutive months are non-compliant. (Dkt. 2030 at 1). As such, we ask that you withdraw your notice as to this measure and facility.

   **PM 67** (Florence, Perryville, Tucson): *In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks.*

   Defendants concede this measure is in substantial non-compliance at Florence, Perryville, and Tucson. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

   **PM 73** (Tucson): *All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days.*

   Defendants are not in substantial non-compliance at Tucson as Tucson does not currently meet the Court's definition of substantial non-compliance. As such, we ask that you withdraw your notice as to this measure and facility.

   **PM 95** (Tucson): *Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch.*

   Defendants concede this measure is in substantial non-compliance at Tucson. Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

Corene Kendrick
September 28, 2017
Page 3

  **PM 96** (Tucson):  *A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above.*

  Defendants are not in substantial non-compliance at Tucson as Tucson does not currently meet the Court's definition of substantial non-compliance.  As such, we ask that you withdraw your notice as to this measure and facility.

  **PM 98** (Perryville):  *Mental Health HNRs shall be responded to within the timeframes set forth in the current Mental Health Technical Manual.*

  Defendants concede this measure is in substantial non-compliance at Perryville.  Defendants are working to discover the cause of the non-compliance and will develop remediation plans to fix the deficiencies.

  We request you withdraw your Notice of Non-Compliance with respect to PM 52 at Phoenix, PM 73 at Tucson, and PM 96 at Tucson.

  Please provide us with your availability to meet-and-confer on these issues.

          Sincerely,

          *Ashlee B. Fletcher*

          Ashlee B. Fletcher

ABF/eap

cc: All counsel of record