THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE S.4 (Rule Number/Section)

JAMES E. ROGERS #157544
TUCSON/SANTA RITA 4-C-12
P.O. BOX 24401
TUCSON, AZ. 85734-4401

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

PARSONS, et al,
  PLAINTIFFS

V.

CHARLES L RYAN et al,
  DEFENDANTS.

CASE NO. CV-12-00601-PHX-DKD

DECLARATION OF
JAMES ELDON ROGERS
PURSUANT TO 28 USC §1746

JAMES ELDON ROGERS DECLARES:

1. THAT AT ALL TIMES PURSUANT AND RELEVANT TO THIS DECLARATION I AM A PRISONER IN THE CUSTODY OF THE ARIZONA DEPARTMENT OF CORRECTIONS (ADC) AND HOUSED AT ASPC TUCSON/SANTA RITA UNIT.

2. THAT I AM A PLAINTIFF-CLASS MEMBER OF THE PARSONS V RYAN, ACTION BEFORE THIS COURT, KNOWN ALSO AS CV-12-00601-PHX-DKD. THAT I AM COMPETENT AND WOULD TESTIFY, IF CALLED TO DO SO.

3. THAT I HAVE SUBMITTED PREVIOUS DECLARATIONS TO THIS COURT CONCERNING MEDICAL-HEALTH CARE AND RETALIATION(S) CONCERNING ADC.

1

4. THAT SINCE THE VERY BEGINING OF CONCERNS OVER MEDICAL CARE THAT I DEEMED CONSTITUTIONALLY INADEQUATE AND THAT I PERSONALLY HAVE BEEN PERMANENTLY INJURED BY THE LACK OF OR DENIAL TO TIMELY AND ADEQUATE MEDICAL CARE BY ADC, THAT I HAD BECOME AN ACTIVIST WITHIN THE PRISON FOR THE REFORM OF ADC AND PRISON MEDICAL CARE THROUGH PUBLIC OPINION AND THE JUDICIAL PROCESS.

5. VERY EARLY ON, I FREQUENTLY COMMUNICATED WITH THE OFFICE OF ATTORNEY DONALD SPECTOR OF THE PRISON LAW OFFICE, BECAUSE OF WHAT THEY WERE DOING IN PLATA AND OTHER PRISON LITIGATION IN CALIFORNIA.

6. I FOUND A "CONFIDENTIAL" MEMO FROM CHARLES L. RYAN, DIRECTOR OF ADC, SOMETIME IN 2009, THAT RYAN STATED "MEDICAL CARE IN ADOC HAS BEEN CONSTITUTIONALLY INADEQUATE FOR MANY DECADES. THERE ARE REPORTERS AND ATTORNEYS INVESTIGATING THIS. DO NOT SPEAK WITH THEM OR MAKE STATEMENTS. REFER THEM TO PHOENIX CENTRAL OFFICE."

7. I MAILED THAT CONFIDENTIAL MEMO TO THE OFFICE OF ATTORNEY DONALD SPECTOR AND BEGAN TO RECIEVE INFORMATION ABOUT THE ONGOING LAWSUIT AND PLANS FOR A CLASS ACTION IN ARIZONA.

8. FROM THAT TIME FORWARD AND ESPECIALLY AFTER MY TRANSFER TO ASPC TUCSON/SANTA RITA, I HAD REGULAR EXCHANGES OF MAIL WITH ATTORNEY CORENE KENDRICK

AND THEN RITA LOMIO AND KIRSTEN T. EIDENBACH, ALL ATTORNEYS WITH THE PRISON LAW OFFICE (PLO), OR AS CLASS-PLAINTIFF COUNSEL.

9. THAT I BEGAN TO READ THE STIPULATIONS TO MEDICAL CARE AND REPORT ALL VIOLATIONS OF THE SANTA RITA MEDICAL AND CORIZON TO THESE ATTORNEYS IN LETTERS AND LEGAL VISITS.

10. AT A LEGAL VISIT WITH A CLASS-PLAINTIFF COUNSEL, I WAS REQUESTED TO ORGANIZE AND IDENTIFY ALL INMATES NEEDING OR BEING DENIED OR HINDERED WHEN SEEKING MEDICAL CARE.

11. THE ATTORNEY ALSO REQUESTED THAT I HELP OTHER INMATES EXHAUST MEDICAL GRIEVANCES AND REFER THEM TO THE CLASS ATTORNEYS.

12. THAT BECAUSE OF INTIMIDATIONS MADE BY ADC STAFF AND ADMINISTRATORS AT SANTA RITA, I WROTE ADC DIRECTOR CHARLES RYAN (RESPONDED TO BY DIRECTOR CARSON MCWILLIAMS) AND TO ASPC TUCSON WARDEN RAMOS.

13. I GAVE THEM KNOWLEDGE THAT I WAS ATIVELY HELPING THE CLASS-PLAINTIFF ATTORNEYS AND THAT I WAS ACTIVELY AND OPENLY HELPING OTHER INMATES WITH THEIR MEDICAL HNR's, GRIEVANCES AND LAWSUIT. EXERCISING MY RIGHT TO ACCESS THE COURTS. I GAVE THEM KNOWLEDGE THAT I WAS ACTIVELY GRIEVING MY OWN MEDICAL ISSUES AND THAT I WOULD BE FILING A 42 U.S.C. §1983, WITH

3

A MEDICAL COUNT, AS WELL AS A COUNT COVERING HUMAN RIGHTS ISSUES SPECIFIC TO THE UNITED NATIONS "NELSON MANDELA RULES", AS I AM A FOREIGN NATIONAL AND FEEL THAT CONSTITUTIONAL LEVELS OF VIOLATIONS HAVE OCCURED WHILE I AM INCARCERATED.

14. I FEEL. NO, I ALLEGE THAT ADC/SANTA RITA ADMINISTORS AND STAFF ATTEMPTED TO RETALIATE AGAINST ME ALMOST IMMEDIATELY. I WAS BROUGHT INTO THE OFFICE OF MY WORKPLACE, SANTA RITA MAIL AND PROPERTY. I WAS TOLD BY COIII TORRES THAT I WAS FIRED AND ON REPORT FOR STEALING 10 TV SETS FROM SANTA RITA, YARD 1 DURING A QUARTERLY SEARCH.

15. MY SUPERVISOR, COII BURCH IMMEDIATELY STATED THAT I WAS LOCKED INTO MY CELL ON YARD 4, DURING THE ENTIRE TIME OF THE SEARCH, AND FURTHERMORE. NO PROPERTY, LET ALONE 10 TV SETS HAD BEEN TAKEN FROM YARDS 1 OR 2, AT SANTA RITA.

16. I WAS THEN HANDCUFFED AND TAKEN TO DEPUTY WARDEN (DW) JOHN McAUDOREY'S OFFICE. IMMEDIATELY UPON MY ENTRY INTO THE OFFICE; DW McAUDOREY STATED, "DON'T WORRY ABOUT YOUR JOB. YOU STILL HAVE IT. FORGET ABOUT ALL OF THAT. WHILE YOU'RE HERE I'd LIKE TO SPEAK TO YOU ABOUT ALL THE GRIEVANCES YOU'VE BEEN WRITING."

17. I explained to DW McAdorey why I was grieving medical and Integrated Housing Program (IHP). The racial desegregation of ADC under BUDISILL. That I felt ADC was running a medical and healthcare system that was basically criminal in nature, and inmates were dying, including myself for denial and lack of adequate staffing and funding. That CORIZON was nothing more than murderers in suits.

18. I also stated that I was "operating" under the rights of the federal constitution and within limits of BOUNDS. That I wouldn't be intimidated or silenced. I don't feel the DW agreed with me, but that was the end of the conversation. I was escorted out of the office.

19. That there were other instances where I wrote medical grievances for other inmates, basically because they do not possess the skills. Anthony Goodman, a neighbor on Yard 4 complained that his pain medication always ran out after a month and took another month to start it again.

20. I wrote an informal medical grievance for Goodman. He turned it in to COIII K. Millhoff and returned to me, stating that COIII Millhoff had told him, "You tell whoever is writing this grievance for you that he's in big trouble, if he does anymore."

21. I had Goodman make a declaration under 28 USC §1746 and sign it. I grieved the issue and COIII Millhoff denied the whole thing. I sent copies of everything to the prison

LAW OFFICE ATTORNEY RITA LOMIO AND FILED THE GRIEVANCE.

22. I HAVE HAD SEVERAL INMATES TELL ME AFTER I WRITE HNR'S OR GRIEVANCES FOR THEM THAT ADC STAFF IS MAKING SIMILAR STATEMENTS TO THEM. I THEN SENT INMATE LETTERS TO THE COII MILLHOFF AND DW McAudorey THAT I WAS WRITING ALL OF THOSE BUT VIOLATING NO ADC POLICY OR RULE NOR ANY STATE OR FEDERAL LAW.

23. ONE DAY AT MEDICAL OPEN CLINIC, I HAD COII GARZA INTERRUPT MY PRIVATE CONSULTATION WITH THE NURSE FROM CORIZON. GARZA WAS HEALTH UNIT SECURITY AND I HAD REQUESTED A BACK COPY FROM MY HNR, STATING THAT I HAD RECIEVED ANY COPIES LATELY AND WANTED TO PROVE THAT I HAD BROUGHT MY SERIOUS MEDICAL NEED TO CORIZON'S ATTENTION.

24. I WAS CALM, EVEN-TONED AND NOT BELIGERANT IN ANY WAY. COII GARZA SCREAMED AT ME ACROSS THE ROOM, "You're a LIAR ROGERS! YOU GET ALL THE COPIES!" I STATED THAT I HADN'T AND THAT'S WHY I REQUESTED ONE.

25. AT THAT TIME COII GARZA SCREAMED AT ME TO TAKE OFF MY MEDICAL SUNGLASSES. I CALMLY TOLD HER I HAVE A MEDICAL SPECIAL NEEDS FOR THEM AND A DOCTOR'S ORDERS THAT I CAN WEAR THEM 24/7, WHILE I SUFFER SEVERE PAIN AND BLINDNESS WHEN EXPOSED TO ANY LIGHT SOURCE. SOMEDAY I WILL GO BLIND PERMANENTLY FROM THE CONDITION

26. COII GARZA ORDERED ME AGAIN TO TAKE THEM OFF AND I COMPLIED. SHE THEN ORDERED ME TO LEAVE THE CLINIC EVEN THOUGH MY CONSULTATION WASN'T FINISHED. AGAIN, I RESPECTIVELY COMPLIED AND LEFT THE CLINIC.

27. UPON MY RETURN TO MY HOUSING, I WROTE TWO INFORMAL GRIEVANCES ON COII GARZA. BOTH OF WHICH WERE PROCESSED THROUGH COIII MILLHOFF, AS SHE IS THE MEDICAL GRIEVANCE COORDINATOR, AS WELL AS THE PERSON I MUST SUBMIT ALL GRIEVANCES TO HER.

28. I HAVE WRITTEN MANY MEDICAL GRIEVANCES, PROBABLY BETWEEN 15 AND 20, TO TRY AND COVER ALL ASPECTS OF MY PENDING LAWSUIT AGAINST ADC AND CORIZON. I CAN FEEL THE TENSION IN THE AIR WHEN I HAVE TO TURN IN GRIEVANCES TO COIII MILLHOFF. SHE DENIES ANY 'BAD' FEELINGS THOUGH.

29. MY INFORMAL GRIEVANCES ON COII GARZA COVERED:
    1. INTERFERING WITH A PRIVATE MEDICAL CONSULTATION AND UNPROFESSIONAL CONDUCT FROM AN OFFICER.
    2. MAKING A MEDICAL DETERMINATION AS A SECURITY STAFF AND COUNTERING A MEDICAL DOCTOR'S ORDERS, AS WELL AS UNPROFESSIONAL CONDUCT.

30. BOTH INFORMALS WERE CARRIED IN MY FAVOR BY THE SANTA RITA SECURITY CAPTAIN "P." HE STATED THAT COII GARZA HAD BEEN COUNSELED AND CORRECTED. I LEFT IT AT THAT AND HAD NO FURTHER CONTACT WITH COII GARZA EXCEPT IN THE P.M. Pill

7

LINE, SHE REMAINED IN THE OFFICE, WHILE I REMAINED AT THE OUTSIDE MEDICATION WINDOW. I HAVE HAD A COUPLE INMATES TELL ME THAT COII GARZA WAS ANGRY AT ME FOR REPORTING HER. I PAID IT NO HEED. I BORE NO ILL WILL AND RETURNED TO MY ADVOCATING AND WRITING MEDICAL LEGAL ISSUES.

31. LAST WEEK, I WAS CALLED TO THE SECURITY OFFICE AND QUESTIONED BY SSU'S THORNHILL AND ROJAS. AT ISSUE WAS THE ALLEGATION THAT I HAD REPORTEDLY MADE A STATEMENT IN THE PILLLINE THAT I WOULD PHYSICALLY "KICK COII GARZA AND BEAT HER DOWN." I WAS NOT TOLD HOW THIS WAS COMMUNICATED TO OTHERS. I MADE A STATEMENT THAT I AM NOT A PERSON OF VIOLENCE. I HAVE NO INSTITUTIONAL RECORD OF ANY VIOLENCE OR THREATS TO STAFF OR ANYONE. I STATED THAT I HAD MADE ONE MISTAKE IN MY LIFE 18 YEARS AGO AND I WOULD NEVER MAKE THAT MISTAKE AGAIN. I WILL NOT LET VIOLENCE ENTER MY LIFE, OR CONTROL ME.

32. I STATE ALSO AS AN ORIGINAL FIRST-SIGNER IN IHP Rudisill, WE HAD GOTTEN RID OF THE PRISON GANGS AT SANTA RITA AND FORMED A COMMUNITY WHERE WE ALL HAVE A VOICE. THAT AS A SORT OF SPOKESMAN, I HAVE AGAIN AND AGAIN STATED THAT VIOLENCE IS A THING OF THE PAST AT SANTA RITA. WE HAVE AGREED: NO ASSAULTS ON STAFF AND NONE ON INMATES. I AM PROUD THAT SINCE THE BEGINNING OF IHP, THERE HAVE BEEN NO

8

ASSAULTS ON STAFF AND I HAD SOMETHING TO DO WITH THAT. I DENIED EVERY BIT OF THE ACCUSATION MADE AND DENIED EVER EVEN THINKING LIKE THAT, OR BEING ABLE TO SPEAK SUCH WORDS.

33. NOW, ON 1-3-18, I WAS AGAIN CALLED TO THE SECURITY OFFICE AND GRILLED BY SSU SAVOIE. AGAIN I DENIED ALL. HE DID SAY THAT THIS ACCUSATION DIDN'T COME FROM STAFF. I TOLD SAVOIE THAT IN MY JOB AT MAIL AND PROPERTY, WHICH I STILL HAVE NEARLY 3 YEARS NOW, ALL UNDER FEMALE OFFICERS. THAT I GET MANY "SNITCH" KITES DROPPED ON ME. INMATES WANT ME FIRED, SO THEY CAN GET MY JOB. IT'S A FACT AT SANTA RITA.

34. WE FINISHED ABOUT A HALF-HOUR OF INTERROGATION. I TOLD SAVOIE THAT MYSELF AND MANY OF MY FRIENDS BELIEVE THIS IS AN "ARTIFICIAL" OR "MANUFACTURED" INCIDENT BY ADC STAFF OR SANTA RITA ADMINISTRATORS. IN FACT, ON THE MORNING OF THE FIRST QUESTIONING I HAD HELPED INMATE JULEY WILLIAMS, WHO IS SMI AND HAS UNTREATED LYMPHOMA CANCER, AUTHOR A GRIEVANCE AGAINST COII GARZA AND HE TURNED IT IN TO COIII MILLHOFF, RIGHT BEFORE I TURNED IN A HUMAN RIGHTS GRIEVANCE COMPARING ADC/CORIZON MEDICAL TO NAZI CONCENTRATION CAMPS AND ADC STAFF ACTING LIKE MANY GERMANS, IN LOOKING THE OTHER WAY.

35. I AM A FOREIGN-NATIONAL. A GERMAN CITIZEN. MY MATERNAL GRANDFATHER WAS A SURVIVOR OF DACHAU - CAMP KZ.

9

I HAVE THE KNOWLEDGE AND FACTS, ALONG WITH EXPERIENCE TO MAKE THE COMPARISON.

36. I BELIEVE THAT COII MILLHOFF AND OTHER STAFF HAVE A INTENSE PERSONAL DISLIKE TO THE COMPARISON. TODAY, I HAD HELPED THE SMI-CANCER STRICKEN INMATE WILLIAMS FINISH AND MAIL A MOTION FOR COUNSEL UNDER SPECIAL CIRCUMSTANCES AND ANSWER A REPLY WHERE DEFENSE ATTORNEYS FOR ADC AND CORIZON HAD PRESENTED FRAUDULANT MEDICAL RECORDS (ALTERED) GIVEN THEM BY CORIZON.

37. I HAD RAISED "QUESTIONS" (AN ARGUMENT SOME WOULD SAY) THAT ADC WAS REFUSING TO MAKE LEGAL COPIES BECAUSE WILLIAMS HAD NO FUNDS TO PAY FOR THE DOCUMENTS FOR HIS U.S. DISTRICT COURT CASE CV-17-00322-TUC-CKJ. THIS HAD EXPOSED ME TO SEVERAL ADC STAFF.

38. I AM BEING THREATENED WITH WHAT APPEARS TO BE AN UNSIGNED INMATE LETTER, THAT NO ONE KNOWS WHO WROTE IT. OTHER INMATES FROM THE P.M. PILL LINE HAVE BEEN CALLED IN AND QUESTIONED OVER ME MAKING A VERBAL STATEMENT TO HARM COII GARZA.

39. MY FRIENDS HAVE BEEN CALLED IN AND QUESTIONED OVER IF I HAVE MADE SUCH A STATEMENT. IF EVERYONE IS TRUTHFUL. ALL HAVE ANSWERED, "NO". BUT THIS IS PRISON. THE PAINFUL TRUTH IS, UNDER ADC YOU HAVE NO REAL RIGHTS. IT'S WHAT SOME OFFICER

DECIDES TO KEEP HIS JOB. AS WE KNOW FROM DIRECTOR CHARLES RYAN'S STATEMENTS IN THIS COURT ADC DOES NOT RETALIATE. I CANNOT CLAIM AN ACT OF RETALIATION YET, BECAUSE IT HASN'T BEEN COMPLETED. I HAVE OFFERED TO TAKE A POLYGRAPH TEST.

40. I DO KNOW THAT THESE DESCRIBED ACTS ACTS CONTAINED WITHIN ARE INTIMIDATION AND ARE MEANT TO "CHILL" MY VOICE AND STOP MY ACTIONS IN ACCESSING THE COURTS FOR MYSELF AND OTHERS.

41. I DO KNOW THAT EVEN WITH ONE WORD I WILL BE PLACED UNDER INVESTIGATION AND PLACED INTO THE TUCSON CDU. I WILL BE STRIPPED OF ALL PROPERTY AND POSSESSIONS. I WILL REMAIN THERE FOR SIX MONTHS TO A YEAR, UNTIL ADC DECIDES THAT THE DUST HAS SETTLED ENOUGH AND THEN I WILL BE QUIETLY MOVED TO ANOTHER UNIT, TO BE "SOMEONE ELSE'S PROBLEM". THAT HOW ADC RETALIATES.

42. I AM SIXTY SIX YEARS OLD. A GERMAN CITIZEN DOING A LIFE SENTENCE AND WOULD LIKE TO DO IT IN A GERMAN PRISON. I AM TIRED OF SEEING OTHER INMATES GET SICK OR DIE AND NOT BE TREATED BY ADC. IN 18 YEARS OF INCARCERATION IN ADC, I HAVE HAD A MAJOR FRIEND DIE OF UNTREATED CANCER. I HAD ONE FRIEND BY THE NAME OF TUXFORD COMPLAIN FOR OVER

11

seven years of pain and symptoms that a layman could see. He was never referred to a specialist, never tested for anything that mattered until he was diagnosed with end stage pancreatic cancer at East Unit. He was then offered morphine to "ease his passing". He sat on the benches with us each day until as an almost skeleton he died.

43. I too have untreated heart disease. My coronary records from Mt Vista Hospital and two heart attacks were 'lost' for over ten years until I started research into my lawsuit. An enlarged left-upper heart was concealed from me by ADC-Corizon.

44. On the same hospital report the surgeons noted that I had a thyroid disorder. I have a hard bone 'tumor' growing on my neck near my thyroid. Even with an HNR submitted in October the Corizon provider has refused to examine it.

45. I had bleeding in my left ear and deafness in 2003 and again in 2010. Almost 90 days ago I wrote an HNR and was examined. Again, for the third time. Nurses tried to 'irrigate' it with $H_2O$ and were unsuccessful. I have very small ear canals and ADC/Corizon don't have a proper tool to perform the procedure. I have tremendous pain that almost takes away my balance. I was given antibiotics and told by the Corizon provider that nothing more can be done by Corizon.

12

46. 90 DAYS LATER, I STILL SUFFER THE CONSTANT PAIN FROM AN INFECTION. MAYBE IT'S NOT BACTERIAL. WE WILL NEVER KNOW BECAUSE CORIZON REFUSES TO MAKE A REFERRAL OR TAKE ME TO AN E.R./HOSPITAL. "IT'S NOT LIFE-THREATENING". I AM NOW COMPLETELY DEAF, WITH THE HEARING FADING IN AND OUT ON MY RIGHT EAR.

47. I HAVE COMPLAINED OF PAIN IN MY STOMACH AND GROIN FOR OVER TWO YEARS. AFTER EXPOSING A CORIZON MEDICAL PROVIDER, LEO EASLEY, N.P. AS A MENTAL HEALTH WORKER TO THE ATTORNEYS OF THE PRISON LAW OFFICE AND HAVING HIM REMOVED. I WAS FINALLY EXAMINED BY A NEW PROVIDER. HE DIAGNOSED A VENTRAL HERNIA AND THE FACT MY INTESTINE IS BLOCKED TO PARTIALLY BLOCKED BY THE HERNIA.

48. AN XRAY WAS ORDERED. IT SHOWED THAT MY INTESTINE WAS BLOCKED AND BULGING (DISTENTED) ON THE UPPER LEFT SIDE, READY TO BURST SOMETIME. THE XRAY/LAB REPORT NOTED "ABNORMAL RESULTS - URGENT - SEE PROVIDER WITHIN 5 DAYS". A CORIZON "REVIEWER" CHANGED THAT TO AN "ALTERNATE TREATMENT PROGRAM" (ATP) "WAIT AND OBSERVE". THAT MEANS NOTHING WILL BE DONE UNTIL IT BURSTS.

49. CORIZON REFUSES TO REPAIR THE HERNIA. REFUSES ANY PAIN MEDICATION. REFUSES ANY BRACE OR SUPPORT. AN HERNIA OPERATION IS TERMED "ELECTIVE" BY CORIZON.

50. I HAVE COMPLAINED ABOUT CHRONIC BACK PAIN FOR OVER 15 YEARS. I WAS GIVEN "PSYCH-DRUGS" FOR THE PAIN. TWO YEARS AGO, AFTER X-RAYS. THE PROVIDER "MENTAL HEALTH" WORKER STATED I HAVE "NOTHING WRONG WITH MY BACK." AFTER HIS EXPOSURE AND REPLACEMENT, I WAS X-RAYED AGAIN.

51. I WAS DIAGNOSED WITH CURVATURE OF THE SPINE AND DEGENERATIVE DISC DISEASE AND OSTEOARTHRITIS. AGAIN, I AM BEING GIVEN "PSYCH-MEDS" AS PAIN MANAGEMENT. I WAS TOLD THE PAIN AND CURVATURE IS "OKAY FOR A PRISONER." AND NOTHING WILL BE REFERRED OR DONE BY CORIZON.

52. I AM ALREADY A U.S. MILITARY VETERAN, INJURED ON ACTIVE DUTY. I DRAW A PORTION OF MY MEDICAL DISABILITY PAYMENTS FROM THE V.A. FOR MY DESTROYED LEFT SHOULDER AND RIGHT KNEE. I STILL SUFFER TREMENDOUS PAIN EVERY DAY AND HAVE DISABILITIES FROM THOSE WOUNDS. I CANNOT GO TO V.A. BECAUSE I AM IN PRISON. CORIZON / ADC WILL NOT EXAMINE OR TREAT THEM BECAUSE THEY ARE "PRE-EXISTING" CONDITIONS TO MY INCARCERATION. CAN THIS COURT IMAGINE HOW BAD I WANT TO INVOKE THE "MANDELA RULES"?

53. I CANNOT ASSAULT SOMEONE, EVEN IF I WANTED TO WITHOUT FALLING DOWN. I'M OLD, TIRED AND IN PAIN. I KNOW THAT ADC/CORIZON WILL SUCCEED IN KILLING ME. BEFORE I DIE, (I WAS NOT SENTENCED TO DEATH BY THE COURT - HOW IS THIS POSSIBLE?) I WANT TO TRY

AND HELP AS MANY INMATES AS POSSIBLE. I ASK, IS IT POSSIBLE TO PAY FOR A BULLET AND LET ADC EXECUTE ME? IT SEEMS LIKE THE ANIMALS AT THE PET CLINIC ARE PUT DOWN HUMANELY AND WITHOUT INTIMIDATION OR RETALIATION FROM ADC. I FEAR FOR MY VERY LIFE.

54. I REQUEST TO THIS COURT IF POSSIBLE TO CALL ME AS A WITNESS AND LET ME TESTIFY BEFORE IT. I KNOW THE COURT HAS ORDERED ADC TO STOP ALL RETALIATION AND INTIMIDATIONS. IT APPEARS AS THOUGH SOMEONE - AGAIN - HASN'T GOTTEN THE MESSAGE AND THEY HAVE DECIDED THAT A "SECURITY ISSUE" ISN'T RETALIATION AND CAN'T BE PROVEN. MORE SO NO ONE CARES. NO ONE WILL INVESTIGATE.

55. I INVITE THE COURT TO COME TO TUCSON-SANTA RITA AND TOUR. HOLD A HEARING. TALK TO INMATES. SEE THE WALKING DEAD. ADC BELIEVES STILL THAT THEY CAN DO WHATEVER THEY WANT TO ANY INMATE.

EXECUTED ON THE 4TH DAY OF JANUARY, 2018 IN TUCSON, UNDER THE PENALTY OF PERJURY, AND PURSUANT TO 28 U.S.C. §1746, I VERIFY THAT ALL OF THE ABOVE IS TRUE AND CORRECT.

*James Eldon Rogers*
JAMES ELDON ROGERS #157544
CLASS PLAINTIFF

Dear Clerk                                                1-4-18

I am a Class-Plaintiff in this action.

I have an issue with <u>Retaliation and Intimidation</u>, while trying to access the court for medical care, by the Arizona Department of Corrections.

ADC will not allow me to make copies, and the Plaintiff Counsel of the Prison Law Office, Attorney Rita Lomio, has advised me in such a case that I should bring this before the court immediately.

I am not going to claim that this is immediately life-threatening. But it could quickly become life altering and cause permanent injury and pain and suffering if ADC is allowed to complete its retaliation for my trying to access the court.

Please make a copy and present my issue to the court for review.

Sincerely,
James Eldon Rogery