# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: December 20, 2017

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
        Plaintiffs          Defendants
======================================================================

HON:    David K. Duncan                Judge # 70BL/DKD

            Caryn Smith                Candy Potter
          Deputy Clerk                 Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Maya Abela, with David Fathi appearing telephonically, for Plaintiffs
Daniel Struck, Ashlee Hesman, Rachel Love and Richard Valenti for Defendants


======================================================================
**PROCEEDINGS:**     _X_ Open Court      _____ Chambers      _____ Other

This is the time set for Status Hearing.  The Court presents its views as to the credibility of Corizon and the Arizona Department of Corrections based on the recent article published by a KJZZ reporter.  IT IS ORDERED Dr. Watson and Sara Neese shall appear to testify as to the information contained in the KJZZ report.

The Court contemplates setting time aside during the January hearing date to determine if the monitoring guide is too compromised to be trusted and to perhaps adopt some other method of enforcing the Stipulation.  Argument is heard.  Plaintiffs request a Rule 706 auditor.  The Court takes the matter under advisement.  Further discussion is held regarding setting the evidentiary hearing.  IT IS ORDERED setting an Evidentiary Hearing regarding the issue of credibility of monitoring for February 9, 2018 at 9:00 AM before this Court.

Performance Measures 11, 15, 35, 39, 42, 46 and 47 are reviewed.  Richard Pratt addresses the Court.

10:30 AM – Court stands in recess.

10:44 AM – Court reconvenes with respective counsel present.  Court Reporter, Candy Potter, is present.

CV-12-0601-PHX-DKD
December 20, 2017

Discussion is held regarding the February evidentiary hearing.  IT IS ORDERED Plaintiffs shall designate their witnesses and determine the document categories by no later than January 5, 2018 to which Defendants shall respond by no later than January 26, 2018.  IT IS FURTHER ORDERED Defendants shall produce the documents on a rolling basis as they become available.

Defendants inform the Court, as to Performance Measure 15, that a LPN or RN is doing the counseling.  As to Performance Measure 39, the Court is informed the preliminary numbers shared with the FAH indicate they were at 92 percent for November.  As to Performance Measure 42, the FAH, Kelly Rogers, does a daily 10:00 PM check.  As to Performance Measure 47 for Florence, when the request comes in with a HNR the RN prints off the results immediately and presents them to the inmate.

Performance Measures 47 and 50 are discussed.  Richard Pratt addresses the Court.

Performance Measures 52, 54, 55, 66, 81, 85, 86, 91, 93, 94, 95 and 97 are reviewed.  Dr. Taylor addresses the Court.

Discussion is held regarding Performance Measure 19.  IT IS ORDERED over the noon break the parties are to discuss and determine whether the issue should be placed on the record.

11:57 AM – Court stands in recess.

1:17 PM – Court reconvenes with respective counsel present.  Court Reporter, Candy Potter, is present.

Defendants inform the Court that, as to Performance Measure 49, they have received the names of the providers and their dates of hire.  Dr. DeGuzman, hired on November 6, 2017; Greg Ladek, hired on December 4, 2017; Steve Ellison, hired on December 18, 2017 and Julie Shute, hired on December 4, 2017.

As to Performance Measure 15 in Tucson, the Court finds the measure in non-compliance but takes no remedial action at this time.

Discussion is held regarding the timing of document production.  IT IS ORDERED beginning in February all documents must be filed 48 hours in advance of hearings.

Discussion is held regarding the scheduling of prison tours.  IT IS ORDERED the request for production of documents must be made by Plaintiffs at the time of their notice of the tour to which Defendants shall respond within one week.  Argument is heard.  Defendants request a 30-day notice that documents will be required.  Further argument is heard.  IT IS ORDERED Defendants are to provide a PDF of the documents within 24 hours in advance of any tour.

CV-12-0601-PHX-DKD
December 20, 2017

As to Performance Measures 85 and 86, IT IS ORDERED Defendants' counsel shall email the location to this Court's Law Clerk.

As to Performance Measure 95, the Court is informed Defendants have agreed to Plaintiffs' language.

Discussion is held regarding Performance Measures 1, 2, 4, 77 and 95.

Plaintiffs request an update on RFP.  Defendants state it is still under review.  Discussion is held regarding 12 (A), (B) and (C).  Defendants' state under the new contract the cap is lifted.  There are no new numbers available at this time for November.  Staffing level assessments for September and October are set forth on the record.

IT IS ORDERED granting the pending motions to seal Docs. 2498 to 2501 and 2508.

Argument is heard regarding Dr. Haney's methodology.  The Court will take the matter under advisement.

Argument is heard regarding the uniform adoption of a policy regarding pain medications. Richard Pratt is sworn and examined.  The witness is excused.

Further agenda items are discussed.  Argument is heard as to the isolation subclass issue.  The Court will review the State's response to the issue and Plaintiffs' reply and will determine if additional evidentiary evidence will be required.

Argument is heard regarding Performance Measure 77.

Argument is heard regarding Plaintiffs' December 14, 2017 letter (Doc. 2502).  IT IS ORDERED that by no later than December 29, 2017 Defendants shall produce any responsive documents or enter an objection thereto.  IT IS FURTHER ORDERED the parties shall then meet and confer on the issue.  If resolution cannot be reached the parties are to contact the Court for intervention.

2:44 PM – Court stands in recess.

3:01 PM – Court reconvenes with respective counsel present.  Court Reporter, Candy Potter, is present.

BJ Millar, David Long and Renee Sobolewski from The Advisory Board appear telephonically and present their agenda.

CV-12-0601-PHX-DKD
December 20, 2017


Further discussion is held.  IT IS ORDERED Mr. Pratt shall provide the additional information regarding the formulary and the documents regarding the different dispensing rates by no later than December 31, 2017.


Time in court: 4 hr 58 min (9:02 AM – 3:50 PM)