Mauricio Lombardo # 290381

ASPC Lewis, Stiner

P.O. Box 3100

Buckeye, AZ

☒ FILED    ☐ LODGED

**Jan 11 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In the U.S. District Court, Arizona district

Parsons, etal

v

Ryan  etal

CASE 2-12-CV 601-dkd

Motion for protective Order

~~Amicos~~

Hon. David Duncan

May it please the court, Mauricio Lombardo, comes before this court in the above entitled case and provides this ~~AAAA~~ brief, as it appears that Corizon Health and ADOC continue to retaliate against inmates for challenging the manner in which care is provided.

On or about 12/6/17, Mr. Lombardo submitted an informal Complaint resolution, as corizon health is not providing or refilling pain medications as agreed upon in the settlement. Also on 12/6/17 NP Thude, prescribed additional medications to aid in the treatment of my arthritis, On 1/1/18 I requested a refill of my pain medications, as of today 1/10/18, neither the new prescription, nor the refill of existing pain meds have been filled, on 1/4/18 I filed an inmate grievance as no response was recieved by me to the informal resolution. May this information be helpful to the court in correcting this situation

Submitted, respectfully this January 11, 2018, electronically.

Mauricio Lombardo Prose    Date: 1/10/18

1 of 2

Certificate of Service

I declare the contents herein are true and correct to the best of my knowledge and understanding.

Per General Order 14-17:
Original efiled to:     on: 01/11/18
Clerk of the U.S. Dist. Ct.

Copy forwarded to:     on: 1/11/18
attorney General of ARIZONA

Maurice Lombardo Pro se

2 of 2