1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10   Victor Parsons, *et al.*, on behalf of          NO. 2:12-cv-00601-DKD
     themselves and all others similarly
11   situated; and Arizona Center for
     Disability Law,
12                                 Plaintiffs,       **ORDER GRANTING RENEWED MOTION**
                                                     **FOR LEAVE FOR CORIZON HEALTH,**
13                    v.                             **INC. TO PARTICIPATE AS** *AMICUS*
                                                     *CURIAE* **DURING THE FEBRUARY 9,**
14   Charles Ryan, Director, Arizona                 **2018 EVIDENTIARY HEARING**
     Department of Corrections; and Richard          **AND REQUEST FOR EXPEDITED**
15   Pratt, Interim Division Director,               **HEARING**
     Division of Health Services, Arizona
16   Department of Corrections, in their
     official capacities,
17                                 Defendants.

18

19          Having reviewed and considered the Renewed Motion For Leave For Corizon

20   Health, Inc. to Participate as *Amicus Curiae* During The February 9, 2018 Evidentiary

21   Hearing and Request For Expedited Hearing*,* and good cause appearing,

22          IT IS HEREBY ORDERED granting Corizon Health, Inc.'s Motion to Participate

23   as *amicus curiae* during the February 9, 2018 Hearing.

24

25

26