Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD  **PLAINTIFFS' PROPOSED AGENDA FOR THE JANUARY 18, 2018 STATUS HEARING** |

Plaintiffs hereby propose the following items be included in the Court's agenda for the January 18, 2018 status hearing.

1. Update from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

2. Defendants' November 2017 CGAR results (not yet provided to Plaintiffs or the Court at the time of the filing of this agenda), and remediation plans for:

   a. Performance measures previously found substantially noncompliant by the Court, (Doc. 1583 at 2, Doc. 1709 at 1, Doc. 2030 at 2; Doc. 2403 at 2-3; 12/20/17 Tr. at 100:25-101:3);

   b. Performance measures in the January 4, 2018 Motion to Enforce the Stipulation. [Doc. 2520]

3. Defendants' December 2017 staffing reports (not yet filed with the Court or provided to Plaintiffs at the time of the filing of this agenda). [*See* Doc. 2456 at 2 ("the State shall provide staffing reports from the previous month at least 48 hours prior to the monthly status hearing or by the 15th of the month, whichever is earlier")]

4. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide.

   a. Defendants' failure to produce re-audited CGARs for August 2017 in light of errors and improper monitoring methodology. [*See* Doc. 2502-1 at 35-42; Doc. 2489 at 3 n. 1 ("These scores will be reflected in the re-audited CGARS once they have been finalized by Defendants")]

   b. Errors and improper monitoring methodology in September 2017 CGAR results, and Defendants' refusal to provide a response unless and until Plaintiffs' counsel produce all documents in class members' medical records that show these mistakes. [Doc. 2502-1 at 4-19; Declaration of Corene Kendrick, filed herewith ("Kendrick Dec.") ¶ 2, Ex. 1]

   c. Defendants' failure to produce an updated Monitoring Guide incorporating the Court's rulings on monitoring methodology for PM 1,

1            2, 4, 77, and 95.  [*See* Doc. 2456 at 4; Doc. 2474 at 1; Kendrick Dec, Ex.
2            2 at 2]

3    5.    Defendants' failure to provide requested discovery and documents, including those ordered by the Court.  [Doc. 2474 at 2-3; Doc. 2426-1 at 85-94; Doc. 2368-1 at 38-58; Doc. 2502-1 at 30-32, Kendrick Dec. Exs. 2-3]

6.    Defendants' failure to provide information and documents, as ordered by the Court, regarding the discontinuation of narcotic medications and information regarding the formulary and different dispensing rates of pain medication.  [*See* Doc. 2526 at 4 ("IT IS ORDERED Mr. Pratt shall provide the additional information regarding the formulary and the documents regarding the different dispensing rates by no later than December 31, 2017"); 12/20/17 Tr. at 129:23-130:4, 191:22-192:7; Doc. 2502-1 at 31; Kendrick Dec. Ex. 4; *see also* Kendrick Dec. Exs. 5, 8-9]

7.    Defendants' update regarding specialty care, including:
   a. the status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine, and testimony from Corizon's Vice President for Telemedicine (*See* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76);
   b. the status of Corizon identifying oncology specialists to provide cancer treatment to class members and status of subcontract with Arizona Oncology Network.  [*See* 12/20/17 Tr. at 67:9-74:7; Kendrick Dec. ¶ 6, Exs. 6-10]

8.    Plaintiffs' request for an update from Defendants regarding the following contractual issues:
   a. the status of their Request For Proposals and negotiations with bidders for a five year contract to provide health care services, to begin in March 2018;
   b. the amount of money assessed against Corizon for violations of the

-2-

1 | Stipulation's performance measures in November 2017; and,

2 |     **c.** the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in November 2017. [*See* Doc. 2509-1 (November 2017 Staffing Reports)]

9. Defendants' failure to timely reimburse Plaintiffs' monitoring fees and expenses as required by the Stipulation. [*See* Doc. 1185, ¶ 44 (requiring reimbursement within 30 days); Kendrick Dec., Ex. 11]

**Matters Awaiting Decision From the Court:**

1. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

2. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary Hearings on Monitoring; Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17; 15:24-16:1; 17:5-15]

3. Defendants' refusal to incorporate in the Monitoring Guide the language regarding random sampling based upon the declaration of Dr. Craig Haney. [Doc. 2426-1 at 105-117; Doc. 2465; Doc. 2469]

4. Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503). [Doc. 2518, 2519]

5. Monitoring methodology for PM 85 and 86. *See* 11/21/17 Tr. at 16:14-19:1; 12/20/17 Tr. at 84:21-85:7.

///
///
///
///
///
///
///

Respectfully submitted,

Dated: January 12, 2018

**PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    **PRISON LAW OFFICE**
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email: dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
       afettig@aclu.org
       vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com
rlove@strucklaw.com
tbojanowski@strucklaw.com
nacedo@strucklaw.com
afletcher@strucklaw.com
jlee@strucklaw.com
khanger@strucklaw.com

*Attorneys for Defendants*

s/ Corene Kendrick