Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email that Defendants' counsel Ashlee Hesman sent to me on January 5, 2018, announcing that Defendants will not respond to my December 11, 2017 letter regarding errors in the September 2017 CGARS (Doc. 2502-1 at 4-19) unless and until Plaintiffs' counsel produce to Defendants all documents that we reviewed in preparing the letter that show these mistakes. [Ex. 1 at 2] As I note in my response to Ms. Hesman (*id.* at 1), when reviewing the electronic health records in eOMIS, my colleagues and I did not print or create PDFs of each document showing noncompliance, but rather maintained notes by hand or in Microsoft Word documenting these mistakes. Defendants also have access to class members' medical records via eOMIS. As I informed the Court at the December 20, 2017 hearing, my office had to expend a great deal of resources to review the medical records of each class member listed just for three medical performance measures at three institutions in the December 11, 2017 letter. [12/20/17 Tr. at 13:11-17] On January 5, 2018, I ran a report in our office's timekeeping system (Timeslips) to determine how much time in total was billed for the September 2017 CGAR spot check review. Approximately 45 hours of attorney and paralegal time were billed for this project.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter sent by Plaintiffs' Counsel David Fathi to Defendants' Counsel Richard Valenti on January 4, 2018 regarding outstanding document productions, and requesting Defendants produce an updated Monitor Guide incorporating the Court's rulings on monitoring methodology for PMs 1, 2, 4, 77, and 95. Attached hereto as **Exhibit 3** is a copy of a letter from Mr. Valenti dated December 29, 2017 regarding document requests.

4. At the December 20, 2017 status hearing, Defendant Pratt and counsel for defendants were directed by the Court to produce documents regarding the discontinuation of narcotic medication and to provide information regarding the formulary and the dispensing rates of pain medications no later than December 31, 2017. Attached hereto as **Exhibit 4** is a true and correct copy of a correspondence chain between Plaintiffs' Counsel David Fathi and Defendants' Counsel Ashlee Hesman regarding the failure to provide this information regarding pain medication.

5. Attached hereto as **Exhibit 5** and **filed under seal** are true and correct copies of two letters Plaintiffs' counsel have sent to Defendants regarding a class member with paralysis who has engaged in multiple acts of self-harm, including chewing off his fingers, after his pain medication was discontinued. My colleague Rita Lomio interviewed him during our November 29-December 1, 2017 tour of ASPC-Tucson, and he authorized Defendants to take pictures of his injuries. Ms. Lomio wrote Defendants about his lack of pain management on December 19, 2017 (*id*. at 3-4) and requested that Corizon evaluate and treat him. This class member subsequently wrote our office to report that he still was not receiving pain medication, he was suffering from excruciating pain, and he asked us to publicly file Ms. Lomio's letter with the Court. Upon receipt of this letter, I reviewed his medical records in eOMIS and discovered that he had engaged in another act of self-harm, and on January 10, 2018, Mr. Fathi wrote Defendants regarding his lack of pain management and mental health care. [*Id*. at 1-2] Other than a boilerplate email acknowledging receipt, we have received no response to any of these letters.

6. During the December 20, 2017 hearing, the parties and the Court discussed the fact that the Arizona Oncology Network ("AON") reportedly declared bankruptcy and was no longer accepting patients, and that Corizon was attempting to locate alternative oncology specialist providers. [*See generally* 12/20/17 Tr. at 67:9-74:7] At that hearing, I provided the Court a copy of a document from the medical record of a young man with leukemia who was experiencing delays in receiving cancer treatment. [*Id*. at 68:20-23] Attached hereto as **Exhibit 6** and **filed under seal** are true and correct copies of three

-2-

letters my colleague Rita Lomio has sent Defendants on November 15, December 19, and 21, 2017 about this class member regarding the continued delays in cancer treatment due to Corizon's failure to have additional oncology providers. Other than a boilerplate email acknowledging receipt, we have received no response to any of these letters. Attached hereto as **Exhibits 7-10** and **filed under seal** are true and correct copies of letters my office sent Defendants since the December 20 hearing (on December 28, 2017, and January 4, 5, and 8, 2018, respectively) regarding additional class members whose medical records indicate current delays in receiving cancer treatment. Other than a boilerplate email acknowledging receipt, we have received no response to any of these letters.

7. Attached hereto as **Exhibit 11** is a correspondence chain between Plaintiffs' Counsel and Defendants' Counsel Lucy Rand regarding Plaintiffs' third quarter 2017 monitoring fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 12, 2018, in Berkeley, California.

                                                    s/ Corene Kendrick

Dated:  January 12, 2018

**PRISON LAW OFFICE**

By:  s/ Corene Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
        rdalyrooney@azdisabilitylaw.org
                jrico@azdisabilitylaw.org
                jross@azdisabilitylaw.org
                mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklovem.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

    s/ Corene Kendrick