1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
15

16                UNITED STATES DISTRICT COURT

17                      DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **MOTION TO SEAL** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1 | Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal a designated document associated with Plaintiffs' Proposed Agenda for the January 18, 2018 Status Conference. Plaintiffs file this Motion because the documents contain confidential medical information and makes medical information identifiable to a given individual. [Doc. 454]

To ensure the public has access to as much information as possible, Plaintiffs carefully redacted or sealed only those portions of the filing referring to confidential personal information, protected health information or could identify a specific class member. Specifically, Plaintiffs move to seal portions of the following documents that are exhibits to the Declaration of Corene Kendrick, filed herewith:  Exhibits 5-10.

| | |
|---|---|
| Dated:  January 12, 2018 | **PRISON LAW OFFICE**<br><br>By:  *s/ Corene Kendrick*<br>    Donald Specter (Cal. 83925)*<br>    Alison Hardy (Cal. 135966)*<br>    Sara Norman (Cal. 189536)*<br>    Corene Kendrick (Cal. 226642)*<br>    Rita K. Lomio (Cal. 254501)*<br>    **PRISON LAW OFFICE**<br>    1917 Fifth Street<br>    Berkeley, California 94710<br>    Telephone:  (510) 280-2621<br>    Email:    dspecter@prisonlaw.com<br>              ahardy@prisonlaw.com<br>              snorman@prisonlaw.com<br>              ckendrick@prisonlaw.com<br>              rlomio@prisonlaw.com<br><br>   *Admitted *pro hac vice*<br><br>    David C. Fathi (Wash. 24893)*<br>    Amy Fettig (D.C. 484883)**<br>    Victoria Lopez (Ill. 6275388)*<br>    **ACLU NATIONAL PRISON PROJECT**<br>    915 15th Street N.W., 7th Floor<br>    Washington, D.C. 20005<br>    Telephone:  (202) 548-6603<br>    Email:    dfathi@aclu.org<br>              afettig@aclu.org<br>              vlopez@aclu.org<br><br>   *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.<br>   **Admitted *pro hac vice*<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    **EIDENBACH LAW, PLLC**<br>    P. O. Box 91398<br>    Tucson, Arizona 85752<br>    Telephone:  (520) 477-1475<br>    Email:    kirstin@eidenbachlaw.com<br><br>    Kathleen E. Brody (Bar No. 026331)<br>    **ACLU FOUNDATION OF ARIZONA**<br>    3707 North 7th Street, Suite 235<br>    Phoenix, Arizona 85013<br>    Telephone:  (602) 650-1854<br>    Email:    kbrody@acluaz.org |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
Jessica Jansepar Ross (Bar No. 030553)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             jross@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklaw.com
rlove@strucklaw.com
tbojanowski@strucklaw.com
nacedo@strucklaw.com
afletcher@strucklaw.com
jlee@strucklaw.com
khanger@strucklaw.com

*Attorneys for Defendants*

s/ Corene Kendrick