AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: Timothy J. Bojanowski | 2. PHONE NUMBER: 480-420-1600 |
| | 3. DATE: 01/16/2018 |
| 4. FIRM NAME: Struck Love Bojanowski & Acedo, PLC | |
| 5. MAILING ADDRESS: 3100 W. Ray Road, Ste. 300 | 6. CITY: Chandler |
| | 7. STATE: AZ |
| | 8. ZIP CODE: 85226 |
| 9. CASE NUMBER: 12-cv-601 | 10. JUDGE: David K. Duncan |
| | DATES OF PROCEEDINGS |
| | 11. 01-12-2018   12. |
| 13. CASE NAME: Parsons v. Ryan | LOCATION OF PROCEEDINGS |
| | 14. Phoenix   15. STATE: AZ |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Telephonic Discovery Hg. | 01/12/2018 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS | ☐ | ☒ | | ☒ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: epercevecz@strucklove.com

19. SIGNATURE: /s/Timothy J. Bojanowski

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE: 01/16/18

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY