**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF MARK MOYERS, R. Ph., CCHP** |

I, **MARK MOYERS**, make the following Declaration:

1. I am over the age of 18 years, have personal knowledge of, and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Director of Clinical Pharmacy Services for Corizon Health and have held this position since April 2015. Prior to April 2015, I worked as the Regional Pharmacist Manager for Corizon's contract with the Missouri Department of Corrections. In my current role, I am responsible for directing clinical pharmacy services for Corizon Health and supervise the regional pharmacists in various Corizon contracts, including the contract with the Arizona Department of Corrections ("ADC").

3. On October 24, 2016, Governor Ducey signed an Executive Order limiting the fill of addictive prescription opioids to seven days in cases where the State is the payer. *See* Attachment 1 (Executive Order 2016-06).

4. Gabapentin, although not an opioid, is a pain medication used to treat epilepsy and neuropathy. Because it acts as a sedative, it is highly abused in correctional settings and the community. In March 2017, the State of Kentucky found its abuse potential to be so great that it designated it a controlled substance.

5. Tramadol is an opioid pain medication used to treat moderate to severe pain. As with Gabapentin, it too is highly abused in correctional settings and in the community.

6. As a result of the Governor's October 24, 2016 Executive Order, Corizon undertook a review of narcotic prescriptions in ADC, and revised its practice for prescribing and renewing these medications. For instance, new patients were limited to a seven-day supply for Tramadol. After the initial prescription was completed, they were eligible for a 30-day supply.

7. Corizon found that some providers prescribed Gabapentin in cases where the inmate's condition did not justify the medication. For example, while Gabapentin is generally prescribed for certain types of neuropathy and seizures, Corizon found providers were prescribing it to treat other types of pain. In cases where these prescriptions were not warranted, alternative (and often more effective) medications were prescribed. Further,

1  Corizon found some providers prescribed Gabapentin upon request from an inmate without
2  proper medical justification.

3      8.    Corizon does not have a policy that prohibits prescriptions for Gabapentin or
4  other narcotics. Corizon has worked with its providers to ensure that these medications are
5  appropriately prescribed.

6      9.    In 2017, the Corizon Arizona clinical team, along with its Pharmacorr
7  partners, reviewed the utilization of opiates, including Tramadol and Gabapentin. This
8  review included a comparison of the number of prescriptions for Gabapentin and Tramadol
9  over a 24-month period (January 2016 through December 2017). Details of this comparison
10 are attached as Attachment 2.

11     10.    Their review revealed that, as a result of the Governor's Executive Order, and
12 the new practices described above, decreases in opioid utilization began in the fourth quarter
13 2016.

14     11.    Pain medications in general, however, increased from 2016 to 2017. *See*
15 Attachment 3 (Graph evidencing a 1% increase in the number of pain medications
16 prescribed from 2016 – 2017). Increases in other medication classes indicate that inmates
17 removed from opioid medications were prescribed non-opioid alternatives, such as
18 Cymbalta, Effexor, Elavil, Pamelor, and NSAIDs. Details regarding the number and type
19 of pain medications prescribed in 2016 and 2017 are attached as Attachment 4. A chart of
20 pain medications by class is attached as Attachment 5.

21     12.    Importantly, Gabapentin and Tramadol are still available if other therapies are
22 not successful.

23     I declare under penalty of perjury that the foregoing is true and correct.
24     Executed this 16th day of January, 2018.

25
26                                                                                   /s/ Mark Moyers
                                                                                  MARK MOYERS
27
28

# ATTACHMENT 1

# ATTACHMENT 1

GOVERNOR DOUGLAS A. DUCEY

# STATE OF ARIZONA
# EXECUTIVE ORDER

### Executive Order 2016-06
### Prescription Opioid; Initial Fill Limitation

**WHEREAS**, an estimated two million people in the United States have a prescription opioid use disorder; and

**WHEREAS**, more than 14,000 people died from prescription opioid overdoses in 2014; and

**WHEREAS**, there has been a 300% increase in opioid prescription sales in the United States in the last fifteen years; and

**WHEREAS**, Arizona has the ninth highest rate of opioid deaths in the nation; and

**WHEREAS**, 401 people in Arizona died of prescription opioid overdoses in 2015; and

**WHEREAS**, in 2013 there were enough prescription pain medications dispensed to medicate every adult in Arizona around the clock for two weeks; and

**WHEREAS**, the majority of heroin users began by using prescription opioids; and

**WHEREAS**, addiction can affect people across all sections of society; and

**WHEREAS**, we must do all we can to not only treat those currently suffering from addiction, but to prevent future addictions; and

**WHEREAS**, the State of Arizona provides health insurance to hundreds of thousands of people through the State Medicaid and employee health plans.

**NOW, THEREFORE, I,** Douglas A. Ducey, by virtue of the authority vested in me by the Constitution and Laws of the State of Arizona hereby declare the following:

1. The Directors of the Arizona Health Care Cost Containment System (AHCCCS) and the Arizona Department of Administration (ADOA) shall adopt any necessary policies and rules to limit the initial fill of any prescription opioid to no more than seven days.

Executive Order 2016-06
Page Two

2. The Directors of AHCCCS and ADOA shall adopt any necessary policies and rules to limit all initial and subsequent opioid prescriptions for minors to no more than seven days, except in the case of cancer, other chronic disease, or traumatic injury.



IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona

GOVERNOR

DONE at the Capitol in Phoenix on this Twenty-fourth day of October in the Year Two Thousand Sixteen and of the independence of the United States of America the Two Hundred and Forty-First.

ATTEST:

Secretary of State

**ATTACHMENT 2**

**ATTACHMENT 2**

# Gabapentin and Tramadol Orders 2016-2017

| Drug | 2016 (3rd Qtr) | 2017 (3rd Qtr) |
|---|---|---|
| Gabapentin | 3719 | 2160 |
| Tramadol HCl | 881 | 225 |

| Drug Class | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gabapentin | 1003 | 1090 | 1222 | 1099 | 1213 | 1228 | 1202 | 1314 | 1203 | 1280 | 1206 | 1241 | 1190 | 1029 | 998 | 832 | 850 | 738 | 715 | 738 | 707 | 696 | 630 | 434 |
| Tramadol HCl | 227 | 248 | 275 | 283 | 284 | 274 | 263 | 307 | 311 | 317 | 300 | 337 | 334 | 247 | 188 | 124 | 93 | 92 | 72 | 75 | 78 | 86 | 108 | 96 |

**ATTACHMENT 3**

**ATTACHMENT 3**

# Annual # of Orders for meds in Pain Med Classes



1% increase in number of orders from 2016 to 2017

# ATTACHMENT 4

# ATTACHMENT 4

# Utilization by Class

| Drug Class | 2016 | 2017 | Difference | % Change |
|---|---|---|---|---|
| Nonsteroidal Anti-inflammatory Agents (NSAIDs) | 72,733 | 69,588 | (3,145) | -4% |
| Salicylates | 27,248 | 28,229 | 981 | 4% |
| Anticonvulsants - Misc. | 15,530 | 11,232 | (4,298) | -28% |
| Serotonin-Norepinephrine Reuptake Inhibitors (SNRIs) | 11,691 | 17,124 | 5,433 | 46% |
| APAP-ASA-CAFF | 10,655 | 13,703 | 3,048 | 29% |
| Tricyclic Agents | 6,320 | 8,028 | 1,708 | 27% |
| Opioid Agonists | 5,357 | 3,067 | (2,290) | -43% |
| Codeine Combinations | 4,460 | 3,364 | (1,096) | -25% |
| Analgesics Other | 3,315 | 5,494 | 2,179 | 66% |
| Analgesic Combinations | 2,453 | 858 | (1,595) | -65% |
| Central Muscle Relaxants | 2,056 | 2,536 | 480 | 23% |
| Gout Agents | 1,620 | 1,615 | (5) | 0% |
| Selective Serotonin Agonists 5-HT(1) | 1,309 | 1,531 | 222 | 17% |
| Hydrocodone Combinations | 128 | 26 | -102 | -80% |
| Cyclooxygenase 2 (COX-2) Inhibitors | 46 | 42 | -4 | -9% |
| Analgesics-Sedatives | 38 | 38 | 0 | 0% |
| Uricosurics | 18 | 16 | -2 | -11% |
| Opioid Combinations | 7 | 5 | -2 | -29% |
| Salicylate Combinations | 5 | 6 | 1 | 20% |
| Antihistamine-Analgesics | 4 | 1 | -3 | -75% |
| Gout Agent Combinations | 2 | 13 | 11 | 550% |
| Nonsteroidal Anti-Inflammatory Agent Combinations | 1 | 0 | -1 | -100% |
| Opioid Partial Agonists | 0 | 7 | 7 | |
| Opioid Antagonists | 0 | 10 | 10 | |
| Grand Total | 164,996 | 166,533 | 1,537 | 1% |

**ATTACHMENT 5**

**ATTACHMENT 5**

# Pain Medications by Class

| NARCOTIC | NSAID | APAP-COMBOS | DEPRESSION - 1ST GEN | MOOD STABILIZERS | SEIZURE - 2ND GEN | SSRI / SNRI | Opioid Agonists |
|---|---|---|---|---|---|---|---|
| DURAGESIC | ADVIL | EXCEDRIN MIGRAINE | ELAVIL | CARBATROL | LYRICA | CYMBALTA | ULTRAM (tramadol) |
| FIORICET/CODEINE | CELEBREX | FIORICET | NORPRAMIN | TEGRETOL | TRILEPTAL | EFFEXOR | |
| FIORINAL | CLINORIL | TYLENOL | PAMELOR | TEGRETOL XR | NEURONTIN (gabapentin) | EFFEXOR XR | |
| METHADONE | DISALCID | TYLENOL ES | | | | | |
| METHADONE HCL | INDOCIN | | | | | | |
| MORPHINE SULFATE | MOBIC | | | | | | |
| MORPHINE SULFATE INJ | MOTRIN | | | | | | |
| MS CONTIN | NAPROSYN | | | | | | |
| MSIR | TORADOL | | | | | | |
| NORCO | TORADOL INJ | | | | | | |
| OXYCODONE (IR) | VOLTAREN | | | | | | |
| PERCOCET | | | | | | | |
| ROXANOL | | | | | | | |
| ROXICODONE | | | | | | | |
| SUBOXONE | | | | | | | |
| SUBOXONE SL FILM | | | | | | | |
| SUBUTEX | | | | | | | |
| TYLENOL W/COD #3 | | | | | | | |
| TYLENOL W/COD #4 | | | | | | | |
| TYLENOL/ COD | | | | | | | |
| TYLENOL/COD ELIX | | | | | | | |