**EXHIBIT 2**

**EXHIBIT 2**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF DANIEL P. STRUCK** |

I, **DANIEL P. STRUCK**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am an attorney licensed to practice in the State of Arizona and have practiced in Arizona for 29 years. I am a managing partner of Struck Love Bojanowski Acedo ("Struck Love") and counsel of record for Defendants in *Parsons, et al. v. Ryan, et al*.

3. In preparation for the September 11, 2017 and November 8, 2017 hearings on retaliation issues, Plaintiffs' counsel propounded several e-discovery requests. Our office handled the review and production of those requests, based upon the scope agreed to by the parties and with the guidance of the Court.

4. The collection of Electronically Stored Information ("ESI") for the September 11, 2017 hearing involved 13 different custodians and 20 search terms over a two-month period. The ESI collection for the November 8, 2017 hearing involved 10 different custodians and 17 search terms over a nine-month period.

5. 13 GB of responsive data was collected and processed in response to both of these hearings. A review and analysis of our bills for work performed during the months of August through November 2017 shows that the following was the total amount of time for reviewing for relevance and privilege, project management (preparing the privilege log, responding to inquiries from opposing counsel and client and vender coordination), and time involved in the production of responsive non-privileged documents:

| | | |
|---|---|---|
| Project Management: | 27.6 hours | $3,748.00 |
| Document Review: | 114.3 hours | $15,581.50 |
| Production: | 10.6 hours | $1,387.00 |

6. Additionally, we incurred vender expenses in the amount of $3,605.40 for the processing and de-duplication of the ESI collected by the Arizona Department of Corrections in response to these requests. The total fees and costs to obtain, review, and produce the 10,077 pages of documents responsive to these requests was $25,321.90.

7. The review was done at the lowest cost basis using primarily paralegals to conduct the initial review, with associates supervising their work and making review and privilege decisions at the highest level, with some partner level input when needed.

8. Defense counsel at Struck Love bill the following rates in this matter:

    a. Partner: $210

    b. Associate: $195

    c. Paralegal: $125

    d. Law Clerk: $65

9. In addition, with respect to this case, the Firm provides the State with a 5% discount on total fees if the State submits payment within a specified period of time.

10. These rates are consistent with the market rate for attorneys in the Phoenix area.

11. For the upcoming February 9, 2018 hearing, Plaintiffs requested ESI collection from 27 custodians using 54 separate search terms over a six-month period. Preliminary collection using 17 of those terms for five custodians over the specified period yielded 4 GB of responsive data, which we have processed and de-duplicated to date.

12. We estimate that the total volume of data collected during this period will be 21GB. Scaling our prior ESI review, project management, and production time and costs, based upon this larger volume of data, yields the following estimate:

| | | |
|---|---|---|
| Project Management: | 44.6 hours | $6,055 |
| Document Review: | 185 hours | $25,171 |
| Production: | 17 hours | $2,240 |

13. I believe and expect that the privilege log preparation component will be considerably higher, with a cost exceeding $10,000 above the August through November 2017 review cost for preparing the privilege log. This is because I am aware that the attorneys in our office have had a significant amount of ongoing direct email correspondence with the custodians, including, but not limited to, Richard Pratt, Dr. Nicole Taylor, Kathleen Campbell, and others employed in the Health Services Contract

1  Monitoring Bureau, and the Court has directed that every email correspondence received
2  by counsel from any custodian that contains any responsive search term must be separately
3  reviewed and listed on the privilege log.

4      14.    As a result, I believe that a conservative estimate of the total cost to conduct
5  the ESI review as ordered by the Court will be approximately $45,000.

6      I declare under penalty of perjury that the foregoing is true and correct.
7      Executed this 17th day of January, 2018.

                                                                   DANIEL P. STRUCK

3