**EXHIBIT 3**

**EXHIBIT 3**

1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Fletcher, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12 3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
13 Telephone: (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@strucklove.com
   rlove@strucklove.com
15 tbojanowski@strucklove.com
   nacedo@strucklove.com
16 afletcher@strucklove.com
   jlee@strucklove.com
17 khanger@strucklove.com
   tray@strucklove.com
18 rvalenti@strucklove.com
   *Attorneys for Defendants*

19

20 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF ARIZONA**

21

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DECLARATION OF JEFF STONEKING** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

13585765.1/045669.0001

I, Jeff Stoneking, hereby declare as follows:

1. I am a Senior eDiscovery Consultant at DSi, a full service litigation support firm providing comprehensive services including digital forensics, early case assessment, data processing, data hosting, electronic discovery, technology assisted review, and consulting.

2. I have been in the litigation technology field since 2006 and have assisted both law firms and corporations with managing requests for electronically stored information (ESI) on various matters, including, but not limited to, Department of Justice investigations, FTC Second Requests, internal investigations, regulatory requests, class actions, complex litigation, commercial litigation, and general business and employment litigation.

3. Corizon Health has retained DSi's services in connection with discovery sought for the hearing in this matter set for February 9, 2018.

4. I prepared and provided the cost estimate analysis (the "Cost Estimate") attached to my declaration as Exhibit A.

5. The Cost Estimate is based on the assumption that documents from thirty (30) custodians would be culled and reviewed in accordance with search terms Plaintiffs' counsel provided.

6. In my experience, I typically find a range of anywhere from 1,500 to 5,000 documents per gigabyte. For purposes of my analysis, I conservatively estimated 2,200 documents per gigabyte.

7. Based on estimates extrapolated from using thirty potential custodians as a test sample, I estimated a total of approximately 409 gigabytes for thirty custodians, resulting in approximately 900,000 documents.

8. DSi will then need to collect the data, process it, convert it to a searchable format and deduplicate the documents to avoid repetition. Fees for such services are often referred to as "technology costs."

9. Our initial testing on the referenced custodians yielded a reduction of approximately ninety-five percent (95%) of the documents as a result of either deduplication or no hits from search terms.

10. My analysis was further based on the need to make the requested production in a thirty day turnaround or less.

11. My total estimated cost for this project is $118,026.92.

12. It is important to note that increasing custodians beyond my current estimate will necessarily result in significant increases in technology costs. For example, increasing the custodians from thirty to sixty could increase total fees to a range from anywhere between $168,000 to $235,000.

I declare under penalty of perjury that the foregoing is true and correct.

JEFF STONEKING

**EXHIBIT A**

**EXHIBIT A**




## DSi eDiscovery Project Cost Estimator: Project Parsons

### Assumptions

| | |
|---|---|
| Number of Custodians | 30 |
| Estimated Number of Documents per Custodian | 30,000 |
| Estimated Total Number of Documents | 900,000 |
| Estimated Number of Documents per GB | 2,200 |
| Estimated Extracted Data Size | 409.1 |
| Estimated Number of Project Management Hours | 8 |
| Estimated Number of Review Management Hours | 15 |
| Percent Reduction After De-Duplication and Searching | 95% |
| Estimated Pages for Production | 50,000 |
| Estimated Hosting Period (months) | 2 |
| | |
| Extracted data size (GB) - Billable Size | 409.1 |

| Data Collection Services | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (8070) Remote Collection of Custodian Mailboxes | 30.0 | Mailbox | $ 100.00 | $ 3,000.00 |
| Total estimated cost for Ingestion | | | | $ 3,000.00 |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Data Collection Services | 8.0 | Day |

| Data Ingestion/Processing | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (9713) Data Ingestion, Processing, Culling, De-Duplication and Searching | 409.1 | GB | $ 85.00 | $ 34,772.73 |
| Total estimated cost for Ingestion | | | | $ 34,772.73 |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Data Ingestion, Processing, Searching and Sampling | 5.0 | Day |

| Data Promotion to Review | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (9536) Data Promotion of Potentially Responsive Records to Review | 20.5 | GB | $ 195.00 | $ 3,988.64 |
| Total estimated cost for Promotion | | | | $ 3,988.64 |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Data Promotion of Records to Review | 2.0 | Day |

| Data Hosting Services and Review | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (9520) Catalyst Site Setup | 1 | Flat Fee | $ 750.00 | $ 750.00 |
| (9510) Catalyst Monthly Hosting (assumes two months and unlimited users) | 20.5 | GB | $ 26.00 | $ 1,063.64 |
| **** Estimated Number of Documents Promoted to Review **** | 45,000 | Doc | $ - | $ - |
| Total estimated cost for Hosting | | | | $ 1,813.64 |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Document Review (please reference separate worksheet below) | 10.2 | Day |

| Client Services | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| Project Management | 16 | Hourly | $ 200.00 | $ 3,200.00 |
| Review Management | 30 | Hourly | $ 225.00 | $ 6,750.00 |
| Total estimated cost for Client Services | | | | $ 9,950.00 |

| Data Delivery | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (1000) Shipping | 0 | At Cost | $0.00 | $ - |
| (6145) Hard Drive | 1 | HD | $295.00 | $ 295.00 |
| Total estimated cost for Data Delivery | | | | $ 295.00 |

| Data Production Services | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (6115) Tiff Laters | 50,000 | PG | $0.02 | $ 1,000.00 |
| (5125) Image Endorsement | 50,000 | PG | $0.01 | $ 500.00 |
| Total estimated cost for Production | | | | $ 1,500.00 |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Data Production, Image Conversation and Bates Labeling | 2.0 | Day |

| Professional Services | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| Tech Time | 3 | HR | $175.00 | $ 525.00 |
| Total estimated cost for Professional Services | | | | $ 525.00 |

| Near Line | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (9100) Near-line Data Hosting (assumes two months) | 614 | GB | $3.00 | $ 3,681.82 |
| Total estimated cost for Near Line | | | | $ 3,681.82 |

| Project Close | Volume | Unit | Price/Unit | Total |
|---|---|---|---|---|
| (9532) Site Deactivation | 0 | Flat Fee | $500.00 | $ - |
| (9533) Catalyst Archiving | 0 | GB | $20.00 | $ - |
| Total estimated cost for Project Close | | | | $ - |

| | |
|---|---|
| **Total Estimated Technology Cost for Project** | **$ 59,526.82** |
| **Total Estimated Contract Review Cost for Project** | **$ 58,500.00** |
| **Total Estimated Number of Days to Complete the Project (assumes 12 contract reviewers)** | **27** |
| **Total Estimated Cost for Project** | **$ 118,026.82** |

| Estimated Timeframe for Completion | Volume | Unit |
|---|---|---|
| Total Days Required to Complete Project (assumes 12 reviewers) | 27 | Day |