# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO LIMIT THE SCOPE OF THE FEBRUARY 9, 2018 EVIDENTIARY HEARING REGARDING KJZZ ARTICLE** |

　　　The Court, having reviewed Defendants' Motion to Limit the Scope of the February 9, 2018 Evidentiary Hearing Regarding KJZZ Article, and good cause appearing,

　　　IT IS ORDERED granting Defendants' Motion to Limit the Scope of the February 9, 2018 Evidentiary Hearing Regarding KJZZ Article.