Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' RESPONSE TO ORDER [DOC. 2503] REGARDING ATTORNEYS' FEES** |

138190227.1

After reviewing Plaintiffs' fully briefed Motion for Attorneys' Fees (Docs. 2265, 2402, 2433) this Court ordered Plaintiffs to refile supporting documents to address several billing and cost categories. [Doc. 2503] Below Plaintiffs address each of these categories and set forth a modified fees and costs request.

### A. Plaintiffs' Modified Time Records

The Court directed Plaintiffs to exclude from their fee request any time billed by law clerks as well as time spent talking to reporters, time spent on the Shawn Jensen matter, and any time spent on the pending Ninth Circuit appeals. [Doc. 2503 at 1] Plaintiffs have complied with this request and submit revised billing records. [*See* Declaration of David C. Fathi ("Fathi Decl.") ¶ 3, Ex. 1; Declaration of Corene Kendrick ("Kendrick Decl.") ¶¶ 3-4, Ex. 1] As a result of these revisions, the total attorneys' fees requested is now $558,281.80. [Fathi Decl. ¶ 8; Kendrick Decl. ¶ 9]

### B. Plaintiffs' Modified Expense Records

The Court's order also directed Plaintiffs to modify and exclude some previously requested expenses. In particular, the Court directed Plaintiffs to remove the costs of copies, and to cap travel expenses at $200 a night for a Phoenix hotel[1] and $350 for a roundtrip airfare from Oakland and $550 for a roundtrip flight from Washington, DC. [Doc. 2503 at 1-2] As a result of these modifications, and a reduction in the amount sought for Plaintiffs' experts, Plaintiffs now request $149,900.04 in expenses. [*See* Fathi Decl. ¶ 5, Ex. 3; Kendrick Decl. ¶¶ 5-8, Ex. 4]

The Court also denied reimbursement for fees paid to experts Paul Roubidoux, Riley Peterson, and Lisa Pratt without prejudice subject to additional avowals made by Plaintiffs' counsel as to how the work of these experts supported enforcement of the Stipulation. [Doc. 2503 at 2] The Prison Law Office utilized these experts to review

---

[1] Plaintiffs have included a column in the expense records indicating number of nights spent at a hotel. [*See* Fathi Decl., Ex. 3] The hotel bill cited in the Court's order as $639.40 for one night (Doc. 2503 at 2) was for two nights at the Holiday Inn Express in Phoenix in March 2017. [Fathi Decl. ¶ 6, Ex. 5] Similarly, the Prison Law Office has noted hotel bill entries for more than one night. [Kendrick Decl., Ex. 4]

138190227.1

medical records and streamline the report writing process in order to facilitate more cost-effective usage of experts. [Kendrick Decl. ¶ 5] This is also a practice employed by the ACLU's National Prison Project in an effort to keep expert costs to a minimum and to expedite expert report writing. [*See* Fathi Decl. ¶ 7] In this case, Paul Roubidoux and Riley Peterson are both registered nurses who worked with Dr. Todd Wilcox to conduct file review for the expert report he submitted in this case, associated with Plaintiffs' April 2016 Motion to Enforce the Stipulation. [Kendrick Decl. ¶ 5][2] Both of these experts bill at rates substantially below Dr. Wilcox. [*Id*.] The total requested billing of these two experts is $10,363.50. [*Id*.] If Dr. Wilcox had billed this same work at his hourly rate the cost would have been $34,545.00. [*Id*.] Plaintiffs ask that the Court reimburse them for these expenses, as doing so advances Plaintiffs' efforts to conduct this litigation in a cost-effective manner.

### C.     Total Fees Requested

In light of the modifications ordered by this Court, Plaintiffs now request an award of attorneys' fees in the amount of $558,281.80 as compensation for enforcement work through June 30, 2017. Additionally, Plaintiffs seek the same enhancement to the lodestar fees of a 2.0 multiplier (now $558,281.80) as set forth in their brief (Doc. 2265 at 20-27) for a total of $1,116,563.60 in fees. For costs, Plaintiffs seek $149,900.04. In total, Plaintiffs seek $1,266,463.64 in fees, costs, and enhancements.

Plaintiffs have filed a motion for reconsideration of the Court's ruling that law clerk time and copying costs are categorically non-compensable. [Docs. 2518, 2519] If the Court grants that motion, Plaintiffs seek an award of attorneys' fees in the amount of $577,889.30 as compensation for enforcement work through June 30, 2017. [*See* Fathi Decl. ¶ 4, Ex. 2 (billing records including law clerk time); Kendrick Decl. ¶¶ 4, 9, Ex. 2

---

[2] Plaintiffs have withdrawn their request for reimbursement for time billed by Dr. Lisa Pratt as that work primarily related to assisting Dr. Wilcox in evaluating the medical care of named plaintiff Jensen. [Kendrick Decl. ¶ 5, n.1] Plaintiffs have also removed $3,400 from the expenses Dr. Wilcox billed for time spent related to this matter. [*Id*. ¶ 6; *see also* Kendrick Decl., Ex. 3 (Wilcox invoice)]

1  (billing records including law clerk time)]   Additionally, Plaintiffs seek the same
2  enhancement to the lodestar fees of a 2.0 multiplier (now $558,281.80) as set forth in their
3  brief (Doc. 2256 at 20-27) for a total of $1,155,778.60 in attorneys' fees.  If the Court
4  grants Plaintiffs' motion for reconsideration regarding expenses, Plaintiffs seek
5  $151,344.79.  [*See* Fathi Decl. ¶ 5, Ex. 4 (billing records including the $1,444.75 in
6  photocopy expenses)]   In total, Plaintiffs seek $1,307,123.39 in fees, costs, and
7  enhancements.

8      Respectfully submitted,

9  Dated:  January 18, 2018               **ACLU NATIONAL PRISON PROJECT**

                                          By:   *s/ Amy Fettig*
                                              David C. Fathi (Wash. 24893)*
                                              Amy Fettig (D.C. 484883)**
                                              Victoria Lopez (Ill. 6275388)*
                                              915 15th Street N.W., 7th Floor
                                              Washington, D.C. 20005
                                              Telephone:  (202) 548-6603
                                              Email:   dfathi@aclu.org
                                                       afettig@aclu.org
                                                       vlopez@aclu.org

                                          *Admitted *pro hac vice*.  Not admitted
                                            in DC; practice limited to federal
                                            courts.
                                          **Admitted *pro hac vice*

                                          Daniel C. Barr (Bar No. 010149)
                                          Amelia M. Gerlicher (Bar No. 023966)
                                          John H. Gray (Bar No. 028107)
                                          **PERKINS COIE LLP**
                                          2901 N. Central Avenue, Suite 2000
                                          Phoenix, Arizona 85012
                                          Telephone:  (602) 351-8000
                                          Email:   dbarr@perkinscoie.com
                                                   agerlicher@perkinscoie.com
                                                   jhgray@perkinscoie.com

                                          Kathleen E. Brody (Bar No. 026331)
                                          **ACLU FOUNDATION OF ARIZONA**
                                          3707 North 7th Street, Suite 235
                                          Phoenix, Arizona 85013
                                          Telephone:  (602) 650-1854
                                          Email:   kbrody@acluaz.org

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| 3 | Rita K. Lomio (Cal. 254501)* |
| | **PRISON LAW OFFICE** |
| 4 | 1917 Fifth Street |
| | Berkeley, California 94710 |
| 5 | Telephone:  (510) 280-2621 |
| | Email:     dspecter@prisonlaw.com |
| 6 |            ahardy@prisonlaw.com |
| |            snorman@prisonlaw.com |
| 7 |            ckendrick@prisonlaw.com |
| |            rlomio@prisonlaw.com |
| 8 | |
| | *Admitted *pro hac vice* |
| 9 | |
| | Kirstin T. Eidenbach (Bar No. 027341) |
| 10 | **EIDENBACH LAW, P.L.L.C.** |
| | P. O. Box 91398 |
| 11 | Tucson, Arizona 85752 |
| | Telephone:  (520) 477-1475 |
| 12 | Email:    kirstin@eidenbachlaw.com |
| 13 | Caroline Mitchell (Cal. 143124)* |
| | **JONES DAY** |
| 14 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 15 | Telephone:  (415) 875-5712 |
| | Email:    cnmitchell@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 18 | **JONES DAY** |
| | 717 Texas Street |
| 19 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 20 | Email:    jlwilkes@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Sonia Rodriguez;* |
| 23 | *Christina Verduzco; Jackie Thomas;* |
| | *Jeremy Smith; Robert Gamez; Maryanne* |
| 24 | *Chisholm; Desiree Licci; Joseph Hefner;* |
| | *Joshua Polson; and Charlotte Wells, on* |
| 25 | *behalf of themselves and all others* |
| | *similarly situated* |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

<div style="columns:2">

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

</div>

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf

138190227.1

-5-