1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
2 | 3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
3 | Telephone: (602) 650-1854
Email: kbrody@acluaz.org
4
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **DECLARATION OF DAVID C. FATHI IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER [DOC. 2503] REGARDING ATTORNEYS' FEES** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL138189463.1

I, DAVID C. FATHI, DECLARE:

1. I am an attorney and the Director of the National Prison Project of the American Civil Liberties Union Foundation ("NPP"). With Donald Specter of the Prison Law Office (PLO), I serve as co-lead counsel for the plaintiff class herein.

2. I make this declaration of my personal knowledge and based on a review of the records maintained by my office in the ordinary course of business.

3. As ordered by the Court on December 19, 2017 (Doc. 2503), NPP reviewed its billing records and eliminated any time billed by law clerks, any time billed for a pending Ninth Circuit appeal, any time billed for talking to reporters, and any time spent on the Jensen matter. Attached hereto as **Exhibit 1** is an itemized report detailing the hours expended on this case by NPP staff, with the eliminated time entries highlighted by color code. Entries that were no-charged in Plaintiffs' original filing (Doc. 2266-2) are indicated in red font. This documentation indicates the identity of the biller, time spent on the activity, specific description of the activity, and hourly rate charged by the biller.

4. Plaintiffs have filed a motion for reconsideration of the Court's ruling that law clerk time and copying costs are categorically non-compensable (Docs. 2518, 2519). Attached hereto as **Exhibit 2** is an alternate version of Exhibit 1, with law clerk time billed at $160 per hour.

5. As ordered by the Court (Doc. 2503), NPP also reviewed its expense records and no-charged any costs of copies. NPP also updated its travel costs to reflect the Court's ruling that roundtrip airfare from Washington, DC should presumptively be limited to $550 and hotel accommodations presumptively limited to $200 per night. Attached hereto as **Exhibit 3** is an itemized report detailing the expenses incurred by NPP for which reimbursement is sought, with the updated expenses color-coded for ease of reference. Attached hereto as **Exhibit 4** is an alternate version of Exhibit 3 including the cost of photocopies. The total amount for photocopy expenses is $1,444.75. This amount reflects photocopy costs reimbursed at 25 cents per page.

LEGAL138189463.1

1       6.      In its Order, the Court noted that Plaintiffs' documentation indicated a $639.40 hotel charge for a Phoenix hotel. [Doc. 2503 at 2] I have reviewed this charge and ascertained that it was for two nights at the Holiday Inn Express & Suites in Phoenix, Arizona from March 20 through March 22, 2017. A copy of the hotel receipt is attached hereto as **Exhibit 5**.

        7.      In order to reduce expert expenses, it is NPP's practice to use medical and psychiatric interns and residents to review medical files whenever practicable. This lower-cost review supports the experts' work and allows for greater efficiency in drafting their reports. Jorien Breur, M.D. was a psychiatric resident who worked with Pablo Stewart, M.D. to review mental health records of class members in this case.

        8.      As a result of the changes ordered by the Court, NPP now seeks compensation for a total of $176,718.10 in attorney fees and $31,093.64 in expenses. If the Court grants Plaintiffs' motion for reconsideration, NPP seeks compensation for a total of $193,150.10 in attorney fees and $32,538.39 in expenses. All of this time was reasonably and necessarily spent, and all of these expenses were reasonably and necessarily incurred, in enforcing the provisions of the Stipulation in this case.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed this 18th day of January, 2018 at Phoenix, Arizona.

                                                  /s David C. Fathi
                                                David C. Fathi

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Victoria Lopez (Ill. 6275388)* |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email:   dfathi@aclu.org |
| 6 | | afettig@aclu.org |
| | | vlopez@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| | **EIDENBACH LAW, P.L.L.C.** |
| 2 | P. O. Box 91398 |
| | Tucson, Arizona 85752 |
| 3 | Telephone:  (520) 477-1475 |
| | Email:    kirstin@eidenbachlaw.com |
| 4 | |
| | Caroline Mitchell (Cal. 143124)* |
| 5 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 6 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 7 | Email:    cnmitchell@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 10 | 717 Texas Street |
| | Houston, Texas 77002 |
| 11 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 12 | |
| | *Admitted *pro hac vice* |
| 13 | |
| 14 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf

LEGAL138189463.1          -5-