1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5  *Swartz, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez,*
6  *Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on*
7  *behalf of themselves and all others similarly*
   *situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9

10                      UNITED STATES DISTRICT COURT

11                             DISTRICT OF ARIZONA

12  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
13  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **DECLARATION OF**
14  Hefner; Joshua Polson; and Charlotte Wells, on    **CORENE KENDRICK IN**
    behalf of themselves and all others similarly    **SUPPORT OF PLAINTIFFS'**
15  situated; and Arizona Center for Disability Law,  **RESPONSE TO ORDER**
                                                      **[DOC. 2503] REGARDING**
16                 Plaintiffs,                        **ATTORNEYS' FEES**

17       v.

18  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
19  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
20
                   Defendants.
21

22

23

24

25

26

27

28

LEGAL138190563.1

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I make this declaration of my personal knowledge and based on a review of the records maintained by my office in the ordinary course of business.

3. As ordered by the Court on December 19, 2017 (Doc. 2503), I reviewed the PLO billing records and eliminated (1) any time billed by law student clerks; (2) any time billed for the pending Ninth Circuit appeals; (3) any time billed for talking to reporters; and (4) any time spent on the Motion for Preliminary Injunction filed on behalf of named plaintiff Shawn Jensen.

4. Attached hereto as **Exhibit 1** is an itemized report detailing the hours expended on this case by PLO staff and PLO's contracted local counsel Kirstin Eidenbach with the four categories of time removed, as ordered by the Court. Plaintiffs have filed a Motion for Reconsideration with regard to the Court's ruling that law clerk time and copying costs are categorically non-compensable. [Docs. 2518, 2519] Attached hereto as **Exhibit 2** is an alternate version of Exhibit 1, with law student time for Briana Zweifler (listed as "BZ" for 6.9 hours in May-June 2017) and Bernadette Rabuy (listed as "BR" for 7.6 hours in May-June 2017) included, highlighted, and billed at $219 an hour.

5. The Court denied reimbursement for fees paid to experts Paul Roubidoux, Riley Peterson, and Lisa Pratt without prejudice subject to additional avowals made by Plaintiffs' counsel as to how the work of these experts supported enforcement of the Stipulation. [Doc. 2503 at 2] The Prison Law Office used these experts to review medical records and streamline the report writing process in order to facilitate more cost-effective usage of experts. Mr. Roubidoux and Mr. Peterson are both registered nurses who assisted Dr. Todd Wilcox in conducting file reviews for the expert report filed in

1  April 2016 in support of Plaintiffs' Motion to Enforce the Stipulation. [Doc. 1539] They

2  bill at $90 an hour, a rate lower than that billed by Dr. Wilcox, who bills at $300 an hour.[1]

3  The total costs for Mr. Roubidoux and Mr. Peterson was $10,363.50.  If Dr. Wilcox had

4  billed this same time it would have been $34,545.00.

5        6.    I also have removed $3,400 from a June 2017 expense entry for

6  Dr. Wilcox's work, as that reflects the amount of time that he spent reviewing medical

7  records and preparing his declaration regarding the medical care for named plaintiff

8  Shawn Jensen.  Dr. Wilcox submits detailed invoices to Plaintiffs' counsel, and I have

9  reviewed the invoice that included time spent on the Jensen declaration.  The balance of

10 the invoice related to his work reviewing Defendants' remedial plans for a declaration

11 submitted to the Court on June 9, 2017.  [Doc. 2103]  Attached hereto as **Exhibit 3** is a

12 true and correct copy of Dr. Wilcox's invoice dated June 13, 2017, which shows the

13 entries dated February 18 to March 7, 2017, totaling $3,400 that are now omitted from the

14 revised statement of expenses.

15       7.    The Court ordered that any costs of photocopies be removed from the

16 expenses.  Our office did not originally seek reimbursement for the cost of photocopies

17 for litigation/enforcement, as we do not differentiate between copies made for litigation/

18 enforcement purposes versus copies made for monitoring.  We seek reimbursement for all

19 Arizona-related copies under the capped monitoring fees.

20       8.    I also updated our travel costs to reflect the Court's decision that roundtrip

21 airfare from the Bay Area to Phoenix is capped at $350 and hotel accommodations shall

22 be capped at $200 a night.  Attached hereto as **Exhibit 4** is an itemized report detailing the

23 expenses incurred by PLO, updated with the revised expenses color-coded for ease of

24 reference, and notations as to how many nights' hotel were charged.

---

[1] In an exercise of billing judgment, Plaintiffs withdraw their request for reimbursement for time billed by Dr. Lisa Pratt as it primarily related to assisting Dr. Wilcox in evaluating medical care for named plaintiff Jensen.

9. As a result of the changes ordered by the Court, PLO now seeks compensation for a total of $381,563.70 in attorney fees and $118,806.40 in expenses. If the Court grants Plaintiffs' Motion for Reconsideration, PLO seeks compensation for a total of $384,739.20 in attorneys' fees and $118,806.40 in expenses. All of this time was reasonably and necessarily spent, and all of these expenses were reasonably and necessarily incurred, in enforcing the provisions of the Stipulation in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of January, 2018 at Phoenix, Arizona.

  s/ Corene Kendrick
Corene Kendrick

**ADDITIONAL COUNSEL**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email:   kirstin@eidenbachlaw.com |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA** |
| 6 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 7 | Telephone: (602) 650-1854<br>Email:   kbrody@acluaz.org |
| 8 | Daniel C. Barr (Bar No. 010149) |
| 9 | Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107) |
| 10 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
| 11 | Phoenix, Arizona 85012<br>Telephone: (602) 351-8000 |
| 12 | Email:   dbarr@perkinscoie.com<br>         agerlicher@perkinscoie.com |
| 13 |          jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 15 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 16 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com |
| 17 | *Admitted *pro hac vice* |
| 18 | John Laurens Wilkes (Tex. 24053548)* |
| 19 | **JONES DAY**<br>717 Texas Street |
| 20 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 21 | Email:   jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina* |
| 24 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree* |
| 25 | *Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and* |
| 26 | *all others similarly situated* |
| 27 | |
| 28 | |

LEGAL138190563.1                     -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

<table>
<tr><td>
Michael E. Gottfried<br>
Lucy M. Rand<br>
Assistant Arizona Attorneys General<br>
Michael.Gottfried@azag.gov<br>
Lucy.Rand@azag.gov
</td><td>
Daniel P. Struck<br>
Rachel Love<br>
Timothy J. Bojanowski<br>
Nicholas D. Acedo<br>
Ashlee B. Hesman<br>
Jacob B. Lee<br>
Kevin R. Hanger<br>
Timothy M. Ray<br>
Richard M. Valenti<br>
Jamie D. Guzman<br>
STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>
dstruck@strucklove.com<br>
rlove@strucklove.com<br>
tbojanowski@strucklove.com<br>
nacedo@strucklove.com<br>
ahesman@strucklove.com<br>
jlee@strucklove.com<br>
khanger@strucklove.com<br>
tray@strucklove.com<br>
rvalenti@strucklove.com<br>
jguzman@strucklove.com
</td></tr>
</table>

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf

LEGAL138190563.1

-5-