☒ FILED   ☐ LODGED

**Jan 18 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Michael J. Cohn #288721
ASPC Lewis/STINER
P.O. Box 3100
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons et al. | 2:12CV601 DKD |
|---|---|
| v. | NOTICE OF EMERGENCY / EXTREME NEGLECT |
| Ryan, et al. | David K. Duncan |

I, class plaintiff, Michael J. Cohn, respectfully notify the Court that the gangrenous toe of Neal Wiles #136803 fell off his foot on Tuesday, 1/17/18. This likely implicates worsening infection. Mr. Wiles risks losing his foot or worse as he has still not been transported to the Emergency Room or seen a specialist. Please order Mr. Ryan to have Mr. Wiles transported to the Emergency Room immediately. Mr. Wiles has the toe as evidence. A second toe needs to be removed immediately.

Respectfully submitted,   Date: 1/18/18

Michael J. Cohn, Ed.D.
Michael J. Cohn, Ed.D.
Prisoner Rights Advocate     Neal Wiles #136803

Original efiled per General Order 14-17 to:
Clerk of the U.S. District Ct.   on: 1/18/18


Note: Treatment that is less efficacious than appropriate constitutes "Deliberate Indifference." Estelle v. Gamble, 429 U.S. at 104 N. 10 (1976).

Written copy
of Inmate Letter

Cohn, Michael J.   288721   ASPC Lewis - Stiner   1/18/18
To: ADW Soriel   Stiner Admin.
Issue: Inmate Neal Wiles 136053(603) medical Emergency

Until I can meet with Mr. Wiles and complete an informal grievance I am sending you this note for documentation purposes. Upon his return from the hospital, Mr. Wiles still had gangrene in his feet, likely the result of leg restraints restricting his already poor circulation in his feet. According to Mr. Wiles, medical discontinued his antibiotics for his feet. Reportedly, they are in process of referring him for the already neglected surgery. As you saw today and took pictures of the toe that had fallen off and his infected foot, this is an emergency that requires vigorous intervention. Hopefully, he will be transported immediately to the E.R. The Federal Judge Duncan, the ACLU et al and the Attorney General are already aware of this situation in general terms. Please assist in any ways possible.

   Respectfully yours,
   Dr. Michael J. Cohn (former Psychologist)
   Prisoner Rights Advocate    cc: Judge Duncan, ACLU, et al
   M.J. Cohn                     1/18/18
   Discussed with ADW Soriel, C.O. Vega

Original given to CoIII Ramsey who will deliver to ADW immediately.

2 of 2