MICHAEL MCKENZIE # 225131
TUCSON/SANTA RITA
P.O. BOX 24401
TUCSON, AZ. ~~85730~~ 85734

CLASS PLAINTIFF

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR PARSONS, et al., PLAINTIFF, v. CHARLES L. RYAN, et al., DEFENDANTS. | CASE NO. CV-12-00601-PHX-DKD THE HONORABLE DAVID K. DUNCAN DECLARATION OF MICHAEL MCKENZIE PURSUANT TO 28 U.S.C. § 1764 |

MICHAEL MCKENZIE DECLARES:

1. THAT AT ALL TIMES RELEVANT TO THIS DECLARATION, I AM A PRISONER IN THE CUSTODY OF THE ARIZONA DEPARTMENT OF CORRECTIONS AND HOUSED AT ASPC-TUCSON/SANTA RITA UNIT.

2. THAT I AM COMPETENT AND WILLING TO TESTIFY IF SO CALLED.

3. THAT I SUBMITTED AN HNR TO THE OPEN CLINIC OPERATED BY CORIZON ON SANTA RITA UNIT AND WAS REFERRED TO THE CORIZON PROVIDER LUIS QUINTANA, N.P. FOR A OVERSIZED AND MULTICOLORED WART-LIKE GROWTH ON MY GROIN.

4. THAT PROVIDER QUINTANA DIAGNOSED THE GROWTH AS A MELANOMA SQUAMOUS CELL CANCER AND THEN REFERRED ME FOR A SPECIALTY ONCOLOGIST CONSULTATION.

1

5. THAT, INSTEAD OF A CONSULTATION, CORIZON OFFICIAL(S) UNKNOWN TO ME, ORDERED PROVIDER QUINTANA TO "REMOVE THE CANCEROUS GROWTH HIMSELF."
6. PROVIDER QUINTANA REFUSED TO DO SO.
7. PROVIDER QUINTANA HAS NOW LEFT SANTA RITA UNIT OR HAS STOPPED HIS EMPLOYMENT WITH CORIZON.
8. I HAVE NOW HAD AN INVASIVE SQUAMOUS CELL CANCER FOR SEVERAL MONTHS, THAT CONTINUES TO GROW AND SPREAD AND CORIZON, FOR PURELY ECONOMIC FACTORS, REFUSES TO TREAT.
9. THAT THE SQUAMOUS CELL CANCER LIES DIRECTLY ON A LYMPH GLAND AND CORIZON HAS DELIBERATELY DETERMINED NOT TO BE VIGILANT AND PRACTICE WITH CARE, A STANDARD OF MEDICINE THAT IS PRESCRIBED BY THE FEDERAL CONSTITUTION. AND HAS LEFT ME TO DIE.

UNDER THE PENALTY OF PERJURY, I VERIFY THAT ALL OF THE ABOVE IS TRUE AND CORRECT.

EXECUTED THIS 14TH DAY OF JANUARY, 2018 IN TUCSON.

*Michael McKenzie*
MICHAEL MCKENZIE