**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The following matters are pending before the Court in this matter.

The Court will grant the following motions to seal: Plaintiff's Motion to Seal (Docs. 2479, 2481, 2490, 2532). Defendants, however, must refile redacted versions of their briefs and/or exhibits at issue in Docs. 2478 and 2491.

Plaintiffs have moved for reconsideration of the Court's order on attorney's fees. (Doc. 2518) Pursuant to Local Rule of Civil Procedure 7.2(g), the Court will direct Defendants to respond to the motion.

The parties have reached an impasse on language in the Monitoring Guide about randomization. The Court understands that the parties have agreed to language in the Monitoring Guide about how to create a randomized list of records. The Court will accept Defendants' version for background information found at Doc. 2465-1 at ¶ 9.

The parties have also reached an impasse on the Monitoring Guide language for measuring Performance Measures 85 and 86. The Court has reviewed the proposed

1  language submitted by both parties.  For PM 85, the Court will adopt the Plaintiffs'
2  version found at Doc. 2368-1 at 33-34.  On closer review of PM 86, the Court concludes
3  that additional information is required in order to understand how PM 86 is being
4  measured currently and how that implicates the Monitoring Guide.  The relevant counsel
5  shall coordinate a time and contact the Court at Duncan_Chambers@azd.uscourts.gov
6  within 7 days of the date of this Order.

7  The Court has so reviewed filings by class members seeking individualized relief
8  with respect to their own medical care or on behalf of other inmates (Docs. 2523, 2528,
9  and 2547).  The Court cannot accept motions from class members unless they are filed by
10 class counsel.  In any event, the Court is unable to order specific relief as it relates to
11 individual class members.  The concerns raised in these filings are best addressed by
12 separate lawsuits on each inmate's own behalf.  The Clerk of Court will be directed to
13 send to the inmates who filed these motions court-approved forms for filing a civil rights
14 complaint by a prisoner.

15 **IT IS THEREFORE ORDERED granting** the Motions to Seal (Docs. 2479,
16 2481, 2490, 2532).

17 **IT IS FURTHER ORDERED** that Defendants must refile redacted versions of
18 their briefs and/or exhibits at issue in Docs. 2478 and 2491.

19 **IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiffs' Motion
20 for Reconsideration (Doc. 2518) within 21 days of the date of this Order.  Plaintiffs may
21 reply in support of their motion within 14 days after Defendants' response.

22 **IT IS FURTHER ORDERED** that Defendants' randomization language is
23 accepted and must be inserted into the Monitoring Guide (Doc. 2465-1 ¶ 9).

24 **IT IS FURTHER ORDERED** that the Court will adopt Plaintiffs' version of
25 language for monitoring Performance Measure 85 found at Doc. 2368-1at 33-34 and it
26 must be inserted into the Monitoring Guide.

27 **IT IS FURTHER ORDERED** that the parties must confer and contact Chambers
28 within 7 days to set up a time to resolve the issues concerning monitoring PM 86.


**IT IS FURTHER ORDERED denying** the Motions filed by Class Members at (Docs. 2523, 2528, and 2547). The Clerk of Court must mail the inmates who filed the Motions at Docs. 2523, 2528, and 2547 court-approved forms for filing a civil rights complaint by a prisoner.

Dated this 23rd day of January, 2018.

_____
David K. Duncan
United States Magistrate Judge