Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

LEGAL134077360.1

1  Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiffs to file their reply brief to Defendants' Response to Plaintiffs' Motion to Enforce the Stipulation. [Docs. 2520, 2546] The parties have stipulated to a two week extension, such that the Reply will be due February 8, 2018.  A proposed order is attached herein.

Dated January 24, 2018.

**PRISON LAW OFFICE**

By:   s/ Corene Kendrick
     Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
     Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
     Rita K. Lomio (Cal. 254501)*
     1917 Fifth Street
     Berkeley, California 94710
     Telephone:  (510) 280-2621
     Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC.**

By:   s/ Rachel Love
     (with permission)
     Daniel P. Struck (Bar No. 012377)
     Rachel Love (Bar No. 019881)
     Timothy J. Bojanowski (No. 022126)
     Nicholas D. Acedo (Bar No. 021644)
     Ashlee B. Fletcher (Bar No. 028874)
     Jacob B. Lee (Bar No. 030371)
     Kevin R. Hanger (Bar No.027346)
     Timothy M. Ray (Bar No. 029191)
     3100 W. Ray Road, Suite 300
     Chandler, Arizona 85226
     Telephone:  (480) 420-1600
     Email:   dstruck@ strucklove.com
              rlove@ strucklove.com
         tbojanowski@ strucklove.com
              nacedo@ strucklove.com
              afletcher@ strucklove.com
              jlee@ strucklove.com
              khanger@ strucklove.com
              tray@strucklove.com

Arizona Attorney General Mark Brnovich
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael E. Gottfried (Bar No. 010623)
Lucy M. Rand (Bar No. 026919)
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

1  Kirstin T. Eidenbach (Bar No. 027341)
   **EIDENBACH LAW PLLC**
2  P. O. Box 91398
   Tucson, Arizona 85752
3  Telephone: (520) 477-1475
   Email:   kirstin@eidenbachlaw.com
4
   Daniel C. Barr (Bar No. 010149)
5  Amelia M. Gerlicher (Bar No. 023966)
   John H. Gray (Bar No. 028107)
6  **PERKINS COIE LLP**
   2901 N. Central Avenue, Suite 2000
7  Phoenix, Arizona 85012
   Telephone: (602) 351-8000
8  Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
9           jhgray@perkinscoie.com

10 Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
11 3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
12 Telephone: (602) 650-1854
   Email:   kbrody@acluaz.org
13
   Caroline Mitchell (Cal. 143124)*
14 **JONES DAY**
   555 California Street, 26th Floor
15 San Francisco, California 94104
   Telephone: (415) 875-5712
16 Email:   cnmitchell@jonesday.com

17 *Admitted *pro hac vice*

18 John Laurens Wilkes (Tex. 24053548)*
   **JONES DAY**
19 717 Texas Street
   Houston, Texas 77002
20 Telephone: (832) 239-3939
   Email:   jlwilkes@jonesday.com
21
   *Admitted *pro hac vice*
22
   *Attorneys for Plaintiffs Shawn Jensen;*
23 *Stephen Swartz; Sonia Rodriguez;*
   *Christina Verduzco; Jackie Thomas;*
24 *Jeremy Smith; Robert Gamez; Maryanne*
   *Chisholm; Desiree Licci; Joseph Hefner;*
25 *Joshua Polson; and Charlotte Wells, on*
   *behalf of themselves and all others*
26 *similarly situated*

27

28

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street
Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney
(Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross
(Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick