1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

This Court, having reviewed the Stipulation for Extension of Time to File Reply Brief, and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including February 8, 2018 to file their Reply Brief in Support of Plaintiffs' Motion to Enforce the Stipulation (Doc. 2520).

134077643.1