# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

    This Court having reviewed the Stipulation for Extension of Time to File Reply Brief (Doc. 2557), and finding good cause,

    **IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to File Reply Brief (Doc. 2557). Plaintiffs shall have up to and including February 8, 2018 to file their Reply Brief in Support of Plaintiffs' Motion to Enforce the Stipulation (Doc. 2520).

    Dated this 25th day of January, 2018.

_____
David K. Duncan
United States Magistrate Judge