# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

CV-12-601-PHX-DKD     DATE: 1/18/2018
Year  Case No  Initials

HON: David K. Duncan     Judge # 70BL/DKD

Caption: Parsons, et al. vs. Ryan, et al.

Deputy Clerk: Kathleen Zoratti     Court Reporter: Candy Potter

Plaintiffs counsel: Corene Kendrick, David Fathi, Kirstin Eidenbach and Asim Dietrich
Defendants counsel: Rachel Love, Daniel Struck, Ashlee Hesman, Timothy Bojanowski and Richard Valenti
==============================================================================
**PROCEEDINGS:    X   Open Court**

9:36 a.m. This is the time set for Status Hearing. Respective counsel present. Corizon Health representatives Juli Stover and Jennifer Finger present telephonically. The Court addresses Defendants' Motion to Limit the Scope of the February 9 evidentiary hearing regarding the KJZZ article and presents its views on the credibility of the reporting system. IT IS ORDERED resetting the Evidentiary Hearing from February 9, 2018 to **February 27, 2018 at 9:00 a.m.**, before this Court. The Court will limit the locations for ESI to Yuma, Tucson, Eyman, Florence, Phoenix, Perryville, and Lewis. IT IS ORDERED granting in part and denying in part Defendants' Motion to Limit the Scope of the Evidentiary Hearing Regarding the KJZZ Article (Doc. 2541).

The Court addresses the November Report regarding the Performance Measures. Performance Measures 19, 39, 40, 42, 44 are reviewed. Kathleen Campbell is sworn, examined and excused. The Court addresses its concerns regarding the performance of the monitoring program. Performance Measure 47 is reviewed. 10:59 a.m. Recess.

11:18 a.m. Reconvene with respective counsel present. Performance Measure 44 is revisited. Performance Measures 49, 50, 51, 52, 54, 66. 67, 81, 85 and 86, 91 are reviewed. 12:01 p.m. Recess.

1:33 p.m. Reconvene with respective counsel present. BJ Millar and Renee Sobolewski from the Advisory Board present telephonically and present their agenda. Performance Measure 81 is revisited. Performance Measure 94 is reviewed. Defendants shall file a response to plaintiffs' questions in a document provided to the Court and defendants by Mr. Fathi regarding the Winslow telepsychology. Performance Measures 97 and 98 are reviewed. 2:12 p.m. Recess.

CV-12-601-PHX-DKD
1/18/2018
Page 2

2:24 p.m. Reconvene with respective counsel present. Juli Stover, Vice President of Telehealth and Innovative Health Solutions for Corizon Health, present telephonically and is sworn, examined and excused. The Court makes observations regarding the functionality of telemedicine. The parties shall confer about this issue and add this to the agenda for a subsequent hearing. The Court raises discovery issues as to how best to frame and address issues raised by plaintiffs with respect to identified areas in their view where monitoring was erroneous. The Court shall meet in person with the parties and review eOMIS for three (3) hours regarding monitoring errors. 3:36 p.m. Recess.

3:48 p.m. Reconvene with respective counsel present. The Court revisits the Winslow telepsychology issue. Counsel shall meet and confer regarding the Winslow telepsychology issue within one (1) week. Defendants' response is due by 1/26/2018; plaintiffs' reply is due by 1/31/2018. Discussion held regarding discovery issues. Plaintiffs' request for an update from defendants regarding contractual issues are raised. Issue of defendants failure to timely reimburse plaintiffs' monitoring fees and expenses discussed.

4:16 p.m. Hearing concludes.

Time in Court: 4 hours, 25 minutes
9:36 AM - 4:16 PM



# United States District Court, District of Arizona

**Court Update**
January 18th, 2018

# Agenda Topics and Meeting Objectives

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update**  *Introduction to driver diagram, project work streams, timeline* | *5 minutes* |
| 2 | **Update on Data Request**  *Review of items, questions, logistics* | *10 minutes* |
| 3 | **Overview of Markets for Profiling**  *Confirm approach* | *10 minutes* |
| 4 | **Next Steps & Discussion**  *Review of next steps and discussion* | *5 minutes* |

### Meeting Objectives

- Provide update on project status and work streams
- Review data request and answer any outstanding questions on items requested and data transfer logistics
- Confirm approach for market profiles
- Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Driver Diagram – Top Level



# Engagement Scope



### Work Stream I
**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics



### Work Stream II
**Facilities Profiles and Baselines**

- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks



### Work Stream III
**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

### Interim Project Updates

Throughout the engagement, Advisory Board will provide monthly updates on:

- Current project status
- Discussion and resolution of obstacles or hurdles
- Vetting and validation of data
- Review of initial findings and materials

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Engagement Overview

**2018 Milestones for Project**

**January 2018**
Initiate market analysis and interviews
*Court date: 1/18/18*

**February 2018**
Continue market and facility analysis and interviews
Court date: 2/27/18-2/28/18

**March 2018**
Report intermediate findings with the court, continue interviews and analysis
Court date: 3/14/18

**April 2018**
Vetting and validation of data and analysis
Court date: 4/11/18

**May 2018**
Preview and finalize analysis and recommendations
Court date: 5/9/18

**June 2018**
Present final report and recommendations to the court
Court date: 6/13/08

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Key Components Included Data Request



- 2018 Budgeted Staffing Levels
- Provider Roster
- Job Descriptions
- Employment/Contractor Agreements
- Compensation/Benefits Packages
- Recruitment, Retention, Turnover Rates

©2018 Advisory Board • All Rights Reserved • advisory.com

# Confirming Proposed Markets to Profile for Analysis

## County Level Approach Recommended for Benchmarking



| Market | # | Facility |
|---|---|---|
| Maricopa | 1 | Phoenix |
| Maricopa | 2 | Perryville |
| Maricopa | 3 | Lewis |
| Yuma | 4 | Yuma |
| Pima | 5 | Tuscon |
| Pinal | 6 | Eyman |
| Pinal | 7 | Florence |
| Navajo | 8 | Winslow |
| Graham | 9 | Safford |
| Conchise | 10 | Douglas |

©2018 Advisory Board • All Rights Reserved • advisory.com

# Next Steps



1. Receive and validate data

2. Generate interview request list

3. Anticipated onsite presence: Hearing on 2/18, February Court Date 2/27

©2018 Advisory Board • All Rights Reserved • **advisory.com**



# Discussion

# Contact Information

| Advisory Board Team | Phone | Email |
|---|---|---|
| **BJ Millar, MBA**<br>*Vice President* | 801-455-6092 | MillarB@advisory.com |
| **David Long, MBA, JD**<br>*Consultant* | 615-760-7586 | LongD@advisory.com |
| **Rene Sobolewski**<br>*Consultant* | 716-807-5837 | SobolewR@advisory.com |

©2018 Advisory Board • All Rights Reserved • **advisory.com**



2445 M Street NW, Washington DC 20037
P 202.266.5600 | F 202.266.5700 | **advisory.com**