**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: January 12, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
   Plaintiffs   Defendants
====================================================================

HON: <u>David K. Duncan</u>  Judge # <u>70BL/DKD</u>

<u>   Caryn Smith   </u>  <u>Laurie Adams</u>
   Deputy Clerk    Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love and Kevin Hanger for Defendants

====================================================================
**PROCEEDINGS:** **X** **Open Court**  **Chambers**  **Other**

This is the time set for Telephonic Discovery Dispute Hearing.  The impasse letters are reviewed.  Argument is heard regarding Dr. David Robertson and Ms. Jennifer Livingston.  IT IS ORDERED denying the request regarding Ms. Livingston without prejudice.  IT IS FURTHER ORDERED granting the request regarding Dr. Robertson.

Argument is heard regarding the To: address in emails.  IT IS ORDERED each email is to be reviewed to determine whether attorney-client privilege exists.  Just because an email contains an attorney name in the address does not automatically render that communication privileged.

Argument is heard regarding the order in which Defendants should perform ESI searches of the enumerated custodians' emails.  The Court will not impose a requirement that Defendants perform the searches in a particular order.

Plaintiffs request clarification of the Corizon custodians.

Argument is heard regarding the impasse involving the word backlog.  IT IS ORDERED granting Plaintiffs' request that the term backlog be included without any conjunction.

Argument is heard regarding the cancer and cancel issue.  The Court disagrees with Defendants' argument.

CV-12-0601-PHX-DKD
January 12, 2018

Regarding the alternative treatment plan, Defendants agree to Plaintiffs' request.

Argument is heard regarding the narrowing of search terms.  IT IS ORDERED narrowing the terms to five.

Argument is heard regarding Defendants' request to tie the term Judge Duncan to some other search term.  IT IS ORDERED Plaintiffs shall propose additional terms to be conjunctive. Further argument is heard.  IT IS THEN ORDERED the term Judge Duncan shall be allowed with no narrowing.

Time in court: 43 min (2:04 PM – 2:47 PM)