Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>          Plaintiffs,<br><br>   v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>          Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**NOTICE OF INTENT TO SERVE SUBPOENA IN A CIVIL ACTION** |

1    NOTICE IS HEREBY PROVIDED that, pursuant to Fed.R.Civ.P. 45, Defendants

2  intend to serve a Civil Subpoena for production of documents upon the following:

3    1.  Dr. Janice Watson

4    A copy of the Subpoena is attached to this Notice as Exhibit A.

5    DATED this 26th day of January 2018.

6                                   STRUCK LOVE BOJANOWSKI & ACEDO, PLC

7

8                                   By /s/Timothy J. Bojanowski
                                        Daniel P. Struck
9                                       Rachel Love
                                        Timothy J. Bojanowski
10                                      Nicholas D. Acedo
                                        Ashlee B. Hesman
11                                      Jacob B. Lee
                                        Kevin R. Hanger
12                                      Timothy M. Ray
                                        Richard M. Valenti
13                                      Jamie D. Guzman
                                        3100 West Ray Road, Suite 300
14                                      Chandler, Arizona  85226

15                                      Arizona Attorney General Mark Brnovich
                                        Office of the Attorney General
16                                      Michael E. Gottfried
                                        Lucy M. Rand
17                                      Assistant Attorneys General
                                        15 South 15th Avenue
18                                      Phoenix, Arizona 85007

19                                      *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

                                        1

1

**CERTIFICATE OF SERVICE**

2
3

     I hereby certify that on January 26, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

Alison Hardy:             ahardy@prisonlaw.com

5
6

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

7

Amy B. Fettig:         afettig@npp-aclu.org

8

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

9
10

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

11

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

13

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14

Donald Specter:       dspecter@prisonlaw.com

15

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

16

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

17

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

18

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

19

Kathleen E. Brody:     kbrody@acluaz.org

20
21

Kirstin T. Eidenbach:   kirstin@eidenbachlaw.com
Maya Abela            mabela@azdisabilitylaw.org

22

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

23

Sara Norman:         snorman@prisonlaw.com

24

Sarah Eve Kader:      skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

25

Rita K. Lomio:         rlomio@prisonlaw.com

26

Victoria Lopez:        vlopez@aclu.org

27
28

2

1       I hereby certify that on this same date, I served the attached document by U.S.
2  Mail, postage prepaid, on the following, who is not a registered participant of the
   CM/ECF System:

3       N/A

4                                      /s/Timothy J. Bojanowski

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28