☒ FILED   ☐ LODGED

**Jan 26 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Clifton J. Cutler #163310
ASPC Lewis/Stiner
P.O. Box 3100
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al, | 2:12CV601 DKD |
| --- | --- |
| v. | Request/motion for Emergency Assistance |
| Ryan, et al | Hon. David K. Duncan |

I, Clifton Cutler, class plaintiff in the above captioned case respectfully petition this honorable court for emergency assistance. I have an open wound on my left leg that for months has not been appropriately treated. I have not seen a wound care specialist for 2 months, my pain medication has been discontinued and my efforts to obtain care have been obstructed. Witnesses include Lieutenant Sturgil and corrections Officer II Nelson. I was told by corizon staff there is "no emergency HNR," anymore and had to wait hours to be seen by the nurse.

Please order Charles Ryan/Corizon to transport me to the E.R. or to a wound care specialist and reinstate my pain medication immediately. Note: Treatment less efficacious than appropriate constitutes "deliberate indifference," Estelle v. Gamble, 429 U.S. at 104 n.10. (note: As of 1/25/18 I saw a specialist)

Respectfully Submitted    Date: 1/24/18

*Clifton Cutler*

original efiled per General Order 14-17 to:    on: 1/24/18
Clerk of the U.S. District Court