1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

                                    Plaintiffs,

v.

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

                                    Defendants.

NO. 2:12-cv-00601-DKD

**[PROPOSED] ORDER GRANTING
STIPULATION FOR EXTENSION
OF TIME TO FILE RESPONSE
AND REPLY REGARDING
WINSLOW TELEPSYCHOLOGY
ISSUE**

The Court, having reviewed the Stipulation for Extension of Time to File Response regarding Telepsychology Issue, and finding good cause, hereby GRANTS the Stipulation.

1.     Defendants shall have up to and including February 9, 2018 to file their response regarding the Winslow telepsychology issue; and

2.     Plaintiffs' shall have up to and including February 16, 2018 to file their reply.