IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed filings by class members seeking individualized relief with respect to their own medical care or on behalf of other inmates (Docs. 2445, 2566). The Court cannot accept motions from class members unless they are filed by class counsel. In any event, the Court is unable to order specific relief as it relates to individual class members. The concerns raised in these filings are best addressed by separate lawsuits on each inmate's own behalf. The Clerk of Court will be directed to send to the inmates who filed these motions court-approved forms for filing a civil rights complaint by a prisoner.

**IT IS THEREFORE ORDERED denying** the Motions filed by Class Members (Docs. 2445, 2566). The Clerk of Court must mail the inmates who filed the Motions at Docs. 2445, 2566 court-approved forms for filing a civil rights complaint by a prisoner.

Dated this 29th day of January, 2018.

David K. Duncan
United States Magistrate Judge