FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Honorable Judge David K Duncan,

RE: Parson v Ryan, Case 2:12-CV-0061-DKD  No CV-12-0601-PHX-DKD

I am Linda Knight, mother of ADC inmate Shad K Knight, 229034 currently at the Lewis Complex, Buckeye, AZ. The purpose of this letter is to bring to light my son's treatment and acts of violence against him while incarcerated at three different ADC complexes. These attacks started on his 2nd day of prison incarceration at the State Prison in Tucson over ten years ago.

I have made several attempts to contact your office via telephone/voice message and haven't received a response as of this letter. I am attempting to seek your help and guidance to protect my son from harm. This is a 'Threat of Safety' issue. Shad has also filled out papers present to him by the ACLU, and he mailed the forms thru the prison mail system...has never received any response;  Also he has sent out other legal mail that did not reach their destination.

As a summary, over the last ten years, Shad has been attacked many times by other inmates, who have tried their best to kill him. He has had multiple severe head trauma injuries. Shad has stated to me in every conversation that he is very fearful the next attack will either kill him or put him in a critical physical condition. The many kicks and blows to his body have resulted in a lot of long-term damage; he has constant ongoing pain, trouble going to the bathroom, trouble sleeping, walking, loss of hearing, difficulty chewing food, his face and head now are deformed from these repeated attacks.

Shad is usually attacked from behind or while he is sleeping in his room. The first several blows to his head, knocked him out causing him to fall to the floor. At this point, the inmates would start in using their feet; kicking him in the face, and body. They attempted to do as much damage as they can before the guards reach them. Shad did not provoke these assaults. Shad has been a model prisoner and will not yield to assist any inmate in anything illegal or immoral act. He also refuses to share his court documents with the inmates. It is our assumption that Shad has been marked as a "snitch" as a result of his actions (or lack of).

One major concern is how inmates are capable of bringing indoors large metal pipe, large hand size rocks from other areas of the prison through locked doors and guard searches thus, using them as weapons to cause such violent injuries to Shad's head and body.

After these assaults, the nurse would only offer aspirin and ice and that was the end of any care. Shad would repeatedly put in tickets to see the doctor for further treatments and was denied. As of this writings, many messages have been sent to the Wardens requesting medical assistance. Over a month ago I was told he would finally have an appointment with the Doctor at the Lewis Complex.  A Nurse arrived, took blood and still...has not been seen by the Doctor.  A few days ago Shad was told to take some pills by the Nurse, when asked by Shad, what are the pills for, she refused to answer and left.  I was hoping he would get some real Doctor care with the impending order by the court for inmates to get medical care.  Shad needs to see a real Doctor about his injuries.

As a result of this latest assault, he was again temporaly housed in a protection area. Sometimes it is a 2 man cell, and sometimes it is a one man cell, but he needs to stay in a one-man cell because roommates are pressured to attack Shad. After every attack Shad is 'force' to sign a wavier stating, "He does not feel threaten by other inmates". If Shad does not sign it, he will loses 'All Privileges'; This resulted in him losing his level of visitation, phone privileges, extra food rations, all personal items taken from him, take his mail (Monthly Magazines, which he only gets about a quarter of the time anyway), making it difficult for his attorney to have meetings, cause lost legal mail, and lost court papers.  They go out of their way to make his life difficult for him until he signs the form. Shad has no choice but roll with the punches and not refuse to house, then they put him back into a large cell pod, and the cycle starts all over and he is attacked again.

Shad Knight lives in constant fear for his life and for this I seek your help, he will be killed, it's only a matter of time.

I can not take any forms to the prison for him to sign, only be done Officials and Attorneys. This is his current address:

Shad K Knight, 229034
Cell 1-B1-4
26700 S HWY 85
PO Box 3500
ASP-Lewis, RMU Unit
Buckeye, AZ 85326


Respectfully,

Linda Knight
3990 S Moson Rd
Sierra Vista, AZ  85650
520-226-2608
January 22, 2018