# EXHIBIT 1

# (REDACTED)

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-DKD <br><br><br> **DECLARATION OF WARDEN CURRIER** <br><br> **[FILED UNDER SEAL]** |

I, **WARDEN CURRIER**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections ("ADC") since July 9, 1990.

3. I am the Warden of ADC's Arizona State Prison Complex ("ASPC") Perryville and have been since May 7, 2016.

4. As the Warden of ASPC-Perryville, I oversee the overall operations of the complex to include supervision of all ADC complex staff, as well as maintain and administer ADC policies, procedures, and programs.

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  ████████████████████████████████████████
2  ██████
3  11. █████████████████████ ██████ █ █
4  ████████████████████████████████████████
5  ████████████████
6  12. ████████████████████████████████
7  ██████████████████████████████████
8  13. ██████████████████████████████████
9  14. ██████████████████████████████████
10 ████████████████████████████████████████
11 ██████████████
12 15. ████████████████████████████████
13 ██████████████████████████████████████
14 16. ████████████████████████████████
15 ████████████████████████████████████████
16 ██████████████████████████████████████
17 17. ████████████████████████████████
18 ████████████████████████████████████████
19 ██████████████████████████████████████
20 18. ██████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████
24 19. ████████████████████████████
25 ██████████████████████████████
26 20. ████████████████████████████████
27 ████████████████████████████████████████
28 ████████████████

2

1   21.   ███████████████████████████
2   █████████████
3   22.   ███████████████████████████
4   23.   ███████████████████████████
5   ████████████████████████████████
6   ██████████████████████████
7   24.   ███████████████████████████
8   ████████████████████████████████
9   █████████████
10  25.   ███████████████████████████
11  ██████████████████████

26. Housing determinations are made on a case-by-case basis and take into consideration many factors including classification, disciplinary history, safety and security needs, and unit population profile, among others.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th (7) day of November, 2017.

                                   *Kimberly Currier* (signature)
                                   WARDEN CURRIER