# EXHIBIT 2

# (REDACTED)

## Dan Struck

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Thursday, October 19, 2017 5:51 PM |
| **To:** | 'Sarah_Selzer@azd.uscourts.gov'; Elaine Percevecz |
| **Cc:** | Amy Fettig; Ashlee Hesman; agerlicher@perkinscoie.com; Alison Hardy; Corene Kendrick; cnmitchell@jonesday.com; DBarr@perkinscoie.com; David Fathi; Freouf, Delana (Perkins Coie); Don Specter; Duncan_Chambers@azd.uscourts.gov; Ybarra, Griselda; jhgray@perkinscoie.com; jlwilkes@jonesday.com; Jodie_Brown@azd.uscourts.gov; jonka@aclu.org; jrico@azdisabilitylaw.org; Jessica Ross; kbrody@acluaz.org; Kevin Hanger; Kirstin Eidenbach; Lucy Rand; Maya Abela; Megan Lynch; Michael E. Gottfried; Nick Acedo; Rose Daly-Rooney; Rita Lomio; Rachel Love; Richie Valenti; Sarah Hopkins; skader@azdisabilitylaw.org; Sara Norman; Tim Bojanowski; Tim Ray; Victoria Lopez |
| **Subject:** | RE: Inmate ███████ and Inmate ███████ |

Dear Ms Selzer,

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Dan Struck



Daniel P. Struck
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1601 | dstruck@strucklove.com | strucklove.com

---

From:    Elaine Percevecz <EPercevecz@strucklove.com>
To:      "Sarah_Selzer@azd.uscourts.gov" <Sarah_Selzer@azd.uscourts.gov>
Cc:      "Duncan_Chambers@azd.uscourts.gov" <Duncan_Chambers@azd.uscourts.gov>, "Jodie_Brown@azd.uscourts.gov" <Jodie_Brown@azd.uscourts.gov>, Amy Fettig <afettig@aclu.org>, Ashlee Fletcher <AFletcher@strucklove.com>, "agerlicher@perkinscoie.com" <agerlicher@perkinscoie.com>, Alison Hardy <ahardy@prisonlaw.com>, "cnmitchell@jonesday.com" <cnmitchell@jonesday.com>, David Fathi <dfathi@aclu.org>, "Freouf, Delana (Perkins Coie)" <DFreouf@perkinscoie.com>, Don Specter <dspecter@prisonlaw.com>, Dan Struck <DStruck@strucklove.com>, "Ybarra, Griselda" <Griselda.Ybarra@azag.gov>, "jhgray@perkinscoie.com" <jhgray@perkinscoie.com>, "jlwilkes@jonesday.com" <jlwilkes@jonesday.com>, "jonka@aclu.org" <jonka@aclu.org>, "jrico@azdisabilitylaw.org" <jrico@azdisabilitylaw.org>, Jessica Ross <jross@azdisabilitylaw.org>, "kbrody@acluaz.org" <kbrody@acluaz.org>, Kevin Hanger <KHanger@strucklove.com>, Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Lucy Rand <Lucy.Rand@azag.gov>, Maya Abela <mabela@azdisabilitylaw.org>, Megan Lynch <megan@prisonlaw.com>, "Michael E. Gottfried" <Michael.Gottfried@azag.gov>, Nick Acedo <NAcedo@strucklove.com>, Rose Daly-Rooney <rdalyrooney@azdisabilitylaw.org>, Rita Lomio <rlomio@prisonlaw.com>, Rachel Love <RLove@strucklove.com>, Sarah Hopkins <sarah@prisonlaw.com>, "skader@azdisabilitylaw.org" <skader@azdisabilitylaw.org>, Sara Norman <snorman@prisonlaw.com>, Tim Bojanowski <TBojanowski@strucklove.com>, Victoria Lopez <vlopez@aclu.org>, Corene Kendrick <ckendrick@prisonlaw.com>, "DBarr@perkinscoie.com" <DBarr@perkinscoie.com>, Tim Ray <TRay@strucklove.com>, Richie Valenti <RValenti@strucklove.com>
Date:    10/06/2017 11:18 AM
Subject: RE: Parsons: this/next week

1