**Index of Exhibits to Defendants' Reply to Plaintiffs' Response to Order [Dkt. 2503] Regarding Attorneys' Fees**

Exhibit 1   Chart of excerpts of Plaintiffs' Billing Entries

Exhibit 2   Chart of time spent preparing Plaintiffs' Fees' Motion

Exhibit 3   Summary of prohibited expense items claimed by Plaintiffs

**EXHIBIT 1**

**EXHIBIT 1**

**EXHIBIT 1**
**Chart of Excerpts from Plaintiffs' Billing Entries**

| DATE | TIMEKEEPER | DESCRIPTION | TIME |
|---|---|---|---|
| 10/14/15 | AH | reviewed reports to select i/ms for record review | 0.20 |
| 11/19/15 | CK | Phone calls w/Kirstin re: various case status issues | 0.80 |
| 11/10/15 | AH | phone call w/Dr. Wilcox re tour | 0.50 |
| 11/24/15 | DS | review of lt to Lucy re videotapes | 0.20 |
| 11/24/15 | AH | phone call w/Dr. Wilcox re file reviews and Tucson visit | 0.40 |
| 11/30/15 | CK | Meet and confer w/Defendants. From PLO: DS, CK, AH | 1.20 |
| 12/10/15 | AH | researched expert report | 1.40 |
| 12/18/15 | CK | typed up notes from interviews for tour report | 1.50 |
| 01/27/16 | ML | Analyzed and drafted language re CGAR methodology | 0.70 |
| 02/01/16 | LG | Reviewed and analyzed death reviews | 0.40 |
| 02/01/16 | DS | mtg w/AH and CK re: motion on access to med records | 0.20 |
| 03/22/16 | CK | negotiation Phone call w/defs re: revised methodology | 1.50 |
| 03/24/16 | ML | reviewed and analyzed Monitor Guide | 1.80 |
| 03/28/16 | CK | Reviewed defs' proposed monitoring chart for call tomorrow and set up for future calls | 1.10 |
| 04/05/16 | ML | Call re monitoring methodology | 1.60 |
| 04/09/16 | DS | research on PLRA and emails to and from Fathi re same | 1.50 |
| 04/15/16 | CK | worked on letter to defs re monitoring guide | 2.80 |
| 07/11/16 | CK | reviewed more recent CGARs for compliance issues | 0.40 |
| 08/01/16 | DS | status conference re access to medical records and other issues | 0.60 |
| 08/01/16 | DS | phone call w/IT consultant re read-only issues | 0.30 |
| 09/01/16 | CK | worked on declaration | 0.30 |
| 09/30/16 | DS | mtg w/CK re: methodology guide | 0.40 |
| 10/12/16 | ML | Compared version of the monitor guide | 2.30 |
| 10/24/16 | CK | call w/judge re tours | 0.30 |
| 12/07/16 | AH | phone call w/defs re access to eomis | 0.40 |
| 12/14/16 | AH | phone call w/expert re file reviews | 0.40 |
| 12/19/16 | ML | reviewed and analyzed Sept and Oct CGAR results | 3.60 |
| 12/21/16 | DS | review of notices to prisoners re retaliation | 0.30 |
| 12/28/16 | CK | draft notice to court re: errors in previous filing | 0.30 |
| 01/13/17 | DS | Draft declaration in support of reply brief for mtn to modify Stip | 1.00 |
| 01/24/17 | AH | edited, cite-checked Comments re monitoring manual | 4.80 |
| 03/08/17 | CK | hearing on monitoring | 3.50 |
| 04/17/17 | DS | evidentiary hearing (by phone) for witness re monitoring compliance | 7.50 |
| 05/05/17 | AH | Meeting with w/DS and CK re Receiver, monitoring | 0.30 |
| 05/07/17 | AH | cite-checked brief re monitoring testimony | 5.90 |