**EXHIBIT 2**

**EXHIBIT 2**

**EXHIBIT 2**
**CHART OF TIME SPENT PREPARING PLAINTIFFS' FEES MOTION**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/25/17 | DF | Edit, proofread, exercise billing judgment on time and expense reports | 1.80 |
| 01/26/17 | DF | Edit, proofread time, expense printouts | 0.80 |
| 01/29/17 | DF | Final edit, proof of 2016 time and expense records | 0.50 |
| 01/30/17 | DF | Finalize, send enforcement fees and expenses to co-counsel | 0.20 |
| 02/16/17 | CK | final review of 2016 litigation fees to remove billing judgment items | 0.40 |
| 04/17/17 | DS | review email and attachment from Struck re fee enforcement demand | 0.50 |
| 04/19/17 | DS | email with Dan Barr re fee dispute | 0.20 |
| 04/19/17 | DS | email to Struck re fee dispute | 0.30 |
| 05/18/17 | JM | Research on fees petition (standards, parsing claims, etc.) | 4.50 |
| 05/22/17 | JM | Research on fees petition (standards, parsing claims, etc.) and reviewing orders where plaintiffs prevailed | 2.00 |
| 05/24/17 | JM | Research on fees petition (standards, parsing claims etc.) and reviewing orders where plaintiffs prevailed | 3.00 |
| 05/25/17 | JM | Research on fees petition (standards, parsing claims, etc.) and reviewing orders where plaintiffs prevailed | 2.50 |
| 05/25/17 | AF | Review chart of enforcement action for prevailing party status in support of fees brief | 0.50 |
| 05/25/17 | AF | Review draft legal research for fees brief | 0.70 |
| 05/26/17 | JM | Updates to brief on law regarding fees to incorporate 9th Circuit law and facts of the case | 3.20 |
| 05/31/17 | JM | Updates to brief on law regarding fees to incorporate 9th Circuit law and facts of the case | 1.60 |
| 06/01/17 | JM | Inter section for fees brief | 2.00 |
| 06/05/17 | AF | Review draft fees declaration | 0.60 |
| 06/06/17 | AF | Draft and edit fees declaration | 2.40 |
| 06/08/17 | DF | Edit draft motion for enforcement fees | 1.00 |
| 06/09/17 | AF | Meet with D. Fathi to discuss fees briefing | 0.20 |
| 06/09/17 | DF | Meet with Amy regarding brief for enforcement fees | 0.30 |
| 06/20/17 | AF | Email K. Brody regarding need for declaration to support fees brief for HC PM enforcement | 0.20 |
| 06/21/17 | AF | Draft and edit fees brief for HC PM enforcement | 3.50 |
| 06/22/17 | AF | Review docket and pleadings for prevailing party analysis in support of mtn for attorney's fees | 3.20 |
| 06/22/17 | AF | Revise and edit mtn for attorney's fees | 1.40 |
| 06/23/17 | AF | Edit mtn for attorneys fees | 1.60 |
| 06/27/17 | DF | Research, edit draft of fees motion; email co-counsel regarding same | 1.50 |
| 06/28/17 | DF | Draft fee declaration | 0.40 |
| 06/28/17 | DF | Email with co-counsel regarding draft fees brief | 0.10 |
| 06/29/17 | AF | Edit mtn for attorneys fees | 1.00 |
| | | ***TOTAL*** | ***42.10*** |