**EXHIBIT 3**

**EXHIBIT 3**

**EXHIBIT 3**
**SUMMARY OF PROHIBITED EXPENSES CLAIMED BY PLAINTIFFS**

| DATE | STAFF | DESCRIPTION | TIME | SLIP VALUE | REVISED CALCULATION |
|---|---|---|---|---|---|
| 12/02/2015 | PLO | Riley Peterson billing for medical records review | 33.75 | 3,037.50 | 3,037.50 |
| 12/02/2015 | PLO | Expert Medical Record Review – Paul Roubidoux | 30.0 | 2,700.00 | 2,700.00 |
| 12/31/2015 | PLO | Expert Medical Record review – Paul Roubidoux | 40.0 | 3,600.00 | 3,600.00 |
| 01/21/2016 | PLO | 11 hours of case reviews – Riley Peterson | 11.0 | 1,026.00 | 1,026.00 |
| 02/16/2016 | Fathi | Miscellaneous legal expenses – on-line ticket fee (for airfare 02/29/16 to 03/02/16) | | 9.00 | 9.00 |
| 02/14/2017 | Fathi | Miscellaneous legal expenses – AmEx interactive No Touch fee | | 9.00 | 9.00 |
| 05/24/2017 | Fathi | Miscellaneous legal expenses – interactive no touch fee | | 9.00 | 9.00 |