# EXHIBIT 1

# (REDACTED)

# PERFORMANCE MEASURE 11

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| | LEWIS |
|---|---|
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |

# PERFORMANCE MEASURE 35

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

# PERFORMANCE MEASURE 39

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |

# PERFORMANCE MEASURE 44

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

# PERFORMANCE MEASURE 46

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

**Eyman PM 46**

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| | FLORENCE |
|---|---|
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |

| | FLORENCE |
|---|---|
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

# PERFORMANCE MEASURE 47

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|------------|-------------|---------|
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |
|            |             | EYMAN   |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| NONE | | PERRYVILLE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | PHOENIX |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

# PERFORMANCE MEASURE 50

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |

# PERFORMANCE MEASURE 51

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | UNKNOWN |
| | | TUCSON |

# PERFORMANCE MEASURE 52

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | TUCSON |
| | | FLORENCE |

# PERFORMANCE MEASURE 54
# [REDACTED]

No Report Available at this time.

# PERFORMANCE MEASURE 66

# [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| NONE | | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |