Michael J. Cohn #288721
ASPC Lewis / Stiner 5B21
P.O. Box 3100
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12 CV601-DKD |
| v. | Serious Hepatitis 'C' matter, etc. |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, class plaintiff in the above captioned case respectfully notify this honorable court of issues pertaining to Hepatitis 'C' as described in the attached letter. Briefly,...

1) The Standard of Care is to administer medications at any stage.
2) Monitoring by itself only denies treatment.
3) Treatment that is less efficacious than appropriate constitutes "deliberate indifference."
4) Cost cannot be used as an excuse to deny treatment.

Respectfully submitted,          Date: 2/6/18
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn
Prisoner Rights Advocate

Per General Order 14-17
Original e-filed to:    on 2/9/18
Clerk of the U.S. Dist. Ct.

Michael J. Cohn #288721
ASPC Lewis/Stiner 5A21
P.O. Box 3100
Buckeye, AZ 85326

2/6/18

Amber Norris, Investigator
Prison Law Ofc.
General Delivery
San Quentin, CA 94964
Re: Schiller #32158

Ms. Norris:

I write today regarding Mr. Schiller #32158. Mr. Schiller's Hep "C" load was 2,754 per his most recent lab report. Mr. Schiller was reportedly told by the provider that his levels are substantially elevated, but not serious enough to warrant treatment.

I respectfully remind you of Abu-Jamal v. Wetzel, U.S.D.C. (M.D. Penn) 3:16-cv-02000-RDM 2017 Lexis 368. Monitoring denies treatment of a serious medical condition. The standard of care is to administer Hep "C" medications regardless of the disease's stage... Consistent with Helling v. McKinney, 509 US at 33 (1993)

I also remind you that cost cannot be used as an excuse to deny treatment. Rosado v. Alameida, (S.D. Cal. 2004).

Treatment that is less efficacious than appropriate constitutes "Deliberate Indifference." Estelle v. Gamble 429 US. at 104 n10 (1976)

2 of 4

another reminder. Only 40 inmates were treated last in 2016 with the current generation of Hep 'c' meds (Harvoni, etc). I have heard credible estimates that 16% - 60% of inmates have "Hep 'c'." This translates to 6500 - 24,000 inmates with "Hep 'c'." ADC/Corizon seem willing to unleash an epidemic of Hep 'c' cases on the community at large as most inmates are released.

Please assist Mr. Schiller.

Yours in Prisoner Rights,

*[signature]*

Dr. Michael J. Cohn
Prisoner Rights Advocate

Written Copy

Michael J. Cohn #255721
ASPC Lewis/Stiner
P.O. Box 3100
Buckeye, AZ 85326

2/4/18

<u>URGENT</u>

Mae Ackerman-Brimberg, Esq.
Prison Law Ofc.
General Delivery
San Quentin, CA 94964

Re: Downey #209106

Ms. Ackerman-Brimberg:

I write today again about Mr. Downey #209106. Mr. Downey had a stroke, saw neurologist and treatment with medication was prescribed. Mr. Downey reports to me he is losing strength and mobility on his left side and it is progressing to his right side. He reports he can't hold a cigarette or pen in his left hand. An HNR has been submitted + reportedly.

Surgery was deferred previously because of the risks. Surgery may be the only treatment available for him at this point.

Please assist. If you write him, I will assist in his response. In my lay opinion, he is unable to meaningfully advocate for himself.

Yours in Prisoner Rights,

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn
Prisoner Rights Advocate

4 of 4