# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: February 7, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
      Plaintiffs    Defendants

========================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>          <u>Jennifer Pancratz</u>
   Deputy Clerk          Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Ashlee Hesman and Jacob Lee for Defendants

========================================================================
**PROCEEDINGS:**      <u>  X  </u> Open Court      <u>     </u> Chambers      <u>     </u> Other

This is the time set for Telephonic Status Hearing. Discussion is held regarding Performance Measures 85 and 86. Contact dates are questioned and answered. Dr. Taylor addresses the Court. Argument is heard. IT IS ORDERED the parties are to submit any supplements they wish by no later than February 14, 2018. Responses are due no later than February 21, 2018 after which time the Court will issue its ruling.

An answer is provided to the Court's inquiry of the method used to pull records regarding discontinuation months.

Clarification is requested regarding Performance Measure 86 and the six month discontinuation dates. Dr. Taylor addresses the Court.

Missing performance data for Performance Measure 54 is discussed. Argument is heard. IT IS ORDERED during the Monitoring Bureau visit Ms. Kendrick shall meet with Mr. Lee to determine a pathway to narrow the burden on Defendants when running the report in question. Defendants state they will meet and confer with Plaintiffs on February 8, 2018.

Discussion is held regarding Plaintiffs' request for the Court to intervene on the issue of the former Corizon employee to which the Court declines.

Time in court: 49 min (4:30 PM – 5:19 PM)