Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br><br>**DEFENDANTS' NOTICE TO THE COURT REGARDING DEFENDANTS' PRODUCTION OF ELECTRONICALLY STORED INFORMATION FOR THE FEBRUARY 27, 2018 EVIDENTIARY HEARING** |

Defendants Richard Pratt and Charles Ryan ("Defendants") provide Notice to the Court that they have completed their production of Electronically Stored Information ("ESI") maintained by the identified custodians of the Arizona Department of Corrections ("ADC") to Plaintiffs in preparation for the February 27, 2018 Evidentiary Hearing.

Defendants also provide this Court with status as to production by non-party Corizon as to ESI maintained by Corizon custodians.

## ADC CUSTODIAN PRODUCTION COMPLETE

Based upon the search terms agreed to by the parties or ordered by the Court, ADC collected 72,259 electronic files (e-mails and attachments). After de-duplication and court-approved culling for privilege, ADC's vendor output 18,682 unique electronic files for review and possible production.

Pursuant to the parties' subsequent agreement to modify two search terms to add a proximity operator, 5,318 electronic files were excluded.

During review, Defendants' counsel identified approximately 1,000 files as being not relevant to the issues in this action because, although they contained one or more search terms from an identified custodian, the content of the communication and attachment is either: 1) personal communications of ADC employees unrelated to this litigation or the performance of their jobs; 2) relates solely and exclusively to medical care at privately operated facilities which the parties agree are outside the scope of this action (and did not relate to a particular inmate transferred to or from an ADC operated facility such that medical care at the discharging or receiving ADC facility was at issue); or 3) relates and hits only on the term relating to "Community Corrections intervention or sanction programs," which are not at issue in this action because they do not pertain to medical care.

Defendants have identified more than 1,500 documents as privileged and are preparing a privilege log. To the extent counsel determines that any document initially identified as privileged does not have a bona fide basis for such a claim, Defendants will supplement.

In sum, Defendants have produced 10,580 electronic documents or files for the ADC custodians. These files were converted to a PDF format during production, with each page assigned a unique production number. Any formatting of files as set by the author (or last modified by the sender or recipient) was preserved in the production. (In some instances, this resulted in documents being produced which contain blank pages). In total, Defendants have produced 437,610 pages of relevant, non-privileged, ESI maintained by the identified ADC custodians to Plaintiffs in preparation for the February 27, 2018 Evidentiary Hearing. Production is complete but for the forthcoming privilege log.

## CORIZON CUSTODIAN PRODUCTION STATUS

To date, Corizon has provided Defendants' counsel with download access for 7,277 documents, consisting of 29,574 pages. Upon download, Defendants' counsel has forwarded the same to counsel for Plaintiffs in the exact format provided by Corizon to Defendants' counsel (29,574 pages of images, native files, and extracted text). Counsel for Corizon reports that the production format is consistent with standard production format provided by counsel in other cases. Prior to production, Plaintiffs did not request a particular format for production by Corizon.

As to production timelines specifically, undersigned counsel received notification from counsel for Corizon of access to their first production on Friday, February 9, 2018, after close of business. Counsel received electronic access to the electronic file on Saturday, February 9, 2018, and inquired into whether the same had been provided to Plaintiffs' counsel (it had not). Undersigned counsel then (in the midst of Defendants' counsel working on its own production), obtained assistance from her own team to access and properly download the electronic files received from Corizon. On the next business day, Monday, February 12, 2018, Defendants' counsel's team completed download of and forwarded Corizon's production to Plaintiffs' counsel. On that same date, Monday, February 12, 2018, Defendants' counsel's team made a second production of Corizon documents as received from counsel for Corizon. This same date, February 13, 2018,

Defendants' counsel's team made a third production of Corizon documents – the third batch received from counsel for Corizon. Defendants' counsel continue to make all reasonable efforts to quickly download and produce to Plaintiffs' incoming productions from counsel for Corizon.

Corizon estimates that there are approximately 17,000 more documents that will be produced this week on a rolling basis. Corizon is reasonably confident that production can be completed by the end of this week. Defendants' counsel will continue to roll production of Corizon productions as received, after download.

DATED this 13th day of February 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

5