# Index of Exhibits to Declaration of David C. Fathi

**Exhibit 1**  A true and correct copy of a November 21, 2017 email from Ashlee Hesman to Sarah Selzer, attaching Defendants' proposed language

**Exhibit 2**  A true and correct copy of the August 2017 CGAR results from Perryville for PM 85 and 86 **[FILED UNDER SEAL]**

**Exhibit 3**  A screenshot from the ADC electronic medical record of a Perryville patient whose ADC number ends in 781 **[FILED UNDER SEAL]**

# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Ashlee Hesman <ahesman@strucklove.com> |
| **Sent:** | Tuesday, November 21, 2017 2:44 PM |
| **To:** | David Fathi; Elaine Percevecz; Armida_Herrera@azd.uscourts.gov; Sarah_Selzer@azd.uscourts.gov |
| **Cc:** | Sarah_Selzer@azd.uscourts.gov; Alison Hardy; Amy Fettig; Caroline N. Mitchell; Corene Kendrick; Dan Struck; Barr, Daniel (PHX); Don Specter; Griselda Ybarra; Kathy Brody; Kirstin Eidenbach; Maya Abela; Megan Lynch; Michael E. Gottfried; Rachel Love; Richie Valenti; Rita Lomio; Sarah Hopkins; Scott MacPherson; skader@azdisabilitylaw.org; Tim Bojanowski; Victoria Lopez; Lucy Rand; Jennifer Onka; Freouf, Delana (PHX); Tim Ray; Kevin Hanger; Jamie Guzman; Parsons Team; TAYLOR, NICOLE; PRATT, RICHARD (RPRATT@azcorrections.gov) |
| **Subject:** | RE: Parsons v. Ryan: Plaintiffs' Proposed Monitor Guide language for PM 85 and 86 |
| **Attachments:** | Defendants' Proposal PM 85 & 86.pdf |

Ms. Selzer,

Attached is Defendants' proposed Monitor Guide language for PMs 85 and 86.

Thank you,

Ashlee Hesman

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Tuesday, November 21, 2017 12:16 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Armida_Herrera@azd.uscourts.gov; Sarah_Selzer@azd.uscourts.gov
**Cc:** Sarah_Selzer@azd.uscourts.gov; Alison Hardy <ahardy@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Ashlee Hesman <ahesman@strucklove.com>; Caroline N. Mitchell <cnmitchell@jonesday.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Daniel Barr <dbarr@perkinscoie.com>; Don Specter <dspecter@prisonlaw.com>; Griselda Ybarra <griselda.ybarra@azag.gov>; Kathy Brody <kbrody@acluaz.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Megan Lynch <megan@prisonlaw.com>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; Rachel Love <RLove@strucklove.com>; Richie Valenti <RValenti@strucklove.com>; Rita Lomio <rlomio@prisonlaw.com>; Sarah Hopkins <sarah@prisonlaw.com>; Scott MacPherson <Scott.MacPherson@azag.gov>; skader@azdisabilitylaw.org; Tim Bojanowski <TBojanowski@strucklove.com>; Victoria Lopez <vlopez@aclu.org>; Lucy Rand <Lucy.Rand@azag.gov>; Jennifer Onka <jonka@aclu.org>; Freouf,Delana (Perkins Coie) <DFreouf@perkinscoie.com>; Tim Ray <TRay@strucklove.com>; Kevin Hanger <KHanger@strucklove.com>; Jamie Guzman <JGuzman@strucklove.com>
**Subject:** Parsons v. Ryan: Plaintiffs' Proposed Monitor Guide language for PM 85 and 86

Dear Ms. Selzer:

Pursuant to the Court's directive during today's telephonic hearing, attached hereto is Plaintiffs' proposed Monitor Guide language for PM 85 and 86. This document is also filed at Doc. 2368-1 at 33-36.

Thank you very much.

David C. Fathi*
Director, ACLU National Prison Project

1

915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**PERFORMANCE MEASURES**

Health Care Performance Measure No. 85
Stipulation Category: Mental Health (13)

**CGAR Category: Mental Health (C) 13**

| | |
|---|---|
| **Performance Measure:** MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. | |
| **CGAR Question:** Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? | |
| **Source of Records/Review:** MH 3D Log (Randomized) | |
| **Methodology:** <ul><li>Ten (10) records (if available) with medication discontinuation follow up contacts due in the monitored month will be selected for review at each yard. <span style="color:red">If any of the inmates discontinued medications less than 30 days previously, that record is excluded and another record is randomly drawn.</span></li><li>Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.</li><li>Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued. This date is recorded on the spreadsheet.</li><li>Review the medication discontinuation date and the subsequent follow-up date to ensure that the two contacts were no more than 30 days apart. If they were 30 days or less apart, then it is coded as compliant. If they were more than 30 days apart, then it is coded as non-compliant.</li><li>If no follow-up contact occurred but should have, then it is coded as non-compliant.</li><li><span style="color:red">~~If there are less than 10 records with a subsequent contact due in the monitored month, then the additional records reviewed under PM #86 will only record the date of the discontinuation and will be coded with a 0.~~</span></li></ul> | |

**Formatted:** Font: (Default) Garamond, 12 pt, Condensed by 0.15 pt

1

Draft Revised: 8/25/17

**PERFORMANCE MEASURES**

- If the medications were discontinued after February 2015, and the subsequent contact still has not occurred, then it is coded as noncompliant.

- If the inmate has not been on medications during this incarceration, then this record will not be used, as this is an incorrect subcode.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).



PERFORMANCE MEASURES

**Health Care Performance Measure No. 86**
**Stipulation Category: Mental Health (14)**

**CGAR Category: Mental Health (C) 14**

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |
| **Source of Records/Review:**<br><br>Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |
| **Methodology:**<br><br>- ~~All of the records from HC PM #85 will be reviewed for this PM. If ten (10) records were not located for PM #85, then the required number of records will be reviewed from the MH 3D Log for this PM.~~ The ~~final sample of 10~~ records used for Performance Measure 85 is the starting point for evaluating compliant with Performance Measure 86. If the prisoner has been in ADC custody, or had their medications discontinued, for less than 90 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records (if available) have been drawn.<br>- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br>- Review eOMIS to determine the medication discontinuation date.<br>- ~~From~~ The last two contacts by a clinician after the medication discontinuation date will be reviewed to determine whether the contacts were no more than 90 days apart. If the contacts were 90 days or less apart, then the date of both contacts will be recorded, and it will be coded as compliant. If they are more than 90 days apart, then it will be coded as non-compliant. If there are no contacts by a clinician, the record will be coded as non-compliant. If there is only one contact by a clinician, the record will be coded as non-compliant, unless that contact is no more than 90 days from both (1) the date the prisoner |

3

Draft Revised: 8/25/17

**PERFORMANCE MEASURES**

<div style="border: 1px solid black; padding: 10px;">

was admitted to ADC or the medications were discontinued, whichever is later, and (2) the last day of the monitored month. If both of these conditions are met, the record will be coded as "0" and not counted as either compliant or non-compliant. ~~, look to see if there was a contact by a clinician within 90 days of that first date. If this first contact was completed in 90 days or less from the medication discontinuation date, then it is coded as compliant. If this contact was more than 90 days after the medication discontinuation date, then it is coded as non-compliant.~~

- ~~If the first follow-up contact was not yet due in the monitored month, then "N/A" is recorded and it is coded with a 0.~~

- ~~If a second follow-up contact is due during or before the monitored month, then the record is also reviewed to determine if this contact was completed within 90 days or less from the first follow-up contact. If it was completed within 90 days or less, then the record is coded as compliant. If it was completed more than 90 days from the first follow-up contact date, then the record is coded as non-compliant.~~

- A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.

- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement).

</div>

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL