UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL** |

This Court having reviewed Plaintiffs' Motion to Seal, and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal and instructing the Clerk of the Court to seal the documents as set forth in the Motion (Exhibits 2 and 3 to the Declaration of David C. Fathi).