Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE OF FILING DECLARATION REGARDING WINSLOW TELEPSYCHOLOGY ISSUE PUSUANT TO COURT ORDER (DOC. 2559)**<br><br>(Oral Argument Requested) |

1   Pursuant to the Court's Order (Doc. 2559), Defendants attach as Exhibit 1 the

2   Declaration of Nicole Taylor regarding the Winslow telepsychology issue.

3   DATED this 14th day of February 2018.

4                                   STRUCK LOVE BOJANOWSKI & ACEDO, PLC

5

6                                   By /s/Timothy J. Bojanowski
                                        Daniel P. Struck
7                                       Rachel Love
                                        Timothy J. Bojanowski
8                                       Nicholas D. Acedo
                                        Ashlee B. Hesman
9                                       Jacob B. Lee
                                        Kevin R. Hanger
10                                      Timothy M. Ray
                                        Richard M. Valenti
11                                      Jamie D. Guzman
                                        3100 West Ray Road, Suite 300
12                                      Chandler, Arizona  85226

13                                      Arizona Attorney General Mark Brnovich
                                        Office of the Attorney General
14                                      Michael E. Gottfried
                                        Lucy M. Rand
15                                      Assistant Attorneys General
                                        15 South 15th Avenue
16                                      Phoenix, Arizona 85007

17                                      *Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28

1

1

**CERTIFICATE OF SERVICE**

2

       I hereby certify that on February 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4

| Alison Hardy: | ahardy@prisonlaw.com |

5

| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |

6

7

| Amy B. Fettig: | afettig@npp-aclu.org |

8

| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |

9

| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |

10

11

| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |

12

| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |

13

| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |

14

| Donald Specter: | dspecter@prisonlaw.com |

15

| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |

16

| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |

17

| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |

18

| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |

19

| Kathleen E. Brody: | kbrody@acluaz.org |

20

| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |

21

| Maya Abela | mabela@azdisabilitylaw.org |

22

| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |

23

| Sara Norman: | snorman@prisonlaw.com |

24

| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |

25

| Rita K. Lomio: | rlomio@prisonlaw.com |

26

| Victoria Lopez: | vlopez@aclu.org |

27

28

1

2        I hereby certify that on this same date, I served the attached document by U.S.
Mail, postage prepaid, on the following, who is not a registered participant of the
3   CM/ECF System:

4        N/A

5                                      /s/Timothy J. Bojanowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28