**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF NICOLE TAYLOR, Ph.D., J.D., CCHP-MH** |

I, **NICOLE TAYLOR**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Mental Health Director and a Mental Health Monitor for the Arizona Department of Corrections (ADC).

3. I attended the January 18, 2018 Status Hearing. During the hearing, Plaintiffs' counsel, David Fathi, presented and referred to a document, titled "Arizona Department of Corrections Corizon Health Bi-Weekly Meeting - Director's Office Thursday, October 5, 2017 – 11:00 pm to 12:00 noon" (October 5 Agenda), during a discussion concerning Performance Measure 94 and the use of Telepsych at ASPC-Winslow. Prior to the January 18 hearing, I was not aware of the existence of this document; I typically do not attend ADC Corizon Bi-Weekly Director's Office Meetings. I have now reviewed the October 5 Agenda, which is bates labeled ADCM1043042-1043056.

4. Performance Measure 94 requires that "[a]ll prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse."

5. Telepsych encompasses telepsychology and telepsychiatry.

6. Corizon, not ADC, prepared the October 5 Agenda. Furthermore, it was not provided to the ADC Health Services Contract Monitoring Bureau (HSCMB) for monitoring purposes. The ADC HSCMB does not use the information in the October 5 Agenda or any other ADC Corizon Bi-Weekly Director's Meeting agenda to audit performance measures.

7. With respect to Performance Measure 94, ADC monitors utilize a randomized Suicide Watch Log as the source of records. Once the inmates are selected, monitors access eOMIS and review the contact notes. The complete methodology for auditing Performance Measure 94 is documented in the ADC HSCMB Monitor Guide to which Plaintiffs have access.

8. ADCM1043054 contains a pie chart which depicts zero telepsychiatry encounters at ASPC-Winslow from June 2017 to September 2017.

9. ADCM1043056 contains a pie chart which depicts zero telepsychology encounters at ASPC-Winslow from June 2017 to September 2017.

10. I performed a manual review of all mental health contacts performed at ASPC-Winslow from June 2017 to September 2017. Based on that review, I confirmed that there were no telepsychiatry encounters at ASPC-Winslow during that period. However, I also confirmed that the representation in ADCM1043056 that there were zero telepsychology encounters at ASPC-Winslow from June 2017 to September 2017 is incorrect.

11. Since May 2016, Patrick Metz, a Licensed Professional Counselor (LPC), has been the primary licensed mental health clinician to conduct mental health contacts at ASPC-Winslow. He performs these contacts through telepsychology; these include contacts in June, July, August, and September 2017. These telepsychology contacts are performed in a confidential setting. Attached as Exhibit A are true and accurate copies of the area where telepsych occurs in a confidential setting.

12. The Pentaho report that was used to create the pie chart in ADCM1043056 did not capture Mr. Metz's telepsychology contacts because, in eOMIS, Mr. Metz identifies the setting where a contact is held (e.g., in-person, telepsych) by typing that information into eOMIS rather than selecting the setting from a range of pre-determined options. Pentaho cannot pull the information contained in these typed notes. Consequently, the data that was used to create the pie chart in ADCM1043056 incorrectly represents that there were no telepsychology encounters at ASPC-Winslow from June 2017 to September 2017.

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed this 14th day of February, 2018.

*Nicole Taylor, PhD, JD, CCHP-MH*
NICOLE TAYLOR, Ph.D., J.D., CCHP-MH

3

**EXHIBIT A**

**EXHIBIT A**



