# EXHIBIT 1

# (REDACTED)

# PERFORMANCE MEASURE 54

## [REDACTED]

EYMAN

| ADC Number | First Name | Last Name | Complex |
|---|---|---|---|
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |