# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

The Court having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 2577), and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2577).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibit 1 to Defendants' Notice Regarding December 2017 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2373).

Dated this 14th day of February, 2018.

_____
David K. Duncan
United States Magistrate Judge