## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: February 14, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
           Plaintiffs            Defendants
=====================================================================

HON:    David K. Duncan            Judge # <u>70BL/DKD</u>

           Caryn Smith                  Laurie Adams
           Deputy Clerk                 Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love for Defendants

=====================================================================
**PROCEEDINGS:**     __X__ **Open Court**     _____ **Chambers**     _____ **Other**

This is the time set for Telephonic Status Hearing.  Discussion is held regarding the production received from Defendants.  IT IS ORDERED any issues that create prejudice at the hearing shall be addressed at that time.  Further discussion is held.  IT IS ORDERED the hearings will proceed as scheduled.  Any issues that arise will be addressed at the time.


Plaintiffs request that Defendants produce all documents that were captured based upon the agreed-upon search terms.  Argument is heard.  IT IS ORDERED any emails that only contain personal information and are not related in any way to this litigation may be excluded.  However, if there is personal information included in an email that also contains information concerning this litigation that email is to be produced with redactions to the personal information only.


Time in court: 10 min (4:31 PM – 4:41 PM)