# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO REPORT JANUARY 2018 DATA REGARDING COMPLIANCE WITH CERTAIN PERFORMANCE MEASURES PURSUANT TO ORDER TO SHOW CAUSE** |

The Court, having reviewed Defendants' Motion to Extend Time to Report January 2018 Data Regarding Compliance with Certain Performance Measures Pursuant to Order to Show Cause, and good cause appearing,

IT IS ORDERED that the Motion to Extend Time is GRANTED.

IT IS FURTHER ORDERED that Defendants may have up to and including March 5, 2018 to file the list of instances of non-compliance with certain Performance Measures for January 2018 as required by the Court's October 10, 2017 Order (Doc. #2373).