| ✎AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|

| 1. NAME  Timothy J. Bojanowski | | 2. PHONE NUMBER<br>480-420-1600 | 3. DATE  02-18-2018 | |
|---|---|---|---|---|

**4. FIRM NAME**  Struck Love Bojanowski & Acedo, PLC

| 5. MAILING ADDRESS  3100 W. Ray Road, Ste. 300 | 6. CITY  Chandler | 7. STATE<br>AZ | 8. ZIP CODE<br>85226 |
|---|---|---|---|

| 9. CASE NUMBER<br>12-cv-601 | 10. JUDGE  David K. Duncan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 02-14-2018 | 12. |

| 13. CASE NAME<br>Parsons v. Ryan | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|---|
| ☐ VOIR DIRE | | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | | |
| ☐ OPENING STATEMENT (Defendant) | | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | | |
| ☐ OPINION OF COURT | | | | |
| ☐ JURY INSTRUCTIONS | | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | | Telephonic Hearing | 02-14-2018 |
| ☐ BAIL HEARING | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☑ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | ☑ ASCII (e-mail) | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>epercevecz@strucklove.com |
|---|---|

| 19. SIGNATURE  /s/Timothy J. Bojanowski | **NOTE:  IF ORDERING MORE THAN ONE FORMAT,<br>THERE WILL BE AN ADDITIONAL CHARGE.** |
|---|---|

20. DATE  02-18-2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY