Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**PLAINTIFFS' PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

LEGAL138645740.1

1  Plaintiffs petition this Court, pursuant to the authority of 28 U.S.C. § 2241(c)(5)
2  and Fed. R. Civ. P. 81(a)(4), and respectfully states as follows:
3      (1)    This Court is holding a hearing in this matter.
4      (2)    The testimony of William Upton (ADC #128149) is material and necessary
5  to a just and fair presentation of the facts at the hearing.
6      (3)    The witness is presently confined as at South Unit, ASPC Florence,
7  Florence, Arizona.
8      (4)    The aforementioned hearing is set before this Court on February 28, 2018 at
9  9:00 a.m.
10  WHEREFORE, Plaintiffs requests that this Court issue a *Writ of Habeas Corpus*
11  *Ad Testificandum* to Kevin Curran, the Warden of ASPC Florence, 1305 E. Butte Avenue,
12  Florence, Arizona 85132 to bring William Upton before this Court on February 28, 2018
13  at 9:00 a.m.
14  Dated:  February 20, 2018        **EIDENBACH LAW, P.L.L.C.**

By:   s/ Kirstin T. Eidenbach
       Kirstin T. Eidenbach (Bar No. 027341)
       P. O. Box 91398
       Tucson, Arizona 85752
       Telephone:  (520) 477-1475
       Email:    kirstin@eidenbachlaw.com

       Daniel C. Barr (Bar No. 010149)
       Amelia M. Gerlicher (Bar No. 023966)
       John H. Gray (Bar No. 028107)
       **PERKINS COIE LLP**
       2901 N. Central Avenue, Suite 2000
       Phoenix, Arizona 85012
       Telephone:  (602) 351-8000
       Email:    dbarr@perkinscoie.com
                 agerlicher@perkinscoie.com
                 jhgray@perkinscoie.com

       Kathleen E. Brody (Bar No. 026331)
       **ACLU FOUNDATION OF ARIZONA**
       3707 North 7th Street, Suite 235
       Phoenix, Arizona 85013
       Telephone:  (602) 650-1854
       Email:    kbrody@acluaz.org

LEGAL138645740.1

1 | Donald Specter (Cal. 83925)*
2 | Alison Hardy (Cal. 135966)*
3 | Sara Norman (Cal. 189536)*
  | Corene Kendrick (Cal. 226642)*
  | Rita K. Lomio (Cal. 254501)*
  | **PRISON LAW OFFICE**
4 | 1917 Fifth Street
  | Berkeley, California 94710
5 | Telephone:  (510) 280-2621
  | Email:     dspecter@prisonlaw.com
6 |            ahardy@prisonlaw.com
  |            snorman@prisonlaw.com
7 |            ckendrick@prisonlaw.com
  |            rlomio@prisonlaw.com
8 |
  | *Admitted *pro hac vice*
9 |
  | David C. Fathi (Wash. 24893)*
10| Amy Fettig (D.C. 484883)**
  | Victoria Lopez (Ill. 6275388)*
11| **ACLU NATIONAL PRISON PROJECT**
12| 915 15th Street N.W., 7th Floor
  | Washington, D.C. 20005
13| Telephone:  (202) 548-6603
  | Email:     dfathi@aclu.org
14|            afettig@aclu.org
  |            vlopez@aclu.org
15|
  | *Admitted *pro hac vice*.  Not admitted
16|   in DC; practice limited to federal
  |   courts.
17| **Admitted *pro hac vice*

18| Caroline Mitchell (Cal. 143124)*
  | **JONES DAY**
19| 555 California Street, 26th Floor
  | San Francisco, California 94104
20| Telephone:  (415) 875-5712
  | Email:     cnmitchell@jonesday.com
21|
  | *Admitted *pro hac vice*
22|
  | John Laurens Wilkes (Tex. 24053548)*
23| **JONES DAY**
  | 717 Texas Street
24| Houston, Texas 77002
  | Telephone:  (832) 239-3939
25| Email:     jlwilkes@jonesday.com

26| *Admitted *pro hac vice*
27|
28|

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1  **CERTIFICATE OF SERVICE**

2    I hereby certify that on February 20, 2018, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                      s/ D. Freouf

LEGAL138645740.1                         -4-