UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**IT IS ORDERED** that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to Warden Kevin Curran, ASPC Florence, to bring **William Upton (ADC #128149), South Unit**, to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Wednesday, February 28, 2018, at 9:00 a.m., to appear before United States Magistrate Judge David K. Duncan for the purpose of a hearing. The Department of Corrections is to maintain custody of the inmate at all times. The inmate is to be returned at the conclusion of the hearing to the Arizona Department of Corrections, ASPC Florence, South Unit.

LEGAL138646145.1