Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE UPTON AT THE FEBRUARY 28, 2018 ORDER TO SHOW CAUSE HEARING PER COURT ORDER (DKT. 2610)** |

Defendants, through counsel, hereby object to Plaintiffs' Petition for *Writ of Habeas Corpus Ad Testificandum* requiring the attendance of inmate William Upton (ADC #128149) ("Inmate Upton") at the Order to Show Cause Hearing set for February 28, 2018. The factors the Court must consider weigh against his transport back and forth for the hearing.

Plaintiffs ask this Court to issue a *writ of habeas corpus ad testificandum* for Inmate Upton to be produced to testify at the Order to Show Cause hearing set to be heard on February 28, 2018 (Dkt. 2607). Within Plaintiffs' Writ, there is no description of the testimony to be offered by the witness which would justify his attendance at the hearing. The issue to be decided is whether the Defendants should be held in contempt for a violation of the Court's Order (Dkt. 2373). Inmate Upton is not a part of the monitoring team, is not a named Defendant subject to the Court's Order, and is not an employee or former employee of the Arizona Department of Corrections ("ADC") who would have personal knowledge of Defendants' compliance with this Court's Order. As such, Inmate Upton's testimony is neither relevant nor material to the Court. In an effort to discover the relevance of the testimony, Defendants inquired of Plaintiffs as to the relevance of having Inmate Upton transported to the Court to testify. Defendants received no response to their request as of the time of this filing.

An inmate in a civil action does not have a right to be personally present at any stage of a judicial proceeding. *See Hernandez v. Whiting*, 881 F.2d 768, 770 (9th Cir. 1989) (imprisonment suspends a plaintiff's usual right to be personally present at judicial proceedings brought by himself or on his behalf). The Court, however, has discretion to issue a *writ of habeas corpus ad testificandum* to permit an inmate litigant to be physically present in court. *See Price v. Johnston*, 334 U.S. 266, 284 (1948); *see also Wiggins v. Alameda County*, 717 F.2d 466, 468 n.1 (9th Cir. 1983). In determining whether to issue the writ, a Court must balance the interests of the inmate against the interests of the other parties, including the authorities who have custody of the prisoner. *See Strube v. Strube*, 158 Ariz. 602, 605, 764 P.2d 731, 734 (1988). In doing so, the Court must consider

1

several factors: (1) whether the prisoner's presence will substantially further the resolution of the case; (2) the security risks presented by the prisoner's presence; (3) the expense of the prisoner's transportation and safekeeping; and (4) whether the suit can be stayed until the prisoner is released without prejudice to the cause asserted. *See Wiggins*, 717 F.2d at 468 n.1. None of these factors justifies the burden, expense, and security concerns associated with transporting Inmate Upton from ADC's Florence facility to the Courtroom under the circumstances here.

Wherefore, Defendants' respectfully request the Court sustain Defendants' objection and deny Plaintiffs' *Writ of Habeas Corpus Ad Testificandum* (Dkt. 2607).

RESPECTFULLY SUBMITTED this 21st day of February 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Timothy J. Bojanowski
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1

2    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4    N/A

5                                    /s/Timothy J. Bojanowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4