Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' REPLY TO DEFENDANTS' NOTICE OF FILING DECLARATION REGARDING WINSLOW TELEPSYCHOLOGY ISSUE PUSUANT [SIC] TO COURT ORDER (DOC. 2594)** |

Plaintiffs respond to Defendants' Notice of Filing Declaration Regarding Winslow Telepsychology Issue (Doc. 2594) and the accompanying declaration of Nicole Taylor (Doc. 2594-1).[1]

Attached as Exhibit 1 to the Declaration of David Fathi ("Fathi Decl."), filed herewith, is a 15-page document, Bates number ADCM1043042-3056, titled "Arizona Department of Corrections Corizon Health Bi-Weekly Meeting – Director's Office, Thursday, October 5, 2017, 11:00 p.m. [sic] to 12:00 noon." This document appears to summarize proceedings of a meeting in the ADC Director's office regarding various aspects of the provision of health care in the Arizona Department of Corrections.[2]

These meeting minutes clearly state that no telepsychology or telepsychiatry services were provided at ASPC-Winslow in June, July, August, or September of 2017. [*See* Fathi Decl., Ex. 1 at ADCM1043054, 3056]  Because there has been no mental health staff at Winslow since May of 2016, Plaintiffs asked at the January 18, 2018 status hearing how mental health services were being provided to patients on suicide watch and other patients requiring mental health services at Winslow. [*See* 1/18/18 Tr. at 104:21-106:4]

The Taylor declaration states that the information set forth in the minutes is incorrect. [Doc. 2594-1 ¶ 10] This response is concerning for a number of reasons.

First, it demonstrates once again that Plaintiffs and the Court cannot rely upon the accuracy of documents provided by Defendants. It is no answer to say that "Corizon, not ADC, prepared the October 5 Agenda [sic]" (*id*. ¶ 6), when Defendants routinely file with

---

[1] Defendants' filing was untimely. The Court ordered Defendants to file their response to the issues raised at the January 18, 2018 hearing by January 26. [Doc. 2559 at 2] Defendants requested, and Plaintiffs stipulated to, a two-week extension to February 9, 2018, with Plaintiffs' response due one week later (Doc. 2567 at 2), but it appears that the Court never ruled on the stipulation. Defendants ultimately filed their response on February 14.

[2] While the Declaration of Nicole Taylor repeatedly refers to this document as an "agenda," it appears to summarize the discussion that occurred at the meeting, and so will be characterized in this filing as "minutes."

the Court information provided by Corizon, with no independent verification of its accuracy. [*See, e.g.*, Doc. 2576 at 2 n. 1 (filing information regarding December 2017 compliance with the Court's Order to Show Cause with Performance Measures 11, 35, 39, 44, 46, 47, 50, 51, 52, 54, and 66, but noting that "[t]he information … was provided to Defendants by Corizon"); 9/12/17 Tr. at 8:4-7 (monthly staffing reports are provided by Corizon)]

Second, the explanation provided for the inaccuracy is as follows:

> The Pentaho report that was used to create the pie chart in ADCM1043056 did not capture Mr. Metz's telepsychology contacts because, in eOMIS, Mr. Metz identifies the setting where a contact is held (e.g., in-person, telepsych) by typing that information into eOMIS rather than selecting the setting from a range of pre-determined options. Pentaho cannot pull the information contained in these typed notes. Consequently, the data that was used to create the pie chart in ADCM1043056 incorrectly represents that there were no telepsychology encounters at ASPC-Winslow from June 2017 to September 2017.

[Doc. 2594-1 ¶ 12] In light of Defendants' heavy reliance on Pentaho to compile reports on their compliance, this admission that it cannot accurately report the data in question is extremely concerning. [*See* 11/7/17 Tr. at 25:8-17 (Defendants' counsel states that Defendants "have been in some serious discussions with their contractor, Corizon, over the past couple of weeks and are endeavoring to come up with a method to do real time reporting primarily through a software system called Pentaho")] The error was caught in this one case because Plaintiffs specifically drew attention to it; there is no way of knowing how many other errors have resulted from Pentaho's inability to "pull the information" from medical records and have gone undetected.

Third, Defendants' admission that "Mr. Metz identifies the setting where a contact is held (e.g., in-person, telepsych) by typing that information into eOMIS rather than selecting the setting from a range of pre-determined options" highlights the lack of any consistent standards for how health care staff record critical clinical information. [*See also* Fathi Decl., Ex. 2 at ADCM1476394 (noting that a nurse charted a patient's return from an offsite hospital as "Nurse Seg Visit" in lieu of "Return from Offsite"); Ex. 3 at

1. ADCM1487638 (ADC monitor instructing Tucson Corizon staff that nursing rounds for PM 67 can be entered in a variety of ways and does not have to say "nursing-infirmary rounds" – nursing staff could enter these encounters as "seg visits," "infirmary notes," "infirmary admission," "infirmary discharge," or "return from offsite," and she will mark the record as compliant.)]

Finally, while Dr. Taylor's declaration states that telepsychology is provided in a confidential setting (Doc. 2594-1 ¶ 11), it does not explain how the required mental health services are provided when a patient on suicide watch (or other patient needing mental health services) refuses to leave his cell, and there are no mental health staff physically present at the Winslow facility.

Dated: February 21, 2018

**ACLU NATIONAL PRISON PROJECT**

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
 **PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Asim Dietrich
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf