1    Kathleen E. Brody (Bar No. 026331)
     **ACLU FOUNDATION OF ARIZONA**
2    3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
3    Telephone: (602) 650-1854
     Email: kbrody@acluaz.org

4    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
     *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6    *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
     *others similarly situated*

7    **[ADDITIONAL COUNSEL LISTED BELOW]**

8    Sarah Kader (Bar No. 027147)
     Asim Dietrich (Bar No. 027927)
9    **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
10   Phoenix, Arizona 85034
     Telephone: (602) 274-6287
11   Email: skader@azdisabilitylaw.org
               adietrich@azdisabilitylaw.org
12   *Attorneys for Plaintiff Arizona Center for Disability Law*

13   **[ADDITIONAL COUNSEL LISTED BELOW]**

14                  UNITED STATES DISTRICT COURT

15                      DISTRICT OF ARIZONA

16   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
17   Verduzco; Jackie Thomas; Jeremy Smith; Robert      **DECLARATION OF**
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DAVID C. FATHI**
18   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly
19   situated; and Arizona Center for Disability Law,

20                  Plaintiffs,

21        v.

22   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
23   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
24   capacities,

25                  Defendants.

26

27

28

1    I, DAVID C. FATHI, DECLARE:

2         1.      I am the Director of the ACLU National Prison Project, and am an attorney

3    admitted *pro hac vice* in this matter and co-lead counsel for the plaintiff class.  I have personal

4    knowledge of the matters set forth herein and could testify competently thereto.

5         2.      Attached hereto as Exhibit 1 is a document titled "Arizona Department of

6    Corrections Corizon Health Bi-Weekly Meeting – Director's Office, Thursday, October 5, 2017,

7    11:00 pm [sic] to 12:00 noon."  This document, Bates stamped ADCM1043042-3056, was

8    produced to Plaintiffs by Defendants.

9         3.      Attached hereto as Exhibit 2 and **filed under seal** is a series of email exchanges

10   among ADC and Corizon staff.  This document, Bates stamped ADCM1476394-6398, was

11   produced to Plaintiffs by Defendants.

12        4.      Attached hereto as Exhibit 3 is a series of email exchanges among ADC and

13   Corizon staff.  This document, Bates stamped ADCM1487637-7639, was produced to Plaintiffs

14   by Defendants.

15        I declare under penalty of perjury that the foregoing is true and correct.

16        Executed this 21st day of February, 2018, at Washington, DC.

17                                                     s/ David C. Fathi
18                                                   David C. Fathi

19   **ADDITIONAL COUNSEL:**              David C. Fathi (Wash. 24893)*
20                                         Amy Fettig (D.C. 484883)**
                                           Victoria Lopez (Ill. 6275388)*
21                                         **ACLU NATIONAL PRISON
                                           PROJECT**
22                                         915 15th Street N.W., 7th Floor
                                           Washington, D.C. 20005
23                                         Telephone:  (202) 548-6603
                                           Email:    dfathi@aclu.org
24                                                   afettig@aclu.org
                                                     vlopez@aclu.org
25
                                           *Admitted *pro hac vice*.  Not admitted
26                                          in DC; practice limited to federal
                                            courts.
27                                         **Admitted *pro hac vice*

28

1                          Daniel C. Barr (Bar No. 010149)

Amelia M. Gerlicher (Bar No. 023966)

2                          John H. Gray (Bar No. 028107)

**PERKINS COIE LLP**

3                          2901 N. Central Avenue, Suite 2000

Phoenix, Arizona 85012

4                          Telephone: (602) 351-8000

Email:   dbarr@perkinscoie.com

5                                          agerlicher@perkinscoie.com

6                                        jhgray@perkinscoie.com

7                          Kathleen E. Brody (Bar No. 026331)

**ACLU FOUNDATION OF**

**ARIZONA**

8                          3707 North 7th Street, Suite 235

Phoenix, Arizona 85013

9                          Telephone: (602) 650-1854

Email:   kbrody@acluaz.org

10                       Donald Specter (Cal. 83925)*

11                     Alison Hardy (Cal. 135966)*

Sara Norman (Cal. 189536)*

12                     Corene Kendrick (Cal. 226642)*

Rita K. Lomio (Cal. 254501)*

13                     **PRISON LAW OFFICE**

1917 Fifth Street

14                     Berkeley, California 94710

Telephone: (510) 280-2621

15                     Email:   dspecter@prisonlaw.com

                                        ahardy@prisonlaw.com

16                                   snorman@prisonlaw.com

                                        ckendrick@prisonlaw.com

17                                   rlomio@prisonlaw.com

18                     *Admitted *pro hac vice*

19                     Kirstin T. Eidenbach (Bar No. 027341)

**EIDENBACH LAW, P.L.L.C.**

20                     P. O. Box 91398

Tucson, Arizona 85752

21                     Telephone: (520) 477-1475

Email:   kirstin@eidenbachlaw.com

22                     Caroline Mitchell (Cal. 143124)*

23                     **JONES DAY**

555 California Street, 26th Floor

24                     San Francisco, California 94104

Telephone: (415) 875-5712

25                     Email:   cnmitchell@jonesday.com

26                     *Admitted *pro hac vice*

27

28

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       jross@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 21, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf