# Index of Exhibits to Declaration
# of David C. Fathi

**Exhibit 1**    Document titled "Arizona Department of Corrections Corizon Health Bi-Weekly Meeting – Director's Office, Thursday, October 5, 2017, 11:00 pm [sic] to 12:00 noon."

**Exhibit 2**    A series of email exchanges among ADC and Corizon staff (ADCM1476394-6398) **[FILED UNDER SEAL]**

**Exhibit 3**    A series of email exchanges among ADC and Corizon staff (ADCM1487637-7639)

# EXHIBIT 1

Arizona Department of Corrections
Corizon Health Bi-Weekly Meeting – Director's Office
Thursday, October 5, 2017 – 11:00 pm to 12:00 noon

Volume Indicators - Staffing:

| Open Positions – Total | Contract | Open FTEs | Operating | Open FTEs | Contract | Operating % Variance |
|---|---|---|---|---|---|---|
| 09-07-2017 | 924.95 | (30.05) | 1,004.35 | (109.45) | -3% | -11% |
| 09-26-2017 | 924.95 | (32.37) | 1,004.05 | (111.47) | -4% | -11% |

| Open Positions Job Title: RN | Contract | Open FTEs | Operating | Open FTEs | Contract | Operating % Variance |
|---|---|---|---|---|---|---|
| 09-07-2017 | 178.90 | 1.75 | 193.10 | (12.45) | 1% | -6% |
| 09-26-2017 | 178.90 | 0.15 | 193.10 | (14.05) | 0% | -7% |

| Open Positions Job Title: LPN | Contract | Open FTEs | Operating | Open FTEs | Contract | Operating % Variance |
|---|---|---|---|---|---|---|
| 09-07-2017 | 156.60 | (16.25) | 167.10 | (26.75) | -10% | -16% |
| 09-26-2017 | 156.60 | (12.85) | 167.10 | (23.35) | -8% | -14% |

| Open Positions Job Title: Key Providers | Contract | Open FTEs | Operating | Open FTEs | Contract | Operating % Variance |
|---|---|---|---|---|---|---|
| Site Medical Director (SMD) | | | | | | |
| 09-07-2017 | 10.00 | (5.25) | 7.95 | (3.20) | -53% | -40% |
| 09-26-2017 | 10.00 | (4.45) | 7.95 | (2.40) | -45% | -30% |
| Staff Physician | | | | | | |
| 09-07-2017 | 14.00 | (7.40) | 11.50 | (4.90) | -53% | -43% |
| 09-26-2017 | 14.00 | (6.40) | 11.50 | (3.90) | -46% | -34% |
| Psychologist | | | | | | |
| 09-07-2017 | 19.00 | (3.45) | 16.00 | (0.45) | -18% | -3% |
| 09-26-2017 | 19.00 | (3.45) | 16.00 | (0.45) | -18% | -3% |

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

| Open Positions Job Title: <br> Mid-Level Practitioners | Contract | Open FTEs | Operating | Open FTEs | Contract | Operating <br> % Variance |
|---|---|---|---|---|---|---|
| Mid-Level Practitioner | | | | | | |
| 09-07-2017 | 26.00 | 5.55 | 35.00 | (3.45) | 21% | -10% |
| 09-26-2017 | 26.00 | 3.35 | 35.00 | (5.65) | 13% | -16% |
| MH Mid-Level | | | | | | |
| 09-07-2017 | 11.50 | (1.80) | 12.00 | (2.30) | -16% | -19% |
| 09-26-2017 | 11.50 | (0.80) | 12.00 | (1.30) | -7% | -11% |

| Psychiatrist | | | | | | |
|---|---|---|---|---|---|---|
| 09-07-2017 | 7.50 | (1.50) | 7.50 | (1.50) | -20% | -20% |
| 09-26-2017 | 7.50 | (1.50) | 7.50 | (1.50) | -20% | -20% |
| Psych Associate | | | | | | |
| 09-07-2017 | 52.40 | (3.00) | 57.10 | (7.70) | - 6% | -13% |
| 09-26-2017 | 52.40 | (4.00) | 57.10 | (8.70) | -8% | -15% |
| Psych Assistants/Techs | | | | | | |
| 09-07-2017 | 25.40 | 3.40 | 28.00 | 0.80 | 13% | 3% |
| 09-26-2017 | 25.40 | 2.40 | 28.20 | (0.40) | 9% | -1% |

| Staffing Changes - <br> Period ending 09-26-2017 | FTEs | PRN |
|---|---|---|
| New Hires | 5.7 FTEs | 2.0 FTEs |
| Resignations / Terminations | 5.0 FTEs | 6.0 FTEs |

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043043

Volume Indicators – Operations

| August 2017 Encounter Data | | | | | | |
|---|---|---|---|---|---|---|
| | Provider Chronic Care | Provider Sick Call | Provider Review | Nurse Sick Call | TeleMed | TelePsych |
| Douglas | 123 | 17 | 31 | 325 | 20 | 1 |
| Eyman | 408 | 587 | 261 | 1882 | 207 | 5 |
| Florence | 447 | 122 | 56 | 755 | 231 | 211 |
| Lewis | 615 | 205 | 473 | 1394 | 144 | 128 |
| Perryville | 359 | 51 | 229 | 1621 | 34 | 509 |
| Phoenix | 51 | 51 | 24 | 276 | 0 | 1 |
| Safford | 139 | 168 | 0 | 322 | 17 | 0 |
| Tucson | 604 | 432 | 164 | 1414 | 129 | 276 |
| Winslow | 111 | 100 | 43 | 394 | 146 | 0 |
| Yuma | 564 | 246 | 53 | 941 | 273 | 452 |
| Grand Total | 3421 | 1979 | 1334 | 9324 | 1201 | 1583 |

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043044

Significant Updates /Next Steps:

| Issues | Action | Status |
|---|---|---|
| Compliance Update | 1. Status Hearings/Court Updates (10/03/17) | <ul><li>Status hearing preparation meetings at Corizon on 10/3 and 10/9</li><li>Many action plans being produced and filed with the court</li><li>Next status hearing scheduled for 10/11/2017.</li></ul> |
| | 2. CGAR (10/03/17) | <ul><li>Work continues on a priority basis performing formal process reviews and analysis of non-performing CGAR measures. To date, draft versions of the first 19 performance measures have been produced. Specific resources have been realigned and focused on this critical project.</li></ul> |

4

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1043045

| ASPC –T- Manzanita Unit - Post Watch Dorm | Transitional Housing Unit | <ul><li>Mental Health Staff will be available to monitor this program.  Operations Staff and Dr. Sanchez have written a draft DI related to this transitional program.  The final draft DI has been reviewed by Corizon and Dr. Taylor.</li><li>Mental health staff will provide programming on this unit utilizing the "Introduction to Prison Life" model focusing on adaptive adjustment skills, information on how to access needed assistance from staff, and stress management.</li><li>The Post-Watch Dorm at Manzanita implemented a 'soft start' with six (6) inmate patients on Wednesday, June 7, 2017.</li><li>Per our recent meeting with Operations, Division Director McWilliams anticipates the upcoming officer training to start the week of July 10. Behavioral Health staff will meet with the training officer next week to discuss the curriculum.</li><li>This Program will be evaluated in August, 2017.</li><li>Lynn Cole and Dr. Calcote met with ADC staff on 09-15-17 (including Mr. Profiri, Warden Ramos, and DWs from Lewis, and Tucson staff) to review and evaluate the Manzanita Transitional Unit and the future implementation of the Lewis Transitional Unit.  A follow up meeting will be scheduled.</li><li>Lynn Cole and Dr. Calcote will meet with ADC staff on 10-06-17 at Tucson with staff from Tucson and Lewis to discuss:</li></ul> <ol><li>The possibility of another **the possibility of another Transitional Unit being implemented at Lewis similar to the one at Tucson (the Manzanita Transitional Unit); and**</li><li>**The expansion of mental health programs at Tucson to provide services to up to 200 mental health patients.**</li></ol> <ul><li>**A recommended protocol for transporting inmates on mental health watch was submitted to Offender Operations for consideration on September 19.  It is currently being considered.  This is set for further discussion on October 6.**</li><li>**Aspen Census: 134 with 6 in the pipeline being**</li></ul> |
|---|---|---|

5

| | | |
|---|---|---|
| | | • **admitted this week to bring the census to 140.**<br>• **Dr. Calcote met with Dr. Taylor and DW Eccles at Phoenix on September 29th to discuss the competing priorities of security and inpatient psychiatric treatment.** |
| Clinical Telemedicine | Increasing telemedicine utilization for efficient and effective care and treatment | • See attached Volume Indicators- Clinical |
| 'Health Current' Portal Access – AZ Health Information Exchange (HIE) (formerly branded as AZ Health Information Exchange – AZHIE) | Portal Access Applications submitted to 'Health Current', formerly branded as AZ Health-e Connection (AZHIE) | 1. Portal Access has been confirmed for HSMB, Corizon Staff and Administration Team Members.<br>2. <u>Next steps</u>:<br>• Portal access logons and passwords will be provided once WebEx training has been completed.  For additional flexibility, a "recorded version" alternative to scheduled WebEx training has been provided for Corizon and ADC Staff that can be accessed at any time.<br>• Implementation of HIE tools and direct email accounts will begin after HIE training has been completed.<br>• ASPC Phoenix has been designated as the test site. Daily alerts will be provided to SMD, FHA, and AVPO for 5% of the population on ED admission, ED transfer, ED discharge, IP admission, IP discharge.<br>• 'Health Current' staff will meet with Lynn Cole and Molly Steinman the week of August 14th to educate on patient list creation, uploading and maintenance.<br>• **All Complexes have been asked to provide a list of chronic care patients who have been transported to the ED and/or admitted to the hospital in the last twelve months.  These patients will be uploaded to the HIE and will be monitored for the need for increased resources and/or focused interventions.  It is anticipated that this will total approximately 5% of the inmate population of each Complex.** |
| Care Alert (eOMIS) | March 14, 2017 – care coordination, focused | • Pending eOMIS Enhancement – High priority status<br>• Care Alert go-live effective 6/22/17. |

6

| | interventions, increased resources | • C1 = Director's Projects; C2 = Medication Grievances; and, C3 = ACLU/PLO. |
|---|---|---|
| | |  |
| | | • Molly Steinman will provide training on the Care Alert Program to Corizon and HSMB staff. |
| Vivitrol Program | Medication Assisted Treatment Program | • Vivitrol medication is provided in the form of a shot, the first of which is administered close to an inmate patient's release date. <br> • To date, five (5) patients from ASPC Perryville have received Vivitrol medication three days prior to release. <br> • Vivitrol administration training is scheduled to be provided to the Lewis Complex Team on October 6, 2017. |

| Mass Casualty Planning Meeting | Eyman Complex | The next Mass Casualty Planning meeting is October 12, 2017 at Eyman from 9:00 am to noon.  The "secret" drill is scheduled for Wednesday, December 13 at 8:00 am at Eyman Rynning Unit.  Inmate and staff injuries will be simulated – approximately 6-8 total.  Community responders (EMS, Public Health and County Preparedness) were at the first meeting and will respond in a limited manner as a drill; i.e., ambulance, etc.  Law enforcement will be notified prior to the drill that it is a drill to avoid community concerns. Corizon will participate. |
|---|---|---|

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043048

| Hepatitis C | Hepatitis C Treatment and Management Log | Bi-Weekly Volume Indicators 09/28/2017:<br><br>• 13 patients have completed HCV medications in 2017<br><br>• 13 patients are currently on treatment<br><br>• 3 patients have HCV medication recommendations at sites and are in various waiting stages to start medications.<br><br>• 3 patients in the pipeline (presented to Hepatitis C Committee and are pending further testing/HCV medication recommendations.<br><br>• 21 patients are actively being worked up.<br><br>• 5 patients have been placed on hold for various reasons. |
|---|---|---|

| Nursing | • Infirmary Management | **On September 13, the Corizon Health Nursing Services team facilitated CORE Process Infirmary Training for Florence, Lewis, Perryville, and Tucson. The following week, the Nursing Services Team observed our infirmaries to discuss operational challenges and process improvement with a focus on CGAR measures. A review of all infirmary capabilities, patient acuity, appropriate placement, and training needs were identified. The Nursing Services Team is working closely with our team to implement these CORE processes into our facilities.** |
|---|---|---|
| | • Intersystem Transfers/ Medication Transfers | **We continue to work closely with the RODs to pilot the PM 35 process. We look forward to working with Mark Versluis to improve efficiencies for transport routes and offsite specialty visits.**<br><br>**Flu shots clinics will begin this month. We are awaiting shipment from the supplier** |

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043049

| Nursing (cont) | • Flu Shots | within the next couple of weeks. |
|---|---|---|

Volume Indicators – Clinical

### % of Infirmary Beds Occupied

| % Beds Occupied | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florence | 54% | 65% | 61% | 60% | 46% | 40% | 41% | 40% | 39% | 31% | 24% | 18% |
| Tucson | 35% | 45% | 41% | 39% | 33% | 30% | 27% | 26% | 28% | 28% | 25% | 19% |
| Lewis | 43% | 59% | 54% | 40% | 39% | 26% | 25% | 35% | 40% | 21% | 25% | 29% |
| Perryville | 66% | 58% | 31% | 35% | 44% | 23% | 10% | 24% | 37% | 45% | 50% | 26% |
| Total | 46% | 55% | 49% | 47% | 39% | 33% | 31% | 32% | 34% | 29% | 26% | 20% |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043050

| % Beds Occupied | 2016 Q3 | 2016 Q4 | 2017 Q1 | 2017 Q2 |
|---|---|---|---|---|
| Florence | 60% | 49% | 40% | 24% |
| Tucson | 41% | 34% | 27% | 24% |
| Lewis | 52% | 35% | 33% | 25% |
| Perryville | 52% | 34% | 24% | 40% |
| Total | 50% | 40% | 32% | 25% |



10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043051



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043052



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043053



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043054



14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043055



Open Discussion:

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1043056

# EXHIBIT 2

# FILED UNDER SEAL

## RE: ▌▌▌▌▌▌▌▌

**From:**   "Vaughn, Angela" <angela.vaughn2@corizonhealth.com>
**To:**     "HEADSTREAM, VANESSA" <vheadst@azcorrections.gov>, "McMULLEN,BRENDA"
            <bmcmullen@azcorrections.gov>, "Ortiz, Maricela" <maricela.ortiz@corizonhealth.com>
**Cc:**     "Schmid, Benjamin" <benjamin.schmid@corizonhealth.com>, "Deguara, Stacy"
            <stacy.deguara@corizonhealth.com>, "BRIDDLE, BECKY" <bbriddle2@azcorrections.gov>
**Date:**   Thu, 28 Sep 2017 11:58:34 -0700

I most certainly will.  Olga RN charted it under Nurse Seg Visit in lieu of Return from Offsite.

# Angela D. Kistler, BSN, RN
Assistant Director of Nursing-IPC
ASPC-Tucson
10000 South Wilmot Road
Tucson, Arizona  85734
Angela.Vaughn2@corizonhealth.com
(520) 574-0024 ext. 36331



**From:** HEADSTREAM, VANESSA [mailto:VHEADST@azcorrections.gov]
**Sent:** Thursday, September 28, 2017 11:53 AM
**To:** McMULLEN,BRENDA; Ortiz, Maricela
**Cc:** Schmid, Benjamin; Deguara, Stacy; BRIDDLE, BECKY; Vaughn, Angela
**Subject:** RE: ▌▌▌▌▌▌

There is no 09/15/17 Return from Offsite nursing encounter documented in eOMIS.  Will you address
the matter with the nursing staff?

Vanessa Headstream, CRN, CCHP, LNC
Program Evaluation Administrator
Health Services Contract Monitoring Bureau
(602)255-2474

**From:** McMULLEN,BRENDA
**Sent:** Thursday, September 28, 2017 11:46 AM
**To:** Ortiz, Maricela
**Cc:** Schmid, Benjamin; Deguara, Stacy; HEADSTREAM, VANESSA; BRIDDLE, BECKY
**Subject:** RE: ▌▌▌▌▌▌

So this was actually the conclusion of his consult request of 8/21/17.
When report available to attach to consult for provider review.
Thank you Maricela

**From:** Ortiz, Maricela [mailto:Maricela.Ortiz@corizonhealth.com]
**Sent:** Thursday, September 28, 2017 11:42 AM
**To:** McMULLEN,BRENDA
**Subject:** RE: ▌▌▌▌▌▌

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Hello,
       this was not an ER visit , he was actually scheduled and sent on 9/15 and I have requested the visit report from banner.
As soon as it is received I will get it scanned into eomis.

Thank you,

Ortiz,Maricela LPN
Clinical Coordinator



ASP-Tucson Complex
Ph: (520)574-0024 EX-36375
Fax: (314) 919-8740
Email: Maricela.Ortiz@corizonhealth.com

---

**From:** McMULLEN,BRENDA [mailto:BMcmullen@azcorrections.gov]
**Sent:** Thursday, September 28, 2017 11:29 AM
**To:** Deguara, Stacy; Schmid, Benjamin; BRIDDLE, BECKY; Vaughn, Angela; Ortiz, Maricela
**Cc:** HEADSTREAM, VANESSA; Burdine, Robert; DUMKRIEGER, TRUDY
**Subject:** RE: ██████████████

I do not find a ER report for that procedure on this date.

---

**From:** Deguara, Stacy [mailto:Stacy.Deguara@corizonhealth.com]
**Sent:** Thursday, September 28, 2017 11:18 AM
**To:** McMULLEN,BRENDA; Schmid, Benjamin; BRIDDLE, BECKY; Vaughn, Angela; Ortiz, Maricela
**Cc:** HEADSTREAM, VANESSA; Burdine, Robert; DUMKRIEGER, TRUDY
**Subject:** RE: ██████████████

His surgery consult will be canceled, he was seen in IR on 9/15 and had new peg tube/ J-tube placed (so general surgery consult is no longer needed).

Respectfully,

Stacy Deguara
Assistant Facility Health Administrator
ASPC-Tucson

10000 S. Wilmot Rd
Tucson, AZ 85756 Site 4456
520.574.0024 ext 36380
Stacy.Deguara@corizonhealth.com
www.CorizonHealth.com

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**From:** McMULLEN,BRENDA [mailto:BMcmullen@azcorrections.gov]
**Sent:** Thursday, September 28, 2017 8:51 AM
**To:** Schmid, Benjamin; BRIDDLE, BECKY; Vaughn, Angela; Ortiz, Maricela; Deguara, Stacy
**Cc:** HEADSTREAM, VANESSA; Burdine, Robert; DUMKRIEGER, TRUDY
**Subject:** RE: ▇▇▇▇▇▇▇▇▇

| Date | Time | | | | Height | Weight | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2017 | 04:46 PM | | | | | | | | 134 | | |
| 09/27/2017 | 07:06 AM | | | | | | | | 98 | | |
| 09/26/2017 | 05:16 PM | | | | | | | | 141 | | |
| 09/25/2017 | 05:34 PM | | | | 5 ft 11 in | | | | 144 | | |
| 09/25/2017 | 07:06 AM | | | | 5 ft 11 in | | | | 122 | | |
| 09/24/2017 | 03:16 PM | 97.2 C | 85 | 18 | 5 ft 11 in | 133 lb | 116 | 73 | NA | 18.55 | B-TF D-TF BM-self care ... |
| 09/23/2017 | 05:27 PM | | | | 5 ft 11 in | 132 lb | | | NA | 18.41 | BM=yes |
| 09/23/2017 | 04:30 PM | | | | 5 ft 11 in | | | | 162 | | |
| 09/23/2017 | 07:15 AM | | | | 5 ft 11 in | | | | 150 | | |
| 09/22/2017 | 06:16 PM | | | | 5 ft 11 in | | | | 160 | | |
| 09/22/2017 | 07:09 AM | | | | 5 ft 11 in | | | | 117 | | |
| 09/22/2017 | 07:33 AM | | | | 5 ft 11 in | | | | 103 | | |
| 09/21/2017 | 05:52 PM | | | | 5 ft 11 in | | | | 144 | | |
| 09/21/2017 | 07:02 AM | | | | 5 ft 11 in | | | | 129 | | |

I& O's are not being documented every shift that I can see.
Please advise.

Urgent consult General Surgery written 8/21/17 is out of compliance.
Please advise when this is scheduled.

Thank you.

**From:** Schmid, Benjamin [mailto:Benjamin.Schmid@corizonhealth.com]
**Sent:** Thursday, September 21, 2017 1:50 PM

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**To:** BRIDDLE, BECKY; Vaughn, Angela; Ortiz, Maricela
**Cc:** HEADSTREAM, VANESSA; McMULLEN,BRENDA; Burdine, Robert
**Subject:** RE: ▉▉▉▉▉▉▉▉▉

Vaughn,

Please follow up and make sure the I&Os are appropriate and document.  I'm not sure if it's going on paper or what system is in place.

Ortiz,

Please follow up with UM and let the group know what the issue is with this consult.


Best regards,
Benjamin

Benjamin A. Schmid, MS, RN, M.S.Chem
Facility Health Administrator
Corizon Health/ASPC – Tucson
(520) 574.0024 ext. 36334
Cell: (520) 727-1377
10000 S. Wilmot Rd. | Tucson, AZ 85756
Email: Benjamin.Schmid@corizonhealth.com

The information contained in this email message and any attachment(s) is privileged and confidential, protected from disclosure by, among other things, the attorney-client privilege, the attorney work product privilege, the trial preparation privilege, the common interest privilege and/or the joint prosecution privilege, and/or is otherwise exempt from disclosure by applicable law, and is intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately delete the email and notify the sender.  Thank you.

**From:** BRIDDLE, BECKY [mailto:BBRIDDLE2@azcorrections.gov]
**Sent:** Thursday, September 21, 2017 1:43 PM
**To:** Schmid, Benjamin
**Cc:** HEADSTREAM, VANESSA; McMULLEN,BRENDA
**Subject:** FW: ▉▉▉▉▉▉▉▉▉

Just letting you know another detail about his intake concern, he recently had HYPOkalemia, with a potassium of 3.2 that he had to have supplemental potassium ordered for on 09/08/17.
Again, I ask that you have you CC follow up on his tube placement.

**From:** BRIDDLE, BECKY
**Sent:** Thursday, September 21, 2017 1:36 PM
**To:** 'Schmid, Benjamin'
**Cc:** McMULLEN,BRENDA; HEADSTREAM, VANESSA
**Subject:** ▉▉▉▉▉▉▉▉▉

Mr. Schmid,

I see that he is getting some Intake and output documented.
On 08/28/17  0525, it is documented

Input tubefeed and water- 1800-0500=1320cc
Output from peg site= 800cc
Urine out put=300cc

I look at the nurses note on 08/28/17 1941

Patient has urgent IR c/s pending for J tube placement.

What is the output from Peg site?  His BMI is 18.41.  Is his peg site with gravity drainage?  But most important,  his urgent consult for general surgery written on 08/21/17 is still waiting on the UM team to review?  It is already at 30 days, could you please have the cc review this?  I do not see it entered into ORC.  Please follow up and let me know what your plan is.


Thank you.

*Becky Briddle RN*
Health Services Auditor
ASPC Perryville
2105 North Citrus Road
Goodyear, AZ 85395
Main Telephone # (623) 853-0304  Ext 24206
Main Fax # (623) 853-0425
Cell Phone 480 250 6096

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail.

# EXHIBIT 3

# RE: Question

**From:**    "Schmid, Benjamin" <benjamin.schmid@corizonhealth.com>

**To:**       "BRIDDLE, BECKY" <bbriddle2@azcorrections.gov>, "Burdine, Robert"
                  <robert.burdine@corizonhealth.com>, "Vaughn, Angela" <angela.vaughn2@corizonhealth.com>,
                  "Sego, Daniel" <daniel.sego@corizonhealth.com>, "Deguara, Stacy"
                  <stacy.deguara@corizonhealth.com>, "Corliss, Jamie" <jamie.corliss@corizonhealth.com>,
                  "Rogers, Kelli" <kelli.rogers@corizonhealth.com>, "Ziegler, Sarah"
                  <sarah.ziegler@corizonhealth.com>, "Rodriguez, Melanie"
                  <melanie.rodriguez@corizonhealth.com>, "Hopphaus, Tesha"
                  <tesha.hopphaus@corizonhealth.com>, "Cerrillo, Adalia" <adalia.cerrillo@corizonhealth.com>

**Cc:**       "HEADSTREAM, VANESSA" <vheadst@azcorrections.gov>, "DUMKRIEGER, TRUDY"
                  <tdumkrie@azcorrections.gov>, "PADRON, KAREN" <kpadron@azcorrections.gov>, "FRANKLIN,
                  EDNA" <efrankli@azcorrections.gov>, "McMULLEN,BRENDA" <bmcmullen@azcorrections.gov>,
                  "PRATT, RICHARD" <rpratt@azcorrections.gov>, "ROBERTSON, DAVID"
                  <droberts1@azcorrections.gov>

**Date:**    Fri, 20 Oct 2017 13:37:25 -0700

---

Thank you so much for this. It will greatly help to clarify for our team.

Best regards,
Benjamin

Benjamin A. Schmid, MS, RN, M.S.Chem
Facility Health Administrator
Corizon Health/ASPC – Tucson
(520) 574.0024 ext. 36334
Cell: (520) 727-1377
10000 S. Wilmot Rd. | Tucson, AZ 85756
Email: Benjamin.Schmid@corizonhealth.com

---

The information contained in this email message and any attachment(s) is privileged and confidential, protected from disclosure by, among other things, the attorney-client privilege, the attorney work product privilege, the trial preparation privilege, the common interest privilege and/or the joint prosecution privilege, and/or is otherwise exempt from disclosure by applicable law, and is intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please immediately delete the email and notify the sender. Thank you.

---

**From:** BRIDDLE, BECKY [mailto:BBRIDDLE2@azcorrections.gov]
**Sent:** Friday, October 20, 2017 1:21 PM
**To:** Burdine, Robert; Vaughn, Angela; Schmid, Benjamin; Sego, Daniel; Deguara, Stacy; Corliss, Jamie; Rogers, Kelli; Ziegler, Sarah; Rodriguez, Melanie; Hopphaus, Tesha; Cerrillo, Adalia
**Cc:** HEADSTREAM, VANESSA; DUMKRIEGER, TRUDY; PADRON, KAREN; FRANKLIN, EDNA; McMULLEN,BRENDA; PRATT, RICHARD; ROBERTSON, DAVID
**Subject:** RE: Question

Greetings,

There are several questions I am being asked. I will try to clear it up. Please share with who this information might be helpful, if I did not include them in the email.

If you read this and still have questions, **absolute**ly let me know. If I am not clear on what I am describing, let me know, I will be happy to try and copy/paste examples.

But before I go through each question, let me talk about a couple of things that are challenging, but might be easy fixes, especially for the bigger units.

Please keep up with 23 hour admits. If a patient is not acute and just for housing only, note that. A discharge order from the doctor is helpful in determining the inmate is no longer acute.
23 hour and non acute patients are NOT included in the audit. I audit acute admits to the IPC. But if

they come in 23 hour admit, they cant be there for 72 hours and then admit.
72 hours is not 23 hours.   I have found where nursing is writing  23 hour and the provider writes full admit.  Know that the provider did admit the patient.
I encourage people to communicate clearly.  Maybe look at the providers notes and see, the provider did a full admit?
Also, if an inmate is noncompliant, ie dementia, maybe the nurse can assess resp or cardiac  status by observing and documenting,  no resp distress, good skin color, talks in full sentences, no shortness of breath, RA, ambulates without distress.  It is the HCP/nurses decision about how he/she does the assessment.  I am looking to see it completed.   If you chart inmates refuses, I do  look for a refusal to be filled out and signed, scanned into Eomis.
If you review a chart and see something is missing, please reference the HSTM for late entry documentation.  This might be helpful on the time sensitive entries.


PM 63  Are initial health assessments of IPC inmates being completed by a RN on the date of admission.  I am looking for the Nursing infirmary admission.  If you look in the Corizon IPC policy, it states the Infirmary Nursing Admission Tool is completed upon admission to the infirmary.  If you look in the Eomis records, the Nursing infirmary Tool is more inclusive then nursing infirmary rounds.  Due on the date of admission, like it says in the question for compliance.  The monitoring guide allows for inmates after 2100 to be done the following day.


PM 64  Is an Eval and treatment plan completed by a Medical provider within the next business day after an inmates's admission to an ipc?  Usually  done on provider infirmary admission entry.  In fact almost always done on a provider admission infirmary.  Which is probable good,  as the form helps to prompt  the provider to include the information.  Some do a narrative, labeling the  eval and treatment plan, while some providers do drop down and fill in the boxes.  I accept both.  Looking for something that says eval and treatment plan.  Some providers write out orders and then say for plan, refer to orders.   Next business day, Saturday and Sunday do not count.  I do look at what time they arrive in the ipc.  Normal business hours, with 1630 being an end time referred to in the HSTM. So an admit on Friday 1700,  can be done on Monday


PM 65  Is a written history and physical exam being completed by a medical provider of IPC inmates within 72 hours of admission?  Please note,  I am looking at the 72 hours.  NOT business days.  This can be labeled h&p and be a narrative, or can be drop down, and they fill in the boxes.  I accept both.  I usually find it on the Provider infirmary admission entry, and I would encourage this, as it prompts you to be more inclusive of the information for the cgar standard.  Both 64 an 65, if the information is documented in a different note, but CLEARLY labeled as the eval and treatment plan for an IPC admit (or the h&p,)  and it has good information, I have accepted it.


PM 66  Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?   I accept a HCP infirmary round, discharge, or admission note, chronic care notes.   As long as it is documented as an encounter.  I do NOT accept an entry where there is NO encounter and it is documented as such.  ie  a  lab review, consult order, pharmacy order.  Since this is time sensitive, if you see the patient at 0800, and do not document til later, if the time is  clearly documented  I will accept the time that the rounds were done, not the charting time.  IE  you round at 0800 and chart at 1600.  You state, rounded at 0800.  I accept this as an 0800 rounds.   Just put it in the narrative, and I will and do look for that.  Otherwise I use the time at the start of the encounter listed in eomis.   If one encounter is over 72 hours, the chart is noncompliant for the month.  Not my choice, but the rules that we all follow.


PM 67  Is an RN conducting and documenting an assessment at least once every shift in the IPC?  I am looking for a RN assessment.  Soap format.  Every shift. Can be under seg visits like I believe Florence does, or infirmary rounds, infirmary notes, infirmary admission, or infirmary discharge.  If the information is completed under return from offsite, I would accept it.  But it would need to be a complete assessment.   A RN assessment every shift.  Complete the **assessment box** when doing the soap format.  I will accept if night shift is written after midnight.  I will accept if the entries are NOT

12 hours apart.  I am looking for a **day shift RN assessment**, and a **night shift RN assessment**. **COMPLETED. Soap format.  Assessment box.**  Until there is a discharge note/order.

I get rebuttals that the assessment is complete, yet I have a blank entries?  I am NOT looking for an entry in eomis, but an assessment completed.  Please open the note and  see if it is actually filled out, before rebutting that the assessment is there.

I know nurses do start notes, and get distracted, called away, and come back.  If you  need to finish or update a note, I do and  have accepted  addendums, and just follow the HSTM guidelines on documenting late entry.   But we do have a policy that allows this, and is not even unique to corrections.  So this question, with all the challenges, if monitored I think can be one to get 100% for the complex.  I don't encourage late entries , but I do understand that nurses often chart with interruptions.   If one entry is incorrect/missing the chart is marked as noncompliant for the month. Again,  not my choice, but the rules that we all have to follow.  So I would encourage staff to review their previous notes?  Or maybe day shift audit night shift?  Or supervisors check staff?

PM 68  Are IPC inmate health records inclusive of admission orders and documenting treatment given?  I am looking for admission orders.  Can be verbal, or written by the hcp.  I accept both.  So, I find this in nursing or provider documentation.  Per Corizon IPC manual, it is to include, ==admitting diagnosis, acuity, medications, diet, activity level, diagnostic test, frequency of vital signs, and patient specific monitoring which is ie, accuchecks, intake/output etc==.  I have seen this done by boxes checked, narrative, or what looks like copy and paste info?   Just a word, if it is a verbal order, nurses  might want to have providers cosign your orders by sending to providers to review?   But if the provider has NOT reviewed the orders at that time, I still would accept it.  I am  general on documenting treatment given.

PM 69  Are nursing care plans of IPC inmates being reviewed and documented weekly with a date and a signature?  I am looking for an update weekly.  Somewhere between Sunday and Saturday, starting with admission.  A lot of you do it on Sunday nights, if it not done, do it Monday, Tuesday, or Wednesday…..  Weekly careplan updates with a ==date and signature==.  Not sure how, but I understand eomis does not prompt to get nursing signatures?  I am sorry, but I cant help with that.   I sent an email earlier about careplans, and if you need me to resend that,  just request.  Happy to help.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**