1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING MOTION TO**
    behalf of themselves and all others similarly        **SEAL**
11  situated; and Arizona Center for Disability Law,

12                  Plaintiffs,

13        v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                  Defendants.

18

19        This Court having reviewed Plaintiffs' Motion to Seal, and finding good cause,

20        **IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal and instructing

21  the Clerk of the Court to seal the document as set forth in the Motion (Exhibit 2 to the

22  Declaration of David C. Fathi).

23

24

25

26

27

28

LEGAL138672972.1