# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has ordered Defendants to provide a list of instances of non-compliance for 11 performance measures at specific prisons in advance of a show cause hearing. (Docs. 2373, 2456) Defendants have moved for an extension of time to file the list of instances of non-compliance for January 2018 because five of the performance measures require manual review. (Doc. 2605) There is no explanation for why the other six performance measures at issue would require additional time. Accordingly, the Court will grant the extension as to those five performance measures only. The remainder of the list shall be due on February 26, 2018.

**IT IS THEREFORE ORDERED** granting in part Defendants' Motion to Extend Time. (Doc. 2605) Defendants shall file the list of instances of non-compliance for performance measures 39, 44, 46, 52, and 56 by March 5, 2018.

Dated this 22nd day of February, 2018.

_____
David K. Duncan
United States Magistrate Judge