Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF DAVID C. FATHI** |

**I, DAVID C. FATHI, DECLARE:**

1. I am an attorney and the Director of the National Prison Project of the American Civil Liberties Union Foundation ("NPP"). With Donald Specter of the Prison Law Office (PLO), I serve as co-lead counsel for the plaintiff class herein.

2. I make this declaration of my personal knowledge and based on a review of the records maintained by my office in the ordinary course of business. If called as a

LEGAL138705341.1

1  witness, I could and would testify competently to the facts stated herein, all of which are
2  within my personal knowledge.
3      3.    I attach hereto as Exhibit A a true and accurate copy of a letter from Lucy
4  Rand to Donald Specter dated January 18, 2018.
5      I declare under penalty of perjury that the foregoing is true and correct.
6      Executed this 22nd day of February, 2018.

        s/ David C. Fathi
        David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
| 3 | Corene Kendrick (Cal. 226642)* |
|   | Rita K. Lomio (Cal. 254501)* |
| 4 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 5 | Berkeley, California 94710 |
|   | Telephone: (510) 280-2621 |
| 6 | Email:  dspecter@prisonlaw.com |
|   |        ahardy@prisonlaw.com |
| 7 |        snorman@prisonlaw.com |
|   |        ckendrick@prisonlaw.com |
| 8 |        rlomio@prisonlaw.com |

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

|  |  |
|---|---|
| Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Arizona Attorneys General<br>Michael.Gottfried@azag.gov<br>Lucy.Rand@azag.gov | Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Hesman<br>Jacob B. Lee<br>Kevin R. Hanger<br>Timothy M. Ray<br>Richard M. Valenti<br>Jamie D. Guzman<br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com<br>ahesman@strucklove.com<br>jlee@strucklove.com<br>khanger@strucklove.com<br>tray@strucklove.com<br>rvalenti@strucklove.com<br>jguzman@strucklove.com |

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                            s/ D. Freouf