1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org

4  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
5  *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
6  *Charlotte Wells, on behalf of themselves and all others*
   *similarly situated*
7
   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
15

16              UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
19
20                                                                   **NOTICE OF ERRATA AND MOTION TO SEAL**
21
                       Plaintiffs,
22
            v.
23
   Charles Ryan, Director, Arizona Department of
24 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
25 Department of Corrections, in their official
   capacities,
26
                       Defendants.
27

28

LEGAL138712831.1

1    Plaintiffs inadvertently failed to redact a class member's date of birth from two of

2    the pages of Exhibit 6 and one of the pages of Exhibit 12 to the Declaration of Kirstin T.

3    Eidenbach that was filed publicly yesterday at Docket 2622-1.  [Doc. 2622-1 at 19, 20,

4    and 37]  Therefore, Plaintiffs move to seal Docket Nos. 2622 and 2622-1, and with this

5    Notice and Motion are re-filing the Declaration with the corrected and redacted exhibits.

6    Plaintiffs apologize to the Court and the Clerk for the oversight.

7    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under

8    seal the Declaration of Kirstin Eidenbach (Doc. 2622) and the exhibits attached thereto

9    (Doc. 2622-1).

10   Dated:  February 23, 2018                    **EIDENBACH LAW, P.L.L.C.**

11

12                                           By:   s/ Kirstin T. Eidenbach
                                                   Kirstin T. Eidenbach (Bar No. 027341)
                                                   P. O. Box 91398
13                                                 Tucson, Arizona 85752
                                                   Telephone:  (520) 477-1475
14                                                 Email:    kirstin@eidenbachlaw.com

15                                                 Daniel C. Barr (Bar No. 010149)
                                                   Amelia M. Gerlicher (Bar No. 023966)
16                                                 John H. Gray (Bar No. 028107)
                                                   **PERKINS COIE LLP**
17                                                 2901 N. Central Avenue, Suite 2000
                                                   Phoenix, Arizona 85012
18                                                 Telephone:  (602) 351-8000
                                                   Email:    dbarr@perkinscoie.com
19                                                           agerlicher@perkinscoie.com
                                                             jhgray@perkinscoie.com
20
                                                   Kathleen E. Brody (Bar No. 026331)
21                                                 **ACLU FOUNDATION OF**
                                                   **ARIZONA**
22                                                 3707 North 7th Street, Suite 235
                                                   Phoenix, Arizona 85013
23                                                 Telephone:  (602) 650-1854
                                                   Email:    kbrody@acluaz.org
24

25

26

27

28

LEGAL138712831.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

5    **ARIZONA CENTER FOR DISABILITY LAW**

6

7    By:   s/ Asim Dietrich
    Sarah Kader (Bar No. 027147)

8    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202

9    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287

10   Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

11

12   Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)

13   Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)

14   **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800

15   Tucson, Arizona 85701
    Telephone:  (520) 327-9547

16   Email:
       rdalyrooney@azdisabilitylaw.org

17           jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

18           mabela@azdisabilitylaw.org

19   *Attorneys for Arizona Center for Disability Law*

20

21

22

23

24

25

26

27

28

LEGAL138712831.1                                -3-

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 23, 2018, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

10

11

12

13

14

15

16

17

18

19

*Attorneys for Defendants*

20

21

s/ D. Freouf

22

23

24

25

26

27

28