1
2
3
4
5
6
7                   UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
10  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
11  Hefner; Joshua Polson; and Charlotte Wells, on         **[PROPOSED] ORDER
    behalf of themselves and all others similarly         GRANTING MOTION TO
12  situated; and Arizona Center for Disability Law,       SEAL**

13                                   Plaintiffs,

14          v.

15  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
16  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
17                                   Defendants.

18
19          This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

20  hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the Clerk of the Court to seal

21  Dockets 2622 and 2622-1.

22
23
24
25
26
27
28

LEGAL138712838.1