Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**DECLARATION OF KIRSTIN T. EIDENBACH** |

LEGAL138698329.1

I, Kirstin T. Eidenbach, declare:

1. I am an attorney licensed to practice in the State of Arizona. I am the Director of Eidenbach Law, P.L.L.C., and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as Exhibit 1 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on October 31, 2016 regarding Mr. Upton's lapsed medical care.

3. Attached herein as Exhibit 2 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on November 21, 2016 regarding Mr. Upton's lapsed medical care.

4. Attached herein as Exhibit 3 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on January 24, 2017 regarding Mr. Upton's lapsed medical care.

5. Attached herein as Exhibit 4 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on April 6, 2017 regarding Mr. Upton's lapsed medical care.

6. Attached herein as Exhibit 5 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on July 3, 2017 regarding Mr. Upton's lapsed medical care.

7. Attached herein as Exhibit 6 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on July 27, 2017 regarding Mr. Upton's lapsed medical care.

8. Attached herein as Exhibit 7 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Alison Hardy at the Prison Law Office on September 22, 2017 regarding Mr. Upton's lapsed medical care.

LEGAL138698329.1

9. Attached herein as Exhibit 8 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on November 6, 2017 regarding Mr. Upton's lapsed medical care.

10. Attached herein as Exhibit 9 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Alison Hardy at the Prison Law Office on December 15, 2017 regarding Mr. Upton's lapsed medical care.

11. Attached herein as Exhibit 10 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on January 5, 2018 regarding Mr. Upton's lapsed medical care.

12. Attached herein as Exhibit 11 is a true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on January 31, 2018 regarding Mr. Upton's lapsed medical care.

13. Attached herein as Exhibit 12 is a true and correct copy of a screen shot taken of Mr. Upton's electronic medical record showing cancelled specialty consultations.

14. I certify that Plaintiffs conferred with Defendants about which documents to seal, as evidenced in Exhibit 1, and were unable to reach agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 22nd of February, 2018, in Tucson, Arizona.

                                            s/ Kirstin T. Eidenbach
                                            Kirstin T. Eidenbach

**ADDITIONAL COUNSEL:**        Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 ckendrick@prisonlaw.com
 rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
 afettig@aclu.org
 vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

|    |    |
|----|----|
| 1  | Caroline Mitchell (Cal. 143124)* |
|    | **JONES DAY** |
| 2  | 555 California Street, 26th Floor |
|    | San Francisco, California 94104 |
| 3  | Telephone:  (415) 875-5712 |
|    | Email:   cnmitchell@jonesday.com |
| 4  |  |
|    | *Admitted *pro hac vice* |
| 5  |  |
|    | John Laurens Wilkes (Tex. 24053548)* |
| 6  | **JONES DAY** |
|    | 717 Texas Street |
| 7  | Houston, Texas 77002 |
|    | Telephone:  (832) 239-3939 |
| 8  | Email:   jlwilkes@jonesday.com |
| 9  | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf