**Index of Exhibits to**
**Declaration of Kirstin T. Eidenbach**

Exhibit 1    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on October 31, 2016

Exhibit 2    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on November 21, 2016

Exhibit 3    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on January 24, 2017

Exhibit 4    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on April 6, 2017

Exhibit 5    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on July 3, 2017

Exhibit 6    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Corene Kendrick at the Prison Law Office on July 27, 2017

Exhibit 7    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Alison Hardy at the Prison Law Office on September 22, 2017

Exhibit 8    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on November 6, 2017

Exhibit 9    A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Alison Hardy at the Prison Law Office on December 15, 2017

Exhibit 10   A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona Attorney General's Office by Rita Lomio at the Prison Law Office on January 5, 2018

Exhibit 11      A true and correct copy of the letter sent to Ms. Lucy Rand of the Arizona
                Attorney General's Office by Rita Lomio at the Prison Law Office on
                January 31, 2018

Exhibit 12      A true and correct copy of a screen shot taken of Mr. Upton's electronic
                medical record showing cancelled specialty consultations

# EXHIBIT 1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

October 31, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

     RE:    Parsons v. Ryan, 2:12-CV-00601
              ADC Prisoner in Need of Immediate Medical Care
              William Upton, 128149, Florence - South

Dear Ms. Rand:

     I write regarding Mr. Upton, an ADC prisoner with urgent health concerns in need of immediate medical attention.   Mr. Upton suffers from lymphoma and myeloma, and a broken wrist.

     Through review of Mr. Upton's records, it appears that in the summer of 2015 he began reporting symptoms such as severe weight loss, and was recommended for labs on August 15, 2016. The labs were taken, however, the results were not reviewed until September 23, 2016 (in violation of PM 46) at which time he was referred to a hematologist due to likely recurrence from myeloma. From the records it is unclear if or when he saw a hematologist because his record shows multiple cancelled specialty referrals.  However, from a recent oncology report, it appears that he was diagnosed with lymphoma on or around November 30, 2015 after a bone marrow test and was seen by the oncologist on December 3, 2015.  His records are unclear, but it does not appear that he was seen again by the oncologist until September 22, 2016.  The oncologist notes that his cancer appears to have progressed to involve the bones due to a co-occurring fracture (addressed below).  As a result, on 9/22/16, the oncologist recommended he restart weekly chemotherapy treatments and that a skeletal survey be done to identify any other broken bones due to the cancer metastasizing.

     From the records it appears that the oncologist's report was faxed to Corizon on September 26, 2016.  However, the provider did not put in a request to Utilization Management (UM) for the weekly chemotherapy until October 17, 2016, in violation of PM 52.  It also does not appear that the provider put in a request for the recommended skeletal survey.

     The records show that on October 27, 2016, UM denied the request for weekly chemotherapy and recommended an alternate treatment plan consisting solely of contacting the oncologist.  From the records it is not clear why the chemotherapy was denied.  As of October 31, 2016 Mr. Upton had not begun chemotherapy or received any other treatment for his cancer.  He also continues to lose weight, as his vital signs from an appointment today shows that he weighed only 121 pounds (he is 5'8" tall).

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Lucy Rand
Re: William Upton, 128149
Florence – South
October 31, 2016
Page 2

With regard to his broken wrist, which the oncologist opined was related to his cancer, he fractured his right wrist on August 18, 2016.  He was seen by Corizon medical staff, who gave him a sugar tong splint, ice, and ibuprofen, and they recommended he have  a follow-up x-ray in two to three weeks.  He was seen again on August 19, 2016 for a chronic care appointment and again the provider ordered a follow-up x-ray in two to three weeks.  It appears that he did not have another x-ray until on or around September 13, 2016 at which time he was told his arm was healing.

However, he continued to submit HNRs reporting debilitating pain and severe swelling on August 22, September 1, 11, 20, and October 21.  It appears that he received another x-ray on October 19, 2016 that again confirmed the impacted fracture and degenerative joint disease.  Mr. Upton has continued to submit numerous HNRs documenting his continued acute pain that is so severe it has impacts his ability to eat and sleep.  From the records, it appears that Mr. Upton saw his provider on October 31, 2016 in regard to his wrist fracture and again was issued a sugar tong splint.  However, it does not appear that Mr. Upton has ever been referred for a specialty consult despite the ongoing nature of the fracture and reports of severe pain.

We request that Mr. Upton be urgently approved for and have the chemotherapy and a skeletal survey per the oncologist's recommendations, in particular because the oncologist indicates that the cancer is not localized.  Furthermore, we request that Mr. Upton be referred to an orthopedist due to his non-healing fractured wrist.  We request that all specialty care recommendations are reviewed and acted upon within appropriate timeframes.  Thank you for your attention to this matter.

Sincerely,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:    Mr. Upton

# EXHIBIT 2



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

November 21, 2016

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

      RE:    Parsons v. Ryan, 2:12-CV-00601
              ADC Prisoner in Need of Immediate Medical Care
              William Upton, 128149, Florence - South

Dear Ms. Rand:

I write regarding Mr. Upton, an ADC prisoner with urgent health concerns in need of immediate medical attention. Mr. Upton suffers from lymphoma and myeloma. We previously wrote to you about Mr. Upton on October 31, 2016, requesting that he be urgently approved for and have chemotherapy per the oncologist's recommendations. It has been three weeks, and Mr. Upton still has not been approved for or received chemotherapy.

A Consultation Request dated November 3, 2016, states: "Requesting outside weekly chemo treatments; inmate has a progressing lymphoma/myeloma, and needs to be back on chemo. (Per Clinical coordinator, Dr. Kos and Dr. Rakkar have agreed to a treatment plan; Dr Babich in agreement as well)." On November 7, the request was denied pending the results of a skeletal survey. On November 16, another Consultation Request was entered. It currently is with Utilization Management.

We again request that Mr. Upton be urgently approved for and receive chemotherapy per the oncologist's recommendations, in particular because the oncologist indicates that the cancer is not localized. Thank you for your attention to this matter.

              Sincerely yours,

              */s/ Rita Lomio*

              Rita Lomio, Staff Attorney

cc:    Mr. Upton

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

# EXHIBIT 3



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

January 24, 2017

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

     RE:    Parsons v. Ryan, 2:12-CV-00601
              ADC Prisoner in Need of Immediate Medical Care
              William Upton, 128149, Florence - South

Dear Ms. Rand:

       I write regarding Mr. Upton, an ADC prisoner with urgent health concerns who is in need of immediate medical attention. Mr. Upton suffers from lymphoma and myeloma. We previously wrote to you about Mr. Upton on October 31, 2016, and November 21, 2016, requesting that he be urgently approved for and have chemotherapy per the oncologist's recommendations.

       On December 8, 2016, Mr. Upton was seen by an oncologist who diagnosed him with "progressive lymphoma with anemia." The oncologist issued the following orders:

> **CBC CMP LDH SPEP IGlevel now and in 2 months**
> **If increasing anemia, then he should start systemic therapy**
> **See me 2 months**

       Only one page of the oncologist's report was scanned to the medical record—the page does not include the physical exam, assessment, and plan information that are in other reports from the same oncologist. A Health Services Encounter following the off-site visit notes only: "**Pt. has offsite orders for Lab. to be done now and in 2 months. Provider NP Denehy notified and states will order labs.**" According to the medical record, however, the labs were not ordered or completed—in violation of Performance Measure 52—until January 20, 2017, and only then in response to an HNR reporting mouth sores.[*]

---

[*]       On December 19, 2016, Mr. Upton received a response to Inmate Grievance #A02-228-016. The response stated that "labs were orders [sic] for additional testing" on December 8, 2016. However, there is no indication in the medical record that labs were ordered on that date.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Ms. Lucy Rand
Re: William Upton, 128149
Florence - South
Page 2

In particular, Mr. Upton was seen by a provider on January 20, 2017, in response to his HNR. The provider reported "**Leukoplakia on surface of tongue; also two lesions on tongue; one on top (redish/purple in color), one on side (flesh colored)**."  The provider stated that he would "**request FU with oncology**," but no inmate consultation request appears in the record.  The provider also ordered that labs be taken.

We request that the labs immediately be taken, and that Mr. Upton immediately be scheduled for follow-up with the oncologist for evaluation and a treatment plan.

Thank you for your prompt attention to this matter.

Sincerely yours,

*/s/ Rita Lomio*

Rita Lomio
Staff Attorney

cc:   Mr. Upton

# EXHIBIT 4



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

BY EMAIL ONLY

April 6, 2017

Ms. Lucy Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

RE:     Parsons v. Ryan, 2:12-CV-00601
        ADC Prisoner in Need of Immediate Medical Care
        William Upton, 128149, Florence - South

Dear Ms. Rand:

I write regarding Mr. Upton. My office previously notified you of severe delays and deficiencies in Mr. Upton's lymphoma treatment by letters dated October 31, 2016; November 21, 2016; and January 24, 2017. Mr. Upton has progressive lymphoma, and continues to suffer serious delays in treatment.

As stated in our January 24 letter, Mr. Upton had an appointment with an oncologist on December 8, 2016, and was diagnosed with progressive lymphoma with anemia. The oncologist recommended follow-up in two months. The follow-up was not timely scheduled, however—in violation of Performance Measure 52. An urgent consultation request for oncology was submitted on January 30, but was not completed until March 30—in violation of Performance Measure 50.

At that time, the oncologist again noted that Mr. Upton has progressive lymphoma and also recommended weekly treatments of Rituxan, with follow-up in one month. It does not appear that a provider has reviewed the recommendation or ordered Rituxan—in violation of Performance Measure 52. An oncology follow-up appointment was requested on April 6, but was requested on a routine basis, meaning that Mr. Upton could go another two months without cancer treatment.

We request that Mr. Upton be immediately started on weekly Rituxan treatments and scheduled for an oncology appointment on an urgent basis. Thank you for your prompt attention to this matter.

Sincerely yours,

*/s/ Rita Lomio*

Rita Lomio
Staff Attorney

cc:     Mr. Upton

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

# EXHIBIT 5



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

July 3, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of Medical Care
      William Upton, ADC 128149, Florence - South

Dear Ms. Rand:

I write regarding Mr. Upton.  My office previously notified you of delays and deficiencies in Mr. Upton's lymphoma treatment by letters dated October 31, 2016; November 21, 2016; January 24, 2017; and April 6, 2017.  Mr. Upton has progressive lymphoma, and continues to suffer serious delays in treatment.

As stated in our January 24 letter, Mr. Upton had an appointment with an oncologist on December 8, 2016, and was diagnosed with progressive lymphoma with anemia.  It appears that following our previous advocacy, Mr. Upton was provided with chemotherapy, which was completed in May.  On May 19, 2017, the oncologist recommended maintenance treatment of Rituxan every other month, with the first two treatments to take place on July 18, 2017 and September 18, 2017.  On May 30, 2017, Corizon Utilization Management denied the request for the chemotherapy maintenance and issued an alternative treatment plan that he be re-evaluated.  This is a circular response, as any re-evaluation regarding the necessity of chemotherapy would be done by an oncologist.

Mr. Upton was seen by NP Udoko on June 27, 2017.  Lab results from the day before continue to show abnormal levels: HCT 27.0 (below normal range 39.3-52.5); Platelet count 97 (below normal range 144-400); RBC 2.81 (below normal range 4.20-5.90); HGB 8.8 (below normal range 12.3-17.0).  The records contain a lay-in order for June 27 to July 18, but no treatment plan.  It is unclear from Mr. Upton's medical records whether the chemotherapy maintenance treatment has been approved or denied or whether his treatment plan has been re-evaluated.

We request that Mr. Upton be immediately scheduled for an oncology appointment on an urgent basis for development of a treatment plan and for the chemotherapy maintenance treatments every other month beginning in mid-July.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: William Upton, ADC 128149
July 3, 2017
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Corene Kendrick
Staff Attorney

cc:    Mr. Upton

# EXHIBIT 6



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

**VIA EMAIL ONLY**

July 27, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

      RE:    *Parsons v. Ryan*, 2:12-CV-00601
            Class Member in Need of Medical Care
            William Upton, ADC 128149, Florence - South

Dear Ms. Rand:

      I write regarding Mr. Upton. My office previously notified you of severe delays and deficiencies in Mr. Upton's lymphoma treatment by letters dated October 31, 2016; November 21, 2016; January 24, 2017; April 6, 2017; and July 3, 2017. Mr. Upton has progressive lymphoma, and continues to suffer serious delays in treatment. Despite the recommendations of the oncologist and the requests of the South Unit provider, Corizon's Utilization Management department stubbornly refuses to approve follow up and maintenance chemotherapy.

      As stated in our July 3 letter, Mr. Upton was diagnosed with progressive lymphoma with anemia. It appears that following our previous advocacy, Mr. Upton was provided with chemotherapy, which was completed in May 2017.

      On May 19, 2017, the oncologist recommended maintenance treatment of Rituxan every other month, with the first two treatments to take place on or around July 18, 2017 and September 18, 2017. On May 30, 2017, Corizon Utilization Management denied the request for the chemotherapy maintenance and issued an alternative treatment plan that he be re-evaluated. After our July 3, 2017 letter setting out Mr. Upton's abnormal lab results, on 7/5/17 Corizon UM apparently reviewed the request again, and issued a second alternative treatment plan that was verbatim to its 5/30/17 denial. The UM reviewer also asked the provider to submit additional information explaining why he needs Rituxan.

      Nurse Practitioner Udoko submitted additional information on 7/10/17 (emphasis in the original):

      IM WAS STARTED ON IV RITUXAN (CHEMO THERAPY) WHICH WAS
      APPROVED BY DR. BABICH AND MANAGEMENT IN VIEW OF THE
      FACT THAT RITUXAN IV CANNOT BE ADMINISTERED ON SITE. THIS
      REQUEST IS MADE FOR A FOLLOW UP TO COMPLETE CHEMO
      THERAPY TREATMENT FOR LYMPHOMA. PLEASE SEE CONSULT

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: William Upton, ADC 128149
July 27, 2017
Page 2

REPORTS OF 4/18, 5/9, 5/18, 5/2/17. THANK YOU FOR YOUR
CONSIDERATION AS PT IS GETTING FRAIL AND WORSE EACH
PASSING DAY.

As of 7/27/17, nobody from UM has reviewed the additional information that she submitted more than two weeks ago, a violation of PM 48.

We request that Mr. Upton be immediately scheduled for an oncology appointment on an urgent basis for development of a treatment plan and for the Rituxan chemotherapy maintenance treatments every other month, that the specialist requested he start in mid-July. We ask that all treatment plans and specialty reports be reviewed and acted upon in a timely basis, pursuant to Performance Measures 52 and 53.

Thank you for your prompt attention to this matter.

Sincerely,

Corene Kendrick
Staff Attorney

cc:    Mr. Upton

OCSS011D               **Consultation Request Action**               Thursday July 27, 2017 01:28:04 PM

──────────────────────────── Consult Request ────────────────────────────

| | | |
|---|---|---|
| Name: WILLIAM UPTON | ADC #: 128149 | DOB: |
| Request Date: 05/19/2017 | Request Time: 08:47:38 AM | Sequence #: 001 |
| Encounter Type: Provider - Follow Up Care | Location: ASPC-F SOUTH UNIT  [A02] | By Staff Member: Udoko, Edo |
| Title: Nurse Practitioner | Status: More Information Provided | |

| | |
|---|---|
| Request Type: Off-site Clinic | Priority: Routine |
| Service Type: Hem/Oncology | In-house Location: |
| In-house Provider: | Offsite Location: Offsite Location |
| Offsite Provider: Offsite, Provider | |

| | |
|---|---|
| Action Date: 07/10/2017 | Time: 03:35:34 PM |
| Staff: Udoko, Edo | |
| Action Type: More Information Provided | |
| Reason: See Comments | |
| 2nd: | |
| 3rd: | |
| Forward Staff: | |

Action Taken Comments

IM WAS STARTED ON IV RITUXAN (CHEMO THERAPY) WHICH WAS APPROVED BY DR. BABICH AND MANAGEMENT IN VIEW OF
THE FACT THAT RITUXAN IV CANNOT BE ADMINISTERED ON SITE.  THIS REQUEST IS MADE FOR A FOLLOW UP TO COMPLETE
CHEMO THERAPY TREATMENT FOR LYMPHOMA.  PLEASE SEE CONSULT REPORTS OF 4/18, 5/9, 5/18, 5/2/17.  THANK YOU FOR
YOUR CONSIDERATION AS PT IS GETTING FRAIL AND WORSE EACH PASSING DAY.

[ Prior Page ]

Show Last Updated Information

Continuous Progress Record (S.O.A.P.)

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF S.O.A.P. FORMAT WILL BE USED |
|------|------|------|------|
| 6/27/17 | 1233 | S | Here c/o "this cancer is killing me". Reports weakness, loss of appetite, coughing white stuff x 1 wk. States he is weak and requested a layin on NL yesterday. |
| | | O | Cachetic appearance                 WT 122<br>AVSS  BP: 98/55, P 75, RR: 15, O₂ 98  T. 98.6<br>G: A0 x 4, NAD<br>H: RRR, no murmur rubs or gallop<br>L: CTA bil, no rales or rhonchi<br>A: Tenderness of palpation, firm + BS<br>RMS: Unsteady gait<br>Ext: no clubbing, no edema |
| | | A | A: Lymphoma, Cough, Anemia HgB 8.8 |
| | | P | 1. O₂ - Pak (Take by mouth as directed)<br>2. Continue Fe sulfate<br>3. Get labs CBC w/ diff<br>4. F/U with Oncologist, Check on consult request<br>5. SNO for lay-in p 2 wks |
| | | E | Advised telept to take medicine as Rx, drink plenty of water F/U with specialist appointment as scheduled and change in health condition via HNR. Verbalized understanding and agrees to plan. |

Pharmacor States they cannot take Verbal orders

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| UPTON, WILLIAMS | 128149 |
| | Facility/Unit |
| | ASPC-F/SOUTH |

1101-62P
11/21/01

# EXHIBIT 7



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

September 22, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

  RE: *Parsons v. Ryan*, 2:12-CV-00601
    Class Member in Need of Medical Care
    William Upton, ADC 128149, Florence - South

Dear Ms. Rand:

  I write on behalf of William Upton, 128149, who is currently housed at Florence South. Mr. Upton has a history of b cell lymphoma. He has been referred for an oncology consult and diagnostic tests on an urgent basis, and is awaiting treatment.

  Mr. Upton wrote with concern that NP Igwe provided him notice on 9/14/17 that his 9/12/17 lab result (a reticulocyte count) was normal. He indicated this was shocking given his earlier lab results. In reviewing his record, I found that the 9/12/17 lab report indicates, under "results" the notation "TNP." This stands for "test not performed." The report does seem to suggest that the results were normal, but clearly shows that no reticulcyte count was performed.

  Please ensure that Mr. Upton's health record is corrected to note that he did not have a reticulocyte count, as ordered, and that his results were thus not normal. If Mr. Upton still requires that diagnostic test, please ensure that it is promptly performed.

  Thank you for your prompt attention to this matter.

    Sincerely,

    Alison Hardy
    Senior Staff Attorney

cc: Mr. Upton

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

# EXHIBIT 8



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

November 6, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

> RE:   *Parsons v. Ryan*, 2:12-CV-00601
>        Class Member in Need of Medical Care
>        William Upton, ADC 128149, Florence - South

Dear Ms. Rand:

I write on behalf of William Upton, who currently is housed at Florence South.  My office previously notified you of severe delays and deficiencies in Mr. Upton's lymphoma treatment by letters dated October 31, 2016; November 21, 2016; January 24, 2017; April 6, 2017; July 3, 2017; and July 27, 2017.  Mr. Upton's condition appears to be worsening.

A provider submitted an urgent Hem/Oncology consult request on September 19, 2017:

> pt needs f/u with oncology. Pt with hx of b-cell lymphoma further diagnostics ordered and tx plan is being determined.  **Clinical coordinator please attach a copy of the 9/13/17 oncology note.  Also please obtain results of previous bone marrow biopsy to send to next oncology visit.  If biopsy and CT's are done please send to oncologist for review.**

The status of the request currently is listed as "Referred to UM Team for Review"—in violation of Performance Measure 50.

We could not find a biopsy report in Mr. Upton's electronic medical record.  According to Subjective Notes entered into the medical record on November 6, 2017:

> Late entry for 10/30/2017 encounter. Pt. presents to review CT results
> Results reviewed
> 1. Left supraclavicular lymph node measuring upto 11 cm[1]
> 2. There is a 17x15 mm R. lower lobe, there is a ventricular fixation

---

[1]     The provider may have meant 11 <u>mm</u>.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: William Upton, ADC 128149
November 6, 2017
Page 2

The Plan Notes are listed as "**None**."  It is hard to understand, therefore, the Patient Education Notes, which state:  "**Plan as above and pt agreeable**."

We request that Mr. Upton immediately be taken for a biopsy, receive a CBC test, and be seen by an oncologist.[2]  Thank you for your prompt attention to this matter.


Sincerely yours,


Rita Lomio
Staff Attorney


cc:    Mr. Upton

---

[2]      A CBC with differential lab test was ordered on October 22, 2017, and still has not been performed.  (A CBC test on September 22, 2017, showed abnormal results.)

# EXHIBIT 9



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

December 15, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

RE:    *Parsons v. Ryan*, 2:12-CV-00601
       Class Member in Need of Medical Care
       William Upton, ADC 128149, Florence - South

Dear Ms. Rand:

We write again on behalf of William Upton, 128149, who has a history of b cell lymphoma, and is currently housed at Florence South.  Based on repeated instances of delayed care, we have already advocated seven times on Mr. Upton's behalf.  Currently, Mr. Upton requires an emergent return visit to his oncologist so that he can resume treatment.  Due to continued delays in Mr. Upton's treatment, referrals, and exams, he appears to be worsening and is in need of immediate medical attention.

Mr. Upton last saw his oncologist on 11/15/17, who wrote Mr. Upton "needs to return to clinic with the results of yesterdays' lymph node biopsy. .... He needs a bone marrow biopsy emergently, and those results need to come with him to the clinic on his next visit. He needs treatment emergently once we have the definitive diagnostics."  His treatment plan indicated "the patient needs definitive therapy. Needs to be seen as soon as possible for follow up as I believe this is extremely serious condition."  Mr. Upton had his bone marrow biopsy on 11/22/17.  He has not yet returned to the oncologist.  He was seen by a provider on the morning of 12/12/17, who noted that he was awaiting Mr. Upton's bone marrow biopsy results and cannot start his treatment until those results are received. It appears those results arrived on 12/12/17 and were scanned into the record at noon.

Mr. Upton saw an RN on 12/15/17 for cold symptoms and nose bleeds. The RN made no mention of the biopsy results at this encounter and there do not appear to be any pending appointments with a provider to discuss the biopsy results.

Mr. Upton was referred to oncology on an urgent basis on 12/8/17; however, Mr. Upton's urgent referral is still pending review by Utilization Management.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: William Upton, ADC 128149
December 15, 2017
Page 2

Please ensure that Mr. Upton returns to his oncologist on an emergent basis, with the results from his lymph node biopsy and his bone marrow biopsy, so that his cancer may be staged and his treatment initiated.

Thank you for your prompt attention to this matter.

Sincerely,

Alison Hardy
Senior Staff Attorney

cc:    Mr. Upton

# EXHIBIT 10



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964

Telephone (510) 280-2621 • Fax (510) 280-2704

www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

January 5, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

    RE:   *Parsons v. Ryan*, 2:12-CV-00601
           Class Member in Need of Medical Care
           William Upton, ADC 128149, Florence - South

Dear Mr. Bojanowski:

    I write again regarding Mr. Upton.  This is the tenth time my office has written to you about delays in his cancer treatment.  We sent letters detailing our concerns on October 31, 2016; November 21, 2016; January 24, 2017; April 6, 2017; July 3, 2017; July 27, 2017; September 22, 2017; November 6, 2017; and December 15, 2017.  I will not repeat the content of those letters here; needless to say, we remain seriously concerned about ADC's continued inaction and indifference regarding Mr. Upton.

    On December 8, 2017, an urgent hem/oncology consult request was submitted (emphasis added):

> Pt needs f/u with oncology and bone marrow bx recently done. Pt with hx of b-cell lymphoma started tx and has had lapse in tx. f/u is needed to determine tx plan. clinical coordinator please get copy of bone marrow bx results and attach to this c/s report.
> Last oncology consult of 11/16/17 and request for bone marrow bx.
>
> S.Pt presents to f/u on offsite return r/t oncology consult of 11/15/17.
> Pt on a wasting diet; pt also gets 4ensure per week and 2 resource supplements daily.
>
> Reports constipation, reports hard to push out - bleeds while stooling. Last BM 11/15/17; hard stool Denies N/V/D. C/O "extreme weakness" and poor appetite. Denies CP/SOB/pedal edema.
>
> Offsite oncology report reviewed with pt.:
> <span style="color:red">"THESE ORDERS ARE NOW A MEDICAL EMERGENCY"</span>
> Total protein - 12.5 gram; gamma globulin 6.8

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: William Upton, ADC 128149
January 5, 2018
Page 2

Biopsy of supraclavicular node done 11/14/17 - results being awaited
Needs a copy of last bone marrow Biopsy results - done in 12/2015
Needs urgent CT chest, abdomen and pelvis with contrast
Obtain results of previous bone marrow biopsy
F/U with oncology immediately following the biopsy and CT results
labs drawn - 11/15/17
Vitamin B12 Deficiency -start B12 supplement

O.

BMI - 17.50
G- Frail older adult, a/o x 3, NAD, ambulates independently without difficulty
E - PERRL, EOMI, Sclera non-icteric
H- RRR, no murmur, rub or gallop
L- CTA b/l no wheeze, rales or rhonchi
A- s/nt/nd +BS, no rebound tenderness, rigidity or guarding
ext- w/d no clubbing, cyanosis or edema

The urgent consult request was referred to Utilization Management on December 12, 2017.  It still is pending review—in violation of Performance Measure 48.

Mr. Upton was last seen by a provider on January 3, 2018.  The provider entered the following Plan Notes:  "Offsite consult hemoncology paced [sic], time for pt to go out being awaited pe [sic] clinical coordinator."  According to the electronic medical record, the only medications currently prescribed to Mr. Upton are vitamin B12 and an iron supplement.

We request that Mr. Upton immediately be seen by an oncologist.  As Judge Duncan said recently, "cancers grow, . . . that's what cancers do.  And so time is usually of the extreme essence."  12/20/17 Hearing Tr. at 71-72.  The oncologist should be provided with the results from the lymph node biopsy and bone marrow biopsy, so that Mr. Upton's cancer may be staged and his treatment initiated.

Thank you for your immediate attention to this matter.

Sincerely yours,

Rita Lomio
Staff Attorney

cc:    Mr. Upton

# EXHIBIT 11



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

January 31, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:    *Parsons v. Ryan*, 2:12-CV-00601
         Class Member in Need of Medical Care
         William Upton, ADC 128149, Florence - South

Dear Mr. Bojanowski:

I write again regarding Mr. Upton.  We have been documenting delays in Mr. Upton's cancer treatment for 457 days and counting.  We also have filed a copy of an advocacy letter with the Court.[*]

On January 11, 2018, Mr. Upton was sent to Ironwood Cancer & Research Centers to have an oncology consultation with Dr. Monique Chang.  It is unclear why Mr. Upton was sent for an "Initial Consultation" with Dr. Chang; Mr. Upton already has been seen by Dr. Goldfarb on multiple occasions.

Dr. Chang noted that she had not been provided Mr. Upton's full medical record to review—in particular, she did not have a copy of his bone marrow biopsy.  Nonetheless, she recommended the following plan for his b cell lymphoma:

1. Waldenstrom's Macroglobulinemia: I reviewed the records from AON. I went over the bone marrow bx report from 11/2017. Due to cytopenias and a palpable spleen on exam, he should undergo treatment. PET scan to restage the patient. He had Rituxan as a single agent in the past in 2016 and then last year in May. I agree that Rituxan maintenance would have been beneficial but this care plan was not approved by Corizon per patient. Since he did not get a prolonged response to single agent Rituxan, I recommend that he start treatment with bortezemib with Rituxan q 21 days. I went over side effects including nausea, vomiting, constipation, fatigue, infection, neuropathy.

2. tumor lysis prophylaxis: start allopurinol

3. abx prophylaxis: start acyclovir

---

[*]    We previously sent letters detailing our concerns on October 31, 2016; November 21, 2016; January 24, 2017; April 6, 2017; July 3, 2017; July 27, 2017; September 22, 2017; November 6, 2017; December 15, 2017; and January 5, 2018.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: William Upton, ADC 128149
January 31, 2018
Page 2

Dr. Chang also recommended labs and a follow-up appointment in 2-3 weeks—that is, by tomorrow, February 1, 2018.  However, a consult request was not submitted until two weeks later, on January 24, 2018.  It still is pending Utilization Management review.  Therefore, the appointment will be untimely.

A second urgent consult request was submitted on January 24, 2018, for the chemotherapy recommended by the oncologist.  It appears that an Alternative Treatment Plan was proposed the next day but declined by the provider on January 29:

---

**Action Taken Comments**

ATP: Discussed with Dr. Kos. Bone marrow was performed but no histology is reported. If bone marrow revealed a reduction in red cell elements due to tumor crowding, therapy with single agent rituxan is indicated. If patient fails an adequate trial of single agent rituxan, combination therapy is Indicated The splenomegaly is mild on exam and 17 mm by ct.
Recommend single agent therapy with rituxan if review of bone marrow histology is consistent with this.

Not accepting ATP at this time. It appears pt had received a dose of rituxan during prior treatment - clinical coordinator, please attach associated offsite notes.
TimeStamp: 29 January 2018 08:17:03 --- User: Dorothy Igwe (IGWDO01)

---

It is unclear what, if any, further action will be taken.

A routine consult request for the PET scan recommended by the oncologist was not submitted until January 18, 2018.  It appears that an Alternative Treatment Plan was proposed on January 25, but declined by the provider on January 29:

---

**Action Taken Comments**

ATP: . Bone marrow was performed but no histology is reported. If bone marrow revealed a reduction in red cell elements due to tumor crowding, therapy with single agent rituxan is indicated. The splenomegaly is mild on exam and 17 mm by ct
There is no role for Pet staging in this disease

Not accepting ATP at this time. It appears pt had received a dose of rituxan during prior treatment - clinical coordinator, please attach associated offsite notes. Additionally, bone marrow biopsy was performed -clinical coordinator, please attach results of bone marrow biopsy and accompanying histology report.
TimeStamp: 29 January 2018 08:19:45 --- User: Dorothy Igwe (IGWDO01)

---

Again, it is unclear what, if any, further action will be taken.

The well-documented and ongoing delays in Mr. Upton's medical care are inexcusable.  We request that Mr. Upton immediately receive the prescribed chemotherapy, receive a PET scan for restaging, be seen for follow-up by an oncologist, and receive all other necessary treatment.

Mr. Timothy Bojanowski
Re: William Upton, ADC 128149
January 31, 2018
Page 3

Thank you for your prompt attention to this matter.

Sincerely yours,

Rita Lomio
Staff Attorney

cc:     Mr. Upton

# EXHIBIT 12

