# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Defendants' Motion to Seal (Doc. 2596) and Plaintiffs' Motion to Seal (Doc. 2617), and finding good cause,

**IT IS HEREBY ORDERED** granting Defendants' Motion to Seal (Doc. 2596) and instructing the Clerk of the Court to seal the documents as set for in the Motion (Exhibit 1 to Defendants' Notice Regarding December 2017 Compliance with Performance Measure 54 Pursuant to Order to Show Cause (Doc. 2373)).

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2618) and instructing the Clerk of the Court to seal the documents as set forth in the Motion (Exhibit 2 to the Declaration of David C. Fathi).

Dated this 23rd day of February, 2018.

_____
David K. Duncan
United States Magistrate Judge