Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR THE FEBRUARY 28, 2018 STATUS HEARING** |

LEGAL138723200.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the February 28, 2018 status hearing.

1. Defendants' showing in response to the Court's Order to Show Cause (Doc. 2373) as to why the Court should not impose a civil contempt sanction of $1,000 per incident of noncompliance for the months of December 2017 and January 2018. [Doc. 2456 at 1]

    a. Testimony from the parties' witnesses. Plaintiffs plan to call William Upton, ADC # 128149; Dr. David Robertson, ADC Medical Monitor; and Defendant Richard Pratt.

2. Defendants' failure to include more than 400 instances of noncompliance with the Court's Order to Show Cause in their February 5, 2018 filing reporting December 2017 noncompliance (Doc. 2576-1). [*See* Declaration of Corene Kendrick ("Kendrick Decl."), filed herewith]

3. Update from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

4. Defendants' December 2017 CGAR results and remediation plans for:

    a. Performance measures previously found substantially noncompliant by the Court (Doc. 1583 at 2; Doc. 1709 at 1; Doc. 2030 at 2; Doc. 2403 at 2-3; 12/20/17 Tr. at 100:25-101:3);

    b. Performance measures in the January 4, 2018 Motion to Enforce the Stipulation.[1] [Doc. 2520]

5. Defendants' update regarding specialty care, including:

    a. the status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine. [*See* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76]

---

[1] The motion is fully briefed. [Docs. 2520, 2546, 2580]

LEGAL138723200.1

   b. the status of Corizon identifying oncology specialists to provide cancer treatment to class members in light of the closure of Arizona Oncology Network. [*See* 12/20/17 Tr. at 67:9-74:7; 1/18/18 Tr. at 67:12-69:24; *see also* Declaration of Manntej Sra, M.D., filed herewith]

6. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide.

   a. Defendants' failure to produce re-audited CGARs for August 2017 in light of errors and improper monitoring methodology. [*See* Doc. 2502-1 at 35-42; Doc. 2489 at 3 n. 1 ("These scores will be reflected in the re-audited [August] CGARS once they have been finalized by Defendants"); Doc. 2619 at 3 ("This correction was documented in an addendum and will be among the August CGARs soon to be reissued")]

   b. Errors and improper monitoring methodology in September 2017 CGAR results, and Defendants' refusal to provide a response unless and until Plaintiffs' counsel produce all documents in class members' medical records that show these mistakes. [Doc. 2502-1 at 4-19]

   c. Errors and improper monitoring methodology in October 2017 CGAR results. [*See* Declaration of David Fathi ("Fathi Decl."), filed herewith, Ex. 1]

7. Defendants' compliance with Paragraph 12(a) during the winter's influenza season, and Plaintiffs' request for information regarding the same. [Fathi Decl., Ex. 2]

8. Plaintiffs' request for an update from Defendants regarding the following contractual issues:

   a. the status of their Request For Proposals and negotiations with bidders for a five year contract to provide health care services, to begin in May 2018;

|   |   |
|---|---|
| 1 | b. the amount of money assessed against Corizon for violations of the Stipulation's performance measures in November and December 2017; and |
| 4 | c. the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in November and December 2017.  [*See* Doc. 2509-1 (November 2017 Staffing Reports); Fathi Decl., Ex. 3 (December 2017 Staffing Reports)] |

**Matters Fully Briefed and Awaiting Decision From the Court:**

1. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

2. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring.  [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary Hearings on Monitoring); Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17, 15:24-16:1, 17:5-15]

3. Plaintiffs' Motion to Enforce the Stipulation.  [Docs. 2520, 2546, 2580]

4. The parties' Joint Motion for Clarification.  [Doc. 2561]

5. Plaintiffs' Motion for Attorney Fees and Costs (Docs. 2276, 2277, 2278, 2279, 2280, 2402, 2433, 2434) and Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503).  [Docs. 2518, 2519, 2589, 2623]

6. Monitoring methodology for PM 85 and 86.  [*See* 11/21/17 Tr. at 16:14-19:1; 12/20/17 Tr. at 84:21-85:7; Docs. 2590, 2591, 2598, 2613, 2614, 2619]

. . .

. . .

. . .

. . .

. . .

. . .

Respectfully submitted,

Dated: February 23, 2018

**PRISON LAW OFFICE**

By:  s/ Corene Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:   dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854<br>Email:   kbrody@acluaz.org |
| 5 | Kirstin T. Eidenbach (Bar No. 027341) |
| 6 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 7 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 8 | Email:   kirstin@eidenbachlaw.com |
| 9 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 10 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 11 | Telephone: (415) 875-5712<br>Email:   cnmitchell@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| 14 | **JONES DAY**<br>717 Texas Street |
| 15 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 16 | Email:   jlwilkes@jonesday.com |
| 17 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            jross@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL138723200.1      -7-