**Index of Exhibits to the Declaration of Corene Kendrick**
**(Filed Under Seal)**

| Exhibit | Description |
|---------|-------------|
| 1 | Eyman Daily Tracking Reports |
| 2 | 12/7/17 Eyman PM 46 Roster |
| 3 | Excerpt from medical record of class member ███ |
| 4 | Excerpt from medical record of class member ███ |
| 5 | 12/13/17 Eyman PM 46 Roster |
| 6 | Excerpt from medical record of class member ███ |
| 7 | Excerpt from medical record of class member ███ |
| 8 | 12/15/17 Eyman PM 46 Roster |
| 9 | 12/18/17 Eyman PM 46 Roster |
| 10 | Excerpt from medical record of class member ███ |
| 11 | Excerpt from medical record of class member ███ |
| 12 | Excerpt from medical record of class member ███ |
| 13 | 12/20/17 Eyman PM 46 Roster |
| 14 | Excerpt from medical record of class member ███ |
| 15 | Excerpt from medical record of class member ███ |
| 16 | Excerpt from medical record of class member ███ |
| 17 | Excerpt from medical record of class member ███ |
| 18 | Excerpt from medical record of class member ███ |
| 19 | Excerpt from medical record of class member ███ |
| 20 | Excerpt from medical record of class member ███ |
| 21 | Excerpt from medical record of class member ███ |
| 22 | Excerpt from medical record of class member ███ |
| 23 | Excerpt from medical record of class member ███ |
| 24 | Excerpt from medical record of class member ███ |
| 25 | Excerpt from medical record of class member ███ |
| 26 | Excerpt from medical record of class member ███ |
| 27 | 12/11/17 Eyman PM 54 Roster |

| Exhibit | Description |
|---------|-------------|
| 28 | 12/13/17 Eyman PM 54 Roster |
| 29 | 12/15/17 Eyman PM 54 Roster |
| 30 | 12/18/17 Eyman PM 54 Roster |
| 31 | 12/20/17 Eyman PM 54 Roster |
| 32 | Florence Daily Tracking Reports |
| 33 | 12/6/17 Florence PM 46 Roster |
| 34 | Excerpt from medical record of class member ██████ |
| 35 | 12/19/17 Florence PM 46 Roster |
| 36 | Excerpt from medical record of class member ██████ |
| 37 | Excerpt from medical record of class member ██████ |
| 38 | Excerpt from medical record of class member ██████ |
| 39 | Excerpt from medical record of class member ██████ |
| 40 | Excerpt from medical record of class member ██████ |
| 41 | Excerpt from medical record of class member ██████ |
| 42 | Excerpt from medical record of class member ██████ |
| 43 | Excerpt from medical record of class member ██████ |
| 44 | Excerpt from medical record of class member ██████ |
| 45 | Excerpt from medical record of class member ██████ |
| 46 | Excerpt from medical record of class member ██████ |
| 47 | 12/4/17 Florence PM 50 and 51 Roster |
| 48 | 12/7/17 Florence PM 50 and 51 Roster |
| 49 | 12/27/17 Florence PM 50 and 51 Roster |
| 50 | Excerpt from medical record of class member ██████ |
| 51 | Excerpt from medical record of class member ██████ |
| 52 | Excerpt from medical record of class member ██████ |
| 53 | Lewis Daily Tracking Reports |
| 54 | Lewis PM 11 December Rosters |
| 55 | Lewis PM 39 December Rosters |
| 56 | Excerpt from medical record of class member ██████ |

| Exhibit | Description |
|---------|-------------|
| 57 | Excerpt from medical record of class member ███ |
| 58 | Excerpt from medical record of class member ███ |
| 59 | Excerpt from medical record of class member ███ |
| 60 | Excerpt from medical record of class member ███ |
| 61 | 12/16/17 Lewis PM 47 Roster |
| 62 | Excerpt from medical record of class member ███ |
| 63 | Tucson Daily Tracking Reports |
| 64 | 12/6/17 Tucson PM 46 Roster |
| 65 | Excerpt from medical record of class member ███ |
| 66 | Excerpt from medical record of class member ███ |
| 67 | 12/18/17 Tucson PM 46 Roster |
| 68 | Excerpt from medical record of class member ███ |
| 69 | 12/19/17 Tucson PM 46 Roster |
| 70 | Excerpt from medical record of class member ███ |
| 71 | Excerpt from medical record of class member ███ |
| 72 | Excerpt from medical record of class member ███ |
| 73 | Excerpt from medical record of class member ███ |
| 74 | Excerpt from medical record of class member ███ |
| 75 | 12/6/17 Tucson PM 50, 51, and 52 Roster |
| 76 | Excerpt from medical record of class member ███ |
| 77 | Tucson PM 66 December Logs |

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3


# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9


# FILED UNDER SEAL

# EXHIBIT 10

# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15

# FILED UNDER SEAL

# EXHIBIT 16

# FILED UNDER SEAL

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 18

# FILED UNDER SEAL

# EXHIBIT 19

# FILED UNDER SEAL

# EXHIBIT 20


# FILED UNDER SEAL

# EXHIBIT 21

# FILED UNDER SEAL

# EXHIBIT 22

# FILED UNDER SEAL

# EXHIBIT 23

# FILED UNDER SEAL

# EXHIBIT 24


# FILED UNDER SEAL

# EXHIBIT 25

# FILED UNDER SEAL

# EXHIBIT 26

# FILED UNDER SEAL

# EXHIBIT 27

# FILED UNDER SEAL

# EXHIBIT 28


# FILED UNDER SEAL

# EXHIBIT 29

# FILED UNDER SEAL

# EXHIBIT 30


# FILED UNDER SEAL

# EXHIBIT 31


# FILED UNDER SEAL

# EXHIBIT 32

# FILED UNDER SEAL

# EXHIBIT 33

# FILED UNDER SEAL

# EXHIBIT 34

# FILED UNDER SEAL

# EXHIBIT 35

# FILED UNDER SEAL

# EXHIBIT 36

# FILED UNDER SEAL

# EXHIBIT 37

# FILED UNDER SEAL

# EXHIBIT 38

# FILED UNDER SEAL

# EXHIBIT 39

# FILED UNDER SEAL

# EXHIBIT 40


# FILED UNDER SEAL

# EXHIBIT 41

# FILED UNDER SEAL

# EXHIBIT 42

# FILED UNDER SEAL

# EXHIBIT 43

# FILED UNDER SEAL

# EXHIBIT 44


# FILED UNDER SEAL

# EXHIBIT 45

# FILED UNDER SEAL

# EXHIBIT 46


# FILED UNDER SEAL

# EXHIBIT 47


# FILED UNDER SEAL

# EXHIBIT 48

# FILED UNDER SEAL

# EXHIBIT 49

# FILED UNDER SEAL

# EXHIBIT 50

# FILED UNDER SEAL

# EXHIBIT 51

# FILED UNDER SEAL

# EXHIBIT 52

# FILED UNDER SEAL

# EXHIBIT 53


# FILED UNDER SEAL

# EXHIBIT 54

# FILED UNDER SEAL

# EXHIBIT 55

# FILED UNDER SEAL

# EXHIBIT 56

# FILED UNDER SEAL

# EXHIBIT 57

# FILED UNDER SEAL

# EXHIBIT 58

# FILED UNDER SEAL

# EXHIBIT 59

# FILED UNDER SEAL

# EXHIBIT 60


# FILED UNDER SEAL

# EXHIBIT 61

# FILED UNDER SEAL

# EXHIBIT 62

# FILED UNDER SEAL

# EXHIBIT 63


# FILED UNDER SEAL

# EXHIBIT 64

# FILED UNDER SEAL

# EXHIBIT 65

# FILED UNDER SEAL

# EXHIBIT 66

# FILED UNDER SEAL

# EXHIBIT 67

# FILED UNDER SEAL

# EXHIBIT 68

# FILED UNDER SEAL

# EXHIBIT 69

# FILED UNDER SEAL

# EXHIBIT 70

# FILED UNDER SEAL

# EXHIBIT 71

# FILED UNDER SEAL

# EXHIBIT 72

# FILED UNDER SEAL

# EXHIBIT 73

# FILED UNDER SEAL

# EXHIBIT 74

# FILED UNDER SEAL

# EXHIBIT 75

# FILED UNDER SEAL

# EXHIBIT 76

# FILED UNDER SEAL

# EXHIBIT 77


# FILED UNDER SEAL