1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
7  **[ADDITIONAL COUNSEL LISTED BELOW]**

8  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
9  **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
10 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
11 Email: skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org
12 *Attorneys for Plaintiff Arizona Center for Disability Law*

13 **[ADDITIONAL COUNSEL LISTED BELOW]**

14             UNITED STATES DISTRICT COURT

15               DISTRICT OF ARIZONA

16 Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
   Dustin Brislan; Sonia Rodriguez; Christina
17 Verduzco; Jackie Thomas; Jeremy Smith; Robert          **DECLARATION OF**
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **DAVID C. FATHI**
18 Hefner; Joshua Polson; and Charlotte Wells, on
   behalf of themselves and all others similarly
19 situated; and Arizona Center for Disability Law,

20             Plaintiffs,

21        v.

22 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
23 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
24 capacities,

25             Defendants.

26

27

28

LEGAL138728398.1

1    I, DAVID C. FATHI, DECLARE:

2         1.    I am the Director of the ACLU National Prison Project, and am an attorney

3    admitted *pro hac vice* in this matter and co-lead counsel for the plaintiff class.  I have personal

4    knowledge of the matters set forth herein and could testify competently thereto.

5         2.    Attached hereto as Exhibit 1 and **filed under seal** is a February 2, 2018 letter from

6    Corene Kendrick to Tim Bojanowski regarding errors and improper monitoring reflected in the

7    October 2017 CGAR reports.  Plaintiffs have received no response to this letter.

8         3.    Attached hereto as Exhibit 2 and **filed under seal** is a January 26, 2018 letter from

9    Corene Kendrick to Tim Bojanowski regarding Defendants' compliance with Paragraph 12 of the

10   Stipulation which requires, among other things, that

11            Defendants or their contracted vendor(s) will ensure that:

12            a.  All prisoners will be offered an annual influenza vaccination.

13            b.  All prisoners with chronic diseases will be offered the required
14            immunizations as established by the Centers for Disease Control.

15   Plaintiffs have received no response to this letter.

16        4.    Attached hereto as Exhibit 3 is the December 2017 ADC/Corizon staffing report.

17   This document, Bates stamped ADCM1048041-51, was produced to Plaintiffs by Defendants.

18        5.    Attached hereto as Exhibit 4 is the January 2018 ADC/Corizon staffing report.

19   This document, Bates stamped ADCM1487881-91, was produced to Plaintiffs by Defendants.

20        I declare under penalty of perjury that the foregoing is true and correct.

21        Executed this 23rd day of February, 2018, at Washington, DC.

22                                                    s/ David C. Fathi
23                                              David C. Fathi

24

25

26

27

28

LEGAL138728398.1

1  **ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
              afettig@aclu.org
              vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

1        Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**

2        P. O. Box 91398
Tucson, Arizona 85752

3        Telephone:  (520) 477-1475
Email:    kirstin@eidenbachlaw.com

4

5        Caroline Mitchell (Cal. 143124)*
**JONES DAY**

6        555 California Street, 26th Floor
San Francisco, California 94104

7        Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

8        *Admitted pro hac vice*

9        John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**

10       717 Texas Street
Houston, Texas 77002

11       Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

12       *Admitted pro hac vice*

13       *Attorneys for Plaintiffs Shawn Jensen;*

14       *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;*

15       *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua*

16       *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

17

18

19

20

21

22

23

24

25

26

27

28

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
              adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf