UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | **DECLARATION OF DR. MANNTEJ S. SRA, M.D.** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

2033425.v3

I, Manntej S. Sra, M.D., hereby declare:

1.      I have personal knowledge of the matters set forth herein.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      I am a radiologist currently licensed by the State of Arizona (License No. 28033), and so licensed in good standing since 2000.  I received my medical degree from the Medical College of Georgia at Augusta University in 1993.

3.      I owned and operated a corporate entity called Sun Electronic Brachytherapy, Inc., doing business as Arizona Oncology Network ("AON").  AON is a radiation oncology practice. AON is not affiliated with a similarly-named entity, Arizona Oncology, which I understand is part of the U.S. Oncology Network and owned by McKesson Specialty Health.

4.      AON operated a single clinic located at 6424 East Broadway, Mesa, Arizona 85206 (the "AON Clinic").

5.      From March 2015 to November 2017, AON had a subcontract with Corizon Health, Inc., to provide hematology, oncology, and radiation services to treat patients in the custody of the Arizona Department of Corrections ("ADC") at several of the prisons.

6.      It has come to my attention that ADC and Corizon officials and their attorneys recently reported to the court in the matter of *Parsons v. Ryan* that AON was declaring bankruptcy or had declared bankruptcy, was closing its clinic, that AON only gave Corizon ten days' notice of this closure, and as a result, many patients with cancer experienced delays in care. [*See* 12/20/17 Transcript at 67:9-74:10; 1/18/18 Transcript at 63:10-69:24; Doc. 2535-1 at 107]

7.      The statements that they made in open court about AON were included in media coverage of the case.  [*See, e.g.,* "Federal Judge Calls for Hearing After KJZZ Report on Arizona Prison Health Care," *available at* http://kjzz.org/content/583172/federal-judge-calls-hearing-after-kjzz-report-arizona-prison-health-care (Dec. 20, 2017) ("ADC assistant director Richard Pratt testified he

1  recently learned of a potential bankruptcy of Arizona Oncology Network, one of
2  Corizon's oncology subcontractors, which generated a large backlog of requests for
3  cancer treatment.")]

4      8.      AON has not declared bankruptcy, and there are no plans for bankruptcy.

5      9.      AON made the business decision to close the AON clinic as of December 1,
6  2017.

7      10.     My staff at AON had been communicating with Corizon for at least two to
8  three months about closing our clinic due to lack of patient volume. My Office Manager,
9  Jesus Coronado, had been communicating with the prisons' clinical coordinators about the
10 possibility of closure during that time.

11     11.     At the time we notified Corizon of the impending closure, AON was
12 treating only two patients who were ADC prisoners. Over the ensuing time period, my
13 staff and I worked with Corizon officials Glen Babich, Robert Patel, Richard
14 Kosierowski, Carmen Schilling, and Renee FallHowe at Corizon to ensure that patients'
15 treatment plans and care were transferred to other oncology practices in the area with
16 whom Corizon had subcontracts. By the time the AON office was closed on December 1,
17 2017, there was only one patient who was being treated by AON, and we transferred this
18 person's care to 21st Century Oncology. Attached to this affidavit as **Exhibits 1 and 2**
19 **and filed under seal** are emails regarding the transfer of care of patients.

20     12.     During this time, I understood that Corizon had multiple other medical and
21 radiation oncology providers with whom they were contracted. It is my understanding
22 that Corizon has subcontracts with other oncology and radiation practices in the Phoenix
23 metropolitan areas, and they should not have had a problem or delays in transferring
24 patients.

25     I declare under the penalty of perjury that the foregoing is true and correct.
26     Executed the _16th_ day of February, 2018, in _Phoenix_, Arizona.
27
28                                    Dr. Manntej S. Sra, M.D.

1

Exhibit 1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Subject: RE: AON-Corizon Oncology Patients
From: "Babich, Glen" <Glen.Babich@CorizonHealth.com>
Date: Mon, November 27, 2017 10:57 am
To: "McGarry, Deborah" <Deborah.McGarry@corizonhealth.com>, "Patel,
Robert" <Robert.Patel@corizonhealth.com>, "Kosierowski, Richard"
<Richard.Kosierowski@corizonhealth.com>, "Schilling, Carmen"
<Carmen.Schilling@CorizonHealth.com>
Cc: "Fallhowe, Renee" <Renee.Fallhowe@CorizonHealth.com>,
"kfett@aoncancer.com" <kfett@aoncancer.com>, "jesus coronado"
<jcoronado@aoncancer.com>

Yes


From: McGarry, Deborah
Sent: Monday, November 27, 2017 10:56 AM
To: Babich, Glen; Patel, Robert; Kosierowski, Richard; Schilling, Carmen
Cc: Fallhowe, Renee; kfett@aoncancer.com; jesus coronado
Subject: RE: AON-Corizon Oncology Patients

Good morning Dr. Babich,

Just to confirm, I will write orders to transfer care of all Corizon patients to Dr. Mehta.  Then we
will transfer their records to MIHS.

Will you update the complexes and let the clinical coordinators know?

Thank you,

Deborah McGarry, ACNP-BC
Corizon Health
ASPC Florence - North
520-868-4011, Option 8, Ext. 5745
Deborah.McGarry@corizonhealth.com
www.corizonhealth.com


_____

From: Babich, Glen
Sent: Monday, November 27, 2017 10:51 AM
To: McGarry, Deborah; Patel, Robert; Kosierowski, Richard; Schilling, Carmen
Cc: Fallhowe, Renee
Subject: RE: AON-Corizon Oncology Patients
Proceed with conversion.

From: McGarry, Deborah
Sent: Monday, November 27, 2017 10:25 AM

To: Patel, Robert; Babich, Glen; Kosierowski, Richard; Schilling, Carmen
Cc: Fallhowe, Renee
Subject: FW: AON-Corizon Oncology Patients

Good morning all,

I am assuming that you have all heard about the closing of Arizona Oncology Network.  With
Dr. Fallhowe's permission, I spoke with the Oncology Department at Maricopa Integrated Health
System (MIHS) I contacted the oncology practice manager, LeNae Pohl, at Maricopa Integrated
Health System.  This is the same system as Maricopa County Hospital.  LeNae talked with the
Medical Director, Dr. Mehta and confirmed that they are able to take all of the Department of
Corrections patients.  I know Corizon has patients being seen there, so I assume that there is a
contract with them.  I see this as a good option.  MIHS is equipped to take inmates and does so
on a regular basis.  There are special days in the clinics where they see only correctional patients
from all over the county.  They also have a Corrections Unit in the hospital that is, of course, set-
up for inmates and officers.

This arrangement would meet Corizon's original goals for the provision of oncology care.  It still
allows the oncology patients to be seen by the same practice, all outpatient procedures (biopsies,
port insertion, imaging) could be done there, patient can be admitted to that hospital's
Corrections Unit for acute concerns and all records would be in the same place.

I will need to know if you would like me to refer Corizon's patients to MIHS.  With your
permission, I can send referrals, as well as, the patient records.  I will forward a spreadsheet
detailing current patient needs in a separate email.  The clinical coordinators would need to
obtain authorizations and call to schedule the patient's for the oncology clinic.  LeNae Pohl and
Dr. Mehta said the patient's can be worked into the chemotherapy schedule.  There are currently
only five and that should be no problem.

Here is the contact information that I was given:

Practice Manager, LeNae Pohl, 602-344-1420
FAX 602-344-0960
Medical Director, Dr. Mehta
Dr. Mehta's MA, Claudia Ramos-Mosso, 602-344-1921

Corizon-AON has only one patient receiving radiation and she is being released from custody in
two weeks; ██████████████.  I spoke with the patient today about our closing and she
assured me that she would follow-up when released at Banner Desert.  Corizon will need to send
records for her.

I hope that this helps the situation.  I am, of course, very disappointed in the way everything has
worked out.  If you would like me to proceed with transfer to Dr. Mehta, please let me know so I
can start working on it.  As far as I know, I have four business days.

Please feel free to call me, if you need further explanation or additional information.

2

Deborah McGarry, ACNP-BC
602-741-49491
Deborah.McGarry@corizonhealth.com
www.corizonhealth.com

1

2

Exhibit 2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

2033425.v3

Subject: ▓▓▓▓▓▓▓
From: "Ellison, David" <David.Ellison@corizonhealth.com>
Date: Tue, November 21, 2017 4:27 pm
To: karen fett <kfett@aoncancer.com>, "jesus coronado"
<jcoronado@aoncancer.com>
Cc: "Sego, Daniel" <Daniel.Sego@corizonhealth.com>, "Torrez, Paul"
<Paul.Torrez@CorizonHealth.com>, "Lizarraga, Amelia"
<Amelia.Lizarraga@corizonhealth.com>, "Delgado, Michael"
<Michael.Delgado@corizonhealth.com>

I had stat labs drawn this morning.
I know they were sent.
I just called to get the results and they didn't have anything.
I will call when I get in the morning to see if they have it, then fax it in.


Thank you very much,
David Ellison


David Ellison LPN
Clinical Cordinator
ASPC- Florence
1305 E. Butte Ave.
Florence, Az 85132
Phone: 520 868 0201 ext 3737
Fax: 314-919-8745
david.ellison@corizonhealth.com