Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **MOTION TO SEAL** |

LEGAL138726008.1

1    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under
2 seal designated documents associated with Plaintiffs' Proposed Agenda for the
3 February 28, 2018 Status Hearing.  Plaintiffs file this Motion because the documents
4 contain confidential medical information and makes medical information identifiable to a
5 given individual.  [Doc. 454]

6    Specifically, Plaintiffs move to seal (1) Exhibits 1-77 to the Declaration of Corene
7 Kendrick and (2) Exhibits 1 and 2 to the Declaration of David Fathi (redacted versions
8 will be filed in the public record).

Dated:  February 23, 2018

**PRISON LAW OFFICE**

By:  *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL138726008.1

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398<br>Tucson, Arizona 85752 |
| 3 | Telephone:  (520) 477-1475<br>Email:    kirstin@eidenbachlaw.com |
| 4 | |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA** |
| 6 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 7 | Telephone:  (602) 650-1854<br>Email:    kbrody@acluaz.org |
| 8 | |
| 9 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107) |
| 10 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
| 11 | Phoenix, Arizona 85012<br>Telephone:  (602) 351-8000 |
| 12 | Email:    dbarr@perkinscoie.com<br>        agerlicher@perkinscoie.com |
| 13 |         jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)*<br>**JONES DAY** |
| 15 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 16 | Telephone:  (415) 875-5712<br>Email:    cnmitchell@jonesday.com |
| 17 | |
| 18 | *Admitted *pro hac vice* |
| 19 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 20 | 717 Texas Street<br>Houston, Texas 77002 |
| 21 | Telephone:  (832) 239-3939<br>Email:    jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 24 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: _s/ Maya Abela_ |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone: (602) 274-6287<br>Email: skader@azdisabilitylaw.org |
| 7 | adietrich@azdisabilitylaw.org |
| 8 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 9 | Maya Abela (Bar No. 027232)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 10 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 11 | Telephone: (520) 327-9547<br>Email: |
| 12 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 13 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 14 | *Attorneys for Arizona Center for Disability Law* |

LEGAL138726008.1  -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                                    s/ D. Freouf

LEGAL138726008.1              -4-