1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **MOTION TO SEAL**
     behalf of themselves and all others similarly
11   situated; and Arizona Center for Disability Law,

12                          Plaintiffs,

13        v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Division Director,
15   Division of Health Services, Arizona Department of
     Corrections, in their official capacities,
16
                            Defendants.
17

18

19        This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

20   hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the

21   documents as set forth in the Motion:   Exhibits 1-77 to the Declaration of Corene

22   Kendrick and Exhibits 1 and 2 to the Declaration of David Fathi.

23

24

25

26

27

28

LEGAL138726363.1