1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorney General
   15 South 15th Avenue
4  Phoenix, Arizona 85007
   Telephone: (602) 542-1645
5  Fax: (602) 542-3393
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Hesman, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   Jamie D. Guzman, Bar No. 022095
12 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
13 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
14 Fax:  (480) 420-1696
   dstruck@strucklove.com
15 rlove@strucklove.com
   tbojanowski@strucklove.com
16 nacedo@strucklove.com
   ahesman@strucklove.com
17 jlee@strucklove.com
   khanger@strucklove.com
18 tray@strucklove.com
   rvalenti@strucklove.com
19 jguzman@strucklove.com
   *Attorneys for Defendants*

20

21                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF ARIZONA**
22

23  Victor Parsons, *et al.*, on behalf of themselves | NO. 2:12-cv-00601-DKD
    and all others similarly situated; and Arizona
    Center for Disability Law,
24                                      Plaintiffs,
25           v.                                       | **DEFENDANTS' MOTION FOR**
                                                       **RECONSIDERATION OF**
26  Charles Ryan, Director, Arizona Department        **COURT'S ORDER (DOC. 2620)**
    of Corrections; and Richard Pratt, Interim
27  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
    official capacities,
28                                      Defendants.

Defendants Charles Ryan and Richard Pratt (collectively, "Defendants"), through counsel, respectfully request that the Court reconsider its Order (Doc. # 2620) to extend time for Defendants to provide the Court with real-time data for PMs 11, 35, 47, 50, 51, and 66 from February 26, 2018 to March 5, 2018. The Court's Order stated, "There is no explanation for why the other six performance measures at issue would require additional time." See Doc. # 2620 at 1. This Motion provides that additional explanation.

Defendants' earlier Motion (Doc. # 2605) provided several representative examples of PMs that required a subjective portion to determine compliance. Defendants' cited performance measures (PMs 39, 44, 46, 52, and 54) were intended merely to serve as representative examples and were not intended to mean that only those performance measures required a subjective determination. To the contrary, all of the performance measures listed in the Court's October 10, 2017 Order (Doc. # 2373) require a subjective determination because of the technological limitations present when assessing compliance.

To illustrate, the reporting set forth in the Pentaho database, which is necessarily considered when evaluating PMs 11, 35, 47, 50, 51 and 66, does not always include the same compliance issues found by the Health Services Contract Monitoring Bureau ("HSCMB") for those performance measures. That is, in part, because the information input into Pentaho includes complex sets of medical records, with many subjective elements, that are difficult to assess via an automated computer program or other form of algorithm. As a result, manual inspection comparing the results from Pentaho and the results from the HSCMB is required for each of the reported instances of non-compliance to ensure accuracy. Because of this required manual comparison, HSCMB's monitoring must be complete before compiling an accurate list of compliance scores for each performance measure.

As explained in Defendants' earlier Motion (Doc. # 2605), a short extension is required so that HSCMB has time to complete its review of the January 2018 compliance data and so that Defendants can have time to make the required manual comparison of the

1

compliance scores from HSCMB with the compliance scores of Pentaho. Defendants therefore request that the Court reconsider its earlier ruling and grant them an extension to file the January 2018 data for all of the performance measures specified in the Court's October 10, 2017 Order from February 26, 2018 to March 5, 2018.

DATED this 23rd day of February 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love