# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT ORDER (DOC. 2620)** |

　　The Court, having reviewed Defendants' Motion for Reconsideration of Court Order (Doc. 2620), and good cause appearing,

　　IT IS ORDERED granting Defendants' Motion for Reconsideration of Court Order (Dkt. 2620).

　　Defendants shall have up to and including March 5, 2018 to provide the Court with real time data for January 2018 for all Performance Measures specified in the Court's October 10, 2017 Order (Doc. 2373).