# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR MAGISTRATE JUDGE DUNCAN TO DISQUALIFY HIMSELF**<br><br>**AND**<br><br>**GRANTING DEFENDANTS' MOTION FOR REASSIGNMENT OF CASE FOR EVIDENTIARY AND CONTEMPT HEARINGS** |

The Court, having reviewed Defendants' Motion for Magistrate Judge Duncan to Disqualify himself and Motion for Reassignment of case for Evidentiary and Contempt Hearings or, in the Alternative, to Stay Proceedings, and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Magistrate Judge Duncan to Disqualify Himself.

IT IS FURTHER ORDERED reassigning all further proceedings to Magistrate Judge Bridget S. Bade.