1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  Victor Antonio Parsons, et al.,                     No.  CV-12-0601-PHX-DKD

10                 Plaintiffs,

11  v.                                                   **ORDER**

12  Charles L. Ryan, et al.,

13                 Defendants.

14

15

16          For years, the parties have been unable to resolve their dispute about Performance

17  Measure 86.  This sub-issue has consumed a good deal of the parties and the Court's

18  time.  Perhaps there is an easier and more productive path.  (Docs. 2590, 2613, 2619)

19          It appears to the Court that the larger issue, and the reason that PM86 has

20  remained so vexing, is that the Stipulation's protocol explicitly ties PM85 and PM86 by

21  requiring that the records reviewed for PM85 will also be reviewed for compliance with

22  PM86.  (Doc. 1185-1 at 32)  The Court understands that this link between PM85 and

23  PM86 was intended to expedite monthly review.  This goal has not been achieved.

24          Although PM85 and PM86 both involve MH-3D prisoners who have discontinued

25  medications, the similarities end there: one involves mental health providers (PM85) and

26  the other involves mental health clinicians (PM 86).  One involves one visit during a 30

27  day look back (PM85) and the other involves at least two visits over a six month look

28  back (PM86).

The Court cannot rewrite the Stipulation's protocol to decouple the source records from PM85 and PM86. However, the parties can. The Court would like to suggest they do so. This would mean that the random list of records to review for PM85 would include only the records from inmates who had discontinued medications in the month before the monitored month and it would mean that the random list of records to review for PM86 would include only records from inmates who had discontinued medications six months before the monitored month.

**IT IS ORDERED** that the parties shall meet-and-confer to discuss modifying the source records for Performance Measures 85 and 86. The parties shall file a joint report on their discussion within 30 days from the date of this Order.

Dated this 26th day of February, 2018.

_____
David K. Duncan
United States Magistrate Judge

- 2 -