# EXHIBIT 1

# (REDACTED)

# PERFORMANCE MEASURE 11

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| | LEWIS |
|---|---|
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |
| | LEWIS |

| | LEWIS |
|---|---|
| | LEWIS |
| | LEWIS |

# PERFORMANCE MEASURE 35

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |
| ███████ | ███████ | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

# PERFORMANCE MEASURE 47

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| ███████████ | ███████████ | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | Complex |
|------------|-------------|------------|
| None | | PERRYVILLE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | PHOENIX |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |

# PERFORMANCE MEASURE 50

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |
|  |  | FLORENCE |

# PERFORMANCE MEASURE 51

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |

# PERFORMANCE MEASURE 66

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| NONE | | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |