1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

9

Plaintiffs,

NO. 2:12-cv-00601-DKD

10

v.

11

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR
LEAVE TO FILE UNDER SEAL**

12

13

Defendants.

14

The Court, having reviewed Defendants' Motion for Leave to File under Seal, and

15

good cause appearing,

16

IT IS ORDERED that the Motion for Leave to File under Seal is GRANTED.

17

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Exhibit

18

1 to Defendants' Notice Regarding January 2018 Compliance with Performance Measures

19

11, 35, 47, 50, 51, and 66 Pursuant to Order to Show Cause (Doc. 2373).

20

21

22

23

24

25

26

27

28