# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to File under Seal (Doc. 2649), and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File under Seal is GRANTED.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibit 1 to Defendants' Notice Regarding January 2018 Compliance with Performance Measures 11, 35, 47, 50, 51, and 66 Pursuant to Order to Show Cause (Doc. 2373).

Dated this 27th day of February, 2018.

_____
David K. Duncan
United States Magistrate Judge