# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: February 27, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants

==========================================================================

HON:   <u>David K. Duncan</u>            Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>              CourtSmart
   Deputy Clerk                Recorded

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter, Kirstin Eidenbach, Maya Abela and Daniel Barr for Plaintiffs

Daniel Struck, Ashlee Hesman, Timothy Bojanowski and Rachel Love for Defendants

==========================================================================
**PROCEEDINGS:**      **X** Open Court      _____ Chambers      _____ Other

This is the time set for Evidentiary Hearing. The Court hears Defendants' request to break at 10:25 AM to allow Dan Struck to appear telephonically in a hearing scheduled in New Mexico. For the reasons set forth on the record the request is granted.

Defendants request the Motion to Disqualify (Doc. 2641) filed February 23, 2018 be referred to the Chief Judge for ruling. The Court will defer any consideration of the Motion to Disqualify until after briefing is completed.

Discussion is held regarding the order the hearing will proceed.

Plaintiffs invoke the Rule of Exclusion of Witnesses. Defendants request that Dr. Khan be allowed to remain in the courtroom. Argument is heard. The Court will not invoke the Rule pursuant to Dr. Khan.

Dr. Jan Denise Watson is sworn and examined.

Plaintiffs tender Dr. Watson as an expert witness. Argument is heard. The Court reserves ruling on Defendants' objection.

CV-12-0601-PHX-DKD
February 27, 2018

Plaintiffs' Exhibit 3 is received in evidence.  Defendants' Exhibit 415 is received in evidence.  Plaintiffs' Exhibit 13 is received in evidence.  Plaintiffs' Exhibit 4 is received in evidence.  Plaintiffs' Exhibit 1 is received in evidence.  Plaintiffs' Exhibit 20 is received in evidence.  Plaintiffs' Exhibit 11 is received in evidence.

10:23 AM – Court stands in recess.

10:45 AM – Court reconvenes.

Dr. Watson resumes the stand and continues her testimony.  Plaintiffs' Exhibit 14 is received in evidence.  Plaintiffs' Exhibit 16 is received in evidence.  Plaintiffs' Exhibit 15 is received in evidence.  Plaintiffs' Exhibit 18 is received in evidence.  Plaintiffs' Exhibit 12 is received in evidence.  Plaintiffs' Exhibit 168 is received in evidence.

11:59 AM – Court stands in recess.

1:02 PM – Court reconvenes.

BJ Millar presents the agenda and overview of the Advisory Board.

Dr. Watson resumes the stand and testifies further.  Plaintiffs' Exhibit 17 is received in evidence.  Plaintiffs' Exhibit 6 is received in evidence.  Cross examination.  Defendants' Exhibit 308 is received in evidence.

2:56 PM – Court stands in recess.

3:11 PM – Court reconvenes.

Dr. Watson resumes the stand and continues her testimony.  Defendants' Exhibit 367 is received in evidence.  Plaintiffs' Exhibit 10 is received in evidence.  The witness is excused for today to return for continued testimony on February 28, 2018 at 9:00 AM.

Discussion is held regarding the schedule for the remaining hearing.  The Court admonishes the parties for their continued failure to provide copies of the exhibits for the staff attorneys.

5:06 PM – Court stands at recess.


Time in court: 6 hr 15 min (9:11 AM – 5:06 PM)