# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**	DATE: February 28, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs    Defendants
================================================================

HON:   <u>David K. Duncan</u>	Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>	<u>Candy Potter</u>
    Deputy Clerk	Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter, Kirstin Eidenbach and Asim Dietrich for Plaintiffs

Daniel Struck, Timothy Bojanowski, Rachel Love and Richard Valenti for Defendants

================================================================
**PROCEEDINGS:**	  **X**   Open Court	_____ Chambers	_____ Other

This is the time set for Continuation of Evidentiary Hearing, Order to Show Cause Hearing and Status Hearing.

Continuation of Evidentiary Hearing proceeds.

Discussion is held regarding the contact made by Dr. Watson to chambers that was testified to on February 27, 2018.

Plaintiffs invoke the Rule of Exclusion of Witnesses.

Dr. Jan Watson, having previously been sworn, resumes the stand and testifies further. The witness is excused. The Court will defer ruling on Defendants' exhibits offered for admission.

Discussion is held regarding the schedule for hearings. IT IS ORDERED setting continuation of Evidentiary Hearing for March 12, 2018 at 9:00 AM before this Court. [N.B. This hearing is rescheduled to another date below.]

10:24 AM – Court stands at recess.

CV-12-0601-PHX-DKD
February 28, 2018

10:43 AM – Court reconvenes.

Defendants' Exhibits 475, 467, 481, 466, 473, 486, 469, 470, 479, 480 and 485 are received in evidence.

The Court hears Plaintiffs' request to receive the privilege log from either Defendants or Corizon and reserve the right to recall any witnesses for cross examination.  They also request the right to recall witnesses based on the late receipt of exhibits for the order to show cause hearing.  IT IS ORDERED by no later than 5:00 PM on March 9, 2018 the privilege logs shall be produced.

Order to Show Cause Hearing proceeds.

William Upton is sworn and examined.  The witness is excused.

11:38 AM – Court stands at recess.

12:48 PM – Court reconvenes.

Discussion is held regarding rescheduling of the March 12, 2018 hearing.  Plaintiffs have discovered that they will be unable to attend the previously scheduled date.  The Court's calendar will be reviewed and the parties will be advised as to an available upcoming hearing date.

Dr. David Robertson is sworn and examined.  Defendants' Exhibits 30 through 47 are received in evidence.

2:46 PM – Court stands at recess.

3:12 PM – Court reconvenes.

Upon review of the Court's calendar, IT IS ORDERED setting continuation of Evidentiary and Order to Show Cause Hearings for March 26, and March 27, 2018 at 9:00 AM before this Court.  These March hearing dates are in addition to the previously scheduled monthly status hearing date of March 14, 2018.  Counsel are to confer regarding an agenda for these three hearing dates, incorporating the need to hear a status report from the Court's expert, Mr. Millar, and his team on March 14, 2018.  If counsel need the Court's assistance in developing the agenda for these days, they should seek the Court's assistance.

Dr. David Robertson resumes the stand and testifies further.  Plaintiffs' Exhibits 84, 85, 95, 180, 181, 190, 76, 112, 113 and 114 are received in evidence.  Defendants' Exhibit 5 is received in evidence.  Plaintiffs' Exhibits 152, 154, 155, 157, 158, 159, 160 and 151 are received in evidence.  Defendants state they have cross examination for this witness and request to bring the witness

CV-12-0601-PHX-DKD
February 28, 2018

back instead of beginning now and finishing at the later time.  SO ORDERED.  The witness is excused until his return.

Discussion is held regarding hearing schedules and agendas.  Plaintiffs request production of February numbers for those facilities that are the subject of the Order to Show Cause Hearing.  IT IS ORDERED counsel are to meet and confer.  If Court intervention is necessary, the parties shall contact the Court on March 6, 2018.

Further discussion is held.

4:37 PM – Court stands at recess.

Time in court: 5 hr 36 min (9:06 AM – 4:37 PM)