UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number: 2:12-CV-00601   Judge Code: __   Date: February 27 & 28, 2018

Victor Antonio Parsons, et al. vs. Charles Ryan, et al.

✓ Plaintiff/Petitioner ☐ Defendant/Respondent

| | NAME | SWORN | APPEARED |
|---|---|---|---|
| 2/27 | Jan Watson, M.D. | 2-27-18 | 2-27-18 / 2-28-18 |
| | Todd Wilcox, M.D. | | |
| 2/28 | William Upton 128149 | 2-28-18 | 2-28-18 |
| | Richard Pratt | | |
| | David Robertson, M.D. | 2-28-18 | 2-28-18 |

LODGED ___ RECEIVED ___ COPY
FEB 28 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY