# EXHIBIT 1

# (REDACTED)

# PERFORMANCE MEASURE 39

## [REDACTED]

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |

# PERFORMANCE MEASURE 44

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

# PERFORMANCE MEASURE 46

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| | | FLORENCE |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| | FLORENCE |
|---|---|
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |

| | FLORENCE |
|---|---|
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |
| | FLORENCE |

| | | FLORENCE |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| | | FLORENCE |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| | | FLORENCE |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |
| | | PERRYVILLE |

| | PERRYVILLE |
|---|---|
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |
| | PERRYVILLE |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

| | TUCSON |
|---|---|
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |
| | TUCSON |

| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |
| | | TUCSON |

# PERFORMANCE MEASURE 52

## [REDACTED]

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |

# PERFORMANCE MEASURE 54

## [REDACTED]

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |

| | EYMAN |
|---|---|
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |
| | EYMAN |