LODGED
RECEIVED ____ COPY

FEB 2 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601    Judge Code DKD    Date February 27, 2018

Parsons, et al.     vs. Ryan, et al.

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 301 | | | October 4, 2017 correspondence from David Fahti to Timothy Bojanowski regarding July 2017 CGARs |
| 302 | | | October 20, 2017 correspondence from Ashlee Fletcher to David Fahti regarding July 2017 CGARs |
| 303 | | | October 24, 2017 correspondence from Corene Kendrick to Ashlee Fletcher regarding July 2017 CGARs |
| 304 | | | November 13, 2017 correspondence from David Fathi to Timothy Bojanowski regarding August 2017 CGARs |
| 305 | | | November 14, 2017 correspondence from Ashlee Hesman to Corene Kendrick in response to October 24, 2017 correspondence regarding July 2017 CGARs |
| 306 | | | November 29, 2017 correspondence from Ashlee Hesman to David Fathi in response to November 13, 2017 correspondence regarding August 2017 CGARs |
| 307 | | | December 11, 2017 correspondence from Corene Kendrick to Timothy Bojanowski regarding September 2017 CGARs |
| 308 | 2-27-18 | 2-27-18 | Application for Corizon Affiliation, submitted by Jan Denise Watson |
| 309 | | | Documents filed in Maricopa County Superior Court Case No. CV93-10100, Masters v. Watson |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601    Judge Code DKD    Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 310 | | | Documents filed in Maricopa County Superior Court Case No. CV94-06004, Galindo v. Watson |
| 311 | | | Documents filed in Maricopa County Superior Court Case No. CV91-12492, Prato v. Samaritan Health Services, Inc. |
| 312 | | | Documents filed in District Court, City and County of Denver Colorado Case No. 84CV10599, Sapp v. Watson |
| 313 | | | Arizona State Board of Medical Examiners records regarding Jan D. Watson, M.D. |
| 314 | | | Arizona Board of Medical Examiners Application for A License to Practice Medicine through Endorsement, submitted by Jan Denise Watson in 1996 |
| 315 | | | Arizona Board of Medical Examiners Preliminary Questionnaire, submitted by Jan Denise Watson in 1996 |
| 316 | | | Arizona Board of Medical Examiners renewal of License 17840, submitted by Jan Denise Watson on May 18, 1995 |
| 317 | | | Arizona Medical Board License Renewal Questions for License 24951, submitted by Jan Watson in 2013 |
| 318 | | | Arizona Board of Medical Examiners correspondence regarding License 17840, issued to Jan D. Watson, M.D. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number __2:12-cv-00601__        Judge Code __DKD__    Date __February 27, 2018__

__Parsons, et al.__                          vs. __Ryan, et al.__

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 319 | | | Postgraduate Training Certification, submitted to Arizona Medical Board on behalf of Jan D. Watson, on October 22, 1996 |
| 320 | | | Medical College Certification, submitted to Arizona Medical Board on behalf of Jan D. Watson, on June 28, 1988 |
| 321 | | | Arizona Board of Medical Examiners Application for a License to Practice Medicine through Endorsement, submitted by Jan Denise Watson in 1988 |
| 322 | | | Employment Agreement between Phoenician Medical Center and Jan Watson, dated August 4, 2008 |
| 323 | | | Documents filed in Maricopa County Superior Court Case No. CV2010-000199, Watson v. Phoenician Medical Center, Inc. |
| 324 | | | Letter from Banner Desert Medical Center to Jan Watson, dated November 24, 2006 |
| 325 | | | Phoenix Health Plan Initial Credentialing Application submitted by Jan Watson, dated October 27, 2008 |
| 326 | | | Arizona Medical Board, Physician Renewal Confirmation for Jan Watson, dated March 7, 2016 |
| 327 | | | Arizona Medical Board, Physician Renewal Confirmation for Jan Watson, dated February 10, 2016 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**      Judge Code **DKD**    Date **February 27, 2018**

Parsons, et al. _____      vs. **Ryan, et al.**

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 328 | | | Health Net of Arizona Provider Network Application, submitted by Jan Watson on May 9, 2008 |
| 329 | | | Documents filed in United States District Court for the District of Arizona Case No. 94-CV-1743-PHX-PGR, Galindo v. Cigna Healthcare |
| 330 | | | Postgraduate Training Certification submitted to Arizona Medical Board on behalf of Jan Watson in 2008 |
| 331 | | | Jan Watson's Curriculum Vitae, from Corizon Credentialing File |
| 332 | | | Corizon Credentialing File on Jan Watson |
| 333 | | | Documents provided by Onyx MD in response to subpoena duces tecum relating to Jan Watson |
| 334 | | | July 7, 2017 E-mail from Watson, Jan to Johnson, Maureen regarding eomis |
| 335 | | | July 19, 2017 E-mail from Watson, Jan to Johnson, Maureen regarding RE: PM 46/Provider Reviews |
| 336 | | | August 1, 2017 E-mail from Watson, Jan to Marino, Mary and Sestiaga, Norma regarding RE:  Cook CC |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                    vs. Ryan, et al.

☐ Plaintiff/Petitioner            ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 337 | | | August 2, 2017 E-mail from Ruehrup, Jens regarding electronic SNO |
| 338 | | | September 10, 2018 E-mail from Babich, Glen to Stewart, Rodney regarding Gabapentin Cook |
| 339 | | | September 14, 2017 E-mail from Ruiz, Jessica to Watson, Jan and Sestiaga, Norma regarding RE: HCP line for 9/13 - Cook Unit |
| 340 | | | September 19, 2017 E-mail from Neese, Sara to Watson, Jan regarding FW: ATP |
| 341 | | | July 20 ,2017 E-mail from Watson, Jan to Manche, Robert regarding contract |
| 342 | | | July 12, 2017 E-mail from Watson, Jan to Espinoza, Terri regarding RE: Time for Thurs. 6/29 |
| 343 | | | July 14, 2017 E-mail from Watson, Jan to Manche, Robert regarding permanent status |
| 344 | | | July 14, 2017 E-mail from Watson, Jan to Manche, Robert regarding RE: permanent status |
| 345 | | | July 20, 2017 E-mail from Watson, Jan to Ruehrup, Jens regarding RE: Inmate Duckworth #117491 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number  2:12-cv-00601        Judge Code DKD    Date February 27, 2018

Parsons, et al.                    vs. Ryan, et al.

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 346 | | | July 21, 2017 E-mail from Watson, Jan to Manche, Robert regarding RE: contract |
| 347 | | | August 3, 2017 E-mail from Watson, Jan to Mustain, Dawn regarding RE: Tramadol order |
| 348 | | | August 18, 2017 E-mail from Ortiz, Carol to Watson, Jan regarding Inmate Neeley #076159 |
| 349 | | | August 21, 2017 E-mail from Watson, Jan to Sestiaga, Norma regarding Daniel Oldham 274162 |
| 350 | | | July 11, 2017 E-mail from Loyd-Croasdale, Elizabeth to Sestiaga, Norma and Watson, Jan regarding Cook PL 7/12/17 |
| 351 | | | Subsequent July 11, 2017 E-mail from Loyd-Croasdale, Elizabeth to Sestiaga, Norma and Watson, Jan regarding Cook PL 7/13/17 |
| 352 | | | July 13, 2017 E-mail from Ruehrup, Jens to Watson, Jan regarding Sent from Snipping Tool |
| 353 | | | July 13, 2017 E-mail from King, Martha to Stewart, Rodney, with no subject entered |
| 354 | | | August 7, 2017 E-mail from Marino, Mary to Stewart, Rodney regarding medication, labs, SNO's, etc. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**          Judge Code **DKD**     Date **February 27, 2018**

Parsons, et al.                          vs. Ryan, et al.

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 355 | | | August 7, 2017 E-mail from Lamb, Dana regarding PM46 Aug 7 Eyman |
| 356 | | | August 10, 2017 E-mail from Fallhowe, Renee to Johnson, Maureen regarding RE: Dr Watson |
| 357 | | | August 12, 2017 E-mail from Ortiz, Carol to Ruehrup, Jens; Johnson, Maureen; Stewart, Rodney; and, Watson, Jan regarding Narcotic med pass on Cook |
| 358 | | | August 14, 2017 E-mail from Ruehrup, Jens to Stewart, Rodney regarding Re: Narcotic med pass on Cook |
| 359 | | | August 19, 2017 E-mail from Johnson, Maureen to Stewart, Rodney; Ruehrup, Jens; and, Smith, Matilde regarding Fwd: Cook ICS |
| 360 | | | August 28, 2017 E-mail from Johnson, Maureen to Ruiz, Jessica; Sestiaga, Norma; and, Watson, Jan regarding RE: HCP appointments for 8/28 |
| 361 | | | August 30, 23017 E-mail from Steinman, Molly to Babich, Glen regarding RE: Lab/ Xray orders to be reviewed  for Eyman Complex |
| 362 | | | August 30, 2017 E-mail from Watson, Jan to Johnson, Maureen regarding RE: HCP line for 8/30 |
| 363 | | | September 5, 2017 E-mail from Marino, Mary to Stewart, Rodney and Torrez, Paul regarding Chronic Care Backlog |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                         vs. Ryan, et al.

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 364 | | | September 7, 2017 E-mail from Ruehrup, Jens to Johnson, Maureen and Stewart, Rodney regarding RE: Thank You |
| 365 | | | September 8, 2017 E-mail from Ruiz, Jessica to Sestiaga, Norma and Watson, Jan regarding FW: Karban #234332 |
| 366 | | | September 12, 2017 E-mail from Ruehrup, Jens to Watson, Jan; Gay, Maureen; Hahn, Betty; Johnson, Chris; and Weigel, Natalya regarding FW: electronic SNO |
| 367 | 2-27-18 | 2-27-18 | September 13, 2017 E-mail from Neese, Sara to Watson, Jan regarding ATP/NMI |
| 368 | | | October 4, 2017 E-mail from Pederson, Alexa regarding Training: Forwarding NMI & ATP |
| 369 | | | October 11, 2017 E-mail from Pederson, Alexa regarding RE: Mandatory ED/IP AZ Review and Discussion - EAST |
| 370 | | | October 12, 2017 E-mail from Moyers, Mark regarding RE: Mandatory: Corizon Non-Form Process |
| 371 | | | July 26, 2017 E-mail from Fallhowe, Renee regarding FW: PM 52 7/26/17 |
| 372 | | | August 6, 2017 E-mail from Schilling, Carmen to Watson, Jan regarding CONFIDENTIAL - A Jimenez, 069342 HCV Lab Log 6.27.17 - SITE: Eyman Browning 8/4/17 UPDATED |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**    Judge Code **DKD**    Date **February 27, 2018**

**Parsons, et al.** _____ vs. **Ryan, et al.** _____

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 373 | | | August 10, 2017 E-mail from Marino, Mary to Sestiaga, Norma and Watson, Jan regarding RE: CONFIDENTIAL - R. Smith, 301162 - Eyman Cook - HCV Requests #3 - 8/10/17 UD Request |
| 374 | | | August 11, 2017 E-mail from Neese, Sara to Watson, Jan regarding Follow up IM#166874 |
| 375 | | | September 5, 2017 E-mail from Schilling, Carmen to Stewart, Rodney; Neese, Sara; Marino, Mary; Watson, Jan; and, Johnson, Maureen regarding CONFIDENTIAL -R Ruiz, 059273 - Eyman Cook - Questions / HCV Requests #3 8/10/17 |
| 376 | | | September 11, 2017 E-mail from Neese, Sara to Watson, Jan regarding NMI/ATP |
| 377 | | | September 12, 2017 E-mail from Neese, Sara to Johnson, Maureen and Stewart, Rodney regarding FW: RUQ FORM |
| 378 | | | September 21, 2017 E-mail from Babich, Glen to Torrez, Paul; Sego, Daniel; Stewart, Rodney; and, Johnson, Maureen regarding FW: UM Core Process Turnaround Reports - Arizona |
| 379 | | | September 27, 2017 E-mail from Neese, Sara to Watson, Jan regarding Consults to be reviewed |
| 380 | | | September 27, 2017 E-mail from Johnson, Maureen to Neese, Sara and Watson, Jan regarding RE: Consults to be reviewed |
| 381 | | | September 27, 2017 E-mail from Espinoza, Terri to Gay, Maureen; Hahn, Betty; Johnson, Chris; and, Watson, Jan regarding Provider meeting |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD      Date February 27, 2018

Parsons, et al.                         vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 382 | | | September 29, 2017 E-mail from Ramirez, Martha to Johnson, Maureen; Stewart, Rodney; Babich, Glen; and, Torrez, Paul regarding RE: UM Core Process - Arizona Providers with Events Waiting for a Response (3 or More Days) |
| 383 | | | October 3, 2017 E-mail from Johnson, Maureen to Stewart, Rodney; Smith, Matilde; and, Sego, Daniel regarding FW: |
| 384 | | | October 3, 2017 E-mail from Ruiz, Jessica to Sestiaga, Norma; Watson, Jan regarding HCP line 10/4 - Cook Unit |
| 385 | | | October 4, 2017 E-mail from Sego, Daniel regarding RE: Provider Compliance 10.4.17 |
| 386 | | | October 16, 2017 E-mail from Sego, Daniel regarding RE: Provider Compliance 10.16.17 |
| 387 | | | October 19, 2017 E-mail from Sego, Daniel regarding RE: Provider Compliance 10.20.17 |
| 388 | | | October 4, 2017 E-mail from Sego, Daniel to Gay, Maureen; Hahn, Betty; Johnson, Chris; Stewart, Rodney; Watson, Jan; and, Weigel, Natalya regarding FW: CC Backlog |
| 389 | | | October 11, 2017 E-mail from Neese, Sara to Watson, Jan regarding ATP/NMI/Consults to review |
| 390 | | | October 11, 2017 E-mail from Sego, Daniel to Neese, Sara regarding Re: ATP/NMI/Consults to review. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601       Judge Code DKD    Date February 27, 2018

Parsons, et al.                         vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 391 | | | October 11, 2017 E-mail from Neese, Sara to Watson, Jan regarding urgent |
| 392 | | | August 23, 2017 E-mail from Johnson, Maureen to Ruiz, Jessica; Sestiaga, Norma; Watson, Jan; and, Raney, Phyllis regarding RE: Cook hcp appts for 8/24 |
| 393 | | | September 27, 2017 E-mail from Salas, Christine to Watson, Jan regarding Pry # 095287 |
| 394 | | | September 29, 2017 E-mail from Smith, Matilde to Watson, Jan regarding Please review |
| 395 | | | September 29, 2017 E-mail from Smith, Matilde to Watson, Jan regarding Please Review |
| 396 | | | October 9, 2017 E-mail from Yates, Brenda regarding RE: Medication Shortage |
| 397 | | | October 9, 2017 E-mail from Sego, Daniel regarding Operation Backlog |
| 398 | | | October 12, 2017 E-mail from Sego, Daniel regarding Manadatory 12 |
| 399 | | | October 12, 2017 E-mail from Espinoza, Terri to Stewart, Rodney; Johnson, Chris; Watson, Jan; Hahn, Betty; Gay, Maureen; and, Weigel, Natalya regarding Provider meeting today 3 pm |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 400 | | | August 3, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: |
| 401 | | | August 4, 2017 E-mail from Neese, Sara to Watson, Jan and Ramirez, Martha regarding RE: NMI |
| 402 | | | August 7, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: ATP follow up/provider line |
| 403 | | | August 8, 2017 E-mail from Neese, Sara to Watson, Jan regarding NMI |
| 404 | | | August 12, 2017 E-mail from Neese, Sara to Watson, Jan regarding RUQ FORM |
| 405 | | | August 13, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: RUQ FORM |
| 406 | | | August 21, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: earixson, Clifford  135148 |
| 407 | | | August 22, 2017 E-mail from Neese, Sara to Watson, Jan regarding ATP |
| 408 | | | August 22, 2017 E-mail from Neese, Sara to Watson, Jan regarding appt |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601         Judge Code DKD      Date February 27, 2018

Parsons, et al.                               vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 409 | | | August 26, 2017 E-mail from Neese, Sara to Watson, Jan regarding ATP/NMI's |
| 410 | | | August 28, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: Please review. |
| 411 | | | August 28, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: NEW med added |
| 412 | | | August 30, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: kendzior, Steven  315080 |
| 413 | | | September 8, 2017 E-mail from Neese, Sara to Watson, Jan regarding RUQ FORM |
| 414 | | | September 8, 2017 E-mail from Neese, Sara to Watson, Jan regarding FINAL ATP |
| 415 | 2-27-18 | 2-27-18 | September 11, 2017 E-mail from Neese, Sara to Watson, Jan regarding Consult for Terry Nimmons |
| 416 | | | September 11, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: RUQ FORM |
| 417 | | | September 11, 2017 E-mail from Watson, Jan to Neese, Sara with no subject |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                        vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 418 | | | September 18, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: ATP |
| 419 | | | September 18, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: CONSULT |
| 420 | | | September 19, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: HIV patients |
| 421 | | | September 25, 2017 E-mail from Neese, Sara to Watson, Jan regarding CONSULT |
| 422 | | | October 1, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: CONSULT |
| 423 | | | August 8, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: NMI |
| 424 | | | August 13, 2017 E-mail from Watson, Jan to Ortiz, Carol regarding RE: Lele, Andrei   #319757 |
| 425 | | | August 13, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: Follow up IM#166874 |
| 426 | | | August 21, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: earixson, Clifford  135148 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601        Judge Code DKD    Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 427 | | | Subsequent August 21, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: earixson, Clifford 135148 |
| 428 | | | August 21, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: earixson, Clifford  135148 |
| 429 | | | August 21, 2017 E-mail from Watson, Jan to Ortiz, Carol regarding RE: |
| 430 | | | August 22, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: Eric Smith 300842 |
| 431 | | | August 22, 2017 E-mail from Watson, Jan to Vergara, Lourdes and Osgood, Margaret regarding RE: IM Carpenter 278747 |
| 432 | | | August 28 ,2017 E-mail from Watson, Jan to Neese, Sara regarding RE: ATP |
| 433 | | | August 28, 2017 E-mail from Watson, Jan to Gahris, Jennine regarding RE: PM 52 Completed Consults to be Reviewed by Providers |
| 434 | | | August 28, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: Please review. |
| 435 | | | Subsequent August 28, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: Please review. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                    vs. Ryan, et al.

☐ Plaintiff/Petitioner            ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 436 | | | August 28, 2017 E-mail from Neese, Sara to Watson, Jan regarding RE: Please review. |
| 437 | | | September 18, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: ATP/NMI |
| 438 | | | September 18, 2017 E-mail from Neese, Sara to Watson, Jan regarding ATP |
| 439 | | | September 20, 2017 E-mail from Ortiz, Carol to Watson, Jan regarding RE: Gabapentin renewal |
| 440 | | | September 23, 2017 E-mail from Watson, Jan to Mares, Viridiana regarding RE: Jimmy Carrillo 074219 |
| 441 | | | September 23, 2017 E-mail from Ortiz, Carol to Watson, Jan regarding RE: Lindquist, Steven 307640 |
| 442 | | | September 24, 2017 E-mail from Ortiz, Carol to Watson, Jan regarding My schedule |
| 443 | | | September 27, 2017 E-mail from Neese, Sara to Watson, Jan regarding Smith,Eric #300842 |
| 444 | | | September 27, 2017 E-mail from Neese, Sara to Watson, Jan regarding Eyeline referalls |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601        Judge Code DKD      Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 445 | | | September 27, 2017 E-mail from Marino, Mary to Watson, Jan regarding FW: CONFIDENTIAL_R. Smith, 301162_Eyman Cook_HCV Requests #1 7/21/17 _UD 9/6/17 _UD 9/27/17 |
| 446 | | | September 29, 2017 E-mail from Neese, Sara to Watson, Jan regarding Consult |
| 447 | | | September 30, 2017 E-mail from Ortiz, Carol to Watson, Jan regarding Updates |
| 448 | | | September 30, 2017 E-mail from Watson, Jan to Ortiz, Carol regarding RE: Updates |
| 449 | | | September 30, 2017 E-mail from Watson, Jan to Osinloye, Olayinka regarding RE: FYI |
| 450 | | | September 30, 2017 E-mail from Watson, Jan to Ortiz, Carol regarding RE: Jones, Harrison #297122 |
| 451 | | | October 9, 2017 E-mail from Watson, Jan to Neese, Sara regarding RE: Consult |
| 452 | | | October 11, 2017 E-mail from Ruiz, Jessica to Sestiaga, Norma and Watson, Jan regarding HCP line for 10/12 |
| 453 | | | October 12, 2017 E-mail from Watson, Jan to Sestiaga, Norma with no subject |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                                vs. Ryan, et al.

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 454 | | | Email from Jan Watson to Elizabeth Loyd-Croasdale, sent at 4:03 PM on June 29, 2017 regarding RE: Cook PL 6/30/2017 |
| 455 | | | Email from Jan Watson to Elizabeth Loyd-Croasdale, sent at 8:33 AM on June 30, 2017 regarding RE: Cook PL 6/30/2017 |
| 456 | | | Email from Colan Pearce, sent at 7:03 AM on October 26, 2017 regarding Drug Shortage: 0.9% Normal Saline Intravenous Products |
| 457 | | | E-mail from Jan Watson, sent at 14:46:07 on June 29, 2017, to Elizabeth Loyd-Croasdale regarding RE: Cook PL 6/29/2017 |
| 458 | | | E-mail from Jan Watson, sent at 23:03 on June 29, 2017, to Elizabeth Loyd-Croasdale regarding RE: Cook PL 6/29/2017 |
| 459 | | | June 20, 2017 E-mail from Jan Watson to Julia Owens regarding medication renewals |
| 460 | | | Application for Corizon Health Affiliation |
| 461 | | | AZ Department of Corrections Background Questionnaire for Jan Watson |
| 462 | | | October 27, 2017 E-mail from Jan Watson to jjenkins@kjzz.org, with no submit stated |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601        Judge Code DKD    Date February 27, 2018

Parsons, et al.                              vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 463 | | | December 6, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Fwd: Corizon |
| 464 | | | November 15, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Follow Up |
| 465 | | | December 4, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Follow Up Question |
| 466 | 2-27-18 | 2-28-18 | Subsequent December 4, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Follow Up Question |
| 467 | 2-27-18 | 2-28-18 | November 21, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Follow Up |
| 468 | | | December 19, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Here It Is! |
| 469 | 2-27-18 | 2-28-18 | Subsequent December 19, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Here It Is! |
| 470 | 2.27-18 | 2-28-18 | December 19, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Introduction |
| 471 | | | January 23, 2018 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Maureen Johnson |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD    Date February 27, 2018

Parsons, et al.                           vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 472 | | | Subsequent January 23, 2018 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Maureen Johnson |
| 473 | 2-27-18 | 2-28-18 | December 1, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: New Air Date |
| 474 | | | December 18, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Part 1 On Prison Health Care |
| 475 | 2-27-18 | 2-28-18 | October 26, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Prison Health Care |
| 476 | | | December 12, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Request for Response |
| 477 | | | Previous December 12, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Request for Response |
| 478 | | | First December 12, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Request for Response |
| 479 | 2-27-18 | 2-28-18 | December 21, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Updated Story Online |
| 480 | 2-27-18 | 2-28-18 | Subsequent December 21, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: Updated Story Online |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD    Date February 27, 2018

Parsons, et al.                    vs. Ryan, et al.

☐ Plaintiff/Petitioner         ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 481 | 2-27-18 | 2-28-18 | October 31, 2017 E-mail from Jan Watson to Jimmy Jenkins regarding Re: |
| 482 | | | December 4, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Follow Up Question |
| 483 | | | December 1, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding New Air Date |
| 484 | | | November 14, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Re: Follow Up |
| 485 | 2-27-18 | 2-28-18 | January 23, 2018 E-mail from Jimmy Jenkins to Jan Watson regarding Re: Maureen Johnson |
| 486 | 2-27-18 | 2-28-18 | December 18, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Re: Part 1 On Prison Health Care |
| 487 | | | December 12, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Re: Request for Response |
| 488 | | | Subsequent December 12, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Re: Request for Response |
| 489 | | | December 12, 2017 E-mail from Jimmy Jenkins to Jan Watson regarding Request for Response |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 490 | | | January 9, 2018 E-mail from Jan Watson to Corene Kendrick regarding Clinical Coordinator |
| 491 | | | January 4, 2018 E-mail from Jan Watson to Corene Kendrick regarding Fwd: Corizon |
| 492 | | | December 27, 2017 E-mail from Jan Watson to Corene Kendrick regarding Fwd: medicine renwewal |
| 493 | | | January 1, 2018 E-mail from Jan Watson to Corene Kendrick regarding Medication Issues |
| 494 | | | December 22, 2017 E-mail from Jan Watson to Corene Kendrick regarding more inmate medical problems |
| 495 | | | January 10, 2018 E-mail from Jan Watson to Corene Kendrick regarding Re: Clinical Coordinator |
| 496 | | | December 29, 2017 E-mail from Jan Watson to Corene Kendrick regarding Re: Corzion - Hepatitis C treatment |
| 497 | | | January 19, 2018 E-mail from Jan Watson to Corene Kendrick regarding Re: Feb. 9 Parsons hearing postponed |
| 498 | | | December 19, 2017 E-mail from Jan Watson to Corene Kendrick regarding RE: Introduction |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601        Judge Code DKD    Date February 27, 2018

Parsons, et al.                          vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 499 | | | January 1, 2018 E-mail from Jan Watson to Corene Kendrick regarding RE: Medication Issues |
| 500 | | | Subsequent January 1, 2018 E-mail from Jan Watson to Corene Kendrick regarding RE: Medication Issues |
| 501 | | | December 27, 2017 E-mail from Watson to Corene Kendrick regarding Re: Request for Response |
| 502 | | | December 26, 2017 E-mail from Jan Watson to Corene Kendrick regarding staffing issues |
| 503 | | | E-mail from Robert Manche to Cheslea Mason, sent on January 24, 2017, regarding RE: Onyx M.D. Present Dr. Jan Watson to Corizon |
| 504 | | | Corizon RMD Interview From regarding Application of Jan Denise Watson, dated January 26, 2017 |
| 505 | | | Locum Tenens Client Agreement between Corizon Health and Onyx M.D. |
| 506 | | | Letter from Omar Jasso to Bob Manche, dated July 26, 2017 |
| 507 | | | Corizon Memorandum re: Important CARES & UM Core Process Information |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD    Date February 27, 2018

Parsons, et al.                      vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 508 | | | List of E-mail Addresses of Arizona Site Provider Invitees |
| 509 | | | Training Slides:  UM Core Process Overview |
| 510 | | | Launching UM Core Process in Arizona on Thursday, April 6th |
| 511 | | | Corizon Outpatient Referral Process Flowchart |
| 512 | | | Corizon Policy UM004, Authorization for Outpatient Referrals - All States, revised September 25, 2017 |
| 513 | | | Corizon Policy UM009, ATP Appeal Policy for UM Core Process / State Contracts, revised September 25, 2017 |
| 514 | | | Corizon Training Narrative and Workflow for PM50 |
| 515 | | | Corizon Training Narrative and Workflow for PM52 |
| 516 | | | Curriculum Vitae for Ikram U. Khan, M.D. |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al. _____ vs. Ryan, et al. _____

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 517 | | | Report of Prescriptions Ordered by Jan Watson |
| 518 | | | eOMIS Report regarding Consultation Requests submitted by Jan Watson |
| 519 | | | eOMIS records for Salvadro Mota, ADC #148282 |
| 520 | | | eOMIS records for Terry Nimmons, ADC #317316 |
| 521 | | | eOMIS records for Joseph Rodrigues, ADC #306184 |
| 522 | | | Consultation Request Action Reports |
| 523 | | | eOMIS records regarding Joe Thomas, ADC #51405 |
| 524 | | | eOMIS records regarding William Upton, ADC #128149 |
| 525 | | | eOMIS records for Hector Limas, ADC #298004 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**        Judge Code **DKD**    Date **February 27, 2018**

**Parsons, et al.**                    vs. **Ryan, et al.**

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 526 | | | CARES records for Murat Alev, ADC #308013, reference no. 00660783 |
| 527 | | | CARES records for Allen Burton, ADC #320218, reference no. 00647662 |
| 528 | | | CARES records for Allen Burton, ADC #320218, reference no. 00647657 |
| 529 | | | CARES records for Armando Chavez, ADC #251330, reference no. 00643273 |
| 530 | | | CARES records for Paul Cole, ADC #166874, reference no. 00654564 |
| 531 | | | CARES records for David Daniels, ADC #71083, reference no. 00660599 |
| 532 | | | CARES records for Jeremy Garcia, ADC #225755, reference no. 00657530 |
| 533 | | | CARES records for Paul Harris, ADC #158914, reference no. 00642404 |
| 534 | | | CARES records for Fabian Meza, ADC #320711, reference no. 00657884 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                          vs. Ryan, et al.

☐ Plaintiff/Petitioner       ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 535 | | | CARES records for Terry Nimmons, ADC #317316, reference no. 00657912 |
| 536 | | | CARES records for Jacob Randles, ADC #139704, reference no. 00657924 |
| 537 | | | CARES records for Delfred Wilson, ADC #113507, reference no. 00651211 |
| 538 | | | Utilization Management Records regarding Charles Alexander, ADC #105500 |
| 539 | | | Utilization Management Records regarding Frank Arnold, ADC #253905 |
| 540 | | | Utilization Management Records regarding David Bell, ADC #82539 |
| 541 | | | Utilization Management Records regarding Dean Benally, ADC #40733 |
| 542 | | | Utilization Management Records regarding Jason Brehm, ADC #196026 |
| 543 | | | Utilization Management Records regarding Bryan Brewer, ADC #157536 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**          Judge Code **DKD**     Date **February 27, 2018**

Parsons, et al.                              vs. Ryan, et al.

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 544 | | | Utilization Management Records regarding Tanner Brown, ADC #280004 |
| 545 | | | Utilization Management Records regarding Allen Burton, ADC #320218 |
| 546 | | | Utilization Management Records regarding Joe Cano, ADC #287744 |
| 547 | | | Utilization Management Records regarding Steven Chambers, ADC #270022 |
| 548 | | | Utilization Management Records regarding Armando Chavez, ADC #251330 |
| 549 | | | Utilization Management Records regarding Adrian Chavira, ADC #223274 |
| 550 | | | Utilization Management Records regarding Gary Clack, ADC #305935 |
| 551 | | | Utilization Management Records regarding Paul Cole, ADC #166874 |
| 552 | | | Utilization Management Records regarding David Daniels, ADC #71083 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD      Date February 27, 2018

Parsons, et al.                    vs. Ryan, et al.

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 553 | | | Utilization Management Records regarding Terry Davis, ADC #248956 |
| 554 | | | Utilization Management Records regarding Willard David, ADC #93417 |
| 555 | | | Utilization Management Records regarding Matthew Deal, ADC #257843 |
| 556 | | | Utilization Management Records regarding Reed Dinges, ADC #47009 |
| 557 | | | Utilization Management Records regarding Jeremy Dulski, ADC #319189 |
| 558 | | | Utilization Management Records regarding Robert Dutcher, ADC #67784 |
| 559 | | | Utilization Management Records regarding Clifford Earixson, ADC #135148 |
| 560 | | | Utilization Management Records regarding Sky Findley, ADC #317964 |
| 561 | | | Utilization Management Records regarding Jeremy Garcia, ADC #225755 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                         vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 562 | | | Utilization Management Records regarding Michael Garcia, ADC #54585 |
| 563 | | | Utilization Management Records regarding Anthony Gehon, ADC #305228 |
| 564 | | | Utilization Management Records regarding John Groves, ADC #142527 |
| 565 | | | Utilization Management Records regarding Kevin Hall, ADC #205653 |
| 566 | | | Utilization Management Records regarding Paul Harris, ADC #158914 |
| 567 | | | Utilization Management Records regarding Glen Harvey, ADC #266765 |
| 568 | | | Utilization Management Records regarding Ricky Heflin, ADC #122923 |
| 569 | | | Utilization Management Records regarding David Henry, ADC #33211 |
| 570 | | | Utilization Management Records regarding Joseph Hilt, ADC #298766 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**          Judge Code **DKD**    Date **February 27, 2018**

**Parsons, et al.**                          vs. **Ryan, et al.**

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 571 | | | Utilization Management Records regarding Nathaniel Hooks, ADC #52697 |
| 572 | | | Utilization Management Records regarding Jason Jones, ADC #294199 |
| 573 | | | Utilization Management Records regarding Richard Jones, ADC #98358 |
| 574 | | | Utilization Management Records regarding Tito Joseph, ADC #120929 |
| 575 | | | Utilization Management Records regarding Tony Joya, ADC #315759 |
| 576 | | | Utilization Management Records regarding Michael Keserich, ADC #301379 |
| 577 | | | Utilization Management Records regarding David Klein, ADC #135120 |
| 578 | | | Utilization Management Records regarding Richard Knight, ADC #300445 |
| 579 | | | Utilization Management Records regarding Brian Kronquist, ADC #213378 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number __2:12-cv-00601__          Judge Code __DKD__     Date __February 27, 2018__

Parsons, et al. _____   vs. _Ryan, et al._____

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 580 | | | Utilization Management Records regarding Hector Limas, ADC #298004 |
| 581 | | | Utilization Management Records regarding Steven Linquist, ADC #307640 |
| 582 | | | Utilization Management Records regarding Andrew Lopez, ADC #193129 |
| 583 | | | Utilization Management Records regarding Andrew Love, ADC #176233 |
| 584 | | | Utilization Management Records regarding Wesley Lovering, ADC #258206 |
| 585 | | | Utilization Management Records regarding Ernesto Lozoya, ADC #283182 |
| 586 | | | Utilization Management Records regarding Frank Lucero, ADC #258123 |
| 587 | | | Utilization Management Records regarding Raul Lujan, ADC #134318 |
| 588 | | | Utilization Management Records regarding Jason Lusian, ADC #150371 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD      Date February 27, 2018

Parsons, et al.                         vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 589 | | | Utilization Management Records regarding Patrick Mata, ADC #299757 |
| 590 | | | Utilization Management Records regarding Floyd McAuliff, ADC #145764 |
| 591 | | | Utilization Management Records regarding Dennis McGinnis, ADC #297147 |
| 592 | | | Utilization Management Records regarding Jesus Medina, ADC #282468 |
| 593 | | | Utilization Management Records regarding Roberto Medina, ADC #205771 |
| 594 | | | Utilization Management Records regarding Adrian Mesquita, ADC #162072 |
| 595 | | | Utilization Management Records regarding Fabian Meza, ADC #320711 |
| 596 | | | Utilization Management Records regarding Joseph Montiel, ADC #161235 |
| 597 | | | Utilization Management Records regarding Damian Montoya, ADC #290560 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601     Judge Code DKD     Date February 27, 2018

Parsons, et al.     vs. Ryan, et al.

☐ Plaintiff/Petitioner     ✔ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 598 | | | Utilization Management Records regarding Robert Morgan, ADC #94010 |
| 599 | | | Utilization Management Records regarding Marvin Morris, ADC #309769 |
| 600 | | | Utilization Management Records regarding Salvador Mota, ADC #148282 |
| 601 | | | Utilization Management Records regarding Alev Murat, ADC #308013 |
| 602 | | | Utilization Management Records regarding Ronald Murray, ADC #65477 |
| 603 | | | Utilization Management Records regarding Terry Nimmons, ADC #317316 |
| 604 | | | Utilization Management Records regarding Bryan Norwood, ADC #303100 |
| 605 | | | Utilization Management Records regarding Daniel Oldham, ADC #274162 |
| 606 | | | Utilization Management Records regarding Jerry Orr, ADC #306241 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**        Judge Code **DKD**    Date **February 27, 2018**

Parsons, et al.                                    vs.  Ryan, et al.

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 607 | | | Utilization Management Records regarding Tony Otero, ADC #87595 |
| 608 | | | Utilization Management Records regarding Ryan Pagett, ADC #296622 |
| 609 | | | Utilization Management Records regarding Henry Palowitz, ADC #122372 |
| 610 | | | Utilization Management Records regarding Acencion Pineda, ADC #321608 |
| 611 | | | Utilization Management Records regarding Stephen Powell, ADC #280740 |
| 612 | | | Utilization Management Records regarding David Preston, ADC #310942 |
| 613 | | | Utilization Management Records regarding Jacob Randles, ADC #139704 |
| 614 | | | Utilization Management Records regarding Johnny Rangal, ADC #190773 |
| 615 | | | Utilization Management Records regarding Wesley Rasmussen, ADC #43773 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number **2:12-cv-00601**　　Judge Code **DKD**　　Date **February 27, 2018**

Parsons, et al.　　　　　　　　　vs.　Ryan, et al.

☐ Plaintiff/Petitioner　　☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 616 | | | Utilization Management Records regarding Kenneth Reinhart, ADC #43509 |
| 617 | | | Utilization Management Records regarding Jose Robles, ADC #246652 |
| 618 | | | Utilization Management Records regarding Joseph Rodrigues, ADC #306184 |
| 619 | | | Utilization Management Records regarding Juan Roman, ADC #92863 |
| 620 | | | Utilization Management Records regarding John Rozo, ADC #312516 |
| 621 | | | Utilization Management Records regarding Edward Sanchez, ADC #263208 |
| 622 | | | Utilization Management Records regarding Danny Simpkins, ADC #94283 |
| 623 | | | Utilization Management Records regarding Eric Smith, ADC #300842 |
| 624 | | | Utilization Management Records regarding Randy Smith, ADC #301162 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                              vs. Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 625 | | | Utilization Management Records regarding Thomas Smith, ADC #65634 |
| 626 | | | Utilization Management Records regarding Jack Sneed, ADC #93819 |
| 627 | | | Utilization Management Records regarding Robert Stone, ADC #75566 |
| 628 | | | Utilization Management Records regarding Stephen Struk, ADC #309353 |
| 629 | | | Utilization Management Records regarding Marvin Tabron, ADC #60527 |
| 630 | | | Utilization Management Records regarding Nathaniel Talk, ADC #310879 |
| 631 | | | Utilization Management Records regarding Joaquin Torres, ADC #196339 |
| 632 | | | Utilization Management Records regarding Josh Valencia, ADC #181406 |
| 633 | | | Utilization Management Records regarding Juan Vasquez, ADC #239226 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601          Judge Code DKD     Date February 27, 2018

Parsons, et al.                          vs. Ryan, et al.

☐ Plaintiff/Petitioner     ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 634 | | | Utilization Management Records regarding Samir Wadi, ADC #320464 |
| 635 | | | Utilization Management Records regarding John Westerfield, ADC #313789 |
| 636 | | | Utilization Management Records regarding James Whitman, ADC #47965 |
| 637 | | | Utilization Management Records regarding Kevin Wilkins, ADC #157190 |
| 638 | | | Utilization Management Records regarding Delfred Wilson, ADC #113507 |
| 639 | | | Utilization Management Records regarding Walter Witt, ADC #206442 |
| 640 | | | Utilization Management Records regarding Jesus Zarate, ADC #174610 |
| 641 | | | Utilization Management Records regarding Antonio Zungia, ADC #274359 |
| 642 | | | PM 49 Remedial Plan, (Dkt. 2540-1, pages 112-120) |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number _2:12-cv-00601_          Judge Code _DKD_     Date _February 27, 2018_

Parsons, et al. _____          vs. _Ryan, et al._ _____

☐ Plaintiff/Petitioner          ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 643 | | | ADC Health Services Contract Monitoring Bureau Organizational Chart, revised May 17, 2017 |
| 644 | | | eOMIS records for Daniel Oldham, ADC #274162 |
| 645 | | | eOMIS records for Eric Smith, ADC #300842 |
| 646 | | | eOMIS records for Wesley Rasmussen, ADC #043773 |
| 647 | | | |
| 648 | | | |
| 649 | | | |
| 650 | | | |
| 651 | | | |