UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☒ Jury Trial

Case Number: 2:12-cv-00601   Judge Code: DKD   Date: February 28, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner   ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 001 | | | August 4, 2017 Inmate Medication Transfer Memorandum |
| 002 | | | October 31, 2017 Arizona Department of Corrections Director's Office Memorandum, dated October 31, 2017, regarding Director's Instruction 361 - Inmate Medication Transfer Process |
| 003 | | | Sticker Template - KOP |
| 004 | | | Sticker Template - DOT |
| 005 | 2-28-18 | 2-28-18 | Medical Records of William Upton, Inmate No. 128149 |
| 006 | | | January 31, 2018 Arizona Department of Corrections Agenda for Meeting with Corizon and Operations |
| 007 | | | November 5, 2014 Correspondence from Leon George to Woodrow A. Myers, Jr., M.D. regarding 3rd Sanctionable Qtr. (4-1-14 thru 6-30-14) |
| 008 | | | January 15, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., M.D. regarding 4th Sanctionable Qtr (7-1-14 thru 10-31-14)- Procurement Letter |

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 28 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number __2:12-cv-00601__   Judge Code __DKD__   Date __February 28, 2018__

__Parsons, et al.__ vs. __Ryan, et al.__

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 009 | | | January 21, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 4th Sanctionable Qtr. (7-1-14 thru 9-30-14) |
| 010 | | | February 10, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 5th Sanctionable Qtr. (10-1-14 thru 12-31-14) |
| 011 | | | July 17, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 6th Sanctionable Qtr. (1-1-15 thru 3-31-15) |
| 012 | | | September 23, 2015 Correspondence from Elizabeth Csaki to Woodrow A. Myers, Jr., MD regarding 7th Sanctionable Qtr, (4-1-15 thru 6-30-15) |
| 013 | | | December 3, 2015 Elizabeth G. Csaki to Karey L. Witty regarding 8th Sanctionable Qtr. (7-1-15 thru 9-30-15) |
| 014 | | | February 26, 2016 Correspondence from Richard Pratt to Cindy Black regarding 9th Sanctionable Qtr. (10-1-1015 thru 12-31-15) |
| 015 | | | March 14, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding 9th Sanctionable Qtr. (10-1-15 thru 12-31-15) |
| 016 | | | May 27, 2016 Correspondence from Richard Pratt to Cindy Black regarding 10th Sanctionable Qtr. (1-1-16 thru 3-31-16)- Beginning March 2016 Sanctions from Quarterly Basis to a Monthly Basis |
| 017 | | | June 13, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding 10th Sanctionable Qtr (1-1-16 thru 3-31-16) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601   Judge Code: DKD   Date: February 28, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 018 | | | June 16, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for April 2016 |
| 019 | | | June 30, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding Sanctionable Month of April 2016 |
| 020 | | | July 25, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for May 2016 |
| 021 | | | Undated Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for July 2016 |
| 022 | | | June 30, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of May 2016 |
| 023 | | | September 13, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for June 2016 |
| 024 | | | September 29, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of June 2016 |
| 025 | | | October 18, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of July 2016 |
| 026 | | | November 15, 2016 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for August 2016 |
| 027 | | | November 28, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of August 2016 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601   Judge Code: DKD   Date: February 28, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 028 | | | December 7, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of September 2016 |
| 029 | | | January 5, 2017 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of October 2016 |
| 030 | | | October 18, 2017 Correspondence – Sanction Letter from Richard Pratt to Ronald Maldonado regarding Sanctions for August 2017 |
| 031 | | | October 25, 2017 Correspondence from Charles L. Ryan and Richard Pratt to Corizon Operating Committee Board of Directors regarding October 10, 2017 Contempt Order |
| 032 | | | November 1, 2017 Correspondence – Sanction Letter from Kenneth P. Sanchez to Jeffrey D. Goldberg regarding Sanctions for August 2017 – 2nd Notice |
| 033 | | | November 6, 2017 Correspondence from Jeff Goldberg to Charles L. Ryan regarding Ryan Correspondence dated October 25, 2017 regarding Contempt Order |
| 034 | | | November 8, 2017 Correspondence from Charles L. Ryan and Richard Pratt to Jeffrey D. Goldberg and Corizon Operating Committee Board of Directors regarding refusal Letter of November 6, 2017 |
| 035 | | | November 22, 2017 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for September 2017 |
| 036 | | | December 15, 2017 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for October 2017 |
| 037 | | | January 10, 2018 Correspondence from Richard Pratt to Roland Maldonado regarding Performance Measures Addressed in the Civil Contempt Order of October 10, 2017 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601   Judge Code: DKD   Date: February 28, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 038 | | | January 24, 2018 Correspondence - Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for November 2017 |
| 039 | | | February 7, 2018 Correspondence from Richard Pratt to Roland Maldonado regarding Performance Measures Addressed in the Civil Contempt Order of October 10, 2017 |
| 040 | | | February 21, 2018 Correspondence - Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for Month of December 2017 |
| 041 | | | Training Materials - Nursing Review of CGAR Requirements |
| 042 | | | Training Materials/Reminder to Staff - Review of Diagnostic Results |
| 043 | | | Training Materials/Reminder to Staff - Diagnostic Results Requested |
| 044 | | | Training Materials/Reminder to Staff - Heat Intolerance |
| 045 | | | Training Materials/Reminder to Staff - Health Needs Request Process |
| 046 | | | Training Materials/Reminders to Staff - Late Entry Documentation |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601  Judge Code: DKD  Date: February 28, 2018

Parsons, et al.  vs.  Ryan, et al.

☐ Plaintiff/Petitioner  ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 047 | | | Training Materials/Reminders to Staff – Administration of Medication |
| 048 | | | Training Materials/Reminders to Staff – New Reference Materials |
| 049 | | | Training Materials/Reminders to Staff – Medications Provided Timely |
| 050 | | | Training Materials/Reminders to Staff – Reviewing Consultation Reports |
| 051 | | | Training Materials/Reminders to Staff – Return from Offsite |
| 052 | | | Visio Flowchart – Performance Measure No. 11 |
| 053 | | | Visio Flowchart – Performance Measure No. 13 |
| 054 | | | Visio Flowchart – Performance Measure No. 14 |
| 055 | | | Visio Flowchart – Performance Measure No. 37 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number  2:12-cv-00601        Judge Code  DKD       Date  February 28, 2018

Parsons, et al.                vs.  Ryan, et al.

☐ Plaintiff/Petitioner        ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 056 | | | Visio Flowchart – Performance Measure No. 39 |
| 057 | | | Visio Flowchart – Performance Measure No. 42 |
| 058 | | | Visio Flowchart – Performance Measure No. 44 |
| 059 | | | Visio Flowchart – Performance Measure No. 46 |
| 060 | | | Visio Flowchart – Performance Measure No. 47 |
| 061 | | | Visio Flowchart – Performance Measure No. 48 |
| 062 | | | Visio Flowchart – Performance Measure No. 50 |
| 063 | | | Visio Flowchart – Performance Measure No. 51 |
| 064 | | | Visio Flowchart – Performance Measure No. 52 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601     Judge Code: DKD     Date: February 28, 2018

Parsons, et al.    vs.    Ryan, et al.

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 065 | | | Visio Flowchart - Performance Measure No. 54 and 55 |
| 066 | | | Visio Flowchart - Performance Measure No. 66 |
| 067 | | | Visio Flowchart - Performance Measure No. 85 |
| 068 | | | Visio Flowchart - Performance Measure No. 91 |
| 069 | | | Visio Flowchart - Performance Measure No. 92 |
| 070 | | | Visio Flowchart - Performance Measure No. 93 |
| 071 | | | Visio Flowchart - Performance Measure No. 94 |
| 072 | | | Visio Flowchart - Performance Measure No. 95 |
| 073 | | | Visio Flowchart - Performance Measure No. 97 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date February 28, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 074 | | | Visio Flowchart - Performance Measure No. 98 |
| 075 | | | Chart - CGAR Results Summary - March 2015 thru December 2017 |
| 076 | | | |
| 077 | | | |
| 078 | | | |
| 079 | | | |
| 080 | | | |
| 081 | | | |
| 082 | | | |