1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                     UNITED STATES DISTRICT COURT
17                         DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
|---|---|
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL134077360.1

1  Plaintiffs and Defendants, by and through their undersigned counsel, hereby
2  stipulate and agree to extend the deadline for Plaintiffs to file their response brief to
3  Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further
4  Proceedings (Doc. 2641). The parties have stipulated to a two week extension, such that
5  Plaintiffs' Response will be due March 23, 2018, and Defendants' Reply accordingly will
6  be due on March 30, 2018. A proposed order is attached herein.

Dated March 6, 2018.

| **PRISON LAW OFFICE** | **STRUCK LOVE BOJANOWSKI & ACEDO, PLC.** |
|---|---|
| By:  s/ Corene Kendrick<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>         ahardy@prisonlaw.com<br>         snorman@prisonlaw.com<br>         ckendrick@prisonlaw.com<br>         rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* | By:   s/ Daniel P. Struck<br>   (with permission)<br>Daniel P. Struck (Bar No. 012377)<br>Rachel Love (Bar No. 019881)<br>Timothy J. Bojanowski (No. 022126)<br>Nicholas D. Acedo (Bar No. 021644)<br>Ashlee B. Fletcher (Bar No. 028874)<br>Jacob B. Lee (Bar No. 030371)<br>Kevin R. Hanger (Bar No.027346)<br>Timothy M. Ray (Bar No. 029191)<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email:   dstruck@ strucklove.com<br>         rlove@ strucklove.com<br>       tbojanowski@ strucklove.com<br>         nacedo@ strucklove.com<br>         afletcher@ strucklove.com<br>         jlee@ strucklove.com<br>         khanger@ strucklove.com<br>         tray@strucklove.com |

LEGAL134077360.1

| | |
|---|---|
| David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Victoria Lopez (Ill. 6275388)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email:   dfathi@aclu.org<br>         afettig@aclu.org<br>         vlopez@aclu.org | Arizona Attorney General Mark Brnovich<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>Michael E. Gottfried (Bar No. 010623)<br>Lucy M. Rand (Bar No. 026919)<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 11 | |
| 12 | By: s/ Maya Abela |
| | Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927) |
| | 5025 East Washington St., Suite 202 |
| 14 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 15 | Email: skader@azdisabilitylaw.org |
| | adietrich@azdisabilitylaw.org |
| 16 | |
| | Rose A. Daly-Rooney |
| 17 | (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 18 | Jessica Jansepar Ross |
| | (Bar No. 030553) |
| 19 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 20 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 21 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 22 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 23 | jrico@azdisabilitylaw.org |
| | jross@azdisabilitylaw.org |
| 24 | mabela@azdisabilitylaw.org |
| 25 | *Attorneys for Arizona Center for Disability* |
| | *Law* |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                                    s/ C. Kendrick

LEGAL134077360.1                    -4-