UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

This Court, having reviewed the Stipulation for Extension of Time to File Response Brief, and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including March 23, 2018 to file their response brief to Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641).

2. Defendants shall have up to and including March 30, 2018 to file their reply brief in support of their Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641).

134077643.1