# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are Plaintiffs' Notice of Errata and Motion to Seal (Doc. 2627), Plaintiffs' Motion to Seal (Doc. 2636), and Defendants' Motion for Leave to File Under Seal (Doc. 2663), and upon good cause appearing,

**IT IS THEREFORE ORDERED** granting Plaintiffs' Notice of Errata and Motion to Seal (Doc. 2627). The Clerk of the Court is instructed to seal Documents 2622 and 2622-1.

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2636). The Clerk of the Court is instructed to seal the documents as set forth in the Motion: Exhibits 1-77 to the Declaration of Corene Kendrick and Exhibits 1 and 2 to the Declaration of David Fathi.

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2663). The Clerk of the Court is instructed to file under seal Exhibit 1

to Defendants' Notice Regarding January 2018 Compliance with Performance Measures 39, 44, 46, 52, and 54 Pursuant to Order to Show Cause (Doc. 2373).

Dated this 7th day of March, 2018.

_____
David K. Duncan
United States Magistrate Judge