1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES & COSTS (DOC. 2676)** |

LEGAL23774493.1

1 Defendants' Notice purports to provide pertinent supplemental authority for Plaintiffs' Motion for Attorneys' Fees & Costs now pending before the Court. [Docs. 2276; 2433; 2543] They cite to a recent Supreme Court decision, *Murphy v. Smith*, No. 16-1067, --- US ---; --- S.Ct. ---; 2018 WL 987346 (Feb. 21, 2018), to claim that a lodestar enhancement for superior performance and commitment of resources is no longer available in prisoner litigation cases, and that valid Ninth Circuit precedent in *Kelly v. Wengler*, 822 F.3d 1085 (9th Cir. 2016) is no longer good law. Doc. 2676 at 3.

Defendants both misread *Murphy* and conflate its holding for their own purposes. The Court in *Murphy* reviewed a narrow issue of statutory interpretation in the Prison Litigation Reform Act ("PLRA") related to the award of attorneys' fees where a prisoner has obtained a monetary damages award. *Id*. at *2. As the Court observed, "[t]his is a case about how much prevailing prisoners must pay their lawyers." *Id*. The PLRA provision at issue in *Murphy* requires that "a portion of the [prisoner's] judgment (not to exceed 25 percent) shall be applied to satisfy the amount of attorney's fees award against the defendant. If the award of attorney's fees is not greater than 150 percent of the judgment, the excess shall be paid by the defendant." 42 U.S.C. § 1997e(d)(2). In *Murphy*, the lower court had taken only 10% of the fee award from the prisoner to pay his lawyers, rather than the 25% required by the statute. *Id*. at *2. The issue before the Court was whether in cases governed by § 1997e(d)(2) the district judge had such discretion. Reviewing the plain language of the statute, the Court found that such discretion was precluded. *Id*. at 6.

In contrast, this case is purely injunctive and there are no damages awards to the plaintiffs to consider for attorneys' fees. Section § 1997e(d)(2) of the PLRA is irrelevant here. Indeed, as Plaintiffs have previously pointed out, the award of fees in this matter is not contingent upon the PLRA, because the Stipulation specifically governs enforcement actions and the reasonable attorneys' fees and costs that plaintiffs might seek with respect to such disputes. [Doc. 2276 at 8] Pursuant to the plain terms of the Stipulation, the PLRA is only pertinent as to determining the hourly rate charged for attorney work. [*See*

LEGAL23774493.1

1  Doc. 1185 § 43]

2  Likewise, Defendants' argument regarding the Court's *dicta* on other provisions of
3  the PLRA related to limitations on fee awards is also irrelevant – for instance the limits on
4  hourly rates for lawyers are not disputed here.  Doc. 2676 at 2-3.  Indeed, the Court in
5  *Murphy* does not actually address the issue in *Kelly v. Wengler* – the award of fee
6  enhancements for extraordinary work – because the PLRA itself does not address this
7  issue.  *Kelly v. Wengler* remains good law in the Ninth Circuit and fee enhancements
8  remain available for both PLRA and non-PLRA cases.

Dated: March 9, 2018

**ACLU NATIONAL PRISON PROJECT**

By:   s/ Amy Fettig
   David C. Fathi (Wash. 24893)*
   Amy Fettig (D.C. 484883)**
   Victoria Lopez (Ill. 6275388)*
   915 15th Street N.W., 7th Floor
   Washington, D.C. 20005
   Telephone:  (202) 548-6603
   Email:    dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

LEGAL23774493.1              -3-

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 2 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 3 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 4 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK, LOVE, BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
kwieneke@ strucklove.com
rlove@ strucklove.com
tbojanowski@strucklove.com
nacedo@ strucklove.com
ahesman@ strucklove.com
aorcutt@ strucklove.com
jlee@s strucklove.com
khanger@ strucklove.com

*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ J. Onka

LEGAL23774493.1                     -5-