IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-12-0601-PHX-DKD<br><br><br>**ORDER** |

　　　This Court having reviewed the Stipulation for Extension of Time to File Response Brief (Doc. 2668) and the Stipulation Regarding Deadline to File Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2669), and finding good cause,

　　　**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to File Response Brief (Doc. 2668). Plaintiffs shall have up to and including March 23, 2018 to file their response brief to Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641). Defendants shall have up to and including March 30, 2018 to file their reply brief in support of their Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641).

　　　**IT IS FURTHER ORDERED** granting the Stipulation Regarding Deadline to File Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2669). Defendants shall have up to and

1  including April 13, 2018 to file their Notice Regarding February 2018 Compliance with
2  Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2373).
3      Dated this 12th day of March, 2018.

David K. Duncan
United States Magistrate Judge