1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5  *Swartz, Sonia Rodriguez, Christina Verduzco, Jackie*
   *Thomas, Jeremy Smith, Robert Gamez, Maryanne*
6  *Chisholm, Desiree Licci, Joseph Hefner, Joshua*
   *Polson, and Charlotte Wells, on behalf of themselves*
7  *and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
            adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability*
14 *Law*

   **[ADDITIONAL COUNSEL LISTED ON**
15 **SIGNATURE PAGE]**

16                       UNITED STATES DISTRICT COURT

17                              DISTRICT OF ARIZONA

| | |
|---|---|
| 18  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' PROPOSED AGENDA FOR THE MARCH 14, 2018 STATUS HEARING** |

LEGAL138943244.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the March 14, 2018 status hearing.

1. Testimony from the parties' witnesses. Defendants plan to call Dr. Rodney Stewart in continuation from the February 27, 2018 evidentiary hearing.

2. Update from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

3. Defendants' failure to include instances of noncompliance with the Court's Order to Show Cause in their February 5, 2018 filing (Doc. 2576-1) and February 14, 2018 filing (Doc. 2595-1) reporting December 2017 noncompliance with the Court's Order to Show Cause. [*See* Doc. 2633]

4. Defendants' update regarding the provision of specialty care, including:

   a. The status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine. [*See* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; 2/28/18 Tr. at 433:4-443:15; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76]

   b. The status of Corizon identifying oncology specialists to provide cancer treatment to class members. [*See* 12/20/17 Tr. at 67:9-74:7; 1/18/18 Tr. at 67:12-69:24; *see also* Doc. 2635]

5. Defendants' failure to provide documents to Plaintiffs as of the time of the filing of this agenda, including:

   a. The electronic versions of Defendants' exhibits for the contempt hearings on the Court's Order to Show Cause (*see* Declaration of Corene Kendrick ("Kendrick Decl."), filed herewith, Ex. 1 at 1-3);

   b. The "root cause analysis" conducted by Corizon with regard to the Court's OSC (*see id*. at 2-3);

   c. The February 2018 staffing reports. [*See* Doc. 2456 at 2 ("the State shall provide staffing reports from the previous month at least 48 hours prior

LEGAL138943244.1

to the monthly status hearing or by the 15th of the month, whichever is earlier")]

6.   Defendants' and Corizon's privilege logs. [*See* Kendrick Decl., Exs. 2-3; *compare with* 1/12/18 Tr. at 11:10-15 ("it's very clear the law that if someone is engaging in normal activities of an enterprise, in this case, a prison, and they send off an e-mail to a number of people similarly engaged in that enterprise simply including a lawyer among the recipient list doesn't mean that whole document becomes privileged.")]

7.   Defendants' December 2017 and January 2018 CGAR results and remediation plans for:

   a.  Performance measures previously found substantially noncompliant by the Court, (Doc. 1583 at 2; Doc. 1709 at 1; Doc. 2030 at 2; Doc. 2403 at 2-3; 12/20/17 Tr. at 100:25-101:3);

   b.  Performance measures in the January 4, 2018 Motion to Enforce the Stipulation.[1] [Doc. 2520]

8.   Defendants' compliance with Paragraph 12(a) during the winter's influenza season, and Plaintiffs' request for information regarding the same. [Doc. 2634-1 at 15-25]

9.   Plaintiffs' request for an update from Defendants regarding the following contractual issues:

   a.  the status of their Request For Proposals and negotiations with bidders for a five year contract to provide health care services, to begin in May 2018;

   b.  the amount of money assessed against Corizon for violations of the Stipulation's performance measures in November and December 2017 and January 2018; and

   c.  the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in November and December

---

[1] The motion is fully briefed and awaits the Court's ruling. [Docs. 2520, 2546, 2580]

|   |   |
|---|---|
| 1 | 2017 and January 2018. [*See* Doc. 2509-1 (November 2017 Staffing |
| 2 | Reports); Doc. 2634-1 at 27-37 (December 2017 Staffing Reports); |
| 3 | Doc. 2634-1 at 39-49 (January 2018 Staffing Reports)] |

10. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide.

   a. Defendants' failure to produce re-audited CGARs for August 2017 in light of errors and improper monitoring methodology. [*See* Doc. 2502-1 at 35-42; Doc. 2489 at 3 n.1 ("These scores will be reflected in the re-audited [August] CGARS once they have been finalized by Defendants"); Doc. 2619 at 3 ("This correction was documented in an addendum and will be among the August CGARs soon to be reissued")]

   b. Errors and improper monitoring methodology in September 2017 CGAR results, and Defendants' refusal to provide a response unless and until Plaintiffs' counsel produce all documents in class members' medical records that show these mistakes. [Doc. 2502-1 at 4-19]

   c. Errors and improper monitoring methodology in October 2017 CGAR results. [*See* Doc. 2634-1, Ex. 1]

11. The parties' disagreement regarding the 60-day timeframe for seeking the Court's assistance via a Motion to Enforce the Stipulation. [*See* Doc. 2667; *see also* Docs. 2546, 2580]

12. Isolation Sub-Class: Plaintiffs' revised Proposed Order Granting Plaintiffs' Motion to Enforce the Stipulation (Doc. 2362) and Defendants' Objections (Doc. 2430). The parties have resumed settlement discussions around the Motion to Enforce the Max Custody Measures and will apprise the court if further action is necessary at a later date.

**Matters Fully Briefed and Awaiting Decision From the Court:**

1. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

2.  Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary Hearings on Monitoring); Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17, 15:24-16:1, 17:5-15]

3.  Plaintiffs' Motion to Enforce the Stipulation. [Docs. 2520, 2546, 2580]

4.  Plaintiffs' Motion for Attorney Fees and Costs (Docs. 2276, 2277, 2278, 2279, 2280, 2402, 2433, 2434) and Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503). [Docs. 2518, 2519, 2589, 2623]

Respectfully submitted,

Dated: March 12, 2018

**PRISON LAW OFFICE**

By: s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　s/ D. Freouf

LEGAL138943244.1                    -7-