1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorney General
   15 South 15th Avenue
4  Phoenix, Arizona 85007
   Telephone: (602) 542-1645
5  Fax: (602) 542-3393
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Hesman, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   Jamie D. Guzman, Bar No. 022095
12 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
13 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
14 Fax:  (480) 420-1696
   dstruck@strucklove.com
15 rlove@strucklove.com
   tbojanowski@strucklove.com
16 nacedo@strucklove.com
   ahesman@strucklove.com
17 jlee@strucklove.com
   khanger@strucklove.com
18 tray@strucklove.com
   rvalenti@strucklove.com
19 jguzman@strucklove.com
   *Attorneys for Defendants*
20

21                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF ARIZONA**
22

| | |
|---|---|
| 23  Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| 24                          Plaintiffs, | |
| 25  v. | **DEFENDANTS' NOTICE RELATING TO PERFORMANCE MEASURES FOR THE MARCH 14, 2018 STATUS HEARING** |
| 26  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 28                          Defendants. | |

Defendants give notice of and attach as Exhibit A information related to performance measures that will be discussed at the March 14, 2018 Status Hearing.

DATED this 12th day of March 2018.

                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                    By /s/Timothy J. Bojanowski
                       Daniel P. Struck
                       Rachel Love
                       Timothy J. Bojanowski
                       Nicholas D. Acedo
                       Ashlee B. Hesman
                       Jacob B. Lee
                       Kevin R. Hanger
                       Timothy M. Ray
                       Richard M. Valenti
                       Jamie D. Guzman
                       3100 West Ray Road, Suite 300
                       Chandler, Arizona  85226

                       Arizona Attorney General Mark Brnovich
                       Office of the Attorney General
                       Michael E. Gottfried
                       Lucy M. Rand
                       Assistant Attorneys General
                       15 South 15th Avenue
                       Phoenix, Arizona 85007

                       *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

2

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

3