| ☒ AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME Timothy J. Bojanowski | 2. PHONE NUMBER 480-420-1600 | 3. DATE 03-14-2018 |
|---|---|---|
| 4. FIRM NAME Struck Love Bojanowski & Acedo, PLC | | |

| 5. MAILING ADDRESS 3100 W. Ray Road, Ste. 300 | 6. CITY Chandler | 7. STATE AZ | 8. ZIP CODE 85226 |
|---|---|---|---|

| 9. CASE NUMBER 12-cv-601 | 10. JUDGE David K. Duncan | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 03-14-2018 | 12. |

| 13. CASE NAME Parsons v. Ryan | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
☐ APPEAL          ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL      ☒ CIVIL                 ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Status Hearing | 03-14-2018 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| DAILY | ☒ | ☐ | | ☒ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: epercevecz@strucklove.com

19. SIGNATURE  /s/Timothy J. Bojanowski

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 03-14-2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY