IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: March 14, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
================================================================

HON:  <u>David K. Duncan</u>     Judge # <u>70BL/DKD</u>

  <u>Caryn Smith</u>     <u>Candy Potter</u>
   Deputy Clerk     Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs

Rachel Love, Jamie Guzman and Timothy Ray for Defendants

================================================================
**PROCEEDINGS:**  <u>  X  </u> Open Court    <u>      </u> Chambers    <u>      </u> Other

This is the time set for Status Hearing. The Court's perspective of the case is set forth on the record.

Plaintiffs request the Court make its ruling on Plaintiffs' Motion to Enforce the Stipulation (Doc. 2520) as well as allowing time to discuss the topics Plaintiffs set forth in their Report of Proposed Agenda for the March 14, 2018 Status Hearing (Doc. 2680). The Court will not restrict the testimony proposed by Defendants. Discovery issues will be addressed as discussed and the Court will rule on Plaintiffs' Motion at a later time.

Dr. Rodney Allen Stewart is sworn and examined.

10:29 AM – Court stands in recess.

10:45 AM – Court reconvenes.

Dr. Stewart resumes the stand and continues his testimony.

11:59 AM – Court stands at recess.

1:17 PM – Court reconvenes.

CV-12-0601-PHX-DKD
March 14, 2018

Dr. Stewart resumes the stand and testifies further. Defendants' Exhibit 363 is received in evidence. The bottom portion of Defendants' Exhibit 645 is received in evidence.

2:47 PM – Court stands at recess.

3:03 PM – Court reconvenes.

BJ Millar and the Advisory Board make their initial data presentation.

Discussion is held regarding Plaintiffs' agenda. IT IS ORDERED setting a Telephonic Status Hearing for March 19, 2018 at 9:00 AM before this Court.

Dr. Stewart resumes the stand and continues his testimony.

Discussion is held regarding scheduling the cross-examination of Dr. Stewart. The parties are to determine their best schedules and contact the Court. The witness is excused pending cross-examination.

4:31 PM – Court stands in recess.


Time in court: 5 hr 34 min (9:07 AM – 4:31 PM)