Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' STATEMENT REGARDING SCHEDULING OF THE MARCH 26-27, 2018 EVIDENTIARY HEARINGS** |

1    The Court has set aside March 26 and 27, 2018 for the continuation of hearings regarding two separate issues: (1) the Court's October 10, 2017 Order to Show Cause (hereinafter "October 2017 OSC") why it should not issue contempt sanctions for Defendants' chronic noncompliance with certain performance measures at specific institutions, (Doc. 2373); and (2) the Court's December 20, 2017 Order that relevant and knowledgeable witnesses testify regarding the possibility of improper recordkeeping, purposeful cancellation of specialty care requests to avoid monetary fines, and/or monitoring that calls into question the accuracy of information Defendants provide to the Court and Plaintiffs' counsel regarding compliance with the Stipulation. [Doc. 2526] The second Order arose as a result of allegations from a former prison physician reported in a December 20, 2017 news story from National Public Radio's Phoenix affiliate, KJZZ.

Plaintiffs respectfully request that the Court structure the upcoming two days to complete all testimony Defendants will offer related to the October 2017 OSC and take that matter under submission, prior to continuing any hearings regarding the allegations in the KJZZ story. Plaintiffs make this request for several reasons. First, the Court should resolve the issue of contempt as soon as possible, as it is without a doubt the most important matter pending before the Court. Second, Defendants produced almost 25,000 pages of Corizon documents today (March 16, 2018) relevant to the KJZZ story, more than a month after the parties' agreed-upon deadline and after past representations by Counsel for Defendants that the Corizon production was complete. *See* Declaration of Corene Kendrick, filed herewith, ¶ 2, Ex. 1; *see also* Doc. 2588 at 4 ("Corizon is reasonably confident that production can be completed by the end of this week.") (filed Feb. 13, 2018). Fundamental fairness requires that Plaintiffs' counsel have time to review these productions prior to March 26-27, 2018, and that is impossible in one week's time, given counsel's resources. Finally, judicial efficiency requires that the October 2017 OSC not be swamped by the morass of Defendants' plan to put on seven more witnesses regarding the KJZZ story, including an ostensible expert who apparently will testify regarding 120 exhibits.

The issue of contempt and Defendants' chronic failure to comply with the Stipulation and the Court's October 2017 OSC is of critical importance to getting Defendants on the path to compliance with the Stipulation. On February 28, 2018 Plaintiffs completed their presentation of their two witnesses relevant to the October 2017 OSC, Mr. Upton and Dr. Robertson. Defendants indicated that they will call four witnesses regarding the October 2017 OSC: (1) Defendant Ryan; (2) Defendant Pratt; (3) Carson McWilliams; (4) Roland Maldonado. *See* Kendrick Dec., Ex. 2. Defendants should be able to complete any cross-examination of their employee Dr. Robertson and the direct examination of their four witnesses in the course of the upcoming two days.

On March 16, 2018 at 12:22 p.m. Arizona time, Counsel for Defendants notified the attorneys for Plaintiffs that they were producing two additional sets of responsive documents from Corizon, relevant to the hearings on the KJZZ story. *See* Kendrick Dec. Ex. 3. This came after a February 22, 2018 representation by Defendants' counsel that the production of Corizon documents had been completed on February 16, 2018. *Id*. Ex. 1. The undersigned counsel quickly reviewed the production to determine that the Bates range of the documents is from CORIZON0096576-121403, which is 24,826 pages. *Id*. ¶ 5. The Corizon documents have been produced in a format that requires a special software program that nonprofit counsel of record do not own, in order to review them and/or to convert the documents from their native format into PDFs. *Id*. ¶ 6. As a result, there is a delay of a few business days while the law firm co-counsel convert the documents into a format that nonprofit counsel can use and begin any review of the documents. *Id*. Plaintiffs will be seriously prejudiced if the March 26-27, 2018 hearings include Defendants' witnesses on the matters in the KJZZ story, and therefore fundamental fairness requires that only the witnesses relevant to the October 2017 OSC be called next week.

Furthermore, Defendants have indicated that they plan to call nine witnesses to testify regarding the KJZZ news story. *See* Doc. 2608 at 2. Of these nine witnesses, only one has testified in full (Dr. Jan Watson, on Feb. 27-28, 2018), and the second underwent

1  close to six hours of direct examination that displaced the regularly scheduled monthly
2  status conference (Dr. Rodney Stewart, on March 14, 2018), and he has not yet been
3  cross-examined by Plaintiffs. Counsel for Defendants indicated that the third witness on
4  their list, Dr. Khan, was retained by Corizon and "has done a review of Corizon's
5  utilization management process" (2/27/18 Tr. at 11:24-12:3), and Defendants have
6  included as hearing exhibits the Utilization Management records and medical records for
7  120 individual class members. *See* Defendants' Exhibit List, Exhibits 519-641. It is
8  unclear what, if any, relevance these medical charts have to the allegations in the news
9  story, but if Defendants plan to put on oral testimony from Dr. Khan regarding the
10 medical care of each one of these class members, it will be exhaustingly time-consuming
11 for Dr. Khan to march through each one of these exhibits on the stand.[1]

12      Therefore, for all of the foregoing reasons, Plaintiffs respectfully request that the
13 Court order that the March 26-27, 2018 hearings only include the remaining witnesses
14 called to testify regarding the October 2017 OSC.

15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

---

[1] To the extent Dr. Khan has made notes, or prepared any sort of written report or analysis of his review, they have not been produced by Defendants pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  March 16, 2018 | **PRISON LAW OFFICE** |
| | By:   s/ Corene Kendrick |
| | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| | Rita K. Lomio (Cal. 254501)* |
| | **PRISON LAW OFFICE** |
| | 1917 Fifth Street |
| | Berkeley, California 94710 |
| | Telephone:  (510) 280-2621 |
| | Email:      dspecter@prisonlaw.com |
| | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| | ckendrick@prisonlaw.com |
| | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@aclu.org
              afettig@aclu.org
              vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:      kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: <u>s/ Maya Abela</u> |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 7 | adietrich@azdisabilitylaw.org |
| 8 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 9 | Jessica Jansepar Ross (Bar No. 030553)<br>Maya Abela (Bar No. 027232) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 12 | Telephone:  (520) 327-9547<br>Email: |
| 13 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 14 | jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 15 | *Attorneys for Arizona Center for Disability Law* |

-6-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                          s/ Corene Kendrick