Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email sent by Defendants' Counsel Rachel Love on February 22, 2018 in response to questions sent by my co-counsel David Fathi. Mr. Fathi had asked her, "Is Corizon's document production now complete?" In response, Ms. Love states, "Corizon completed production on Friday [February 16, 2018] but for a privilege log."

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email sent by Defendants' Counsel Daniel Struck on February 27, 2018 to Plaintiffs' Counsel, listing the four witnesses that Defendants would be calling on February 28, 2018 in relation to the contempt Order to Show Cause.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email sent on March 16, 2018, by Elaine Percevecz, Legal Assistant to Counsel Timothy Bojanowski, indicating that she would be transmitting two additional productions entitled "CORIZON005" and "CORIZON006" to Plaintiffs' Counsel. As indicated by the date stamp on Exhibit 3, I received this email at 12:21 p.m. Pacific Daylight Time/Arizona Standard Time.

5. I was able to download the two productions, "CORIZON005" and "CORIZON006" and was able to ascertain that they total at least 24,826 pages. CORIZON005 had a Bates range of CORIZON-096576-116089, which is 19,513 pages. CORIZON006 had a Bates range of CORIZON-116090-121403, which is 5,313 pages.

6. The ESI from Corizon has been produced in a format in which the documents are separately produced as images, text, and native files, for upload into a document review program such as Concordance or Relativity. The Prison Law Office, the

ACLU National Prison Project and ACLU of Arizona, the Arizona Center for Disability Law, and Eidenbach Law PLC, all do not own or have access to these software programs for document review. Therefore, we rely upon the data processing staff at Perkins Coie to convert these raw files into Adobe PDFs that we can then review. With the previous productions of Corizon documents, it took between one and three business days for Perkins Coie to complete these conversions.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed March 16, 2018, in Berkeley, California.

                                         s/ Corene Kendrick

| | |
|---|---|
| Dated: March 16, 2018 | **PRISON LAW OFFICE** |

By:   s/ Corene Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
        afettig@aclu.org
        vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By: *s/ Maya Abela*
  Sarah Kader (Bar No. 027147)
  Asim Dietrich (Bar No. 027927)
  5025 East Washington Street, Suite 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
  Email:  skader@azdisabilitylaw.org
      adietrich@azdisabilitylaw.org

  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Jessica Jansepar Ross (Bar No. 030553)
  Maya Abela (Bar No. 027232)
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone: (520) 327-9547
  Email:
    rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

    s/ Corene Kendrick