# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Rachel Love |
| **Sent:** | Thursday, February 22, 2018 8:08 AM |
| **To:** | David Fathi |
| **Cc:** | Tim Bojanowski; kirstin@eidenbachlaw.com; Elaine Percevecz; Lucy Rand; Dan Struck; Ashlee Hesman; Corene Kendrick (ckendrick@prisonlaw.com); Maya Abela; Amy Fettig; ahardy@prisonlaw.com; skader@azdisabilitylaw.org; tsherman@azdisabilitylaw.org; Sarah Hopkins (sarah@prisonlaw.com); Megan Lynch; Jennifer Onka; Rachel Love |
| **Subject:** | Re: Document production |

David,

The CGARs will be sent later today. Corizon completed production on Friday but for a privilege log.

ADC and Corizon continue review of all the productions and preparation for the hearings. Privilege logs cannot also be done in advance of the hearings.

Rachel

Sent from my iPhone

On Feb 21, 2018, at 3:54 PM, David Fathi <dfathi@aclu.org> wrote:

> Counsel:
>
> We write with a number of questions regarding document production in preparation for next week's hearings.
>
> 1. When may we expect to receive Defendants' privilege log?
> 2. Is Corizon's document production now complete?  We note that thus far, Corizon's production is significantly smaller than ADC's.
> 3. When may we expect to receive the December 2017 CGARs?
>
> Thanks very much.
>
> David C. Fathi*
> Director, ACLU National Prison Project
> 915 15th St. N.W., 7th Floor
> Washington, DC  20005
> (202) 548-6603
> dfathi@aclu.org
> @DavidCFathi
> *Not admitted in DC; practice limited to federal courts

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not

authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# Exhibit 2

# Corene Kendrick

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Tuesday, February 27, 2018 6:04 PM |
| **To:** | Don Specter (dspecter@prisonlaw.com) |
| **Cc:** | David Fathi; Corene Kendrick (ckendrick@prisonlaw.com); Kirstin Eidenbach; Tim Bojanowski; Rachel Love; Mike Giardina |
| **Subject:** | witnesses tomorrow |

Don,

I just got back to the office.

After you put on Upton, Dr. Robertson and Pratt,  we will put on Director Ryan,  Carson McWilliams, Rollie Maldonado and Pratt for clean- up.     We may change the order of witnesses slightly depending on how it goes, though, as the Director has time constraints.

Dan



Daniel P. Struck
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1601 | dstruck@strucklove.com | strucklove.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# Exhibit 3

# Corene Kendrick

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Friday, March 16, 2018 12:21 PM |
| **To:** | David Fathi (dfathi@aclu.org); 'Corene Kendrick'; Amy Fettig (afettig@aclu.org); 'Kirstin Eidenbach'; Maya Abela; Alison Hardy (ahardy@prisonlaw.com); 'skader@azdisabilitylaw.org'; jonka@aclu.org; 'Megan Lynch'; Sarah Hopkins (sarah@prisonlaw.com); tsherman@azdisabilitylaw.org; 'Freouf, Delana (Perkins Coie)' |
| **Cc:** | Parsons Team; Lucy Rand; tkartchner@fclaw.com; pfargotstein@fclaw.com; jennifer.finger@corizonhealth.com |
| **Subject:** | RE: Parsons - Corizon ESI Production [CORIZON005 and CORIZON006] |

Counsel,

We have received from Corizon two additional productions (CORIZON005 and CORIZON006). We will be transmitting these to you at this time through FirmShare. These productions are in the exact format as provided by Corizon.

Sincerely,

Elaine



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.