# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                            Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                            Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR CHIEF JUDGE TO RULE ON DEFENDANTS' MOTION TO DISQUALIFY MAGISTRATE JUDGE DUNCAN FROM ALL FURTHER PROCEEDINGS (DKT. 2641, 2692)** |

The Court, having reviewed Defendants' Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Dkt. 2641, 2692), and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan from all Further Proceedings (Dkt. 2641, 2692).