| AO 435  AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|---|
| 1. NAME  Todd Jackson | | 2. PHONE NUMBER  520-884-0024 | 3. DATE  3/21/18 |
| 4. FIRM NAME  Jackson & Oden | | | |
| 5. MAILING ADDRESS  3573 E. Sunrise Dr., Suite 125 | | 6. CITY  Tucson | 7. STATE  AZ    8. ZIP CODE  85718 |
| 9. CASE NUMBER  2:12-cv-00601 | 10. JUDGE  David K. Duncan | DATES OF PROCEEDINGS  11. 2/27/18 | 12. 2/28/18 |
| 13. CASE NAME  Parsons et al v. Ryan et al. | | LOCATION OF PROCEEDINGS  14. Phoenix | 15. STATE  Arizona |

16. ORDER FOR
☐ APPEAL            ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☒ NON-APPEAL   ☒ CIVIL                       ☐ IN FORMA PAUPERIS         ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | All Hearing Transcripts | 2/27/18 & 2/28/18 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☒ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
anielson@jacksonodenlaw.com

19. SIGNATURE  s/Todd Jackson

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE  3/21/18

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY