1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                   UNITED STATES DISTRICT COURT

17                          DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD  **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** **(Second Request)** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL139111032.1

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiffs to file their response brief to Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641). This is the second requested extension for this response. *See* Doc. 2668 (first stipulation); Civ. Local Rule 7.3(a).

The parties have stipulated to a one-week extension, such that Plaintiffs' Response will be due March 30, 2018, and Defendants' Reply will be due on April 6, 2018.

Dated March 22, 2018.

| | |
|---|---|
| **PRISON LAW OFFICE** | **STRUCK LOVE BOJANOWSKI & ACEDO, PLC.** |
| By:  s/ Rita K. Lomio<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>         ahardy@prisonlaw.com<br>         snorman@prisonlaw.com<br>         ckendrick@prisonlaw.com<br>         rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* | By:  s/ Daniel P. Struck<br>     (with permission)<br>Daniel P. Struck (Bar No. 012377)<br>Rachel Love (Bar No. 019881)<br>Timothy J. Bojanowski (No. 022126)<br>Nicholas D. Acedo (Bar No. 021644)<br>Ashlee B. Hesman (Bar No. 028874)<br>Jacob B. Lee (Bar No. 030371)<br>Kevin R. Hanger (Bar No.027346)<br>Timothy M. Ray (Bar No. 029191)<br>Richard M. Valenti (Bar No. 031533<br>Jamie D. Guzman (Bar No. 022095)<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email:   dstruck@ strucklove.com<br>         rlove@ strucklove.com<br>         tbojanowski@ strucklove.com<br>         nacedo@strucklove.com<br>         ahesman@strucklove.com<br>         jlee@ strucklove.com<br>         khanger@strucklove.com<br>         tray@strucklove.com<br>         rvalenti@strucklove.com<br>         jguzman@strucklove.com |

LEGAL139111032.1

| | |
|---|---|
| David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Victoria Lopez (Ill. 6275388)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email: dfathi@aclu.org<br>          afettig@aclu.org<br>          vlopez@aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* | Arizona Attorney General Mark Brnovich<br>**OFFICE OF THE ARIZONA<br>ATTORNEY GENERAL**<br>Michael E. Gottfried (Bar No. 010623)<br>Lucy M. Rand (Bar No. 026919)<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 7 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 8 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 11 | |
| 12 | By: s/ Maya Abela |
| | Sarah Kader (Bar No. 027147) |
| 13 | Asim Dietrich (Bar No. 027927) |
| | 5025 East Washington St., Suite 202 |
| 14 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 15 | Email:   skader@azdisabilitylaw.org |
| |             adietrich@azdisabilitylaw.org |
| 16 | |
| | Rose A. Daly-Rooney |
| 17 | (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 18 | Jessica Jansepar Ross |
| | (Bar No. 030553) |
| 19 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 20 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 21 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 22 | Email: |
| |     rdalyrooney@azdisabilitylaw.org |
| 23 |         jrico@azdisabilitylaw.org |
| |         jross@azdisabilitylaw.org |
| 24 |         mabela@azdisabilitylaw.org |
| 25 | *Attorneys for Arizona Center for Disability* |
| | *Law* |
| 26 | |
| 27 | |
| 28 | |

LEGAL139111032.1                                    -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                          s/ D. Freouf