1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD |

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

                      Plaintiffs,

          v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Division Director,
Division of Health Services, Arizona Department of
Corrections, in their official capacities,

                      Defendants.

No. CV 12-00601-PHX-DKD

**ORDER GRANTING
STIPULATION FOR
EXTENSION OF TIME TO
FILE RESPONSE BRIEF**
(Second Request)

17        This Court, having reviewed the Stipulation for Extension of Time to File

18   Response Brief (Second Request), and finding good cause, hereby **GRANTS** the

19   Stipulation.

20        1.     Plaintiffs shall have up to and including March 30, 2018, to file their
                 response brief to Defendants' Motion to Disqualify Magistrate Judge
21               Duncan From All Further Proceedings (Doc. 2641).

22        2.     Defendants shall have up to and including April 6, 2018, to file their reply
                 brief in support of their Motion to Disqualify Magistrate Judge Duncan
23               From All Further Proceedings (Doc. 2641).

24
25
26
27
28

139111130.1