**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-00601-PHX-DKD.**   DATE: March 19, 2018

Title: <u>Parsons et al.</u> vs. <u>Ryan et al.</u>
   Plaintiffs         Defendants

================================================================

HON:   <u>David K. Duncan</u>         Judge # <u>70BL/DKD</u>

   <u>Kenneth Miller</u>         <u>Laurie Adams</u>
   Deputy Clerk             Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Donald Specter, Kirstin Eidenbach, Maya Abela for Plaintiffs
Jacob Lee, Timothy Bojanowski, Timothy Ray, Jamie Guzman, Rachel Love for Defendants

================================================================
**PROCEEDINGS:**   <u>  X  </u> Open Court       <u>     </u> Chambers       <u>     </u> Other

This is the time set for Telephonic Status Hearing.  The Court expresses its view on Plaintiffs' Motion for Attorney's fees (Doc. 2276).  Plaintiffs state they will file a declaration with the relevant rates and new calculations to which Defendants will respond if necessary.

Discussion is held regarding scheduling of witnesses and the timing of matters to be heard.  The Court is informed and the Court agrees that three more days will be needed to complete the testimony regarding monitoring.  Accordingly, the Court will employ the dates already set for next week for the purposes of the OSC hearing and the "monthly" monitoring issues.  The Court must reject the Defendants' preferred order of presentation which was to use the dates next week for the continuation of the evidentiary hearing regarding monitoring because the Court cannot further delay the consideration of the previously-postponed OSC hearing and monthly status reports.  Further discussion is held regarding the witnesses.  IT IS ORDERED the parties shall meet and confer to select dates for the necessary additional hearing dates.

Argument is heard regarding a Corizon letter's reference to a "root cause analysis" (Doc. 2680).  IT IS ORDERED Defendants will verify the charts are indeed the matters referred to as the "root cause analysis."  Defendants shall notify Plaintiffs of their findings by no later than close of business on March 21, 2018.  If the issue is still outstanding, the Court will take it up at the next hearing.

CV-12-00601-PHX-DKD.
March 19, 2018

Argument is heard regarding privilege logs (Doc. 2680).  IT IS ORDERED Plaintiffs shall provide 10 examples from the privilege log where they believe the privilege has been wrongly asserted by no later than close of business on March 20, 2018.  If by the close of business on March 21, 2018 the issue is unresolved, the parties shall provide the same 10 examples for in camera review.

Plaintiffs request an update from Defendants regarding the status of the proposals and negotiations for the five year contract as well as the amount of money that has been assessed against Corizon.  Defendants indicate that negotiations are ongoing and state the assessments as set forth on the record.

Argument is heard regarding Plaintiffs' assertion of Defendants' failure to include all instances of noncompliance with the order to show cause.  The Court considers whether further meet and confer sessions regarding this issue are warranted.  After further argument is heard.  IT IS ORDERED Defendants shall comply with a formal response to Plaintiffs by no later than close of business on March 23, 2018.

Discussion is held regarding scheduling additional hearings.

Temperature logs are discussed and the need to make sure that the reporting is competent and timely in light of the approaching summer heat.

Time in court: 39 min (9:18 AM – 9:57 AM)