# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed the Stipulation for Extension of Time to File Response Brief (Second Request) (Doc. 2698), and finding good cause,

**IT IS ORDERED** granting the Stipulation for Extension of Time to File Response Brief (Second Request) (Doc. 2698).

1. Plaintiffs shall have up to and including March 30, 2018, to file their response brief to Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641).

2. Defendants shall have up to and including April 6, 2018, to file their reply brief in support of their Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings (Doc. 2641).

Dated this 23rd day of March, 2018.

_____
David K. Duncan
United States Magistrate Judge