**EXHIBIT 1**

**EXHIBIT 1**

```
                 UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ARIZONA

                    _____


Victor Parsons, et al., on    )
behalf of themselves and all  )
others similarly situated;    )
and Arizona Center for        )
Disability Law,               )
                              )   No. CV 12-00601-PHX-DKD
           Plaintiffs,        )
                              )
       vs.                    )   Phoenix, Arizona
                              )   March 19, 2018
Charles Ryan, Director,       )   9:18 a.m.
Arizona Department of         )
Corrections; and Richard      )
Pratt, Interim Division       )
Director, Division of Health  )
Services, Arizona Department  )
of Corrections, in their      )
Official capacities,          )
                              )
           Defendants.        )
_____)


   BEFORE:  THE HONORABLE DAVID K. DUNCAN, MAGISTRATE JUDGE

             REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  (Telephonic Status Hearing)



Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription
```

1   documents that are in their own possession and created by their
2   own employees somehow are not accurate and don't reflect their
3   instances of noncompliance in real time.
4         This is not a discovery dispute.  Defendants are
5   providing incomplete and inaccurate information to the Court.    09:53AM
6   We brought that to the Court's attention, and we would like
7   defendants to respond.
8         MR. LEE:  Your Honor, if I may, this is Jacob Lee.
9   Plaintiffs did bring this to the Court's attention without
10  giving us an opportunity to respond first.  As Ms. Kendrick    09:54AM
11  noted, she's got 77 exhibits to her declaration.  Some of these
12  exhibits are hundreds of pages long including names and inmates
13  for over 400 inmates.  There's no way we could review all that
14  and have a meaningful discussion with plaintiffs about it by
15  Wednesday, by the end of this week, or even a couple of weeks.    09:54AM
16  It's too big of a burden.
17        THE COURT:  Mr. Lee, could you stop there for a
18  moment?  I just want to read what you just said because I
19  wasn't able to hear it all.  Just stop for a moment.
20        Mr. Lee, there's no meaningful opportunity for you to    09:55AM
21  do it by Wednesday.  What you will do instead, by close of
22  business Friday you will file a formal response as Ms. Kendrick
23  asks.
24        MR. LEE:  Your Honor, even by Friday there's not time
25  to review all of these medical records to conduct the necessary    09:55AM

```
 1  investigation as far as all of these documents.  Again,
 2  plaintiffs' counsel got these documents, made assumptions about
 3  what they were looking at, and filed their declaration with the
 4  Court.  We're going to need time to go through and confirm what
 5  each one of these documents are.  We need to review all of                09:55AM
 6  these medical records for the inmates that they say were truly
 7  noncompliant.  It's not possible to do all of that and file a
 8  response by the close of business on Friday.  It's too much to
 9  do, too much review, too many people to talk to.
10          MS. KENDRICK:  Your Honor, we filed that 27 days ago              09:55AM
11  on February 23rd.
12          THE COURT:  I agree, Mr. Lee.  These are your
13  documents.  File it Friday close of business.
14          Next matter.
15          MS. KENDRICK:  That was all of the urgent items we                09:56AM
16  had, Your Honor.  If there's anything else Your Honor wants to
17  cover, that's fine.  Otherwise, we have addressed what we
18  needed to cover last Wednesday.
19          THE COURT:  Anything on the defendants' side?
20          MR. BOJANOWSKI:  Nothing from the defendants, Your                09:56AM
21  Honor.
22          THE COURT:  What I need you to do are a couple of
23  things in addition.  I mentioned it already, but I want to make
24  sure that you do put this on your agenda.  We're going to need
25  more dates.  We're not going to be able to rely on a single              09:56AM
```