**EXHIBIT 3**

**EXHIBIT 3**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
afletcher@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>    Plaintiffs, <br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>    Defendants. | NO. 2:12-cv-00601-DKD <br><br><br>**DECLARATION OF BENJAMIN SCHMID** |

15

I, Benjamin Schmid, hereby declare as follows:

1. I am employed by Corizon Health as the Facility Health Administrator for the Tucson prison complex in Arizona.

2. In this capacity, I serve as the chief onsite administrator and am responsible for overseeing and delivering contract health care services, including coordinating care with the Arizona Department of Corrections ("ADC").

3. I am aware of the litigation known as *Parsons v. Ryan* and the performance measures resulting from a settlement the parties reached in that action.

4. In an effort to meet performance measure compliance goals, I meet daily, or near daily, with the Warden at the Tucson complex, Juli Roberts.

5. During these meetings, Warden Roberts asked that we prepare and review documents that, based on information and belief, have been referred to as "daily trackers," in an effort to provide information to Warden Roberts as to health care operations relating to specific performance measures, hurdles that may affect compliance, and efforts to ensure satisfaction of the performance measures.

6. These "daily trackers" are imprecise, rough estimates, and are not used to provide real time reporting. The information provided on these daily trackers is generally used to assist in ensuring timely provision of health care to inmates and was never meant to be used as documentation of compliance, or lack thereof, with performance measures.

7. Many of the performance measures are not susceptible to real time reporting because the provision of health care services is a complex operation that involves many moving parts and activities that occur over many hours, days, or even weeks. It is simply not possible to create an accurate daily compliance tracker, as the facts likely could change minutes after the report is prepared, rendering it inaccurate. By way of example, Performance Measure 11 requires the administration of newly prescribed medication within a certain time period. This process involves numerous people, including: the doctor who prescribes the medication; the nurse who enters the prescription and forwards it to the pharmacy; individuals at the pharmacy who fulfill the medication and ship it to the site; the

inventory control coordinator who receives the medication, logs it, and prepares it for delivery to the inmate; and the nurse who ultimately administers the medication to the inmate and records it in the medical records. This process occurs over the course of many hours—and potentially days—and a report of this process is only a snapshot in time that very quickly becomes inaccurate as the medication reaches the next stage of the process.

8. These "daily trackers" are not used by Corizon as a means by which to confirm compliance, or lack thereof, with performance measures.

I declare under penalty of perjury that the foregoing is true and correct.

_____
BENJAMIN SCHMID

13776537.1/045669.0001

2