**EXHIBIT 4**

**EXHIBIT 4**

1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
8  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
9  Ashlee B. Fletcher, Bar No. 028874
   Jacob B. Lee, Bar No. 030371
10 Kevin R. Hanger, Bar No. 027346
   Timothy M. Ray, Bar No. 029191
11 Richard M. Valenti, Bar No. 031533
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@strucklove.com
   rlove@strucklove.com
15 tbojanowski@strucklove.com
   nacedo@strucklove.com
16 afletcher@strucklove.com
   jlee@strucklove.com
17 khanger@strucklove.com
   tray@strucklove.com
18 rvalenti@strucklove.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF DANIEL "SPENCER" SEGO** |

I, Daniel "Spencer" Sego, hereby declare as follows:

1. I am employed by Corizon Health as the Facility Health Administrator for the Florence prison complex in Arizona.

2. In this capacity, I serve as the chief onsite administrator and am responsible for overseeing and delivering contract healthcare services, including coordinating care with the Arizona Department of Corrections (ADC).

3. I am aware of the litigation known as *Parsons v. Ryan* and the performance measures resulting from a settlement the parties reached in that action.

4. In an effort to meet performance measure compliance goals, I meet daily, or near daily, with the Wardens at the Florence and Eyman complexes, Kevin Curran and Gerald Thompson, respectively.

5. During these meetings, Wardens Curran and Thompson asked that we prepare and review documentation that, based on information and belief, have been referred to as "daily trackers" in an effort to provide information to the Wardens as to healthcare operations relating to specific performance measures, hurdles that may affect compliance, and efforts to ensure satisfaction of the performance measures.

6. These "daily trackers" are imprecise, rough estimates, and are not used to provide real time reporting. The information provided on these daily trackers is generally used to assist in ensuring timely provision of health care to inmates and was never meant to be used as documentation of compliance, or lack thereof, with performance measures.

7. Many of the performance measures are not susceptible to real time reporting because they involve multiple steps and variations over the course of time. For example, for PM 35, we often have multiple inmates arrive at the facility with varying medication requirements for administration twice a day or once a day. Running a report at 2:30pm on a certain day will only provide partial information that could immediately become inaccurate if a recently transferred inmate who requires medication once per day receives his medication at 2:00pm but it is not recorded by the nurse until 3pm. The report may indicate this inmate's medical record is potentially out of compliance but it is actually

compliant once the medication is recorded in the medical record. Accurate real time reporting is inherently difficult in a complex healthcare system that has many moving parts and operates 24 hours a day, 7 days a week.

8. These "daily trackers" are not used by Corizon as a means by which to confirm compliance, or lack thereof, with performance measures.

I declare under penalty of perjury that the foregoing is true and correct.

*D. Spencer Sego*   3/23/2018
DANIEL "SPENCER" SEGO

13776523.1/045669.0001

2