# EXHIBIT 6

# [REDACTED]

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF VANESSA HEADSTREAM** |

I, **VANESSA HEADSTREAM**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2633).

2. I have been employed by the Arizona Department of Corrections ("ADC") since 2007, first as a correctional nurse and then as RN supervisor at Perryville. I joined the Health Services Contract Monitoring Bureau ("HSCMB") as a compliance audit nurse in 2012 when Health Services was privatized.

3. I am currently the Program Evaluation Administrator (Contract Compliance) with the HSCMB. In my current position, I supervise eight monitors, oversee the Southern Region for the HSCMB, and monitor several health care performance measures.

4. I am personally familiar with the Declaration of Corene Kendrick, filed on February 23, 2018. (Doc. 2633.) I have reviewed the Declaration and the exhibits attached to it.

5. More specifically, I have personally reviewed the 50 excerpted medical records attached to Ms. Kendrick's Declaration as Exhibits 3-4, 6-7, 10-12, 14-26, 34, 36-46, 50-52, 56-60, 62, 65-66, 68, 70-74, and 76. I did not review the remaining 370 listed inmates, as no information was provided regarding the particular instances from each file that are alleged to be non-compliant.

6. Ms. Kendrick claims Inmate ▇▇▇ #▇▇▇, was only listed once on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Eyman, but should have been listed twice, for both his urinalysis and his diagnostic panel results. (Doc. 2633 at ¶14b.) She also claims the results were noted as being reviewed before they were noted as being received. (Id.) These claims are incorrect.

7. Careful review of eOMIS shows that Inmate ▇▇▇ diagnostic panel results were actually received on December 1, 2017, and reviewed by the provider on December 3, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

1

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/04/2017 | Results Received | EOIR800 | 12/04/2017 | 14:15:08 |
| 12/03/2017 | Inmate Notified Of Results | ▇▇▇▇ | 12/03/2017 | 19:14:27 |
| 12/01/2017 | Results Received | EOIR800 | 12/01/2017 | 14:30:25 |

8.  The entry showing the results were received on December 4, 2017 is a duplicate entry, most likely caused the lab sending the results twice, as occasionally happens. Exhibit 4 to Ms. Kendrick's Declaration shows that the "Initial Report Date" for the diagnostic panel results was December 1, 2017.

```
Lab Test Site:                                              Vendor:
    Results
    Received                                                Time:
        Date:
Test Results:
                        BIOREFERENCE LABS
               PAGE: 1
                                              ▇▇▇▇▇▇
                                          ADC#: ▇▇▇▇▇▇
                       SEX: M   D/O/B: 02/02/1964
               Unknown
               COLLECTION DATE: 11/30/2017 07:00
               RECEIVED DATE: 12/01/2017 00:13
               INITIAL REPORT DATE: 12/01/2017 07:06
               ACCESSION NO.: 971216046
```

9.  The same thing appears to have happened with the other inmates discussed below, as well.

10. eOMIS shows no order for a urinalysis test for Inmate ▇▇▇▇. Careful review of Exhibit 2 to Ms. Kendrick's Declaration shows that the urinalysis test was ordered for the inmate above Inmate ▇▇▇▇. Inmate ▇▇▇▇ did have a second test, however, for valproic acid. The results for that test, like the results for his diagnostic panel, were received on December 1, 2017, and reviewed by the provider on December 3, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/04/2017 | Results Received | EOIR800 | 12/04/2017 | 14:15:12 |
| 12/03/2017 | Inmate Notified Of Results | ▇▇▇▇ | 12/03/2017 | 19:15:33 |
| 12/01/2017 | Results Received | EOIR800 | 12/01/2017 | 14:30:26 |

11.     Ms. Kendrick claims Inmate ▮▮▮, #▮▮▮ was only listed once on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Eyman, but should have been listed twice, for both his urinalysis and his diagnostic panel results. (Doc. 2633 at ¶14c.) She also claims the results were noted as being reviewed before they were noted as being received. (Id.) These claims are incorrect.

12.     Careful review of eOMIS shows that Inmate ▮▮▮ results were actually received on December 1, 2017, and reviewed by the provider on December 3, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

| | Status | | Last Updated | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/04/2017 | Results Received | EOIR800 | 12/04/2017 | 14:15:14 |
| 12/03/2017 | Inmate Notified Of Results | ▮▮▮ | 12/03/2017 | 19:11:07 |
| 12/01/2017 | Results Received | EOIR800 | 12/01/2017 | 14:30:30 |

| | Status | | Last Updated | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/04/2017 | Results Received | EOIR800 | 12/04/2017 | 14:15:13 |
| 12/03/2017 | Inmate Notified Of Results | ▮▮▮ | 12/03/2017 | 19:10:09 |
| 12/01/2017 | Results Received | EOIR800 | 12/01/2017 | 14:30:29 |

13.     Ms. Kendrick claims Inmate ▮▮▮, #▮▮▮, was not listed on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Eyman, but should have been. (Doc. 2633 at ¶14e.) She also claims the results were noted as being reviewed before they were noted as being received. (Id.) These claims are incorrect.

14.     Careful review of eOMIS shows that Inmate ▮▮▮ results were actually received on December 8, 2017 at 5:30 a.m., and reviewed by the provider on December 8, 2017 at 12:52 p.m., which is within the timeframe specified by PM 46, and therefore compliant.

| | Status | | Last Updated | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/12/2017 | Results Received | EOIR800 | 12/12/2017 | 12:00:14 |
| 12/08/2017 | Inmate Notified Of Results | ▮▮▮ | 12/08/2017 | 12:52:36 |
| 12/08/2017 | Results Received | EOIR800 | 12/08/2017 | 05:30:07 |

3

15.   Ms. Kendrick claims Inmate ▌, #▌, was not listed on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Florence, but should have been. (Doc. 2633 at ¶20b.) She also claims the results were noted as being reviewed before they were noted as being received. (Id.) These claims are incorrect.

16.   Careful review of eOMIS shows that Inmate ▌ results were actually received on December 9, 2017, and reviewed by the provider on December 11, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/11/2017 | Results Received | EOIR800 | 12/11/2017 | 13:00:10 |
| 12/11/2017 | Inmate Notified Of Results | ▌ | 12/11/2017 | 08:01:17 |
| 12/09/2017 | Results Received | EOIR800 | 12/09/2017 | 04:45:14 |

17.   Ms. Kendrick claims Inmate ▌, #▌, was not listed on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC- Florence, but should have been listed twice, for both his PTT and his urine culture. (Doc. 2633 at ¶20b.) She also claims the results were noted as being reviewed before they were noted as being received. (Id.) These claims are incorrect.

18.   Careful review of eOMIS shows that Inmate ▌ results were actually received on December 6, 2017, and reviewed by the provider on December 7, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/08/2017 | Results Received | EOIR800 | 12/08/2017 | 13:00:27 |
| 12/07/2017 | Inmate Notified Of Results | ▌ | 12/07/2017 | 18:46:53 |
| 12/06/2017 | Results Received | EOIR800 | 12/06/2017 | 15:30:13 |

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/08/2017 | Results Received | EOIR800 | 12/08/2017 | 13:00:21 |
| 12/07/2017 | Inmate Notified Of Results | ▌ | 12/07/2017 | 18:45:00 |
| 12/06/2017 | Results Received | EOIR800 | 12/06/2017 | 15:30:10 |

1     19.    Ms. Kendrick claims Inmate ▮, #▮, was not listed on Defendants'
2 court filing regarding instances of non-compliance with PM 50 at ASPC- Florence, but
3 should have been. (Doc. 2633 at ¶22e.) This claim is incorrect.

4     20.    Careful review of eOMIS shows that the request for Inmate ▮ urgent
5 orthopedics consult was submitted on October 25, 2017, and that the consult was
6 completed on November 10, 2018, which is within the timeframe specified by PM 50, and
7 therefore compliant.

8     21.    Ms. Kendrick claims Inmate ▮, #▮, was not listed on
9 Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-
10 Florence, but should have been. (Doc. 2633 at ¶20b.) This claim is incorrect.

11     22.    Careful review of eOMIS shows that Inmate ▮ urinalysis results
12 were received on October 21, 2017, but that Inmate ▮ was transferred out of the
13 facility to the hospital on October 23, 2017, before the time to review his results pursuant
14 to PM 46 had expired. Inmate ▮ returned to the facility on November 6, 2017.
15 Because of this transfer, Inmate ▮ chart would be excluded from HSCMB's
16 audit.

17     23.    Ms. Kendrick claims Inmate ▮ #▮, was not listed on Defendants'
18 court filing regarding instances of non-compliance with PM 50 at ASPC-Florence, but
19 should have been. (Doc. 2633 at ¶22e.) This claim is incorrect.

20     24.    Careful review of eOMIS shows that the request for Inmate ▮ urgent
21 urology consult was submitted on October 5, 2017. On November 8, 2017, urology
22 required additional testing and clearance from medical/pulmonology prior to the urology
23 appointment. Inmate ▮ urology consult should have been cancelled with this
24 reasoning stated and resubmitted after the requested testing was complete, which occurred
25 on February 1, 2018.

26     25.    Ms. Kendrick claims Inmate ▮ # ▮ was not listed on
27 Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-
28 Tucson, but should have been. (Doc. 2633 at ¶35c.) This claim is incorrect.

5

26. Careful review of eOMIS shows that Inmate ▆▆▆ results were actually received on December 5, 2017, and reviewed by the provider on December 6, 2017, which is within the timeframe specified by PM 46, and therefore compliant.

| Status | | Last Updated | | |
|---|---|---|---|---|
| As of Date | Status | User | Date | Time |
| 12/13/2017 | Results Received | EOIR800 | 12/13/2017 | 15:45:14 |
| 12/06/2017 | Inmate Notified Of Results | ▆▆▆ | 12/06/2017 | 09:45:25 |
| 12/05/2017 | Results Received | EOIR800 | 12/05/2017 | 10:30:29 |

27. Ms. Kendrick claims Inmate ▆▆▆, ▆▆▆, was not listed on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Tucson, but should have been listed twice, for both a CBC and a phosphorous test. (Doc. 2633 at ¶35c.) This claim is incorrect.

28. Careful review of eOMIS shows that Inmate ▆▆▆ results were received on December 13, 2017, but that Inmate ▆▆▆ was transferred out of the facility to the hospital on December 18, 2017, before the last day to review his results pursuant to PM 46 ended. Inmate ▆▆▆ died on December 21, 2017. Because of his transfer and death, Inmate ▆▆▆ chart would be excluded from HSCMB's audit. The review date of January 16, 2018 in Inmate ▆▆▆ chart is not relevant.

29. Ms. Kendrick claims Inmate ▆▆▆, #▆▆▆, was not listed on Defendants' court filing regarding instances of non-compliance with PM 46 at ASPC-Tucson, but should have been listed twice, for both a microalbumin test[1] and diagnostics panel. (Doc. #2633 at ¶35c.) This claim is incorrect.

30. Careful review of eOMIS shows that the microalbumin test was not performed because no specimen was received, so this test should not be counted as an instance of non-compliance. As set forth below, however, the review of Inmate ▆▆▆ diagnostics panel results was non-compliant.

31. The following instances appear to be non-compliant:

    a.  PM 46 at Eyman

---

[1] Ms. Kendrick's Declaration incorrectly characterizes this test as a "microlab" test.

6

1.  1. ███████████
2.  2. ██████████
3.  3. ██████████
4.  4. ███████████ (3 tests)
5.  5. █████████
6.  6. ███████████
7.  7. ███████████
8.  8. ███████████ (2 tests)
9.  9. ██████████ (2 tests)
10. 10. █████████
11. 11. ██████████ (3 tests)
12. 12. 
13. 13.
14. 14.
15. 15. ███████████████████
16. 16.
17. 17.
18. b.   PM 46 at Florence
19. 1. ██████████
20. 2. ██████████
21. 3. ██████████ (2 tests)
22. 4.
23. 5.
24. 6. ███████████████
25. 7.
26. 8.

---

[2] Ms. Kendrick's Declaration incorrectly stated that Inmate ███ inmate number is ███.

|   |   |   |   |
|---|---|---|---|
| | | 9. | ■ |
| | c. | PM 39 at Lewis | |
| | | 1. ■ | |
| | | 2. | |
| | | 3. | |
| | | 4. | |
| | | 5. | |
| | d. | PM 46 at Tucson | |
| | | 1. ■ | |
| | | 2. | |
| | | 3. | |
| | | 4. | |
| | | 5. | |
| | | 6. | |
| | e. | PM 51 at Tucson | |
| | | 1. ■ (2 consults) | |

32. These instances were not identified by HSCMB during its monitoring of the performance measures subject to the OSC, as HSCMB does not review every eligible file for each performance measure, but performs a "spot check" by auditing randomly-selected files for each performance measure pursuant to the procedures outlined in the ADC Monitoring Guide. All instances of non-compliance identified by HSCMB during its monitoring review were included in the lists filed with the Court on February 5, 2018 and February 14, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of March, 2018.

*/s/ Vanessa Headstream*
VANESSA HEADSTREAM

8