**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 2705), and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2705).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Defendants' Response to the Declaration of Corene Kendrick (Doc. 2633) and Exhibit 6 to Defendants' Response to the Declaration of Corene Kendrick (Doc. 2633).

Dated this 27th day of March, 2018.

David K. Duncan
United States Magistrate Judge