≨AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Corene Kendrick | 2. PHONE NUMBER 510-280-2621 | 3. DATE 3/28/18 |
|---|---|---|
| 4. FIRM NAME Prison Law Office | | |
| 5. MAILING ADDRESS 1917 Fifth Street | 6. CITY Berkeley | 7. STATE CA / 8. ZIP CODE 94710 |
| 9. CASE NUMBER 2:12-cv-601 | 10. JUDGE Duncan | DATES OF PROCEEDINGS 11. 3/19/18 / 12. |
| 13. CASE NAME Parsons et al. v. Ryan et al. | LOCATION OF PROCEEDINGS 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) OSC Contempt Hearing | 3/26/18-3/27/18 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
ckendrick@prisonlaw.com, akirby@prisonlaw.com

19. SIGNATURE /s/ Corene Kendrick

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 3/28/18

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY