**EXHIBIT 1**

**EXHIBIT 1**

A random sample of 10 records is drawn from all MH-3D prisoners at each yard.  If any of the prisoners discontinued medications less than six calendar months before the last day of the monitored month, that record is excluded and another record is randomly drawn.  *If the patient has not been on medications during this incarceration, that record is excluded and another record is randomly drawn*.  This process is repeated until a total of ten records (if available) have been drawn.

Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.

Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc. Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued. This date is recorded on the spreadsheet.

Review the medication discontinuation date and the subsequent clinician follow-up date to determine whether the two contacts were no more than 90 days apart.  If they were more than 90 days apart, the record is coded as noncompliant.  If they were 90 days apart or less, proceed to the next step.

Calculate the time elapsed between the first and second clinician contacts following the medication discontinuation date.  If the two contacts were more than 90 days apart, the record is coded as noncompliant.  If they were 90 days apart or less, proceed to the next step.

Calculate the time elapsed between the second clinician contact and the six-month anniversary of the medication discontinuation date.  If these two dates are 90 days apart or less, the record is coded as compliant.  If they are more than 90 days apart, proceed to the next step.

Determine whether, between the second clinician contact and the six-month anniversary of the medication discontinuation date, there is a period exceeding 90 days without a clinician contact. If there is no such period, the record is coded as compliant.  If there is such a period, the record is coded as noncompliant.

If there is no clinician contact subsequent to the medication discontinuation date, the record is coded as noncompliant.