**EXHIBIT 2**

**EXHIBIT 2**

**Health Care Performance Measure No. 85**
**Stipulation Category: Mental Health (13)**

### CGAR Category: Mental Health (C) 13

| |
|---|
| **Performance Measure:**<br><br>MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. |
| **CGAR Question:**<br><br>Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? |
| **Source of Records/Review:**<br><br>MH 3D Log (Randomized) |
| **Methodology:**<br>- Ten (10) records (if available) with medication discontinued in the calendar month preceding the monitored month and therefore follow up contact is due in the monitored month, or records with follow up contacts not yet completed and therefore due in the monitored month, will be selected for review at each yard. If any inmate discontinued medications less than 30 days previously, that record is excluded and another record is randomly drawn.<br>- Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br>- Review eOMIS, in the Mental Health tab, for the contact by the psychiatric provider that officially discontinued the medications. A psychiatric contact may be documented in multiple electronic entries, including, but not limited to: scheduled psychiatry, unscheduled psychiatry, initial psychiatric evaluation, etc.  Also look under Drug Prescription Orders to confirm the date that the medications were officially discontinued.  This date is recorded on the spreadsheet.<br>- Review the medication discontinuation date and the subsequent follow-up date to ensure that the two contacts were no more than 30 days apart.  If they were 30 days or less apart, then it is coded as compliant.  If they were more than 30 days apart, then it is coded as non-compliant.<br>- If no follow-up contact occurred but should have, then it is coded as non-compliant.<br>- If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility.  (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |

**Health Care Performance Measure No. 86**
**Stipulation Category: Mental Health (14)**

### CGAR Category: Mental Health (C) 14

| **Performance Measure:** |
|---|
| MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication. |
| **CGAR Question:** |
| Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? |
| **Source of Records/Review:** |
| Review the records for the same inmates reviewed for HC PM #85, and review additional records from the MH 3D Log (randomized) if there were not ten (10) records to review from HC PM #85. |
| **Methodology:**<br><br>• The records used for Performance Measure 85 are the starting point for evaluating compliance with Performance Measure 86. If the prisoner had been in ADC custody or had their medications discontinued for less than 90 days, that record is excluded from the sample and another record is randomly drawn. This process is repeated until a total of ten records (if available) have been drawn.<br><br>• Review AIMS (DI85 screen) to determine when the inmate was designated MH 3D.<br><br>• Review eOMIS to determine the medication discontinuation date.<br><br>• A file is compliant if the first contact by a clinician was completed no more than 90 days from the discontinuation date and any subsequent contacts are completed every 90 days or less from the previous contact. The most recent contact must be completed no more than 90 days from the last day of the monitored month. A contact may be documented in multiple electronic entries, including, but not limited to: individual contact, segregation visit (refusal or lockdown), treatment plan (with a clinical contact), scheduled sick call, unscheduled sick call, suicide watch (refusal, lockdown, or conducted in confidential setting), etc.<br><br>• If there is a gap in contacts, review the external Movement Screen in AIMS (DI24, Shift + F5) to determine whether the inmate was a new intake, out to court, out to hospital, or otherwise out of the facility. (Or in eOMIS, from the Prison tab, click on the shortcuts "Population Tracking", and click on the link "External Movements" to view the inmate's movement). |