**EXHIBIT 1**

**EXHIBIT 1**

# AFFIDAVIT

STATE OF ARIZONA )
                 )
County of Maricopa )

CHARLES L. RYAN, after being sworn upon his oath, hereby states as follows:

1. I am the Director of the Arizona Department of Corrections ("ADC").

2. I am executing this Affidavit to correct and clarify my testimony at the hearing on March 27, 2018 in the *Parson v. Ryan and Pratt* litigation.

3. I mistakenly testified as to the source of funding for Corizon's incentive payments. The funding did not come from vacancy savings or operating funds; it came entirely from funds appropriated for health care. This money was available from health care funds due primarily to a lower than anticipated inmate population and Medicaid savings that exceeded the level assumed in the budget.

4. I also mistakenly testified that Corizon was paying 100% of outside counsel's monthly attorneys' fees and 100% of the $250,000 annual attorneys' fees for plaintiffs' counsel provided for under the Stipulation. Corizon pays only that percentage of outside counsel's monthly statements that are attributed to substantial non-compliance litigation under the Stipulation, and does not pay any percentage of the $250,000 annual attorneys' fees for plaintiffs' counsel.

_____
Charles L. Ryan
Director
Arizona Department of Corrections

SUBSCRIBED AND SWORN TO BEFORE ME this 28TH day of March, 2018, by CHARLES L. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.

_____
Notary Public

My Commission Expires:

June 14, 2020

OFFICIAL SEAL
DEBRA L. RUBIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 14, 2020