**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE TO FILE NOTICE REGARDING FEBRUARY 2018 COMPLIANCE WITH CERTAIN PERFORMANCE MEASURES PURSUANT TO ORDER TO SHOW CAUSE (DOC. 2373)**<br>**(Second Request)** |

The Court, having reviewed the Stipulation Regarding Deadline to File Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Court Order (Doc. 2373) (Second Request), and finding good cause, hereby GRANTS the Stipulation.

Defendants shall have up to and including April 27, 2018 to file their Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2373).