1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.,

    Plaintiffs,

v.

Charles L. Ryan, et al.,

    Defendants.

No.  CV-12-0601-PHX-DKD

**ORDER**

The Court having reviewed the Stipulation Regarding Deadline to File Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Court Order (Doc. 2718) (Second Request), and finding good cause,

**IT IS ORDERED** granting the Stipulation Regarding Deadline to File Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Court Order (Doc. 2718) (Second Request).  Defendants shall have up to and including April 27, 2018 to file their Notice Regarding February 2018 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2373).

Dated this 29th day of March, 2018.

David K. Duncan
United States Magistrate Judge