**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**   DATE: March 22, 2018

Title: Parsons et al vs. Ryan et al
       Plaintiffs      Defendants
================================================================

HON:   David K. Duncan        Judge # 70BL/DKD

       Caryn Smith            Laurie Adams
       Deputy Clerk           Court Reporter

**APPEARANCES:**
Kirstin Eidenbach and Maya Abela, with Corene Kendrick appearing telephonically, for Plaintiffs
Rachel Love and Jamie Guzman appearing telephonically for Defendants

================================================================
**PROCEEDINGS:**   X   Open Court      ____ Chambers      ____ Other

This is the time set for Status Hearing. Argument is heard regarding the email from Defendants indicating only five documents pertaining to the privilege logs were required by the Court's order instead of ten. The Court finds that Defendants improperly interpreted the Court's order and improperly conducted themselves with respect to the outlined procedure. The Court reviewed the documents that were provided and further finds that they are an overbroad application of the attorney/client privilege. IT IS THEREFORE ORDERED Defendants shall provide all Corizon and ADOC privilege logs in PDF format to the Court via email by no later than 5:00 PM on March 23, 2018.

Time in court: 13 min (3:03 PM – 3:16 PM)