1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
7  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF AMY FETTIG** |

**I, AMY FETTIG, DECLARE:**

1. I am an attorney and the Deputy Director of the National Prison Project of the American Civil Liberties Union Foundation ("NPP"). I serve as counsel for the plaintiff class herein.

2. I make this declaration of my personal knowledge and based on a review of the records maintained by my office in the ordinary course of business.

LEGAL23774493.1

3. At the March 19, 2018 Telephonic Status Hearing, the Court directed Plaintiffs to revise their billing records according to historic PLRA rates. 3/19/2018 Tr. at 4:24-7:1. The following are the historic rates at issue:

| *Year* | *Original PLRA Rate* | *Adjusted PLRA Rate* |
|---|---|---|
| 2015 | $219/hr | $213/hr |
| 2016 | $219/hr | $216/hr |
| 2017 | $219/hr | $219/hr |

Plaintiffs note that courts have the discretion to compensate prevailing parties at current rather than historic rates. *Gates v. Deukmejian*, 987 F. 2d 1392, 1406 (9th Cir. 1992) ("A fee award at current rates is intended to compensate prevailing attorneys for lost income they might have received through missed investment opportunities as well as lost interest."); *see also Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 452-54 (9th Cir. 2010) (holding that the district court did not abuse its discretion in approving 2008 attorney fee rates for work performed in 2007 in order to compensate for the delay).

4. Attached hereto as **Exhibit A** is a spreadsheet detailing Plaintiffs' recalculation of their fees based upon the adjusted PLRA rates. Fees for 2015 to 2017 for the Prison Law Office (PLO) and Kirstin Eidenbach were recalculated using historic PLRA rates. The adjusted total for these fees is now $378,290.40. Fees for 2016 to 2017 for the National Prison Project of the ACLU (NPP) were recalculated using the historic PLRA rates. NPP's adjusted total for attorney fees is now $175,390.30. As a result of the changes ordered by the Court, Plaintiffs now seek compensation for a total of $553,680.70 in attorney fees. Additionally, Plaintiffs seek the same enhancement to the lodestar fees of a 2.0 multiplier for a total of $1,107,361.40 in fees. For expenses, Plaintiffs still seek $149,900.04, as previously requested.

5. The total in fees, costs, and enhancements Plaintiffs now seek is $1,257,261.44. This represents a total reduction of $9,202.20 in attorney fees and the enhancements as a result of the historic fees adjustment. All of this time was reasonably and necessarily

1 spent, and all of these expenses were reasonably and necessarily incurred, in enforcing the
2 provisions of the Stipulation in this case.

3     I declare under penalty of perjury that the foregoing is true and correct.

4     Executed this 29th day of March, 2018.

6     /s/ Amy Fettig
    Amy Fettig

8 **ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email: kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

Sarah Kader
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

/s/ Jennifer Onka