# EXHIBIT A

*Parsons, et al. v. Ryan, et al.*

Prison Law Office and National Prison Project Litigation Fees and Expenses: 10/01/2015 - 06/30/2017

| Prison Law Office: | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLO | Year | PLRA Rate | Hours | Total Amount | | | |
| | 2015 | $213.00 | 75.2 | $16,017.60 | | | |
| | 2016 | $216.00 | 703 | $151,848.00 | | | |
| | 2017 | $219.00 | 662.5 | $145,087.50 | | | |
| | | | Total | $312,953.10 | | | |
| Kirstin Eidenbach | 2016 | $216.00 | 237.7 | $51,343.20 | | | |
| | 2017 | $219.00 | 63.9 | $13,994.10 | | | |
| | | | Total | $65,337.30 | | | |
| | | | PLO Previous Total [Dkt. 2545] | $381,563.70 | PLO Expenses | $118,806.40 | |
| | | | **PLO Adjusted Total** | **$378,290.40** | **PLO Adjusted Fees With 2.0 Multiplier** | **$756,580.80** | |
| **ACLU National Prison Project:** | | | | | | | |
| | Year | PLRA Rate | Hours | Total Amount | | | |
| | 2016 | $216.00 | 437.5 | $93,150.40 | | | |
| | 2017 | $219.00 | 379 | $82,239.90 | | | |
| | | | NPP Previous Total [Dkt 2544] | $176,718.10 | NPP Expenses | $31,093.64 | |
| | | | **NPP Adjusted Total** | **$175,390.30** | **NPP Adjusted Fees With 2.0 Multiplier** | **$350,780.60** | |
| | | | | | Previous Grand Total with Expenses and Fees with 2.0 Multiplier [Dkt. 2543] | $1,266,463.64 | |
| | | | | | **Adjusted Grand Total with Expenses and Fees with 2.0 Multiplier** | **$1,257,261.44** | |
| | | | | | **Difference Between Adjusted and Previous Grand Totals** | **$9,202.20** | |