IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-00601-PHX-DKD**       DATE: March 26, 2018

Title:   Victor Antonio Parsons et. al. v. Charles L. Ryan et. al.,
                Plaintiffs              Defendants
========================================================================

HON: David K. Duncan        Judge # 70BL/DKD

Molly Frasher              Court Reporter:   Laurie Adams
Deputy Clerk

**APPEARANCES:**
 Corene T Kendrick, Kirstin Eidenback, David Cyrus Fathi and Maya Abela for Plaintiffs
 Daniel Struck, Timothy Bojanowski and Rachel Love for Defendants

========================================================================
**PROCEEDINGS:**       __X__ Open Court       _____ Chambers       _____ Other

9:11 am - This is the time set for Continued Evidentiary and Order to Show Cause Hearings. Corene T Kendrick, Kirstin Eidenback, David Cyrus Fathi and Maya Abela appearing for Plaintiffs. Daniel Struck, Timothy Bojanowski and Rachel Love for Defendants. Jennifer Finger, representative for Corizon Health Inc., is present and appearing telephonically. **For the Plaintiffs (cont'd):** David Robertson, D.O., previously sworn, resumes the stand and is cross-examined by Mr. Bojanowski, questioned by the Court and examined by Ms. Kendrick. 10:20 am - Court takes a brief recess.

10:35 am - Court resumes. Same parties and counsel present. Plaintiff rests. **For the Defendants:** Defendant Richard Pratt is sworn and examined by Mr. Bojanowski. Plaintiff's Exhibit 20 is admitted upon stipulation of counsel. Defendant's Exhibits 7, 9-40, 99, and 101 are admitted upon stipulation of counsel. 12:00 pm - Court stands at recess.

1:21 pm - Court resumes.   Same parties and counsel present. Defendant's Exhibit 103 is marked and admitted for demonstrative purposes only. Defendant's Exhibits 79-95 and Plaintiff's Exhibits 201-205 are admitted upon stipulation of counsel. Richard Pratt is further examined by Mr. Bojanowski and questioned by the Court. 2:41 pm - Court stands at recess.

2:56 pm Court resumes. Same parties and counsel present. Defendant's Exhibits 6, 51-74, and 96-98 are admitted upon stipulation of counsel. Defendant's Exhibit 102 is admitted over Plaintiff's objection. The Court will hold in abeyance a ruling on the admission of Defendant's

Exhibit 78 until a more legible copy is provided to the Court. Defense counsel will provide the Court with an electronic copy of Exhibits 52-74. (3:01 pm Ms. Finger no longer present.) Richard Pratt is further examined by Mr. Bojanowski, questioned by the Court, and cross-examined by Ms. Kendrick.   4:57 pm Court stands at recess until 9:00 am on 3/27/2018.

EH/OSC: <u>4 hr 26 mins</u>
Start: <u>9:11 am</u>
Stop:  <u> 4:57 pm</u>