Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

LEGAL139241915.1

Pursuant to LRCiv 7.2(e)(1), Plaintiffs seek the Court's permission to exceed the 17-page limitation applicable to responses to motions and accept the filing of Plaintiffs' 37-page Response to Defendants' Motion to Disqualify Judge Duncan From All Further Proceedings (Doc. 2641) (hereinafter "Motion"), and Supplement to Motion to Disqualify Magistrate Judge Duncan from All Further Proceedings (Doc. 2692) (hereinafter "Supplement").[*]

The extra pages are necessary because of the complexity, importance, and fact-intensive nature of the issues involved. *See United States v. Holland*, 519 F.3d 909, 913 (9th Cir. 2008) (noting that recusal determination "is necessarily fact-driven and may turn on subtleties in the particular case"); *Clemens v. U.S. Dist. Court for Cent. Dist. of California*, 428 F.3d 1175, 1178 (9th Cir. 2005) (observing that "analysis of a particular section 455(a) claim must be guided . . . by an independent examination of the unique facts and circumstances of the particular claim at issue" (internal quotation marks and citation omitted)). Defendants' Motion relies almost entirely on words, phrases, and sentences lifted from more than 3,600 pages of hearing transcripts between January and December 2017, but provides none of the necessary context. Defendants' Supplement includes statements made during hearings on February 27 and 28, 2018. Defendants provide 634 pages of exhibits in support of their Motion and 462 pages of exhibits in support of their Supplement. In several places, Defendants string together words from hearings held on different days. Plaintiffs' Response therefore must provide context for the words, phrases, and sentences relied on by Defendants to inform the Court's analysis.

Plaintiffs' counsel has made all efforts to reduce the size of their Response, but the extra pages are necessary to fully present their arguments and demonstrate the relevant factual background. Plaintiffs' proposed filing is submitted with this motion, as well as a proposed order granting this motion.

---

[*] Defendants did not seek permission to file their "Supplement," which, combined with their Motion, exceeds page limitations. *See* LRCiv 7.2(e)(1) ("a motion including its supporting memorandum . . . may not exceed seventeen (17) pages"). The Motion alone was 17 pages. [Doc. 2641]

LEGAL139241915.1

Dated: March 30, 2018

**PRISON LAW OFFICE**

By:  s/ Rita K. Lomio
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| | Amelia M. Gerlicher (Bar No. 023966) |
| 2 | John H. Gray (Bar No. 028107) |
| | **PERKINS COIE LLP** |
| 3 | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| 4 | Telephone: (602) 351-8000 |
| | Email: dbarr@perkinscoie.com |
| 5 | agerlicher@perkinscoie.com |
| | jhgray@perkinscoie.com |
| 6 | |
| 7 | Caroline Mitchell (Cal. 143124)* |
| | **JONES DAY** |
| 8 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 9 | Telephone: (415) 875-5712 |
| | Email: cnmitchell@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 12 | 717 Texas Street |
| | Houston, Texas 77002 |
| 13 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: <u>s/ Maya Abela</u>
    Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
                adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
       rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL139241915.1

-5-