|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF ARIZONA | |
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | | No. CV 12-00601-PHX-DKD |
| | Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |
| | v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | | |
| | Defendants. | |

The Court having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. \_\_\_\_), and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits is GRANTED.

LEGAL139241958.1