**Index of Exhibits to**
**Declaration of Corene Kendrick**

**Exhibit 1**    A true and correct copy of Corene Kendrick's email exchange with Ms. Adams

**Exhibit 2**    A true and correct copy of a screenshot Corene Kendrick took on March 20, 2018 of the Twitter account of KJZZ reporter Jimmy Jenkins (@newsjunkyjimmy) and a tweet from February 26, 2018

**Exhibit 3**    A true and correct copy of the PACER search result for Charles Ryan

**Exhibit 4**    A true and correct copy of the search result for all open cases listing "Charles Ryan" as Defendant

**Exhibit 5**    A true and correct copy of the search result for all open cases listing "Charles Ryan" as Respondent

**Exhibit 6**    A true and correct copy of the search result for all open cases listing "Charles L. Ryan" as Defendant

**Exhibit 7**    A true and correct copy of the search result for all open cases listing "Charles L. Ryan" as Respondent

**Exhibit 8**    A true and correct copy of the search result for all open cases listing Defendant Pratt as a party to the case

**Exhibit 9**    A true and correct copy of an email dated March 20, 2018 sent by Elaine Percevecz, Legal Assistant to Defendants' Counsel Timothy Bojanowski, addressed to the chambers of Chief Judge Collins

# EXHIBIT 1

**Corene Kendrick**

| | |
|---|---|
| **From:** | Laurie Adams |
| **Sent:** | Friday, July 28, 2017 10:48 AM |
| **To:** | Corene Kendrick |
| **Subject:** | Re: Parsons v Ryan |

Uh oh.  Thx for the clarification.  It was a little difficult with everyone being on the phone.  I can't change it unless he asks me since he is the one who was speaking.   If he says anything I will let you know but right now I have to leave it as is.

Thank you!

On Fri, Jul 28, 2017 at 10:44 AM Corene Kendrick <ckendrick@prisonlaw.com> wrote:

Hi Laurie,


FYI, when I was reading the transcript, on page 14, line 13, where Judge Duncan is speaking, I think the word "client" should actually be "climate" - I don't know if  you think it's worth updating or not, or what Judge Duncan's practice is on doing corrections to the transcript, but I wanted to flag that for you (and him?) to review.


Thanks and have a nice weekend.


-Corene



Corene Kendrick, Staff Attorney

PRISON LAW OFFICE

1917 Fifth Street

Berkeley, CA 94710

510.280.2621

ckendrick@prisonlaw.com

**From:** Laurie Adams [mailto:ladamscrr@gmail.com]
**Sent:** Thursday, July 27, 2017 5:29 PM
**To:** Corene Kendrick; akirby@prisonlaw.com
**Subject:** Parsons v Ryan


Ms. Kendrick:


Attached is a copy of the transcript dated 7/21/17 along with an invoice.

If you have any questions, please let me know.


See you in August.



Laurie Adams, CRR, RMR
Court Reporter to the Honorable Neil Wake


--
Laurie Adams, RMR, CRR
Official Court Reporter
(602) 322-7256

# EXHIBIT 2



**Jimmy Jenkins** @newsjunkyjimmy · Feb 26

I've been following this case for a year now and I can honestly say - Judge Duncan has never displayed any bias - he is incredibly fair and patient and thoughtful - the fact that the state has gone for years without sanction is proof of that

💬 1        🔁        ♡ 6

Show this thread

# EXHIBIT 3

CM/ECF - azd-Guide

# Select A Person

**There were 4 matching people.**

[Ryan, Charles](#)     (pty) [defendant]

[Ryan, Charles](#)     (pty) [respondent]

[Ryan, Charles L](#)   (pty) [defendant]

[Ryan, Charles L](#)   (pty) [respondent]

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:15:52 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Ryan First Name: Charles |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT 4

# Select A Case

**Charles Ryan is a defendant in 32 cases.**

| | | |
|---|---|---|
| [2:15-cv-01200-JJT](#) | Gonzalez et al v. Ryan et al | filed 06/29/15 |
| [2:15-cv-01338-DLR](#) | Petty et al v. Arizona, State of et al | filed 07/16/15 |
| [2:15-cv-02027-ROS-BSB](#) | Brinkman v. Ryan et al | filed 10/08/15 |
| [2:16-cv-00759-NVW-DMF](#) | Bauer v. Ryan et al | filed 03/21/16 |
| [2:16-cv-02734-GMS-JZB](#) | Andrich v. Ryan et al | filed 08/12/16 |
| [2:16-cv-04220-DJH-JZB](#) | Figueroa v. Corizon LLC et al | filed 11/23/16 |
| [2:16-cv-04569-DJH-JFM](#) | Garcia #199037 v. Corizon Health Services et al | filed 12/29/16 |
| [2:17-cv-00252-JAT-BSB](#) | Evans v. Ryan et al | filed 01/26/17 |
| [2:17-cv-00513-ROS-ESW](#) | Crago #115357 v. Mooney et al | filed 02/17/17 |
| [2:17-cv-01127-GMS-JZB](#) | Ryan v. Ryan et al | filed 04/14/17 |
| [2:17-cv-01490-DLR-JZB](#) | Carlson et al v. Corizon Health Incorporated et al | filed 05/16/17 |
| [2:17-cv-01602-DGC-JFM](#) | Reed #247269 v. Elijah et al | filed 05/24/17 |
| [2:17-cv-01810-JJT-DKD](#) | Stanhope #46210 v. Corizon Health et al | filed 06/12/17 |
| [2:17-cv-01952-DJH--JZB](#) | Hall v. Ryan et al | filed 06/22/17 |
| [2:17-cv-04069-JJT--JFM](#) | Pember #067165 v. Ryan et al | filed 11/03/17 |
| [2:17-cv-04383-JJT--DKD](#) | Lopez v. Corizon Health Care Services et al | filed 11/29/17 |
| [4:14-cv-02049-JGZ](#) | Taylor v. Ryan | filed 04/25/14 |

| 4:14-cv-02093-FRZ | Brinkman v. Ryan et al | filed 05/15/14 |
| 4:16-cv-00205-RM | Rodriguez v. Ryan et al | filed 04/11/16 |
| 4:16-cv-00225-RM-PSOT | Mason v. Ryan et al | filed 04/22/16 |
| 4:16-cv-00259-RM | King v. United States of America et al | filed 05/06/16 |
| 4:16-cv-00689-JGZ | Aguilar v. Linderman et al | filed 10/24/16 |
| 4:16-cv-00728-CKJ | Sandoval v. Corizon LLC et al | filed 11/15/16 |
| 4:17-cv-00047-RM | Andrich v. Ryan et al | filed 01/30/17 |
| 4:17-cv-00137-RCC | Meyers v. Ryan et al | filed 03/27/17 |
| 4:17-cv-00173-RM | Andrich v. Dusek et al | filed 04/17/17 |
| 4:17-cv-00192-CKJ | Tucker v. Arizona Department of Corrections et al | filed 04/28/17 |
| 4:17-cv-00246-FRZ | McDaniel v. Ryan et al | filed 05/30/17 |
| 4:17-cv-00372-JGZ-PSOT | Quinonez v. Ryan et al | filed 07/31/17 |
| 4:17-cv-00377-DCB | Brown v. Ryan et al | filed 08/01/17 |
| 4:17-cv-00474-RM-PSOT | Herrera v. Ryan et al | filed 09/22/17 |
| 4:18-cv-00066-RM-PSOT | Tripati v. Corizon Incorporated et al | filed 02/09/18 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:00:22 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Ryan First Name: Charles |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

https://ecf.azd.uscourts.gov/cgi-bin/iquery.pl?69641974716788-L_1_1-0-865318-pty-dft%20%20%20%20%20%20-defendant                          2/2

# EXHIBIT 5

# Select A Case

Charles Ryan is a respondent in 46 cases.

| | | |
|---|---|---|
| 2:15-cv-02097-SRB | Barela v. Ryan et al | filed 10/19/15 |
| 2:16-cv-01442-DJH | Weber #137562 v. Ryan et al | filed 05/10/16 |
| 2:16-cv-03347-ROS | Arvizu v. Ryan et al | filed 09/30/16 |
| 2:17-cv-00355-JJT | Korelc v. Ryan et al | filed 02/02/17 |
| 2:17-cv-00614-JJT-DMF | Hart #188462 v. Attorney General of the State of Arizona | filed 03/01/17 |
| 2:17-cv-00923-SPL-ESW | Contreras #170330 v. Ryan et al | filed 03/28/17 |
| 2:17-cv-00963-GMS-ESW | Gray #282846 v. Ryan et al | filed 03/31/17 |
| 2:17-cv-01195-DJH-JFM | Sullivan #170660 v. Ryan et al | filed 04/21/17 |
| 2:17-cv-01557-SPL-DMF | Bauer v. Ryan et al | filed 05/22/17 |
| 2:17-cv-01771-JAT | Nguyen v. Ryan et al | filed 06/07/17 |
| 2:17-cv-01982-DJH | Lewis v. Ryan et al | filed 06/22/17 |
| 2:17-cv-02152-JJT | Thompson v. Ryan et al | filed 07/03/17 |
| 2:17-cv-02160-DLR-DKD | Martin #263504 v. Ryan et al | filed 07/05/17 |
| 2:17-cv-02194-JAT | Cuen #057106 v. Ryan et al | filed 07/07/17 |
| 2:17-cv-02304-SPL-MHB | Jordan v. Ryan et al | filed 07/13/17 |
| 2:17-cv-02499-ROS | Tibbetts v. Ryan et al | filed 07/26/17 |
| 2:17-cv-02731-JJT-ESW | Tom v. Ryan et al | filed 08/11/17 |

| | | |
|---|---|---|
| 2:17-cv-03340-JAT-DMF | Ochoa #219194 v. Ryan et al | filed 09/27/17 |
| 2:17-cv-03348-DJH--DMF | Lopez #260320 v. Ryan et al | filed 09/28/17 |
| 2:17-cv-04293-JJT-DKD | Melendez #275852 v. Ryan et al | filed 11/21/17 |
| 2:17-cv-04325-NVW-ESW | Esposito v. Ryan et al | filed 11/27/17 |
| 2:17-cv-04699-DGC--MHB | Howe #299698 v. Ryan et al | filed 12/19/17 |
| 2:18-cv-00005-NVW--MHB | Twiggs v. Ryan et al | filed 01/02/18 |
| 2:18-cv-00229-GMS-MHB | Foster v. Ryan et al | filed 01/22/18 |
| 3:14-cv-08060-GMS | Barr #180015 v. Ryan et al | filed 04/07/14 |
| 3:17-cv-08077-DGC-JFM | Callan #179225 v. Ryan et al | filed 04/21/17 |
| 3:17-cv-08087-JJT-ESW | Gonzales v. Ryan et al | filed 05/08/17 |
| 3:17-cv-08109-JAT-JZB | Jager v. Ryan et al | filed 06/09/17 |
| 3:17-cv-08130-DJH-MHB | Brechler v. Ryan | filed 07/10/17 |
| 4:15-cv-00063-CKJ | Edgar v. Ryan et al | filed 02/10/15 |
| 4:15-cv-00070-RM | Flores #167621 v. Ryan et al | filed 02/19/15 |
| 4:15-cv-00203-JAS-BGM | Will v. Ryan et al | filed 05/18/15 |
| 4:15-cv-00521-BGM | Martinez #121022 v. Ryan et al | filed 11/06/15 |
| 4:15-cv-00530-RM-JR | DeLoach v. Ryan et al | filed 11/13/15 |
| 4:16-cv-00293-JGZ-DTF | Kaufman v. Ryan et al | filed 05/23/16 |
| 4:16-cv-00554-JAS-LCK | Tollison #053703 v. Ryan et al | filed 08/18/16 |
| 4:16-cv-00640-JGZ-DTF | Corral v. Ryan et al | filed 09/27/16 |

| | | |
|---|---|---|
| 4:16-cv-00652-EJM | Whipple v. Ryan et al | filed 09/30/16 |
| 4:16-cv-00772-JAS-EJM | Barton v. Ryan et al | filed 12/12/16 |
| 4:17-cv-00058-FRZ-LAB | Jackson v. Ryan et al | filed 02/06/17 |
| 4:17-cv-00135-LCK | Schafer #132720 v. Ryan et al | filed 03/24/17 |
| 4:17-cv-00483-FRZ--LCK | Silvas #048381 v. Ryan et al | filed 09/29/17 |
| 4:17-cv-00609-RM-BPV | Gilardi v. Ryan et al | filed 12/18/17 |
| 4:17-cv-00623-JGZ--BPV | Ortiz #224002 v. Ryan et al | filed 12/29/17 |
| 4:18-cv-00031-RM-EJM | Briggs v. Ryan et al | filed 01/22/18 |
| 4:96-cv-00085-FRZ | Salazar, et al v. Stewart, et al | filed 02/05/96 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:01:39 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Ryan First Name: Charles |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT 6

# Select A Case

**Charles L Ryan is a defendant in 200 cases.**

| | | |
|---|---|---|
| [2:11-cv-02332-SMM](#) | Pember # 067165 v. Ryan et al | filed 11/28/11 |
| [2:13-cv-01591-DJH-DMF](#) | Garcia v. Ryan et al | filed 08/05/13 |
| [2:13-cv-02173-JJT-BSB](#) | Fierro # 044803 v. Ryan et al | filed 10/25/13 |
| [2:14-cv-00500-SMM](#) | Nance v. Miser et al | filed 03/11/14 |
| [2:14-cv-02554-DJH-JZB](#) | Walker v. Ryan et al | filed 11/18/14 |
| [2:14-cv-02558-DLR](#) | Sprouse v. Ryan et al | filed 11/19/14 |
| [2:15-cv-00037-SRB-DKD](#) | Pierce v. Shroff et al | filed 01/09/15 |
| [2:15-cv-00093-ROS-ESW](#) | Emerson v. Corizon Health Services et al | filed 01/20/15 |
| [2:15-cv-00146-JAT-DMF](#) | Sanders #146274 v. Ryan et al | filed 01/28/15 |
| [2:15-cv-00285-DJH-BSB](#) | Romero #97953 v. Corizon Health et al | filed 02/17/15 |
| [2:15-cv-00751-NVW](#) | Biggs v. Ryan et al | filed 04/24/15 |
| [2:15-cv-00827-ROS-BSB](#) | Brinkman v. Ryan et al | filed 05/06/15 |
| [2:15-cv-01079-ROS-ESW](#) | Dutcher #067784 v. Ryan | filed 06/12/15 |
| [2:15-cv-01426-DGC-ESW](#) | Pesqueira #126613 v. Ryan et al | filed 07/24/15 |
| [2:15-cv-01664-ROS-BSB](#) | Brinkman v. Ryan et al | filed 08/20/15 |
| [2:15-cv-02245-ROS](#) | Prison Legal News v. Ryan et al | filed 11/06/15 |
| [2:15-cv-02341-SPL-DKD](#) | Correa #295143 v. Ryan et al | filed 11/18/15 |

| | | |
|---|---|---|
| 2:15-cv-02451-SRB | Van De Vanter #276291 v. Ryan et al | filed 12/02/15 |
| 2:15-cv-02479-SPL-DMF | Boe #191440 v. Ryan | filed 12/07/15 |
| 2:15-cv-02610-JAT-ESW | Crook #103045 v. Ryan et al | filed 12/22/15 |
| 2:16-cv-00031-SPL-DMF | Early et al v. Arizona, State of et al | filed 01/07/16 |
| 2:16-cv-00337-SMM-DKD | McAdams #63838 v. Corizon Healthcare Incorporated et al | filed 02/04/16 |
| 2:16-cv-00431-ROS | Russett et al v. Arizona, State of et al | filed 02/16/16 |
| 2:16-cv-00814-DLR-BSB | Sims #177226 v. Peoples et al | filed 03/24/16 |
| 2:16-cv-01053-ROS | Kirby #178508 v. Ryan et al | filed 04/14/16 |
| 2:16-cv-01164-JJT-DMF | Conoboy #214868 v. Ryan et al | filed 04/21/16 |
| 2:16-cv-01372-SPL-MHB | Scarlet v. Ryan et al | filed 05/05/16 |
| 2:16-cv-01866-GMS-BSB | Bastian v. Ryan et al | filed 06/10/16 |
| 2:16-cv-02004-GMS-BSB | Richter v. Ryan et al | filed 06/20/16 |
| 2:16-cv-02202-DLR-BSB | Stephens v. Corizon Health Care et al | filed 07/05/16 |
| 2:16-cv-02208-DLR-JFM | Murray #065477 v. Ryan et al | filed 07/05/16 |
| 2:16-cv-02290-SRB-DKD | Diaz v. Ryan et al | filed 07/11/16 |
| 2:16-cv-02326-DJH-BSB | Wheeler v. Arizona, State of et al | filed 07/13/16 |
| 2:16-cv-02421-JAT-BSB | Arteaga-Salas v. Ryan et al | filed 07/18/16 |
| 2:16-cv-02856-DGC-MHB | Yokois v. Arizona Department of Corrections et al | filed 08/26/16 |
| 2:16-cv-03075-DJH-DKD | Noel v. Corizon Health Services et al | filed 09/09/16 |
| 2:16-cv-03096-SMM-BSB | Shaka v. Ryan et al | filed 09/12/16 |

| 2:16-cv-03607-DLR-JZB | Branch v. Arizona Department of Corrections et al | filed 10/19/16 |
| 2:16-cv-03694-DJH-MHB | Eaton #293534 v. Ryan et al | filed 10/25/16 |
| 2:16-cv-03699-DGC-BSB | Hernandez et al v. Ryan et al | filed 10/25/16 |
| 2:16-cv-03809-DJH-JFM | LaPointe #173379 v. Corizon et al | filed 11/03/16 |
| 2:16-cv-03847-GMS-DKD | Olson v. Corizon Healthcare et al | filed 11/03/16 |
| 2:16-cv-03912-JAT-JFM | Cagle #079874 v. Ryan et al | filed 11/10/16 |
| 2:16-cv-03955-DLR-ESW | Mitchell v. Sego et al | filed 11/14/16 |
| 2:16-cv-03983-DGC--MHB | Yokois v. Arizona Department of Corrections et al | filed 11/16/16 |
| 2:16-cv-04059-DGC-DKD | Williams v. Mooney et al | filed 11/21/16 |
| 2:16-cv-04189-GMS-JZB | Elzy #219833 v. Ryan et al | filed 12/02/16 |
| 2:16-cv-04302-DLR-MHB | Johnson #095075 v. Ryan et al | filed 12/08/16 |
| 2:16-cv-04305-DGC-BSB | Ramirez v. Ryan et al | filed 12/08/16 |
| 2:17-cv-00136-GMS-BSB | Corral #171416 v. Ryan et al | filed 01/17/17 |
| 2:17-cv-00166-GMS--DKD | O'Brien v. Hacker-Agnew et al | filed 01/17/17 |
| 2:17-cv-00224-JJT-MHB | Rodriguez #242516 v. Ibarra et al | filed 01/24/17 |
| 2:17-cv-00420-DJH-DKD | Lazo #185938 v. Ryan et al | filed 02/09/17 |
| 2:17-cv-00674-SPL-JZB | Mendoza #238924 v. Ryan et al | filed 03/07/17 |
| 2:17-cv-00714-JJT-JFM | Mouser v. Ryan et al | filed 03/09/17 |

| | | |
|---|---|---|
| 2:17-cv-00754-DJH-JFM | BeJaran v. Corizon Incorporated et al | filed 03/13/17 |
| 2:17-cv-00774-JAT-JFM | Day #050715 v. Ryan et al | filed 03/15/17 |
| 2:17-cv-00784-DJH-JZB | Vasko v. Hacker-Agnew et al | filed 03/15/17 |
| 2:17-cv-00816-DGC-ESW | Acuna v. Corizon Incorporated et al | filed 03/17/17 |
| 2:17-cv-00930-SPL-JZB | Jolicoeur v. Minor et al | filed 03/29/17 |
| 2:17-cv-01091-JJT-BSB | Garfias-Ortega #230786 v. Ryan et al | filed 04/11/17 |
| 2:17-cv-01128-DJH--DMF | Morales #189630 v. Arizona Department of Corrections et al | filed 04/14/17 |
| 2:17-cv-01196-DJH--BSB | Goodman v. Linderman et al | filed 04/20/17 |
| 2:17-cv-01204-GMS--ESW | Spencer #82989 v. Ryan et al | filed 04/21/17 |
| 2:17-cv-01230-JJT-JZB | De La Torre #218066 v. Ryan et al | filed 04/26/17 |
| 2:17-cv-01442-GMS-DMF | Funk #176013 v. Ryan et al | filed 05/10/17 |
| 2:17-cv-01481-DGC--JFM | Burton v. Ryan et al | filed 05/15/17 |
| 2:17-cv-01588-JJT--JZB | Sovero #259970 v. Ryan et al | filed 05/23/17 |
| 2:17-cv-01589-JAT-DKD | Jarrett #070299 v. Ryan et al | filed 05/23/17 |
| 2:17-cv-01641-ROS-BSB | Carson #091914 v. Ryan et al | filed 05/26/17 |
| 2:17-cv-01825-SPL--ESW | Ramirez #147145 v. Encinas et al | filed 06/12/17 |
| 2:17-cv-01833-DGC-DKD | Williams v. Ryan et al | filed 06/13/17 |
| 2:17-cv-01840-JAT-MHB | Hackman #136624 v. Ryan et al | filed 06/14/17 |
| 2:17-cv-01927-JAT--ESW | Ohman #189498 v. Ryan | filed 06/21/17 |

| | | |
|---|---|---|
| [2:17-cv-01987-JAT-DMF](#) | Zainulabadin #273511 v. Arizona Department of Corrections et al | filed 06/22/17 |
| [2:17-cv-02044-JJT-ESW](#) | Gamez #131401 v. United States of America | filed 06/23/17 |
| [2:17-cv-02062-SRB--JZB](#) | Ramirez #152712 v. Ryan et al | filed 06/28/17 |
| [2:17-cv-02084-DJH--DMF](#) | Rodriguez v. California, State of et al | filed 06/30/17 |
| [2:17-cv-02174-DGC-BSB](#) | Doemer #192804 v. Ryan et al | filed 07/07/17 |
| [2:17-cv-02378-ROS--DKD](#) | Solis #153261 v. Ryan et al | filed 07/17/17 |
| [2:17-cv-02457-GMS-MHB](#) | Ogas #120682 v. Ryan et al | filed 07/24/17 |
| [2:17-cv-02596-JAT--MHB](#) | Ellis #83537 v. Ryan et al | filed 08/03/17 |
| [2:17-cv-02738-DJH--MHB](#) | Sehorn #313349 v. Ryan et al | filed 08/14/17 |
| [2:17-cv-02788-ROS--DKD](#) | Cofield #046955 v. Kittredge et al | filed 08/17/17 |
| [2:17-cv-02823-SPL-DMF](#) | Schlobom #203606 v. Ryan et al | filed 08/22/17 |
| [2:17-cv-02847-JJT--JFM](#) | Edmonds #96224 v. Ryan et al | filed 08/22/17 |
| [2:17-cv-02933-DLR-DMF](#) | Garcia #076605 v. Ryan et al | filed 08/29/17 |
| [2:17-cv-03039-DGC-MHB](#) | Mesa #115018 v. Ryan et al | filed 09/06/17 |
| [2:17-cv-03133-SRB--DMF](#) | Lopez #146132 v. Ryan et al | filed 09/12/17 |
| [2:17-cv-03135-DLR-BSB](#) | Faulkner #082417 v. Ryan et al | filed 09/12/17 |
| [2:17-cv-03149-ROS-JZB](#) | Acker v. Ryan et al | filed 09/13/17 |
| [2:17-cv-03252-SPL--ESW](#) | Bradley #247382 v. Ryan et al | filed 09/20/17 |
| [2:17-cv-03270-DGC-DKD](#) | Ochoa #122052 v. Ryan et al | filed 09/20/17 |
| [2:17-cv-03358-DJH--JFM](#) | Earley #113115 v. Ryan et al | filed 09/28/17 |

| 2:17-cv-03391-SPL--JZB | Withers v. Beecken Petty O'Keefe & Company et al | filed 10/03/17 |
| 2:17-cv-03625-DGC-MHB | Williams #176474 v. Ryan et al | filed 10/10/17 |
| 2:17-cv-03665-GMS--JFM | Olmos v. Ryan et al | filed 10/10/17 |
| 2:17-cv-03745-DLR--ESW | Eldridge #147718 v. Mooney et al | filed 10/13/17 |
| 2:17-cv-03794-JJT--JFM | Little v. Ryan et al | filed 10/13/17 |
| 2:17-cv-03797-DGC--BSB | Thompson #180547 v. Ryan | filed 10/16/17 |
| 2:17-cv-03813-DGC--ESW | McEnany v. Ryan et al | filed 10/16/17 |
| 2:17-cv-03823-GMS--DMF | Martinez #186199 v. Arizona Department of Corrections et al | filed 10/18/17 |
| 2:17-cv-03828-JAT--DMF | VanDerMeulen v. Ryan et al | filed 10/19/17 |
| 2:17-cv-03829-JAT--BSB | Beitman v. Correct Clear Solutions et al | filed 10/17/17 |
| 2:17-cv-03840-ROS--JFM | Jackson #097561 v. Arizona, State of et al | filed 10/19/17 |
| 2:17-cv-03861-GMS-DMF | Rienhardt v. Ryan et al | filed 10/20/17 |
| 2:17-cv-03873-SPL--BSB | Batts v. Ryan et al | filed 10/20/17 |
| 2:17-cv-03887-DJH-DKD | Qualls #134601 v. Ryan et al | filed 10/23/17 |
| 2:17-cv-03894-DLR--MHB | Sloan v. Ryan et al | filed 10/23/17 |
| 2:17-cv-03902-JJT--JFM | Edmonds #96224 v. Gay et al | filed 10/24/17 |
| 2:17-cv-03950-DJH-BSB | Goodman v. Ryan et al | filed 10/25/17 |
| 2:17-cv-03964-DJH--MHB | Brooks v. Ryan et al | filed 10/26/17 |

| | | |
|---|---|---|
| [2:17-cv-03983-ROS--JFM](#) | Espinoza #212698 v. Ryan et al | filed 10/27/17 |
| [2:17-cv-04066-JJT-DMF](#) | Schottenbauer #114478 v. Corizon Health Incorporated et al | filed 11/02/17 |
| [2:17-cv-04187-SPL--DMF](#) | Mavoides #246090 v. Ryan et al | filed 11/14/17 |
| [2:17-cv-04441-DLR--DKD](#) | Lewis v. Corizon Health Incorporated et al | filed 11/30/17 |
| [2:17-cv-04447-DLR--JFM](#) | Canez #050344 v. Ryan et al | filed 11/30/17 |
| [2:17-cv-04492-DJH--JFM](#) | Gomes v. Ryan et al | filed 12/04/17 |
| [2:17-cv-04496-JJT--JZB](#) | Cook #149256 v. Ryan et al | filed 12/13/17 |
| [2:17-cv-04497-JJT--JZB](#) | Kraft #109150 v. Ryan et al | filed 12/13/17 |
| [2:17-cv-04506-DGC--MHB](#) | Flores #070476 v. Ryan et al | filed 12/05/17 |
| [2:17-cv-04509-SPL-DMF](#) | Owens v. Ryan et al | filed 12/05/17 |
| [2:17-cv-04624-JJT-DMF](#) | Stokes #065373 v. Corizon Health Incorporated et al | filed 12/14/17 |
| [2:17-cv-04645-JJT--JFM](#) | Edmonds #096224 v. Bucholz et al | filed 12/14/17 |
| [2:17-cv-04724-DJH--DMF](#) | Mulford #132756 v. Gagne et al | filed 12/20/17 |
| [2:17-cv-04770-DLR--ESW](#) | Smith v. Interstate Commission of Adult Offender Supervision et al | filed 12/27/17 |
| [2:18-cv-00004-DJH--BSB](#) | Ramirez #69900 v. Corizon Health et al | filed 01/02/18 |
| [2:18-cv-00034-JJT--DMF](#) | Dennis v. Ryan et al | filed 01/04/18 |
| [2:18-cv-00073-GMS--DMF](#) | Abdullah #161243 v. Ryan et al | filed 01/08/18 |
| [2:18-cv-00131-DJH--JFM](#) | Simmons #321572 v. Ryan et al | filed 01/12/18 |
| [2:18-cv-00136-SRB--JFM](#) | Viera #174145 v. Ryan et al | filed 01/12/18 |

| | | |
|---|---|---|
| 2:18-cv-00254-DGC-ESW | Jobe v. Ryan et al | filed 01/24/18 |
| 2:18-cv-00295-DJH--DMF | Dunlap #124173 v. Ryan et al | filed 01/29/18 |
| 2:18-cv-00298-DGC-DKD | Harper #317663 v. Ryan et al | filed 01/29/18 |
| 2:18-cv-00336-DJH--BSB | Aguilar #164186 v. Ryan et al | filed 01/31/18 |
| 2:18-cv-00349-GMS--BSB | Benge #137719 v. Corizon Health LLC et al | filed 02/01/18 |
| 2:18-cv-00427-SRB--DKD | Prince #058251 v. Ryan et al | filed 02/07/18 |
| 2:18-cv-00461-JJT--ESW | Hambrick #108663 v. Unknown Party et al | filed 02/09/18 |
| 2:18-cv-00481-DGC--DMF | Newman v. Ryan et al | filed 02/12/18 |
| 2:18-cv-00500-SPL--MHB | Rascon v. Arizona, State of et al | filed 02/14/18 |
| 2:18-cv-00539-DGC--JFM | Beasley v. Priest et al | filed 02/16/18 |
| 2:18-cv-00626-DGC-DKD | More #309128 v. Ryan et al | filed 02/26/18 |
| 2:18-cv-00656-DLR--JFM | Foley #072158 v. Arizona, State of et al | filed 02/28/18 |
| 2:18-cv-00658-JJT--DKD | Dadisman #161755 v. Ryan et al | filed 02/22/18 |
| 2:18-cv-00674-JAT--ESW | Sorensen v. Barkley et al | filed 03/01/18 |
| 2:18-cv-00694-JAT--DMF | Ward #261123 v. Harris et al | filed 03/02/18 |
| 2:18-cv-00712-DJH--BSB | Baxter #253714 v. Ryan et al | filed 03/05/18 |
| 2:18-cv-00849-DGC--DKD | Sorn #144920 v. Ryan et al | filed 03/15/18 |
| 2:18-cv-00851-SRB--DMF | Lidy #044363 v. Ryan et al | filed 03/15/18 |
| 2:18-cv-00859-ROS--ESW | Moore #275487 v. Ryan et al | filed 03/15/18 |

| | | |
|---|---|---|
| 2:18-cv-00891-JAT--MHB | Sundiata #130798 v. Ryan et al | filed 03/20/18 |
| 2:18-cv-00895-DJH--MHB | Ford v. Delgaba et al | filed 03/21/18 |
| 3:14-cv-08235-SRB-DMF | Allen v. Ryan et al | filed 12/08/14 |
| 3:16-cv-08264-SMM-BSB | Muhammad v. Ryan et al | filed 11/14/16 |
| 3:16-cv-08272-DGC-ESW | Rodrigues v. Ryan et al | filed 11/17/16 |
| 3:16-cv-08297-SMM-DKD | Zotika v. Ryan et al | filed 12/19/16 |
| 3:17-cv-08043-ROS | Amon-Ra v. Howell et al | filed 03/02/17 |
| 3:17-cv-08062-GMS-JZB | Ramsey v. Schmidt et al | filed 03/27/17 |
| 3:17-cv-08098-DGC-MHB | Mason #240482 v. Ryan et al | filed 05/25/17 |
| 3:17-cv-08216-DLR--MHB | Hopson v. Ryan et al | filed 10/23/17 |
| 3:18-cv-08025-DGC--ESW | Montoya v. Arizona, State of et al | filed 02/12/18 |
| 3:18-cv-08039-SRB--DKD | Getzen v. Arizona, State of | filed 02/26/18 |
| 4:13-cv-00638-DCB | Larsgard #271552 v. Straub et al | filed 07/15/13 |
| 4:13-cv-00691-DCB | Lopez v. Bollweg et al | filed 07/22/13 |
| 4:13-cv-01439-DCB | Montijo v. Ryan et al | filed 10/23/13 |
| 4:15-cv-00498-DCB | Alcantar v. Ryan et al | filed 10/16/15 |
| 4:15-cv-00545-DCB | Allan v. United States of America et al | filed 11/23/15 |
| 4:16-cv-00211-JAS | Richards v. Corizon Incorporated et al | filed 04/18/16 |

| | | |
|---|---|---|
| [4:16-cv-00229-DCB](#) | Emerson v. Corizon Incorporated et al | filed 04/25/16 |
| [4:16-cv-00360-RM](#) | Mendez #095602 v. Ryan et al | filed 06/15/16 |
| [4:16-cv-00476-CKJ](#) | Amon-Ra v. Ryan et al | filed 07/18/16 |
| [4:17-cv-00014-DCB](#) | Merrick v. Linderman et al | filed 01/09/17 |
| [4:17-cv-00015-CKJ](#) | Amon-Ra v. Corizon Health Care et al | filed 01/09/17 |
| [4:17-cv-00022-JAS](#) | Taylor v. Ryan et al | filed 01/12/17 |
| [4:17-cv-00033-CKJ](#) | Rudisill #235368 v. Ryan et al | filed 01/17/17 |
| [4:17-cv-00102-JAS](#) | Cianciolo v. Ryan et al | filed 03/03/17 |
| [4:17-cv-00200-DCB](#) | White v. Ryan et al | filed 05/01/17 |
| [4:17-cv-00220-RCC](#) | Butler v. Corizon Health Services et al | filed 05/15/17 |
| [4:17-cv-00228-RM](#) | Kinsey #092671 v. Ryan et al | filed 05/16/17 |
| [4:17-cv-00236-DCB](#) | Espinoza v. Irby et al | filed 05/22/17 |
| [4:17-cv-00255-CKJ](#) | Powell v. Ryan et al | filed 06/02/17 |
| [4:17-cv-00257-RCC](#) | Whitehead v. Ryan et al | filed 06/05/17 |
| [4:17-cv-00303-RM](#) | Van #88528 v. Ryan et al | filed 07/03/17 |
| [4:17-cv-00304-CKJ](#) | Loving v. Ryan et al | filed 07/03/17 |
| [4:17-cv-00322-CKJ](#) | Williams v. Ryan et al | filed 07/10/17 |
| [4:17-cv-00508-JAS-PSOT](#) | Johnson v. Arizona Department of Corrections et al | filed 10/10/17 |
| [4:17-cv-00517-FRZ](#) | Bossardet v. Ryan et al | filed 10/16/17 |
| [4:17-cv-00567-DCB-PSOT](#) | Lee v. Ryan et al | filed 11/20/17 |

| 4:17-cv-00579-CKJ | Cortez v. McAdorey et al | filed 11/27/17 |
| 4:17-cv-00598-JAS-PSOT | Beasley v. Ryan et al | filed 12/11/17 |
| 4:17-cv-00625-RCC | Sepulveda v. Corizon Health Incorporated et al | filed 12/29/17 |
| 4:18-cv-00015-CKJ | Torres-Montes v. Ryan et al | filed 01/16/18 |
| 4:18-cv-00034-JAS-LAB | Powell v. Ryan et al | filed 01/23/18 |
| 4:18-cv-00068-RM-PSOT | Green v. Ryan et al | filed 02/09/18 |
| 4:18-cv-00089-RCC-PSOT | Enriquez v. Ryan et al | filed 02/20/18 |
| 4:18-cv-00118-JAS | Coppess v. Ryan et al | filed 03/02/18 |
| 4:18-cv-00123-RCC-PSOT | Baxter #253714 v. Ryan et al | filed 03/05/18 |
| 4:18-cv-00129-JGZ-PSOT | Ales v. Ryan et al | filed 03/09/18 |
| 4:18-cv-00160-CKJ-PSOT | Shakur v. Ryan et al | filed 03/26/18 |
| 4:18-cv-00162-JAS-PSOT | Rogers v. Ryan et al | filed 03/26/18 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:02:19 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Ryan First Name: Charles |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

# EXHIBIT 7

# Select A Case

**Charles L Ryan is a respondent in 265 cases.**

| | | |
|---|---|---|
| [2:00-cv-01051-SMM](#) | Spears, et al v. Ryan, et al | filed 06/01/00 |
| [2:00-cv-01058-DJH-DMF](#) | Self v. Ryan, et al | filed 06/01/00 |
| [2:01-cv-01909-NVW](#) | Gallegos v. Ryan, et al | filed 10/05/01 |
| [2:01-cv-02178-GMS](#) | Lee, et al v. Ryan, et al | filed 11/08/01 |
| [2:02-cv-00582-JJT](#) | Doerr, et al v. Ryan, et al | filed 04/03/02 |
| [2:03-cv-01810-SRB](#) | Smith, et al v. Ryan, et al | filed 09/17/03 |
| [2:04-cv-00039-JJT](#) | Lee, et al v. Schriro, et al | filed 01/09/04 |
| [2:12-cv-01149-JJT](#) | McGill v. Ryan et al | filed 05/30/12 |
| [2:12-cv-01899-GMS](#) | Navarro v. Ryan | filed 09/07/12 |
| [2:12-cv-02038-JJT](#) | Newell v. Ryan et al | filed 09/26/12 |
| [2:13-cv-01543-SLG](#) | Mintz v. Ryan et al | filed 07/29/13 |
| [2:13-cv-02278-JJT](#) | Copeland v. Ryan et al | filed 11/07/13 |
| [2:13-cv-02488-NVW-JFM](#) | Camargo v. Ryan et al | filed 12/06/13 |
| [2:14-cv-01814-DJH](#) | Hernandez-Roque v. Ryan et al | filed 08/15/14 |
| [2:14-cv-01901-SRB](#) | Garza v. Ryan et al | filed 08/27/14 |
| [2:14-cv-02128-SRB-MHB](#) | Farr v. Arizona, State of | filed 09/24/14 |
| [2:14-cv-02165-GMS](#) | Boggs v. Ryan et al | filed 09/30/14 |

| 2:14-cv-02504-ROS | Hampton v. Ryan et al | filed 11/13/14 |
| 2:15-cv-00025-DGC | Garcia v. Ryan et al | filed 01/07/15 |
| 2:15-cv-00478-SPL | Chappell v. Ryan et al | filed 03/17/15 |
| 2:15-cv-00711-DJH | Tatum v. Ryan et al | filed 04/20/15 |
| 2:15-cv-00877-DJH-DKD | Patton #277153 v. Ryan et al | filed 05/14/15 |
| 2:15-cv-00933-JJT | Rojas #158837 v. Ryan et al | filed 05/22/15 |
| 2:15-cv-01044-DJH | LaPointe #173379 v. Ryan et al | filed 06/08/15 |
| 2:15-cv-01157-SRB-DKD | Hill v. Ryan et al | filed 06/22/15 |
| 2:15-cv-01196-NVW | Jessup v. Ryan et al | filed 06/29/15 |
| 2:15-cv-01507-NVW | Roseberry v. Ryan et al | filed 08/05/15 |
| 2:15-cv-01672-DJH | Elson # 277914 v. Ryan et al | filed 08/24/15 |
| 2:15-cv-02064-DLR--JFM | Almanza v. Ryan et al | filed 10/15/15 |
| 2:15-cv-02186-DJH | Hernandez #55050 v. Ryan et al | filed 10/29/15 |
| 2:15-cv-02300-SPL | Ashpole v. Beresky et al | filed 11/12/15 |
| 2:16-cv-00547-SMM | Spencer #82989 v. Ryan et al | filed 02/26/16 |
| 2:16-cv-00594-JAT-BSB | Amaral v. Ryan et al | filed 03/03/16 |
| 2:16-cv-00875-ROS | Williamson v. Ryan | filed 03/30/16 |
| 2:16-cv-00995-SPL-ESW | Solnicka v. Ryan et al | filed 04/11/16 |
| 2:16-cv-01159-SRB | Andriano v. Ryan et al | filed 04/21/16 |
| 2:16-cv-01863-GMS | Aviles # 156776 v. Ryan et al | filed 06/10/16 |

| 2:16-cv-01910-SRB-DMF | Ortloff v. Ryan et al | filed 06/14/16 |
| 2:16-cv-02011-GMS | Harrod v. Ryan et al | filed 06/21/16 |
| 2:16-cv-02251-DJH-DKD | Mondragon v. Ryan et al | filed 07/08/16 |
| 2:16-cv-02530-GMS | Bastian v. Ryan et al | filed 07/27/16 |
| 2:16-cv-02784-JJT | Cruz #165482 v. Ryan et al | filed 08/18/16 |
| 2:16-cv-03356-DJH | Cota v. Ryan et al | filed 10/03/16 |
| 2:16-cv-03357-SPL | Bearup v. Ryan et al | filed 10/03/16 |
| 2:16-cv-03553-SPL-DKD | Gibbs v. Ryan et al | filed 10/14/16 |
| 2:16-cv-03718-GMS | Valentini #268586 v. Ryan et al | filed 10/26/16 |
| 2:16-cv-03776-DJH | Hernandez #226338 v. Ryan et al | filed 11/01/16 |
| 2:16-cv-03859-DLR-MHB | Hopson v. Ryan et al | filed 11/07/16 |
| 2:16-cv-03904-DGC | Soto-Portillo v. Ryan et al | filed 11/09/16 |
| 2:16-cv-04121-SPL | Curtis v. Ryan et al | filed 11/29/16 |
| 2:16-cv-04190-GMS | Hayes v. Ryan et al | filed 12/02/16 |
| 2:16-cv-04193-GMS | Speer v. Ryan et al | filed 12/02/16 |
| 2:16-cv-04230-DLR-JFM | Clifton v. Ryan | filed 12/02/16 |
| 2:16-cv-04603-JJT-DMF | Comier #145499 v. O'Neil | filed 03/10/16 |
| 2:16-cv-04606-DLR-DKD | Muldrow v. Ryan et al | filed 11/07/16 |
| 2:17-cv-00079-ROS | Schmallie v. Ryan et al | filed 01/09/17 |

| | | |
|---|---|---|
| [2:17-cv-00158-DGC](#) | Hernandez-Barraza v. Ryan et al | filed 01/17/17 |
| [2:17-cv-00482-JAT-BSB](#) | Laird v. Ryan et al | filed 02/14/17 |
| [2:17-cv-00633-ROS-DKD](#) | Villalobos #168579 v. Ryan et al | filed 03/02/17 |
| [2:17-cv-00668-DLR-ESW](#) | Corona v. Arizona, State of et al | filed 03/06/17 |
| [2:17-cv-00701-JJT](#) | Caratachea v. Ryan et al | filed 03/08/17 |
| [2:17-cv-00721-GMS-DKD](#) | Wright #102187 v. Ryan et al | filed 03/09/17 |
| [2:17-cv-00740-SPL-DMF](#) | Villa-Inzunza v. Ryan et al | filed 03/09/17 |
| [2:17-cv-00908-ROS-DMF](#) | Ventura-Victoria #300307 v. Ryan et al | filed 03/27/17 |
| [2:17-cv-00926-DGC](#) | Morris v. Ryan et al | filed 03/28/17 |
| [2:17-cv-00940-JJT-DMF](#) | Swan #253133 v. Ryan et al | filed 03/29/17 |
| [2:17-cv-01059-DJH](#) | Nigro v. Ryan et al | filed 04/07/17 |
| [2:17-cv-01066-DJH](#) | Jackson v. Ryan et al | filed 04/07/17 |
| [2:17-cv-01086-JJT-ESW](#) | Cassise v. Ryan | filed 04/12/17 |
| [2:17-cv-01090-JJT-MHB](#) | Jara #223016 v. Ryan et al | filed 04/12/17 |
| [2:17-cv-01132-JAT](#) | Salazar v. Ryan et al | filed 04/14/17 |
| [2:17-cv-01207-DGC](#) | Colson #280679 v. Ryan et al | filed 04/24/17 |
| [2:17-cv-01212-JJT-MHB](#) | Lopez v. Ryan et al | filed 04/24/17 |
| [2:17-cv-01213-JAT](#) | Cicero v. Ryan et al | filed 04/24/17 |
| [2:17-cv-01307-SPL](#) | Gauldin v. Ryan et al | filed 05/01/17 |
| [2:17-cv-01457-ROS-DMF](#) | Rodriguez #073523 v. Ryan et al | filed 05/11/17 |

| | | |
|---|---|---|
| 2:17-cv-01528-JJT-DMF | Dyer #271597 v. Ryan et al | filed 05/19/17 |
| 2:17-cv-01657-JJT | Pandeli v. Ryan et al | filed 05/30/17 |
| 2:17-cv-01658-DJH | McCray v. Ryan et al | filed 05/30/17 |
| 2:17-cv-01661-JJT | Baker #079152 v. Ryan et al | filed 05/30/17 |
| 2:17-cv-01676-GMS | King v. Ryan et al | filed 05/30/17 |
| 2:17-cv-01800-SPL-MHB | Awad v. Ryan et al | filed 06/09/17 |
| 2:17-cv-01834-GMS-JFM | Williams #307636 v. Ryan | filed 06/13/17 |
| 2:17-cv-01854-JJT-BSB | Valenzuela v. Ryan et al | filed 06/15/17 |
| 2:17-cv-01891-DLR | Gulbrandson v. Ryan et al | filed 06/16/17 |
| 2:17-cv-01892-DLR-MHB | Valenzuela #172770 v. Ryan et al | filed 06/16/17 |
| 2:17-cv-01895-SPL | Puentes #310033 v. Ryan et al | filed 06/19/17 |
| 2:17-cv-01924-GMS-ESW | Sanders v. Ryan et al | filed 06/20/17 |
| 2:17-cv-02370-JAT-JZB | Espinoza v. Attorney General of the State of Arizona | filed 07/17/17 |
| 2:17-cv-02451-DJH-DMF | Cruz v. Ryan et al | filed 07/21/17 |
| 2:17-cv-02501-DJH-JZB | Hinkle #169772 v. Ryan et al | filed 07/26/17 |
| 2:17-cv-02562-JAT-MHB | Holtz v. Ryan et al | filed 08/01/17 |
| 2:17-cv-02611-GMS-JZB | Ryan v. Ryan et al | filed 08/04/17 |
| 2:17-cv-02644-SPL--DMF | Jones #229418 v. Attorney General of the State of Arizona | filed 08/07/17 |
| 2:17-cv-02741-SPL-DMF | Vega #310561 v. Ryan, et al. | filed 08/14/17 |

| [2:17-cv-02743-GMS-ESW](#) | Nouan v. Ryan et al | filed 08/14/17 |
| [2:17-cv-02763-DGC-JFM](#) | Coleman #259719 v. Ryan et al | filed 08/16/17 |
| [2:17-cv-02820-JJT](#) | Carmona v. Ryan et al | filed 08/21/17 |
| [2:17-cv-02827-JJT--JFM](#) | Edmonds #96224 v. Fuller et al | filed 08/22/17 |
| [2:17-cv-02846-DLR-JZB](#) | Bone v. Arizona Department of Corrections et al | filed 08/21/17 |
| [2:17-cv-02852-JAT-ESW](#) | Cuen #057106 v. Ryan et al | filed 08/23/17 |
| [2:17-cv-02911-JAT-DKD](#) | Orduno #173210 v. Ryan et al | filed 08/28/17 |
| [2:17-cv-03034-JJT-DKD](#) | Yarrito #250945 v. Ryan | filed 09/05/17 |
| [2:17-cv-03105-DGC-ESW](#) | Clark v. Ryan et al | filed 09/08/17 |
| [2:17-cv-03108-DLR-DMF](#) | Viera #298657 v. Ryan et al | filed 09/11/17 |
| [2:17-cv-03132-JJT-MHB](#) | Hernandez v. Ryan et al | filed 09/11/17 |
| [2:17-cv-03383-DJH](#) | Tucker v. Ryan et al | filed 10/02/17 |
| [2:17-cv-03631-JJT-MHB](#) | Mathis v. Ryan | filed 10/06/17 |
| [2:17-cv-03692-SPL-JFM](#) | Cheema v. Curran et al | filed 10/11/17 |
| [2:17-cv-03773-SPL-JFM](#) | Gibson v. Ryan et al | filed 10/12/17 |
| [2:17-cv-03895-DLR--MHB](#) | Bjornstad v. Ryan et al | filed 10/23/17 |
| [2:17-cv-03974-SPL-BSB](#) | McWaters v. Ryan et al | filed 10/27/17 |
| [2:17-cv-04088-DLR-ESW](#) | Ramirez v. Ryan et al | filed 11/06/17 |
| [2:17-cv-04092-GMS](#) | Kiles v. Ryan et al | filed 11/06/17 |
| [2:17-cv-04096-DLR--MHB](#) | Smith v. Ryan et al | filed 11/06/17 |

| | | |
|---|---|---|
| 2:17-cv-04101-DJH-MHB | Castillo #315335 v. Ryan et al | filed 11/07/17 |
| 2:17-cv-04105-DGC-MHB | Carter v. Ryan et al | filed 11/06/17 |
| 2:17-cv-04118-JJT-MHB | Hall v. Ryan et al | filed 11/08/17 |
| 2:17-cv-04156-JJT--DMF | Leyva v. Ryan | filed 11/09/17 |
| 2:17-cv-04167-DGC-JZB | Mizer v. Ryan et al | filed 11/13/17 |
| 2:17-cv-04197-JJT-ESW | Jefferson v. Ryan et al | filed 11/13/17 |
| 2:17-cv-04215-DGC-ESW | Soto v. Ryan et al | filed 11/16/17 |
| 2:17-cv-04227-DJH-DMF | Leon #43457 v. Ryan et al | filed 11/16/17 |
| 2:17-cv-04251-DGC-JZB | Uriarte-Velazquez v. Ryan et al | filed 11/20/17 |
| 2:17-cv-04270-GMS-BSB | Salahuddin v. Ryan et al | filed 11/21/17 |
| 2:17-cv-04285-DJH-MHB | O'Dell #211818 v. Ryan et al | filed 11/21/17 |
| 2:17-cv-04300-GMS-ESW | Kennedy v. Thompson et al | filed 11/24/17 |
| 2:17-cv-04324-DJH--DMF | Wages v. Ryan et al | filed 11/27/17 |
| 2:17-cv-04336-DGC--JZB | Ziegenfuss v. Arizona Department of Corrections et al | filed 11/27/17 |
| 2:17-cv-04337-DGC-DKD | Crenshaw-Bruce v. Ryan et al | filed 11/27/17 |
| 2:17-cv-04473-GMS-ESW | Johnson v. Ryan et al | filed 12/04/17 |
| 2:17-cv-04475-SPL-JFM | Dobson v. Ryan et al | filed 12/04/17 |
| 2:17-cv-04508-DLR-JFM | Solomon v. Ryan et al | filed 12/05/17 |
| 2:17-cv-04526-SPL-DMF | Large v. Ryan et al | filed 12/06/17 |

| | | |
|---|---|---|
| 2:17-cv-04546-SPL-JZB | Frazier v. Ryan et al | filed 12/07/17 |
| 2:17-cv-04609-SPL--DKD | Waldrep v. Ryan et al | filed 12/13/17 |
| 2:17-cv-04668-JJT--DMF | Ramirez-Esperano v. Ryan et al | filed 12/15/17 |
| 2:17-cv-04692-DGC--ESW | Bouhdida v. Arizona, State of et al | filed 12/18/17 |
| 2:17-cv-04723-JJT--MHB | Masters #179687 v. Arizona, State of | filed 12/20/17 |
| 2:17-cv-04765-DGC--JFM | Northrop #284470 v. Ryan et al | filed 12/27/17 |
| 2:17-cv-04773-JJT--ESW | Bennett #270345 v. Ryan et al | filed 12/26/17 |
| 2:18-cv-00010-GMS--JZB | Nazario #093071 v. Ryan et al | filed 01/03/18 |
| 2:18-cv-00026-DLR--JFM | Young v. Ryan et al | filed 01/04/18 |
| 2:18-cv-00077-DLR-DKD | Contreras v. Ryan et al | filed 01/08/18 |
| 2:18-cv-00080-DGC-JFM | Sanchez #159614 v. Ryan et al | filed 01/08/18 |
| 2:18-cv-00093-SPL--BSB | McConico #218605 v. Ryan et al | filed 01/09/18 |
| 2:18-cv-00226-JJT-JZB | Edwards v. Ryan et al | filed 01/22/18 |
| 2:18-cv-00227-SRB--DKD | Oros v. Ryan et al | filed 01/22/18 |
| 2:18-cv-00247-GMS-JZB | Stewart v. Ryan et al | filed 01/22/18 |
| 2:18-cv-00307-GMS-MHB | Moore v. Ryan et al | filed 01/29/18 |
| 2:18-cv-00319-SRB--ESW | Torres #297805 v. Ryan et al | filed 01/30/18 |
| 2:18-cv-00341-ROS--JFM | DeYoung #042165 v. Ryan et al | filed 01/31/18 |
| 2:18-cv-00352-GMS--JZB | Stewart v. Ryan et al | filed 02/01/18 |
| 2:18-cv-00413-DLR--JFM | Hernandez v. Ryan et al | filed 02/05/18 |

| | | |
|---|---|---|
| 2:18-cv-00416-JJT--DMF | Carr v. Ryan et al | filed 02/06/18 |
| 2:18-cv-00443-JJT--JZB | Crockett #165375 v. Ryan et al | filed 02/08/18 |
| 2:18-cv-00451-DLR--BSB | Avington #206886 v. Ryan et al | filed 02/08/18 |
| 2:18-cv-00480-DGC-MHB | Amarillas v. Ryan et al | filed 02/12/18 |
| 2:18-cv-00484-DGC--MHB | Toledo v. Ryan et al | filed 02/12/18 |
| 2:18-cv-00515-DGC--BSB | Calmese v. Ryan et al | filed 02/14/18 |
| 2:18-cv-00579-SPL--MHB | Jackson #310450 v. Ryan et al | filed 02/20/18 |
| 2:18-cv-00607-DLR--MHB | Torrefranca v. Ryan et al | filed 02/23/18 |
| 2:18-cv-00635-NVW-DMF | Aguilar v. Ryan et al | filed 02/26/18 |
| 2:18-cv-00667-DGC-BSB | Finger v. Ryan et al | filed 02/28/18 |
| 2:18-cv-00685-DJH--JFM | Woods v. Ryan et al | filed 03/01/18 |
| 2:18-cv-00798-JJT--ESW | Campbell #043831 v. Ryan et al | filed 03/12/18 |
| 2:18-cv-00889-DLR | Johnson v. Ryan et al | filed 03/20/18 |
| 2:18-cv-00892-DLR--DKD | Jarrett #070299 v. Ryan et al | filed 03/20/18 |
| 2:18-cv-00924-DJH--JZB | Dawood v. Ryan et al | filed 03/23/18 |
| 2:18-cv-00938-DGC--DKD | Conroy v. Ryan et al | filed 03/26/18 |
| 2:98-cv-01903-DGC | Runningeagle v. Ryan, et al | filed 10/21/98 |
| 2:98-cv-02164-SMM | Hooper, et al v. Schriro, et al | filed 12/01/98 |
| 3:16-cv-08224-DLR | Ramirez v. Ryan et al | filed 10/03/16 |

| | | |
|---|---|---|
| 3:16-cv-08303-DLR | Ellison v. Ryan et al | filed 12/27/16 |
| 3:16-cv-08306-GMS | Schweder #258813 v. Ryan et al | filed 12/27/16 |
| 3:17-cv-08001-DJH-JZB | Vasko v. Hacker-Agnew et al | filed 01/09/17 |
| 3:17-cv-08021-DJH-MHB | Pino #212900 v. Ryan et al | filed 02/06/17 |
| 3:17-cv-08094-DLR-DKD | Phillips v. Ryan et al | filed 05/19/17 |
| 3:17-cv-08168-JAT--MHB | Yordt v. Show Low Police Department et al | filed 08/22/17 |
| 3:17-cv-08204-SPL-DKD | Lopano v. Ryan et al | filed 10/04/17 |
| 3:17-cv-08212-DLR-JZB | Shipman v. Ryan et al | filed 10/17/17 |
| 3:17-cv-08227-DJH--ESW | Torres v. Ryan et al | filed 11/01/17 |
| 3:17-cv-08279-DLR--JFM | Cervantes #257150 v. Ryan et al | filed 12/27/17 |
| 3:18-cv-08003-JAT--JZB | Webster #293818 v. Ryan et al | filed 01/10/18 |
| 3:18-cv-08007-GMS--DKD | Shinsako #306621 v. Ryan et al | filed 01/16/18 |
| 3:18-cv-08008-JAT--JFM | Cook v. Ryan et al | filed 01/26/18 |
| 3:18-cv-08014-JAT--DMF | Francis v. Ryan et al | filed 02/01/18 |
| 3:18-cv-08015-DJH--ESW | Bluhm v. Ryan et al | filed 02/05/18 |
| 3:18-cv-08024-JAT-DKD | Sovine v. Ryan et al | filed 02/12/18 |
| 3:18-cv-08034-JAT--ESW | Nunez v. Ryan et al | filed 02/20/18 |
| 3:18-cv-08037-DJH-DKD | Dickinson v. Ryan et al | filed 02/22/18 |
| 3:18-cv-08054-JAT--JZB | Morris v. Ryan et al | filed 03/13/18 |
| 3:18-cv-08058-JAT--JFM | Smith #277964 v. Ryan et al | filed 03/15/18 |

| | | |
|---|---|---|
| 3:18-cv-08065-JAT--BSB | Wilson #276430 v. Ryan et al | filed 03/23/18 |
| 4:01-cv-00592-TMB | Jones v. Stewart, et al | filed 11/06/01 |
| 4:03-cv-00229-DCB | Detrich, et al v. Ryan, et al | filed 04/29/03 |
| 4:03-cv-00287-DCB | Schackart, et al v. Ryan, et al | filed 05/30/03 |
| 4:03-cv-00290-DCB | Rienhardt, et al v. Ryan, et al | filed 05/30/03 |
| 4:03-cv-00542-RCC | Clabourne, et al v. Ryan, et al | filed 10/29/03 |
| 4:03-cv-00605-FRZ | Greene, et al v. Schriro, et al | filed 12/05/03 |
| 4:13-cv-00389-JGZ | Cruz v. Ryan et al | filed 05/29/13 |
| 4:14-cv-02481-LCK | Whitehead v. Ryan et al | filed 11/17/14 |
| 4:15-cv-00189-CKJ-DTF | Moreno v. Ryan et al | filed 05/07/15 |
| 4:15-cv-00204-RCC-BGM | Langloss #103239 v. Unknown Party | filed 05/11/15 |
| 4:15-cv-00322-CKJ | Garcia v. Ryan et al | filed 07/21/15 |
| 4:15-cv-00358-RM | Armstrong v. Ryan et al | filed 08/05/15 |
| 4:15-cv-00488-DCB-BGM | Lynam v. Ryan et al | filed 10/14/15 |
| 4:15-cv-00492-RCC--EJM | Granados v. Arizona, State of | filed 10/15/15 |
| 4:15-cv-00510-DCB-BPV | Dixon #270775 v. Ryan et al | filed 10/27/15 |
| 4:15-cv-00566-BPV | Martinez v. Ryan et al | filed 12/04/15 |
| 4:15-cv-00613-FRZ-DTF | Vera v. Ryan | filed 06/17/15 |
| 4:16-cv-00030-RCC-EJM | Ross v. Ryan et al | filed 01/15/16 |

| 4:16-cv-00063-EJM | Gaxiola v. Ryan et al | filed 01/29/16 |
| 4:16-cv-00151-RM-BPV | Viramontes #146961 v. Ryan et al | filed 03/14/16 |
| 4:16-cv-00168-RCC-BGM | Bramlett v. Ryan | filed 03/24/16 |
| 4:16-cv-00174-EJM | Jolly v. Ryan et al | filed 03/25/16 |
| 4:16-cv-00207-RCC-BGM | Hawkins v. Ryan et al | filed 04/11/16 |
| 4:16-cv-00226-JAS-BPV | Zepeda v. Ryan et al | filed 04/22/16 |
| 4:16-cv-00298-JR | Quijada v. Ryan et al | filed 05/24/16 |
| 4:16-cv-00396-JGZ-EJM | McCormick v. Ryan et al | filed 06/23/16 |
| 4:16-cv-00474-RCC-JR | Mocco v. Ryan et al | filed 07/14/16 |
| 4:16-cv-00529-JGZ-BGM | Caballero v. Ryan et al | filed 08/09/16 |
| 4:16-cv-00641-JR | Calaway #226917 v. Ryan et al | filed 09/27/16 |
| 4:16-cv-00660-RM-EJM | Heidelback #80269 v. Ryan et al | filed 10/04/16 |
| 4:16-cv-00670-BGM | Lopez v. Ryan et al | filed 10/11/16 |
| 4:16-cv-00721-JGZ-DTF | Keno #95931 v. Arizona, State of et al | filed 11/08/16 |
| 4:16-cv-00745-JGZ-DTF | Martinez v. Ryan et al | filed 11/28/16 |
| 4:16-cv-00784-EJM | Glaser v. Ryan et al | filed 12/19/16 |
| 4:16-cv-00794-DCB | Stith #184299 v. Arizona, State of et al | filed 12/27/16 |
| 4:16-cv-00800-JGZ-JR | Turner v. Arizona, State of | filed 12/29/16 |
| 4:16-cv-00803-RM-BGM | Healer v. Ryan | filed 12/29/16 |
| 4:17-cv-00004-CKJ | Beltran v. Ryan et al | filed 01/03/17 |

| | | |
|---|---|---|
| 4:17-cv-00008-BGM | Leon v. Ryan et al | filed 01/05/17 |
| 4:17-cv-00075-LCK | Brown v. Ryan et al | filed 02/21/17 |
| 4:17-cv-00120-RCC-JR | Flores v. Ryan et al | filed 03/13/17 |
| 4:17-cv-00156-JR | Green #236367 v. Ryan et al | filed 04/06/17 |
| 4:17-cv-00158-DTF | Weatherford v. Ryan et al | filed 04/10/17 |
| 4:17-cv-00179-JGZ-JR | Turner v. Ryan et al | filed 04/24/17 |
| 4:17-cv-00182-RCC-BGM | Landeros v. Ryan et al | filed 04/24/17 |
| 4:17-cv-00183-RM-LCK | Herrera #232799 v. Ryan et al | filed 04/24/17 |
| 4:17-cv-00209-CKJ-LCK | Turney v. Ryan et al | filed 05/08/17 |
| 4:17-cv-00216-JAS-BGM | Driscoll #220676 v. Ryan et al | filed 05/11/17 |
| 4:17-cv-00224-RM-DTF | Sanchez #290235 v. Ryan et al | filed 05/16/17 |
| 4:17-cv-00278-CKJ-BPV | Flores v. Ryan et al | filed 06/16/17 |
| 4:17-cv-00307-RCC-DTF | Islas v. Ryan et al | filed 07/05/17 |
| 4:17-cv-00310-CKJ-LAB | Matthews v. Ryan et al | filed 07/06/17 |
| 4:17-cv-00320-JAS-BGM | Romero v. Ryan et al | filed 07/10/17 |
| 4:17-cv-00382-DCB-DTF | Farnsworth #304696 v. Ryan et al | filed 08/03/17 |
| 4:17-cv-00395-FRZ-JR | Murray #065477 v. Ryan et al | filed 08/14/17 |
| 4:17-cv-00407-RM-EJM | Mediz #153189 v. Ryan et al | filed 08/17/17 |
| 4:17-cv-00420-BPV | Hall v. Ryan et al | filed 08/25/17 |

| 4:17-cv-00425-CKJ-LCK | Pabro #281892 v. Ryan et al | filed 08/28/17 |
| 4:17-cv-00434-RCC--LAB | Ortega v. Ryan et al | filed 08/31/17 |
| 4:17-cv-00497-DCB-BPV | Ball v. Ryan et al | filed 10/05/17 |
| 4:17-cv-00509-RM-DTF | Valdez v. Ryan et al | filed 10/12/17 |
| 4:18-cv-00010-LCK | Al Saud v. Ryan et al | filed 01/11/18 |
| 4:18-cv-00036-CKJ--BPV | Young v. Ryan et al | filed 01/24/18 |
| 4:18-cv-00046-DCB--JR | Wahl v. Ryan et al | filed 01/29/18 |
| 4:18-cv-00058-JGZ--LAB | Leighton #252380 v. Ryan et al | filed 02/05/18 |
| 4:18-cv-00071-JAS--EJM | Juarez-Orci v. Ryan et al | filed 02/12/18 |
| 4:18-cv-00086-JAS--DTF | Roberson v. Ryan et al | filed 02/16/18 |
| 4:18-cv-00087-JGZ--BGM | Elem v. Ryan et al | filed 02/16/18 |
| 4:18-cv-00106-FRZ--BPV | Sernas v. Ryan et al | filed 02/26/18 |
| 4:18-cv-00119-RCC--JR | Albritton v. Ryan et al | filed 03/05/18 |
| 4:18-cv-00145-RCC--LAB | Macias v. Ryan | filed 03/19/18 |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:03:05 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Ryan First Name: Charles |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

# EXHIBIT 8

# Select A Case

**Richard Pratt is a defendant in 46 cases.**

| | | |
|---|---|---|
| 2:13-cv-01591-DJH-DMF | Garcia v. Ryan et al | filed 08/05/13 |
| 2:13-cv-02173-JJT-BSB | Fierro # 044803 v. Ryan et al | filed 10/25/13 |
| 2:15-cv-00037-SRB-DKD | Pierce v. Shroff et al | filed 01/09/15 |
| 2:15-cv-01079-ROS-ESW | Dutcher #067784 v. Ryan | filed 06/12/15 |
| 2:15-cv-01426-DGC-ESW | Pesqueira #126613 v. Ryan et al | filed 07/24/15 |
| 2:15-cv-02341-SPL-DKD | Correa #295143 v. Ryan et al | filed 11/18/15 |
| 2:16-cv-00337-SMM-DKD | McAdams #63838 v. Corizon Healthcare Incorporated et al | filed 02/04/16 |
| 2:16-cv-01866-GMS-BSB | Bastian v. Ryan et al | filed 06/10/16 |
| 2:16-cv-02202-DLR-BSB | Stephens v. Corizon Health Care et al | filed 07/05/16 |
| 2:16-cv-02290-SRB-DKD | Diaz v. Ryan et al | filed 07/11/16 |
| 2:16-cv-03096-SMM-BSB | Shaka v. Ryan et al | filed 09/12/16 |
| 2:16-cv-03607-DLR-JZB | Branch v. Arizona Department of Corrections et al | filed 10/19/16 |
| 2:16-cv-04305-DGC-BSB | Ramirez v. Ryan et al | filed 12/08/16 |
| 2:16-cv-04569-DJH-JFM | Garcia #199037 v. Corizon Health Services et al | filed 12/29/16 |
| 2:17-cv-00166-GMS--DKD | O'Brien v. Hacker-Agnew et al | filed 01/17/17 |
| 2:17-cv-00784-DJH-JZB | Vasko v. Hacker-Agnew et al | filed 03/15/17 |
| 2:17-cv-00930-SPL-JZB | Jolicoeur v. Minor et al | filed 03/29/17 |

| | | |
|---|---|---|
| [2:17-cv-01128-DJH--DMF](#) | Morales #189630 v. Arizona Department of Corrections et al | filed 04/14/17 |
| [2:17-cv-01190-JJT-ESW](#) | Gause #162805 v. Thude et al | filed 04/20/17 |
| [2:17-cv-01204-GMS--ESW](#) | Spencer #82989 v. Ryan et al | filed 04/21/17 |
| [2:17-cv-01810-JJT-DKD](#) | Stanhope #46210 v. Corizon Health et al | filed 06/12/17 |
| [2:17-cv-01840-JAT-MHB](#) | Hackman #136624 v. Ryan et al | filed 06/14/17 |
| [2:17-cv-01952-DJH--JZB](#) | Hall v. Ryan et al | filed 06/22/17 |
| [2:17-cv-02044-JJT-ESW](#) | Gamez #131401 v. United States of America | filed 06/23/17 |
| [2:17-cv-02062-SRB--JZB](#) | Ramirez #152712 v. Ryan et al | filed 06/28/17 |
| [2:17-cv-02448-DJH--JFM](#) | Higdon #139953 v. Malachinski et al | filed 07/21/17 |
| [2:17-cv-03665-GMS--JFM](#) | Olmos v. Ryan et al | filed 10/10/17 |
| [2:17-cv-03861-GMS-DMF](#) | Rienhardt v. Ryan et al | filed 10/20/17 |
| [2:17-cv-04066-JJT-DMF](#) | Schottenbauer #114478 v. Corizon Health Incorporated et al | filed 11/02/17 |
| [2:17-cv-04624-JJT-DMF](#) | Stokes #065373 v. Corizon Health Incorporated et al | filed 12/14/17 |
| [2:18-cv-00254-DGC-ESW](#) | Jobe v. Ryan et al | filed 01/24/18 |
| [2:18-cv-00481-DGC--DMF](#) | Newman v. Ryan et al | filed 02/12/18 |
| [4:14-cv-02049-JGZ](#) | Taylor v. Ryan | filed 04/25/14 |
| [4:15-cv-00545-DCB](#) | Allan v. United States of America et al | filed 11/23/15 |
| [4:17-cv-00102-JAS](#) | Cianciolo v. Ryan et al | filed 03/03/17 |
| [4:17-cv-00246-FRZ](#) | McDaniel v. Ryan et al | filed 05/30/17 |
| [4:17-cv-00255-CKJ](#) | Powell v. Ryan et al | filed 06/02/17 |

[4:17-cv-00257-RCC](#)      Whitehead v. Ryan et al      filed 06/05/17

[4:17-cv-00304-CKJ](#)      Loving v. Ryan et al      filed 07/03/17

[4:17-cv-00322-CKJ](#)      Williams v. Ryan et al      filed 07/10/17

[4:17-cv-00517-FRZ](#)      Bossardet v. Ryan et al      filed 10/16/17

[4:17-cv-00567-DCB-PSOT](#)      Lee v. Ryan et al      filed 11/20/17

[4:18-cv-00015-CKJ](#)      Torres-Montes v. Ryan et al      filed 01/16/18

[4:18-cv-00066-RM-PSOT](#)      Tripati v. Corizon Incorporated et al      filed 02/09/18

[4:18-cv-00118-JAS](#)      Coppess v. Ryan et al      filed 03/02/18

[4:18-cv-00162-JAS-PSOT](#)      Rogers v. Ryan et al      filed 03/26/18

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2018 14:03:55 | | | |
| **PACER Login:** | CoreneKendrick:4378746:0 | **Client Code:** | AZ |
| **Description:** | Search | **Search Criteria:** | Last Name: Pratt First Name: Richard |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT 9

**Corene Kendrick**

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Tuesday, March 20, 2018 2:41 PM |
| **To:** | collins_chambers@azd.uscourts.gov |
| **Cc:** | duncan_chambers@azd.uscourts.gov; 'Don Specter'; Corene Kendrick (ckendrick@prisonlaw.com); David Fathi (dfathi@aclu.org); kirstin@eidenbachlaw.com; Maya Abela; Dan Struck; Rachel Love; Tim Bojanowski; Michael E. Gottfried |
| **Subject:** | Parsons v. Ryan - 2:12-cv-00601-DKD - Dkt. 2693 |
| **Attachments:** | 2641 - DEFS MOT to Disqualify Magistrate Judge Duncan.pdf; 2641-01 - EXHS 1-15 to DEFS MOT to Disqualify Magistrate Judge Duncan.pdf; 2692 - DEFS SUP to MDQ Magistrate Judge Duncan from all Further Proceedings (Dkt. 2641).pdf; 2692-01 - EXH 1 - Transcript of 02-27-2018 Evid HR.pdf; 2692-02 - EXH 2 - Transcript of 02-28-2018 continued Evid HR.pdf; 2693 - MOT for Chief Judge to Rule on DEFS MDQ Magistrate Duncan from all Further Proceedings (Dkt. 2641, 2692).pdf; 2693-01 - [Proposed] ORDER.pdf; Proposed ORDER granting DEFS Motion for Chief Judge to Rule on DEFS MDQ Magistrate Judge Duncan from all Further Proceedings.docx |

Dear Chief Judge Collins,

Attached is Defendants' Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan from all Further Proceedings (Dkt. 2693), a proposed Order in Word Format filed at Dkt. 2693-1, and the underlying briefing filed at Dkt. 2641 and 2692.
Respectfully,

Elaine Percevecz



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.