# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　Defendants. | No. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE FOR THE ETHICS BUREAU AT YALE TO FILE BRIEF OF AMICUS CURIAE** |

　　　Having reviewed the Ethics Bureau at Yale's Motion for Leave to File a Brief of *Amicus Curiae* in Opposition to Defendants' Motion to Disqualify Judge Duncan from All Further Proceedings, and good cause appearing,

　　　IT IS HEREBY ORDERED that the Ethics Bureau at Yale's Motion to File Brief of *Amicus Curiae* is granted.

　　　IT IS FURTHER ORDERED that the Ethics Bureau at Yale's Brief of *Amicus Curiae* shall be filed forthwith.