# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 2725), and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 2725).

Dated this 30th day of March, 2018.

_____
David K. Duncan
United States Magistrate Judge