Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK** |

LEGAL139241484.1

1    I, Corene Kendrick, hereby declare:

2    1.    I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

3    2.    On July 21, 2017, I participated in an emergency telephonic conference with the Court and Counsel for Defendants that the Court ordered as a result of Plaintiffs' Notice to the Court Regarding Harassment and Retaliation Against Class Member Witnesses (Doc. 2190). Pursuant to my usual practice, I took extensive written notes during the telephonic hearing.

4    3.    On July 27, 2017, Laurie Adams, Court Reporter to Judge Neil Wake, emailed me a copy of her transcript of the July 21, 2017 hearing. As is my usual practice, I reviewed the transcript of the hearing upon receipt. I noticed that at page 14, line 13 of the transcript that Ms. Adams had transcribed the word "client," but according to my written notes, Judge Duncan had said the word, "climate."

5    4.    On July 28, 2017, I emailed Ms. Adams to tell her that I thought that the word should be "climate" and not "client." In response she thanked me for the clarification, and stated that it "was a little difficult with everyone being on the phone." She indicated she would let me know if Judge Duncan asked her to change the word in the transcript. Attached hereto as **Exhibit 1** is a true and correct copy of my email exchange with Ms. Adams.

6    5.    Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot I took on March 20, 2018 of the Twitter account of KJZZ reporter Jimmy Jenkins (@newsjunkyjimmy) and a tweet from February 26, 2018.

7    6.    On March 28, 2018, I searched the U.S. District Court's PACER system to identify all open cases in the District of Arizona that named Defendant Ryan as a party, without limitation on the type of prisoner case. Attached herein as **Exhibit 3** is a true and

LEGAL139241484.1

correct copy of the search result for his name. It showed four matching people: Charles Ryan [defendant]; Charles Ryan [respondent]; Charles L. Ryan [defendant]; and Charles L. Ryan [respondent].

      7.      Attached hereto as **Exhibit 4** is a true and correct copy of the search result for all open cases listing "Charles Ryan" as Defendant. There are **two cases** that list Judge David K. Duncan ("DKD") as assigned to the case: *Stanhope #46210 v. Corizon Health et al.*, Case No. 2:17-cv-01810-JJT-DKD, filed 6/12/17, and *Lopez v. Corizon Health Care Services et al.*, Case No. 2:17-cv-04383-JJT-DKD, filed 11/29/17.

      8.      Attached hereto as **Exhibit 5** is a true and correct copy of the search result for all open cases listing "Charles Ryan" as Respondent. There are **two cases** that list Judge David K. Duncan ("DKD") as assigned to the case: *Martin #263504 v. Ryan et al.*, Case No. 2:17-cv-02160-DLR-DKD, filed 7/5/17, and *Melendez #275852 v. Ryan et al.*, Case No. 2:17-cv-04293-JJT-DKD, filed 11/21/17.

      9.      Attached hereto as **Exhibit 6** is a true and correct copy of the search result for all open cases listing "Charles L. Ryan" as Defendant. There are **23 cases** that list Judge David K. Duncan ("DKD") as assigned to the case:

      a.      *Pierce v. Shroff et al.*, Case No. 2:15-cv-00037-SRB-DKD, filed 1/9/15;

      b.      *Correa #295143 v. Ryan et al.*, Case No. 2:15-cv-02341-SPL-DKD, filed 11/18/15;

      c.      *McAdams #63838 v. Corizon Healthcare Incorporated et al.*, 2:16-cv-00337-SMM-DKD, filed 2/4/16;

      d.      *Diaz v. Ryan et al.*, Case No. 2:16-cv-02290-SRB-DKD, filed 7/11/16;

      e.      *Noel v. Corizon Health Services et al.*, Case No. 2:16-cv-03075-DJH-DKD; filed 9/9/16;

      f.      *Olson v. Corizon Healthcare et al.,* Case No. 2:16-cv-03847-GMS-DKD, filed 11/3/16;

g. *Williams v. Mooney et al.*, Case No. 2:16-cv-04059-DGC-DKD, filed 11/21/16;

h. *O'Brien v. Hacker-Agnew et al.*, Case No. 2:17-cv-00166-GMS-DKD; filed 1/17/17;

i. *Lazo #185938 v. Ryan et al.*, Case No. 2:17-cv-00420-DJH-DKD; filed 2/9/17;

j. *Jarrett #070299 v. Ryan et al.*, Case No. 2:17-cv-01589-JAT-DKD; filed 5/23/17;

k. *Williams v. Ryan et al.*, Case No. 2:17-cv-01833-DGC-DKD; filed 6/13/17;

l. *Solis #153261 v. Ryan et al.*, Case No. 2:17-cv-02378-ROS-DKD; filed 7/17/17;

m. *Cofield #046955 v. Kittredge et al.*, Case No. 2:17-cv-02788-ROS-DKD; filed 8/17/17;

n. *Ochoa #122052 v. Ryan et al.*, Case No. 2:17-cv-03270-DGC-DKD; filed 9/20/17;

o. *Qualls #134601 v. Ryan et al.*, Case No. 2:17-cv-03887-DJH-DKD; filed 10/23/17;

p. *Lewis v. Corizon Health Incorporated et al.*, Case No. 2:17-cv-04441-DLR-DKD; filed 11/30/17;

q. *Harper #317663 v. Ryan et al.*, Case No. 2:18-cv-00298-DGC-DKD; filed 1/29/18;

r. *Prince #058251 v. Ryan et al.*, Case No. 2:18-cv-00427-SRB-DKD; filed 2/7/18;

s. *More #309128 v. Ryan et al.*, Case No. 2:18-cv-00626-DGC-DKD; filed 2/26/18;

t. *Dadisman #161755 v. Ryan et al.*, Case No. 2:18-cv-00658-JJT-DKD; filed 2/22/18;

LEGAL139241484.1                                    -3-

1  u.  *Sorn #144920 v. Ryan et al.*, Case No. 2:18-cv-00849-DGC-DKD; filed 3/15/18;

3  v.  *Zotika v. Ryan et al.*, Case No 3:16-cv-08297-SMM-DKD, filed 12/19/16; and

5  w.  *Getzen v. Arizona, State of,* Case No. 3:18-cv-08039-SRB-DKD; filed 2/26/18.

10.  Attached hereto as **Exhibit 7** is a true and correct copy of the search result for all open cases listing "Charles L. Ryan" as Respondent.  There are 20 cases that list Judge David K. Duncan ("DKD") as assigned to the case:

a.  *Patton #277153 v. Ryan et al.*, Case No. 2:15-cv-00877-DJH-DKD; filed 5/14/15;

b.  *Hill v. Ryan et al.*, Case No. 2:15-cv-01157-SRB-DKD; filed 6/22/15;

c.  *Mondragon v. Ryan et al.*, Case No. 2:16-cv-02251-DJH-DKD; filed 7/8/16;

d.  *Gibbs v. Ryan et al.*, Case No. 2:16-cv-03553-SPL-DKD; filed 10/14/16;

e.  *Muldrow v. Ryan et al.*, Case No. 2:16-cv-04606-DLR-DKD; filed 11/7/16;

f.  *Villalobos #168579 v. Ryan et al.*, Case No. 2:17-cv-00633-ROS-DKD; filed 3/2/17;

g.  *Wright #102187 v. Ryan et al.*, Case No. 2:17-cv-00721-GMS-DKD; filed 3/9/17;

h.  *Orduno #173210 v. Ryan et al.*, Case No. 2:17-cv-02911-JAT-DKD; filed 8/28/17;

i.  *Yarrito #250945 v. Ryan*, Case No. 2:17-cv-03034-JJT-DKD; filed 9/5/17;

|   |   |   |
|---|---|---|
| 1 | j. | *Crenshaw-Bruce v. Ryan et al.*, Case No. 2:17-cv-04337-DGC-DKD; filed 11/27/17; |
| 3 | k. | *Waldrep v. Ryan et al.*, Case No. 2:17-cv-04609-SPL-DKD; filed 12/13/17; |
| 5 | l. | *Contreras v. Ryan et al.*, Case No. 2:18-cv-00077-DLR-DKD; filed 1/8/18; |
| 7 | m. | *Oros v. Ryan et al.*, Case No. 2:18-cv-00227-SRB-DKD; filed 1/22/18; |
| 9 | n. | *Jarrett #070299 v. Ryan et al.*, Case No. 2:18-cv-00892-DLR-DKD; filed 3/20/18; |
| 11 | o. | *Conroy v. Ryan et al.*, Case No. 2:18-cv-00938-DGC-DKD; filed 3/26/18; |
| 13 | p. | *Phillips v. Ryan et al.*, Case No. 3:17-cv-08094-DLR-DKD; filed 5/19/17; |
| 15 | q. | *Lopano v. Ryan et al.*, Case No. 3:17-cv-08204-SPL-DKD; filed 10/4/17; |
| 17 | r. | *Shinsako #306621 v. Ryan et al.*, Case No. 3:18-cv-08007-GMS-DKD; filed 1/16/18; |
| 19 | s. | *Sovine v. Ryan et al.*, Case No. 3:18-cv-08024-JAT-DKD, filed 2/12/18; and |
| 21 | t. | *Dickinson v. Ryan et al.*, Case No. 3:18-cv-08037-DJH-DKD; filed 2/22/18. |

11. Attached hereto as **Exhibit 8** is a true and correct copy of the search result for all open cases listing Defendant Pratt as a party to the case. There are six cases that list Judge David K. Duncan ("DKD") as assigned to the case, all of these cases also named Defendant Ryan and are listed above:

      a. *Pierce v. Shroff et al.*, Case No. 2:15-cv-00037-SRB-DKD; filed 1/9/15;

1        b.    *Correa #295143 v. Ryan et al.*, Case No. 2:15-cv-02341-SPL-DKD;
2               filed 11/18/15;
3        c.    *McAdams #63838 v. Corizon Healthcare Incorporated et al.*, Case
4               No. 2:16-cv-00337-SMM-DKD; filed 2/4/16;
5        d.    *Diaz v. Ryan et al.*, Case No. 2:16-cv-02290-SRB-DKD; filed
6               7/11/16;
7        e.    *O'Brien v. Hackner-Agnew et al.*, Case No. 2:17-cv-00166-GMS-
8               DKD; filed 1/17/17; and
9        f.    *Stanhope #46210 v. Corizon Health et al.*, Case No. 2:17-cv-01810-
10              JJT-DKD; filed 6/12/17.

11     12.   Attached hereto as **Exhibit 9** is a true and correct copy of an email dated March 20, 2018 sent by Elaine Percevecz, Legal Assistant to Defendants' Counsel Timothy Bojanowski, addressed to the chambers of Chief Judge Collins, attaching Defendants' *Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings* (Doc. 2693), Defendants' Proposed Order (Doc. 2693-1), and Defendants' previous briefing from Dockets 2641 and 2692.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 30, 2018, in San Francisco, California.

                                              s/ Corene Kendrick
                                              Corene Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
1  **ADDITIONAL COUNSEL:**

    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    **PRISON LAW OFFICE**
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Dietrich (Bar No. 027927)<br>**ARIZONA CENTER FOR** |
| 3 | **DISABILITY LAW**<br>5025 East Washington Street, Suite 202 |
| 4 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287 |
| 5 | Email: skader@azdisabilitylaw.org<br>adietrich@azdisabilitylaw.org |
| 6 | Rose A. Daly-Rooney (Bar No. 015690) |
| 7 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 8 | Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR** |
| 9 | **DISABILITY LAW**<br>177 North Church Avenue, Suite 800 |
| 10 | Tucson, Arizona 85701<br>Telephone: (520) 327-9547 |
| 11 | Email:<br>rdalyrooney@azdisabilitylaw.org |
| 12 | jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 13 | |
| 14 | *Attorneys for Arizona Center for Disability Law* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                          s/ D. Freouf