Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen*
*Swartz, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
*Maryanne Chisholm, Desiree Licci, Joseph*
*Hefner, Joshua Polson, and Charlotte Wells, on*
*behalf of themselves and all others similarly*
*situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability*
*Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DKD<br><br>**DECLARATION OF DAVID C. FATHI** |

LEGAL139241810.1

I, DAVID C. FATHI, DECLARE:

1.     I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class.  I have personal knowledge of the matters set forth herein and could testify competently thereto.

2.     From 1990 to 1993, I was a staff attorney at the ACLU National Prison Project.  In that capacity, I was counsel of record to the plaintiff class in *Casey v. Lewis*, No. 2:90-cv-00054-PHX-CAM.     *Casey* was a statewide class action challenge to conditions, including medical and mental health care, in the Arizona Department of Corrections.  *See Casey v. Lewis*, 834 F. Supp. 1477 (D. Ariz. 1993).

3.     On June 20, 1991, the *Casey* defendants filed a Motion to Disqualify the Honorable Carl Muecke pursuant to 28 U.S.C. § 455 "for the reasons that his impartiality might reasonably be questioned, he has a personal bias and prejudice against the Defendants and he has personal knowledge of disputed evidentiary facts concerning the proceeding."   Attached hereto as **Exhibit 1** is a true and correct copy of defendants' motion, which was assigned Docket No. 222.

4.     On June 21, 1991, Judge Muecke issued an Order denying defendants' motion.  Attached hereto as **Exhibit 2** is a true and correct copy of that Order, which was assigned Docket No. 224.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2018, at Washington, DC.


 s/ David C. Fathi
David C. Fathi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:      dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:      dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      kbrody@acluaz.org

1         Kirstin T. Eidenbach (Bar No. 027341)
           **EIDENBACH LAW, P.L.L.C.**
2         P. O. Box 91398
           Tucson, Arizona 85752
3         Telephone:  (520) 477-1475
           Email:    kirstin@eidenbachlaw.com
4
           Caroline Mitchell (Cal. 143124)*
5         **JONES DAY**
           555 California Street, 26th Floor
6         San Francisco, California 94104
           Telephone:  (415) 875-5712
7         Email:    cnmitchell@jonesday.com

8         *Admitted pro hac vice*

9         John Laurens Wilkes (Tex. 24053548)*
           **JONES DAY**
10        717 Texas Street
           Houston, Texas 77002
11        Telephone:  (832) 239-3939
           Email:    jlwilkes@jonesday.com
12
           *Admitted pro hac vice*
13
          *Attorneys for Plaintiffs Shawn Jensen;*
14        *Stephen Swartz; Sonia Rodriguez; Christina*
          *Verduzco; Jackie Thomas; Jeremy Smith;*
15        *Robert Gamez; Maryanne Chisholm;*
          *Desiree Licci; Joseph Hefner; Joshua*
16        *Polson; and Charlotte Wells, on behalf of*
          *themselves and all others similarly situated*

17

18

19

20

21

22

23

24

25

26

27

28

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf