## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: March 27, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
==================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

   <u>Caryn Smith</u>           Laurie Adams
    Deputy Clerk                Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Rachel Love and Richard Valenti for Defendants

==================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     <u>      </u> Chambers     <u>      </u> Other

This is the time set for Continuation of Evidentiary and Order to Show Cause Hearings. Charles Ryan is sworn and examined.

10:21 AM – Court stands in recess.

10:40 AM – Court reconvenes. Charles Ryan resumes the stand and testifies further.

12:02 PM – Court stands in recess.

1:17 PM – Court reconvenes. Charles Ryan resumes the stand and continues his testimony. The witness is excused.

The agenda schedule is discussed. Defendants are admonished on their part in delaying the proceedings in this matter. Further discussion is held regarding scheduling the remaining items to be completed.

2:47 PM – Court stands in recess.

3:05 PM – Court reconvenes. Further discussion is held regarding the delay in the proceedings and the delay in obtaining accurate documentation. Plaintiffs request to proceed with the cross-examination of Richard Pratt. Argument is heard. The hearing will proceed with Mr. Pratt.

CV-12-0601-PHX-DKD
March 27, 2018

Richard Pratt, having previously been sworn, resumes the stand and continues his testimony. Plaintiffs' Exhibit 206 is received in evidence.  The witness is excused.

Carson McWilliams is sworn and examined.  Defendants' Exhibit 1 is received in evidence. Defendants' Exhibit 3 is received in evidence.  Defendants' Exhibit 4 is received in evidence. Defendants' Exhibit 2 is received in evidence.   The witness is excused pending recall.

Discussion is held.  IT IS ORDERED Defendants shall comply with the Court's original order directly addressing Plaintiffs questions about the names as well as the veracity of the names that are included by no later than April 6, 2018.

As to Plaintiffs' Motion for Contempt or Further Remedial Orders (Doc. 1819), the Court will not devote more time in light of the current testimony and finds the motion is moot.

As to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2253), IT IS ORDERED granting in part and denying in part as previously stated on the record.

As to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2520), the Court will rule on this at a later date.

Discussion is held regarding the continuation of the hearings.  The OSC hearing will resume on April 10, 2018, at 1:00 p.m.  IT IS ORDERED the parties shall confer as to their schedules for the evidentiary hearing and advise the Court by no later than April 6, 2018.

4:55 PM – Court stands in recess.


Time in court: 5 hr 59 min (9:04 AM – 4:55 PM)