**EXHIBIT 1**

**EXHIBIT 1**

# **AFFIDAVIT**

STATE OF ARIZONA  )
                  )
County of Maricopa )

JACOB GABLE, after being sworn upon his oath, hereby states as follows:

1. I am the Administrator for Planning, Budget and Research for the Arizona Department of Corrections ("ADC").

2. On the morning of March 28, 2018 I reviewed news reports covering Director Ryan's testimony in the Parsons vs. Ryan case. During this review I became aware of statements that needed to be corrected and clarified regarding the source of the funds used for the health care incentives and discussed the issue with Director Ryan the same morning. Director Ryan agreed.

3. Health care incentive funds came entirely from funds appropriated for health care rather than from vacancy savings or operating funds.

4. Funding for FY 2018 inmate health care contracted services is appropriated in a Special Line Item (SLI) and is $148,811,700. See Affidavit Attachment #1. The FY 2018 budget funds 34,369 inmates at a per diem rate of $12.54 for 365 days. In addition, the appropriation assumes Medicaid savings of $8,500,000.

   [34,369 inmates * $12.54/day * 365 days] - $8,500,000 Medicaid savings = $148,811,700

5. Incentive funding was available from health care funds due primarily from a lower than anticipated inmate population and Medicaid savings projected to exceed the level assumed in the budget.

   o Inmate Population: The average daily population (ADP) of State housed inmates from July 1, 2018 – February 28, 2018 was 33,764 inmates. Budget savings from the lower than anticipated inmate population are projected to be approximately $2,800,000.

      [34,369 funded inmates – 33,764 ADP] * $12.54/day * 365 days = $2,769,100

   o Medicaid Savings: As stated above, Medicaid savings are assumed to be $8,500,000. Medicaid savings projections are anticipated to be up to $10,000,000.

6. In September 2017, when Amendment #14 was signed, ADC projected to spend $145,338,000 (including Medicaid savings, staffing offsets, sanctions, and incentives) of the $148,811,700 appropriated in the Inmate Health Care Contracted Services SLI. At that time, no additional resources were projected to be required from vacancy savings or operating funds. See Affidavit Attachment #2.

7. As of February 2018 ADC is projecting to spend $146,432,000 of the $148,811,700 appropriated in the Inmate Health Care Contracted Services SLI with no additional resources needed from vacancy savings or operating funds. The $3,500,000 of incentives is included in this projection. The remaining $2,379,600 is anticipated to remain unexpended at year end. See Affidavit Attachment #3.

8. With regard to legal fees, ADC and Corizon both pay a portion of outside counsel's monthly statements. Corizon pays the portion of outside counsel fees that are attributed to substantial non-compliance litigation. The $250,000 annual attorneys' fees for plaintiff's counsel are paid by ADC with no offset or reimbursement by Corizon. See Affidavit Attachment #4.


_____
Jacob Gable
Administrator
Planning, Budget and Research
Arizona Department of Corrections


SUBSCRIBED AND SWORN TO BEFORE ME this 2nd day of April, 2018, by JACOB GABLE, ADMINISTRATOR, PLANNING, BUDGET AND RESEARCH, ARIZONA DEPARTMENT OF CORRECTIONS.


_____
Notary Public

GWENDOLYN B COWARD
Notary Public - Arizona
Maricopa County
My Comm. Expires May 19, 2018

My Commission Expires:

May 19, 2018

# ATTACHMENT 1

**ATTACHMENT 1**

## State Department of Corrections

|  | FY 2016 ACTUAL | FY 2017 ESTIMATE | FY 2018 APPROVED |
|---|---:|---:|---:|
| **OPERATING BUDGET** | | | |
| *Full Time Equivalent Positions* | 9,534.0 | 9,541.0 | 9,541.0 |
| Correctional Officer Personal Services | 306,423,300 | 323,972,400 | 323,972,400 |
| Health Care Personal Services | 2,652,100 | 2,829,400 | 2,829,400 |
| All Other Personal Services | 61,467,400 | 64,353,500 | 64,662,200 |
| **Personal Services Subtotal** | **370,542,800** | **391,155,300** | **391,464,000** |
| **Employee Related Expenditures** | **196,365,000** | **205,952,700** | **226,809,100** |
| **Personal Services and Employee Related Expenditures for Overtime/Compensatory Time** | **53,719,800** | **15,565,600** | **15,565,600** |
| **Health Care All Other Operating Expenditures** | | | |
| Professional and Outside Services | 946,000 | 1,275,000 | 1,275,000 |
| Travel - In State | 15,700 | 20,000 | 20,000 |
| Travel - Out of State | 9,800 | 10,000 | 10,000 |
| Other Operating Expenditures | 760,100 | 700,400 | 700,400 |
| Equipment | 12,800 | 15,000 | 15,000 |
| **Health Care Operating Subtotal** | **1,744,400** | **2,020,400** | **2,020,400** |
| **Non-Health Care All Other Operating Expenditures** | | | |
| Professional and Outside Services | 7,384,300 | 7,281,700 | 7,281,700 |
| Travel - In State | 241,600 | 297,700 | 297,700 |
| Travel - Out of State | 65,000 | 119,700 | 119,700 |
| Food | 39,195,500 | 41,748,000 | 41,748,000 |
| Other Operating Expenditures | 105,568,200 | 112,325,100 | 112,160,700 |
| Equipment | 3,694,000 | 3,732,200 | 3,679,200 |
| **Non-Health Care Operating Subtotal** | **156,148,600** | **165,504,400** | **165,287,000** |
| **OPERATING SUBTOTAL** | **778,520,600** | **780,198,400** | **801,146,100** |
| **SPECIAL LINE ITEMS** | | | |
| Leap Year | 929,100 | 0 | 0 |
| Radio Equipment | 0 | 2,800,000 | 0 |
| Private Prison Per Diem | 132,969,000 | 164,317,100 | 169,220,200 [1/] |
| Inmate Health Care Contracted Services | 135,251,900 | 149,837,100 | 148,811,700 [2/] |
| Named Claimants | 0 | 6,900 | 0 |
| **AGENCY TOTAL** | **1,047,670,600** | **1,097,159,500** | **1,119,178,000** [3/4/5/6/] |
| **FUND SOURCES** | | | |
| General Fund | 1,016,632,100 | 1,046,689,500 | 1,067,624,800 |
| <u>Other Appropriated Funds</u> | | | |
| Alcohol Abuse Treatment Fund | 253,500 | 555,500 | 555,500 |
| Corrections Fund | 14,528,500 | 30,317,800 | 30,312,300 |
| Inmate Store Proceeds Fund | 0 | 0 | 386,300 |
| Penitentiary Land Fund | 979,200 | 979,300 | 2,062,500 [7/] |
| Prison Construction and Operations Fund | 11,685,700 | 13,686,300 | 12,500,000 |
| State Charitable, Penal and Reformatory Institutions Land Fund | 1,797,000 | 1,861,500 | 2,661,500 [8/] |
| State Education Fund for Correctional Education | 394,500 | 669,500 | 675,000 [9/] |
| Transition Program Fund | 1,400,100 | 2,400,100 | 2,400,100 |
| SUBTOTAL - Other Appropriated Funds | 31,038,500 | 50,470,000 | 51,553,200 |
| **SUBTOTAL - Appropriated Funds** | **1,047,670,600** | **1,097,159,500** | **1,119,178,000** |

# ATTACHMENT 2

**ATTACHMENT 2**

Affidavit Attachment 2

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE HEALTH CARE CONTRACTED SERVICES SLI EXPENDITURE PLAN

ADC, CORIZON AGREEMENT 8-30-2017

| Health Care | Population | Rate | Days | Cost | Medicaid Savings | Cost |
|---|---|---|---|---|---|---|
| Current Contract Structure | 33,924 | $ 12.54 | 365 | 155,273,540 | (8,500,000) | 146,773,540 |
| | | | | | | 146,773,540 |
| Excess Medicaid Savings - FY 2017 was $10,433,800 | | | | | | (1,500,000) |
| Staff Vacancy Offsets - FY 2017 was $562,500 | | | | | | (229,100) |
| AHCCCS Admin Fee | | | | | | 100,000 |
| | | | | | | (1,629,100) |
| Subtotal | | | | | | 145,144,440 |
| 1. Contract Sanctions - Assumes no improvement in performance [1] | | | | | | |
| Jul - Oct - cap of $90,000 | | | | | | (360,000) |
| Nov - Jun - cap removed entirely | | | | | | (2,946,400) |
| Contract Sanctions | | | | | | (3,306,400) |
| 2a. 90% Statewide Compliance Rate Incentive [2] | | | | | | |
| Oct - Jun - $100,000 incentive for 90% compliance | | | | | | 900,000 |
| 90% Compliance Incentive | | | | | | 900,000 |
| 2b. Statewide Compliance Rate Incentive for each % Above 90% | | | | | | |
| Oct - Nov - $75,000 incentive for 90% compliance (assumes 90% for 2 months) | | | | | | - |
| Dec - Feb - $100,000 incentive for 90% compliance (assumes 90% for 3 months) | | | | | | - |
| Mar - Jun - $125,000 incentive for 90% compliance (assumes 91% for 4 months) | | | | | | 500,000 |
| Compliance Incentive for Performance Above 90% | | | | | | 500,000 |
| 2c. CGAR Compliance Improvement: applies to only the 245 (of 849) failed measures @ $35K/measure when substantial compliance is attained [3] | | | | | | |
| 20 Measures | | | | | | 700,000 |
| 30 Measures | | | | | | 1,050,000 |
| 50 Measures | | | | | | 1,750,000 |
| Substantial Compliance Incentive | | | | | | 3,500,000 |
| 2d. Assumes 2a and 2b are calculated based on all 849 CGAR measures even if some are removed from oversight by the Court pursuant to terms of the stipulation | | | | | | NO COST |
| 2e. Total Calculated Incentives | | | | | | 4,900,000 |
| Incentive Adjustment Due to Overall Cap on Incentives of $3,500,000 | | | | | | (1,400,000) |
| Net Incentives, cap of $3,500,000 | | | | | | 3,500,000 |
| 3. Corizon will be subject to a $5,000 fine for any performance measure that extends the monitoring period. | | | | | | EXISTING CONTRACT |
| 4. ADC will accelerate payment of monthly base fees to the 1st day of the month of service (i.e. total base fees for the month of September would be paid on September 1). | | | | | | UNDER DISCUSSION |
| Projected Cost | | | | | | 145,338,040 |

[1] Contract offsets averaged $368,300 from March - May.
[2] Overall compliance was 89% in April 2017, 89% in May 2017, and 88% in June 2017. The last time Corizon was below 85% was August 2016 (81%).
    Assumes incentive met in all 9 months.
[3] This is a one-time incentive given when a failed measure is brought back into substantial compliance.
    Corizon must confirm that this applies only to failed measures and not all 849.

Prepared By: Planning, Budget and Research Bureau
Date Prepared: August 30, 2017

# ATTACHMENT 3

# ATTACHMENT 3

Arizona Department of Corrections
Monthly Budget Report - Summary
**Month Ending: February 28, 2018**

| | Most Recent Month Compared to the Same Month Last Year | | | Year-to-date Expenditures Compared to the Same Time Period Last Year | | | | Projected Total Expenditures for This Year Compared to Total Expenditures Last Year and Compared to This Year's Appropriation | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2017 February 2017 | FY 2018 February 2018 | Difference | FY 2017 YTD February 2017 | FY 2018 YTD February 2018 | Difference | % Change | FY 2017 Expenditures (Including Administrative Adjustments) | FY 2018 Appropriation [1] | FY 2018 Projected Expenditures | % Change: FY 2018 Projection over FY 2017 Expenditures | % Change: FY 2018 Appropriation over FY 2018 Projection | FY 2018 Appropriation Compared to FY 2018 Projection |
| Personal Services | | | | | | | | | | | | | |
| Correctional Officers | 22,840,587 | 22,513,541 | (327,046) | 195,493,398 | 203,688,570 | 8,195,171 | 4% | 312,697,329 | 325,152,600 | 298,977,378 | -4% | 9% | 26,175,222 |
| Health Care | 207,669 | 209,188 | 1,519 | 1,743,198 | 1,883,522 | 140,324 | 8% | 2,684,867 | 2,719,600 | 2,720,874 | 1% | 0% | (1,274) |
| All Other | 4,819,379 | 4,884,142 | 64,762 | 40,625,287 | 44,137,437 | 3,512,150 | 9% | 63,316,627 | 63,450,900 | 63,844,004 | 1% | -1% | (393,104) |
| Total Personal Services | 27,867,635 | 27,606,870 | (260,764) | 237,861,883 | 249,709,528 | 11,847,645 | 5% | 378,698,823 | 391,323,100 | 365,542,257 | -3% | 7% | 25,780,843 |
| Employee Related Expenditures (ERE) | 14,477,585 | 15,435,153 | 957,568 | 123,455,005 | 139,468,622 | 16,013,617 | 13% | 190,071,629 | 226,772,200 | 203,939,066 | 7% | 11% | 22,833,134 |
| Overtime/ Compensation Time | 3,158,041 | 4,835,055 | 1,677,014 | 27,910,273 | 43,539,512 | 15,629,239 | 56% | 44,523,369 | 15,543,400 | 64,157,377 | 44% | -76% | (48,613,977) |
| Health Care All Other Operating Expenditures (AOOE) | | | | | | | | | | | | | |
| P & O | 53,414 | (47,175) | (100,589) | 1,033,301 | 875,237 | (158,064) | -15% | 1,545,821 | 1,913,200 | 1,940,274 | 26% | -1% | (27,074) |
| In-state Travel | 793 | 375 | (418) | 16,697 | 5,287 | (11,411) | -68% | 22,484 | 20,000 | 9,000 | -60% | 122% | 11,000 |
| Out-of-state Travel | - | 232 | 232 | 2,351 | 3,980 | 1,629 | 69% | 7,549 | 10,000 | 7,000 | -7% | 43% | 3,000 |
| Food | - | - | - | - | - | - | N/A | - | - | - | N/A | N/A | N/A |
| OOE | 62,413 | 10,171 | (52,242) | 371,547 | 319,068 | (52,479) | -14% | 663,796 | 618,700 | 657,944 | -1% | -6% | (39,244) |
| Equipment | - | - | - | 1,003 | 1,693 | 690 | 69% | 51,588 | 15,000 | 3,000 | -94% | 400% | 12,000 |
| Total Health Care AOOE | 116,621 | (36,396) | (153,016) | 1,424,900 | 1,205,265 | (219,634) | -15% | 2,291,238 | 2,576,900 | 2,617,217 | 14% | -2% | (40,317) |
| Non-Health Care AOOE | | | | | | | | | | | | | |
| P & O | 785,126 | 397,745 | (387,380) | 4,434,529 | 3,754,829 | (679,700) | -15% | 10,575,910 | 7,484,700 | 8,082,744 | -24% | -7% | (598,044) |
| In-state Travel | 43,351 | 24,961 | (18,390) | 164,983 | 217,142 | 52,160 | 32% | 323,233 | 297,700 | 361,912 | 12% | -18% | (64,212) |
| Out-of-state Travel | 5,400 | 4,295 | (1,106) | 41,487 | 57,699 | 16,211 | 39% | 72,268 | 119,700 | 94,082 | 30% | 27% | 25,618 |
| Food | 4,558,408 | 3,057,463 | (1,500,945) | 24,234,738 | 23,769,281 | (465,458) | -2% | 40,649,563 | 41,839,800 | 40,398,854 | -1% | 4% | 1,440,946 |
| OOE | 6,379,511 | 5,215,480 | (1,164,031) | 75,655,869 | 74,687,961 | (967,908) | -1% | 111,450,392 | 110,510,800 | 113,379,091 | 2% | -3% | (2,868,291) |
| Equipment | 276,435 | 143,645 | (132,790) | 1,419,905 | 668,143 | (751,762) | -53% | 7,354,681 | 4,677,800 | 2,573,499 | -65% | 82% | 2,104,301 |
| Total Non-Health AOOE | 12,048,231 | 8,843,590 | (3,204,641) | 105,951,511 | 103,155,054 | (2,796,457) | -3% | 170,426,047 | 164,930,500 | 164,890,183 | -3% | 0% | 40,317 |
| **Operating Lump Sum** | **57,668,113** | **56,684,273** | **(983,840)** | **496,603,571** | **537,077,981** | **40,474,410** | **8%** | **786,011,107** | **801,146,100** | **801,146,100** | **2%** | **0%** | **0** |
| Special Line Item (SLI) | | | | | | | | | | | | | |
| Private Prison Per Diem | 18,096,557 | 11,428,447 | (6,668,111) | 94,783,757 | 103,037,811 | 8,254,054 | 9% | 154,899,517 | 169,220,200 | 166,719,000 | 8% | 2% | 2,501,200 |
| Inmate Health Care Contracted Services | 11,121,449 | 12,503,418 | 1,381,968 | 87,889,436 | 109,655,254 | 21,765,818 | 25% | 141,304,443 | 148,811,700 | 146,432,101 | 4% | 2% | 2,379,599 |
| Radio Equipment | - | - | - | 1,388,341 | - | (1,388,341) | 0% | 2,728,042 | - | - | N/A | N/A | - |
| **Agency Total (Appropriated)** | **86,886,119** | **80,616,137** | **(6,269,982)** | **680,665,105** | **749,771,046** | **69,105,942** | **10%** | **1,084,943,109** | **1,119,178,000** | **1,114,297,200** | **3%** | **0%** | **4,880,800** |
| **Fund Source** | | | | | | | | | | | | | |
| General Fund | 86,569,388 | 78,010,722 | (8,558,666) | 676,023,411 | 729,687,976 | 53,664,565 | 8% | 1,039,129,032 | 1,067,624,800 | 1,067,624,800 | 3% | 0% | - |
| Other Appropriated Funds | 316,732 | 2,605,416 | 2,288,684 | 4,641,694 | 20,083,070 | 15,441,376 | 333% | 45,814,076 | 51,553,200 | 46,672,400 | 2% | 10% | 4,880,800 |
| **Agency Total (Appropriated)** | **86,886,119** | **80,616,137** | **(6,269,982)** | **680,665,105** | **749,771,046** | **69,105,942** | **10%** | **1,084,943,109** | **1,119,178,000** | **1,114,297,200** | **3%** | **0%** | **4,880,800** |

[1] The FY 2018 Appropriation is $1,119,178,000. Capital appropriations totaling $6,914,300 ($5,464,300 Capital Outlay Bill & $1,450,000 Locking System Replacement - Laws 2017, 1st Regular Session, Ch. 306, Section 2) are excluded from this report.

Prepared By: Bureau of Planning, Budget, and Research
Date Prepared: March 23, 2018

**ATTACHMENT 4**

**ATTACHMENT 4**

Affidavit Attachment 4

Arizona Department of Corrections
Parsons v. Ryan Legal Costs
As of February 28, 2018

### ADC Costs (Net of Corizon Offsets)

| Expenditures | FY 2016 | FY 2017 | FY 2018 YTD [1] | Total |
|---|---|---|---|---|
| Attorney General | 137,068.05 | 229,567.97 | 97,050.00 | 463,686.02 |
| Outside Counsel | 472,948.37 | 791,100.23 | 484,016.14 | 1,748,064.74 |
| Plaintiffs Fees | 237,329.96 | 255,809.01 | 59,804.16 | 552,943.13 |
| Expert Witnesses | - | - | 62,967.67 | 62,967.67 |
| Court Ordered Staffing Study | - | - | 74,460.00 | 74,460.00 |
| Total | 847,346.38 | 1,276,477.21 | 778,297.97 | 2,902,121.56 |

### Costs Offset By Corizon

| Expenditures | FY 2016 | FY 2017 | FY 2018 YTD [1] | Total |
|---|---|---|---|---|
| Attorney General | - | - | - | - |
| Outside Counsel | 20,154.56 | 329,596.91 | 231,176.40 | 580,927.87 |
| Plaintiffs Fees | - | - | - | - |
| Expert Witnesses | - | - | - | - |
| Court Ordered Staffing Study | - | - | 24,820.00 | 24,820.00 |
| Total | 20,154.56 | 329,596.91 | 255,996.40 | 605,747.87 |

[1] Includes FY 2018 YTD expenditure and offset activity as of February 28, 2018. There will be additional expenditure and offsets that have not yet occurred. For example, the Court Ordered Staffing Study is projected to be fully funded by Corizon.