# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply Brief, and finding good cause, hereby **GRANTS** the Stipulation.

Defendants shall have up to and including April 16, 2018 to file their Reply in support of the Motion to Disqualify Judge Duncan from all Further Proceedings (Doc. 2641, 2692).