Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD **PLAINTIFFS' PROPOSED AGENDA FOR THE APRIL 11, 2018 STATUS HEARING** |

LEGAL139328447.1

Plaintiffs hereby propose the following items be included in the Court's agenda for the April 11, 2018 status hearing.

1. Update from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

2. Defendants' failure to include instances of noncompliance with the Court's Order to Show Cause in their February 5, 2018 filing (Doc. 2576-1) and February 14, 2018 filing (Doc. 2595-1) reporting December 2017 noncompliance with the Court's Order to Show Cause, (*see* Doc. 2633), and their revised real-time report with December data, due to the Court on April 6, 2018. [Doc. 2735 at 2; 3/27/18 Tr. at 1113:17-1114:5]

3. Proposed dates for the continuation of evidentiary hearings regarding monitoring, pre-hearing disclosures, and possible additional witnesses. [*See* Declaration of David Fathi ("Fathi Decl."), filed herewith, ¶¶ 2-7, Exs. 1-7] Plaintiffs' Counsel proposed to Defendants the dates of May 17-18, 2018 (if all outstanding document production is completed at least three weeks prior to those dates) and/or June 21-22, 25-29, 2018.

4. Defendants' update regarding the provision of specialty care, including:
   a. The status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine, (*see* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; 2/28/18 Tr. at 433:4-443:15; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76); and,
   b. The status of Corizon identifying oncology specialists to provide cancer treatment to class members. [*See* 12/20/17 Tr. at 67:9-74:7; 1/18/18 Tr. at 67:12-69:24; *see also* Doc. 2635]

5. Defendants' February 2018 CGAR results and remediation plans for:
   a. Performance measures previously found substantially noncompliant by the Court, (Doc. 1583 at 2, Doc. 1709 at 1, Doc. 2030 at 2; Doc. 2403 at 2-3; 12/20/17 Tr. at 100:25-101:3); and

LEGAL139328447.1

1        b. Performance measures in the January 4, 2018 Motion to Enforce the Stipulation.[1] [Doc. 2520]

6. Defendants' compliance with Paragraph 12(a) of the Stipulation during the winter's influenza season, and Plaintiffs' request for information regarding the same. [Doc. 2634-1 at 15-25; Fathi Decl. ¶ 16, Ex. 11]

7. Plaintiffs' request for an update from Defendants regarding the following contractual issues:

    a. the status of their Request For Proposals and negotiations with bidders for a five year contract to provide health care services, to begin in July 2018;

    b. the amount of money awarded to Corizon as "incentive payments" in February 2018 pursuant to Amendment 14 of the current contract;

    c. the amount of money assessed against Corizon for violations of the Stipulation's performance measures in February 2018; and,

    d. the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in February 2018. [*See* Fathi Decl. Ex. 13]

8. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide:

    a. Defendants' failure to produce a revised Monitor Guide reflecting the Court's rulings on monitoring methodology, (*see* Fathi Decl. ¶¶ 8-11, Exs. 8-9);

    b. Monitoring methodology for PM 86, (*see* Docs. 2590, 2598, 2613, 2619, 2645, 2715);

    c. Defendants' failure to produce re-audited CGARs for August 2017 in light of errors and improper monitoring methodology, (*see* Doc. 2502-1

---

[1] The motion is fully briefed and awaits the Court's ruling. [Docs. 2520, 2546, 2580; *see also* Doc. 2735 at 2; 3/27/18 Tr. at 1116:17-1117:2]

at 35-42; Doc. 2489 at 3 n.1 ("These scores will be reflected in the re-audited [August] CGARS once they have been finalized by Defendants"); Doc. 2619 at 3 ("This correction was documented in an addendum and will be among the August CGARs soon to be reissued"));

  d. Errors and improper monitoring methodology in September 2017 CGAR results, and Defendants' refusal to provide a response unless and until Plaintiffs' counsel produce all documents in class members' medical records that show these mistakes, (Doc. 2502-1 at 4-19); and

  e. Errors and improper monitoring methodology in October 2017 CGAR results. [*See* Doc. 2634-1, Ex. 1]

9. Defendants' failure to provide documents to Plaintiffs as of the time of the filing of this agenda. [*See* Fathi Decl. ¶¶ 12-14, Exs. 10-12]

10. Update on Defendants' and Corizon's privilege logs and production of documents previously withheld on privilege grounds. [*See* Doc. 2681-1 at 9-496; *compare with* 1/12/18 Tr. at 11:10-15 ("it's very clear the law that if someone is engaging in normal activities of an enterprise, in this case, a prison, and they send off an e-mail to a number of people similarly engaged in that enterprise simply including a lawyer among the recipient list doesn't mean that whole document becomes privileged.")]

11. Isolation Sub-Class: Plaintiffs' revised Proposed Order Granting Plaintiffs' Motion to Enforce the Stipulation (Doc. 2362) and Defendants' Objections (Doc. 2430). The parties have resumed settlement discussions around the Motion to Enforce the Max Custody Measures and will apprise the court if further action is necessary at a later date.

**Matters Fully Briefed and Awaiting Decision From the Court:**

1. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

2. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary

Hearings on Monitoring); Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17, 15:24-16:1, 17:5-15]

  3. Plaintiffs' Motion to Enforce the Stipulation. [Docs. 2520, 2546, 2580]

  4. Plaintiffs' Motion for Attorney Fees and Costs (Docs. 2276, 2277, 2278, 2279, 2280, 2402, 2433, 2434) and Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503). [Docs. 2518, 2519, 2589, 2623]

  Respectfully submitted,

Dated: April 6, 2018    **PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
  Donald Specter (Cal. 83925)*
  Alison Hardy (Cal. 135966)*
  Sara Norman (Cal. 189536)*
  Corene Kendrick (Cal. 226642)*
  Rita K. Lomio (Cal. 254501)*
  1917 Fifth Street
  Berkeley, California 94710
  Telephone: (510) 280-2621
  Email: dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
  afettig@aclu.org
  vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email: kirstin@eidenbachlaw.com |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA** |
| 6 | 3707 North 7th Street, Suite 235 |
| 7 | Phoenix, Arizona 85013<br>Telephone: (602) 650-1854 |
| 8 | Email: kbrody@acluaz.org |
| 9 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 10 | John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP** |
| 11 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 12 | Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com |
| 13 | agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)* |
| 15 | **JONES DAY**<br>555 California Street, 26th Floor |
| 16 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 17 | Email: cnmitchell@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 20 | 717 Texas Street<br>Houston, Texas 77002 |
| 21 | Telephone: (832) 239-3939<br>Email: jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 24 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| --- | --- |
| 1   | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2   |                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 3   | By:  *s/ Maya Abela* |
|     |       Sarah Kader (Bar No. 027147) |
| 4   |       Asim Dietrich (Bar No. 027927) |
|     |       5025 East Washington Street, Suite 202 |
| 5   |       Phoenix, Arizona 85034 |
|     |       Telephone: (602) 274-6287 |
| 6   |       Email:   skader@azdisabilitylaw.org |
|     |                     adietrich@azdisabilitylaw.org |
| 7   |                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|     |       Rose A. Daly-Rooney (Bar No. 015690) |
| 8   |       J.J. Rico (Bar No. 021292) |
|     |       Jessica Jansepar Ross (Bar No. 030553) |
| 9   |       Maya Abela (Bar No. 027232) |
|     |       **ARIZONA CENTER FOR** |
| 10  |       **DISABILITY LAW** |
|     |       177 North Church Avenue, Suite 800 |
| 11  |       Tucson, Arizona 85701 |
|     |       Telephone: (520) 327-9547 |
| 12  |       Email: |
|     |           rdalyrooney@azdisabilitylaw.org |
| 13  |           jrico@azdisabilitylaw.org |
|     |           jross@azdisabilitylaw.org |
| 14  |           mabela@azdisabilitylaw.org |

*Attorneys for Arizona Center for Disability Law*

LEGAL139328447.1                            -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL139328447.1                    -7-