1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
5
6
7
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Sarah Kader (Bar No. 027147)
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
15 **[ADDITIONAL COUNSEL LISTED BELOW]**

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF ARIZONA

| | |
|---|---|
| 18  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DKD |
| 22           Plaintiffs, | **DECLARATION OF DAVID C. FATHI** |
| 23           v. | |
| 24  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 27           Defendants. | |

LEGAL139328379.1

1    I, DAVID C. FATHI, DECLARE:

2        1.    I am the Director of the ACLU National Prison Project, and am an attorney admitted *pro hac vice* in this matter, and co-lead counsel for the plaintiff class. I have personal knowledge of the matters set forth herein and could testify competently thereto.

**Angela Fischer**

       2.    On March 2, 2018, my office received an unsolicited email from Angela Fischer, who identified herself as a person working for Corizon in the Arizona Department of Corrections. The message expressed Ms. Fischer's concern about medical and mental health care and attached a number of documents purporting to illustrate that concern. Attached hereto as **Exhibit 1** is a true and correct copy of Ms. Fischer's March 2, 2018 email. Attached hereto as **Exhibit 2** are true and correct copies of the redacted documents she sent us on March 2.

       3.    On March 7, 2018 Jennifer Onka, a paralegal in my office, acting upon my instructions, emailed Ms. Fischer to say that as she was a current Corizon employee and Corizon was represented by counsel, we were unable to speak with her without the consent of Corizon's counsel. I instructed Ms. Onka to send this message because I was previously advised by ethics counsel in the Phoenix office of Perkins Coie that pursuant to the Arizona Rules of Professional Responsibility, this was the most prudent approach to respond to people who currently work for Corizon and/or ADC who contact Plaintiffs' counsel. The same day, Ms. Fischer responded by email, saying that she had submitted her resignation and that her last day with Corizon would be March 21. Attached hereto as **Exhibit 3** is a true and correct copy of the March 7, 2018 email exchange between Ms. Fischer and Ms. Onka.

       4.    On March 22, Ms. Fischer emailed our office, saying that she was no longer a Corizon employee. Attached hereto as **Exhibit 4** is a true and correct copy of Ms. Fischer's March 22, 2018 email.

       5.    On March 29, Ms. Fischer emailed our office and attached additional documents. Attached hereto as **Exhibit 5** is a true and correct copy of Ms. Fischer's

LEGAL139328379.1

1  March 29, 2018 email.  Attached hereto as **Exhibit 6** are true and correct copies of the
2  redacted documents she sent with the March 29, 2018 email.

3        6.      On April 5, 2018, I telephoned Ms. Fischer and asked if she would consent
4  to the filing with the Court of the documents she had sent to our office; she gave her
5  consent.  The call lasted one minute and seventeen seconds and included no discussion of
6  any matter other than the filing of the documents and the disclosure to the Court of her
7  identity.

8        7.      Immediately after the April 5 call, Ms. Fischer emailed me and asked that
9  we ensure that all patient information was redacted from the documents she had sent us
10 before they were filed with the Court.  I responded and assured her that we would do so.
11 Ms. Fischer then emailed me and mentioned additional documents in her possession.  I
12 have not responded to the latter email.  A true and correct copy of this email exchange is
13 attached hereto as **Exhibit 7.**

14 **Defendants' Failure to Produce an Updated Monitor Guide**

15       8.      The most recent version of Defendants' Monitor Guide that has been
16 produced to Plaintiffs is dated October 20, 2017.  Since that time, the Court has issued
17 orders directing Defendants to modify their monitoring methodology for several
18 performance measures, including PM 1, 2, 4, 77, 85, 94, 95, and 97 (*see* Doc. 2456 at 4;
19 Doc. 2474 at 1; Doc. 2551 at 1-2).

20       9.      On January 25, 2018, I sent a letter to Defendants agreeing to their proposed
21 Monitor Guide language for PM 1 and 2, and proposing language for PM 4 and 77.  My
22 letter also asked when Defendants would issue a revised Monitor Guide reflecting the
23 Court's rulings.  A true and correct copy of that letter is attached hereto as **Exhibit 8.**

24       10.     On February 5, 2018, Defendants' counsel Ashlee Hesman responded to my
25 January 25 letter, agreeing to Plaintiffs' proposed Monitor Guide language for PM 4 and
26 77, and adding that "[w]e will issue a revised Monitor Guide this week to reflect the
27 recent methodology changes."

28

11. On April 4, 2018, having not received the revised Monitor Guide, I emailed Ms. Hesman to request that it be produced. A true and correct copy of that email exchange is attached hereto as **Exhibit 9**. I have received no response to this email.

**Defendants' Failure to Produce Documents Requested in 2017 and 2018**

12. Defendants have failed to produce documents that Plaintiffs have requested as long ago as August 2017. Attached hereto as **Exhibit 10** is an April 2, 2018 letter from Defendants' counsel Richard Valenti to Plaintiffs' counsel, stating Defendants' objection to producing some of the documents requested.

13. Attached hereto as **Exhibit 11** is an April 3, 2018 letter from Plaintiffs' counsel Corene Kendrick to Mr. Valenti, responding to Defendants' objections and reiterating Plaintiffs' document requests. The letter concludes, "If you continue to refuse to provide documents responsive to any of these requests, please advise when you can have a telephonic meet-and-confer this week."

14. Attached hereto as **Exhibit 12** is an April 5, 2018 email from Mr. Valenti to Plaintiffs' counsel declining to engage in a meet-and-confer as requested. Although Mr. Valenti's email states "Defendants plan to produce a number of documents to Plaintiffs today," no such production occurred on April 5, 2018.

**February 2018 Staffing Report**

15. Attached hereto as **Exhibit 13** is the February 2018 ADC/Corizon health care staffing report, produced by Defendants to Plaintiffs.

**Defendants' Failure to Respond Regarding Influenza Vaccination**

16. Paragraph 12 of the Stipulation requires that "[a]ll prisoners will be offered an annual influenza vaccine." [Doc. 1185 at ¶ 12(a)] On January 26, 2018, Plaintiffs' counsel wrote to Defendants' counsel to inquire about Defendants' compliance with this requirement during the winter flu season. [*See* Doc. 2634-1 at 15-25] As pointed out in Ms. Kendrick's April 3, 2018 letter (*see* Ex. 11 at 6), Plaintiffs have received no response to this inquiry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April, 2018, at Washington, DC.

   s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
        afettig@aclu.org
        vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       jross@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL139328379.1              -6-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL139328379.1        -7-