# EXHIBIT 6

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Friday, November 03, 2017 8:09 AM |
| **To:** | Goldberg, Jeff; Burnetti-Atwell, Mariann |
| **Subject:** | Arizona Mental Health Update |

Good Morning Dr. Burnetti-Atwell and Board Chairman Goldberg,

As you are both aware I have been in communication with members of the Arizona team regarding the issues and challenges that result in organizational confusion and poor patient care on our contract. I have run into another road block in the pursuit of resolution of these issues. On October 24th, 2017, I requested a staffing on a patient, ▇▇▇▇ Patient▇▇▇ had an unsuccessful suicide attempt by hanging in our facility on 10/17/2017. I invited Dr. Calcote, Dr. Urdaneta (Regional Psychiatric Director), Dr. Taylor (Phoenix Mental Health Director) and Dr. Leonard (Associate Mental Health Director) to participate in this staffing, as the patient was demanding to speak to Dr. Calcote regarding his placement in the prison system. The reason I addressed these individuals is because Dr. Calcote has met with this patient previously, as recently as 10/13/2017, and the patient believes he was told by Dr. Calcote, that Dr. Calcote would be back to see him and he hadn't returned. I included Dr. Urdaneta in this invitation as he had been seeing the patient onsite regarding his self-injurious behavior and was acting as his primary psychiatrist. I included Dr. Taylor in the email because he is my direct supervisor and I included Dr. Leonard because she has been a point of contact for the Phoenix complex for the last year.

I met with this patient on 10/17/2017, prior to his suicide attempt. During that session, he refused to participate in the DBT session I had prepared, and demanded to speak to Dr. Calcote. I left the session to inform the officer that the patient requested termination of the session. When I came back into the room, the patient's handcuff had been removed and he had gotten a hold of a fire extinguisher. As I walked into the room, the patient stated, "you might want to get out of here" and he lifted the fire extinguisher and pointed it at me. I thanked the patient for telling me, backed out of the office, and notified the officer that the patient was out of his cuff and had acquired a fire extinguisher. After speaking with the Deputy Warden and Dr. Taylor, the patient was placed on a constant suicide watch and was placed back in his cell without incident. Once in his cell, he took strips of sheets that he found in the legs of the bed, tied them around his neck, attached it to the sink, and was found unconscious less than 30 minutes later; all while on a constant suicide watch. He was taken to the hospital and fortunately he came through this event physically unscathed. Since this suicide attempt, I routinely see officers either sleeping while posted on their constant suicide watches or they have abandoned their posts altogether and are nowhere to be found. I report these issues each and every time they occur, yet it happens day after day after day.

In talking with the patient▇▇▇ during a watch assessment session on the 24th, I learned that his motivation in using the fire extinguisher was to try to force a conversation with Dr. Taylor and Dr. Calcote regarding his watch and future placement, and to complete the conversation he had with Dr. Calcote on the 13th, as it is his perception, that Dr. Calcote holds the power regarding his treatment and placement. On 10/24/2017, the patient informed me that the suicide attempt was born of his frustration with the system, being lied to, and not feeling heard, which is what prompted my request for a multidisciplinary staffing with the professionals that have been treating this patient. My request for a staffing to plan for this patient's future, was met with this response from Dr. Calcote:

"We need to talk about having Fischer go through her supervisor rather than making end runs around him. I am afraid we are undermining Dr. Taylor's authority by allowing her to continually go to Dr. Urdaneta, Dr. Leonard, and me. We need to look at some role clarification as the administrative and clinical roles and boundaries are becoming quite blurred. I think some of this is due to the Clinical Director position having been vacant for so long, Dr. Leonard filling-in, and Dr. Urdaneta functioning as an on-site psychiatrist. She has contacted the Chairman of the Board recently and engages in correspondence with Dr. Atwell which seems to have reinforced her sense of empowerment.

1

Does this make sense?"

I am not sure he meant to 'reply all' to this email, however this is the response I received as this patient's treating clinician, when asking to staff a patient that has had multiple suicide attempts and remains at great risk for self-harm. To date this staffing has not taken place.

On another note, I informed you both on 10/13/2017, that I provided a strategic planning proposal for the Arizona mental health team based on a meeting I had with Dr. Calcote and Lynn Cole on 10/5/2017. My hope in strategic planning was to uncover strengths in our Arizona ranks and to get a greater understanding of the challenges in meeting our corporate mission, as there appears to be a misconception that all of our problems are due to insufficient staff. While I believe a great deal of our issues are owed to being understaffed, I do not believe they are all a result of this. In my mind, the greatest issue we face is ill conceived symptomatic solutions to problems that put out the fire of the day, but lead to even more insidious problems. These solutions are not sustainable and lead to even more chaos. The organizational confusion, communication difficulties, systemic inefficiencies, and symptomatic solutions being implemented are startling; starting with various clinicians meeting with patients from various sites, making deals and promises to patients, offering little to no communication with the treating clinicians onsite. It is my greatest hope that we can move from being output driven to outcome driven. It doesn't matter if we check all the boxes, if patients continue to suffer needlessly because of our disorganization.

We held our first strategic planning meeting on 10/27/2017 and the decision was made to begin strategic planning activities with an employee survey. I submitted this employee survey to the team of people Dr. Calcote invited to the strategic planning meeting (see attached survey). I was informed by Dr. Calcote on November 1, 2017, that he was advised by Clair Cochran, VP Employee Relations and Workers Compensation, that we are not permitted to engage in strategic planning at the state contract level and that planning is a corporate function. He referred me back to Dr. Taylor regarding any issues that I have moving forward.

It appears, based on Dr. Calcote's representation of my communications with both of you, that feeling empowered and speaking courageously will result in hand slapping and being told to step back in line by Dr. Calcote. I have been in corporate America and have worked in governmental agencies for decades. Operational inefficiencies can be found in any organization. It would be my hope that the team would be motivated to work together toward eradicating those inefficiencies. Most often organizational and operational inefficiencies result in reduced production, loss of revenue, or employee turnover; unfortunately, the issues in Arizona are literally ending up with Corizon staff being assaulted, patients trying to kill themselves, and patients dying; this is beyond the pale.

It seems in my best interest, but tragically not in the best interest of the patients, that I cease initiating communication with both of you, as I fear for my job if I continue to communicate with you or pursue the items outlined in my original letter dated 7/21/2017 and the action items documented from the meeting with Dr. Calcote and Lynn Cole. Sadly, not one of the items I outlined has been fundamentally rectified. I am, of course, at your service. If there is anything I can do to be of greater service or support our overarching corporate vision, please do not hesitate to contact me.

Regretfully,

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward

FISCHER 020



Office: ▇▇▇▇▇ Ext. ▇▇▇▇▇
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

3

FISCHER 021

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Wednesday, January 03, 2018 12:11 PM |
| **To:** | Watts, Richard; Eddie Taylor (Eddie.Taylor@corizonhealth.com); Gurnsey, Art; Oliver, Jayne; Urdaneta, Leonel; Mason, Sally |
| **Subject:** | ██████████ |

Hi Watts,

I have been meeting with IM ████ weekly and sometimes more, and haven't really noticed the intense itching she was experiencing previously, however today I met with her and she was really scratching at her elbows, which are now raw and pretty bumpy.  I know there was a referral for her to go to outside dermatology and I wondered what the status of that referral is.  Is it possible to jump back in here and see if there is anything else we might do to help her?  She is quite depressed and hopeless at this point.

Dr. Urdaneta and NP Oliver… IM ████ seems to be unable to connect with the psych provider via telepsych.  At her last visit with Dr. Carr, he noted that although she had a flat affect, she was hopeful and not in distress.  This presentation is very different than the one we see on the unit and I am afraid the psych providers are not able to see the severity of her grief and despondence.  During the telepsych meetings it is as if she were watching television.  It is pretty unusual.  Would it be possible for her to be seen in person?  She was last seen on 12/9, so she will be due for her follow-up in the next week.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ████████ Ext. ████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

FISCHER 022

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Wednesday, November 29, 2017 4:56 PM |
| **To:** | Raza, Syed; Urdaneta, Leonel |
| **Cc:** | Eddie Taylor (Eddie.Taylor@corizonhealth.com); Mason, Sally |
| **Subject:** | IM ███████ |

Hello Dr. Raza and Dr. Urdaneta,

IM  is the inmate who suffered from a rash for quite some time. Taking her off the Olanzapine really helped and she was getting great relief from the rash and itching. However, she was placed on Depakote on 11/22/2017 and has started to develop rash and itching symptoms again. I looked up both medications and both appear to have a side effect of rash/itching. Would it be possible to stop her Depakote at this time and reconsider her psychiatric needs at her next appointment? I am not sure what other medications might work for her, but as it stands currently she cannot adequately function/program in her current physiological condition.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward

**CORIZON**
HEALTH

Office: ███████ Ext. ███████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

FISCHER 023

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Monday, November 20, 2017 8:33 AM |
| **To:** | Eddie Taylor (Eddie.Taylor@corizonhealth.com); Watts, Richard; D Alessio, Barbara |
| **Cc:** | Mason, Sally; Aguilar, Luis; Gurnsey, Art; Holbrook, Steven |
| **Subject:** | ███████████ |

Hi all,

In Nurse Aguilar's note dated 11/18/2017 @ 17:54 it states, "Inmate states her mind is busy, she hasn't been able to sleep for 96 hours and that the doctor she saw this morning prescribed her sleeping medication. Risk for mood dysregulation." However, I see no note that she was seen 11/18/2017 and there are no new prescriptions ordered for this inmate on that date. On Friday, I requested that she be added to the Saturday psych line and I am hoping that she was indeed seen. IM ███████████ appears to be moving into a manic episode with racing thoughts, pressured speech, reduced sleep. Is there someone we can follow-up with to verify that she was seen and to find out about the med order?

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ███████████ Ext. ███████████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

FISCHER 024

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Friday, November 17, 2017 2:32 PM |
| **To:** | Taylor, Eddie |
| **Subject:** | RE: tele-psych Saturday |

IM███████needs to be seen for tele psych this weekend.  She appears to be cycling into a manic episode with loss of sleep, racing thoughts and increased energy and anxiety. She had a manic episode shortly after she came to George which preceded her PMRB.  She is asking to be seen because she is uncomfortable and hasn't slept "for over 72 hours."  Can we make sure she gets seen on Saturday?

Thanks,
PA Fischer

---

**From:** Taylor, Eddie
**Sent:** Thursday, November 16, 2017 12:07 PM
**To:** Aaron, James; Chahine, Alecia; Collier, Marcus; Ekeinde, Sandra; Fischer, Angela; Greene, David; Hinojos, Paul; Lowder, Lisa; Mason, Sally; McCaw, Joseph; Ortega, Diane; Pelton, Ashley; Salz, Donald; Sessions, Audrey; Straub, Brian; Tillman, Angela; Walker, Michael; Wilson, Maritta
**Subject:** tele-psych Saturday

Dear Team,

Please send a list of patients who will need to see psychiatry, this weekend.

Thank you,

Dr. Taylor

FISCHER 025

## Fischer, Angela

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Tuesday, October 10, 2017 8:55 AM |
| **To:** | Watts, Richard; Gurnsey, Art; D Alessio, Barbara; Ortega, Diane |
| **Cc:** | Mason, Sally; Leonard, Stephanie; McCaw, Joseph; Taylor, Eddie; Calcote, Lynn |
| **Subject:** | RE: ████████████ |

I reviewed her medical record and there is not one refusal for any topical cream that she has been prescribed. I think we are all on the same page regarding her use of the prescribed medication and I am certainly encouraging her to comply with the treatment being provided. When I spoke to her yesterday she indicated that is using the creams, although she states they are not working. She states that there is insufficient cream to address all the areas of her body that have a rash or are itchy. Is there any chance that she can be given more each time and taken into the treatment room so the nurse can observe her applying the cream?

The DW also stated in a DW meeting that she would order special laundry detergent for her. Does anyone know if that has been delivered and is being used?

It is very difficult watching her suffer with this week after week. The rash is observable and she is often seen rubbing and patting her arms and legs. She is in tears about this every single time I talk to her. I sure hope the consult comes through quickly.

Thanks for all you do to make sure our patients get the best care possible!!!!

Have a great day,
PA Fischer

**From:** Watts, Richard
**Sent:** Monday, October 09, 2017 3:59 PM
**To:** Fischer, Angela; Gurnsey, Art; D Alessio, Barbara; Ortega, Diane
**Cc:** Mason, Sally; Leonard, Stephanie; McCaw, Joseph; Taylor, Eddie; Calcote, Lynn
**Subject:** RE: ████████████

An dermatology evaluation is being arranged for her and has been in process since 09/27.. **Unfortunately, dermatology appointments are not considered to be emergent so getting an appointment scheduled is burdensome. In the meantime, everyone should be encouraging her to use the high potency creams that were provided to her in mid-September. I am hearing that she refuses the use the medication as prescribed because she feels like "it is not working". Generally speaking, dermatology creams need to be consistently used over a period of time (usually at least 10-14 days)in order to reduce symptoms. Perhaps if we all are delivering the same message about adhering to the use of the creams until a consult can be scheduled, she will agree to be more compliant about using them.**

Thanks.

Richard Watts, RN
Facility Health Administrator, Phoenix Complex
Phone: ████████ ext. ████
Cell Phone: ████████
Fax: ████████

1

2500 E. Van Buren St. | Phoenix, AZ 85008
www.corizonhealth.com

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail.

**From:** Fischer, Angela
**Sent:** Monday, October 09, 2017 3:32 PM
**To:** Gurnsey, Art; D Alessio, Barbara; Ortega, Diane
**Cc:** Watts, Richard; Mason, Sally; Leonard, Stephanie; McCaw, Joseph; Taylor, Eddie; Calcote, Lynn
**Subject:** RE: ███████████████

Hi all,

Just wondering what the status is on IM ██████ medical treatment. She still presents with raised welts all over her body. I can clearly see the ones on her arms and she lifted her shirt and there are indeed welts on her abdomen. I asked her to refrain from showing them to me since I am not a medical provider. She is tearful and has been for weeks regarding this. She states that the ones on her legs are even worse than the ones on her arms. She states the rash has moved to her feet and is between her toes at this point. I know there was a concern that she was not using the topical medication she was given, however she states that the medication that was found in 1 cup in her room was being saved until after her shower because it is being offered sparingly. This IM is clearly suffering and it has been going on for months at this point. She is convinced that it is scabies and is requesting the scabies treatment and is being denied this treatment. Is there a huge risk to providing this antibiotic even if it isn't scabies? At this point she is decompensating psychiatrically due to the distress from the itching and the lack of sleep. Can someone provide an update?

Thanks,
PA Fischer

**From:** Fischer, Angela
**Sent:** Wednesday, August 09, 2017 12:20 PM
**To:** Gurnsey, Art <Art.Gurnsey@corizonhealth.com>; D Alessio, Barbara <Barbara.DAlessio@corizonhealth.com>; Ortega, Diane <Diane.Ortega@corizonhealth.com>
**Cc:** Watts, Richard <Richard.Watts@corizonhealth.com>; Mason, Sally <Sally.Mason@corizonhealth.com>; Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>
**Subject:** ███████████████

Hi all,

I have a problem here on George Ward that needs attention.

IM ██████ reported to me today that she has been denied the ability to submit an HNR. She states that she has asked repeatedly for one and the officers refuse to supply one. She was moved today from CSW to a 10'MHW, thus she does not have a writing instrument. What is the protocol for someone on watch writing an HNR? During my session with her today I noticed about 30 or more red welts on her arms and legs. She complains of itching and scratches at herself throughout the session. She said she had scabies and I verified this in our medical record. This IM had reportedly not had a shower in 3 days and was in a watch cell that smelled of urine. I talked to Sgt Wager last night and requested that the IM be given a shower and she indicated that IMs on watch in George are not permitted to shower because they don't have a cage shower like we do in Baker. Wager indicated that she was told the women needed to use 'wet wipes' until they are off watch. Fortunately the officer today took matters into her own hands and got the inmate a shower and had her cell cleaned out with a bleach solution, however it still smells faintly of urine. Both ██████ and ██████ have been urinating in their rooms because they say they are not permitted to come out of the enclosures to use the toilets

2

frequently enough.  These inmates were on constant watch with an officer watching each one.  It seem to me that we should be able to get them the ability to use the toilet whenever they want, without waiting.  I need some assistance over here to make sure that our inmates on watch receive proper medical attention including the ability use the restroom, to submit HNRs, and proper hygiene opportunities.

Shall I fill out an HNR for her?  Is there someone on the corrections side that I should forward this information to?

Thanks,
PA Fischer

FISCHER 028

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Friday, September 22, 2017 10:34 AM |
| **To:** | Gurnsey, Art; Watts, Richard |
| **Subject:** | IM ███████ |

Hi Nurses Gurnsey and Watts,

IM ███████ asked to speak to me about her itching for the second day in a row.  Both days she has been crying and stating that she is in extreme physical discomfort.  She is aware that there will be some allergy testing available.  I asked her to submit and HNR and she states she feels she is just being "put off" and that she has been suffering for months with this.  Have we exhausted every kind of cream and ointment that can be given to her?  She has bumps on her arms that are clearly visible.  She reports that her legs, back, stomach, buttocks and vagina are now also covered in bumps.  I imagine you guys are trying your best to help her, however I would feel badly for not bringing this to your attention due to her repeated distress over the situation.

Hope your day is going well,
PA Fischer

**Angela Fischer, LPC, CCHP**
**Psychology Associate**
George Ward



Office: ███████ Ext. ███████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

Psychology Associate

1

## Fischer, Angela

**From:** Fischer, Angela
**Sent:** Tuesday, January 16, 2018 5:09 PM
**To:** Calcote, Lynn
**Cc:** Leonard, Stephanie; Taylor, Eddie; Urdaneta, Leonel; Oliver, Jayne; Watts, Richard; D Alessio, Barbara
**Subject:** Concerns about Quiet Ward Patient Care

Good afternoon Dr. Calcote,

I am writing today to express concern about the difficulty I am experiencing trying to get patients the timely psychiatric care and level of treatment they need. Here are two cases to consider:

IM ███████

I requested that IM ███████ be seen by a psychiatric provider on 12/4/2017. As of today, he has not been seen by a psychiatric provider. Here is the trail of email that I have sent to try to get this patient care:

On 12/4/2017 I emailed Dr. Taylor the following:

> We also need a game plan for IM ███████ He was released at the beginning of September from Baker Ward to Desert Vista. He has recurrent (sometimes daily) psychotic episodes where he becomes enraged and breaks the metal beds and shouts at a woman regarding a child. As long as I was on Baker he was never able to house with anyone. I don't believe his Geodon was sufficient for his psychotic symptoms, but he would never agree to anything else. While on release it sounds like he was receiving an injectable antipsychotic which might be better for him. Desert Vista may have already gotten a COT on him, if so we could begin the injections if the psychiatric provider feels it would be beneficial to him. I think Baker may be the best place for him at this time.
>
> Let me know what the next steps are for him as he is due to be released from watch in the next day or two.
>
> Thanks,
> PA Fischer

On 12/5/2017 I emailed St. Pierre, the COIII, Dr. Udaneta, Dr. Leonard and Dr. Taylor the following:

> I would like to engage all of you in a discussion about IM ███████ IM ███████ was a fixture on Baker Ward for quite some time prior to his release to Desert Vista in September. I believe he was at Desert Vista about a month. He was given an injection antipsychotic which he vehemently refused while here in Baker Ward. I am wondering if Desert Vista got an order for COT for medications and if we can use that COT to continue injectables here. He is more lucid now than he has been in the past, however I fear that he will decompensate if he simply resumes the Geodon he was taking prior to his release. During his long stay in Baker he had frequent recurrent psychotic episodes where he was heard shouting to a woman regarding a child. This happened several times per day. I am hoping that we can get some records from Desert Vista regarding any orders that were made. We also might get records from his SMI clinic that would be instrumental in our treatment.

1

FISCHER 030

On 12/8/2017, I emailed Dr. Taylor regarding my concerns about him being moved out of Quiet Ward without a plan. I expressed concerns about him being moved back to processing without consulting mental health.

On 12/8/2017, I submitted a referral to Baker for this IM while we awaited the COT information.

On 12/11/2017, I sent an email to Dr. Taylor, Struab and Dr. Udaneta indicating that the IM was on COT. I requested a PMRB if the IM would not be willing to consider medication that is more efficacious than the Geodon. I asked for a staffing about this patient on this date as well.

On 12/29/2017, after sitting in processing for 18 days, I noticed that he was on CSW again. I emailed Dr. Salz, Dr. Taylor, Straub and Dr. Urdaneta again and attached the COT documents. I sent the referral for Baker again. I also requested that he be considered for another medication by psychiatry.

Dr. Salz emailed me back on 12/29/2017 to state that the IM was reportedly refusing his medication for weeks in processing.

On 1/11/2018, I emailed St. Pierre, Dr. Urdaneta, Dr. Leonard and Dr. Taylor and requested that we get copies of the medication records from his clinic and Desert Vista so we could continue the treatment he had at Desert Vista and in the community. I also emailed Dr. Taylor and Dr. Leonard again on the 11th asking that he be staffed for Baker Ward.

Today I was informed that this SMI IM, who has not been seen by psychiatry once since he arrived on November 26th, is being sent to Tucson on suicide watch, rather than being evaluated by our psychiatric providers and staffed locally regarding his needs.

IM ███████████

On 12/12/2017 I sent the following email to Dr. Taylor, Dr. Pelton and Dr. Urdaneta:

> IM ███████ has been refusing his medication and he has not been eating. He lays in his cell most of the days and is plagued by some paranoia and hopelessness. I think we may need to PMRB him. Who can initiate that?

On 12/20/2017 I sent the following email to Dr. Taylor, Dr. Pelton and Dr. Urdaneta:

> I have inquired on 12/12, 12/13 and 12/18 regarding a plan for IM ███████████ I suggested the possibility of a PMRB for him and haven't heard where we are in the this process. He has been eating, but is still somewhat sporadic on taking his medication. We need to discuss this case and get a game plan together for him.

On January 2, 2017 I sent the following email to Dr. Taylor, Dr. Pelton and Dr. Urdaneta:

> Any word on ███████ PMRB? We are going on three weeks since I first requested this. He makes gains for a few days followed by continued periods of self-harm, paranoia and psychosis. His compliance with medication is sporadic at best. He has refused to come out of his days several days in a row now. I think we need to do something more to help him move through this episode.

On January 3, 2017 Nurse Dale sent the following email to Dr. Taylor, NP Oliver, FHA Watts, DON DAlessio, Supervisor Erb, Nurse Force, Dr. Urdaneta and myself:

FISCHER 031

████████████ – continues to decompensate. He has not been eating for a couple days now too. Last night it is not marked that he ate or refused. Today he just told the officer that he already ate & was not hungry. He has not eaten today. His cell smells very bad. I do not know the last day he showered.

On January 4, 2017 Nurse Dale sent the following email to the same parties listed above:

VS wt. 217 (19lb loss) 97.5-90-16 115/97 98%. Fischer is talking to him now. I could hardly stand the smell doing vitals. They will try to get him in shower next. He is refusing food & water this am. He said he urinated once yesterday. The officer has a urine cup so we can try to do a dipstick. Dennery is also talking to him now.

His PMRB was held on January 9th.

This morning Nurse Dale sent the following email:

████████ has taken his am medications for 3 days in a row! & is sleeping on the bed instead of the floor now.

I am pleased at the progress the IM has made since his PMRB, but I am concerned that he needlessly suffered for 4 weeks, including a 19lb weight loss, instead of being seen promptly to address his acute psychiatric needs.

Finally, I have serious concerns about the Quiet Ward and the difficult I have had in several areas:

1. The Quiet Ward is not being adequately cleaned and maintained. After months of expressing concerns to Corizon and DOC, a porter from John Ward has been assigned to this unit, however the cells are not being cleaned adequately. When one inmate moves out, another moves in right behind them. I have been told by multiple patients that there is blood and feces in the cells and I have asked repeatedly that this situation be rectified.

2. There is not enough space to see patients. Medical, nursing, and psychiatry share one office. We used to have two offices, but one of them was turned into a break room. I have repeatedly asked that a schedule be developed so everyone can get their work done in a timely fashion and to date this has not happened. I have proposed multiple ideas to address this concern including putting another restraint chair in the John education room or treatment room.

3. The Quiet Ward interdisciplinary staffings are not being held routinely. Here is the list of emails I have sent trying to get the interdisciplinary staffings scheduled:

On 12/29/2017 I emailed Dr. Taylor the following:

I am afraid Quiet patients are falling through the cracks due to the lack of consistent meaningful collaboration regarding their mental health needs. Since the inception of our weekly staffings on 10/27/2017 we have had only 5 of the 9 weekly meetings and several of those meetings did not have the representatives from most of the functional areas present, e.g. security, psychiatry, or leadership staff. On December 8th I requested that we move the meeting date, time and place to accommodate the other participants that need to be there. The newly selected date and time was not convenient for PA Struab and Dr. Urdaneta. What other date, time and place do you propose so that these patients can be staffed at regular intervals?

FISCHER 032

On 1/9/2018 I inquired with Dr. Taylor as follows:

Are we going to start doing this meeting at 12:30 in Baker on Thursdays?

On 1/11/2018 I email Dr. Taylor as follows:

I talked to Straub at the DW meeting about this and he insists that this meeting cannot happen on Baker on Thursdays.  We need a time to meet regularly regarding the Quiet inmates and the meeting needs to include people who are able to make decisions regarding placements.  Not sure how else to stress the importance of this.  Inmates that need inpatient psychiatric treatment are falling through the cracks rather than being properly moved into the needed level of care.  Please advise.

I have been trying collaboratively and collegially to raise my concerns to no avail.  I am hoping that we can all work together to see to it that the Quiet Ward inmate's needs are addressed in a timely fashion.

Thank you for your consideration,
PA Fischer


**From:** Taylor, Eddie
**Sent:** Tuesday, January 16, 2018 1:32 PM
**To:** Salz, Donald; Fischer, Angela
**Subject:** RE: Rincon watch for Thursday 01/18

Staffed.

████████████ will be placed at Tucson with an out date of 2/2018.


**From:** Salz, Donald
**Sent:** Tuesday, January 16, 2018 1:07 PM
**To:** Fischer, Angela; Taylor, Eddie
**Subject:** RE: Rincon watch for Thursday 01/18

Great info.  Thanks.

D. Salz, EdD
Psychologist
ASPC – Phoenix Complex



E-Mail: Donald.Salz@corizonhealth.com
2500 E. Van Buren St. Phoenix | Arizona, 85008
www.corizonhealth.com


**From:** Fischer, Angela
**Sent:** Tuesday, January 16, 2018 1:00 PM
**To:** Salz, Donald; Taylor, Eddie
**Subject:** RE: Rincon watch for Thursday 01/18

4

IM███████was in Baker Ward for quite some time, with frequent violent psychotic episodes which included screaming at a woman to get a child out of his cell. When he first arrived back in prison he was more communicative than I'd ever seen him. He is now back to expressing more negative symptoms of psychosis, withdraw, poverty of speech and lack of motivation. I would like to see him placed on different medication and have acquired the COT that was completed on him last time he was released from prison, but so far I haven't been able to get his medication reviewed. I will request a review again today.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ████████ Ext. ███████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

**From:** Salz, Donald
**Sent:** Tuesday, January 16, 2018 12:20 PM
**To:** Taylor, Eddie; Fischer, Angela
**Subject:** RE: Rincon watch for Thursday 01/18

████████appears to have SI for secondary gain. He refuses counseling opportunities and does not appear to be in distress, except for some depressed affect. He even consistently says his meds are working well.

████████should be able to come off watch. He is doing well. He wants a MH program however, as he appears to genuinely want to turn his life around.

Salz

**From:** Taylor, Eddie
**Sent:** Tuesday, January 16, 2018 12:10 PM
**To:** Fischer, Angela; Salz, Donald
**Subject:** FW: Rincon watch for Thursday 01/18

These patients are being considered for placement at Tucson on the Watch unit. They will be assessed and placed based upon their mental health needs. Do you have any feedback or input regarding these patients? ████████████ will be staffed today regarding placement on Baker, as well.

**From:** SANTRY, MAUREEN [MSANTRY@azcorrections.gov]
**Sent:** Tuesday, January 16, 2018 11:54 AM
**To:** Watts, Richard; Taylor, Eddie; Johnson, Gayle; Erb, Christy

FISCHER 034

**Cc:** ECCLES, WENDY
**Subject:** Rincon watch for Thursday 01/18

| | | | 10 min watch | |
|---|---|---|---|---|
| | | | 10 min watch | |
| | | | | |

I know I'm a little early but these inmates have been classified and the DW wants them moved on Thursday.  Can you please advise meds needed etc and let me know.   I'm off Th/Fr so I want to make sure they're ok

COIV Santry
Alhambra Classification

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail

FISCHER 035

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Thursday, January 25, 2018 1:08 PM |
| **To:** | Calcote, Lynn |
| **Subject:** | FW: IM███████ |

Hi Dr. Calcote,

Per your request, this is a reminder to staff IM███████ for movement. As seen below, I staffed this case with Dr. Taylor in mid-December and at the time the Baker team decided he should stay at Baker. I wonder if a change of scenery can help move him forward.

Thanks for your time,
PA Fischer

---

From: Fischer, Angela
Sent: Friday, December 15, 2017 1:27 PM
To: Eddie Taylor (Eddie.Taylor@corizonhealth.com)
Subject: IM███████

I was reviewing IM███████'s chart and it appears that he has been on some kind of watch over 230 days this year. He has had repeated incidents of self-harm, including removing his toenails several times, removing part of his eye lids, ears, and picking at his scalp until he has large infected wounds. He does not appear to go outside and has possibly been indoors in that cage for many months. I believe he should have the opportunity to visit with his family, even if he is on watch. COIII Jones said he speaks to the patient's mother weekly, and she is very concerned about her son. Perhaps it is time for a change a scenery for him. Ideally he would go to ASH as I believe he needs a level of care that is not available in the prison system. If this is not possible I wonder if he could be moved up to Quiet, if only to see if we can move him out of the rut he seems to be in. I am working on a treatment plan as we discussed this morning, which is another reason I think it might be better if he came up to Quiet if ASH is not an option.

Angela Fischer, LPC, CCHP

Psych
Attachments:
  image001.jpg (17 KB)
http://chevarchsvr01.corizonhealth.com/EnterpriseVault/ViewMessage.asp?VaultId=1479BF03EB5C6C942BC0B8F64B1F
D5ECF1110000EVSITE01&SavesetId=201801156045296~201712152026000000~Z~D02E030ABF1373E67A17736D81DC3
521&AttachmentId=1image001.jpg

FISCHER 036

**RE: IM** ██████████████████████

Straub, Brian
**Sent:** Friday, December 15, 2017 4:03 PM
**To:** Taylor, Eddie; Fischer, Angela

I think a change would be good. When I worked at AzSH there was a patient very similar to ████
and he had a 1:1 support staff (technician) with him 24 hours a day. I don't know much about Quiet, so
I would defer to you Ms. Fischer if that would be a good fit for ████████. ████████ has not gone outside
for some time and can say that ████████ generally declines to go outside for whatever reason. His
mother does have contact with Jones and ████ has informed me that he does not experience his
mother as a support, although Mr. Jones describes her at that. At this point in time, I would be
surprised if ████████ would want to visit with his mother, however he could have changed his mind. I
think we should consult with him on what he wants with external supports.


Kindly,


Brian Straub, LCSW

Psych. Associate Baker Ward

Extension: ████


From: Taylor, Eddie
Sent: Friday, December 15, 2017 1:32 PM
To: Fischer, Angela
Cc: Straub, Brian
Subject: RE: IM ████████████████████


I have Cc'd PA Straub on this email.


Thank you.


_____

**Attachments:**
  image001.jpg

                                                                        (17 KB)



March 5, 2018


Eddie Taylor, Ph.D.
Mental Health Director, ASPC Phoenix
234 E Van Buren
Tempe, AZ 85284

Re: Resignation

Dr. Taylor,

Please accept this letter of resignation from the position of Psychology Associate. My last day at Corizon will be March 21st. Just this morning an inmate on watch was brought to me without restraints in John Ward and the George Ward officer was off the unit while unsupervised inmates were outside. I can no longer continue to work in an environment where my safety is not protected. This is a pattern that has been reported and repeated for many months. Please let me know if there is something specific that you would like me to do to make the transition as smooth as possible.

Best regards,

Angela Fischer, LPC, CCHP
Psychology Associate

Cc:    Richard Watts
        Gayle Johnson

FISCHER 038