# EXHIBIT 7

| | |
|---|---|
| **From:** | Angela Fischer |
| **To:** | David Fathi |
| **Subject:** | Re: Angela Fischer - Redacting |
| **Date:** | Thursday, April 05, 2018 1:18:15 PM |

I have about half a ream of documents that demonstrate issues.  I am not sure what would beneficial to your case.  Would you like me to send those to you before you file with the court?

Thanks,
Angela

On Thu, Apr 5, 2018 at 7:45 AM, David Fathi <dfathi@aclu.org> wrote:

Dear Ms. Fischer,

Yes, we will ensure that all patient information is redacted.

Thanks very much,

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
*Not admitted in DC; practice limited to federal courts


**From:** Angela Fischer [mailto: ███████████ ]
**Sent:** Thursday, April 05, 2018 10:42 AM
**To:** David Fathi
**Subject:** Angela Fischer - Redacting

Thank you for your call Mr. Fathi.  Would you kindly have someone make sure that all patient identifying information is redacted in the event that I missed anything?  I do not want patient data shared from those emails.  I realize that I may need to testify regarding specific patients if compelled to do so, but I do not want to end up in HIPAA trouble if I missed anything.

Thank you,
Angela

--


--

# EXHIBIT 8

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



January 25, 2018

**BY ELECTRONIC MAIL ONLY**

Ashlee B. Hesman
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

      **Re:** *Parsons v. Ryan*

Dear Ashlee:

We write in response to Elaine's email of January 12 and yours of January 16 regarding compliance with the Court's orders on monitoring methodology for PM 1, 2, 4, and 77. *See* Doc. 2456 at 4; Doc. 2474 at 1.

The language for PM 1 and 2 proposed in Elaine's January 12 email is acceptable. Plaintiffs' counterproposals for PM 4 and 77 are attached. Our proposal for PM 77 is based on the language of Judge Duncan's order. *See* 11/21/17 Tr. at 15:24-16:2.

Please let us know whether you agree to our proposals, and when Defendants will issue a new Monitor Guide reflecting the Court's orders.

In addition, as you know, the Court recently entered an order regarding the monitoring methodology for PM 85. *See* Doc. 2551 at 2. Kindly confirm that the monitors have been informed of the Court's order and instructed to monitor in compliance with it; please also confirm that the next draft of the Monitor Guide will include the language ordered by the Court.

Very truly yours,

David C. Fathi

Cc:    All counsel

# EXHIBIT 9

| From: | David Fathi |
|---|---|
| To: | "Ashlee Hesman"; Jennifer Onka |
| Cc: | Alison Hardy; Amy Fettig; Caroline N. Mitchell; Corene Kendrick; Dan Struck; Daniel Barr; Don Specter; Elaine Percevecz; Jacob Lee; Jamie Guzman; Kathy Brody; Kevin Hanger; Kirstin Eidenbach; Lucy Rand; Mary Beke; Maya Abela; Megan Lynch; Michael E. Gottfried; Rachel Love; Richie Valenti; Rita Lomio; Sarah Hopkins; skader@azdisabilitylaw.org; Tim Bojanowski; Tim Ray; Victoria Lopez |
| Subject: | RE: Parsons v. Ryan - Letter in response to emails re: compliance with Orders on monitoring methodology |
| Date: | Wednesday, April 04, 2018 5:53:00 PM |
| Attachments: | image003.png |

Ashlee,

We have not received the revised Monitor Guide that was issued the week of February 5, 2018, as described in your email below.  Would you kindly forward a copy?

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Monday, February 05, 2018 6:25 PM
**To:** Jennifer Onka
**Cc:** Alison Hardy; Amy Fettig; Caroline N. Mitchell; Corene Kendrick; Dan Struck; Daniel Barr; David Fathi; Don Specter; Elaine Percevecz; Jacob Lee; Jamie Guzman; Kathy Brody; Kevin Hanger; Kirstin Eidenbach; Lucy Rand; Mary Beke; Maya Abela; Megan Lynch; Michael E. Gottfried; Rachel Love; Richie Valenti; Rita Lomio; Sarah Hopkins; skader@azdisabilitylaw.org; Tim Bojanowski; Tim Ray; Victoria Lopez
**Subject:** RE: Parsons v. Ryan - Letter in response to emails re: compliance with Orders on monitoring methodology

David,

Defendants agree to your counterproposals for PMs 4 and 77.  We will issue a revised Monitor Guide this week to reflect the recent methodology changes.

Thanks,

Ashlee

---

**From:** Jennifer Onka [mailto:jonka@aclu.org]
**Sent:** Thursday, January 25, 2018 12:18 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Alison Hardy <ahardy@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Caroline N. Mitchell

<[cnmitchell@jonesday.com](mailto:cnmitchell@jonesday.com)>; Corene Kendrick <[ckendrick@prisonlaw.com](mailto:ckendrick@prisonlaw.com)>; Dan Struck
<[DStruck@strucklove.com](mailto:DStruck@strucklove.com)>; Daniel Barr <[dbarr@perkinscoie.com](mailto:dbarr@perkinscoie.com)>; David Fathi <[dfathi@aclu.org](mailto:dfathi@aclu.org)>;
Don Specter <[dspecter@prisonlaw.com](mailto:dspecter@prisonlaw.com)>; Elaine Percevecz <[EPercevecz@strucklove.com](mailto:EPercevecz@strucklove.com)>; Jacob
Lee <[JLee@strucklove.com](mailto:JLee@strucklove.com)>; Jamie Guzman <[JGuzman@strucklove.com](mailto:JGuzman@strucklove.com)>; Kathy Brody
<[kbrody@acluaz.org](mailto:kbrody@acluaz.org)>; Kevin Hanger <[KHanger@strucklove.com](mailto:KHanger@strucklove.com)>; Kirstin Eidenbach
<[kirstin@eidenbachlaw.com](mailto:kirstin@eidenbachlaw.com)>; Lucy Rand <[Lucy.Rand@azag.gov](mailto:Lucy.Rand@azag.gov)>; Mary Beke
<[mary.beke@azag.gov](mailto:mary.beke@azag.gov)>; Maya Abela <[mabela@azdisabilitylaw.org](mailto:mabela@azdisabilitylaw.org)>; Megan Lynch
<[megan@prisonlaw.com](mailto:megan@prisonlaw.com)>; Michael E. Gottfried <[Michael.Gottfried@azag.gov](mailto:Michael.Gottfried@azag.gov)>; Rachel Love
<[RLove@strucklove.com](mailto:RLove@strucklove.com)>; Richie Valenti <[RValenti@strucklove.com](mailto:RValenti@strucklove.com)>; Rita Lomio
<[rlomio@prisonlaw.com](mailto:rlomio@prisonlaw.com)>; Sarah Hopkins <[sarah@prisonlaw.com](mailto:sarah@prisonlaw.com)>; [skader@azdisabilitylaw.org](mailto:skader@azdisabilitylaw.org); Tim
Bojanowski <[TBojanowski@strucklove.com](mailto:TBojanowski@strucklove.com)>; Tim Ray <[TRay@strucklove.com](mailto:TRay@strucklove.com)>; Victoria Lopez
<[vlopez@aclu.org](mailto:vlopez@aclu.org)>
**Subject:** Parsons v. Ryan - Letter in response to emails re: compliance with Orders on monitoring
methodology

Dear counsel,

Please see the attached letter from David Fathi.

Thank you,
Jennifer


**Jennifer Onka**
Paralegal
National Prison Project of the ACLU
915 15th St. NW, 7th Floor
Washington, DC 20005
⫶ 202.548.6602 ⫶ [jonka@aclu.org](mailto:jonka@aclu.org)
[www.aclu.org](http://www.aclu.org) 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please
immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this
email from your system.*

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo,
PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use
by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful
interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments

are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 10



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

April 2, 2018

**_VIA EMAIL ONLY_**
David C. Fathi
American Civil Liberties Union Foundation
NATIONAL PRISON PROJECT
Legal Department
915 15th Street, NW – 7th Floor
Washington, DC  20005-2112

   **Re:**  **Parsons v. Ryan**
      **_Defendants' Response to Plaintiffs' Monthly Document Requests 55, 62, 79, 80, 81, 82, 83, 84, 85, and 86._**

Dear David:

   Defendants respond to Plaintiffs' supplemental requests for production 55, 62, and 79-86 as follows:

**Request 55:**

   All agendas and minutes for Director's Meetings (also known as ADC & Corizon Bi-Weekly Meetings) from January 1, 2017 to the present  (agendas for 5/2/17, 5/15/17, and 6/6/17 have been produced and need not be re-produced). See D. Fathi 1/4/18 letter requesting confirmation that there were no other meetings in 2017; if there were please produce the missing agendas and meetings.

**Defendants' response:**

   Defendants have identified some documents that are responsive and are currently reviewing and processing those documents for production. Defendants are also in the process of confirming whether additional responsive documents exist. If any additional responsive documents are identified, we will produce.

David C. Fathi
April 2, 2018
Page 2

**Request 62:**

Any documents relating to the discontinuation of narcotic pain medications, including instructions or directives given to prescribing providers, and protocols for tapering patients off the medication. ["Updated 1/15/18"]

**Defendants' response:**

Defendants object to this request as it seeks information that is irrelevant to the Stipulation and the Performance Measures. Under the Stipulation, the requested information is not monitored or required to be reported. Defendants further object that this request exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. Defendants object that the phrase "all documents relating to" is vague and fails to describe the documents sought with the requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Additionally, the request is overbroad as it fails to specify a timeframe.

Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production, especially because the information sought is not relevant to the instant proceedings. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added). By way of example and not limitation, as it is presently drafted, this request could be interpreted as requiring Defendants to identify and produce any documents, including email communications discussing the discontinuation of any narcotic pain medications for individual inmates, which necessarily requires another broad and burdensome ESI search to produce all responsive documents.

As previously written, request 62 only requested information with respect to Gabapentin and Tramadol; it was further limited to the discontinuation of those drugs at a systemic or institution-wide level. *See* 12/20/17 Tr. at 154. The Court agreed with Defendants, that as written, the request was unclear as to what documents Plaintiffs were seeking. *See* 12/20/17 Tr. at 136. Plaintiffs promised to "revise [their] request to make it quite clear to [Defendants] what we are seeking" 12/20/17 Tr. at 154. Instead, in asking for any documents that contain information about the discontinuation, at any level (including individual inmates), of any narcotic pain medication, for an unspecified period of time, Plaintiffs have provided a request that goes well beyond the scope of the original request. Therefore, Defendants object for that reason as well.

David C. Fathi
April 2, 2018
Page 3

Subject to and without waiving objections, Defendants are awaiting Corizon's response to this request.

**Request 79:**

All documents showing implementation of the recommendations set forth in the psychological autopsies of Pedro Gonzalez, ADC No. 235043 (see ADCM 980299) and Jonathan Wilson, ADC No. 207769 (see ADCM 1038311-12).

**Defendants' Response:**

Defendants object to this request as it exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. *See* ¶ 14 of Dkt 1185, Dkt 1185-1 at 22, and ADC HSCMB Monitor Guide at 49. Defendants also object to this request as vague; with respect to the phrase "All documents showing implementation", it fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, it fails to specify a timeframe.

Defendants further object to this request because the burden of identifying and producing documents responsive to this request outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to information reasonably necessary to perform their responsibilities required by this Stipulation **without unduly burdening defendants**.") (emphasis added). By way of example and not limitation, as drafted, this request could be reasonably interpreted to include any written communications between mental health staff discussing information learned from any individual inmates who are on watch, during staff encounters with those inmates, which necessarily requires another broad and burdensome ESI search to produce all responsive documents.

Defendants also object to the request as it relates to inmate Pedro Gonzalez because the two reviews that are required to identify deficiencies under the Stipulation are not complete. The medical examiner report has not been completed yet. Consequently, the mortality review is not complete, nor is the psychological autopsy final. Therefore, deficiencies, if any existed, have yet to be formally identified.

With respect to inmate Jonathan Wilson, subject to and without waiving objections, to the extent there was action taken on deficiencies, see January 2018 CQI Meeting Minutes from Eyman.

David C. Fathi
April 2, 2018
Page 4

**Request 80:**

All documents regarding the issuance of Inmate Disciplinary Reports against class members who fail to pick up watch swallow medications at their assigned time.

**Defendants' response:**

Defendants object to this request as irrelevant and overly broad. This request exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide, and it fails to connect the request to any Performance Measure or any Stipulation requirement.

Defendants further object that the burden of identifying and producing documents responsive to this request outweighs any likely benefit of production, especially because the information sought is not relevant to the instant proceedings. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added). There is no coding system that can determine which disciplinary reports concern watch swallow medication violations. Individual violations are coded by category (e.g., Resisting or Disobeying a Verbal or Written Order), not by each unique violation. Consequently, this request would require ADC to review every individual disciplinary violation, for every one of approximately 35,000 inmates, for no defined period of time.

Finally, if Plaintiffs are receiving information from their clients regarding the imposition of discipline for failing to pick up watch swallow medications at an assigned time, then they are in possession of the requested information and Defendants also object on that basis.

**Request 81:**

All documents regarding (1) the standards and criteria used to select patients for Hepatitis C treatment, and (2) the annual budget of ADC and/or Corizon for Hepatitis C treatment.

**Defendants' Response:**

Defendants object to this request as it seeks information that is irrelevant to the Stipulation and the Performance Measures. Under the Stipulation, the requested

David C. Fathi
April 2, 2018
Page 5

information is not monitored nor required to be reported. Defendants further object that this request exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. The Stipulation itself does not reference Hepatitis C (Hep C). *See* Dkt. 1185. The Stipulation's only references to Hep C is in Exhibit A, which lists Hep C as a chronic disease and one of the diseases that a prenatal screening test includes. *See* Dkt. 1185-1 at 3 and 5. Neither the Stipulation nor any of the Performance Measures impose any monitoring requirements, reporting obligations, or any other conditions with respect to the selection criteria for Hep C treatment or how much ADC or Corizon spends on Hep C treatment.

Finally, based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production, especially because the information sought is not relevant to the instant proceedings. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

**Request 82:**

For all ten Arizona State Prison Complexes for the previous 90 days, a list of (1) all pending requests for specialty referral pending Utilization Management review, and (2) all pending specialty appointments.

**Defendants' Response:**

Defendants are awaiting Corizon's response regarding this request. Defendants will provide a response once Defendants have had an opportunity to review the information.

**Request 83:**

All source documents used by monitors to evaluate compliance with PM 25 for the most recent month's CGAR report.  See Docs. 2368-1 at 5-6; Doc. 2426-1 at 5, 10.

**Defendants' Response:**

Defendants have identified documents that are responsive and are currently reviewing and processing those documents for production.

David C. Fathi
April 2, 2018
Page 6

**Request 84:**

All minutes, notes, or other documents from all Hepatitis C committee meetings and/or any Utilization Management committee meetings at which decisions were made regarding whether to treat a patient for Hepatitis C with Direct Acting Agents (DAA), since January 1, 2017.

**Defendants' Response:**

Defendants object to this request because it seeks information that is irrelevant to the Stipulation and the Performance Measures. Under the Stipulation, the requested information is not monitored nor required to be reported. Defendants further object that this request exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. The Stipulation itself does not reference Hep C. *See* Dkt. 1185. The Stipulation's only references to Hep C is in Exhibit A, which lists Hep C as a chronic disease and one of the diseases that a prenatal screening test includes. *See* Dkt. 1185-1 at 3 and 5. Neither the Stipulation nor any of the Performance Measures impose any monitoring requirements, reporting obligations, or any other conditions with respect to treating Hep C inmates with direct-acting antiviral agents (DAAs) or ADC or Corizon's decisions with respect to whether to treat a particular Hep C inmate with DAAs.

Defendants also object that the phrase "all minutes, notes, or other documents" is vague and fails to describe the documents sought with the requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A).

Finally, based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production, especially because the information sought is not relevant to the instant proceedings. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added). Furthermore, by way of example and not limitation, as it is presently drafted, this request could be interpreted to require Defendants to identify and produce any documents, including communications, discussing treatment decisions for individual inmates with Hep C, which necessarily requires another broad and burdensome ESI search to produce all responsive documents.

David C. Fathi
April 2, 2018
Page 7

**Request 85:**

All documents regarding (1) the standards and criteria used to exclude patients with Hepatitis C from Direct Acting Agents (DAA) treatment since January 1, 2017, and (2) a list of all patients Corizon and/or ADC have excluded from receiving Hepatitis C treatment with DAAs.

**Defendants' Response:**

Defendants object to this request. With respect to Part 1, it is duplicative of Part 1 of Request 81. Defendants specifically object that Part 2 of this request is overbroad, as it fails to specify a timeframe.

With respect to Parts 1 and 2, Defendants object to these requests since they seek information that is irrelevant to the Stipulation and the Performance Measures. Under the Stipulation, the requested information is not monitored nor required to be reported. Defendants further object that these requests exceed the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. The Stipulation itself does not reference Hep C. *See* Dkt. 1185. The Stipulation's only references to Hep C is in Exhibit A, which lists Hep C as a chronic disease and one of the diseases that a prenatal screening test includes. *See* Dkt. 1185-1 at 3 and 5. Neither the Stipulation nor any of the Performance Measures impose any monitoring requirements, reporting obligations, or any other conditions with respect to the selection criteria for treatment of Hep C with direct-acting antiviral agents (DAAs), or the number or identity of Hep C inmates that have not been approved for DAA treatment.

Finally, based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production, especially because the information sought is not relevant to the instant proceedings. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

**Request 86:**

The study conducted by Dr. Babich that showed the use of gapapentin [sic] in Eyman and other Arizona prisons, as compared nationally; as described by Dr. Rodney Stewart in his 3/14/18 testimony.

David C. Fathi
April 2, 2018
Page 8

**Defendants' Response:**

To begin, the study referenced by Dr. Stewart at the March 14, 2018 Evidentiary Hearing was not conducted by Dr. Babich. It was simply a study that Dr. Babich and other Corizon employees reviewed. *See* 3/14/18 Tr. at 611. Defendants object to this request as it seeks information that is irrelevant to the Stipulation and the Performance Measures. Defendants further object to this request as overbroad in that it exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. After Dr. Stewart volunteered information regarding the study, Plaintiffs' counsel made a hearsay objection, which the Court sustained. *See* 3/14/18 Tr. at 611-12. Therefore, per Plaintiffs' own objection, the testimony concerning this study and its results has been excluded from consideration. Therefore, the requested information is irrelevant to the Evidentiary Hearing as well, and Defendants also object on this basis.

Sincerely,

Richard M. Valenti

RMV/eap

cc:     Counsel of record

EXHIBIT 11



*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Thomas Nosewicz
Camille Woods
Lynn Wu

# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

April 3, 2018

VIA EMAIL ONLY

Mr. Richard Valenti
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
rvalenti@strucklove.com

      RE:    *Parsons v. Ryan*, 2:12-CV-00601
               Monthly Document Production

Dear Richie:

I write regarding Defendants' failure to provide documents requested by Plaintiffs' counsel, and in response to your letter dated April 2, 2018.

First, Defendants have failed to provide the following categories of documents that should be produced on a monthly basis pursuant to the Stipulation and/or a standing request:

**Stipulation Paragraph 9: CGAR Corrective Action Plans (CAPs) and Rebuttals**: The last Corizon CAPs and/or Rebuttals were those dated August 2017, which we received on November 2, 2017.

**Stipulation Paragraph 29: Death records** (last year's worth of medical records, mortality reviews, and psychological autopsies): The last mortality reviews we received were completed in December 2017 and January 2018; we received them on January 25, 2018. We have not received medical records requested from August 2017 to the present, as detailed in the monthly request (attached). As detailed in our request, we also have not been provided mortality reviews for persons whose deaths occurred as far back as August 2016. We have not been provided psychological autopsies for three persons who died by suicide on October 23, 2017, February 12, 2018, and February 28, 2018. Pursuant to Paragraph 16 of the Stipulation, the psychological autopsies for the first two suicides should have been completed by now, and the report on the February 28 suicide should be final by April 13, 2018. *See* Doc. 1185, ¶ 16 ("Psychological autopsies shall be provided to the monitoring bureau within thirty (30) days of the prisoner's death and shall be finalized by the monitoring bureau within fourteen (14) days of receipt.")

**Standing Request No. 2:  CQI Minutes**: The last CQI minutes we received were for the December 2017 meetings, which we received on January 12, 2018.

**Standing Request No. 55: Directors' Meeting Minutes** (also known as ADC & Corizon Bi-Weekly Meetings):  The last month for which we received the minutes was December 2017, which we received on December 29, 2017.  Your letter stated that you are reviewing responsive documents to this standing request.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Richard Valenti
RE: Parsons v. Ryan
Document Request
April 3, 2018
Page 2

We also have not received the following documents, some of which were requested as long ago as mid-August 2017:

**Request No. 62**: Any documents relating to the discontinuation of narcotic pain medications, including instructions or directives given to prescribing providers, and protocols for tapering patients off the medication. (Requested July 2017, revised January 2018)

You state that you object to this request because it is "irrelevant to the Stipulation and the Performance Measures." (4/2/18 letter at 2). We dispute your position that every document request must be tied to a specific performance measure, and given Judge Duncan's interest in the topic, do not accept your position that the request is "irrelevant." As detailed in Dr. Wilcox's declaration (Doc. 2496), competent pain management is a critical component of providing appropriate medical care, especially to individuals with chronic conditions.

We revised this request from its original phrasing because Counsel for Defendants complained throughout the summer and fall that they did not understand the previous request, because there was no official system-wide "policy" of discontinuing pain medication. In Defendants' January 17, 2018 filing, you conceded that Corizon implemented a statewide practice of discontinuing pain medication pursuant to an Order by Governor Ducey. *See* Doc. 2539, Doc. 2539-1.

The request, as revised, is clear: we are asking for any **instructions** or **directives** that were given to prescribing providers about the new approach adopted by Corizon in response to Governor Ducey's directive. We are requesting any and all **protocols** that were developed to properly taper patients off the medication.

**Request No. 67**: All documents reflecting (1) the rejection by Dr. Malachinski, or by any other person, of patients for housing at ASPC-Phoenix based on alleged noncompliance with CGAR measures; and (2) any disciplinary or corrective action taken against Dr. Malachinski or any other person for this behavior. See RP230000025.0001-0004. (Requested August 2017).

Defendants have provided nothing in response to this request.

**Request No. 70**: All policies, directives, post orders, and any other written instructions governing (1) the taking of temperatures at ADC facilities; (2) requirements to initiate remedial measures when certain temperatures are reached; and (3) compliance with the requirements set forth in Paragraph 15 of the Stipulation. (Requested September 2017)

**Request No. 71**: All "heat reaction lists" or similar documents listing prisoners possibly suffering a heat reaction (see, e.g., ADCM 1001607) from February 18, 2015 to the present. (Requested September 2017)

**Request No. 74**: All documents reflecting any planned or implemented changes in policy governing suicide or other mental health watches from April 1, 2017 to the present. (Requested November 2017)

Defendants responded by email on January 12, 2018, stating, "see ADC Director's Instruction 358, Mental Health Transition Program dated August 16, 2017, and Department Order 1103, both of which are published on ADC's website."  Please confirm that these are the only documents in Defendants' possession that are responsive to this request.

**Request No. 75:**  All documents reflecting plans to concentrate seriously mentally ill (SMI) prisoners at Tucson-Rincon Unit or in any other location.  (Requested November 2017)

Defendants responded by email on January 12, 2018, stating "see Population Management - Bed Changes Memorandum from Stacey Crabtree, Offender Services Bureau Administrator to Charles L. Ryan, Director, Arizona Department of Corrections, dated May 26, 2017, previously produced at ADCM961594-1598."  Please confirm that this is the only documents in Defendants' possession that is responsive to this request.

**Request No. 76:**  Any documents, emails, communications, policies, post orders, training materials and curricula, and plans (draft or final) relating to the implementation of monitoring of the Max Custody Performance Measures at converted "close custody" units at Florence Central Unit.  (Requested November 2017)

Defendants responded by email on January 12, 2018, stating "see Close Custody notebooks produced at ADCM1000880-ADCM1000884, ADCM1003476-ADCM1003577, and ADCM1043384 to ADCM1043409.  There are no policies, post orders, training materials, curricula responsive to this request.  As to "plans" for the pilot program at Florence Central Unit for electronic monitoring of close custody movement, contact Amy Fettig for information provided to her during numerous telephonic conferences with Division Director, Carson McWilliams, providing verbal status updates as to the installation of technology and explanation of technology for the pilot program - the most recent of telephonic updates provided on November 30, 2017."

As noted in Amy Fettig's April 3, 2018 letter, she requested an update on the status of the implementation of the pilot movement tracking technology at Florence Central.  Please update this request with documents pertinent to the current status of the monitoring of the Max Custody Performance Measures at the converted "close custody" units at Florence Central Unit or confirm that there are no documents in Defendants' possession responsive to this request

**Request No. 79**:  All documents showing implementation of the recommendations set forth in the psychological autopsies of  ADC No. ▮▮▮▮ (see ADCM 980299) and ▮▮▮▮▮▮▮, ADC No. ▮▮▮▮ (see ADCM 1038311-12). (Requested December 2017)

You state that you object to this request because it "exceeds the scope of the Stipulation, the Performance Measure, and the Monitoring Guide."  (4/2/18 letter at 3).  We dispute your position that every document request must be tied to a specific performance measure, but in any event, Paragraph 16 of the Stipulation requires that

> Psychological autopsies shall be provided to the monitoring bureau within thirty (30) days of the prisoner's death and shall be finalized by the monitoring bureau within fourteen (14) days of receipt. When a toxicology report is required, the psychological autopsy shall be provided to the monitoring bureau within thirty (30) days of receipt of the medical examiner's report. *Psychological autopsies and mortality reviews shall identify and refer deficiencies to appropriate managers and supervisors including the CQI committee. If deficiencies are identified, corrective action will be taken.*

[See Doc. 1185, ¶ 16) (emphasis added)[1]

You also state that the mortality review and psychological autopsy for Mr. ████ is not final; however you produced a psychological autopsy dated 7/17/17 at ADCM980288-300. Finally, you refer us to the January 2018 CQI Meeting Minutes from Eyman with regard to Mr. Wilson (4/2/18 letter at 3), but as described above on page 1, Defendants have not provided any CQI meeting minutes since December 2017.

**Request No. 80**: All documents regarding the issuance of Inmate Disciplinary Reports against class members who fail to pick up watch swallow medications at their assigned time. (Requested January 2018)

You object to this response as irrelevant and overly broad, and exceeding the scope of the Stipulation, Performance Measures, and Monitoring Guide. (4/2/18 letter at 4). We dispute your position that every document request must be tied to a specific performance measure. In any event, we direct your attention to the twelve separate performance measures related to medication administration (PMs 11-22), and specifically PM 15 ("Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals"). *See* Doc. 1185-1 at 8-9. The Court found Defendants substantially noncompliant with PM 15 at Eyman, Florence, Lewis, and Tucson on October 11, 2017. *See* Doc. 2403. Therefore, your objection on the basis of relevance is meritless.[2]

**Request No. 81**: All documents regarding (1) the standards and criteria used to select patients for Hepatitis C treatment, and (2) the annual budget of ADC and/or Corizon for Hepatitis C treatment. (Requested January 2018)

You object to this response as irrelevant and overly broad, and exceeding the scope of the Stipulation, Performance Measures, and Monitoring Guide. (4/2/18 letter at 4-5). We dispute your position that every

---

[1] It is unclear why your letter cites Paragraph 14 of the Stipulation, which relates to language interpretation. (4/2/18 letter at 3).

[2] Your statement that "if Plaintiffs[' counsel] are receiving information from their clients regarding the imposition of discipline for failing to pick up watch swallow medications at an assigned time, then they are in possession of the requested information and Defendants also object on that basis" similarly is meritless. Class members at several institutions have reported to us in recent months that they were advised verbally and via posted signs that disciplinary reports would be written if they did not report to pill line at the appointed time; therefore we are requesting these documents from Defendants.

Mr. Richard Valenti
RE: Parsons v. Ryan
Document Request
April 3, 2018
Page 5

document request must be tied to a specific performance measure.  In any event, PMs 53-56 involve treatment of chronic diseases.  Hepatitis C is a chronic disease; indeed, Eyman medical director Dr. Rodney Stewart recently testified that he estimated that 80% of class members at Eyman have Hepatitis C.  (3/14/18 Tr. at 498:6-19).

You also object on the basis that the request is burdensome; however, Defendants' own documents show that only a handful of class members were provided treatment for Hepatitis C in 2017, and that Defendant Pratt has access to information regarding the budget for Hepatitis C treatment.  *See, e.g*., ADCM1297266-68 (showing that as of 12/15/17 statewide, 26 patients completed HCV treatment in 2017 and 15 were currently on medications); ADCM1230831 (zero HCV positive patients at ASPC-Florence receiving treatment) *see also* ADCM1479412-14 (R. Pratt email stating that Solvadi, Olysio, and Harvoni were the three most expensive drugs from PharmaCorr, all three drugs are used in the treatment of HCV).

**Request No. 82**:  For all ten Arizona State Prison Complexes for the previous 90 days, a list of (1) all pending requests for specialty referral pending Utilization Management review, and (2) all pending specialty appointments. (Requested January 2018)

Your letter stated that you are reviewing responsive documents to this standing request. (4/2/18 letter at 5)

**Request No. 83**:  All source documents used by monitors to evaluate compliance with PM 25 for the most recent month's CGAR report.  See Docs. 2368-1 at 5-6; Doc. 2426-1 at 5, 10.  (Requested January 2018)

Your letter stated that you are reviewing responsive documents to this standing request. (4/2/18 letter at 5)

**Request No. 84**:  All minutes, notes, or other documents from all Hepatitis C committee meetings and/or any Utilization Management committee meeting at which decisions were made regarding whether to treat a patient for Hepatitis C with Direct Acting Agents (DAA), since January 1, 2017.  (Requested February 2018)

See our response regarding Request No. 81.

**Request No. 85**:  All documents regarding (1) the standards and criteria used to exclude patients with Hepatitis C from Direct Acting Agents (DAA) treatment since January 1, 2017, and (2) a list of all patients Corizon and/or ADC have excluded from receiving Hepatitis C treatment with DAAs.  (Requested February 2018)

See our response regarding Request No. 81.

Mr. Richard Valenti
RE: Parsons v. Ryan
Document Request
April 3, 2018
Page 6

Finally, we have received no response to my letter dated January 26, 2018 requesting information regarding Defendants' compliance with Paragraph 12 of the Stipulation.  *See* Doc. 2634-1 at 15-25.  Please provide the requested information.

Please advise when Defendants will produce the requested documents.  If you continue to refuse to provide documents responsive to any of these requests, please advise when you can have a telephonic meet-and-confer this week.

Sincerely yours,

Corene Kendrick
Staff Attorney

**March 15, 2018**

| ADC # | Last Name | First Name | ASPC | Date of Death | Type of Death | Received | | | Plaintiffs' Request Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Med Recs | Mortality Review | Psych Autopsy | |
| ▉ | ▉ | ▉ | Yuma | 08/29/16 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Perryville | 09/21/16 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Eyman | 10/02/16 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Florence | 10/02/16 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Florence | 12/20/16 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Winslow | 02/14/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Florence | 03/15/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Yuma | 03/22/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Lewis | 04/14/17 | possible homicide | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Lewis | 04/23/17 | possible suicide | Y | | Y | Pending mortality review |
| ▉ | ▉ | ▉ | Eyman | 04/26/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Eyman | 05/08/17 | possible suicide | | | Y | Pending mortality review |
| ▉ | ▉ | ▉ | Phoenix | 05/10/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | ~~Kingman~~ | ~~05/13/17~~ | ~~possible suicide~~ | ~~N/A~~ | ~~N/A~~ | | ~~Pending mortality review, medical records, and psych autopsy~~ |
| ▉ | ▉ | ▉ | Tucson | 05/20/17 | | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Tucson | 05/22/17 | | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Perryville | 05/23/17 | | Y | | | Pending medical records |
| ▉ | ▉ | ▉ | Tucson | 06/04/17 | | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Eyman | 06/05/17 | | Y | | | Pending mortality review |
| ▉ | ▉ | ▉ | Tucson | 06/06/17 | | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Tucson | 06/09/17 | | | Y | | Pending medical records |
| ▉ | ▉ | ▉ | Lewis | 06/09/17 | | | | | Pending mortality review and medical records |
| ▉ | ▉ | ▉ | Lewis | 06/15/17 | possible homicide | | | | Pending mortality review and medical records |

| Location | Date | Notes | Flag | Status |
|---|---|---|---|---|
| Lewis | 06/20/17 | | | Pending mortality review |
| Lewis | 06/26/17 | | | Pending mortality review |
| Perryville | 06/29/17 | | | Pending mortality review |
| Florence | 07/03/17 | | | Pending mortality review |
| Tucson | 07/18/17 | not specified | Y | Pending medical records |
| Eyman | 07/22/17 | | | Pending mortality review and medical records |
| Florence | 08/10/17 | | | Pending medical records |
| Lewis | 08/21/17 | | | Pending mortality review and medical records |
| Eyman | 08/07/17 | | | Pending mortality review and medical records |
| Tucson | 08/24/17 | | | Pending mortality review and medical records |
| Tucson | 09/01/17 | | | Pending medical records |
| Tucson | 09/05/17 | suspected homicide | | Pending mortality review and medical records |
| Florence | 09/07/17 | | | Pending mortality review and medical records |
| Florence | 09/02/17 | | | Pending mortality review and medical records |
| Florence | 09/09/17 | | | Pending mortality review and medical records |
| Tucson | 09/11/17 | suspected homicide | | Pending mortality review and medical records |
| Florence | 09/08/17 | | | Pending mortality review and medical records |
| Lewis | 09/12/17 | | | Pending mortality review and medical records |
| Tucson | 09/14/17 | | | Pending medical records |
| Tucson | 09/16/17 | | | Pending mortality review and medical records |
| Eyman | 09/16/17 | | | Pending medical records |

| Location | Date | | Notes |
|---|---|---|---|
| Tucson | 09/15/17 | | Pending mortality review and medical records |
| Florence | 09/23/17 | | Pending medical records |
| Yuma | 09/26/17 | | Pending mortality review and medical records |
| Lewis | 09/29/17 | | Pending mortality review and medical records |
| Kingman | 10/06/17 | | Pending mortality review and medical records |
| Tucson | 10/10/17 | | Pending mortality review and medical records |
| Lewis | 10/10/17 | | Pending mortality review and medical records |
| Eyman | 10/11/17 | | Pending medical records |
| Perryville | 10/10/17 | | Pending mortality review and medical records |
| Eyman | 10/13/17 | | Pending mortality review and medical records |
| Tucson | 10/13/17 | | Pending medical records |
| Florence | 10/17/17 | | Pending medical records |
| Lewis | 10/21/17 | | Pending mortality review and medical records |
| Florence | 10/23/17 | | Pending mortality review and medical records |
| Phoenix | 10/23/17 | possible suicide | Pending mortality review and psych autopsy |
| Perryville | 10/25/17 | | Pending mortality review and medical records |
| Tucson | 10/27/17 | | Pending medical records |
| Florence | 11/02/17 | | Pending mortality review and medical records |
| Florence | 11/04/17 | | Pending mortality review and medical records |

| Location | Date | Status |
|---|---|---|
| Florence | 11/07/17 | Pending mortality review and medical records |
| Lewis | 11/07/17 | Pending mortality review and medical records |
| Florence | 11/12/17 | Pending mortality review and medical records |
| Florence | 11/15/17 | Pending mortality review and medical records |
| Tucson | 11/16/17 | Pending medical records |
| Tucson | 11/17/17 | Pending medical records |
| Lewis | 11/21/17 | Pending mortality review and medical records |
| Lewis | 11/23/17 | Pending mortality review and medical records |
| Lewis | 11/27/17 | Pending mortality review and medical records |
| Tucson | 11/30/17 | Pending mortality review and medical records |
| Florence | 11/30/17 | Pending mortality review and medical records |
| Tucson | 12/03/17 | Pending medical records |
| Lewis | 12/05/17 | Pending mortality review and medical records |
| Perryville | 12/11/17 | Pending mortality review and medical records |
| Florence | 12/08/17 | Pending mortality review and medical records |
| Tucson | 12/12/17 | Pending mortality review and medical records |
| Tucson | 12/20/17 | Pending mortality review and medical records |
| Florence | 12/20/17 | Pending mortality review and medical records |

| Facility | Date | Notes | Status |
|---|---|---|---|
| Lewis | 12/21/17 | | Pending mortality review and medical records |
| Tucson | 12/21/17 | | Pending mortality review and medical records |
| Lewis | 12/29/17 | | Pending mortality review and medical records |
| Yuma | 12/31/17 | | Pending mortality review and medical records |
| Florence | 01/02/18 | | Pending mortality review and medical records |
| Yuma | 01/23/18 | | Pending mortality review and medical records |
| Eyman | 01/28/18 | | Pending mortality review and medical records |
| Yuma | 01/27/18 | | Pending mortality review and medical records |
| Florence | 01/28/18 | | Pending mortality review and medical records |
| Eyman | 02/03/18 | suspected homicide | Pending mortality review and medical records |
| Tucson | 02/03/18 | | Pending mortality review and medical records |
| Florence | 02/02/18 | | Pending mortality review and medical records |
| Eyman | 02/05/18 | | Pending mortality review and medical records |
| Tucson | 02/08/18 | | Pending mortality review and medical records |
| Florence | 02/09/18 | | Pending mortality review and medical records |
| Florence | 02/10/18 | | Pending mortality review and medical records |

| Facility | Date | Cause | Status |
|---|---|---|---|
| Eyman | 02/12/18 | apparent suicide | Pending mortality review, medical records, and psych autopsy |
| Eyman | 02/13/18 | | Pending mortality review and medical records |
| Tucson | 02/15/18 | | Pending mortality review and medical records |
| Florence | 02/15/18 | | Pending mortality review and medical records |
| Perryville | 02/15/18 | | Pending mortality review and medical records |
| Tucson | 02/14/18 | | Pending mortality review and medical records |
| Florence | 02/17/18 | | Pending mortality review and medical records |
| Lewis | 02/18/18 | | Pending mortality review and medical records |
| Eyman | 02/20/18 | suspected homicide | Pending mortality review and medical records |
| Perryville | 02/23/18 | | Pending mortality review and medical records |
| Tucson | 02/24/18 | | Pending mortality review and medical records |
| Eyman | 02/28/18 | apparent suicide | Pending mortality review, medical records, and psych autopsy |
| Tucson | 02/27/18 | | Pending mortality review and medical records |
| Florence | 03/01/18 | | Pending mortality review and medical records |
| Lewis | 03/01/18 | | Pending mortality review and medical records |
| Yuma | 03/01/18 | | Pending mortality review and medical records |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tucson | 03/02/18 | | | | | | | | Pending mortality review and medical records |
| Tucson | 03/07/18 | | | | | | | | Pending mortality review and medical records |
| Florence | 03/13/18 | | | | | | | | Pending mortality review and medical records |
| Florence | 03/13/18 | | | | | | | | Pending mortality review and medical records |

EXHIBIT 12

| From: | Richie Valenti |
|---|---|
| To: | Corene Kendrick; Elaine Percevecz; David Fathi; Amy Fettig; Kirstin Eidenbach; Maya Abela; Jennifer Onka; Freouf, Delana (Perkins Coie); Rita Lomio; Tania Amarillas; Amber Norris; Annelise Finney |
| Cc: | Parsons Team; Lucy Rand |
| Subject: | RE: Parsons - 20180402 - LF R. Valenti to D. Fathi re DEFS responses to PLFS Mthly Document Requests |
| Date: | Thursday, April 05, 2018 3:10:34 PM |
| Attachments: | image001.png |

Dear Corene,

We are in receipt of your letter dated April 3, 2018. Defendants plan to produce a number of documents to Plaintiffs today. However, given the number of issues raised in your letter and the fact that we received your letter only two days ago, a meet and confer this week would not be fruitful. We are working on responding to the remaining issues raised in your letter.

Thank you.

Richie

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, April 03, 2018 5:44 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; jonka@aclu.org; Freouf, Delana (Perkins Coie) <DFreouf@perkinscoie.com>; Rita Lomio <rlomio@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Annelise Finney <afinney@prisonlaw.com>
**Cc:** Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>
**Subject:** RE: Parsons - 20180402 - LF R. Valenti to D. Fathi re DEFS responses to PLFS Mthly Document Requests

Dear Richie,

Please see attached our letter regarding Defendants' failure to provide documents in response to our monthly requests, and our response to your April 2, 2018 letter. To the extent Defendants continue to refuse to provide documents responsive to any of these requests, please advise when you are available this week for a telephonic meet-and-confer.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

---

**From:** Elaine Percevecz [mailto:EPercevecz@strucklove.com]
**Sent:** Monday, April 2, 2018 9:04 PM
**To:** David Fathi (dfathi@aclu.org) <dfathi@aclu.org>; 'Corene Kendrick' <ckendrick@prisonlaw.com>; Amy Fettig (afettig@aclu.org) <afettig@aclu.org>; 'Kirstin Eidenbach' <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Alison Hardy (ahardy@prisonlaw.com) <ahardy@prisonlaw.com>; 'skader@azdisabilitylaw.org' <skader@azdisabilitylaw.org>; jonka@aclu.org; 'Freouf, Delana (Perkins Coie)' <DFreouf@perkinscoie.com>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Annelise Finney <afinney@prisonlaw.com>
**Cc:** Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>
**Subject:** RE: Parsons - 20180402 - LF R. Valenti to D. Fathi re DEFS responses to PLFS Mthly Document Requests

David,

Attached is correspondence from Richard Valenti in response to Plaintiffs' Monthly Document Requests 55, 62, and 79-86.

Sincerely,

Elaine

Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600.

Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

EXHIBIT 13

ADCM1489265

20

Working Days = 

**Arizona Monthly Staffing Report**
**Roll-Up**
*(Excludes Regional Office)*
**February 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 10.00 | 4.80 | 48% | 5.77 | - | - | - | 5.77 | 58% |
| Staff Physician | 14.00 | 9.25 | 66% | 8.28 | - | - | 0.70 | 8.99 | 64% |
| Administrator | 10.00 | 10.00 | 100% | 9.07 | - | - | - | 9.07 | 91% |
| Correctional RN Supervisor II / DON | 10.00 | 9.00 | 90% | 9.81 | - | - | - | 9.81 | 98% |
| Asst. Correctional RN Supervisor II / ADON | 3.00 | 39.40 | 1313% | 32.95 | - | - | - | 32.95 | 1098% |
| Administrative Services Officer | 7.00 | 7.00 | 100% | 6.32 | - | - | - | 6.32 | 90% |
| Nurse Practitioner | 26.00 | 37.30 | 143% | 37.56 | - | 0.49 | 1.66 | 39.71 | 153% |
| Correctional RN Supervisor I | 34.00 | 1.00 | 3% | 1.03 | - | - | - | 1.03 | 3% |
| RN | 178.90 | 160.80 | 90% | 174.72 | - | 14.17 | - | 188.90 | 106% |
| LPN | 156.60 | 143.85 | 92% | 148.67 | - | 18.27 | - | 166.94 | 107% |
| Nursing Assistant | 94.50 | 105.65 | 112% | 106.19 | - | 8.18 | - | 114.37 | 121% |
| Lab Technician | 2.00 | 3.00 | 150% | 2.93 | - | 0.68 | - | 3.61 | 180% |
| X Ray Tech | 8.50 | 7.00 | 82% | 8.54 | - | 0.20 | - | 8.74 | 103% |
| Pharmacy Tech | 23.50 | 26.00 | 111% | 21.27 | - | 0.98 | - | 22.25 | 95% |
| Secretary / Administrative Assistant | 21.00 | 17.80 | 85% | 16.29 | - | 0.40 | - | 16.70 | 80% |
| Med Records Supervisor | 10.00 | 9.00 | 90% | 7.89 | - | - | - | 7.89 | 79% |
| Med Records Clerk | 32.00 | 30.50 | 95% | 29.53 | - | 0.40 | - | 29.92 | 94% |
| Scheduler | 9.00 | 9.50 | 106% | 10.72 | - | 0.55 | - | 11.28 | 125% |
| Clinical Coordinator | 8.00 | 7.00 | 88% | 6.50 | - | 0.37 | - | 6.87 | 86% |
| Dental Director | 10.00 | 5.45 | 55% | 6.18 | - | - | - | 6.18 | 62% |
| Dentist | 20.00 | 20.91 | 105% | 15.04 | - | - | - | 15.04 | 75% |
| Dental Hygienist | 1.80 | 2.10 | 117% | 1.35 | - | - | - | 1.35 | 75% |
| Dental Assistant | 43.00 | 42.75 | 99% | 38.26 | - | - | - | 38.26 | 89% |
| Psychiatric Director | 0.50 | 0.50 | 100% | - | - | - | - | - | 0% |
| Psychiatrist | 7.50 | 6.00 | 80% | 6.41 | - | - | - | 6.41 | 86% |
| Psychologist | 19.00 | 17.15 | 90% | 13.41 | - | - | 0.95 | 14.36 | 76% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| MH Clerk | 4.00 | 3.00 | 75% | 2.59 | - | 0.01 | - | 2.60 | 65% |
| MH Nurse Practitioner | 11.50 | 12.20 | 106% | 8.84 | - | - | 1.98 | 10.82 | 94% |
| MH RN | 36.40 | 32.70 | 90% | 32.31 | - | 1.58 | - | 33.89 | 93% |
| Rec Therapist | 5.00 | 1.00 | 20% | 0.97 | - | - | - | 0.97 | 19% |
| Psych Associates | 52.40 | 53.75 | 103% | 44.01 | - | - | - | 44.01 | 84% |
| Psych Tech | 25.40 | 21.60 | 85% | 23.14 | - | 0.10 | - | 23.24 | 91% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | 3.00 | 0% | 2.30 | - | 0.00 | - | 2.30 | 0% |
| Clerk | - | 1.00 | 0% | 0.80 | - | 0.00 | - | 0.81 | 0% |
| **Total Contract** | **896.50** | **861.96** | **96%** | **840.54** | **-** | **46.39** | **5.30** | **892.23** | **100%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

# Arizona Monthly Staffing Report
## Douglas Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Administrator | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.10 | - | - | - | 1.10 | 110% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 1.75 | - | - | - | 1.75 | 175% |
| Correctional RN Supervisor I | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| RN | 8.60 | 9.10 | 106% | 8.80 | - | 0.00 | - | 8.81 | 102% |
| LPN | 3.90 | 3.00 | 77% | 3.36 | - | - | - | 3.36 | 86% |
| Nursing Assistant | 3.40 | 3.00 | 88% | 1.78 | - | 0.00 | - | 1.78 | 52% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.68 | - | 0.00 | - | 1.68 | 84% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Med Records Clerk | 1.50 | 1.50 | 100% | 2.32 | - | - | - | 2.32 | 154% |
| Clinical Coordinator | - | 1.00 | 0% | 0.72 | - | - | - | 0.72 | 0% |
| Dental Director | 1.00 | - | 0% | 0.67 | - | - | - | 0.67 | 67% |
| Dentist | 1.00 | 2.01 | 201% | 0.86 | - | - | - | 0.86 | 86% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.10 | - | - | - | 0.10 | 52% |
| Dental Assistant | 3.00 | 3.00 | 100% | 2.66 | - | - | - | 2.66 | 89% |
| Psych Associates | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | - | - | - | - | - | 0% |
| Clerk | - | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 32.10 | 30.86 | 96% | 28.80 | - | 0.01 | - | 28.81 | 90% |

Contract Breakdown

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

ADCM1489266

ADCM1489267

# Arizona Monthly Staffing Report
## Eyman Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Contract Breakdown | | | |
| Medical Director | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Staff Physician | 1.00 | 1.00 | 100% | 0.75 | - | - | - | 0.75 | 75% |
| Administrator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Asst. Correctional RN Supervisor II | - | 6.00 | 0% | 5.76 | - | - | - | 5.76 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Nurse Practitioner | 3.00 | 4.00 | 133% | 4.52 | - | 0.25 | - | 4.77 | 159% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 20.60 | 15.45 | 75% | 15.89 | - | 2.00 | - | 17.89 | 87% |
| LPN | 23.20 | 21.60 | 93% | 24.40 | - | 2.27 | - | 26.67 | 115% |
| Nursing Assistant | 10.80 | 7.40 | 69% | 8.77 | - | 0.65 | - | 9.42 | 87% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.94 | - | 0.07 | - | 1.01 | 101% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.80 | - | 0.24 | - | 4.03 | 134% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.91 | - | - | - | 0.91 | 46% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 5.46 | - | 0.25 | - | 5.71 | 95% |
| Scheduler | 1.00 | 2.00 | 200% | 2.70 | - | 0.44 | - | 3.15 | 315% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.03 | - | 0.20 | - | 1.23 | 123% |
| Dental Director | 1.00 | 0.20 | 20% | 0.14 | - | - | - | 0.14 | 14% |
| Dentist | 2.50 | 2.75 | 110% | 1.61 | - | - | - | 1.61 | 65% |
| Dental Hygienist | 0.20 | - | 0% | 0.35 | - | - | - | 0.35 | 176% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.59 | - | - | - | 4.59 | 92% |
| Psychiatric Director | - | - | 0% | - | - | - | - | - | 0% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Psychologist | 4.00 | 3.00 | 75% | 2.35 | - | - | - | 2.35 | 59% |
| MH Director (PH.D) | - | - | 0% | - | - | - | - | - | 0% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.99 | - | 0.01 | - | 1.00 | 100% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.91 | - | - | - | 1.91 | 95% |
| MH RN | 3.00 | 1.60 | 53% | 4.06 | - | 0.08 | - | 4.14 | 138% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 9.00 | 9.75 | 108% | 9.09 | - | - | - | 9.09 | 101% |
| Psych Tech | 5.10 | 4.00 | 78% | 3.75 | - | 0.04 | - | 3.80 | 74% |
| Education Coordinator - FT | - | 0.50 | 0% | 0.65 | - | - | - | 0.65 | 0% |
| **Total Contract** | **116.40** | **106.25** | **91%** | **109.39** | **0.00** | **6.50** | **0.00** | **115.90** | **100%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC CV 12-00601

**Arizona Monthly Staffing Report**
**Florence Region**
**February 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Contract Breakdown** | | | | |
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | 2.50 | 1.00 | 40% | 0.17 | - | - | 0.14 | 0.32 | 13% |
| Administrator | 1.00 | 2.00 | 200% | 2.18 | - | - | - | 2.18 | 218% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Asst. Correctional RN Supervisor II | 1.00 | 5.00 | 500% | 3.12 | - | - | - | 3.12 | 312% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Nurse Practitioner | 2.00 | 4.75 | 238% | 5.15 | - | 0.04 | 0.46 | 5.65 | 283% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 16.40 | 18.30 | 112% | 24.30 | - | 2.67 | - | 26.96 | 164% |
| LPN | 24.40 | 17.20 | 70% | 18.97 | - | 4.87 | - | 23.84 | 98% |
| Nursing Assistant | 15.40 | 14.60 | 95% | 13.33 | - | 1.97 | - | 15.30 | 99% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.14 | - | 0.00 | - | 1.14 | 114% |
| Pharmacy Tech | 3.00 | 2.00 | 67% | 2.00 | - | 0.00 | - | 2.00 | 67% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 2.00 | - | 0.01 | - | 2.01 | 101% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.24 | - | - | - | 1.24 | 124% |
| Med Records Clerk | 5.00 | 5.00 | 100% | 4.62 | - | - | - | 4.62 | 92% |
| Scheduler | 1.00 | 2.00 | 200% | 2.52 | - | 0.04 | - | 2.56 | 256% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.95 | - | 0.00 | - | 0.95 | 95% |
| Dental Director | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Dentist | 3.00 | 2.00 | 67% | 1.90 | - | - | - | 1.90 | 63% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.19 | - | - | - | 0.19 | 94% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.83 | - | - | - | 4.83 | 97% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Psychologist | 2.00 | 1.80 | 90% | 1.52 | - | - | - | 1.52 | 76% |
| MH Clerk | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.62 | - | - | - | 1.62 | 81% |
| MH RN | 2.00 | 2.00 | 100% | 1.14 | - | 0.06 | - | 1.21 | 60% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 7.00 | 108% | 6.24 | - | - | - | 6.24 | 96% |
| Psych Tech | 4.10 | 4.00 | 98% | 3.62 | - | - | - | 3.62 | 88% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | 0.50 | 0% | - | - | - | - | - | 0% |
| Clerk | | | | | | | | | |
| **Total Contract** | **112.50** | **106.35** | **95%** | **107.69** | **-** | **9.67** | **0.61** | **117.96** | **105%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC CV 12-00601

# Arizona Monthly Staffing Report
## Lewis Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.11 | - | - | - | 1.11 | 111% |
| Staff Physician | 2.50 | 1.00 | 40% | 0.90 | - | - | 0.13 | 1.04 | 42% |
| Administrator | 1.00 | 1.00 | 100% | 1.10 | - | - | - | 1.10 | 110% |
| Correctional RN Supervisor II / DON | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Asst. Correctional RN Supervisor II | - | 5.00 | 0% | 2.73 | - | - | - | 2.73 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.32 | - | - | - | 1.32 | 132% |
| Nurse Practitioner | 3.00 | 6.00 | 200% | 6.34 | - | - | - | 6.34 | 211% |
| Correctional RN Supervisor I | 3.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 21.80 | 26.15 | 120% | 27.03 | - | 2.40 | - | 29.43 | 135% |
| LPN | 21.10 | 25.50 | 121% | 27.32 | - | 3.51 | - | 30.83 | 146% |
| Nursing Assistant | 13.90 | 14.50 | 104% | 14.22 | - | 0.55 | - | 14.76 | 106% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.03 | - | 0.08 | - | 1.11 | 111% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 2.73 | - | 0.20 | - | 2.93 | 98% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.84 | - | 0.14 | - | 1.98 | 99% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Med Records Clerk | 3.00 | 2.00 | 67% | 1.44 | - | 0.07 | - | 1.51 | 50% |
| Scheduler | 1.00 | 1.00 | 100% | 1.11 | - | 0.01 | - | 1.12 | 112% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Dental Director | 1.00 | 0.25 | 25% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.00 | 100% | 2.55 | - | - | - | 2.55 | 85% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.25 | - | - | - | 0.25 | 125% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.72 | - | - | - | 4.72 | 94% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.75 | - | - | - | 0.75 | 75% |
| Psychologist | 3.00 | 3.25 | 108% | 2.85 | - | - | - | 2.85 | 95% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.88 | - | - | - | 1.88 | 94% |
| MH RN | 2.00 | 2.00 | 100% | 1.70 | - | 0.09 | - | 1.79 | 90% |
| Psych Associates | 7.00 | 7.00 | 100% | 6.83 | - | - | - | 6.83 | 98% |
| Psych Tech | 1.00 | 4.00 | 400% | 3.66 | - | 0.03 | - | 3.68 | 368% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | 0.50 | 0% | 0.84 | - | - | - | 0.84 | 0% |
| Clerk | - | - | | - | - | - | - | - | |
| **Total Contract** | **106.50** | **120.90** | **114%** | **117.20** | **0.00** | **7.07** | **0.13** | **124.40** | **117%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC CV-12-00601

ADCM1489270

## Arizona Monthly Staffing Report
### Perryville Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.80 | 80% | 1.73 | - | - | - | 1.73 | 173% |
| Staff Physician | 2.50 | 2.50 | 100% | 1.68 | - | - | 0.11 | 1.80 | 72% |
| Administrator | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Asst. Correctional RN Supervisor II | 1.00 | 5.00 | 500% | 5.06 | - | - | - | 5.06 | 506% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| Nurse Practitioner | 5.00 | 5.55 | 111% | 5.51 | - | - | - | 5.51 | 110% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 22.70 | 19.40 | 85% | 22.82 | - | 2.32 | - | 25.14 | 111% |
| LPN | 21.10 | 23.25 | 110% | 19.96 | - | 2.01 | - | 21.97 | 104% |
| Nursing Assistant | 11.80 | 14.00 | 119% | 13.60 | - | 0.85 | - | 14.45 | 122% |
| Lab Technician | 1.00 | 2.00 | 200% | 1.93 | - | 0.11 | - | 2.03 | 203% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.96 | - | 0.00 | - | 0.96 | 96% |
| Pharmacy Tech | 4.50 | 4.00 | 89% | 2.78 | - | 0.01 | - | 2.78 | 62% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.77 | - | - | - | 1.77 | 89% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.76 | - | - | - | 0.76 | 76% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.78 | - | 0.00 | - | 2.79 | 93% |
| Scheduler | 2.00 | 1.50 | 75% | 1.40 | - | 0.01 | - | 1.42 | 71% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.99 | - | 0.06 | - | 1.05 | 105% |
| Dental Director | 1.00 | 1.00 | 100% | 1.15 | - | - | - | 1.15 | 115% |
| Dentist | 2.50 | 4.000 | 160% | 2.98 | - | - | - | 2.98 | 119% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.16 | - | - | - | 0.16 | 80% |
| Dental Assistant | 6.00 | 6.75 | 113% | 5.32 | - | - | - | 5.32 | 89% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.35 | - | - | - | 1.35 | 135% |
| Psychologist | 3.00 | 3.10 | 103% | 1.11 | - | - | 0.95 | 2.07 | 69% |
| MH Clerk | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 2.00 | 2.20 | 110% | 0.66 | - | - | 1.00 | 1.65 | 83% |
| MH RN | 2.00 | 2.00 | 100% | 2.00 | - | 0.01 | - | 2.01 | 100% |
| Rec Therapist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 5.00 | 77% | 5.17 | - | - | - | 5.17 | 79% |
| Psych Tech | 3.10 | 3.60 | 116% | 3.38 | - | 0.00 | - | 3.38 | 109% |
| MH RN Supervisor | - | - | | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | 0.50 | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | 0% |
| Total Contract | 117.90 | 118.35 | 100% | 109.94 | 0.00 | 5.38 | 2.06 | 117.39 | 100% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC-CV-12-00601

ADCM1489271

## Arizona Monthly Staffing Report
### Phoenix Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | 1.00 | 1.00 | 100% | 1.07 | - | - | 0.31 | 1.38 | 138% |
| Administrator | 1.00 | 1.00 | 100% | 1.34 | - | - | - | 1.34 | 134% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.23 | - | - | - | 1.23 | 123% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.56 | - | - | - | 1.56 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Nurse Practitioner | 4.00 | 4.00 | 100% | 3.81 | - | - | - | 3.81 | 95% |
| Correctional RN Supervisor I | 1.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 12.40 | 10.70 | 86% | 11.41 | - | 0.97 | - | 12.38 | 100% |
| LPN | 4.20 | 3.40 | 81% | 3.29 | - | 0.62 | - | 3.91 | 93% |
| Nursing Assistant | 2.00 | 2.00 | 100% | 2.23 | - | 0.06 | - | 2.30 | 115% |
| Lab Technician | 1.00 | 1.00 | 100% | 1.00 | - | 0.57 | - | 1.58 | 158% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.00 | - | 0.02 | - | 1.02 | 102% |
| Pharmacy Tech | 3.00 | 3.00 | 100% | 2.68 | - | 0.13 | - | 2.81 | 94% |
| Secretary / Administrative Assistant | 3.00 | 1.00 | 33% | 0.91 | - | - | - | 0.91 | 30% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Med Records Clerk | 4.00 | 3.00 | 75% | 3.29 | - | 0.07 | - | 3.36 | 84% |
| Scheduler | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Clinical Coordinator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | - | 0% | 0.47 | - | - | - | 0.47 | 47% |
| Dentist | - | - | 0% | 0.08 | - | - | - | 0.08 | 0% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.87 | - | - | - | 1.87 | 93% |
| Psychiatric Director | 0.50 | 0.50 | 100% | - | - | - | - | - | 0% |
| Psychiatrist | 1.50 | 1.00 | 67% | 1.00 | - | - | - | 1.00 | 67% |
| Psychologist | 3.00 | 2.00 | 67% | 1.77 | - | - | - | 1.77 | 59% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | - | - | - | 0.98 | 0.98 | 98% |
| MH RN | 22.40 | 21.10 | 94% | 20.08 | - | 1.27 | - | 21.34 | 95% |
| Rec Therapist | 2.00 | 1.00 | 50% | 0.97 | - | - | - | 0.97 | 49% |
| Psych Associates | 6.40 | 6.00 | 94% | 5.36 | - | - | - | 5.36 | 84% |
| Psych Tech | 12.10 | 6.00 | 50% | 5.35 | - | 0.01 | - | 5.36 | 44% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | - | - | - | - | - | 0% |
| Clerk | - | - | | - | - | - | - | - | |
| Total Contract | 97.50 | 78.60 | 81% | 74.76 | 0.00 | 3.72 | 1.29 | 79.78 | 82% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC, CV-12-00601

**Arizona Monthly Staffing Report**

**Safford Region**

**February 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown | | | | | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | - | - | 0% | 0.05 | - | - | - | 0.05 | 0% |
| Administrator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.65 | - | - | - | 1.65 | 165% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.93 | - | - | - | 1.93 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 0.79 | - | - | 1.20 | 1.99 | 199% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 9.80 | 8.10 | 83% | 12.17 | - | 0.24 | - | 12.42 | 127% |
| LPN | 6.10 | 2.00 | 33% | 1.85 | - | 0.13 | - | 1.98 | 32% |
| Nursing Assistant | 2.80 | 4.00 | 143% | 3.88 | - | 0.10 | - | 3.98 | 142% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 1.00 | 50% | 0.98 | - | 0.03 | - | 1.02 | 51% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.53 | - | - | - | 0.53 | 53% |
| Med Records Clerk | 0.50 | 1.00 | 200% | 0.98 | - | - | - | 0.98 | 196% |
| Dental Director | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Dental Hygienist | 0.20 | 1.00 | 500% | - | - | - | - | - | 0% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.87 | - | - | - | 1.87 | 94% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | - | - | - | - | - | 0% |
| Clerk | - | - | - | - | - | - | - | - | - |
| Total Contract | 32.90 | 28.10 | 85% | 28.63 | - | 0.50 | 1.20 | 30.33 | 92% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

PARSONS v. RYAN, USDC CV 12-00601

ADCM1489272

# Arizona Monthly Staffing Report
## Tucson Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Staff Physician | 3.50 | 1.75 | 50% | 2.39 | - | - | - | 2.39 | 68% |
| Administrator | 1.00 | 1.00 | 100% | 1.14 | - | - | - | 1.14 | 114% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Asst. Correctional RN Supervisor II | 1.00 | 9.40 | 940% | 7.06 | - | - | - | 7.06 | 706% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Nurse Practitioner | 3.00 | 5.00 | 167% | 5.38 | - | 0.20 | - | 5.58 | 186% |
| Correctional RN Supervisor I | 6.00 | - | 0% | 0.04 | - | - | - | 0.04 | 1% |
| RN | 39.10 | 29.50 | 75% | 28.82 | - | 1.65 | - | 30.46 | 78% |
| LPN | 35.90 | 38.80 | 108% | 41.99 | - | 3.71 | - | 45.70 | 127% |
| Nursing Assistant | 22.00 | 33.50 | 152% | 29.89 | - | 3.19 | - | 33.08 | 150% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.78 | - | 0.02 | - | 0.81 | 81% |
| Pharmacy Tech | 4.00 | 5.00 | 125% | 4.48 | - | 0.01 | - | 4.49 | 112% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.97 | - | 0.22 | - | 2.19 | 110% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 5.72 | - | 0.01 | - | 5.73 | 95% |
| Scheduler | 1.00 | 1.00 | 100% | 1.00 | - | 0.03 | - | 1.03 | 103% |
| Clinical Coordinator | 1.00 | - | 0% | 0.09 | - | 0.03 | - | 0.12 | 12% |
| Dental Director | 1.00 | 1.00 | 100% | 0.70 | - | - | - | 0.70 | 70% |
| Dentist | 4.00 | 3.00 | 75% | 2.75 | - | - | - | 2.75 | 69% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.30 | - | - | - | 0.30 | 150% |
| Dental Assistant | 6.00 | 6.00 | 100% | 5.16 | - | - | - | 5.16 | 86% |
| Psychiatrist | 2.00 | 1.00 | 50% | 1.06 | - | - | - | 1.06 | 53% |
| Psychologist | 4.00 | 4.00 | 100% | 3.81 | - | - | - | 3.81 | 95% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.60 | - | - | - | 0.60 | 60% |
| MH Nurse Practitioner | 1.50 | 2.00 | 133% | 1.72 | - | - | - | 1.72 | 115% |
| MH RN | 4.00 | 3.00 | 75% | 2.38 | - | 0.00 | - | 2.38 | 60% |
| Rec Therapist | 2.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 10.00 | 13.00 | 130% | 6.62 | - | - | - | 6.62 | 66% |
| Psych Tech | - | - | 0% | 3.38 | - | 0.01 | - | 3.39 | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Clerk | - | 1.00 | 0% | 0.80 | - | 0.00 | - | 0.81 | 0% |
| **Total Contract** | 166.20 | 174.15 | 105% | 163.94 | 0.00 | 9.09 | 0.00 | 196.00 | 104% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

ADCM1489273

PARSONS v. RYAN, USDC CV12-00601

ADCM1489274

# Arizona Monthly Staffing Report
## Winslow Region
### February 2018

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Contract Breakdown** | | | |
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | - | - | 0% | 0.18 | - | - | - | 0.18 | 0% |
| Administrator | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.78 | - | - | - | 1.78 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 2.44 | - | - | - | 2.44 | 244% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 11.80 | 11.60 | 98% | 11.61 | - | 1.01 | - | 12.62 | 107% |
| LPN | 5.20 | - | 0% | - | - | - | - | - | 0% |
| Nursing Assistant | 4.00 | 2.90 | 73% | 4.19 | - | 0.28 | - | 4.46 | 112% |
| X Ray Tech | 0.50 | - | 0% | 0.38 | - | - | - | 0.38 | 75% |
| Pharmacy Tech | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.88 | - | - | - | 1.88 | 94% |
| Med Records Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Scheduler | 1.00 | 1.00 | 100% | 1.00 | - | 0.00 | - | 1.00 | 100% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.89 | - | 0.02 | - | 0.91 | 91% |
| Dental Director | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| Dentist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 2.00 | 67% | 1.94 | - | - | - | 1.94 | 65% |
| Psychiatric Director | - | - | 0% | - | - | - | - | - | 0% |
| Psychiatrist | - | - | 0% | - | - | - | - | - | 0% |
| Psychologist | - | - | 0% | - | - | - | - | - | 0% |
| MH Director (PH.D) | - | - | 0% | - | - | - | - | - | 0% |
| MH Clerk | - | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | - | - | 0% | - | - | - | - | - | 0% |
| MH RN | - | - | 0% | - | - | - | - | - | 0% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT Clerk | - | - | 0% | - | - | - | - | - | 0% |
| **Total Contract** | **39.70** | **28.50** | **72%** | **30.37** | **0.00** | **1.30** | **0.00** | **31.68** | **80%** |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**
**Yuma Region**
**February 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Staff Physician | 1.00 | 1.00 | 100% | 1.07 | - | - | - | 1.07 | 107% |
| Administrator | 1.00 | 1.00 | 100% | 0.02 | - | - | - | 0.02 | 2% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Asst. Correctional RN Supervisor II | - | 3.00 | 0% | 3.95 | - | - | - | 3.95 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Nurse Practitioner | 3.00 | 2.00 | 67% | 1.86 | - | - | - | 1.86 | 62% |
| Correctional RN Supervisor I | 4.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 15.70 | 12.50 | 80% | 11.88 | - | 0.92 | - | 12.80 | 81% |
| LPN | 11.50 | 9.10 | 79% | 7.52 | - | 1.17 | - | 8.69 | 76% |
| Nursing Assistant | 8.40 | 9.75 | 116% | 14.31 | - | 0.53 | - | 14.84 | 177% |
| X Ray Tech | 1.00 | 1.00 | 100% | 2.31 | - | 0.00 | - | 2.31 | 231% |
| Pharmacy Tech | 2.00 | 3.00 | 150% | 1.88 | - | 0.39 | - | 2.27 | 113% |
| Secretary / Administrative Assistant | 2.00 | 1.80 | 90% | 2.34 | - | 0.01 | - | 2.35 | 118% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.67 | - | - | - | 0.67 | 67% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.91 | - | - | - | 2.91 | 97% |
| Scheduler | 1.00 | 1.00 | 100% | 0.99 | - | 0.00 | - | 1.00 | 100% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.92 | - | 0.05 | - | 0.97 | 97% |
| Dental Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.25 | 108% | 2.32 | - | - | - | 2.32 | 77% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 6.00 | 6.00 | 100% | 5.31 | - | - | - | 5.31 | 89% |
| Psychiatrist | - | - | 0% | 0.30 | - | - | - | 0.30 | 0% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| MH RN | 1.00 | 1.00 | 100% | 0.95 | - | 0.07 | - | 1.02 | 102% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 4.00 | 5.00 | 125% | 3.70 | - | - | - | 3.70 | 93% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT Clerk | - | - | 0% | - | - | - | - | - | 0% |
| **Total Contract** | 74.80 | 69.40 | 93% | 68.16 | 0.00 | 3.14 | 0.00 | 71.30 | 95% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

ADCM1489275

PARSONS v. RYAN, USDC-CV-12-00601