Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorneys General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

Defendants respectfully request an extension of time in which to file their Response to the Motion for Leave for Ethics Bureau at Yale to File Brief of Amicus Curiae in Opposition to Defendants' Motion to Disqualify Judge Duncan From All Further Proceedings (Doc. 2729, 2730).  The Response is currently due on April 13, 2018. Defendants request an extension of time until April 16, 2018, one business day, so that the deadline coincides with the deadline the parties have stipulated to for Defendants' Reply in support of the Motion to Disqualify (Doc. 2740).  Counsel for the proposed Amicus Curiae does not oppose this request.  Plaintiffs' counsel take no position.

DATED this 6th day of April 2018.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

        By /s/Daniel P. Struck
           Daniel P. Struck
           Rachel Love
           Timothy J. Bojanowski
           3100 West Ray Road, Suite 300
           Chandler, Arizona  85226

           Arizona Attorney General Mark Brnovich
           Office of the Attorney General
           Michael E. Gottfried
           Assistant Attorneys General
           15 South 15th Avenue
           Phoenix, Arizona 85007

           *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document via email on the following, who are not registered participants of the CM/ECF System:

Milton Wagner (Bar No. 024976)
Wagner Law LLC
340 E. Palm Lane, Ste. 255
Phoenix, AZ  85004
mw@wgnrlaw.com

*Counsel of Record for Amicus Curiae Ethics Bureau at Yale*

Lawrence J. Fox
George W. and Sadella D. Crawford
Visiting Lecturer at Yale
127 Wall Street
New Haven, CT  06511
Lawrence.fox@yale.edu

*Of Counsel*

/s/Daniel P. Struck

3