# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

The Court, having reviewed the Unopposed Motion for Extension of Time to File Response to Motion for Leave to File *Amicus Curiae* Brief, and finding good cause, hereby **GRANTS** the Motion.

Defendants shall have up to and including April 16, 2018 to file their Response to the Motion for Leave for Ethics Bureau at Yale to File *Amicus Curiae* Brief in Opposition to Defendants' Motion to Disqualify Judge Duncan from all Further Proceedings (Doc. 2729, 2730).