# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Extension of Time to File Reply Brief (Doc. 2740), and finding good cause,

**IT IS ORDERED** granting the Stipulation for Extension of Time to File Reply Brief (Doc. 2740). Defendants shall have up to and including April 16, 2018 to file their Reply in support of the Motion to Disqualify Judge Duncan from all Further Proceedings (Docs. 2641, 2692).

Dated this 6th day of April, 2018.

_____
David K. Duncan
United States Magistrate Judge