Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' SUPPLEMENTAL RESPONSE TO THE DECLARATION OF CORENE KENDRICK (DOC. 2633)** |

Pursuant to the Court's Order at the March 27, 2018 Evidentiary and Order to Show Cause Hearing (Doc. #2735), Defendants, Charles Ryan and Richard Pratt, through counsel, submit their Supplemental Response to the Declaration of Corene Kendrick ("Declaration") (Doc. 2633). Select members of Corizon's Arizona compliance team and ADC's Health Services Contract Monitoring Bureau ("HSCMB") reviewed and re-reviewed, both separately and in consultation with each other, the 420 medical records identified in the Declaration as instances of non-compliance that were not included on the list of instances filed by Defendants in February, going file by file in eOMIS and utilizing the methodology prescribed in the current version of the HSCMB Monitoring Guide to determine each file's compliance with the relevant performance measure. (Ex. 1, ¶¶5-12; Ex. 2, ¶¶6-16.)

Altogether, ADC and Corizon have spent over 76 man-hours auditing and re-auditing the 420 instances of allegedly unreported non-compliance listed in the Declaration of Corene Kendrick. (Ex. 1 at ¶12; Ex. 2 at ¶16.)[1] Of the alleged 420 instances of unreported non-compliance advanced by Plaintiffs, Defendants have identified 79 instances of compliance; 106 instances that are not applicable to Defendants' filings regarding the December 2017 data; and 242 instances of non-compliance. (Ex. 3.)[2] These results have been certified to be accurate by HSCMB (Ex. 2 at ¶17), and Corizon has confirmed it has no changes. The reasons these 242 instances were not captured in Defendants' original filings are explained in Defendants' initial Response to the

---

[1] Defendants renew their objection to the improper burden-shifting that has occurred here. Plaintiffs' counsel have access to eOMIS, and could have performed the same file-by-file review performed by ADC and Corizon. (*See* Doc. 2704.) Instead, Plaintiffs filed their Declaration based on little more than assumption and speculation, while Defendants have been required to do the legwork to determine whether there is any merit to Plaintiffs' allegations.

[2] These numbers add up to 427 instances. It is undetermined whether the 7 additional instances originated with a miscount in the Declaration or Defendants' spreadsheet, or what effect eliminating them would have on the categories identified above.

1

Declaration of Corene Kendrick (Doc. 2633), and are incorporated herein by reference. (Doc. 2704.)

DATED this 6th day of April 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Hesman
    Jacob B. Lee
    Kevin R. Hanger
    Timothy M. Ray
    Richard M. Valenti
    Jamie D. Guzman
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    15 South 15th Avenue
    Phoenix, Arizona 85007

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck