**EXHIBIT 1**

**EXHIBIT 1**

1   Arizona Attorney General Mark Brnovich
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorney General
    15 South 15th Avenue
4   Phoenix, Arizona 85007
    Telephone: (602) 542-1645
5   Fax: (602) 542-3393
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
8   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
9   Ashlee B. Hesman, Bar No. 028874
    Jacob B. Lee, Bar No. 030371
10  Kevin R. Hanger, Bar No. 027346
    Timothy M. Ray, Bar No. 029191
11  Richard M. Valenti, Bar No. 031533
    Jamie D. Guzman, Bar No. 022095
12  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
13  Chandler, Arizona 85226
    Telephone: (480) 420-1600
14  Fax: (480) 420-1696
    dstruck@strucklove.com
15  rlove@strucklove.com
    tbojanowski@strucklove.com
16  nacedo@strucklove.com
    ahesman@strucklove.com
17  jlee@strucklove.com
    khanger@strucklove.com
18  tray@strucklove.com
    rvalenti@strucklove.com
19  jguzman@strucklove.com
    *Attorneys for Defendants*
20

21          **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF ARIZONA**
22

| | |
|---|---|
| 23 Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| 24 Plaintiffs, | |
| v. | **DECLARATION OF JUSTIN THOMAS SCALISE** |
| 25 Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 26 | |
| 27 | |
| 28 Defendants. | |

1       I, **JUSTIN THOMAS SCALISE**, make the following Declaration:

2       1.    I am over the age of 18 years and have personal knowledge of and am

3 competent to testify to the matters set forth in this Declaration. I make this Declaration in

4 support of Defendants' Supplemental Response to the Declaration of Corene Kendrick

5 (Doc. 2633).

6       2.    I am the Vice President for Contract Compliance for Corizon Health, Inc.

7 ("Corizon"). I have worked for Corizon since September 4, 2017, and have held the

8 position of Vice President for Contract Compliance since the aforesaid date.

9       3.    As Vice President for Contract Compliance, I am responsible for overseeing

10 Corizon's compliance with its health services contract with the Arizona Department of

11 Corrections ("ADC").

12       4.    I am familiar with the Court's October 10, 2017 Order to Show Cause

13 ("OSC"); the requirement to provide a report of all failures for the month of December

14 2017 for the 11 health care performance measures ("PMs") subject to the OSC; the

15 Court's March 19, 2018 order requiring a response to the Declaration of Corene Kendrick

16 (Doc. 2633); and the Court's March 27, 2018 order requiring a further response

17 addressing all 420 instances of alleged non-compliance listed in the Declaration of Corene

18 Kendrick (Doc. 2633)..

19       5.    Select members of the Arizona compliance team, including the undersigned,

20 Jennine Gahris, and Amber Puckett, reviewed the complete list of 420 medical records

21 identified by the Declaration of Corene Kendrick (Doc. 2633) as additional failures not

22 included on ADC's initial list of failures.

23       6.    Jennine, Amber, and I conducted a manual review of each individual file by

24 opening each file in eOMIS and utilizing the methodology contained in the current

25 version of the Monitoring Guide for each of the relevant PMs in order to determine each

26 file's compliance with the relevant PM.

27       7.    On Thursday, March 29, 2018, Corizon provided a spreadsheet containing

28 its initial findings to Richard Pratt at ADC's Health Services Contract Monitoring Bureau

("HSCMB") for ADC's review. ADC reviewed Corizon's findings and sent the spreadsheet back with comments on Monday, April 2, 2018.

8.   On Monday, April 2, 2018, the undersigned, Lynn Cole, Jennine Gahris, and Amber Puckett from Corizon participated in a telephone conference with Richard Pratt and Vanessa Headstream from ADC to discuss the differences between Corizon and ADC's initial findings, including but not limited to instances Corizon had marked compliant that ADC disagreed were actually compliant.

9.   On Monday, April 2, 2018 and Tuesday, April 3, 2018, Jennine Gahris, and Amber Puckett re-reviewed certain instances discussed during the April 2, 2018 telephone conference, again opening select files in eOMIS and utilizing the methodology contained in the current version of the Monitoring Guide for the relevant PMs to determine each file's compliance with the relevant PM, taking into account ADC's comments.

10.   On Wednesday, April 4, 2018, Corizon sent a revised spreadsheet to ADC incorporating the results of Corizon's second review of the files.

11.   Later that morning, William Carr, Jennine Gahris, and Amber Puckett for Corizon, and Richard Pratt and Vanessa Headstream for ADC, including attorneys for both Corizon and ADC—Jennifer Finger for Corizon and Jacob Lee and Tim Bojanowski for ADC—participated in a two-hour telephone conference regarding further revisions to Corizon and ADC's findings as to the 420 instances. ADC agreed to perform a third review of the list consistent with the understandings reached between Corizon and ADC during the telephone conference.

In total, Corizon dedicated three compliance team members to manually review these 420 medical records, which took over 37 hours to complete.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this _6th_ day of April, 2018.

JUSTIN THOMAS SCALISE

2