# EXHIBIT 3

# (REDACTED)

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant:** Results received 12/01/17 |
| | | Compliant | **Compliant:** Results received 12/01/17 |
| | | Compliant | **Compliant:** Results received 12/08/17 |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

*These instances were listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates of receipt and review of the test results. Upon further review, however, they should have been listed as not applicable, as PT/INR tests are excluded from review.

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant:** CC 07/20/17, RTC 6 mo. |
| | | Compliant | **Compliant:** CC 11/18/17, RTC 1 mo. CC 12/16/17 |
| | | Compliant | **Compliant:** CC 06/14/17, RTC 180 days. Next CC 12/11/17 |
| | | Compliant | **Compliant:** CC 06/15/17, RTC 6 mo.  CC 12/11/17 |
| | | Compliant | **Compliant:** CC 06/15/17, RTC 6 mo. CC 12/12/17 |
| | | Compliant | **Compliant:** CC 07/14/17, no RTC ordered for CC.  HTN guidelines require q 6 mo CC.  No dx GERD on MPL. |
| | | Compliant | **Compliant:** CC 07/18/17, no RTC ordered. CC 12/14/17 |
| | | Compliant | **Compliant:** CC 08/03/17, RTC 6 mo.  Next CC 12/15/17. |
| | | Compliant | **Compliant:** CC 08/08/17, no RTC ordered. CC 12/15/17 |
| | | Compliant | **Compliant:** CC 11/29/17, RTC 90 days.  OTC 12/21/17 |
| | | Compliant | **Compliant:** Intake 11/09/17, no RTC ordered. CC 12/12/17 |
| | | Non-compliant | |
| | | N/A | **N/A:** new dx HCV 01/24/18 |
| | | N/A | **N/A:** No CC diagnosis in MPL |
| | | N/A | **N/A:** No CC diagnosis in MPL |
| | | N/A | **N/A:** No CC diagnosis in MPL |
| | | N/A | **N/A:** Not CC, removed from list 12/12/17 |
| | | N/A | **N/A:** Recommit 09/08/17, not documented @ Intake PE |
| | | N/A | **N/A:**  Removed from list as resolved 12/16/17 |
| | | N/A | **N/A:** New diagnosis 12/11/17 |
| | | N/A | **N/A:** Not CC, HCV resolved 09/30/15 |
| | | N/A | **N/A:** Not CC, removed from list 12/29/17 |
| | | N/A | **N/A:** Not recognized CC |
| | | N/A | **N/A:** On 12/11/17 Daily Tracker; released 03/27/15 |
| | | N/A | **N/A:** On 12/11/17 Daily Tracker; released 11/14/14 |
| | | N/A | **N/A:** PL 08/17/17, Remove from CC |
| | | N/A | **N/A:** Released 04/05/16 |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | N/A | **N/A:** results not received in monitored month |
| | | Compliant | **Compliant:** Results received 12/09/17 |
| | | Non-compliant | |
| | | Compliant | **Compliant:** Results received 12/06/17 |
| | | Compliant | **Compliant:** Results received 12/06/17 |
| | | Non-compliant | |
| | | Non-compliant | |
| | | N/A | **N/A:** results not received in monitored month |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

*This instance was listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates of receipt and review of the test results. Upon further review, however, it should have been listed as not applicable, as results not received in the monitored month are excluded from review.

| Inmate No. | Inmate Name | COMPLIANT/NON-COMPLIANT | COMMENTS |
|---|---|---|---|
| | | N/A | **N/A:** 11/07/17 urgent hand c/s; completed 11/22/17 |
| | | N/A | **N/A:** 08/17/17 urgent urology c/s; completed 12/13/17 |
| | | N/A | **N/A:** 10/05/17 radiology c/s; completed 11/01/17 |
| | | N/A | **N/A:** 10/11/17 urgent hem/onc c/s; completed 11/16/17 |
| | | N/A | **N/A:** 10/19/17 urgent orth c/s; remains "scheduled" |
| | | N/A | **N/A:** 10/23/17 urgent hand c/s; remains "scheduled" |
| | | N/A | **N/A:** 10/30/17 Rad c/s; ATP 11/07/17 |
| | | N/A | **N/A:** 10/16/17 urgent hand c/s; remains "rescheduled" |
| | | N/A | **N/A:** 10/18/17 urgent GI EGD w/bx; completed 12/07/17 |
| | | N/A | **N/A:** 10/18/17 urgent Ophthal c/s; completed 12/05/17 |
| | | N/A | **N/A:** 10/19/17 urgent ortho c/s; completed 12/22/17 |
| | | N/A | **N/A:** 10/22/17 urgent urology c/s; completed 02/28/18 |
| | | N/A | **N/A:** 10/23/17 urgent Hand c/s; completed 12/06/17 |
| | | N/A | **N/A:** urology required additional testing, s/b cancelled |
| | | N/A | **N/A:** 08/21/17 urgent ENT c/s; completed 09/19/17 |
| | | N/A | **N/A:** 10/25/17 urgent ortho c/s; completed 11/10/17 |
| | | N/A | **N/A:** 10/26/17 urgent CT abd/pelvis; completed 11/17/17 |
| | | N/A | **N/A:** 11/03/17 Routine radiology c/s, does not meet PM 50 criteria |
| | | N/A | **N/A:** 10/26/17 urgent neuro c/s; remains "referred to UM" |
| | | N/A | **N/A:** 10/26/17 urgent radiology c/s; completed 12/06/17 |
| | | N/A | **N/A:** 10/27/17 urgent gen surg c/s; completed 12/13/17 |
| | | N/A | **N/A:** 10/28/17 urgent ortho c/s; remains "scheduled" |
| | | Non-compliant | |

*The Declaration of Corene Kendrick (Doc. 2633) listed "Smith" as non-compliant for this PM, but did not provide a first name or inmate number to allow Defendants to identify a specific inmate. Both are listed to provide accurate and complete information.

| Inmate No. | Inmate Name | COMPLIANT/NON-COMPLIANT | COMMENTS |
|---|---|---|---|
| | | Compliant | **Compliant:** 10/25/17 routine ID c/s; completed 12/20/17 |
| | | N/A | **N/A:** 06/08/17 routine ID c/s; completed 01/17/18 |
| | | N/A | **N/A:** 07/02/17 routine Neuro c/s; completed 12/18/17 |
| | | N/A | **N/A:** 07/27/17 routine Neuro c/s; completed 12/20/17 |
| | | N/A | **N/A:** 09/11/17 routine ophthal c/s; completed 12/05/17 |

| Inmate No. | Inmate Name | COMPLIANT/NON-COMPLIANT | COMMENTS |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | N/A | **N/A:** optometry results excluded from review |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant:** Terazosin ordered 12/15/17; administered 12/18/17 |
| | | Compliant | **Compliant:** Montelukast ordered 12/07/17; administered 12/11/17 |
| | | Compliant | **Compliant:** Amoxicillin ordered 12/22/17; administered 12/27/17 (Holiday 12/25/17) |
| | | Compliant | **Compliant:** APAP/ASA/Caff ordered 12/29/17; administered 01/02/18 (Holiday 01/01/18) |
| | | Compliant | **Compliant:** ASA ordered 12/05/17, previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Atorvastatin ordered 12/04/17, administered 12/06/17 |
| | | Compliant | **Compliant:** Ciclesonide ordered 12/05/17, previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Ciclesonide ordered 12/22/17, administered 12/26/17 |
| | | Compliant | **Compliant:** Fluoxetine ordered 12/11/17 "profile only", previous Rx carried to new fill date |
| | | Compliant | **Compliant:** IBU ordered 12/08/17; administered 12/11/17 |
| | | Compliant | **Compliant:** Lisinopril ordered 12/05/17,  administered 12/06/17 |
| | | Compliant | **Compliant:** Lisinopril ordered 12/11/17; administered 12/12/17 |
| | | Compliant | **Compliant:** Lisinopril ordered 12/21/17, received 12/22/17; previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Loratadine ordered 12/07/17; administered 12/11/17 |
| | | Compliant | **Compliant:** Montelukast ordered 12/22/17, administered 12/26/17 |
| | | Compliant | **Compliant:** Naproxen ordered 12/07/17; administered 12/11/17 |
| | | Compliant | **Compliant:** Omeprazole ordered 12/05/17,  administered 12/06/17 |
| | | Compliant | **Compliant:** Omeprazole ordered 12/07/17,  administered 12/08/17 |
| | | Compliant | **Compliant:** Omerprazole ordered 12/07/17; administered 12/08/17 |
| | | Compliant | **Compliant:** Rx records reveals 1 medication ordered in December, administered within allowed time frame: Atorvastatin |
| | | Compliant | **Compliant:** Rx records reveals 4 medications ordered in December, all administered within allowed time frame:Ciclesonide Inh, Isosorbide, NTG prn excluded from review, Albuterol Inh exlcuded from review |
| | | Compliant | **Compliant:** Sertraline ordered 12/06/17 to start 12/14/17; administered 12/14/17 |
| | | Compliant | **Compliant:** Sertraline ordered 12/21/17, administered 12/22/17 |
| | | Compliant | **Compliant:** Sertraline ordered 12/22/17, administered 12/27/17 |
| | | Compliant | **Compliant:** Zpack ordered 12/22/17, administered 12/26/17 |
| | | Compliant | **Compliant:** Zpack ordered 12/22/17; administered 12/26/17 |
| | | Compliant | **Compliant:** Acyclovir ordered 12/07/17; administered 12/11/17 |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant:** Amoxicillin ordered 12/20/17 "profile only", administered 12/20/17 from provider stock |
| | | Compliant | **Compliant:** Atorvastatin ordered 12/22/17; administered 12/27/17 |
| | | Compliant | **Compliant:** Cetirizine ordered 12/07/17; administered 12/08/17 |
| | | Compliant | **Compliant:** Ciclesonide ordered 12/13/17; administered 12/14/17 |
| | | Compliant | **Compliant:** DSS ordered 12/21/17, received 12/26/17; administered 12/26/17 ( Holiday 12/25/17) |
| | | Compliant | **Compliant:** DSS ordered 12/26/17; administered 12/26/17 |
| | | Compliant | **Compliant:** Fluoxetine ordered 12/14/17; administered 12/15/17 |
| | | Compliant | **Compliant:** HCTZ ordered 12/20/17, previous Rx carried to new fill date |
| | | Compliant | **Compliant:** IBU ordered 12/14/17; administered 12/14/17 |
| | | Compliant | **Compliant:** Imipramine ordered 12/15/17 x 7 days; administered 12/18/17 |
| | | Compliant | **Compliant:** Indomethacin ordered 12/01/17; administered 12/05/17 |
| | | Compliant | **Compliant:** Indomethacin ordered 12/04/17 "profile only"; previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Levothyroxine ordered 12/07/17; administered 12/08/17 |
| | | Compliant | **Compliant:** Lisinopril ordered 12/15/17; previous Rx carried to new fill date. |
| | | Compliant | **Compliant:** Metropolol ordered 12/15/17 "profile only"; previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Omeprazole ordered 12/08/17; administered 12/11/17 |
| | | Compliant | **Compliant:** Omeprazole ordered 12/18/17, administered 12/19/17 |
| | | Compliant | **Compliant:** Phenylephrine ordered 12/22/17; administered 12/26/17 |
| | | Compliant | **Compliant:** Phenylephrine ordered 12/22/17; administered 12/27/17 (Holiday 12/25/17) |
| | | Compliant | **Compliant:** Prednisone ordered 12/15/17, previous Rx carried to new fill date |
| | | Compliant | **Compliant:** Rx records reveal 3 medications ordered in December, all administered within allowed time frame: Amlodipine, Atorvastatin, HCTZ |
| | | Compliant | **Compliant:** Rx records reveal 4 medications ordered in December, all administered within allowed time frame: HCTZ, K Cl, Lisinopril, Allopurinol |
| | | Compliant | **Compliant:** Rx records reveal 4 medications ordered in December, all administered within allowed time frame: Phenylephrine, Amoxicillin, Guaifenesin (2) |
| | | Compliant | **Compliant:** Rx records reveal 4 medications ordered in December, all administered within allowed time frame: Phenylephrine, Amoxicillin, Guaifenesin (2) |
| | | Compliant | **Compliant:** Rx records reveal 7 medications ordered in December, all administered within allowed time frame: Insulin NPH (2), Absorbase, ASA, Umeclidinium INH, Atorvastatin, Glucose gel |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant:** Rx records reveal 7 medications ordered in December, all administered within allowed time frame: Insulin NPH (2), Absorbase, ASA, Umeclidinium INH, Atorvastatin, Glucose gel |
| | | Compliant | **Compliant:** Vit B Complex ordered 12/14/17, received 12/15/17; administered 12/15/17 |
| | | N/A | **N/A:** Albuterol INH is excluded from review |
| | | N/A | **N/A:** Albuterol INH is excluded from review |
| | | N/A | **N/A:** Atenolol ordered 11/26/17, received 11/28/17; administered 01/29/18 |
| | | N/A | **N/A:** Ciclesonide ordered 11/08/17, received 11/09/17; not documented as administered |
| | | N/A | **N/A:** Ciclesonide ordered 11/21/17, not received "profile only"; administered 12/12/17 |
| | | N/A | **N/A:** Cipro ordered 11/18/17, received 11/29/17; not documented as administered |
| | | N/A | **N/A:** Duloxetine ordered 11/29/17 x 7 days, received 11/30/17; administered 11/30/17 |
| | | N/A | **N/A:** IBU ordered 11/30/17, "profile only" 12/01/17; administered 12/07/17 |
| | | N/A | **N/A:** Latanaprost eye drops ordered 11/27/17, received 12/01/17; not documented as administered |
| | | N/A | **N/A:** Lisinopril ordered 11/27/17, received 12/01/17; administered 12/22/17  (12/07/17 roster) |
| | | N/A | **N/A:** Lisinopril ordered 11/27/17, previous Rx carried to new fill date |
| | | N/A | **N/A:** Meloxicam ordered 10/30/17, received 10/31/17; administered 12/08/17 |
| | | N/A | **N/A:** Metformin ordered 11/16/17, previous Rx carried to new fill date |
| | | N/A | **N/A:** NFDR med Famotidine |
| | | N/A | **N/A:** NFDR med Lacosamide |
| | | N/A | **N/A:** Niacin ordered 11/24/17 "profile only", received 12/11/17; administered 12/11/17 |
| | | N/A | **N/A:** Not a valid order.  Compliance is documented for the 12/08/17 Influenza Vaccine ordered *DAILY for 6 months as a PO medication* .  Documentation demonstrates an injection was given 4 times since order date: 02/15/18, 02/23/18, 03/01/18, 03/21/18. |
| | | N/A | **N/A:** Omeprazole ordered 11/10/17, "profile only", received 12/11/17; administered 12/12/17 |
| | | N/A | **N/A:** Propranolol ordered 11/21/17, previous Rx carried to new fill date |
| | | N/A | **N/A:** Release meds excluded from review |
| | | N/A | **N/A:** Shampoo ordered 12/10/17, received 12/12/17; not documented as administered. Excluded from CGAR review. |
| | | N/A | **N/A:** Vit B Complex ordered 11/16/17, received 11/17/17; administered |
| | | N/A | **N/A:** Atorvastatin ordered 11/24/17; previous Rx filled through 12/21/17, 11/24/17 Rx d/c'd 12/07/17 |
| | | N/A | **N/A:** Bactrim ordered 11/30/17, possibly administered KOP @ PL; **no documentation of administration** |
| | | N/A | **N/A:** Ceftriaxone erroroneously ordered by nursing - no practitioner order |
| | | N/A | **N/A:** Ciclesonide ordered 11/09/17, received 11/13/17; administered 01/05/18 |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | N/A | **N/A:** Ciclesonide **o**rdered 11/09/17, received 11/13/17; not documented as administered |
| | | N/A | **N/A:** Ciclesonide ordered 11/15/17, received 11/16/17; administered 12/12/17 |
| | | N/A | **N/A:** Ciclesonide ordered 11/15/17, received 11/17/17; administered 12/12/17 |
| | | N/A | **N/A:** Ciclesonide ordered 11/16/17, received 11/17/17; not documented as administered |
| | | N/A | **N/A:** Clotrimazole Cream ordered 12/13/17, received 12/14/17; not documented as administered. Excluded from CGAR review. |
| | | N/A | **N/A:** Dicyclomine ordered prn 11/21/17 |
| | | N/A | **N/A:** duplicate 11/27/17 Lisinopril order (12/13/17 roster) |
| | | N/A | **N/A:** duplicate 11/28/17 Tamulosin order (12/11/17 roster) |
| | | N/A | **N/A:** Duplicate 12/05/17 shampoo ordered (12/20/17 roster). Excluded from CGAR review. |
| | | N/A | **N/A:** Fluoxetine ordered 11/21/17, received 11/29/17; administered 12/22/17 |
| | | N/A | **N/A:** IBU ordered 11/23/17, administered 11/23/17 |
| | | N/A | **N/A:** Latanaprost eye drops ordered 11/28/17, received 12/19/17; adminsitered 12/20/17 |
| | | N/A | **N/A:** Latanaprost eye drops ordered 12/25/17; not documented as administered; not processed by Pharmacorr. Excluded from CGAR review. |
| | | N/A | **N/A:** Predisolone eye drops ordered 12/11/17, "profile only"; not documented as administered. Excluded from CGAR review. |
| | | N/A | **N/A:** Ranitidine ordered 11/21/17, received 11/29/17; administered 12/14/17 |
| | | N/A | **N/A:** shampoo ordered 12/05/17, received 12/07/17; not documented as administered. Excluded from CGAR review. |
| | | N/A | **N/A:** shampoo ordered 12/05/17; previous Rx carried to new fill date (12/15/17 roster). Excluded from CGAR review. |
| | | N/A | **N/A:** Tamulosin ordered 11/28/17, administered 11/28/17 (12/07/17 roster) |
| | | N/A | **N/At:** Montelukast ordered 11/21/17, received 12/19/17; administered 12/19/17 |
| | | N/A | **N/A:** Omeprazole ordered 11/21/17 "profile only", received 12/22/17; administered 12/22/17 |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-Compliant | Comments |
|---|---|---|---|
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Compliant | **Compliant:** Rx records reveal 11 medications ordered in December, all administered within allowed time frame: Fluoxetine, Metoprolol, HCTZ, Lisinopril, Cioclesonied, Levetiracetam, Triamcinolone Crm, excluded from review, Albuterol Inh exlcuded from review |

| Inmate No. | Inmate Name | Compliant/Non-compliant | Comments |
|---|---|---|---|
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Compliant | **Compliant:** Darunavir |
| | | Compliant | **Compliant:** Furoxemide |
| | | Compliant | **Compliant:** Propranolol |
| | | Compliant | **Compliant:** Spironolactone |
| | | Non-compliant | |
| | | Compliant | **Compliant:** Lisinopril |

| Inmate No. | Inmate Name | Compliant/Non-compliant | Comments |
|---|---|---|---|
| | | N/A | **N/A:** NL referral did not occur during monitored month |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |
| | | Non-compliant | |

*This instance was listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates between the referral and the provider appointment. Upon further review, however, it should have been listed as not applicable, as referrals not occurring in the monitored month are excluded from review.

| Inmate No. | Inmate Name | Compliant/Non-compliant | Comments |
|---|---|---|---|
| ████████ | ████████ | Non-compliant | |

| Inmate No. | Inmate Name | Compliant/Non-compliant | Comments |
|---|---|---|---|
| | | Compliant | **Compliant**: Results received 12/05/17 |
| | | N/A | **N/A:** i/m OTH prior to expiration of time frame |
| | | N/A | **N/A:** i/m OTH prior to expiration of time frame |
| | | N/A | **N/A:** PT/INR (POC) excluded from review |
| | | N/A | **N/A:** results not received in monitored month |
| | | N/A | **N/A:** results not received in monitored month |
| | | N/A | **N/A:** sample not received by lab; unable to complete |
| | | N/A | **N/A:** Urine Dipstick (POC) excluded from review |
| | | N/A | **N/A:** Urine Dipstick (POC) excluded from review |
| | | Non-compliant | |
| | | Non-compliant | |

*These instances were listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates of receipt and review of the test results. Upon further review, however, they should have been listed as not applicable, as results not received during the monitored month are excluded from review.

**These instances were listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates of receipt and review of the test results. Upon further review, however, they should have been listed as not applicable, as PT/INR and urine dipstick tests are excluded from review.

***This instance was listed in the Declaration of Vanessa Headstream in support of Defendants' Response to the Declaration of Corene Kendrick (Doc. 2704) as non-compliant based on the dates of receipt and review of the test results. Upon further review, however, it should have been listed as not applicable, as the sample was not received by the lab, such that the test could not be completed, so the instance would have been excluded from review.

| Inmate No. | Inmate Name | COMPLIANT/NON-COMPLIANT | COMMENTS |
|---|---|---|---|
| ███████████ | | Non-Compliant | |
| ███████████ | | Non-Compliant | |