# EXHIBIT 1



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

April 9, 2018

**<u>VIA EMAIL ONLY</u>**
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

      Re:    *Parsons v. Ryan*
               **Compliance with Paragraph 12 of the Stipulation**

Dear Corene:

      This is a response to your January 26, 2018 request for information related to influenza vaccinations and immunizations for inmates with chronic diseases.

      Defendants object to these requests. The Stipulation does not require Defendants to provide the requested information. The Court has not requested or ordered that Defendants provide this information. *See* Dkt. 2559 and 1/18/18 Tr. at pages 38-39.

      Without waiving any objections, Defendants are awaiting Corizon's response with respect to Requests 1a, 1b, 2a, and 2b, and are responding to Requests 3a, 3b, and 4.

**I. Request 1**

      **Request 1a:**  For each ADC facility, the number of class members who have been given an influenza vaccination.

      **Request 1b:**  For each ADC facility, the number of class members who were offered the influenza vaccination, but signed a refusal.

**Defendants' Objections:**

Defendants object to these requests as they seek information that is not relevant and exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. Paragraph 12 of the Stipulation only requires Defendants to offer inmates an influenza vaccination. *See* ¶ 12 of Dkt. 1185. It does not require ADC or Corizon to maintain data or report on the number of inmates who have received or refused an influenza vaccination. Plaintiffs have already conceded this point; notification to inmates (through posted notices) regarding the influenza vaccine was sufficient to meet Paragraph 12(a) of the Stipulation. *See* 12/14/16 Tr. at 69-70. And, the Court has already found that Defendants are in compliance with Paragraph 12(a) by "posting flyers notifying inmates that influenza vaccines are available." *See* Dkt. 1831 at page 3.

Defendants also object as to the timeframe of the request because "2017-2018 flu season" is vague. *See* Fed. R. Civ. P. 26(b)(1)(A). According to the CDC, "[t]he timing of flu is very unpredictable and can vary in different parts of the country and from season to season." (https://www.cdc.gov/flu/about/season/flu-season-2017-2018.htm).

Based on the foregoing, the burden of identifying and producing information responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1) and ¶ 29 of Dkt. 1185.

## II. Request 2

**Request 2a:** For each ADC facility, the number of class members with chronic medical conditions who have been given all CDC recommended immunizations.

**Request 2b:** For each ADC facility, the number of class members with chronic medical conditions who were offered all CDC-recommended immunizations, but signed a refusal.

**Defendants' Objections:**

Defendants object to these requests as they seek information that is not relevant and exceeds the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. Paragraph 12 of the Stipulation only requires Defendants to offer chronic disease inmates with required CDC immunizations. *See* ¶ 12(b) of Dkt. 1185. It does not require ADC or Corizon to maintain data or report on the number of chronic disease inmates who have received or refused such immunizations.

Corene Kendrick
April 9, 2018
Page 3

Defendants also object as to the timeframe of the request because "2017-2018 flu season" is vague. *See* Fed. R. Civ. P. (b)(1)(A). According to the CDC, "[t]he timing of flu is very unpredictable and can vary in different parts of the country and from season to season." (https://www.cdc.gov/flu/about/season/flu-season-2017-2018.htm).

Based on the foregoing, the burden of identifying and producing information responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1) and ¶ 29 of Dkt. 1185.

### III. Request 3

**Request 3a:** For each ADC facility, the number of class members, if any, who have died due to complications from influenza.

**Request 3b:** For each ADC facility, the number of class members, if any, who have been hospitalized due to complications from influenza.

**Defendants' Response:**

Defendants object to these requests as they seek information that is not relevant and outside the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. Paragraph 12 of the Stipulation only requires Defendants to offer inmates an influenza vaccination. *See* ¶ 12 of Dkt. 1185. It does not require ADC or Corizon to maintain data or report on the number of inmates who have been hospitalized or have died due to influenza complications. Plaintiffs have already conceded this point; notification to inmates (through posted notices) regarding the influenza vaccine was sufficient to meet Paragraph 12(a) of the Stipulation. *See* 12/14/16 Tr. at 69-70. And, the Court has already found that Defendants are in compliance with Paragraph 12(a) by "posting flyers notifying inmates that influenza vaccines are available." *See* Dkt. 1831 at page 3. Defendants also object as to the timeframe of the request because "2017-2018 flu season" is vague. *See* Fed. R. Civ. P. 26(b)(1)(A). According to the CDC, "[t]he timing of flu is very unpredictable and can vary in different parts of the country and from season to season." (https://www.cdc.gov/flu/about/season/flu-season-2017-2018.htm).

Furthermore, Plaintiffs are already in possession of the requested information, and Defendants object on that basis as well. With respect to Request 3a, Plaintiffs can access the public ADC website, which provides notifications regarding inmates who have died while in ADC custody. Defendants produce mortality reviews of all deceased ADC inmates. *See* ¶ 29 of Dkt. 1185. Finally, Plaintiffs have access to medical records (through eOMIS) for all ADC inmates. Therefore, Plaintiffs can review the records of deceased

inmates to determine if any inmates have died from influenza complications in a chosen time period. Similarly, with respect to Request 3b, Plaintiffs can check eOMIS to determine which inmates were hospitalized as a result of influenza complications.

Subject to and without waiving objections, according to Corizon, in the 2017-2018 flu season, no inmates died due to complications from influenza, and no inmates were hospitalized with influenza as the primary diagnosis.

## IV. Request 4

**Request 4:** Any and all future plans to provide additional immunizations to class members between now and the end of the 2017-18 flu season.

**Defendants' Response:**

Defendants object to this request because the information sought is not relevant and outside the scope of the Stipulation, the Performance Measures, and the ADC HSCMB Monitor Guide. Paragraph 12 of the Stipulation only requires ADC or Corizon to offer all inmates the influenza vaccination (paragraph 12a) and to offer chronic disease inmates the required CDC immunizations (paragraph 12b). *See* ¶ 12 of Dkt. 1185. It does not require ADC or Corizon to produce information about upcoming immunizations. Defendants object that the phrase "future plans to provide additional immunizations" is vague and fails to describe the documents sought with the requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Defendants also object as to the timeframe of request because "2017-2018 flu season" is vague. *See* Fed. R. Civ. P. (b)(1)(A). According to the CDC, "[t]he timing of flu is very unpredictable and can vary in different parts of the country and from season to season." (https://www.cdc.gov/flu/about/season/flu-season-2017-2018.htm).

Subject to and without waiving objections, according to Corizon, flu shots have been provided to all units, and inmates may request flu shots via HNR at open sick call until June when the vaccine will expire and will no longer be available for request.

Sincerely,

*Richard Valenti*

Richard M. Valenti

RMV/eap
cc:   Counsel of Record