# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are the following motions:

1. Defendants' Unopposed Motion for Extension of Time to File Response to Motion for Leave to File *Amicus Curiae* Brief (Doc. 2743);

2. Defendants' Motion for Leave to File Under Seal (Doc. 2746); and

3. Defendants' Motion for Reconsideration of Court's Order (Doc. 2640).

Upon review and consideration,

**IT IS ORDERED** granting Defendants' Unopposed Motion for Extension of Time to File Response to Motion for Leave to File *Amicus Curiae* Brief (Doc. 2743). Defendants shall have up to and including April 16, 2018, to file their Response to the Motion for Leave for Ethics Bureau at Yale to File *Amicus Curiae* Brief in Opposition to Defendants' Motion to Disqualify Judge Duncan from all Further Proceedings (Doc. 2729, 2730).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2746). The Clerk of the Court is directed to file under seal Exhibit 3 to

1  Defendants' Supplemental Response to the Declaration of Corene Kendrick (Doc. 2633).

2  **IT IS FURTHER ORDERED** denying Defendants' Motion for Reconsideration
3  of Court's Order (Doc. 2640), as moot.

4  Dated this 10th day of April, 2018.

_____
David K. Duncan
United States Magistrate Judge