# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: April 10, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
================================================================

HON:   David K. Duncan            Judge # 70BL/DKD

    Caryn Smith                    Laurie Adams
    Deputy Clerk                   Court Reporter

**APPEARANCES:**
Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love, Daniel Struck, Timothy Bojanowski and Richard Valenti for Defendants

================================================================
**PROCEEDINGS:**      X   Open Court      ____ Chambers      ____ Other

This is the time set for Continuation of Order to Show Cause Hearing.

Carson McWilliams, having previously been sworn, resumes the stand and testifies further. Defendants' Exhibit 77 is received in evidence for the limited purpose as set forth on the record. The witness is excused.

Richard Pratt, having previously been sworn, resumes the stand and testifies further.

2:33 PM – Court stands in recess.

2:53 PM – Court reconvenes.

Richard Pratt resumes the stand and continues his testimony. Discussion is held regarding the 17,000 records testified to by this witness. IT IS ORDERED Defendants shall provide the total number of incidents reviewed per facility at the Status Hearing set April 11, 2018. The Court will issue an email detailing the specifics it requires upon completion of this hearing. Testimony resumes. The witness is excused.

Argument is heard regarding language in the Stipulation (Doc. 1185) indicating four years to allow for the remedial measures to be effective. Defendants request to read a portion of the

CV-12-0601-PHX-DKD
April 10, 2018

Stipulation into the record.  The Stipulation already being a part of the record, IT IS ORDERED denying the request.  Defendants' Exhibits 105 and 106 are received in evidence.

Defendants' closing argument.

Plaintiffs' closing argument.

Defendants' rebuttal argument.

IT IS ORDERED taking the matter under advisement.

4:28 PM – Court is adjourned.


Time in court: 3 hr 5 min (1:03 PM – 4:28 PM)