UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number **2:12-cv-00601**    Judge Code **DKD**    Date **April 10, 2018**

**Parsons, et al.**  vs.  **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 001 | | | August 4, 2017 Inmate Medication Transfer Memorandum |
| 002 | | | October 31, 2017Arizona Department of Corrections Director's Office Memorandum, dated October 31, 2017, regarding Director's Instruction 361 - Inmate Medication Transfer Process |
| 003 | | | Sticker Template - KOP |
| 004 | | | Sticker Template - DOT |
| 005 | | | Medical Records of William Upton, Inmate No. 128149 |
| 006 | | | January 31, 2018 Arizona Department of Corrections Agenda for Meeting with Corizon and Operations |
| 007 | | | November 5, 2014 Correspondence from Leon George to Woodrow A. Myers, Jr., M.D. regarding 3rd Sanctionable Qtr. (4-1-14 thru 6-30-14) |
| 008 | | | January 15, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., M.D. regarding 4th Sanctionable Qtr (7-1-14 thru 10-31-14)- Procurement Letter |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**  Judge Code **DKD**  Date **April 10, 2018**

**Parsons, et al.** vs. **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 009 | | | January 21, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 4th Sanctionable Qtr. (7-1-14 thru 9-30-14) |
| 010 | | | February 10, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 5th Sanctionable Qtr. (10-1-14 thru 12-31-14) |
| 011 | | | July 17, 2015 Correspondence from Leon George to Woodrow A. Myers, Jr., MD regarding 6th Sanctionable Qtr. (1-1-15 thru 3-31-15) |
| 012 | | | September 23, 2015 Correspondence from Elizabeth Csaki to Woodrow A. Myers, Jr., MD regarding 7th Sanctionable Qtr, (4-1-15 thru 6-30-15) |
| 013 | | | December 3, 2015 Elizabeth G. Csaki to Karey L. Witty regarding 8th Sanctionable Qtr. (7-1-15 thru 9-30-15) |
| 014 | | | February 26, 2016 Correspondence from Richard Pratt to Cindy Black regarding 9th Sanctionable Qtr. (10-1-1015 thru 12-31-15) |
| 015 | | | March 14, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding 9th Sanctionable Qtr. (10-1-15 thru 12-31-15) |
| 016 | | | May 27, 2016 Correspondence from Richard Pratt to Cindy Black regarding 10th Sanctionable Qtr. (1-1-16 thru 3-31-16)- Beginning March 2016 Sanctions from Quarterly Basis to a Monthly Basis |
| 017 | | | June 13, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding 10th Sanctionable Qtr (1-1-16 thru 3-31-16) |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601     Judge Code DKD     Date April 10, 2018

Parsons, et al.     vs.     Ryan, et al.

☐ Plaintiff/Petitioner     ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 018 | | | June 16, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for April 2016 |
| 019 | | | June 30, 2016 Correspondence from Elizabeth G. Csaki to Karey L. Witty regarding Sanctionable Month of April 2016 |
| 020 | | | July 25, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for May 2016 |
| 021 | | | Undated Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for July 2016 |
| 022 | | | June 30, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of May 2016 |
| 023 | | | September 13, 2016 Correspondence – Sanction Letter from Richard Pratt to Cindy Black regarding Sanctions for June 2016 |
| 024 | | | September 29, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of June 2016 |
| 025 | | | October 18, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of July 2016 |
| 026 | | | November 15, 2016 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for August 2016 |
| 027 | | | November 28, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of August 2016 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**   Judge Code **DKD**   Date **April 10, 2018**

**Parsons, et al.**   vs.   **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 028 | | | December 7, 2016 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of September 2016 |
| 029 | | | January 5, 2017 Correspondence from Kristine Yaw to Karey L. Witty regarding Sanctionable Month of October 2016 |
| 030 | | | October 18, 2017 Correspondence – Sanction Letter from Richard Pratt to Ronald Maldonado regarding Sanctions for August 2017 |
| 031 | | | October 25, 2017 Correspondence from Charles L. Ryan and Richard Pratt to Corizon Operating Committee Board of Directors regarding October 10, 2017 Contempt Order |
| 032 | | | November 1, 2017 Correspondence – Sanction Letter from Kenneth P. Sanchez to Jeffrey D. Goldberg regarding Sanctions for August 2017 – 2nd Notice |
| 033 | | | November 6, 2017 Correspondence from Jeff Goldberg to Charles L. Ryan regarding Ryan Correspondence dated October 25, 2017 regarding Contempt Order |
| 034 | | | November 8, 2017 Correspondence from Charles L. Ryan and Richard Pratt to Jeffrey D. Goldberg and Corizon Operating Committee Board of Directors regarding refusal Letter of November 6, 2017 |
| 035 | | | November 22, 2017 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for September 2017 |
| 036 | | | December 15, 2017 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for October 2017 |
| 037 | | | January 10, 2018 Correspondence from Richard Pratt to Roland Maldonado regarding Performance Measures Addressed in the Civil Contempt Order of October 10, 2017 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date April 10, 2018

Parsons, et al.   vs.   Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 038 | | | January 24, 2018 Correspondence - Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for November 2017 |
| 039 | | | February 7, 2018 Correspondence from Richard Pratt to Roland Maldonado regarding Performance Measures Addressed in the Civil Contempt Order of October 10, 2017 |
| 040 | | | February 21, 2018 Correspondence - Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for Month of December 2017 |
| 041 | | | Training Materials - Nursing Review of CGAR Requirements |
| 042 | | | Training Materials/Reminder to Staff - Review of Diagnostic Results |
| 043 | | | Training Materials/Reminder to Staff - Diagnostic Results Requested |
| 044 | | | Training Materials/Reminder to Staff - Heat Intolerance |
| 045 | | | Training Materials/Reminder to Staff - Health Needs Request Process |
| 046 | | | Training Materials/Reminders to Staff - Late Entry Documentation |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date April 10, 2018

Parsons, et al.   vs.   Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 047 | | | Training Materials/Reminders to Staff - Administration of Medication |
| 048 | | | Training Materials/Reminders to Staff - New Reference Materials |
| 049 | | | Training Materials/Reminders to Staff - Medications Provided Timely |
| 050 | | | Training Materials/Reminders to Staff - Reviewing Consultation Reports |
| 051 | | | Training Materials/Reminders to Staff - Return from Offsite |
| 052 | | | Visio Flowchart - Performance Measure No. 11 |
| 053 | | | Visio Flowchart - Performance Measure No. 13 |
| 054 | | | Visio Flowchart - Performance Measure No. 14 |
| 055 | | | Visio Flowchart - Performance Measure No. 37 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date April 10, 2018

Parsons, et al.   vs.   Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 056 | | | Visio Flowchart - Performance Measure No. 39 |
| 057 | | | Visio Flowchart - Performance Measure No. 42 |
| 058 | | | Visio Flowchart - Performance Measure No. 44 |
| 059 | | | Visio Flowchart - Performance Measure No. 46 |
| 060 | | | Visio Flowchart - Performance Measure No. 47 |
| 061 | | | Visio Flowchart - Performance Measure No. 48 |
| 062 | | | Visio Flowchart - Performance Measure No. 50 |
| 063 | | | Visio Flowchart - Performance Measure No. 51 |
| 064 | | | Visio Flowchart - Performance Measure No. 52 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 2:12-cv-00601   Judge Code DKD   Date April 10, 2018

Parsons, et al. vs. Ryan, et al.

☐ Plaintiff/Petitioner ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 065 | | | Visio Flowchart - Performance Measure No. 54 and 55 |
| 066 | | | Visio Flowchart - Performance Measure No. 66 |
| 067 | | | Visio Flowchart - Performance Measure No. 85 |
| 068 | | | Visio Flowchart - Performance Measure No. 91 |
| 069 | | | Visio Flowchart - Performance Measure No. 92 |
| 070 | | | Visio Flowchart - Performance Measure No. 93 |
| 071 | | | Visio Flowchart - Performance Measure No. 94 |
| 072 | | | Visio Flowchart - Performance Measure No. 95 |
| 073 | | | Visio Flowchart - Performance Measure No. 97 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number **2:12-cv-00601**   Judge Code **DKD**   Date **April 10, 2018**

**Parsons, et al.**   vs.   **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 074 | | | Visio Flowchart - Performance Measure No. 98 |
| 075 | | | Chart - CGAR Results Summary - March 2015 thru December 2017 |
| 076 | | | DI 362 KOP-DOT Medication Transfer Report |
| 077 | 3-26-18 | 4-10-18 | Lewis Complex LOP-DOT Medication Transfer Report dated February 12, 2018 |
| 078 | | | DI 362 KOP-DOT Inmate Medication Transfer Process Flow Chart |
| 079 | | | January 19, 2017 Correspondence - Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for November 2016 |
| 080 | | | February 16, 2017 Correspondence - Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for December 2016 |
| 081 | | | March 2, 2017 Correspondence from Kenneth P. Sanchez to Karey L. Witty regarding Sanctionable Month of December 2016 |
| 082 | | | March 24, 2017 Correspondence - Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for January 2017 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☐ Non-Jury Trial   ☐ Jury Trial

Case Number **2:12-cv-00601**   Judge Code **DKD**   Date **April 10, 2018**

**Parsons, et al.** vs. **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 083 | | | April 11, 2017 Correspondence from Kenneth P. Sanchez to Karey L. Witty regarding Sanctionable Month of January 2017 |
| 084 | | | April 19, 2017 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for February 2017 |
| 085 | | | May 18, 2017 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for March 2017 |
| 086 | | | May 31, 2017 Correspondence from Kenneth P. Sanchez to Karey L. Witty regarding Sanctionable Month of March 2017 |
| 087 | | | June 14, 2017 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for April 2017 |
| 088 | | | June 29, 2017 Correspondence from Kenneth P. Sanchez to Karey L. Witty regarding Sanctionable Month of April 2017 |
| 089 | | | July 24, 2017 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for May 2017 |
| 090 | | | August 10, 2017 Correspondence from Kenneth P. Sanchez to Karey L. Witty regarding Sanctionable Month of May 2017 |
| 091 | | | August 24, 2017 Correspondence – Sanction Letter from Richard Pratt to Rhonda Almanza regarding Sanctions for June 2017 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**   Judge Code **DKD**   Date **April 10, 2018**

**Parsons, et al.** vs. **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 092 | | | September 11, 2017 Correspondence from Kenneth P. Sanchez to Jeffrey D. Goldberg regarding Sanctionable Month of June 2017 |
| 093 | | | September 18, 2017 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for July 2017 |
| 094 | | | October 2, 2017 Correspondence from Kenneth P. Sanchez to Jeffrey D. Goldberg regarding Sanctionable Month of July 2017 |
| 095 | | | March 16, 2018 Correspondence – Sanction Letter from Richard Pratt to Roland Maldonado regarding Sanctions for J 2017 |
| 096 | | | March 22, 2018 Correspondence from Richard Pratt to Roland Maldonado regarding First Quarter Controlled Substance Audits |
| 097 | | | March 22, 2018 Correspondence from Charles Ryan and Richard Pratt to Roland Maldonado regarding Real Time Reporting Demand for Performance |
| 098 | | | ADC Director's Office Memorandum dated October 31, 2017 |
| 099 | | | Solicitation No. ADOC12-00001105 (ADC014114, ADC0141136) |
| 100 | | | Provider Contact and Contract worksheeet |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number **2:12-cv-00601**   Judge Code **DKD**   Date **April 10, 2018**

**Parsons, et al.** vs. **Ryan, et al.**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 101 | | | Order to Show Cause dated 10/10/2017 (DE 2373) |
| 102 | | | CGAR Results Summary |
| 103 | | | Sanction Tracking |
| 104 | | | E-mail sent by Richard Pratt at 5:56 PM on August 1, 2017 to Jen Fontaine regarding Security Transportation |
| 105 | 4-10-18 | 4-10-18 | E-mail sent by Richard Pratt at 6:09 PM on November 5, 2017 to Scot Ward regarding Follow Up on Daily Reporting |
| 106 | 4-10-18 | 4-10-18 | E-mail sent by Charles Ryan at 4:22PM on November 2, 2017 to Richard Pratt regarding Follow Up on Daily Reporting |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601   Judge Code: DKD   Date: April 10, 2018

Parsons, et al.   vs.   Ryan, et al.

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |