# EXHIBIT 1

## (Part 1)

# NON-UNIFORM EMPLOYEE OF THE MONTH
## ALHAMBRA UNIT
## JANUARY 2017

*Presented to*

*Angela Fischer*
*Psych Associate*

*With appreciation for your dedication and service.*

*THANK YOU*

*Cathy Cottrell, Deputy Warden*

FISCHER 069

## PSY 87704 On-Site Supervisor's Midterm Evaluation of Student

Name of Student: ANGELA FISCHER

Practicum Site: ARIZONA STATE PRISON COMPLEX - PHOENIX

Number of Hours Spent at Practicum Site Each Week: 40

Brief Description of Practicum Student's Responsibilities:

Conducting mental health assessments, and individual & group counseling. Treatment plan development and case staffing

### Performance Rating Scale

| | |
|---|---|
| **1** No significant opportunity yet | **5** Very good (Consistently meets outcome criteria) |
| **2** Unacceptable (Never or rarely meets outcome criteria) | **6** Excellent (Consistently exceeds outcome criteria) |
| **3** Marginal (Meets outcome criteria inconsistently) | **NA** Not applicable in setting |
| **4** Acceptable (Meets outcome criteria most of the time) | |

### Student's Performance

| | | | | | | |
|---|---|---|---|---|---|---|
| Communicates effectively with fellow staff: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Communicates openly & honestly with supervisor: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Practices self-evaluation: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Establishes a therapeutic alliance with clients: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Accurately empathizes with clients: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Conveys a genuine interest in clients: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Recognizes diversity issues in working with clients: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Identifies potential ethical & legal issues in client cases: | 1 | 2 | 3 | 4 | 5 | (6) NA |
| Shows awareness of countertransference issues: | 1 | 2 | 3 | 4 | 5 | (6) NA |

FISCHER 040

Follows ethical & legal guidelines as established by the profession:

                  1    2    3    4    5   (6)  NA

Creates appropriate record keeping in therapy:     1    2    3    4    5   (6)  NA

Summarizing Comments:

Ms. Fischer is an excellent addition to our staff. Her knowledge, ability to work with patients + and interdisciplinary work is above average + remakable! She is professional, ethical and follows all legal guidelines. We appreciate her enthusiasm, work ethic, and self discipline. She is consistently all these characteristics.

**Execution of this document attests that the parties have read and agreed to all the information stated above.**

**Supervisor to email this document directly to Learner's mentor (Learner to provide email address of mentor to Supervisor). Learner to receive a fully executed copy from Supervisor.**

_____
Student's Signature

_____2/14/17_____
Date

_____
Supervisor's Signature

_____2/14/17_____
Date

FISCHER 041

## PSY 87704 On-Site Supervisor's Final Evaluation of Student

Name of Student: Angela Fischer

Practicum Site: Arizona State Prison Complex – Phoenix

Number of Hours Spent at Practicum Site Each Week: 40

Brief Description of Practicum Student's Responsibilities: Conducting mental health assessments, and individual and group counseling.  Treatment plan development and case staffing.

### Performance Rating Scale

| | |
|---|---|
| **1** No significant opportunity yet<br>**2** Unacceptable (Never or rarely meets outcome criteria)<br>**3** Marginal (Meets outcome criteria inconsistently)<br>**4** Acceptable (Meets outcome criteria most of the time) | **5** Very good (Consistently meets outcome criteria)<br>**6** Excellent (Consistently exceeds outcome criteria)<br>**NA** Not applicable in setting |

Student's Performance

| | | | | | | |
|---|---|---|---|---|---|---|
| Communicates effectively with fellow staff: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Communicates openly & honestly with supervisor: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Practices self-evaluation: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Establishes a therapeutic alliance with clients: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Accurately empathizes with clients: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Conveys a genuine interest in clients: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Recognizes diversity issues in working with clients: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Identifies potential ethical & legal issues in client cases: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |
| Shows awareness of countertransference issues: | 1 | 2 | 3 | 4 | 5 | ⑥ NA |

FISCHER 042

Follows ethical & legal guidelines as established by the profession:

                                                         1   2   3   4   5   6  NA

Creates appropriate record keeping in therapy:         1   2   3   4   5   (6)  NA

Summarizing Comments:

Ms Fischer continues to be ethical & legal in practices. She uses self-evaluation often. Provides great information to all disciplines. She is able to develop rapport with clients maintaining professional boundaries

**Execution of this document attests that the parties have read and agreed to all the information stated above.**

**Supervisor to email this document directly to Learner's mentor (Learner to provide email address of mentor to Supervisor). Learner to receive a fully executed copy from Supervisor.**

_____      2/28/2017
Student's Signature                          Date

_____      2/28/17
Supervisor's Signature                      Date

FISCHER 043

## PSY 87705 On-Site Supervisor's Midterm Evaluation of Student

Name of Student:    Angela Fischer

Practicum Site:    Arizona State Prison Complex – Phoenix

Number of Hours Spent at Practicum Site Each Week:    40

Brief Description of Practicum Student's Responsibilities:  Conducting mental health

assessments, and individual/group counseling.  Treatment plan development and case staffing

### Performance Rating Scale

| | |
|---|---|
| 1   No significant opportunity yet | 5   Very good (Consistently meets outcome criteria) |
| 2   Unacceptable (Never or rarely meets outcome criteria) | 6   Excellent (Consistently exceeds outcome criteria) |
| 3   Marginal (Meets outcome criteria inconsistently) | NA  Not applicable in setting |
| 4   Acceptable (Meets outcome criteria most of the time) | |

Student's Performance

| | 1 | 2 | 3 | 4 | 5 | 6 | NA |
|---|---|---|---|---|---|---|---|
| Communicates effectively with fellow staff: | | | | | 5 | (6) | NA |
| Communicates openly & honestly with supervisor: | | | | | 5 | (6) | NA |
| Practices self-evaluation: | | | | | 5 | (6) | NA |
| Responds to clients in an accepting & understanding manner: | | | | | 5 | 6 | NA |
| Shows flexibility in responding to a client's specific needs: | 1 | 2 | 3 | 4 | 5 | 6 | NA |
| Maintains a collaborative working relationship with clients: | 1 | 2 | 3 | 4 | 5 | (6) | NA |
| Utilizes a theoretical lens in conceptualizing client cases: | 1 | 2 | 3 | 4 | 5 | (6) | NA |
| Conceptualizes a client's dynamics & issues in treatment planning: | 1 | 2 | 3 | 4 | 5 | (6) | NA |
| Incorporates diversity issues into treatment planning: | 1 | 2 | 3 | 4 | 5 | (6) | NA |
| Identifies potential ethical & legal issues in client cases: | 1 | 2 | 3 | 4 | 5 | (6) | NA |

FISCHER 044

Shows awareness of countertransference issues:     1    2    3    4    ⊗    6    NA

Follows ethical & legal guidelines as established by the profession:
                                                    1    2    3    4    5    6    NA

Creates appropriate record keeping in therapy:     1    2    3    4    5    6    NA

Summarizing Comments:

Ms Fischer does consistently exceed expectations for the items discussed. She is open + willing to discuss all information w/ her supervisor. She is very ethical in her work; communicates well with others; and provides outstanding treatment to inmates she works with.

**Execution of this document attests that the parties have read and agreed to all the information stated above.**

**Supervisor to email this document directly to Learner's mentor (Learner to provide email address of mentor to Supervisor). Learner to receive a fully executed copy from Supervisor.**

_____          3/15/2017
Student's Signature                       Date

_____          3/15/17
Supervisor's Signature                    Date

2 of 2

# Internship Supervisee Weekly Log of Activities

**Month/Year March 2017**

| | Day of the week | Wed | Thur | Fri | Sat | Sun | Mon | Tue |
|---|---|---|---|---|---|---|---|---|
| Supervisee's Name | Date | 3/15/2017 | 3/16/2017 | 3/17/2017 | 3/18/2017 | 3/19/2017 | 3/20/2017 | 3/21/2017 |
| Work setting in which Supervision took place | | Arizona State Prison Complex - Phoenix - Alhambra Unit | | | | | | |
| **Supervised hours for the week ending** | | | | | | | | |
| **Supervision & Training** | | | | | | | | |
| Face-to-face individual supervision with primary supervisor | | | | | | | | 1 |
| Face-to-face individual supervision with delegated supervisor | | | | | | | | |
| Group supervision with primary or delegated supervisor | | | | | | | | 1 |
| Training Activities | | | | | | | | |
| **Professional Services Performed** | | | | | | | | |
| Individual psychotherapy | | 3 | 3 | 7 | | | 7 | 6 |
| Couples, children & /or family psychotherapy | | | | | | | | |
| Group psychotherapy | | | 3 | | | | | |
| Testing & assessment (face-to-face administration / feedback session) | | | | | | | | |
| Intakes | | | | | | | | |
| Consultations | | 4 | | | | | | |
| **Other Work Performed** | | | | | | | | |
| Case management (case notes, test interpretation and report writing, etc.) | | | | | | | | |
| Staff meetings (groups supervision) | | | | | | | | |
| Administrative duties | | | | | | | | |
| Other professional activities (describe) | | | | | | | | |
| **Total number of hours of supervised experience per day** | | 7 | 6 | 7 | | | 7 | 6 |
| **Total number of hours of SPE performed satisfactorily** | | 7 | 6 | 7 | | | 7 | 6 |

Total number of hours of supervised experience per week   **33**

**Primary supervisor's printed name and psychology license number**

Stephanie Leonard, Psy.D. (Arizona License # 3871)

Primary supervisor's signature and date _(signature)_ 3/21/17

I certify that the information on this form accurately represents the training

activities

Of Angela Fischer

(Supervisee)

At Arizona State Prison Complex - Phoenix

(Work setting)

**Primary supervisor's printed name and psychology license number**

Stephanie Leonard, Psy. D. - Arizona License # 3871

Primary supervisor's signature and date _(signature)_

**Supervisee's signature and date** _(signature)_ 3/21/2017

**Delegated supervisor's signature**

**Delegated supervisor's printed name, license type and number**

**Delegated supervisor's signature**

**Delegated supervisor's printed name, license type and number**

FISCHER 046

# PSY 87705 On-Site Supervisor's Final Evaluation of Student

Name of Student: _____Angela Fischer_____

Practicum Site: _____Arizona State Prison Complex – Phoenix_____

Number of Hours Spent at Practicum Site Each Week: ____40_____

Brief Description of Practicum Student's Responsibilities: _Conducting mental health___

_assessments, and individual/group counseling.  Treatment plan development and case staffing.___

## Performance Rating Scale

| | |
|---|---|
| **1**  No significant opportunity yet<br>**2**  Unacceptable (Never or rarely meets outcome criteria)<br>**3**  Marginal (Meets outcome criteria inconsistently)<br>**4**  Acceptable (Meets outcome criteria most of the time) | **5**  Very good (Consistently meets outcome criteria)<br>**6**  Excellent (Consistently exceeds outcome criteria)<br>**NA**  Not applicable in setting |

## Student's Performance

Communicates effectively with fellow staff:    1   2   3   4   5   (6)   NA

Communicates openly & honestly with supervisor:    1   2   3   4   5   (6)   NA

Practices self-evaluation:    1   2   3   4   5   (6)   NA

Responds to clients in an accepting & understanding manner:

   1   2   3   4   5   (6)   NA

Shows flexibility in responding to a client's specific needs: 1   2   3   4   5   (6)   NA

Maintains a collaborative working relationship with clients: 1   2   3   4   5   (6)   NA

Utilizes a theoretical lens in conceptualizing client cases:   1   2   3   4   5   (6)   NA

Conceptualizes a client's dynamics & issues in treatment planning:

   1   2   3   4   5   (6)   NA

Incorporates diversity issues into treatment planning:   1   2   3   4   5   (6)   NA

Identifies potential ethical & legal issues in client cases:   1   2   3   4   5   (6)   NA

FISCHER 047

Shows awareness of countertransference issues:   1   2   3   4   5   (6)   NA

Follows ethical & legal guidelines as established by the profession:
1   2   3   4   5   (6)   NA

Creates appropriate record keeping in therapy:   1   2   3   4   5   (6)   NA

Summarizing Comments:

Ms. Fischer has done remarkable with her communication with Supervisor. She works collaboratively with clients + others. She has very good insight into others' + her own skills, techniques She uses in the therapeutic setting.

**Execution of this document attests that the parties have read and agreed to all the information stated above.**

**Supervisor to email this document directly to Learner's mentor (Learner to provide email address of mentor to Supervisor). Learner to receive a fully executed copy from Supervisor.**

_____                    3/28/2017
Student's Signature                              Date

_____                    3/28/17
Supervisor's Signature                           Date

FISCHER 048

# FYI

**Fischer, Angela**

**Sent:** Monday, July 24, 2017 8:30 AM
**To:** Watts, Richard
**Cc:** Leonard, Stephanie; Ortega, Diane

Hello there,

I just wanted to give you a heads up about a few things...

On Friday afternoon, Officer ████ came into the counselor office on George and demanded to know why we have 4 women in one cell on George. I tried to explain to her the therapeutic reasons for the configuration, however she was more intend on telling me to move ████ than listening. She explained that the other women are afraid of ████ and that an ICS over the weekend was inevitable. She wanted ████ moved into a cell by herself, which is counter therapeutic for ████. Then officer ████ went to talk to the women about the situation. Mason and I spoke to the women before we left and they were comfortable that things would be fine over the weekend. Shortly after that ████ was on the unit. I am not sure why she was on the unit except she was seen talking to Officer ████.

Then on Sunday, when I came in to do my weekend shift around 8am, I found 3 officers asleep on Quiet... 2 of them were on constant watches. The third was asleep in the control room. I spoke to COIV ████

**Attachments:**

image001.jpg                                                                (17 KB)

Quiet Ward Officers

## Quiet Ward Officers

Fischer, Angela
**Sent:** Tuesday, October 24, 2017 10:04 AM
**To:** Watts, Richard; Eddie Taylor (Eddie.Taylor@corizonhealth.com)

Hi there,


When I arrived on Quiet Ward two officers were sleeping, and I don't mean dozing... I mean sleeping.  Officer ███████ in the control room and the officer sitting on ██████ I can't keep writing IRs on these things or it will become impossible for me to get cooperation from the officers in getting patients or having them secured properly.  Can someone talk to DOC about some type of supervisory methodology that would prevent officers from sleeping?  For example, someone can call each unit every 10 minutes to shake things up.  Watch officers can be rotated in and out every 10 minutes off the watches... something... anything.



Thanks,

PA Fischer

# RE: Quiet Ward Officers

**Fischer, Angela**
**Sent:** Tuesday, October 24, 2017 10:19 AM
**To:**   Watts, Richard; Taylor, Eddie

Correction, the office that was on ▇▇▇▇ was sleeping. ▇▇▇▇ is not on a constant watch.  The officer's name is ▇▇▇▇ and just 2 minutes ago this officer was found in the control room chatting with another officer and messing around with a water bottle while ▇▇▇▇ who is on constant watch and has an ace bandage around his arm is sitting there unobserved.  Just last week we had an inmate, ▇▇▇▇▇▇▇▇, hang himself while he was on constant watch.  I am not sure what we need to do to get these guys to have constant observation.


From: Watts, Richard
Sent: Tuesday, October 24, 2017 10:12 AM
To: Fischer, Angela; Taylor, Eddie
Subject: RE: Quiet Ward Officers


What time this morning did you see this?  Just had a conversation about sleeping staff.  Déjà vu.


Thanks.


Richard Watts, RN

Facility Health Administrator, Phoenix Complex

Phone: 602.685.3100 ext. 56000

Cell Phone: 480.273.6446

Fax: 602.685.3114

2500 E. Van Buren St. | Phoenix, AZ 85008

www.corizonhealth.com <http://www.corizonhealth.com/>


The information contained

**Sleeping officers**
Fischer, Angela
**Sent:** Monday, October 30, 2017 9:29 AM
**To:** Eddie Taylor (Eddie.Taylor@corizonhealth.com)

There are currently two officers sleeping in the Quiet control room.  One of them is snoring.  Would you please notify whomever needs to be made aware of this?  There are two other officers on the unit.  One is retrieving patients for me and the other is on ▮▮▮▮▮ constant watch.  I do not know the names of the sleeping officers.


Thanks,

PA Fischer


Angela Fischer, LPC, CCHP

Psychology Associate

George Ward


  <http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?
t=http%3A%2F%2Fwww.google.com%2Furl%3Fsa%3Di%26rct%3Dj%26q%3D%26esrc%3Ds%26source%3Dimages%26cd%3D%26cad%3Drja%26uact%3D8%
6479-4916-a697-ae41f2090336>

Office: 602-685-3100 Ext. 52740 & 52231

E-Mail: Angela.Fischer@CorizonHealth.com <mailto:Angela.Fischer@CorizonHealth.com>

Arizona State Prison Complex – Phoenix/Flamenco

2500 E.

**Attachments:**
  image001.jpg                                                                          (17 KB)

**Sleeping officer on Quiet Ward**
Fischer, Angela
**Sent:**       Thursday, November 16, 2017 9:14 AM
**To:**         Eddie Taylor (Eddie.Taylor@corizonhealth.com)
**Attachments:**@ (65 B)

At approximately 08:56AM, I observed Quiet Ward officer ████████ sleeping in the control room.  He is the only officer on the unit this morning.


PA Fischer

Angela Fischer, LPC, CCHP

Psychology Associate

George Ward


<http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?
t=http%3A%2F%2Fwww.google.com%2Furl%3Fsa%3Di%26rct%3Dj%26q%3D%26esrc%3Ds%26source%3Dimages%26cd%3D%26cad%3Drja%26uact%3D8%
6479-4916-a697-ae41f2090336>

Office: 602-685-3100 Ext. 52740 & 52231

E-Mail: Angela.Fischer@CorizonHealth.com <mailto:Angela.Fischer@CorizonHealth.com>

Arizona State Prison Complex – Phoenix/Flamenco

2500 E. Van Buren St., Phoenix, AZ  85008

www.corizonhealth.com
<http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?
t=http%3A%2F%2Fwww.corizonhe

**Attachments:**
image001.jpg                                                                                    (17 KB)
Information Report Template Quiet Ward 11_16_2017.doc                                    (125 KB)

FISCHER 053

## ARIZONA DEPARTMENT OF CORRECTIONS

### Information Report

| | |
|---|---|
| Report Number | |
| Report Date | 2/15/2018 |
| Page | 1 |

| To | Title | Unit |
|---|---|---|
| SHIFT COMMANDER | SHIFT COMMANDER | ASPC-PHOENIX - QUIET |

| From | Title | Unit |
|---|---|---|
| PA Fischer | PSYCH ASSOCIATE | ASPC-PHOENIX QUIET WARD |

| Subject |
|---|
| SLEEPING OFFICER/INMATE OUT OF CELL WITHOUT RESTRAINTS |

### Staff Involved

| Employee Name *(Last, First M.I)* | Title | Badge Number |
|---|---|---|
| FISCHER, A. | PSYCH ASSOCIATE | 01002337 |
| ████████ | COII | UNKNOWN |

### Intel

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

### Inmates Involved

| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| ████████ | ██████ | QUIET | | |

| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1250 | 2 15 2018 | Quiet Ward |

### Summary

Summary

On the 2/15/2018 at approximately 1250, I walked onto Quiet and into the control room and found COII ████████ slouched over in his chair sleeping. On the same date at approximately 1325 after my session with IM ████████████ was over, Officer ████████ brought the IM out of the medical office with no restraints.

| Employee's Signature | Title |
|---|---|
| *[signature]* | PSYCH ASSOCIATE |

### Action Taken

Comments/Action Taken

| Employee's Signature | Title |
|---|---|
| | |

| Distribution *(Check all that apply)* | Entered into Database |
|---|---|
| ☐ | By |
| ☐ | Date |
| ☐ | |

105-2(e)
8/6/09

FISCHER 054

**Information Report Supplemental Sheet**

| Report Number | |
|---|---|
| Report Date | 2 15 2018 |
| Page | 2 |

| To | Date |
|---|---|

Comments/Action Taken

| Employee's Signature | Job Title |
|---|---|

| To | Date |
|---|---|

Comments/Action Taken

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

Comments/Action Taken

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

Comments/Action Taken

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

Comments/Action Taken

| Employee Signature | Job Title |
|---|---|

Distribution *(Same as first page)*

105-2(e)
8/6/09

FISCHER 055

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Thursday, September 07, 2017 8:45 AM |
| **To:** | Ortega, Diane; Leonard, Stephanie; Calcote, Lynn |
| **Subject:** | Communication |

Hi all,

I know that we are all busy and there is much to do in little time, however I am really struggling with the communication flow. I just talked to DW Eccles regarding IM ██████████. Unbeknownst to me, IM ██████ flooded her cell and half the unit and also lunged at officers requiring a take down on Saturday. I heard about this incident third hand and watered down and did not understand the significance of the situation. DW Eccles reported that she was told ██████ was being sent back to Perryville. How are these decisions getting made and communicated without any information from the treating clinicians? Furthermore, why aren't the clinicians being cc'ed on the information reports (IR)? We certainly can't treat patients without understanding their behavior when we are not present.

DW Eccles invited me to attend a daily morning meeting at 8:30 where this kind of information is discussed. Would you like me to start attending? Or would it be possible for DOC to get a list of treating clinicians and have them send the IRs directly to us for our respective units?

Thanks for your consideration,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ██████████ Ext. ██████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

FISCHER 056

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Friday, November 17, 2017 8:46 AM |
| **To:** | Eddie Taylor (Eddie.Taylor@corizonhealth.com) |
| **Subject:** | FW: ████████ Release Planning - RELEASE PLANNING CONCERNS |

Hello Dr. Taylor,

Could we discuss release planning coordination for our inmates here at the Phoenix Complex? I noticed that psych tech Aaron saw IM ████ in September about her release. Then St. Pierre, our release planning saw her in October. Neither Aaron or St. Pierre communicated with me regarding IM ████'s release. It seems that we should be working together when inmates are released from this level of care. I realize when inmates are in outpatient settings the release planner may not need as much interaction with the treating clinician because the patients are seen so infrequently. But in cases where we have daily interaction with the patients, we need to be involved or at least consulted regarding release plans.

Thanks,
PA Fischer

**From:** Fischer, Angela
**Sent:** Friday, November 17, 2017 8:43 AM
**To:** St Pierre, Pamela <Pamela.StPierre@corizonhealth.com>; 'arobert2@azcorrections.gov' <arobert2@azcorrections.gov>; Mason, Sally <Sally.Mason@corizonhealth.com>
**Cc:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>; Fischer, Angela <Angela.Fischer@corizonhealth.com>
**Subject:** Mosley ████ Release Planning

Hi all,

I appears that IM ████████ has an early release date of 12-3-2017. She is minimum custody inmate. In talking with COIII ████, it appears that she is eligible to leave on that date if she has a half-way house to go to. It is my opinion that she is not psychiatrically stable enough to go to a half-way house. She has mentioned that she'd like to go live with her mother when she is released. Can someone check to see if this is a realistic possibility for her? Otherwise she would need to stay here until her end date and she will likely go to Desert Vista.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ████████ Ext. ████████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

FISCHER 057

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Friday, October 06, 2017 10:45 AM |
| **To:** | Taylor, Eddie; Calcote, Lynn; Leonard, Stephanie |
| **Subject:** | RE: Directive from Mariann Burnetti-Atwell regarding taking people with serious suicide attempts off watch. |

Is there a documented process somewhere for suicide watches and how to handle the hard copies, e.g. signature, date, time, change, stamp? If so, this could be added to those instructions. If not, I propose that we create these instructions, add this into a folder on the shared drive under Mental Health Watches that clinicians can access to learn how to do watches and refresh their memories regarding watches from time to time. I would be happen to take a stab at creating a policy on this for review by the team. This way we won't have people relying on verbal information.

**From:** Taylor, Eddie
**Sent:** Friday, October 06, 2017 9:30 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Calcote, Lynn <Lynn.Calcote@corizonhealth.com>; Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>
**Subject:** RE: Directive from Mariann Burnetti-Atwell regarding taking people with serious suicide attempts off watch.

PA Fischer,

This directive could be considered a type of consult with the Clinical Director or a licensed team member and documented in the note that the consult took place, prior to returning a patient to general population. This was recently performed as Dr. Leonard and I had to consult regarding taking a patient off of watch, who had been on for some time, the difference with this at Phoenix is that patients usually return to their treatment unit. However, the documentation in eOMIS was not discussed. This could be entered in eOMIS as part of the directive. Additionally, I will need to see if there are specifics from the directive that must be followed to carry out this urgent concern. The difference that I notice with the directive is that at Phoenix the patients usually return to their treatment unit after being removed from a watch or after attempting self-harm. The move from Phoenix to general population presently involves more that one healthcare professional, hopefully that too is documented in eOMIS.

Thank you,

Dr. Taylor

**From:** Fischer, Angela
**Sent:** Friday, October 06, 2017 8:25 AM
**To:** Calcote, Lynn; Leonard, Stephanie; Taylor, Eddie
**Subject:** Directive from Mariann Burnetti-Atwell regarding taking people with serious suicide attempts off watch.

Hi all.

Not sure if you were aware but there is an article on the Corizon homepage that states there is a new policy regarding suicide watch discharges. Specifically, it states "that there must be agreement among more than one healthcare professional that a patient who has seriously attempted self-harm may return to general population. Quite simply, we believe there is value in discussion and that it is important to establish appropriate follow-up care that is individualized for each patient. This is better accomplished through collaboration and communication." I am not sure how we will achieve this goal, and how or where we will document it. Please advise.
Thanks,
PA Fischer

FISCHER 058

## SUICIDE PREVENTION INITIATIVE AIMS TO ELIMINATE SUICIDES IN CORIZON HEALTH FACILITIES

By Mariann Burnetti-Atwell, Psy. D., CCHP, Senior VP of Behavioral Health Operations

Several months ago, Corizon Health embarked on "Not on my watch," an initiative to eliminate suicides in the jails and prisons where we provide care. Corizon already had a strong record in suicide prevention, but we set this lofty – some would say impossible – goal because there simply is no number that we find acceptable for completed suicides in a secure and supervised environment.

Yet, as a nation, the federal Department of Justice reports death by suicide in county jails is on the rise. The most recent federal Bureau of Justice Statistic reports showed the number of suicides in state prisons increased from 2013 to 2014 by 30 percent, an increase to 249 suicides from 192 the previous year. In local jails, suicide was the leading cause of death, accounting for a stunning 35 percent of all jail inmate deaths, a 13 percent increase from 2013 to 2014.

**Signs & Symptoms of Suicidal Behavior**

- Feelings of hopelessness, pessimism
- Social withdrawal or isolation
- Loss or increase of appetite
- Insomnia or excessive sleeping
- Sudden change of mood to euphoria
- Irritable, impulsive, aggressive behavior
- Poor self esteem
- Poor personal hygiene
- Excessive self-blame, guilt, sadness, crying
- Giving items away

Suicide prevention is an ongoing initiative but already our concentrated focus on this issue has resulted in a new policy that we are actively implementing throughout our facilities. Our policy, which complies with NCCHC and ACA standards, contains more robust guidance to all of our facility staff regarding the need for all clinicians to be continuously clinically diligent in assessing risk in patients. In other words, assessing risk is not a one-time occurrence or the job of only one person. All clinicians must continually be assessing the patients they encounter for signs of increased risk.

We also are working to ensure that no clinician has to alone bear responsibility for making the decision to remove a patient from suicide watch. Our new policy is that there must be agreement among more than one healthcare professional that a patient who has seriously attempted self-harm may return to general population. Quite simply, we believe there is value in discussion and that it is important to establish appropriate follow-up care that is individualized for each patient. This is better accomplished through collaboration and communication.

**Corizon Health's Suicide Risk Factors**

- Multiple offenses
- First 24 hours to 7 days confinement
- Prior suicide attempts
- Mental illness/substance abuse diagnosis
- Intoxication/withdrawal symptoms, physical illness
- Family history of suicide
- No close relationships
- Smaller jail
- White male
- Decreased staff supervision
- Bad news, harsh sentence, recent loss
- Access to lethal methods
- Escalated charges
- Prior mental health staff contact ≤ 30 days
- Local recent suicide

Finally, it is essential that there be a strong partnership between healthcare staff and correctional officers based on mutual understanding and respect for their respective jobs. Correctional officers are the eyes and ears inside the facility and may

FISCHER 059

be the first to recognize signs that an inmate is in crisis. Trust and open lines of communications between treatment and detention are essential in reducing suicide.

*To learn more about suicide prevention or schedule a suicide awareness training for your officers and staff, please contact your site's Behavioral Health Lead or Health Services Administrator.*

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ████████  Ext. ██████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

FISCHER 060

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Tuesday, August 22, 2017 4:53 PM |
| **To:** | Ortega, Diane; Leonard, Stephanie |
| **Subject:** | Request |

Hi there,

Would it be possible to give me some advance warning if I am to train new employees?  When Drs. Ekinde and Pelton were sent over to  Baker today I was in George Ward seeing patients.  I have 17 patients on my case load today plus an interdisciplinary team meeting, which makes it difficult to give proper attention to trainees.  In the future if I can help with training please advise me of the time and exactly what you'd like me to cover in said training.

Thanks,
PA Fischer

FISCHER 061