# EXHIBIT 1
## (Part 2)

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Wednesday, September 27, 2017 1:08 PM
**To:** Calcote, Lynn; Leonard, Stephanie
**Subject:** Mental Health Staffing at Alhambra
**Attachments:** Mental Health Staffing at Alhambra.docx; pa_psychologost caseload calcluator.pdf; Intake caseload calcluator.pdf

Hello Drs. Calcote and Dr. Leonard,

Here is a stab at a staffing tool that outlines duties other than face-to-face contact that attempts to quantify the other duties in the inpatient psychiatric units. Please let me know if you would like to discuss this. I hope it helps.

Although I have not been stationed regularly at intake, I also threw together a version that shows how many intakes a person can reasonably do in a week given the other tasks that intake workers seem to have.

Have a GREAT day,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward

**CoRIZON**
HEALTH

Office: ▓▓▓▓▓ Ext. ▓▓▓ & ▓▓▓
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

1

**Proper mental health staffing in Inpatient Psychiatric Facilities and a Prison Intake Facility**

After having worked at Alhambra in every licensed position, aside from Aspen, I wanted to share my thoughts regarding staffing our facility staffing. I am sure there is some formula somewhere that went into the factoring of the number of positions needed for this facility, however I am not sure that all aspects of the job are being accounted for. It appears to me that our facility is being thought of as an outpatient type facility, when this is far from the case. We have received feedback from our mental health monitor, Dr. Taylor that we are providing even less psychological services than some of the yards, which are not considered inpatient psychiatric units.

The first issue that must be addressed if we are to be successful is the clarification of roles and duties for mental health staff, by position. It is almost impossible to predict the number of staff needed without fully outlining and understanding the tasks and necessary time frames for each task. This facility requires much more of a mental health clinician than simply seeing patients, however when the numbers are run it appears that the consideration does not consider these other tasks in any quantifiable manner. As such, I have developed some categories of types of services that the psychology associates and psychologists provide at this facility.

1. Direct Care Services
2. Quality of Care Services
3. Program Management
4. Organizational Duties
5. Documentation
6. Legal/Compliance

Each of these categories are defined and have tasks associated with them as seen below.

1. Direct Care Services – Chapter 2 – Tech Manual

Direct care services are services that include the patient. We currently provide the following direct care services, individual weekly sessions, watch sessions, watch follow-up session, treatment planning sessions, group sessions, intakes, and other direct services (PREA, ICS, Protective Custody and HNRs).

- A. Individual weekly sessions – The technical manual dictates that we should provide at least 1 weekly session per patient for patients that are classified as mental health 5, meaning they need inpatient services. All the patients in the Phoenix Mental Health Programs (Baker, George, Ida, John, King, and Quiet) are classified MH5. If clinically indicated we are obligated to see them more frequently (Tech Manual 1.3.4.2).

- B. Watch session – Per section 1.3.4.1 of the Tech Manual, we are obligated to place any inmate that is actively psychotic or actively suicidal on a suicide watch. The technical manual dictates that these patients be seen daily (including weekends and holidays). The Tech Manual refers to Continuous Suicide Watches, however the Court has advised that we need to see all watches daily, including holidays and weekends.

C. Watch follow-up sessions – Patients coming off of Mental Health Watch are to receive three Watch Follow-up Sessions at the following intervals: 24-72 hours, 7 to 10 days and 21 – 24 day (Appendix G – Reference DO 807)

D. Treatment planning – Per Section 4.1 of the Tech Manual, upon admission into an inpatient treatment facility, the psychiatrist shall write and interim treatment plan. Within thirty (30 days of admission, the interim plan shall be replaced with an Inpatient Treatment Plan which is to be developed by the Treatment Team. This treatment plan shall be updated minimally every ninety (90) days, or more often as clinically indicated (Tech Manual 4.1.2)

E. Group sessions - SMI inmates housed in a maximum custody cell shall receive the following services weekly: 10 hours unstructured out-of-cell time, one hour of psychotherapy group programming, one hour psycho-educational group programming, and one additional hour of group programming provided by the COIII. To my knowledge and experience there has not been one single COIII group conducted on any unit where I have worked. Furthermore, with licensed clinicians covering sometimes two and three areas, the psychotherapy groups are often not held.

F. Other direct services - PREA, ICS Coverage3, and Protective Custody. Patients involved in either of these three issues requires an assessment by mental health to determine if they are in need of a mental health watch.

2. Quality of Care Services

It is not sufficient to meet the direct care mandates in inpatient psychiatric units. There are many other tasks that are as important as seeing the patients. Included in Quality of Care Services are; Grand Rounds, Interdisciplinary Meetings, The Deputy Warden Meeting, COE/COT/PMRB Hearings, Psychiatric Sessions, new intake referral/documentation review, unit rounds, psychiatric transfer/discharge summary, systems advocacy and quality of care controls.

A. Grand Rounds – Patients in correctional facilities self-harm and commit suicide at rates significantly higher than the general population. As such it is vital that we discuss suicidal inmates and put in protective measures for all of our suicidal/self-harming patients. This meeting is conducted weekly.

B. Interdisciplinary Meetings – Per section 1.5.4.1, and various other places in the Tech Manual, when clinically indicated, a Mental Health Treatment Staffing shall occur and these staffings should be documented.

C. The Deputy Warden Meeting – the deputy Warden Meeting is a weekly meeting that includes treating clinicians from each mental health unit, the mental health director, FHA, DON, psychiatry and DOC personnel.

D. COE/COT/PMRB Hearings –When patients are not of sound mind to make determinations regarding compliance with psychotropic medication, hearing can be held to compel them to

accept treatment or to receive approval to administer involuntary medication. Preparation for and participation in these hearings is labor and time intensive and must be accounted for in staffing patterns.

E. Psychiatric Transfer/Discharge Summary – Best practices dictate that summary information be transferred from one treating unit to the next. Due to the excessive demands on our clinicians, it is not realistic or possible for them to read all prior notes to become acquainted with an individual being transferred into their units. The transfer summary will provide information that will apprise the receiving clinician with ample information to begin working with the IM upon arrival.

F. Systems advocacy – When inmates exhibit behavior that threatens the safe and secure operation of the unit, the inmate's own personal safety, or the safety of others, we are to document this in accordance with DO 105 – Information Reporting (Tech. Manual 4.1.3.1.). Furthermore, when we observe or learn of activities regarding correctional staff, e.g. sexual advances, inmate mistreatment, not being on post, etc., we are also expected to submit an information report.

3. Program Management

Each unit is required to have a schedule that outlines the weekly activities of the inmates which includes mental health programming.

A. Collaboration with Psych Tech – it is vital for the unit clinician and psych tech to work together to develop programming that results in improved psychiatric functioning for the patients.

B. Psych Tech Supervision - Clinicians are required to provide 1 hour of weekly supervision to Psychiatric Technicians.

C. Housing assignments – Clinicians are responsible for housing patients in accordance with their needs and level of functioning. This requires constant vigilance and requests for movement within the units to account for these needs.

4. Organizational Duties

Clinicians are expected to attend scheduled meetings, trainings, and organize their work.

A. Mental Health Meetings—for teams to work together seamlessly it is vital to have ample communication and opportunities for collaboration. During these meetings team members are often apprised of new requirements and are given feedback on issues within the complex. Ideally all team members would be present at these weekly team meetings.

B. Monthly Staff Meeting – once a month the entire team gathers for a meeting that is hosted by the Facility Health Administrator.

C. Training – Each year team members are expected to participate in DOC and Corizon specific training. In order to attend these trainings it is necessary to have ample coverage to ensure that patient care continues in the clinician's absence.

D. Email and inter/intra-office communications

   a. General email management – Receiving and responding to emails in an environment as fluid as the DOC inpatient psychiatric units takes considerable time and must be accounted for in determining appropriate staffing for units.

   b. Subjective notes for watches and follow-ups – clinicians are expected to communicate subjective information from patient session notes on all suicide watch levels daily.

E. Session scheduling – Clinicians are responsible to ensure that all patients are seen according to guidelines. The responsibility for the largest portion of this task has been delegated to psych techs, however the clinician must validate this information and make changes in scheduling to account for absences and other priorities that compete with direct patient care.

F. Professional Role advocacy and personnel issues – time must be built into the schedules of clinicians to tend to professional role advocacy and handling personnel issues, e.g. requests for leave, tuition reimbursement, supervision, etc.

5. Documentation – Annually clinicians are subject to a peer review. At this time clinicians will be reviewed on quality of service delivery, thoroughness of assessment, follow-up, referrals, treatment planning, adherence to documentation timeframes and quality of documentation (legibility, formal, inclusiveness, appropriateness of notes, etc.). Clinicians are also required to provide daily documentation on mental health watches. Therefore, ample time is required to ensure compliance with these requirements.

6. Legal compliance – Clinicians are expected to attend monthly CGAR meetings where violations of CGARs are reviewed. The veracity of these reports must be examined to ensure that they accurately reflect the work that has been done on the units each month. This type of research takes time, but is necessary to ensure that we are not erroneously docked for completed work.

7. Miscellaneous factors – Finally, it is vital that time be built into the schedules for absenteeism and vacancies. As it currently stands, clinicians are routinely expected to cover other units in addition to trying to handle all the requirements on their own units.

PA/PSYCHOLOGIST CASELOAD CALCULATOR

| Direct Care Services | # of sessions | Time | Total Weekly Time | Time | Best Practices Total Weekly Time |
|---|---|---|---|---|---|
| Individual weekly sessions | 20.00 | 0:10:00 | 3:20:00 | 0:30:00 | 10:00:00 |
| Watch sessions | 10.00 | 0:10:00 | 1:40:00 | 0:30:00 | 5:00:00 |
| Watch follow up sessions | 5.00 | 0:10:00 | 0:50:00 | 0:30:00 | 2:30:00 |
| Treatment planning sessions | 5.00 | 0:10:00 | 0:50:00 | 0:30:00 | 2:30:00 |
| Group sessions | 1.00 | 0:50:00 | 0:50:00 | 0:50:00 | 0:50:00 |
| Intakes | 0.00 | 0:05:00 | 0:00:00 | 0:15:00 | 0:00:00 |
| ICS coverage | 2.00 | 1:00:00 | 2:00:00 | 1:00:00 | 2:00:00 |
| | | | 9:30:00 | | 22:50:00 |

| Quality of Care | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Grand rounds | 1.00 | 1:00:00 | 1:00:00 | 2:00:00 | 2:00:00 |
| Interdisciplinary meeting | 1.00 | 1:00:00 | 1:00:00 | 1:30:00 | 1:30:00 |
| DW meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| COE/COT/PMRB hearings | 0.25 | 2:00:00 | 0:30:00 | 2:00:00 | 0:30:00 |
| Psychiatric sessions | 2.00 | 0:30:00 | 1:00:00 | 2:00:00 | 4:00:00 |
| New intake/referral/documentation review | 2.00 | 1:00:00 | 2:00:00 | 2:00:00 | 4:00:00 |
| Unit rounds (3 x daily) | 5.00 | 0:20:00 | 1:40:00 | 1:00:00 | 5:00:00 |
| Systems advocacy/quality of care | 1.00 | 1:00:00 | 1:00:00 | 2:00:00 | 2:00:00 |
| | | | 9:10:00 | | 20:00:00 |

| Program Management | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Collaboration with Psych Tech | 15.00 | 0:10:00 | 2:30:00 | 0:30:00 | 7:30:00 |
| Supervision of Psych Tech | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| | | | 3:30:00 | | 8:30:00 |

| Organizational Duties | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Mental health meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Monthly staff meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Training | 2.00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 |
| email/inter/intra-office communication | 1.00 | 3:00:00 | 3:00:00 | 3:00:00 | 3:00:00 |
| CGAR team communication | 1.00 | 2:30:00 | 2:30:00 | 2:30:00 | 2:30:00 |
| Session scheduling | 1.00 | 0:30:00 | 0:30:00 | 2:00:00 | 2:00:00 |

FISCHER 067

## PA/PSYCHOLOGIST CASELOAD CALCULATOR

| Professional/Personnel Advocacy | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
|---|---|---|---|---|---|
| | | | 9:00:00 | | 10:30:00 |

| Documentation | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Sessions notes | 45.00 | 0:05:00 | 3:45:00 | 0:05:00 | 3:45:00 |
| Treatment plans | 3.00 | 0:10:00 | 0:30:00 | 0:10:00 | 0:30:00 |
| Watch forms | 5.00 | 0:05:00 | 0:25:00 | 0:05:00 | 0:25:00 |
| COE/COT forms | 1.00 | 0:20:00 | 0:20:00 | 0:20:00 | 0:20:00 |
| Discharge summary | 1.00 | 0:00:00 | 0:00:00 | 0:20:00 | 0:20:00 |
| Referral forms | 3.00 | 0:30:00 | 1:30:00 | 0:30:00 | 1:30:00 |
| | | | 6:30:00 | | 6:50:00 |

| Legal/Compliance | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Monthly CGAR meeting | 1.00 | 1:30:00 | 1:30:00 | 1:30:00 | 1:30:00 |
| CGAR follow up | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| | | | 2:30:00 | | 2:30:00 |

| | Total Weekly Time | | Total Weekly Time |
|---|---|---|---|
| | 40:10:00 | | 71:10:00 |

PA/PSYCHOLOGIST CASELOAD CALCULATOR

| Direct Care Services | # of sessions | Time | Total Weekly Time | Time | Best Practices Total Weekly Time |
|---|---|---|---|---|---|
| Individual weekly sessions | 20.00 | 0:10:00 | 3:20:00 | 0:30:00 | 10:00:00 |
| Watch sessions | 10.00 | 0:10:00 | 1:40:00 | 0:30:00 | 5:00:00 |
| Watch follow up sessions | 5.00 | 0:10:00 | 0:50:00 | 0:30:00 | 2:30:00 |
| Treatment planning sessions | 5.00 | 0:10:00 | 0:50:00 | 0:30:00 | 2:30:00 |
| Group sessions | 1.00 | 0:50:00 | 0:50:00 | 0:50:00 | 0:50:00 |
| Intakes | 0.00 | 0:05:00 | 0:00:00 | 0:15:00 | 0:00:00 |
| ICS coverage | 2.00 | 1:00:00 | 2:00:00 | 1:00:00 | 2:00:00 |
|  |  |  | 9:30:00 |  | 22:50:00 |

| Quality of Care | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Grand rounds | 1.00 | 1:00:00 | 1:00:00 | 2:00:00 | 2:00:00 |
| Interdisciplinary meeting | 1.00 | 1:00:00 | 1:00:00 | 1:30:00 | 1:30:00 |
| DW meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| COE/COT/PMRB hearings | 0.25 | 2:00:00 | 0:30:00 | 2:00:00 | 0:30:00 |
| Psychiatric sessions | 2.00 | 0:30:00 | 1:00:00 | 2:00:00 | 4:00:00 |
| New intake/referral/documentation review | 2.00 | 1:00:00 | 2:00:00 | 2:00:00 | 4:00:00 |
| Unit rounds (3 x daily) | 5.00 | 0:20:00 | 1:40:00 | 1:00:00 | 5:00:00 |
| Systems advocacy/quality of care | 1.00 | 1:00:00 | 1:00:00 | 2:00:00 | 2:00:00 |
|  |  |  | 9:10:00 |  | 20:00:00 |

| Program Management | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Collaboration with Psych Tech | 15.00 | 0:10:00 | 2:30:00 | 0:30:00 | 7:30:00 |
| Supervision of Psych Tech | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
|  |  |  | 3:30:00 |  | 8:30:00 |

| Organizational Duties | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Mental health meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Monthly staff meeting | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Training | 2.00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 |
| email/inter/intra-office communication | 1.00 | 3:00:00 | 3:00:00 | 3:00:00 | 3:00:00 |
| CGAR team communication | 1.00 | 2:30:00 | 2:30:00 | 2:30:00 | 2:30:00 |
| Session scheduling | 1.00 | 0:30:00 | 0:30:00 | 2:00:00 | 2:00:00 |

FISCHER 069

PA/PSYCHOLOGIST CASELOAD CALCULATOR

| Professional/Personnel Advocacy | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
|---|---|---|---|---|---|
| | | | 9:00:00 | | 10:30:00 |

| Documentation | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Sessions notes | 45.00 | 0:05:00 | 3:45:00 | 0:05:00 | 3:45:00 |
| Treatment plans | 3.00 | 0:10:00 | 0:30:00 | 0:10:00 | 0:30:00 |
| Watch forms | 5.00 | 0:05:00 | 0:25:00 | 0:05:00 | 0:25:00 |
| COE/COT forms | 1.00 | 0:20:00 | 0:20:00 | 0:20:00 | 0:20:00 |
| Discharge summary | 1.00 | 0:00:00 | 0:00:00 | 0:20:00 | 0:20:00 |
| Referral forms | 3.00 | 0:30:00 | 1:30:00 | 0:30:00 | 1:30:00 |
| | | | 6:30:00 | | 6:50:00 |

| Legal/Compliance | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Monthly CGAR meeting | 1.00 | 1:30:00 | 1:30:00 | 1:30:00 | 1:30:00 |
| CGAR follow up | 1.00 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| | | | 2:30:00 | | 2:30:00 |

| | Total Weekly Time | | Total Weekly Time |
|---|---|---|---|
| | 40:10:00 | | 71:10:00 |

INTAKE CASELOAD CALCULATOR

**Direct Care Services**

|  | # of sessions | Time | Total Weekly Time | Time | Best Practices Total Weekly Time |
|---|---|---|---|---|---|
| Watch sessions | 0 | 0:10:00 | 0:00:00 | 0:30:00 | 0:00:00 |
| Watch follow up sessions | 0 | 0:10:00 | 0:00:00 | 0:30:00 | 0:00:00 |
| Intakes | 135 | 0:10:00 | 22:30:00 | 0:15:00 | 33:45:00 |
| ICS coverage | 2 | 1:00:00 | 2:00:00 | 1:00:00 | 2:00:00 |
|  |  |  | **24:30:00** |  | **35:45:00** |

**Quality of Care**

|  | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Grand rounds | 1 | 2:00:00 | 2:00:00 | 2:00:00 | 2:00:00 |
| Systems advocacy/quality of care | 1 | 1:00:00 | 1:00:00 | 2:00:00 | 2:00:00 |
|  |  |  | **3:00:00** |  | **4:00:00** |

**Organizational Duties**

|  | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Mental health meeting | 1 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Monthly staff meeting | 1 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
| Training | 2 | 0:30:00 | 1:00:00 | 0:00:00 | 0:00:00 |
| email/inter/intra-office communication | 1 | 3:00:00 | 3:00:00 | 3:00:00 | 3:00:00 |
| Session scheduling | 0 | 2:00:00 | 0:00:00 | 2:00:00 | 0:00:00 |
| Professional/Personnel Advocacy | 1 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
|  |  |  | **7:00:00** |  | **6:00:00** |

**Documentation**

|  | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Sessions notes | 145 | 0:02:00 | 4:50:00 | 0:05:00 | 12:05:00 |
|  |  |  | **4:50:00** |  | **12:05:00** |

**Legal/Compliance**

|  | Units | Time | Total Weekly Time | Time | Total Weekly Time |
|---|---|---|---|---|---|
| Monthly CGAR meeting | 1 | 1:30:00 | 1:30:00 | 1:30:00 | 1:30:00 |
| CGAR follow up | 1 | 1:00:00 | 1:00:00 | 1:00:00 | 1:00:00 |
|  |  |  | **2:30:00** |  | **2:30:00** |

| Total Weekly Time | Total Weekly Time |
|---|---|
| **41:50:00** | **60:20:00** |

FISCHER 071

# On-Site Supervisor's Midterm Evaluation of Pre-doctoral Intern

Name of Student: __Angela Fischer__

Internship Site: __Arizona State Prison Complex – Phoenix__

Number of Hours Spent at Internship Site Each Week: __40__

Brief Description of Pre-doctoral Intern's Responsibilities: __Conducting mental health assessments, and individual/group counseling. Treatment plan development and case staffing__

## Performance Rating Scale

| | |
|---|---|
| 1 No significant opportunity yet | 5 Very good (Consistently meets outcome criteria) |
| 2 Unacceptable (Never or rarely meets outcome criteria) | 6 Excellent (Consistently exceeds outcome criteria) |
| 3 Marginal (Meets outcome criteria inconsistently) | NA Not applicable in setting |
| 4 Acceptable (Meets outcome criteria most of the time) | |

## Intern's Performance

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Communication and relationship with fellow staff: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Communication and relationship with clients: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Communication and relationship with supervisor: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Willingness to ask for help: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Ability to accept constructive criticism: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Capacity for self-evaluation: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Reliability: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Demonstrated knowledge needed to do the required work: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Enthusiasm for learning: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Commitment to high-quality work: | 1 | 2 | 3 | 4 | 5 | **6** | NA |
| Overall competence: | 1 | 2 | 3 | 4 | 5 | **6** | NA |

Summarizing Comments:

Ms. Fischer's knowledge base coming in therapeutically was remarkable. She continues to seek new information + ask for help for questionable situations. Her ability to self-evaluate has been remarkable, as well as her ability to accept constructive criticism. She has provided outstanding feedback to help better our programs, develops exceptional Behavioral Management Plans + has consistent, firm + fair boundaries w/ good rapport with clients.

_____   _____9/29/17_____
Intern's Signature                 Date

_____   _____9/29/17_____
Supervisor's Signature             Date

# Fischer, Angela

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Thursday, October 12, 2017 8:16 AM |
| **To:** | Calcote, Lynn; Urdaneta, Leonel; Taylor, Eddie |
| **Cc:** | Ortega, Diane; Leonard, Stephanie |
| **Subject:** | RE: MH Call. All sites involved |

It makes perfect sense, given the fact that the mission and purpose of our inpatient treatment units have not been clearly defined and/or communicated to the clinicians on those units. We need to communicate what our goals are and what needs to be accomplished for individuals to move from one level of care to the next. Take Baker for example, I was told it was an inpatient psychiatric unit, however there are many people living in Baker who do not meet inpatient criteria. When I arrived there, there was a step program already established that appeared to expect an inmate to remain in that program for several months before graduating. If that is not the function of Baker Ward then we need to define the function and put documentation in place that guides clinicians. Better yet, we would all work together to determine the levels of care, what the admission, continuation and discharge criteria are, and the purpose of each level of care.

By our Corizon mission, we purport to use clinical best practices and evidence-based practices, neither of which are apparent given the fact that the staff is stretched so thin that they barely get time to check in with patients, let alone provide therapy. If we want a stabilization unit then we have to be staffed for stabilization. Inmates will not become stable by sitting in their cells alone 23 hours a day or going to recreation or talking about current events, and seeing a psychiatric provider (sometimes via telemedicine) once every 30 days. Inpatient units require onsite psychiatry so medication changes can be made and monitored more quickly. We need to identify what treatment we will provide and at what intervals this treatment will be provided. I can look around to see what prison inpatient best practices are if it would help.

Regarding getting attached to patients, I think most of us would like to feel confident that patients in our care would move along to the next level of care with ample supports for their success in the next location. However we receive so little information about the next placements that we are reluctant to let go for fear that they will decompensate and gravely injure themselves or others without the requisite support. Finally, sometimes it seems like the new arrivals are being sent because they are bothersome at the last location, not for acute psychiatric distress.

Looking forward to talking more about this at a later date.

Have a GREAT day all,
PA Fischer


**From:** Calcote, Lynn
**Sent:** Wednesday, October 11, 2017 4:14 PM
**To:** Urdaneta, Leonel; Fischer, Angela; Taylor, Eddie
**Cc:** Ortega, Diane; Leonard, Stephanie
**Subject:** RE: MH Call. All sites involved

I think the chart provides a nice visual for the process we go through. There is another element that we run into. Therapists' reluctance to release from their patients. There are several variants/descriptors of this process that prevent letting go of patients, but most have one common thread. The variants are:
- The patient is making progress and should continue in treatment.
- The patient would benefit from treatment, not just stabilization.
- The therapist is getting their needs met and wants to continue to follow the patient after stabilization.

1

- We feel is isn't ethical not to provide treatment.
- We create a therapeutic bond and releasing a patient to someone else to follow represents a loss for us as well as the patient.
- We know the patient we are treating and have a bond, so our investment is more in keeping and helping them than sending them away in order to bring someone in we don't know.

The common thread in all that we do is the "Why" we got into this field, two reasons. It was not simply to help others, it was also because of how it makes us feel about ourselves knowing we are helping others. That is not a bad thing; in fact, it is the fuel that allows us to continue the struggle. Without it, it is very hard to keep going.

The sad circumstance is that we are faced with the choice of "who do we decide to help?" because we cannot give all of them what we wish we could. Resources are limited and the more we focus on raising the bar on how we provide treatment, the less able we are to help all who need it. The less we focus on raising the bar, the less effective are the services we do offer. I believe in many respects the quality of services our staff provide are amazing given the obstacles we face every day.

Does any of this make sense?


**Lynn Calcote, Ph.D.**
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ███████ ext. ████
Cell: ██████████

**From:** Urdaneta, Leonel
**Sent:** Wednesday, October 11, 2017 1:43 PM
**To:** Fischer, Angela; Calcote, Lynn; Taylor, Eddie
**Cc:** Ortega, Diane; Leonard, Stephanie
**Subject:** RE: MH Call. All sites involved

Yesterday, in the Suicidal Grand rounds meeting, I was expressing a similar thought about the deluge of data, tools, Policies, etc that we are drowning in. Dr. Calcote indicated, from his point of view, another factor that I generally have a blind spot for, the fact that we are so short of help. And now you aptly point our the need to marry both, the human element to visible tools to guide and measure our decision making and their outcomes. It, then, helps me see that perhaps the problem is not so much in the "tools" but in the fact that we don't realize that we are very short of help to do what we all want to do: provide the best care for out patients. And, in our position of helplessness about that fact, we then keep obsessively multiplying the policies, procedures, tools, etc. Freud saw obsessions as a defense against anxiety; maybe that is what we are doing, binding our anxiety about the help shortage with the creations of tools.

Three complimentary views; that's a team!

**From:** Fischer, Angela
**Sent:** Wednesday, October 11, 2017 1:21 PM
**To:** Urdaneta, Leonel; Calcote, Lynn; Taylor, Eddie
**Cc:** Ortega, Diane; Leonard, Stephanie
**Subject:** RE: MH Call. All sites involved

I am hoping we can marry the two... the human element with the need for objective ways to measure need/risk. This is an attempt to have referrals that are based on sound clinical judgement that is communicated to the receiving unit, so that a clear pathway to a less restrictive environment can be developed. As it currently stands the inpatient units often receive inmates with little notice or clinical information that would support the need for inpatient psychiatric care. Once

they arrive in the inpatient units the ones that are quiet can remain there indefinitely, keeping beds from people who are potentially in more dire need of inpatient care, and the ones who cause a commotion are moved, but it doesn't always feel like this is based on the patient's clinical needs.

**From:** Urdaneta, Leonel
**Sent:** Wednesday, October 11, 2017 12:15 PM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Calcote, Lynn <Lynn.Calcote@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Cc:** Ortega, Diane <Diane.Ortega@corizonhealth.com>; Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>
**Subject:** RE: MH Call. All sites involved

Thanks for the info.

Very interesting and clever matrix. My only concern, applicable to all the proliferations of Guidelines, Policies, Procedures, Assessment Tools, and Algorithms of our obsessive technological society, is that very often we leave the team/human element/brain/mind/decision making, out of the picture.

Well, I could say that the "wracking" was productive. No doubt it will recover!

Dr. Urdaneta

**From:** Fischer, Angela
**Sent:** Wednesday, October 11, 2017 12:49 PM
**To:** Calcote, Lynn; Taylor, Eddie
**Cc:** Ortega, Diane; Leonard, Stephanie; Urdaneta, Leonel
**Subject:** RE: MH Call. All sites involved

Good morning Dr. Calcote,

Thank you for your response to the frustrations regarding mental health inmate patient placements. I have been wracking my brain trying to conceptualize a method for evaluating the severity of the patient's mental health issues and the hazard probability with some of our inmates. That is... we need to understand their needs and the risk they present in context of the correctional setting. I took a stab at a matrix that would allow us to do a triage/risk assessment. Based on the needs and risks we could indicate where the individual belongs at different intervals in their incarceration. This tool could be used in the referral process and could be consulted in the MH Call.

# MENTAL HEALTH TRIAGE/RISK ASSESSMENT MATRI[X]

## Triage/Risk Assessment Code Matrix (TRAC)

| Hazard Probability Code / Severity Code | Frequent (A) Immediate danger to health and safety of others, staff or property/resources. | Likely (B) Probably will occur in time if not corrected, or probably will occur one or more times | Occasional (C) Possible to occur in time if not corrected. | Ra[re] Unli[kely] exp[ected] |
|---|---|---|---|---|
| Catastrophic (I) Imminent and immediate danger to death or permanent disability | 1. INPATIENT PSYCHIATRIC UNIT | 1. INPATIENT PSYCHIATRIC UNIT | 2. STEP DOWN-PSYCHATRIC UNIT | PS |
| Critical (II) Permanent partial disability, temporary total disability | 1. INPATIENT PSYCHIATRIC UNIT | 2. STEP DOWN-PSYCHATRIC UNIT | 3. ENHANCED OUTPATIENT PSYCHIATRIC CARE IN THE YARD | PS |
| Significant (III) Minor injury, reversible illness | 2. STEP DOWN-PSYCHATRIC UNIT | 3. ENHANCED OUTPATIENT PSYCHIATRIC CARE IN THE YARD | 4. STANDARD OUTPATIENT PSYCHIATRIC CARE IN THE YARD | PR |
| Minor (IV) First aid or minor medical treatment | 3. ENHANCED OUTPATIENT PSYCHIATRIC CARE IN THE YARD | 4. STANDARD OUTPATIENT PSYCHIATRIC CARE IN THE YARD | 5. SELECTIVE OUTPATIENT PROGRAMMING IN THE YARD | PR |

Each of these levels of care would have entrance criteria, criteria for continued treatment, and discharge criteria. We could set assessment frequencies for each patient in their treatment/discharge (from the level of care – not prison) planning when they arrive on the units. Each level of care would have specified services that are provided. The discharge planning would include the level of support they need at their next location.

I realize that this is not the typical way things are done, but I think it will go a long way to having more objectivity in our patient movement and reducing our risk/liability.

I have attached a document that gives criteria for inpatient treatment, criteria for continued inpatient treatment and discharge criteria. I can create a similar document for each level of care outlined above. Using tools like this we can begin to track the efficacy of our treatment instead of just compliance with the CGARs.

Of course systems like this cannot be put in place without collaboration and this is just a straw man that can be used to move our conversations forward toward a better quality of care.

Let me know if you'd like to discuss this further.

4

Thanks,
PA Fischer


**From:** Calcote, Lynn
**Sent:** Wednesday, October 11, 2017 7:53 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Cc:** Ortega, Diane <Diane.Ortega@corizonhealth.com>; Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Urdaneta, Leonel <Leonel.Urdaneta@CorizonHealth.com>
**Subject:** RE: MH Call. All sites involved

Yes, it is frustrating as all git-out.

It is about beds pace and resources.

I agree that there are likely guys at PHX who are in less need than this inmate. I think it would be wonderful if we could move some of them back to residential programs to make space for patients like this. However, I have to depend on the clinical staff at PHX to identify them. The major parts of the log jam are the lack of PHX beds, the lack of residential beds, and the lack of referrals of PHX inmates that are no longer in need of inpatient. If beds can be made at PHX by finding patients we can move out, I will be glad to do what I can to keep this guy up there.

We are trying to expand residential beds at Tucson and we should begin to see fruit of this effort by January. We are also changing policy to move some of the inmates who go on watch to avoid going to the mainline facilities.

ADC's concept for the use of PHX beds is to move the acutely ill patients to PHX, stabilize them and then move them back to their original complex. In a way, the ADC asks us to work on a CMHC model of treating them in their community when we can and only using the psychiatric hospitalization when the patient is acutely psychotic.

Does this give you a better feel for the log jam conundrum?


**Lynn Calcote, Ph.D.**
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ▓▓▓▓▓ ext. ▓▓▓
Cell: ▓▓▓▓▓


**From:** Fischer, Angela
**Sent:** Tuesday, October 10, 2017 9:11 AM
**To:** Taylor, Eddie
**Cc:** Ortega, Diane; Leonard, Stephanie; Calcote, Lynn
**Subject:** RE: MH Call. All sites involved

This is an area of big concern for me. When I spoke to this SMI patient he was literally having a conversation with Jay-Z about his music career. He is actively psychotic and we are sending him to a GP yard because we don't have room for him in mental health? There are plenty of guys in mental health treatment programs that do not exhibit this level of psychosis that reside in mental health treatment programs. It seems cruel to me that we are going to send this guy to GP. Depriving a person who presents with this level of psychosis with a mental health placement, and noting a shortage of bed space and a waiting list, is beyond the pale. Is psychiatry represented on these calls? It seems that we are

5

FISCHER 078

placing ourselves at high risk by sending these guys to the yard rather than stabilizing them in Phoenix before they are sent out.

" ▮▮▮▮▮▮ **PHX intake to ?? Denied,** 4 Max, MH3A, He appears to have a psychotic process. The committee agrees that he needs to be assessed and may need to be returned to PHX, but given bed space and waiting list, the decision was to let his receiving site assess and attempt to stabilize."

**From:** Taylor, Eddie
**Sent:** Tuesday, October 10, 2017 6:48 AM
**To:** Aaron, James; Chahine, Alecia; Collier, Marcus; Ekeinde, Sandra; Fischer, Angela; Greene, David; Hinojos, Paul; Lowder, Lisa; Mason, Sally; McGady, Michael; Ortega, Diane; Pelton, Ashley; Salz, Donald; Tillman, Angela; Walker, Michael; Wilson, Maritta
**Subject:** FW: MH Call. All sites involved

FYI

**From:** Calcote, Lynn
**Sent:** Monday, October 09, 2017 4:39 PM
**To:** Taylor, Eddie; Glenn Pacheco; Jeff Van Winkle; Major Scott; Norm Twyford; Ortega, Diane; Regina Dorsey; Salas; Stephen Morris; TAYLOR, NICOLE (NTAYLOR@azcorrections.gov); Vivian Baltierra; Walter Hensley; Wayne Mooney; Wendy Eccles
**Subject:** MH Call. All sites involved

In talking with Offender Operations and Health Services Monitoring Bureau, it was decided that the DWOP from Florence, Eyman, Tucson (one of the two), and Lewis, and a DW from PHX should be on the call each week. This will allow us to explore all possible treatment options. The DWOPs from PV and Yuma will be optional depending on whether they have a referral. On this Wednesday, there are referrals affecting all seven sites.

▮▮▮▮▮▮ **Lewis to Eyman BMU,** He has recently engaged in two acts of self-harm. Return to BMU is recommended.

▮▮▮▮▮▮ **Florence North Unit to PHX King,** Minimum GP, MH3A SMI, with us since 2014, leaves 2020. Discussion was whether Aspen or King was most appropriate. Given recent fights and use of racial epithets, recommendation is King as initial placement and then possibly to Aspen.

▮▮▮▮▮▮ **Yuma to PHX King,** ¾, GP, MH3A SMI, Releases: 2019. Charge dangerous drug violation, Tickets: 8/17 refusing programs, 7/17 possession/manufacture, 6/17 disobey verbal, Concern is to get him into programs to attempt to intervene before the tickets raise her custody level.

▮▮▮▮▮▮ **Eyman Meadows to Aspen,** Medium, SO, MH3A, Releases: 8/20/18. Charge: Aggravated Harassment. No tickets since 7/2012. Recently returned to prison after being out for 5 months. Prep for release.

▮▮▮▮▮▮ **Eyman Meadows to Aspen,** Medium, SO, MH3A, has been down 20 years and releases in 2020, In for kidnapping, molestation of child, and attempted molestation of a child. Want to help get him more prepped for release.

▮▮▮▮▮▮ **Eyman Meadows to Aspen,** Medium SO, MH3A, also been down for 20 years; releases in 11/17. Disobeys Orders once and once for sanitation in last two years.

▮▮▮▮▮▮ **Denied Aspen to Ida,** Medium SO, refuses meds, displays overly dramatic responses, has lost enough weight that it is a medical concern. The assessment was that he could be considered for a PMRB while at Aspen.

6

FISCHER 079

████████ **Florence North to Aspen**, Minimum 2 GP, 3A SMI, Releases June of 2021. Was in Aspen before and programs well.

✱ ████████ **PHX intake to ?? Denied,** 4 Max, MH3A, He appears to have a psychotic process. The committee agrees that he needs to be assessed and may need to be returned to PHX, but given bed space and waiting list, the decision was to let his receiving site assess and attempt to stabilize.

████████ **PV to George**, Minimum GP, MH3A, releases 10/13/17 and needs a COE as she was PAD in community.

████████ **Eyman SMU1 to IDA**, C4 Max, MH3B, Releases 3/17/18. No recent tickets. Substantive depression. Stabilization.

████████ **Eyman SMU1 to BHU**, C4 GP, MH3A, Life Sentence, 1st Degree Murder 2 counts, low functioning not appropriate for a GP yard.

████████ **Florence Kasson to Aspen**, Medium GP, MH4, Releases 2/18/20. He was specifically overridden to a 3 to qualify for Aspen.

████████ **Florence Kasson to ??? denied,** Close 4, MH3A SMI, Releases in 2018. Problem is mainly anxiety. May consider later.

████████ **Florence Kasson to ????, denied for now.** Minimum GP. 3D. He threatens to cut if sent back to North Yard, Lead will talk to him. Plan is to consider an IHP.

████████ **PHX King to Aspen**, Medium 3 GP, Not currently on meds, 2030 release date, Mood Disorder, Antisocial Traits. Plan is to step him down to Aspen prior to moving to GP yard.

VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ████████ ext. ███
Cell: ████████