# EXHIBIT 1
## (Part 3)

# Fischer, Angela

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Monday, October 23, 2017 3:24 PM |
| **To:** | Calcote, Lynn; Cole, Lynn |
| **Cc:** | Leonard, Stephanie; Taylor, Eddie; Burnetti-Atwell, Mariann; Maldonado, Roland |
| **Subject:** | RE: Strategic Planning |
| **Attachments:** | Hazard Duty Pay 8_24_2017.pdf |

Hi all,

Here is an update on the issues from our meeting on 10/5/2017. The original issues are at the tail end of this email chain for reference.

1. CGARs – I still have not received the CGARs document Lynn Cole mentioned in our meeting which explained the criteria the monitor is using to determine if we are in compliance. This information is very helpful to us and I would like to be able to review it for myself and perhaps make a tool that staff can use to understand the CGARs.

1. Staffing – PA Chahine resigned recently which will leave a gaping hole in our team. She will be sorely missed.

2. Resources – On 10/12/2017, I made a request to FHA Watts for 2 computers (1 in Quiet Ward and 1 in Delta) and 1 printer (for George Ward). No word on this to date.

3. Training – It does not appear that any progress has been made on this front.

4. Hazardous working environment – On 8/24/2017 I submitted a letter to a host of our leadership team requesting Hazard Duty Pay. Since that date we have had another staff assault on George Ward where a Corizon staff member was injured. And just last week, I was confronted by an inmate who slipped his cuff and armed himself with a fire extinguisher. Fortunately, I was not the target of his angst and he graciously let me leave the room he confronted me in, but he could have easily sprayed me with it, hit me with it or thrown it at me. After a standoff with DOC leaders he relinquished the fire extinguisher and no one was hurt, but it was not for lack of opportunity and ability. The Phoenix site, specifically Flamenco is full of maximum custody inmates who are being "overridden" to closed custody status to be in our programs. Overriding their custody status in no way makes them less dangerous; in my opinion it makes them more dangerous because officers become complacent and put us at risk by not properly securing them as they would maximum custody inmates. I would like to make another plea for hazard duty pay that is being paid to our Corizon counterparts that are working with maximum custody inmates.

5. Officer issues – Per DW Eccles, 3 officers were scheduled to attend mental health training last week. Since we met on 10/5/2017, numerous officers have been found sleeping on constant watches and an inmate on a constant watch was able to hang himself/restrict his airway to the point of unconsciousness while on a constant watch (10/17/2017). There is still much work to be done in this area.

6. Cultural Change – I sent a strategic planning proposal that outlined a list of strategic planning activities and meetings. The activities have a start date of November 10, 2017. Please let me know if there is an interest in this so I can either continue working on it or put it to the side.

Thanks and have a GREAT week!

Sincerely,
PA Fischer

1

**From:** Fischer, Angela
**Sent:** Friday, October 13, 2017 11:10 AM
**To:** Calcote, Lynn <Lynn.Calcote@corizonhealth.com>; Cole, Lynn <Lynn.Cole@CorizonHealth.com>
**Cc:** Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>; Burnetti-Atwell, Mariann <Mariann.Burnetti-Atwell@corizonhealth.com>
**Subject:** Strategic Planning

Hi all,

I wanted to circle back with an update on some of the items discussed in our October 5th meeting.

1. CGARs – Is it possible for me to receive the document that explains each of the CGARs that Lynn Cole referenced in our meeting, as requested below?

2. Staffing – no new developments

3. Resources – an email has been sent to FHA Watts requesting the equipment outlined below.

4. Training – no new developments

5. Hazardous working environment – DW Eccles contact PT Mason and me this week to notify us that DOC is looking at their staffing pattern and that they intend to have two officers present on the George Ward unit. I am not sure if there has been any need for similar support in our other units or at our other sites.

6. Officer issues - DW Eccles indicated that they will begin sending officers to Mental Health Officer training to address the issues identified below.

7. Cultural Change – As promised, I have attached a strategic planning proposal that outlines a list of strategic planning activities and meetings that would set the tone for the Arizona Mental Health team, help set the priorities for our services, and outline any deficiencies or barriers to achieving our goals. The proposed start date of these activities is Friday, October 10, 2017.

I hope you all have a wonderful weekend and I look forward to continuing the momentum we have begun to build.

Sincerely,
Angela

**From:** Calcote, Lynn
**Sent:** Friday, October 06, 2017 7:25 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Cole, Lynn <Lynn.Cole@CorizonHealth.com>
**Cc:** Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>; Burnetti-Atwell, Mariann <Mariann.Burnetti-Atwell@corizonhealth.com>
**Subject:** RE: A time to meet

Thank you for being willing to step forward and share your perspectives regarding the barriers that impact our ability to give our patients the level and types of treatment that would make a difference in their lives. I will talk with Dr. Leonard and the Leads about ways in which we can begin to expand our training and brainstorm/digest regarding other points you raise. Please keep me in the loop as you look at the strategic planning concepts. Thank you.


**Lynn Calcote, Ph.D.**
Regional Director of Mental Health

2

VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ███████ ext. ███
Cell: ███████

**From:** Fischer, Angela
**Sent:** Thursday, October 05, 2017 8:51 PM
**To:** Calcote, Lynn; Cole, Lynn
**Subject:** RE: A time to meet

Hello Lynn and Dr. Calcote,

I wanted to take a moment to say thank you for giving me the opportunity to share my thoughts and ideas with you. I wanted to highlight some of the things we discussed and the potential remedies we explored so we can continue the conversation and move forward toward becoming a better organization.

1. CGARs - We discussed the CGARs monitoring and the possibility of training staff and helping them understand the requirements and the data that is being used to track compliance. I believe Lynn mentioned that there is a document that outlines how the monitor is tracking our compliance. If I could get a copy of that so it can be turned into something useful for staff as a training tool that would be very helpful and might shed some light on the requirements for our current and future staff.

2. Staffing - We discussed the challenges in meeting the CGARs requirements and running inpatient psychiatric programs at our current staffing level and I left you with a tool that outlines the additional non-direct care responsibilities of our inpatient mental health clinicians, as it appears that an outpatient model was used to calculate the needs in Phoenix. Ideally this would be used to advocate for additional resources. We discussed the very real possibility that no more staff would be forthcoming. In that reality, it will be important for us to streamline our processes to be more efficient by organizing our duties, communication cycles and priorities.

3. Resources - We discussed some of the difficulties in the Phoenix facility without the resources necessary to do our work efficiently. One item is computers that need to be updated. I know of two computers that need to be replaced. One is in the Delta Ward office, room 197 and the other is in the Quiet Medical Office. We also need a printer in the George Ward nursing station. On Baker we need an additional safe space to see patients. That is, we need another room with a restraint chair and computer to do one on one sessions.

4. Training - There are significant problems with our on boarding process, there is virtually no site-specific training, and there is no substantive Eomis/AIMS training available. I provided several sample documents that might be used as models including the Orientation document, the Mental Health Assessment document and the Work Flow document.

5. Hazardous working environment - We discussed the assaults in our facility and the need to have ample qualified DOC officers present on every unit to manage the inmate population and to keep the inmates and Corizon staff safe. There have been two assaults on George Ward in the last 8 months and DOC's staffing pattern has not changed to provide a safer working environment for the Corizon staff. I believe this is something that will need to be discussed with the Alhambra Warden/Deputy Warden.

6. We discussed the issues with patient care and some of the problems with officers that are either disengaged, or are antagonizing the inmates. This is probably something that needs to be addressed with the Alhambra Warden/Deputy Warden.

7. Cultural Change - We discussed some of the inherent difficulties and competing priorities of Corizon mental health and DOC. We also discussed some of the difficulties we face with communication in our own mental health team. We talked about staff engagement and soliciting the opinions of the people that work in mental health. We talked about the need for positive feedback and showing due appreciation for the staff. After you left Lynn, Dr. Calcote and I talked about the need for strategic planning and creating more collaboration and teamwork. I will be submitting a proposal to Dr. Calcote to facilitate some strategic planning activities.

I know how busy you both are. I appreciate your time and I am optimistic that we can do things to improve our environment and patient care.

3

Have a good evening,
Angela

4

**Corizon Mental Health Strategic Planning Proposal**

1. Strategic Planning Overview

Very often organizations spend a great deal of time and resources to create a mission, vision, and to outline their values. Unfortunately these documents are not always operationalized and cannot be felt or seen in the day to day activities of the organization, especially where there are diverse geographic sites. In order for the mission, vision and values to be useful, they have to be imbedded in the operations at every level of the organization. Due to limited resources and time, it is essential that every member of the organization understand their role and is provided the necessary tools to use toward the combined success of the organization. Strategic planning is a fluid process. In order to be most successful it must be visited and revisited over time, throughout the entire organization. The graphic below describes the flow of strategic planning activities proposed for Corizon mental health, and will be explained in greater detail in this document.

   1.1 Current Need

This proposal is being offered in an attempt to rectify some of the organizational challenges that have resulted in a failure to meet key requirements of our contract, the expectations of the court monitor, and the Corizon stated goals which are outlined in the Corizon mission and vision.

1.2 Scope of Strategic Planning

A variety of activities will occur during the strategic planning efforts that facilitate the intention identified in our corporate mission and vision. These activities are designed to foster teamwork, gather cross-sectional perception and perspective, deepen ownership of the mission, vision and values of the Corizon Arizona Mental Health team, and compel commitment to achieving the goals identified.

1.2.1   Pre-meeting activities

1.2.1.1 Creating the Mental Health Planning Team

Prior to strategic planning activities, a team of employees will need to be selected to participate in strategic planning activities. Ideally this team will include individuals from all levels within the organization (executive, site leadership, licensed clinicians and non-licensed mental health employee). Although it is preferable to have participants participate in person, it may not be practical to have participants from our outer regions appear in person each time. Perhaps they could participate by conference call.

1.2.1.2 Eliciting feedback from all mental health employees

Prior to the first strategic planning meeting, it is essential to obtain information from all the members of the Arizona Mental Health team. A pre-planning survey will be developed that elicits feedback from the team regarding their understanding of our mission, vision and values; and what supports their ability to meet the stated goals and what inhibits their ability to meet the stated goals. This information will inform the Arizona Mental Health Planning Team's thinking throughout the planning activities.

1.2.2   Session 1

The first planning session will focus primarily on the context for goal setting and identifying the goals that will guide the forward movement of the mental health team for this year. In order to effectively accomplish this, the planning team will explore the mission, vision, and values of the Corizon Arizona Mental Health team. We will also clarify the various sets of requirements under which we operate.

1.2.3   Session 2

The second planning session will be devoted to figuring out where we currently stand. A standard Strengths, Weaknesses, Opportunities and Threats (SWOT) analysis will be used to gather information that will be organized into themes or categories and will be used to determine which direction to take.

1.2.4   Session 3

The third session will be focused on which actions we should take. We will consider how to close the gap between where we are and who we want to be in the future. We will take stock of our resources and evaluate each strategic issue in terms of our ability to delivery and the level of impact each issue has on our team. The issues developed in the SWOT analysis will be entered into a prioritization matrix for review during this session. There will be group consensus on what strategic items are pursued.



1.2.5   Session 4

The final session will focus on specific, measurable, attainable, realistic and timely (SMART) goals. All of the SMART goals will used to create a final action plan.

1.3 Proposed Schedule

Pre-planning activities – October 23, 2017 – November 3, 2017
Session 1 – Friday, November 10, 2017
Session 2 – Friday, December 1, 2017

Session 3 – Friday, December 15, 2017
Session 4 – Friday, December 29, 2017

FISCHER 088

| | Strongly Disagree | Disagree | Unsure | Agree | Strongly Agree |
|---|---|---|---|---|---|
| 1. I know what is expected of me at work | | | | | |
| *How could this be enhanced?* | | | | | |
| 2. I have the materials and equipment I need to do my work right. | | | | | |
| *How could this be enhanced?* | | | | | |
| 3. At work, I have the opportunity to do what I do best every day. | | | | | |
| *How could this be enhanced?* | | | | | |
| 4. In the last 7 days, I have received praise or recognition for good work. | | | | | |
| *How could this be enhanced?* | | | | | |
| 5. My supervisor or someone at work seems to care about me as a person. | | | | | |
| *How could this be enhanced?* | | | | | |
| 6. Someone at work encourages my development. | | | | | |
| *How could this be enhanced?* | | | | | |
| 7. At work, my opinions seem to count. | | | | | |
| *How could this be enhanced?* | | | | | |
| 8. The mission or purpose Corizon makes me feel like my work is important. | | | | | |
| *How could this be enhanced?* | | | | | |

FISCHER 089

| # | Statement | | | | | |
|---|---|---|---|---|---|---|
| 9 | My co-workers are committed to doing quality work. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 10 | In the past six months, I have talked with someone about my progress at work. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 11 | This last year, I have had opportunities to learn and grow at work. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 12 | I believe I am well informed about activities of other staff and departments that affect me. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 13 | I believe I am well informed about the expectations that other staff & departments have of me or my department. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 14 | I have an understanding of the role of other departments in Corizon. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 15 | I believe that my supervisor is working together with the supervisors from other departments to ensure smoother functioning. | | | | | |
| | *How could this be enhanced?* | | | | | |
| 16 | I believe that there is a process for effectively addressing concerns or problems with other departments. | | | | | |
| | *How could this be enhanced?* | | | | | |

FISCHER 090

**Fischer, Angela**

**From:** Fischer, Angela
**Sent:** Tuesday, November 28, 2017 12:47 PM
**To:** Taylor, Eddie; Watts, Richard
**Subject:** RE: ▇

FYI...

I am becoming increasingly uncomfortable with the lack of psychiatric documentation with our patients.

IM▇ has been at this facility for almost 40 days and there is not a single note from a psychiatrist in his record. A Psychiatrist-Unscheduled note was erroneously entered by a Mental Health RN on 11/27/2017. Based on Dr. Urdaneta's note below, he has seen him, however there is no documentation that supports this. There is a verbal order for medication by Dr. Urdaneta on 10/20/2017, with no accompanying note.

IM▇ is seen regularly by Dr. Urdaneta and there are no psychiatric notes (or mid-level notes) after 10/25/2017, however I know he has seen him since then, as the patient reports it to me, and I've seen Dr. Urdaneta interacting with him. As it stands, per our documentation, we are out of compliance with our CGAR requirement to have this patient seen by a psychiatrist a minimum of every 30 days. This record also has an erroneous note dated 11/22/2017 labeled Psychiatrist-Unscheduled which was entered by an RN.

Thought you should know,
PA Fischer

**From:** Taylor, Eddie
**Sent:** Tuesday, November 28, 2017 10:37 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>
**Subject:** FW: ▇

Do you have a cell available for ▇ ?

**From:** Urdaneta, Leonel
**Sent:** Monday, November 27, 2017 11:48 AM
**To:** Taylor, Eddie
**Subject:** ▇

Hello, Dr. Taylor,

Above Pt. is on watch at Baker. I have reviewed his records and talked to him. He does not meet criteria to be at Baker.

Could we get him to Quiet, maybe?

Thanks,

Dr. Urdaneta

1

FISCHER 091

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Monday, December 04, 2017 8:25 AM
**To:** Eddie Taylor (Eddie.Taylor@corizonhealth.com)
**Subject:** FW: ▮▮▮▮ - Quiet Ward Release Planning

**Importance:** High

Good Morning Dr. Taylor,

As you will see from the email chain below, I have been trying to get a staffing for IM ▮▮▮▮ since 11/20/2017 to discuss his discharge from MHW and the Quiet Ward. I have sent several requests for attention regarding this matter and no staffing has been held to date, other than the Friday Interdisciplinary team meetings where the only members of the team that were present do not have authority to make decisions regarding placements. Quiet Ward, given the way that it is staffed and run by the DOC and used by Corizon cannot be a long term treatment unit. IMs are entitled to recreation and phone calls, and they have a right to have their personal property, which is what was at the root of IM ▮▮▮▮ frustration when he last self-harmed, after he was moved to Baker Ward. IMs on Quiet Ward are not getting recreation, regular phone calls, religious services and a variety of other things which they are entitled to and that are needed for their mental health. IM ▮▮▮▮ is ready to be released from MHW and the next logical step in this process is transitioning to a less restrictive environment. Likewise, IMs ▮▮▮▮ and ▮▮▮▮ need to be transitioned to Baker or another treatment unit.

Please let me know the status of these requests as soon as possible. It is becoming counter therapeutic for me to meet with these inmates without any information about their future, when what is truly needed is a plan for their future mental health treatment.

Thanks,
PA Fischer

**From:** Fischer, Angela
**Sent:** Monday, November 20, 2017 1:34 PM
**To:** Pelton, Ashley <Ashley.Pelton@corizonhealth.com>
**Cc:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Subject:** RE: ▮▮▮▮ - Quiet Ward Release Planning

Got it. I will discuss this with him.

**From:** Pelton, Ashley
**Sent:** Monday, November 20, 2017 1:32 PM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Urdaneta, Leonel <Leonel.Urdaneta@CorizonHealth.com>
**Cc:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Subject:** RE: ▮▮▮▮ - Quiet Ward Release Planning

Totally agree Fischer. I was just curious. I am just wondering if it would be better for him to find out while on watch.

**From:** Fischer, Angela
**Sent:** Monday, November 20, 2017 1:25 PM
**To:** Pelton, Ashley; Urdaneta, Leonel

1

**Cc:** Taylor, Eddie
**Subject:** RE: ███████ - Quiet Ward Release Planning

Hi Dr. Urdaneta,

Would you be available next week Monday to discuss IM█████'s release plan?

Dr. Pelton,
I am not sure if he knows Chahine is gone and Wilson is leaving. I am trying to stay focused on finding the right level of care for the Quiet patients as they finish up watch, as opposed to the particular therapist. We can discuss this at the staffing.

Thanks,
PA Fischer

**From:** Pelton, Ashley
**Sent:** Monday, November 20, 2017 1:21 PM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>
**Cc:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Subject:** RE: ███████ - Quiet Ward Release Planning

Hello!

Our meeting is typically on Fridays and I will not be here on this Friday. If we want to find a time, preferably early next week, to meet to talk about his discharge plan I will happily make time. I think it would be very helpful for Dr. Urdaneta to attend the meeting. Does ████ know that Chahine is gone and Wilson is leaving?

Thanks!


**Ashley Pelton, Ph.D.**
Psych Associate
ASPC – Phoenix Complex
  Ward



Phone: ███████ ext. ███
Fax: ███████
E-Mail: Ashley.Pelton@corizonhealth.com
2500 E. Van Buren St. Phoenix | Arizona, 85008
www.corizonhealth.com
Facebook | Twitter | YouTube | LinkedIn
Safety. Motivation. Accountability. Respect. Teamwork

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail.

FISCHER 094

**From:** Fischer, Angela
**Sent:** Monday, November 20, 2017 1:18 PM
**To:** Pelton, Ashley
**Cc:** Taylor, Eddie
**Subject:** ▇▇▇▇▇▇ - Quiet Ward Release Planning

Hi Dr. Pelton,

IM ▇▇▇▇▇▇ is likely going to be getting off watch next week and I wanted to discuss his discharge plan with you. Intellectually and functionally it appears that he would meet the criteria for King Ward. I had a brief discussion about this with Dr. Urdaneta who suggested we staff this case in the very near future, anticipating a release from watch early next week. Dr. Urdaneta indicated that he did not feel Baker is appropriate for this inmate. What date/time is the King Ward staff meeting? Perhaps we can invite Dr. Urdaneta to that meeting to get a plan together.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward


CORIZON HEALTH

Office: ▇▇▇▇▇▇   Ext. ▇▇▇▇▇▇
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

3

**Fischer, Angela**

| | |
|---|---|
| From: | Fischer, Angela |
| Sent: | Wednesday, December 06, 2017 9:03 AM |
| To: | Eddie Taylor (Eddie.Taylor@corizonhealth.com) |
| Subject: | Concerns regarding staffing on John, King and Quiet |

Hi Dr. Taylor,

I am not sure if you have been made aware that DOC is struggling to keep King, John and Quiet staffed with officers. Today there is no officer on King and I have been waiting for patients on Quiet which is problematic when they don't have enough officers for John and King. I am uncomfortable and do not feel safe seeing patients on King with no officer assigned to that unit. If something were to happen to one of us in the psych associate offices it would take a long time for back-up to get to us. Can you please look into this so we adequately protected and the patients are property tended to while we are working?

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▓▓▓▓▓▓▓▓ Ext. ▓▓▓▓▓▓
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1

FISCHER 095

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Wednesday, December 27, 2017 8:30 AM
**To:** Eddie Taylor (Eddie.Taylor@corizonhealth.com)
**Subject:** FW: ███████ PC Packet

Good morning Dr. Taylor,

IM ███████ is requesting the status of his 805 request. I was under the impression that it was being processed, however I received this email from the COIV today. He was seen by Midlevel Oliver last week when he was in a very good space and she prescribed new meds for him, however he remains inconsistent with his medication and he struggles with having to decide if he should take them or not. I really think a PMRB is in order for him as he will not consistently take the medication as prescribed. He was moved back to CSW yesterday after having blackened both of his eyes due to difficulty with his thought process. Can you help facilitate setting up this PMRB? And do we have a new date/time for the Quiet interdisciplinary staff meeting?

Thanks,
PA Fischer

---

**From:** ███████ [mailto:███████@azcorrections.gov]
**Sent:** Wednesday, December 27, 2017 6:11 AM
**To:** Fischer, Angela
**Subject:** RE: IM ███████ PC Packet

With inmate ███████ no 805 was started on him. MH advised that his fears were mental health based and that once he was regulated with medication that he should no longer need or request the 805 process. If this is not the case, then a shift supervisor will need to be advised and the 805 process will need to be started. Sgt. ███████ had spoke with the inmate as well as MH on 12/05/2017 and the decision to hold off on the 805 process was made based on what MH advised.

Thank you,

COIV ███████
Phoenix / Alhambra
███████ ext ███████

---

**From:** Fischer, Angela [mailto:Angela.Fischer@corizonhealth.com]
**Sent:** Tuesday, December 26, 2017 10:34 AM
**To:** ███████
**Subject:** ███████ PC Packet

1

Hello COIV ,

I am writing to inquire about the status of IM ████████ PC packet. He states he is not safe on King and needs to be in protective custody. He reported to a counselor over the weekend that he had been assaulted on that unit. Any information you could provide would be very helpful as he is about to get off watch and I am trying to put a suicide watch discharge plan together for him.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office ████████  Ext. ████████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

2

FISCHER 097

**Fischer, Angela**

---

**From:** Fischer, Angela
**Sent:** Wednesday, December 13, 2017 2:32 PM
**To:** Taylor, Eddie; Pelton, Ashley; Urdaneta, Leonel
**Subject:** RE:

IM ▓▓▓▓▓▓▓ remains on constant suicide watch and has not eaten anything substantial in 7 days. The DOC log reflects a few bites here or there. He also does not appear to be taking in much fluid either, per the DOC log. He sporadically takes his medication, but remains disorganized and appears to be responding to internal stimuli. I am becoming increasingly worried about him. What are the next steps for this inmate?

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▓▓▓▓▓▓▓ Ext. ▓▓▓▓▓▓▓
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

**From:** Taylor, Eddie
**Sent:** Tuesday, December 12, 2017 11:44 AM
**To:** Fischer, Angela; Pelton, Ashley; Urdaneta, Leonel
**Subject:** RE:

A provider will need to initiate the process.

**From:** Fischer, Angela
**Sent:** Tuesday, December 12, 2017 11:10 AM
**To:** Taylor, Eddie; Pelton, Ashley; Urdaneta, Leonel
**Subject:**

Hi all,

IM ▓▓▓▓▓▓▓ has been refusing his medication and he has not been eating. He lays in his cell most of the days and is plagued by some paranoia and hopelessness. I think we may need to PMRB him. Who can initiate that?

Thanks,
PA Fischer

1

FISCHER 098

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮▮▮▮▮  Ext. ▮▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
▮▮▮▮▮ ▮▮▮▮ Prison Complex - Phoenix/Flamenco
▮▮▮ E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

| | | |
|---|---|---|
| 7-8AM | ADL's/Sanitation, Showers, Work Assignments | Brunch |
| 8-9AM | Education (& alternative productive activities for those not in education | |
| 9-10AM | Productive Activity – indoor activities in the Day Room. | Indoor recreation |
| 10-11AM | Recreation Therapy, Psych Association Group, or other productive activity | |
| 11-12PM | Count | Count |
| 12-12:45PM | Affirmations Group | |
| 12:45- | Outdoor Recreation (required) | Outdoor Recreation (Steps 1, 2, &3) |

2