# EXHIBIT 1
## (Part 4)

**Fischer, Angela**

**From:** Fischer, Angela
**Sent:** Wednesday, January 03, 2018 2:14 PM
**To:** ECCLES, WENDY
**Subject:** RE: George Ward Interdisciplinary Staffing Meeting Minutes 1/3/2018

Hi DW Eccles,

Thanks for all your help and support. I know it is hard when short staffed. Sgt. ▓▓▓ has already made his presence known on George Ward and we are grateful for his support too.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▓▓▓▓ Ext. ▓▓▓ & ▓▓▓
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

**From:** ECCLES, WENDY [mailto:WECCLES@azcorrections.gov]
**Sent:** Wednesday, January 03, 2018 12:57 PM
**To:** Fischer, Angela; Taylor, Eddie; Mason, Sally; KOKUMO, ABISOGUN; ROBERTS, ALVATO; SANTRY, MAUREEN; Gurnsey, Art; Holbrook, Steven; Raza, Syed; Urdaneta, Leonel; Johnson, Gayle; SANCHEZ, CINDY; Oliver, Jayne; Watts, Richard
**Subject:** RE: George Ward Interdisciplinary Staffing Meeting Minutes 1/3/2018

Scheduling for these meetings is difficult when short staffed, I will get with Sgt. ▓▓▓ who will be the primary supervisor for Flamenco. He will be asked to attend as many meetings as possible. The copier is located where? What 10 doors are they having to go through to get to one? GED is not mandatory for mental health, however it is strongly encouraged. I will order snacks for graduation.

**From:** Fischer, Angela [mailto:Angela.Fischer@corizonhealth.com]
**Sent:** Wednesday, January 03, 2018 12:29 PM
**To:** Taylor, Eddie; ECCLES, WENDY; Mason, Sally; KOKUMO, ABISOGUN; ROBERTS, ALVATO; SANTRY, MAUREEN; Gurnsey, Art; Holbrook, Steven; Raza, Syed; Urdaneta, Leonel; Gayle Johnson; SANCHEZ, CINDY; Oliver, Jayne; Richard Watts
**Subject:** George Ward Interdisciplinary Staffing Meeting Minutes 1/3/2018

I am hoping that we can get more support for our George Ward Interdisciplinary meetings. Specifically, we sure could use security and psychiatric provider representation. If you see a need for changes to these minutes, please let me know.

1

Thanks for collaborating with us,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▇▇▇▇  Ext. ▇▇▇ & ▇▇▇
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

## Fischer, Angela

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Thursday, January 04, 2018 12:55 PM |
| **To:** | Watts, Richard; Eddie Taylor (Eddie.Taylor@corizonhealth.com) |
| **Subject:** | Scrubbing bubbles |

Hi there,

What is the process for having supplies put in the Corizon bathrooms? George Ward nursing station staff bathroom has been without soap for weeks. The hand washing flyer posted in the bathroom says we need to lather up. How can we do that with no soap? I heard a rumor that we would be getting new soap dispensers in the bathrooms. At first I imagined ours would be delivered any day, but now it appears we've been forgotten. We are about out of any hand washing/cleaning solvent available and soon we will be walking around with very dirty hands and that is just gross. ☺ Can you help us out?

Thanks,
PA Fischer and all the patients in George Ward who don't want us walking around with nasty hands.

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward


HEALTH

Office: ▮▮▮▮▮   Ext. ▮▮▮ & ▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

## Fischer, Angela

**From:** Fischer, Angela
**Sent:** Tuesday, November 21, 2017 12:06 PM
**To:** Watts, Richard; Eddie Taylor (Eddie.Taylor@corizonhealth.com)
**Cc:** Mason, Sally
**Subject:** Dead gnat bodies

Hi Watts,

It may be time to call out the Orkin man again or ask DOC if there is something they can do to address the gnats in the George Ward nursing station. Their little bodies are beginning to accumulate in the corners and they have even infiltrated the fridge. The like to hid in the toilet and it is getting a little gross to go to the bathroom here. I am not sure where they are coming from. One service man surmised that they are coming from the cooler/heater vent, another stated they were drain gnats. Maybe we need a plug for the drain in the bathroom. We had a good 3-4 months where they weren't running rampant in the office, but they're back en masse. Can you help?

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮ Ext. ▮▮▮ & ▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1

FISCHER 103

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Thursday, October 12, 2017 1:47 PM
**To:** Watts, Richard
**Cc:** Taylor, Eddie; Mason, Sally
**Subject:** Got Orkin?

I just removed the carcasses of three different species of invertebrates from the floor in the George Ward nursing station. We have roaches, sewer gnats and another type of unknown bug. We have mice too. There is mouse feces on Mason's desk again. Nasty little buggers. Can you help please?

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office █████████ Ext. ████ & ████
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1

FISCHER 104

# Fischer, Angela

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Tuesday, September 12, 2017 9:54 AM |
| **To:** | Watts, Richard |
| **Cc:** | Leonard, Stephanie; Ortega, Diane |
| **Subject:** | The mice are baaaack!!! |

Hi Watts,

Just wanted to let you know I am working in the counselor office in George today and there are literally mice feces on the desk. I saw one scurry throughout the unit yesterday and Mason said one was crawling about on our shelves last week. Does the Orkin man handle mice too? One inmate ordered a cooler as a barrier to protect against the mice. Can you help please? ☺

Thanks,
PA Fischer

**Angela Fischer, LPC**
Psychology Associate
George Ward



Office: ▮▮▮▮▮▮▮ Ext. ▮▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1

FISCHER 105

**Fischer, Angela**

**From:** Fischer, Angela
**Sent:** Friday, September 08, 2017 2:48 PM
**To:** Watts, Richard
**Subject:** George Ward Nursing Station Bug Infestation

Hi Watts,

The flying gnats are back in George Ward in the Nursing Station. Any chance we can call the Orkin man???

Thanks,
PA Fischer ☺

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮   Ext. ▮▮▮▮ & ▮▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1

FISCHER 106

**Fischer, Angela**

| | |
|---|---|
| **From:** | Watts, Richard |
| **Sent:** | Tuesday, January 30, 2018 6:34 PM |
| **To:** | Fischer, Angela |
| **Subject:** | RE: Phoenix New Freedom and Celebrate Recovery |

THANK YOU!

Richard Watts, RN
Facility Health Administrator, Phoenix Complex
Phone: ▮▮▮▮▮ ext. ▮▮▮
Cell Phone: ▮▮▮▮▮
Fax: ▮▮▮▮▮
2500 E. Van Buren St. | Phoenix, AZ 85008 www.corizonhealth.com

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail.

-----Original Message-----
From: Fischer, Angela
Sent: Monday, January 29, 2018 9:36 PM
To: Watts, Richard
Subject: FW: Phoenix New Freedom and Celebrate Recovery

FYI

---

From: Fischer, Angela
Sent: Friday, January 26, 2018 12:53 PM
To: Calcote, Lynn; Leonard, Stephanie
Subject: Phoenix New Freedom and Celebrate Recovery

Dr. Calcote and Dr. Leonard,

Here is some information on the two treatment programs discussed in our meeting today.

Here is the link to Phoenix New Freedom - http://www.insightandoutlook.com/pdf-nn/arnt_short_toc.pdf and some of the evidenced based treatment modalities behind it.

Phoenix/New Freedom Programs

1

FISCHER 107

A Road Not Taken:

A Substance Abuse Program That Works!

In 2007, Phoenix/New Freedom programs worked closely with Dr. Daniel Selling (currently Executive Director of Mental Health and Director of Substance Abuse Treatment for Correctional Health Services, City of New York) to create a substance abuse program for use in New York City Jails, particularly Riker's Island (a daily inmate population of around 14,000).

Program History

In December of 2007, the program, called A Road Not Taken, was initially implemented in two units at Riker's Island. In 2008, drug court judges began to note that inmates who completed the program were not being re-arrested as frequently as those who did not receive the programming. In May of that year, the program was officially partnered with the drug courts, and judges began sentencing offenders directly into the program.

By December of 2011, the program was expanded to multiple units-- 3 male general population, 1 male Mentally Ill/Chemically Addicted unit, and 2 female general population units.

The Program

New Freedom's A Road Not Taken is a workbook-based group model based on:

- The Transtheoretical Model of Change
- Cognitive Behavioral Therapy
- Motivational Interviewing

The program includes:

1. Case management

2. Individual counseling

3. Daily curriculum (group) counseling

Program Evaluation Results

The results of the program evaluation were highly significant! A 41.67% reduction in multiple rearrests, and a significant 23% reduction of recidivism for those experiencing a longer length of stay (more than 41 days) in the program.

Here is some information on the program that Hoffman mentioned and Dr. Taylor states were approved by the DW and the Warden.

2

What is Celebrate Recovery?

Celebrate Recovery is a biblical and balanced program that helps us overcome our hurts, hang-ups, and habits. It is based on the actual words of Jesus rather than psychological theory. 26 years ago, Saddleback Church launched Celebrate Recovery with 43 people. It was designed as a program to help those struggling with hurts, habits and hang-ups by showing them the loving power of Jesus Christ through a recovery process. Celebrate Recovery has helped more than 21,000 people at Saddleback, attracting over 70% of its members from outside the church. Eighty-five percent of the people who go through the program stay with the church and nearly half serve as church volunteers.

While I believe that Celebrate Recovery is probably very beneficial to some people and would certainly seem like an appropriate program for our chaplain to run, it does not seem to fall within the aims of mental health treatment. Based on their description of the program it appears to be a proselytizing tool, as the only outcomes identified are the number of people that stay with the church and serve as church volunteers. With all the great books and information about running mental health groups, is there any way we could run mental health groups on the units where the patient learn skills they can apply, that do not require them to adhere to the teachings of Jesus Christ?

Just my 2 cents....

PA Fischer

3

FISCHER 109

# On-Site Supervisor's Final Evaluation of Pre-doctoral Intern

Name of Student: __Angela Fischer__

Practicum Site: __Arizona State Prison Complex – Phoenix__

Number of Hours Spent at Practicum Site Each Week: __40__

Brief Description of Practicum Student's Responsibilities: __Conducting mental health assessments, and individual/group counseling. Treatment plan development and case staffing.__

Performance Rating Scale

| | |
|---|---|
| 1  No significant opportunity yet | 5  Very good (Consistently meets outcome criteria) |
| 2  Unacceptable (Never or rarely meets outcome criteria) | 6  Excellent (Consistently exceeds outcome criteria) |
| 3  Marginal (Meets outcome criteria inconsistently) | NA  Not applicable in setting |
| 4  Acceptable (Meets outcome criteria most of the time) | |

Student's Performance

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Communicates effectively with fellow staff: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Communicates openly & honestly with supervisor: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Practices self-evaluation: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Responds to clients in an accepting & understanding manner: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Shows flexibility in responding to a client's specific needs: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Maintains a collaborative working relationship with clients: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Utilizes a theoretical lens in conceptualizing client cases: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Conceptualizes a client's dynamics & issues in treatment planning: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Incorporates diversity issues into treatment planning: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |
| Identifies potential ethical & legal issues in client cases: | 1 | 2 | 3 | 4 | 5 | **(6)** | NA |

FISCHER 110

Shows awareness of countertransference issues:   1   2   3   4   5   ⑥   NA

Follows ethical & legal guidelines as established by the profession:
                                                  1   2   3   4   5   ⑥   NA

Creates appropriate record keeping in therapy:    1   2   3   4   5   ⑥   NA

Summarizing Comments:

Ms. Fischer has worked very well with patients here - establishing rapport, maintaining appropriate boundaries, being consistent + fair + ethical. She does well advocating for patients when necessary and follows her clinical intuition. It has been a pleasure to have Ms Fischer at our site and working with the patients here.

_____        2/5/2018
Student's Signature                     Date

_____        2/5/18
Supervisor's Signature                  Date

**Interdisciplinary team meeting – George**

2/7/2018

**Meeting participants:**

| A. Gurnsey, Nurse | Sgt: ▇ | S. Mason, Psych Tech |
|---|---|---|
| A. Fischer, Psych Associate | E. Taylor, Mental Health Director | COIII ▇ |

**Review of issues and action items from last meeting:**

None.

**General issues**

**Releases –** ▇ COE narrative has been written and is ready to be put into the petition. There are no other pending releases at this time.

**Wait list -** ▇ – IM ▇ has decided that she would like to stay in the program. IM ▇ and ▇ cannot be here while ▇ is here due to a DNHW rule. We are ready to receive IMs ▇, ▇, ▇ and any other inmates that are in need of inpatient psychiatric care. We are not at the ideal point for therapeutic census and would benefit from additional inmates.

**Education** – No education representative available for the meeting.

**Nursing** – discussed medical lay-in process and what is required for a lay-in. We were advised that the IMs should receive a medical lay-in form from the nurse which can be shown to security and mental health staff to verify they were granted the medical lay-in. Absent this, IMs should be attending school, recreation, and mental health programing.

**Security** – Mental health requested support from security when there is a need to have a shift time-out for an inmate. IM ▇ became very upset yesterday and mental health tried to initiate a shift time out because the IM was not able to calm herself. After speaking with security, the IM was permitted to come back out of her cell. Later in the day the IM refused to follow mental health directives and caused an ICS where she smashed her loaner television. Concerns regarding officer presence on the unit were also voiced to Sgt. ▇ There were three separate incidents on George Ward on 2/6/2018 where there was no officer on the unit. One incident happened as IM ▇ started to escalate the second time. During one incident the officer log book was left outside on the table where inmates were unsupervised. Another time, the officer was in the bathroom and the control room was not secured, nor was the officer's property. We also discussed concerns about IM behavior not being reported to mental health. Mental health requests that information be provided so it can be incorporated into the treatment program. COIII ▇ suggests a separate notebook or log that could be used to report issues that don't warrant a ticket, but would be important for mental health to address in patient treatment. This will be proposed to the DW for approval.

**Inmate overview –**

▇▇▇▇▇▇ – IM ▇▇ has been struggling with self-containment and became aggressive and destructive to state property. She was placed on a 10'MHW after injuring her hand.

▇▇▇▇▇▇ – IM making some progress in therapy. Continues to vacillate between wanting to stay and wanting to go. She has a high need for novelty and movement.

▇▇▇▇▇▇ – IM continues to struggle with directly stating her thoughts and feelings. This causes issues on the unit between herself and other inmates.

▇▇▇▇▇▇ – IM appears to be going along and following her bunkmate's behavior. She continues to struggle with depression and itching.

▇▇▇▇▇▇ – graduated. Has been waiting for a housing situation in Perryville where she will have peer support. No word on this yet.

▇▇▇▇▇▇ – IM unable to meaningfully participate in programming. She spends most of her time laying in her bed. She does tend to her ADLs with prompting. Her COE narrative is ready to be incorporated into the petition.

▇▇▇▇▇▇ – IM ▇▇ is making therapeutic gains. She is beginning to acknowledge her behavior and is stating that she is ready to address her issues and make changes in her life. She seems to have come to terms with her modified program and is participating in all aspects of her program.

**Action items:**

1. Follow-up on IM ▇▇ movement to Perryville.
2. Transfer inmates in need of inpatient care to George Ward.