# EXHIBIT 1
## (Part 5)

# RE: Equipment for Phoenix

**Fischer, Angela**
**Sent:** Thursday, February 08, 2018 7:48 AM
**To:** Watts, Richard

Got it. Thanks for the explanation. I'll keep that in mind moving forward.

**From:** Watts, Richard
**Sent:** Thursday, February 08, 2018 6:23 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>
**Subject:** Re: Equipment for Phoenix

When you add Regional folks to these emails related to equipment needs, they also begin submitting requests for equipment which creates another layer of communication which creates an unintended need to sort out which request is the the "real one". I know that we don't always get things done within the timeframe you would like us to get them done but there are many competing needs for dollars right now that I have to balance.

Thanks much.

Sent from my iPhone

On Feb 8, 2018, at 05:27, Fischer, Angela <Angela.Fischer@corizonhealth.com> wrote:

> I am not sure what you mean. I thought you were the facility level. Is there someone else you'd like me to ask?
>
> **From:** Watts, Richard
> **Sent:** Wednesday, February 07, 2018 10:59 PM
> **To:** Fischer, Angela
> **Cc:** Taylor, Eddie; Leonard, Stephanie; Calcote, Lynn
> **Subject:** Re: Equipment for Phoenix
>
> We have a request in for a new computer. Please ask for updates at the facility level in the future.
>
> Thanks.
>
> Richard
>
> Sent from my iPhone
>
> On Feb 7, 2018, at 11:38, Fischer, Angela <Angela.Fischer@corizonhealth.com> wrote:
>
>> I am working in Quiet Ward today. I entered my login information on the computer at 10:38AM. The computer brought up my desk top at 10:51AM. Is there a way we can get equipment that doesn't take 13 minutes to turn on and get running?
>>
>> Thanks,
>> PA Fischer
>>
>> **Angela Fischer, LPC, CCHP**
>> Psychology Associate
>> George Ward

Office: ▮▮▮▮▮ Ext. ▮▮▮ & ▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

**From:** Fischer, Angela
**Sent:** Friday, January 19, 2018 10:13 AM
**To:** Watts, Richard
**Cc:** Taylor, Eddie; Leonard, Stephanie; Calcote, Lynn
**Subject:** RE: Equipment for Phoenix

I just spent over an hour seeing one patient due to issues with equipment and lack of resources for a patient which is further explained below:

I logged into the Delta computer in office 197 at 0846. At 0916 I went to Baker to get paper forms to do the intake I needed to do. When I got back to Delta the computer was still welcoming me, but not letting me in to do my job. I turned the computer off and back on at 0920. At 0927 the computer came up and took another couple of minutes to let me get to Eomis and my email. I then went to get the patient, ▮▮▮▮▮▮▮ who is on mental health watch. The officer stated that they did not have any pants for the inmate and he had to go to another building to get clothing for the inmate. The officer brought the unrestrained patient to the counselor office and I began his intake/MHW at approximately 0930. Here are some requests that would make it easier/safer to do my job.

1. Can we please get a computer that works more quickly than the one in the office currently? Sitting for 15 minutes and then another 9 to get ready to do my job is too long with the list of things I have to do today.

2. Can someone please keep the Delta and Echo mental health offices stocked with intake forms, watch forms and consent to treat forms?

3. Can Delta Ward get a stash of clothing so we don't have to wait for officers to go to other buildings to retrieve clothing for inmates on watch?

4. Can the officers please be trained not to bring patients on watch into counselor officers without restraints? The inmate I saw today without restraints is here for stabbing someone he believed was a clone. He felt morally obligated to kill the clone to protect the "innocents", as such he presents a danger to people around him, including the counselors.

Thanks for your help with this.

PA Fischer

**From:** Fischer, Angela
**Sent:** Friday, November 10, 2017 1:34 PM
**To:** Watts, Richard
**Cc:** Taylor, Eddie
**Subject:** RE: Equipment for Phoenix

Any update on these requests?

Thanks,
PA Fischer

**From:** Fischer, Angela
**Sent:** Thursday, October 12, 2017 1:35 PM
**To:** Watts, Richard <Richard.Watts@corizonhealth.com>
**Cc:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Subject:** Equipment for Phoenix

Hi Watts,

Per our conversation and a follow-up from the meeting with Lynn Cole and Dr. Calcote, Phoenix is in need of at least two desktop computers, 1 in the Delta mental health office – 197 and 1 in the Quiet Ward medication office. We also need a new monitor in the Delta mental health office. I would check with medical regarding the need for replacement equipment in the Delta nurses office… I seem to remember that there was at least 1 in there that was really sluggish if it needed to be logged off for any reason. The George Ward nurses station needs a printer.

In short:

Delta 197 – 1 desktop computer, 1 monitor
Quiet medical office – 1 desktop computer
George nursing station – 1 printer

Thanks,
PA Fischer

## Angela Fischer, LPC, CCHP

Psychology Associate
George Ward

<image001.jpg>
Office: ▇▇▇▇   Ext. ▇▇▇ & ▇▇▇
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Thursday, August 17, 2017 11:27 AM
**To:** Leonard, Stephanie; Watts, Richard; Calcote, Lynn
**Subject:** Laptop/Safe place to see patients on George and Baker Ward

Hi all,

I have 13 patients left to see today and McCaw is using the provider office on Baker.  We NEED another place to see patients on Baker with computer access.  Likewise we NEED a safe place to see patients on George Ward that has computer access.  I get off work at 4pm.  I have a PRMB that will likely take an hour and the DW meeting that will likely take an additional hour.  Without computer access I need to hand write notes and then type them into a computer.  I WILL NOT keep working hours overtime each day.  PLEASE provide the resources necessary to function on the units.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward


CORIZON HEALTH

Office: ███████ Ext. ███ & ███
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

1

FISCHER 117

RE: Quiet and Ida Ward Watch Information 2/13/2018

## Fischer, Angela

**To:** Taylor, Eddie

Thursday, February 15, 2018 8:16 AM

I wish it were as simple as me stating when I needed to see patients in the Quiet medical office. The considerations for use of the room are the medical PA, Dr. Urdaneta, NP Oliver, nursing, psych line, etc. All of these are important functions. If we could set up the room and reserve the times we can work around each other. I know the medical PA likes to see patients on Wednesday morning. Dr. Urdaneta is here on Thursday and Fridays sometimes and sees patients in the morning. NP Oliver doesn't appear to have a set time. Psych lines appear to be on Tuesday afternoons. I can work around those things if I know about them. I generally like to see patients on Quiet in the morning starting at around 8:30, however things come up and I have meetings on Tuesday at 11AM and Wednesday at 10AM, and I run my psych associate group on George on Thursday at 10AM, which interferes with me going straight through my list of patients. The best bet would be to reserve the room. This technology is available in Outlook. It is simply a matter of learning to use our tools and learning a new way to organize all the work that needs to be done in one room. Another option is to put a restraint chair in the John Ward group/work room so we have two rooms. Then I could see patients in there while others need the medical office.

**From:** Taylor, Eddie
**Sent:** Thursday, February 15, 2018 6:27 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>
**Subject:** RE: Quiet and Ida Ward Watch Information 2/13/2018

I appreciate what you are doing. When do you see the patients on Quiet? I will communicate this to reserve the space for you.

---

**From:** Fischer, Angela
**Sent:** Wednesday, February 14, 2018 5:36 PM
**To:** Taylor, Eddie
**Subject:** FW: Quiet and Ida Ward Watch Information 2/13/2018

Dr. Taylor,

I am way past time for me to leave. As such, I am not able to do the narrative email today. On two separate occasions today I came to Quiet Ward to see patients and the room was occupied. I was called to other housing units to see patients as well. Can we please get the schedule set up so we can reserve the room? It is inefficient for me to be going up and down from George to Quiet to see patients, only to find the room occupied.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



## RE: Concerns about Quiet Ward Patient Care

**Calcote, Lynn**
Sent: Thursday, February 01, 2018 4:09 PM
To: Fischer, Angela
Cc: Leonard, Stephanie; Taylor, Eddie; Urdaneta, Leonel; Oliver, Jayne; Watts, Richard; D Alessio, Barbara; Wendy Eccles [WEccles@AZCorrections.gov]

I will ask Bob is he can do it or if it is a corporate function. We took a stab at it, but none of the usual suspects know how to create a room address; they were in play before any of us arrived on scene.

Lynn Calcote, Ph.D.
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ▮▮▮▮▮ ext. ▮▮▮▮
Cell: ▮▮▮▮▮

**From:** Fischer, Angela
**Sent:** Thursday, February 01, 2018 9:31 AM
**To:** Calcote, Lynn
**Cc:** Leonard, Stephanie; Taylor, Eddie; Urdaneta, Leonel; Oliver, Jayne; Watts, Richard; D Alessio, Barbara; Wendy Eccles
**Subject:** RE: Concerns about Quiet Ward Patient Care

I would propose that we use the functionality in Outlook that allows us to schedule meetings in rooms. Rooms for the Phoenix Complex need to be set up. Then each of us can go into our calendar and schedule ourselves in those rooms to avoid having three or four people needing a room at one time or having to walk back and forth waiting for rooms to become available. Regional office has two conference rooms in the outlook contacts that can be used to schedule appointments. Do we have anyone at Phoenix that knows how to implement this technology. It wouldn't cost us anything to get it set up and to start using it.

Thanks for your consideration,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮▮ Ext. ▮▮▮▮ & ▮▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

**From:** Calcote, Lynn
**Sent:** Thursday, February 01, 2018 8:59 AM
**To:** Fischer, Angela
**Cc:** Leonard, Stephanie; Taylor, Eddie; Urdaneta, Leonel; Oliver, Jayne; Watts, Richard; D Alessio, Barbara; Wendy Eccles
**Subject:** RE: Concerns about Quiet Ward Patient Care

What schedule would you propose?

Lynn Calcote, Ph.D.
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ▮▮▮▮▮ ext. ▮▮▮▮
Cell: ▮▮▮▮▮

**From:** Fischer, Angela
**Sent:** Thursday, February 01, 2018 8:56 AM
**To:** Calcote, Lynn
**Cc:** Leonard, Stephanie; Taylor, Eddie; Urdaneta, Leonel; Oliver, Jayne; Watts, Richard; D Alessio, Barbara
**Subject:** RE: Concerns about Quiet Ward Patient Care

Hi all,

I am writing today to reiterate my concern about the difficulty finding space to see patients on Quiet Ward. I have 7 patients to see on Quiet Ward and a host of other duties on George Ward and I also have meetings to prepare for and attend. NP Oliver was kind enough this morning to offer to leave the Quiet office so I could begin seeing patients, however this problem could be easily solved by providing an additional space to see patients or creating an electronic schedule for the room so everyone can get their work done on Quiet around their other duties.

2. There is not enough space to see patients. Medical, nursing, and psychiatry share one office. We used to have two offices, but one of them was turned into a break room. I have repeatedly asked that a schedule be developed so everyone can get their work done in a timely fashion and to date this has not happened. I have proposed multiple ideas to address this concern including putting another restraint chair in the John education room or treatment room.

Can someone please look into this?

Thanks,
PA Fischer


**From:** Fischer, Angela
**Sent:** Tuesday, January 16, 2018 5:09 PM
**To:** Calcote, Lynn <Lynn.Calcote@corizonhealth.com>
**Cc:** Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>; Urdaneta, Leonel <Leonel.Urdaneta@CorizonHealth.com>; Oliver, Jayne <Jayne.Oliver@corizonhealth.com>; Watts, Richard <Richard.Watts@corizonhealth.com>; D Alessio, Barbara <Barbara.DAlessio@corizonhealth.com>
**Subject:** Concerns about Quiet Ward Patient Care

Good afternoon Dr. Calcote,

I am writing today to express concern about the difficulty I am experiencing trying to get patients the timely psychiatric care and level of treatment they need. Here are two cases to consider:

IM█████████

I requested that IM█████████ be seen by a psychiatric provider on 12/4/2017. As of today, he has not been seen by a psychiatric provider. Here is the trail of email that I have sent to try to get this patient care:

On 12/4/2017 I emailed Dr. Taylor the following:

> We also need a game plan for IM█████████. He was released at the beginning of September from Baker Ward to Desert Vista. He has recurrent (sometimes daily) psychotic episodes where he becomes enraged and breaks the metal beds and shouts at a woman regarding a child. As long as I was on Baker he was never able to house with anyone. I don't believe his Geodon was sufficient for his psychotic symptoms, but he would never agree to anything else. While on release it sounds like he was receiving an injectable antipsychotic which might be better for him. Desert Vista may have already gotten a COT on him, if so we could begin the injections if the psychiatric provider feels it would be beneficial to him. I think Baker may be the best place for him at this time.
>
> Let me know what the next steps are for him as he is due to be released from watch in the next day or two.
>
> Thanks,
> PA Fischer

On 12/5/2017 I emailed St. Pierre, the COIII, Dr. Udaneta, Dr. Leonard and Dr. Taylor the following:

> I would like to engage all of you in a discussion about █████████ █████████ was a fixture on Baker Ward for quite some time prior to his release to Desert Vista in September. I believe he was at

# RE: Meeting Room

**Fischer, Angela**
**Sent:** Wednesday, February 07, 2018 9:25 AM
**To:** Calcote, Lynn; Taylor, Eddie
**Cc:** Leonard, Stephanie; Rainey, Robert

Is it possible for us to create email groups that can be accessible to the whole team and modified locally? We send emails that are distributed to many people. Quite often group members come and go and we are all individually trying to maintain these groups, rather than having one central group that we can just call up so we can send daily watch information to Corizon team members and the DOC distribution list.

Thanks,
PA Fischer


**From:** Calcote, Lynn
**Sent:** Wednesday, February 07, 2018 9:18 AM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Cc:** Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Rainey, Robert <Robert.Rainey@corizonhealth.com>
**Subject:** RE: Meeting Room

Sounds good to me. Bob, do we need to do anything so that you can make the magic happen?



Lynn Calcote, Ph.D.
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: [redacted] ext. [redacted]
Cell: [redacted]

**From:** Fischer, Angela
**Sent:** Wednesday, February 07, 2018 8:13 AM
**To:** Calcote, Lynn; Taylor, Eddie
**Cc:** Leonard, Stephanie; Rainey, Robert
**Subject:** RE: Meeting Room

I propose we call it Quiet Medical Office.

Thanks,
PA Fischer


**From:** Calcote, Lynn
**Sent:** Tuesday, February 06, 2018 3:48 PM
**To:** Fischer, Angela <Angela.Fischer@corizonhealth.com>; Taylor, Eddie <Eddie.Taylor@corizonhealth.com>
**Cc:** Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>; Rainey, Robert <Robert.Rainey@corizonhealth.com>
**Subject:** Meeting Room

What would you want to call the meeting room? We have to have it created by corporate, but Bob said he can process it for us.

Lynn Calcote, Ph.D.
Regional Director of Mental Health
VP Behavioral Health- Arizona
Lynn.Calcote@corizonhealth.com
Office: ████████ ext. ████
Cell: ████████████

# Printer for George Ward

## Fischer, Angela

To:   Eddie Taylor (Eddie.Taylor@corizonhealth.com)
Cc:   Watts, Richard; Leonard, Stephanie

Monday, November 13, 2017 9:48 AM

Hi Dr. Taylor,

We are in dire need to a printer on George Ward. We had one that worked intermittently that is now completely disabled. We must go through 10 locked doors to print something and bring it back to George Ward for use with the patients. This is inefficient. I have made this request repeatedly and have been repeatedly told we could order one. I am not sure how else to communicate this need. Here is the history of requests.

On 8/29/2017 I indicated the need to Dr. Leonard, Ortega and Watts.

On 9/6/2017 I reiterated the need to Dr. Leonard, Ortega and Watts.

On 10/5/0217, I reinterred this request to Dr. Calcote and Lynn Cole, who indicated that she hadn't seen a request for this, but would be willing to approve the request.

On 10/12/2017, I sent an email to Watts and Dr. Taylor requesting the printer per the conversation with Lynn Cole and Dr. Calcote.

On 10/23/2017, I reiterated the need to Dr. Calcote.

On 11/10/2017, I inquired about the status of this request.

I hate to beat a dead horse. If this is a dead horse, and it is no

**Attachments:**
  image001.jpg                                                                                                                              (17 KB)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Information Report

| | |
|---|---|
| Report Number | |
| Report Date | 2/14/2018 |
| Page | 1 |

| To | Title | Unit |
|---|---|---|
| SHIFT COMMANDER | SHIFT COMMANDER | ASPC-PHOENIX - QUIET |
| From | Title | Unit |
| | PSYCH ASSOCIATE | ASPC-PHOENIX BAKER QUIET |

**Subject**
IM ON 30'MHW OUTSIDE OF HIS CELL, NO RESTRAINTS, UNSUPERVISED

### Staff Involved

| Employee Name (Last, First M.I) | Title | Badge Number |
|---|---|---|
| FISCHER, A | PSYCH ASSOCIATE | 01002337 |
| | | |

### Intel

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

### Inmates Involved

| Inmate Name (Last, First M.I) | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | QUIET | | |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 0850 | 2/14/2018 | QUIET WARD |

### Summary

**Summary**
On the above date at approximately 0850AM, IM ▓▓▓, who is on a 30'MHW, was observed outside of his cell without restraints and unsupervised. When TW inquired as to what he was doing, the IM indicated that he was spraying his cell with cleaning fluid. IM stated that there is "shit" in his room from a prior inhabitant and when the air stopped working his whole room started to smell.

| Employee's Signature | Title |
|---|---|
| | |

### Action Taken

Comments/Action Taken

| Employee's Signature | Title |
|---|---|
| | |

| Distribution (Check all that apply) | Entered into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

1 of 2

105-2(e)
8/6/09

FISCHER 124

# Information Report Supplemental Sheet

| Report Number | |
|---|---|
| Report Date | |
| Page | 2 |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee's Signature | Job Title |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee Signature | Job Title |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee Signature | Job Title |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee Signature | Job Title |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee Signature | Job Title |

Distribution *(Same as first page)*

105-2(e)
8/6/09

FISCHER 125

# Fischer, Angela

**From:** Fischer, Angela
**Sent:** Tuesday, January 02, 2018 1:05 PM
**To:** SANTRY, MAUREEN; ECCLES, WENDY; Eddie Taylor (Eddie.Taylor@corizonhealth.com); Watts, Richard
**Subject:** Quiet Ward Upkeep and Maintenance

Good afternoon,

I am working up in Quiet this afternoon and there is a strong smell of urine on the unit. It appears to be coming from an empty cell. There are also dirty clothes strewn about. There is a meal tray sitting on a trash can with disheveled stacks of suicide blankets. The trash can in the medical office is over flowing and there are used gloves and trash on the floor. Inmates are having to use t-shirts as towels as we do not seem to have a supply of towels on this unit. Has a porter been assigned to take care of this unit and make sure the supplies are stocked and the cells/unit are cleaned routinely? Any help would be greatly appreciated.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮  Ext. ▮▮▮  & ▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

# FW: Quiet Ward

**Fischer, Angela**
Sent: Wednesday, December 06, 2017 9:10 AM
To:   Eddie Taylor (Eddie.Taylor@corizonhealth.com); Watts, Richard

Hi Dr. Taylor and Watts,

As I write this email my hands and nose are freezing, and I am wearing two shirts and a leather jacket. It is very cold on Quiet. We have an inmate that just returned from the hospital and we have no security blankets available for his use. It is too cold for these guys to be laying in these cells with no blankets. The trash cans in the medical office are overflowing. There is a dead bug that has been on the floor for many days. The unit it littered with dirty clothing and it doesn't appear that the cells are being cleaned between patients. The clothing supply closet is sparsely stocked. I have been reporting on this issue for over a month. I am not sure what else I need to do to make sure these guys have the resources they need and that they are entitled to. I know they occasionally send a porter up here to clean up after I send an email but there does not appear to be a system in place to ensure that IMs have proper clothing and blankets or that this unit is properly maintained. Would one of you kindly address this with DOC?

Angel

**Attachments:**
  image001.jpg                                                                                    (17 KB)

## RE: Quiet Ward Clothing inventory

**Fischer, Angela**
**Sent:** Monday, November 20, 2017 9:00 AM
**To:** Taylor, Eddie; msantry@azcorrections.gov
**Cc:** sgonzale@azcorrections.gov; ECCLES, WENDY [WECCLES@azcorrections.gov]

I have a couple of inmates likely getting off 10'MHW this morning and there are no clothes in Quiet Ward. Can we fill our clothing cabinet in Quiet Ward up with clothes?

Thanks,

PA Fischer


Angela Fischer, LPC, CCHP

Psychology Associate

George Ward


<http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?t=http%3A%2F%2Fwww.google.com%2Furl%3Fsa%3Di%26rct%3Dj%26q%3D%26esrc%3Ds%26source%3Dimages%26cd%3D%26cad%3Drja%26uact%3D8%6479-4916-a697-ae41f2090336>

Office: ▇▇▇ Ext. ▇▇ & ▇▇▇

E-Mail: Angela.Fischer@CorizonHealth.com

Arizona State Prison Complex – Phoenix/Flamenco

2500 E. Van Buren St., Phoenix, AZ 85008

www.corizonhealth.com
<http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?t=http%3A%2F%2Fwww.corizonhea

**Attachments:**
image001.jpg     (17 KB)

## Temperature on Quiet Ward

Fischer, Angela
Sent: Thursday, November 09, 2017 9:12 AM
To: Eddie Taylor (Eddie.Taylor@corizonhealth.com); Watts, Richard

I have had two inmates complain today that they were unable to sleep due to the temperature in Quiet Ward at night. They are both without clothing due to 10'MHW. What can we do to help them out? Sleep is imperative in good mental health.

It is also FREEZING in the medical office where I have to meet with patients. My finger are numb, I am having back spasms, and my nose is an ice cube while I am typing this. I have 2 shirts on, a long sleeve sweater and a jacket, and still it is cold. How about a heater or some way to close the vents in this office?

Thanks,

PA Fischer


Angela Fischer, LPC, CCHP

Psychology Associate

George Ward


<http://t.sidekickopen50.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJW7t5XZs1pgWCqN63K12qS9QDRW4Wzrfn56dyD5f4GvyY002?t=http%3A%2F%2Fwww.google.com%2Furl%3Fsa%3Di%26rct%3Dj%26q%3D%26esrc%3Ds%26source%3Dimages%26cd%3D%26cad%3Drja%26uact%3D8%

**Attachments:**

image001.jpg                                                                                                    (17 KB)

# RE: Quiet Ward

Taylor, Eddie

**Sent:** Monday, November 06, 2017 9:09 AM
**To:** msantry@azcorrections.gov
**Cc:** Fischer, Angela; sgonzale@azcorrections.gov

Ms. Santry,

Can you assist with the porters and clothing needs on Quiet? Please see the initial email from PA Fischer.

---

From: Fischer, Angela
Sent: Monday, November 06, 2017 8:58 AM
To: Taylor, Eddie
Subject: Quiet Ward

Good morning Dr. Taylor,

The Quiet Ward officer asked me to communicate that they are in dire need of inmate clothing on the ward. We used to have King porters in this unit and they were banned from the unit a while back for encouraging the inmates on watch to report symptoms to be able to stay on King Ward after their watches. The officers were told that F area porters would begin working on the unit, however that has not happened to date. It is quite cold on Quiet Ward and the inmates need the clothing when they are on 30'MHW. It might also be good to find out if there is any way to make it is warmer on the unit. Also, the nursing station is running at 66 degrees today and the medical office is also very cold.

Thanks,

PA Fischer

Angela Fischer, LPC, CCHP

Psycholog

**Attachments:**

    image001.jpg      (17 KB)