# EXHIBIT 1
### (Part 6)

## Fischer, Angela

**From:** Fischer, Angela
**Sent:** Wednesday, February 28, 2018 10:36 AM
**To:** Straub, Brian; Taylor, Eddie; Oliver, Jayne; Leonard, Stephanie
**Subject:** RE: ▮
**Attachments:** ▮ Mental Health Referral 2.13.18.docx

I do not believe he is stable. He has had 5 recent assaults. If you talk to him about what underlies his assaults you will discover that he is quite psychotic and religiously preoccupied. He believes he is in a spiritual war and if he defeats the devil he will be saved from the "Lake of Fire". He reports that the devil talks to him in his ear. He feels obligated to correct people when they are evil, hence the last assault in a treatment center when another patient was behaving in ungodly ways. I firmly believe, that if given a chance, he will assault people. Dr. Oliver should weigh in on this too. I have attached his referral for your review. He threatened to kill Dr. Salz over the weekend because Dr. Salz smirked at him. He is certain Dr. Salz is "evil". I suggest that you wait until you see him erupt, before he is moved. I have observed him in his cell ranting for hours at a time up on quiet, having a conversation with someone in his room. Nursing also mentioned this.

Just my 2 cents,
PA Fischer

**From:** Straub, Brian
**Sent:** Wednesday, February 28, 2018 10:27 AM
**To:** Taylor, Eddie <Eddie.Taylor@corizonhealth.com>; Fischer, Angela <Angela.Fischer@corizonhealth.com>; Oliver, Jayne <Jayne.Oliver@corizonhealth.com>; Leonard, Stephanie <Stephanie.Leonard@corizonhealth.com>
**Subject:** ▮

Hi Team,

▮ is on Baker, MH score was changed to a MH5 prior to coming to Baker and has not been admitted. My understanding is he is here for stabilization. He was removed from 30'MHW yesterday. I don't think he needs to be on Baker, he is likely one of the most psychiatrically stable patients on Baker currently. He presents as a housing issue (he does not want to cell with other inmates) from intake. Should I leave him a MH5 even without being admitted? Change him back to his previous score? Please advise.

Thank you,

B. Straub, LCSW
Psychology Associate Baker Ward
Office extension: ▮
*Hours: 1000-1830, M-F*

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Alhambra-Baker | 3-16-18 |

| TO | LOCATION |
|---|---|
| C.O. III [redacted] | Baker-cell [redacted] |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm writing this informal about inmates in Bakerward not being able to get informal complaint resolution and grievances upon request I've been trying to write informal's and grievances since 3-9-18 and did not receive anything until 3-16-18 I think that this is unexceptable! If I or we in Bakerward even though S.M.I are treated like the worse criminals in the U.S. and all rules are enforced on us by A.D.O.C. officers according to A.D.O.C. policy then according to that policy we should be able to receive any paperwork requested to file informals and grievances and things of that nature, but was told that things run diffrent in Bakerward and I'm starting to believe that is true because the officers here are very disrespective and unprofessional and even though I've spoken to sergeants their action continue in a unprofessional way also the nurse's are very unprofessional and most of all the psych counselor's do no psych counseling at all, they teach us nothing about our mental illness, they just talk to you once a week for about ten minutes oh and they have two groups here and there that are not about mental illness at all so I'm writing this informal hoping that this unprofessionalism will be addressed!

INMATE SIGNATURE: [redacted]

DATE (mm/dd/yyyy): 3-16-18

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: First and second shift sergeants

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

FISCHER 132

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Alhambra-Baker | 3-19-18 |

TO: C.O. III [redacted]

LOCATION: Baker-cell [redacted]

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

X-Rays were taken of my left wrist and I was told by doctor that my wrist had a hair line fracture in it and that it needed to be put in a cast and a sling or a wrist strap with velcro straps to prevent movement in my wrist so that it would heal properly that was on 3-8-18 about three hours later I received some kind of sock like thing that does not support my wrist at all. Now on 3-10-18 I was told by a very evil nurse Izell that a plastic cast had arrived for me that morning but she refused to give it to me that was over a week ago because here it is 3-19-18 and all I have for my wrist is this sock thing which is not helping me at all. I am in pain and my wrist does not seem to be healing but it seems to be getting worse! I am in a S.M.I. prison ward and my bunk is on the floor I've complained several times about how hard it is for me with one fractured wrist to get up and down on the floor on that low bunk and I have fell several times after asking for a regular bunk I ask medical, ADOC staff and psych staff for a regular bunk but was ignored by all and I'm still on this low bunk and my wrist has not been taken care of by medical

INMATE SIGNATURE: [redacted]

DATE: 3-19-18

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Second Shift Sergeant and First shift Sergeant

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

FISCHER 133

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Alhambra - Baker | 3-16-18 |

| TO | LOCATION |
|---|---|
| C.O. III [redacted] | Baker - cell [redacted] |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I was in my cell on Baker ward cell 82 laying on my back when I heard a knock on the cell door when I turned around towards the door I saw inmate [redacted] and officer [redacted] standing at my cell door inmate [redacted] begin to cuss at me and threaten my life telling me he was going to kill me officer took a couple steps back and let inmate [redacted] continue to cuss me and threaten my life then after that went on for a while he took inmate [redacted] by the arm and took him to his cell. I was very upset that officer [redacted] had brought an inmate to my cell door and allowed him to threaten my life. I really do think that officer [redacted] actions are unexceptable now this incident happened on 3-11-18 and it should be on video, I want the video saved so I can get me a lawyer to view it when this incident happened on 3-11-18, I asked for a informal complaint resolution form and a grievance form but none were given to me until today 3-16-18 and I also think that is unexceptable! And I will be retaining a lawyer to address the unprofessionalism of the staff members in this institution!

INMATE SIGNATURE: [redacted]

DATE (mm/dd/yyyy): 3-16-18

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Second Shift Sergeant

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

FISCHER 134

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Alhambra/Baker | 3-16-18 |

**TO:** C.O. III [redacted]
**LOCATION:** Baker - cell [redacted]

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I was approached by nurse Izell on 3-10-18 while she was giving me my meds I refused my meds and asked her about my x-rays about my wrist she said that my wrist was fractured and that I had a plastic cast but she was not going to give it to me and she kept going on and on and I told her, talking about, aint helping my wrist get better so just get out of here so she started to raise her voice at me so I told her don't be raising your voice at me so she said oh are you lookin for trouble do you want some trouble so I said what can you do to me she said I can get you some more time in this prison and she started to approach me so I told her I'm not going to do a day for you in this prison but what I am going to do is write a grievance on you, you crazy bitch and then the officer with her put me on report. Now me I'm S.M.I. and this nurse know that she is in a S.M.I prison and I think her actions were unexceptable in provoking me like that because I almost hit her! So I want the video on 3-10-18 saved cause I'm going to get me a lawyer to look at it because I think all S.M.I inmates are in danger with her around as I was in danger!

**INMATE SIGNATURE:** [redacted]
**DATE (mm/dd/yyyy):** 3-16-18

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Sergeant second shift 3-10-18

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

FISCHER 135

Case 2:12-cv-00601-ROS   Document 2763-6   Filed 04/13/18   Page 7 of 8



## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Phoenix/Alhambra | 3-10-18 |

**To:** COIII. Fisher – Quietward
**Location:** Baker-cell [redacted]

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I didn't know anyone else to write to Ms. Fisher so I'm writing to you! I'm hoping you can help me because I don't know what to do I had a incident with the nurse this evening between 3pm and 7pm on 3-10-18 I was taunted harassed, provoked, and approched in a un-unprofessional way then once I reacted to it I was put on report, but because of the way I was approched and lured into a argeement I asked for a grivence and was told that they don't and have never had them in Baker ward. I also asked for the video to be viewed and save for my lawyer because I almost snaped and if I would have hit someone I would have been charged and locked up for years but I was provoked and something should be done to employees who are intentially provoking S.M.I inmate to do something to thei so the can be [cut off]

**INMATE SIGNATURE:** [redacted]
**DATE:** 3-10-18

Have You Discussed This With Institution Staff? ☒ Yes  ☐ No
If yes, give the staff member's name: Second shift Sargent

Distribution: Original – Master File
Copy – Inmate

916-1(e) 5/14/12

FISCHER 136

# Certified Correctional Health Professional

The Certified Correctional Health Professional
Board of Trustees
has determined that

## Angela Fischer, LPC, CCHP

has successfully completed all requirements to become a Certified Correctional Health Professional thereby demonstrating professional excellence in the organization and delivery of health services in corrections.

4/1/2017 to 3/31/2018

_Eileen F. Couture, DO, CCHP-P_
Chair, NCCHC Board of Directors

_Pauline M. Marcussen, MS, RHIA, CCHP_
Chair, CCHP Board of Trustees

NCCHC