## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: April 11, 2018

Title: Parsons et al vs. Ryan et al
     Plaintiffs     Defendants

=========================================================================

HON:   David K. Duncan          Judge # 70BL/DKD

    Caryn Smith                Laurie Adams
    Deputy Clerk               Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck, Timothy Bojanowski, Rachel Love and Richard Valenti for Defendants

=========================================================================
**PROCEEDINGS:**      **X   Open Court**      _____ Chambers      _____ Other

This is the time set for Status Hearing. Discussion is held regarding scheduling of evidentiary hearings. IT IS ORDERED setting Evidentiary Hearing for May 31, 2018 at 9:00 AM and June 1, 2018 at 9:00 AM before this Court. Discussion is held regarding Angela Fischer. A subpoena will be issued once the date of her appearance is determined.

Discussion is held regarding the final reports of Mr. Millar and additional hearings that will be required. The Court proposes adding a day before and a day after the regularly scheduled status hearings in June, July, and August. Plaintiffs request a streamlining as to the expert testimony of Dr. Khan and request an order from the Court that the expert produces a report pursuant to Rule 26. The Court will not require that Defendants produce an expert report but will limit Dr. Khan to two hours of direct examination. If efficient use of time is made the Court will consider any extension that may be requested.

The Court addresses and refutes any suggestion that the Stipulation envisioned a four-year time frame to satisfy the Performance Measure requirements of the Stipulation.

Further discussion is held regarding the additional dates proposed from June through August, 2018.

CV-12-0601-PHX-DKD
April 11, 2018

Further discussion is held regarding Ms. Fischer. The Court will subpoena the documents as well. Defendants request the documents already received by Plaintiffs. Plaintiffs agree and IT IS SO ORDERED.

The February CGAR report is reviewed.

Performance Measures 19, 44, 48, 50, 52, 67, 73, 95, 96 and 98 are reviewed as set forth on the record as they relate to Plaintiffs' Motion to Enforce the Stipulation (Doc. 2520). The Court will hold in abeyance a ruling on the motion.

Performance Measures 12, 15, 24, 40, 42, 44, 46 and 47 are reviewed as set forth on the record.

10:24 AM – Court stands in recess.

10:43 AM – Court reconvenes.

Further discussion is held regarding scheduling status hearings. Defendants request to move the hearings to the third week of the month instead of the second to which Plaintiffs have no objection. The Court will review its calendar and advise.

Discussion is held regarding Ms. Fischer. IT IS ORDERED Plaintiffs email her phone number to chambers.

The Court is informed Mr. Pratt has not sent the denominator reports yet but intends to by the close of business today.

Further discussion is held regarding the phone call with Ms. Fischer.

Performance Measures 52, 66, 67 and 49 are reviewed as set forth on the record. IT IS ORDERED the parties shall meet and confer after Plaintiffs send Defendants an email detailing their questions.

Performance Measure 50 is discussed. Plaintiffs will include this question in their email to Defendants.

Performance Measure 94 is reviewed.

Discussion is held regarding telemedicine.

Privilege log issues are discussed.

CV-12-0601-PHX-DKD
April 11, 2018

Discussion is held regarding the Corizon contract negotiations, penalties and incentives. Plaintiffs request to seal the hearing to allow for discussion regarding negotiations. For the reasons set forth on the record, IT IS ORDERED denying the request to seal the hearing.

Discussion is held regarding flu shots. The Court will not make a determination as to Plaintiffs' discovery request until after the Plaintiffs' counsel have an opportunity to meet with their clients at their upcoming prison visits to see if there is problem with the provision of flu shots, Counsel will then report if there is a need for the Court to follow up on this issue. As to Agenda item 8A, Plaintiffs received the current version of the Monitoring Guide and will notify the Court if issues arise.

The monitoring methodology for Performance Measure 86 is discussed. Defendants have rejected the Court's suggestion. The Court will issue an Order.

Discussion is held regarding the re-audited CGAR items listed in Agenda item 8D. Plaintiffs request a response deadline. Argument is heard. IT IS ORDERED Defendants shall produce the items requested in 8C and 8D within 14 days. Further argument is heard. IT IS ORDERED Plaintiffs shall provide a copy of the transcript from the out-of-court April 9, 2018 discovery meeting to the Court.

11:57 AM – Court stands in recess.

1:33 PM – Court reconvenes.

BJ Millar and The Advisory Board present their report.

Discussion is held regarding the reporting process.

Argument is heard regarding auditors. IT IS ORDERED the parties shall meet and confer regarding a timetable.

Agenda item 8E is discussed. Defendants shall produce the items requested within 14 days.

Argument is heard regarding the staffing reports. IT IS ORDERED Defendants shall produce them by no later than the 15th of each month.

Argument is heard regarding Agenda item 9. Defendants state the information at issue has been produced but Plaintiffs' counsel report that they have not received this information. Defendants' counsel will resend.

Argument is heard regarding Defendants' Motion to Terminate Monitoring (Doc. 2251) and Plaintiffs' Response (Doc. 2344). IT IS ORDERED within seven days Plaintiffs shall provide

CV-12-0601-PHX-DKD
April 11, 2018

Notice to Defendants and the Court as to whether or not they agree to the removal of the Performance Measures Defendants' counsel identified on the record.

Further discussion is held regarding the best way to contact Ms. Fischer. IT IS ORDERED the counsel shall provide her email address to the Court instead of her phone number.

3:01 PM – Court is adjourned.


Time in court: 4 hr 1 min (9:05 AM – 3:01 PM)