THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE
(Rule Number/Section)

P.O. Box 24402 - 077877
Tucson, Arizona 85734

In The United States District Court
For The District of Arizona

FILED        LODGED
RECEIVED    COPY

APR 13 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons,              Case CV 2012-00601
   Petitioner
                      CV-12-601-PHX-DKD
   V.

Ryan,                 Order To Show Cause
   Respondent,        Request Orders

   Do to The Fact and Scam, Where
Attorneys are Unable to Help Prisoners
in Any Court In The State of Arizona
Reference a Civil Rights Action
Why? Judges in need to THINK:
This One Out

   The Medical Scam, Is Over all
Medical Staff Need to Go, Special
Masters Need to come to each
Yard, With A Brand New Medical
Service, Read The Enclosed, It
is what The Writer Calls a
Good Start,

   From 1990 - Till Current This
System Has Never Worked and
Prisoners Die Daily!

Declaration

Made Under 28 USC § 1746, I Dale Maisano, Swear This Declaration is true and correct to The best of my ability as well as My Knowledge of The Facts and Issues at hand.

I'm an inmate at Arizona Department of Corrections, I've served time From Feb of 1990 till Jan of 1999, and From 2006 t. Current 2018 " Elements of My Medical Care Claim, Are quite True and Correct, Our Serious Needs are quite clear, 'Officals Knowledge This includes All Judges whom have had contact, Fail to Order or to Provide Treatment for Prisoners All! should be held for Causation and Injury, Estelle V. Gamble is quite clear, 429 U.S. 97, 104, 97 S. Ct. 285 (1976) (This case is medical care for prisoners and it is quite clear, Not one person with a 6th Grade Education could Fail to Fully understand, The Prisoners Right to Medical Care as well as The Ellments of Medical Care, Thus Far all! officals I've been in contact with have interfered with My needed Medical Care.

1 of 4

Mental Health, In My current housing unit infact next to Me in number 81, The Inmate has sometimes as many as hundurads of outbursts per hour, He is quite S.M.I., and This goes on Day and Night, "(Medical Provider Could Be Found. Deliberatley indifferent For permitting a person with only a Master's Degree and no professional Licenses to Have Authority over Mental Health Referrals and Suicide Precautions ); Not Strange at all it is The Court Order to A DOC See Casey V Lewis, 834 F. Supp 1477, 1545 ( D. Ariz 1993). All Judges are Fully aware of This Standing Order, But None Not one Fail to Correct  Will The Real Moran Please Stand Up!. And to be Fully Honest With all, It is The Courts see Dixon V Arpaio, 2007 WL 1577911 (D. Ariz 2007) (Since 2004, over 1000 cases Filed against Maricopa County Jail System , Most For simple allegations of Contacting Staph Infections)

2 of 4

Why is it happening ongoing Lacey
and Bad Judges Grafft and Jotherwise
see Carl Fishman V. Doctor Karen
Barchlay U.S.D.C. a few Years ago
in Arizona with Judge Murry
Snow, What a Sham, If it is
not a case of Judge on The Take
I'm 100% wrong, Hep C is a
Killer and All Judges and A DOC
Emps as well as Corizon are Killers.

    Systemic Problems / Conditions
Its not just a doc it is as well The
Judges and Corizon, whom has a
history next to none see
Gilmore V. Johnson CV 2018-003929
Superior Court of Maricopa County filed
March 16 2018, by Me to Him
over 200 Pgs of Corizon History, What
more is needed

    (Conditions of Confinement) see
Johnson V. Lewis, 217 F 3d 726
732 (9th Cir. 2000) (Buried) history
repeats its self DOC as well
as Corizon

    The writer has a 2600 pg Action
A DOC Fails to copy from 12-4-17
Food Issues etc.

3 of 4

All Judges State & Federal are fully
aware We have Access Issues to
All Court. See Lewis V. Casey, 518
U.S. 343, 355, 116 S. Ct. 2174 (1996),
Hudson V. Palmer, 486 U.S. 517, 523
104 S. Ct. 3194 (1984), We have
Right to Assistance Claims, And
to have No Interference with Claims
Nor Should We have Retaliation
For Doing So.

Our Paralegal is Permitted by ADX
and Judges to Screen all submission
See Ex parte Hull, 312 U.S. 546
549   61 S. Ct. 640 (1941) (Read it)
As Well See The Non-Appealed
Court Order in Gluth V. Kangas
951 F 2d 1504 (9th Cir 1991).

We are Denied all aspects of Johnson
V. Avery, 393 U.S. 483, 490 89 Sct
747 (1969) as well Wolff V. McDonnell
418 U.S. 539 554. 55 (1974)

Post Traumatic Stress Disorder
Sit back and let this issue bit
all in The Ass in The Near
Future, I've done My Research,
As to what The Ninth Circuit
Says to do, Judges beware.

# Relief Requested

1. I Want My Cases Filed Timely Daily as Needed

2. I Want all Scumbags put in Place (A) Betty E. Ulibarri, Paralegal
   (B) Julia Erwin, Legal Access Monitor
   (C) Mark Brnovich, Az Atty. Gen.
   (D) Brad Keogh, Asst. St. Atty Gen.
   (E) Michael E. Gottfried Asst. St. Atty. Gen.
   (F) Gov Doug Ducey
   (G) All Scum Bag who work For A Doc

3. Read All My Current Actions Pending and Otherwise in Maricopa County Superior Court, Pinal, Yuma Counties as Well as all Past Filings in All U.S. District Courts, As Well as U.S. Supreme Court Filings

4. If more exposure is needed like R.C. Collins and Former McNamee I Can do that

5. The Graft Stops here ...

Submitted This 2nd Day of April 2018

by Dale Maisano
Dale Maisano

Service Copies

United States Attorney General
U.S. Dept of Justice
Disability Rights Section
Washington D.C. 20530

Judge Duncan
U.S. Dist. Ct
401 W. Washington
Phoenix, Arizona 85003

Arizona Attorney General
Mark Bronovich
1275 W. Washington
Phoenix, Arizona 85007

Gov. Doug Ducey
1700 W. Washington
Phoenix, Arizona 85007

Original U.S. Dist. Ct. Phx.

Sent VIA U.S. Mail        April 2018

by Dale Maisano
Dale Maisano

Medical

Large Scale Litigation

Battle V. Anderson, 993 F 2d 1551 (10th Cir. 1993);

Ramos V. Lamm, 485 F. Supp. 122 (D. Colb. 1979);

Todaro V. Ward, 431 F Supp. 1129, 1133 (S.D.N.Y. 1977);

Newman V. State of Ala 349 F. Supp. 278, 284 (M.D. Ala. 1972);

Plata V. Schwarzenegger, 2005 WL 2932253 (N.D. Cal 2005);

Plata V. Schwarzenegger, 556 F. Supp. 2d 1087, 1091 (N.D. Cal 2008);

Plata V. Schwarzenegger, 2007 WL 2122657 (N.D. Cal 2007);

Coleman V. Schwarzenegger, 2007 WL 2122636 (E.D. Cal 2007);

1 of 2    Plata V. Schwarzenegger, 2009 WL 799392 (N.D. Cal. 2009);

Brown V. Plata, 563 U.S. 493, 500 os, 131 S. Ct. 1910 (2011);

Braggs V. Dunn, 2017 WL 2773833 (M.D. Ala. 2017).

2 of 2