1  Arizona Attorney General Mark Brnovich
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorneys General
3  15 South 15th Avenue
   Phoenix, Arizona 85007
4  Telephone: (602) 542-1645
   Fax: (602) 542-3393
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
7  Timothy J. Bojanowski, Bar No. 022126
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
8  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
9  Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
10 dstruck@strucklove.com
   rlove@strucklove.com
11 tbojanowski@strucklove.com
   *Attorneys for Defendants*

12

13              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF ARIZONA**
14

15 Victor Parsons, *et al.*, on behalf of themselves     NO. 2:12-cv-00601-DKD
   and all others similarly situated; and Arizona
16 Center for Disability Law,
                                         Plaintiffs,
17           v.                                         **STIPULATION FOR EXTENSION**
                                                        **OF TIME TO FILE REPLY BRIEF**
18 Charles Ryan, Director, Arizona Department           **(Second Request)**
   of Corrections; and Richard Pratt, Interim
19 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
20 official capacities,
                                        Defendants.

21         Plaintiffs and Defendants' counsel stipulate to extend the deadline for Defendants

22 to file their Reply in support of the Motion to Disqualify Magistrate Judge Duncan from

23 all Further Proceedings by one day (Doc. 2641, 2692) (Second Request). The current

24 deadline is April 16, 2018.  The parties have stipulated to an extension of time until April

25 17, 2018.  A proposed order is attached.

26

27

28

DATED this 16th day of April 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Assistant Attorneys General
    15 South 15th Avenue
    Phoenix, Arizona 85007

    *Attorneys for Defendants*

1

2

By /s/Corene Kendrick

3

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*

4

Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*

5

**PRISON LAW OFFICE**
1917 Fifth Street

6

Berkeley, California 94710
*Admitted *pro hac vice*

7

8

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**

9

**ACLU NATIONAL PRISON PROJECT**
915 15TH St., N.W., 7th Floor
Washington, D.C.  20005

10

11

*Admitted *pro hac vice.* Not admitted in DC;
practice limited to federal courts.
**Admitted *pro hac vice*

12

13

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)

14

John H. Gray (Bar No. 028107)

15

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000

16

Phoenix, Arizona 85012

17

Kathleen E. Brody (Bar No. 026331)

18

**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235

19

Phoenix, Arizona 85013

20

Kirstin T. Eidenbach (Bar No. 027341)

21

**EIDENBACH LAW, PLLC**
P. O. Box 91398

22

Tucson, Arizona 85752

23

Caroline Mitchell (Cal. 143124)*

24

**JONES DAY**
555 California Street, 26th Floor

25

San Francisco, California 94104
*Admitted *pro hac vice*

26

27

28

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

By /s/Maya Abela
Maya Abela
Sarah Kader
Asim Dietrich
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 E. Washington St., Ste. 202
Phoenix, AZ  85034

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701

*Attorneys for Arizona Center for Disability*
*Law*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:     agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:           afettig@npp-aclu.org

Asim Varma:              avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:      ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Kathleen E. Brody:       kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela              mabela@azdisabilitylaw.org

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Sarah Eve Kader:         skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Rita K. Lomio:           rlomio@prisonlaw.com

Victoria Lopez:          vlopez@aclu.org

4

1

2   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3

4      N/A

5                              /s/Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28