# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                 Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                 Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE: DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISQUALIFY MAGISTRATE JUDGE DUNCAN FROM ALL FURTHER PROCEEDINGS** |

      The Court, having reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Reply in Support of Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings, and good cause appearing,

      IT IS ORDERED that the Motion for Leave to Exceed the Page Limit is GRANTED.

      IT IS FURTHER ORDERED directing the Clerk's Office to accept and file Defendants' lodged proposed Reply in Support of Motion to Disqualify Magistrate Judge Duncan From All Further Proceedings.