# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to Exceed Page Limits (Doc. 2776) and Plaintiffs' Motion to Seal (Doc. 2767), good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to Exceed Page Limits (Doc. 2776).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2767).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibit 1 to the Declaration of David C. Fathi (Doc. 2768).

Dated this 18th day of April, 2018.

_____
David K. Duncan
United States Magistrate Judge