**EXHIBIT 1**

**EXHIBIT 1**

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA

                        _____


Victor Parsons, et al., on      )
behalf of themselves and all    )
others similarly situated;      )
and Arizona Center for          )
Disability Law,                 )
                                )   No. CV 12-00601-PHX-DKD
           Plaintiffs,          )
                                )
     vs.                        )   Phoenix, Arizona
                                )   April 11, 2018
Charles Ryan, Director,         )   9:05 a.m.
Arizona Department of           )
Corrections; and Richard        )
Pratt, Interim Division         )
Director, Division of Health    )
Services, Arizona Department    )
of Corrections, in their        )
Official capacities,            )
                                )
           Defendants.          )
_____)


     BEFORE:   THE HONORABLE DAVID K. DUNCAN, MAGISTRATE JUDGE

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                         (Status Hearing)



Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription
```

1  back to you with an e-mail what it looks like is possible for
2  us with respect to the moving to the third week.
3  The other thing I would like to ask is if the
4  plaintiffs would send via e-mail, a copy, of course, to the
5  defendants -- it looks like it's been redacted, which would          10:47AM
6  maybe suggests that you probably do have Miss -- I can't
7  remember her name.
8  MR. FATHI: Ms. Fisher, Your Honor?
9  THE COURT: Yes. Thank you very much. Ms. Fisher's
10 telephone number, if you would e-mail that to my staff.              10:48AM
11 MR. FATHI: Yes, Your Honor.
12 THE COURT: And then what they will do is coordinate
13 with you a time when we hope to place the call, if you want to
14 let us know if you want to be available for that.
15 MR. FATHI: Your Honor, we do not feel a need to be on  10:48AM
16 the call with the Court.
17 THE COURT: Fair enough. That makes it simpler.
18 I gather the defendants want to be on the call?
19 MR. STRUCK: Yes, Your Honor.
20 I also -- I did want to mention, I understand the                    10:48AM
21 Court's desire to hear what Ms. Fisher has to say, but your
22 having her called on two days that are dedicated towards the
23 Monitoring Bureau issue, at least in the information I have
24 seen, I don't see that there's really any allegation with
25 respect to the Monitoring Bureau that Ms. Fisher is making in        10:48AM

1   the information that we have received.  So I'm wondering if it
2   might make more sense to do that on one of these other dates as
3   opposed to taking up time on the days dedicated towards the
4   Monitoring Bureau issue.
5            THE COURT:  Well, I read closely the exhibit that    10:49AM
6   plaintiffs had submitted that included her statements that
7   might indicate what she knows about and I wrote down one that
8   seems to answer the question in a way that it means it's
9   appropriate to have her in the segment on the quality of the
10  monitoring program.  Because she wrote at one point            10:49AM
11  observations about, quote, conflict in competing priorities
12  between DOC and Corizon.  And so I thought that that was
13  helpful.
14           I also thought that I wanted to have her sooner rather
15  than later because of what she may have knowledge about        10:49AM
16  regarding staffing issues.  Again, I don't know whether this
17  would be helpful for Mr. Millar but we can at least hear what
18  her observations are.
19           So I disagree, but I understand what you said,
20  Mr. Struck.                                                    10:50AM
21           Also, Mr. Pratt, I don't think we have received the
22  nominator reports of the incidents.  Have you sent them over?
23           MR. PRATT:  No, Your Honor.  No, sir, I have not sent
24  them yet.  I'm working with Corizon to get them in a format
25  that's going to be acceptable to the Court.                    10:50AM

| | |
|---|---|
| 1 | THE COURT: All right. |
| 2 | MR. PRATT: I just spoke with Corizon leadership on |
| 3 | that and I'm anticipating that before the end of the day. |
| 4 | THE COURT: All right. |
| 5 | MR. PRATT: So by the end of the day. |
| 6 | THE COURT: Thank you very much. |
| 7 | MR. FATHI: Your Honor, with respect to the call with |
| 8 | Ms. Fisher, we think it would be preferable if the Court had |
| 9 | that communication by itself. If defendants wish to be |
| 10 | present, then plaintiffs wish to be present, also. |
| 11 | THE COURT: All right. That's fine. I'm not going to |
| 12 | do it without giving you both an opportunity to be on the |
| 13 | phone. I don't think that there would be anything |
| 14 | inappropriate with my staff making a scheduling but I don't |
| 15 | want to engender another distraction with respect to ex parte |
| 16 | contacts, and I have seen that we have baseless distractions |
| 17 | pretty often here. So I don't want to have another one if I |
| 18 | can avoid it easily. |
| 19 | MR. FATHI: Thank you, Your Honor. |
| 20 | THE COURT: So everybody will be on the phone call and |
| 21 | you will send over the phone number. |
| 22 | Okay. The next measure, please. |
| 23 | MR. BOJANOWSKI: Thank you, Your Honor. |
| 24 | The next measure is 52 at the Eyman, Florence and |
| 25 | Tucson facilities. Eyman came in at 58 percent, Florence at 67 |