**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>                                               Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>                                               Defendants. | NO. 2:12-cv-00601-DKD <br><br> **DECLARATION OF NICOLE TAYLOR, Ph.D., J.D., CCHP-MH** |

I, **NICOLE TAYLOR**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Mental Health Director and a Mental Health Monitor for the Arizona Department of Corrections.

3. I am responsible for monitoring compliance with mental health performance measures in the *Parsons* Stipulation, including Health Care Performance Measure Nos. 85 and 86.

4. I have reviewed Plaintiffs' Notice Re Monitoring Methodology for Performance Measure 86 (Doc. 2765). I am aware of its contents and have also reviewed the nine CGAR findings for January 2018 for the Eyman Complex that are identified in David Fathi's Declaration (Doc. 2766) and Exhibit 1 to the same (Doc. 2766-1).

5. Defendants are not excluding all files in which an inmate did not "actually receive two contacts" with a clinician after discontinuing medication as Plaintiffs allege.

6. Defendants measure compliance with Performance Measure (PM) 86 by using the same records used for PM 85 as the starting point for evaluating compliance. However, the Court has ordered two scenarios where a file that was used for PM 85 must be excluded from the sample used for PM 86 and replaced with another file randomly drawn: (1) If the inmate has been in custody and/or the medication has been discontinued for less than 90 days or (2) if there has not been two contacts by a mental health clinician between which to measure the time elapsed. The Court ordered that under either scenario, the file cannot be non-compliant and therefore is invalid and cannot be used to measure performance under PM 86.

7. In accordance with the Court's Orders, if a file was used for PM 85 and qualifies under the two conditions precedent for use in measuring performance under PM 86, Defendants measure the time intervals from the discontinuation date (noted by

1  Defendants as the "start date") through the end of the monitored month ensuring that
2  every contact occurred no more than 90 days apart beginning from the start date.

3      8.     Also in accordance with the Court's Orders, if there was only one contact,
4  but the contact did not occur within the requisite 90 days from the discontinuation date,
5  the record stays in and is counted as non-compliant.  But, if there was only one contact
6  and that contact was compliant/occurred within the requisite 90 days from the
7  discontinuation date and the second contact is not yet due, that file is excluded and
8  replaced by random draw.

9      9.     The nine files Plaintiffs allege in their Statement were inappropriately
10 excluded from PM 86 were excluded in accordance with Court Orders.

11     10.     The inmate file ending in 056 was excluded from the PM 86 sample due to
12 having only one, compliant contact.  The medication was discontinued on 10/10/17. The
13 first contact was completed on 12/15/17, less than 90 days from the discontinuation date.
14 The second contact was not yet due by the end of the monitored month or before
15 01/31/18.  Although the file was compliant, it was excluded and replaced with another file
16 in conformity with the Court's ordered methodology.

17     11.     The inmate file ending in #507 was excluded from the PM 86 sample due to
18 having only one, compliant contact.  The medication was discontinued on 10/26/17.  The
19 first contact was completed on 11/20/17, less than 90 days from the discontinuation date.
20 The second contact was not yet due by the end of the monitored month or before
21 01/31/18.  Although the file was compliant, it was excluded and replaced with another file
22 in conformity with the Court's ordered methodology.

23     12.     The inmate file ending in 931 was excluded from the PM 86 sample due to
24 having only one, compliant contact.  The medication was discontinued on 09/29/17.  The
25 first contact was completed on 12/14/17, less than 90 days from the discontinuation date.
26 The second contact was not yet due by the end of the monitored month or before
27 01/31/18.  Although the file was compliant, it was excluded and replaced with another file
28 in conformity with the Court's ordered methodology.

1      13.     The inmate file ending in 738 was excluded from the PM 86 sample due to
2  having only one, compliant contact.  The medication was discontinued on 10/27/17.  The
3  first contact was completed on 1/23/18, less than 90 days from the discontinuation date.
4  The second contact was not yet due by the end of the monitored month or before
5  01/31/18.  Although the file was compliant, it was excluded and replaced with another file
6  in conformity with the Court's ordered methodology.

7      14.     The inmate file ending in 483 was excluded from the PM 86 sample due to
8  having only one, compliant contact.  The medication was discontinued on 10/31/17.  The
9  first contact was completed on 11/7/17, less than 90 days from the discontinuation date.
10 The second contact was not yet due by the end of the monitored month or before
11 01/31/18.  Although the file was compliant, it was excluded and replaced with another file
12 in conformity with the Court's ordered methodology.

13     15.     The inmate file ending in 390 was excluded from the PM 86 sample due to
14 having only one, compliant contact.  The medication was discontinued on 09/29/17.  The
15 first contact was completed on 11/21/17, less than 90 days from the discontinuation date.
16 The second contact was not yet due by the end of the monitored month or before
17 01/31/18.  Although the file was compliant, it was excluded and replaced with another file
18 in conformity with the Court's ordered methodology.

19     16.     The inmate file ending in 441 was excluded from the PM 86 sample due to
20 having only one, compliant contact.  The medication was discontinued 09/13/17. The first
21 contact was completed on 11/22/17, less than 90 days from the discontinuation date. The
22 second contact was not yet due by the end of the monitored month or before 01/31/18.
23 Although the file was compliant, it was excluded and replaced with another file in
24 conformity with the Court's ordered methodology.

25     17.     The inmate file ending in 074 was excluded from the PM 86 sample due to
26 having only one, compliant contact. The medication was discontinued on 10/04/17. The
27 first contact was completed on 12/12/17, less than 90 days from the discontinuation date.
28 The second contact was not yet due by the end of the monitored month or before

01/31/18. Although the file was compliant, it was excluded and replaced with another file in conformity with the Court's ordered methodology.

18. The inmate file ending in 858 was excluded from the PM 86 sample due to having only one, compliant contact. The medication was discontinued on 10/04/17. The first contact was completed on 12/29/17, less than 90 days from the discontinuation date. The second contact was not yet due by the end of the monitored month or before 01/31/18. Although the file was compliant, it was excluded and replaced with another file in conformity with the Court's ordered methodology.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2018.

*[signature]*
NICOLE TAYLOR, Ph.D., J.D., CCHP-MH

5