Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' NOTICE REGARDING FEBRUARY 2018 COMPLIANCE WITH CERTAIN PERFORMANCE MEASURES PURSUANT TO ORDER TO SHOW CAUSE (DOC. 2373)** |

Defendants give notice of and attach as Exhibit 1[1] information regarding February 2018 compliance with Performance Measures ("PM") 11, 35, 39, 44, 46, 47, 50, 51, 52, 54, and 66 pursuant to the Court's October 10, 2017 Order to Show Cause (Doc. 2373); March 12, 2018 Order requiring production of the February 2018 data on or before April 13, 2018 pursuant to the parties' Stipulation (Doc. 2679); and March 29, 2018 Order extending the deadline to produce the February 2018 data to April 27, 2018 pursuant to the parties' Stipulation (Doc. 2719).

The complete universe of eligible instances for the Performance Measures listed above at the relevant complexes totals 15,832 instances. (Ex. 2.) Of these, 826 instances have been identified as non-compliant, resulting in a non-compliance rate of 5.2%. (Id.) Data regarding the following Performance Measures is obtained through the use of Pentaho reports, which pull information from eOMIS, and as such are subject to the following conditions:

- PM 11—Pentaho generates a list of all medications with a new prescription number by prescription date and provides the date the medication was administered. The report only generates instances where a medication was not administered within 48 hours, and may be over-inclusive to the extent it does not account for instances where there is no lapse in medication based on the patient having medication remaining from a prior prescription (thereby counting an instance as non-compliant even though the new prescription was not administered because the patient had to first use the medications remaining from the prior prescription).

- PM 35—Pentaho generates a list of all patients that moved on a particular day and are on medications. The report is unable to capture whether or not as-needed ("PRN") and keep on person ("KOP") medications are available to the patient upon arrival at the receiving complex. Directly Observed

---

[1] The information in Exhibit 1 was provided to Defendants by Corizon.

1

    Treatment ("DOT") medications are captured because they are supported in the Medication Administration Record ("MAR"). However, KOPs and PRNs are not documented in a MAR and therefore need to be manually reviewed by looking at the intake note to determine whether a patient received his/her PRN or KOP medication.

- PM 39—Pentaho generates a list of all patient referrals to a provider from a nursing encounter (i.e., nurse to physician/mid-level referral), including instances in which the patient was referred by a nurse but not timely seen by the provider. Inmate refusals, however, automatically show up as instances of non-compliance on the Pentaho report. These files need to be manually reviewed to determine whether the refusal was properly documented, such that it is not an instance of non-compliance. Additionally, the source document does not always match the eOMIS record in every case (e.g., the Nurse Encounter Log may have encounters that were not entered into eOMIS).

- PM 46—Pentaho generates a list of all labs and X-ray results along with the dates the results were received and reviewed. The report indicates those instances for which the timeframe for review was non-compliant, but does not indicate those instances where the timeframe for review was met but the appropriate action was not taken.

- PM 50-51—Pentaho generates a list of specialty consults requested based on the priority set by the provider in eOMIS. However, there is no entry point in eOMIS where the provider may document whether or not the consult was completed. Therefore, each consult request must be reviewed manually to determine whether the consults were timely completed.

- PM 52—Pentaho generates a list of all consults completed/results received and consults completed/results reviewed. The report indicates those instances for which the timeframe for review was non-compliant, but does

1  not indicate those instances where the timeframe for review was met but the
2  appropriate action was not taken.

3  • PM 54—Pentaho generates a list of all patients with a chronic condition and
4  the dates of their last two chronic care encounters. However, the reporting is
5  not capable of taking into account the appropriate timeframe between visits
6  as dictated by the provider's treatment plan and/or the standard timeframes
7  that apply to chronic conditions when the provider does not specify a
8  different timeframe, or any encounters in which the patient was seen for the
9  chronic condition but the encounter was not marked as a chronic care
10 encounter in eOMIS.

11 • PM 66—Pentaho generates a list of patients housed in an IPC location and
12 indicates the timeframe between the last two encounters by a provider in
13 hours. However, the Pentaho report cannot decipher whether or not a
14 corresponding note for the encounter was entered in the SOAPE format.
15 Additionally, the list of patients housed in an IPC does not exclude those
16 patients placed in the infirmary for non-medical reasons, which must be
17 manually filtered out.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

DATED this 27th day of April 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Hesman
   Jacob B. Lee
   Kevin R. Hanger
   Timothy M. Ray
   Richard M. Valenti
   Jamie D. Guzman
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   Arizona Attorney General Mark Brnovich
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   15 South 15th Avenue
   Phoenix, Arizona 85007

   *Attorneys for Defendants*

4

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck