# EXHIBIT 1

# (REDACTED)

# PERFORMANCE MEASURE 11

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ███ | ███ | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| ███ | ███ | Eyman |
| | | Eyman |

# PERFORMANCE MEASURE 35

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| ███████████████████████ | █████████████████ | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Tucson |
| ███████████████████████ | █████████████████ | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| ███████████████████████ | █████████████████ | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ██████████ | ██████████ | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| ██████████ | ██████████ | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |

# PERFORMANCE MEASURE 39

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ███████ | ███████ | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| ███████ | ███████ | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |

# PERFORMANCE MEASURE 44

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| ███████████████████████ | | Eyman |
| ███████████████████████ | | Eyman |
| ███████████████████████ | | Eyman |
| ███████████████████████ | | Eyman |

# PERFORMANCE MEASURE 46

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| ████████████ | ████████████ | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |
|  |  | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |
| ███████ | ███████ | Florence |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Perryville |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |

# PERFORMANCE MEASURE 47

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Florence |
| | | Florence |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Lewis |
| | | Perryville |
| | | Perryville |
| | | Perryville |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Phoenix |

# PERFORMANCE MEASURE 50

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |
|  |  | Florence |

# PERFORMANCE MEASURE 51

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |
| | | Tucson |

# PERFORMANCE MEASURE 52

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|------|-----------|---------|
| ███████ | ███████ | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Eyman |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |

# PERFORMANCE MEASURE 54

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |
| ███████████ | ███████████ | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |
| ███████████████ | ████████ | Eyman |

| NAME | ADC NUMBER | COMPLEX |
|------|------------|---------|
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |
| █████████████ | ████████ | Eyman |

# PERFORMANCE MEASURE 66

## [REDACTED]

| NAME | ADC NUMBER | COMPLEX |
|---|---|---|
| | | Lewis |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Florence |
| | | Tucson |