**EXHIBIT 2**

**EXHIBIT 2**

| MEASURE | COMPLEX | CGAR SCORE | TOTAL FAILURES | TOTAL ELIGIBLE FILES |
|---|---|---|---|---|
| | **FEBRUARY 2018** | | | |
| PM11 | EYMAN | 92% | 6 | 154 |
| | LEWIS | 88% | 14 | 89 |
| PM35 | EYMAN | 92% | 30 | 686 |
| | FLORENCE | 89% | 21 | 484 |
| | LEWIS | 89% | 36 | 778 |
| | TUCSON | 98% | 46 | 802 |
| PM39 | LEWIS | 86% | 27 | 99 |
| PM44 | EYMAN | 43% | 4 | 11 |
| PM46 | EYMAN | 82% | 157 | 1452 |
| | FLORENCE | 94% | 99 | 1567 |
| | PERRYVILLE | 99% | 26 | 1977 |
| | TUCSON | 95% | 31 | 1092 |
| PM47 | EYMAN | 61% | 20 | 74 |
| | FLORENCE | 100% | 2 | 35 |
| | LEWIS | 61% | 11 | 35 |
| | PHOENIX | 67% | 1 | 4 |
| | PERRYVILLE | 83% | 3 | 30 |
| | TUCSON | 64% | 5 | 21 |
| PM50 | FLORENCE | 87% | 10 | 77 |
| PM51 | EYMAN | 86% | 36 | 177 |
| | FLORENCE | 92% | 14 | 105 |
| | TUCSON | 90% | 14 | 112 |
| PM52 | EYMAN | 58% | 60 | 114 |
| | FLORENCE | 67% | 34 | 176 |
| PM54 | EYMAN | 86% | 97 | 4929 |
| PM66 | FLORENCE | 70% | 20 | 433 |
| | LEWIS | 100% | 1 | 148 |
| | TUCSON | 90% | 1 | 171 |
| | | | 826 | 15832 |