# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has previously determined that, pursuant to Federal Rule of Evidence 706, it would benefit from the appointment of an expert to assess and recommend solutions that will inform the Court's goal of meeting the Defendants' established staffing levels. The Court selected BJ Millar at Advisory Board Consulting ("Advisory Board") in its Appointment Order. (Doc. 2483) Advisory Board has presented its initial work to the Court. (Docs. 2658, 2686, 2764)

Advisory Board has informed the Court that an increase in consulting resources is necessary to achieve the Scope of Work detailed in its original proposal because of issues in the data received from Corizon. Accordingly,

**IT IS ORDERED** the Advisory Board's analysis is modified as stated in the attached Addendum.

**IT IS FURTHER ORDERED** that Defendants shall pay Advisory Board according to the terms of the attached Addendum.

1    **IT IS FURTHER ORDERED** that all of the terms and conditions in the Court's
2    Appointment Order remain in place.
3    Dated this 1st day of May, 2018.

*(signature)*

David K. Duncan
United States Magistrate Judge



The best practices are the ones that work for you.℠

April 16, 2018

The Honorable David K. Duncan
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 325
401 West Washington Street, SPC 14
Phoenix, AZ 85003-2120
Phone: (602) 322-7630

Dear Judge Duncan:

Thank you for giving Advisory Board Consulting ("Advisory Board") the opportunity to present to the Honorable David K. Duncan, Magistrate Judge for the United States District Court, District of Arizona ("the Court"), this Addendum describing our approach to supplementing our assessment of and recommendation for provider staffing and retention within the Arizona Department of Corrections ("ADC"), as stipulated by Case 13-16396: Victor Parsons, et al. v. Charles Ryan, et al. This Addendum serves to update the existing scope of services and professional fees as described in the Engagement Letter ("Engagement Letter") dated November 8, 2017.

## Scope of Services

This Addendum represents an increase in the consulting resources necessary to achieve the Scope of Serviced detailed in the initial Engagement Letter within the original time frame specified.  Scaling of our scope is required to compensate for the 4 weeks of work that must be redone due to the data set issues that came to light during our most recent report to the Court.   Under this Addendum, Advisory Board resources will be increased in order to:

- Rework our analysis detailing staffing profiles for the 10 ADC facilities, and
- Compress our timing for interviews and first-hand analysis
- Allowing the development of the final report detailing specific recommendations for staffing and retention.

## Estimated Project Timeline

This Addendum will allow us to avoid a shift in the timeline as initially projected in the Engagement Letter.  If this addendum is acceptable, the Advisory Board will present final documentation, presentation and recommendations prior to the June 13, 2018 court date as originally scheduled.

## Professional Fees

Advisory Board's supplemental professional fees for this Addendum will be a one-time fixed fee of $19,500.

The professional fee quoted for this Addendum encompasses only the scope of services described in the Engagement Letter.

**Expense Reimbursement**

The Advisory does not anticipate any expenses to be incurred outside of those originally agreed upon in the Engagement Letter

**Invoicing**

Advisory Board will invoice the court for the additional amount of $19,500. The amount will be invoiced following the acceptance of this Addendum. Payment of invoices is due within 30 days of invoice receipt. The services and associated professional fees described herein are valid during the course of the original scope of the Engagement Letter.

**Standard Terms and Conditions**

Advisory Board's Standard Terms and Conditions, which were attached to a previously executed Engagement Letter dated November 8, 2017 (collectively the "Terms and Conditions"), are hereby incorporated and included in this Addendum.

**Acceptance**

We greatly appreciate the opportunity to continue our partnership with the Court on this important initiative. If you have questions, or wish to discuss the Addendum further, please feel free to contact Braxton Millar, Vice President, at 801-455-6092 or millarb@advisory.com.

If this coincides with your understanding, please indicate as much with your signature below.

_____        _____
Signature                        Date

_____        _____
Print Name                       Title