Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' NOTICE REGARDING COLLECTION AND PRODUCTION OF DATA REGARDING DECEMBER 2017 COMPLIANCE WITH CERTAIN PERFORMANCE MEASURES PURSUANT TO ORDER TO SHOW CAUSE (DOC. 2576)** |

1  Defendants, Charles Ryan and Richard Pratt (collectively, "Defendants"), give
2  notice of and attach as Exhibits 1 and 2 the Declarations of Justin Thomas Scalise and
3  Richard Pratt, respectively, pursuant to the Court's April 11, 2018 Order that Defendants
4  provide a written explanation as to how Corizon and ADC generated the failure lists filed
5  by Defendants on February 5, 2018 (Doc. 2576) and February 14, 2018 (Doc. 2595)
6  regarding the December 2017 data, and why certain instances of non-compliance (i.e., the
7  242 identified by manual review of the 420 allegedly unreported instances of non-
8  compliance identified by Plaintiffs' counsel (Doc. 2633)) were not initially captured.
9  (Doc. 2764.)

10  For December 2017, Corizon and ADC reported 1,313 total instances[1] of non-
11  compliance with the 11 Performance Measures ("PM") subject to the Order to Show
12  Cause ("OSC") (Doc. 2373), out of a total of 22,670 health care instances[2]—an overall
13  failure rate of only 5.8%. (Ex. 1, ¶32.)

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///

---

[1] This includes the 242 instances of non-compliance identified after manual review of the 420 allegedly unreported instances of non-compliance identified by Plaintiffs' counsel (Doc. 2633). The additional 242 instances represent only 1.1% of the total health care instances.

[2] These are the total health care instances for the 11 PMs and complexes that are subject to the OSC. This number does not represent the total health care instances for all PMs and complexes statewide.

DATED this 2nd day of May 2018.

                  STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                  By /s/Daniel P. Struck
                     Daniel P. Struck
                     Rachel Love
                     Timothy J. Bojanowski
                     Nicholas D. Acedo
                     Ashlee B. Hesman
                     Jacob B. Lee
                     Kevin R. Hanger
                     Timothy M. Ray
                     Richard M. Valenti
                     Jamie D. Guzman
                     3100 West Ray Road, Suite 300
                     Chandler, Arizona  85226

                     Arizona Attorney General Mark Brnovich
                     Office of the Attorney General
                     Michael E. Gottfried
                     Lucy M. Rand
                     Assistant Attorneys General
                     15 South 15th Avenue
                     Phoenix, Arizona 85007

                     *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

4