**EXHIBIT 2**

**EXHIBIT 2**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich<br>Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623<br>Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorney General<br>15 South 15th Avenue |
| 4 | Phoenix, Arizona 85007<br>Telephone: (602) 542-1645 |
| 5 | Fax: (602) 542-3393<br>Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |
| 7 | Daniel P. Struck, Bar No. 012377<br>Rachel Love, Bar No. 019881 |
| 8 | Timothy J. Bojanowski, Bar No. 022126<br>Nicholas D. Acedo, Bar No. 021644 |
| 9 | Ashlee B. Hesman, Bar No. 028874<br>Jacob B. Lee, Bar No. 030371 |
| 10 | Kevin R. Hanger, Bar No. 027346<br>Timothy M. Ray, Bar No. 029191 |
| 11 | Richard M. Valenti, Bar No. 031533<br>Jamie D. Guzman, Bar No. 022095 |
| 12 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>3100 West Ray Road, Suite 300 |
| 13 | Chandler, Arizona 85226<br>Telephone: (480) 420-1600 |
| 14 | Fax: (480) 420-1696<br>dstruck@strucklove.com |
| 15 | rlove@strucklove.com<br>tbojanowski@strucklove.com |
| 16 | nacedo@strucklove.com<br>ahesman@strucklove.com |
| 17 | jlee@strucklove.com<br>khanger@strucklove.com |
| 18 | tray@strucklove.com<br>rvalenti@strucklove.com |
| 19 | jguzman@strucklove.com<br>*Attorneys for Defendants* |
| 20 | |
| 21 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA** |
| 22 | |
| 23 | Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, |
| 24 | Plaintiffs, |
| 25 | v. |
| 26 | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, |
| 27 | |
| 28 | Defendants. |

NO. 2:12-cv-00601-DKD

**DECLARATION OF RICHARD PRATT**

I, **RICHARD PRATT**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of Defendants' Notice Regarding Collection and Production of Data Regarding December 2017 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2576).

2. I have been working with the Arizona Department of Corrections ("ADC") since July 2000, not including from October 2009 to July 2011, when I was employed elsewhere.

3. In February 2012, I was appointed Interim Assistant Director of ADC's Health Services Contract Monitoring Bureau ("HSCMB") following Dr. Michael Adu-Tutu's retirement. When Health Services was privatized in July 2012, my title was adjusted to be the Interim Assistant Director of HSCMB.

4. When Arthur Gross was hired to be the Assistant Director in October 2012, my position changed to Program Evaluation Administrator.

5. I was placed under a temporary special assignment as the Interim Assistant Director on March 1, 2014, when Mr. Gross retired.

6. I was named Assistant Director on August 2, 2014.

7. As Assistant Director, I am responsible for providing managerial oversight and direction to HSCMB to monitor the contracted vendor's compliance with all aspects of the health services contract. I am also responsible for reviewing and responding to internal and external inquiries pertaining to compliance issues, contract specifications, reports, inspections, staffing levels, and legal mandates of inmate healthcare, mental health care, and dental care services.

8. I am familiar with ADC's policies and practices pertaining to healthcare, including medical care, dental care, and mental health care, the privatization of ADC healthcare, ADC's contract with Corizon, Corizon's responsibilities under that contract, and HSCMB's monitoring of Corizon's care to ADC inmates.

9. I am familiar with the Court's October 10, 2017 Order to Show Cause ("OSC") and the requirement to provide a report of all failures for the month of December 2017 for the 11 health care performance measures ("PMs") subject to the OSC.

10. I provide this Declaration in order to provide the written explanation requested by Plaintiffs' counsel and ordered by the Court at the April 11, 2018 status hearing as to how ADC assisted in generating the failure lists filed by Defendants on February 5, 2018 (Doc. 2576) and February 14, 2018 (Doc. 2595) regarding the December 2017 data.

11. HSCMB does not review every eligible file for each PM each month, but audits randomly-selected files for each PM pursuant to the procedures outlined in the HSCMB Monitor Guide in preparation of the monthly CGAR reports.

12. HSCMB did not review every eligible file for each PM in preparation of the December 2017 failure lists. Rather, HSCMB compared Corizon's lists to HSCMB's findings on the CGAR reports to ensure that all inmates/instances identified as failures in the CGAR reports were included in the failure lists filed with the Court.

13. Any inmates/instances identified as failures in the CGAR reports that were not on Corizon's lists were added to the lists. All instances of non-compliance identified by HSCMB during its monitoring review were included in the lists filed with the Court on February 5, 2018 and February 14, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2ND__ day of May, 2018.

_____
RICHARD PRATT