WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Amid Defendants' continuing failure to meet many of the requirements of the Stipulation, Defendants devote energy and time to an effort to remove the judge they chose to hold their feet to the fire. This is a meritless distraction. The Court has considered the Motion to Disqualify Magistrate Judge Duncan from All Further Proceedings (including Defendants' supplemental filing), Plaintiffs' Response and Defendants' Reply, as well as Defendants' Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan from All Further Proceedings and the Response and Reply thereto.

It is widely recognized that except in the most extreme case, "bias or prejudice" "'acquired in the course of the proceedings'" is not a basis for disqualification. *United States v. Martin*, 278 F.3d 988, 1005 (9th Cir. 2002) (quoting *Liteky v. United States*, 510 U.S. 540, 551, 114 S.Ct. 1147, 1155 (1994)). The record here demonstrates only a judge's increasing frustration with Defendants' three-year failure to deliver the healthcare they promised when they settled this case. Sometimes the Court's fire is necessarily hot

and it must surely continue to grow warmer with each failed promise and false representation of a path to compliance. Moreover, the record shows that the Court took no action based upon any extrajudicial source of information other than to set evidentiary hearings where all sides could be heard.

Accordingly, **IT IS ORDERED DENYING** the Motion to Disqualify Magistrate Judge Duncan from All Further Proceedings (Doc. 2641).

**IT IS FURTHER ORDERED DENYING** the Motion for Chief Judge to Rule on Defendants' Motion to Disqualify Magistrate Judge Duncan from All Further Proceedings (Doc. 2693).

**IT IS FURTHER ORDERED DENYING** Motion for Leave for Ethics Bureau at Yale to File Brief of *Amicus Curiae* in Opposition to Defendants' Motion to Disqualify Judge Duncan from All Further Proceedings (Doc. 2729). While the Court appreciates the willingness of law students to devote their efforts to matters they believe will assist the Court, the proposed *amicus* brief would not assist the Court in addressing the matter at hand.

Dated this 2nd day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge