Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DKD<br><br>**PLAINTIFFS' PROPOSED AGENDA FOR THE MAY 9, 2018 STATUS HEARING** |

Plaintiffs hereby propose the following items be included in the Court's agenda for the May 9, 2018 status hearing.

1. Update from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

2. Update from the persons most knowledgeable at Corizon and ADC regarding the reporting and tracking of December 2017 noncompliance with the Court's Order to Show Cause, (Docs. 2576-1, 2595-1, 2633, 2735 at 2, Doc. 2790; 3/27/18 Tr. at 1113:17-1114:5; 4/11/18 Tr. at 147:16-149:5), and Defendants' report regarding February 2018 noncompliance. [Doc. 2786-1, 2786-2]

3. Updates regarding witness scheduling for the continued evidentiary hearings regarding monitoring reliability. Angela Fischer will testify May 31, 2018 in response to the Court's subpoena, and Plaintiffs plan to present Dr. Todd Wilcox and Yuma clinical coordinator Cecilia Edwards on June 1, 2018. [Doc. 2792] Pursuant to the Court's instruction at the April 11 hearing, the parties have set aside June 12 and 14, July 10 and 12, and August 7 and 9, 2018, for any additional hearing dates.

4. Plaintiffs' report regarding the recent monitoring tours of ASPC-Winslow and ASPC-Yuma. [*See* Declaration of Corene Kendrick, filed herewith, ¶¶ 2-8, Exs. 1-7]

5. Defendants' March 2018 CGAR results and remediation plans for performance measures previously found substantially noncompliant by the Court. [Doc. 1583 at 2, Doc. 1709 at 1, Doc. 2030 at 2; Doc. 2403 at 2-3; Doc. 2764 at 2; 12/20/17 Tr. at 100:25-101:3; 4/11/18 Tr. at 21:15-27:2]

6. Defendants' update regarding the provision of specialty care, including the status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine. [*See* 11/7/17 Tr. at 122:18-124:21, 126:25-129:25; 2/28/18 Tr. at 433:4-443:15; *see also* Doc. 2398; Doc. 2459-3; 7/14/17 Tr. at 25:7-10; 9/12/17 Tr. at 187:3-192:14; Doc. 2426-1 at 60-76]

7. Plaintiffs' request for an update from Defendants regarding the following contractual issues:

        a. the status of their Request For Proposals and negotiations with bidders for a five year contract to provide health care services, to begin on July 1, 2018;

        b. the amount of money awarded to Corizon as "incentive payments" in March 2018 pursuant to Amendment 14 of the current contract;

        c. the amount of money assessed against Corizon for violations of the Stipulation's performance measures in March 2018; and,

        d. the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in March 2018. [*See* Kendrick Dec. Ex. 8 (March 2018 staffing report)]

8. Disputes regarding Defendants' methodology in monitoring compliance with the Stipulation and the Monitoring Guide:

        a. Defendants' monitoring of PM 94 at ASPC-Winslow, (*see* Kendrick Dec. Ex. 1 at 1-2);

        b. Errors and improper monitoring methodology in September 2017 CGAR results, (Doc. 2502-1 at 4-19; Kendrick Dec. Ex. 9); and,

        c. Errors and improper monitoring methodology in October 2017 CGAR results. [*See* Doc. 2634-1, Ex. 1, Kendrick Dec. Ex. 10]

9. Defendants' refusal to produce documents requested by Plaintiffs and an updated privilege log. [Kendrick Dec. ¶ 12, Exs. 11-12]

10. Plaintiffs' response to Defendants' request to terminate the monitoring of certain performance measures. [4/11/18 Tr. at 154:2-10; Kendrick Dec. Ex. 13]

**Matters Fully Briefed and Awaiting Decision From the Court:**

1. The Court's Order to Show Cause Regarding Contempt.

2. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

3. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary

-2-

Hearings on Monitoring; 2068 (Defendants' Response); 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17; 15:24-16:1; 17:5-15]

    4.    Plaintiffs' Motion for Attorney Fees and Costs [Doc. 2276, 2277, 2278, 2279, 2280, 2402, 2433, 2434] and Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503). [Doc. 2518, 2519, 2589, 2623]

    5.    Monitoring methodology for PM 86. [*See* Doc. 2590, 2598, 2613, 2619, 2645, 2715, 2765, 2784]

Respectfully submitted,

Dated: May 4, 2018

**PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
            afettig@aclu.org
            vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, PLLC**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone: (520) 477-1475 |
| 4 | Email: kirstin@eidenbachlaw.com |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF** |
| 6 | **ARIZONA**<br>3707 North 7th Street, Suite 235 |
| 7 | Phoenix, Arizona 85013<br>Telephone: (602) 650-1854 |
| 8 | Email: kbrody@acluaz.org |
| 9 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 10 | John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP** |
| 11 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 12 | Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com |
| 13 | agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)* |
| 15 | **JONES DAY**<br>555 California Street, 26th Floor |
| 16 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 17 | Email: cnmitchell@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 20 | 717 Texas Street<br>Houston, Texas 77002 |
| 21 | Telephone: (832) 239-3939<br>Email: jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 24 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2018 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ Corene Kendrick