Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On April 12, 2018, Plaintiffs' counsel toured ASPC-Winslow. The group consisted of me, Kirstin Eidenbach, and Maya Abela. At the start of the tour, we met with the Facility Health Administrator, Mr. Russell. We asked him about mental health treatment at the institution, given that Corizon staffing reports had shown for over a year that the psych associate position was vacant. He stated that approximately 2 weeks prior to our tour, that position was finally filled, but that prior to the hiring of the person, the psych associate at the Safford institution would see patients two times a week via telemedicine. I asked how class members on suicide watch or mental health watch were seen, and Mr. Russell stated that they were seen by a Registered Nurse daily at cell-front, and that the psych associate would see them twice a week via telemedicine. I asked if they would bring the telemedicine equipment to the watch cell if the person refused to leave the cell, and Mr. Russell stated that they would not use telemedicine equipment at the cell, but that a nurse would go speak to the class member at cell-front.

3. During the Winslow tour, there was one individual who was in the mental health watch cell, and I spoke with him. As it turned out, he was not there for fear of self-harm, but because he had recently been assaulted by another prisoner and he was in the watch cell ostensibly for protective reasons. While he was allowed to wear his regular uniform, he reported that he had not been provided any out of cell time since being housed in the unit.

4. Attached hereto as **Exhibit 1** is a **redacted** true and correct copy of a letter sent by Plaintiffs' counsel Kirstin Eidenbach to Defendants' counsel Timothy Bojanowski on May 4, 2018, reporting systemic issues and class members in need of medical care

1  during our April 12, 2018 tour of ASPC-Winslow. I have redacted all identifying class
2  member information from the document pursuant to the parties' Amended Protective
3  Order. [Doc. 454]

4       5.     Attached hereto as **Exhibit 2** is a **redacted** true and correct copy of an email
5  I sent to Mr. Bojanowski on April 16, 2018 regarding a class member at ASPC-Winslow
6  who I spoke with during the April 12, 2018 tour of the institution who was suffering from
7  a severe skin condition, and who had been quarantined during the April 12 visit after I
8  brought his case to Mr. Bojanowski's attention. As of today, I have not received a
9  response from Defendants' counsel to my notification.

10       6.     Attached hereto as **Exhibit 3** is a **redacted** true and correct copy of an email
11  I sent to Mr. Bojanowski on April 18, 2018 regarding a class member at ASPC-Winslow
12  who I spoke with during the April 12, 2018 tour of the institution who had not been
13  treated for two detached retinas. As of today, I have not received a response from
14  Defendants' counsel to my notification. According to ADC's Inmate Locator, this class
15  member was discharged to the community on May 2, 2018.

16       7.     On April 26-27, 2018, Plaintiffs' counsel toured ASPC-Yuma. The first
17  morning, our team of monitors split into three groups to tour clinics and to speak to class
18  members and staff. We have reached an agreement with Counsel for Defendants that
19  someone from ADC will have a camera with them to take pictures upon our request. For
20  example, on past tours we have asked staff to photograph signs on a wall in a clinic, or
21  injuries to a class member. During our lunch break on April 26, the group of three
22  attorneys who toured La Paz Unit (Rita Lomio from the Prison Law Office and Maya
23  Abela and Chris Carlsen from the Arizona Center for Disability Law) reported that while
24  they were speaking with a nurse in the clinic, an unknown custody officer took pictures of
25  them speaking with her. It was unclear why the officer was taking pictures, as they had
26  not asked him to do so. They were concerned that this occurred (and to our knowledge,
27  this has never happened before on a tour) because of the potentially chilling effect upon
28  health care staff whom we interview. I notified Mr. Bojanowski that same day that the

officer had taken pictures of plaintiffs' attorneys speaking to staff, and asked that no photos be taken in the future when we were speaking to staff or class members, unless we specifically requested that the photo be taken. On April 27, 2018, at the end of the tour, Mr. Bojanowski informed me that the officer who went to La Paz Unit with Plaintiffs' counsel denied taking any photos of them speaking with the nurse. Attached herein as **Exhibits 4-6** are sworn declaration from Ms. Lomio, Ms. Abela, and Mr. Carlsen describing what they observed on April 26.

8. During the ASPC-Yuma tour, we spoke with dozens of class members who described the actions taken by ADC and Corizon staff at the Cheyenne Unit on March 1-5, 2018, after a disturbance the evening of March 1. The people we spoke to alleged, and subsequent medical record reviews confirmed, that every person living in the Cheyenne Unit was made to sit and sleep on the recreation yard at Cheyenne Unit for five days while handcuffed, and that people went without their medications and experienced medical and mental health emergencies. Attached herein as **Exhibit 7** is a **redacted** copy of a letter that I sent to counsel for Defendants on May 1, 2018 requesting more information regarding the class members' allegations, and noting that in 2000 the Ninth Circuit ruled that such actions taken by ADC after a disturbance at a prison violate the Eighth Amendment. *Johnson v. Lewis*, 217 F.3d 726 (9th Cir. 2000).

9. Attached herein as **Exhibit 8** is a true and correct copy of the March 2018 statewide staffing report provided by Defendants.

10. Attached herein as **Exhibit 9** is a **redacted** copy of a letter sent to me by Mr. Bojanowski on April 25, 2018, in response to my December 11, 2017 letter regarding errors and improper monitoring methodology in the September 2017 CGARs. [Doc. 2502-1 at 4-19]

11. Attached herein as **Exhibit 10** is a **redacted** copy of a letter sent to me by Mr. Bojanowski on April 25, 2018, in response to my February 5, 2018 letter regarding errors and improper monitoring methodology in the October 2017 CGARs. [Doc. 2634-1, Ex. 1]

12. Attached herein as **Exhibit 11** is a **redacted** true and correct copy of a letter dated April 13, 2018, sent to me by Defendants' counsel Richard Valenti. He was writing in response to a letter I had sent him regarding Plaintiffs' document requests on April 3, 2018, a copy of which is filed at Docket 2742-3 at 19-24. The parties met-and-conferred on April 30, 2018 and are at an impasse regarding Requests 75, 76, 79, 80, 81, 84, and 85. *See* Ex. 11, generally. Counsel for Defendants have stated they will provide psychological autopsies for three class members who committed suicide in 2017, as well as documents responsive to Requests 62, 67, 76, 82, but during the meet and confer could not provide a timeframe for such production. Defendants also have not provided an updated privilege log for the document production related to the evidentiary hearing. Attached herein as **Exhibit 12** is a true and correct copy of an email sent by David Fathi to Defendants' counsel after the parties' April 30 meet and confer regarding Directors' Meeting minutes, to which we have received no response.

13. Attached herein as **Exhibit 13** is a true and correct copy of a letter I sent to Defendants on April 18, 2018, pursuant to the Court's instruction, regarding Defendants' request that Plaintiffs stipulate to the termination of monitoring certain performance measures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 4, 2018, in Berkeley, California.

             s/ Corene Kendrick

| | |
|---|---|
| Dated: May 4, 2018 | **PRISON LAW OFFICE** |
| | By:  s/ Corene Kendrick |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Case 2:12-cv-00601-ROS   Document 2794   Filed 05/04/18   Page 8 of 9

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         jross@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-7-

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy Ray
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

    s/ Corene Kendrick