# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

On March 26, 2018, Director Ryan testified that discussions for the new Arizona State budget included an additional amount for prisoner health care. "The placeholder is for $30 million in addition to what the current appropriated amount is for health care, which is $148.8 million." March 26, 2018 Transcript at p. 1020. Given news reports that suggest the new budget is now finalized, Defendants shall be prepared to address at the May 9, 2018 status conference what the final health care appropriation is for the next budget year.

Dated this 7th day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge