# EXHIBIT A

EXHIBIT A

<table>
<tr><td rowspan="3"></td><td colspan="2">Contract Change Order/Amendment</td><td rowspan="3">State of Arizona<br>Department of Corrections<br>1645 West Jefferson Street<br>Phoenix, AZ 85007</td></tr>
<tr><td colspan="2">Contract No.: ADOC13-041943 / ADC No. 130051DC</td></tr>
<tr><td>Amendment No.: 15</td><td>Date: May 7, 2018</td></tr>
</table>

The Contract is hereby amended as follows:

1. ADC will extend the term of the Contract for a period of one year from July 1, 2018 to June 30, 2019.

2. Minimum Required Staffing Plan (MRSP) shall be 1,046.75 FTEs based on the attached staffing pattern for each complex/facility.

3. Staffing Paybacks/Offsets: Hours will be reported monthly by position by facility. The Regional Office staffing will be reported as one "Facility". In the event that less than one hundred percent (100%) of the required staffing hours are worked in a given month for any position, per Facility, Corizon shall credit ADC for such unfilled hours to the extent that such hours, per position, per facility, fall below the 100% threshold. Positions can be covered by staff based on the staffing replacement mix listed on attachment B. For example, if there are two (2) FTE RN's identified for a particular facility, then the calculation of the 100% threshold for the RN position at the facility will be based on the number of hours equal to two (2) FTEs for that month and the total number of fulfilled RN hours. Credit shall be at a rate equal to the average hourly wage for the position (hourly rate = offset/payback) for the vacant hours.

4. Contract Sanction: There will be no cap on contract sanctions during this one year extension.

   Corizon shall remain subject to the per performance measure sanction for any failed performance measure that extends the monitoring period under the rules of the *Parson v. Ryan, et al.* Stipulation.

   Contract sanctions shall be incurred based upon the Graduated Sanctions Scale table below:

   Graduated Sanction Table Based on # of Measures Extending Stipulation

| # Measures | Sanction | |
|---|---|---|
| 1-9 | $ | 2,500 per measure |
| 10-19 | $ | 5,000 per measure |
| 20-29 | $ | 7,500 per measure |
| 30-39 | $ | 10,000 per measure |
| 40-49 | $ | 15,000 per measure |
| 50+ | $ | 20,000 per measure |

Example: 40 failed measures would be calculated as follows: (9 measures x $2,500) + (10 measures x $5,000) (10 measures at $7,500) + (10 measures x 10000) + (1 measure x 15,000) = $22,500 + $50,000 75,000 + $100,000 + $15,000 = $262,500 for 40 failed measures.

| Prepared by: Kristine Yaw, Deputy Chief Procurement Officer<br>Date: May 7, 2018 | Available online at Procure.AZ.gov | |
|---|---|---|

|  | **Contract Change Order/Amendment** | |
|---|---|---|
| | Contract No.: ADOC13-041943 / ADC No. 130051DC | |
| | Amendment No.: 15 — Date: May 7, 2018 | |

5. **Quick Pay:** For services beginning July 1, 2018, Corizon shall invoice ADC for services that month utilizing Inmate Count of State Prisons reported on the ADC Daily Count Sheet of the June 15, 2018. The 15th of the month Inmate Count will be used as estimated ADP for the following month. Corizon shall invoice ADC no later than the 20th of the month, for the following month's payment.

6. **Hepatitis C:** The per diem includes $5.1 Million for Hepatitis C pharmaceutical cost. Corizon shall reconcile monthly and true up on a direct cost basis for the requisite pharmaceuticals. Corizon shall provide a monthly detailed report containing date administered and cost of Hep-C pharmaceuticals for each inmate. Any material increase in this expenditure will require ADC written consent and Legislative approval for necessary funding.

7. **Payment Structure**: Pricing based on a modified Per Inmate Per Day (PIPD). The base per diem with an adjusted rate for population above or below the base population as described below rather than strict per diem pricing. Pricing is based on an inmate population of 34,074 "Base Population". "Base Per Diem" price is $15.164 PIPD with an adjusted per diem for ADP changes above and below 34,074 will be charged at $4.352 PIPD.

   Example 1: Average daily population above Base Population:
   Monthly ADP of 35,074 would be charged as (34,074 * $15.164) + (1,000 x $4.352) = $521,050.14 per day x number of days in month (30) = $15,631,504.08.

   Example 2: Average daily population below Base Population:
   Monthly ADP of 33,074 would be charged as (34,074 x $15.164) – (1,000 x $4.352) = $512,346.14, per day x number of days in month (30) = $15,370,384.08.

8. Contract Amendment #14 will expire on June 30, 2018.

9. Additional line items have been added in ProcureAZ to reflect the new pricing.

10. A revised staffing plan (Attachment A), staffing replacement mix (Attachment B), and Fee Schedule (Attachment C) are attached hereto and incorporated herein.

Intentionally left blank

|  | **Contract Change Order/Amendment** | | State of Arizona<br>Department of Corrections<br>1645 West Jefferson Street<br>Phoenix, AZ 85007 |
|---|---|---|---|
| | Contract No.: ADOC13-041943 / ADC No. 130051DC | | |
| | Amendment No.: 15 | Date: May 7, 2018 | |

**ALL OTHER REQUIREMENTS, SPECIFICATIONS, TERMS AND CONDITIONS REMAIN UNCHANGED**

| This Contract Amendment is not binding against the State of Arizona unless signed by an authorized representative of the Contractor and then accepted in writing by an authorized representative of the State. | |
|---|---|
| CONTRACTOR HEREBY ACKNOWLEDGES RECEIPT AND UNDERSTANDING OF THE ABOVE AMENDMENT | THE ABOVE REFERENCED CONTRACT AMENDMENT IS HEREBY EXECUTED THIS DATE BY THE STATE |
| Signature of Authorized Representative | Signature of Authorized Representative |
| Typed or Printed Name<br>Steve Rector | Typed or Printed Name<br>Ken Sanchez |
| Title<br>CEO | Title<br>Chief Procurement Officer |
| Date<br>5/7/18 | Date<br>5/7/18 |

| FTE POSITIONS | DOUGLAS | EYMAN | FLORENCE | LEWIS | PERRYVILLE | PHOENIX | SAFFORD | TUCSON | WINSLOW | YUMA | REG OFFICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 9.20 |
| Staff Physician | 1.00 | 1.00 | 2.00 | 1.00 | 1.00 | 1.00 | 1.00 | 2.00 | 1.00 | 1.00 | 0.00 | 12.00 |
| Midlevel Practitioner | 1.00 | 5.00 | 5.00 | 6.00 | 5.00 | 3.20 | 1.00 | 7.00 | 2.00 | 4.00 | 0.00 | 39.20 |
| Facility Health Administrator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Assistant Facility Health Administrator | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 6.00 |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Assistant Director of Nursing | 1.40 | 6.50 | 6.50 | 7.00 | 6.00 | 3.00 | 2.00 | 8.00 | 2.00 | 5.00 | 0.00 | 47.40 |
| RN | 8.00 | 20.40 | 36.00 | 30.00 | 30.00 | 12.00 | 8.00 | 36.00 | 6.00 | 14.00 | 0.00 | 200.40 |
| LPN | 4.00 | 31.00 | 31.05 | 35.00 | 24.00 | 3.00 | 6.00 | 40.00 | 4.00 | 10.00 | 0.00 | 188.05 |
| Nursing Assistant / PCT | 5.00 | 11.00 | 22.00 | 16.00 | 16.00 | 5.80 | 4.00 | 22.00 | 3.00 | 6.00 | 0.00 | 110.80 |
| Lead Inventory Coordinator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Inventory Coordinator | 1.00 | 3.00 | 3.00 | 3.00 | 2.00 | 1.00 | 1.00 | 3.00 | 1.00 | 2.00 | 0.00 | 20.00 |
| Lab Technician | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 2.00 |
| X-Ray Technician | 0.50 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.00 | 8.00 |
| Office Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Administrative Assistant | 1.00 | 2.00 | 2.00 | 2.00 | 2.00 | 1.00 | 1.00 | 2.00 | 1.00 | 2.00 | 1.00 | 17.00 |
| Medical Records Supervisor | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Medical Records Clerk | 1.00 | 4.00 | 5.00 | 4.00 | 4.00 | 3.00 | 1.00 | 6.00 | 1.00 | 4.00 | 0.00 | 33.00 |
| Clinical Coordinator | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 6.00 |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Dentist | 1.00 | 2.00 | 2.00 | 2.00 | 3.00 | 1.00 | 0.50 | 3.00 | 0.50 | 2.00 | 0.00 | 17.00 |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 1.80 |
| Dental Assistant | 2.00 | 6.00 | 6.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 2.00 | 4.00 | 0.00 | 43.00 |
| Psychiatrist (PROVIDER) | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.00 | 2.50 | 0.00 | 0.50 | 0.00 | 7.50 |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 1.50 | 1.50 | 2.50 | 2.00 | 2.25 | 0.00 | 2.00 | 0.00 | 2.25 | 0.00 | 14.00 |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Lead Psychology Associate | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| Psychologist (CLINICIAN) | 0.00 | 3.00 | 2.50 | 2.50 | 2.50 | 2.50 | 0.00 | 3.00 | 0.00 | 2.00 | 0.00 | 18.00 |
| Psychology Associate (CLINICIAN) | 1.00 | 12.40 | 7.00 | 14.00 | 10.00 | 5.00 | 1.00 | 12.00 | 1.00 | 8.00 | 0.00 | 71.40 |
| Mental Health RN | 0.00 | 1.50 | 1.50 | 1.50 | 1.00 | 20.00 | 0.00 | 1.50 | 0.00 | 1.00 | 0.00 | 28.00 |
| Behavioral Health Tech | 0.00 | 5.00 | 3.00 | 3.00 | 1.50 | 7.00 | 0.00 | 4.50 | 0.00 | 1.00 | 0.00 | 25.00 |
| Recreation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Mental Health Clerk | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 7.00 |
| VP of Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |

# AMENDMENT 15 ATTACHMENT A

| FTE POSITIONS | DOUGLAS | EYMAN | FLORENCE | LEWIS | PERRYVILLE | PHOENIX | SAFFORD | TUCSON | WINSLOW | YUMA | REG OFFICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Associate VPD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Director Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Director of Nursing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Grievance Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Director CQI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Medical Content Specialist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Provider Service Rep | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Desk Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Recruiter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Education Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| Regional Clinical Pharmacy Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Lead Outpatient UM Reviewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Utilization Review RN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 |
| Release / Discharge Planner | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | 7.00 |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Telehealth Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Chronic Care Scheduler | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 7.00 |
| Regional Infection Control Nurse | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Business Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Training & Development Mgr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| UM Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Technical Trainer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scheduler | 0.50 | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | 0.00 | 6.00 |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | | | | | | | | | | | |
| TOTAL CONTRACT | 37.10 | 130.50 | 151.25 | 151.70 | 131.70 | 87.45 | 34.70 | 177.20 | 32.70 | 83.45 | 29.00 | 1046.75 |

# AMENDMENT 15 ATTACHMENT B

| POS # | HOURS CAN BE APPLIED TO POS # (SAME FACILITY) | |
|---|---|---|
| 1 | 2 | Medical Director |
| 2 | 3 | Staff Physician |
| 3 | | Midlevel Practitioner |
| 4 | | Facility Health Administrator |
| 5 | | Assistant Facility Health Administrator |
| 6 | 7 | Director of Nursing |
| 7 | 8 | Assistant Director of Nursing |
| 8 | 9 | RN |
| 9 | 10 | LPN |
| 10 | | Nursing Assistant / PCT |
| 11 | 12 | Lead Inventory Coordinator |
| 12 | | Inventory Coordinator |
| 13 | | Lab Technician |
| 14 | | X-Ray Technician |
| 15 | | Office Manager |
| 16 | | Administrative Assistant |
| 17 | 18 | Medical Records Supervisor |
| 18 | | Medical Records Clerk |
| 19 | | Clinical Coordinator |
| 20 | | LPN - Infection Control |
| 21 | | Clerk |
| 22 | 23 | Dental Director |
| 23 | 25 | Dentist |
| 24 | | Dental Hygienist |

AMENDMENT 15 ATTACHMENT B

| POS # | HOURS CAN BE APPLIED TO POS # (SAME FACILITY) | FTE POSITIONS |
|---|---|---|
| 25 | | Dental Assistant |
| 26 | 27 | Psychiatrist (PROVIDER) |
| 27 | | Mental Health Midlevel (NP / PA) (PROVIDER) |
| 28 | 29 | Mental Health Clinical Director (Ph.D) |
| 29 | 31 | Lead Psychologist |
| 30 | | Lead Psychology Associate |
| 31 | 32 | Psychologist (CLINICIAN) |
| 32 | | Psychology Associate (CLINICIAN) |
| 33 | | Mental Health RN |
| 34 | | Behavioral Health Tech |
| 35 | | Recreation Therapist |
| 36 | | Mental Health Clerk |
| 37 | | VP of Operations |
| 38 | | Associate VPO |
| 39 | | Director Operations |
| 40 | | Regional Medical Director |
| 41 | | Regional Director of Nursing |
| 42 | | Regional Grievance Coordinator |
| 43 | | Regional Director CQI |
| 44 | | Medical Content Specialist |
| 45 | | Provider Service Rep |
| 46 | | Service Desk Analyst |
| 47 | | Recruiter |
| 48 | | Education Coordinator |

AMENDMENT 15 ATTACHMENT B

| POS # | | FTE POSITIONS |
|---|---|---|
| 49 | | Regional Clinical Pharmacy Director |
| 50 | | Lead Outpatient UM Reviewer |
| 51 | | Utilization Review RN |
| 52 | | Release / Discharge Planner |
| 53 | | Healthcare Delivery Facilitator |
| 54 | | Regional Dental Director |
| 55 | | Regional Psychiatric Director |
| 56 | | VP Behavioral Health Services |
| 57 | | Associate Regional Mental Health Director |
| 58 | | Telehealth Coordinator |
| 59 | | Chronic Care Scheduler |
| 60 | | Regional Infection Control Nurse |
| 61 | | Business Analyst |
| 62 | | Training & Development Mgr |
| 63 | | UM Clerk |
| 64 | | Technical Trainer |
| 65 | | Scheduler |
| 66 | 26 | Psychiatric Director |
| 67 | 33 | MH RN Charge |