**EXHIBIT 1**

**EXHIBIT 1**

Department of Corrections
1645 W. Jefferson, MC55302
Phoenix, Arizona 85007

Procurement Determination:
# Competition Impracticable

| Sections 1 through 3 **MUST** be completed<br>Use Attachments as Necessary ||
|---|---|
| Agency: Arizona Department of Corrections ||
| Name: Ken Sanchez | Title: Chief Procurement Officer |
| Phone: 602.364.3786 | Fax: 602.364.3780 |
| Subject: Extension of Contract No. ADOC13-041943, Privatization of All Correctional Health Services (130051DC) beyond its five (5) year term ||
| Estimated Cost: **Total increase of the amendment will be around $32.6M = ($15.164 new PIPD − $12.54 old PIPD) * 365 * 34,074 ADP.** Total annual contract value is $188.6M. This is not the change in the FY19 appropriation as other factors such as Medicaid reimbursement and inmate population affect the final amount. ||
| Justification: In accordance with A.R.S. § 41-2534, the Department is currently contracted for all correctional health services with *Corizon, LLC*. Corizon provides services for the privatization of all correctional health services. The Department is requesting an extension of the contract, currently expiring on Jun 30, 2018, beyond its five (5) year term, to June 30, 2019 to allow for the exploration of different service models, a new RFP for the inmate healthcare service to be completed, awarded and implemented. Extending the current contract is advantageous to the State as it will allow ADC to cancel the current RFP and provide sufficient time to complete the service model, source selection and award process. Competition of the subject extension would inevitably create a lapse in mandatory healthcare service and increase expenditure of funds due to the use of outside healthcare facilities. Extending the contract with Corizon, LLC. will provide for uninterrupted health services to inmates. ||
| Note: In accordance with the Procurement Rules, the Arizona Uniform Terms and Conditions must be made a part of all contracts. If you will be required to sign a software licensing agreement or sign any other agreement containing terms and conditions, which will be made part of the final contract, you must receive prior approval from the Office of the Attorney General.<br>Approval of this request does not allow for agencies to exceed their dollar acquisition amount of delegated authority. ||

**To Be Completed by Procurement Authority:**

APPROVAL
[X] Request Authorized Pursuant to: R2-7-E303
[ ] Request Denied:
[ ] Request Returned for Additional Information:
[ ] See Comments:

Comments: _____

**Approved by:**
Signature: [signed]   Title: CPO ADC   Date: 05/07/18

AGENCY NOTICE: This is your official written determination in response to your procurement authorization request. The original request shall be maintained in the Department of Corrections Office.