# EXHIBIT 1

ADC/Corizon Contract Amendment 15 (Docket 2799-1)
Summary/Analysis of Statewide Changes in Contracted Health Care Staffing (FTEs)

**Site Administration – overall DECREASE from 17.0 to 16.0 FTE**
**Assistant Facility Health Administrator** – DECREASE from 7.0 to 6.0
DECREASE
- Phoenix – from 1.0 to 0.0

**Medical Providers – overall INCREASE from 40.0 to 60.4 FTE**
**Site Medical Director** (M.D. required) – DECREASE from 10.0 to 9.2
DECREASE
- Phoenix – from 1.0 to 0.2

**Staff Physicians** – DECREASE from 14.0 to 12.0
DECREASE
- Florence – from 2.5 to 2.0
- Lewis – from 2.5 to 1.0
- Perryville – from 2.5 to 1.0
- Tucson – from 3.5 to 2.0

INCREASE
- Douglas – from 0.0 to 1.0
- Safford – from 0.0 to 1.0
- Winslow – from 0.0 to 1.0

**Midlevel Practitioner** (Physician Assistant/Nurse Practitioner) – INCREASE from 26.0 to 39.2
DECREASE
- Phoenix – from 4.0 to 3.2

INCREASE
- Eyman – from 3.0 to 5.0
- Florence – from 2.0 to 5.0
- Lewis – from 3.0 to 6.0
- Tucson – from 3.0 to 7.0
- Winslow – from 1.0 to 2.0
- Yuma – from 3.0 to 4.0

**Medical Nursing Staff – overall INCREASE from 477 to 556.65**
**Assistant Director of Nursing** – INCREASE from 37.0 to 47.4
INCREASE
- Douglas – from 1.0 to 1.4
- Eyman – from 5.0 to 6.5
- Florence – from 5.0 to 6.5

1

- Lewis – from 3.0 to 7.0
- Perryville – from 5.0 to 6.0
- Phoenix – from 1.0 to 3.0
- Tucson – from 6.0 to 8.0
- Yuma – from 4.0 to 5.0

**Registered Nurses** – INCREASE from 178.9 to 200.4
DECREASE
- Douglas – from 8.6 to 8.0
- Eyman – from 20.6 to 20.4
- Phoenix – from 12.4 to 12.0
- Safford – from 9.8 to 8.0
- Tucson – from 39.1 to 36.0
- Winslow – from 11.8 to 6.0
- Yuma – from 15.7 to 14.0

INCREASE
- Florence – from 16.4 to 36.0
- Lewis – from 21.8 to 30.0
- Perryville – from 22.7 to 30.0

**Licensed Practical Nurses** – INCREASE from 156.6 to 188.05
DECREASE
- Phoenix – from 4.2 to 3.0
- Safford – from 6.1 to 6.0
- Winslow – from 5.2 to 4.0
- Yuma – from 11.5 to 10.0

INCREASE
- Douglas – from 3.9 to 4.0
- Eyman – from 23.2 to 31.0
- Florence – from 24.4 to 31.05
- Lewis – from 21.1 to 35.0
- Perryville – from 21.1 to 24.0
- Tucson – from 35.9 to 40.0

**Nursing Assistant/Patient Care Technicians** – INCREASE from 94.5 to 110.8
DECREASE
- Winslow – from 4.0 to 3.0
- Yuma – from 8.4 to 6.0

INCREASE
- Douglas – from 3.4 to 5.0
- Eyman – from 10.8 to 11.0

2

- Florence – from 15.4 to 22.0
- Lewis – from 13.9 to 16.0
- Perryville – from 11.8 to 16.0
- Phoenix – from 2.0 to 5.8
- Safford – from 2.8 to 4.0

**Dental Staff – overall DECREASE from 74.8 to 70.8**
**Dental Director (D.D.S.)** – DECREASE from 10.0 to 9.0
DECREASE
- Phoenix – from 1.0 to 0.5
- Safford – from 1.0 to 0.5

**Dentists** – DECREASE from 20.0 to 17.0
DECREASE
- Eyman – from 2.5 to 2.0
- Florence – from 3.0 to 2.0
- Lewis – from 3.0 to 2.0
- Tucson – from 4.0 to 3.0
- Winslow – from 1.0 to 0.5
- Yuma – from 3.0 to 2.75

INCREASE
- Perryville – from 2.5 to 3.0
- Phoenix – from 0.0 to 1.0
- Safford – from 0.0 to 0.5

**Mental Health Staff – overall INCREASE from 168.2 to 178.9**
**Psychiatrist** – no overall change statewide of 7.5 FTE
DECREASE
- Phoenix – from 1.5 to 0.5

INCREASE
- Tucson – from 2.0 to 2.5
- Yuma – from 0.0 to 0.5

**Mental Health Midlevel Provider** (Nurse Practitioner or Physician Assistant) – INCREASE from 11.5 to 14.0
DECREASE
- Eyman – from 2.0 to 1.5
- Florence – from 2.0 to 1.5

INCREASE
- Lewis – from 2.0 to 2.5
- Phoenix – from 1.0 to 2.25

3

- Tucson – from 1.5 to 2.0
- Yuma – from 1.0 to 2.25

**Psychologist** – DECREASE from 19.0 to 18.0
DECREASE
- Eyman – from 4.0 to 3.0
- Lewis – from 3.0 to 2.5
- Perryville – from 3.0 to 2.5
- Phoenix – from 3.0 to 2.5
- Tucson – from 4.0 to 3.0

INCREASE
- Florence – from 2.0 to 3.0
- Yuma – from 0.0 to 2.0

**Psychology Associate** – INCREASE from 52.4 to 71.4
DECREASE
- Phoenix – from 6.4 to 5.0

INCREASE
- Eyman – from 9.0 to 12.4
- Florence – from 6.5 to 7.0
- Lewis – from 7.0 to 14.0
- Perryville – from 6.5 to 10.0
- Tucson – from 10.0 to 12.0
- Yuma – from 4.0 to 8.0

**Mental Health Registered Nurse** – DECREASE from 36.4 to 28.0
DECREASE
- Eyman – from 3.0 to 1.5
- Florence – from 2.0 to 1.5
- Lewis – from 2.0 to 1.5
- Perryville – from 2.0 to 1.0
- Phoenix – from 23.4 to 20.0
- Tucson – from 4.0 to 1.5

**Behavioral Health/Psych Tech** – DECREASE from 25.4 to 25.0
DECREASE
- Eyman – from 5.1 to 5.0
- Florence – from 4.1 to 3.0
- Perryville – from 3.1 to 1.5
- Phoenix – from 12.1 to 7.0

4

INCREASE
- Lewis – from 1.0 to 3.0
- Tucson – from 0.0 to 4.5
- Yuma – from 0.0 to 1.0

**Recreational Therapist** – DECREASE from 5.0 to 1.0
DECREASE
- Perryville – from 1.0 to 0.0
- Phoenix – from 2.0 to 0.0
- Tucson – from 2.0 to 1.0

**Mental Health Clerk** – INCREASE from 4.0 to 7.0
INCREASE
- Lewis – from 0.0 to 1.0
- Phoenix – from 0.0 to 1.0
- Yuma – from 0.0 to 1.0

**<u>Miscellaneous</u>**
**Clinical Coordinator** – DECREASE from 8.0 to 6.0
DECREASE
- Eyman – from 1.0 to 0.5
- Phoenix – from 1.0 to 0.0
- Winslow – from 1.0 to 0.0

INCREASE
- Douglas – from 0.0 to 0.5