EXHIBIT 1

EXHIBIT 1

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.20 | -0.80 |
| Staff Physician | 0.00 | 1.00 | 1.00 | 1.00 | 2.50 | 2.00 | 2.50 | 1.00 | 2.50 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 3.50 | 2.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 14.00 | 12.00 | -2.00 |
| Midlevel Practitioner | 1.00 | 1.00 | 3.00 | 5.00 | 2.00 | 5.00 | 3.00 | 6.00 | 5.00 | 5.00 | 4.00 | 3.20 | 1.00 | 1.00 | 3.00 | 7.00 | 1.00 | 2.00 | 3.00 | 4.00 | 0.00 | 0.00 | 26.00 | 39.20 | 13.20 |
| Facility Health Administrator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Assistant Facility Health Administrator | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 6.00 | 6.00 |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Assistant Director of Nursing | 1.00 | 1.40 | 5.00 | 6.50 | 6.00 | 6.50 | 3.00 | 7.00 | 6.00 | 6.00 | 1.00 | 3.00 | 2.00 | 2.00 | 7.00 | 8.00 | 2.00 | 2.00 | 4.00 | 5.00 | 0.00 | 0.00 | 37.00 | 47.40 | 10.40 |
| RN | 8.60 | 8.00 | 20.60 | 20.40 | 16.40 | 36.00 | 21.80 | 30.00 | 22.70 | 30.00 | 12.40 | 12.00 | 9.80 | 8.00 | 39.10 | 36.00 | 11.80 | 6.00 | 15.70 | 14.00 | 0.00 | 0.00 | 178.90 | 200.40 | 21.50 |
| LPN | 3.90 | 4.00 | 23.20 | 31.00 | 24.40 | 31.05 | 21.10 | 35.00 | 21.10 | 24.00 | 4.20 | 3.00 | 6.10 | 6.00 | 35.90 | 40.00 | 5.20 | 4.00 | 11.50 | 10.00 | 0.00 | 0.00 | 156.60 | 188.05 | 31.45 |
| Nursing Assistant / PCT | 3.40 | 5.00 | 10.80 | 11.00 | 15.40 | 22.00 | 13.90 | 16.00 | 11.80 | 16.00 | 2.00 | 5.80 | 2.80 | 4.00 | 22.00 | 22.00 | 4.00 | 3.00 | 8.40 | 6.00 | 0.00 | 0.00 | 94.50 | 110.80 | 16.30 |
| Lead Inventory Coordinator | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 3.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 4.00 | 1.00 | 0.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 9.00 | 9.00 | 0.00 |
| Inventory Coordinator | 0.00 | 1.00 | 3.00 | 3.00 | 3.00 | 3.00 | 0.00 | 3.00 | 4.50 | 2.00 | 3.00 | 1.00 | 0.00 | 1.00 | 0.00 | 3.00 | 1.00 | 1.00 | 0.00 | 2.00 | 0.00 | 0.00 | 14.50 | 20.00 | 5.50 |
| Lab Technician | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | 0.00 |
| X-Ray Technician | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | 8.00 | -0.50 |
| Office Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Administrative Assistant | 2.00 | 1.00 | 3.00 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 4.00 | 1.00 | 2.00 | 1.00 | 3.00 | 2.00 | 1.00 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 31.00 | 17.00 | -14.00 |
| Medical Records Supervisor | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Medical Records Clerk | 1.50 | 1.00 | 6.00 | 4.00 | 5.00 | 5.00 | 3.00 | 4.00 | 3.00 | 4.00 | 4.00 | 3.00 | 0.50 | 1.00 | 6.00 | 6.00 | 1.00 | 3.00 | 4.00 | 4.00 | 0.00 | 0.00 | 32.00 | 33.00 | 1.00 |
| Clinical Coordinator | 0.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 8.00 | 6.00 | -2.00 |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.00 | -1.00 |
| Dentist | 1.00 | 1.00 | 2.50 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 2.50 | 3.00 | 0.00 | 1.00 | 0.00 | 0.50 | 4.00 | 3.00 | 1.00 | 0.50 | 3.00 | 2.00 | 0.00 | 0.00 | 20.00 | 17.00 | -3.00 |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 1.80 | 1.80 | 0.00 |
| Dental Assistant | 3.00 | 2.00 | 5.00 | 6.00 | 5.00 | 6.00 | 5.00 | 6.00 | 6.00 | 6.00 | 2.00 | 3.00 | 2.00 | 2.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 4.00 | 0.00 | 0.00 | 43.00 | 43.00 | 0.00 |
| Psychiatrist (PROVIDER) | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 6.50 | 7.50 | 1.00 |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 0.00 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 2.50 | 2.00 | 2.00 | 1.00 | 2.25 | 0.00 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 1.00 | 2.25 | 0.00 | 0.00 | 11.50 | 14.00 | 2.50 |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Lead Psychology Associate | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Psychologist (CLINICIAN) | 0.00 | 0.00 | 4.00 | 3.00 | 2.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 0.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 19.00 | 18.00 | -1.00 |
| Psychology Associate (CLINICIAN) | 1.00 | 1.00 | 9.00 | 12.40 | 6.50 | 7.00 | 7.00 | 14.00 | 6.50 | 10.00 | 6.40 | 5.00 | 1.00 | 1.00 | 10.00 | 12.00 | 1.00 | 1.00 | 4.00 | 8.00 | 0.00 | 0.00 | 52.40 | 71.40 | 19.00 |
| Mental Health RN | 0.00 | 0.00 | 3.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.00 | 22.40 | 20.00 | 0.00 | 0.00 | 4.00 | 1.50 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 36.40 | 28.00 | -8.40 |
| Behavioral Health Tech | 0.00 | 0.00 | 5.10 | 5.00 | 4.10 | 3.00 | 1.00 | 3.00 | 3.10 | 1.50 | 12.10 | 7.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 25.40 | 25.00 | -0.40 |
| Recreation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.00 | 1.00 | -4.00 |
| Mental Health Clerk | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 4.00 | 7.00 | 3.00 |
| VP of Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Associate VPO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 2.00 | 1.00 | -1.00 |
| Director Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Director of Nursing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Grievance Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Director CQI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Medical Content Specialist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Provider Service Rep | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | -1.00 |
| Service Desk Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 1.00 | 3.00 | 1.00 | -2.00 |
| Recruiter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Education Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 4.00 | 4.00 |
| Regional Clinical Pharmacy Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 1.00 | 0.20 | 1.00 | 0.80 |
| Lead Outpatient UM Reviewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Utilization Review RN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | 2.00 | 2.00 | 0.00 |
| Release / Discharge Planner | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 2.00 | 7.00 | 5.00 |
| Healthcare Delivery Facilitator | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 9.00 | 9.00 |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 1.00 | 1.25 | 1.00 | -0.25 |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Telehealth Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Chronic Care Scheduler | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 7.00 |
| Regional Infection Control Nurse | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 1.00 | 3.00 | 1.00 | -2.00 |
| Training & Development Mgr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| UM Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | -2.00 |
| Technical Trainer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scheduler | 0.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 2.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.50 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.00 | 9.00 | 6.00 | -3.00 |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.50 |
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 1.00 |
| **TOTAL CONTRACT** | 32.10 | 37.10 | 116.40 | 130.50 | 112.50 | 151.25 | 106.50 | 151.70 | 117.90 | 131.70 | 97.50 | 87.45 | 32.90 | 34.70 | 166.20 | 177.20 | 39.70 | 32.70 | 74.80 | 83.45 | 28.45 | 29.00 | 924.95 | 1046.75 | 121.80 |

CURRENT OPERATING CONTRACT 1004.05

| FTE POSITIONS | PHOENIX (CURRENT) | PHOENIX (NEW) | CHANGE | BY DISCIPLINE |
|---|---|---|---|---|
| Medical Director | 1.00 | 0.20 | -0.80 | -1.60 |
| Staff Physician | 1.00 | 1.00 | 0.00 | |
| Midlevel Practitioner | 4.00 | 3.20 | -0.80 | |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | |
| Director of Nursing | 1.00 | 1.00 | 0.00 | 4.2 |
| Assistant Director of Nursing | 1.00 | 3.00 | 2.00 | |
| RN | 12.40 | 12.00 | -0.40 | |
| LPN | 4.20 | 3.00 | -1.20 | |
| Nursing Assistant / PCT | 2.00 | 5.80 | 3.80 | |
| Dental Director | 1.00 | 0.50 | -0.50 | 1.50 |
| Dentist | 0.00 | 1.00 | 1.00 | |
| Dental Hygienist | 0.00 | 0.00 | 0.00 | |
| Dental Assistant | 2.00 | 3.00 | 1.00 | |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | |
| Regional Psychiatric Director (MOVED TO REGIONAL OFFICE) | 1.00 | 0.00 | -1.00 | |
| Psychiatric Director | 0.50 | 1.00 | 0.50 | |
| Psychiatrist (PROVIDER) | 0.50 | 0.50 | 0.00 | |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 1.00 | 2.25 | 1.25 | |
| Mental Health Clinical Director (Ph.D) | 1.00 | 1.00 | 0.00 | |

| FTE POSITIONS | PHOENIX (CURRENT) | PHOENIX (NEW) | CHANGE | BY DISCIPLINE |
|---|---|---|---|---|
| Lead Psychologist | 0.00 | 0.00 | 0.00 | -7.65 |
| Psychologist (CLINICIAN) | 3.00 | 2.50 | -0.50 | |
| Lead Psychology Associate | 0.00 | 1.00 | 1.00 | |
| Psychology Associate (CLINICIAN) | 6.40 | 5.00 | -1.40 | |
| Mental Health RN | 22.40 | 20.00 | -2.40 | |
| Behavioral Health Tech | 12.10 | 7.00 | -5.10 | |
| Recreation Therapist | 2.00 | 0.00 | -2.00 | |
| Mental Health Clerk | 0.00 | 1.00 | 1.00 | |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | |
| MH RN Charge | 1.00 | 2.00 | 1.00 | |
| | | | | |
| TOTAL CONTRACT  / ALL POSITIONS (NOT JUST THOSE SHOWN HERE) | 97.50 | 87.45 | -10.05 | |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE | BY DISCIPLINE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.20 | -0.80 | |
| Staff Physician | 0.00 | 1.00 | 1.00 | 1.00 | 2.50 | 2.00 | 2.50 | 1.00 | 2.50 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 3.50 | 2.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 14.00 | 12.00 | -2.00 | 10.40 |
| Midlevel Practitioner | 1.00 | 1.00 | 3.00 | 5.00 | 2.00 | 5.00 | 3.00 | 6.00 | 5.00 | 5.00 | 4.00 | 3.20 | 1.00 | 1.00 | 3.00 | 7.00 | 1.00 | 2.00 | 3.00 | 4.00 | 0.00 | 0.00 | 26.00 | 39.20 | 13.20 | |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 | |
| Assistant Director of Nursing | 1.00 | 1.40 | 5.00 | 6.50 | 6.00 | 6.50 | 3.00 | 7.00 | 6.00 | 6.00 | 1.00 | 3.00 | 2.00 | 2.00 | 7.00 | 8.00 | 2.00 | 2.00 | 4.00 | 5.00 | 0.00 | 0.00 | 37.00 | 47.40 | 10.40 | |
| RN | 8.60 | 8.00 | 20.60 | 20.40 | 16.40 | 36.00 | 21.80 | 30.00 | 22.70 | 30.00 | 12.40 | 12.00 | 9.80 | 8.00 | 39.10 | 36.00 | 11.80 | 6.00 | 15.70 | 14.00 | 0.00 | 0.00 | 178.90 | 200.40 | 21.50 | 79.65 |
| LPN | 3.90 | 4.00 | 23.20 | 31.00 | 24.40 | 31.05 | 21.10 | 35.00 | 21.10 | 24.00 | 4.20 | 3.00 | 6.10 | 6.00 | 35.90 | 40.00 | 5.20 | 4.00 | 11.50 | 10.00 | 0.00 | 0.00 | 156.60 | 188.05 | 31.45 | |
| Nursing Assistant / PCT | 3.40 | 5.00 | 10.80 | 11.00 | 15.40 | 22.00 | 13.90 | 16.00 | 11.80 | 16.00 | 2.00 | 5.80 | 2.80 | 4.00 | 22.00 | 22.00 | 4.00 | 3.00 | 8.40 | 6.00 | 0.00 | 0.00 | 94.50 | 110.80 | 16.30 | |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 10.00 | 9.00 | -1.00 | |
| Dentist | 1.00 | 1.00 | 2.50 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 2.50 | 3.00 | 0.00 | 1.00 | 0.00 | 0.00 | 4.00 | 3.00 | 1.00 | 0.50 | 3.00 | 2.00 | 0.00 | 0.00 | 20.00 | 17.00 | -3.00 | -4.00 |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 1.80 | 1.80 | 0.00 | |
| Dental Assistant | 3.00 | 2.00 | 5.00 | 6.00 | 5.00 | 6.00 | 5.00 | 6.00 | 6.00 | 6.00 | 2.00 | 3.00 | 2.00 | 2.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 4.00 | 0.00 | 0.00 | 43.00 | 43.00 | 0.00 | |
| Psychiatrist (PROVIDER) | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 6.50 | 7.50 | 1.00 | |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 0.00 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 2.50 | 2.00 | 2.25 | 0.00 | 0.00 | 1.50 | 2.00 | 1.00 | 2.00 | 0.00 | 0.00 | 1.00 | 2.25 | 0.00 | 0.00 | 11.50 | 14.00 | 2.50 | |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | -1.00 | |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | |
| Lead Psychology Associate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 5.00 | 5.00 | 19.95 |
| Psychologist (CLINICIAN) | 0.00 | 0.00 | 4.00 | 3.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 3.00 | 3.50 | 3.00 | 0.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.00 | 18.00 | -1.00 | |
| Psychology Associate (CLINICIAN) | 1.00 | 1.00 | 9.00 | 12.40 | 6.50 | 7.00 | 7.00 | 14.00 | 6.50 | 10.00 | 6.40 | 5.00 | 1.00 | 1.00 | 10.00 | 12.00 | 1.00 | 4.00 | 8.00 | 0.00 | 0.00 | 0.00 | 52.40 | 71.40 | 19.00 | |
| Mental Health RN | 0.00 | 0.00 | 3.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.95 | 22.40 | 20.00 | 0.00 | 0.00 | 4.00 | 1.50 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 36.40 | 28.00 | -8.40 | |
| Behavioral Health Tech | 0.00 | 0.00 | 5.10 | 0.00 | 4.10 | 3.00 | 1.00 | 3.00 | 3.10 | 1.50 | 12.10 | 7.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 25.40 | 25.00 | -0.40 | |
| Recreation Therapist | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.00 | 1.00 | -4.00 | |
| Mental Health Clerk | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 4.00 | 7.00 | 3.00 | |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 1.00 | 1.25 | 1.00 | -0.25 | |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.50 | |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE | BY DISCIPLINE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 1.00 | |
| TOTAL CONTRACT | 32.10 | 37.10 | 116.40 | 130.50 | 112.50 | 151.25 | 106.50 | 151.70 | 117.90 | 131.70 | 97.50 | 87.45 | 32.90 | 34.70 | 166.20 | 177.20 | 39.70 | 32.70 | 74.80 | 83.45 | 28.45 | 29.00 | 924.95 | 1046.75 | 121.80 | |