AO 435
AZ Form (Rev. 3/2018)

Administrative Office of the United States Courts

FOR COURT USE ONLY

DUE DATE:

**TRANSCRIPT ORDER**

| 1. NAME  Timothy J. Bojanowski | 2. PHONE NUMBER  480-420-1600 | 3. DATE  05/09/2018 |
|---|---|---|

| 4. FIRM NAME  Struck Love Bojanowski & Acedo, PLC |
|---|

| 5. MAILING ADDRESS  3100 W. Ray Road, Ste. 300 | 6. CITY  Chandler | 7. STATE  AZ | 8. ZIP CODE  85226 |
|---|---|---|---|

| 9. CASE NUMBER  12-cv-601 | 10. JUDGE  David K. Duncan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 05/09/2018 | 12. |

| 13. CASE NAME  Parsons v. Ryan | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☑ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☑ OTHER (Specify) |  |
| ☐ SENTENCING |  | Status Hearing | 05/09/2018 |
| ☐ BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  |  |  |
| 14 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 7 DAYS | ☐ | ☐ |  |  |  |
| 3 DAYS | ☐ | ☐ |  |  |  |
| DAILY | ☑ | ☐ |  | ☑ PDF (e-mail) |  |
| HOURLY | ☐ | ☐ |  | ☑ ASCII (e-mail) |  |
| REALTIME | ☐ | ☐ |  |  |  |

E-MAIL ADDRESS
epercevecz@strucklove.com

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/Timothy J. Bojanowski

20. DATE 05/09/2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID | |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | |

DISTRIBUTION:      COURT COPY      TRANSCRIPTION COPY      ORDER RECEIPT      ORDER COPY