WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Plaintiffs filed a Motion to Enforce the Stipulation (Doc. 2520) concerning several performance measures, including PM 50 at Tucson, which requires urgent consultations and urgent specialty diagnostic services to be scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider. At its April 11, 2018 Status Hearing, the Court held a ruling in abeyance on this particular PM at this facility because the February CGAR reports reflected compliance at 87% (Doc. 2782, 4/11/18 Hr'g Tr. at 24:4-10). At the May 9, 2018 Status Hearing, however, the March CGAR reports showed that compliance dropped to 76% (Doc. 2801-1 at 144), without specifying a detailed remedial plan to address the longstanding deficiency. Because PM 50 at Tucson has been non-compliant since at least March 2017, with the exception of June 2017 (86%) and February 2018 (87%), the Court finds PM 50 at Tucson to be substantially non-compliant as it has been non-compliant for three or more consecutive months in the last 18 month period (*See* Doc. 2644; Doc. 1185 at ¶ 10(b)(ii)). Defendants

must therefore create a remedial plan tailored to this PM and file it with the Court no later than June 6, 2018.

Accordingly, **IT IS ORDERED that** PM 50 at Tucson is substantially non-complaint.

**IT IS FURTHER ORDERED** directing Defendants to file a remedial plan tailored to PM 50 no later than June 6, 2018.

Dated this 11th day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge