Anne E. Findling, Esq. (010871)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home, #B-100
Phoenix, AZ  85012
Tel: 602-285-0100
Fax: 602-265-0267
anne@robbinsandcurtin.com
*Interested Party*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | Case No.: CV-12-00601-PHX-DKD<br><br>**NOTICE OF REQUEST FOR ELECTRONIC NOTICES** |

Notice is hereby given for a request for electronic notices in the above-captioned matter for Interested Party, Anne E. Findling to email anne@robbinsandcurtin.com.

RESPECTFULLY SUBMITTED:  May 15, 2018

**ROBBINS & CURTIN, p.l.l.c.**

By:   /s/ Anne E. Findling
      Anne E. Findling
      *Interested Party*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.


By: <u>Kimberly A. Wolf</u>