Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
15 South 15th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                           Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                           Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING JANUARY 2018 COMPLIANCE WITH CERTAIN PERFORMANCE MEASURES PURSUANT TO ORDER TO SHOW CAUSE (DOC. 2373)** |

Defendants give notice of and attach as Exhibit 1[1] information regarding January 2018 compliance with Performance Measure ("PM") 52 at ASPC-Eyman pursuant to the Court's October 10, 2017 Order (Doc. 2373); November 7, 2017 ruling requiring production of the January 2018 data by February 26, 2018 (Doc. 2456); and February 22, 2018 Order extending the February 26, 2018 deadline to produce the January 2018 data for PMs 39, 44, 46, 52, and 54 (Doc. #2620). Defendants recently discovered that the information in Exhibit 1 was inadvertently omitted from their Notice Regarding January 2018 Compliance with Performance Measures 39, 44, 46, 52, and 54 Pursuant to Order to Show Cause, filed on March 5, 2018. (Doc. 2662.)[2]

Defendants further give notice of and attach as Exhibit 2 supplemental information regarding January 2018 compliance with PMs 11, 35, 39, 44, 46, 47, 50, 51, 52, and 54.[3] This supplemental information is provided pursuant to the statements in Defendants' Notice Regarding January 2018 Compliance with Performance Measures 11, 35, 47, 50, 51, and 66 Pursuant to Order to Show Cause, filed on February 26, 2018 (Doc. 2648), and Notice Regarding January 2018 Compliance with Performance Measures 39, 44, 46, 52, and 54 Pursuant to Order to Show Cause, filed on March 5, 2018 (Doc. 2662), indicating that the data produced with those Notices was preliminary, and had not yet been compared to the Health Services Contract Monitoring Bureau's ("HSCMB") findings from its

---

[1] The information in Exhibit 1 was provided to Defendants by Corizon.

[2] In preparing this Supplemental Notice, Defendants also discovered that information regarding PM 52 at Eyman was inadvertently omitted from their Notice Regarding December 2017 Compliance with Certain Performance Measures Pursuant to Order to Show Cause (Doc. 2576). The Court did not originally include PM 52 at Eyman in the list of PMs/complexes subject to the Order to Show Cause (Doc. 2373), but added PM 52 at Eyman at the November 7, 2017 status conference. (Doc. 2456.) That information is attached as Exhibit 3.

[3] Only those PMs/complexes that have new instances of non-compliance to report are included; PMs/complexes with no new instances are not included in Exhibit 2.

1

random audit of the January 2018 data, such that the lists attached to the Notices would likely need to be updated.[4] New instances of non-compliance are indicated in bold font.

DATED this 15th day of May 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Hesman
    Jacob B. Lee
    Kevin R. Hanger
    Timothy M. Ray
    Richard M. Valenti
    Jamie D. Guzman
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Mark Brnovich
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    15 South 15th Avenue
    Phoenix, Arizona 85007

*Attorneys for Defendants*

---

[4] The information attached as Exhibit 1 regarding PM 52 at Eyman includes instances of non-compliance identified by HSCMB during its audit.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck