# EXHIBIT 1

# (REDACTED)

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |