# EXHIBIT 2

# (REDACTED)

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | Complex |
|------------|-------------|---------|
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |
|  |  | LEWIS |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | **LEWIS** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |
| | | LEWIS |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | **LEWIS** |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | LEWIS |
| | | | LEWIS |
| | | | LEWIS |
| | | | **LEWIS** |
| | | | **LEWIS** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | EYMAN |
| | | EYMAN |
| | | EYMAN |
| | | **EYMAN** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |
|  |  | PERRYVILLE |

**Perryville PM 46 - Amended**

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | PERRYVILLE |
| | | | **PERRYVILLE** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | EYMAN |
|  |  | **EYMAN** |
|  |  | **EYMAN** |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | FLORENCE |
| | | | **FLORENCE** |
| | | | **FLORENCE** |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | TUCSON |
| | | | TUCSON |
| | | | TUCSON |
| | | | TUCSON |
| | | | TUCSON |
| | | | TUCSON |
| | | | TUCSON |
| | | | **TUCSON** |
| | | | **TUCSON** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |

**Florence PM 50 - Amended**

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | TUCSON |
|  |  | **TUCSON** |
|  |  | **TUCSON** |
|  |  | **TUCSON** |
|  |  | **TUCSON** |
|  |  | **TUCSON** |
|  |  | **TUCSON** |

| ADC Number | Inmate Name | Complex |
|---|---|---|
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | FLORENCE |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |
| | | **FLORENCE** |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | **EYMAN** |