# EXHIBIT 3

# (REDACTED)

| ADC Number | Inmate Name | | Complex |
|---|---|---|---|
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |
| | | | EYMAN |