Michael J. Cohn #288721
ASPC Lewis
P.O. Box 3500
Buckeye, AZ 85326

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4, 7.1(a)(1), 7.1(a)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 14 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12cv601-DKD |
| v. | Alleged Corruption of State's Executive Branch |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, class plaintiff in the above captioned case allege corruption, conspiracy (connivance) against the following:

1. Douglas Ducey, Governor

2. Mark Brnovich, Attorney General and Asst. Attorney General (and/or John Doe Liaisons) with the Arizona Medical Board, Dental Board, Nursing Board and Board of Psychologist Examiners, Osteopathic Medical Bd.

3. Patricia McSorley, Executive Director, Az. Medical Board.
   James Gillard, M.D. Chair
   R. Screven Farmer, M.D. Vice-Chair
   Jodi Bain, Esq. Treasurer
   Bruce G. Bethancourt, M.D., Teresa Connolly, D.N.P., Gary R. Figge, M.D.
   Pamela Jones, Lois E. Krahn, M.D., Edward G. Paul, M.D., Wanda Salter, R.N., Board members.

Per ARS§13-1403.2 and ARS§13-1451(A) The Medical Board is empowered to initiate its own investigation into evidence that shows a Doctor of Medicine is medically incompetent, is or may be guilty of unprofessional conduct. All Professional Bds. have comparable statutes.

Parsons v. Ryan and the Az. Medical Board and Osteopathic Medical Board, et al.

1

The Parsons v. Ryan case inter alia has been ongoing for over six years. The case is replete with evidence of incompetence and unprofessional conduct by physicians, nurses and psychology staff as well as corrections officers. The Governor supervises the Boards. The Attorney General provides liaisons to the Boards. The Parsons v. Ryan case has been in the public domain via media reports for years. In case MD17-0367A, the medical Board has been notified of Parsons v Ryan for about a year. To the best of my knowledge, the Board et al. have not initiated any investigation by own authority into any Corizon Health or Az. Dept. of corrections employee. Despite the ongoing Parsons v. Ryan case, there is nothing that precludes the Governor or Attorney General from directing investigations of incompetence/ misconduct into Corizon Health/ADOC medical professionals or the Board(s) initiating such activity themselves.

- The Board of Psychologist Examiners (Cindy Olvey, PhyD.) was eager to prosecute me based on a newspaper report. Despite being informed of Parsons v. Ryan, to my knowledge, the Psychology Board has not instituted investigation of the Psychologists of Corizon/ADOC despite the substantial data of mistreatment pertaining to the incarcerated/segregated mentally ill, even tho it is public domain.

I allege not only prejudice against inmates by the Executive Branch, but hostility to the point that they will overlook the abuse/ neglect/torture/murder of inmates as described in Parsons v. Ryan. The excuse for their "intent to neglect" is that the matter is in the courts. Responsible leaders would be proactive in taking corrective action, not intentionally failing to

2

protect the public. Inmates are the public, as most will be released to the community it is doubly necessary to ensure they receive proper professional care.

Connivance, by overlooking wrongdoing, is a form of conspiracy. It appears to me that it is possible, if not likely, the professional Boards have been instructed to ignore/obstruct/dismiss inmate complaints by the Governor and/or Attorney General, et al.

### Ineffective Assistance of Counsel

There is nothing in the Stipulation that precludes counsel for the plaintiffs from reporting incompetence/misconduct to the Medical/Professional Boards. To my knowledge they have not made such reports. Such negligence limits the remedies available to inmates who would likely benefit from Professional Board scrutiny of medical providers. Either professionalism would improve/increase, Corizon Health would withdraw from its contract allowing another private provider to be obtained or medical providers would refuse to work for Corizon/ADOC prompting necessary justice reforms by the Legislature and Governor. There is also the possibility that inmates would be further mistreated as retaliation for asserting their rights. However, counsel for plaintiffs should insist on oversight of Board investigations as part of their compliance oversight duties.

### Requested Remedies

I respectfully request the following remedies:
1) Refer this matter to the U.S. Dept. of Justice for Corruption Investigation.

3

A. Investigation of campaign contributions by Corizon Health to the Governor, Attorney General, State legislators, et al.

B. Bribes to the above and to State corrections employees including assurances of jobs with Corizon should they resign, retire or be fired from ADOC.

C. Bribes or contributions to employers and members of the professional Boards or other relationship between Corizon Health/ADOC and the above.

2. Direct the Attorney General of the State of Arizona to investigate via the professional Boards all cases in Parsons v. Ryan implicating professional incompetence and/or misconduct & to submit reports to the court and parties.

3. Direct counsel for plaintiff to oversee #2 above, as part of their existing oversight duties.

4. Should a Federal receiver or Special Master be appointed for Parsons v. Ryan, include in that person's duties the actions requested herein.

Note: The Governor appoints the Board members.

Respectfully submitted,

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn, Prisoner Rights Advocate

Certificates (Legal Education): Paralegal Studies, Torts/Personal Injury, Criminal Law, Civil Litigation, Family Law, Wills/Estates/Trusts.

4

Certificate of Service

Original mailed to: on: 5/10/18
Clerk of the U.S. Dist. Ct.
401 W. Washington
Phoenix, AZ 85003

Copies mailed to: on: 5/10/18
Attorney General
1275 W. Washington
Phoenix, AZ 85007

Prison Law Ofc.
General Delivery
San Quentin, CA 94964
Counsel for Plaintiffs