# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                    DATE: May 9, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
==========================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>              CourtSmart
    Deputy Clerk                 Recorded

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach, Maya Abela and Rita Lomio for Plaintiffs
Rachel Love, Timothy Bojanowski and Timothy Ray for Defendants

==========================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     <u>     </u> Chambers     <u>     </u> Other

This is the time set for Status Hearing. The Court states its omnibus perspective regarding continued noncompliance with CGARs as set forth on the record. The Court will enter its OSC Order.

Discussion is held regarding the Court's visit to Winslow. Plaintiffs request the Court join them at Eyman and Florence instead. The Court will attend the DOC tour at Eyman and Florence on June 21, 2018. IT IS ORDERED Defendants shall serve a report on the findings at Winslow within seven days.

Discussion is held regarding the documents which have been filed recently but do not comply with the Court's Administrative Manual regarding electronic case filing. IT IS ORDERED all documents filed shall be OCR searchable.

Discussion is held regarding the May 31, 2018 and June 1, 2018 evidentiary hearings. IT IS ORDERED Ms. Edwards will testify during the afternoon of June 1, 2018. Defendants' witnesses will testify as set forth on the record and the hearings will complete with the Dr. Watson issue.

Discussion is held regarding the Monitoring Guide. Plaintiffs request a Rule 706 expert. Argument is heard. The Court will reserve ruling pending the upcoming evidentiary hearings.

CV-12-0601-PHX-DKD
May 9, 2018

Argument is heard regarding Defendants' motion to terminate monitoring certain Performance Measures.

IT IS ORDERED Plaintiffs shall review the request and notify Defendants within one week if there are any Performance Measures they can stipulate to terminate monitoring.  The Court will then address any that remain.

Performance Measures 6, 15, 19, 20 and 24 are discussed as set forth on the record.  Argument is heard regarding emergency bags in the yard.

10:35 AM – Court stands in recess.

10:55 AM – Court reconvenes.

Defendants address the space issues and the man-down bag at the Coronado Unit and advise that there will be an emergency bag in that unit as of today.

Performance Measures 35, 39, 40, 42, 44, 47 and 49 are discussed as set forth on the record.

Discussion is held regarding Smart Cards.  Defendants advise they will be received by May 18, 2018 and staff will be trained as to their use and informed their use is mandatory.

11:58 AM – Court stands in recess.

1:29 PM – Court reconvenes.

Defendants describe the scheduler positions at Eyman and Florence as set forth on the record.  Discussion is held regarding clinical coordinators.

BJ Millar, with Rene Sobolewski and David Long appearing telephonically, make the presentation of The Advisory Board.

Discussion is held regarding the Corizon contract budget for the new budget year.

Plaintiffs request the Court strike Declaration of Richard Pratt (Doc. 2804).  Argument is heard.  IT IS ORDERED Plaintiffs shall file a response to the declaration, including information they wish to add regarding the terms of the new Corizon contract, by no later than May 21, 2018.  IT IS FURTHER ORDERED Defendants shall file their reply by no later than May 26, 2018, to which Plaintiffs shall respond by no later than May 30, 2018.  IT IS FURTHER ORDERED Defendants shall address the Court's questions set forth on the record regarding the final prison health care budget adopted by the State of Arizona.

CV-12-0601-PHX-DKD
May 9, 2018

3:22 PM – Court stands in recess.

3:38 PM – Court reconvenes.

Performance Measures 50, 51, 52, 66, and 67 are discussed as set forth on the record.

Discussion is held regarding telemedicine.  IT IS ORDERED Dr. Robertson be made available telephonically for an update during the hearing dates in June.  IT IS FURTHER ORDERED Defendants shall file the telemedicine plan.

Incentive and penalty payments are discussed.  Defendants state the numbers are not final.  IT IS ORDERED Defendants shall file them once they are finalized.

Further discussion is held.  IT IS ORDERED granting the outstanding motions to seal (Docs. 2787, 2795).

4:08 PM – Court is adjourned.

Time in court: 4 hr 56 min (9:05 AM – 4:08 PM)