Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DKD <br><br> **PLAINTIFFS' STATEMENT RE: DEFENDANTS' REQUEST TO SUSPEND MONITORING OF CERTAIN PERFORMANCE MEASURES** |

LEGAL139873362.1

At the May 9, 2018 hearing the Court directed Plaintiffs to provide notice to Defendants and the Court of performance measures for which they were willing to stipulate to the suspension of monitoring. [5/9/18 Tr. at 31:20-32:19] Plaintiffs hereby stipulate as to the following performance measures.[1] Plaintiffs will not stipulate to the termination or suspension of monitoring of any of the other performance measures requested by Defendants for the reasons set forth in their April 18, 2018 correspondence to Defendants, filed with the Court at Docket 2794-1, Ex. 13. [Doc. 2794-1 at 89-92][2]

**PM 7: ("Medical record entries will be legible, and complete with time, name stamp and signature present")**. This performance measure was not among those in Defendants' request. However, in light of the fact that ADC now uses the eOMIS electronic health record system, this measure is moot and unnecessary. That said, if for some reason ADC were to return to a paper-based medical recordkeeping system, Plaintiffs reserve the right to ask the Court to order Defendants to resume monitoring of this measure.

**PM 38: ("Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call")**. Plaintiffs will stipulate

---

[1] Defendants requested that Plaintiffs stipulate to the termination of monitoring the following performance measures: PMs 1, 2, 3, 4, 30, 31, 32, 38, 56, 58, 70, and 71. [4/11/18 Tr. at 154:2-10]

[2] In particular, Plaintiffs cannot stipulate to suspension of monitoring of PMs 1, 2, and 4, as the Court recently invalidated Defendants' monitoring methodology for those PMs. [*See* Doc. 2474 at 1; 11/21/17 Tr. at 8:18-23 ("THE COURT: … I'm going to affirm that you get no special partial credit in the circumstances of these performance measures")] The Court has repeatedly made clear that Defendants will not receive credit for compliance scores calculated under a methodology later invalidated by the Court. *See* Doc. 1951 at 1-2 ("if Defendants want to persuade the Court that a given Performance Measures at a given facility is compliant with the Stipulation, then Defendants will have to show that this PM/facility was compliant under the Final Monitoring Guide's procedures"); *see also Pauma Band of Luiseno Mission Indians of Pauma & Yuima Reservation v. California*, 813 F.3d 1155, 1165 (9th Cir. 2015), *cert. denied*, 136 S. Ct. 2512 (2016) (holding that a judicial interpretation of a contract term is effective from the date of the contract's inception; "[o]nce a court has interpreted an ambiguous contract provision that is and has *always been* the correct interpretation from its formation") (emphasis in original). Defendant Pratt recently testified that, with one exception not relevant here, Defendants have not recalculated *any* scores in compliance with the Court's orders on monitoring methodology. [*See* 3/26/18 Tr. at 876:23-877:8]

LEGAL139873362.1

as to this measure. However, as noted in Plaintiffs' April 18, 2018 letter, (Doc. 2794-1 at 91), Defendants' medical monitor Dr. Robertson recently testified as to a mortality review timeline that he prepared (ADCM1048137-49; Plaintiffs' Exhibit 30), in which he documented that the patient rapidly lost weight due to delays of treatment in metastatic cancer. [*See* 2/28/18 Tr. at 339:2-343:7] Had this information not been recorded in the patient's medical record, the monitor would have lacked a critical piece of information in evaluating the adequacy of the care provided to the patient.

**PM 56: ("Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record").** Plaintiffs will stipulate as to this measure.

**PM 71: ("Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated. When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions.")** Plaintiffs will stipulate as to this measure.

Dated: May 16, 2018         **ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: ___s/ Maya Abela___
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   jross@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                              s/ D. Freouf

LEGAL139873362.1                    -5-