**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE TO SUBMIT DEFENDANTS' RESPONSE TO PLAINTIFFS' MAY 4, 2018 LETTER REGARDING MONITORING TOUR OF ASPC-WINSLOW_** |

The Court, having reviewed the Stipulation Regarding Deadline to submit response to Plaintiffs' May 4, 2018 letter regarding the ASPC-Winslow monitoring tour, and finding good cause, hereby GRANTS the Stipulation.

Defendants shall have up to and including May 18, 2018 to submit their response to Plaintiffs' May 4, 2018 letter regarding the ASPC-Winslow monitoring tour.