Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | **STIPULATION REGARDING DEADLINES FOR PARTIES TO FILE DOCUMENTS RESPONSIVE TO THE DECLARATION OF RICHARD PRATT (DOC. 2804)** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Pursuant to the Court's May 9, 2018 Minute Entry Order setting deadlines for the parties to file documents responsive to the Declaration of Richard Pratt (Doc. 2804), Plaintiffs and Defendants hereby stipulate and agree to the following deadlines:

1    Defendants shall have up to and including May 29, 2018 to file their reply to

2 Plaintiffs' response to the Declaration of Richard Pratt (Doc. 2804).  Plaintiffs shall have

3 up to and including June 4, 2018 to file their response to Defendants' reply.

4

5    DATED this 17th day of May 2018.

6                                                    **ACLU NATIONAL PRISON PROJECT**

7

By:   s/ David C. Fathi
8                                                          David C. Fathi (Wash. 24893)*
                                                           Amy Fettig (D.C. 484883)**
9                                                          Victoria Lopez (Ill. 6275388)*
                                                           915 15th Street N.W., 7th Floor
10                                                         Washington, D.C. 20005
                                                           Telephone:  (202) 548-6603
11                                                         Email:    dfathi@aclu.org
                                                                     afettig@aclu.org
12                                                                   vlopez@aclu.org

13                                                         *Admitted *pro hac vice*.  Not admitted
                                                            in DC; practice limited to federal
14                                                          courts.
                                                           **Admitted *pro hac vice*
15
                                                           Kathleen E. Brody (Bar No. 026331)
16                                                         **ACLU FOUNDATION OF ARIZONA**
                                                           3707 North 7th Street, Suite 235
17                                                         Phoenix, Arizona 85013
                                                           Telephone:  (602) 650-1854
18                                                         Email:    kbrody@acluaz.org

19                                                         Donald Specter (Cal. 83925)*
                                                           Alison Hardy (Cal. 135966)*
20                                                         Sara Norman (Cal. 189536)*
                                                           Corene Kendrick (Cal. 226642)*
21                                                         Rita K. Lomio (Cal. 254501)*
                                                           **PRISON LAW OFFICE**
22                                                         1917 Fifth Street
                                                           Berkeley, California 94710
23                                                         Telephone:  (510) 280-2621
                                                           Email:    dspecter@prisonlaw.com
24                                                                   ahardy@prisonlaw.com
                                                                     snorman@prisonlaw.com
25                                                                   ckendrick@prisonlaw.com
                                                                     rlomio@prisonlaw.com
26
                                                           *Admitted *pro hac vice*
27

28

1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

4

5

6

7

8

9

10

11

12

13

14

15

By:   s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
          adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2       **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3

4       By:  s/ Timothy J. Bojanowski
           Daniel P. Struck
5          Rachel Love
           Timothy J. Bojanowski
6          Nicholas D. Acedo
           Ashlee B. Fletcher
7          Jacob B. Lee
           Kevin R. Hanger
8          Timothy M. Ray
           Richard M. Valenti
9          Jamie D. Guzman
           3100 West Ray Road, Suite 300
10         Chandler, Arizona  85226

11         Arizona Attorney General Mark Brnovich
           Office of the Attorney General
12         Michael E. Gottfried
           Lucy M. Rand
13         Assistant Attorneys General
           15 South 15th Avenue
14         Phoenix, Arizona 85007

15         *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on May 17, 2018, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Anne M. Orcutt
Jacob B. Lee
Kevin R. Hanger
STRUCK, LOVE, BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
kwieneke@ strucklove.com
rlove@ strucklove.com
tbojanowski@strucklove.com
nacedo@ strucklove.com
ahesman@ strucklove.com
aorcutt@ strucklove.com
jlee@s strucklove.com
khanger@ strucklove.com

10

11

12

13

14

15

16

17

18

19

*Attorneys for Defendants*

20

s/ Jennifer Onka

21

22

23

24

25

26

27

28

5