**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINES FOR PARTIES TO FILE DOCUMENTS RESPONSIVE TO THE DECLARATION OF RICHARD PRATT (DOC. 2804)** |

The Court, having reviewed the Stipulation Regarding Deadlines for Parties to File Documents Responsive to the Declaration of Richard Pratt (Doc. 2804), and finding good cause, hereby GRANTS the Stipulation.

Defendants shall have up to and including May 29, 2018 to file their reply to Plaintiffs' response to the Declaration of Richard Pratt (Doc. 2804).

Plaintiffs shall up to and including June 4, 2018 to file their response to Defendants' reply.