Anant Kumar Tripati
102081   P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED
RECEIVED ___ COPY
MAY 16 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

| Victor Parsons | CV-12-601-PHX-DKD |
| vs | CV12-0601 DCB |
| Charles Ryan | Notice of ADOC / Corizon attempting to kill inmate by denying care |

An inmate Clinton Spence 082989 is incapable of submitting this — I am on his behalf.

For about a week — this inmate's blood sugar is dropping. He is not lucid, cannot talk etc.

Corizon's nurses and ADOC employees have made note of this.

Corizon senior staff refuse

to treat him.

This man who just came off coma will die if this lack of care and refusal to provide him care continues.

In the interest of preventing his death I ask the Court to intervene

this guy will die."

Respectfully,

[signature]

[signature]

II Corizon did exactly the same thing to Walter Jordan who died. Gary (last name unk) is HUS Manzanita.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Chang Imee
ADC#: 134729
Arizona State Prison Complex: Eyman
Unit: Meadows
City: Florence AZ 85132

RECEIVED
MAY 16 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

District Court
401 W. Washington
Phoenix AZ 85003