# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Angela Fischer has provided redacted documents in this matter to the parties and has informed the Court that she has some unredacted documents.

**IT IS THEREFORE ORDERED** that Angela Fischer shall lodge under seal with the Clerk of the Court all of the unredacted documents in her possession.

Dated this 18th day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge