IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed the following motions and stipulations. Good causing appearing,

**IT IS THEREFORE ORDERED** granting Defendants' Motion for Leave to File under Seal (Doc. 2814).

**IT IS FURTHER ORDERED** granting the Stipulation Regarding Deadline (Doc. 2820). Defendants shall have up to and including May 18, 2018, to submit their response to Plaintiffs' May 4, 2018 letter regarding the ASPC-Winslow monitoring tour.

**IT IS FURTHER ORDERED** granting the Stipulation Regarding Deadlines (Doc. 2821). Plaintiffs shall have up to and including June 4, 2018, to file their response to Defendants' reply.

**IT IS FURTHER ORDERED** granting the Stipulation for Extension of Time and considering the Winslow telepsychology response and reply timely filed (Doc. 2567).

Dated this 18th day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge