# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR DISTRICT COURT JUDGE TO VACATE MAGISTRATE JUDGE REFERRAL FOR LACK OF SUBJECT MATTER JURISDICTION.** |

　　　　The Court, having reviewed Defendants' Motion for District Court Judge to Vacate Magistrate Judge Referral for Lack of Subject Matter Jurisdiction, and good cause appearing,

　　　　IT IS ORDERED granting Defendants' Motion, vacating the magistrate judge referral for lack of subject matter jurisdiction, and revesting jurisdiction to the Court.