Index of Exhibits to Declaration of Corene Kendrick

**Exhibit 1**   State of Arizona Executive Budget Summary for Fiscal Year 2019 for the Arizona Department of Corrections, available at http://www.azospb.gov/Documents/2018/FY%202019%20Agency%20Detail%20Book.pdf

**Exhibit 2**   Section 22 of Senate Bill 1520, the signed and chaptered Fiscal Year 2019 budget for the Arizona Department of Corrections, available at https://apps.azleg.gov/BillStatus/GetDocumentPdf/462806

**Exhibit 3**   Amendment 13 to the ADC-Corizon contract, dated June 29, 2017

**Exhibit 4**   Amendment 15 to the ADC-Contract, dated May 7, 2018

**Exhibit 5**   "ADC Facility Profiles," Advisory Board report, dated April 27, 2018

**Exhibit 6**   "Market/Facility Comparative Analysis," Advisory Board report, dated May 9, 2018

**Exhibit 7**   "Arizona Department of Corrections Extends Prison Health Care Contract With Corizon," KJZZ, May 8, 2018

# Exhibit 1

# State of Arizona
# Executive Budget

## STATE AGENCY BUDGETS

### FISCAL YEAR 2019

Douglas A. Ducey
GOVERNOR

**JANUARY 2018**

Provisions for Individuals with Disabilities

Individuals who have a disability and require reasonable accommo-dation in order to use this document are encouraged to contact the Governor's Office of Strategic Planning and Budgeting at 602-542-

# Department of Corrections

The Department serves and protects the people of the State of Arizona by incarcerating inmates in correctional facilities and supervising conditionally released offenders in the community. During incarceration, welfare and health care services, including medical, dental, and mental health, are provided to inmates. In addition, structured programming including work, education, career training, substance abuse treatment, sex offender treatment, spiritual services, and recreation is provided to inmates to promote employability, literacy, sobriety, and accountability to crime victims and to increase the likelihood that inmates will become law-abiding citizens upon release. In the community, the Department supervises offenders released from prison to serve the remainder of their sentence on community supervision. The Department ensures the accurate release, effective re-entry, transition, and supervision of released offenders utilizing a continuum of supervision services, strategies, evidence-based programs, and meaningful incentives and sanctions. The Department also facilitates the swift return to custody of those offenders who violate conditions of supervision and who represent a serious threat to the safety of the community.

*Link to the* ***AGENCY'S WEBSITE*** www.azcorrections.gov

All numbers representing dollars are expressed in thousands.

## Agency Budget Summary

| | FY 2017 Actual | FY 2018 Exp.Plan | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| General Fund | 1,028,851.4 | 1,067,624.8 | 27,189.6 | 1,094,814.4 |
| Other Appropriated Funds | 32,534.7 | 54,053.2 | 2,357.0 | 56,410.2 |
| Non-Appropriated Funds | 69,087.4 | 76,741.9 | (5,822.0) | 70,919.9 |
| **Agency Total** | **1,130,473.5** | **1,198,419.9** | **23,724.6** | **1,222,144.5** |

## Major Executive Budget Initiatives and Funding

### Private Prison Capacity Cap

The Executive Budget includes a reduction in the Private Prison SLI to account for a declining inmate population.

The Kingman and Red Rock prison complexes are operated by private prison contractors. As part of the contract for operating the prison, the State is obligated to pay for 97% of those prisons' available bed space. Leaving the remaining 3% vacant for the duration of FY 2019 will generate roughly $2.8 million in combined savings for the Kingman and Red Rock facilities.

| **Funding** | **FY 2019** |
|---|---|
| General Fund | (2,810.4) |
| **Issue Total** | **(2,810.4)** |

### Inmate Education Expansion

The Executive Budget includes an increase in funding for 9.0 FTE Correctional Education Teacher positions and 1.0 FTE Administrative Services Officer II position to expand inmate education capacity inside ADC.

A key component of meeting ADC's goal of lowering recidivism by 25% over the next 10 years is to expand programming and educational opportunities for inmates.

Many inmates are released from Arizona prisons each year without a high school diploma or a GED. During FY 2017, approximately 2,600 of the 18,964 inmates released from prison did not have a high school diploma or GED, even though they met all of the criteria to participate in correctional education in prison, simply due to a lack of class availability.

| Funding | FY 2019 |
|---|---|
| Inmate Store Proceeds Fund | 954.1 |
| State Charitable, Penal & Reformatory Land Earnings Fund | 418.0 |
| **Issue Total** | **1,372.1** |

### Substance Abuse Treatment Expansion

The Executive Budget includes an increase in funding for an additional 13.0 FTE Substance Abuse Counselor positions and 2.0 FTE Program Manager positions to expand substance abuse treatment availability for inmates.

During FY 2017, ADC released 18,964 inmates. Approximately 82%, or 15,564, of these inmates were assessed as needing substance abuse treatment. ADC treatment, contracted, and private prison staff treated and graduated 2,235 inmates from a primary treatment group. Current program resources meet only 14% of the treatment need.

In addition, offenders returning to prison due to technical violations are often directly related to substance abuse issues. In FY 2017, 48% of warrants issued by community corrections officers for technical violations were due to drug- and alcohol-related violations.

| Funding | FY 2019 |
|---|---|
| Transition Program Fund | 540.0 |
| **Issue Total** | **540.0** |

### Employment Center Expansion

The Executive Budget includes an increase in funding for 4.0 FTE Correctional Officer III positions, 1.0 FTE Employment Center Program Manager, and 4.0 FTE Department of Economic Security Employment Specialists to expand the Lewis Employment Center.

ADC operates a 100-bed Employment Center inside the Lewis Sunrise Unit and a 40-bed Employment Center inside the Perryville Piestewa Unit. The program has shown impressive results in terms of connecting inmates with post-release employment and social services.

This investment would allow the Lewis Employment Center to increase bed capacity from 100 to 275 and the Perryville Employment Center to increase bed capacity from 40 to 60.

| Funding | FY 2019 |
|---|---|
| Transition Program Fund | 444.9 |
| **Issue Total** | **444.9** |

## Executive Budget Baseline Changes

### Inmate Health Care SLI Funding Adjustment

The Executive Budget includes an increase in funding to pay for higher costs of providing health care services to

inmates.

ADC contracts with Corizon for inmate health care services. The contract ends June 30, 2018. In September 2016, ADC released a request for proposal (RFP) for a new five-year contract and received responses from two companies. The RFP is still under evaluation.

| **Funding** | **FY 2019** |
|---|---|
| General Fund | 30,000.0 |
| **Issue Total** | **30,000.0** |

*Adjustments for risk management charges and retirement contributions for this agency are not incorporated into the totals shown here. They are listed separated with adjustments for all state agencies immediately following the Capital Projects section. Funding for these adjustments is included as part of the total Executive Budget.*

## Performance Measures

| | FY 2016 Actual | FY 2017 Actual | FY 2018 Expected | FY 2019 Expected |
|---|---|---|---|---|
| Number of escapes of inmates from any location | 1 | 1 | 0 | 0 |
| Average daily inmate population | 42,743 | 42,428 | 42,200 | 42,363 |
| Average daily rated bed surplus or (deficit) | (5,394) | (3,602) | (3,442) | (3,708) |

*Link to the* ***AGENCY'S STRATEGIC PLAN***

## Average Daily Population

Return to Table of Contents

## Agency Expenditures

(in $1,000s)

## State Appropriations

| BY PROGRAM | FY 2017 Actual | FY 2018 Approp. | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| Administration | 35,146.9 | 35,250.0 | 0.0 | 35,250.0 |
| Community Corrections | 18,175.6 | 18,862.3 | 0.0 | 18,862.3 |
| Prison Operations and Services | 1,008,063.6 | 1,067,565.7 | 29,546.6 | 1,097,112.3 |
| **Agency Total - Appropriated Funds** | **1,061,386.1** | **1,121,678.0** | **29,546.6** | **1,151,224.6** |

| BY EXPENDITURE OBJECT | FY 2017 Actual | FY 2018 Approp. | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| Personal Services | 410,380.7 | 402,141.2 | 770.3 | 402,911.5 |
| ERE Amount | 203,202.5 | 231,497.5 | 412.8 | 231,910.3 |
| Prof. And Outside Services | 279,563.8 | 308,716.5 | 27,189.6 | 335,906.1 |
| Travel - In State | 324.1 | 317.7 | 0.0 | 317.7 |
| Travel - Out of State | 77.3 | 129.7 | 0.0 | 129.7 |
| Food | 38,197.8 | 40,511.8 | 0.0 | 40,511.8 |
| Aid to Others | 148.0 | 150.0 | 0.0 | 150.0 |
| Other Operating Expenses | 117,968.5 | 129,570.8 | 215.9 | 129,786.7 |
| Equipment | 7,309.1 | 4,692.8 | 958.0 | 5,650.8 |
| Capital Outlay | 266.6 | 0.0 | 0.0 | 0.0 |
| Transfers Out | 3,947.7 | 3,950.0 | 0.0 | 3,950.0 |
| **Agency Total - Appropriated Funds** | **1,061,386.1** | **1,121,678.0** | **29,546.6** | **1,151,224.6** |

| BY APPROPRIATED FUND | FY 2017 Actual | FY 2018 Approp. | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| General Fund | 1,028,851.4 | 1,067,624.8 | 27,189.6 | 1,094,814.4 |
| Corrections Fund | 21,931.5 | 32,812.3 | 0.0 | 32,812.3 |
| DOC - Alcohol Abuse Treatment Fund | 311.4 | 555.5 | 0.0 | 555.5 |
| Inmate Store Proceeds Fund | 0.0 | 386.3 | 954.1 | 1,340.4 |
| Penitentiary Land Earnings Fund | 979.3 | 2,062.5 | 0.0 | 2,062.5 |
| Prison Construction and Operations Fund | 5,022.0 | 12,500.0 | 0.0 | 12,500.0 |

Return to Table of Contents

| BY APPROPRIATED FUND | FY 2017 Actual | FY 2018 Approp. | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| State Charitable, Penal & Reformatory Land Earnings Fund | 1,459.4 | 2,661.5 | 418.0 | 3,079.5 |
| State Education Fund for Correctional Education Fund | 609.9 | 675.0 | 0.0 | 675.0 |
| Transition Program Fund | 2,221.1 | 2,400.1 | 984.9 | 3,385.0 |
| **Agency Total - Appropriated Funds** | **1,061,386.1** | **1,121,678.0** | **29,546.6** | **1,151,224.6** |

**FOR MORE DETAIL ABOUT EACH FUND SEE THE STATE FUNDS BOOK**

## Special Line Appropriations

| | FY 2017 Actual | FY 2018 Approp. | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| Inmate Health Care Contracted Services | 134,979.1 | 148,811.7 | 30,000.0 | 178,811.7 |
| Private Prison Per Diem | 145,992.8 | 169,220.2 | (2,810.4) | 166,409.8 |
| Radio Equipment | 2,728.0 | 0.0 | 0.0 | 0.0 |
| **Agency Total - Appropriated Funds** | **283,700.0** | **318,031.9** | **27,189.6** | **345,221.5** |

## Non - Appropriated Funds Expenditures

| | FY 2017 Actual | FY 2018 Exp. Plan | FY 2019 Net Change | FY 2019 Exec. Bud. |
|---|---|---|---|---|
| ARCOR Enterprises Revolving | 39,007.8 | 43,483.1 | 0.0 | 43,483.1 |
| Community Corrections Enhancement Fund | 446.4 | 503.6 | 0.0 | 503.6 |
| Corrections Donations | 15.1 | 2.9 | 0.0 | 2.9 |
| DOC Special Services Fund | 4,477.6 | 6,660.0 | 1,214.2 | 7,874.2 |
| Federal Grant | 7,848.2 | 8,773.0 | (293.0) | 8,480.0 |
| IGA and ISA Fund | 6,026.1 | 6,796.8 | (6,743.2) | 53.6 |
| Indirect Cost Recovery Fund | 43.3 | 341.1 | 0.0 | 341.1 |
| Inmate Store Proceeds Fund | 5,633.7 | 5,400.0 | 0.0 | 5,400.0 |
| Risk Management Fund | 259.5 | 500.0 | 0.0 | 500.0 |
| State DOC Revolving-Transition | 5,329.7 | 4,281.4 | 0.0 | 4,281.4 |
| **Agency Total - Non-Appropriated Funds** | **69,087.4** | **76,741.9** | **(5,822.0)** | **70,919.9** |

**FOR MORE DETAIL ABOUT EACH FUND SEE THE STATE FUNDS BOOK**

## Federal Funds Expenditures

| | FY 2017 Actual | FY 2018 Exp. Plan | FY 2019 Exp. Plan |
|---|---|---|---|
| **Agency Total** | 7,848.2 | 8,773.0 | 8,480.0 |

These are the Federal Expenditures reported by the agencies and, in most cases, are included in the Appropriated or Non-Appropriated Funds expenditures listed above.

*Link to the* ***ALL FEDERAL GRANTS FOR THIS AGENCY ARE DISPLAYED IN THE FEDERAL FUNDS REPORT***

*The Executive Budget provides a lump-sum appropriation to the agency.*

# Exhibit 2

Senate Engrossed

State of Arizona
Senate
Fifty-third Legislature
Second Regular Session
2018

# CHAPTER 276

# SENATE BILL 1520

AN ACT

AMENDING LAWS 2017, CHAPTER 305, SECTIONS 115 AND 141; APPROPRIATING MONIES.

(TEXT OF BILL BEGINS ON NEXT PAGE)

| | |
|---|---|
| Public access fund | 6,558,800 |
| Securities regulatory and enforcement fund | 4,909,600 |
| Utility regulation revolving fund | 14,098,400 |

The $397,300 appropriated from the public access fund for the corporation filings, same-day service line item reverts to the public access fund established by section 10-122.01, Arizona Revised Statutes, at the end of fiscal year 2018-2019 if the commission has not established a same-day service pursuant to section 10-122, Arizona Revised Statutes.

On or before August 1, 2018, the corporation commission shall report to the joint legislative budget committee and the governor's office of strategic planning and budgeting the total expenditures from the small drinking water systems fund established by section 49-355, Arizona Revised Statutes, in fiscal year 2017-2018 for grants to interim operators of small drinking water systems.

Sec. 22. STATE DEPARTMENT OF CORRECTIONS

| | 2018-19 |
|---|---|
| FTE positions | 9,556.0 |
| Operating lump sum appropriation | $ 798,285,800 |
| Private prison per diem | 166,409,800 |
| Community corrections | 19,453,200 |
| Inmate health care contracted services | 163,811,700 |
| Total appropriation - state department of corrections | $1,147,960,500 |
| Fund sources: | |
| State general fund | $1,094,001,200 |
| State education fund for correctional education | 724,100 |
| Alcohol abuse treatment fund | 555,500 |
| Penitentiary land fund | 2,507,400 |
| State charitable, penal and reformatory institutions land fund | 3,079,500 |
| Corrections fund | 30,312,300 |
| Transition program fund | 2,940,100 |
| Prison construction and operations fund | 12,500,000 |
| Inmate store proceeds fund | 1,340,400 |

Before placing any inmates in out-of-state provisional beds, the department shall place inmates in all available prison beds in facilities that are located in this state and that house Arizona inmates, unless the out-of-state provisional beds are of a comparable security level and price.

The state department of corrections shall forward to the president of the senate, the speaker of the house of representatives, the chairpersons of the senate and house of representatives appropriations committees and the director of the joint legislative budget committee a monthly report comparing department expenditures for the month and year-to-date as compared to prior-year expenditures on or before the thirtieth of the following month. The report shall be in the same format as the prior fiscal year and include an estimate of potential shortfalls, potential surpluses that may be available to offset these shortfalls and a plan, if necessary, for eliminating any shortfall without a supplemental appropriation.

On or before August 1, 2018, the state department of corrections shall provide a report on bed capacity to the joint legislative budget committee for its review. The report shall reflect the bed capacity for each security classification by gender at each state-run and private institution, divided by rated and total beds. The report shall include bed capacity data for June 30, 2017 and June 30, 2018 and the projected capacity for June 30, 2019, as well as the reasons for any change within that time period. Within the total bed count, the department shall provide the number of temporary and special use beds. If the department develops a plan after its August 1 report to close state-operated prison rated beds or cancel or not renew contracts for privately operated prison beds, the state department of corrections shall submit a bed plan detailing the proposed bed closures for review by the joint legislative budget committee before implementing these changes.

One hundred percent of land earnings and interest from the penitentiary land fund shall be distributed to the state department of corrections in compliance with the enabling act and the Constitution of Arizona to be used for the support of state penal institutions.

Of the amount appropriated for the private prison per diem line item, $17,463,400 shall be used for the purpose of making a debt service payment on the financing agreement authorized by Laws 2016, chapter 119, section 24.

Twenty-five percent of land earnings and interest from the state charitable, penal and reformatory institutions land fund shall be distributed to the state department of corrections in compliance with the enabling act and the Constitution of Arizona to be used for the support of state penal institutions.

Before the expenditure of any state education fund for correctional education monies in excess of $724,100, the state department of corrections shall report the intended use of the monies to the director of the joint legislative budget committee.

Before implementing any changes in per diem rates for inmate health care contracted services, the state department of corrections shall submit its expenditure plan for review by the joint legislative budget committee.

On or before August 1, 2018, the state department of corrections shall transfer to the public safety personnel retirement system via the Arizona department of administration its estimated required annual contribution to the corrections officer retirement plan for fiscal year 2018-2019.

Sec. 23. BOARD OF COSMETOLOGY

| | 2018-19 |
|---|---|
| FTE positions | 24.5 |
| Operating lump sum appropriation | $ 1,768,300 |
| Annual leave payout | 34,200 |
| Total appropriation - board of cosmetology | $ 1,802,500 |
| Fund sources: | |
| Board of cosmetology fund | $ 1,802,500 |

Sec. 24. ARIZONA CRIMINAL JUSTICE COMMISSION

| | 2018-19 |
|---|---|
| FTE positions | 9.0 |
| Operating lump sum appropriation | $ 1,251,100 |
| State aid to county attorneys | 973,700 |
| Victim compensation and assistance | 4,220,600 |
| Total appropriation - Arizona criminal justice commission | $ 6,445,400 |
| Fund sources: | |
| Criminal justice enhancement fund | $ 646,600 |
| Resource center fund | 604,500 |
| State aid to county attorneys fund | 973,700 |
| Victim compensation and assistance fund | 4,220,600 |

All victim compensation and assistance monies received by the Arizona criminal justice commission in excess of $4,220,600 in fiscal year 2018-2019 are appropriated to the crime victims program. Before the expenditure of any victim compensation and assistance fund monies in excess of $4,220,600 in fiscal year 2018-2019, the Arizona criminal justice commission shall report the intended use of the monies to the joint legislative budget committee.

All monies received by the Arizona criminal justice commission in excess of $973,700 in fiscal year 2018-2019 from the state aid to county attorneys fund established by section 11-539, Arizona Revised Statutes, are appropriated to the state aid to county attorneys program. Before the expenditure of any state aid to county attorneys fund monies in excess of $973,700, the Arizona criminal justice commission shall report the intended use of the monies to the joint legislative budget committee.

# Exhibit 3



# Contract Change Order/Amendment

| | |
|---|---|
| Contract No.: | ADOC13-041943 / ADC No. 130051DC |
| Amendment No.: 13 | Date: June 29, 2017 |

State of Arizona
Department of Corrections
1645 West Jefferson Street
Phoenix, AZ 85007

The Contract is hereby amended as follows:

1. The Department received an approval to extend the term of the Contract beyond five (5) years for a period of 119 days from March 4, 2018 to June 30, 2018. Corizon agrees to extend the term of the contract if ADC requests a 4.0% Consumer Price Index (CPI) increase in its annual budget request for contract extension, and if the State Legislature authorizes a 4.0% CPI increase for the term of the contract extension.

2. On June 20, 2017, the Joint Legislative Budget Committee and the State Legislature gave a favorable review of the Department's expenditure plan to increase the fixed per day/per inmate Capitation Rate from $12.06 to $12.54 retroactive to March 4, 2017. This reflects a 4.0% CPI increase for contract term extension.

3. Therefore and based on the authorization of the cost adjustment, Corizon agrees to an extension of the contract from March 3, 2018 until June 30, 2018.

4. A new line item has been added in ProcureAZ to reflect the increase.

5. A revised staffing plan (Attachment A) and Fee Schedule Attachment B) are attached hereto and incorporated herein.

This Amendment is effective upon acknowledgement of the Contractor in ProcureAZ.

**ALL OTHER REQUIREMENTS, SPECIFICATIONS, TERMS AND CONDITIONS REMAIN UNCHANGED**

**ACKNOWLEDGEMENT AND AUTHORIZATION**

**This Change Order/Amendment shall be fully executed upon the approval electronically in ProcureAZ by an authorized representative of the Contractor and applied to the contract by the Procurement Officer or delegate.**

Attachment A

**Arizona Department of Corrections**
**Statewide Roll-Up**

| Key Management Positions | Current Contract FTEs |
|---|---|
| *Chief Medical Officer* | 1.00 |
| *Mental Health Director (PH.D)* | 1.00 |
| *Psychiatric Director* | 0.25 |
| Medical Director | 10.00 |
| Facility Health Administrator | 10.00 |
| Correctional RN Supervisor II / DON | 10.00 |
| Nurse Practitioner - Apache | 0.25 |
| Dental Director | 10.00 |
| Psychiatric Director | 0.50 |
| Psychiatrist - Phoenix Region | 1.00 |
| Mental Health Director (PH.D) | 1.00 |
| | 45.00 |

| Provider Positions | Current Contract FTEs |
|---|---|
| Staff Physician | 14.00 |
| Nurse Practitioner | 25.75 |
| | 39.75 |

| Non-Management Positions | Current Contract FTEs |
|---|---|
| Asst. Correctional RN Supervisor II | 3.00 |
| Administrative Services Officer | 7.00 |
| Correctional RN Supervisor I | 34.00 |
| CRN | 178.90 |
| LPN | 156.60 |
| Certified Nursing Assistant | 94.50 |
| Laboratory Technician | 2.00 |
| Radiology Technician | 8.50 |
| Pharmacy Technician | 23.50 |
| Secretary / Administrative Assistant | 21.00 |
| Medical Records Librarian II | 10.00 |
| Medical Records Librarian | 32.00 |
| Scheduler | 9.00 |
| Clinical Coordinator | 8.00 |
| Dentist | 20.00 |
| Dental Hygienist | 1.80 |
| Dental Assistant | 43.00 |
| Psychiatrist | 6.50 |
| Psychologist | 19.00 |
| Mental Health Clerk | 4.00 |
| Mental Health Nurse Practitioner | 11.50 |
| Mental Health CRN | 36.40 |
| Recreational Therapist | 5.00 |
| Psychology Associate | 52.40 |
| Psychology Technician | 25.40 |
| Mental Health Correctional RN Supervisor I | 1.00 |
| | 814.00 |
| Regional Office Positions Not Subject to Offset | 26.20 |
| Total | 924.95 |

** Regional Office Positions are in Italics*



Attachment A

**Arizona Department of Corrections**
**Douglas Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 111.15 |
| Facility Health Administrator | 1.00 | $ 49.14 |
| Correctional RN Supervisor II / DON | 1.00 | $ 45.63 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Nurse Practitioner | 1.00 | $ 70.20 |
| | 1.00 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Correctional RN Supervisor I | 1.00 | $ 43.29 |
| CRN | 8.60 | $ 36.27 |
| LPN | 3.90 | $ 28.08 |
| Certified Nursing Assistant | 3.40 | $ 16.97 |
| Radiology Technician | 0.50 | $ 28.08 |
| Secretary / Administrative Assistant | 2.00 | $ 18.72 |
| Medical Records Librarian II | 1.00 | $ 18.72 |
| Medical Records Librarian | 1.50 | $ 17.55 |
| Dentist | 1.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 3.00 | $ 27.00 |
| Psychology Associate | 1.00 | $ 29.84 |
| | 27.10 | |
| Total | 32.10 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

**Arizona Department of Corrections**
**Eyman Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 99.45 |
| Facility Health Administrator | 1.00 | $ 51.48 |
| Correctional RN Supervisor II / DON | 1.00 | $ 46.80 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 1.00 | $ 93.60 |
| Nurse Practitioner | 3.00 | $ 58.50 |
| | 4.00 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Administrative Services Officer | 1.00 | $ 43.29 |
| Correctional RN Supervisor I | 5.00 | $ 42.71 |
| CRN | 20.60 | $ 37.44 |
| LPN | 23.20 | $ 29.84 |
| Certified Nursing Assistant | 10.80 | $ 18.14 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 3.00 | $ 17.55 |
| Secretary / Administrative Assistant | 2.00 | $ 21.06 |
| Medical Records Librarian II | 1.00 | $ 19.89 |
| Medical Records Librarian | 6.00 | $ 16.38 |
| Scheduler | 1.00 | $ 17.55 |
| Clinical Coordinator | 1.00 | $ 30.42 |
| Dentist | 2.50 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 5.00 | $ 27.00 |
| Psychiatrist | 1.00 | $ 140.40 |
| Psychologist | 4.00 | $ 46.80 |
| Mental Health Clerk | 1.00 | $ 16.97 |
| Mental Health Nurse Practitioner | 2.00 | $ 87.75 |
| Mental Health CRN | 3.00 | $ 39.78 |
| Psychology Associate | 9.00 | $ 30.42 |
| Psychology Technician | 5.10 | $ 19.31 |
| | 108.40 | |
| Total | 116.40 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*

Attachment A

**Arizona Department of Corrections**
**Florence Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 98.87 |
| Facility Health Administrator | 1.00 | $ 55.58 |
| Correctional RN Supervisor II / DON | 1.00 | $ 52.65 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 2.50 | $ 93.02 |
| Nurse Practitioner | 2.00 | $ 58.50 |
| | 4.50 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Asst. Correctional RN Supervisor II | 1.00 | $ 46.80 |
| Administrative Services Officer | 1.00 | $ 36.27 |
| Correctional RN Supervisor I | 5.00 | $ 43.29 |
| CRN | 16.40 | $ 39.20 |
| LPN | 24.40 | $ 29.84 |
| Certified Nursing Assistant | 15.40 | $ 17.55 |
| Radiology Technician | 1.00 | $ 30.42 |
| Pharmacy Technician | 3.00 | $ 19.89 |
| Secretary / Administrative Assistant | 2.00 | $ 19.89 |
| Medical Records Librarian II | 1.00 | $ 20.48 |
| Medical Records Librarian | 5.00 | $ 18.14 |
| Scheduler | 1.00 | $ 17.55 |
| Clinical Coordinator | 1.00 | $ 30.42 |
| Dentist | 3.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 5.00 | $ 27.00 |
| Psychiatrist | 1.00 | $ 140.40 |
| Psychologist | 2.00 | $ 46.80 |
| Mental Health Clerk | 1.00 | $ 16.97 |
| Mental Health Nurse Practitioner | 2.00 | $ 87.75 |
| Mental Health CRN | 2.00 | $ 42.12 |
| Psychology Associate | 6.50 | $ 30.42 |
| Psychology Technician | 4.10 | $ 18.14 |
| | 104.00 | |
| Total | 112.50 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*

Attachment A

**Arizona Department of Corrections**
**Lewis Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 99.45 |
| Facility Health Administrator | 1.00 | $ 49.14 |
| Correctional RN Supervisor II / DON | 1.00 | $ 45.63 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 2.50 | $ 93.60 |
| Nurse Practitioner | 3.00 | $ 52.65 |
| | 5.50 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Administrative Services Officer | 1.00 | $ 42.12 |
| Correctional RN Supervisor I | 3.00 | $ 43.29 |
| CRN | 21.80 | $ 36.27 |
| LPN | 21.10 | $ 29.25 |
| Certified Nursing Assistant | 13.90 | $ 18.14 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 3.00 | $ 19.89 |
| Secretary / Administrative Assistant | 2.00 | $ 18.14 |
| Medical Records Librarian II | 1.00 | $ 18.72 |
| Medical Records Librarian | 3.00 | $ 17.55 |
| Scheduler | 1.00 | $ 16.97 |
| Clinical Coordinator | 1.00 | $ 30.42 |
| Dentist | 3.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 5.00 | $ 27.00 |
| Psychiatrist | 1.00 | $ 140.40 |
| Psychologist | 3.00 | $ 45.63 |
| Mental Health Nurse Practitioner | 2.00 | $ 87.75 |
| Mental Health CRN | 2.00 | $ 41.54 |
| Psychology Associate | 7.00 | $ 30.42 |
| Psychology Technician | 1.00 | $ 19.89 |
| | 97.00 | |
| Total | 106.50 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

**Arizona Department of Corrections**
**Phoenix Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 99.45 |
| Facility Health Administrator | 1.00 | $ 51.48 |
| Correctional RN Supervisor II / DON | 1.00 | $ 52.65 |
| Dental Director | 1.00 | $ 88.00 |
| Psychiatric Director | 0.50 | $ 152.10 |
| Psychiatrist | 1.00 | $ 140.40 |
| Mental Health Director (PH.D) | 1.00 | $ 52.65 |
| | 6.50 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 1.00 | $ 93.60 |
| Nurse Practitioner | 4.00 | $ 52.65 |
| | 5.00 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Administrative Services Officer | 1.00 | $ 42.12 |
| Correctional RN Supervisor I | 1.00 | $ 42.12 |
| CRN | 12.40 | $ 37.44 |
| LPN | 4.20 | $ 29.25 |
| Certified Nursing Assistant | 2.00 | $ 18.14 |
| Laboratory Technician | 1.00 | $ 18.72 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 3.00 | $ 19.89 |
| Secretary / Administrative Assistant | 3.00 | $ 18.14 |
| Medical Records Librarian II | 1.00 | $ 18.14 |
| Medical Records Librarian | 4.00 | $ 16.97 |
| Scheduler | 1.00 | $ 17.55 |
| Clinical Coordinator | 1.00 | $ 28.08 |
| Dental Assistant | 2.00 | $ 27.00 |
| Psychiatrist | 0.50 | $ 140.40 |
| Psychologist | 3.00 | $ 45.63 |
| Mental Health Nurse Practitioner | 1.00 | $ 70.20 |
| Mental Health CRN | 22.40 | $ 40.95 |
| Recreational Therapist | 2.00 | $ 25.74 |
| Psychology Associate | 6.40 | $ 30.42 |
| Psychology Technician | 12.10 | $ 25.74 |
| Mental Health Correctional RN Supervisor I | 1.00 | $ 44.46 |
| | 86.00 | |
| Total | 97.50 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

**Arizona Department of Corrections**
**Perryville Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 105.30 |
| Facility Health Administrator | 1.00 | $ 51.48 |
| Correctional RN Supervisor II / DON | 1.00 | $ 46.80 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 2.50 | $ 99.45 |
| Nurse Practitioner | 5.00 | $ 55.58 |
| | 7.50 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Asst. Correctional RN Supervisor II | 1.00 | $ 43.29 |
| Administrative Services Officer | 1.00 | $ 45.63 |
| Correctional RN Supervisor I | 5.00 | $ 44.46 |
| CRN | 22.70 | $ 36.27 |
| LPN | 21.10 | $ 28.67 |
| Certified Nursing Assistant | 11.80 | $ 17.55 |
| Laboratory Technician | 1.00 | $ 20.48 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 4.50 | $ 18.72 |
| Secretary / Administrative Assistant | 2.00 | $ 18.14 |
| Medical Records Librarian II | 1.00 | $ 18.72 |
| Medical Records Librarian | 3.00 | $ 16.97 |
| Scheduler | 2.00 | $ 16.38 |
| Clinical Coordinator | 1.00 | $ 30.42 |
| Dentist | 2.50 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 6.00 | $ 27.00 |
| Psychiatrist | 1.00 | $ 140.40 |
| Psychologist | 3.00 | $ 49.14 |
| Mental Health Clerk | 1.00 | $ 16.97 |
| Mental Health Nurse Practitioner | 2.00 | $ 87.75 |
| Mental Health CRN | 2.00 | $ 42.12 |
| Recreational Therapist | 1.00 | $ 25.16 |
| Psychology Associate | 6.50 | $ 30.42 |
| Psychology Technician | 3.10 | $ 21.65 |
| | 106.40 | |
| Total | 117.90 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

## Arizona Department of Corrections
## Safford Complex

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 117.00 |
| Facility Health Administrator | 1.00 | $ 50.31 |
| Correctional RN Supervisor II / DON | 1.00 | $ 45.63 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Nurse Practitioner | 1.00 | $ 70.20 |
| | 1.00 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Correctional RN Supervisor I | 2.00 | $ 42.71 |
| CRN | 9.80 | $ 38.61 |
| LPN | 6.10 | $ 31.01 |
| Certified Nursing Assistant | 2.80 | $ 17.55 |
| Radiology Technician | 0.50 | $ 30.42 |
| Secretary / Administrative Assistant | 2.00 | $ 21.06 |
| Medical Records Librarian II | 1.00 | $ 18.14 |
| Medical Records Librarian | 0.50 | $ 16.38 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 2.00 | $ 27.00 |
| Psychology Associate | 1.00 | $ 30.42 |
| | 27.90 | |
| Total | 32.90 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*

Attachment A

**Arizona Department of Corrections**
**Tucson Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 105.30 |
| Facility Health Administrator | 1.00 | $ 51.48 |
| Correctional RN Supervisor II / DON | 1.00 | $ 46.80 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 3.50 | $ 99.45 |
| Nurse Practitioner | 3.00 | $ 56.16 |
| | 6.50 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Asst. Correctional RN Supervisor II | 1.00 | $ 44.46 |
| Administrative Services Officer | 1.00 | $ 43.29 |
| Correctional RN Supervisor I | 6.00 | $ 42.12 |
| CRN | 39.10 | $ 37.44 |
| LPN | 35.90 | $ 28.67 |
| Certified Nursing Assistant | 22.00 | $ 18.14 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 4.00 | $ 18.14 |
| Secretary / Administrative Assistant | 2.00 | $ 18.14 |
| Medical Records Librarian II | 1.00 | $ 18.72 |
| Medical Records Librarian | 6.00 | $ 17.55 |
| Scheduler | 1.00 | $ 16.67 |
| Clinical Coordinator | 1.00 | $ 28.08 |
| Dentist | 4.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 6.00 | $ 27.00 |
| Psychiatrist | 2.00 | $ 140.40 |
| Psychologist | 4.00 | $ 46.80 |
| Mental Health Clerk | 1.00 | $ 18.72 |
| Mental Health Nurse Practitioner | 1.50 | $ 87.75 |
| Mental Health CRN | 4.00 | $ 40.95 |
| Recreational Therapist | 2.00 | $ 25.16 |
| Psychology Associate | 10.00 | $ 30.42 |
| | 155.70 | |
| Total | 166.20 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

## Arizona Department of Corrections
## Winslow Complex

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 94.77 |
| Facility Health Administrator | 1.00 | $ 49.73 |
| Correctional RN Supervisor II / DON | 1.00 | $ 45.63 |
| Nurse Practitioner - Apache | 0.25 | $ 52.65 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.25 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Nurse Practitioner | 0.75 | $ 52.65 |
| | 0.75 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Correctional RN Supervisor I | 2.00 | $ 42.12 |
| CRN | 11.80 | $ 36.27 |
| LPN | 5.20 | $ 26.91 |
| Certified Nursing Assistant | 4.00 | $ 16.97 |
| Radiology Technician | 0.50 | $ 26.91 |
| Pharmacy Technician | 1.00 | $ 17.55 |
| Secretary / Administrative Assistant | 2.00 | $ 19.89 |
| Medical Records Librarian II | 1.00 | $ 18.43 |
| Scheduler | 1.00 | $ 16.38 |
| Clinical Coordinator | 1.00 | $ 28.08 |
| Dentist | 1.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 3.00 | $ 27.00 |
| Psychology Associate | 1.00 | $ 29.25 |
| | 34.70 | |
| Total | 39.70 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*

Attachment A

**Arizona Department of Corrections**
**Yuma Complex**

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Medical Director | 1.00 | $ 105.30 |
| Facility Health Administrator | 1.00 | $ 52.65 |
| Correctional RN Supervisor II / DON | 1.00 | $ 45.05 |
| Dental Director | 1.00 | $ 88.00 |
| | 4.00 | |

| Provider Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Staff Physician | 1.00 | $ 99.45 |
| Nurse Practitioner | 3.00 | $ 60.84 |
| | 4.00 | |

| Non-Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Administrative Services Officer | 1.00 | $ 46.80 |
| Correctional RN Supervisor I | 4.00 | $ 40.95 |
| CRN | 15.70 | $ 35.10 |
| LPN | 11.50 | $ 28.67 |
| Certified Nursing Assistant | 8.40 | $ 17.55 |
| Radiology Technician | 1.00 | $ 29.25 |
| Pharmacy Technician | 2.00 | $ 16.97 |
| Secretary / Administrative Assistant | 2.00 | $ 18.72 |
| Medical Records Librarian II | 1.00 | $ 18.72 |
| Medical Records Librarian | 3.00 | $ 15.80 |
| Scheduler | 1.00 | $ 16.38 |
| Clinical Coordinator | 1.00 | $ 28.08 |
| Dentist | 3.00 | $ 83.00 |
| Dental Hygienist | 0.20 | $ 60.00 |
| Dental Assistant | 6.00 | $ 27.00 |
| Mental Health Nurse Practitioner | 1.00 | $ 87.75 |
| Mental Health CRN | 1.00 | $ 39.78 |
| Psychology Associate | 4.00 | $ 29.25 |
| | 66.80 | |
| Total | 74.80 | |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*



Attachment A

## Arizona Department of Corrections
## Regional Office

| Key Management Positions | Current Contract FTEs | Loaded Hourly Rate |
|---|---|---|
| Chief Medical Officer | 1.00 | $ 140.63 |
| Mental Health Director (PH.D) | 1.00 | $ 56.25 |
| Psychiatric Director | 0.25 | $ 148.22 |
| | 2.25 | |

| Positions Not Subject to Offset | Current Contract FTEs |
|---|---|
| Chief Executive Officer | 1.00 |
| Regional Vice President | 2.00 |
| Statewide DON | 1.00 |
| Medical UM Administrator | 1.00 |
| Quality Management Administrator | 1.00 |
| Pharmacy Director/ Coordinator | 0.20 |
| Staff Development Specialist | 1.00 |
| Provider Services and Claims Representative | 1.00 |
| Financial Operations Manager | 1.00 |
| IT Technicians | 2.00 |
| Recruiter | 1.00 |
| IT Software and Network Administrator | 1.00 |
| Data & Reports Coordinator | 1.00 |
| Clinical Data Coordinator | 1.00 |
| Administrative Assistant | 3.00 |
| Inmate Grievance Representative | 1.00 |
| Discharge Planner | 2.00 |
| UM RN | 2.00 |
| UM Clerks | 2.00 |
| Regional Dental Coordinator | 1.00 |
| | 26.20 |
| Total | 28.45 |

** Loaded Hourly Rate Includes the Base Hourly Rate and Benefits*

Attachment B

SOLICITATION NO. ADOC12-00001105 AMENDMENT NO. 13 — ARIZONA DEPARTMENT OF CORRECTIONS

**Breakdown of relative daily costs included in the capitation rate:**

| No. | Title | | | Current Year 4 PIPD | CPI Increase | Amended Year 5 PIPD |
|---|---|---|---|---|---|---|
| 1. | **Employee Personal Services - Direct Care** | | | | | |
| | 1.1 | Medical Services: Wages and Overtime | $ | 3.980 | 0.159 | 4.139 |
| | 1.3 | Dental Services: Wages and Overtime | $ | 0.000 | 0.000 | 0.000 |
| | 1.4 | Pharmacy Services: Wages and Overtime | $ | 0.113 | 0.005 | 0.118 |
| | 1.5 | Mental Health Services: Wages and Overtime | $ | 1.141 | 0.046 | 1.187 |
| 2. | **Employer Related Expenditures for Employees - Direct Care** | | | | | |
| | 2.1 | Medical Services: Employer Related Expenditures | $ | 0.680 | 0.027 | 0.707 |
| | 2.2 | Dental Services: Employer Related Expenditures | $ | 0.000 | 0.000 | 0.000 |
| | 2.3 | Pharmacy Services: Employer Related Expenditures | $ | 0.021 | 0.001 | 0.022 |
| | 2.4 | Mental Health Services: Employer Related Expenditures | $ | 0.177 | 0.007 | 0.184 |
| 3. | **Professional and Outside Services - Direct Care** | | | | | |
| | 3.1 | Medical Services: Professional and Outside Services | $ | 2.029 | 0.081 | 2.110 |
| | 3.1.1 | Savings Due to Capital Construction for On-Site Services | $ | N/A | N/A | N/A |
| | 3.2 | Dental Services: Professional and Outside Services | $ | 0.710 | 0.028 | 0.738 |
| | 3.3 | Pharmacy Services: Professional and Outside Services | $ | N/A | N/A | N/A |
| | 3.4 | Mental Health Services: Professional and Outside Services | $ | N/A | N/A | N/A |
| 4. | **Travel - In State** | | | | | |
| | 4.1 | Medical Services: Travel - In State | $ | 0.016 | 0.001 | 0.017 |
| | 4.2 | Dental Services: - Travel - In State | $ | N/A | N/A | N/A |
| | 4.3 | Pharmacy Services: - Travel - In State | $ | N/A | N/A | N/A |
| | 4.4 | Mental Health Services: - Travel - In State | $ | 0.002 | 0.000 | 0.002 |
| 5. | **Travel - Out of State** | | | | | |
| | 5.1 | Medical Services: Travel - Out State | $ | 0.002 | 0.000 | 0.002 |
| | 5.2 | Dental Services: - Travel - Out State | $ | N/A | N/A | N/A |
| | 5.3 | Pharmacy Services: - Travel - Out State | $ | N/A | N/A | N/A |
| | 5.4 | Mental Health Services: - Travel - Out State | $ | 0.001 | 0.000 | 0.001 |
| 6. | **Other Operating Expenses** | | | | | |
| | 6.1 | Medical Services: Other Operating Expenses | $ | 0.539 | 0.022 | 0.561 |
| | 6.2 | Dental Services: Other Operating Expenses | $ | N/A | N/A | N/A |
| | 6.3 | Pharmacy Services: Pharmaceuticals | $ | 1.222 | 0.044 | 1.266 |
| | 6.3 | Pharmacy Services: Other Operating Expenses excluding Pharmaceuticals | $ | 0.112 | 0.004 | 0.116 |
| | 6.4 | Mental Health Services: Other Operating Expenses | $ | 0.016 | 0.001 | 0.017 |

Attachment B

| SOLICITATION NO. ADOC12-00001105 AMENDMENT NO. 13 | ARIZONA DEPARTMENT OF CORRECTIONS |
|---|---|

**Breakdown of relative daily costs included in the capitation rate:**

| No. | Title | | | Current Year 4 PIPD | CPI Increase | Amended Year 5 PIPD |
|---|---|---|---|---|---|---|
| 7. | **Capital Equipment** | | | | | |
| | 7.1 | Medical Services: | $ | 0.024 | 0.001 | 0.025 |
| | 7.2 | Dental Services: | $ | N/A | N/A | N/A |
| | 7.3 | Pharmacy Services: | $ | 0.000 | 0.000 | 0.000 |
| | 7.4 | Mental Health Services: | $ | 0.000 | 0.000 | 0.000 |
| | 7.5 | Building Improvement/Construction: | $ | 0.000 | 0.000 | 0.000 |
| 8. | **Non-Capital Equipment** | | | | | |
| | 8.1 | Medical Services: | $ | 0.018 | 0.001 | 0.019 |
| | 8.2 | Dental Services: | $ | N/A | N/A | N/A |
| | 8.3 | Pharmacy Services: | $ | 0.000 | 0.000 | 0.000 |
| | 8.4 | Mental Health Services: | $ | 0.000 | 0.000 | 0.000 |
| 9. | **Insurance** | | | | | |
| | 9.1 | Commercial General Liability | $ | 0.000 | 0.000 | 0.000 |
| | 9.2 | Business Automobile Liability | $ | 0.000 | 0.000 | 0.000 |
| | 9.3 | Umbrella Liability | $ | 0.000 | 0.000 | 0.000 |
| | 9.4 | Professional Liability | $ | 0.449 | 0.018 | 0.467 |
| 10. | **Cost Allocation and Indirect Costs** | | | | | |
| | 10.1 | All Services: Cost Allocation and Indirect Costs | $ | 0.408 | 0.013 | 0.421 |
| 11. | **Other** | | | | | |
| | 11.1 | Claims (included in 10.1 All Services: Cost Allocation and Indirect Costs) | $ | 0.000 | 0.000 | 0.000 |
| | 11.2 | EHR/EMAR System (includes all associated costs) | $ | 0.086 | 0.003 | 0.089 |
| | 11.3 | Data Conversion Costs (including paper records) | $ | 0.003 | 0.000 | 0.003 |
| | 11.4 | In-State Administration | $ | 0.000 | 0.000 | 0.000 |
| | 11.5 | Out-of-State Administration | $ | 0.000 | 0.000 | 0.000 |
| | 11.6 | Profit | $ | 0.307 | 0.012 | 0.319 |
| | | **TOTAL DAILY COST/INMATE *** | $ | 12.060 | 0.474 | 12.540 |

# Exhibit 4



| Contract Change Order/Amendment | | State of Arizona<br>Department of Corrections<br>1645 West Jefferson Street<br>Phoenix, AZ 85007 |
|---|---|---|
| Contract No.: ADOC13-041943 / ADC No. 130051DC | | |
| Amendment No.: 15 | Date: May 7, 2018 | |

The Contract is hereby amended as follows:

1. ADC will extend the term of the Contract for a period of one year from July 1, 2018 to June 30, 2019.

2. Minimum Required Staffing Plan (MRSP) shall be 1,046.75 FTEs based on the attached staffing pattern for each complex/facility.

3. Staffing Paybacks/Offsets: Hours will be reported monthly by position by facility. The Regional Office staffing will be reported as one "Facility". In the event that less than one hundred percent (100%) of the required staffing hours are worked in a given month for any position, per Facility, Corizon shall credit ADC for such unfilled hours to the extent that such hours, per position, per facility, fall below the 100% threshold. Positions can be covered by staff based on the staffing replacement mix listed on attachment B. For example, if there are two (2) FTE RN's identified for a particular facility, then the calculation of the 100% threshold for the RN position at the facility will be based on the number of hours equal to two (2) FTEs for that month and the total number of fulfilled RN hours. Credit shall be at a rate equal to the average hourly wage for the position (hourly rate x number of hours = offset/payback) for the vacant hours.

4. Contract Sanction: There will be no cap on contract sanctions during this one year extension.

   Corizon shall remain subject to the per performance measure sanction for any failed performance measure that extends the monitoring period under the rules of the *Parson v. Ryan, et al.* Stipulation.

   Contract sanctions shall be incurred based upon the Graduated Sanctions Scale table below:

   Graduated Sanction Table Based on # of Measures Extending Stipulation

| # Measures | Sanction | |
|---|---|---|
| 1-9 | $ | 2,500 per measure |
| 10-19 | $ | 5,000 per measure |
| 20-29 | $ | 7,500 per measure |
| 30-39 | $ | 10,000 per measure |
| 40-49 | $ | 15,000 per measure |
| 50+ | $ | 20,000 per measure |

Example: 40 failed measures would be calculated as follows: (9 measures x $2,500) + (10 measures x $5,000) + (10 measures at $7,500) + (10 measures x 10000) + (1 measure x 15,000) = $22,500 + $50,000 + 75,000 + $100,000 + $15,000 = $262,500 for 40 failed measures.



| Contract Change Order/Amendment | | State of Arizona<br>Department of Corrections<br>1645 West Jefferson Street<br>Phoenix, AZ 85007 |
|---|---|---|
| Contract No.: ADOC13-041943 / ADC No. 130051DC | | |
| Amendment No.: 15 | Date: May 7, 2018 | |

5. **Quick Pay:** For services beginning July 1, 2018, Corizon shall invoice ADC for services that month utilizing Inmate Count of State Prisons reported on the ADC Daily Count Sheet of the June 15, 2018. The 15th of the month Inmate Count will be used as estimated ADP for the following month. Corizon shall invoice ADC no later than the 20th of the month, for the following month's payment.

6. **Hepatitis C:** The per diem includes $5.1 Million for Hepatitis C pharmaceutical cost. Corizon shall reconcile monthly and true up on a direct cost basis for the requisite pharmaceuticals. Corizon shall provide a monthly detailed report containing date administered and cost of Hep-C pharmaceuticals for each inmate. Any material increase in this expenditure will require ADC written consent and Legislative approval for necessary funding.

7. **Payment Structure:** Pricing based on a modified Per Inmate Per Day (PIPD). The base per diem with an adjusted rate for population above or below the base population as described below rather than strict per diem pricing. Pricing is based on an inmate population of 34,074 "Base Population". "Base Per Diem" price is $15.164 PIPD with an adjusted per diem for ADP changes above and below 34,074 will be charged at $4.352 PIPD.

   Example 1: Average daily population above Base Population:
   Monthly ADP of 35,074 would be charged as (34,074 * $15.164) + (1,000 x $4.352) = $521,050.14 per day x number of days in month (30) = $15,631,504.08.

   Example 2: Average daily population below Base Population:
   Monthly ADP of 33,074 would be charged as (34,074 x $15.164) – (1,000 x $4.352) = $512,346.14, per day x number of days in month (30) = $15,370,384.08.

8. Contract Amendment #14 will expire on June 30, 2018.

9. Additional line items have been added in ProcureAZ to reflect the new pricing.

10. A revised staffing plan (Attachment A), staffing replacement mix (Attachment B), and Fee Schedule (Attachment C) are attached hereto and incorporated herein.

Intentionally left blank



|  | **Contract Change Order/Amendment** | | State of Arizona<br>Department of Corrections<br>1645 West Jefferson Street<br>Phoenix, AZ 85007 |
|---|---|---|---|
| | Contract No.: ADOC13-041943 / ADC No. 130051DC | | |
| | Amendment No.: 15 | Date: May 7, 2018 | |

**ALL OTHER REQUIREMENTS, SPECIFICATIONS, TERMS AND CONDITIONS REMAIN UNCHANGED**

| This Contract Amendment is not binding against the State of Arizona unless signed by an authorized representative of the Contractor and then accepted in writing by an authorized representative of the State. | |
|---|---|
| CONTRACTOR HEREBY ACKNOWLEDGES RECEIPT AND UNDERSTANDING OF THE ABOVE AMENDMENT | THE ABOVE REFERENCED CONTRACT AMENDMENT IS HEREBY EXECUTED THIS DATE BY THE STATE |
| Signature of Authorized Representative | Signature of Authorized Representative |
| Typed or Printed Name<br>Steve Rector | Typed or Printed Name<br>Ken Sanchez |
| Title<br>CEO | Title<br>Chief Procurement Officer |
| Date<br>5/7/18 | Date<br>5/7/18 |

# AMENDMENT 15 ATTACHMENT A

| FTE POSITIONS | DOUGLAS | EYMAN | FLORENCE | LEWIS | PERRYVILLE | PHOENIX | SAFFORD | TUCSON | WINSLOW | YUMA | REG OFFICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 9.20 |
| Staff Physician | 1.00 | 1.00 | 2.00 | 1.00 | 1.00 | 1.00 | 1.00 | 2.00 | 1.00 | 1.00 | 0.00 | 12.00 |
| Midlevel Practitioner | 1.00 | 5.00 | 5.00 | 6.00 | 5.00 | 3.20 | 1.00 | 7.00 | 2.00 | 4.00 | 0.00 | 39.20 |
| Facility Health Administrator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Assistant Facility Health Administrator | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 6.00 |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Assistant Director of Nursing | 1.40 | 6.50 | 6.50 | 7.00 | 6.00 | 3.00 | 2.00 | 8.00 | 2.00 | 5.00 | 0.00 | 47.40 |
| RN | 8.00 | 20.40 | 36.00 | 30.00 | 30.00 | 12.00 | 8.00 | 36.00 | 6.00 | 14.00 | 0.00 | 200.40 |
| LPN | 4.00 | 31.00 | 31.05 | 35.00 | 24.00 | 3.00 | 6.00 | 40.00 | 4.00 | 10.00 | 0.00 | 188.05 |
| Nursing Assistant / PCT | 5.00 | 11.00 | 22.00 | 16.00 | 16.00 | 5.80 | 4.00 | 22.00 | 3.00 | 6.00 | 0.00 | 110.80 |
| Lead Inventory Coordinator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Inventory Coordinator | 1.00 | 3.00 | 3.00 | 3.00 | 2.00 | 1.00 | 1.00 | 3.00 | 1.00 | 2.00 | 0.00 | 20.00 |
| Lab Technician | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 2.00 |
| X-Ray Technician | 0.50 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.00 | 8.00 |
| Office Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Administrative Assistant | 1.00 | 2.00 | 2.00 | 2.00 | 2.00 | 1.00 | 1.00 | 2.00 | 1.00 | 2.00 | 1.00 | 17.00 |
| Medical Records Supervisor | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 10.00 |
| Medical Records Clerk | 1.00 | 4.00 | 5.00 | 4.00 | 4.00 | 3.00 | 1.00 | 6.00 | 1.00 | 4.00 | 0.00 | 33.00 |
| Clinical Coordinator | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 6.00 |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Dentist | 1.00 | 2.00 | 2.00 | 2.00 | 3.00 | 1.00 | 0.50 | 3.00 | 0.50 | 2.00 | 0.00 | 17.00 |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 1.80 |
| Dental Assistant | 2.00 | 6.00 | 6.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 2.00 | 4.00 | 0.00 | 43.00 |
| Psychiatrist (PROVIDER) | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.00 | 2.50 | 0.00 | 0.50 | 0.00 | 7.50 |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 1.50 | 1.50 | 2.50 | 2.00 | 2.25 | 0.00 | 2.00 | 0.00 | 2.25 | 0.00 | 14.00 |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Lead Psychology Associate | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 5.00 |
| Psychologist (CLINICIAN) | 0.00 | 3.00 | 2.50 | 2.50 | 2.50 | 2.50 | 0.00 | 3.00 | 0.00 | 2.00 | 0.00 | 18.00 |
| Psychology Associate (CLINICIAN) | 1.00 | 12.40 | 7.00 | 14.00 | 10.00 | 5.00 | 1.00 | 12.00 | 1.00 | 8.00 | 0.00 | 71.40 |
| Mental Health RN | 0.00 | 1.50 | 1.50 | 1.50 | 1.00 | 20.00 | 0.00 | 1.50 | 0.00 | 1.00 | 0.00 | 28.00 |
| Behavioral Health Tech | 0.00 | 5.00 | 3.00 | 3.00 | 1.50 | 7.00 | 0.00 | 4.50 | 0.00 | 1.00 | 0.00 | 25.00 |
| Recreation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Mental Health Clerk | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 7.00 |
| VP of Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |

AMENDMENT 15 ATTACHMENT A

| FTE POSITIONS | DOUGLAS | EYMAN | FLORENCE | LEWIS | PERRYVILLE | PHOENIX | SAFFORD | TUCSON | WINSLOW | YUMA | REG OFFICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Associate VPO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Director Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Director of Nursing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Grievance Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Director CQI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Medical Content Specialist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Provider Service Rep | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Desk Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Recruiter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Education Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| Regional Clinical Pharmacy Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Lead Outpatient UM Reviewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Utilization Review RN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 |
| Release / Discharge Planner | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | 7.00 |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 9.00 |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Telehealth Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Chronic Care Scheduler | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 7.00 |
| Regional Infection Control Nurse | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Business Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Training & Development Mgr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| UM Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Technical Trainer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scheduler | 0.50 | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | 0.00 | 6.00 |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | | | | | | | | | | | |
| TOTAL CONTRACT | 37.10 | 130.50 | 151.25 | 151.70 | 131.70 | 87.45 | 34.70 | 177.20 | 32.70 | 83.45 | 29.00 | 1046.75 |

AMENDMENT 15 ATTACHMENT B

| POS # | HOURS CAN BE APPLIED TO POS # (SAME FACILITY) | FTE POSITIONS |
|---|---|---|
| 1 | 2 | Medical Director |
| 2 | 3 | Staff Physician |
| 3 | | Midlevel Practitioner |
| 4 | | Facility Health Administrator |
| 5 | | Assistant Facility Health Administrator |
| 6 | 7 | Director of Nursing |
| 7 | 8 | Assistant Director of Nursing |
| 8 | 9 | RN |
| 9 | 10 | LPN |
| 10 | | Nursing Assistant / PCT |
| 11 | 12 | Lead Inventory Coordinator |
| 12 | | Inventory Coordinator |
| 13 | | Lab Technician |
| 14 | | X-Ray Technician |
| 15 | | Office Manager |
| 16 | | Administrative Assistant |
| 17 | 18 | Medical Records Supervisor |
| 18 | | Medical Records Clerk |
| 19 | | Clinical Coordinator |
| 20 | | LPN - Infection Control |
| 21 | | Clerk |
| 22 | 23 | Dental Director |
| 23 | 25 | Dentist |
| 24 | | Dental Hygienist |

AMENDMENT 15 ATTACHMENT B

| POS # | HOURS CAN BE APPLIED TO POS # (SAME FACILITY) | FTE POSITIONS |
|---|---|---|
| 25 | | Dental Assistant |
| 26 | 27 | Psychiatrist (PROVIDER) |
| 27 | | Mental Health Midlevel (NP / PA) (PROVIDER) |
| 28 | 29 | Mental Health Clinical Director (Ph.D) |
| 29 | 31 | Lead Psychologist |
| 30 | | Lead Psychology Associate |
| 31 | 32 | Psychologist (CLINICIAN) |
| 32 | | Psychology Associate (CLINICIAN) |
| 33 | | Mental Health RN |
| 34 | | Behavioral Health Tech |
| 35 | | Recreation Therapist |
| 36 | | Mental Health Clerk |
| 37 | | VP of Operations |
| 38 | | Associate VPO |
| 39 | | Director Operations |
| 40 | | Regional Medical Director |
| 41 | | Regional Director of Nursing |
| 42 | | Regional Grievance Coordinator |
| 43 | | Regional Director CQI |
| 44 | | Medical Content Specialist |
| 45 | | Provider Service Rep |
| 46 | | Service Desk Analyst |
| 47 | | Recruiter |
| 48 | | Education Coordinator |

AMENDMENT 15 ATTACHMENT B

| POS # | HOURS CAN BE APPLIED TO POS # (SAME FACILITY) | FTE POSITIONS |
|---|---|---|
| 49 | | Regional Clinical Pharmacy Director |
| 50 | | Lead Outpatient UM Reviewer |
| 51 | | Utilization Review RN |
| 52 | | Release / Discharge Planner |
| 53 | | Healthcare Delivery Facilitator |
| 54 | | Regional Dental Director |
| 55 | | Regional Psychiatric Director |
| 56 | | VP Behavioral Health Services |
| 57 | | Associate Regional Mental Health Director |
| 58 | | Telehealth Coordinator |
| 59 | | Chronic Care Scheduler |
| 60 | | Regional Infection Control Nurse |
| 61 | | Business Analyst |
| 62 | | Training & Development Mgr |
| 63 | | UM Clerk |
| 64 | | Technical Trainer |
| 65 | | Scheduler |
| 66 | 26 | Psychiatric Director |
| 67 | 33 | MH RN Charge |

# Exhibit 5





Advisory Board

Consulting

# United States District Court, District of Arizona

ADC Facility Profiles

April 27, 2018

The best practices are the ones that work for you.℠

research technology consulting

# Table of Contents

| Supply Gap | Facility | Slide Number |
|---|---|---|
| **< 25%** | Lewis | 4 |
| | Perryville | 9 |
| | Phoenix | 14 |
| | Tucson | 19 |
| **25% to 75%** | Safford | 25 |
| | Winslow | 30 |
| **>75%** | Douglas | 35 |
| | Eyman | 40 |
| | Florence | 45 |
| | Yuma | 50 |

©2018 Advisory Board • All Rights Reserved • **advisory.com**

3
Advisory Board
Supply Gap <25%
Lewis, Perryville, Phoenix, Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap < 25%

# Lewis Medical Staffing Overall

4

Total FTEs – Actual to Budgeted
Lewis – January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 6.5 FTE
FTEs
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

5

# Lewis Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 2
Director 13
Corizon Budgeted Staffing = 1.0 FTE
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Staff Physician Actual to Budgeted FTEs
Physician 8
Physician 3
Physician 5
Physician 13
Corizon Budgeted Staffing = 2.5 FTE
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 3.0 FTE
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**







Market Supply Gap < 25%

6

# Lewis Behavioral Health Staffing Overall

## Total Behavioral Health FTEs – Actual to Budgeted

*Lewis – January 1 to December 31, 2017*

BH Director
Psychiatrist
Psychologist
BH NP
Psych Associate
Corizon Budgeted Staffing = 13.0 FTE
0
2
4
6
8
10
12
14
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap < 25%

# Lewis Behavioral Health Staffing

BH Directors Actual to Budgeted FTEs
BH Director 1
No BH Directors Budgeted
Psychiatrists Actual to Budgeted FTEs
BH Provider 25
BH Provider 5
BH Provider 1
Corizon Budgeted Staffing = 1.0 FTE
Psychologists Actual to Budgeted FTEs
BH Provider 29
BH Provider 17
BH Provider 18
BH Provider 15
BH Provider 20
BH Provider 7
BH Provider 6
Corizon Budgeted Staffing = 3.0 FTE

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%

# Lewis Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 14
BH NP 1
BH NP 8
BH NP 2
BH NP 10
Corizon Budgeted Staffing = 2.0 FTE
2.50
2.00
1.50
1.00
0.50
0.00

Psych Associates Actual to Budgeted FTEs
Psych Assoc 1
Psych Assoc 59
Psych Assoc 36
Psych Assoc 74
Psych Assoc 11
Psych Assoc 7
Psych Assoc 21
Psych Assoc 40
Psych Assoc 30
Corizon Budgeted Staffing = 7.0 FTE
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap < 25%

# Perryville Medical Staffing Overall

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

10

# Perryville Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 16
Director 5
Director 9
Corizon Budgeted Staffing = 1.0 FTE
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Staff Physician Actual to Budgeted FTEs
Physician 3
Physician 10
Physician 19
Corizon Budgeted Staffing = 2.5 FTE
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 5.0 FTE
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%
11

# Perryville Behavioral Health Staffing Overall

**Total Behavioral Health FTEs – Actual to Budgeted**

*Perryville – January 1 to December 31, 2017*

BH Director
Psychiatrist
Psychologist
BH NP
Psych Associate
Corizon Budgeted Staffing = 12.5 FTE
13.00
12.00
11.00
10.00
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**







Market Supply Gap < 25%

# Perryville Behavioral Health Staffing

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

13

# Perryville Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 3
BH NP 18
BH NP 1
BH NP 9
BH NP 2
BH NP 19
Corizon Budgeted Staffing = 2.0 FTE
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psych Associates Actual to Budgeted FTEs
Psych Assoc 28
Psych Assoc 29
Psych Assoc 65
Psych Assoc 76
Psych Assoc 77
Psych Assoc 57
Psych Assoc 26
Psych Assoc 62
Corizon Budgeted Staffing = 6.5 FTE
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap < 25%

14

# Phoenix Medical Staffing Overall

Total FTEs – Actual to Budgeted
Phoenix– January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 6.0 FTE
FTEs
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
Weeks
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

15

# Phoenix Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 6
Director 4
Corizon Budgeted Staffing = 1.0 FTE
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Staff Physician Actual to Budgeted FTEs
Physician 15
Physician 9
Physician 4
Corizon Budgeted Staffing = 1.0 FTE
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 4.0 FTE
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap < 25%

16

# Phoenix Behavioral Health Staffing Overall

Total Behavioral Health FTEs – Actual to Budgeted
Phoenix – January 1 to December 31, 2017
BH Director
Psychiatrist
Psychologist
BH NP
Psych Associate
Corizon Budgeted Staffing = 13.0 FTE
14.00
12.00
10.00
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap < 25%

17

# Phoenix Behavioral Health Staffing

BH Director Actual to Budgeted FTEs
BH Director 1
BH Director 2
BH Director 6
Corizon Budgeted Staffing = 1.5 FTE
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Psychiatrists Actual to Budgeted FTEs
BH Provider 25
BH Provider 19
BH Provider 1
BH Provider 3
Corizon Budgeted Staffing = 1.5 FTE
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psychologists Actual to Budgeted FTEs
BH Provider 34
BH Provider 20
BH Provider 31
BH Provider 21
Corizon Budgeted Staffing = 3.0 FTE
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

18

# Phoenix Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 11
BH NP 2
BH NP 13
BH NP 15
Corizon Budgeted Staffing = 1.0 FTE
2.00
1.75
1.50
1.25
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49

Psych Associates Actual to Budgeted FTEs
Corizon Budgeted Staffing = 6.4 FTE
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap < 25%
19

# Tucson Medical Staffing Overall

Total FTEs – Actual to Budgeted
Tucson – January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 7.5 FTE
FTEs
10.00
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
Weeks
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

20

# Tucson Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 11
Director 1
Corizon Budgeted Staffing = 1.0 FTE
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Staff Physician Actual to Budgeted FTEs
Physician 8
Physician 3
Physician 17
Physician 18
Physician 4
Corizon Budgeted Staffing = 3.5 FTE
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 3.0 FTE
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap < 25%
21

# Tucson Behavioral Health Staffing Overall

Total Behavioral Health FTEs – Actual to Budgeted
Tucson – January 1 to December 31, 2017
Psychiatrist
Psychologist
BH NP
Psych Associate
Corizon Budgeted Staffing = 17.5 FTE
18.00
16.00
14.00
12.00
10.00
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap < 25%

22

# Tucson Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*

Psychiatrists Actual to Budgeted FTEs
BH Provider 22
BH Provider 19
Corizon Budgeted Staffing = 2.0 FTE
3.00
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 12 13 14 15 16 17 18 19 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psychologists Actual to Budgeted FTEs
BH Provider 11
BH Provider 35
BH Provider 14
BH Provider 8
BH Provider 33
Corizon Budgeted Staffing = 4.0 FTE
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap < 25%

23

# Tucson Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 3
BH NP 17
BH NP 21
BH NP 7
Corizon Budgeted Staffing = 1.5 FTE
3.00
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psych Associates Actual to Budgeted FTEs
Corizon Budgeted Staffing = 10.0 FTE
10.00
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

24
Advisory Board
Supply Gap 25% to 75%
Safford, Winslow

Market Supply Gap 25% - 75%

25

# Safford Medical Staffing Overall

Total FTEs – Actual to Budgeted
Safford – January 1 to December 31, 2017
Director
NPP
Corizon Budgeted Staffing = 2.0 FTE
2.50
2.00
1.50
1.00
0.50
0.00
FTEs
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**



# Stafford Medical Staffing

***No Budgeted or Filled Physicians***

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap 25% - 75%

# Safford Behavioral Health Staffing Overall

27

Total Behavioral Health FTEs – Actual to Budgeted
Safford – January 1 to December 31, 2017
Psychiatrist
Psych Associate
Corizon Budgeted Staffing = 1.0 FTE
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Safford Behavioral Health Staffing

***No Budgeted or Filled Behavioral Health Directors***

Psychiatrist Actual to Budgeted FTEs
BH Provider 1
No Psychiatrists Budgeted
0.25
0.20
0.15
0.10
0.05
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

***No Budgeted or Filled Psychologists***

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap 25% - 75%
29

# Stafford Behavioral Health Staffing

***No Budgeted or Filled Behavioral Health Nurse Practitioners***

Psych Associates Actual to Budgeted FTEs
Psych Assoc 42
Corizon Budgeted Staffing = 1.0 FTE
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap 25% - 75%

30

# Winslow Medical Staffing

Total FTEs – Actual to Budgeted
Winslow – January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 2.0 FTE
FTEs
3.50
3.00
2.50
2.00
1.50
1.00
0.50
0.00
Weeks
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Winslow Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 12
Corizon Budgeted Staffing = 1.0 FTE
1.00
0.75
0.50
0.25
0.00

Physician Actual to Budgeted FTEs
Physician 13
No Physicians Budgeted
1.00
0.75
0.50
0.25
0.00

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 1.0 FTE
3.00
2.00
1.00
0.00

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Winslow Behavioral Health Staffing

***No Budgeted or Filled Behavioral Health Directors***

***No Budgeted or Filled Psychiatrists***

***No Budgeted or Filled Psychologists***

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap 25% - 75%

# Winslow Behavioral Health Staffing

***No Budgeted or Filled Behavioral Health Nurse Practitioners***

Psych Associates Actual to Budgeted FTEs
Corizon Budgeted Staffing = 1.0 FTE; 0 Filled
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

34
Advisory Board
Supply Gap >75%
Douglas, Eyman, Florence, Yuma

Market Supply Gap > 75%

35

# Douglas Medical Staffing Overall

## 1 Medical Director Budgeted but Not Staffed; 1 NPP Budgeted

Total FTEs – Actual to Budgeted
Douglas – January 1 to December 31, 2017
NPP
Director
Corizon Budgeted Staffing = 2.0 FTE
FTEs
2.00
1.80
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap > 75%

36

# Douglas Medical Staffing

Medical Director Actual to Budgeted FTEs
Director
Corizon Budgeted Staffing = 1.0 FTE; 0 Filled
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

No Budgeted or Filled Physicians

Non-Physician Practitioner Actual to Budgeted FTEs
NPP 39
NPP 11
NPP 62
Corizon Budgeted Staffing = 1.0 FTE
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap > 75%

# Douglas Behavioral Health Staffing Overall

37

## Total Behavioral Health FTEs – Actual to Budgeted

*Douglas – January 1 to December 31, 2017*

Psychiatrist
Psych Associate
Corizon Budgeted Staffing = 1.0 FTE
1.50
1.25
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Douglas Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*

Psychiatrists Actual to Budgeted FTEs
BH Provider 1
No Budgeted Psychiatrists
0.50
0.40
0.30
0.20
0.10
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

*No Budgeted or Filled Psychologists*

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap > 75%

# Douglas Behavioral Health Staffing

39

***No Budgeted or Filled Behavioral Health Nurse Practitioners***

Psych Associates Actual to Budgeted FTEs
Psych Assoc 17
Corizon Budgeted Staffing = 1.0 FTE
1.50
1.25
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap > 75%

40

# Eyman Medical Staffing Overall

Total FTEs – Actual to Budgeted
Eyman – January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 5.0 FTE
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
FTEs
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap > 75%

# Eyman Medical Staffing

Medical Director Actual to Budgeted FTEs
Director 2
Director 14
Corizon Budgeted Staffing = 1.0 FTE
2.00
1.50
1.00
0.50
0.00
Staff Physician Actual to Budgeted FTEs
Physician 8
Physician 7
Physician 3
Physician 11
Physician 13
Physician 4
Physician 2
Physician 6
Physician 12
Corizon Budgeted Staffing = 1.0 FTE
2.50
2.00
1.50
1.00
0.50
0.00

Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 3.0 FTE
6.00
5.00
4.00
3.00
2.00
1.00
0.00

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%

# Eyman Behavioral Health Staffing Overall

**Total Behavioral Health FTEs – Actual to Budgeted**

*Eyman – January 1 to December 31, 2017*

©2018 Advisory Board • All Rights Reserved • advisory.com

43

Market Supply Gap > 75%

# Eyman Behavioral Health Staffing

BH Directors Actual to Budgeted FTEs
BH Director 1
No BH Directors Budgeted
1.00
0.75
0.50
0.25
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psychiatrists Actual to Budgeted FTEs
BH Provider 1
BH Provider 3
Corizon Budgeted Staffing = 1.0 FTE
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Psychologists Actual to Budgeted FTEs
BH Provider 28
BH Provider 18
BH Provider 23
BH Provider 12
BH Provider 10
Corizon Budgeted Staffing = 4.0 FTE
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap > 75%

44

# Eyman Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 1
BH NP 20
BH NP 7
BH NP 16
BH NP 15
BH NP 10
Corizon Budgeted Staffing = 2.0 FTE
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psych Associates Actual to Budgeted FTEs
Corizon Budgeted Staffing = 9.0 FTE
10.00
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

Market Supply Gap > 75%

45

# Florence Medical Staffing Overall

Total FTEs – Actual to Budgeted
Florence – January 1 to December 31, 2017
Director
Physician
NPP
Corizon Budgeted Staffing = 5.5 FTE
FTEs
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Florence Medical Staffing

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap > 75%
47

# Florence Behavioral Health Staffing Overall

Total Behavioral Health FTEs – Actual to Budgeted
Florence – January 1 to December 31, 2017
Psychiatrist
Psychologist
BH NP
Corizon Budgeted Staffing = 11.5 FTE
13.00
12.00
11.00
10.00
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Florence Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*

Psychiatrists Actual to Budgeted FTEs
BH Provider 25
BH Provider 19
BH Provider 3
Corizon Budgeted Staffing = 1.0 FTE
2.00
1.50
1.00
0.50
0.00

Psychologists Actual to Budgeted FTEs
BH Provider 13
BH Provider 24
BH Provider 12
Corizon Budgeted Staffing = 2.0 FTE
3.00
2.50
2.00
1.50
1.00
0.50
0.00

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap > 75%

49

# Florence Behavioral Health Staffing

BH Nurse Practitioners Actual to Budgeted FTEs
BH NP 4
BH NP 6
Corizon Budgeted Staffing = 2.0 FTE
2.50
2.00
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

Psychologists Actual to Budgeted FTEs
Corizon Budgeted Staffing = 6.5 FTE
8.00
6.00
4.00
2.00
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

©2018 Advisory Board • All Rights Reserved • **advisory.com**





# Yuma Medical Staffing Overall

©2018 Advisory Board • All Rights Reserved • **advisory.com**



Market Supply Gap > 75%
51
Yuma Medical Staffing
Medical Director Actual to Budgeted FTEs
Director 7
Corizon Budgeted Staffing = 1.0 FTE
Staff Physician Actual to Budgeted FTEs
Physician 3
Physician 1
Corizon Budgeted Staffing = 1.0 FTE
Non-Physician Practitioner Actual to Budgeted FTEs
Corizon Budgeted Staffing = 3.0 FTE
©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%
52

# Yuma Behavioral Health Staffing Overall

Total Behavioral Health FTEs – Actual to Budgeted
Yuma – January 1 to December 31, 2017
Psychiatrist
BH NP
Psych Associate
Corizon Budgeted Staffing = 5.0 FTE
FTEs
9.00
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
Weeks

©2018 Advisory Board • All Rights Reserved • **advisory.com**





Market Supply Gap > 75%

# Yuma Behavioral Health Staffing

53

***No Budgeted or Filled Behavioral Health Directors***

Psychiatrists Actual to Budgeted FTEs
BH Provider 2
BH Provider 19
BH Provider 1
BH Provider 3
BH Provider 30
No Psychiatrists budgeted, but some staffed
1.50
1.00
0.50
0.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53

***No Budgeted or Filled Psychologists***

©2018 Advisory Board • All Rights Reserved • **advisory.com**





# Yuma Behavioral Health Staffing

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Exhibit 6



Advisory Board
Consulting

# United States District Court, District of Arizona

**Court Update:** Market / Facility Comparative Analysis
May 9, 2018

The best practices are the ones that work for **you.**℠

research technology consulting

# Agenda Topics and Meeting Objectives

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update**<br>*Update on accelerated timeline* | *5 minutes* |
| 2 | **Staffing Budget Compliance, Turnover, Compensation Analysis by Site**<br>*Review assumptions and data* | *45 minutes* |
| 3 | **Update on Interview Process**<br>*Phone interview and Survey Monkey status update* | *5 minutes* |
| 4 | **Next Steps & Discussion**<br>*Review of next steps and discussion* | *5 minutes* |

## Meeting Objectives

- ❑ Deliver findings from analyses by site
- ❑ Provide update on interviews
- ❑ Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Framework for Evaluation

| | Definition | Assumptions | Legend |
|---|---|---|---|
| Compliance | Percent of weeks of the year that the site reached budgeted levels | Discounted budgeted time by 10% to account for non-working time – PTO, Paid Sick Leave, Admin, etc.) | (green) >75% weeks of the year<br>(yellow) 50-75% weeks of the year<br>(red) <50% weeks of the year |
| Turnover | Three year average of percent of providers who have terminated their contracts each year | Based on all employees from 2015 through 2017<br>Rates developed by role, by facility (primary facility determined based on swipe data) | (green) <25% turnover<br>(yellow) 25-50% turnover<br>(red) >50% turnover |
| Compensation | Comparison of compensation to 2016 MGMA[1] benchmarks (Primary Care, Nurse Practitioner, Psychiatry, Psychology, NP Psychiatry) | Based on 2017 W2 data and Kronos hours<br>Primary facility determined based on swipe data<br>Psychology Associates excluded due to lack of MGMA benchmarks | (blue) >75th percentile<br>(green) 50th to 75th percentile<br>(red) <50th percentile |

1) Medical Group Management Association

©2018 Advisory Board • All Rights Reserved • advisory.com

# Physician Supply by County and Facility

## Analysis completed in context of supply gap groupings

| Market | # | Facility | Supply Gap |
|---|---|---|---|
| Maricopa | 1 | Phoenix | (green) |
| | 2 | Perryville | (green) |
| | 3 | Lewis | (green) |
| Yuma | 4 | Yuma | (red) |
| Navajo | 5 | Winslow | (yellow) |
| Pinal | 6 | Eyman | (red) |
| | 7 | Florence | (red) |
| Pima | 8 | Tucson | (green) |
| Graham | 9 | Safford | (yellow) |
| Cochise | 10 | Douglas | (red) |

| Legend | | |
|---|---|---|
| < 25% Gap (green) | 25-75% Gap (yellow) | > 75% Gap (red) |

©2018 Advisory Board • All Rights Reserved • advisory.com

5
Advisory Board
Supply Gap <25%
Lewis, Perryville, Phoenix, Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com

# < 25% Supply Gap

## Relatively high turnover, despite competitive compensation

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| **Lewis** | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| **Perryville** | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| **Phoenix** | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| **Tucson** | 79% | 52% | 75th | 2% | 43% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP; Nurse Practitioner, Physicians Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate;
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

< 25% Supply Gap

# Lewis Complex

## Medical Providers

**Compliance**

**47%** *of the year medical staffing met budgeted levels (25 weeks)*

- **Fully staffed NPPs** for all but one week of the year, yet **fell short on Physician staffing**
- Did not have any Medical Director coverage for 33 weeks of the year

**Turnover**

**38%** Medical provider turnover (3 year average)

- **Significant increase in both hiring and turnover in 2017**
- Significant increase in hiring of NPPs in 2017 despite limited terminations

**Compensation**

**~ 50th percentile overall**

- **Physicians and Medical Director paid below the median**
- NPPs paid just above the median

## Behavioral Health Providers

**Compliance**

**45%** *of the year behavioral health staffing met budgeted levels (24 weeks)*

- Consistent staffing of a 1.0 FTE Psychiatrist
- Very **inconsistent staffing of Psychologists and MH Nurse Practitioners** – five different NPs across short portions of the year
- Psych Associates met budget levels 70% of the year

**Turnover**

**39%** BH provider turnover (3 year average)

- **Turnover has steadily decreased** each year since 2015
- Steady retention of Psychologists across all three years including an additional hire in 2017
- Increase in Psych Associate staffing in 2016-2017 with very little turnover

**Compensation**

**> 75th percentile overall**

- Psychologists paid at the median
- **Psychiatrists and BH NPs paid well above the 75th percentile**

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap

# Perryville Complex

## Medical Providers

**Compliance**

**62%** of the year medical staffing met budgeted levels (33 weeks)

- **Physicians never reached budgeted staffing levels**
- Directors and NPPs were fully staffed 47 and 45 weeks respectively
- Impact of Physician deficit softened with **additional Medical Director staffing beyond budgeted hours**

**Turnover**

**19%** Medical provider turnover (3 year average)

- **Good retention of medical providers**, especially Physicians over the past three years
- Steady hiring of NPPs each year, with fewer terminations year after year

**Compensation**

**50th - 75th percentiles overall**

- Paying NPPs just above the MGMA 75th percentile
- Physicians are paid **below the median**
- Directors are paid **at or below the median**

## Behavioral Health Providers

**Compliance**

**0%** of the year behavioral health staffing met budgeted levels (0 weeks)

- **Consistent understaffing of all provider types for majority of the year**
- Consistent 1.0 FTE Psychiatrist became staffed in mid-June

**Turnover**

**44%** BH provider turnover (3 year average)

- Behavioral health staff **turnover was significant in 2017** with 7 providers leaving across all provider types (2 of whom worked for less than one year)

**Compensation**

**> 75th percentile overall**

- Paying Psychiatrists and BH NPs above the 75th percentile
- **Inconsistent Psychologist pay** across individual providers

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • **advisory.com**

< 25% Supply Gap

# Phoenix Complex

## Medical Providers

**Compliance**

**64%** *of the year medical staffing met budgeted levels (34 weeks)*

- Challenged to meet Physician staffing at the beginning of 2017 with **no coverage from June to September 2017**
- **Consistent NPP staffing** between 4-5 providers; approached budgeted NPP Staffing levels for ¾ of the year

**Turnover**

**39%** Medical provider turnover (3 year average)

- Number of medical provider **hires decreased each year**, yet termination rates remained relatively consistent

**Compensation**

**50th - 75th percentile overall**

- Paying NPPs and Directors slightly above the MGMA 75th percentile
- **Physicians paid slightly below median**

## Behavioral Health Providers

**Compliance**

**4%** *of the year behavioral health staffing met budgeted levels (2 weeks)*

- Significant understaffing of Psychologists in first three quarters of the year
- Consistent staffing of a 1.0 FTE Psychiatrist for most of the year yet never reached 1.5 FTE budget
- **Met Psych Associate budget nearly 75% of the year**

**Turnover**

**48%** BH provider turnover (3 year average)

- **No Psychologists on staff until 2017**
- Consistent Psych Associate hiring/turnover rates per year
- Appears to **be difficult to maintain a BH NP** at this site
- Only retained one of four Psychiatrists in time period

**Compensation**

**> 75th percentile overall**

- Psychologists paid at the 75th percentile
- Psychiatrists paid well above the 75th
- BH NPs paid above the 75th

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap

# Tucson Complex

## Medical Providers

**Compliance**

**79%** *of the year medical staffing met budgeted levels (42 weeks)*

- Fully met or exceeded budget staffing levels for NPPs every week of the year
- Physician staffing **rarely met even 1/3** of budgeted levels
- Medical Directors reached staffing levels 77% of the year

**Turnover**

**52%** Medical provider turnover (3 year average)

- **Significant turnover in NPPs in 2017 (6 departures)**
- Relatively consistent retention of Physicians over the three-year period

**Compensation**

**~ 75th percentile overall**

- Overall average impacted by NPP compensation, as they make up the majority of medical providers and are paid above the 75th percentile
- Directors and Physicians were paid just below the median

## Behavioral Health Providers

**Compliance**

**2%** *of the year behavioral health staffing met budgeted levels (1 week)*

- BH NPs met staffing levels 48 weeks of the year and often overstaffed which may have closed coverage gaps
- Although Psychiatrists and Psychologists were consistently staffed, **there weren't enough FTEs present to meet budgeted levels**

**Turnover**

**43%** BH provider turnover (3 year average)

- **Turnover has steadily decreased each year since 2015**
- Steady hiring as well as retention of Psychologists across all three years
- Consistent turnover of Psych Associates with 2-4 departures each year; yet 2-4 new hires each year

**Compensation**

**> 75th percentile overall**

- Psychologists paid between the median and 75th percentile
- Psychiatrists and BH NPs paid well above the 75th percentile

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

11
Advisory Board
Supply Gap 25% to 75%
Safford, Winslow
©2018 Advisory Board • All Rights Reserved • advisory.com

# 25% to 75% Supply Gap

Strong compensation may contribute to low turnover, yet compliance still low

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP; Nurse Practitioner, Physicians Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Safford Complex

## Medical Providers

**Compliance**

**25%** *of the year medical staffing met budgeted levels (13 weeks)*

- Didn't meet budget 75% of the year because the 1.0 FTE **Medical Director stopped providing coverage** in mid-April, although was not termed until December 1st
- NPPs were fully staffed for over two-thirds of the year, and approached budgeted levels nearly 90% of year

**Turnover**

**17%** Medical provider turnover (3 year average)

- One consistent NPP since 2015 with one more added in 2017
- Medical Director departed in December 2017

**Compensation**

**> 75th percentile overall**

- Paid Medical Director above 75th percentile during the 13 weeks of coverage
- **NPPs were paid well above the median** in 2017

## Behavioral Health Providers

**Compliance**

**26%** *of the year behavioral health staffing met budgeted levels (14 weeks)*

- Psych Associates comprise the behavioral health staff, yet **only met staffing levels 14 weeks of the year** (averaged 0.8 FTE vs. 1.0 FTE budgeted)

**Turnover**

**0%** BH provider turnover (3 year average)

- One Psych Associate has been staffed since 2013 and remains active (only BH staff at Safford)

**Compensation**

*No access to compensation benchmarks for Psych Associates and no other BH providers staffed*

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • **advisory.com**



● 25% - 75% Supply Gap

# Winslow Complex

## Medical Providers

**Compliance**

**40%** *of the year medical staffing met budgeted levels (21 weeks)*

- **NPPs were fully staffed for 70% (38 weeks) of the year**, yet exceeded budgeted staffing levels 36 of those 38 weeks.
- 1.0 Medical Director was budgeted but only staffed part-time for 9 non-consecutive weeks (main facility was Yuma)

**Turnover**

**14%** Medical provider turnover (3 year average)

- **NPPs comprised nearly the entire medical staff**. Consistent staffing throughout three year period, with one term and two hires in 2017

**Compensation**

**> 75th percentile overall**

- 4 of 5 NPPs paid above the 75th percentile

## Behavioral Health Providers

**Compliance**

**0%** *of the year behavioral health staffing met budgeted levels (0 weeks)*

- Budgeted 1.0 FTE Psych Associate but **position was never filled throughout the year**

**Turnover**

**50%** BH provider turnover (3 year average)

- Staffed one Psych Associate who termed in June 2016 and had not logged any hours; **position was not refilled**, despite the 1.0 FTE budget

**Compensation**

*No BH providers staffed*

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

15
Advisory Board
Supply Gap >75%
Douglas, Eyman, Florence, Yuma
©2018 Advisory Board • All Rights Reserved • advisory.com

# > 75% Supply Gap

## High turnover rates may contribute to staffing compliance challenges

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| **Douglas** | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| **Eyman** | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| **Florence** | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| **Yuma** | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP; Nurse Practitioner, Physicians Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks

©2018 Advisory Board • All Rights Reserved • **advisory.com**



# Douglas Complex

## Medical Providers

**Compliance**

**36%** *of the year medical staffing met budgeted levels (19 weeks)*

- **NPPs met budget 98% of the year (52 weeks)**
- 1.0 FTE Medical Director was budgeted, yet never staffed, thereby bringing down the overall compliance percentage

**Turnover**

**75%** Medical provider turnover (3 year average)

- Medical staff is comprised of NPPs; **three termed in 2017 while two new hires were made**

**Compensation**

**~ 75th percentile overall**

- NPPs paid at or above the 75th percentile

## Behavioral Health Providers

**Compliance**

**32%** *of the year behavioral health staffing met budgeted levels (17 weeks)*

- Only one Psych Associate was staffed and worked less than a 1.0 FTE throughout the year

**Turnover**

**100%** BH provider turnover (3 year average)

- **Difficulty retaining Psych Associate 1.0 FTE**

Compensation

*No access to compensation benchmarks for Psych Associates and no other BH providers staffed*

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Eyman Complex

## Medical Providers

**Compliance**

**43%** *of the year medical staffing met budgeted levels (23 weeks)*

- Physicians met budgeted levels 74% of the year
- Medical Director staffing was inconsistent
- **NPPs began to meet budgeted levels in the second half of 2017**

**Turnover**

**35%** Medical provider turnover (3 year average)

- **Significant physician turnover,** with all existing and hired physicians departing within the three year period
- **NPP staffing was relatively consistent** throughout three year period, with one term and two hires in 2017

**Compensation**

**50th - 75th percentile overall**

- Majority of NPPs paid above the 75th percentile
- Both Physicians were paid below the 75th percentile, one below the median

## Behavioral Health Providers

**Compliance**

**21%** *of the year behavioral health staffing met budgeted levels (11 weeks)*

- **Most fully staffed Psychiatrists of all sites** (met budget 92% of weeks, and often exceeded it)
- BH NPs and Psych Associates each met budget less than half of the year

**Turnover**

**30%** BH provider turnover (3 year average)

- **No turnover in Psychiatrists or Psychologists in the past three years**
- Relatively consistent hiring and turnover of Psych Associates

**Compensation**

**> 75th percentile overall**

- Psychologists paid under the median
- BH NPs were paid well over the 75th percentile

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

# Florence Complex

## Medical Providers

**Compliance**

**58%** *of the year medical staffing met budgeted levels (31 weeks)*

- Medical Director and Physician staffing was inconsistent, with many weeks without coverage
- **NPPs were fully staffed throughout the year** (98% / 52 weeks), and even exceeded budgeted levels the majority of the year

**Turnover**

**38%** Medical provider turnover (3 year average)

- **Have not hired new Physicians since 2015 but have lost 1-2 each year**
- Added 4 NPPs in 2017, yet one termed before year end
- Difficulty retaining Medical Director in 2017

**Compensation**

**50th – 75th percentile overall**

- Majority of NPPs are paid above the 75th percentile
- **Physicians paid below the median**

## Behavioral Health Providers

**Compliance**

**36%** *of the year behavioral health staffing met budgeted levels (19 weeks)*

- Relatively consistent staffing across all BH provider types, yet falling short of budgeted levels

**Turnover**

**33%** BH provider turnover (3 year average)

- **Turnover/retention rates have been consistent each year** between 2015 to 2017
- Psych Associates have demonstrated a high turnover rate considering there were 15 individuals staffed in this period
- Psychologists and BH NPs had no turnover in this period

**Compensation**

**> 75th percentile overall**

- Psychiatrists and BH NPs are paid well above the 75th percentile for their respective specialties
- **Psychologists are paid below the median**

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

# Yuma Complex

## Medical Providers

**Compliance**

**30%** *of the year medical staffing met budgeted levels (16 weeks)*

- Medical Director position was the most fully staffed at this facility (72% of weeks)
- **NPPs were the lowest staffed provider** type, only meeting budget 30% of weeks

**Turnover**

**20%** Medical provider turnover (3 year average)

- **Low turnover across the board**
- Medical Director has been present since before 2015
- Termination of two NPPs in 2016 increases turnover percentage

**Compensation**

**50th – 75th percentile overall**

- Only one NPP being paid above the 75th percentile
- **Physician paid below the median**
- Director paid at the median

## Behavioral Health Providers

**Compliance**

**85%** *of the year behavioral health staffing met budgeted levels (45 weeks)*

- **Yuma has the highest compliance to budget for behavioral health of all facilities**
- A Psychiatrist was not budgeted yet was staffed 42 weeks of the year, causing overall BH staffing to far exceed the budgeted levels

**Turnover**

**38%** BH provider turnover (3 year average)

- Only have retained one BH NP; two others started and termed in less than three months
- **Relatively consistent hiring and turnover of Psych Associates**

**Compensation**

**> 75th percentile overall**

- All providers (2 Psychiatrists and 1 BH NP) are paid consistently above the 75th percentile

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

21
Advisory Board
Combined Summary
©2018 Advisory Board • All Rights Reserved • advisory.com

# Overview of Compliance, Turnover and Compensation by All ADC Sites

| | Medical Providers | | | Behavioral Health Providers | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| *< 25% Gap* | | | | | | |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | ~ 75th | 2% | 43% | > 75th |
| *25% - 75% Gap* | | | | | | |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |
| *> 75% Gap* | | | | | | |
| Douglas | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

23
Advisory Board
Interview Update
©2018 Advisory Board • All Rights Reserved • advisory.com

24
Advisory Board
Next Steps
©2018 Advisory Board • All Rights Reserved • advisory.com

# Next Steps

1. Finalize analysis based on feedback from the Court
2. Finalize phone interviews and Survey Monkey and aggregate results
3. Establish final recommendations based on combination of quantitative and qualitative data
4. Next/ final court report out: June 13th

©2018 Advisory Board • All Rights Reserved • **advisory.com**

# Exhibit 7



# Arizona Department Of Corrections Extends Prison Health Care Contract With Corizon

By Jimmy Jenkins

Published: Tuesday, May 8, 2018 - 1:31pm
Updated: Tuesday, May 8, 2018 - 5:28pm

Share 58 Tweet

The Arizona Department of Corrections (ADC) has extended its prison health care contract with Corizon Health.

The contract was revealed in federal court Tuesday after it was filed in the Parsons v. Ryan prison health care case.

The current contract, set to expire July 1, 2018, will be extended to June 30, 2019.

In a procurement document entitled "Competition Impractical," ADC explained the one-year renewal will give the state a chance to "allow for the exploration of different service models" and to develop a new RFP for heath care services.

"Extending the current contract is advantageous to the state as it will allow ADC to cancel the current RFP and provide sufficient time to complete the service model, source selection and award process," wrote Chief Procurement Officer Ken Sanchez.



Case 2:12-cv-00601-ROS Document 2828-1 Filed 05/21/18 Page 122 of 122

Department of Corrections

Procurement Determination:
Competition Impracticable

*Arizona Department of Corrections*
A procurement document titled "Competition Impractical" prepared by the ADC.

A cap that was previously placed on state sanctions but recently lifted remains out of the contract. There is no mention of incentive pay for the company as in previous agreements.

The per diem rate for health care will increase from $12.54 per inmate per day to $15.164. According to the procurement document, the hike in the per diem rate increased Corizon's contract by $32.6 million — bringing the total cost of the contract to $188.6 million.

Corene Kendrick with the Prison Law Office, a firm representing Arizona prisoners, called the renewal and the 20 percent increase in the per diem rate “surprising.”

“Especially because Corizon Health has shown widespread noncompliance with health care benchmarks they agreed to,” Kendrick said.

When pressed in court about previous per diem increases, Arizona Department of Corrections Director Charles Ryan called them “the price of doing business.”

Kendrick says she is performing of analysis of the staffing changes in the contract to see how the personnel shifts may impact prisoners.

The contract also specifies more than $5 million for hepatitis C treatment. At a recent hearing, a Corizon employee estimated more than 80 percent of inmates had hepatitis C.

## Staffing Changes

An analysis performed by the Prison Law Office of the staffing changes in the new contract amendment shows an increase in line level staffing, but a decrease in provider level positions.

Compared to the March 2018 monthly staffing report, the amendment shows physicians down from 14 to 12, while RN, LPN, and nursing assistants significantly increase in number.

Dental director positions and dentists are down, which Kendrick says is a violation of a specific performance measure in the Parsons settlement agreement. "Performance measure three explicitly says they must have a total of 30.0 dentist positions statewide – they’ve cut it to 26.0," she said.

Kendrick said the amendment shows the same pattern in the mental health staffing. "There are cuts to higher provider levels and an increase to lower level staff," Kendrick said.

She believes the numbers show positions like Mental Health Nurse Practitioner are being cut from prisons like Eyman and Florence to offset increases elsewhere.

ADC and Corizon staff have testified in federal court that the lack of provider level positions is having a negative impact on inmate health care. Prisoners with broken bones and life-threatening illness have claimed they are not given proper treatment in time due to the lack of specialty care. These positions have been vacant or understaffed for so long, Magistrate Judge David Duncan hired an expert to address the staffing problems.

**RELATED:** **Judge Hires Expert To Help Arizona Department Of Corrections With Staffing Woes**

“The implication of cutting higher-level provider positions such as physicians, dentists and psychologists in the contract, and simultaneously becoming more reliant upon registered nurses or psych associates, increases the probability that the delivery of health care falls upon staff who may be forced to practice outside of their scope of training,” Kendrick said. “In the past, both our medical and mental health experts have noted that ADC and Corizon’s tendency to push work on to people with more limited training can result in serious injuries or deaths.”

Kendrick said her analysis shows ASPC-Phoenix prison received cuts in the contracted levels of medical, dental and mental health. "Overall they appear to go from 97.5 FTE contracted positions to 82.95 FTEs," Kendrick said. "Given Phoenix houses the most seriously mentally ill people in ADC custody in the in-patient mental health units, the cuts in contracted positions are concerning."

Corizon Health spokesman Kurt Davis said the company was "very grateful to have earned an extension of the current contract with ADC to continue the delivery of both medical and behavior health services to Arizona inmates."

Davis noted that overall compliance rates for Corizon continue to improve.

"The extension of the contract and the increased financial and human resources earmarked for health care delivery at Arizona’s correctional facilities is a testament to the commitment of the Arizona Department of Corrections and reflects Corizon Health’s commitment to continue to rise to the challenge and exceed the expectations of the Arizona inmate population and the Arizona Department of Corrections," Davis said.