**EXHIBIT 1**

**EXHIBIT 1**

**Elaine Percevecz**

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **Sent:** | Saturday, May 19, 2018 12:08 PM |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:12-cv-00601-DKD Parsons et al v. Ryan et al Reset Cal Conflict - Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered on 5/19/2018 at 12:08 PM MST and filed on 5/19/2018
**Case Name:**   Parsons et al v. Ryan et al
**Case Number:**   2:12-cv-00601-DKD
**Filer:**
**WARNING: CASE CLOSED on 02/25/2015**
**Document Number:** 2826(No document attached)

**Docket Text:**
**Defendants have filed a motion seeking the return of the case to Judge Humetewa pursuant to 28 U.S.C. § 636(c)(4) based upon the extraordinary circumstances of the undersigneds disability retirement. This text only order does not address that issue which is properly before the District Judge. This Order addresses the Defendants jurisdictional argument and the request to stay matters presently before the undersigned. Hatcher v. Consolidated City of Indianapolis, 323 F.3d 513 (7th Cir. 2003), is neither controlling authority and, in any event, is not persuasive given that it does not address the factual scenario presented here. This action was referred to the undersigned to conduct a settlement conference (Docs. 961, 968). After that referral, and successful negotiation of the Stipulation, the parties explicitly consented to the undersigned continuing to exercise jurisdiction over this action pursuant to 28 U.S.C. § 636(c) to promote the interests of judicial economy and efficiency (Doc. 1186). Moreover, there is no statutory or Ninth Circuit authority precluding such assignment.Accordingly, the undersigned rejects Defendants jurisdictional argument and affirms all rulings, briefing schedules, and pending matters set for hearing until an order to the contrary issues. Ordered by Magistrate Judge David K Duncan. (DKD)( This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.)**

**2:12-cv-00601-DKD Notice has been electronically mailed to:**

Daniel Clayton Barr     DBarr@perkinscoie.com, docketphx@perkinscoie.com, mvanolffen@perkinscoie.com

Michael Evan Gottfried     michael.gottfried@azag.gov, jeannette.miller@azag.gov, liz.gallagher@azag.gov

Daniel Patrick Struck     dstruck@strucklove.com, MGiardina@strucklove.com, swolford@strucklove.com

David Cyrus Fathi     dfathi@aclu.org, alin@aclu.org, jonka@aclu.org

Rose Ann Daly-Rooney     rdalyrooney@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org

Rachel Love     RLove@strucklove.com, ARowley@strucklove.com, BThaler@strucklove.com

Jose de Jesus Rico     jrico@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org

Jamie Dennise Guzman     jguzman@strucklove.com, abender@strucklove.com

Todd Stephen Kartchner     tkartchn@fclaw.com, jfortner@fclaw.com

Timothy James Bojanowski     tbojanowski@strucklove.com, epercevecz@strucklove.com

Nicholas Daniel Acedo     NAcedo@strucklove.com, swolford@strucklove.com

Amelia Morrow Gerlicher     agerlicher@perkinscoie.com, docketPHX@perkinscoie.com, kleach@perkinscoie.com

Milton Alan Wagner     mw@wgnrlaw.com, kc@wgnrlaw.com

Kathleen E Brody     kbrody@acluaz.org, gtorres@acluaz.org

Kevin Richard Hanger     khanger@strucklove.com, tgation@strucklove.com

Kirstin T Eidenbach     kirstin@eidenbachlaw.com, dfreouf@perkinscoie.com

John Howard Gray     jhgray@perkinscoie.com, docketPHX@perkinscoie.com, slawson@perkinscoie.com

Sarah Eve Kader     skader@azdisabilitylaw.org, tdedrick@azdisabilitylaw.org

Asim Dietrich     adietrich@azdisabilitylaw.org, tsherman@azdisabilitylaw.org

Christian Watson Hancock     chancock@babc.com, mpalmer@babc.com

Ashlee B Hesman     ahesman@strucklove.com, tgation@strucklove.com

Donald Specter     dspecter@prisonlaw.com

Sara Norman     snorman@prisonlaw.com

Corene T Kendrick     ckendrick@prisonlaw.com, akirby@prisonlaw.com

Caroline N Mitchell     cnmitchell@jonesday.com

Alison Hardy     ahardy@prisonlaw.com

Amy B Fettig (Terminated)     afettig@aclu.org, alin@aclu.org

John Laurens Wilkes     jlwilkes@jonesday.com, dkkerr@jonesday.com

Lucy Marie Rand     Lucy.Rand@azag.gov, Alan.Reaves@azag.gov, Mary.Beke@azag.gov

Jacob Brady Lee     JLee@strucklove.com, ARowley@strucklove.com

Jessica Pari Jansepar Ross     jross@azdisabilitylaw.org, CGutierrez@azdisabilitylaw.org

Victoria Lopez     vlopez@aclu.org

Timothy Michael Ray     tray@strucklove.com, abender@strucklove.com

Maya Stock Abela     mabela@azdisabilitylaw.org

Jamelia Natasha Morgan, 38785 (Terminated)     jmorgan@aclu.org

Rita Katherine Lomio     rlomio@prisonlaw.com, molly@prisonlaw.com, tania@prisonlaw.com

Richard Michael Valenti     rvalenti@strucklove.com, swolford@strucklove.com

Bridget S Bade     bade_chambers@azd.uscourts.gov

**2:12-cv-00601-DKD Notice will be sent by other means to those listed below if they are affected by this filing:**

Clayton Roy Gatlin(Terminated)
#085369
FLORENCE-AZ-EYMAN-ASPC-SMU-I
SMU I UNIT
P.O. BOX 4000
FLORENCE, AZ 85132

Clifton J Cuttler(Terminated)
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326

Dale Frank Maisano
# 077877
TUCSON-AZ-TUCSON-ASPC-WHETSTONE
1A80
WHETSTONE UNIT
P.O. BOX 24402

TUCSON, AZ 85734

Mauricio Lombazdo(Terminated)
#290381
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326

Michael J Cohn(Terminated)
288721
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326