Miles Kaufman
PO Box 24402-057679
Tuc Az 85734-24402

In The United States District Court
For The District of Arizona

Parsons
Plaintiffs

v.

Ryan
Defendants

No. CV-12-00601
PHX.DKD

~~addera~~ disclouser

The plainteff comes to the court after being given no care for hepititis C, water on the knee and a hyernia, chronic lung issue. See exhibit enclosed.

Relief requested

1) Medical Care as taxpayers have paid for

Submitted this 17th day of May 2018

by Miles Kaufman
Miles Kaufman

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.   Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Kaufman Miles | 57679 | Tuc - Whetstone 3R51 | 5/16/18 |

| TO | LOCATION |
|---|---|
| COIII | Whetstone |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I'm attempting to informally resolve the following issue. I waive no time at this or any step of the grievance process. My single issue is I have a hernia on 5-13 I went to medical an showed nurse VF Cordova the hernia she stated "there's nothing we can do" First of all this violates Estella v Gamble 429 US 97-97 S. Ct. 285 / Prison Doctor's failure to follow prescribed hernia treatment states claim actions demonstrated deliberate indifference see Wilhelm v Rotman, 640 F 3d, 1113 (9th Cir 2012)
note I will contact the judge in Parsons v Ryan CV-12-00601 PhX US DC.
I'm in pain on a constant and its getting worse.

relief requested

1) correct medical care forthwith
2) pay me for pain an suffering
3) Replace corizon w/ correct medical care

**INMATE SIGNATURE**  Miles Kaufman

**DATE (mm/dd/yyyy)**  5-16-18

Have you discussed this with institution staff?   ☐ Yes   ☑ No
If yes, give the staff member name:   In violation of policy

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14