IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Expedited Status Conference and Consideration of their Motion for District Court Judge to Vacate Magistrate Judge Referral (Doc. 2829, ref. 2825). A status conference is unnecessary at this time; the Court will, however, order an expedited response to the underlying Motion to Vacate Magistrate Judge Referral ("Motion to Vacate"). Plaintiffs may respond to the Motion to Vacate no later than Tuesday May 29, 2018. No reply will be permitted.

Accordingly, **IT IS ORDERED granting in part and denying in part** the Motion for Expedited Status Conference and Consideration of their Motion to Vacate (Doc. 2829). The motion is **granted** to the extent that Plaintiffs may file a response to the Motion to Vacate (Doc. 2825) no later than <u>Tuesday May 29, 2018</u>. No reply will be permitted. The motion is otherwise **denied** to the extent Defendants request a status conference at this time.

**Dated** this 23rd day of May, 2018.

Honorable Diane J. Humetewa
United States District Judge