# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Ms. Fischer has lodged documents under seal in compliance with the Court's May 18, 2018 Order. The Clerk of Court must file these documents under seal and provide copies to counsel only.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge