**EXHIBIT A**

**EXHIBIT A**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF RICHARD PRATT** |

I, **RICHARD PRATT**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration. I make this Declaration in support of Defendants' Notice regarding the staffing changes associated with ADOC13-041943/ADC No. 130051DC Contract Amendment No. 15 (Doc. 2799).

2. I have been working with the Arizona Department of Corrections ("ADC") since July 2000, not including from October 2009 to July 2011, when I was employed elsewhere.

3. In February 2012, I was appointed Interim Assistant Director of ADC's Health Services Contract Monitoring Bureau ("HSCMB") following Dr. Michael Adu-Tutu's retirement. When Health Services was privatized in July 2012, my title was adjusted to be the Interim Assistant Director of HSCMB.

4. When Arthur Gross was hired to be the Assistant Director in October 2012, my position changed to Program Evaluation Administrator.

5. I was placed under a temporary special assignment as the Interim Assistant Director on March 1, 2014, when Mr. Gross retired.

6. I was named Assistant Director on August 2, 2014.

7. As Assistant Director, I am responsible for providing managerial oversight and direction to HSCMB to monitor the contracted vendor's compliance with all aspects of the health services contract. I am also responsible for reviewing and responding to internal and external inquiries pertaining to compliance issues, contract specifications, reports, inspections, staffing levels, and legal mandates of inmate healthcare, mental health care, and dental care services.

8. I am familiar with ADC's policies and practices pertaining to healthcare, including medical care, dental care, and mental health care, the privatization of ADC healthcare, ADC's contract with Corizon, Corizon's responsibilities under that contract, and HSCMB's monitoring of Corizon's care to ADC inmates.

1

9.  I am familiar with Contract Amendment No. 15 dated May 7, 2018, the Declaration filed by Corene Kendrick of the Prison Law Office (PLO), and statements by Ms. Kendrick quoted in a KJZZ article published on May 8, 2018, which addressed counsel for Plaintiffs and/or KJZZ's apparent opinions regarding the Corizon-ADC Contract Amendment No. 15 which was filed with the Court on May 8, 2018.

10. I provide this Declaration to explain the staffing changes contemplated by Contact Amendment No. 15 and address issues raised by the Plaintiffs' counsel and/or KJZZ concerning those changes. In addition, attached to this Declaration are charts that set forth changes presented in Contract Amendment No. 15. (*See* Ex. 1).

11. ADC receives an estimated $10 million in federal Medicaid reimbursements each year. These reimbursements are available to cover the cost of providing inmate health care that may exceed budgeted and/or appropriated funds designated for the same.

12. ADC's inmate population and healthcare needs are ever changing, and staffing plans regarding the same are subject to change to meet need.

13. In their Statement, Plaintiffs' counsel demand a fee schedule from ADC that breaks down the allocation of funds under Contract Amendment No. 15. The type of breakdown that Plaintiffs' counsel demand, however, is not available. The only specified allocation associated with Contract Amendment No. 15 concerns Hepatitis C pharmaceutical costs. ADC does not otherwise allocate funds to specific areas of the Corizon-ADC Contract. Rather, it is an umbrella contract, allowing the vendor to allocate funds internally. However, Attachment C to Amendment 15 is now available online at https://procure.az.gov and is attached to the Declaration. (*See* Exhibit 2).

14. In the subject KJZZ story, Plaintiffs' counsel, Corene Kendrick, is quoted as calling the renewal and the 20 percent increase in the per diem rate "surprising." [*See* Doc. 2828-1] "Especially because Corizon Health has shown widespread noncompliance with health care benchmarks they agreed to." [*Id.*] I do not consider consistent overall compliance scores during the most recent six months in excess of 90% for 849 performance measures as "widespread noncompliance". Contrary to Plaintiffs' counsel's

statement/opinion, recent scores, as reported in Court, have exceeded a 94% compliance rate systemwide.

15. Additionally, while the subject KJZZ story reported that a Corizon witness testified in Court that the Hep C rate of inmates is more than 80%, this statistic is incorrect and not reflective of either the ASPC-Eyman Hep C rate or the rate systemwide.

16. To be clear, the ADC "Corrections at a Glance" from March 2018, shows there are 6,304 inmates identified in ADC custody with Hep C. Based upon the population housed in the State facilities (33,590), this would be 18.77%. However, in April, there were 1,856 inmates at ASPC-Eyman with Hep C, representing approximately 34% of the total inmate population at ASPC-Eyman.

17. An "analysis" performed by Plaintiffs' counsel regarding staffing changes in Contract Amendment No. 15 shows an increase in line level staffing, but a decrease in provider level positions. [*See* Kendrick Decl., Doc. 2802, at ¶ 4] However, while it is true that staff physician positions were reduced by two FTEs, consideration must be given to the addition of 13.2 FTEs for midlevel practitioners, which has been discussed in testimony by the Court's staffing expert, Advisory Board Consulting: "…where there might be a shortfall from physician positions they (Corizon) have been able to overstaff in the midlevel or non-physician providers, and I believe is at least a viable alternative to try to meet that need."

18. Next, dental director positions and dentists are down, which Plaintiffs' counsel allege is a violation of a specific performance measure in the Stipulation: "Performance measure three explicitly says they must have a total of 30.0 dentist positions statewide – they've cut it to 26.0." [Doc. 2828-1; *see also* 5/9/18 Hr. Tr. at 151:19-22] As a matter of threshold compliance, however, 26 FTEs meets the 85% threshold required in the Stipulation. Dental performance measures are not currently in contention, and the expectation to hire additional staff to meet an arbitrary number of dentist positions in excess of current staffing levels when performance meets expectations is unnecessary.

3

19. Plaintiffs' counsel also allege that Contract Amendment No. 15 likewise inappropriately cuts mental health staff: "There are cuts to higher provider levels and an increase to lower level staff." [*See* Doc. 2828-1] Plaintiffs' counsel allege that the staffing levels show that positions like Mental Health Nurse Practitioner are being cut from prisons like Eyman and Florence to offset increases elsewhere. It is to be noted that while mental health midlevel staff were reduced by ½ FTE at Eyman and Florence, Statewide, mental health mid-levels were increased by 2 ½ FTEs.

20. As previously stated, physicians dropped by 2.8 FTEs while 13.2 midlevel positions were added, for a net increase of 10.4 FTEs. Dentists decreased by three FTEs, and one Regional Dental Director was eliminated. These positions have been routinely vacant in the past, at no expense to performance, and were determined to be an inefficient use of resources. Psychologists are only one part of a variety of positions required to provide mental health services to inmates. One psychologist position was eliminated and one lead psychologist position was added. Overall mental health staffing in the contract extension requires an increase of 19.95 FTEs.

21. Plaintiffs' counsel allege that ASPC-Phoenix received cuts in the contracted levels of medical, dental, and mental health. "Overall they appear to go from 97.5 FTE contracted positions to 82.95 FTEs." [*See* Doc. 2828-1; *see also* Kendrick Decl., Doc. 2802, at ¶ 5; 5/9/18 Hr. Tr. at 153:12-14] Contrary to this statement, the ASPC-Phoenix FTE numbers dropped from 97.5 to 87.45, not 82.95 as indicated by Plaintiffs' counsel. The majority of that decrease comes from removal of 5.1 FTEs in the position of "Behavioral Health Technician". This position does not provide programming, which is a major component required at the Phoenix facility. These positions would have been the continuation of an inefficient use of staff in the care being provided to this population. The decrease in the position of Regional Psychiatric Director from Phoenix is simply a transfer of that position to the Regional Office and will not have a negative impact on care at Phoenix. Also, there was an increase of 1.25 Mental Health Midlevel FTEs at the Phoenix facility to increase high-level Provider care. These adjustments will not have a

4

negative impact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2018.

_____
RICHARD PRATT

5

**EXHIBIT 1**

**EXHIBIT 1**

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.20 | -0.80 |
| Staff Physician | 0.00 | 1.00 | 1.00 | 1.00 | 2.50 | 2.00 | 2.50 | 1.00 | 2.50 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 3.50 | 2.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 14.00 | 12.00 | -2.00 |
| Midlevel Practitioner | 1.00 | 1.00 | 3.00 | 5.00 | 2.00 | 5.00 | 3.00 | 6.00 | 5.00 | 5.00 | 4.00 | 3.20 | 1.00 | 1.00 | 3.00 | 7.00 | 1.00 | 2.00 | 3.00 | 4.00 | 0.00 | 0.00 | 26.00 | 39.20 | 13.20 |
| Facility Health Administrator | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Assistant Facility Health Administrator | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 6.00 | 6.00 |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Assistant Director of Nursing | 1.00 | 1.40 | 5.00 | 6.50 | 6.00 | 6.50 | 3.00 | 7.00 | 6.00 | 6.00 | 1.00 | 3.00 | 2.00 | 2.00 | 7.00 | 8.00 | 2.00 | 2.00 | 4.00 | 5.00 | 0.00 | 0.00 | 37.00 | 47.40 | 10.40 |
| RN | 8.60 | 8.00 | 20.60 | 20.40 | 16.40 | 36.00 | 21.80 | 30.00 | 22.70 | 30.00 | 12.40 | 12.00 | 9.80 | 8.00 | 39.10 | 36.00 | 11.80 | 6.00 | 15.70 | 14.00 | 0.00 | 0.00 | 178.90 | 200.40 | 21.50 |
| LPN | 3.90 | 4.00 | 23.20 | 31.00 | 24.40 | 31.05 | 21.10 | 35.00 | 21.10 | 24.00 | 4.20 | 3.00 | 6.10 | 6.00 | 35.90 | 40.00 | 5.20 | 4.00 | 11.50 | 10.00 | 0.00 | 0.00 | 156.60 | 188.05 | 31.45 |
| Nursing Assistant / PCT | 3.40 | 5.00 | 10.80 | 11.00 | 15.40 | 22.00 | 13.90 | 16.00 | 11.80 | 16.00 | 2.00 | 5.80 | 2.80 | 4.00 | 22.00 | 22.00 | 4.00 | 3.00 | 8.40 | 6.00 | 0.00 | 0.00 | 94.50 | 110.80 | 16.30 |
| Lead Inventory Coordinator | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 3.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 4.00 | 1.00 | 0.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 9.00 | 9.00 | 0.00 |
| Inventory Coordinator | 0.00 | 1.00 | 3.00 | 3.00 | 3.00 | 3.00 | 0.00 | 3.00 | 4.50 | 2.00 | 3.00 | 1.00 | 0.00 | 1.00 | 0.00 | 3.00 | 1.00 | 1.00 | 0.00 | 2.00 | 0.00 | 0.00 | 14.50 | 20.00 | 5.50 |
| Lab Technician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 1.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | 0.00 |
| X-Ray Technician | 0.50 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 0.00 | 0.00 | 8.50 | 8.00 | -0.50 |
| Office Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Administrative Assistant | 2.00 | 1.00 | 3.00 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 4.00 | 1.00 | 2.00 | 1.00 | 3.00 | 2.00 | 2.00 | 1.00 | 3.00 | 2.00 | 3.00 | 1.00 | 31.00 | 17.00 | -14.00 |
| Medical Records Supervisor | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Medical Records Clerk | 1.50 | 1.00 | 6.00 | 4.00 | 5.00 | 5.00 | 3.00 | 4.00 | 3.00 | 4.00 | 4.00 | 3.00 | 0.50 | 1.00 | 6.00 | 6.00 | 0.00 | 1.00 | 3.00 | 4.00 | 0.00 | 0.00 | 32.00 | 33.00 | 1.00 |
| Clinical Coordinator | 0.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 8.00 | 6.00 | -2.00 |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.00 | -1.00 |
| Dentist | 1.00 | 1.00 | 2.50 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 2.50 | 3.00 | 0.00 | 1.00 | 0.00 | 0.50 | 4.00 | 3.00 | 1.00 | 0.50 | 3.00 | 2.00 | 0.00 | 0.00 | 20.00 | 17.00 | -3.00 |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 1.80 | 1.80 | 0.00 |
| Dental Assistant | 3.00 | 2.00 | 5.00 | 6.00 | 5.00 | 6.00 | 5.00 | 6.00 | 6.00 | 6.00 | 2.00 | 3.00 | 2.00 | 2.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 4.00 | 0.00 | 0.00 | 43.00 | 43.00 | 0.00 |
| Psychiatrist (PROVIDER) | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 6.50 | 7.50 | 1.00 |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 0.00 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 2.50 | 2.00 | 2.00 | 1.00 | 2.25 | 0.00 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 1.00 | 2.25 | 0.00 | 0.00 | 11.50 | 14.00 | 2.50 |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| Lead Psychology Associate | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Psychologist (CLINICIAN) | 0.00 | 0.00 | 4.00 | 3.00 | 2.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 0.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 19.00 | 18.00 | -1.00 |
| Psychology Associate (CLINICIAN) | 1.00 | 1.00 | 9.00 | 12.40 | 6.50 | 7.00 | 7.00 | 14.00 | 6.50 | 10.00 | 6.40 | 5.00 | 1.00 | 1.00 | 10.00 | 12.00 | 1.00 | 1.00 | 4.00 | 8.00 | 0.00 | 0.00 | 52.40 | 71.40 | 19.00 |
| Mental Health RN | 0.00 | 0.00 | 3.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.00 | 22.40 | 20.00 | 0.00 | 0.00 | 4.00 | 1.50 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 36.40 | 28.00 | -8.40 |
| Behavioral Health Tech | 0.00 | 0.00 | 5.10 | 5.00 | 4.10 | 3.00 | 1.00 | 3.00 | 3.10 | 1.50 | 12.10 | 7.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 25.40 | 25.00 | -0.40 |
| Recreation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 1.00 | -4.00 |
| Mental Health Clerk | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 4.00 | 7.00 | 3.00 |
| VP of Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Associate VPO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 2.00 | 1.00 | -1.00 |
| Director Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Director of Nursing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Grievance Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Director CQI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Medical Content Specialist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Provider Service Rep | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | -1.00 |
| Service Desk Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 1.00 | 3.00 | 1.00 | -2.00 |
| Recruiter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Education Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 4.00 | 4.00 |
| Regional Clinical Pharmacy Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 1.00 | 0.20 | 1.00 | 0.80 |
| Lead Outpatient UM Reviewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Utilization Review RN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.00 | 2.00 | 2.00 | 0.00 |
| Release / Discharge Planner | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 2.00 | 1.00 | 2.00 | 7.00 | 5.00 |
| Healthcare Delivery Facilitator | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 9.00 | 9.00 |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 1.00 | 1.25 | 1.00 | -0.25 |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Telehealth Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |
| Chronic Care Scheduler | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 7.00 |
| Regional Infection Control Nurse | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Analyst | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 1.00 | 3.00 | 1.00 | -2.00 |
| Training & Development Mgr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 |
| UM Clerk | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | -2.00 |
| Technical Trainer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scheduler | 0.00 | 0.50 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 2.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.50 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 0.00 | 0.00 | 9.00 | 6.00 | -3.00 |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.50 |
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 1.00 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL CONTRACT | 32.10 | 37.10 | 116.40 | 130.50 | 112.50 | 151.25 | 106.50 | 151.70 | 117.90 | 131.70 | 97.50 | 87.45 | 32.90 | 34.70 | 166.20 | 177.20 | 39.70 | 32.70 | 74.80 | 83.45 | 28.45 | 29.00 | 924.95 | 1046.75 | 121.80 |

CURRENT OPERATING CONTRACT 1004.05

| FTE POSITIONS | PHOENIX (CURRENT) | PHOENIX (NEW) | CHANGE | BY DISCIPLINE |
|---|---|---|---|---|
| **Medical Director** | 1.00 | 0.20 | -0.80 | **-1.60** |
| **Staff Physician** | 1.00 | 1.00 | 0.00 | |
| **Midlevel Practitioner** | 4.00 | 3.20 | -0.80 | |
| **Regional Medical Director** | 0.00 | 0.00 | 0.00 | |
| **Director of Nursing** | 1.00 | 1.00 | 0.00 | **4.2** |
| **Assistant Director of Nursing** | 1.00 | 3.00 | 2.00 | |
| **RN** | 12.40 | 12.00 | -0.40 | |
| **LPN** | 4.20 | 3.00 | -1.20 | |
| **Nursing Assistant / PCT** | 2.00 | 5.80 | 3.80 | |
| **Dental Director** | 1.00 | 0.50 | -0.50 | **1.50** |
| **Dentist** | 0.00 | 1.00 | 1.00 | |
| **Dental Hygienist** | 0.00 | 0.00 | 0.00 | |
| **Dental Assistant** | 2.00 | 3.00 | 1.00 | |
| **Regional Dental Director** | 0.00 | 0.00 | 0.00 | |
| **Regional Psychiatric Director (MOVED TO REGIONAL OFFICE)** | 1.00 | 0.00 | -1.00 | |
| **Psychiatric Director** | 0.50 | 1.00 | 0.50 | |
| **Psychiatrist (PROVIDER)** | 0.50 | 0.50 | 0.00 | |
| **Mental Health Midlevel (NP / PA) (PROVIDER)** | 1.00 | 2.25 | 1.25 | |
| **Mental Health Clinical Director (Ph.D)** | 1.00 | 1.00 | 0.00 | |

| FTE POSITIONS | PHOENIX (CURRENT) | PHOENIX (NEW) | CHANGE | BY DISCIPLINE |
|---|---|---|---|---|
| **Lead Psychologist** | 0.00 | 0.00 | 0.00 | |
| **Psychologist** (CLINICIAN) | 3.00 | 2.50 | -0.50 | |
| **Lead Psychology Associate** | 0.00 | 1.00 | 1.00 | |
| **Psychology Associate** (CLINICIAN) | 6.40 | 5.00 | -1.40 | -7.65 |
| **Mental Health RN** | 22.40 | 20.00 | -2.40 | |
| **Behavioral Health Tech** | 12.10 | 7.00 | -5.10 | |
| **Recreation Therapist** | 2.00 | 0.00 | -2.00 | |
| **Mental Health Clerk** | 0.00 | 1.00 | 1.00 | |
| **VP Behavioral Health Services** | 0.00 | 0.00 | 0.00 | |
| **Associate Regional Mental Health Director** | 0.00 | 0.00 | 0.00 | |
| **MH RN Charge** | 1.00 | 2.00 | 1.00 | |
| | | | | |
| **TOTAL CONTRACT / ALL POSITIONS (NOT JUST THOSE SHOWN HERE)** | 97.50 | 87.45 | -10.05 | |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE | BY DISCIPLINE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.20 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.20 | -0.80 | |
| Staff Physician | 0.00 | 1.00 | 1.00 | 1.00 | 2.50 | 2.00 | 2.50 | 1.00 | 2.50 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 3.50 | 2.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 14.00 | 12.00 | -2.00 | 10.40 |
| Midlevel Practitioner | 1.00 | 1.00 | 3.00 | 5.00 | 2.00 | 5.00 | 3.00 | 6.00 | 5.00 | 5.00 | 4.00 | 3.20 | 1.00 | 1.00 | 3.00 | 7.00 | 1.00 | 2.00 | 3.00 | 4.00 | 0.00 | 0.00 | 26.00 | 39.20 | 13.20 | |
| Regional Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Director of Nursing | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 | |
| Assistant Director of Nursing | 1.00 | 1.40 | 5.00 | 6.50 | 6.00 | 6.50 | 3.00 | 7.00 | 6.00 | 6.00 | 1.00 | 3.00 | 2.00 | 2.00 | 7.00 | 8.00 | 2.00 | 2.00 | 4.00 | 5.00 | 0.00 | 0.00 | 37.00 | 47.40 | 10.40 | |
| RN | 8.60 | 8.00 | 20.60 | 20.40 | 16.40 | 36.00 | 21.80 | 30.00 | 22.70 | 30.00 | 12.40 | 12.00 | 9.80 | 8.00 | 39.10 | 36.00 | 11.80 | 6.00 | 15.70 | 14.00 | 0.00 | 0.00 | 178.90 | 200.40 | 21.50 | 79.65 |
| LPN | 3.90 | 4.00 | 23.20 | 31.00 | 24.40 | 31.05 | 21.10 | 35.00 | 21.10 | 24.00 | 4.20 | 3.00 | 6.10 | 6.00 | 35.90 | 40.00 | 5.20 | 4.00 | 11.50 | 10.00 | 0.00 | 0.00 | 156.60 | 188.05 | 31.45 | |
| Nursing Assistant / PCT | 3.40 | 5.00 | 10.80 | 11.00 | 15.40 | 22.00 | 13.90 | 16.00 | 11.80 | 16.00 | 2.00 | 5.80 | 2.80 | 4.00 | 22.00 | 22.00 | 4.00 | 3.00 | 8.40 | 6.00 | 0.00 | 0.00 | 94.50 | 110.80 | 16.30 | |
| LPN - Infection Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Regional Dental Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Dental Director | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 10.00 | 9.00 | -1.00 | -4.00 |
| Dentist | 1.00 | 1.00 | 2.50 | 2.00 | 3.00 | 2.00 | 3.00 | 2.00 | 2.50 | 3.00 | 0.00 | 1.00 | 0.00 | 0.50 | 4.00 | 3.00 | 1.00 | 0.50 | 3.00 | 2.00 | 0.00 | 0.00 | 20.00 | 17.00 | -3.00 | |
| Dental Hygienist | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 1.80 | 1.80 | 0.00 | |
| Dental Assistant | 3.00 | 2.00 | 5.00 | 6.00 | 5.00 | 6.00 | 5.00 | 6.00 | 6.00 | 6.00 | 2.00 | 3.00 | 2.00 | 2.00 | 6.00 | 6.00 | 3.00 | 2.00 | 6.00 | 4.00 | 0.00 | 0.00 | 43.00 | 43.00 | 0.00 | |
| Psychiatrist (PROVIDER) | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 6.50 | 7.50 | 1.00 | |
| Mental Health Midlevel (NP / PA) (PROVIDER) | 0.00 | 0.00 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 2.50 | 2.00 | 2.00 | 1.00 | 2.25 | 0.00 | 0.00 | 1.50 | 2.00 | 0.00 | 0.00 | 1.00 | 2.25 | 0.00 | 0.00 | 11.50 | 14.00 | 2.50 | |
| Mental Health Clinical Director (Ph.D) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | |
| Lead Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | |
| Lead Psychology Associate | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | |
| Psychologist (CLINICIAN) | 0.00 | 0.00 | 4.00 | 3.00 | 2.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 3.00 | 2.50 | 0.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 19.00 | 18.00 | -1.00 | 19.95 |
| Psychology Associate (CLINICIAN) | 1.00 | 1.00 | 9.00 | 12.40 | 6.50 | 7.00 | 7.00 | 14.00 | 6.50 | 10.00 | 6.40 | 5.00 | 1.00 | 1.00 | 10.00 | 12.00 | 1.00 | 1.00 | 4.00 | 8.00 | 0.00 | 0.00 | 52.40 | 71.40 | 19.00 | |
| Mental Health RN | 0.00 | 0.00 | 3.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.50 | 2.00 | 1.00 | 22.40 | 20.00 | 0.00 | 0.00 | 4.00 | 1.50 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 36.40 | 28.00 | -8.40 | |
| Behavioral Health Tech | 0.00 | 0.00 | 5.10 | 5.00 | 4.10 | 3.00 | 1.00 | 3.00 | 3.10 | 1.50 | 12.10 | 7.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 25.40 | 25.00 | -0.40 | |
| Recreation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 1.00 | -4.00 | |
| Mental Health Clerk | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 4.00 | 7.00 | 3.00 | |
| Regional Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 1.00 | 1.25 | 1.00 | -0.25 | |
| VP Behavioral Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.00 | |
| Associate Regional Mental Health Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 1.00 | |
| Psychiatric Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 | 0.50 | |

| FTE POSITIONS | DOUGLAS (CURRENT) | DOUGLAS (NEW) | EYMAN (CURRENT) | EYMAN (NEW) | FLORENCE (CURRENT) | FLORENCE (NEW) | LEWIS (CURRENT) | LEWIS (NEW) | PERRYVILLE (CURRENT) | PERRYVILLE (NEW) | PHOENIX (CURRENT) | PHOENIX (NEW) | SAFFORD (CURRENT) | SAFFORD (NEW) | TUCSON (CURRENT) | TUCSON (NEW) | WINSLOW (CURRENT) | WINSLOW (NEW) | YUMA (CURRENT) | YUMA (NEW) | REG OFFICE (CURRENT) | REG OFFICE (NEW) | CURRENT CONTRACT TOTAL | NEW CONTRACT TOTAL | DIFFERENCE | BY DISCIPLINE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MH RN Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 2.00 | 1.00 | |
| TOTAL CONTRACT | 32.10 | 37.10 | 116.40 | 130.50 | 112.50 | 151.25 | 106.50 | 151.70 | 117.90 | 131.70 | 97.50 | 87.45 | 32.90 | 34.70 | 166.20 | 177.20 | 39.70 | 32.70 | 74.80 | 83.45 | 28.45 | 29.00 | 924.95 | 1046.75 | 121.80 | |

**EXHIBIT 2**

**EXHIBIT 2**

ATTACHMENT C

| | | | Arizona Department of Corrections |
|---|---|---|---|
| Solicitation No. ADOC12-00001105 Amendment No. 15 | | | |

**Breakdown of relative daily costs included in the capitation rate:**

| No. | Title | | | Year 6 PIPD |
|---|---|---|---|---|
| 1 | **Employee Personal Services - Direct Care** | | | |
| | 1.1 | Medical Services: Wages and Overtime | $ | 4.874 |
| | 1.3 | Dental Services: Wages and Overtime | $ | - |
| | 1.4 | Pharmacy Services: Wages and Overtime | $ | 0.139 |
| | 1.5 | Mental Health Services: Wages and Overtime | $ | 1.398 |
| 2 | **Employer Related Expenditures for Employee - Direct Care** | | | |
| | 2.1 | Medical Services: Employer Related Expenditures | $ | 0.832 |
| | 2.2 | Dental Services: Employer Related Expenditures | $ | - |
| | 2.3 | Pharmacy Services: Employer Related Expenditures | $ | 0.026 |
| | 2.4 | Mental Health Services: Employer Related Expenditures | $ | 0.217 |
| 3 | **Professional and Outside Services - Direct Care** | | | |
| | 3.1 | Medical Services: Professional and Outside Services | $ | 2.485 |
| | 3.1.1 | Savings Due to Capital Construction for On-Site Services | $ | - |
| | 3.2 | Dental Services: Professional and Outside Services | $ | 0.869 |
| | 3.3 | Pharmacy Services: Professional and Outside Services | $ | - |
| | 3.4 | Mental Health Services: Professional and Outside Services | $ | - |
| 4 | **Travel - In State** | | | |
| | 4.1 | Medical Services: Travel - In State | $ | 0.020 |
| | 4.2 | Dental Services: Travel - In State | $ | - |
| | 4.3 | Pharmacy Services: Travel - In State | $ | - |
| | 4.4 | Mental Health Services: Travel - In State | $ | 0.002 |
| 5 | **Travel - Out of State** | | | |
| | 5.1 | Medical Services: Travel - Out of State | $ | 0.002 |
| | 5.2 | Dental Services: Travel - Out of State | $ | - |
| | 5.3 | Pharmacy Services: Travel - Out of State | $ | - |
| | 5.4 | Mental Health Services: Travel - Out of State | $ | 0.001 |
| 6 | **Other Operating Expenses** | | | |
| | 6.1 | Medical Services: Other Operating Expenses | $ | 0.661 |
| | 6.2 | Dental Services: Other Operating Expenses | $ | - |
| | 6.3 | Pharmacy Services: Pharmaceuticals | $ | 1.491 |
| | 6.3.1 | Pharmacy Services: HCV Pharmaceuticals | $ | 0.410 |
| | 6.3.2 | Pharmacy Services: Other Operating Expenses excluding Pharmaceuticals | $ | 0.137 |
| | 6.4 | Mental Health Services Other Operating Expenses | $ | 0.020 |
| 7 | **Capital Equipment** | | | |
| | 7.1 | Medical Services: | $ | 0.029 |
| | 7.2 | Dental Services: | $ | - |
| | 7.3 | Pharmacy Services: | $ | - |
| | 7.4 | Mental Health Services: | $ | - |
| | 7.5 | Building Improvement/Construction: | $ | - |
| 8 | **Non-Capital Equipment** | | | |
| | 8.1 | Medical Services: | $ | 0.022 |
| | 8.2 | Dental Services: | $ | - |
| | 8.3 | Pharmacy Services: | $ | - |
| | 8.4 | Mental Health Services: | $ | - |
| 9 | **Insurance** | | | |
| | 9.1 | Commercial General Liability | $ | - |
| | 9.2 | Business Automobile Liability | $ | - |
| | 9.3 | Umbrella Liability | $ | - |
| | 9.4 | Professional Liability | $ | 0.550 |
| 10 | **Cost Allocation and Indirect Costs** | | | |
| | 10.1 | All Services: Cost Allocation and Indirect Costs | $ | 0.496 |
| 11 | **Other** | | | |
| | 11.1 | Claims (included in 10.1 All Services: Cost Allocation and Indirect Costs) | $ | - |
| | 11.2 | EHR/EMAR System (includes all associated costs) | $ | 0.105 |
| | 11.3 | Data Conversion Costs (includes paper records) | $ | 0.004 |
| | 12.2 | In-State Administration | $ | - |
| | 12.3 | Out-of-state Administration | $ | - |
| | 12.4 | Profit | $ | 0.376 |
| | | **Total fixed per inmate per day rate** | $ | 15.164 |

SG&A Allocation %
Profit Allocation %