# EXHIBIT B

**EXHIBIT B**

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

CHARLES L. RYAN
DIRECTOR

May 29, 2018

The Honorable John Kavanagh, Chairman
Joint Legislative Budget Committee
1716 West Adams
Phoenix, Arizona 85007

Re:  Expenditure Plan for Inmate Health Care

Dear Senator Kavanagh:

Pursuant to Laws 2018, 2nd Regular Session, Chapter 276 (SB 1520), Section 22, the Arizona Department of Corrections (ADC) respectfully submits for review an expenditure plan for the Inmate Health Care Contracted Services SLI.

ADC recently canceled the health care RFP and extended its current inmate health care contract by one year, beyond the original 5 year term (from June 30, 2018 to June 30, 2019). This enables ADC to explore different service models and reissue a new RFP for inmate healthcare services.

The 1 year contract extension amends the per diem from $12.54 to $15.16 and has a total estimated annual contract value of $188,596,200. The increase is due to numerous factors, including significantly increased pharmaceutical and staffing expenditures. For example, the contract allocates $5,100,000 for Hepatitis C pharmaceutical costs and funding for an additional 121.8 medical and mental health FTE positions. The estimated cost increase from the increased per diem is estimated to be $32,634,700 ($2.624 per diem increase * 365 days * 34,074 inmates).

$3,634,700 of the increase was funded by savings from a reduction to the assumed average daily population from 34,369 to 34,074 ($1,350,200) and an increased assumption to the level of Medicaid claims activity ($2,284,500). An additional $15,000,000 was funded as a placeholder during the recently concluded legislative session. In order to fully fund the contract ADC estimates an additional $14,000,000 is required. Please refer to the enclosed document for additional funding detail.

May 29, 2018
Honorable John Kavanagh
Page 2

In addition, ADC plans to implement increased contract monitoring and oversight to enhance its existing efforts to ensure increased vendor compliance with the *Parsons v. Ryan and Pratt* stipulated agreement. The estimated annual cost of these necessary resources is $1,000,000. ADC intends to request a supplemental appropriation during the upcoming budget cycle to address these needs.

If you have any questions, please contact Michael Kearns, Division Director of the Department's Administrative Services Division, at (602) 542-1160.

Sincerely,

Charles L. Ryan
Director

Enclosure

cc: The Honorable David Livingston, Vice-Chairman, JLBC
    Matthew Gress, Director, Office of Strategic Planning and Budgeting
    Richard Stavneak, Director, Joint Legislative Budget Committee
    Ryan Vergara, Senior Budget Analyst, Office of Strategic Planning and Budgeting
    Micaela Larkin, Fiscal Analyst, Joint Legislative Budget Committee

## ARIZONA DEPARTMENT OF CORRECTIONS
## FY 2019 HEALTH CARE SPECIAL LINE ITEM (SLI)

|  | Inmate Population | Per Diem | Amount | Medicaid | Net SLI Amount |
|---|---|---|---|---|---|
| FY 2018 Inmate Health Care Contracted Services SLI | 34,369 | $ 12.540 | 157,311,700 | (8,500,000) | 148,811,700 |
| FY 2019 State Inmate ADP Adj. | (295) |  | (1,350,200) | - | (1,350,200) |
| Increased Medicaid Claims |  |  |  | (2,284,500) | (2,284,500) |
| Reallocation of Base Funding |  | $ 0.292 | 3,634,700 | - | 3,634,700 |
| Increased Per Diem Funding Need |  | $ 2.332 | 29,000,000 | - | 29,000,000 |
| FY 2019 Estimated Per Diem Funding Requirement | 34,074 | $ 15.164 | 188,596,200 | (10,784,500) | 177,811,700 |
| FY 2019 Inmate Health Care Contracted Services SLI |  |  |  |  | 163,811,700 |
| Estimated Per Diem Funding Shortfall |  |  |  |  | 14,000,000 |
| Increased Monitoring Team |  |  |  |  | 1,000,000 |
| Total Estimated Funding Shortfall |  |  |  |  | 15,000,000 |