**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**                              DATE: May 30, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants

==========================================================================

HON:   <u>David K. Duncan</u>                   Judge # <u>70BL/DKD</u>

<u>     Caryn Smith     </u>              <u>Elva Cruz-Lauer</u>
     Deputy Clerk                              Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Daniel Barr and Donald Specter for Plaintiffs
Rachel Love for Defendants with Todd Kartchner

==========================================================================
**PROCEEDINGS:**     <u>  X  </u> Open Court     <u>      </u> Chambers     <u>      </u> Other

This is the time set for Emergency Telephonic Status Hearing. Discussion is held regarding the emailed transcription of a voice mail from the witness, Ms. Edwards, as set forth on the record. The Court takes no action and will proceed as stated when the witness appears for testimony on June 1, 2018.

Further discussion is held. IT IS ORDERED if the witness retains separate counsel that person's information shall be shared with all parties.


Time in court: 15 min (3:01 PM – 3:16 PM)