IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**                              DATE: May 31, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
      Plaintiffs      Defendants
================================================================

HON:   <u>David K. Duncan</u>           Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>              <u>Jennifer Pancratz and Elva Cruz-Lauer</u>
    Deputy Clerk                     Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love, Daniel Struck, Timothy Bojanowski and Richard Valenti for Defendants

================================================================
**PROCEEDINGS:**       <u>  X  </u> Open Court       <u>     </u> Chambers       <u>     </u> Other

9:10 AM – This is the time set for Evidentiary Hearing.  Court Reporter, Jennifer Pancratz, is present.  Plaintiffs request the Court establish a schedule for testimony and set time limits.  SO ORDERED.

Plaintiffs invoke the Rule of Exclusion of Witnesses.

Angela Fischer is sworn and examined.  Plaintiffs' Exhibit 221 is received in evidence.  Plaintiffs' Exhibit 222 is received in evidence.  Plaintiffs' Exhibit 220 is received in evidence.  Plaintiffs' Exhibit 223 is received in evidence.  Plaintiffs' Exhibit 234 is received in evidence.  Plaintiffs' Exhibit 240 is received in evidence.  Plaintiffs' Exhibit 252 is received in evidence.  Plaintiffs' Exhibit 224 is received in evidence.  Plaintiffs' Exhibit 241 is received in evidence.

10:33 AM – Court stands in recess.

10:51 AM – Court reconvenes.

Angela Fischer resumes the stand and testifies further.  Plaintiffs' Exhibit 254 is received in evidence.  Plaintiffs' Exhibit 235 is received in evidence.  Plaintiffs' Exhibit 253 is received in evidence.  Plaintiffs' Exhibit 239 is received in evidence.  Plaintiffs' Exhibit 236 is received in evidence.  Plaintiffs' Exhibit 247 is received in evidence.  Plaintiffs' Exhibit 238 is received in evidence.  Plaintiffs' Exhibit 242 is received in evidence.  Plaintiffs' Exhibit 243 is received in

CV-12-0601-PHX-DKD
May 31, 2018

evidence.  Plaintiffs' Exhibit 244 is received in evidence.

11:54 AM – Court stands in recess.

1:17 PM – Court reconvenes.  Court Reporter, Elva Cruz-Lauer is present.

Angela Fischer resumes the stand and continues her testimony.  Defendants' Exhibit 647 is received in evidence.  Defendants' Exhibit 648 is received in evidence.  Defendants' Exhibit 649 is received in evidence.  Defendants' Exhibit 650 is received in evidence.  Defendants' Exhibit 651 is received in evidence.  Defendants' Exhibit 652, pages 1 through 8 only, is received in evidence.

2:45 PM – Court stands in recess.

3:01 PM – Court reconvenes.

Discussion is held regarding schedule of testimony on June 1, 2018.

Angela Fischer resumes the stand and testifies further.  The witness is excused.

Further discussion is held regarding testimony scheduled for June 1, 2018 as set forth on the record.

4:01 PM – Court stands in recess until 9:45 AM on June 1, 2018.


Time in court: 4 hr 54 min (9:10 AM – 4:01 PM)