Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DEFENDANTS' LIST OF WITNESSES FOR THE JUNE 2018 CONTINUED EVIDENTIARY HEARINGS** |

Defendants Charles Ryan and Richard Pratt, through counsel, submit their list of witnesses for continued evidentiary hearings.  The evidentiary hearing regarding the accuracy of the ADC Monitoring Bureau's CGAR reports, and a determination of whether there is a "beat the monitor" game is at play, started with the February 27-28, 2018 testimony of Dr. Jan Watson.  The scope of the hearing and the permitted testimony of Plaintiffs' witnesses, however, has greatly expanded beyond the original scope.

In addition to Dr. Watson's expanded scope of testimony that included numerous allegations of insufficient medical care provided to individual inmates, as well as detailed testimony regarding specific examples of Utilization Management Review processes related to numerous individual inmates at ASPC-Eyman, two additional Corizon former and current employees have also testified.  On May 31, 2018, former ASPC-Phoenix Psychology Associate Angela Fischer testified.  In addition to testimony regarding CGAR findings and documentation related to Performance Measures associated with suicide watches, Ms. Fischer was also permitted to testify, over Defendants' objection, to additional topics that exceed the scope of the Stipulation, CGARS, and Performance Measures to include (but are not limited to):  (1) staffing, (2) delivery of mental health care, including criticisms regarding time spent with inmates and intake processes; (3) limitations of telemedicine; (4) examples of alleged deficient delivery of mental health care to individual inmates; (5) criticisms of ADC trainer comments creating a negative culture; and (6) criticism of ASPC-Phoenix correctional operations to include alleged sleeping officers, physical plant limitations, creation of unsafe/hazardous work conditions, and unsanitary conditions.

Moreover, current Corizon employee Cecilia Edwards, who is a Clinical Coordinator at ASPC-Yuma, testified on June 1, 2018. While Plaintiffs' Counsel requested that both parties be limited to 2.5 hours of examination of the witness and Defendants' Counsel agreed, the Court later ruled that it would not place time limitations on Plaintiffs' Counsel's examination of the witness.  Moreover, Ms. Edwards testified that she has approximately five inches of additional documents in her personal possession that

memorialize her concerns regarding the delivery of inmate healthcare at ASPC-Yuma. The Court ordered Ms. Edwards (through counsel) to provide the same to the Court and the parties this same date. After review, it is expected that Plaintiffs' Counsel will recall Ms. Edwards to testify further. Like Dr. Watson and Ms. Fischer's testimony before her, Ms. Edwards was permitted by the Court (over Defendants' objections[1]) to testify to additional topics that exceed the scope of the Stipulation, CGARS, and Performance Measures to include (but are not limited to): (1) staffing; (2) limitations and access to outside specialty providers and transports regarding the same; (3) examples of alleged deficient delivery mental health care provided to individual inmates – one involving death; (4) alleged failure to provide appropriate inmate access to providers and open clinic/nurse's line; (5) allegations of inmate retaliation to include improper searches/detention and improper use of a wandt on an inmate with a pacemaker; and (6) allegation of retaliatory use of K-9s to search the medical unit to perhaps chill Ms. Edwards' participation in court hearings.

Defendants have not yet called witnesses to rebut Dr. Watson's allegations except for Dr. Stewart who has only completed direct examination and is yet to be crossed by Plaintiffs' Counsel or redirected by Defendants' Counsel. Defendants have also not yet called any witnesses to rebut the May 31, 2018, and June 1, 2018, testimony of Angela Fischer and Cecilia Edwards. This Court has set 2.5 days across June 12-14, to complete the evidentiary hearings regarding the accuracy of the ADC Monitoring Bureau's accuracy; whether there is a "beat the monitor" system at play; and the testimony of Dr. Watson, Angela Fischer, and Cecilia Edwards. Based upon the foregoing and the list of witnesses that follow, completion of the evidentiary hearings cannot occur in 2.5 days. Due process requires that Defendants be permitted the same opportunity to address the

---

[1] Defendants' likewise objected to the relevancy (and often too – to the foundation) of the testimony of Dr. Watson and Ms. Fischer that exceeded the scope of the Stipulation and the applicable Performance Measures, the accuracy of the ADC Monitoring Bureau's CGAR reports, and whether there is a "beat the monitor" system at play. Defendants' objections were largely overruled.

2

expansive scope of allegations made by Dr. Watson, Angela Fischer, and Cecilia Edwards as Plaintiffs were permitted in expansion of the scope of the hearings. Defendants should not be constrained as to the number, scope, or witnesses called and must be permitted the opportunity to rebut the serious and sweeping allegations made by Dr. Watson, Angela Fischer, and Cecilia Edwards.  This is especially so where the Court has concluded and advised Cecilia Edwards of the same, that ADC Correctional Officers have lied:[2]

> THE COURT: . . .
> . . .
> . . .
> It's true that inmates lie.  It's true that Department of Corrections officers lie.  It's true that people lie.  But it's not true that everybody in a class of people lie.

(Trans. 6/1/18, 96:6-8).

Based upon the foregoing, Defendants hereby submit their list of witnesses they may call for continued evidentiary hearings and estimate that at least 7-8 days of evidentiary hearings will be required to allow Defendants the opportunity to rebut testimony provided to date by Dr. Watson, Angela Fischer, and Cecilia Edwards[3]:

### MONITORING BUREAU ACCURACY AND LACK OF "BEAT THE MONITOR' CULTURE

1. Defendant Richard Pratt

2. Vanessa Headstream – ADC Monitoring Bureau

3. Dr. Nicole Taylor – ADC Monitoring Bureau

### REBUTTAL OF ALLEGATIONS OF DR. WATSON

4. Dr. Stewart – ASPC-Eyman Medical Director (cross examination and redirect)

---

[2] Defendants' Counsel did not interpret the Court's statement to be overarching and applicable to ADC in general where the Court has, on at least several occasions, stated that it has found testifying ADC personnel to be credible.  However, where the Court has called ADC officer credibility into question as related to other events, Defendants must be permitted the opportunity to rebut allegations of retaliation which include the Court assessing the credibility of those against whom retaliatory allegations are launched.

[3] If Ms. Edwards is permitted to further testify regarding approximately five inches of documents in her personal possession, Defendants anticipate additional witnesses will be required to address the same.

5.  Sara Neese – former ASPC-Eyman Clinical Coordinator

6.  Lisa McNeal – ADC Monitoring Bureau

7.  Dr. Khan – retained expert for Corizon (unavailable June 12-14, 2018)

### REBUTTAL OF ALLEGATIONS OF ANGELA FISCHER

8.  Dr. Nicole Taylor – ADC Monitoring Bureau

9.  Dr. E. Taylor – ASPC-Phoenix Mental Health Director

10. Deputy Warden W. Eccles – ASPC-Phoenix

11. ADC employee regarding training provided to Ms. Fischer – name to be determined (awaiting transcript)

### REBUTTAL OF ALLEGATIONS OF CECELIA EDWARDS[4]

12. Lori Johnson - ASPC-Eyman FHA (regarding operation of Cibola medical unit)

13. Carli Myers - ASPC-Eyman DON (regarding operation of Cibola medical unit)

14. M. Meza – ASPC-Eyman Sr. ADON (regarding alleged interactions with inmates and Ms. Edwards)

15. Jennifer Brooks – Corizon Sr. Provider Contracting Specialist (regarding efforts to secure outside specialty providers and billing allegations)

16. Deputy Warden E. Aguilar – ASPC-Yuma, Cibola Unit and/or Associate Deputy Warden L. Pyle (regarding alleged retaliatory search and detention of deceased inmate and retaliatory use of wand detector on inmate with pacemaker)

17. K-9 Sergeant E. Guerrero – ASPC-Yuma (regarding alleged retaliatory searches of inmate and medical unit)

18. Correctional Officer(s) – ASPC-Yuma - names to be determined upon investigation (regarding allegations of retaliatory search of inmate and retaliatory use of wand detector on inmate with pace maker)

---

[4] This list of witnesses may increase or be reduced after investigation of allegations made for the first time on June 1, 2018, by Ms. Edwards.

19. Dr. Owen Murray (regarding allegations of delay of medical care provided to certain inmates allegedly resulting in death or harm)

DATED this 4th day of June 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Office of the Arizona Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on June 4, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4  Alison Hardy:              ahardy@prisonlaw.com

5  Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

6

7  Amy B. Fettig:             afettig@npp-aclu.org

8  Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

9  Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

10

11  Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12  Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

13  David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14  Donald Specter:           dspecter@prisonlaw.com

15  Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

16  John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

17  John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

18  Jose de Jesus Rico:       jrico@azdisabilitylaw.org

19  Kathleen E. Brody:        kbrody@acluaz.org

20  Kirstin T. Eidenbach:     kirstin@eidenbachlaw.com

21  Maya Abela                mabela@azdisabilitylaw.org

22  Rose Daly-Rooney:         rdalyrooney@azdisabilitylaw.org

23  Sara Norman:              snorman@prisonlaw.com

24  Sarah Eve Kader:          skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

25  Rita K. Lomio:            rlomio@prisonlaw.com

26  Victoria Lopez:           vlopez@aclu.org

27

28

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love