1   Kathleen E. Brody (Bar No. 026331)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
    Email: kbrody@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
7   *similarly situated*

8   **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**

9   Sarah Kader (Bar No. 027147)
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
12  Email: skader@azdisabilitylaw.org
             adietrich@azdisabilitylaw.org
13
    *Attorneys for Plaintiff Arizona Center for Disability Law*
14
    **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
15

16              UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

18  Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **PLAINTIFFS' REPLY**
20  Hefner; Joshua Polson; and Charlotte Wells, on         **REGARDING**
    behalf of themselves and all others similarly          **DEFENDANTS' CONTRACT**
21  situated; and Arizona Center for Disability Law,       **EXTENSION WITH**
                                                           **CORIZON (DOC. 2827)**
22                              Plaintiffs,

23          v.

24  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
25  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
26                              Defendants.

27          Defendants do not dispute Plaintiffs' concerns set forth in their Statement to the

28  Court Regarding Defendants' Contract Extension with Corizon (Doc. 2827).  Instead, they

yet again make the thoroughly discredited argument that this Court lacks jurisdiction over matters squarely related to the provision of health care to the 34,000 people incarcerated in Arizona Department of Corrections prisons.  [*See, e.g.*, Doc. 2480 at 2, 6; *see also generally* Doc. 2825]  This Court has plenary enforcement authority over, and jurisdiction to inquire into, the circumstances of Defendants' contract with Corizon, especially given the fact that Defendants repeatedly have blamed the current contract for their contumacious behavior and failure to substantially comply with the Stipulation.  [*See* Doc. 1185 ¶ 36 ("the Court shall retain the power to enforce this Stipulation through all remedies provided by law, except that the Court shall not have the authority to order Defendants to construct a new prison or to hire a specific number or type of staff unless Defendants propose to do so as part of a plan to remedy a failure to comply with any provision of this Stipulation.")]

Defendants assert in their brief that "there is no 'gap' for which ADC is unable to account for," (Doc. 2840 at 3), yet in Defendant Ryan's letter dated May 29, 2018 to the Legislative Budget Committee, he writes that "[i]n order to fully fund the contract ADC estimates an additional $14,000,000 is required."  [Doc. 2840-2]  They do not explain this patent contradiction between the assertions of Defendants' counsel in their brief and Defendant Ryan's assertions to the Legislature in the exhibit attached to their brief.  They also provide no indication when they anticipate obtaining the additional $14 million they admit they need, especially given the fact that the 53rd Legislature, 2nd Regular session, adjourned *sine die* at 12:36 AM on May 4, 2018.  *See* https://www.azleg.gov (last checked June 4, 2018).

Defendants assert that the itemized budget for the contract extension "was not available to Defendants nor made publicly available" until May 24, 2018.  [Doc. 2840 at 4]  It is troubling, to say the least, that Defendants apparently see no problem in entering into a contract worth over one hundred million dollars without actually knowing how the contractor plans to spend taxpayers' money.  For what it's worth, the itemized budget shows that Corizon proposes to allocate 37.6 cents per class member per day to

"Profit," (Doc. 2840-1 at 17), which would work out to over $4.6 million in one year, assuming an average daily population of 34,000 class members.

Defendants also do not contest Plaintiffs' observation that the proposed staffing plan cuts higher-level professionals in favor of mid- and lower-level staff.  [Doc. 2840 at 4-5]  They do not deny that their announced plan to cut dentist positions from 30 to 26 FTE is a violation of the Stipulation.  [*See* Doc. 2827 at 5:3-22]

Defendants also concede that Defendant Pratt's declaration (Doc. 2804) falsely attributes statements to Plaintiffs' counsel, but argue that there was "nothing intentionally or recklessly false" about Defendant Pratt's assertions.  [Doc. 2827 at 9]  They likewise ignore the established law holding that "making misrepresentations to the Court under penalty of perjury is a serious matter and may result in the imposition of sanctions." *Crayton v. Rochester Med. Corp*., No. 1:07-CV-1318-OWW-GSA, 2010 WL 1241014 at *3 (E.D. Cal. Mar. 26, 2010).  Finally, although Plaintiffs' counsel pointed out some of the false statements in Defendant Pratt's declaration in open court nearly a month ago (*see* 5/9/18 Tr. at 149:11-154:7, 158:21-159:8, 164:12-17), Defendants' counsel have yet to take any steps to withdraw the declaration or otherwise correct the record as required by Ariz. Rules of Prof'l Conduct, ER 3.3(a)(3).

Respectfully submitted,

Dated:  June 4, 2018

**PRISON LAW OFFICE**

By:   s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com

*Admitted *pro hac vice*

-4-

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    jross@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on June 4, 2018, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6                   Michael E. Gottfried
                       Lucy M. Rand

7       Assistant Arizona Attorneys General
          Michael.Gottfried@azag.gov

8             Lucy.Rand@azag.gov

9                   Daniel P. Struck
                       Rachel Love

10              Timothy J. Bojanowski
                 Nicholas D. Acedo

11              Ashlee B. Hesman
                   Jacob B. Lee

12              Kevin R. Hanger
                Timothy M. Ray

13             Richard M. Valenti
                Jamie D. Guzman

14 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
              dstruck@strucklove.com

15             rlove@strucklove.com
          tbojanowski@strucklove.com

16            nacedo@strucklove.com
           ahesman@strucklove.com

17              jlee@strucklove.com
           khanger@strucklove.com

18             tray@strucklove.com
          rvalenti@strucklove.com

19         jguzman@strucklove.com

20             *Attorneys for Defendants*

21

22                         s/ D. Freouf
   LEGAL140128236.1

23

24

25

26

27

28

-6-