**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**         DATE: June 1, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants

========================================================================

HON:   <u>David K. Duncan</u>         Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>         <u>Elva Cruz-Lauer and Jennifer Pancratz</u>
    Deputy Clerk         Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela, with Donald Specter appearing telephonically, for Plaintiffs
Daniel Struck, Nicholas Acedo, Timothy Bojanowski, Rachel Love and Richard Valenti for Defendants
Adam Reich for witness, Cecilia Edwards

========================================================================
**PROCEEDINGS:**         **  X   Open Court**         _____**Chambers**         _____ **Other**

9:46 AM – This is the time set for Evidentiary Hearing. Court Reporter, Elva Cruz-Lauer, is present. Nicholas Acedo responds to the Court's query as to the filing at Doc. 2829 and is excused.

Scheduling issues are discussed. IT IS ORDERED setting Telephonic Status Hearing for June 4, 2018 at 5:00 PM before this Court. IT IS FURTHER ORDERED on that date Defendants shall be prepared to submit their witness list one hour prior to the scheduled hearing.

Argument is heard regarding the letter to Mr. Millar. IT IS ORDERED denying Defendants' request regarding Survey Monkey. The expert will not be diverted from the purpose he was retained for.

Evidentiary hearing proceeds. IT IS ORDERED setting a two and a half hour time limit per side for examination of witnesses. The Rule of Exclusion of Witnesses is invoked. Cecilia Edwards is sworn and examined. Plaintiffs' Exhibit 225 is received in evidence.

11:46 AM – Court stands in recess.

1:18 PM – Court reconvenes. Court Reporter, Jennifer Pancratz, is present.

CV-12-0601-PHX-DKD
June 1, 2018

Cecilia Edwards resumes the stand and continues her testimony.

2:49 PM – Court stands in recess.

3:07 PM – Court reconvenes.

Cecilia Edwards resumes the stand.  Discussion is held regarding delivering the documents previously discussed on the record from this witness to the Court.  IT IS ORDERED the witness shall collect the documents and place them for overnight delivery to her attorney.  IT IS FURTHER ORDERED the witness' attorney, Adam Reich, shall review the documents for any privilege logs and deliver to Plaintiffs and Defendants on June 4, 2018.  Any privilege log is to be provided separately to the Court.  Testimony continues.  The Court suspends its previous order regarding time limits for testimony.

The Court instructs the Defendants, based on the testimony just presented, to determine exactly what the situation with the HNR boxes and the open nurses' line is.

Plaintiffs' Exhibits 77, 180, 226 and 231 are received in evidence.  Defendants' Exhibits 507, 509, 510 and 512 are received in evidence.

Cross examination.

Redirect examination.  The witness is excused.

4:41 PM – Court is adjourned.


Time in court: 5 hr 5 min (9:46 AM – 4:41 PM)