UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:12-cv-00601-DKD    Judge Code: __    Date: May 31/June 1, 2018

Parsons vs. Ryan

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Angela Fischer | 5-31-18 | 5-31-18 |
| Cecilia Edwards | 6-1-18 | 6-1-18 |

FILED JUN 01 2018 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY