## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: June 4, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
          Plaintiffs          Defendants
==================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

          <u>Caryn Smith</u>                    <u>Candy Potter</u>
          Deputy Clerk                        Court Reporter

**APPEARANCES:**
Corene Kendrick, David Fathi, Donald Specter, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love for Defendants

==================================================================
**PROCEEDINGS:**      <u>  X  </u> Open Court      <u>      </u> Chambers      <u>      </u> Other

This is the time set for Telephonic Status Hearing. Discussion is held regarding the documents expected from Cecilia Edwards and the potential for scheduling additional hearing dates. Argument is heard. IT IS ORDERED after the parties have reviewed the documents the Court will revisit the issue of scheduling hearings.

Further discussion is held. IT IS ORDERED setting a Telephonic Status Hearing for June 6, 2018 at 4:30 PM before this Court.


Time in court: 23 min (5:01 PM – 5:24 PM)