**THORPE SHWER, P.C.**
Andrea L. Marconi (No. 022577)
Adam Reich (No. 028843)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: amarconi@thorpeshwer.com
Email: areich@thorpeshwer.com

*Attorneys for Non-Party Cecilia Edwards*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*; and Arizona Center for Disability Law,<br><br>     Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>     Defendants. | No. 2:12-cv-00601-DKD<br><br>**NON-PARTY CECILIA EDWARDS' NOTICE OF APPEARANCE** |

Notice is hereby given that Andrea L. Marconi and Adam Reich of the law firm of Thorpe Shwer, P.C., give notice of their appearance as counsel on behalf of Non-Party Cecilia Edwards.

DATED this 5th day of June, 2018.

                                        THORPE SHWER, P.C.

                                        By /s/Andrea L. Marconi
                                            Andrea L. Marconi
                                            Adan Reich
                                            *Attorneys for Non-Party Cecilia Edwards*

9028367

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties registered.

/s/ Jennifer Arrington

2

9028367