Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                      Plaintiffs,<br><br>      v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                      Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' AMENDED LIST OF WITNESSES FOR THE JUNE 2018 CONTINUED EVIDENTIARY HEARINGS** |

Defendants provide their Amended List of Witnesses for the continued evidentiary hearings. At this time, the dates associated with witness testimony are tentative pending confirmation by the end of this week. Defendants will submit a final list by the close of business on Friday, June 8, 2018.

**TUESDAY, JUNE 12, 2018:**

1. Erin Barlund – ADC Monitoring Bureau
2. Dr. Nicole Taylor – ADC Monitoring Bureau
3. Lisa McNeal – ADC Monitoring Bureau

**WEDNESDAY, JUNE 13, 2018:**

4. Vanessa Headstream – ADC Monitoring Bureau

**THURSDAY, JUNE 14, 2018:**

5. Deputy Warden W. Eccles – ASPC-Phoenix;
6. Deputy Warden E. Aguilar – ASPC-Yuma, Cibola Unit and/or Associate Deputy Warden L. Pyle (regarding alleged retaliatory activity);
7. K-9 Sergeant E. Guerrero – ASPC-Yuma (regarding alleged retaliatory activity);
8. ADC employee regarding training provided to Ms. Fischer – name to be determined;
9. Correctional Officer(s) – ASPC-Yuma - names to be determined upon investigation (regarding allegations regarding retaliatory activity).

**AWAITING CONFIRMATION OF AVAILABILTY FOR WEEK OF JUNE 18 - 20, 2018:**

10. Defendant Richard Pratt (Defendants may not call);
11. Dr. Stewart – ASPC-Eyman Medical Director (cross examination and redirect);
12. Sara Neese – former ASPC-Eyman Clinical Coordinator;
13. Dr. Khan – retained expert for Corizon;

14. Dr. E. Taylor – ASPC-Phoenix Mental Health Director;
15. Richard Watts – FHA – ASPC-Yuma;
16. Lori Johnson - ASPC-Eyman FHA (regarding operation of Cibola medical unit);
17. Carli Myers - ASPC-Eyman DON (regarding operation of Cibola medical unit);
18. M. Meza – ASPC-Eyman Sr. ADON (regarding alleged interactions with inmates and Ms. Edwards);
19. Jennifer Brooks – Corizon Sr. Provider Contracting Specialist (regarding efforts to secure outside specialty providers and billing allegations);
20.

DATED this 6th day of June 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Timothy J. Bojanowski
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Office of the Arizona Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592

*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

4