# EXHIBIT 1

# EXHIBIT 1

**PM 50** *Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Update as of May 8, 2018:**

**Corrective Action Plan:**
A new clinical coordinator has been hired and is currently in the process of on-boarding. Effects of this action should be reflected in the May audit.

*Update as of June 1, 2018 concerning Clinical Coordinator position:*

*The Clinical Coordinator referenced in the May 8, 2018 corrective action plan filled a vacancy at the Tucson facility. The prior Clinical Coordinator left on December 25, 2017. The position remained vacant until February 20, 2018, when a temporary Clinical Coordinator was placed in that position. That person was made the full-time Clinical Coordinator on March 18, 2018.*