**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CV-12-0601-PHX-DKD**             DATE: June 6, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
    Plaintiffs    Defendants
=======================================================================

HON:   <u>David K. Duncan</u>        Judge # <u>70BL/DKD</u>

    <u>Caryn Smith</u>          <u>Linda Schroeder</u>
    Deputy Clerk          Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Donald Specter, Kirstin Eidenbach and Maya Abela for Plaintiffs
Daniel Struck and Timothy Bojanowski for Defendants

=======================================================================
**PROCEEDINGS:**    <u>  X  </u> Open Court    <u>     </u> Chambers     <u>     </u> Other

This is the time set for Telephonic Status Hearing.  Argument is heard regarding Plaintiffs' review of the Edwards documents and whether additional testimony will be required.  IT IS ORDERED the witnesses shall be heard as set forth on the record.  IT IS FURTHER ORDERED two hours shall be designated for the Status Report issues on June 13, 2018.  Further argument is heard.

Plaintiffs request a list of the witnesses who will be struck and discovery regarding the witnesses who will testify.  Argument is heard.  IT IS ORDERED Defendants shall file their final witness list by no later than close of business on June 7, 2018.  IT IS FURTHER ORDERED any new witnesses shall be disclosed to Plaintiffs as to their testimony.  Argument is heard regarding Richard Watts.

Plaintiffs request that time limits be set.  The issue having already been addressed, the Court will not revisit it.

Plaintiffs request a hard deadline for exchange of exhibits.  IT IS ORDERED the photographs taken during the ADOC tour shall be disclosed by no later than 9:00 AM, Mountain Standard Time, on June 8, 2018.  All remaining exhibits shall be disclosed by no later than 5:00 PM, Mountain Standard Time, on June 9, 2018.

Time in court: 32 min (4:41 PM – 5:13 PM)