1  Office of the Arizona Attorney General
   Michael E. Gottfried, Bar No. 010623
2  Lucy M. Rand, Bar No. 026919
   Assistant Attorney General
3  2005 N. Central Avenue
   Phoenix, Arizona 85004-1592
4  Telephone: (602) 542-1645
   Fax: (602) 542-3393
5  Michael.Gottfried@azag.gov
   Lucy.Rand@azag.gov
6
   Daniel P. Struck, Bar No. 012377
7  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
8  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Hesman, Bar No. 028874
9  Jacob B. Lee, Bar No. 030371
   Kevin R. Hanger, Bar No. 027346
10 Timothy M. Ray, Bar No. 029191
   Richard M. Valenti, Bar No. 031533
11 Jamie D. Guzman, Bar No. 022095
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
13 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
14 dstruck@strucklove.com
   rlove@strucklove.com
15 tbojanowski@strucklove.com
   nacedo@strucklove.com
16 ahesman@strucklove.com
   jlee@strucklove.com
17 khanger@strucklove.com
   tray@strucklove.com
18 rvalenti@strucklove.com
   jguzman@strucklove.com
19 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DEFENDANTS' FINAL LIST OF WITNESSES FOR THE JUNE 2018 CONTINUED EVIDENTIARY HEARINGS** |

Defendants provide their Final List of Witnesses for the continued evidentiary hearings. At this time, the dates associated with witness testimony are tentative pending confirmation by the end of this week. Defendants will submit a final list by the close of business on Friday, June 8, 2018.

**TUESDAY, JUNE 12, 2018:**

1. Dr. Rodney Stewart – Site Medical Director – ASPC-Eyman (cross-examination and redirect);

2. Lisa McNeal – ADC Monitoring Bureau (regarding her responsibility and methodology in overall monitoring of Health Care Performance Measures for ASPC-Eyman and rebuttal regarding Dr. Jan Watson's testimony of a "beat the monitor" culture);

3. Erin Barlund – ADC Monitoring Bureau (regarding her responsibility and methodology in the overall monitoring of PMs 48 and 49. Will also testify regarding allegations with respect to the testimony of Cecilia Edwards regarding the monitoring of PMs 48 and 49 at Yuma, including but not limited to testimony appearing at page 24, (Day 2 PM Session).

4. Dr. Nicole Taylor – ADC Monitoring Bureau (regarding her responsibility and methodology in overall monitoring of Mental Health Performance Measures for State-run prison complexes, utilization of telemedicine for the provision of mental health care, operation of the mental health program at ASPC-Phoenix including procedure and expectations for suicide watch, documentation and monitoring of the same, supervision of Angela Fischer, and expectations/performance of Angela Fischer as to her performance of duties, and failures of obtaining Stipulation compliance at ASPC-Phoenix due to documentation/care provided by Angela Fischer);

///
///
///

1

**WEDNESDAY, JUNE 13, 2018:**

5. Vanessa Headstream – ADC Monitoring Bureau (regarding her responsibility and methodology in overall monitoring of Health Care Performance Measures processes for State-run prison complexes);

**THURSDAY, JUNE 14, 2018:**

6. Deputy Warden W. Eccles – ASPC-Phoenix (regarding rebuttal to Angela Fischer's criticisms and complaints of ASPC-Phoenix security operations to include allegations of sleeping officers, criticism of lack of restraint of inmates, allegations of officer interference in the delivery of mental health care, lack of physical plant for confidential setting interviews of inmates, and cleanliness/temperature of living units;

7. ADC employee regarding training provided to Ms. Fischer – name to be determined (regarding rebuttal to Angela Fischer's testimony of training intimating that inmates lie);

**MONDAY, JUNE 18, 2018:**

8. Defendant Richard Pratt (Defendants may not call);

9. Dr. E. Taylor – ASPC-Phoenix Mental Health Director (regarding operation of the mental health program at ASPC-Phoenix including procedure and expectations for suicide watch, documentation and monitoring of the same, supervision of Angela Fischer, and expectations/performance of Angela Fischer as to her performance of duties, and failures of obtaining Stipulation compliance at ASPC-Phoenix due to documentation/care provided by Angela Fischer);

**TUESDAY, JUNE 19, 2018:**

10. Dr. Khan – retained expert for Corizon (regarding rebuttal to Dr. Jan Watson's criticism of delay and inefficiency of the Utilization Management Review process, processing of outside specialty consults, and scheduling of outside specialty consults providing opinions regarding specific inmates care/specialty referrals testified to

by Dr. Watson, as well as rebuttal to Dr. Watson's allegations of delay and deficient medical care provided to the specific inmates testified to by Dr. Watson;

11. Sara Neese – former ASPC-Eyman Clinical Coordinator (regarding her responsibility and methodology as Clinical Coordinator for ASPC-Eyman and her responsibility and participation in the Utilization Management Review process, processing of outside specialty consults, and scheduling of the same);

12. Richard Watts – FHA – ASPC-Yuma (regarding operation of medical units at ASPC-Yuma, including but not limited to the allegations as testified by Cecilia Edwards appearing on pages 32; 37; 52; 57-85 (Day 2 AM session); 6-64; 74-85; 124-128 (Day 2 PM session));

13. Lori Johnson - ASPC-Yuma FHA (regarding operation of medical units at ASPC-Yuma, including but not limited to the allegations as testified by Cecilia Edwards appearing on pages 32; 37; 52; 57-85 (Day 2 AM session); 6-64; 74-85; 124-128 (Day 2 PM session));

**THURSDAY, JUNE 21, 2018:**

14. Carli Myers - ASPC-Yuma DON (regarding operation of medical units at ASPC-Yuma, including but not limited to the allegations as testified by Cecilia Edwards appearing on pages 32; 37; 52; 57-85 (Day 2 AM session); 6-64; 74-85; 124-128 (Day 2 PM session));

15. M. Meza – ASPC-Yuma Sr. ADON (regarding operation of medical units at ASPC-Yuma, including but not limited to the allegations as testified by Cecilia Edwards appearing on pages 32; 37; 52; 57-85 (Day 2 AM session); 6-64; 74-85; 124-128 (Day 2 PM session));

16. Jennifer Brooks – Corizon Sr. Provider Contracting Specialist (regarding efforts to secure outside specialty providers and progress/challenges associated therewith as well as allegations made by Cecilia Edwards. See, Page 2; 35-37 (Day 2 PM Session)).

DATED this 7th day of June 2018.

                      STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                      By /s/Timothy J. Bojanowski
                          Daniel P. Struck
                          Rachel Love
                          Timothy J. Bojanowski
                          Nicholas D. Acedo
                          Ashlee B. Hesman
                          Jacob B. Lee
                          Kevin R. Hanger
                          Timothy M. Ray
                          Richard M. Valenti
                          Jamie D. Guzman
                          3100 West Ray Road, Suite 300
                          Chandler, Arizona  85226

                          Office of the Arizona Attorney General
                          Michael E. Gottfried
                          Lucy M. Rand
                          Assistant Attorneys General
                          2005 N. Central Avenue
                          Phoenix, Arizona 85004-1592

                          *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski