Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org
*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DKD <br><br>**PLAINTIFFS' PROPOSED AGENDA FOR THE JUNE 13, 2018 STATUS HEARING** |

Plaintiffs hereby propose the following items be included in the Court's agenda for the June 13, 2018 status hearing.

1. Final report from the Court's Rule 706 expert regarding his team's analysis of the recruitment and retention of medical and mental health staff.

2. Defendants' April 2018 CGAR results and remediation plans for performance measures previously found substantially noncompliant by the Court. [Doc. 1583 at 2; Doc. 1709 at 1; Doc. 2030 at 2; Doc. 2403 at 2-3; Doc. 2764 at 2; 12/20/17 Tr. at 100:25-101:3; 4/11/18 Tr. at 21:15-27:2]

    a. Update regarding the provision of so-called "Smart Cards" to health care staff to remind them of the requirements of performance measures, that Counsel for Defendants avowed would arrive on May 18, 2018, as well as the Court's request that Defendants provide sets to the Court and to Plaintiffs' counsel. [*See* 5/9/18 Tr. at 74:15-76:18, 77:21-22, 78:6-85-2]

    b. Update from Dr. Robertson regarding the provision of specialty care, including the status of Corizon's negotiations with the University of Arizona regarding specialty telemedicine. [*See* Doc. 2816 at 3; 5/9/18 Tr. at 180:16-23 ("THE COURT: Maybe [Dr. Robertson] could call in for just a ten-minute update [. . .] in the three days in June")]

3. Plaintiffs' counsel's reports regarding the recent monitoring tours of ASPC-Yuma and ASPC-Phoenix. [*See* Doc. 2794-1 at 39-49 (Ex. 7); *see also* Declaration of Corene Kendrick ("Kendrick Decl."), filed herewith, ¶¶ 2-5, Exs. 1-4]

4. Defendants' contract extension with Corizon. [Docs. 2799, 2800, 2802, 2804, 2827, 2840, 2849]

5. Plaintiffs' request for an update from Defendants regarding the following contractual issues:

a. the amount of money awarded to Corizon as "incentive payments" in March and April 2018 pursuant to Amendment 14 of the current contract;

b. the amount of money assessed against Corizon for violations of the Stipulation's performance measures in March and April 2018; and

c. the amount of money assessed against Corizon for failure to maintain staffing levels of key positions above 90% in March and April 2018. [*See* Doc. 2794-1 at 51-61 (Ex. 8); *see also* Kendrick Decl. Ex. 5 (April 2018 staffing report)]

**Matters Fully Briefed and Awaiting Decision From the Court:**

1. The Court's Order to Show Cause Regarding Contempt.

2. Plaintiffs' Statement Regarding Defendants' Removal of HNR Boxes. [Doc. 2365 (Statement); Doc. 2416 (Response); Doc. 2458 (Reply)]

3. Plaintiffs' proposal that Defendants retain an expert in monitoring to advise them and/or conduct monitoring. [Doc. 2046 (Plaintiffs' Statement Re: Evidentiary Hearings on Monitoring; Doc. 2068 (Defendants' Response); Doc. 2087 (Plaintiffs' Reply); *see also* Doc. 2502-1 at 4-5, 21; 12/20/17 Tr. at 15:2-17, 15:24-16:1, 17:5-15]

4. Plaintiffs' Motion for Attorney Fees and Costs [Docs. 2276, 2277, 2278, 2279, 2280, 2402, 2433, 2434] and Plaintiffs' Motion for Reconsideration of the Court's Order of December 19, 2017 (Doc. 2503). [Docs. 2518, 2519, 2589, 2623]

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: June 11, 2018 | **PRISON LAW OFFICE** |

By: *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:     dfathi@aclu.org
              afettig@aclu.org
              vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:    kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    kbrody@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
| | Telephone: (602) 351-8000 |
| 5 | Email:   dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| 6 | jhgray@perkinscoie.com |

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By: *s/ Maya Abela* |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Dietrich (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone: (602) 274-6287<br>Email:   skader@azdisabilitylaw.org |
| 7 |         adietrich@azdisabilitylaw.org |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    jross@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL140231504.1