Index of Exhibits to the Declaration of Corene Kendrick

| Exhibit | Description |
|---------|-------------|
| 1 | June 1, 2018 email from J. Guzman (sent via E. Percevecz) to C. Kendrick regarding Ms. Kendrick's May 1, 2018 ASPC-Yuma Cheyenne letter. |
| 2 | REDACTED June 8, 2018 letter from K. Eidenbach to T. Bojanowski regarding April 26-27, 2018 Monitoring Tour of ASPC-Yuma. |
| 3 | REDACTED June 8, 2018 letter from K. Eidenbach to T. Bojanowski regarding May 30, 2018 Monitoring Tour of ASPC-Phoenix. |
| 4 | June 11, 2018 email from D. Struck to K. Eidenbach regarding June 8, 2018 correspondence regarding ASPC-Yuma and ASPC-Phoenix tours. |
| 5 | Corizon April 2018 Statewide Staffing Report |

# Exhibit 1

## Corene Kendrick

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Friday, June 1, 2018 5:08 PM |
| **To:** | Corene Kendrick |
| **Cc:** | Don Specter; Alison Hardy; Rita Lomio; Tania Amarillas; Amber Norris; Annelise Finney; Kirstin Eidenbach; David Fathi; Amy Fettig; Kathy Brody; Maya Abela; Daniel Barr; Freouf, Delana (Perkins Coie); Ada Lin (alin@aclu.org); Dan Struck; Tim Bojanowski; Rachel Love; Tim Ray; Ashlee Hesman; Jamie Guzman; Kevin Hanger; Nick Acedo; Lucy Rand; mary.beke@azag.gov |
| **Subject:** | RE: Parsons v. Ryan - ASPC Yuma |

***Dear Corene, below is an email from Jamie Guzman regarding Defendants' response to your May 1 letter following the Yuma tour.  Sincerely, Elaine***

Dear Corene,

We received your May 1 correspondence regarding the Yuma tour and are working diligently to provide a response.   We anticipate being able to provide a response to the multiple requests contained in the letter no later than June 15.



Jamie D. Guzman
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1637 | jguzman@strucklove.com | STRUCKLOVE.COM

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, May 01, 2018 3:39 PM
**To:** Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Tim Ray <TRay@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>; Jamie Guzman <JGuzman@strucklove.com>; Kevin Hanger <KHanger@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Annelise Finney <afinney@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Jennifer Onka <jonka@aclu.org>; Kathy Brody <kbrody@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; Daniel Barr <dbarr@perkinscoie.com>; Freouf, Delana (Perkins Coie) <DFreouf@perkinscoie.com>
**Subject:** Parsons v. Ryan - ASPC Yuma

Dear Dan and Tim,

Please see the attached letter regarding the treatment of class members at Yuma's Cheyenne Unit. Our information requests are at the end of the letter. We look forward to your timely response.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

# Exhibit 2

# (Redacted)

# Eidenbach Law, P.L.L.C.

Kirstin T. Eidenbach, Attorney-at-law (AZ Bar No. 027341)

P.O. Box 91398 • Tucson, AZ 85752 • Phone:  520-477-1475
E-Mail:  kirstin@eidenbachlaw.com

June 8, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

      Re:    Parsons v. Ryan, 2:12-CV-00601
             ASPC-Yuma Tour (April 26-27, 2018)
             (EMAIL ONLY)

Dear Tim:

We write to inform you of prisoners we interviewed during our recent tour of ASPC-Yuma who may require immediate care for serious medical, dental, and mental health conditions. We also have identified several broad systemic issues that are impacting the overall provision of healthcare, as well as ADC's ability to comply with the Stipulation.

## Systemic Issues Identified at ASPC-Yuma

**Extraction Only Dental Policy:**  We are once again receiving reports that there is an extraction only policy in place at ASPC-Yuma for dentistry.  We received multiple reports that no one is offered fillings for dental cavities.  More disturbing are the reports that the dentists joke in front of patients about how many teeth they have pulled and have contests to see who has pulled the most teeth in a given day or a given week.  If this behavior is occurring it is grossly unprofessional.  **We ask that you investigate the apparent de facto policy of extraction only AND the reports of unprofessional behavior by dental staff.**

**Assistive Medical Devices:**  Numerous class members reported that they have trouble obtaining assistive devices that maximize independence (i.e. walkers with seats and

prosthetics).  As a result, they are forced to use wheelchairs that limit their ability to exercise, access programs and services, and navigate the yards and buildings.   Further, being forced to use a wheelchair often exacerbates their disability and medical condition.  Such a de facto policy to deny people with mobility impairments the assistive devices that maximize their independence violates the Americans with Disabilities Act.  Under the ADA, Corizon and ADC must provide accommodations, including assistive devices, to ensure that the prisoner has equal access to prison services, programs or activities.  28 CFR § 35.130(b)(1)(viii); 42 U.S.C. § 12132.  Thus, medical staff must consider whether such an appliance is necessary to afford a prisoner with a disability the greatest degree of independence and equal access to programs, services, and activities.

**Outside Specialty Consults**:  As was recently testified to by Cecelia Edwards, there are multiple difficulties in getting outside specialty consults scheduled for class members housed at ASPC-Yuma.  Class members reported the same to us during our tour.  It does appear that in the weeks following the tour many of the class members who reported waiting extended periods of time for specialty consults have been scheduled and/or were seen as of the date of this letter.

**Overall Sanitation and Cleanliness**:  We received multiple reports of sanitation issues, primarily having to do with mold in the showers and uncleaned restroom facilities.  Plaintiffs' counsel observed extremely dirty shower and restroom facilities while on tour (see attached photographs) and what appeared to be mold in several of the shower stalls in Cheyenne Unit.  **We request that ADC take immediate steps to make sure all shower stalls and restroom areas are clean, safe, and functional.**

2

**Telepsychiatry not confidential:**  Two class members reported that when they were attending telepsychiatry appointments the door to the treatment room was not closed and the appointment was not confidential.  Confidentiality is essential to effective psychiatric treatment.  **Please immediately ensure that patients receiving telepsychiatry services are receiving them in confidential settings.**

**Open Clinic:**  Several class members reported that open clinic wait times are often close to five hours, which discourages people from using it.  In addition, class members on multiple yards report that open clinic is only run for a short span of time in the morning, and that this makes it difficult to be seen by medical on the day they originally bring their HNR to open clinic.

**HNR Boxes**:  Class members reported that HNR boxes are still in use and that because of open clinic's restricted hours, the HNR boxes are the only way they are seen by nursing staff.

### Class Members in Need of Immediate or Urgent Medical, Dental, or Mental Healthcare



**████████████████████, Dakota DU**

      Mr. ████████ suffers from severe knee degeneration.  He can only walk a few steps and has been provided a wheelchair.  When he saw an orthopedist on April 24, 2018, the doctor noted that Mr. ████████ was a candidate for knee replacement in both knees.  Dr. Jordan reviewed 5/3/18, recommend right knee replacement, but no specialty consult was entered.  **We request Mr. ████████ immediately receive a specialty surgical consult to have his right knee replaced.**

█████████████████, **Cheyenne**

Mr. █████ reports suffering from severe hemorrhoids, which often explode with pus and become infected.  Mr. █████ has requested to see a proctologist in order to have the cause of this condition determined.   His medical record does not indicate that any such consult request is pending.  **We request that Mr. █████ be scheduled with the proctologist as soon as possible.**

█████████████████████, **Cocopah**

Mr. █████ reports chronic GI problems (gas, constipation, lump in abdomen) and that he has been trying to get a special diet without rice or potatoes, which cause him digestive distress. He reports that Dr. Barklay did prescribe him a gluten-free diet, but that it often consists of rice and potatoes, which he can't digest well. He reports that his aunt died from a tumor in her colon. Mr. █████ had a CT done in 12/22/17, which prompted a recommendation for a small bowel study: "CT taken today shows: 'There is a distended loop of proximal small bowel with some bowel wall thickening. IBD remains to be excluded. A small bowel study is recommended for further evaluation." Mr. █████ had a small bowel study on 1/30/18 with normal results. Dr. Barklay submitted a gastroenterology consult request for a colonoscopy on 4/23/18 ("IM w/ several mo hx of constipation, gas pain, and periodic diarrhea, had EGD that showed mile diffuse gastritis, hand NL small bowel study, GI recommended colonoscopy to R/O Crohn's dz"), an ATP was recommended and accepted on 4/24/18 ("ATP: medical necessity not demonstrated. IM complains of constipation and intermittent diarrhea. IM does not demonstrate blood per rectum, or positive FOBT. CT does not demonstrate thickening of the wall of the color or terminal ileum, mass lesion, filling defects, or strictures. Colonoscopy is not indicated"). Mr. █████'s eOMIS vitals show a loss of 30 lbs, from 170 lbs in 2010 to present weight of 140 lbs. **We request that Mr. █████ be immediately scheduled to receive the colonoscopy recommended by the gastroenterologist.**



██████████, La Paz

Mr. ██ has drop foot in his left foot from a gun shot wound to his sciatic nerve, which causes him severe knee pain (deteriorating condition) and no feeling or movement in his toes. He reports that he just got a brace and medical shoes, after waiting 4-5 months for them. However, he has difficulty standing as a result and can't tolerate standing in the pill call line. He ambulates with the assistance of a cane. He has not been provided a four-wheeled walker with wheels that would allow him to sit while waiting in pill line.

Mr. ██ reports his mental health is not stabilized and that he would like to be on psychotropic medication for treatment of his nightmares and anxiety, but he can't tolerate standing in pill call line so he's not on them (his other medications are prescribed keep on person, per eOMIS). His last mental health appointment was 11/6/2017.

**We request that both medical and mental health review Mr. ██'s healthcare records to formulate a treatment plan that provides treatment for his symptoms without forcing him to stand in the pill call line.  It is grossly inappropriate that Mr. ██'s disability is preventing him from getting the treatment he needs, and he should be evaluated for accommodations for his physical disability at the pill line, i.e. allowed to go to the front of the line.**

██████████████

Mr. ██ has been vomiting blood and suffering extreme nausea.  His symptoms became so severe that on May 20, 2018, he was sent to the emergency room for evaluation.  Mr. ██ had been previously seen by a gastroenterologist.  It does not appear that any action was taken as a result of this consultation.  **We request that Mr. ██ be immediately scheduled for any and all additional appointments with the gastroenterologist that are necessary to obtain a definitive diagnosis and begin an effective treatment plan.**

███████████████, **Cocopah**

Mr. ███████ was told he had stage 4 liver cirrhosis in 2007, and went through Interferon treatments before healthcare was privatized. He reports that his Hepatitis C is non-detectable now, but that his liver is permanently damaged. His eOMIS records do not have a cirrhosis diagnosis listed. He reports that he was formerly on tramadol but was then removed and put on 3 IBUs daily, but that those are not good for his liver.

His abdominal ultrasound results from 2/14/18 note: "Liver parenchymal has a coarse acoustic texture and correlation with liver function studies is advised." The ultrasound also found problems with his spleen ("Spleen is considerably enlarged…CT scanning is advised with JV contrast of the abdomen and pelvis for further evaluation"). He received a CT scan on 3/6/18 which found: "diffuse abdominal varicosities…consider CT chest to exclude mediastinal mass. Associated splenomegaly and micronodular change of the liver are noted. Correlate for component of cirrhosis. Atherosclerotic vascular disease, mild." He received a CT scan of his chest on 5/2/18 and the following were noted: "Spiculated noncalcified left apical 1.9 x. 1.3 cm nodule. Recommend PET/CT or follow up CT in 3 months and/or tissue sampling…Emphysematous changes of lungs. No acute disease seen. Cirrhosis of liver with portal venous hypertension." **Mr. ███████ needs to be scheduled for liver studies in correlation with the CT scans he has already received, as well as the follow-up CT/PT scans and tissue sampling of his lung.**

███████████████, **Cheyenne**

Mr. ██████ is missing his right eye and finds that the empty socket gets very dirty, especially when it is windy. He has requested an eye patch from medical, and has not yet received it. **We request that Mr. ██████ be given an eye patch.**

**█████████████████, Cibola**

Mr. ██████ cannot hear out of his left ear and has only partial hearing in his right ear. He was in the process of getting hearing aids in the community when he was arrested. He was told at intake that ADC doesn't provide hearing aids. He has a hard time hearing announcements.  When he saw Dr. Jordan on May 16, 2016, Dr. Jordan noted that the "[p]atient requesting hearing aids. reports on the street he was in the process of receiving hearing aids.  states legally deaf in the left ear and partially deaf in the right ear.  Problems with following commands from officers and has received tickets for his actions." The treatment plan currently listed is for a hearing test to be done on-site.  This was listed as pending a nurse's order as of 5/8/18. **We request that Mr. ██████ immediately receive an on-site hearing test and that the results of that test are used to create and implement an effective treatment plan that will allow Mr. ██████ to hear well enough to function within ADC.  If the specialist recommends hearing aids, we request that he be provided the assistive devices without delay.**

**██████████, 085110,**

Mr. ██████ has been diagnosed with diabetes and high blood pressure.  Since March 2018, he has suffered two falls.  The fall on April 9, 2018 resulted in an ICS.  Mr. ██████ attributes these falls to his blood pressure.  His medical record does not indicate that his propensity to fall is being actively managed. **We request that Mr. ██████ be immediately scheduled with a provider to figure out why he falls and then to develop an appropriate treatment plan to manage and prevent future falls.**

**████████████████, Cibola**

Mr. ██████ has Hashimoto disease, chronic neuropathy, arthritis, bone on bone shoulder and knees, DDD, as well as developmental disabilities and a learning disability.  He

was put in top bunk when he came in to custody in mid-March.  He fell off his bunk and broke his finger.  During the interview, he couldn't move his right middle finger, and it was swollen.  **We request that Mr. ████████' right finger be immediately examined and treated appropriately.**

Mr. ████████ was in suicide watch 3/25-3/29/18, during which time he lost his knee braces.  **We request that these braces be immediately located or replaced with the same make and model.**

██████████████████**, Dakota CDU**

Mr. ██████ reported that he has schizophrenia and epilepsy, and that temperature extremes can induce more seizures.  He reported that he had a seizure on March 2, 2018 while forced to sleep on the Cheyenne yard with others after the disturbance, because he had not received his medication for two days, and that he had two more seizures while on the yard. His medical record confirms that he is prescribed phenytoin (Dilantin) once a day and levetiracetam (Keppra) twice a day for epilepsy, and that he did not receive the medications on March 1 or 2. He also is prescribed olanzapine (Zyprexa) for schizo-affective disorder, and did not receive the medication those days.  His medical record shows that on March 2, nursing staff responded to an ICS for seizures, that he suffered another seizure during transport to the temporary medical unit in the library, and had another seizure upon arrival to medical.  He was sent out to the Yuma hospital, and the hospital records confirm that he had a grand mal seizure and had subtherapeutic levels of Dilantin in his system.  The hospital discharge papers requested that he be seen by a neurologist within a week, but as of May 1 – nearly two months later -- no specialty consult request has been submitted.  **We request that Mr. ██████ be immediately scheduled to see a neurologist and that the neurologists recommended treatment plan be immediately implemented.**



**████████████, La Paz**

Mr. ████ has a Pacemaker (installed 2008) and reports that when his Pacemaker alert goes off and he tells medical about it, medical doesn't do anything about it for 3-4 weeks. He last saw a cardiologist 11/16/17, who recommended that the Pacemaker be calibrated.  **We request Mr. ████ be sent to a cardiologist for an evaluation of his Pacemaker and that ADC specifically request instructions for its medical staff on how to handle alerts or alarms from the Pacemaker, since they appear unable to make these determinations on their own**.

**████████████, Cibola**

Mr. ████ had a stroke last year. He is currently on Topamax and loxatrine. Mr. ████ was hospitalized for about a month in June, then at Lewis infirmary for 3 months. He saw the neurologist while at Lewis and was supposed to be seen every 3 months thereafter. He hasn't seen neurologist since Sept 2017.  **We request that Mr. ████ be immediately scheduled to see a neurologist and that the neurologist's treatment plan be implemented.**

**████████████**

Mr. ████ suffers from multiple lumps on his head, which he now reports have begun to enlarge.  He was seen by a provider on January 18, 2018, who noted that the lumps were most likely lipomas.  However, the provider also noted that in some cases lumps with this presentation can be cancer.  Given the change in their size, **we request Mr. ████ be scheduled for biopsies and/or removal of these lumps as soon as possible.  If the lumps are determined to be malignant, we further request that Mr. ████ be scheduled for an immediate oncology consultation.**



**███████████████, Cibola**

Mr. ████████ had a pulmonic valve replacement (porcine valve) in 2013. He also has a pacemaker after a heart attack and a stroke. He has been experiencing symptoms of a-fib. He saw a cardiologist over a year ago who said his pacemaker battery would need to be replaced within a year. He is on Warfarin.

On 3/15/18 NP Brisbois submitted routine cardiology consult for generator change of pacemaker.  Mr. ████████ was seen 4/16/18 by Cardiovascular Consultants in Phoenix. His pacemaker battery was depleted, and the specialist recommended that his generator be changed with AFL ablation.  The report was reviewed 4/17/18 by Dr. Barcklay who submitted another consult for retroactive authorization so the specialist would get paid.  On 5/4/18 she submitted a consult for cardiology for follow up after ablation.  Mr. ████████'s record states that he is scheduled for ablation due to a-fib, but request is listed as clinical coordinator initiated.  There is no further indication of when the ablation or generator change will actually occur.  **We request that Mr. ████████ be _immediately_ scheduled for his ablation and generator change.  This procedure is critical and cannot be further delayed.**

**███████████, Cheyenne**

Mr. ██████ suffered from a broken hand in 2016.  He is now experiencing shooting pain and numbness in that hand.  In his chronic care appointment on April 16, 2018, the provider noted that he would request the previous records about Mr. ██████'s broken hand.  These records were received on May 15, 2018 and no action has been taken.  **We request that Mr. ██████ be immediately scheduled with a provider to have his hand pain assessed in light of the information contained in his hospital records.**

███████████████, **Cheyenne**

Mr. ██████ suffers from spinal pain.  In March 2018, Mr. ████████ was sent out for an MRI.  His medical record does not indicate that any action has been taken based upon the results of the MRI.  In addition, Mr. ██████ reports he has not been informed of the results of that MRI.  **We request that Mr. ██████ be immediately informed of the results of the MRI and that he be scheduled with a neurologist to formulate an appropriate treatment plan.**


███████████████████, **Cheyenne**

Mr. ████████ reported in June of 2017 that he was experiencing pain in his left ear.  He was seen on the nurses' line, where a piece of cotton was found in his ear and he was instructed to stop cleaning his ears with cotton swabs.  Mr. ████████ submitted a second HNR, and he was again seen on the nurses' line, where it was noted that his ear looked fine.  No further action was taken.  Mr. ████████ reports that he was told he would be seen by the provider for his ear pain, which his medical record confirms never happened.  **We request Mr. ██████ be immediately seen by a provider to have his ear pain evaluated.**


███████████████, **Cibola**

Mr. ██████ needs a walker with a seat, as he is unable to walk long distances using a regular walker.  He doesn't want to be forced to use wheelchair because he doesn't want his legs to atrophy and wants to be as independent as possible.

He saw Dr. Jordan on 5/15/18. "Patient c/o chronic back pain.  report hx of lumbar fusion in 1999 L4 and L5, in 2016 began to experience lower extremity weakness and numbness that started the wheelchair use, no problems with urination and bowel movements.  currently using a walker for ambulation. He is not able to stand in one spot longer that 5 minutes or his leg will become numb and weakness."  Dr. Jordan submitted request for radiology for MRI to evaluate weakness in his lower extremities.  **We request that**



Mr. ███ be immediately schedule for the MRI and that the results of the MRI be used to formulate and implement an appropriate treatment plan. We request that Mr. ███ be provided a four-wheeled walker with a seat.

**██████████████, (now housed at Florence North Unit)**

Mr. ████ reports that even though he would like to talk to a psychiatrist, he does not like to say much during his telepsychiatry appointments because they don't shut the door to the treatment room and there are other prisoners staged outside the door. His most recent telepsychiatry session on 5/10/18, the provider noted: "Guarded w/ information" and the record notes he was seen an a "private, confidential setting."

Mr. ████ also reports a back injury from falling off a truck at work, causes severe back pain, and has a back brace that is falling apart. **We request that Mr. ████ be immediately provided with a functioning back brace.**

**████████████████, Cocopah**

Mr. ████ was diagnosed with Parkinson's Disease 10 years ago and is extremely concerned about his Parkinson's treatment, as the prescription he is on (carbidopa/levodopa) can only be increased twice more before he is at the maximum amount one can take. He has an uncontrolled tremor in his hand, and has difficulty with balancing due to Parkinson's and knee issues. He reports he has not been to a neurologist for 1.5 years, and eOMIS confirms last neurology appointment was 8/21/2015. He states he is supposed to see a neurologist every 3 months. **We request Mr. ████ immediately be scheduled to see a neurologist to evaluate the status of his Parkinson's disease and to ensure that Mr. ████'s current treatment is accordingly appropriate.**

Mr. ████ reports that he needs a knee replacement and has chronic severe knee pain, due to a severe MCL/ACL tear and knee fracture. Regarding the prospects for a knee



replacement, Mr. ███ reports that Dr. Johnson told him that it would not be "cost-effective" for him to have his knee replaced because he'll eventually be in a wheelchair (due to the Parkinson's). **We request that Mr. ███ be evaluated by an orthopedic surgeon for a knee replacement.**

**██████████, Cheyenne**

Mr. ███ has had two neurological episodes in the last 45 days that have both resulted in ICSs being called.  In the first on May 11, 2018, he was found unresponsive and was evaluated for possible seizure activity.  In the second on May 29, 2018, he reported heaviness in his limbs, and he was again evaluated for possible seizure activity.  As of now, there is no working diagnosis noted in Mr. ███'s record and his episodes are being treated with Kepra. Given the severe recurrence of Mr. ███'s episodes, **we request he be immediately scheduled for a neurological consultation with an outside specialist who can properly evaluate and develop a treatment plan to manage or eliminate these episodes.**

**█████████████, Dakota CDU**

Mr. ██████ reports that he experiences some auditory hallucinations ("my teeth talk to me"), but was lucid and conversant during our interview. He submitted an HNR to "see records for review of mental health records" and reported that a mental health provider requested his records from California regarding medication he was prescribed. At his most recent mental health visit with Psych Associate Bucio on 4/11/18, he noted: "He reports no suicidal or homicidal ideations, and reports no hallucinations. He reports he is not having any concerns related to his mental health. Patient shared that he spends most of his time writing books to help him cope." In his mental health provider appointment on 2/22/18 with Psychologist Sanchez, noted: "Pt. stated he is working on obtaining psychiatric records from California as he was on an antipsychotic that he liked but cannot remember what it was.

Subsequent antipsychotic trials have resulted in unwanted side effects or getting in 'trouble' for refusing when side effects occur. He reported not wanting to resume meds until he knows what works and will ask for that. He spoke with med records clerk and confirmed an appt. for records review next week." **We request that ADC obtain copies of Mr. ████'s medical records from California and begin treating him with the anti-psychotic medication that produced the desired results.**

Mr. ████ reports that there are bedbugs in the mattress in his cell and in CDU, and demonstrated bites on his arms/legs. He reports that one Sergeant tried to do something about it, but it wasn't enough and they are still a problem. **We request that the occurrence of bed bugs in CDU be investigated and, to the extent it is verified, be immediately remedied**.


**████████, Cibola**

Mr. ████ has been diagnosed with ulcerative colitis, blood in stool, and major weight loss. On 5/21/18, he filed an HNR reporting blood in urine and stool, and vomiting.  The pathology report on liver dated 4/27/18 said that it is consistent with primary sclerosing cholangitis. (Gall bladder infection), and that correlation with radiology (biliary tree architecture) was recommended.  **Mr. ████ needs to be scheduled immediately for a follow-up with a hepatologist and gastrointestinal specialist.**


**████████ Cheyenne**

Mr. ████ has cerebral palsy and requires medical shoes to equalize his gait.  He received a pair of medical shoes over two years ago, but they are now worn out.  In addition, he needs the gait adjustment increased.  **We request that Mr. ████ be measured for and receive a new pair of medical shoes as soon as possible.**

**████████████████, Cibola**

Mr. ████ has been diagnosed with leukemia, which is not in remission and has been determined to be untreatable.  He has recently reported suffering deep bone pain and other severe pain as a result of his leukemia.  He is currently receiving NO NARCOTIC PAIN MEDICATIONS.  The provider's notes reflect concern that Mr. ████'s current pain management strategy is insufficient given his disease.  That Mr. ████ is a terminal cancer patient who is currently experiencing his disease with little to no pain management is reprehensible. While the provider notes that Mr. ████ *may* previously have been cheeking and/or distributing his pain medications, there are ways to administer pain medication that would not implicate those security concerns, as Judge Duncan himself has noted.  **We demand that Mr. ████ be _immediately_ evaluated for proper pain management.**

**████████████████ Cibola**

Mr. ████ has been diagnosed with cataracts, arthritis, and skin cancer. A request for cataract surgery was submitted but was ATP'd.  He uses a wheelchair because his leg was broken in Gila County Jail and never treated.  He has asked for physical therapy for his leg so that he can regain mobility, and not rely upon a wheelchair.  He has had two total knee replacement surgeries prior to coming to prison but may need another one.  **We request that Mr. ████ be evaluated for both PT and to determine whether he needs a new knee replacement.**

Mr. ████ reports that it is _very_ difficult to get an ADA aide. He has had 5 different assistants. He goes to the library every day but has a hard time getting there because of the torn up path of travel on the yard and rutted concrete. There are about a dozen other people who use wheelchairs on Cibola  yard. He's asked Lt Beard about putting down some concrete to smooth out the paths of travel, but it has not happened. **We request that the yard be made**



wheelchair accessible and that a smooth path be laid for those needing to get around the yard by wheelchair.

███████████████, La Paz

Mr. █████ has been diagnosed with congestive heart failure and has had bypass surgery, leaving only one artery open.  Mr. ██████ reports that he saw a cardiologist in Yuma in early 2017, but hasn't seen one since then.

Mr. ██████ currently has an urgent request for cardiovascular surgery pending, which was submitted 5/16/18 by NP Botello. This consult is still listed as under review: "57 y/o Caucasian male with cc: palpitations. PMHX: CAD s/p multi-PCI (most recent DES to SVG - PDA 5/2016 2/2 ISR) & remote CABG 1997. On 5/3/2018 Internal Medicine recommends CTO Specialist Dr. Ashish Pershad @ BUMC for further evaluation and other possible options for revascularization. Please see consult note 5/3/2018 for further information." **We request that Mr. ██████'s cardiology consult be immediately scheduled and that a treatment plan based upon the cardiologist's recommendations be formulated and implemented.**

████████████████████, La Paz

Mr. ███████ reports he had gland cancer and two surgeries with radiation in the community.  He reports that ADC has not followed up on his cancer, and he hasn't been to an outside oncology consult since being in ADC custody (he reports Dr. Jordan said he'd send him for a consult in 2015 but never did). A request for a radiology consult on 3/28/18 (MRI of neck/jaw to monitor for recurrence, last MRI 3 years ago) was ATP'ed on 4/5/18 ("ATP: medical necessity not demonstrated. IM is asymptomatic. NCCN recommends imaging at this stage based on worrisome signs/symptoms. Recommend routine physical exam and assessment.") Mr. ██████ had an appointment with NP Brisbois on 4/5/18, where notes indicated the ATP was reviewed, and noted: "ever since surgery there has just been chronic



pain ever since but no new pain" and gabapentin was prescribed. Mr. ▮▮▮▮ submitted an HNR on 5/3/18, and RN notes state: "IM reports he is having pain in right ear, feels like pins stabbing and pain in throat/neck. IM was seen by the provider one month ago regarding ATP of MRI, IM reports he did not know the test was denied." He was referred to provider line and has a provider appointment listed as "pending" for 9/22/18. **We request that Mr. ▮▮▮▮ be seen on provider line immediately and that a radiology consult be re-submitted given his new symptoms.**

Sincerely,

Kirstin Eidenbach

Attorney/Director

# Exhibit 3

# (Redacted)

# Eidenbach Law, P.L.L.C.

Kirstin T. Eidenbach, Attorney-at-law (AZ Bar No. 027341)

P.O. Box 91398 ● Tucson, AZ 85752 ● Phone:  520-477-1475
E-Mail:  kirstin@eidenbachlaw.com

June 8, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

> Re:    Parsons v. Ryan, 2:12-CV-00601
>          ASPC-Phoenix Tour (May 30, 2018)
>          (EMAIL ONLY)

Dear Tim:

We write to inform you of class members that we interviewed during our recent tour of ASPC-Phoenix who require immediate care for serious medical, dental, and mental health conditions. We also have identified several broad systemic issues that are impacting the overall provision of healthcare, as well as ADC's ability to comply with the Stipulation.

## Systemic Issues Identified at ASPC-Phoenix

**Suicide Watch Cages in Baker Unit:**  As detailed below in the section regarding individual prisoners, we are concerned about ADC's practice of housing the most floridly psychotic patients in approximately 3 foot by 8 foot cages, ostensibly for their own protection.  These cages barely have enough space for a sleeping mat on the floor.  See Exs. 1-3.  These cages are built in the front of the watch  cells, and the class member housed there reported that he is only allowed into the cell to defecate in the toilet, but otherwise must spend the majority of the time in the cage area.  This comports with the testimony of Angela Fischer (see 5/31/18 Tran. at. 97:23-98:7), and since the Phoenix tour we have spoken with class members who in



the past few years spent time on suicide watch while at Baker Unit.  They likewise reported that they were confined to the cage area except for when they were allowed to use the toilet to defecate or take a shower every few days.  They also reported, and Ms. Fischer testified, that they are given a bottle or urinal container to urinate into.

**Transgender Housing:**  We spoke to three individuals who are currently housed in disciplinary cells located in the "back pocket" of Ida Ward and report that it is for no other reason than the fact that they identify as transgender. They report being locked down most of the time, receiving infrequent showers, getting recreation time for only one hour every three days, being denied phone calls, visits, or any contact with the outside world, and not being allowed to shave every day (which given their gender identities is important to their psychological wellbeing).  They also report that they've been housed there for nearly a month each, and that during that time they have been denied privileges for no other reason than their gender identity.

Of the three people interviewed, only one is currently receiving hormone therapy.

**Overall Sanitation and Cleanliness:**  During many parts of the tour there was a strong odor of urine.  In particular, the back pocket of Ida smelled strongly of urine, as did the watch cells in George and the runs in Baker.  In addition, numerous class members reported that the regularly see rodents, insects, and other vermin in the units**.**

**Dry Watch Cells in George Unit**:  Related to the overwhelming smell of urine in George Unit's watch cells, these cells are "dry cells," and have no running water or toilets in them. People housed in the watch cells must rely upon an officer to let them out of the cell each time they need to use the toilet.   Due to staffing shortages and delays in responding, it is not surprising that some of the women may be forced to urinate or defecate in the cell.

**Aggressive Language and Treatment by Staff:**  Numerous class members reported that staff used profane and aggressive language and behavior towards them on a regular basis.  We also received numerous reports that staff threaten people housed at ASPC-Phoenix, examples of which are noted in the individual write-ups below.

### Class Members in Need of Immediate or Urgent Medical, Dental, or Mental Healthcare



███████████████   ████████   Baker Unit Watch Cage

Mr. ████████ was only intermittently lucid when he met with Plaintiffs' counsel; most of the time he was floridly psychotic.  He was wearing mittens taped around his wrists with clear packing tape, and a padded helmet covering part of his face.  I could see a healing laceration over Mr. ████████'s right eye, and it appeared to be missing all or part of the eyelid.  There was a bandage covering Mr. ████████'s left eye and the left side of his face not covered by the helmet.  He reported, and his medical record confirmed, that he recently ripped at his left eye/eyelid and tore off part of his face. Despite wearing the mittens, he continues to reinjure his eye and face.  My colleague David Fathi interviewed Mr. ████████ in our previous Phoenix tour in June 2017, and at that time Mr. Fathi observed that Mr. ████████ had torn off part of his ear and his eyelid.  Mr. ████████'s medical record indicates several instances when he has self-injured his face, stating that this is the only way "to get the pain out of him."

Mr. ████████ has been housed in a cage for nearly two years, see Exhibits 1-3 attached hereto.  Mr. ████████ has no access to bathroom facilities in his cage and must urinate into a urinal, and ask permission to use the toilet to defecate.  He is on constant watch most of the time, with small round table stationed just outside his cage.  One to two correctional officers sit at this table around the clock.  Mr. ████████ sleeps on a mat on the floor with a single



blanket.  He has no other personal belongings in his cage, and experiences long periods of boredom and forced idleness that exacerbate his mental decompensation.

Mr. ███████ reports that he does not attend group or programming because he does not find it useful.

Mr. ███████ reports that he has asked about being referred to the Arizona State Hospital so that he could get the level of psychiatric care he needs.  He reports he has been told that he has to wait until he has only five years left on his sentence before he will be considered for transfer to ASH.

**We request that Mr. ███████ be given an immediate and in-person psychiatric consult with a psychiatrist** in order to determine if ADC is capable of providing the level of care he needs or if he needs to be transferred to ASH to receive a higher level of therapeutic care.  His extended stay in a cage, his repeated instances of profound and disfiguring self-harm, his rejection of programming, and his intermittent lucidity all indicate that ADC does not have the capacity and/or staff to properly address Mr. ███████'s mental illness.

███████ ████ ████ **Quiet Unit**

Mr. ███████ was on constant watch when interviewed.  He had only a suicide blanket around his lower body.  His upper body was covered in a hard plastic "clam shell," which he told me is normally used as a back brace over clothing.  The clam shell was taped around Mr. ███████'s torso with packing tape.  There was no visible padding or gauze protecting Mr. ███████'s skin from the sharp plastic edges of the clam shell, and he reported that he was starting to get skin sores from the edges.  Mr. ███████'s hands were in mittens that were taped around his wrists with clear packing tape.

Mr. ███████ has self-harmed on multiple occasions, lacerating his abdomen and placing fecal matter into the wounds.  He reported to me that on multiple occasions he cut open his abdomen or re-opened a surgical wound, inserted various foreign objects into his



abdominal cavity (including spoons, razors, paperclips), handled his own inerds, and has repeatedly smeared feces in the wounds and all over his body.  Often he refuses medical treatment after these incidents.  The clam shell is ostensibly in place to protect Mr. ███████ from re-injuring his abdominal wound, but he is now sustaining additional wounds as a result of this jerry-rigged protective shell.  **We request that Mr. ███████ be seen in person by a psychiatric provider and medical provider to collaboratively determine how to simultaneously keep Mr. ███████ from re-injuring himself while also not inflicting additional wounds, and to determine if ADC is capable of providing the level of care he needs or if he needs to be transferred to ASH to receive a higher level of therapeutic care.**

███████████████, **George Unit**

Ms. ████'s reported she was having trouble sleeping, only getting a few hours per night, and reported that Benadryl helps. eOMIS notes indicate she has been requesting a medication change, and a note from Psych Associate Wood on May 31, 2018 notes: "IM reported that she has been having "double thoughts" or two thoughts at the same time. IM reports that, examples of the thoughts are "this medication might kill me" and "I can't do this anymore". IM further reports that "sometimes all I feel like doing is sleeping." IM reports that she feels depressed and tired, and lethargic, and unmotivated. " Previously on May 11, 2018, Psych Associate Wood reported: "PA met with IM about her request for help with anxiety and insomnia. IM stated she wants to see a medical provider to  discuss a possible medication change. PA will refer to psychiatry." There is no pending psychiatry appointment for Ms. ████ and she has not been seen by psychiatry since then.  Further, an ICS was called on June 6, 2018 because Ms. ████ apparently "ingested cleaning chemicals mixed with kool-aid," and is currently on suicide watch. **We request that Ms. ████ be immediately scheduled to see a psychiatrist.**

**████████████, King Unit**

Mr. ████ rated his shingles-related pain on a 7/10 scale; he was given (right in front of us) Tylenol-3s immediately before we began our interview via a verbal provider order for 3 days, and reports that he had only been prescribed IBUs prior to our coming. The 3 days was extended on June 1, 2018, and again on June 4, 2018, but expired on June 6, 2018. **We request that Mr. ████ be evaluated to ensure that his pain has been reduced to an acceptable level.**

**████████████, Baker Unit**

Mr. ████ reports that staff is mean and that the COs are disrespectful and try to kick-start him/set him off.

Mr. ████'s current mental health medications are resulting in severe and undesirable side effects. He reports that his medication makes him very sleepy, and that what he is currently prescribed is not effective and he ends up just sleeping a lot. He also is experiencing severe dry mouth and eyes as a result of the medication. He reports he was previously on Zoloft and Geodon before and they were helpful. His last encounter with Mid-Level Psychiatric provider Oliver was May 21, 2018, where the encounter note states: "Pt was seen at cell front. He was agitated and delusional. He appeared to be upset with the officers. Attempts to engage him conversation were to no avail. His behavior today is not unusual. Pt has days which he acts out according to delusions. Most days he will engage conversation at cell front. He comes to the conference room about once per month for our visit. Will cont current medications and f/u in 30 days or before if needed." There are no HNRs at all in Mr. ████'s eOMIS record, and his present levels suggest he is not able to file HNRs to report these concerns. **We request that Mr. ████ receive an immediate in-person psychiatric**



evaluation to ensure that he is receiving the most appropriate treatment for his mental illness.

████████████████████, **Quiet Unit**

Mr. ████ was on a 30 minute watch at the time Plaintiffs' counsel visited him during the tour. Despite several attempts to engage Mr. ████, he would not turn toward the door of his cell or talk to us.  The Warden and COs accompanying us reported that he doesn't talk to anyone. **All** of Mr.████'s mental health encounter notes reflect the same observation, that he doesn't speak with or engage with staff or others.  We are concerned that Mr. ████'s withdrawal has been ongoing and is not being properly addressed or treated.  **We request that his treatment plan be immediately reviewed by a mental health provider and that appropriate steps be taken to ensure his symptoms are being properly addressed.**

Sincerely,

Kirstin Eidenbach

Attorney/Director

# Exhibit 1



ADCM1517714

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

Exhibit 2

ADCM1517715



05/30/2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

Exhibit 3



ADCM1517716

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

# Exhibit 4

**Corene Kendrick**

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Monday, June 11, 2018 9:26 AM |
| **To:** | Kirstin Eidenbach; Tim Bojanowski; Rachel Love; Elaine Percevecz |
| **Cc:** | Corene Kendrick; David Fathi; Desiree Sholes; Amy Fettig; rlomio@prisonlaw.com; Maya Abela; Chris Carlsen; Thomas Nosewicz; Billy Peard; Parsons Team |
| **Subject:** | RE: Parsons v. Ryan: Tour Report for ASPC-Yuma |

Kirstin,

We are in receipt of your letter regarding your "findings and observations" of the Phoenix tour.   As always, we will forward your concerns regarding individualized medical and mental health treatment to Corizon.   Included in the letter is a section entitled "Systemic Issues Identified at ASPC-Phoenix".

As we are certain you are aware, none of these issues have anything to do with monitoring, nor do they have anything to do with the Stipulated settlement agreement.   Why you are detailing your issues with the suicide enclosures, transgender housing, your opinion as to "cleanliness" of some of the areas of the facility, dry cells and "aggressive language" is puzzling, as none of these "findings and observations" (which we do not agree with), have anything to do with this case.    We request that you stick to the issues relating to performance measures, and discontinue your efforts at expanding the scope of the stipulation.

In addition, plaintiffs stated that they intend to utilize photographs taken at ASPC Phoenix during the upcoming hearings.   It is unclear how these photographs have anything to do with monitoring the stipulation.   Please provide us with your rationale for wanting to use these photographs during cross-examination.   Wanting to use these photographs at the hearing just so you can provide them to the KJZZ opinion writer is certainly not an appropriate rationale.

Dan Struck



Daniel P. Struck
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1601 | dstruck@strucklove.com | strucklove.com

**From:** Kirstin Eidenbach [mailto:kirstin@eidenbachlaw.com]
**Sent:** Friday, June 08, 2018 4:12 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Cc:** Corene Kendrick <ckendrick@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Desiree Sholes <dsholes@aclu.org>; Amy Fettig <afettig@aclu.org>; rlomio@prisonlaw.com; Maya Abela <mabela@azdisabilitylaw.org>; Chris Carlsen <ccarlsen@azdisabilitylaw.org>; Thomas Nosewicz <tom@prisonlaw.com>; Billy Peard <BPeard@acluaz.org>
**Subject:** Parsons v. Ryan: Tour Report for ASPC-Yuma

Tim,

Attached please find a letter reporting the findings and observations of Plaintiffs' counsel during the April 26-27, 2018 tour of ASPC-Yuma.

Thank you,
Kirstin

*Eidenbach Law, P.L.L.C.*
*P.O. Box 91398*
*Tucson, AZ 85752*
*(520) 477-1475*
*kirstin@eidenbachlaw.com*

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

Exhibit 5

**Arizona Monthly Staffing Report**
**Roll-Up**
*(Excludes Regional Office)*
**April 2018**

Working Days = 21

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 10.00 | 5.80 | 58% | 5.42 | - | - | - | 5.42 | 54% |
| Staff Physician | 14.00 | 8.50 | 61% | 8.29 | - | - | 0.90 | 9.20 | 66% |
| Administrator | 10.00 | 8.00 | 80% | 8.40 | - | - | - | 8.40 | 84% |
| Correctional RN Supervisor II / DON | 10.00 | 10.00 | 100% | 8.70 | - | - | - | 8.70 | 87% |
| Asst. Correctional RN Supervisor II / ADON | 3.00 | 35.00 | 1167% | 32.89 | - | - | - | 32.89 | 1096% |
| Administrative Services Officer | 7.00 | 6.00 | 86% | 4.37 | - | - | - | 4.37 | 62% |
| Nurse Practitioner | 26.00 | 34.30 | 132% | 35.77 | - | 0.27 | 0.18 | 36.22 | 139% |
| Correctional RN Supervisor I | 34.00 | 1.00 | 3% | 0.89 | - | - | - | 0.89 | 3% |
| RN | 178.90 | 162.60 | 91% | 179.23 | - | 11.77 | 0.82 | 191.82 | 107% |
| LPN | 156.60 | 156.30 | 100% | 157.29 | - | 15.87 | 2.95 | 176.11 | 112% |
| Nursing Assistant | 94.50 | 106.10 | 112% | 110.10 | - | 6.57 | - | 116.68 | 123% |
| Lab Technician | 2.00 | 3.00 | 150% | 2.92 | - | 0.63 | - | 3.55 | 178% |
| X Ray Tech | 8.50 | 7.00 | 82% | 7.91 | - | 0.20 | - | 8.12 | 95% |
| Pharmacy Tech | 23.50 | 27.00 | 115% | 23.72 | - | 1.19 | - | 24.91 | 106% |
| Secretary / Administrative Assistant | 21.00 | 18.80 | 90% | 17.00 | - | 0.47 | - | 17.47 | 83% |
| Med Records Supervisor | 10.00 | 10.00 | 100% | 8.86 | - | - | - | 8.86 | 89% |
| Med Records Clerk | 32.00 | 30.50 | 95% | 28.16 | - | 0.31 | - | 28.47 | 89% |
| Scheduler | 9.00 | 6.50 | 72% | 9.03 | - | 0.35 | - | 9.38 | 104% |
| Clinical Coordinator | 8.00 | 7.00 | 88% | 6.16 | - | 1.04 | - | 7.20 | 90% |
| Dental Director | 10.00 | 5.45 | 55% | 7.06 | - | - | - | 7.06 | 71% |
| Dentist | 20.00 | 21.26 | 106% | 16.40 | - | - | - | 16.40 | 82% |
| Dental Hygienist | 1.80 | 2.10 | 117% | 1.32 | - | - | - | 1.32 | 74% |
| Dental Assistant | 43.00 | 42.75 | 99% | 39.81 | - | - | - | 39.81 | 93% |
| Psychiatric Director | 0.50 | 0.50 | 100% | 0.50 | - | - | - | 0.50 | 100% |
| Psychiatrist | 7.50 | 6.00 | 80% | 6.23 | - | - | - | 6.23 | 83% |
| Psychologist | 19.00 | 16.65 | 88% | 13.00 | - | - | 0.76 | 13.76 | 72% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| MH Clerk | 4.00 | 2.00 | 50% | 1.99 | - | 0.01 | - | 2.00 | 50% |
| MH Nurse Practitioner | 11.50 | 11.20 | 97% | 8.88 | - | - | 1.93 | 10.80 | 94% |
| MH RN | 36.40 | 32.95 | 91% | 33.05 | - | 1.82 | - | 34.87 | 96% |
| Rec Therapist | 5.00 | 1.00 | 20% | 0.72 | - | - | - | 0.72 | 14% |
| Psych Associates | 52.40 | 59.75 | 114% | 47.09 | - | - | - | 47.09 | 90% |
| Psych Tech | 25.40 | 21.60 | 85% | 25.19 | - | 0.22 | - | 25.41 | 100% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | 0.21 | - | - | - | 0.21 | 0% |
| Clerk | - | 1.00 | 0% | 0.99 | - | 0.02 | - | 1.00 | 0% |
| | | | | | | | | | |
| Total Contract | 896.50 | 868.61 | 97% | 858.52 | - | 40.74 | 7.54 | 906.80 | 101% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

## Arizona Monthly Staffing Report
## Douglas Region

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Contract Breakdown | | | | | |
| Medical Director | 1.00 | - | 0% | 0.12 | - | - | - | 0.12 | 12% |
| Staff Physician | - | 0.25 | 0% | 0.10 | - | - | - | 0.10 | 0% |
| Administrator | 1.00 | 1.00 | 100% | 0.50 | - | - | - | 0.50 | 50% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.11 | - | - | - | 1.11 | 111% |
| Nurse Practitioner | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Correctional RN Supervisor I | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| RN | 8.60 | 9.20 | 107% | 8.95 | - | 0.03 | - | 8.98 | 104% |
| LPN | 3.90 | 3.90 | 100% | 4.08 | - | - | - | 4.08 | 105% |
| Nursing Assistant | 3.40 | 3.00 | 88% | 1.23 | - | - | - | 1.23 | 36% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.67 | - | 0.00 | - | 1.67 | 84% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.82 | - | - | - | 0.82 | 82% |
| Med Records Clerk | 1.50 | 1.50 | 100% | 2.33 | - | - | - | 2.33 | 156% |
| Clinical Coordinator | - | 1.00 | 0% | 0.95 | - | 0.00 | - | 0.96 | 0% |
| Dental Director | 1.00 | - | 0% | 0.64 | - | - | - | 0.64 | 64% |
| Dentist | 1.00 | 2.01 | 201% | 0.82 | - | - | - | 0.82 | 82% |
| Dental Hygienist | 0.20 | 0.25 | 125% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 3.00 | 100% | 2.96 | - | - | - | 2.96 | 99% |
| Psych Associates | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT Clerk | - | - | 0% | - | - | - | - | - | 0% |
| Total Contract | 32.10 | 32.11 | 100% | 28.14 | - | 0.03 | - | 28.17 | 88% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Eyman Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Contract Breakdown | | | | | |
| Medical Director | 1.00 | 1.00 | 100% | 1.10 | - | - | - | 1.10 | 110% |
| Staff Physician | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Administrator | 1.00 | 1.00 | 100% | 0.20 | - | - | - | 0.20 | 20% |
| Correctional RN Supervisor II / DON | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Asst. Correctional RN Supervisor II | - | 4.00 | 0% | 5.36 | - | - | - | 5.36 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.48 | - | - | - | 0.48 | 48% |
| Nurse Practitioner | 3.00 | 4.00 | 133% | 4.23 | - | 0.13 | - | 4.36 | 145% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 20.60 | 16.45 | 80% | 14.14 | - | 0.88 | - | 15.01 | 73% |
| LPN | 23.20 | 24.20 | 104% | 27.22 | - | 2.51 | - | 29.73 | 128% |
| Nursing Assistant | 10.80 | 8.40 | 78% | 8.28 | - | 0.37 | - | 8.65 | 80% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.90 | - | 0.02 | - | 0.92 | 92% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.71 | - | 0.38 | - | 4.08 | 136% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 0.95 | - | 0.00 | - | 0.96 | 48% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Med Records Clerk | 6.00 | 5.00 | 83% | 4.73 | - | 0.14 | - | 4.86 | 81% |
| Scheduler | 1.00 | - | 0% | 1.61 | - | 0.06 | - | 1.67 | 167% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.08 | - | 0.59 | - | 1.68 | 168% |
| Dental Director | 1.00 | 0.20 | 20% | 0.09 | - | - | - | 0.09 | 9% |
| Dentist | 2.50 | 3.00 | 120% | 1.93 | - | - | - | 1.93 | 77% |
| Dental Hygienist | 0.20 | - | 0% | 0.31 | - | - | - | 0.31 | 157% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.61 | - | - | - | 4.61 | 92% |
| Psychiatric Director | - | | 0% | - | - | - | - | - | 0% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Psychologist | 4.00 | 3.00 | 75% | 2.21 | - | - | 0.16 | 2.38 | 59% |
| MH Director (PH.D) | - | | 0% | - | - | - | - | - | 0% |
| MH Clerk | 1.00 | 1.00 | 100% | 1.04 | - | 0.01 | - | 1.05 | 105% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.53 | - | - | - | 1.53 | 76% |
| MH RN | 3.00 | 1.50 | 50% | 3.42 | - | 0.01 | - | 3.43 | 114% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 9.00 | 9.75 | 108% | 9.13 | - | - | - | 9.13 | 101% |
| Psych Tech | 5.10 | 5.00 | 98% | 4.26 | - | 0.03 | - | 4.29 | 84% |
| Education Coordinator - FT | - | - | 0% | 0.21 | - | - | - | 0.21 | 0% |
| Total Contract | 116.40 | 106.50 | 91% | 105.57 | 0.00 | 5.12 | 0.16 | 110.86 | 95% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Florence Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Contract Breakdown | | | | | |
| Medical Director | 1.00 | - | 0% | 0.05 | - | - | - | 0.05 | 5% |
| Staff Physician | 2.50 | 2.00 | 80% | 0.56 | - | - | 0.44 | 0.99 | 40% |
| Administrator | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.53 | - | - | - | 0.53 | 53% |
| Asst. Correctional RN Supervisor II | 1.00 | 7.00 | 700% | 5.77 | - | - | - | 5.77 | 577% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Nurse Practitioner | 2.00 | 4.75 | 238% | 5.00 | - | 0.04 | 0.18 | 5.22 | 261% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 16.40 | 20.30 | 124% | 28.92 | - | 1.96 | - | 30.88 | 188% |
| LPN | 24.40 | 19.00 | 78% | 21.29 | - | 3.43 | - | 24.72 | 101% |
| Nursing Assistant | 15.40 | 14.60 | 95% | 15.76 | - | 1.66 | - | 17.42 | 113% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.90 | - | 0.01 | - | 0.91 | 91% |
| Pharmacy Tech | 3.00 | 2.00 | 67% | 2.46 | - | 0.07 | - | 2.53 | 84% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.91 | - | 0.00 | - | 1.91 | 95% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| Med Records Clerk | 5.00 | 5.00 | 100% | 4.39 | - | 0.00 | - | 4.39 | 88% |
| Scheduler | 1.00 | 1.00 | 100% | 1.67 | - | 0.04 | - | 1.70 | 170% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.02 | - | 0.08 | - | 1.10 | 110% |
| Dental Director | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Dentist | 3.00 | 2.25 | 75% | 2.43 | - | - | - | 2.43 | 81% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.15 | - | - | - | 0.15 | 75% |
| Dental Assistant | 5.00 | 5.00 | 100% | 5.12 | - | - | - | 5.12 | 102% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Psychologist | 2.00 | 1.80 | 90% | 1.66 | - | - | - | 1.66 | 83% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.96 | - | - | - | 1.96 | 98% |
| MH RN | 2.00 | 2.00 | 100% | 1.89 | - | 0.02 | - | 1.90 | 95% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 7.00 | 108% | 5.91 | - | - | - | 5.91 | 91% |
| Psych Tech | 4.10 | 4.00 | 98% | 3.76 | - | 0.00 | - | 3.76 | 92% |
| MH RN Supervisor | - | | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT Clerk | | - | 0% | - | - | - | - | - | 0% |
| | | | 0% | - | - | - | - | - | 0% |
| Total Contract | 112.50 | 110.90 | 99% | 118.96 | - | 7.31 | 0.61 | 126.88 | 113% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

## Arizona Monthly Staffing Report
### Lewis Region

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Staff Physician | 2.50 | - | 0% | 0.47 | - | - | - | 0.47 | 19% |
| Administrator | 1.00 | - | 0% | 1.95 | - | - | - | 1.95 | 195% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.26 | - | - | - | 1.26 | 126% |
| Asst. Correctional RN Supervisor II | - | 5.00 | 0% | 3.21 | - | - | - | 3.21 | 0% |
| Administrative Services Officer | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 3.00 | 5.00 | 167% | 5.09 | - | - | - | 5.09 | 170% |
| Correctional RN Supervisor I | 3.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 21.80 | 23.25 | 107% | 26.88 | - | 2.61 | - | 29.49 | 135% |
| LPN | 21.10 | 27.10 | 128% | 27.44 | - | 3.21 | - | 30.66 | 145% |
| Nursing Assistant | 13.90 | 16.50 | 119% | 16.41 | - | 0.82 | - | 17.24 | 124% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.96 | - | 0.09 | - | 1.05 | 105% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 2.89 | - | 0.35 | - | 3.24 | 108% |
| Secretary / Administrative Assistant | 2.00 | 3.00 | 150% | 3.07 | - | 0.30 | - | 3.37 | 168% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.83 | - | - | - | 0.83 | 83% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.89 | - | 0.01 | - | 2.90 | 97% |
| Scheduler | 1.00 | 1.00 | 100% | 1.00 | - | 0.15 | - | 1.15 | 115% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.17 | - | - | - | 0.17 | 17% |
| Dental Director | 1.00 | 0.25 | 25% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 3.00 | 100% | 2.95 | - | - | - | 2.95 | 98% |
| Dental Hygienist | 0.20 | 0.25 | 125% | 0.19 | - | - | - | 0.19 | 96% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.58 | - | - | - | 4.58 | 92% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.14 | - | - | - | 1.14 | 114% |
| Psychologist | 3.00 | 3.25 | 108% | 2.52 | - | - | - | 2.52 | 84% |
| MH Nurse Practitioner | 2.00 | 2.00 | 100% | 1.94 | - | - | - | 1.94 | 97% |
| MH RN | 2.00 | 2.00 | 100% | 1.82 | - | 0.30 | - | 2.12 | 106% |
| Psych Associates | 7.00 | 7.00 | 100% | 6.90 | - | - | - | 6.90 | 99% |
| Psych Tech | 1.00 | 4.00 | 400% | 2.90 | - | 0.00 | - | 2.91 | 291% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | 0% |
| Total Contract | 106.50 | 120.60 | 113% | 120.59 | 0.00 | 7.84 | 0.00 | 128.43 | 121% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**PARSONS v. RYAN, USDC CV 12-00601**

**Arizona Monthly Staffing Report**

**Perryville Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.80 | 80% | 0.67 | - | - | - | 0.67 | 67% |
| Staff Physician | 2.50 | 2.50 | 100% | 2.73 | - | - | 0.18 | 2.91 | 117% |
| Administrator | 1.00 | 1.00 | 100% | 1.25 | - | - | - | 1.25 | 125% |
| Correctional RN Supervisor II / DON | 1.00 | 2.00 | 200% | 0.82 | - | - | - | 0.82 | 82% |
| Asst. Correctional RN Supervisor II | 1.00 | 4.00 | 400% | 5.04 | - | - | - | 5.04 | 504% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 1.08 | - | - | - | 1.08 | 108% |
| Nurse Practitioner | 5.00 | 5.55 | 111% | 5.38 | - | - | - | 5.38 | 108% |
| Correctional RN Supervisor I | 5.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 22.70 | 20.40 | 90% | 22.47 | - | 2.08 | - | 24.55 | 108% |
| LPN | 21.10 | 22.15 | 105% | 20.85 | - | 1.68 | - | 22.52 | 107% |
| Nursing Assistant | 11.80 | 14.00 | 119% | 14.15 | - | 0.55 | - | 14.70 | 125% |
| Lab Technician | 1.00 | 2.00 | 200% | 1.90 | - | 0.01 | - | 1.92 | 192% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.99 | - | 0.01 | - | 1.00 | 100% |
| Pharmacy Tech | 4.50 | 4.00 | 89% | 3.85 | - | 0.01 | - | 3.86 | 86% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.92 | - | 0.00 | - | 1.93 | 96% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 2.70 | - | 0.01 | - | 2.72 | 91% |
| Scheduler | 2.00 | 1.50 | 75% | 1.43 | - | 0.01 | - | 1.43 | 72% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.00 | - | 0.04 | - | 1.04 | 104% |
| Dental Director | 1.00 | 1.00 | 100% | 1.66 | - | - | - | 1.66 | 166% |
| Dentist | 2.50 | 4.250 | 170% | 3.68 | - | - | - | 3.68 | 147% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.34 | - | - | - | 0.34 | 170% |
| Dental Assistant | 6.00 | 6.75 | 113% | 5.90 | - | - | - | 5.90 | 98% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.65 | - | - | - | 0.65 | 65% |
| Psychologist | 3.00 | 3.60 | 120% | 1.97 | - | - | 0.60 | 2.57 | 86% |
| MH Clerk | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 2.00 | 2.20 | 110% | 1.12 | - | - | 0.96 | 2.08 | 104% |
| MH RN | 2.00 | 2.00 | 100% | 1.92 | - | 0.04 | - | 1.96 | 98% |
| Rec Therapist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 6.50 | 6.00 | 92% | 5.63 | - | - | - | 5.63 | 87% |
| Psych Tech | 3.10 | 3.60 | 116% | 3.39 | - | 0.00 | - | 3.40 | 110% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | | - | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | |
| Total Contract | 117.90 | 119.50 | 101% | 115.46 | 0.00 | 4.44 | 1.74 | 121.65 | 103% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Phoenix Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Contract Breakdown | | | | | |
| Medical Director | 1.00 | 1.00 | 100% | 0.57 | - | - | - | 0.57 | 57% |
| Staff Physician | 1.00 | 1.00 | 100% | 0.82 | - | - | 0.29 | 1.11 | 111% |
| Administrator | 1.00 | - | 0% | 0.15 | - | - | - | 0.15 | 15% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.25 | - | - | - | 1.25 | 125% |
| Asst. Correctional RN Supervisor II | - | 1.00 | 0% | 0.98 | - | - | - | 0.98 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Nurse Practitioner | 4.00 | 4.00 | 100% | 4.33 | - | - | - | 4.33 | 108% |
| Correctional RN Supervisor I | 1.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 12.40 | 8.80 | 71% | 9.70 | - | 0.83 | - | 10.53 | 85% |
| LPN | 4.20 | 3.40 | 81% | 3.19 | - | 0.73 | - | 3.92 | 93% |
| Nursing Assistant | 2.00 | 2.00 | 100% | 2.49 | - | 0.11 | - | 2.60 | 130% |
| Lab Technician | 1.00 | 1.00 | 100% | 1.02 | - | 0.61 | - | 1.63 | 163% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.99 | - | 0.02 | - | 1.01 | 101% |
| Pharmacy Tech | 3.00 | 4.00 | 133% | 3.24 | - | 0.06 | - | 3.30 | 110% |
| Secretary / Administrative Assistant | 3.00 | 1.00 | 33% | 0.89 | - | 0.01 | - | 0.91 | 30% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Med Records Clerk | 4.00 | 3.00 | 75% | 2.70 | - | 0.10 | - | 2.80 | 70% |
| Scheduler | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Clinical Coordinator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | - | 0% | 0.82 | - | - | - | 0.82 | 82% |
| Dentist | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.99 | - | - | - | 1.99 | 99% |
| Psychiatric Director | 0.50 | 0.50 | 100% | 0.50 | - | - | - | 0.50 | 100% |
| Psychiatrist | 1.50 | 1.00 | 67% | 0.95 | - | - | - | 0.95 | 63% |
| Psychologist | 3.00 | 2.00 | 67% | 1.89 | - | - | - | 1.89 | 63% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | - | - | - | 0.97 | 0.97 | 97% |
| MH RN | 22.40 | 21.45 | 96% | 20.36 | - | 1.14 | - | 21.50 | 96% |
| Rec Therapist | 2.00 | 1.00 | 50% | 0.72 | - | - | - | 0.72 | 36% |
| Psych Associates | 6.40 | 6.00 | 94% | 5.59 | - | - | - | 5.59 | 87% |
| Psych Tech | 12.10 | 5.00 | 41% | 4.82 | - | 0.01 | - | 4.83 | 40% |
| MH RN Supervisor | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | |
| | - | | - | | | | | | |
| Total Contract | 97.50 | 76.15 | 78% | 72.82 | 0.00 | 3.62 | 1.25 | 77.69 | 80% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

## Arizona Monthly Staffing Report
## Safford Region

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | - | - | 0% | 0.13 | - | - | - | 0.13 | 0% |
| Administrator | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Asst. Correctional RN Supervisor II | - | 2.00 | 0% | 1.90 | - | - | - | 1.90 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 1.19 | - | - | - | 1.19 | 119% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 9.80 | 9.75 | 99% | 10.86 | - | 0.64 | - | 11.50 | 117% |
| LPN | 6.10 | 2.00 | 33% | 1.91 | - | 0.14 | - | 2.04 | 33% |
| Nursing Assistant | 2.80 | 4.00 | 143% | 3.36 | - | 0.05 | - | 3.41 | 122% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 2.00 | 1.00 | 50% | 0.95 | - | - | - | 0.95 | 48% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.69 | - | - | - | 0.69 | 69% |
| Med Records Clerk | 0.50 | 1.00 | 200% | 0.78 | - | 0.02 | - | 0.80 | 160% |
| Dental Director | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Dental Hygienist | 0.20 | 1.00 | 500% | - | - | - | - | - | 0% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.99 | - | - | - | 1.99 | 100% |
| Psych Associates | 1.00 | 1.00 | 100% | 0.80 | - | - | - | 0.80 | 80% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | | | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | |
| Total Contract | 32.90 | 29.75 | 90% | 26.59 | - | 0.85 | - | 27.44 | 83% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Tucson Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| Staff Physician | 3.50 | 0.75 | 21% | 1.28 | - | - | - | 1.28 | 36% |
| Administrator | 1.00 | 1.00 | 100% | 1.31 | - | - | - | 1.31 | 131% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Asst. Correctional RN Supervisor II | 1.00 | 8.00 | 800% | 6.25 | - | - | - | 6.25 | 625% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Nurse Practitioner | 3.00 | 5.00 | 167% | 5.71 | - | 0.10 | - | 5.81 | 194% |
| Correctional RN Supervisor I | 6.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 39.10 | 27.60 | 71% | 29.96 | - | 1.48 | - | 31.44 | 80% |
| LPN | 35.90 | 42.90 | 119% | 43.58 | - | 3.29 | - | 46.87 | 131% |
| Nursing Assistant | 22.00 | 31.70 | 144% | 30.42 | - | 2.45 | - | 32.87 | 149% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.00 | - | 0.04 | - | 1.03 | 103% |
| Pharmacy Tech | 4.00 | 5.00 | 125% | 4.70 | - | 0.02 | - | 4.72 | 118% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.97 | - | 0.13 | - | 2.10 | 105% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.78 | - | - | - | 0.78 | 78% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 5.88 | - | 0.04 | - | 5.92 | 99% |
| Scheduler | 1.00 | 1.00 | 100% | 1.46 | - | 0.09 | - | 1.55 | 155% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.88 | - | 0.02 | - | 0.90 | 90% |
| Dental Director | 1.00 | 1.00 | 100% | 0.70 | - | - | - | 0.70 | 70% |
| Dentist | 4.00 | 3.00 | 75% | 2.69 | - | - | - | 2.69 | 67% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.33 | - | - | - | 0.33 | 164% |
| Dental Assistant | 6.00 | 6.00 | 100% | 5.19 | - | - | - | 5.19 | 87% |
| Psychiatrist | 2.00 | 1.00 | 50% | 1.21 | - | - | - | 1.21 | 60% |
| Psychologist | 4.00 | 3.00 | 75% | 2.74 | - | - | - | 2.74 | 68% |
| MH Clerk | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 1.50 | 1.00 | 67% | 1.20 | - | - | - | 1.20 | 80% |
| MH RN | 4.00 | 3.00 | 75% | 2.64 | - | 0.17 | - | 2.81 | 70% |
| Rec Therapist | 2.00 | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 10.00 | 16.00 | 160% | 8.27 | - | - | - | 8.27 | 83% |
| Psych Tech | - | - | 0% | 6.06 | - | 0.17 | - | 6.23 | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | - | - | 0% | - | - | - | - | - | 0% |
| Clerk | | 1.00 | 0% | 0.99 | - | 0.02 | - | 1.00 | 0% |
| Total Contract | 166.20 | 172.15 | 104% | 169.92 | 0.00 | 7.99 | 0.00 | 200.88 | 107% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Winslow Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Contract Breakdown | | | | | |
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | - | | 0% | 0.24 | - | - | - | 0.24 | 0% |
| Administrator | 1.00 | 1.00 | 100% | 1.17 | - | - | - | 1.17 | 117% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Asst. Correctional RN Supervisor II | - | 1.00 | 0% | 1.21 | - | - | - | 1.21 | 0% |
| Nurse Practitioner | 1.00 | 2.00 | 200% | 2.11 | - | - | - | 2.11 | 211% |
| Correctional RN Supervisor I | 2.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 11.80 | 12.60 | 107% | 14.11 | - | 0.91 | - | 15.02 | 127% |
| LPN | 5.20 | - | 0% | - | - | - | - | - | 0% |
| Nursing Assistant | 4.00 | 3.90 | 98% | 4.24 | - | 0.06 | - | 4.30 | 107% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Pharmacy Tech | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.90 | - | 0.00 | - | 1.91 | 95% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Scheduler | 1.00 | 1.00 | 100% | 0.98 | - | 0.01 | - | 0.99 | 99% |
| Clinical Coordinator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Director | 1.00 | 1.00 | 100% | 1.19 | - | - | - | 1.19 | 119% |
| Dentist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 2.00 | 67% | 1.88 | - | - | - | 1.88 | 63% |
| Psychiatric Director | - | | 0% | - | - | - | - | - | 0% |
| Psychiatrist | - | - | 0% | - | - | - | - | - | 0% |
| Psychologist | - | - | 0% | - | - | - | - | - | 0% |
| MH Director (PH.D) | - | - | 0% | - | - | - | - | - | 0% |
| MH Clerk | - | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | - | - | 0% | - | - | - | - | - | 0% |
| MH RN | - | - | 0% | - | - | - | - | - | 0% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | | | 0% | - | - | - | - | - | 0% |
| Clerk | | | | | | | | | 0% |
| Total Contract | 39.70 | 30.50 | 77% | 33.03 | 0.00 | 0.98 | 0.00 | 34.01 | 86% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

**Arizona Monthly Staffing Report**

**Yuma Region**

**April 2018**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Staff Physician | 1.00 | 1.00 | 100% | 1.11 | - | - | - | 1.11 | 111% |
| Administrator | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Correctional RN Supervisor II / DON | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Asst. Correctional RN Supervisor II | - | 3.00 | 0% | 3.17 | - | - | - | 3.17 | 0% |
| Administrative Services Officer | 1.00 | 1.00 | 100% | - | - | - | - | - | 0% |
| Nurse Practitioner | 3.00 | 1.00 | 33% | 1.73 | - | - | - | 1.73 | 58% |
| Correctional RN Supervisor I | 4.00 | - | 0% | - | - | - | - | - | 0% |
| RN | 15.70 | 14.25 | 91% | 13.24 | - | 0.36 | 0.82 | 14.42 | 92% |
| LPN | 11.50 | 11.65 | 101% | 7.72 | - | 0.90 | 2.95 | 11.57 | 101% |
| Nursing Assistant | 8.40 | 8.00 | 95% | 13.77 | - | 0.50 | - | 14.27 | 170% |
| X Ray Tech | 1.00 | 1.00 | 100% | 2.17 | - | 0.03 | - | 2.19 | 219% |
| Pharmacy Tech | 2.00 | 3.00 | 150% | 1.94 | - | 0.30 | - | 2.24 | 112% |
| Secretary / Administrative Assistant | 2.00 | 1.80 | 90% | 1.76 | - | 0.02 | - | 1.79 | 89% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.81 | - | - | - | 0.81 | 81% |
| Med Records Clerk | 3.00 | 3.00 | 100% | 1.75 | - | 0.00 | - | 1.75 | 58% |
| Scheduler | 1.00 | 1.00 | 100% | 0.88 | - | 0.01 | - | 0.88 | 88% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 1.05 | - | 0.31 | - | 1.35 | 135% |
| Dental Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Dentist | 3.00 | 2.75 | 92% | 1.91 | - | - | - | 1.91 | 64% |
| Dental Hygienist | 0.20 | - | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 6.00 | 6.00 | 100% | 5.59 | - | - | - | 5.59 | 93% |
| Psychiatrist | - | - | 0% | 0.24 | - | - | - | 0.24 | 0% |
| MH Nurse Practitioner | 1.00 | 1.00 | 100% | 1.13 | - | - | - | 1.13 | 113% |
| MH RN | 1.00 | 1.00 | 100% | 1.01 | - | 0.14 | - | 1.15 | 115% |
| Rec Therapist | - | - | 0% | - | - | - | - | - | 0% |
| Psych Associates | 4.00 | 5.00 | 125% | 3.84 | - | - | - | 3.84 | 96% |
| Psych Tech | - | - | 0% | - | - | - | - | - | 0% |
| MH RN Supervisor | - | - | 0% | - | - | - | - | - | 0% |
| Education Coordinator - FT | | | 0% | - | - | - | - | - | 0% |
| Clerk | | | | - | - | - | - | - | 0% |
| Total Contract | 74.80 | 70.45 | 94% | 67.45 | 0.00 | 2.56 | 3.77 | 73.78 | 99% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column