1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF ARIZONA

8  | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-DKD
   | Dustin Brislan; Sonia Rodriguez; Christina
9  | Verduzco; Jackie Thomas; Jeremy Smith; Robert
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **ORDER GRANTING**
10 | Hefner; Joshua Polson; and Charlotte Wells, on | **MOTION TO SEAL**
   | behalf of themselves and all others similarly
11 | situated; and Arizona Center for Disability Law,

12                     Plaintiffs,

       v.

13 | Charles Ryan, Director, Arizona Department of
   | Corrections; and Richard Pratt, Division Director,
14 | Division of Health Services, Arizona Department of
   | Corrections, in their official capacities,
15
                       Defendants.
16

17        This Court, having reviewed Plaintiffs' Motion to Seal Document, and finding

18 good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the

19 Court to seal the documents as set forth in the Motion:  Exhibits 2 and 3 to the Declaration

20 of Corene Kendrick.

21

22

23

24

25

26

27

28

LEGAL140232264.1