# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

This Court having reviewed Plaintiffs' Motion to Seal (Doc. 2866), and finding good cause,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Seal (Doc. 2866) and instructs the Clerk of the Court to seal the documents as set forth in the Motion: Exhibits 2 and 3 to the Declaration of Corene Kendrick.

Dated this 12th day of June, 2018.

David K. Duncan
United States Magistrate Judge