UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Warden, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants - Appellants. | No. 17-17324 <br><br> D.C. No. 2:12-cv-00601-DKD <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |

The judgment of this Court, entered May 21, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7