| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 21 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

VICTOR ANTONIO PARSONS; et al.,

        Plaintiffs-Appellees,

 v.

CHARLES L. RYAN, Warden, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections,

        Defendants-Appellants.

No.   17-17324

D.C. No. 2:12-cv-00601-DKD
District of Arizona,
Phoenix

ORDER

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit Judges.

     We have reviewed the responses to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. We conclude that we lack jurisdiction to review the district court's October 10, 2017 order because the order was not final and immediately appealable. *See* 28 U.S.C. § 1291; *Blalock Eddy Ranch v. MCI Telecomms. Corp.*, 982 F.2d 371, 374 (9th Cir. 1992). Accordingly, this appeal is dismissed.

     **DISMISSED.**

IHP/MOATT