Maryanne Chisholm 208825
ASPC-PV-SA D·21·45
PO Box 3700
Goodyear, AZ 85338

In Re: Parsons V. Ryan, named plaintiff                    June 2, 18

Case 2:12-cv-00601-ROS   Document 2873   Filed 06/11/18   Page 1 of 4

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 11 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To the Honorable Magistrate Duncan,

    I am writing to you today as an unrepresented individual in DOC custody. My name is Maryanne Chisholm, I am a named plaintiff in Parsons V. Ryan. I believe I am being subjected to retaliation, by DOC and Charles Ryan personally, because of my role in this case.

    My letter today is personally drafted without counsel because although my attorneys recognize and sympathize with my issue, they felt it would be difficult to present to you as a relevant argument. Sir, I do believe with all of my heart that this relates solely to the Parsons V. Ryan case. I believe I am being subjected to a personal vendetta because I have been such an active, outspoken advocate for other inmates over these years.

    Currently I am in custody, although my documented release date for over 10 years was May 7th, 2018 (TR) and August 7th (TR without the §1291 early release program.) Parole approved my address, my program and TR were approved. Chuck Ryan received a notice and suddenly my date was "audited" and changed to June 27, 2018. No one from

DOC ever told me about this. My husband was surprised to see it online. I filed a grievance, and then received notice that Chuck Ryan had pulled all of my good time and pulled my approved program. This changed my date to December 11, 2018, adding a total of 7 months to my original release date.

My CO III informed me this was an unspecified administrative decision by Charles Ryan. Shortly after this, (in response to an inquiry as to how he could retaliate in this manner, by my husband) Mr. Ryan said he personally made the decision to pull my TR date & program because of "many" letters from "many" victims who wanted me to remain in prison. (sic) I am only serving charges for a victimless crime. I completed all charges for victim related offenses back in 2010. I served all of my time. (Mr Ryan texted my husband from his personal cell phone. Mark saved this.)

In DOC's response to an inquiry on my behalf from the Governors office, there was no mention whatsoever of victims which if true would be an obvious case for justification. DOC replied, instead, "The director can remove good time and programs and TR dates for any reason without cause" (sic)

I believe Charles Ryan is a bitter and

3

vindictive albeit patient man. He has openly expressed his anger & contempt for these proceedings. I believe he resents our progress. I have been a very vocal supporter of inmate rights in this landmark case.

I am a trustee, a model inmate, and a named plaintiff. The defendant personally advised my husband that he directly gave me 6 months more prison time. His e-mail/text reads as vindictive, Mark Chisholm could provide this to you if you would like to review it. I believe the tone and personal nature establish evidence of a personal vendetta.

Sir, I am not a sympathetic victim. I am a profoundly flawed human being who has served all of the prison time I was required to. I do not believe I should be subjected to 6+ more months in prison because of my involvement advocating in Parsons v. Ryan. I do not believe Mr. Ryan's claim that this was for any reason other than retaliation. I believe, if it was legitimately involving victims, it would have been stated to the governor clearly. If it was above board, why did Mr. Ryan

feel the need to lie? Why did he personally get involved in my release processing? Why would he otherwise even know I existed?

My mother has alzheimers and will soon pass. I may not see her again if I am here 6 months. I require a surgery for abdominal adhesions that DOC refuses to cover, claiming it is cosmetic. It is painful, I can not wear regular pants because I bleed. 6 more months means further pain & suffering. Additionally, my father passed away on March 3, leaving mom alone.

There are people far more deserving than I, your honor. I understand that you can not set me free from this injustice and retaliation. I am asking, your honor, for you to not permit him to get away with this vitriolic, maliscious behavior without consequence. I believe he thinks he answers to no one, please sir, hold him accountable so he does not do this to anyone else, or continue these actions without repercussions.

Thank you for your time in reviewing my correspondance.

Yours Truly,

Maryanne Chisholm

Mark Chisholm (husband)
520 977 6588

Maryanne Chisholm
200825  D2145
ASPC PV SA
PO BOX 3700
Goodyear, AZ 85338

PS. I am in genuine fear of further retaliation.