**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Marlowe Undiein
ADC#: 200835
Arizona State Prison Complex: Perryville
Unit: San Carlos Bldg 45
P.O. Box 3700
City: Goodyear, AZ 85338

LEGAL MAIL

Federal Magistrate, Duncan
401 W. Washington Street Spc #14
Suite 325
Phoenix, AZ 85003

RECEIVED
JUN 11 2018
DAVID K. DUNCAN

PHOENIX AZ 852
05 JUN 2018 PM 5 L

85003-212014

TIME SENSITIVE

LEGAL MAIL