IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**           DATE: June 12, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
     Plaintiffs     Defendants
==============================================================================

HON:   David K. Duncan           Judge # <u>70BL/DKD</u>

    Caryn Smith                   Laurie Adams
    Deputy Clerk                  Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Rachel Love, Daniel Struck, Timothy Bojanowski and Richard Valenti for Defendants

==============================================================================
**PROCEEDINGS:**      __X__ Open Court      _____ Chambers      _____ Other

9:01 AM – This is the time set for Status and Evidentiary Hearings. Discussion is held regarding the first witness scheduled this morning who has so far failed to appear.

9:03 AM – Court stands in recess.

9:17 AM – Court reconvenes.

Dr. Rodney Stewart, having previously been sworn, resumes the stand and testifies further. Plaintiffs' Exhibit 216 is received in evidence. Plaintiffs' Exhibit 215 is offered for admission. Argument is heard. The Court takes the matter under advisement. Plaintiffs' Exhibit 213 is received in evidence. Plaintiffs' Exhibit 170 is received in evidence. Plaintiffs' Exhibit 276 is received in evidence. Plaintiffs' Exhibit 270 is received in evidence. Plaintiffs' Exhibit 199 is received in evidence. Plaintiffs' Exhibit 196 is received in evidence. Plaintiffs' Exhibit 197 is received in evidence.

10:35 AM – Court stands in recess.

10:49 AM – Court reconvenes.

As to the objection taken under advisement regarding Plaintiffs' Exhibit 215, the Court has reviewed the Rule and considered the argument of counsel. IT IS ORDERED overruling the

CV-12-0601-PHX-DKD
June 12, 2018

objection.  Plaintiffs' Exhibit 215 is received in evidence.

Dr. Rodney Stewart resumes the stand and continues his testimony.  The witness is excused.

Erin Barlund is sworn and examined.

11:59 AM – Court stands in recess.

1:02 PM – Court reconvenes.

Erin Barlund resumes the stand and continues her testimony.  Defendants' Exhibits 657, 658, 659 redacted as set forth on the record, 660, 662 and 661 are received in evidence.  Plaintiffs' Exhibits 72, 73, 94 and 109 are received in evidence.  The witness is excused.

2:43 PM – Court stands in recess.

2:55 PM – Court reconvenes.

Lisa McNeal is sworn and examined.  Plaintiffs' Exhibit 133 is received in evidence.  The witness is excused.

Dr. Nicole Taylor is sworn and examined.  Defendants' Exhibit 705 is received in evidence.

Discussion is held regarding witness schedules.

5:02 PM – Court is adjourned until June 13, 2018.


Time in court: 6 hr 18 min (9:01 AM – 5:02 PM)