# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**          DATE: June 13, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
       Plaintiffs      Defendants
================================================================

HON:   <u>David K. Duncan</u>          Judge # <u>70BL/DKD</u>

       <u>Caryn Smith</u>              <u>Candy Potter and Linda Schroeder</u>
       Deputy Clerk                Court Reporters

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirtsin Eidenbach and Asim Dietrich for Plaintiffs
Rachel Love, Daniel Struck and Timothy Bojanowski for Defendants

================================================================
**PROCEEDINGS:**      <u>  X  </u> Open Court      <u>    </u> Chambers      <u>    </u> Other

9:01 AM – This is the time set for Status Hearing.  Court Reporter, Candy Potter, is present.

Based on a discussion held with the parties in chambers, the Court reprimands Dr. Taylor as set forth on the record for receiving and reviewing copies of the transcripts of proceedings while she has been excluded under the Rule of Exclusion of Witnesses.

Dr. Taylor, having previously been sworn, resumes the stand and testifies further.  Defendants' Exhibit 666 is received in evidence.  Defendants' Exhibits 679 and 677 are received in evidence.  Defendants' Exhibit 667 is received in evidence.  Plaintiffs' Exhibit 63 is received in evidence.

10:29 AM – Court stands in recess.

10:40 AM – Court reconvenes.

Dr. Taylor resumes the stand and continues her testimony.  Plaintiffs' Exhibits 277 and 278 are received in evidence.  Plaintiffs' Exhibit 248 is received in evidence.  Defendants' Exhibits 681 and 682 are received in evidence.  Plaintiffs' Exhibit 97 is received in evidence.  Plaintiffs' Exhibit 284 is received in evidence.  Plaintiffs' Exhibit 279 is received in evidence.  Plaintiffs' Exhibit 263 is received in evidence.  Plaintiffs' Exhibit 117 is received in evidence.  Plaintiffs' Exhibits 189 and 176 are received in evidence.  Plaintiffs' Exhibits 99 and 123 are received in evidence.  Defendants' Exhibits 678 and 683 are received in evidence.

CV-12-0601-PHX-DKD
June 13, 2018

11:51 AM – Court stands in recess.

1:15 PM – Court reconvenes.  Court Reporter, Linda Schroeder, is present.

Dr. Taylor resumes the stand and testifies further.  Defendants' Exhibit 680 is received in evidence.  The witness is excused.

BJ Millar, Rene Sobolewski and David Long of The Advisory Board make their presentation.

2:58 PM – Court stands in recess.

3:14 PM – Court reconvenes.

Plaintiffs request an Order from the Court that within 14 days of receipt of the final version of Mr. Millar's report the Defendants file a plan to implement the recommendations of The Advisory Board.  IT IS ORDERED taking the matter under advisement.

Vanessa Headstream is sworn and examined.  Defendants' Exhibits 663, 664 and 665 are received in evidence.  The witness is excused until June 14, 2018.

4:18 PM – Court is adjourned until June 14, 2018.


Time in court: 5 hr 26 min (9:01 AM – 4:18 PM)