# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**               DATE: June 14, 2018

Title: <u>Parsons et al</u> vs. <u>Ryan et al</u>
         Plaintiffs        Defendants
================================================================

HON:   <u>David K. Duncan</u>         Judge # <u>70BL/DKD</u>

       <u>Caryn Smith</u>              <u>Candy Potter</u>
       Deputy Clerk                 Court Reporter

**APPEARANCES:**
David Fathi, Corene Kendrick, Kirstin Eidenbach and Maya Abela for Plaintiffs
Timothy Bojanowski, Rachel Love and Daniel Struck for Defendants

================================================================
**PROCEEDINGS:**    __X__ Open Court      _____ Chambers      _____ Other

9:02 AM – This is the time set for Status and Evidentiary Hearings. Ms. Neese's possible testimony is discussed. IT IS ORDERED Defendants shall submit her affidavit by no later than 5:00 PM on June 19, 2018.

Evidentiary Hearing proceeds.

Vanessa Headstream, having previously been sworn, resumes the stand and testifies further. Plaintiffs' Exhibit 62 is received in evidence. Plaintiffs' Exhibit 70 is received in evidence. Plaintiffs' Exhibit 92 is received in evidence. Plaintiffs' Exhibit 120 is received in evidence. Plaintiffs' Exhibit 122 is received in evidence. Plaintiffs' Exhibit 125 is received in evidence. Plaintiffs' Exhibit 134 is received in evidence. Plaintiffs' Exhibit 135 is received in evidence. Plaintiffs' Exhibit 137 is received in evidence. Plaintiffs' Exhibit 61 is received in evidence. The witness is excused.

10:21 AM – Court stands in recess.

Status Hearing proceeds.

The Court addresses the parties regarding the staffing issues that negatively impact the Performance Measures.

CV-12-0601-PHX-DKD
June 14, 2018

Defendants state the training and utilization of Smart Cards has begun.

Dr. Robertson appears telephonically and addresses the Court regarding telemedicine.

Defendants address the Court regarding incentive payments, payments for violations and staffing level penalties as set forth on the record.

Defendants address the issue of whether a dental extraction-only policy exists at the Yuma facility as set forth on the record.  Mr. Bojanowski provided information regarding the dental services at Yuma.  IT IS ORDERED Defendants shall provide the supporting documents to Plaintiffs by no later than June 18, 2018 at 5:00 PM.

Argument is heard regarding the issues raised in Plaintiffs' letters.  IT IS ORDERED Defendants shall file their response within 30 days.  Further argument is heard.

Dental care is readdressed.

Performance Measures 6, 12, 13, 14, 15, 19, 24, 35, 39, 40, 42, 44, 46, 47, 49, 51, 52, 66, 67 and 72 are discussed as set forth on the record.

ADC Florence tour scheduled for June 21, 2018 is discussed.

Discussion is held regarding a previous discussion the Court held with Mr. Acedo.

12:17 PM – Court is adjourned.


Time in court: 3 hr 4 min (9:02 AM – 12:17 PM)