FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
____ DEPUTY

CASE NO. 2:12-CV-00601-DKD

| | | |
|---|---|---|
| Victor Antonio Parsons, et al, | § | IN THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Judge Code 70BL/DKD |
| | § | |
| Charles Ryan, et al., | § | |
| | § | Hearing:  June 12-14, 2018 |
| Defendants. | § | |

## PLAINTIFFS' HEARING EXHIBIT LIST

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 1 | 2-27-18 | 2-27-18 | 6/29/17 Email from J. Watson to M. Johnson | JW000001 |
| 2 | | | 6/13/17 Email from J. Watson to T. Espinoza | JW000002 |
| 3 | 2-27-18 | 2-27-18 | 9/18/17 Email from S. Neese to J. Watson | JW000460 |
| 4 | 2-27-18 | 2-27-18 | 6/14/17 Email from T. Espinoza to J. Watson | JW000768-71 |
| 5 | | | 5/3/17 Email from T. Espinoza to J. Watson | JW000785-88 |
| 6 | 2-27-18 | 2-27-18 | 9/18/17 Email from J. Watson to B. White | JW000851 |

PLAINTIFFS' HEARING EXHIBIT LIST



| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 7 | | | 7/26/17 Email from A. Moore to J. Watson | JW000930-32 |
| 8 | | | 4/21/17 Email from T. Belser to J. Watson | JW000933-36 |
| 9 | | | 4/26/17 Email from B. White to J. Watson | JW000960 |
| 10 | 2-27-18 | 2-27-18 | 9/19/17 Email from S. Neese to J. Watson | JW001072 |
| 11 | 2-27-18 | 2-27-18 | 9/16/17 Email from J. Watson to M. Johnson and R. Stewart | JW001073 |
| 12 | | | Burton (ADC No. 320218) Medical Records | CORIZON000024332-35 |
| 13 | 2-27-18 | 2-27-18 | 9/13/17 Email from S. Neese to J. Watson | CORIZON000024638 |
| 14 | 2-27-18 | 2-27-18 | Hall (ADC No. 205653) Medical Records | EVHG0001-03 |
| 15 | 2-27-18 | 2-27-18 | Limas (ADC No. 298004) Medical Records | EVHG0004-23 |
| 16 | 2-27-18 | 2-27-18 | Oldham (ADC No. 274162) Medical Records | EVHG0024-56 |
| 17 | 2-27-18 | 2-27-18 | Rasmussen (ADC No. 043773) Medical Records | EVHG0057-100 |
| 18 | 2-27-18 | 2-27-18 | Smith (ADC No. 300842) Medical Records | EVHG0101-21 |
| 19 | | | Talk (ADC No. 310879) Medical Records | EVHG0122-40 |
| 20 | 2-27-18 | 2-27-18 | 10/9/17 Email from D. Sego to Multiple Recipients | EVHG0141 |

**PLAINTIFFS' HEARING EXHIBIT LIST**



| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 21 | | | 1/25/18 Letter from D. Ducey to J. Graham | EVHG0153 |
| 22 | | | Exhibit 1 to the Declaration of David C. Fathi [Doc. 2634-1 at 2-13] | |
| 23 | | | Exhibit A to the Declaration of Corene Kendrick [Doc. 2368-1 at 2-37] | |
| 24 | | | Exhibit 2 to the Declaration of Corene Kendrick [Doc. 2426-1 at 9-18] | |
| 25 | | | Exhibit 3 to the Declaration of Corene Kendrick [Doc. 2426-1 at 19-30] | |
| 26 | | | Exhibit 4 to the Declaration of Corene Kendrick [Doc. 2426-1 at 31-44] | |
| 27 | | | Exhibit 10 to the Declaration of Corene Kendrick [Doc. 2426-1 at 80-84] | |
| 28 | | | Exhibit 1 to the Declaration of Corene Kendrick [Doc. 2502-1 at 3-19] | |
| 29 | | | Exhibit 5 to the Declaration of Corene Kendrick [Doc. 2502-1 at 34-38] | |
| 30 | 2-27-18 | 2-28-18 | Mortality Review for John Groves, 142527 | ADCM1048137-49 |
| 31 | 2-27-18 | 2-28-18 | Mortality Review for James Udlinek, 25097 | ADCM1037386-89 |

-3-

**PLAINTIFFS' HEARING EXHIBIT LIST**



| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 32 | 2-27-18 | 2-28-18 | Mortality Review for James Albritton, 149835 | ADCM919604-09 |
| 33 | 2-27-18 | 2-28-18 | Mortality Review for Kason Blackwell, 281853 | ADCM1037335-38 |
| 34 | 2-27-18 | 2-28-18 | Mortality Review for Roy Dailey, 064139 | ACDM1047693 - 96 |
| 35 | 2-27-18 | 2-28-18 | Mortality Review for Michael Tipton, 126313 | ADCM980022-28 |
| 36 | 2-27-18 | 2-28-18 | Mortality Review for Antonio Andrade, 303776 | ADCM1048120-23 |
| 37 | 2-27-18 | 2-28-18 | Mortality Review for Eric Dobson, 176446 | ADCM919615-19 |
| 38 | 2-27-18 | 2-28-18 | Mortality Review for Rafael Aviles, 178543 | ADCM1037324-28 |
| 39 | 2-27-18 | 2-28-18 | Mortality Review for Henry Miller, 255613 | ADCM885352-56 |
| 40 | 2-27-18 | 2-28-18 | Mortality Review for Warren Swartz, 199514 | ADCM1048170-74 |
| 41 | 2-27-18 | 2-28-18 | Mortality Review for Clayton Murray, 279150 | ADCM1047718 - 21 |
| 42 | 2-27-18 | 2-28-18 | Mortality Review for Vishnu Cook, 291199 | ADCM1048128-31 |
| 43 | 2-27-18 | 2-28-18 | Mortality Review for Earl Mullendore, 291094 | ADCM979987-91 |
| 44 | 2-27-18 | 2-28-18 | Mortality Review for Enos Clark, 033203 | ADCM883920-24 |
| 45 | 2-27-18 | 2-28-18 | Mortality Review for Jimmy Palacio, 058972 | ADCM980014-17 |
| 46 | 2-27-18 | 2-28-18 | Mortality Review for Dirk Piechowski, 039024 | ADCM919628-32 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 47 | 2-27-18 | 2-28-18 | Mortality Review for Gary Garcia, 045374 | ADCM1048132-36 |
| 48 | | | Mortality Review for Christopher Fern, 275385 | ADCM1047701 -05 |
| 49 | | | Mortality Review for James Krauss, 095781 | ADCM999490 -93 |
| 50 | | | Psychological Autopsy for James Krauss, 095781 | ADCM1037390 -99 |
| 51 | | | Mortality Review for Jonathan Wilson, 207769 | ADCM1038313 - 18 |
| 52 | | | Psychological Autopsy for Jonathan Wilson, 207769 | ADCM1038299-312 |
| 53 | | | Mortality Review for Pedro Gonzalez, 235043 | ADCM976651-77 |
| 54 | | | Psychological Autopsy for Pedro Gonzalez, 235043 | ADCM980288 -300 |
| 55 | | | Mortality Review for Alejandro Orona, 313639 | ADCM772341-46 |
| 56 | | | Psychological Autopsy for Alejandro Orona, 313639 | ADCM833211-18 |
| 57 | | | Mortality Review for Donald Whitaker, 062160 | ADCM603831-34 |
| 58 | | | Psychological Autopsy for Donald Whitaker, 062160 | ADCM585360-67 |
| 59 | | | Mortality Review for Armando Aguilar, 077204 | ADCM603810-13 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 60 | | | Psychological Autopsy for Armando Aguilar, 077204 | ADCM585349-59 |
| 61 | 61418 | 6-14-18 | 7/17/17 Email from M. Haldane to K. Campbell and V. Headstream | ADCM1222991-93 |
| 62 | 6-14-18 | 6-14-18 | 7/19/17 Email from K. Campbell to V. Headstream | ADCM 1098353 |
| 63 | 6-13-18 | 6-13-18 | 7/26/17 Email from N. Taylor to M. Dolny | ADCM 1321637-40 |
| 64 | | | 7/31/17 Email from K. Padron to J. Gahris | ADCM 1478156 |
| 65 | | | 8/9/17 Weekly Update on Tucson Patients | ADCM 1296342-49 |
| 66 | | | 8/17/17 Email from V. Headstream to B. Schmid | ADCM 1486603-04 |
| 67 | | | 9/28/17 Email from V. Headstream to monitors | ADCM 1476394-98 |
| 68 | | | 9/28/17 Email from B. Schmid to V. Headstream | ADCM 1476399-403 |
| 69 | | | 9/29/17 Email from N. Taylor to P. Schroeder | ADCM 1312923-24 |
| 70 | 6-14-18 | 6-14-18 | 10/17/17 Email from M. Bedoya to T. Dumkrieger and V. Headstream | ADCM 1098052-58 |
| 71 | | | 11/2/17 Email from N. Taylor to K. Campbell | ADCM 1484992 |
| 72 | 6-12-18 | 6-12-18 | 11/29/17 Email from E. Barlund to R. Pratt | ADCM 1480267-70 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 73 | 6-12-18 | 6-12-18 | 11/29/17 Email from B. Briddle to Perryville Corizon & custody staff | ADCM 1480271-72 |
| 74 | | | 12/1/17 Email from M. Haldane to Perryville Corizon & custody staff | ADCM 1475803-05 |
| 75 | | | 12/6/17 Email from Headstream to Tucson Corizon staff | ADCM 1478244-45 |
| 76 | 2-27-18 | 2-28-18 | 12/20/17 Email from P. O'Neal to V. Headstream | ADCM 1056697-783 |
| 77 | 2-27-18 | 6-1-18 | 12/29/17 Email from E. Barlund to JT Scalise | ADCM 1479064-66 |
| 78 | | | 12/22/17 Email from R. Pratt to Corizon staff | ADCM 1297156-58 |
| 79 | | | 12/26/17 Emails from L. Cole to R. Pratt | ADCM 1056666-75 |
| 80 | | | 12/27/17 Emails from L. Cole to R. Pratt | ADCM 1479080-86 |
| 81 | | | 7/6/17 Email from L. Calcote to N. Taylor | ADCM 1240052 |
| 82 | | | 11/6/17 Email from S. Sego to Florence custody & Corizon staff | ADCM 1228287-301 |
| 83 | | | 12/26/17 Email from S. Sego to Florence custody & Corizon staff | ADCM 1230527-44 |
| 84 | 2-27-18 | 2-28-18 | 7/28/17 Email from M. Bedoya to B. McMullen | ADCM 1374004-14 |
| 85 | 2-27-18 | 2-28-18 | 7/28/17 Email from K. Padron to D. Robertson | ADCM 1377635 |

-7-

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 86 | | | 8/9/17 Email from K. Campbell to J. Fontaine | ADCM 1098337 |
| 87 | | | 8/25/17 Email from B. McMullen to Tucson Corizon staff | ADCM 1476234 |
| 88 | | | 9/6/17 Email from R. Pratt to R. Maldonado | ADCM 1375504-05 |
| 89 | | | 9/13/17 Email from B. McMullen to Tucson Corizon staff | ADCM 1476217-19 |
| 90 | | | 9/15/17 Email from K. Padron to K. Campbell | ADCM 1219400-01 |
| 91 | | | 9/28/17 Email from B. McMullen to S. DeGuara | ADCM 1372813-16 |
| 92 | 6-14-18 | 6-14-18 | 9/28/17 Email from S. Deguara to Headstream | ADCM 1476177-81 |
| 93 | | | 10/19/17 Email from B. Briddle to S. Rucker | ADCM 1475800 |
| 94 | 6-12-18 | 6-12-18 | 11/27/17 Email from S. Rucker to B. Briddle | ADCM 1401857-63 |
| 95 | 2-27-18 | 2-28-18 | 12/7/17 Email from R. Patel to D. Robertson and R. Rowe | ADCM 1478178-81 |
| 96 | | | 12/28/17 Email from V. Headstream and M. Ortiz | ADCM 1104435-40 |
| 97 | 6-13-18 | 6-13-18 | 3/17/17 Email from R. Pratt to R. Almanza | ADCM 1356320-23 |
| 98 | | | 7/28/17 Email from K. Curran to J. Fontaine | ADCM 1234084-87 |
| 99 | | | 10/5/17 Email from L. Calcote to N. Taylor | ADCM 1179998-99 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 100 | | | 10/12/17 Email from N. Taylor to K. Currier | ADCM 1280800-07 |
| 101 | | | 10/31/17 Email from K. Campbell to monitors | ADCM 1231325 |
| 102 | | | 7/31/17 Email from K. Curran to S. Sego | ADCM 1228309 |
| 103 | | | 10/31/17 Email from Haldane to Headstream, Campbell | ADCM 1249952-53 |
| 104 | | | 11/1/17 Email from A. Hiniker to Florence custody and Corizon staff | ADCM 1230518-21 |
| 105 | | | 11/2/17 Email from Pratt to S. Ward | ADCM 1484979-81 |
| 106 | | | 11/3/17 Email from S Ward to R. Pratt | ADCM 1484982-84 |
| 107 | | | 12/8/17 Email from R. Pratt to J. Scalise | ADCM 1299058-61 |
| 108 | | | 12/21/17 Email from M. Haldane to J. Keck | ADCM 1425496-97 |
| 109 | 6-12-18 | 6-12-18 | 12/26/17 Email from E. Barlund to R. Pratt | ADCM 1473226-29 |
| 110 | | | 12/28/17 Email from Ramos to Pratt and J. Profiri | ADCM 1485057-59 |
| 111 | | | 12/28/17 Email from B. Schmid to R. Pratt | ADCM 1485060-62 |
| 112 | 2-27-18 | 2-28-18 | 7/13/17 Email from V. Headstream to D. Robertson | ADCM 1478478 |
| 113 | 2-27-18 | 2-28-18 | 7/27/17 Email from Headstream to Robertson | ADCM 1478470 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 114 | 2-27-18 | 2-28-18 | 11/10/17 Email from Ellison to Headstream, Robertson | ADCM 1478267-68 |
| 115 | | | 7/11/17 Email from B McNeal to Thompson | ADCM 1145094-95 |
| 116 | | | 7/14/17 Email from M. Haldane to K. Campbell | ADCM 1403530 |
| 117 | 6-13-18 | 6-13-18 | 6/29/17 Email from D. Dye to Tucson Corizon & custody staff | ADCM 1415554-57 |
| 118 | | | 9/26/17 Email from N. Taylor to L. Calcolte | ADCM 1237632-35 |
| 119 | | | 7/12/17 Email from K. Campbell to L. Berg and V. Headstream | ADCM 1100054 |
| 120 | 6-14-18 | 6-14-18 | 7/18/17 Email from V. Headstream to M. Bedoya | ADCM 1378999 |
| 121 | | | 7/21/17 Email from Bedoya to S. DeGuara | ADCM 1296480-96 |
| 122 | 6-14-18 | 6-14-18 | 8/3/17 Email from V. Headstream to M. Ortiz | ADCM 1296461-62 |
| 123 | | | 9/5/17 Email from Taylor to M. Donley | ADCM 1320970 |
| 124 | | | 9/7/17 Email from B. Briddle to unlisted parties | ADCM 1403075-76 |
| 125 | 6-14-18 | 6-14-18 | 10/20/17 Email from B. Briddle to Tucson Corizon staff | ADCM 1487637-39 |
| 126 | | | 10/23/17 Email from K. Campbell to monitors | ADCM 1226637-51 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 127 | | | 10/27/17 Email from M. Fuller to K. Campbell | ADCM 1097942 |
| 128 | | | 10/30/17 Email from K. Padron to D. Robertson and K. Campbell | ADCM 1097679-700 |
| 129 | | | 11/21/17 Email from R. Pratt to J. Scalise | ADCM 1300157-72 |
| 130 | | | 11/29/17 Email from M. Haldane to V. Headstream | ADCM 1427485-99 |
| 131 | | | 12/7/17 Email from M. Haldane to Pratt | ADCM 1479092-100 |
| 132 | | | 12/8/17 Email from E. Franklin to R. Pratt | ADCM 1479113 |
| 133 | 6-12-18 | 6-12-18 | 12/8/17 Email from McNeal to R. Pratt | ADCM 1479108-09 |
| 134 | 6-14-18 | 6-14-18 | 12/8/17 Email from B. Briddle to V. Headstream | ADCM 1479110-12 |
| 135 | 6-14-18 | 6-14-18 | 12/8/17 Email from B. Briddle to Headstream, Campbell, Pratt | ADCM 1479102-04 |
| 136 | | | 12/8/17 Email from A. Medel to Pratt | ADCM 1479105-07 |
| 137 | 6-14-18 | 6-14-18 | 12/11/17 Email from D. Knighton to M. Bedoya | ADCM 1225671-788 |
| 138 | | | 12/12/17 Email from J. Fontaine to Florence staff | ADCM 1228344 |
| 139 | | | 12/14/17 Email from M. Bedoya to K. Vanderkolk | ADCM 1291911-12 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 140 | | | 12/28/17 Email chain from T. Dumkrieger to V. Headstream | ADCM 1055996-6000 |
| 141 | | | 8/3/17 Email from V. Headstream to Ortiz | ADCM 1373955-56 |
| 142 | | | 12/21/17 Email from M. Bedoya to D. Knighton | ADCM 1372954 |
| 143 | | | 12/28/17 Email from R. Durham to N. Taylor | ADCM 1332117 |
| 144 | | | 12/18/17 Email from R. Pratt to J. Gable | ADCM 1479412-14 |
| 145 | | | 7/19/17 Email from V. Headstream to C. Tucker | ADCM 1283782-84 |
| 146 | | | 9/21/17 Email from K. Padron and Y. Maese | ADCM 1476482-84 |
| 147 | | | 8/24/17 Email from D. Dye to McCroy | ADCM 1409480 |
| 148 | | | 8/25/17 Email from D. Dye to N. Taylor | ADCM 1407126 |
| 149 | | | 8/30/17 Email from Campbell to D. Lamb | ADCM 1098225-27 |
| 150 | | | 12/13/17 Email from J. Fontaine to P. O'Neal | ADCM 1180970 |
| 151 | 2-27-18 | 2-28-18 | 10/18/17 Email from L. Cole to D. Robertson | ADCM 1219125-28 |
| 152 | 2-27-18 | 2-28-18 | 7/13/17 Email from R. Pratt to Headstream | ADCM 1379038 |
| 153 | | | 8/3/17 Email from D. Robertson to V. Headstream | ADCM 1478455-57 |
| 154 | 2-27-18 | 2-28-18 | 8/7/17 Email from M. Bedoya to D. Robertson | ADCM 1296404-06 |

-12-

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 155 | 2-27-18 | 2-28-18 | 8/8/17 Email from D. Robertson to FallHowe | ADCM 1296400-01 |
| 156 | | | 8/17/17 Email from B. McMullen to Tucson Corizon staff | ADCM 1476240-51 |
| 157 | 2-27-18 | 2-28-18 | 8/28/17 Email from D. Robertson to B. Schmid | ADCM 1476451-54 |
| 158 | 2-27-18 | 2-28-18 | 9/5/17 Email from D. Robertson to V. Headstream | ADCM 1478412 |
| 159 | 2-27-18 | 2-28-18 | 9/5/17 Email from B. McMullen to D. Robertson | ADCM 1476189-95 |
| 160 | 2-27-18 | 2-28-18 | 9/5/17 Email from R. FallHowe to D. Robertson | ADCM 1478383-89 |
| 161 | | | 9/18/17 Email from K. Padron to J. Gahris | ADCM 1476487-88 |
| 162 | | | 10/3/17 Email from Robertson to G. Babich | ADCM 1230985-86 |
| 163 | | | 11/2/17 Email from S. Sego to V. Headstream | ADCM 1097559-67 |
| 164 | | | 11/17/17 Email from D. Robertson to G. Babich | ADCM 1226331-32 |
| 165 | | | 12/18/17 Email from J. Fontaine to S. Sego | ADCM 1228330-36 |
| 166 | | | 12/18/17 Email from D. Robertson to J. Fontaine | ADCM 1240092-99 |
| 167 | | | 12/18/17 Email from R. Pratt to M. Vega | ADCM 1297835-36 |
| 168 | 2-27-18 | 2-27-18 | 12/22/17 Email from K. Padron to K. Campbell | ADCM 1223964-69 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 169 | | | 12/26/17 Email from D. Robertson to unknown recipients | ADCM 1478279 |
| 170 | 6-12-18 | 6-12-18 | 12/26/17 Email from R. Patel to D. Robertson | ADCM 1056682-84 |
| 171 | | | 9/1/17 Email from M. Ramirez to J. Watson | CORIZON 00024314-35 |
| 172 | | | 9/13/17 Email from S. Neese to J. Watson | CORIZON 00024638 |
| 173 | | | 9/16/17 Email from J. Watson to M. Johnson and R. Stewart | CORIZON 00024654 |
| 174 | | | 9/18/17 Email from C. Gowey to M. Johnson | CORIZON 00024662-63 |
| 175 | | | 9/15/17 Email from J. Carr to L. Cole | CORIZON 0005612-26 |
| 176 | 6-13-18 | 6-13-18 | 9/6/17 Email from A. Carr to L. Urdaneta | CORIZON 0007377 |
| 177 | | | 7/7/17 Email from M. Young to R. Almanza & R. FallHowe | CORIZON 00026135-40 |
| 178 | | | 7/24/17 Email from C. Ngwube to G. Babich | CORIZON 00025961-62 |
| 179 | | | 9/6/17 Email from M. Johnson to J. Ruiz | CORIZON 00024478-85 |
| 180 | 2-27-18 | 2-28-18 | 8/25/17 Email from Y. Serrato to K. Barcklay | CORIZON 0007387-88 |
| 181 | 2-27-18 | 2-28-18 | 9/13/17 Email from S. Rucker to L. Otero-Ponzio | CORIZON 0007481-82 |
| 182 | | | 8/17/17 Email from B. Schmid to V. Headstream | CORIZON 00025535-50 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 183 | | | 8/25/17 Email from B. Schmid to C. Tucker | CORIZON 00026573-77 |
| 184 | | | 9/4/17 Email from P. Torrez to G. Babich | CORIZON 00024343 |
| 185 | | | 9/7/17 Email from R. FallHowe to S. Stabinsky | CORIZON 0003758-60 |
| 186 | | | 9/18/17 Email from V. Headstream to M. Johnson | CORIZON 00024658-61 |
| 187 | | | 9/19/17Email from M. Vega to M. Johnson | CORIZON 00024716-29 |
| 188 | | | 8/3/17 Email from D. Lamb to D. Labar | CORIZON 00027040-42 |
| 189 | 6-13-18 | 6-13-18 | 7/5/17 Email from L. Johnson to J. Taylor | CORIZON 00028155-61 |
| 190 | 2-27-18 | 2-28-18 | 8/18/17 Email from G. Campbell to L. Johnson | CORIZON 00021466 |
| 191 | | | 7/21/17 Email from B. Schmid to G. Babich | CORIZON 00019293-98 |
| 192 | | | 8/7/17 Email from G. Babich to R. FallHowe | CORIZON 00020394 |
| 193 | | | 7/14/17 Email from S. Sego to M. Vega | CORIZON 00019573-74 |
| 194 | | | 7/17/17 Email from G. Babich to R. Manche | CORIZON 00020367-68 |
| 195 | | | 7/14/17 Email from R. Manche to M. Johnson | CORIZON 00020362-63 |
| 196 | 6-12-18 | 6-12-18 | 10/19/17 Email from D. Sego to M. Gay, et al. | CORIZON000048610 |
| 197 | 6-12-18 | 6-12-18 | 10/27/17 Email from J. Gahris to G. Babich, et al. | CORIZON000048709-18 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 198 | | | 9/5/17 ADC Daily Count Sheet | |
| 199 | 6-12-18 | 6-12-18 | 7/13/17 Email from R. Manche to P. Torrez | CORIZON000019930-31 |
| 200 | | | 7/7/17 Email from J. Watson to M. Johnson | CORIZON000020423 |
| 201 | 3/26/18 | 3/26/18 | 5/12/15 Contract Amendment No. 10 to ADC/Corizon contract | |
| 202 | 3/26/18 | 3/26/18 | 6/30/16 Contract Amendment No. 11 to ADC/Corizon contract | |
| 203 | 3/26/18 | 3/26/18 | 9/19/16 Contract Amendment No. 12 to ADC/Corizon contract | |
| 204 | 3/26/18 | 3/26/18 | 6/29/17 Contract Amendment No. 13 to ADC/Corizon contract | |
| 205 | 3/26/18 | 3/26/18 | 9/6/17 Contract Amendment No. 14 to ADC/Corizon contract | |
| 206 | 3/27/18 | 3/27/18 | 10/11/17 Email from D. Struck to S. Selzer | |
| 207 | | | Excerpts of 10/11/17 Status Hearing Transcript | |
| 208 | | | 11/7/17 Email from A. Cerrillo to C. Copeland | CORIZON 000031055-56 |
| 209 | | | 11/9/17 Email from R. Maldonado to L. Calcote | CORIZON 000049345-47 |
| 210 | | | 12/9/17 Email from R. Patel to R. Maldonado | CORIZON 000051392-94 |
| 211 | | | 8/23/17 Email from V. Headstream to B. Schmid | CORIZON 000052126-28 |
| 212 | | | 10/18/17 Email from B. Briddle to B. Schmid | CORIZON 000054120-22 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 213 | 6-12-18 | 6-12-18 | 11/3/17 Email from M. Smith to D. Sego | CORIZON 000054251-52 |
| 214 | | | 11/6/17 Email from R. Franklin to B. Schmid | CORIZON 000054265-75 |
| 215 | 6-12-18 | 6-12-18 | 11/16/17 Email from M. Marino to B. Schmid | CORIZON 000054731-32 |
| 216 | 6-12-18 | 6-12-18 | 12/4/17 Email from D. Sego to G. Babich | CORIZON 000055444-46 |
| 217 | | | 11/8/17 Email from S. Neese to D. Sego | CORIZON 000060421-22 |
| 218 | | | 11/8/17 Email from D. Sego to S. Neese | CORIZON 000060432-34 |
| 219 | | | 10/2/17 Email from P. Torrez to D. Sego | CORIZON 000107038-44 |
| 220 | 5-31-18 | 5-31-18 | Certified Correctional Health Professional Certificate for Angela Fischer, LPC, CCHP | FISCHER 137 |
| 221 | 5-31-18 | 5-31-18 | Non-Uniform Employee of the Month, Alhambra Unit, January 2017 for Angela Fischer | FISCHER 039 |
| 222 | 5-31-18 | 5-31-18 | PSY 87704 On-Site Supervisor's Final Evaluation of Student for Angela Fischer | FISCHER 040-45, 047-48, 072-73, 110-11 |
| 223 | 5-31-18 | 5-31-18 | 10/23/17 Email between Angela Fischer, Lynn, Calcote, Lynn Cole, et al. | FISCHER 081-84 |
| 224 | 5-31-18 | 5-31-18 | Weekend Watch Notes Instructions - Phoenix | ADCM961420 |
| 225 | 5-31-18 | 5-31-18 | 10/4/17 Email from Lori Johnson to James Taylor | CORIZON000100781-83 |
| 226 | 5-31-18 | 5-31-18 | 11/8/17 Email from Cecilia Edwards to Lori Johnson, et al. | CORIZON000029859-61 |
| 227 | | | 7/22/17 Email from Seth Stabinsky to Christine Armenta, et al. | CORIZON000030071-72 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 228 | | | 10/19/17 Email from Scot Ward to Colleen Oakes, et al. | CORIZON000045026-29 |
| 229 | | | 10/23/17 Email from Sheila Rucker to Tesha Hopphaus | CORIZON000094359-60 |
| 230 | | | 11/8/17 Email from Priscilla Manry to Cecilia Edwards | CORIZON000095827-28 |
| 231 | 5-31-18 | 6-1-18 | 11/8/17 Email from Cecilia Edwards to Carrie Smalley | CORIZON000095829-30 |
| 232 | | | CV of Todd Randall Wilcox, MD, MBA, FACCP | |
| 233 | | | Declaration of Corene Kendrick [Doc. 2802] | |
| 234 | 5-31-18 | 5-31-18 | 9/29/17 Letter from Angela C. Fischer, LPC, CCHP to Jeff Goldberg, Corizon Board Chair | FISCHER 009-10 |
| 235 | 5-31-18 | 5-31-18 | 11/3/17 Email from Angela Fischer to Jeff Goldberg and Mariann Burnetti-Atwell (REDACTED) | FISCHER 019-21 |
| 236 | 5-31-18 | 5-31-18 | 1/3/18 Email from Angela Fischer to Richard Watts, Eddie Taylor, et al. (REDACTED) | FISCHER 022 |
| 237 | | | 11/20/17 Email from Angela Fischer to Eddie Taylor, Richard Watts, et al. (REDACTED) | FISCHER 024 |
| 238 | 5-31-18 | 5-31-18 | 1/25/18 Email from Angela Fischer to Lynn Calcote (REDACTED) | FISCHER 036 |
| 239 | 5-31-18 | 5-31-18 | 7/24/17 Email from Angela Fischer to Richard Watts (REDACTED) | FISCHER 049-55 |
| 240 | 5-31-18 | 5-31-18 | 10/12/17 Email from Angela Fischer to Lynn Calcote, Leonel Urdaneta, et al. (REDACTED) | FISCHER 074-80 |
| 241 | 5-31-18 | 5-31-18 | 11/28/17 Email from Angela Fisher to Eddie Taylor and Richard Watts (REDACTED) | FISCHER 091 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 242 | 5-31-18 | 5-31-18 | 12/13/17 Email from Angela Fischer to Eddie Taylor, Ashley Pelton, and Leonel Urdaneta (REDACTED) | FISCHER 098 |
| 243 | 5-31-18 | 5-31-18 | 11/21/17 Email from Angela Fischer to Richard Watts and Eddie Taylor (REDACTED) | FISCHER 103-06 |
| 244 | 5-31-18 | 5-31-18 | 1/2/18 Email from Angela Fischer to Maureen Santry, Wendy Eccles, et al. (REDACTED) | FISCHER 126-30 |
| 245 | | | 10/16/17 Email from Angela Fischer to Richard Watts and Eddie Taylor (REDACTED) | FISCHER 147-52 |
| 246 | | | 5/11/17 Information Report by Angela Fischer | FISCHER 153 |
| 247 | 5-31-18 | 5-31-18 | Excerpts of Doc. 2531-1 (pages 18 and 19) (12/19/17 Letter from Rita Lomio to Lucy Rand) | |
| 248 | 6-13-18 | 6-13-18 | July and September 2015 Phoenix CGAR pages | ADCM197144 ADCM135620-21 |
| 249 | | | Mortality Review Committee Final Report for Gerald Andersh | ADCM 979998-801 |
| 250 | | | Declaration of Bruce Branscom Inmate Under Federal Local Rules of Civil Procedure 83.3C [Doc. 2837] | |
| 251 | | | 3/5/18 Letter from Angela Fischer to Eddie Taylor re: Resignation | FISCHER 038 |
| 252 | 5-31-18 | 5-31-18 | 9/27/17 Email from Angela Fischer to Lynn Calcote and Stephanie Leonard (REDACTED) | FISCHER 062-71 |
| 253 | 5-31-18 | 5-31-18 | Samuel T. Jobes (ADC No. 21766) medical records | |
| 254 | 5-31-18 | 5-31-18 | Shawn P. Smith (ADC No. 174287) and Robert Osorio (ADC No. 108309) medical records | |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 255 | | | 7/1/17 Email from Erica Johnson to Jane-Frances Ndemanu, et al. | CORIZON000090693 |
| 256 | | | 10/30/17 Email from Erica Johnson to Patra Leara | CORIZON000092511-12 |
| 257 | | | 8/8/17 Email from Seth Stabinsky to Adalia Cerrillo | CORIZON000030140-42 |
| 258 | | | 11/27/17 Email from Jennine Gahris to Adalia Cerrillo, et al. | CORIZON000032189 |
| 259 | | | 10/3/17 Email from Meredith Driscoll to Stephanie Leonard, et al. | CORIZON000089776-78 |
| 260 | | | 8/7/17 Email from Lyn Calcote to unknown recipient(s) | CORIZON000072930-32 |
| 261 | | | 11/10/17 Email from Angela Fischer to Richard Watts | CORIZON000072569-70 |
| 262 | | | 9/22/17 Email from Amber Ornelas to Lynn Calcote | CORIZON000073277-78 |
| 263 | 6/13/18 | 6/13/18 | 10/12/17 Email from Nicole Taylor to Stephanie Leonard, et al | CORIZON000073418-20 |
| 264 | | | 8/21/17 Email from Sara Neese to Jan Watson | CORIZON000073612 |
| 265 | | | 8/10/17 Email from Pamela Wilson to9 Matilde Smith, et al. | CORIZON000038424-26 |
| 266 | | | 9/26/17 Email from Becky Briddle to Daniel Sego | CORIZON000057682-87 |
| 267 | | | 8/16/17 Email from Roland Maldonado to Lynn Cole | CORIZON000110859-64 |
| 268 | | | 8/7/17 Email from Sara Neese to Jan Watson | CORIZON000073600-01 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 269 | | | 8/21/17 Email from Sara Neese to Jan Watson | CORIZON000073615 CORIZON000073623 |
| 270 | 6-12-18 | 6-12-18 | 12/1/17 Email from Sara Neese to Siji Thomas | CORIZON000073932 |
| 271 | | | 12/1/17 Email from Vanessa Headstram to Benjamin Schmid | CORIZON000055388-90 |
| 272 | | | 10/7/17 Email from Lynn Cole to Richard Watts | CORIZON000109990-91 |
| 273 | | | 11/27/17 Email from Amelia Lizarraga to Maurice Owiti | CORIZON000088189-90 |
| 274 | | | 12/13/17 Email from Benjamin Schmid to Mary Marino, et al. | CORIZON000055626-27 |
| 275 | | | 10/27/17 Email from Cathy Dineen to Daniel Sego | CORIZON000059728-29 |
| 276 | 6-12-18 | 6-12-18 | 12/8/17 Email from Mario Nunez Lozano to Mark Moyers, et al. | CORIZON000051373-81 |
| 277 | 6-13-18 | 6-13-18 | 12/18/17 Email from Eddie Taylor to Nicole Taylor, et al. | CORIZON000090391 |
| 278 | 6-13-18 | 6-13-18 | 12/19/17 Email from John Keck to Stephanie Leonard | CORIZON000090404-05 |
| 279 | 6-13-18 | 6-13-18 | 11/21/17 Email from Lynn Calcote to Jessica Raak | CORIZON000073519 |
| 280 | | | 12/5/17 Email from James Sanchez to Susan Bernard-Davy, et al. | CORIZON000047491-97 |
| 281 | | | 11/0/17 Email from Eddie Taylor to Lynn Calcote | CORIZON000073477 |
| 282 | | | 11/1/17 Email from Cecilia Edwards to Brenda Wayne, et al. | CORIZON000029808-14 |
| 283 | | | 10/31/17 Email from Karen Barcklay to Lori Johnson | CORIZON000029806 |

**PLAINTIFFS' HEARING EXHIBIT LIST**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Number |
|---|---|---|---|---|
| 284 | 6-13-18 | 6-13-18 | March 2018 Tucson CGAR and medical record for Robert Ramirez (142832) | ADCM1517398-99 No Bates number |
| 285 | | | March 2018 Eyman CGAR and medical record for Ruben Bravo (314857) | ADCM1517142 No Bates number |
| 286 | | | December 2017 Tucson CGAR and Medical record for Kuneshawn Fairchild | ADCM1488175-76 No Bates number |
| 287 | | | | |
| 288 | | | | |
| 289 | | | | |
| 290 | | | | |
| 291 | | | | |
| 292 | | | | |
| 293 | | | | |
| 294 | | | | |
| 295 | | | | |
| 296 | | | | |
| 297 | | | | |

140162956.1

**PLAINTIFFS' HEARING EXHIBIT LIST**