UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST - Defendants

___FILED  ___LODGED
___RECEIVED  ___COPY

JUN 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

__X__ Evidentiary Hearing  ____ TRO  ____ Non-Jury Trial  ____ Jury Trial

Case Number: CV-12-0601-PHX-DKD          Date June 12, 13, 14, 2018

Parsons et al          vs. Ryan et al

| NAME | SWORN | APPEARED |
|---|---|---|
| Dr. Rodney Stewart | 3/14/2018 | 6/12/2018 |
| Erin Barlund | 6/12/2018 | 6/12/2018 |
| Lisa McNeal | 6/12/2018 | 6/12/2018 |
| Dr. Nicole Taylor | 6/12/2018 | 6/12/2018, 6/13/2018 |
| Vanessa Headstream | 6/13/2018 | 6/13/2018, 6/14/2018 |