IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

A letter to the Court from Plaintiff Maryanne Chisholm, one of the class representatives, has been placed on the docket (Doc. 2873). The letter makes allegations of retaliation for her role in this case.

**IT IS THEREFORE ORDERED** that Defendants shall file a response to the allegations in the letter within 30 days from the date of this Order.

Dated this 19th day of June, 2018.

_____
David K. Duncan
United States Magistrate Judge