**Index of Exhibits to Defendants' Notice of Compliance with Court Order
(Doc. 2882)**

Exhibit 1        Declaration of Esiquiel Aguilar [filed under seal]

Exhibit 2        Declaration of Jennifer Brooks

Exhibit 3        Declaration of Wendy Eccles [filed under seal]

Exhibit 4        Declaration of Lori Johnson

Exhibit 5        Declaration of Marcela Meza

Exhibit 6        Declaration of Carli Myers

Exhibit 7        Declaration of Sara Neese [filed under seal]

Exhibit 8        Declaration of Dr. Eddie Taylor

Exhibit 9        Declaration of Richard Watts

**EXHIBIT 1**

**EXHIBIT 1**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF ESIQUIEL AGUILAR** |

I, **ESIQUIEL AGUILAR**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I began my employment with the Arizona Department of Corrections (ADC) in 1998 at ASPC-Eyman as a Correctional Officer II. In 2000, I began working at ASPC-Yuma where I promoted to CO III in 2003 and then to CO IV in 2010. In 2013, I became an associate deputy warden at the Yuma complex. In 2015, I was a Compliance Deputy Warden and became Deputy Warden in 2016 at Yuma.

3. I am aware of the *Parsons v. Ryan* litigation and the resulting Stipulation that provides for numerous Performance Measures that govern the delivery of medical, mental health and dental care to the inmates in State-operated prison complexes and as well as Performance Measures that govern conditions of confinement for maximum custody inmates.

4. I am aware of allegations that have been made in this case that Inmate ███ was placed in disciplinary segregation on April 27, 2018, in retaliation for speaking with Plaintiffs' counsel during a Stipulation monitoring tour.

5. Inmate ███ disciplinary write up for possession of narcotics was legitimate and not in retaliation for speaking to Plaintiffs' attorneys in this case.

6. Rather, Inmate ███ self-admitted to possession of the narcotics and was found guilty of the disciplinary violation.

7. The events leading up to the disciplinary are as follows.

8. On April 24, 2018, information came to light that Inmate ███ was in possession of and selling narcotics.

9. An investigation ensued and on April 26, 2018, Inmate ███ was escorted to be searched for contraband.

10. During the escort, Inmate ███ was observed attempting to pass what appeared to be a white medication pill bottle to another unidentified inmate.

11. The pill bottle was recovered and found to contain two pills.

1

12. The bottle and pills were taken to medical to confirm the contents.

13. The pills were identified by medical staff as aspirin and thus Inmate ▮▮▮ was searched with negative results.

14. On April 27, 2018, the pill bottle was given another look in Inmate ▮▮▮ presence prior to returning it to him.

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

16. Inmate ▮▮▮ self-admitted to being the owner of the bottle ▮▮▮▮▮▮▮▮▮▮▮▮▮▮."

17. He further stated that he was simply ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

18. Inmate ▮▮▮ refused to identify the inmate.

19. As a result, he was issued a disciplinary ticket and placed in the Cheyenne Detention Unit under disciplinary review.

20. The conclusion of the investigation was that Inmate ▮▮▮ was selling narcotics at the Cibola Unit for personal gain.

21. On May 1, 2018, Inmate ▮▮▮ was found guilty of a major disciplinary violation for possession of a dangerous drug.

22. On May 2, 2018, Inmate ▮▮▮ was reclassified due to being found guilty of a major disciplinary violation.

23. The classification action resulted in remaining at medium custody and being reviewed for movement based upon his classification.

24. Inmate ▮▮▮, however, was not transferred due to a medical hold until September 2, 2018.

25. On May 20, 2018, he was found unresponsive in his assigned detention cell.

26. Inmate ▮▮▮ was transferred to the hospital and passed away the same day.

27. The Cibola Unit did not receive information concerning who Plaintiffs'

1 counsel were intending to interview during the monitor tour on April 27, 2018, until that
2 day when I received a list of inmate names via email that included Inmate ▇.

3     28. No action was taken against Inmate ▇ for speaking to Plaintiffs'
4 attorneys during the monitoring tour.

5     29. While assigned to the detention unit for an admitted disciplinary rules
6 violation, Inmate ▇ was seen by medical daily.

7     30. Attached hereto as Exhibit 1 are the Information Report, Incident Command
8 Report, and Disciplinary Report that document the admitted to disciplinary violation
9 committed by Inmate ▇.

10     31. Information Report, Incident Command Report, and Disciplinary Report are
11 records generated in the normal course of Arizona Department of Corrections operations
12 and therefore are business records.

13     32. Inmate ▇ conduct compromised the health, safety, and security of
14 the inmate population where possession, sale, and/or barter of medications and drugs
15 poses a legitimate risk of inmate overdoes and/or negative reaction to medication/drugs
16 not prescribed to the inmate by a medical provider.

17     I declare under penalty of perjury that the foregoing is true and correct.
18     Executed this 18th day of June 2018.

_____
ESIQUIEL AGUILAR

3

**EXHIBIT 1**

**EXHIBIT 1**

# ARIZONA DEPARTMENT OF CORRECTIONS
## Information Report

| Report Number | 18-Y09-2451 |
|---|---|
| Report Date | 4/27/2018 |
| Page | 1 of 2 |

| To | Title | Unit |
|---|---|---|
| Celaya, C. | Lt | Cibola |

| From | Title | Unit |
|---|---|---|
| Lossmann, W. | Sgt. | Cibola |

**Subject:** Inmate [REDACTED] 2A investigation

### Staff Involved

| Employee Name (Last, First M.I) | Title | Badge Number |
|---|---|---|
| Lossmann, W. | Sgt. | 3030 |
| | | |

### Intel

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

### Inmates Involved

| Inmate Name (Last, First M.I) | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| [REDACTED] | [REDACTED] | Cibola | 7C21LL | Subject |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1600 | 4/27/2018 | Cibola, Building 1 |

### Summary

On the above date at approximately 1240 hours ICS was initiated due to Inmate [REDACTED] in possession of narcotics [REDACTED]. Approximately [REDACTED] were discovered in [REDACTED]. Inmate [REDACTED] was give disciplinary and will be placed in detention under 2A investigation per DW Aguilar.

| Employee's Signature | Title |
|---|---|
| [signature] | Sgt. |

### Action Taken

**Comments/Action Taken**
Inmate has been seen and cleared by medical staff RN Meza for placement in detention.

| Employee's Signature | Title |
|---|---|
| [signature] | SGT |

| Distribution (Check all that apply) | Entered into Database |
|---|---|
| ☒ SSU | By |
| ☒ COIIS | Date |
| ☐ | |

| Information Report Supplemental Sheet | | Report Number | 18-YO9-2451 |
|---|---|---|---|
| | | Report Date | 4/27/2018 |
| | | Page | 2 of 2 |

| To | | Date | 5/1/18 |
|---|---|---|---|
| Comments/Action Taken | | | |
| Employee's Signature | *Puckett* | Job Title | Lt |

| To | | Date | 5/1/18 |
|---|---|---|---|
| Comments/Action Taken | | | |
| Employee Signature | *Clarken* | Job Title | Cost |

| To | | Date | 5-01-18 |
|---|---|---|---|
| Comments/Action Taken | | | |
| Employee Signature | *[signature]* | Job Title | COIV |

| To | | Date | |
|---|---|---|---|
| Comments/Action Taken | | | |
| Employee Signature | | Job Title | |

| To | | Date | 5/1/18 |
|---|---|---|---|
| Comments/Action Taken | | | |
| Employee Signature | *[signature]* | Job Title | DW |

Distribution (Same as first page)

105-2(e)
8/6/09

2 of 2



# ARIZONA DEPARTMENT OF CORRECTIONS
## Use of Force Report/Incident Command Report

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. PLEASE PRINT LEGIBLY.

| Field | Value |
|---|---|
| REPORT DATE (mm/dd/yyyy) | 04/27/2018 |
| CONTROL NUMBER | 18-Y09-2449 |
| NATURE OF INCIDENT | Dangerous Contraband |
| INCIDENT DATE/TIME (mm/dd/yyyy) | 04/27/2018  1240 |
| FACILITY/UNIT | ASPC-YUMA/CIBOLA |
| LOCATION OF INCIDENT | SSU OFFICE |
| FROM | Navarro, F |
| TITLE | SSU/COII |
| INCIDENT COMMANDER'S NAME | Navarro, F #7022 |
| TIME COMMAND ASSUMED | 1240 |
| RESPONSE | ☒ Type 5  ☐ Type 4  ☐ Type 3  ☐ Type 2  ☐ Type 1  ☐ Local  ☐ Tactical Support Unit (TSU)  ☐ Outside Agency (specify) |
| COMMAND MODE | Initial |
| RECORDER ASSIGNED | ☒ Yes  ☐ No |
| RECORDER'S NAME | COII Gaxiola #6691 |
| LOCKDOWN CALLED | ☐ Yes  ☒ No |
| DATE | |
| TIME | |
| DART ACTIVATED | Date / Time |
| EVIDENCE SECURED | ☒ Yes  ☐ No |
| COMMENTS | |
| VIDEO CAMERA USED | ☐ Yes  ☒ No |
| VIDEO OPERATOR | |
| NOTIFICATIONS INITIATED | Date 04/27/2018  Time 1241 |
| DART ACTIVATED | Date / Time |
| STAGING LOCATION | |
| STAGING MANAGER NAME | |
| COMMAND POST ACTIVATED | Date / Time |
| TACTICAL SUPPORT UNIT ON STANDBY (TSU) | Date / Time |
| TACTICAL SUPPORT UNIT ACTIVATED (TSU) | Date / Time |
| DATE OF NORMAL OPERATIONS | Date 04/27/2018  Time 1308 |
| NOTIFICATIONS COMPLETED | Date 04/27/2018  Time 1241 |
| RELATED REPORTS COMPLETED | ☐ Worksheet  ☐ IMS Evaluation |

| Participants(s) | ADC Number | Unit/Bed | How Involved |
|---|---|---|---|
| | | 7C21 | Subject |
| Navarro, F #7022 | | Cibola/SSU | Incident Command |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Type of Force Used, if any:  ☐ Chemical Agent (State Type)  ☐ Stun Devices  ☐ Cell Extraction  ☐ Other (Explain)

Extent of Injury to Inmate (Use Continuation Sheet, 804-2A Form if necessary)

Treatment Afforded Inmate (Use reverse side if necessary)
☐ To Health Unit for evaluation/treatment -  Time _____
☐ Inmate refuses Health Unit evaluation/treatment

NAME (Last, First M.I.) (Please print) / SIGNATURE OF HEALTH UNIT PROVIDER

Distribution:  Original – Master Record File, Copy – Institutional File, Copy – Offender Operations

804-2(a)
8/7/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Use of Force/Incident Command Report Continuation Sheet

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. PLEASE PRINT LEGIBLY.

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 04/27/2018 | 18-Y09-2449 |

On the above date & approximate time of 1240 hours, I SSU/COII Navarro, F█████ #7022 █████ activated the Incident Command System for dangerous contraband located during a search on ████████ B████ in SSU Office. SSU discovered several ████████████████████████████████████████ ICS was activated for dangerous contraband. At the approximate time of 1245 hours, SSU concluded interview with ██████ & issued disciplinary by SSU Navarro. I SSU/COII Navarro, F█████ 7022 █████, then stood down from the Incident Command System & returned Cibola Unit back to normal operations at 1318 hours. This report was written by SSU/COII Navarro, F█████ #7022 █████ on 04/27/2018 at 1430 hours. End of report.

**REVIEWER COMMENTS:**
Good End.

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| SSU/COII Navarro, F████ #7022 | [signature] | 04/27/2018 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| SGT LOSSMANN, W████ BADGE: 3030 | [signature] | 04/27/2018 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| SGT LOSSMANN, W████ BADGE 3030 | [signature] | 4/27/18 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Trickett, Christine 37564 | [signature] 4/21 | 04/30/2018 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Aguilar, E #8321/34757 | [signature] | 4/30/18 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| | | |
| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
| | | |
| SIGNATURE | | DATE (mm/dd/yyyy) |

Distribution: Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

Page 2 of 2

804-2A
6/7/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Significant Incident Report

*Please type or print in black or blue ink*

| Sir Number | Institution/Facility | Type of Report | | | |
|---|---|---|---|---|---|
| 18-05534 | ASPC-Yuma/Cibola | | | | |
| | Phone Number 9286278871 x 17226 | ☒ Initial | ☐ Follow-Up | ☒ Final | ☐ Supplement |
| Date of Incident April 27, 2018 | Time 1240 | Report Date 4/27/2018 | | | |

**Nature of Incident** *(Check One or More)*

- ☐ Accident(s)
- ☐ After Hours Transport
- ☐ Agency Assist
- ☐ Arrest(s) Employee
- ☐ Arrest(s) Inmate/Offender
- ☐ Assaults
- ☐ Behavior Control
- ☐ Chemical Agent Use
- ☐ Criminal Act(s)
- ☐ Death(s)
- ☐ Disturbance
- ☐ Employee Work Stoppage
- ☐ Escape(s)
- ☐ Fire Crew Deployment
- ☐ Firearm Use
- ☐ Hostage(s)
- ☐ Medical
- ☒ Other
- ☐ PREA
- ☐ Property Damage
- ☐ Self Destructive Behavior
- ☐ Suicide Attempt
- ☐ Weapons Recovery

### Inmates(s) Involved

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | 7C21LL | ■ | | Subject |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### Employee(s) Involved

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Incident Synopsis**
Drugs/ Narcotics recovered

### Agency Notifications Made *(Time)*

| Deputy Warden | Duty Officer | Warden | CIU |
|---|---|---|---|
| 1240 | | | |
| Community Corrections | Probation/Parole Supervisor | Central Office Communications Sgt. Bressette #2387/ ■ | |

### Escape Information

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| | | |

| Transported by ☐ Air ☐ Ambulance ☐ ADC | Company | To |
|---|---|---|
| | | |

Medically Treated By: *(Dr./RN, Enter Name)*
RN Meza

| Initial Report By Lossmann, W■ | Date April 27, 2018 | Time 1655 |
|---|---|---|
| Reporting Official Name and Title *(Please Print)* Sgt. Lossmann, W■ #3030 ■ | Date April 27, 2018 | Time 1655 |

105-3 (e)

**Significant Incident Report – Continued**

| Describe incident in detail (who, what, when, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g. suspects, shakedowns, etc. |
|---|

SIR: 18-05534

Initial/Final: On 4/27/2018 at approximately 1240 hours Cibola went under ICS due to dangerous contraband found on Inmate ███████ ███████ during a target search by SSU. SSU staff discovered █████████ Inmate ████████ had in his pocket. Inmate ████████████ self admitted it was ██████. Inmate was given disciplinary and placed in detention pending a 2A investigation.

This report is for information purposes only and is still subject to verification.

105-3 (e)
8/3/09



# ARIZONA DEPARTMENT OF CORRECTIONS

## Result of Disciplinary Hearing

Y10 / d10

Please PRINT all information

Case Number: 18 Y09 0537

| Field | Value |
|---|---|
| INMATE NAME | [redacted] |
| ADC NUMBER | [redacted] |
| CHARGE | 37B |
| HEARING DATE | 5-1-18 |
| HEARING TIME | 1341 |
| HEARING LOCATION | ASPC-YUMA / CHEYENNE |
| HEARING OFFICER NAME | CPT. Cox, C. 6280 |
| INMATE PLEA | ☒ Guilty ☐ Not Guilty ☐ No Plea |
| STAFF ASSISTANT ASSIGNED | ☐ Yes ☒ No |
| NAME OF STAFF ASSISTANT PROVIDED | Declined |

**WITNESS STATEMENTS USED:** None submitted

**WITNESS STATEMENTS DENIED:** N/A

**FINDINGS OF DHO:** ☐ Informal Resolution ☐ Dismissed ☒ Guilty ☐ Not Guilty ☐ Postponed

**Penalty Assessed for a Felony Violation:**
- ☒ Loss of 30 ERC's
- ☒ 30 Hours Extra Duty
- ☐ Return / Forfeit Contraband Items
- ☐ $ _____ Restitution
- ☒ 30 Days Loss of Privilege
- ☐ Other
- ☒ 30 Days Parole Class III
- ☒ 30 Days Loss of Visits

**Specific Evidence Considered In Finding Of Guilt:**
- ☒ Disciplinary Report
- ☐ Video
- ☒ Admission of Guilt
- ☐ CIRAQ's
- ☒ Information Reports
- ☒ Investigative Reports
- ☐ Lab Results
- ☐ Staff Testimony
- ☐ Copies of Physical Evidence
- ☐ Other

**ADDITIONAL COMMENTS:** Inmate plead Guilty.

DISCIPLINARY HEARING OFFICER SIGNATURE: [signature] 6280   DATE: 5-1-18

I have received a copy of the decision of the Disciplinary Hearing Officer. I understand that I may appeal this decision within 5 (five) calendar days through the Disciplinary Appeal process.

Inmate Signature: I/m waived hearing COIII K Rainy 6908   Date: 5-1-18

WARDEN/DEPUTY WARDEN'S SIGNATURE: [signature]   ☒ Approved ☐ Disapproved ☐ Modified

Distribution: Coordinator to make two copies of form:
Original – Master Record
Copy – CO III, Unit CO IV Grievance Coordinator (If a 17A Disciplinary Violation)
Copy – Institutional File
Copy – Inmate

803-5(e)
11/15/16

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Disciplinary Report

Please PRINT or TYPE all information
Date example: (mm/dd/yyyy)

Y10

Case Number: 18-Y09-0537

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| [redacted] | [redacted] | Y09 |

**CHARGE: GROUP NUMBER AND TITLE**
~~21B- Possession of Drug Paraphernalia~~ 37B- Possession of Drugs or Narcotics

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the Inmate was advised of the charge(s)).

On the below date & approximate time, SSU conducted a search on I/M [redacted]. SSU discovered [redacted] narcotic [redacted] located [redacted]. ICS was activated for dangerous contraband & SSU Navarro, F #7022 orally places Im[redacted] on report at 1245 hours on 04/27/2018. End of report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 04/27/2018 / 1240 | SSU Navarro | NFX2 |

SIGNATURE: [signed]
DATE/TIME COMPLETED: 04/27/2018 / 1245

DISPOSITION: Refer
DATE/TIME REVIEWED: 4/27/18 1410

| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) | SIGNATURE | DATE |
|---|---|---|
| Cruz, J | Cruz J | 4/27/18 |

**II. Delivery of Charge:** I hereby certify that on 04/30/18 at 1540 hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge. @ Y09

Inmate was offered staff assistance and it was:
☐ Accepted   ☒ Declined

| INMATE SIGNATURE | DATE | DELIVERING OFFICER SIGNATURE | DATE |
|---|---|---|---|
| X [redacted] | X 4/30/18 | COIII H Ramy | 04/30/18 |

**III. Report of Investigation**
FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-B)

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| COIII Ramirez, H | H Ramirez 6908 | 04/30/18 |

**IV. Disposition:** This case was handled as:   ☐ Misdemeanor Violation: Reason for finding of guilt:
☐ Felony Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution   ☐ Dismissed/Not Guilty

**Penalty Assessed For A Minor Violation**
☐ ___ Hours Extra Duty   ☐ Reprimand        Other
                         ☐ Return/Forfeit Contraband Items
☐ ___ Days Loss of Privilege

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five calendar days to appeal.

| INMATE SIGNATURE | | DATE/TIME |
|---|---|---|
| | | / |

| COORDINATOR'S NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE/TIME |
|---|---|---|
| | | / |

Distribution: Coordinator to make two copies of form; Original to Master Record, File Copy to Institutional File, Copy to Inmate

803-1
10/18/16