**EXHIBIT 2**

**EXHIBIT 2**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                      Plaintiffs,<br><br>           v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                      Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**DECLARATION OF JENNIFER BROOKS** |

1    I, Jennifer Brooks, hereby declare as follows:

2    1. I have worked for Corizon since January 3, 2018 as a Contract Specialist in
3    Network Development.

4    2. I have personal knowledge of the statements made herein.

5    3. In my role with Corizon, I locate outside specialty providers available to treat
6    inmates at the various prison facilities to which Corizon provides services.

7    4. I started providing assistance to Corizon's Arizona account in March of 2018.

8    5. I had only one substantive interaction with Cecilia Edwards in connection with
9    finding specialty providers for the Yuma Prison Complex. I had this interaction with Ms.
10   Edwards over one phone call and several emails. The substance of the phone call was
11   virtually identical to what we discussed via email. Those emails are attached here as
12   **EXHIBITS A-C.**

13   6. On May 21, 2018, I sent an email to Ms. Edwards to determine whether there were
14   any specialty providers needed for the Yuma prison complex. In my initial outreach to Ms.
15   Edwards, I asked her if there was a need for specialists in the areas of urology, ENT,
16   dermatology, neurology, general surgery or nephrology. I also asked about Yuma's needs
17   in radiology or dialysis services.

18   7. Ms. Edwards responded that Yuma's only specialty need at the time was physical
19   therapy.

20   8. I notified Ms. Edwards that Corizon had recently contracted with Quality Rehab
21   Network, Inc. ("Quality Rehab") to provide physical therapy services. This was a
22   relatively new contract at the time, having been executed around March of 2018.

23   9. When Corizon executes a new contract with a specialty provider, that provider's
24   information is sent to the executives in the field and is added to the provider directory. The
25   information is also kept on file at Corizon's corporate offices.

26   10. Corizon executed a contract with Quality Rehab because Corizon's previous
27   specialty provider, USA Physical Therapy, was often overbooked and could not meet
28   Corizon's needs. Therefore, I conducted a statewide search for another provider, leading

1

1  to Corizon contracting with Quality Rehab in March of 2018.

2      11. After I informed Ms. Edwards of the new contract, she stated that Quality Rehab

3  was the best provider of physical therapy in Yuma and did not raise any other concerns

4  about physical therapy or any other specialty area to me.

5      12. To the best of my knowledge, I had no other interactions with Ms. Edwards during

6  her time with Corizon or thereafter.

7      13. In my experience with negotiating contracts with outside providers, I have learned

8  Corizon experiences several difficulties.  Many outside providers will not accept the type

9  of insurance to which we are constrained, Medicaid, through the Arizona Health Care Cost

10  Containment System ("AHCCCS").  Due to this constraint, many providers refuse to

11  provide services to Corizon's patients.

12      14. Additionally, many providers are not comfortable providing services to inmates in

13  general.  Many providers do not like the security measures that must be taken when

14  inmates come into their offices.  For these reasons, many outside providers deny providing

15  services to Corizon's patients.

16      15. The difficulties experienced in negotiating outside provider agreements, as

17  described above, are not contained to any one particular specialty area, but are common

18  regardless of the specialty service being sought.

19      I declare under penalty of perjury that the foregoing is true and correct.

21  _Jennifer Brooks_  6/15/18
    Jennifer Brooks

**EXHIBIT A**

**EXHIBIT A**

**Elaine Percevecz**

| | |
|---|---|
| **From:** | Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com> |
| **Sent:** | Tuesday, June 12, 2018 11:52 AM |
| **To:** | Finger, Jennifer |
| **Subject:** | FW: AZ- Yuma_ Network Development  Specialty Outreach |
| **Attachments:** | image001.jpg; image002.png |

From: Edwards, Cecilia
Sent: Monday, May 21, 2018 4:09 PM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com>; Villicana, Monica <Monica.Villicana@corizonhealth.com>
Cc: Braden, Erica <Erica.Braden@corizonhealth.com>; Copeland, Carla <Carla.Copeland@corizonhealth.com>
Subject: RE: AZ- Yuma_ Network Development Specialty Outreach

Good Afternoon,

We are not in need of Neurology.  ABC Neurology Dr Bapu Aluri is willing and capable of treating our patients very well and will also do EMG as outpatient.

We are still able to use Yuma Nephrology as well.

We are also in need of Physical Therapy and I had mentioned last year to Jim Taylor that I felt our patients may benefit from an PT coming onsite 2 times a week or so to see our patients. Some of our patients have up to 18 visits and they have to be transported to USA PT in Phoenix.  We have a ton of traveling Physical Therapists here in Yuma.

I believe that is it.

Thank you,

Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally privileged information and are intended only for the addressee(s).  The information contained herein may be confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized recipient of this information is prohibited from disclosing information to any other party unless required or allowed to do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately by e-mail or telephone and delete the message.

From: Brooks, Jennifer
Sent: Monday, May 21, 2018 1:36 PM
To: Edwards, Cecilia; Villicana, Monica
Cc: Braden, Erica; Copeland, Carla

Subject: AZ- Yuma_ Network Development Specialty Outreach

Good afternoon Ceci and Monica:

I been tasked to find certain Specialty Providers for your complex, and I would like to verify if some of the specialties which were needed at the beginning of the year are still a deficiency, OR if there is no longer an urgent need for that type of provider.

Please also tell us if there is a need  for radiology or dialysis services ( on-site or off-site).

This is the  list of specialties that we show still being needed.


*      Urology

*      ENT

*      Dermatology

*      Neurology

*      General Surgery

*      Nephrology

If you are currently utilizing  a specialist/group providing said specialty without any issues, please provide their information so we will not reach out to them in our recruiting efforts.

Thanks,

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

**EXHIBIT B**

**EXHIBIT B**

**Elaine Percevecz**

---

| | |
|---|---|
| **From:** | Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com> |
| **Sent:** | Tuesday, June 12, 2018 11:51 AM |
| **To:** | Finger, Jennifer |
| **Subject:** | FW: PHYSICAL THERAPY _ AZ- Yuma_ Network Development  Specialty Outreach |
| **Attachments:** | image001.jpg; image002.png; image003.png |


From: Edwards, Cecilia
Sent: Tuesday, May 22, 2018 9:52 AM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Oh perfect!! Yes this was last year when I asked. Thank you so much. They are our best PT provider in Yuma!

Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health
Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally
privileged information and are intended only for the addressee(s).  The information contained herein may be
confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized
recipient of this information is prohibited from disclosing information to any other party unless required or allowed to
do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received
this information in error, please notify the sender immediately by e-mail or telephone and delete the message.


From: Brooks, Jennifer
Sent: Tuesday, May 22, 2018 7:51 AM
To: Edwards, Cecilia; Villicana, Monica
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

The owner signed our contract in March (see attached) If they give you push-back, I will call them.

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Edwards, Cecilia
Sent: Tuesday, May 22, 2018 9:47 AM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>>; Villicana, Monica <Monica.Villicana@corizonhealth.com<mailto:Monica.Villicana@corizonhealth.com>>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

That is interesting, that is who I spoke with, my son gets his therapy there and they said no. I will call them again.

Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally privileged information and are intended only for the addressee(s).  The information contained herein may be confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized recipient of this information is prohibited from disclosing information to any other party unless required or allowed to do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately by e-mail or telephone and delete the message.

From: Brooks, Jennifer
Sent: Tuesday, May 22, 2018 5:42 AM
To: Edwards, Cecilia; Villicana, Monica
Subject: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Please note that QUALITY REHAB NETWORK, INC.  is contracted.

Foothills Office
11509 S. Fortuna Rd.
Yuma, AZ 85367
928-342-8767

Somerton Office
725 E. Main St.
Somerton, AZ 85350
(928) 627-0644
Fax (928) 627-0624

Yuma Office
1951 W. 25th Street.
Yuma, AZ 85364
(928) 726-7900
Fax (928) 726-7901

San Luis Office
1910 E. Juan Sanchez Blvd 2/Ste. 3
San Luis, AZ 85349
(928)550-5148

Fax (928) 550-5189

Office Hours:
Monday-Friday 8am-5pm


Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Brooks, Jennifer
Sent: Monday, May 21, 2018 3:36 PM
To: Edwards, Cecilia <Cecilia.Edwards@corizonhealth.com<mailto:Cecilia.Edwards@corizonhealth.com>>; Villicana,
Monica <Monica.Villicana@corizonhealth.com<mailto:Monica.Villicana@corizonhealth.com>>
Cc: Braden, Erica <Erica.Braden@corizonhealth.com<mailto:Erica.Braden@corizonhealth.com>>; Copeland, Carla
<Carla.Copeland@corizonhealth.com<mailto:Carla.Copeland@corizonhealth.com>>
Subject: AZ- Yuma_ Network Development Specialty Outreach

Good afternoon Ceci and Monica:

I been tasked to find certain Specialty Providers for your complex, and I would like to verify if some of the specialties
which were needed at the beginning of the year are still a deficiency, OR if there is no longer an urgent need for that
type of provider.

Please also tell us if there is a need  for radiology or dialysis services ( on-site or off-site).

This is the  list of specialties that we show still being needed.


*        Urology

*        ENT

*        Dermatology

*        Neurology

*        General Surgery

*        Nephrology

If you are currently utilizing  a specialist/group providing said specialty without any issues, please provide their
information so we will not reach out to them in our recruiting efforts.

Thanks,

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

**EXHIBIT C**

**EXHIBIT C**

**Elaine Percevecz**

| | |
|---|---|
| **From:** | Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com> |
| **Sent:** | Tuesday, June 12, 2018 11:47 AM |
| **To:** | Finger, Jennifer |
| **Subject:** | FW: PHYSICAL THERAPY _ AZ- Yuma_ Network Development  Specialty Outreach |
| **Attachments:** | image001.jpg; image002.png; image003.png |

From: Edwards, Cecilia
Sent: Monday, June 04, 2018 2:38 PM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com>; Villicana, Monica <Monica.Villicana@corizonhealth.com>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Yuma Pulmonary Associates
No reviews * Doctor
2281 W 24th St * (928) 344-0810
Directions<https://www.google.com/maps/dir/''/Yuma+Pulmonary+Associates,+2281+W+24th+St,+Yuma,+AZ+85364/d
ata=!4m5!4m4!1m0!1m2!1m1!1s0x80d6f61db431c6bf:0x400d88c47dc4b8d2?sa=X&ved=0ahUKEwi2qLyz4LrbAhUp2oM
KHcFSDjIQiBMISTAA>

Dr. Abdulkadir Hourani, MD
2.7 (7) * Pulmonologist
2051 W 25th St Suite C * (928) 344-4111
Open now

Neelappa Mallappa MD
2.5 (2) * Doctor
2281 W 24th St Suite #1 * (928) 344-0810 Open now

Here are our docs...Monica spoke with the main YRMC hospital but the office is at the hospital so we want to make sure
you check on a "hospital fee" due to the physical location being IN the hospital.

Thank you!
Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health
Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally
privileged information and are intended only for the addressee(s).  The information contained herein may be
confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized
recipient of this information is prohibited from disclosing information to any other party unless required or allowed to
do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received
this information in error, please notify the sender immediately by e-mail or telephone and delete the message.

From: Brooks, Jennifer
Sent: Monday, June 04, 2018 12:34 PM
To: Edwards, Cecilia; Villicana, Monica
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Thanks Ceci.

I will contact them to see if they will schedule our members.

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Edwards, Cecilia
Sent: Monday, June 04, 2018 2:32 PM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>>; Villicana,
Monica <Monica.Villicana@corizonhealth.com<mailto:Monica.Villicana@corizonhealth.com>>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Our 2 here in Yuma are Dr Hourani and Dr Shaw

Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health
Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally
privileged information and are intended only for the addressee(s).  The information contained herein may be
confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized
recipient of this information is prohibited from disclosing information to any other party unless required or allowed to
do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received
this information in error, please notify the sender immediately by e-mail or telephone and delete the message.

From: Brooks, Jennifer
Sent: Monday, June 04, 2018 12:26 PM
To: Villicana, Monica; Edwards, Cecilia
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

These folks declined to see our patients too,  so I will start to look for a replacement.

Ariana M. Galarza

Pulmonary Associates
Administration
P: 602-559-9479 x 1123
F: 602-254-6840
a.galarza@pulmonaryassociates.com<mailto:a.galarza@pulmonaryassociates.com>


Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Villicana, Monica
Sent: Monday, June 04, 2018 2:20 PM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>>; Edwards,
Cecilia <Cecilia.Edwards@corizonhealth.com<mailto:Cecilia.Edwards@corizonhealth.com>>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Good afternoon, just letting you know that I sent an inmate over to Arizona Pulmonary Specialists and they said they are
no longer seeing inmates, so just wondering if you have anyone else I can send this inmate too.

From: Brooks, Jennifer
Sent: Tuesday, May 22, 2018 9:55 AM
To: Villicana, Monica; Edwards, Cecilia
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Awesome news!!  :)

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Villicana, Monica
Sent: Tuesday, May 22, 2018 11:54 AM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>>; Edwards,
Cecilia <Cecilia.Edwards@corizonhealth.com<mailto:Cecilia.Edwards@corizonhealth.com>>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

I'm so excited to know we can send our guys locally for Physical Therapy I did call them and already scheduled 2 guys with them, they are so happy and excited to be able to help us. So thanks again for your help.

From: Brooks, Jennifer
Sent: Tuesday, May 22, 2018 7:51 AM
To: Edwards, Cecilia; Villicana, Monica
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

The owner signed our contract in March (see attached) If they give you push-back, I will call them.

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>

From: Edwards, Cecilia
Sent: Tuesday, May 22, 2018 9:47 AM
To: Brooks, Jennifer <Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>>; Villicana, Monica <Monica.Villicana@corizonhealth.com<mailto:Monica.Villicana@corizonhealth.com>>
Subject: RE: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

That is interesting, that is who I spoke with, my son gets his therapy there and they said no. I will call them again.

Cecilia Edwards
[http://mycorizon.corizonhealth.com/departments/BusDev/Shared Documents/Corizon Health Logos/Corizon_Health_black.jpg] Clinical Coordinator ASPC Yuma Complex
Phone: (928) 627-8871 EXT 17004
Fax: (928) 627-6882
Cecilia.edwards@corizonhealth.com<mailto:Cecilia.edwards@corizonhealth.com>

CONFIDENTIALITY NOTICE: This message and any included attachments my contain private, confidential and or legally privileged information and are intended only for the addressee(s).  The information contained herein may be confidential under the attorney/ client privilege, and or the quality assurance and peer review privilege.  The authorized recipient of this information is prohibited from disclosing information to any other party unless required or allowed to do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately by e-mail or telephone and delete the message.

From: Brooks, Jennifer
Sent: Tuesday, May 22, 2018 5:42 AM
To: Edwards, Cecilia; Villicana, Monica
Subject: PHYSICAL THERAPY _ AZ- Yuma_ Network Development Specialty Outreach

Please note that QUALITY REHAB NETWORK, INC.  is contracted.

Foothills Office
11509 S. Fortuna Rd.
Yuma, AZ 85367
928-342-8767

Somerton Office
725 E. Main St.
Somerton, AZ 85350
(928) 627-0644
Fax (928) 627-0624

Yuma Office
1951 W. 25th Street.
Yuma, AZ 85364
(928) 726-7900
Fax (928) 726-7901

San Luis Office
1910 E. Juan Sanchez Blvd 2/Ste. 3
San Luis, AZ 85349
(928)550-5148
Fax (928) 550-5189

Office Hours:
Monday-Friday 8am-5pm


Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>


From: Brooks, Jennifer
Sent: Monday, May 21, 2018 3:36 PM
To: Edwards, Cecilia <Cecilia.Edwards@corizonhealth.com<mailto:Cecilia.Edwards@corizonhealth.com>>; Villicana,
Monica <Monica.Villicana@corizonhealth.com<mailto:Monica.Villicana@corizonhealth.com>>
Cc: Braden, Erica <Erica.Braden@corizonhealth.com<mailto:Erica.Braden@corizonhealth.com>>; Copeland, Carla
<Carla.Copeland@corizonhealth.com<mailto:Carla.Copeland@corizonhealth.com>>
Subject: AZ- Yuma_ Network Development Specialty Outreach

Good afternoon Ceci and Monica:

I been tasked to find certain Specialty Providers for your complex, and I would like to verify if some of the specialties
which were needed at the beginning of the year are still a deficiency, OR if there is no longer an urgent need for that
type of provider.

5

Please also tell us if there is a need  for radiology or dialysis services ( on-site or off-site).

This is the  list of specialties that we show still being needed.


*          Urology

*          ENT

*          Dermatology

*          Neurology

*          General Surgery

*          Nephrology

If you are currently utilizing  a specialist/group providing said specialty without any issues, please provide their information so we will not reach out to them in our recruiting efforts.

Thanks,

Jennifer Brooks
Contract Specialist
Network Development

[cid:image001.png@01D19BC7.C62F7090]
Phone: 615.376.1375
Fax: 629.333.7216
E-Mail: Jennifer.Brooks@corizonhealth.com<mailto:Jennifer.Brooks@corizonhealth.com>
103 Powell Court | Suite 400 | Brentwood, TN 37027-5079
http://www.CorizonHealth.com<http://www.CorizonHealth.com>