**EXHIBIT 3**

**EXHIBIT 3**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Jacob B. Lee, Bar No. 030371
Kevin R. Hanger, Bar No. 027346
Timothy M. Ray, Bar No. 029191
Richard M. Valenti, Bar No. 031533
Jamie D. Guzman, Bar No. 022095
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF WENDY ECCLES** |

1    I, **WENDY ECCLES**, make the following Declaration:

2    1.    I am over the age of 18 years and have personal knowledge of and am
3    competent to testify to the matters set forth in this Declaration.

4    2.    I began employment with the Arizona Department of Corrections (ADC) on
5    October 27, 1997, as a COII at ASPC-Eyman/Cook Unit.

6    3.    In August 2000, I was promoted to a COIII at ASPC-Eyman/Meadows and
7    SMU-I Units.

8    4.    In November 2004, I left ADC briefly and returned in August 2005 as a
9    COII at ASPC-Eyman/SMU-I Unit.

10   5.    In 2006, I was promoted to a COIII at ASPC-Eyman/SMU-I and Meadows
11   Units.

12   6.    In February 2013, I was promoted to a COIV at ASPC-Eyman.

13   7.    In February 2015, I was promoted to Assistant Deputy Warden at ASPC-
14   Phoenix.

15   8.    In May 2016, I was promoted to Deputy Warden at ASPC-Perryville.

16   9.    In June 2017, I was promoted to Deputy Warden at ASPC-Perryville/Santa
17   Cruz Unit.

18   10.   In August 2017, I was promoted to Deputy Warden at ASPC-
19   Phoenix/Alhambra Unit.

20   11.   I am two classes away from completing my Bachelor's Degree in Criminal
21   Justice Administration with a Minor in Corrections Administration.  My anticipated
22   graduation date is September 7, 2018.

23   12.   As part of my duties, I am aware of and keep current with the status of the
24   *Parsons v. Ryan* litigation.

25   13.   I am aware that the Stipulation provides for numerous Performance
26   Measures that govern the delivery of medical, mental health, and dental care to the
27   inmates in State-operated prison complexes.

28

1

1    14.    I am aware that Corizon's compliance with the Stipulation Performance

2    Measures is monitored and reported on by the Arizona Department of Corrections Health

3    Services Contract Monitoring Bureau.

4    15.    I am also specifically aware of the nine Stipulation Maximum Custody

5    Performance Measures that govern conditions of confinement for maximum custody

6    inmates.

7    16.    The Wardens of each complex incarcerating maximum custody inmates

8    monitor and report compliance with the Stipulation on the Maximum Custody

9    Performance Measures, with assistance of the Deputy Wardens of Operations and Deputy

10   Wardens at each complex.

11   17.    As part of my duties, I attend monthly Maximum Custody Wardens'

12   meetings at which we are provided a monthly status report regarding the *Parsons*

13   litigation by counsel for ADC.

14   18.    From August 2017 (when I started at ASPC-Phoenix as Deputy Warden)

15   through March 2018 (when Angela Fischer ended her employment with Corizon), I had

16   occasion to interact with Angela Fischer, who was a Psychology Associate assigned to

17   ASPC-Phoenix.

18   19.    It is my understanding that Ms. Fischer voluntarily ended her employment

19   with Corizon in March 2018.

20   20.    While Ms. Fischer and I were both working at ASPC-Phoenix from August

21   2017 to March 2018, Ms. Fischer regularly attended and participated in weekly meetings

22   in which ASPC-Phoenix correctional operations personnel met with Corizon's mental

23   health team.

24   21.    Ms. Fischer also periodically made written reports regarding correctional

25   operations at ASPC-Phoenix.

26   22.    Ms. Fischer is aware, through training and experience at ASPC-Phoenix,

27   that the appropriate manner in which to report an incident that involves correctional

28   operations is to complete an ADC Information Report ("IR").

2

1      23.    To appropriately complete an IR, an ADC or Corizon employee must call

2 the Yard Officer to obtain an official IR report number, complete and print the IR, and

3 submit it by hand to the Yard Officer. The Yard Officer is located near the entrance/exit

4 into the complex, and Corizon employees must pass by/near the Yard Office as the

5 employee enters or exits the complex.

6      24.    The Yard Officer collects IRs submitted daily, and the IRs are provided to

7 me to review daily.

8      25.    On a daily basis, I review the IRs and determine appropriate review,

9 investigation where indicated, and action taken.

10      26.    IRs that are submitted to me via email or without an IR number obtained

11 from the Yard Officer are not appropriately submitted, and if provided to me in this

12 manner, I give direction as to the proper procedure for submission.

13      27.    During the time period of August 2017 through March 2018, Angela Fischer

14 submitted several formal IRs regarding correctional operations.

15      28.    In IR No. 5014 (dated 8/4/2017) attached hereto as Exhibit 1 (Defendants'

16 Evidentiary Hearing Exhibit 700), Ms. Fischer indicated that an inmate reported to her

17 that he had been assaulted by a staff member. Ms. Fischer noted "no observable mark on

18 the IM" and that she "requested that the IM be seen by medical and was informed that

19 medical had already seen the inmate." This IR is a report generated in the normal course

20 of ADC operations by ADC and/or Corizon employees during the normal course of their

21 duties and therefore is a business record of ADC.

22      29.    Security video was reviewed, and it was determined that the officer did not

23 kick the inmate, but, rather, the inmate was taken to the ground during a use of force. (Id.

24 at 2).

25      30.    As Deputy Warden, I reviewed the report and incident and found that the

26 "Inmate showed no signs of assault. He was refusing directives at the time he hit the

27 officer in the face." (Id.)

28

1      31.    On 8/10/17, Ms. Fischer submitted IR 17-B06-5223, attached hereto as

2  Exhibit 2 (Defendants' Evidentiary Hearing Exhibit 701). This IR is a report generated in

3  the normal course of ADC operations by ADC and/or Corizon employees during the

4  normal course of their duties and therefore is a business record of ADC.

5      32.    In this 8/10/17 IR, Ms. Fischer reported that an inmate threatened to kill her

6  and her family. (Id.)

7      33.    As Deputy Warden, I reviewed the report and incident. The inmate was put

8  on mental health watch for decompensation and self-harm. (Id. at 2.)

9      34.    On 8/18/17, Ms. Fischer submitted IR 17-B06-5336, attached hereto as

10  Exhibit 3 (Defendants' Evidentiary Hearing Exhibit 702). This IR is a report generated in

11  the normal course of ADC operations by ADC and/or Corizon employees during the

12  normal course of their duties and therefore is a business record of ADC.

13      35.    In this 8/18/17 IR, Ms. Fischer reported what she deemed to be

14  inappropriate officer behavior. Specifically, she reported that the day before, she heard a

15  male voice say "You know I love you" and observed the officer hand an inmate a packet

16  that appeared to be hot sauce, then turn and walk away from the inmate's cell. (Id.)

17      36.    As Deputy Warden, I reviewed the report and incident, referred the IR to

18  ADC's Criminal Investigations Unit (CIU), and prepared a PREA (Prison Rape

19  Elimination Act) packet. (Id. at 2.)

20      37.    I am personally aware, as Deputy Warden, that the allegation made against

21  the officer was deemed unfounded by CIU and no action was taken against the officer.

22  The inmate also denied any inappropriate conduct by the officer.

23      38.    On 2/15/18, Ms. Fischer submitted IR 18-B06-1125, attached hereto as

24  Exhibit 4 (Defendants' Evidentiary Hearing Exhibit 703). This IR is a report generated in

25  the normal course of ADC operations by ADC and/or Corizon employees during the

26  normal course of their duties and therefore is a business record of ADC.

27      39.    In this 2/15/18 IR, Ms. Fischer reported a sleeping officer and inmate out of

28  cell with restraints. (Id.)

4

1    40.    Specifically, Ms. Fischer reported that she walked into Quiet and into the

2  control room and found an officer asleep in the chair.  She alleged that same date that the

3  same officer brought the inmate out of medical office with no restraints.  (Id.)

4    41.    As Deputy Warden, I reviewed the report and incident.  I also personally

5  reviewed security camera footage.  At no time was the officer asleep.  As to the allegation

6  that the inmate was later unrestrained, staff was directed that inmates must be restrained.

7  (Id. at 2.)

8    42.    On March 7, 2018, Ms. Fischer also made a report via email of a

9  correctional officer sleeping in a control room.  Attached hereto as Exhibit 5 is email

10  correspondence between me and Ms. Fischer regarding her report.  Upon receipt of her

11  report, a review of security cameras was done, revealing no evidence of an officer

12  sleeping in the control room.

13    43.    If a report that an officer is sleeping while on duty is substantiated,

14  appropriate action is taken against the officer.

15    44.    As Deputy Warden, I do not accept sleeping while on duty, as such conduct

16  compromises the safety and security of the inmate population and personnel.

17    45.    On 10/17/2017, an inmate in Quiet Ward engaged in self-harm while on

18  watch by attempting to hang himself with a torn piece of bedsheet around his neck while

19  sitting next to the sink/toilet outside the immediate view (for restroom use privacy

20  reasons) of the officer stationed in front of the inmate's cell.  See Use of Force

21  Report/Incident Command Report No. 17-B06-6832 dated 10/17/17 at 1-3, attached

22  hereto as Exhibit 6 (Defendants' Evidentiary Hearing Exhibit 704).  This Report was

23  generated in the normal course of ADC operations by ADC and/or Corizon employees

24  during the normal course of their duties and therefore is a business record of ADC.

25    46.    The inmate's conduct was observed by correctional personnel from the

26  security cameras that provide an additional view into the cell different from the officer

27  physically stationed outside the cell.  (Id. at 1-8.)

28

47.   The incident was detected, and correctional officers responded and cut the tie from the inmate's neck.  The inmate survived the incident and was transported to the hospital for evaluation.  (Id. at 3, 11.)

48.   I am personally aware, based upon review of the incident, that an officer monitoring a security camera view of the inside of the inmate's cell observed the inmate's attempt to hang himself.

49.   I am also personally aware that at the time of the incident no ADC or Corizon employees alleged that any officers participating in conducting watch upon the inmate fell asleep – nor has an official report of such nature been made since the incident.

50.   Had such allegation been made, the officer would have been investigated.

51.   There is no verifiable allegation or information that the officer stationed outside of the inmate's cell fell asleep, causing or contributing to the inmate's hanging attempt.

52.   I recall that Ms. Fischer reported that she had observed gnats, insects, and mice feces at ASPC-Phoenix.  In response, I advised her that ADC employs a monthly extermination service to address such complaints.

53.   I am not aware of an excessive insect or rodent infestation at ASPC-Phoenix that compromises the health and safety of personnel or the inmate population.

54.   On 1/2/18, Ms. Fischer reported to me via email correspondence, attached hereto as Exhibit 7 (see also Doc. 2763-5 filed 4/13/18 Page 14 of 19), that there was a strong smell of urine on Quiet coming from an empty cell, that clothes were strewn about, trash was overflowing, and the inmates needed towels.

55.   I responded to Ms. Fischer's concerns and directed correctional personnel to rectify the complaints, which was done.

56.   Unfortunately, inmates at times urinate and defecate in their cells, and may spread feces in their cells.  Correctional personnel are tasked with cleanup, which requires removal of the inmate from the cell (and at times the inmate may not be willing to voluntarily vacate the cell) and diversion of correctional personnel from their normal

1    duties to clean the cells.

2        57.    The cleaning of urine and/or feces from the cells occurs at the soonest

3   opportunity. However at times there may be a delay as inmate safety, security, required

4   movement, and response to emergencies takes priority.

5        58.    Cells with urine or feces are not permitted to remain in such condition nor

6   are new inmates rehoused into cells in such a condition prior to thorough cleaning.

7       I declare under penalty of perjury that the foregoing is true and correct.

8       Executed this 19th day of June 2018.

WENDY ECCLES

7

# EXHIBIT 1

# (REDACTED)

## ARIZONA DEPARTMENT OF CORRECTIONS
### Information Report

| | | |
|---|---|---|
| **Report Number** | 5014 | |
| **Report Date** | 8/4/2017 | |
| **Page** | 1 | |

| To | Title | Unit |
|---|---|---|
| SHIFT COMMANDER | SHIFT COMMANDER | ASPC-PHOENIX - BAKER |
| **From** | **Title** | **Unit** |
| FISCHER, ANGELA | PSYCH ASSOCIATE | ASPC-PHOENIX GEORGE WARD |

**Subject**

ALLEGED INMATE ASSAULT BY STAFF

### Staff Involved

| Employee Name (Last, First M.I) | Title | Badge Number |
|---|---|---|
| FISCHER, ANGELA | PSYCH ASSOCIATE | 01002337 |
| Employee Name (Last, First M.I) | Title | Badge Number |

### Intel

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| **Source Type** | | **Source's Last Name** | **Source's ADC Number** |

### Inmates Involved

| Inmate Name (Last, First M.I) | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| ███████ | ███████ | ███ | ██ | |
| Inmate Name (Last, First M.I) | ADC Number | Unit | HU/BED | Involved As |

| Time | Date | Location |
|---|---|---|
| 8:30AM | 8/1/2017 | Baker Ward |

### Summary

**Summary**

On the above date at approximately 8:30AM, the writer met with IM ████ cell side. When TW asked the IM what happened that caused him to be locked down he said. "He hit me." An ICS had been called on this inmate just before this for this IM refusing to follow directions and for striking an officer. After further discussion with the IM about the incident, the IM said, "He hit me first." IM pointed to his left check to show TW where he had been hit. There was no observable mark on the IM. TW requested that the IM be seen by medical and was informed that medical had already seen the IM.

| Employee's Signature | Title |
|---|---|
| *[signature]* | Angela Fischer, LPC, CCHP<br>Psychology Associate |

### Action Taken

| Comments/Action Taken | *Report recieved for information - Refer to admin for Review* |
|---|---|

| Employee's Signature | Title |
|---|---|
| *[signature]* | Lt. |

| Distribution (Check all that apply) | Entered Into Database |
|---|---|
| ☑ DW | By |
| ☐ | Date |
| ☐ | |

105-2(e)
8/6/09

1 of 2

COPY

**Information Report Supplemental Sheet**

| Report Number | 12-B00-5014 |
|---|---|
| Report Date | 8-4-12 |
| Page | 2 |

| To | Date |
|---|---|
| | 8/7/12 |

**Comments/Action Taken** Reviewed Video. ▮▮▮▮▮ did not kick the inmate The inmate was taken to the ground during a use of force.

| Employee's Signature | Job Title |
|---|---|
| CH Hinsly | Sgt |

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|
| | 8-7-17 |

**Comments/Action Taken** Inmate showed no signs of assault. He was refusing directives at the time he hit the officer in the face -

| Employee Signature | Job Title |
|---|---|
| | DW |

Distribution (Same as first page)

105-2(e)
8/6/09

2 of 2

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 2

# (REDACTED)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

Report Number 17-B06-5223

Report Date 8/10/2017

Page 2 of 2

| To SHIFT COMMANDER | Title | Unit |
|---|---|---|
| From PA Fischer | Title Psychology Associate | Unit BAKER |

Subject
Threat to employee

**Staff Involved**

| Employee Name (Last, First M I.) Fischer, A. | Title Psychology Associate | Badge Number 01002337 |
|---|---|---|
| Employee Name (Last, First M I.) Aaron, J. | Title Psych Tech | Badge Number |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | Source's Last Name | | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M I.) | ADC Number | Unit Baker | HU/BED | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time 09:20 | Date 08/10/2017 | Location Baker Ward - Provider Office |
|---|---|---|

**Summary**

At approximately 9:20am on 8/10/2017, during his individual counseling session IM ████████ M threatened to kill TW ████. ████ Psych Tech Aaron was present in the room and heard the threat as well.

Employee's Signature _[signature]_  Angela Fischer, LPC, CCHP  Psychology Associate

Title  PSYCH ASSOCIATE

**Comments/Action Taken**

Information

| Employee's Signature _[signature]_ | Title Sgt |
|---|---|

Distribution (Check all that apply)
☐ _____
☐ _____
☐ _____

Entered into Database
By _____
Date _____

1 of 2

105-2
8/6/09

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Information Report Supplemental Sheet**

Report Number _17-806-5258_
Report Date _8-14-17_
Page _2 of 2_

| To | Date |
|---|---|
| | 8/15/17 |

**Comments/Action Taken**

Reviewed

| Employee's Signature | Job Title |
|---|---|
| H. Dussel | Capt |

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee's Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee's Signature | Job Title |
|---|---|

| To | Date |
|---|---|
| | 8-14-17 |

**Comments/Action Taken**

Inmate on mental health watch, for decompensation and self harm.

| Employee's Signature | Job Title |
|---|---|
| | Au |

Distribution *(Same as first page)*

2 of 2

105-2
8/6/09

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 3

# (REDACTED)

| ARIZONA DEPARTMENT OF CORRECTIONS | | Report Number | 17-B06-5336 |
|---|---|---|---|
| | | Report Date | 08/18/2017 |
| **Information Report** | | Page | 1 |

| To | Title | Unit |
|---|---|---|
| SHIFT COMMANDER | SHIFT COMMANDER | ASPC-PHOENIX - BAKER |
| From | Title | Unit |
| PA FISCHER | PSYCH ASSOCIATE | ASPC-PHOENIX BAKER WARD |

| Subject |
|---|
| INAPPROPRIATE OFFICER BEHAVIOR |

| Staff Involved | | |
|---|---|---|
| Employee Name *(Last, First M.I)* | Title | Badge Number |
| FISCHER, ANGELA | PSYCH ASSOCIATE | 01002337 |
| Employee Name *(Last, First M.I)* | Title | Badge Number |

| Intel | |
|---|---|
| Intelligence Category 1 | Intelligence Category 2 |
| | |
| Source Type | Source's Last Name | Source's ADC Number |

| Inmates Involved | | | | | |
|---|---|---|---|---|---|
| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |
| | | GEORGE | | |
| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |

| Time | Date | Location |
|---|---|---|
| 1430 | 8/17/2017 | GEORGE WARD |

| Summary |
|---|

**Summary**

On 8/17/2017 at approximately 2:30pm, I heard a male voice say, "You know I love you." as I was walking from the group room to the officer's control room. When I turned the corner I observed a tall possibly Hispanic corrections officer, who appeared to be supervising construction workers on George Ward, hand IM ▇▇▇ a packet that appeared to be some sort of condiment, perhaps hot sauce, through the open trap and then turn and walk away from the IM's cell. I believe the officer's name is COII ▇▇▇

| Employee's Signature | Angela Fischer, LPC, CCHP Psychology Associate | Title | PSYCH ASSOCIATE |
|---|---|---|---|

| Action Taken |
|---|

**Comments/Action Taken**

Submitted for review

| Employee's Signature | Title |
|---|---|
| | 2— |

| Distribution *(Check all that apply)* | Entered Into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

105-2(a)
8/6/09

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Information Report Supplemental Sheet**

| | |
|---|---|
| Report Number | 17-D06-5336 |
| Report Date | 8/18/2017 |
| Page | 2 |

| To | Date |
|---|---|
| | 8/21/17 |

**Comments/Action Taken**

Received

| Employee's Signature | Job Title |
|---|---|
| H. Huse | Sgt |

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken** Information forwarded to CIU/PRLa Packet Completed

| Employee Signature | Job Title |
|---|---|

Distribution (Same as first page)

105-2(a)
8/8/09

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 4**

**(REDACTED)**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report** COPY

| Report Number | 1B-806-1125 |
|---|---|
| Report Date | 2/15/2018 |
| Page | 1 |

| To | Title | Unit |
|---|---|---|
| SHIFT COMMANDER | SHIFT COMMANDER | ASPC-PHOENIX - QUIET |

| From | Title | Unit |
|---|---|---|
| PA Fischer | PSYCH ASSOCIATE | ASPC-PHOENIX QUIET WARD |

| Subject |
|---|
| SLEEPING OFFICER/INMATEOUT OF CELL WITHOUT RESTRAINTS |

### Staff Involved

| Employee Name *(Last, First M.I)* | Title | Badge Number |
|---|---|---|
| FISCHER, A. | PSYCH ASSOCIATE | 01002337 |
| Employee Name *(Last, First M.I)* | Title | Badge Number |
| | COII | UNKNOWN |

### Intel

| Intelligence Category 1 | | Intelligence Category 2 |
|---|---|---|
| Source Type | Source's Last Name | Source's ADC Number |
| | | |

### Inmates Involved

| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| | | QUIET | | |
| Inmate Name *(Last, First M.I)* | ADC Number | Unit | HU/BED | Involved As |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1250 | 2 15 2018 | Quiet Ward |

### Summary

Summary

On the 2/15/2018 at approximately 1250, I walked onto Quiet and into the control room and found COII [redacted] slouched over in his chair sleeping. On the same date at approximately 1325 after my sess ion with IM [redacted] was over, Officer [redacted] brought the IM out of the medical office with no restraints.

| Employee's Signature | Title PSYCH ASSOCIATE |
|---|---|

### Action Taken

Comments/Action Taken

Opr Horsly & Jus Scales Briefed. Sergeant applied Kyle [redacted] attached the desired issue. w/ the IM [redacted] Advised Staff all Opr's in aurit will be Reviewed when out of cell. Advised staff no sleeping permitted. Submitted to information

| Employee's Signature | Title LT |
|---|---|

| Distribution *(Check all that apply)* | Entered into Database |
|---|---|
| ☐ | By |
| ☐ | Date |
| ☐ | |

105-2(e)
8/6/09

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Information Report Supplemental Sheet**

| | Report Number | 1b-bob-112x |
|---|---|---|
| | Report Date | 2 15 2018 |
| | Page | 2 |

| To | Date |
|---|---|
| **Comments/Action Taken** | |
| **Employee's Signature** | **Job Title** |

| To | Date |
|---|---|
| **Comments/Action Taken** | |
| **Employee Signature** | **Job Title** |

| To | Date |
|---|---|
| **Comments/Action Taken** | |
| **Employee Signature** | **Job Title** |

| To | Date |
|---|---|
| **Comments/Action Taken** | |
| **Employee Signature** | **Job Title** |

| To | Date 8/20/18 |
|---|---|
| **Comments/Action Taken** *Camera review Conducted by* Bw *at NO time was the officer asleep & in a position of repose - Staff directed that inmates must be* | |
| **Employee Signature** | **Job Title** Bw |

Distribution (Same as first page)

105-2(e)
8/6/09

2 of 2

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports.  Indicate sections being continued.

| Date | Report Number |
|---|---|
| 2.17.18 | 18-B06-1125 |

I was advised to write a report on the incident
that occured with inmate ▮▮▮▮ ADC ▮▮▮▮ . I
Receivd a phone call by Sgt. ▮▮▮▮ advising
to remove the tape from the camera . I
was unaware of the incident and I have
no knowledge of any intent. feel free to
contact ▮▮▮ with any other question

| Employee Name (Last, First M.I.) | | ber | Date |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | 2/17/18 |

105-5(e)
8/8/09

Page ___ of ___

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports. Indicate sections being continued.

| Date | Report Number |
|------|---------------|
| 2·17·18 | 18-1506-1125 |

I COII ▮▮▮▮▮ was advised by my supervisor to write this report about an incident that happened on ▮▮▮▮▮ Thursday the 15th 2018. On 2·15·18 I COII ▮▮▮▮▮ assumed quiet word post with no issues at the time of 0600 hours. I COII ▮▮▮▮▮ conducted my normal routines as I would any other post. Later on in the afternoon I COII ▮▮▮▮▮ was accused by psych Fischer of sleeping while on duty. I COII ▮▮▮▮▮ have two other officers that were posted in upper Flamenco that day who say I was not. As far as inmate ▮▮▮▮▮ tampering with a security device, I had no idea of his actions. Inmate ▮▮▮▮▮ acted alone as seen on camera. End of report

| | Date |
|--|------|
| | 2·17·18 |

105-5(e)
8/6/09

Page __ of __

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports. Indicate sections being continued.

| Date | Report Number |
|---|---|
| 2/18/2018 | 18-B06-1125 |

I CO II [redacted] worked John unit on 2/15/18. I have no knowledge of tape being placed on a camera, I saw the inmate sweeping quiet unit, but did not witness any conversation between them. Repx

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|---|---|---|
| [redacted] | [redacted] | 02/18/18 |

105-5(e)
8/6/09

Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 5

# (REDACTED)

## ECCLES, WENDY

| | |
|---|---|
| **From:** | Fischer, Angela [Angela.Fischer@corizonhealth.com] |
| **Sent:** | Wednesday, March 07, 2018 1:35 PM |
| **To:** | ECCLES, WENDY |
| **Subject:** | RE: what time |

This was approximately 9:35 or 9:40. It was officer ▓▓▓▓ in the control room. He was sitting with his eyes closed when I arrived in the control room. I stood there talking with ▓▓▓▓ for a few minutes. ▓▓▓▓ then got IM ▓▓▓▓ and I went to the medical office to see him. When I was done meeting with the patient at approximately 10AM, I asked ▓▓▓▓ to take him back to his cell. While he was doing that, I went to get the chart from the control room. At this time Officer ▓▓▓▓ was sitting motionless with his eyes closed. He appeared to be sleeping. Then I called Sgt. Barela.

▓▓▓▓ must have called up because the next time I went to the control room, Officer ▓▓▓▓ asked me who was sleeping.

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



**C⬤RIZON**
**HEALTH**

Office: 602-685-3100 Ext. 52740 & 52231
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

---

**From:** ECCLES, WENDY [mailto:WECCLES@azcorrections.gov]
**Sent:** Wednesday, March 07, 2018 1:25 PM
**To:** Fischer, Angela
**Subject:** what time

What time was the officer sleeping, we have reviewed the cameras from 7-930 with negative results. Was he in the control room or on the floor, I just want to make sure with the new cameras I can see all the way into the control room and each end of the run.

---

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail

*no video available at the time of 4/18/18*

**ECCLES, WENDY**

| | |
|---|---|
| **From:** | Fischer, Angela [Angela.Fischer@corizonhealth.com] |
| **Sent:** | Wednesday, March 07, 2018 9:43 AM |
| **To:** | ███████████ |
| **Cc:** | Taylor, Eddie; Richard Watts; ECCLES, WENDY |
| **Subject:** | Sleeping officer |

Hi █████████,

It was Officer ████████ sleeping.  Once he got up I could see his name tag.  I guess you must have called up here because the next time I went into the control room to ask for a patient to be moved, ████████ the officer who has been moving patients for me, asked, "Who was sleeping up here?"

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: 602-685-3100 Ext. 52740 & 52231
E-Mail: Angela.Fischer@CorizonHealth.com
Arizona State Prison Complex – Phoenix/Flamenco
2500 E. Van Buren St., Phoenix, AZ  85008
www.corizonhealth.com

1

**EXHIBIT 6**

**[REDACTED]**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force Report/Incident Command Report**

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE (mm/dd/yyyy) 10/17/2017 | CONTROL NUMBER 17-B06-6832 | NATURE OF INCIDENT Inmate Behavior | | | |
|---|---|---|---|---|---|
| INCIDENT DATE/TIME (mm/dd/yyyy) 10/17/2017 1131 hours | FACILITY/UNIT ASPC-P-Alhambra | | | LOCATION OF INCIDENT Quiet 234 | |
| FROM Gonzales | TITLE Sergeant | | | INCIDENT COMMANDER'S NAME (Last, First M.I.) (If applicable) COII McClendon | |

| TIME COMMAND ASSUMED 1131 hours | RESPONSE ☒ Type 5 ☐ Type 4 ☐ Type 3 ☐ Type 2 ☐ Type 1 ☐ Local ☐ Tactical Support Unit (TSU) ☐ Outside Agency (specify) | | COMMAND MODE Initial |
|---|---|---|---|

| RECORDER ASSIGNED ☒ Yes ☐ No | RECORDER'S NAME (Last, First M.I.) (Please print) COII Zambrano | LOCKDOWN CALLED ☐ Yes ☐ No | DATE (mm/dd/yyyy) | TIME |
|---|---|---|---|---|

| DART ACTIVATED Date (mm/dd/yyyy) Time | | EVIDENCE SECURED ☐ Yes ☐ No | COMMENTS |
|---|---|---|---|

| VIDEO CAMERA USED ☐ Yes ☐ No | VIDEO OPERATOR (Last, First M.I) (Please print) | NOTIFICATIONS INITIATED Date (mm/dd/yyyy) 10/17/2017 Time 1132 hours |
|---|---|---|

| DART ACTIVATED Date (mm/dd/yyyy) Time | | STAGING LOCATION | STAGING MANAGER NAME (Last, First M.I) (Please print) |
|---|---|---|---|

| COMMAND POST ACTIVATED Date (mm/dd/yyyy) Time | TACTICAL SUPPORT UNIT ON STANDBY (TSU) Date (mm/dd/yyyy) Time |
|---|---|

| TACTICAL SUPPORT UNIT ACTIVATED (TSU) Date | Time | DATE OF NORMAL OPERATIONS (mm/dd/yyyy) Date 10/17/2017 Time 1323 |
|---|---|---|

| NOTIFICATIONS COMPLETED (mm/dd/yyyy) Date 10/17/2017 Time 1324 | RELATED REPORTS COMPLETED ☐ Worksheet ☐ IMS Evaluation |
|---|---|

| Participants(s) | ADC Number | Unit/Bed | How Involved |
|---|---|---|---|
| Lt. Darby | | | Command |
| Sgt. Gonzales | | | Initial Command |
| COII McClendon | | | Responder |
| Sgt. Hoyt | | | Responder |
| COII Mriss | | | Responder |
| COII Wilmers | | | Responder |
| Lt. Contreras | | | Responder |
| | | | |
| Inmate ███ | ███ | ███ | Subject |
| | | | |
| | | | |

| Type of Force Used, if any | ☐ Chemical Agent (State Type) | ☐ Stun Devices | ☐ Cell Extraction | ☐ Other (Explain) |
|---|---|---|---|---|

Extent of Injury to Inmate (Use Continuation Sheet, 804-2A Form if necessary)
inmate evaluated, treated by staff for preparation to transfer to hospital via ail —

Treatment Afforded Inmate (Use reverse side if necessary)
☒ To Health Unit for evaluation/treatment - Time 1131
☐ Inmate refuses Health Unit evaluation/treatment

NAME (Last, First M.I.) (Please print) / SIGNATURE OF HEALTH UNIT PROVIDER
Frb. Christy RN Adon

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



### ARIZONA DEPARTMENT OF CORRECTIONS

### Use of Force/Incident Command Report Continuation Sheet

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10/17/2017 | 17-B06-6832 |

On 10/17/2017 at approximately 1245 hours, I responded to the ICS call for inmate ⬛ in Quiet 234 hanging. I entered the cell. I took control of the inmate's upper torso to help lift the inmate. The responders cut the string the inmate was using to hanging himself. I placed the inmate on the ground involvement in this incident.. I assisted in loosening the string from around the inmate's neck. I grabbed the inmate's left arm and assisted in removing the inmate from the cell to the Quiet hallway. This was my involvement in this incident.

REVIEWER COMMENTS:
PPE was used

| | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| REPORTING OFFICER NAME (Last, First M.I.) (Please print)<br>COII McClendon | | 10/17/2017 |
| WITNESS NAME (Last, First M.I.) (Please print)<br>Sgt. Gonzales | | 10/17/2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print)<br>Lt. Darby | | 10/17/2017 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print)<br>Hensley H | Capt H. Hensly | 10/24/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print)<br>Echegw | | 10/24/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |

| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
|---|---|---|
| SIGNATURE | | DATE (mm/dd/yyyy) |

Distribution:  Original – Master Record File
       Copy – Institutional File
       Copy – Offender Operations

804-2A(e)
6/7/12

Page____ of____

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report Continuation Sheet**

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10/18/2017 | 17-B06-6832 |

On 10/17/2017 at 1245 hours, I LT Darby went from ICS assessment mode and reactivated ICS due to Inmate attempting hang himself in Q-234. Inmate Jobes had a torn piece of bed sheet that was made into a rope wrapped around his neck and it was tied of to the faucet of his sink and was sitting on the ground next to his sink/toilet. At 1246 hours, cell door was accessed. LT Contreras, SGT Hoyt and COII Mriss accessed the cell. Inmate ████ was liftend from a sitting position to relived the tension from the ligature. Inmate ████ was unconscious but was breathing and had a pulse. Rope was pulled off from the sink faucet. Inmate ████ was placed into a modified sitting position. At 1247 hours, COII Wilmers retrieved the cut down scissors and cut the ligature from around Inmate ████ neck. Inmate ████ was moved to the hallway. Medical responded at 1248 hours and began to evaluate/treat Inmate ████. Inmate ████ was conscience and verbalizing. At 1250 hours, CPT Hensley and SGT Vasquez arrived on site. At 1250 hours. At 1251 hours, COII Sanchez used CPT Hensley's phone to video tape the incident. At 1253 hours, C-Collar placed on Inmate ████. 1256 hours, medical still evaluating/treating Inmate ████. Inmate ████ is conscious and verbalizing. At 1257 hours, PER RN Erb, Dr. Dennery authorized 911 to be called. At 1307 hours, Inmate ████ was placed on a back board. At 1312 hours, Phoenix Fire/EMS arrive on site. At 1316 hours, Inmate ████ is transported via gurney to the sally port and placed in the ambulance. At 1323 hours, Inmate ████ is taken off site in route to Maricopa County Medical Center. At which time, I stood down from ICS and returned the unit back to normal operations.

REVIEWER COMMENTS:

No use of force. No chemcial agents. No injuries to staff. Debrief conducted with Major Evans, DW Eccels, SGT Hoyt and CPT Hensley. Cut down scissors in Quiet are extremley dull and need to be replaced.

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| LT Darby | | 10/17/2017 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| SGT Gonzales | | 10/17/2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| LT Darby | | 10/17/2017 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Hensley, H. | | 10/18/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Eccles, CJ | | 10/28/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| | | |

| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
|---|---|---|
| SIGNATURE | | DATE (mm/dd/yyyy) |

Distribution: Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

804-2A(e)
6/7/12

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



### ARIZONA DEPARTMENT OF CORRECTIONS

**Use of Force/Incident Command Report Continuation Sheet**

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10/17/2017 | 17-B06-6832 |

On 10/17/2017 at approximately 1131 hours, COII McClendon activated an incident command system for inmate ████████ in the Quiet medical exam room. The inmate was secured to the restraint table with leg irons and his right hand cuffed to the table. The inmate slipped out of his handcuff. The inmate grabbed a fire extinguisher which has been mounted next to the restraint table. The inmate started to threaten staff that he would spray them. The responders were Sgt. Hoyt, Sgt. Vasquez, and I (Sgt. Gonzales) arrived to the incident. I had a face to face with COII McClendon and assumed command of the incident. I interviewed the inmate. The inmate stated he was mad because his watch was not changed by PA Fischer. Major Evans arrived on site and began to talk to the inmate. The inmate surrendered the fire extinguisher. The inmate was then interviewed by DW Eccles. Mental health staff Dr. Taylor evaluated the inmate and placed him on a constant mental health watch. COII McClendon placed the cell in compliance with the watch orders. The inmate submitted to upper restraints. The inmate was escorted to the cell. The lower restraints were removed. The door was secured. The upper restraints were removed through the food trap. The inmate was stripped searched with negative results. At approximately 1218 hours, I placed the ICS under assessment mode due to the inmate's behavior.

At approximately 1245 hours, Lt. Darby removed the ICS from assessment mode for inmate ████ attempting to hang himself. Lt. Darby relieved me and took command of the incident. This is my involvement in this incident.

**REVIEWER COMMENTS:**
PPE was used

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| Sgt. Gonzales | Sgt C 3 18 | 10/17/2017 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Sgt. Barela | | 10/17/2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Sgt. Gonzales | Sgt C 3/12 | 10/17/2017 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Henslepth — | Capt. Kelmuly | 10/19/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Eccles W | | 10/18/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |

| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
|---|---|---|
| SIGNATURE | | DATE (mm/dd/yyyy) |

Distribution: Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

804-2A(e)
6/7/12

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



## ARIZONA DEPARTMENT OF CORRECTIONS

## Use of Force/Incident Command Report Continuation Sheet

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10/17/2017 | 17-B06-6832 |

On the above date at approximately 1246 hours, I, SGT Hoyt, Lt Darby, Lt Contreras, COII Mriss, and COII Wilmers accessed cell Q234 with my key set due to inmate ▬▬▬▬ appeared to have a piece of torn sheet tied from the sink and wrapped around his neck. ▬▬ was unresponsive and not moving at this time. Once we accessed the cell Lt Contreras and the other responders held up to take the pressure off of his neck. Lt Contreras was able to break the sheet from the sink, at that time I attempted to losen the sheet from around his neck while waiting for the cut down sheers. COII Wilmers then arrived with the sheers and cut the sheet off from around ▬▬ neck. Inmate ▬▬ was then removed from the cell in which COII Wilmers and I began applying belly chains while ▬▬ was being evaluated by medical staff. Approximately 5 minutes later I assisted with getting ▬▬ onto a back board awaiting an EMS response. At this time I, SGT Hoyt had no further involvement in the incident.

### REVIEWER COMMENTS:

No injuries to myself or any other staff during this ICS, inmate Jobes was taken to the nearest hospital for further evaluation.
Scripts Reviewed his Duty in an Excessive manner

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| SGT Hoyt #9113 | | 10/17/2017 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Lt Darby | 4856 | 10/17/2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Lt Darby | | 10/17/2017 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Heusley lt | | 10/19/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Ecchesw | | 10/15/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| | | |

| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) |
|---|

| SIGNATURE | | DATE (mm/dd/yyyy) |
|---|---|---|

Distribution: Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

604-2A(e)
6/7/12

Page 5 of 7

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report Continuation Sheet**

Describe incident in detail *(who, what, when where, why and how)*. Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. **PLEASE PRINT LEGIBLY.**

| REPORT DATE *(mm/dd/yyyy)* | CONTROL NUMBER |
|---|---|
| 10-17-17 | 17-B06-6932 |

On 10/17/2017 at approximately 1245 hrs I (COII Mriss 7246) observed inmate ▇▇▇ sit on the floor next to the sink in his cell. Inmate ▇▇▇ had wrapped a piece of torn sheet around his neck and looped it around the spikett on the sink. Lt Darby activated ICS. Lt Contreras, Sgt Hoyt and myself accessed the cell door and lifted inmate ▇▇▇ to releave his body weight. COII Wilmers arrived with cut down scissors and cut the piece of sheet from around inmate ▇▇▇ neck. We placed inmate ▇▇▇ on the floor just outside of the cell, at that time medical staff arrived and took over.

**REVIEWER COMMENTS:**

No injuries to Staff. No clinical needs

| REPORTING OFFICER NAME *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|
| MRISS, KEVIN A. | | 10/17/2017 |
| WITNESS NAME *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |
| Du( J. | | 10/17/12 |
| REVIEWED BY SHIFT COMMANDER *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |
| Du ( J. | | 10/17/17 |
| CHIEF OF SECURITY NAME *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |
| Hensley, H. | Capt W. Henzel | 10/17/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |
| Eakes W | | 10/18/17 |
| WARDEN NAME *(Last, First M.I.)* *(Please print)* | SIGNATURE | DATE *(mm/dd/yyyy)* |

| DIVISION DIRECTOR, OFFENDER OPERATIONS *(Last, First M.I.)* *(Please print)* |
|---|

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|

Distribution:  Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

804-2A
6/7/12

Page 7 of 7

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**ARIZONA DEPARTMENT OF CORRECTIONS**

Use of Force/Incident Command Report Continuation Sheet

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. PLEASE PRINT LEGIBLY.

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10-17-2017 | 17-B06-6832 |

ON 10-17-2017 AT APPROXIMATELY 1245 HRS. I, COII D. WILMERS #7439, ASSISTED DURING THE ICS THAT WAS INITIATED ON QUIET WARD 234. I/m ▓▓▓▓ ATTEMPTED TO HANG HIMSELF WITH A STRIP OF SHEET MATERIAL. I, COII D. WILMERS #7439 TOOK THE CUT DOWN SHEARS FROM THE RED BOX AND CUT THE SHEET MATERIAL OFF FROM AROUND I/m ▓▓▓▓ NECK. AFTER ▓▓▓▓ REGAINED CONSCIOUSNESS I ASSISTED IN PLACING BELLYCHAINS ON HIM TO GET HIM READY FOR TRANSPORT TO THE HOSPITAL. END OF REPORT.

THIS SUPPLEMENTAL REPORT WAS WRITTEN ON 10-17-2017 AT APPROXIMATELY 1308 HRS. BY COII D. WILMERS #7439

COII D. Wilmers #7439

REVIEWER COMMENTS:
Co recovers performed his duties in an exceptional manner. McDonnell signals his staff memo's

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| DAVID A. WILMERS | Wilmers 7439 | 10-17-2017 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Duk Jy | | 10-17-2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Duk Jy | | 10/17/17 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Hinsley H. | Cust H. Hinsley | 10/15/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Eccles | | 10/18/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| | | |
| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
| | | |
| SIGNATURE | | DATE (mm/dd/yyyy) |
| | | |

Distribution: Original – Master Record File
Copy – Institutional File
Copy – Offender Operations

804-2A(e)
6/7/12

Page 4 of 7

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report Continuation Sheet**

Describe incident in detail (who, what, when where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. PLEASE PRINT LEGIBLY.

| REPORT DATE (mm/dd/yyyy) | CONTROL NUMBER |
|---|---|
| 10/17/2017 | 17-B06- 6832 |

On 10/17/2017 at approximately 1245 hours I LT Contreras was in Quiet Ward when I heard LT Darby announce via radio that Inmate ▮ in cell Q234 was attempting to hang himself. I responded to cell Q234. Suffiecient staff were on scene and cell Q234 was accessed.

When I entered the cell, I observed Inmate ▮ sitting on the floor and leaning against the sink unresponsive - Inmate ▮ had also tied a piece of bed sheet around his neck and tied it off to the sink.

I was able to break the the sheet loose from the sink and support Inmate ▮ I attempted to loosen the bed sheet from Inmate ▮ neck and allow him to breath. COII Wilmers arrived on scene with the cutting shears and was able to cut the portion of bed sheet off of Inmate ▮ neck.

I then assisted in removing Inmate ▮ from cell Q234 to the Quiet Ward hallway to allow medical staff to conduct medical evaluation. Inmate ▮ became alert and responsive. Upper restraints were placed on to Inmate ▮ during the medical evaluation. This concludes my involment in the ICS

REVIEWER COMMENTS:
LT Contreras performed duties in an exemplar manner. He did not apply the use of force.

| REPORTING OFFICER NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|
| Contreras, Russell, LT | | 10/17/2017 |
| WITNESS NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Darby, Jay, LT | | 10/17/2017 |
| REVIEWED BY SHIFT COMMANDER (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Darby, Jay, LT | | 10/17/2017 |
| CHIEF OF SECURITY NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Hensley, H. | Casted Housely | 10/19/17 |
| ADMINISTRATOR /DEPUTY WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| Gales W | | 10/19/17 |
| WARDEN NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyyy) |
| | | |
| DIVISION DIRECTOR, OFFENDER OPERATIONS (Last, First M.I.) (Please print) | | |
| SIGNATURE | | DATE (mm/dd/yyyy) |
| | | |

Distribution:    Original – Master Record File
                 Copy – Institutional File
                 Copy – Offender Operations

804-2A
6/7/12

Page __6__ of __7__

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Significant Incident Report**

Please type or print in black or blue ink

| Sir Number | Institution/Facility ASPC-Phoenix-Alhambra | Type of Report | | | |
|---|---|---|---|---|---|
| 17-13944 | Phone Number 602-685-3100 | ☒ Initial ☐ Follow-Up ☐ Final ☐ Supplement | | | |
| Date of Incident October 17, 2017 | Time 1245 | Report Date 10/17/2017 | | | |

Nature of Incident *(Check One or More)*

☐ Accident(s)  ☐ Behavior Control  ☐ Escape(s)  ☐ PREA
☐ After Hours Transport  ☐ Chemical Agent Use  ☐ Fire Crew Deployment  ☐ Property Damage
☐ Agency Assist  ☐ Criminal Act(s)  ☐ Firearm Use  ☐ Self Destructive Behavior
☐ Arrest(s) Employee  ☐ Death(s)  ☐ Hostage(s)  ☒ Suicide Attempt
☐ Arrest(s) Inmate/Offender  ☐ Disturbance  ☐ Medical  ☐ Weapons Recovery
☐ Assaults  ☐ Employee Work Stoppage  ☒ Other

**Inmates(s) Involved**

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SECURITY | None | Subject |

**Employee(s) Involved**

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Darby | Jay | Phoenix | Alhambra | Days | S/M | CPT Hensley | Yes | Command |

Incident Synopsis

On 10/17/2017 at 1245 hours, ICS was activated due to Inmate ▇ attempting to hang himself by using a torn piece of sheet he had made into a rope. Inmate ▇ wrapped it around his neck and tied it off to the faucett of his sink and then sat down.

**Agency Notifications Made** *(Time)*

| Deputy Warden | Duty Officer | Warden | CIU |
|---|---|---|---|
| 1245 | 1245 | 1245 | 1321 |
| Community Corrections | Probation/Parole Supervisor | Central Office Communications 1343 | |

**Escape Information**

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| | | |
| Transported by ☐ Air ☒ Ambulance ☐ ADC | Company Phoenix Fire/EMS | To Maricopa County Medical Center |

Medically Treated By: *(Dr./RN, Enter Name)*
Dr. Dennery

| Initial Report By LT Darby #4886 | Date October 17, 2017 | Time 1343 |
|---|---|---|
| Reporting Official Name and Title *(Please Print)* LT Darby #4886 | Date October 17, 2017 | Time 1310 |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Disciplinary Report

*Please PRINT or TYPE all information*

*Date example: (mm/dd/yyyy)*

Case Number _____

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| ████████ | ████ | ASPC-P-Alhambra |

CHARGE: GROUP NUMBER AND TITLE

10B: Disorderly Conduct

I. Statement of Violation (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On 10/17/2017 at approximately 1131 hours, I (Sgt. Gonzales) saw inmate ████████████ engaged is seriously disruptive behavior. The inmate was threatening to spray people with a fire extinguisher in the Quiet Ward medical exam room. On 10/17/2017 at approximately 1202 hours, Sgt Gonzales verbally placed the inmate on report. On 10/17/2017 at approximately 1617 hours, Sgt. Gonzales wrote this report.

| DATE / TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | | SID NUMBER |
|---|---|---|---|
| 10/17/2017 / 1131 | Sgt. Gonzales | | GSL7 |

| SIGNATURE | DATE / TIME COMPLETED |
|---|---|
| *Sgt. C 3/16* | 10/17/2017 / 1617 |

| DISPOSITION | DATE / TIME REVIEWED |
|---|---|
| RTD | 10/17/2017 / 1620 |

| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) | SIGNATURE | DATE |
|---|---|---|
| Sgt. Gonzales | *Sgt. C 3/16* | 10/17/2017 |

II. Delivery of Charge: I hereby certify that on _____ at _____ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:

☐ Accepted ☐ Declined

| INMATE SIGNATURE | DELIVERING OFFICER SIGNATURE |
|---|---|
| | |

III. Report of Investigation

FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| | | |

IV. Disposition: This case was handled as:

☐ Felony Violation: Refer to Disciplinary Hearing Officer

☐ Misdemeanor Violation: Reason for finding of guilt:

☐ Informal Resolution ☐ Dismissed/Not Guilty

Penalty Assessed For A Minor Violation

☐ _____ Hours Extra Duty ☐ Reprimand ☐ Other _____

☐ Return/Forfeit Contraband Items

☐ _____ Days Loss of Privilege

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective this date, he/she has five calendar days to appeal.

| INMATE SIGNATURE | DATE / TIME |
|---|---|
| | / |

| COORDINATOR'S SIGNATURE | DATE / TIME |
|---|---|
| | / |

Distribution: Coordinator to make two copies of form; Original to Master Record

803-1(e)

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**ARIZONA DEPARTMENT OF CORRECTIONS**
Observation Record

| INMATE NAME (Last, First M I) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | Flamenco | 10-17-17 |

| AUTHORIZED BY | DATE (mm/dd/yyyy) | TIME | ☐ AM |
|---|---|---|---|
| P.A Fisher | 10-16-17 | 0955 | ☑ PM |

| CANCELED BY | DATE (mm/dd/yyyy) |
|---|---|
| | |

| TYPE OF OBSERVATION | RESTRAINT METHOD | TIME CHECK |
|---|---|---|
| 30 min MHW | Q 234 | Every 30 minutes |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 10-17-2017 | 0602 | T, X | McClendon #5285 | 11-17-17 | 1120 | V | McClendon #5285 |
| 10-17-17 | 0626 | T, X | McClendon #5285 | 10/17/17 | 1121 | D | RECH |
| 10-17-17 | 0640 | T | McClendon #5285 | | | | |
| 10-17-17 | 0708 | T, X | McClendon #585 | | | | |
| 10-17-17 | 0735 | W | McClendon #5285 | | | | |
| 10-17-17 | 0758 | T | | | | | |
| 10-17-17 | 0805 | G | McClendon #5285 | | | | |
| 10-17-17 | 0836 | V | McClendon #5285 | | | | |
| 10-17-17 | 0846 | C | McClendon #5285 | | | | |
| 10-17-17 | 0912 | T/X | McClendon #5285 | | | | |
| 10-17-17 | 0935 | T, X | McClendon #5285 | | | | |
| 10-17-17 | 1016 | T, X | McClendon #5285 | | | | |
| 10-17-17 | 1025 | X | McClendon #5285 | | | | |
| 10-17-17 | 1050 | T, X | McClendon #5285 | | | | |
| 10-17-17 | 1109 | T, X | McClendon #5285 | | | | |

SHIFT COMMANDER SIGNATURE

**CODE DEFINITIONS:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Fluids Ingested | j. | Restraints released/massaged | r. | Delusional |
| b. | Meals Served | k. | Circulation adequate | s. | Confused |
| c. | Medication given | l. | Yelling | t. | Quiet |
| d. | Health care staff check | m. | Crying | u. | Beating on door/wall |
| e. | Shift commander check | n. | Laughing | v. | Walking |
| f. | Program staff check | o. | Threatening | w. | Standing still |
| g. | Toilet | p. | Mumbling incoherently | x. | Lying or sitting |
| h. | Bath | q. | Hallucinating | y. | Sleeping |
| i. | Exercise | | | z. | Moving about in bed |
| | | | | oo. | Restraints removed |

Distribution:   White – Medical File
                Canary – Security

1101-18
1/27/14

SECTION 2, CONSULTS/FLOWSHEETS

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



## ARIZONA DEPARTMENT OF CORRECTIONS
### Observation Record

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ███████ | ███████ | ASPC- PHX - QUIET | 10-17-2017 |

| AUTHORIZED BY | DATE (mm/dd/yyyy) | TIME | ☐ AM ☐ PM |
|---|---|---|---|
| | | | |

| CANCELED BY | DATE (mm/dd/yyyy) |
|---|---|
| Quiet/MMC Hosp, | |

| TYPE OF OBSERVATION | RESTRAINT METHOD | TIME CHECK |
|---|---|---|
| Cont | Quiet - # 234 | Every 10 minutes |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 10-17-2017 | 1200 | W | McClendon #5285 | 10-17 | 1404 | X,T | ▱ 9919 |
| 10-17-17 | 1248 | W | McClendon #5285 | 10-17 | 1413 | X,T | ▱ 9919 |
| 10-17-17 | 1716 | W | McClendon #5285 | 10-17 | 1422 | X,T | ▱ 9919 |
| 10-17-17 | 1221 | W | McClendon #5285 | 10-17 | 1431 | X,T | ▱ 9919 |
| 10-17-17 | 1225 | L | Sgt Gonzales 344 | 10-17 | 1440 | X,T | ▱ 9919 |
| 10-17-17 | 1230 | W | Cont Obs 3241 | 10-17 | 1450 | X,T | ▱ 9919 |
| 10-17-17 | 1234 | V | Cont Obs 3241 | 10-17 | 1509 | X,+ | ▱ 9919 |
| 10-17-17 | | ICS | Cont Obs 3246 | 10-17 | 1510 | X,T | ▱ 9919 |
| 10-17-17 | 1250 | X | Cont Obs 7146 | 10-17 | 1520 | X,T | ▱ 9919 |
| 10-17-17 | 1259 | X | Cont Obs 7146 | 10-17 | 1529 | X,+ | ▱ 9919 |
| 10-17-17 | 1308 | X | Cont Obs 7146 | 10-17 | 1537 | X,+ | ▱ 9919 |
| 10/17 | 1333 | X,K,I | Kern 4247 ← Hospital Run arrival |
| 10-17 | 1342 | X,T | ▱ 9919 | 10-17 | 1547 | X,T | ▱ 9919 |
| 10-17 | 1351 | X,+ | ▱ 9919 | 10-17 | 1502 | X,T | ▱ 9919 |
| 10-17 | 1354 | X,+ | ▱ 9919 | 10-17 | 1605 | X,T | ▱ 9919 |

| SHIFT COMMANDER SIGNATURE |
|---|
| ✎ |

### CODE DEFINITIONS:

a. Fluids ingested
b. Meals Served
c. Medication given
d. Health care staff check
e. Shift commander check
f. Program staff check
g. Toilet
h. Bath
i. Exercise

j. Restraints released/massaged
k. Circulation adequate
l. Yelling
m. Crying
n. Laughing
o. Threatening
p. Mumbling incoherently
q. Hallucinating

r. Delusional
s. Confused
t. Quiet
u. Beating on door/wall
v. Walking
w. Standing still
x. Lying or sitting
y. Sleeping
z. Moving about in bed
oo. Restraints removed

Distribution: White – Medical File
Canary – Security

1101-18
1/27/14

SECTION 2, CONSULTS/FLOWSHEETS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Observation Record**



| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ▉ | ▉ | ASPC-Rhx - FMHW | 10-17-17 |

| AUTHORIZED BY | DATE (mm/dd/yyyy) | TIME | ☐ AM |
|---|---|---|---|
| FMHW Psyh | 10-17-17 | | ☐ PM |

| CANCELED BY | DATE (mm/dd/yyyy) |
|---|---|
| | |

| TYPE OF OBSERVATION | RESTRAINT METHOD | TIME CHECK |
|---|---|---|
| Cont | Bellys/legs (MMC Hospital) | Every 5pm minutes |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 10-17 | 1614 | x,T | 9414 | 10-17 | 1833 | x,T | 9414 |
| 10-17 | 1624 | x,T | 9414 | 10-17 | 1848 | T | 9414 |
| 10-17 | 1633 | x,+ | 9414 | 10-17 | 1858 | x,T | 9414 |
| 10-17 | 1642 | x,T | 9414 | 10-17 | 1909 | V,X | 9414 |
| 10-17 | 1651 | x,T | 9414 | 10-17 | 1915 | V | 9414 |
| 10-17 | 1700 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1710 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1720 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1730 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1739 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1749 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1759 | x,+ | 9414 | 10-17 | | | 9414 |
| 10-17 | 1808 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1815 | x,T | 9414 | 10-17 | | | 9414 |
| 10-17 | 1823 | x,T | 9414 | 10-17 | | | 9414 |

SHIFT COMMANDER SIGNATURE

**CODE DEFINITIONS:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Fluids Ingested | j. | Restraints released/massaged | r. | Delusional |
| b. | Meals Served | k. | Circulation adequate | s. | Confused |
| c. | Medication given | l. | Yelling | t. | Quiet |
| d. | Health care staff check | m. | Crying | u. | Beating on door/wall |
| e. | Shift commander check | n. | Laughing | v. | Walking |
| f. | Program staff check | o. | Threatening | w. | Standing still |
| g. | Toilet | p. | Mumbling incoherently | x. | Lying or sitting |
| h. | Bath | q. | Hallucinating | y. | Sleeping |
| i. | Exercise | | | z. | Moving about in bed |
| | | | | oo. | Restraints removed |

Distribution: White – Medical File
Canary – Security

1101-16
1/27/14

SECTION 2, CONSULTS/FLOWSHEETS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Observation Record**

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | ASPC - PHX - Quiet | 10 / 17 / 17 |

| AUTHORIZED BY | | DATE (mm/dd/yyyy) | TIME | ☐ AM ☐ PM |
|---|---|---|---|---|

| CANCELED BY | | DATE (mm/dd/yyyy) |
|---|---|---|

| TYPE OF OBSERVATION | RESTRAINT METHOD | TIME CHECK |
|---|---|---|
| Constant | Q-236 | Every Const minutes |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 10/11/17 | 1904 | XT | Miller 10295 | 10/17/17 | 2103 | XT | Cline 10869 |
| 10/19/17 | 1910 | XT | Miller 10295 | 10/17/17 | 2112 | XT | cline 10869 |
| 10/17/17 | 1917 | XT | Miller 10295 | 10/17/17 | 2124 | XT | cline 10869 |
| 10/17/17 | 1925 | XT | Miller 10295 | 10/17/17 | 2132 | XT | cline 10869 |
| 10/17/17 | 1934 | XT | Miller 10295 | 10/17/17 | 2144 | XT | cline 10869 |
| 10/17/17 | 1942 | XT | Miller 10295 | 10/17/17 | 2153 | XT | cline 10869 |
| 10/17/17 | 1950 | XT | Miller 10295 | 10 | | | |
| 10/17/17 | 1959 | XT | Miller 10295 | | | | |
| 10/17/17 | 2009 | XT | MM 10205 | | | | |
| 10/17/17 | 2019 | X | cline 10869 | | | | |
| 10/17/17 | 2025 | X | cline 10869 | | | | |
| 10/17/17 | 2034 | XT | cline 10869 | | | | |
| 10-17-17 | 2035 | D | | | | | |
| 10-17-17 | 2045 | XT | cline 10869 | | | | |
| 10-17-17 | 2051 | XT | cline 10869 | | | | |

| SHIFT COMMANDER SIGNATURE |
|---|
| |

**CODE DEFINITIONS:**

| | | | |
|---|---|---|---|
| a. | Fluids ingested | j. | Restraints released/massaged |
| b. | Meals Served | k. | Circulation adequate |
| c. | Medication given | l. | Yelling |
| d. | Health care staff check | m. | Crying |
| e. | Shift commander check | n. | Laughing |
| f. | Program staff check | o. | Threatening |
| g. | Toilet | p. | Mumbling incoherently |
| h. | Bath | q. | Hallucinating |
| i. | Exercise | | |

| | |
|---|---|
| r. | Delusional |
| s. | Confused |
| t. | Quiet |
| u. | Beating on door/wall |
| v. | Walking |
| w. | Standing still |
| x. | Lying or sitting |
| y. | Sleeping |
| z. | Moving about in bed |
| oo. | Restraints removed |

Distribution: White – Medical File
Canary – Security

1101-16
1/27/14

**SECTION 2, CONSULTS/FLOWSHEETS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Observation Record**

| INMATE NAME (Last, First M.I.) (Please print) | | ADC NUMBER | INSTITUTION/UNIT | | DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|
| | | | ASPC PHX Quiet | | 10/17/17 |

| AUTHORIZED BY | DATE (mm/dd/yyyy) | | TIME | ☐ AM |
|---|---|---|---|---|
| | 10/17/17 | | 1200 | ☑ PM |

| CANCELED BY | DATE (mm/dd/yyyy) |
|---|---|
| | |

| TYPE OF OBSERVATION | RESTRAINT METHOD | TIME CHECK |
|---|---|---|
| Constant | Q-236 | Every const minutes |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 10/17/17 | 2200 | x H | *bbh* | 10/18/17 | 0018 | X /c | *5.y/ E7zs-a* |
| 10/17/17 | 2210 | x Π | *k7323* | 10/18/17 | 0026 | X Π | *k7371* |
| 10/17/17 | 2220 | x Π | *k7333* | 10/18/17 | 0035 | X Π | *1x2* |
| 10/17/17 | 2230 | x Π | *k7323* | 10/18/17 | 0042 | X ΠΤ | *k7323* |
| 10/17/17 | 2240 | x Π | *k7323* | 10/18/17 | 0051 | X Π | *k7323* |
| 10/17/17 | 2250 | X Π | *k7336* | 10/18/17 | 0100 | X Π | *k7332* |
| 10/17/17 | 2300 | X Π | *k7335* | 10/18/17 | 0110 | X Π | *k7363* |
| 10/17/17 | 2310 | x Π | *k7332* | 10/18/17 | 0120 | x Π | *k7362* |
| 10/17/17 | 2320 | Τ Π | *k73b* | 10/18/17 | 0130 | x Π | *k73b* |
| 10/17/17 | 2328 | x ΠΤ | *k7332* | 10/18/17 | 0140 | X Π | *k73b3* |
| 10/17/17 | 2338 | J Π | *k7323* | 10/18/17 | 0150 | X Π | *k7323* |
| 10/17/17 | 2345 | X Π | *k7323* | 10/18/17 | 0210 | X Π | *k7320* |
| 10/17/17 | 2351 | x Π | *k7323* | 10/18/17 | 0210 | x Π | *k7b* |
| 10/18/17 | 0000 | x Π | *k73b* | 10/18/17 | 0220 | x Π | *k7b* |
| 10/18/17 | 0010 | x Π | *k7323* | 10/18/17 | 0228 | x Π | *k7b* |

| SHIFT COMMANDER SIGNATURE |
|---|
| *SITT* |

**CODE DEFINITIONS:**

a. Fluids ingested
b. Meals Served
c. Medication given
d. Health care staff check
e. Shift commander check
f. Program staff check
g. Toilet
h. Bath
i. Exercise

j. Restraints released/massaged
k. Circulation adequate
l. Yelling
m. Crying
n. Laughing
o. Threatening
p. Mumbling incoherently
q. Hallucinating

r. Delusional
s. Confused
t. Quiet
u. Beating on door/wall
v. Walking
w. Standing still
x. Lying or sitting
y. Sleeping
z. Moving about in bed
co. Restraints removed

Distribution: White – Medical File
Canary – Security

1101-1B
1/27/14

SECTION 2, CONSULTS/FLOWSHEETS

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ARIZONA DEPARTMENT OF CORRECTIONS
Correctional Service Log

| Institutional/Facility | Institutional Unit | Period Covered | |
|---|---|---|---|
| ASPC- PHOENIX | ALHAMBRA / FLAMENCO | Hour 1230 | Date 10-17-17 |
| Housing Unit/Post/Duty Assignment | | Hour 1325 | Date 10-17-17 |
| CONTINUOUS SUICIDE WATCH (Un ███ | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| MRISS, K. COII 7746 | K | 1230 | 1355 | | | | |
| | | | | | | | |
| | | | | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 1230 | COII MRISS ON SITE / ASSUMED POST DUTIES. | K |
| 1250 | ICS ACTIVATED BY LT DARBY FOR INMATE JOBES SELF HARM | K |
| 1310 | EMT'S ON SITE. | K |
| 1325 | Un ███ OFF SITE TO MMC | K |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Shift Commander
☐ Chief of Security
☐ Deputy Warden

105-6
5/22/11

Page ___ of ___

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PARSON V RYAN, USDC CV12-00601

## ARIZONA DEPARTMENT OF CORRECTIONS

## Information Report

| Report Number | 17 - 006 - 6851 |
|---|---|
| Report Date | 10-17-2017 |
| Page | 1 of 2 |

| To | DARBY | Title | LT | Unit | FLAMENCO |
|---|---|---|---|---|---|
| From | McCLENDON | Title | CO II | Unit | FLAMENCO |

| Subject | INMATE SLIPPED HANDCUFF OFF |
|---|---|

### Staff Involved

| Employee Name (Last, First M.I.) McCLENDON | Title | CO II | Badge Number # 5285 |
|---|---|---|---|
| Employee Name (Last, First M.I.) | Title | | Badge Number |

### Intel

| Intelligence Category 1 | | Intelligence Category 2 |
|---|---|---|

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|

### Inmates Involved

| Inmate Name (Last, First M.I.) ▮▮▮ | ADC Number ▮▮▮ | Unit FLAMENCO | HU/BED Q-234 | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time 11:25 | Date 10-17-2017 | Location QUIET WARD |
|---|---|---|

### Summary

ON THE ABOVE DATE AND APPROXIMATE TIME I CO II McCLENDON BADGE # 5285 WAS ESCORTING INMATE ▮▮▮ FROM CELL # 234 TO P.A. FISCHER STAFFING ROOM WITH UPPER AND LOWER RESTRAINTS ON WHILE PLACING HIM IN THE RESTRAINT CHAIR INSIDE THE STAFFING ROOM I UNCUFFED HIS LEFT HAND AND PLACED THE RIGHT HAND TO THE RESTRAINT CHAIR ALONG WITH HAVING HIS LOWER RESTRAINED TO THE RESTRAINT CHAIR. AFTER LEAVING OUT INMATE ▮▮▮ HAD SLIPPED HIS HANDCUFFS. AND GRABBED THE FIRE EXTINGUISHER. ICS WAS THEN ACTIVATED.

| Employee's Signature  ▮▮▮ # 5285 | Title CO II |
|---|---|

### Action Taken

Comments/Action Taken

MAP entry was made. Sgt Gonzales went over cuffing with the officer. Sgt Gonzales discussed metal to skin when cuffing an inmate.

| Employee's Signature  C-3115 | Title S 4 |
|---|---|

| Distribution ( 7 Check all that apply) | Entered Into Data Base |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

105-2
8/8/09

1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 7**

**EXHIBIT 7**

**Fischer, Angela**

| | |
|---|---|
| **From:** | Fischer, Angela |
| **Sent:** | Tuesday, January 02, 2018 1:05 PM |
| **To:** | SANTRY, MAUREEN; ECCLES, WENDY; Eddie Taylor (Eddie.Taylor@corizonhealth.com); Watts, Richard |
| **Subject:** | Quiet Ward Upkeep and Maintenance |

Good afternoon,

I am working up in Quiet this afternoon and there is a strong smell of urine on the unit. It appears to be coming from an empty cell. There are also dirty clothes strewn about. There is a meal tray sitting on a trash can with disheveled stacks of suicide blankets. The trash can in the medical office is over flowing and there are used gloves and trash on the floor. Inmates are having to use t-shirts as towels as we do not seem to have a supply of towels on this unit. Has a porter been assigned to take care of this unit and make sure the supplies are stocked and the cells/unit are cleaned routinely? Any help would be greatly appreciated.

Thanks,
PA Fischer

**Angela Fischer, LPC, CCHP**
Psychology Associate
George Ward



Office: ▮▮▮▮▮▮▮ Ext. ▮▮▮ & ▮▮▮
E-Mail: Angela.Fischer@CorizonHealth.com
⬚⬚⬚ State Prison Complex – Phoenix/Flamenco
⬚⬚⬚ E. Van Buren St., Phoenix, AZ 85008
www.corizonhealth.com

1