**EXHIBIT 5**

**EXHIBIT 5**

1    Arizona Attorney General Mark Brnovich
     Office of the Attorney General
2    Michael E. Gottfried, Bar No. 010623
     Lucy M. Rand, Bar No. 026919
3    Assistant Attorneys General
     2005 N. Central Ave
4    Phoenix, Arizona 85004-1592
     Telephone: (602) 542-1645
5    Michael.Gottfried@azag.gov
     Lucy.Rand@azag.gov
6
     Daniel P. Struck, Bar No. 012377
7    Rachel Love, Bar No. 019881
     Timothy J. Bojanowski, Bar No. 022126
8    Nicholas D. Acedo, Bar No. 021644
     Ashlee B. Hesman, Bar No. 028874
9    Jacob B. Lee, Bar No. 030371
     Kevin R. Hanger, Bar No. 027346
10   Timothy M. Ray, Bar No. 029191
     Richard M. Valenti, Bar No. 031533
11   Jamie D. Guzman, Bar No. 022095
     STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12   3100 West Ray Road, Suite 300
     Chandler, Arizona  85226
13   Telephone:  (480) 420-1600
     dstruck@strucklove.com
14   rlove@strucklove.com
     tbojanowski@strucklove.com
15   nacedo@strucklove.com
     ahesman@strucklove.com
16   jlee@strucklove.com
     khanger@strucklove.com
17   tray@strucklove.com
     rvalenti@strucklove.com
18   jguzman@strucklove.com
     *Attorneys for Defendants*
19

20                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF ARIZONA**
21

22   Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-DKD
     and all others similarly situated; and Arizona
     Center for Disability Law,
23                                        Plaintiffs,
                                                        **DECLARATION OF MARCELA**
24         v.                                           **MEZA**

25   Charles Ryan, Director, Arizona Department
     of Corrections; and Richard Pratt, Interim
26   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
27   official capacities,
                                       Defendants.
28

1    I, Marcela Meza hereby declare as follows:

2    1. I am the Senior Assistant Director of Nursing ("ADON") for the Cibola Unit at the

3    Arizona State Prison Complex at Yuma and have been in that position since 2015.

4    2. I have been a Registered Nurse since 2013 and I have been employed with Corizon

5    for the past five and one-half years.

6    3. I have personal knowledge of the statements contained herein.

7    4. At the Yuma Complex, open sick call is available every day (including weekends)

8    from approximately 7:00 a.m. to 7:00 p.m, although there are not always patients who

9    require treatment during that entire period. Sick call remains open even when there are no

10   patients present who require treatment. Occasionally, due to unforeseen circumstances,

11   sick call will not begin directly at 7:00 a.m. However, it will always begin by 7:30 a.m. I

12   am not aware of any instances in which open sick call line was not conducted on a given

13   day.

14   5. In any event, a nurse will see every single patient who needs to be seen and we

15   never turn away any patients, even if it is after 7:00 p.m. We will continue to see patients

16   into the night as long as necessary to see everyone. Patients who need care are never

17   turned away.

18   6. At one time, I was directed by Nurse Myers to contact a cancer patient that told a

19   Deputy Warden that he had been coughing up blood for three days. I had not heard that

20   the patient was coughing up blood before Nurse Myers told me what the Deputy Warden

21   had said. Therefore, I called the patient back to inquire about the situation.

22   7. As I called the patient back, medical security informed me that the patient had

23   come in earlier and mentioned coughing up blood. Medical security asked the patient to

24   get a Health Needs Request ("HNR") form and to then return to medical. The patient left

25   but never returned at that time.

26   8. When the patient came back after I called him, the patient said that he did not tell

27   the Deputy Warden that he was coughing up blood. The patient claimed that he actually

28   told the Deputy Warden that he was coughing a little bit and that it had only started that

1

1  morning.

2       9.   The patient said that the reason he did not return with an HNR earlier that day was

3  because he was under investigation about having medications that he should not have had.

4  He was held up by that investigation.   He had been under investigation for a number of

5  days because another inmate had reported him.

6       10. At the time I spoke with the patient, he had no complaints, which I documented.

7         I declare under penalty of perjury that the foregoing is true and correct.

8

9                                        *Marcela Meza*

10                                       Marcela Meza

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28