**EXHIBIT 6**

**EXHIBIT 6**

| | |
|---|---|
| 1 | Arizona Attorney General Mark Brnovich |
| | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
| | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
| | 2005 N. Central Ave |
| 4 | Phoenix, Arizona 85004-1592 |
| | Telephone: (602) 542-1645 |
| 5 | Michael.Gottfried@azag.gov |
| | Lucy.Rand@azag.gov |
| 6 | |
| | Daniel P. Struck, Bar No. 012377 |
| 7 | Rachel Love, Bar No. 019881 |
| | Timothy J. Bojanowski, Bar No. 022126 |
| 8 | Nicholas D. Acedo, Bar No. 021644 |
| | Ashlee B. Hesman, Bar No. 028874 |
| 9 | Jacob B. Lee, Bar No. 030371 |
| | Kevin R. Hanger, Bar No. 027346 |
| 10 | Timothy M. Ray, Bar No. 029191 |
| | Richard M. Valenti, Bar No. 031533 |
| 11 | Jamie D. Guzman, Bar No. 022095 |
| | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 12 | 3100 West Ray Road, Suite 300 |
| | Chandler, Arizona  85226 |
| 13 | Telephone:  (480) 420-1600 |
| | dstruck@strucklove.com |
| 14 | rlove@strucklove.com |
| | tbojanowski@strucklove.com |
| 15 | nacedo@strucklove.com |
| | ahesman@strucklove.com |
| 16 | jlee@strucklove.com |
| | khanger@strucklove.com |
| 17 | tray@strucklove.com |
| | rvalenti@strucklove.com |
| 18 | jguzman@strucklove.com |
| | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| Plaintiffs, | |
| v. | **DECLARATION OF CARLI MYERS** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Carli Myers, hereby declare as follows:

1. I am the Director of Nursing ("DON") at the Arizona State Prison Complex at Yuma and have been in that position for the past three years. I have been a nurse since 2013, at which time I began working for Corizon.

2. I have personal knowledge of the statements contained herein.

3. Nurses at the Yuma Complex run open sick call every day (including weekends), although patients do not necessarily require care all day. Sick call will remain open even if there are no patients that require care at any point. We often see patients beyond the stated hours to the extent necessary to make sure that every patient receives the treatment needed. I am not aware of any instance in which open sick call was not conducted on a given day.

4. I am familiar with Cecilia Edwards and have knowledge about her position as Clinical Coordinator. In that role, Ms. Edwards did not have any involvement in nurse line and would not have personal knowledge as to whether or not it was conducted. Based on the location of her work station, the nurse line would not have been visible to her.

5. There was a period when the provider at Cibola Unit had left and we did not have a provider at that unit. During that time, we would bring inmates to Dakota Unit to see a provider. This was the most efficient way to guarantee that all patients received a face-to-face meeting with a provider as necessary. Additionally, we utilized telemedicine for chronic care patients during this time.

6. To the best of my knowledge, all patients received adequate treatment even though there was no provider at Cibola Unit. Provider lines at other units were not decreased during this time but patients were maneuvered between the units as necessary to maintain efficiency and to verify that all patients were seen as appropriate.

7. If an appointment is re-entered into the system as a specialty consult, the date that the original appointment was entered is used as the entry date of the consult. This has always been the instruction, and staff have never been instructed to use a new entry date.

8. If an inmate needs a specialty consult but there is no specialty provider available, the specialty consult is not canceled. Instead, the specialty consult would remain pending,

1

1  even if it would become noncompliant with the required time frame.  When a specialist
2  becomes available, the appointment would be scheduled.  I have no knowledge of anyone
3  being instructed to cancel a special consult when there is no specialist available.
4      I declare under penalty of perjury that the foregoing is true and correct.

*[Signature]*
Carli Myers

2