# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 2891), and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Under Seal is granted.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibits 1, 3, and 7 to Defendants' Notice of Compliance with Court Order (Doc. 2882).

Dated this 20th day of June, 2018.

_____
David K. Duncan
United States Magistrate Judge