# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br>     Plaintiffs, <br> v. <br> Charles L Ryan, et al., <br>     Defendants. | **NO. CV-12-00601-PHX-DKD** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 22, 2018, judgment is entered against defendants reflecting contempt fines for December 2017, January 2018, and February 2018 violations in the amount of $ 1,445,000.00. The total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. The judgment shall bear interest at the federal statutory rate until satisfied.

                                                Brian D. Karth
                                                District Court Executive/Clerk of Court

June 22, 2018

                                                s/ Rebecca Kobza
                                    By  Deputy Clerk