# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Charles L Ryan, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-DKD <br><br> **JUDGMENT ON ATTORNEY FEES AND COSTS** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 22, 2018, judgment is entered in favor of plaintiff and against defendant in the amount of $ 1,107,361.40 in attorneys' fees and $152,603.58 in costs, for a total of $1,259,991.98.

Brian D. Karth
District Court Executive/Clerk of Court

June 22, 2018

By  s/ Rebecca Kobza
Deputy Clerk