**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court's expert, Advisory Group, has made its final presentation to the Court and submitted a final report. Plaintiffs have asked the Court to issue an order that Defendants file a plan to implement these recommendations. (Doc. 2880) Good cause appearing,

**IT IS THEREFORE ORDERED** that, within 30 days of the date of this Order, Defendants shall file their plan to implement the recommendations contained in the final Advisory Group report.

Dated this 22nd day of June, 2018.

_____
David K. Duncan
United States Magistrate Judge