IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>     Defendants. | No. CV-12-00601-PHX-DKD<br><br>**ORDER** |

This case must be reassigned due to Judge Duncan's retirement. Under Local Rule of Civil Procedure 42.1(e)(3), the Court has considered the availability of judicial resources and, with Judge Silver's consent, will reassign this action to Judge Silver for reasons of judicial economy.

**IT IS THEREFORE ORDERED** that pursuant to Local Rule of Civil Procedure 42.1(e), this case is reassigned to Judge Roslyn O. Silver. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-12-00601-PHX-ROS.

DATED this 26th day of June, 2018.

_____
Raner C. Collins
Chief United States District Judge