**THORPE SHWER, P.C.**
Andrea L. Marconi (No. 022577)
Adam Reich (No. 028843)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: amarconi@thorpeshwer.com
Email: areich@thorpeshwer.com

*Attorneys for Non-Party Witness
Cecilia Edwards*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*; and Arizona Center for Disability Law,<br><br>          Plaintiffs,<br><br>     v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>          Defendants. | No. 2:12-cv-00601-DKD<br><br>**NOTICE OF CLAIMED RETALIATION BY NON-PARTY WITNESS CECILIA EDWARDS** |

Pursuant to the request of the Court during the hearing that occurred on June 1, 2018, non-party witness Cecelia Edwards ("Ms. Edwards") hereby notifies the Court of actions she believes constitute retaliation for her testimony in this matter.

**A.     Background.**

Ms. Edwards is a former employee of Corizon Correctional Healthcare ("Corizon"). Until June 18, 2018, Ms. Edwards worked as a Clinical Coordinator at the ASPC Yuma Complex. Plaintiffs subpoenaed her to testify at an evidentiary hearing on June 1, 2018. Prior to her testimony, Ms. Edwards expressed a fear of retaliation from her employer or from the Arizona Department of Corrections related to her testimony. In response to her concern,

9038841

Corizon agreed to provide Ms. Edwards with independent counsel. Ms. Edwards retained undersigned counsel for that purpose.

During her testimony, two issues arose that required further action from Ms. Edwards. First, the Court asked Ms. Edwards to provide documents in her possession, and which were discussed during her testimony, that might be related to the subject matter of the dispute. Ms. Edwards, through undersigned counsel, provided those documents to the Court and the parties on June 5, 2018. Second, Ms. Edwards indicated, in response to a question from Plaintiffs' counsel, that she was concerned she might suffer retaliation for her testimony. In response, Plaintiffs' counsel asked the Court to enter an order precluding Corizon or the Department of Corrections from taking any retaliatory action against Ms. Edwards. While the Court declined to enter such an order, the Court instructed Ms. Edwards to notify the Court, through undersigned counsel, of any retaliation related to her testimony.

### B. Events Occurring After the June 1, 2018 Hearing.

Ms. Edwards has informed undersigned counsel that she believes she experienced retaliation from her immediate supervisor and co-workers following the hearing. According to Ms. Edwards, she came under scrutiny from her supervisor Lori Johnson that far exceeded any scrutiny she experienced prior to the hearing. Specifically, Ms. Johnson rarely visited the Cibola yard where Ms. Edwards worked prior to the hearing. After the hearing, Ms. Johnson began visiting the Cibola yard on a regular basis. Additionally, Ms. Edwards was the subject of numerous closed-door meetings. She felt that Ms. Johnson and others were engaging in efforts to either force her out of her position or manufacture a reason to terminate her employment.

Her situation at work deteriorated to the point that she felt she had no other choice but to seek alternative employment. Ms. Edwards tendered her two-week notice on June 18, 2018. She was promptly escorted off property after being told that her employer did not require her to stay for the two-week period. Ms. Edwards believes the above-described conduct constitutes retaliation.

2

9038841

### C. Conclusion.

Ms. Edwards is currently exploring any relief she may be entitled to through separate legal action.[1] She is not seeking any affirmative relief in this action at this time. Instead, Ms. Edwards believes she is obligated to raise these issues with the Court to comply with the Court's directive during the June 1, 2018 hearing. She is willing to testify to these matters in greater detail if the Court desires.

DATED this 28th day of June, 2018.

THORPE SHWER, P.C.

By /s/Adam Reich
    Andrea L. Marconi
    Adam Reich
    *Attorneys for Non-Party Witness Cecilia Edwards*

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties registered.

/s/ Katie Chaban

---

[1] Undersigned counsel does not represent Ms. Edwards with respect to any separate legal action.

3

9038841