Dale Maisans
P.O. Box 24402-07787
Tucson, Arizona 85734-24402

Emergency Order Request

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et
al, Petitioner
V.
Ryan, et al,
Respondents

Case No. CV-12-00601
PHX-DKD
Judge David K. Duncan
Emergency O.S.C.
ADOC Fails to
Comply w/ Court Order
of April 18, 2018

The Petitioner comes to The Court
after being given Court Order for
Motion to Exceed Page Limits and
Motion to File Under Seal etc.
On 4-23-18, The Petitioner gave a
Copy of The Courts Order to Library
Staff Wadlow, And explained He would
bring copies upon request for Paralegal
x 2 Days later a per-grievance was filed
for failure to follow the Courts Order in
Gluth v. Kangas 951 F 2d at 1504
(9th Cir 1991)
A few days later Library Staff Madrid
returned from leave and same was
explained to Her Re: I will bring Copies
for Copies etc.

On 5-3-18, at Aprox 2 PM, I was called to Library and told by Madrid, You failed to give original copies to be made. I explained the situation. She acted stupid re: the issue, see exhibit H A enclosed.

On 5-4-18, I ask Library Person Woolsey to speak to supervisor. He refused access.

at 7:35 Original paperwork given to Library Staff And it was ask to be secured. Only scotch tape was given.

At same time binding was requested to Library Staff and Paralegal Winsett.

### Relief Requested

1. Sanctions in Per-Grievance 1,000.00 per Day for Delay

2. The Court is requested to contact A.G.'s office

3. All who have been informed or come in contact w/ grievance is guilty of interfering with a Judicial Proceeding etc.

cc 4.5 Copies Requested

Judge we have 2 X new issues
a Person with a cane and M.S.
is forced to be in an upper bunk.
Second a person whom was told He
would die w/out a Heart Valve, He
has been denied

Submitted This 4 Day of May 2018

by Dale Maisano
Dale Maisano

cc if copie are given

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Exh.6,1st R

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Marsh, Jon | 277??? |
| Institution/Unit | Date |
| ASP-T Unit 1 | 04/21/18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Parsons v. Ryan CV-12 | | | | | |
| 2 | 0601 I have Court | | | | | |
| 3 | Order Exceed Page | | | | | |
| 4 | Limit / H... Further | | | | | |
| 5 | Order Mot. to leave | 45 | | | | |
| 6 | to file Under Seal Ct. | 2600 = 117,000 | | | | |
| 8 | Glover v. Ryan will | | | | | |
| 9 | be entered of fine the | | | | | |
| 10 | will not filed count for Civil Rights Charges | | | | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADW | [signature] | 4-23-18 | N/A |

I have reviewed the request for legal copying. Take the following action:

☒ Copy: Unmodified documents for review
☐ Copy: Modified as indicated above
☐ Non-qualified legal copies, non-legal matter.
☐ Paralegal requests meeting with inmate - approval suspended

[handwritten notes: cannot be approved due to the fact you referred to ... Returned 4/25/18. all needs ...]

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|
| | | 5/2/2018 |

| No. of Copies made ___ @ $ ___ each = TOTAL ___ |
|---|

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Exhibit #8



# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| | |

| Institution/Unit | Date |
|---|---|
| | |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW**

*To be completed by the inmate/paralegal*

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Designated Staff**

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| | | | |

**Paralegal**

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified                ☐ Copy: Modified as indicated above

☐ **Non-qualified legal copies, non-legal matter.**                ☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|
| | | |

**Designated Staff**

No. of Copies made _____ @ $ _____ each = TOTAL _____

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library
  Green - Legal Access Monitor
  Canary - Inmate
  Pink - Paralegal
  Goldenrod - Inmate

902-2
2/4/11

Dale Maisans
P.O. Box 24402-07787
Tucson, Arizona 85734-4402

Emergency Order Request

In The United States District Court
For The District of Arizona

Parsons, et al., Petitioner

v.

Ryan, et al., Respondents

Case No. CV-12-00601
PHX-DKD
Judge David K. Duncan
Emergency O.S.C.
ADOC Fails to
Comply w/ court order
of April 18, 2018

The Petitioner comes to The Court after being given Court Order for Motion to Exceed Page Limits and Motion to File Under Seal etc.

On 4-23-18, The Petitioner gave a copy of The Courts Order to Library Staff Wadlow, And explained He would bring copy per request for Paralegal x 2 Days later a per-grievance was filed for failure to follow the Courts Order in Gluth V. Kangas 951 F.2d at 1504 (9th Cir 1991)

A few days later Library Staff Madrid returned from leave and same was explained to Her Re: I will bring Copy for Copy etc.

On 5-3-18, at Aprox 2 PM, I was called to Library and told by Madrid, You failed to give original copies to be made. I explained the shum. She acted stupid re: the issue, see exhibit H a enclosed.

On 5-9-18 I ask Library Person Wadlow to speak to supervisor H. refused access.

at 7:35 Original p-pinnal give to Library Staff And it was ask to be secured. Only scotch tape was given.

At same time, binding was requested to Library Staff and Paralegal Ullivari

Relief Requested

1. Same as in Pre-Grievance 1,000.00 per Day for Delay
2. They Court is requested to contact A.G. s often
3. All whom have been informed or come in contact w/ grievance is guilty of Interfering with a Judicial Proceeding etc.

cc 45 Copies Requested

Judge we have 2 X new issues a Person with a cane and M.S. is forced to be in an upper bunk. Second a person whom was told He would die w/out a Heart Valve, He has been denied

Submitted This 4 Day of May 2018

by Dale Maisano
Dale Maisano

cc: if copies are given

Exh. 6.1 st R

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Manos, D... | 277... |
| Institution/Unit | Date |
| ASP-T Wind... | 04/21/18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW**

To be completed by the inmate/paralegal

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Parsons v K... CV-12 | | | | | |
| 2 | 0601, I have Civil | | | | | |
| 3 | Order Greech P... | | | | | |
| 4 | L... / H... Further | | | | | |
| 5 | Order Mot. to leave | 45 | | | | |
| 6 | to file Und. Sec de | 2600=117,000 | | | | |
| 7 | | | | | | |
| 8 | Glat v Kuren will | | | | | |
| 9 | be enforced or for it | | | | | |
| 10 | will most likely come to Cal. Yur Cha... | | | | | |

Designated Staff

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADL... | [signature] | 4-23-18 | N/A |

Paralegal

I have reviewed the request for legal copying. Take the following action:

This request cannot be copied due to the fact you refused to...

☐ Copy: Unmodified ...ments for review   ☐ Copy: Modified as indicated above ... 4/25/18

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| | | 5/2/2018 |

Designated Staff

No. of Copies made _____ @ $ _____ each = TOTAL _____

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| [illegible] | [illegible] |

| Institution/Unit | Date |
|---|---|
| [illegible] | [illegible] |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW**

To be completed by the inmate/paralegal:

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | [illegible] | | | | | |
| 2 | [illegible] | | | | | |
| 3 | [illegible] | | | | | |
| 4 | [illegible] | | | | | |
| 5 | [illegible] | | | | | |
| 6 | [illegible] | | | | | |
| 8 | [illegible] | | | | | |
| 9 | [illegible] | | | | | |
| 10 | [illegible] | [illegible] | [illegible] | | | |

**Designated Staff**

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

**Paralegal**

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|

**Designated Staff**

No. of Copies made _____ @ $ _____ each = TOTAL _____

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|

Distribution: White – Library
Green – Legal Access Monitor
Canary – Inmate
Pink – Paralegal
Goldenrod – Inmate

902-2
2/4/11

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

**Inmate Name** (Last, First M.I.): Maldonado, Dale
**ADC Number:** 077577
**Institution/Unit:** ASP-T Whetstone
**Date:** 5-4-18

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Pass W Ban | | | | | |
| 2 | DSC | 5 | | | | |
| 3 | | | | 3 | 5 / 5 | |
| 4 | 12-00601 | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**PARALEGAL REVIEW**

Request received and forwarded to Paralegal for action.

**Designated Staff Name** (Last, First M.I.): WADW
**Designated Staff Signature:** /s/
**Date/Received:** 5-4-18
**Date Forwarded:** 5-4-18

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified
☑ Copy: Modified as indicated above
☐ Non-qualified legal copies, non-legal matter.
☐ Paralegal requests meeting with inmate - approval suspended

**Paralegal's Name** (Last, First M.I.): Umbar, B
**Paralegal's Signature:** /s/
**Date:** 5/7/18

**No. of Copies made:** 15
@ $ .10 each = TOTAL $ 1.50

**Designated Staff Name** (Last, First M.I.): /illegible/
**Designated Staff Signature:** /s/
**Date:** 5/10/18

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Inmate Dah Maisand
ADC # 077577
Arizona State Prison Complex Tucson
Unit Whetdon IA 50 P.O. Box 24401
10 004 S Wilmot rd
Tucson                    AZ 85734-24401

Clerk of The U.S. Dist. Ct.
401 W. Washington St., SPC 1
Phoenix, Arizona  85003-2118

LEGAL MAIL

RECEIVED
JUN 29 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA




neopost
06/27/2018
US POSTAGE