P.O. Box 24402-077877
Tucson, Arizona 85734-2-1402

Emergency TRO

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et, al.,        No. CV-12-00601-PHX-DKD

    Petitioners        Judge David K. Duncan

V.

Ryan, et, al.,        The Petition Requests
    Respondents,        Temporary Restraining Orders

As Ordered VIA The Court, Copies Are Denied
see x 3 Requests, Ulibarri, Erwin, Library
Worker Wadlow, and Madrid, And now
Supervisor CEPS Klukosky.

Second More Negative type Sham responses by
Corizon Health given this date x 5.

                Relief Requested
1. Copies Forthwith to The Court of all
documents.
2. Medical as requested & 5 Grievancy
3. Special Master to help get paperwork
to the Court

Submitted this 11th Day of May 2018    by [signature] Dale Ma
                                            Dale Mavans

cc If given will be sent

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE _____ (Rule Number/Section)
Lrcu 65.4

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

Inmate Name *(Last, First M.I.)*
Maisano, Dah

ADC Number
077877

Institution/Unit
ASP-I. Whetstone

Date
5-11-18

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.

ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name Parsons V. Ryan | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✔ Unmodified |
|-----|-------------------------------|-----------------|------------------|-----------------|------------------|--------------|
| 1 | 3rd Request Parsons V | | | | | |
| 2 | Ryan for Copies, See | | | | | |
| 3 | Courts Order to | | | | | |
| 4 | Requester Case 2:12 cv 601 | | | | | |
| 5 | 5 pg | 2600 | 45 | | | |
| 6 | See Service list Furnished | | | | | |
| 8 | by The Judge | | | | | |
| 9 | Nltn Gluth V. Kangas | | | | | |
| 10 | 951 F 2d 1504 (9th Cir 1991 ( Order to | | A DOC People who | | | |

fail to Understand Court Order Should be removed Forthwith from employment by Court.

Request received and forwarded to Paralegal for action.

Designated Staff Name *(Last, First M.I.)*
WADN

Designated Staff Signature

Date/Received
5-11-18

Date Forwarded
N/A

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified

☐ Non-qualified legal copies, non-legal matter.

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

4 PLEASE INSTRUCT INMATE THAT HE NEEDS TO PICK UP HIS BOX AND CANNOT LEAVE IT IN THE LIBRARY AND THAT THIS NEW REQUEST FOR COPIES ON THE SAME BOX SUBMITTED TODAY IS DENIED BY ME."

Paralegal's Name *(Last, First M.I.)*
LEGAL MONITOR ERWIN

Paralegal's Signature
VIA EMAIL

Date
5-11-18

No. of Copies made _____ @ $ _____ each = TOTAL _____

Designated Staff Name *(Last, First M.I.)*

Designated Staff Signature

Date

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Dale M Marsano
P.O. Box 24402-077877
Tucson, Arizona 85734-24402

In The United States District Court
For The District of Arizona

Parson, et, al,                    CV 12-00601
    Petitioner's              Judge David K. Duncan
V.
Ryan, et, al,                  Order to Show Cause
    Respondents               Contempt of Court

This with what The Court has prior Knowledge
of, On 5-4-18, The Petitioner Left a secured
box of 2600 Documents along with The Court's order
to Me Re: Me from 18 April 2018 #1 2776  ✗
3 Order.
    On 5-10-18 Paralegal Ulibarri, Under The
Sole Direction BOMR Legal Access Monitor
Julia Erwin and prior to The Dute CLEPS
Klukosky, L,
    The Petitioner was called to Library by Ulibarri
whom had opened The Taped box, Trashed d
and left, Leaving the enclosed exhibits,

            Relief Requested
1. Correction
2. Denial of CLEPS
3. Special Master in Library ✗ 7 Days per Week
Submitted This 11 Day of May 2018 by [signature]
cc Requestd ✗ 45                     Dale M

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dan | 077877 |
| Institution/Unit | Date First Placed 4-23-18 |
| ASP T. Whetstone | 5-4-18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.

ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Parson v. Ryan CV-12-00 | Order | states effect |
| 2 | 601, 2d Request for Copy | Page limits | regarding |
| 3 | I have a cover docs Execution | Parson v Ryan |
| 4 | Page Limit /It is further | not a petition for |
| 5 | Order/Motion for leave to | habeas to be filed |
| 6 | file Under Seal etc | 3/8/18 previously denied |
| 8 | Gluth v Kenney will | also numerous new |
| 9 | be entered of time etc | motions attach |
| 10 | In 7:39 AM 5-4-18 | 2600 | 45 | | | (see attach) |

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADLow | | 5-4-18 | N/A |

I have reviewed the request for legal copying. Take the following action:

copies
denied
5/10/18

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| | | |

| No. of Copies made _____ @ $ _____ each = TOTAL _____ |
|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

which are originals / different
courts; not just District
Court.

Also enclosed is info regarding
1. Grievance process / retaliation
2. good time credits
3. Certificate of Paralegal from New Mex.
4. blank copy of habeas corpus


After conversation with Legal
Access Monitor / order received
and signed by judge, does
not refer to inmate Maisonet
case. (different doc. #'s)

copies denied
5/10/18
Urban

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DKD |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Leave to Exceed Page Limits (Doc. 2776) and Plaintiffs' Motion to Seal (Doc. 2767), good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to Exceed Page Limits (Doc. 2776).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Leave to File Under Seal (Doc. 2767).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibit 1 to the Declaration of David C. Fathi (Doc. 2768).

Dated this 18th day of April, 2018.

David K. Duncan
United States Magistrate Judge

In The United States District Court
For The District of Arizona

Parsons, et al,               Case 12-CV-00601
        Petitioner(s)       Judge David K. Duncan
        v.
Ryan, et, al,                 Additional Disclosure as per
        Respondents          Court Order April 18, 2018

As requested by Inmate Maxson and
So Ordered April 18, 2018 by Judge Duncan
2600 pgs Additional Disclosure


Submitted this      Day of April 2018
            4                    May

                    by

                        Dah Maxson

cc As Order States
    X 45 Copies   see Order

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

Inmate Name *(Last, First M.I.)*
Maisano, Doh

ADC Number
07787?

Institution/Unit
ASP-T Whetston                    1 A 80

Date
04-23-18

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|-----|---------------|----------------|-----------------|----------------|-----------------|-----------|
| 1 | Parsons V Ryan CV-12- | | | | | ✓ |
| 2 | 0601, I have Court | | | | | |
| 3 | Order Exceed Page | | | | | |
| 4 | Limits / It is Further | | | | | |
| 5 | Ordered Motion for leave | 45 | | | | |
| 6 | to file Under Seal etc | 2600 = 117,000 | | | | |
| 8 | Gluth V Kanavi will | | | | | |
| 9 | be entered or finis etc | | | | | |
| 10 | will most likely come from Cabi | Our Choice | | | | |

Request received and forwarded to Paralegal for action.

Designated Staff Name *(Last, First M.I.)*
WADW

Designated Staff Signature

Date/Received
4-23-18

Date Forwarded
N/A

copies will not be approved due to the fact the refused to lea
I have reviewed the request for legal copying. Take the following action:
the documents for review.

I/M Maisano didn't
leave copies for
review. 4/25/18.

☐ Copy: Unmodified

☐ Copy: Modified
as indicated above

Paralegal needs
originals for
review and appro

☐ Non-qualified legal copies, non-legal matter.

☑ Paralegal requests meeting with inmate - approval suspended

Paralegal's Name *(Last, First M.I.)*
Paralegal Ulibarri via email @ 7.4cpm

Paralegal's Signature

Date
5/2/2018

No. of Copies made _____ @ $ _____ each = TOTAL _____

Designated Staff Name *(Last, First M.I.)*

Designated Staff Signature

Date

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

*Emergency Request Habeu Corpu*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dali | 077811 |

| Institution/Unit | Date |
|---|---|
| RSP-T. Whetstone              1 A 80 | 02·14·18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.

**ATTACH DOCUMENTS**

**PARALEGAL REVIEW**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|---|---|---|---|---|---|---|
| 1 | Emergency Writ of Habeu, | | | | | ✓ |
| 2 | Corpu : Maisano V. | | | | | |
| 3 | State of Arizona | 2575 | 3 | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

*To be completed by the inmate/paralegal*

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADW | M | 2-14-18 | N/A |

*Designated Staff*

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☒ **Non-qualified legal copies, non-legal matter.**

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

*"STATE COURT / HABEAS CORPUS NEEDS TO BE SHORT AND CONCISE. ALSO THE LAST PAGE WILL NOT BE COPIED"*

*Paralegal*

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date      1:27PM |
|---|---|---|
| VLIBARE | VIA EMAIL | 2-14-18 |

| No. of Copies made _____ @ $ _____ each = TOTAL _____ |
|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|

*Designated Staff*

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

EMERGENCY REQUEST HABEAS CORPUS

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maxwell, Dale | 077311 |

| Institution/Unit | Date |
|---|---|
| ASP-T Whl.L. I D 30 | Oct. 14-11 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
**ATTACH DOCUMENTS**

**PARALEGAL REVIEW**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|---|---|---|---|---|---|---|
| 1 | Emergency Writ of Habea | | | | | ✓ |
| 2 | Court Maxwell V | | | | | |
| 3 | State of Arizona | 2375 | 3 | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADW | | 2-14-18 | N/A |

I have reviewed the request for legal copying. Take the following action:

"STAFF COURT / HABEAS COPUS NEEDS TO BE SHORT AND CONCISE. ALSO THE LAST PAGE WILL NOT BE COPIED"

[ ] Copy: Unmodified

[ ] Copy: Modified as indicated above

[ ] **Non-qualified legal copies, non-legal matter.**

[ ] Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date 1.27PM |
|---|---|---|
| ULIBARRI | VIA EMAIL | 2-14-18 |

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

**Distribution:** White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Maisano O.h | 077877 |

| Institution/Unit | Date |
|---|---|
| ASP -T- Whitston     1 A 80 | 1-31-18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.

ATTACH DOCUMENTS

**To be completed by the Inmate/paralegal**

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Maisano V. Uliberri | | | | | ✓ |
| 2 | New Tort Actions | | | | | |
| 3 | Under the Sun Pg L | 2564 | 3 | | | |
| 4 | A | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Designated Staff**

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADv | | 1-3HY | N/A |

**Paralegal**

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified

☐ Non-qualified legal copies, non-legal matter.

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

"NEEDS TO FOLLOW CIVIL PROCEDURE. LIMIT PAGES. BE DIRECT AND CONCISE. NO COPIES AT THIS TIME. ✓

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date 5:41PM |
|---|---|---|
| ULIBARRI | VIA EMAIL | 1-31-18 |

**Designated Staff**

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|
| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |

902-2
2/4/11

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano Dale | 077877 |

| Institution/Unit | Date |
|---|---|
| ASP-T-Whetstone   1 A 80 | 2-5-18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.

**ATTACH DOCUMENTS**

**PARALEGAL REVIEW**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Maisano V Ulibarri | | | | | |
| 2 | New Tort Civil Right | | | | | |
| 3 | Violation, Denied Access | | | | | |
| 4 | to Court | 2565 | 4 | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

*To be completed by the Inmate/paralegal*

---

**Designated Staff**

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WATson | | 2-5-18 | 2-5-18 |

---

**Paralegal**

I have reviewed the request for legal copying. Take the following action:

" SEE THE ARIZONA RULES OF CIVIL PROCEDURE. BE DIRECT AND BE SHORT, ETC "

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ **Non-qualified legal copies, non-legal matter.**

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date   8:59 AM |
|---|---|---|
| VLIBARRI | VIA EMAIL | 2-6-18 |

---

**Designated Staff**

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisam, Dale | 077877 |
| Institution/Unit | Date |
| ASP-T-Wlkl                                    1 A 5u | 2.5.18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.
ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Maisam V Ulibarri | | | | | |
| 2 | No Trd Curt Kluhl | | | | | |
| 3 | Violate Denied New | | | | | |
| 4 | L Court | 2565 | 4 | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WAbw | /w | 2-5-18 | 2-5-18 |

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☐ **Non-qualified legal copies, non-legal matter.**

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

"SEE THE ARIZONA RULES OF CIVIL PROCEDURE RE PAGE AND # OF COPIES"

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| V LISARDI | VIA EMAIL | 2-6-18 |

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|
| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Maisano, Dale | 074711 |

| Institution/Unit | Date |
|---|---|
| ASP-T-Whetstone | 03-09-18 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.

ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified review |
|---|---|---|---|---|---|---|
| 1 | Emergency Writ of Habeas | | | Will Not | | |
| 2 | Corpus | | | Los denied numerous | | |
| 3 | Maisano V. Ryan | | | times due to the | | |
| 4 | Fed. Ct. | 2591 | 3 | fact that | | |
| 5 | Meet. All Requirement | | | there are numerous | | |
| 6 | 28 U.S.C. § 2254 | | | motions enclosed or | | |
| 8 | § 2241 | | | duplicates | | |
| 9 | Denial of Access to | | | (emergency habeas) | | |
| 10 | Courts etc complaint | | | non applicable | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADrow | | 3-9-18 | 3-9-18 |

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified

☐ **Non-qualified legal copies, non-legal matter.**

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

items to copies all in box will be removed from library and redistributed accordingly Maisano 3/14/18

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|

| No. of Copies made _____ | @ $ _____ each = TOTAL |
|---|---|

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date |
|---|---|---|

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Marsaw, Ode | 077577 |
| Institution/Unit | Date |
| ASP-T Whil | 03-09-18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.
ATTACH DOCUMENTS

| | No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|---|---|---|---|---|---|---|---|
| | | | | | PARALEGAL REVIEW | | ✓ |
| To be completed by the inmate/paralegal | 1 | Emergency Writ of Habeas | Will | Not | | | |
| | 2 | Civil | be denied thousand | | | | |
| | 3 | Marsaw V. Ru | Times due to the | | | | |
| | 4 | Fed. Q | 2591 | 3 | and that | | |
| | 5 | Mot. All Ququland | | these are numerous | | | |
| | 6 | 28 U.S.C. § 2251 | | Motions | enclosed on | | |
| | 8 | 7 2241 | | deficiency | | | |
| | 9 | Dem of Award | | emergency matters | | | |
| | 10 | Court etc Onthe | | non applicable | | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADON | | 3-9-18 | 3-9-18 |

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified          ☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.          ☐ Paralegal requests meeting with inmate - approval suspended

are in box will be remove from of box and resubmitted accordingly

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Emergency
W. & N.C

Dale Maisano 077877
Name and Prisoner/Booking Number
Tucson A DOC
Place of Confinement
P.O. Box 24402.
Mailing Address
Tucson, Arizona 85734. 24402
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Dale Maisano,
(Full Name of Petitioner)

Petitioner,

v.

Director Charles Ryan,
(Name of the Director of the Department of
Corrections, Jailor or authorized person having custody
of Petitioner),

Respondent,
and
The Attorney General of the State of Arizona,

Additional Respondent.

CASE NO. _____
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

## PETITION

1.  (a)  Name and location of court that entered the judgment of conviction you are challenging: _____
    _____ Under 28 USC § 2241 _____

    (b)  Criminal docket or case number: __ NA _____

2.  Date of judgment of conviction: __ NA _____.

3.  In this case, were you convicted on more than one count or crime?    Yes ☐    No ☐

**530**

4. Identify all counts and crimes for which you were convicted and sentenced in this case: __NA__ _____

_____

_____

_____

5. Length of sentence for each count or crime for which you were convicted in this case: __NA__ _____

_____

_____

_____

6. (a) What was your plea?
   Not guilty                                    ☐
   Guilty                                        ☐
   Nolo contendere (no contest)                  ☐

   (b)  If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____ __NA__ _____

_____

_____

_____

   (c)  If you went to trial, what kind of trial did you have?  (Check one)Jury ☐ Judge only ☐

7. Did you testify at the trial?        Yes ☐        No ☐        NA

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☐        No ☐

   If yes, answer the following:

   (a)  Date you filed: _____ NA _____

   (b)  Docket or case number: ____ NA _____

   (c)  Result: _____ NA _____

   (d)  Date of result: _____ NA _____

   (e)  Grounds raised: ____ NA _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

2

9. Did you appeal to the Arizona Supreme Court?  Yes ☐         No ☐      N A

    If yes, answer the following:

    (a)  Date you filed: _____ N A _____

    (b)  Docket or case number: _____ N A _____

    (c)  Result: _____ N A _____

    (d)  Date of result: _____ N A _____

    (e)  Grounds raised: _____ N A _____

    _____

    _____

    _____

    _____

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

10. Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☐      N A

    If yes, answer the following:

    (a)  Date you filed: ___ N A _____

    (b)  Docket or case number: _____ N A _____

    (c)  Result: _____ N A _____

    (d)  Date of result: _____ N A _____

    (e)  Grounds raised: _____ N A _____

    _____

    _____

    _____

    _____

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?  Yes ☐      No ☐      N A

    If yes, answer the following:

3

(a)  First Petition.

(1)  Date you filed: _____ NA _____

(2)  Name of court: _____ NA _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): ___ NA _____

(4)  Docket or case number: _____ NA _____

(5)  Result: _____ NA _____

(6)  Date of result: _____ NA _____

(7)  Grounds raised: _____ NA _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)  Second Petition.

(1)  Date you filed: _____ NA _____

(2)  Name of court: _____ NA _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): ___ NA _____

(4)  Docket or case number: _____ NA _____

(5)  Result: _____ NA _____

(6)  Date of result: _____ NA _____

(7)  Grounds raised: _____ NA _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

4

(c) Third Petition.

(1) Date you filed: **NA**

(2) Name of court: **NA**

(3) Nature of the proceeding (Rule 32, special action or habeas corpus): **NA**

(4) Docket or case number: **NA**

(5) Result: **NA**

(6) Date of result: **NA**

(7) Grounds raised: **NA**

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(d) Did you appeal the action taken on your petition, application, or motion to the:

|  | Arizona Court of Appeals: | | Arizona Supreme Court: | |
|---|---|---|---|---|
| (1) First petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (2) Second petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (3) Third petition | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

**NA**

(e) If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____

**NA**

12. For this petition, state **every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5

GROUND ONE: _Denial of Access to Court, see enclosd_
_dated 12-4-17_

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_Denid Access to Court. See Enclosd_

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?   Yes ☐          No ☒

(c) If yes, did you present the issue in a:
      Direct appeal      ☐
      First petition      ☐   NA
      Second petition   ☐
      Third petition    ☐

(d)  If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?   Yes ☐          No ☐

6

**GROUND TWO:** _____

_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you present the issue raised in Ground Two to the Arizona Court of Appeals?   Yes ☐        No ☐

(c)  If yes, did you present the issue in a:
          Direct appeal       ☐
          First petition        ☐
          Second petition     ☐
          Third petition       ☐

(d)  If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____

_____
_____
_____

(e)  Did you present the issue raised in Ground Two to the Arizona Supreme Court?   Yes ☐        No ☐

7

**GROUND THREE:** _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals?  Yes ☐        No ☐

(c) If yes, did you present the issue in a:
      Direct appeal     ☐
      First petition     ☐
      Second petition   ☐
      Third petition    ☐

(d)  If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: _____

_____

_____

_____

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court?  Yes ☐        No ☐

**GROUND FOUR:** _____

_____

_____

_____

_____

(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?   Yes ☐        No ☐

(c) If yes, did you present the issue in a:
      Direct appeal      ☐
      First petition      ☐
      Second petition    ☐
      Third petition     ☐

(d)   If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____

_____

_____

_____

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?   Yes ☐        No ☐

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ☐      No ☐      U/K

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.   Attach a copy of any court opinion or order, if available: _____

_____ NA _____

_____

_____

_____

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?      Yes ☐      No ☐

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:   _____

_____

_____ NA _____

_____

_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?   Yes ☐      No ☒

If yes, answer the following:

(a) Name and location of the court that imposed the sentence to be served in the future:

_____

_____ NA _____

_____

(b)  Date that the other sentence was imposed: _____ NA _____

(c)  Length of the other sentence: _____ NA _____

(d)  Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?      Yes ☐      No ☐      NA

10

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

NN

*Section 2244(d) provides in part that:

(1)   A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.   The limitation period shall run from the latest of—

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: _Forthwith Release From Prison_

or any other relief to which Petitioner may be entitled.   (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____(month, day, year).

_____
**Signature of Petitioner**

_____
Signature of attorney, if any

_2·26·18_
Date

11

Dale Maisano 077877
Name and Prisoner/Booking Number

ASP
Place of Confinement

P.O. Box 24401 -
Mailing Address

Tucson, Az 85734 - 24401
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Dale Maisano ,

Petitioner,

v.

Director Charles Ryan .

Respondent(s).

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
(HABEAS)**

I, Dale Maisano , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?        ☐Yes    ☒No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?   ☐Yes    ☒No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution
where you are confined?                                                              ☐Yes        ☒No
If "Yes," state the sources and amounts of the income, savings, or assets.  _____

_____

_____

I declare under penalty of perjury that the above information is true and correct.

_____2-26·18_____                              _____
DATE                                                                  SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __B. Lawrence_____, certify that as of the date applicant signed this application:
      (Printed name of official)

The applicant's trust account balance at this institution is:   $ __0_____.

02/26/18        Lawrence              CDIII #5522      ASPC-T/Whetstone
DATE            AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

2

# ARIZONA DEPARTMENT OF CORRECTIONS

## Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Marsan, Dav | 077577 |
| Institution/Unit | Date |
| ASP T Whitton          Unit | 2-23-18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.

ATTACH DOCUMENTS

| | | To be completed by the inmate/paralegal | | | PARALEGAL REVIEW | | |
|---|---|---|---|---|---|---|---|
| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified ✔ | |
| 1 | Caforn | | | | | | |
| 2 | Mansel V Ryan | | | | | | |
| 3 | Ninth Circuit Fed. Ca. | 2576 | 3 | | | | |
| 4 | David of Civil Acru | | | | | | |
| 5 | | | | | | | |
| 6 | a person unlawfully so will, detain | | | | | | |
| 8 | confined or restraint of his liberty | | | | | | |
| 9 | (nm copy) | | | | | | |
| 10 | | | | | | | |

Request received and forwarded to Paralegal for action.

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADIN | Ar | 2-23-18 | N/A |

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☐ Non-qualified legal copies, non-legal matter.

☐ Copy: Modified as indicated above

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| | | |

| No. of Copies made | @ $ | each = TOTAL |
|---|---|---|
| | | |

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Dale Maisant
P.O. Box 24402 - 07787
Tucson, Arizona 85734 - 24402

In The Superior Court State of Arizona
In And For The County of Maricopa

Dale Maisant
        Petitioner

        V.                                   (Emergency)
Dr. Charles Ryan            Writ of Habeas Corpus
        Respondent

        The Director Fails to have established a
Policy That Will let Me Access The Courts
                Relief Requested
The Petitioner requests Forthwith Release from
Prison VIA Mean of Word of Habeas Corpus

Submitted This 23 Day of Feb 2018

                        by  Dale Maisant
                            Dale Maisant

1 of 2576

P.O. Box 24402 - 07787).
Tucson, Arizona 85734 - 24402

In The Superior Court State of Arizona
In And For The County of Maricopa

Dale Maisano
        Petitioner
        V.
State of Arizona,
Director Charles Ryan,
Gov Doug Ducey
Arizona Attorney General,          Emergency :
Paralegal Betty E.                  Correct Writ of Habeus
Ulibarri  Respondent              Corpus Under A.R.S

    Note This Habeus Corpus is 2575 Pgs
and First placed For copy on 12.04.17
The Next Ulibarri, Under The Direction
of X (3) Three other Thugs Known as
(2) Two Ast. A.G.'s and The A.G.
Fail to copy said action. Note It
contains issues of Imminent Danger etc.
and meets all rule requirements of The
A.R.S. And is being requested to be
filed in The Proper Court Yet Respondent
Ongoing Prohibition Of Communication
with The Court

    Submitted The 14th Day of Feb 2018 by Dale Maisano
                                        Dale Maisano

## Absolute Prohibitions On Communication

When dealing with communications to and from the courts, the right of access is directly at stake. This is why, In Ex parte Hull, 312 U.S 546, 61 S.Ct 640 (1941) the landmark opinion establishing the right of access, The Supreme Court Struck down the policy of prison officals to return any document mailed to the courts that was not in paper form. The Court held that this practice unconstitutionally placed prison officals directly between inmates and the court. at 312 U.S 549, Following this decision, lower courts have steadfastly refused to permit prison administrators to censor, screen, or in any way interfere with communications to and from courts, See, eg, Brewer V. Wilkinson, 3 F. 3d 816 (5th Cir. 1993) (holding that allegation that prison officials' actions prevented inmates from submitting papers and pleadings to the court stated a constitutional violation); Bryan V. Werner, 516 F 2d 233 (3d Cir. 1975); Sostre V. McGinis, 442 F 2d 178 (2d Cir 1971) As well see Carothus V. Follette, 314 F Supp. 1014 (S.D N.Y 1970) All notices and responses will be provided VIA The Courts Only.

Dale Maisano
P.O. Box 24682 - 077877
Tucson, Arizona 85734

In The Superior Court State of Arizona
In And For The County of Maricopa

Dale Maisano,
    Petitioner
        V.
Paralegal Betty E. Ulibarri         Writ of Habeas Corpus
    Respondent

From 12-04-17, The Petitioner has
tried to File a qualified Claim which
conforms to all Rules of Superior Court

As Well as The Next 3 pg.

Submitted The 12th Day of Feb. 2018.

                            by Dale M____
                               Dale Maisano

Development of The Right of Access to The
Courts - Ex parte Hull

Fittingly one of the First prisoners' rights
issues addressed by The Supreme Court involved
the right of access to Courts. In Ex-parte
Hull, see Ex-parte Hull, 312 U.S. 546,
61 S.Ct. 640, 85 L.Ed. 1034 (1941),
Decided almost 70 years ago, Michigan
prison officials promulgated a regulation
requiring that prisoners submit all legal
documents for approval to the prison's
institutional welfare office and then the
parole board's legal investigator. Under
the regulation, legal papers that were not
approved as "properly drawn" by the
prison were not sent to the courts but
were instead returned for "correction."

Under The Rule, A Michigan inmate
attempted to File a habeas corpus petition
with the Federal court, but prison officials
refused to notarice or to send his
petition to The Court

The Supreme Court held That The Regulaton
was invalid on The Ground that "the
state and its officers may not abridge
or impair petitioner's right to apply to
a federal court for a Writ of Habeas

1 of

Corpus. see 312 U.S. at 549,

The Court held that the propriety of legal papers submitted to a court "are questions for that court alone to determine." See 312 U.S. at 549 (emphasis supplied). In the next Supreme Court term after Ex parte Hull was decided, the Court held that prison officials could not interfere with an inmates attempt to send documents necessary to perfect an appeal. Cochran V. State of Kansas, 316 U.S. 255, 62 S. Ct. 1068, 86 L. Ed. 1453 (1942)

Ex parte Hull established, without elaborate analysis, that prison officials cannot impose themselves as barriers between prisoners and the courts, at least when inmates are seeking access to courts to challenge their criminal convictions.

The Court expanded on this right in the 1960s in a series of cases that held unconstitutional filing fees for habeas corpus petitions if prisoners could not afford to pay the fees and held that indigent prisoners were

entitled to receive free transcripts to
preseve appeals and habeas petitions, see
Johnson V. Avery, 393 U.S. 483, 485, 89
S. Ct. 747, 21 L. Ed. 2d 718 (1969)

## Development of The Right of Access to the Courts - Bounds V. Smith

In Bounds V. Smith, see Bounds V.
Smith, U.S. 817, 97 S. Ct. 1491,
52 L. Ed. 2d 72 (1977)

The Court for The first time squarely
held that the right of access to courts
is so fundamental that prison officials
are under an affirmative obligation to
ensure that it is maintained.

The "actual injury" requirement

The most important holding in Casey is that
there can be no abstract violation of the
right of access to The Courts Regardless of
the adequacy or inadequacy of the provision
that the prison has made to assure access
to The Courts. See Lewis V. Casey, 518
U.S. 343, 354, 116 S. Ct. 2174 (1996)

3 of

Dale Maisano,
P.O. Box 24401 - 077877
Tucson, Arizona 85734 - 2440L

In The United States District Court
For The District of Arizona

Dale Maisano,
        Petitioner

        V

Paralegal Betty E Ulibarri,        New Denial of Court
        Respondent                Access to Arizona Sup. Ct.

The Petitioner first filed This Tort Action for
Superior Court, Following all rules. On 12-4-17,
As The Record Reflect, The Crazy Paralegal
Refuses to Send, She is Fully aware of
Gluth V Kangas See Pg 3, As well
feels a cule issue is at issue.
    She is Filtering Paperwork ongoing in
violation of Ex-parte Hull, 312 U.S. 546,
61, S. Ct. 640 (1941)
    The Writer Feels Mental Health Issue are
at issue, This is far from The Norm, But
quite The Norm for The Respondent

Submitted This 12 th Day of Feb 2018

                        by
                        Dale Maisano

1 of 2500

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request/Authorization for Qualified Legal Copying**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale | 077877 |
| **Institution/Unit** | **Date** |
| ASP-J Whetstone     1 A 80 | 2-07-18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.
ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|---|---|---|---|---|---|---|
| 1 | Maisano V. Olibarri | | | | | ✓ |
| 2 | New Tort Action | | | | | |
| 3 | In Compliance W/ All Rule | 2567 | 10 | | | |
| 4 | | | | | | |
| 5 | Copies for 9th Cir. | | | | | |
| 6 | U.S. D. Columbia | | | | | |
| 8 | International Court | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Request received and forwarded to Paralegal for action.**

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADW | | 2-7-18 | N/A |

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

"CAPTIONED TO THE SUPERIOR COURT. SEE ARIZONA RULES OF COURT"

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date   7:20PM |
|---|---|---|
| ULIBARRI | VIA EMAIL | 2-8-18 |

| No. of Copies made _____ | @ $ _____ | each = TOTAL _____ |
|---|---|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
| --- |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
| --- | --- |
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT | CASE NUMBER |
| --- | --- |
| ASPC-Tucson / Whetstone C37-18-067 | |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 5/1/18 was received in the Tucson office of Corizon Inmate Health Services on 5/4/18.

Your primary area of concern is access to care.

Your concern has been reviewed by medical and it was determined that you are not specific with what the barrier to care is concerning. Open sick call is conducted daily and for any emergency and 'ICS' may be called to allow access to care 24 hours a day. Please utilize these for access to medical care as needed.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(20510)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)* 5/9/2018 |
| --- | --- |

*Emergency Grievance*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Received By | B. Riley |
|---|---|
| Title | Co III |
| Badge Number 5840 | Date 5/1/18 |

| Inmate Name (Last, First, MI) Maison, Dak | ADC Number 077877 | Date 5-1-18 |
|---|---|---|
| Institution/Facility ASP-T Whetstone  1 A 80 | Case Number C37-18-067 | |

TO: Grievance Coordinator   Corizon

Description of Grievance (To be completed by the inmate) My Single Issue is " Access to
Medical Care, As Stated I was denied Access to Medical
Care Nursing Staff Said i could Die, Not, i did contact
The Chilly and SO are were placed in Parson V. Ryan
CV - 12 - 00601 Other Steps are being taken, Corizon has
a track record next to None!

You Failed to timely Respond to Emergency Griev

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. Get Me to proper Doctor or such!

2. Cancel All SNO issue.

(will File New Tort Claim

| Inmate's Signature Dak Maison | Date 5. 1. 18 | Grievance Coordinator's Signature | Date 5-4-18 |
|---|---|---|---|

Action Taken by _____ Documentation of Resolution or Attempts at Resolution.

**RECEIVED**
5 / 4 / 18
by GOIV J. Richter #1014

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18-060 |

| FROM | LOCATION |
|---|---|
| Robert Burdine, RN, Director of Nursing | Complex Health Unit |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 4/15/18 was received in the Tucson office of Corizon Inmate Health Services on 4/16/18.

Your primary area of concern is your expired SNO's and you refusing your off site medical appointment..

Your concern has been reviewed by medical and it was determined that you were not allowed to take your sunglasses and an orange sun hat off of the complex during an offsite schedule appointment. Both of your SNO's for glasses and wide brim hat expired on 7/8/17, if you need to be reevaluated report to the medical open sick call to be by a nurse.

This informal complaint has been addressed. This has resolved your concern.

RB/ds(20487)

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| R. Burdine   R. Burdine, DON | 4/23/2018 |

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

GIVEN  4-30-18

802-12
10/16/16

Emergency Grievance

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

MT-C37-18-060

| INMATE NAME (Last First MI) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dak | 077877 | ASP-Tucson Whetstone | 4-15-18 |

| TO | LOCATION |
|---|---|
| Corizon FHA | Tucson Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue".
I waive no trial at any step of the grievance process.
My Single issue is "Access to Medical Care on 4-12-18"
On 4-12-18, I was denied access to Medical Care. Due
to my expired SNO's, I can not be subjected to
additional Harm and You fail to meet My Medical Needs
by not transporting Me to Medical Specialist. On 4-12-18,
I was told by Nursing Staff an Inmate Refusal form
Could be from My cell.

RECEIVED
4/16/18
by COIV J. Richter #4544

Relief Requested:

1. SNO's for all Transportation issue as Needed. (Read)
The file and Correct!

2. Get Me to the Proper Doctor as Needed For Care
Timely

3. I will contact the Judge in the 601 Case Forthwith
as I just updated Him that Week X so + Pages

Read Casey V. Lewis. You are in Violation of this
Court Order to A DOC. see Casey V. Lewis, 834 F.Supp.
1477 - 1545, (D. Ariz 1993) You must fully accomodate the need
of all Handicapped inmates, "Regardless of Funding"

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dak Mann | 4-15-18 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: Ongoing with Your N.P. et. Not Corrected

Distribution  INITIAL  White and Canary - Inmate
FINAL  White - Inmate; Canary - Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution:* Copy of Corresponding Inmate Grievance Resolution must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone C37-18-059 | |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 4/16/18 was received in the Tucson office of Corizon Inmate Health Services on 4/18/18.

Your primary area of concern is HNR process.

Your concern has been reviewed by medical and it was determined that you need to submit an HNR with specific concerns to assist medical in providing you the needed attention.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(2047)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE **Benjamin Schmid, FHA** | DATE *(mm/dd/yyyy)* 5/9/2018 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| *Briley* | |
| TITLE | |
| Co III | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 584D | 04/17/18 |

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Maisano, Dale | 077877 | 4.16.18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASP-T- Whetstone   1 A56 | ~~A1-C37-18-031~~  C37-18-059 |

TO:  GRIEVANCE COORDINATOR        For Cavazos

**Description of Grievance** *(To be completed by the inmate)*

Informed Consent Your Chosen did not, Give Me The Information needed, At this tim I'm asking for that said info, This is Re: to Maricopa County Hospital Run of last Tuesday 3-20-18 Not, I took an HNR to Medical on 3-25-18, I Was told Back nla Nothing Re: This Issue

See Gilmore V. Johnson CV 2018-00 3929
Maricopa County, Superior Cart
Ch National RV. etc My Work

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1.  Informed Consent
2.  Violation of Sickcall See Estelle V Gamble
3.  We need real Care Not Corrm Care

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| *Dale Maisano* | 4.16.18 | *signature* | 4/18/18 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

**RECEIVED**
4/18/18  #1014
by COIV J. Richter

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|

DISTRIBUTION:  INITIAL   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13



### ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18- 051 |

| FROM | LOCATION |
|---|---|
| Robert Burdine, RN, Director of Nursing | Complex Health Unit |

CORIZON

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 3/26/18 was received in the Tucson office of Corizon Inmate Health Services on 3/27/18.

Your primary area of concern is asking for information from Maricopa hospital.

Your concern has been reviewed by medical and it was determined that your issue is not clear on what you are requesting.

This informal complaint has been addressed. This has resolved your concern.

RB/ds(21393)

| STAFF SIGNATURE    *R. Burdine, DON* | DATE *(mm/dd/yyyy)* 4/6/2018 |
|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

Given 2·16·18

802-12
10/16/16



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

MT-C37-18-051

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 073811 | ASP-T-(Whetston | 3·26·18 |

| TO | LOCATION |
|---|---|
| Corizon | Complex Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following Issue" I waive or turn off any step of the Grievance Policy. My Single Issue is Re: [Informed] Consent, You Chaim did not give Me the information needed. At this time I'm asking All said info. This is referance to the Maricopa County Hospital Medical Run of last Tuesday 3·20·18. Which I took an HNR To Medical on 3·25·18, I, Was told and ask nothing Re: This issue.

Relief Requested

Informed Consent Violation, See Estelle V Gamble

We need real care not Cruen Care.

RECEIVED
3·31·18
by COIV J. Richter #1014

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 3·26·18 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name: Via Grievance etc

Distribution   INITIAL   White and Canary or Copies – Grievance Coordinator   Pink or Copy – Inmate
FINAL   White – Inmate: Canary – Grievance Coordinator File

602-11
R25IJ

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone C37-18-058 | |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 4/16/18 was received in the Tucson office of Corizon Inmate Health Services on 4/18/18.

Your primary area of concern is denial of care.

Your concern has been reviewed by medical and it was determined that you have been seen for your foot pain and have had diagnostic x-rays without findings. Please submit an HNR to discuss with provider if you cannot get pain relief from over the counter medications.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(20489)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE  Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)* 5/9/2018 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY
*GRiley*

TITLE
*CO III*

BADGE NUMBER
5840

DATE *(mm/dd/yyyy)*
04/17/2018

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Marsam, Dale | 077877 | 4-16-18 |

INSTITUTION/FACILITY
ASP·T Whetstone

CASE NUMBER  *MI·C37·18·050* inmate placed number here

C37-18-058

TO: GRIEVANCE COORDINATOR     For Corizon

**Description of Grievance** *(To be completed by the inmate)*

Further Injury to both feet from Medical Run to Maricopa County of 3.20.18, The Record reflect My visit as well as other filed paperwork. Left have more ongoing shooting pains and right hurts when I stand on a constant √√ All Respondents that have Knowledge at 3.20.18 and New Nurse, Who failed to ask any question or give care see HNR of 3.25.18

What your Officer Needs to Realize You have a Murder Warning See Gilmore V Johnson CV 2018- 003929 Maricopa County Supreme Ct Over 200 pgs Corizon Case

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. Corizon fails to do anything w/out a Court Order, Soon you and 55 defendants will have one.
2 Stop doing things that have Us "Oath" Remoted

| INMATE'S SIGNATURE *Dale Marsam* | DATE (mm/dd/yyyy) 4-16-18 | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) 4-4-18 |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

**RECEIVED**
4 / 18 / 18
by COIV J. Richter #1014

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION   INITIAL   While and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL   While – Inmate. Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18- 050 |

| FROM | LOCATION |
|---|---|
| Robert Burdine, RN, Director of Nursing | Complex Health Unit |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 3/26/18 was received in the Tucson office of Corizon Inmate Health Services on 3/27/18.

Your primary area of concern is an injury to both feet.

Your concern has been reviewed by medical and it was determined that you have been seen on numerous occasions on the nurse's line for your pain in your feet. You also had x-rays done on 2/1/18 and 2/10/18 and both of your x-rays are normal.

This informal complaint has been addressed. This has resolved your concern.

RB/ds(21394)

| STAFF SIGNATURE     *R. Burdine, DON* | DATE *(mm/dd/yyyy)* |
|---|---|
| *R. Burd_____* | 4/6/2018 |



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

MI-C37-18-050

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 1 A50 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mansum, Doth | 077077 | ASP-T-Whetstone | 3.26.18 |

| TO Corizon | LOCATION Complex Tucson |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue. I want no ban at any step of the Grievance Plan: My Singh issue is Further laying to both feet from Medical Run to Maricopa County of 2.20.18. The Record reflect My issues as well as other field paperwork, Left hue more ongoing shirt my pain and right hurts when standing on a constant, All Respondent that have knowledge of 2.20.18 and New Abuse, Why failed to ask any question or give care seen HNR of 3.25.18.

Relief Requested

1. Corizon fail to do anything w/out a Court Order, Scan You and SS Respondent will ham an a Stop doing thing to Harm U. "Oath" Reminder/

RECEIVED
3/28/18
by COIV J. Richter #1014

| INMATE SIGNATURE Jah Man | DATE (mm/dd/yyyy) 3.26.18 |
|---|---|

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: VIA Grievance etc.

Distribution    INITIAL   White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL   White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>77877 |
|---|---|
| INSTITUTION/ UNIT<br>ASPC-Tucson / Whetstone C37-18-057 | CASE NUMBER |
| | |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 4/16/18 was received in the Tucson office of Corizon Inmate Health Services on 4/18/18.

Your primary area of concern is accommodations to urinate during offsite medical appointments.

Your concern has been reviewed by medical and it was determined that you need to alert the transportation officers if there is a need to use a bathroom.  Please do plan to go before the trip as this will help to alleviate some of the stops.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(20499)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)*<br>5/9/2018 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
|---|
| B. Riley |
| TITLE |
| Co III |

| BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|
| 5840 | 04/17/2018 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Massaro, Dah | 077877 | 4-16-18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASP T Whetston   1 A 80 | A4-C27-18-049 ~~inmate wrote the number~~ |
| | C37-18-057 |

TO: GRIEVANCE COORDINATOR   For Corizon

**Description of Grievance** (To be completed by the inmate)

On 3-20-18, I went to Maricopa County Hospital, by The time I arrived I had to hold My Urine, My BP was 185 over 95 and I was unable to empty My Bladder, From that point on My Back or Kidney are hurting, On 3-25-18 I went to Medical No Care No Question No Nothing Corizon Care See Estelle V Gamble. Went to Medical 3-25-18, Waite of time and Caused More Pain

See Gilmore V Johnson CV2018-003929
Maricopa County Superior Court SS Defendant

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. Medical Care
2. Will file soon in Court
3 Corizon = Capricion Disregard   +

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dah Massaro | 4-16-18 | | 4-18-18 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | **RECEIVED** 4/18/18 by COIV J. Richter #1014 |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate, Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18- 049 |

| FROM | LOCATION |
|---|---|
| Robert Burdine, RN, Director of Nursing | Complex Health Unit |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 3/26/18 was received in the Tucson office of Corizon Inmate Health Services on 3/27/18.

Your primary area of concern is a need to void during transport.

Your concern has been reviewed by medical and the deputy warden and it was determined that you will need to let the transportation officer knows that you have to void, and the officers will be able to follow their protocol for your complaint.

This informal complaint has been addressed. This has resolved your concern.

RB/ds(21395)

| STAFF SIGNATURE        R. Burdine, DON | DATE *(mm/dd/yyyy)* |
|---|---|
| *R. Burdine* | 4/6/2018 |

| Distribution: | INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate<br>FINAL: White – Inmate; Canary - Grievance Coordinator File | *Given  2-16-18* | 802-12<br>10/16/16 |



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

MI-C37-18-049

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marrom, Dal | 077877 | ASP-T-Whetstone 1 A 40 | 3-26-18 |

| TO | LOCATION |
|---|---|
| Corizon | Complex Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I receive no time at any step of the grievance process. My Sixth trip is, On 3-20-18 I went to Maricopa Camp, Hospital, by the time I arrived, I had to hold My Urine, My BP, was 185 over 95 and I was unable to empty My bladder, From that point on My Back or Kidney are hurting, On 3-25-18 I went to Medical No Cure, No Questions, No Help, Corizon Cus, see Estelle V. Gamble, (Also) to Medical, 3-25-18, Wash of Time and, Cruel Man Pain.

Relief Requested

1. Medical Care
2. Wall file Suit in Court.
3. Corizon = Caprices Onizonel +

RECEIVED
3/26/18
by COIV J. Richter #1014

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dal Marrom | 3-26-18 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name:  VIA Grievance etc.

Distribution    INITIAL  White and Canary - Inmate
FINAL  White – Inmate, Canary -- Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

*For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone C37-18-02253 | |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 4/2/18 was received in the Tucson office of Corizon Inmate Health Services on 4/4/18.

Your primary area of concern is denial of care.

Your concern has been reviewed by medical and it was determined that you are not being specific in your complaint.  The FHA met with you along with the medical and mental health team to discuss your issues and try to work out you concerns.  Please make sure you are writing specific HNRs to have those complaints addressed.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(21295)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE   Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)* 5/9/2018 |
|---|---|

C  1 of 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY Chavez, J |
|---|
| TITLE COII |

| BADGE NUMBER 10898 | DATE (mm/dd/yyyy) 04/02/2018 |
|---|---|

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I) (Please print) Maisano Dale | ADC NUMBER 077877 | DATE (mm/dd/yyyy) 4-02-18 |
|---|---|---|
| INSTITUTION/FACILITY ASP-T Whitestone | CASE NUMBER C37-18-053 | |

TO:  GRIEVANCE COORDINATOR   Corican

Description of Grievance (To be completed by the Inmate)

"Denial of any and all aspects of Medical Care"
See Estelle V. Gamble 429 U.S. 97, 104, 97 S.Ct
285 (1976)

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. See Gilmore V. Johnson Maricopa County CV 2018-003929
2. Get ready to read history.
3. Give Care as needed all aspect
4. I'm not with any aggravated from 2-20-18 None
5. Replace Your Unfaithful F.H.A and Asst F.H.A

| INMATE'S SIGNATURE Dale Maisano | DATE (mm/dd/yyyy) 4-02-18 | GRIEVANCE COORDINATOR'S 10 | DATE (mm/dd/yyyy) 4/4/18 |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

RECEIVED
4/4/18
by COIV J. Richter   #1014

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION   INITIAL:  White and Canary or Copies – Grievance Coordinator, Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

*C  2 of 5*



## ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| | *For Distribution:* Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18-041 |

| FROM | LOCATION |
|---|---|
| Robert Burdine, RN, Director of Nursing | Complex Health Unit |

**CORIZON**

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 3/13/18 was received in the Tucson office of Corizon Inmate Health Services on 3/14/18.

Your primary area of concern is not specific.

Your concern has been reviewed by medical and it was determined that if you have a concern, please report to the medical unit with a completed HNR for open sick call.

This informal complaint has been addressed. This has resolved your concern.

RB/ds(21340)

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| *R. Burdine* | R. Burdine, DON | 3/27/2018 |

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

C 3 of 3

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue   Please print all information

MI-C37-18-041

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisuwo, Oah | 077877 | ASP-T-Whetstin  1A 60 | 3-13-18 |

| TO | LOCATION |
|---|---|
| Corizon Health | Complex Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue # (waive no time at any step of your Bogas Grievance Process. My Single issue is Denial of any and all aspects of Medical Care! On 1-28-18, I was told by a Nurse to place My issue with Rener Fellbows, M.D., in Medication Refill, On 1-29-18 Nursing Supervisor Dawl Send Conn to CO III in I/M letter it will be placed into envilope, Copy Given back 3-12-18 Useless, Along with a slew of ot Other issues, Medical Privacy etc. On 2-20-18 your Staff talked alot of Trash and No Action has been taken. I'm not in agreement with one member your Grievance Response, C371839, C371840, C371841, C371842, C37-1843, All are Headed to Court as well as all returns from 2-20-18 your Staff Members are Kooks, They all tell lies and give No thing Close to Medical Care. I'm suffering Only Unable to See / Eat / Sleep well more Nerve Damage then ever, Denied even simply Gloves that fit Yes you will see Me at Sick Call to only wast My time. Staff are told to give No Care What so Ever and Not Cure Correctly all My Condition are worse than ever, your Staff tryd to even return the Orignal Copy.

Relief Requested

1. See Gilmore V. Johnson Maricopa County Ac
2. Get Ready to send your History
3. Give Care as Needed all Aspect
4. I'm not w/in any agreement from 2-20-18 None
5. Replace your Whetstin F.H.A and Asst. FHA

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Oah Maisuwo | 3-13-18 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:  D.O.J  etc.  Judge  etc.

RECEIVED  2/14/16  by COIV J. Richter

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

916-14
802-11
6/25/14

Inmate Dale Maisano
ADC # 077877
Arizona State Prison Complex ___ Tucson
Unit ID Whetstone Info P.O. Box 24401
10 D4 S Wilmot Rd
Tucson ___ Tucson ___ AZ 85734-2401

WED 27 JUN 2018 AM

LEGAL MAIL

Clerk of The U.S. Dst. Ct
401 W. Washington St. SPC1
Phoenix, Arizona 85003-2119

RECEIVED
JUN 2 9 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



neopost
06/27/2018
US POSTAGE