P. O. Box 24402 077577
Tucson, Arizona 85734-24402

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 2 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For the District of Arizona

Parsons, et, al,          CV 2012 - 00601

    Petitioners

     V.

Ryan, et, al,

    Respondents          Additional Disclosure

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCvP 5.4
(Rule Number/Section)

More Disclosure, Specter etc.

Submitted this 20th Day of April 2018

          by Dale Maisano
          Dale Maisano

More Donald Specter

Despite Class - Action Settlement,
Mental Healthcare Problems at CA
Jail Persist
"Telepsychiatry"
As Done at A ODC, As well as other
illegal Staffing as stated prior

See Hernandez V. County of Monterey,
U.S.O.C. (N.D. Cal), Case N. 5:13
- CV- 02354 - PSG

See PLN April 2018 pg, 58-59

Conspiracy

New York: Former Prison Guard Gets "30" Years For Civil Rights Violation, Conspiracy

Colt's attorney had argued for a sentence of between four and six years, and told the Federal court that Coll himself did not orchestrate the subsequent cover-up.

See PLN April 2018 pg 21

Hepatitis C Treatment

California Prisoners File Class-action
Suit Seeking Hepatitis C Treatment

See Baysse V. C D. of Corr. and Rehab.,
U.S.D.C (E.D. Cal.), Case No. 2:18
-CV- 00278 - MCB - OB

And Ligons V. MN Dept of Corr, US
D.C. (D. Min.), Case No. D.15 - CV.
02210 - PJS- BRT  [PLN, Aug 2015, p 22].

And Balla V. Idaho St. Bd of Corr.
U.S.D.C (D. Idaho), Case No CV-
81- 1165 - S. BLW. [PLN, Nov 2016,
p 44]

See  PLN  April 2018
Pgs  28. 29

Disabled Prisoners

Louisiana Prison Officals Sued for
Trying to Block Investigation into
Abuse of Disabled Prisoner

Alleging A "Culture of Cover-Up
and excessive Force"

A review of written complaints from
prisoners and interviews led the ACLU
to conclude that probable cause existed
to investigate, As well the initial
tour and personal interviews etc

See Advocacy Center V. Le Blanc,
U.S.D.C. (M.D.La.), Case N. 3:17
-CV-00468 JWD-EWD

And Tellis V. Le Blanc, U.S.D.C.
(M.D.La. Case No. 3:18-CV-00141
-SDD-RLB

PLN  April 2018

Massachusetts Discipline of Prosecutorial Misconduct
Attack on "Business as Usual"

Prosecutorial Misconduct is considered a cancer by many criminal justice experts, eating away away at the credibility, moral authority, and public support for the criminal justice system.

See CLN April 2018 p 19

U.S. Supreme Court: Guilty Plea Does Not
Bar Defendant From Challenging Constitutionality
of Statute

The U.S. Supreme Court Held That a Guilty
plea alone does not bar a Federal criminal
defendant From challenging the constitutionality
of his statute of conviction on direct appeal
And within Menna V. New York, 423 U.S. 61
(1975), the Supreme court held that "a plea of
guilty to a charge does not waive a claim that
judged on its face the charge is one which
the State may not constitutionally prosecute"
etc.

See Class V. United States, 2018 U.S. LEXIS
1378 (2018)

See CLN Vol. 1 of 5
April 2018 pg, 32-33

# Medical Needs

The Supreme Court has noted that "[a]n Inmate must rely on prison authorities to treat his medical Needs; If the authorities fail to do so, those needs will not be met. See Estelle V Gamble, 425 U.S. 97, 103, 97 S Ct 285 (1976); West V. Atkins, 487 US 42, 54-55, 108 S Ct 2250 (1988); Dr. Bertrand G. Ramcharan, The National Responsibility to Protect Human Rights, 39 Hong Kong L. J. 361 (2009) (arguing for adherence to the Code of Conduct For Law Enforcement Officers adopted by the United Nations General Assembly, which states that immediate medical care should be given to inmates and the general health of people in custody should be ensured).

All Defendants need to Understand

Every person who, under color of any
statute, ordinance, regulation,
custom, or usage, of any State
or Territory or the District of
Columbia, subjects, or causes
to be subjected, any citizen of
the United States or other person
within the jurisdiction thereof
to the deprivation of any right,
privileges, or immunities secured
by The Constitution and laws as well
as all Court Orders,
  Shall be liable to The party injured
in an action at law, suit in equity,
or other proper proceeding for redress.

Dale Matsun
P.O. Box 24402 · 077871
Tucson, Arizona  85734 · 24402

In The United States District Court
For The District of Arizona

Parson, et al.,                          Case CV-12-00601 DKD
        Petitioner                       Judge David K. Duncan
        V
Ryan, et al.                             Additional Disclosure
        Respondents                      Re: Conspiracy

   Judge A DOC has a History and They are
fully aware of The Conspiracy. As to what
they are doing. See Swift V. Lewis, 901
F 2d 730, 732 n. 5 (9th Cir. 1990), Please
see all cases cited w/in as well see Correos
Laying it on in Postawko V. Missouri
Dept. of Corr., U.S.D.C. (W.D. Mo), Case
No. 2:16-cv-04219-NKL, The Judge in
This case need to know what has been Correos
policy Re: Hep C, Which is a Failure at ADOC
Ete. Please inform

   Submitted this    Day of    2018    by [signature] Dale Marin
                                            Dale Matsuno
Cc Placed for copies This 23 Day of May 2018
   If Denied Court Must Furnish copies for all
   as well as Petitions, Gluth V Kangas
   951 F 2d 1504 (9th Cir 1991)   x  6 pgs + 15 Final

Conspire / Conspiracy

Conspire, To engage in conspiracy;
to join a conspiracy;

See A.R.S §§ 13·1003., A, B,
C. D, ;

Conspiracy, An agreement by two
or more persons to commit an unlawful
act, coupled with an intent to achieve
the agreements objective, and (in
most states) action or conduct that
furthers the agreement; a combination
for an unlawful purpose, 18 USCA
§ 371.,

Conspiracy is a separate offense
from the crime that is the object of
the conspiracy. A conspiracy ends
when the unlawful act has been
comitted or (in some states) when
the agreement has been abandoned. A
conspiracy does not automatically end
if the conspiracy's object is defeated,
See Model Penal Code § 503 (7);
United States V. Jiminez Recio, 537
U.S. 270, 123 S.Ct. (2003). Krulewitch
V. United States, 336 U.S. 440, 445-48
69. S.Ct 716, 719-20 (1949).

Within this set of allegations we have two or more individuals whom were and are involved, Conspiracy is alleged see 42, § 1985, U.S.C. A Conspiracy to deprive an individual of His protected civil rights. When it is alleged that someone had or has Knowledge of The Wrongful Conduct, And They Have or Had The Power and Authority to stop or prevent the act, They are Liable Under 42, § 1986, U.S.C. And Mandamus or a Lawsuit for Damages Etc. Will be Quite Sufficient

Therefore, it is quite important That All Defendants / Respondents fully Understand That The Plantiff / Petitioner is Alleging That He Has been Wrongfully Convicted and Furthermore is Challenging The Conviction, The Constit-utionality of the Conviction is based on, And The Circumstances Renders The Conviction Wrong Under both State and Federal Statutes, It is as well Repugnant to The Due Process and Equal Protection Clause of The Fifth and Fourteenth Amendments of The United States Constitution, We as Well Allege even in This Direct Appeal To U S Dist Ct, This meets all rules for U.S. Sup. Ct Under 28 USC § 1257.

42 USC § 1985

§1985 (2) provides for actions against persons who conspire to obstruct "the due course of justice" in state courts with intent to deny any citizen the equal protection of the laws or to harm citizen from enforcing or attempting to enforce the right to equal protection." see Chavez V. Clayton County School Dist. 300 F.3d 1288, 1291-94 (11th Cir 2002)

In addition, § 1985 (3) provides for damages actions against persons who "conspire... for the purpose of depriving... Any Person or Class of persons of the equal protection of laws or of equal privileges and immunities under the laws. see 42 USC § 1985 (3); In re Bayside Prison Litigation, 190 F. Supp. 2d 755, 766-67 (D.N.J. 2002) (finding complaint sufficiently pled § 1985 (3) conspiracy); see generally Griffin V. Breckenridge, 403 U.S. 88, 91 S. Ct. 1790 (1971).

The next statutory section, 42 U.S.C. § 1986, provides for damages liability for anyone "who having knowledge that [a § 1985 conspiracy] is about to be committed", does nothing about it see 42 U.S.C § 1986.

1 of

Like § 1981, These statutes generally add little to the remedies prisoners have already under § 1983. Conspiracy claims can be brought under § 1983. see Fachat V Jopke, 370 F 3d 580, 599 (6th Cir. 2004) ("Claims of [civil] conspiracy must be pled with some specificity; vague and conclusory allegations that are unsupported by material facts are not sufficient to state a § 1983 claim.")

As I'm giving The Court at This point in time, Memphis, Tennessee Area Local, Am. Postal Workers AFL - CIO V City of Memphis, 361 F 3d 898, 905-06 (6th Cir. 2004) (describing allegations of civil conspiracy that were sufficient to overcome a motion to dismiss); Hafner V Brown, 983 F 2d 570, 577-78 (4th Cir 1992) (Officer who watched an illegal beating without otherwise participated in a civil conspiracy actionable under § 1983); Haley V Dormius, 845 F 2d 1488, 1490 (8th Cir. 1988) (allegations of conspiracy to retaliate against plaintiff for lawsuits stated a claim)."

Happering Duly "Bonthowski V Jenkins, 661 F Supp 576, 577 (ND Ill, 1987) (Allegations of conspiracy to deny medical ↓ of care stated a claim, aff'd 860 F 2d 1082 (7th Cir. 1988)"

As for Legal Contractor, Legal Access Monitor and Ac Atty Gen Staffing, see Private persons who conspire with state or local government employees or official are considered to act under color of law and may be sued, see Tower V. Glover, 467 U.S. 914, 920, 104 S. Ct 2820 (1984) (private person may be acting under color of state law when conspiring with state officials to violate others' constitutional rights. See also Swift V Lewis, 901 F 2d 730, 732 n. 5 (9t- Cir 1990) (religious functionary who acted jointly with prison officials in denying the plaintiff a religious classification acted under color of state law). Temple V. Albert, 719 F Sup 265, 267 (S.D.N.Y. 1989) (Doctor who conspired with police officer would act under color of state law).

In This section Ive not begun to address Access To The Courts Claims or any of My Equal protection claim.

3 of

## Staff Shortages

Judge, Just a few days ago a Prisoner was discovered by staff lying on The Ground on The Basketball court, This 22 day of May. We are on lockdown from lack of proper staffing, This is an ongoing issue. The Mentally ill go off. Staff hear and see them and do not act on them. A Staff member reported on and we tell to others. We did call no one can help.

Note, this is a low-custody level and we are locked down from 7:30 pm t. 5-5:30 AM From 10 Am t.11 12:30 pm From 3 pm t.t 4:55 pm. Out of Here time is not up to standard. We have 5, 4 man tables. Due to staffing. Just a few days ago I went our out to need a Guard only 2 Two Guard ┌ ____ ____

## Substandard Food

on weekends and _____ at our ____ _____
spoiled Food is served. Some _____. Trinity
Food Service ┐ Criminal Conduct. 9 out of 10
meals containing Meat is not eaten by Most, I
ate it for some time and became quite ill.

## Legal Access

As you can see is a sham. See envelope
for outside legal help. Denied Mailing etc.
Re: Help Filing etc. A DOC = Sham Criminal
Conduct and Serious Harm Medical and Otherwise

Need f. Special Master is clearly warrented, 18 U.S.C. § 3626 (f), see Roberts V. County of Mahoning, 495 F. Supp. 2d 670. (N.D. Ohio 2005) (finding case of overcrowded and understaffed jail sufficiently complex to warrant appointment of a special master).

And as well a Healthcare Monitor see Laube V. Campbell, 333 F. Supp. 2d 1234, 1239 (M.D. Ala. 2004).

## Library Time

Times are not posted. I'm forced to stand in sun w/ sun issues and not told if it will open or not

## Legal Mail

Not being sent see exhibit

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 405 | Maisano | 77877 | C3718066 | Tucson | Whetstone |

In your grievance filed at Whetstone Unit, you claim you were denied the ability to send what you believe to be legal mail to Governor Ducey. Your resolution is to pay you for the delay in your mail and for staff to be trained appropriately.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You are allowed to send mail according to Department Policy.

Pursuant to Department Order 902.11, LEGAL MAIL:

1.4.5 Return the mail to the inmate if he/she requests mail to be sent as legal mail and it is not to an attorney, judge or court. The inmate may request to have the Paralegal review the mail to determine whether it may be approved as legal mail. The Paralegal may contact the Legal Access Monitor for direction.

No further action is warranted in this matter.

cc: Warden, Tucson Complex

RK

*R. Kepney*
Appeals Officer

*CRGlynn for*
Charles L. Ryan, Director

05/18/2018
**Date**

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Appeal

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: Plauchi <br> Title: COH <br> Badge #: 1121 <br> Date: (mm/dd/yyyy) 5/7/18 |

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisani Dah | 07811 | 5-7-18 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASP -T- Whetstone   1 A 80 | C 37 -18- 066 |

TO: Director C. Ryan

I am appealing the decision of **D. W. C. Squires** for the following reasons:

I'm unable to make anyone at ADOC follow the Court Order But I have the Ability to Inform the Court Now or Later Your Chose and Treat Me I will, While in Prison or shortly after

I have 20 Counts and Well be paid Well,

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dah Maisani | 5-7-18 | | 5-8-18 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|

RECEIVED
5/8/18
by COIV J. Richter   #1014

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|

DISTRIBUTION: INITIAL:   White & Canary – Grievance Coordinator
                          Pink – Inmate
               FINAL:     White – Inmate
                          Canary – Grievance File

802-3
12/12/13

MAISANO, DALE ADC NO: 077877

Deputy Warden's Response for Grievance # C37-18-066:
In response to your inmate grievance dated 04/18/18, returned un-processed, and re-submitted dated 04/21/18 and received by me on 05/01/2018, I offer the following:
You are formally grieving "Denied Legal Mail Access to Governor Doug Ducey".
After reviewing the Formal Grievance, I offer the following:
Your Inmate Informal Complaint Resolution form (802-11) dated 04/10/2018, regarding specifically, "Denied Legal Mail Access to Gov. Doug Ducey". An Informal Complaint Response was generated by your assigned Case Manager on 04/18/18. A Formal Grievance was then submitted, dated: 04/18/2018 and received by the Grievance Coordinator on 04/20/18 and returned up-processed by the Grievance Coordinator. You did not agree with the Grievance Coordinator returning the un-processed grievance without a case number. You filed an appeal to me, the Unit Administrator, on 04/21/18 and received by the Grievance Coordinator on 05/01/2018, stating you wanted a case number assigned to the Grievance. I concur with the request to assign a case number and in addition, will provide a response concurrently while assigning a grievance control number.
After reviewing your grievance, I note the following response:

    A) The grievance control number for this case is: C37-18-066.

    B) In response to your request for a letter to Governor Doug Ducey be considered as legal mail, I refer you to Department Order 902-Access to the Court, 902.11-Legal Mail; "Return the mail to the inmate if he/she requests mail to be sent as legal mail and is not to an attorney, judge or court...".

    C) Governor Doug Ducey is neither an attorney, judge nor court.

Your grievance is considered resolved. You may proceed to the next level in the grievance process as outlined in policy if you choose.

Cathryn Squires, Deputy Warden

5/4/2018
Date

Guh  5-7-18

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting an appeal on this form.

*(To be completed by staff member initially receiving appeal)*

Received by: _Law_
Title: _CO II_
Badge #: _10972_
Date: _04/22/18_

PLEASE PRINT

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Maison, Dah | 077877 | 04-21-18 |

| Institution | Case Number |
|---|---|
| ASP-T Whetstone | C37-18-066 |

TO: _Deputy Warden Whetstone_

I am appealing the decision of _Grievance Coordinator_ for the following reasons:

Denial of Access to Grievance Process. As well as a non-certified grievance process as required by all U.S. Dist Court. "It is the Law" Get ready to Pay and Change VIA Class Action "Prisoners May Not Be Restricted, They May Consult with all Legal Staff of Prisoners Process. All Groups and other advocacy orgs etc. see Abel V. Miller 842 F. 2d 1522, 1534 (7th Cir 1987) Jean V. Nelson 711 F 2d 1455, 1509 (11th Cir 1983) as well at 472 U.S. 486 (1985) and Orshu V. Sielaff 636 F 2d 1141, 1145) As Well Ordered to prepare a plan to Legal Aid Program

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dah Maison | 04-21-18 | | 5/1/18 |

Response To Inmate By: _COIV Richer on behalf of DW Gym_   Location: _ASPC-Tucson/Whetstone_

As discussed in person in the Whetstone Administration building, on a word of direction from the unit Administrator, I will Assign A case Number to your grievance in regards to Mail to Governor Ducey.

| Staff Signature | Date |
|---|---|
| | 5-1-18 |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:     White - Inmate
            Canary - Grievance File

RECEIVED
5/1/18
by COIV J. Richter   #1014

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

1-A-80

| | RECEIVED BY |
|---|---|
| | Plauchi |
| | TITLE |
| | COIV |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 11211 | 4/18/18 |

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisuw, Oah | 077877 | 4-18-18 |
| INSTITUTION/FACILITY | CASE NUMBER C37-18-066 | |
| ASP T Whetston | No case number Assigned - unprocessed | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

" Denied Legal Mail Access to Gov. Doug Ducey " On 4-10-18 at 9:22 Am Lt Bradley as well as Mail person, Denied My legal Mail access to Gov Doug Ducey as well as crossed out legal Mail on envelope, I was forced to send contents to Az Atty. Gen

RECEIVED
4/90/18 #1014
by COIV J. Richter

**Proposed Resolution** (What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)

1 Legal Mail is to Any and All Gov. Agencys et.
2. Pay Me for My time to File this action
3. Train Staff As to what The Law Says and Do it,
Envelope attached, See Kaufman V. McCaughtry 419 F 3d 678 (7th 2005)
See Wolff V. McDonnell, 418 U.S 539, 575-77 94 S ct 2963 (1974)

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Oah Marsow | 4-18-18 | | |

Action taken by COIV Richter                    Documentation of Resolution or Attempts at Resolution.

Returned - Unprocessed Per D.O. 902 1.4.5 - "return mail to the inmate if he/she request mail to be sent or legal mail and it is not to An Attorney, Judge or Court." Inmate is attempting to send LARGE envelope to Gov. Doug Ducey, As legal mail. but Ducey is not A Practicing Attorney. UPDATE - Will process As Grievance, inmate to COIV After.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | 1014 | 4.20.18 |

DISTRIBUTION: INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13

2 of 5

ARIZONA DEPARTMENT OF CORRECTIONS        Legal Communications
                                         And Privacy              Law
Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Marsan, Dale | 277871 | ASP T Whet | C37-18-066 |

Prisoner have long been entitled to unobstructed and confidential
communications with Courts, Attorney, Their Assistant, Federal
Employees and their Agency etc. see Procunier V. Martinez, 416
U.S. 396, 419·22 · 94 S. Ct. 1800 (1974); Simkins V. Bruce, 406
F. 3d 1239, 1243 (10th Cir. 2005 (".. [T]he principle that
unimpeded' transmissions of inmate legal mail is the 'most obvious
and formal manifestation' of the right of access to the courts..
A bit off the path but Your Office will be dealing with non
see Smith V. Coughlin, 748 F. 2d 783, 789 ( 2d Cir.
1984 ) refusal to permit visiting by paralegal is unconstitutional
(interviews by paralegals must be permitted). As well as profound
Legal Mail by Solms, You have been smart enough to let it
come in as legal. I'd retain my staff to send out all as legal.
Anyone in the prison system has some "Knowledge" of The
Legal System and One whom a trained or Degreed can be
held to a higher standard, I use Knowledge as a weapon.
Interference with such communications violates the right to
court access see Simkins V. Bruce, 406 F. 3d 1239, 1242- 44
(10th Cir. 2005) (holding that failure to send legal mail denied
right to access.) Top this off with "Actual Injury" as given to
us Lewis V. Casey, 518 U.S. 343, 351·53, 116 S. Ct. 2174
(1996). I may be communicating with a Paralegal of an
Attorney for advice or assistance about a non-litigation
matter, etc. You fail to give Me "Access" Now, I have a New
Action Yuma County Judge Just issued a Court Order for a Legal
Phone Call, What A DOC will pay that person is going to be
off the charts, Your Bad, Your practices current and past will
eat you alive, You violating My First Amendment Right, Prior to filing
any Grievance, I'm fully backed and can-not lost a case, I have
2:300 pre printed pg Re: Legal Mail Access and some Re: Grievance Powers

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Marsan | 04-21-18 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator     802-7
                        Pink, or Copy - Inmate                                              12/12/13

FINAL DISTRIBUTION:     White or Copy – Inmate
                        Canary or Copy – Grievance File



RECEIVED
5 · 1 · 18
by COIV J. Richter    #1014

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | *For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale F.        1-A-80L | 077877 |

| Institution/Unit |
|---|
| ASPC - Tucson / Whetstone |

| From | Location |
|---|---|
| CO III B. Riley | Bldg. 1-A |

In response to your Inmate Informal Complaint Resolution form received on 04/10/2018:

Per Department Order 902 - Inmate Access To The Courts:

Under DEFINITIONS:

LEGAL MAIL - Any letters to or from an inmate's attorney as defined above, or to or from a judge or to or from a court of law.

As the envelope you attempted to mail out was not addressed to one of the parties referenced in the above definition, it does not constitute "Legal Mail" as defined in above referenced policy, therefore, no action is required.

End of response.

| Staff Signature | Date |
|---|---|
| | 0 4 / 18 / 2018 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.  Please print all information.

| INMATE NAME *(Last, First M.I.)* (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Malsom, Dale | 070077 | ASP-T. Whitetail A.O. | 4·10·18 |

| TO | Co III | LOCATION | A·1· |
|---|---|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

" I'm attempting to informally resolve the following issue " I waive no time w/in the Grievance process at any step. My single issue is: Denied Legal Mail Access to Gov "Doug Ducey". On 4-10-18 at 9:22 AM Lt Bradley as well as Mail person Denied Me Legal Mail Access to Gov. Doug Ducey as well as Crossed out Legal Mail on envelope. I was forced to send Contents to the Atty Gen.

Relief Requested
1 Legal Mail as to Any and All Gov. Agencys etc
2 Pay Me for Filing this Action
3 Train Staff As to What The Law Says to Do.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Dale Mann | 4·10·18 |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name:  A Lot.M and in prior Court Action

Distribution:  INITIAL: White and Canary - Inmate
FINAL:  White – Inmate;  Canary – Grievance Coordinator File

802-11
8/25/14

Rcvd. 4/10/18 BR

Inmate  Dale Maisano
ADC #  077577
Arizona State Prison Complex Tucson
Unit Whetstone 1030 N. Hwy. Est.
10301 S. Wilmot Rd.
Tucson      AZ 85734 - 6901

Gov Doug Ducey Attorney at law
1700 W. Washington
Phoenix, Arizona 85007

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 403 | Maisano | 77877 | C3718055 | Tucson | Whetstone |

In your grievance filed at Whetstone Unit, you claim the paralegal denied you access to the courts by refusing to copy your requested documents. Your resolution is to be compensated for the paralegal denying your access to the courts.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You have provided no evidence that you have been denied access to the courts. The paralegal is within their authority to review documents and determine what is required to be copied.

Pursuant to Department Order 902.03, General Responsibility:

1.2.1 Paralegals shall be responsible for:

1.2.1.4 Making the determination as to what legal documents require photocopying and the number of copies to be made in matters involving qualified legal claims where the inmate is indigent. The Paralegal shall consult with the Legal Access Monitor if a question or problem arises. (See section 902.05, of this Department Order.)

No further action is warranted in this matter.

cc: Warden, Tucson Complex

RK

*R. Kepney*
Appeals Officer

*CRGlynn for*
Charles L. Ryan, Director

05/18/2018
Date

# ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance Appeal

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: _Plau Chi_ <br> Title: _COIII_ <br> Badge #: _11211_ <br> Date: (mm/dd/yyyy) _5/7/18_ |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Mason Dale | 077877 | 5-7-18 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASP-T-Whetstone | C 37-18-055 |

TO: _Director C. Ryan_

I am appealing the decision of _D.W. C. Souceu_ for the following reasons:

The Evidence is w/in Your System " An Audit will prove my point, Yu Paid My History Your Loss

Pay Me

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dale Mason | 5-7-11 | _pe_ | 5-8-18 |

RESPONSE TO INMATE BY _(_     LOCATION

**RECEIVED** 5/8/18 by COIV J. Richter #1014

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
                 Pink – Inmate
       FINAL:     White – Inmate
                 Canary – Grievance File

802-3
12/12/13

MAISANO, DALE ADC NO: 077877

Deputy Warden's Response for Grievance # C37-18-055
In response to your inmate grievance dated 03/29/18, and received by me on
04/04/2018, I offer the following:
You are formally grieving "Denied access to the courts".

After reviewing the Formal Grievance, I offer the following:
Your Inmate Informal Complaint Resolution form (802-11) dated
03/09/2018, regarding specifically, "Denied access to the courts". An
Informal Complaint Response was generated by your assigned Case
Manager on 03/29/18. A Formal Grievance was then submitted, dated:
03/29/2018 and received by the Grievance Coordinator on 04/04/2018.

After reviewing your grievance, I note the following response:

A) At no time, were you denied access to mail out instrument[s] to the
   courts and you have not provided any evidence of such restriction[s]
   placed on you. You have access to the unit library which contains
   legal texts and legal resource material described in "Attachment A"
   of Department Order 902-Access to the Courts. This material is
   placed in the Reserved/Reference section of the General library.
B) In regards to your allegation of the unit Paralegal removing copies of
   a civil case language is present in Department Order 902-Access to
   the court[s], specifically D.O 902.02-General Responsibility;1.2-
   Paralegals; 1.2.1.4-Making the determination as to what legal
   documents require photocopying and the number of copies to be
   made in matters involving qualified legal claim where the inmate is
   indigent (It is noted you are indigent). The Paralegal shall consult
   with the legal access monitor if a question or problem arises.
C) Department Order 902-Access to the Courts- specifically D.O 902.
   02-General Responsibility; 1.2.2- Paralegals Shall not: 1.2.2.3-Assist
   inmates in qualified legal claims beyond the initial filing of the
   pleadings with the courts. As you indicated in your informal
   complaint resolution and formal grievance (C37-18-055), the civil
   case in question, [Maisano v. Hacker Agnew CV 2016-092821] was
   filed in 2016 and is beyond the scope of initial filing.

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

Solomon M
TITLE
COIII
BADGE NUMBER 12407
DATE (mm/dd/yyyy) 3/29/18

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 3-29-18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASP-T Whetstone   1 A 80 | C37-18-055 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

"Denied Access to Courts" On 2-26-18 In Maisano v. Hacker Agency CV 2016-092881, I submitted 78 pg x 10 copies. On 3-9-18 Im told numerous duplicate Removed for simple legal Copies Removed from Grievance C-37-18-014, C37-18-017, C-37-18-015, C-37-18-016, C-37-18-019 C37-18-018, C-37-18-020, Note 22 pgs removed by Paralegal Ubbari in violation of Ex part Hull, 312 U.S. 546, 61 S.Ct 640 (1941) This need to be placed in Daily, I cant do it and need E'g to Cad Not at my bed not timely Copy the main. Go see the paperwork at Library "Fraud" Interfere with Judicial Proceeding

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. Order Copy not to leave Me
2. Compair Copy to main and email
3. Afford The Paralegal Violator Law and Suit On as Well Read Sostre V, McGinnis, 442 F 2d 178 (2d Cr 1971), Copies Made at Library not 78 x 10 and others cant have

| INMATE'S SIGNATURE Dale Maisano | DATE (mm/dd/yyyy) 3-29-18 | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) 4-4-18 |
|---|---|---|---|

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

**RECEIVED**
4/4/18
by COIV J. Richter #1014

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | *For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale F.    1-A-80L | 077877 |

| Institution/Unit |
|---|
| ASPC - Tucson / Whetstone |

| From | Location |
|---|---|
| CO III B. Riley | Bldg. 1-A |

In response to your attached Inmate Informal Complaint Resolution form received on 03/11/2018:

Per Librarian Wadlow, you were approved for 285 copies and declined them. Also, per the paralegal's instruction, one page was removed from your paperwork as it included her home address and another was substituted containing her mailing address for service.

Per DEPARTMENT ORDER: 902 - INMATE LEGAL ACCESS TO THE COURTS; 902.05 QUALIFIED LEGAL CLAIMS COPYING;

1.9 The Paralegal's decision is final. Inmates may present concerns regarding qualified legal claim copying to the Legal Access Monitor through designated staff using the Inmate Letter, Form 916-1.

In addition, you failed to attach copies of documentation to this Inmate Informal Complaint Resolution to support your complaint, therefore, you have failed to comply with DEPARTMENT ORDER: 802 - INMATE GRIEVANCE PROCEDURE; 802.02 INFORMAL COMPLAINT RESOLUTION; 1.2 In the event an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form to the Correctional Officer (CO) III in their respective unit. The Informal Complaint must be submitted within ten workdays from the date of the action that caused the complaint. The inmate shall attach copies of all documentation to support his/her complaint.

Based on all of the above information, I am returning this Inmate Informal Complaint Resolution form to you unprocessed.

| Staff Signature | Date |
|---|---|
| | 03/29/2018 |

Distribution:    Original - Inmate
                 Copy – Grievance Coordinator File

802-12(e)
12/19/12

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Joh | 077872 | ASP-T Whetstone | I A 80 | 3-09-11 |

| TO | LOCATION |
|---|---|
| CO 111 | Whetstone |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue." I know no time at any step of the Grievance Process" My single issue is "Denial Access to Courts" On 2-26-18 In Maisano V. Hacker Agnew CV 2016-092821, I submitted several Order to Show Cause & Requested Order 78 pgs & 10 copies. On 3-9-18, I'm told numerous duplicately removed for simply mailing Copies, removed four Grievances. C-37-18-014, C-37-18-017, C-37-18-015, C-37-18-016, C-37-18-019, C-37-18-018 C-37-18-020, Note 22 or removed by Paralegal Uliberri in violation of Ex parte Hull, 312 U.S. 546 V., 61 S. Ct. 640 (1941), This needs to be placed in order I cant do it and need to go to Court, Not at issue but not timely Copies the sum.

Relief Requested

1. Order copies out to leave me
2. Company Copy to mark and circul.
3. What the Paralegal violation has no small Ar.

Read Sartre V. McGinnis , 442 F 2d 178 (2d Cir 1971)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Joh Maison | 3 09-11 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: Liberry and in per

Dale Maisano
P.O. Box 24402 - 077877
Tucson, Arizona 85734. 24402

In The United States District Court
For The District of Arizona

Parsons, et al,
            Plaintiff
        v
Ryan, et, al,
            Defendant(s)

Case CV-12-00601 PHX-DKD

Judge David K. Duncan

Additional Ducbum Re:
No Medical Care, etc

Re: To The (7) HNR's enclosed, No
Medical Care given and no 5 day response.
As Well Staff are informed at a meeting
to no longer give signature on Informal Grievance,
Forms. This will only lead to problem with
accountibility, etc.
                Relief Requested

1. Medical Care SNO's etc as needed
2. Stop A DOC Shady actions
3. Order for copies or give service to all as needed

cc If given all 48 will be given, again
if envelop or ___ if not, Requested
copies for all VM Card as well as the
Petition.                                    by [signature] Dale Maisano
Submitted This 1st Day June 2018           Dale Maisano

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mason, Dale | 077871 | ASP-T. Whetstone | 6-1-11 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"In attempting to Informally Resolve The following, I am
I waive my limit at any step of The Grievance Proc.
M. Seal Congregate Liv. ... B. Bird Three M. Clothin
O. Saddle x Full, o. HVII, N. Have Suic in bed
Sheeldu. Make time Do feel like Are burn
Medical Staff has not complied in writing, I'm being burned
Out. Shoulder hip prior burn removed Vein, Painful, I'm
extremely difficult. The tissue I'm being burned x M.
Design 5a Estelle V Gamble 429 U.S. 97, 107, 97
S. Ct 285 (1976) a Wall Penron V Ryan CV II and
Ph. USDC C. white Con... in Dliad Violation
Col. 8 Am.

Relief Requested

1. I Should Now be exempted to Any Inc.
x B. Clothing of 1. Physical burn
x Replace C. Cure Euthanatic
Pl. M. C. Pain x Suffer, Mental Health Lic...

Gay to CO III building 2-A on 6-1-11 at 9:45 AM
Staff say told at moving not to plain signidu on Physical

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Mason | 6-1-11 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: M. Medical C... M...

**Health Needs Request (HNR)**

Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marcus Deb | 097811 | 5-23-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1 A 50 | Whetston | 24408 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

---

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Sons or his Shedder. Maybe bin y the Feel
the pain bin

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____ Deb Marcus _____

---

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur – Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077811 | ASP-T Whetstone | 6-1-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the [illegible] issue [illegible]

I [illegible] The Grievance Proc[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] CV-12-0601 [illegible]

Relief Requested

1. All [illegible]
2. [illegible]
3. [illegible]

Gave to CO III Building 1-B at 9:25 AM 6-1-18
Says Told at muster not to place Signature on This Form

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 6-1-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: [illegible]

Distribution: INITIAL: White and Canary – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Masou, Am | 273511 | 7 25 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| A 56 | Well 1 | 8492 | Tuc |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

All of my Trailing SNO's have expired

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero                     Am L Masou

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mariano Dale | 077877 | ASP-T Whetstone | 6-1-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm attempting to Informally Resolve The Following Issue. I want a copy at any step of The Grievance Process. My sick call on 0.5.28.18 I went to Medical with a HNR. My complaint was "Rash an groin area x 2 Mo." I was seen by staff nothing was done and no written response was given. Medical entails have clear Civil Liability see Estelle V. Gamble, 429 US 97, 104, 97 5 Ct 201 (1976). Copies of this will be given to Justice + Parsons V. Ryan CV 12-00601 + U S D C Per

_____ Relief Requested _____

1. Proper Medical Care for The Issue
2. Complaint A Corp who have no duty
3. Fine for Failure to Follow The Sigid

Given to CO III Building 2-A on 6.1.18 at 9.45 pm Staff says told at meeting not to place signature on the form

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Mariano | 6.1.18 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| | | 273577 | 2.16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| | white | 2460 | Tucso |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*   ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Rash in right arm x 1 mo.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni a una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marran Dale | 077877 | ASP T Whitton | 6-1-18 |

| TO | LOCATION |
|---|---|
| Curron | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm attempting to informally resolve the following issue.
While in front of any other The Grievance process
on Sunday June 11 Or 5-28-18 I went to Medical
with a HNR. From time to time I'm at call
passed out I can't care go or get any answer
of This is The (5) Date I Run no written Response.
this is a violation of Estelle V. Gamble, 924 U.S.
o7 97 5 Ct 285 (1976)
This too will be given to Judge in Parsons V. Ryan CV-12
-00601 U.S. D C Phx

Relief Requested.

1. Great Care Followup
2. Payment to Violet
3. Replies with HNR given that will give paper out

Given to C/O III Building 1-A 6-1-18 at 9:45 am
Staff says told in meeting Not to place Signature on the form.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Marran | 6-1-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: CO Medical and Corl

Distribution: INITIAL: White and Canary - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marian Dah | 077877 | 5-28-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1 A 56 | Whetdow | 2400 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

From time to time I'm at a loss to inject (?). It can come up or just will go down etc.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero         Dah Marian

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077077 | ASP T Whetstone | 6-1-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue.
I assure you that at any step of the Grievance Process.
M Staff give it. On 5-28-18 I went to Medical and
an HNR." I have more and more shooting Head Pain
a Well Eye Pain etc. I've not been told anything and
this has been required many time. Corizon Staff (s)
as well as E. Hille V. Gamble 429 U.S. 97 s ct 215
(1976) a Well I will inform Judge in Parsons V Ryan
IL CV 00601 U.S. D.C. Rm. a Well I've given no relief
N/A

Relief Requested

1. Proper Medical Care to This Issue
2. Fix to N. Medical Care and Cost to m
3. Replace Corizon Care all Shooting Pain N/one

Given to CO III in Building 2 # A at 9:5 AM
on 6-1-18 Says told in meeting Not to place
Signature on this form

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale M Maisano | 6-1-18 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: Ongoing See Medical file

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mason, Dale | 077877 | 5-08-11 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1A5 | Whetstone | 24402 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'm having more and more shooting Head Pain as well as Lt. Pain, etc.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero      Dale Mason

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marsaro, Dab | 077077 | ASP-T Whetstone | 6-1-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve The following Issue
I waive all time at any stage of The Grievance process
My Soul line is On 5-25-18 I went to Medical
onto an HNR " Dept. I'm having Numbness in some part of
My body Legs Arms Face Feet Toes Hand Arm etc.
Ive been unable Can and on response to My HNR
Corizon is in Violation of Estelle V Gamble 429 U.S 97
104 97 s Ct Ae (1976) as well as Parsons V Ryan
12-CV- avoid the wear I'm guy to send a Copy
This to The Judge Cortherall

                    Relief Requested

1. Proper Medical C.
2. Payment for Pain and Suffering Mental Anguish ef.
3. Replacement of C

Given to CO III Building 2-A on 6-1-18 at 9:45 AM
Sup told in meeting had to place signature on this form

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dab Marsan | 6-1-18 |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: P.. HNR etc. N. Cur..

Distribution: INITIAL: White and Canary - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Time: _____

Initials: _____

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Marian Dale | | 017872 | 5-26-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1 A 80 | Whetstone | 24402 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Dual, I'm having numbness in some part of My bed
Legs, Arms, Feet, Feet, Toe Hand, Arm etc

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Dale Marin_

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mann, Dale | 277833 | ASP-T Whetst. | 6-1-11 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm attempting to informally resolve the following issue
_____ on the 1st day of the Grievance Proces
My _____ On 5-18-11 I went to Medical and
_____ Whetst _____ _____ Library My
Right hand middle _____ _____ a wall I have a
_____ Left side of _____ X-ray _____ Record ref_____
I'm having ____ in my _____ Not I've been only given
a SNIO for _____ ____ My hand it fail to ____
I'm being _____ _____ Pain and Suffer Not
I _____ the _____ _____ still cutting on _____ See
Estelle V Gamble 429 U.S. 97 104 97 S. Ct. ____ (1976)
I'm as well given _____ The Suffer _____ V ____ CV-11
_____ Plan, U.S.D.C.

_____ _____

I Keep My ___ of The _____
2 Pay My Co Pay _____ _____ of Any Medical Ca
3 KR _____ _____ ____ _____ Out ___ of __

Given to CO H Building a #A Sgn told not to plan
Signatur on Feb Given 6-1-11 9:45 AM

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Mann | 6-1-11 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

902-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marion Hill | 077811 | 5-25-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| A50 | Well | Hun | Tues |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 5-25-18 While awaiting exit at library my
right hand middle finger was bent as well I have
a burn on LH side of face x wrist

Result either be harmed VIA sun dryer

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero        *John Marion*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marson, Dah | 277811 | ASP T Whetstone | 6-1-18 |

| TO | LOCATION |
|---|---|
| CO III Corizon | Whetstone Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the Claims issue without any step of the Grievance Process. My Similar Claim Sometime ago I received no resolution my medical denial as well as Mental Health One. I'm told have said they would give a call bill help failed to do so that my Neull step will be to Justice on Parsons V Ryan CV-12-0601 USDC Phx

Relief Requested

1. Payment for Delay
2. Timely Med Denial Answer
3. Similar One Answer

Given to CO III Bobby 2-A on 6-1-18 al 9:15 M

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dah Marson | 6 1-18 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

P.O. Box 24402·077877
Tucson, Az 85734-2440L

In The United States District Court
For The District of Arizona


Parsons, et, al.          Case CV-12-00601 PHX-DKD
        Petitioners        Judge David K. Duncan
            V
Ryan, et, al
        Respondent(s)    Additional Disclosure

See Enclosed "Inmate Informal
Complaint Resolution, as well as HNR
and Paperwork Re: Doctor LaHood,
Nabeek
    Need I say more


Submitted This 7th Day of June 2017

                    by Dale Maisani
                        Dale Maisani


cc 48, requested as per
    Courts Order Re: Defendant / Respondent,
    Will Give service as given
    4 Denial Copy, requested by Court,
    as well for Petitioner

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.* Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077872 | ASP-T-Whetstone | 6-7-11 |

| TO | LOCATION |
|---|---|
| Co III for Corizon | Whetstone |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue"
I waive no time at any step of The Grievance process.
My Single Issue is: Denied a Medical Diet as Perscribed
by Outside Specialist LaHood Nabech, That went Kill
Me on 02/01/2017, I went for Allergy Testing, To:
Allergy, Asthma, Associates, P.C. CGJ, 1760 E. Florence
Blvd. Suite 200 Casa Grande Az 5??224768, I was
told as I've told A ADC / Corizon Staffing and Nurse
Anderson who told Nurse Practitioner on 6-6-2018, The
Tester / Doctor said I was to return in 30 Day for a
Second Testing, This was never done, "Criminal Conduct"
On 6-6-2018 I went to Medical with an HNR "I'm
on a medical diet it is making Me ill and giving Me
Rashes, I have no choice but to cancel thy Idiot
You have failed to do follow-up treatment as requested
by Outside Specialist
On 6-6-2018 The HCP and Nurse Anderson, Made Me
place My Signature on a refusal Saying I Could Die etc
This is why it is An Emergency Medical Grievance
Note I'm sending a copy of This to Judge Daniel K Duncan
I'm as well going to file a Civil Rights Action VIA
Tort in Superior Court Maricopa Court,
Relief Requested
1. Payment of 10.000 as U.S.D: Per Day w/out poor diet
2. Removal of Corizon all Staffing "Pure Killers"
3 Get Me to an Allergist Forthwith

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 6-7-18 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name: More than one time see medical record

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| M____ | 077571 | 6-6-2015 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| B53 | Central | 2____ | Tuc____ |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

I'm on a medical diet. It is making Me ill
and giving Me Rashi. I have a chance
GI. I cancel the diet.

You have failed to do follow up treatment as
requested by Outside Specialist.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

## PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

Allergy, Asthma, Associates, P.C. Inc

1760 E. Florence Blvd, Suite 200    Casa Grande, AZ 851224768

Phone: (520) 836-3283  Fax: (520) 318-1859

## SKIN TEST FORM

Test Date: 02/01/2017                                     Tested By:  LaHood, Nabeeh

Patient: Maisano, Dale (PT00014872)                      Antihistamine Taken: No

DOB: 12/07/1957   Sex: Male

| Allergen | Order | Score | Wheal | Flare | Loc | Order | Score | Wheal | Flare | Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ← PRICK → | | | | | ← I.D → | | |
| Panel: Food Panel | | | | | | | | | | |
| *Control (Control) | No | 3 | 5 | 25 | Back | No | | | | |
| Beef (Food) | No | 0 | | | Back | No | | | | |
| Chicken (Food) | No | 0 | | | Back | No | | | | |
| Choclate (Food) | No | 0 | | | Back | No | | | | |
| Corn (Food) | No | 0 | | | Back | No | | | | |
| Cherry (Food) | No | 0 | | | Back | No | | | | |
| *Cow's Milk (Food) | No | 2 | 2 | 4 | Back | No | | | | |
| Egg Yolk (Food) | No | 0 | | | Back | No | | | | |
| *Egg White (Food) | No | 2 | 2 | 7 | Back | No | | | | |
| Oat (Food) | No | 0 | | | Back | No | | | | |
| Orange (Food) | No | 0 | | | Back | No | | | | |
| Peanut Mix (Food) | No | 0 | | | Back | No | | | | |
| White Potato (Food) | No | 0 | | | Back | No | | | | |
| Soybean (Food) | No | 0 | | | Back | No | | | | |
| Tomato (Food) | No | 0 | | | Back | No | | | | |
| Wheat whole (Food) | No | 0 | | | Back | No | | | | |
| Baker Yeast (Food) | No | 0 | | | Back | No | | | | |
| Apple (Food) | No | 0 | | | Back | No | | | | |
| Banana (Food) | No | 0 | | | Back | No | | | | |
| Buchwheat (Food) | No | 0 | | | Back | No | | | | |
| Carrot (Food) | No | 0 | | | Back | No | | | | |
| Coconut (Food) | No | 0 | | | Back | No | | | | |
| Fish Trout (Food) | No | 0 | | | Back | No | | | | |
| Codfish (Food) | No | 0 | | | Back | No | | | | |
| Grapefruit (Food) | No | 0 | | | Back | No | | | | |
| Green Pea (Food) | No | 0 | | | Back | No | | | | |

* = Positive

| | | |
|---|---|---|
| 0 = Negative Result | 1 = small Flare only no wheal | 2 = small wheal with moderate Flare |
| 3 = moderate Wheal and/or large Flare | 4 = Large Wheal | 5 = Extra large wheal |
| 6 = Positive Result | | |

Allergy Asthma Associates P.C.
1760 E. Florence Blvd, Suite 200   Casa Grande, AZ 851224768
Phone: (520) 836-3283  Fax: (520) 318-1859

## SKIN TEST FORM

**Test Date:** 02/01/2017                    **Tested By:** LaHood, Nabeeh

**Patient:** Maisano, Dale (PT00014872)        **Antihistamine Taken:** No

**DOB:** 12/07/1957  **Sex:** Male

| Allergen | <------ PRICK ------> | | | | | <------ I.D ------> | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Order | Score | Wheal | Flare | Loc | Order | Score | Wheal | Flare | Loc |
| **Panel: Food Panel** | | | | | | | | | | |
| Green / String Beans (Food) | No | 0 | | | Back | No | | | | |
| Oyster  (Food) | No | 0 | | | Back | No | | | | |
| Pecan (Food) | No | 0 | | | Back | No | | | | |
| Rice (Food) | No | 0 | | | Back | No | | | | |
| Shrimp (Food) | No | 0 | | | Back | No | | | | |
| Tuna (Food) | No | 0 | | | Back | No | | | | |
| *Walnut English (Food) | No | 2 | 2 | 5 | Back | No | | | | |
| Cabbage Mix (Food) | No | 0 | | | Back | No | | | | |
| Celery (Food) | No | 0 | | | Back | No | | | | |
| Cucumber  (Food) | No | 0 | | | Back | No | | | | |
| Crab (Food) | No | 0 | | | Back | No | | | | |
| Lamb (Food) | No | 0 | | | Back | No | | | | |
| Lettuce (Food) | No | 0 | | | Back | No | | | | |
| Spinach (Food) | No | 0 | | | Back | No | | | | |
| Onion  (Food) | No | 0 | | | Back | No | | | | |
| Olive Green (Food) | No | 0 | | | Back | No | | | | |
| Pork  (Food) | No | 0 | | | Back | No | | | | |
| Sweet Potato (Food) | No | 0 | | | Back | No | | | | |
| Rye (Food) | No | 0 | | | Back | No | | | | |
| Salmon (Food) | No | 0 | | | Back | No | | | | |
| Strawberry (Food) | No | 0 | | | Back | No | | | | |
| Watermelon (Food) | No | 0 | | | Back | No | | | | |
| Brewer Yeast food (Food) | No | 0 | | | Back | No | | | | |
| Control (negative) (Control) | No | 0 | | | Back | No | | | | |
| Avocado (Food) | No | 0 | | | Back | No | | | | |
| Cantaloupe (Food) | No | 0 | | | Back | No | | | | |

* = Positive

| | |
| --- | --- |
| 0 = Negative Result | 1 = small Flare only no wheal | 2 = small wheal with moderate Flare |
| 3 = moderate Wheal and/or large Flare | 4 = Large Wheal | 5 = Extra large wheal |
| 6 = Positive Result | | |

Allergy, Asthma Associates P.C.
1760 E. Florence Blvd, Suite 200   Casa Grande, AZ 851224768
Phone: (520) 836-3283  Fax: (520) 318-1859

### SKIN TEST FORM

**Test Date:** 02/01/2017                           **Tested By:** LaHood, Nabeeh

**Patient:** Maisano, Dale (PT00014872)        **Antihistamine Taken:** No

**DOB:** 12/07/1957   **Sex:** Male

| Allergen | PRICK Order | Score | Wheal | Flare | Loc | I.D Order | Score | Wheal | Flare | Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| **Panel: Food Panel** | | | | | | | | | | |
| Hazel Nut  (Food) | No | 0 | | | Back | No | | | | |
| Peach (Food) | No | 0 | | | Back | No | | | | |
| Pear (Food) | No | 0 | | | Back | No | | | | |
| Plum (Food) | No | 0 | | | Back | No | | | | |
| Lobster (Food) | No | 0 | | | Back | No | | | | |
| Scallop (Food) | No | 0 | | | Back | No | | | | |
| Brasil Nut  (Food) | No | 0 | | | Back | No | | | | |

\* = Positive

| | | |
|---|---|---|
| 0 = Negative Result | 1 = small Flare only no wheal | 2 = small wheal with moderate Flare |
| 3 = moderate Wheal and/or large Flare | 4 = Large Wheal | 5 = Extra large wheal |
| 6 = Positive Result | | |