THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CJVLR 5.4
(Rule Number/Section)

Michael J. Cohn #288721
ASPC Lewis
P.O. Box 3500
Buckeye, AZ 85326

United States District Court, Arizona

| Parsons, et al. | 2:12cv601-DKD |
|---|---|
| v. | Objection to State's appeal of Sanctions |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, class Plaintiff in the above captioned case, object to the appeal of sanctions by the State of Arizona. An appeal is specious as it directs money away from the proper treatment of inmates.

I watched the 9 p.m. Fox News Reports of the sanctions decision(s) on 6/22 + 6/23/2018. Governor Ducey stated he believes Charles Ryan has the inmates best interests at heart. From my view, nothing could be further from the truth.

In addition to the healthcare atrocities reported in Parsons v. Ryan, the AZ Dept. of Corrections is engaged in the Federally mandated process of inmate racial, etc. integration. Inmates who cooperate with integration are at risk for assault and some have been threatened and reportedly assaulted and murdered. Some units such as Stiner in Buckeye and Winchester in Tucson are reportedly more resistant to integration than others, yet Charles Ryan's staff continues to assign cooperative inmates to those high risk units. Reportedly, ADC staff have testified in Federal Court that they know of the risks to inmates implicating criminal acts of intentionally subjecting inmates to harm. The Governor fails to perceive the risks of inadequate healthcare, implicating

1

criminal negligence on his part. Why hasn't the Governor ordered the Health Department to investigate ADC facilities and enforce compliance with Health standards. Why hasn't he ordered the nursing and medical/Dental/Psychology Boards to do the same? It appears that he hates us.

In my view, what is occurring in the Arizona Dept. of Corrections is a Post-modern Holocaust. Systematic annihilation of "undesirables" who become vulnerable to the medical or bureaucratic orbits. The weapon is neglect. Hatred of inmates is expressed by letting them suffer in agony and terror as described in Parsons v. Ryan, etc., even unto death. This is fact, not hyperbole, I see it every day, live among it and object to it when possible.

Financial sanctions aren't enough. Arrests and charges need to be made of all parties involved in the mistreatment of inmates including the Governor and probably his predecessor(s). The Attorney General supervises the County attorneys, yet to my knowledge he conceals the Parsons v. Ryan case from defense counsels and defendants, manipulating and enhancing sentences that constitutes Double Jeopardy, in many cases, without a determination by a jury. (See Brief in case 1CA-CR18-0020 PRPC, AZ. Court of appeals).

After 6 years of noncompliance, a criminal investigation is justified. Stop dancing around the issue, refer to USDOJ.

Respectfully Submitted,
Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn
Prisoner Rights Advocate

Certificate of Service

Original mailed to:   on: 6/28/18
Clerk of the U.S. Dist. Ct.
401 W. Washington SPC-1
Phoenix, AZ 85003

Copies to:   on: 6/28/18
attorney General
1275 W. Washington
Phoenix, AZ 85007

Prison Law Ofc.
General Delivery
San Quentin, CA 94964
attn: C. Kendrick, Esq.

9th Circuit Court of Appeals
U.S. Court House
95 7th St.
San Francisco, CA 94103-1518