Maya Abela (Bar No. 027232)
Asim Dietrich (Bar No. 027927)
Jessica Jansepar Ross (Bar No. 030553)
J.J. Rico (Bar No. 021292)
Rose Daly-Rooney (Bar No. 015690)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
(602) 274-6287
177 North Church Avenue, Suite 800
Tucson, Arizona  85701
(520) 327-9547
mabela@azdisabilitylaw.org
adietrich@azdisabilitylaw.org
jross@azdisabilitylaw.org
jrico@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No: CV-12-00601-PHX-ROS<br><br>**MOTION TO WITHDRAW SARAH KADER AS COUNSEL OF RECORD FOR PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW** |

1  Pursuant to Local Rule 83.3, Plaintiff Arizona Center for Disability Law moves
2  this Court for an Order relieving Sarah Kader as co-counsel for Plaintiff.  As of June 15,
3  2018, Sarah Kader is no longer employed at the Arizona Center for Disability Law.
4  Plaintiff Arizona Center for Disability Law will continue to be represented in this matter
5  by Maya Abela along with other co-counsel of record.

6  Upon order granting this motion, the undersigned requests that Sarah Kader be
7  removed from ECF noticing in this matter.

8  Respectfully submitted this 3rd day of July, 2018.

ARIZONA CENTER FOR DISABILITY LAW

*/s/ Maya Abela*_____
Maya Abela (Bar No. 027232)
Asim Dietrich (Bar No. 027927)
Jessica Jansepar Ross (Bar No. 030553)
J.J. Rico (Bar No. 021292)
Rose Daly-Rooney (Bar No. 015690)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
177 North Church Avenue, Suite 800
Tucson, Arizona  85701
*Attorneys for Plaintiff Arizona Center for Disability Law*

# CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donald Specter
Alison Hardy
Sara Norman
Corene Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

David C. Fathi
Amy Fettig
Victoria Lopez
**ACLU NATIONAL PRISON PROJECT**
dfathi@aclu.org
afettig@aclu.org
vlopez@aclu.org

Kirstin T. Eidenbach
**EIDENBACH LAW, PLLC**
kirstin@eidenbachlaw.com

Kathleen E. Brody
**ACLU FOUNDATION OF ARIZONA**
kbrody@acluaz.org

Daniel C. Barr
Amelia M. Gerlicher
John H. Gray
**PERKINS COIE LLP**
dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell
John Laurens Wilkes
**JONES DAY**
cnmitchell@jonesday.com
jlwilkes@jonesday.com

Michael E. Gottfried
Lucy M. Rand
**ASSISTANT ARIZONA ATTORNEYS GENERAL**
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com
*Attorneys for Defendants*

*s/ Tanika Sherman*