# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>        Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>        Defendants. | No: CV-12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW SARAH KADER AS COUNSEL OF RECORD FOR PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW** |

  Pursuant to Plaintiffs' Motion to Withdraw Sarah Kader as counsel of record for Plaintiff Arizona Center for Disability Law and good cause appearing,

  IT IS HEREBY ORDERED removing Sarah Kader as counsel of record for the Plaintiff Arizona Center for Disability Law and removing her from ECF filing notices.

  DATED this \_\_\_\_ day of _____, 2018.

            _____
            Roslyn O. Silver
            Senior United States District Judge