Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR RECONSIDERATION**<br><br>[First Request] |

Defendants respectfully request an extension of time, until July 20, 2018, in which to file their forthcoming motions to reconsider the Court's June 22, 2018 Orders. (See Dkt. 2898, 2900, 2901, 2902, 2904, 2905.) Additional time is needed to prepare the motions given the number of rulings being challenged and the complicated issues that are involved. And because these will be the first substantive motions this Court reviews in

this case, Defendants must thoroughly explain the historical context of each order to provide the Court with an adequate background for it to resolve the issues.

Although Defendants believe that the challenged orders are "final" orders and therefore appropriate under Fed. R. Civ. P. 60(b), Judge Duncan has previously stated it is "relatively unclear" whether motions for reconsideration of post-Stipulation orders should be filed under Rule 60(b) or LRCiv 7.2(g). (Dkt. 1918 at 2.) Both, he said, "are candidates." (*Id*.) Therefore, Defendants make this request out of an abundance of caution to comply with LRCiv 7.2(g)'s 14-day deadline.

Counsel for Plaintiffs has informed they are not willing to agree to an extension of time.

DATED this 6th day of July 2018.

                                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                                        By /s/Rachel Love
                                             Daniel P. Struck
                                             Rachel Love
                                             Timothy J. Bojanowski
                                             Nicholas D. Acedo
                                             3100 West Ray Road, Suite 300
                                             Chandler, Arizona  85226

                                             Office of the Arizona Attorney General
                                             Michael E. Gottfried
                                             Assistant Attorneys General
                                             2005 N. Central Avenue
                                             Phoenix, Arizona 85004-1592

                                             *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

///

///

///

| | |
|---|---|
| 1 | I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System: |
| 2 | |
| 3 | N/A |
| 4 | /s/Rachel Love |