FILED LODGED
Jul 09 2018
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Michael J. Cohn #288721
ASPC Lewis / Bachman
P.O. Box 3500
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| Parsons, et al | 2:12CV601-DKD CV-12-601-PHX-ROS |
| v. | ADC/ Corizon Health Deliberate Indifference |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, Class Plaintiff in the above captioned case, respectfully notify this honorable court of an issue of deliberate indifference not previously reported to this court to my knowledge. As described in the attached informal complaint resolution, I allege that a Corizon contracted provider practices medicine in Arizona without a license. This implicates malpractice and fraud, as this provider sees many inmates for Telemedicine appointments. I was told by Dr. Julia Barnett (former medical director, Lewis complex) that Corizon does not verify the credentials of their contracted providers, implicating administrative incompetence at least, if not criminal negligence. ADC should insist that Corizon obtain and maintain on file, copies of licenses, medical school diplomas and malpractice insurance certificates of all its contracted providers every 2 years at least, and verified by ADC.

Respectfully submitted, Date: 7/9/18

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn
Prisoner Rights Advocate,

Original efiled to: on: 7/9/18 Rev DO114-17
Clerk of the US Dist. Ct.



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, [illegible] J. | 28572[illegible] | [illegible] | 7/[illegible] |

| TO | LOCATION |
|---|---|
| CO III | [illegible] |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I [illegible] Corizon [illegible] [illegible] [illegible] [illegible]

[illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Dr. [illegible] [illegible] physician [illegible] from the [illegible] [illegible] my [illegible] [illegible] doctor [illegible] licensed in the state where the patient resides. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Corizon does not [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] known as [illegible] [illegible] [illegible] Fraud [illegible] not [illegible] that Dr. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] long as he is doing [illegible] or has been done [illegible].

I am [illegible] a copy of this [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] and the [illegible] [illegible] [illegible] class action case as well as the attorney [illegible].

The [illegible] doctor should be licensed in the same state [illegible] [illegible] patients so that the patients can have recourse in the event of medical malpractice. This is almost impossible [illegible] [illegible] [illegible] [illegible] another state as I understand it.

I allege fraud and deliberate indifference by Corizon Health and Dr. [illegible].

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 7/6/18 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: CO [illegible]

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14