Phillip Lee Carson #091914
Arizona State Prison
POB 3200, A-14
Florence, Az. 85132

[X] FILED [ ] LODGED
Jul 09 2018
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CV-12-601-PHX-ROS

Phillip L. Carson et al.,
Plaintiff's,

v.

Charles L. Ryan et al.,

CV00601-NVW-MEA

Class Action Plaintiff's Notice to the Court: (HEAT EXHAUSTION) *RETALIATION

Class Action Plaintiff in Parsons v. Ryan, HEREBY GIVES NOTICE TO THIS HONORABLE COURT THAT;

On 07.06.18 at approx. 0730 hrs. Plaintiff had to mail out a package, Plaintiff waiting in line, for 30 + minutes, was told to step out of line and wait on the other side of the redline (in the direct sunlight), until all of the inmates behind Plaintiff were done mailing out their packages and legal mail. [Retaliation see pg. 2]

Plaintiff notified the officer (ADC) CO² Sampson that plaintiff's photo (excess) to be mailed out with package are right there on shelf. CO² Sampson stated sign the form (property release form) and I (CO² Sampson)

will package it and mail it out for you. Plaintiff stated no-thank you because when Sgt. marsh (ADC) confiscated my "approved" religious items (which the Directors assist. Carson McWilliams, ordered ADC staff, to immediately return to plaintiff) SHE (sgt. marsh) put Lesbian pornography (and/or explicit) in with Plaintiff's religious items i.e. TORAH.

Therefore, Plaintiff stated NO WAY! I do not want you (CO² Sampson) to put pornography in with my families package, CO² Sampson state we don't do that! Plaintiff stated Sgt. marsh did! CO² Sampson stated Sgt. marsh is no longer here, Plaintiff was once again told to sign or wait on the other side of the red-line! (in the sun) [RETALIATION]

Plaintiff said he needed to talk to ADW Pitz, CO² Sampson laughed and mumbled "*why dontchya get *Duncan? HA-HA*". Plaintiff limped down to admin. on quad cane, due to wheel-chair being all the way over in Bldg. #5.

By the time Plaintiff walked down to Admin. and complained to CO² K. Wilson about needing to see the ADW (Assit. Deputy Warden) about being told to "go to the end of the line and wait in the sun". K. Wilson informed me that he would advise ADW of situation after the morning meeting, because staff was told by ADW "NOT" to harrass or RETALIATE against petitioner, for TALKING TO JUDGE DUNCAN!

Plantiff then limped back to property and told Co² Sampson that he (plantiff) needed to go get some water and it's hard to breath, in this thick hot air. Plantiff stated he (plaintiff) is going to do a grievance on this issue (Yah willing).

Co² Sampson said "Too F__KING bad", Co² Sampson then gave Petitioner Photos to put in box to mail out to Petitioners sister for her birthday, taped the box closed and Petitioner signed documents along with Co² Sampson.

Petitioner made it to medical (after property issue) and requested an HNR (Health Needs Request) form, in order to be seen by a nurse for possible "Heat Exhaustion" or stroke.

Co² Kronich told Petitioner to go to his living area and get an HNR. Petitioner told Co² Kronich that he (Petitioner) can't make it to his house without possibly falling out. Co² Kronich then told Petitioner that he (Carson) needs to be more prepared. Petitioner advised Kronich that Petitioner just went through a STRESSFUL one hour bout in the sun, with Co² Sampson and there was no way to prepare for this onset of a medical condition, as Heat Exhaustion. See: (Exh. #1)

Upon viewing this situation with Co² Kronich, the second office stationed in medical unit, Co² Cruz leaned over and grabbed an HNR off of the forms file, "Veticle-File", and handed one to Petitioner to fill out, to see the Nurse. (See Exh #1)

Plaintiff waited after inmates came in with similar symptoms as Petitioner, where Co² Kronich nicely asked "them" to get some water, sit down (inside) and cool off, as opposed to how Petitioner was treated.

Co² Kronich and Co² Sampson had mocked Petitioner last week when Judge Duncan and the Attorney's came to our (my) prison unit (A-14) for an on-sight inspection of how the settlement issues in parsons was coming along.

Judge Duncan personally interviewed me (Petitioner) along side him (Judge Duncan) were all the attorneys. Our interview was not "ex parte". Petitioner explained to Judge Duncan of how Corizan sent out Petitioner for therapy, because Petitioners back was injured, when he sat in a chair at medical, for his routine B/P check (daily), when the chair broke underneath of him.

An emergency (I.C.S.) Inmate Control System was activated, Sgt. Babeu took photos of incident and petitioner, CO² K. Wilson helped lift petitioner Nurse and Ortiz helped petitioner, Cpt. Bowlers and ADW Schmidt kept photos and CO³ Dison took chair to maintainance.

Judge Duncan, told petitioner that his (Judges) back was also hurt, in a chair accident, at a visit to a colleges office, a time back.

After petitioner had waited approx one half hour in medical Unit, he had to go to the bathroom and throw-up (vomit). Plaintiffs head was pounding at approx. an 8 of 10 scale in the pain level. Sgt. Babeu hurt Petitioners head on 05.02.18.

RN Beal scheduled plaintiff to see the psychiatrist because she felt plaintiff was suffering too many "heat-exhaustions" and thought that maybe it was due to the fact that plaintiff was arguing or was highly excited when in the Hot sun time for more than half of an hour. RN Beal seemed to think there could be a psychological issue present with each attack of Heat stroke. Petitioner was seen diagnosed and treated and told to stay inside for 3 days and use ~~us~~ ice daily. see (EXH. #7)

# CONCLUSION.

Plaintiffs Retaliation stems from CV17-01641-PHX-ROS (BSB) Plaintiff believes that ADC staff intentionally caused plaintiff to more than likely suffer "ANOTHER" heat-exhaustion by making him stand or stay in the direct sunlight-after they (Co² Sampson) knew that Petitioner has or could suffer Heat Stroke. ADC staff are Physically hurting Petitioner out of RETALIATION. Petitioner explained to Co² Sampson that he (plaintiff) could not wait any longer in the sunlight because he (plaintiff) has been told by medical and Security to stay out of the sun as much as possible!

ADW Pitz told Petitioner that he (ADW) was hiring an AID for petitioner that would help Petitioner get around in a wheel-chair out in the sun, esspecially. Co² Sampson knew this **as well**, because Sampson was in Admin with ADW and Co 4 Altigiri assured Petitioner that he (Carson) would not be retaliated against, because he (Carson) spoke with **JUDGE DUNCAN** at Health Unit! (out front on a bench facing the whole yard-where anyone on yard could see).

CO² Sampson was told to push the plaintiff from Bldg. 5 to Administration for the meeting with ADW Pitz and CO4 Altisiri. At that time CO² Sampson said to petitioner "I'm not your Damn pusher"!

After meeting plaintiff asked CO² Sampson if he thought staff would Retaliate against him (Carson), even if ADW Pitz tells his staff not too?

CO² Sampson said "we don't give a F__K about you, or your F__KING property!"

## RESOLUTION

Petitioner, Respectfully requests that this Honorable Court **warns** Director Ryan and his ADW Pitz (Pits?) **not** to harrass or **Retaliate** against Plaintiff, for Petitioner contacting this court, Prison law Firm in San Quintin Ca. or for talking to Judge Duncan, when he visited our prison yard: with **no** retalitory tickets (disciplinary) or moves.

Respectfully [signature]
Phillip L Carson
Plaintiff

CERTIFICATE OF SERVICE

CV, (CV17-01641-PHX-ROS(BSB)

"Class Action Plaintiff's NOTICE TO THE COURT (HEAT EXHAUSTION) * RETALIATION

[With Attachments]

I, Herby Certicy that on the 9th day of July, 2018 I hand delivered the attached document to Librarian Wilson at Unit A-14 to e-file to defendants using the ECF System, and

mailed a copy to below parties on the morrow at the ___ day of July, 2018:

1) Prison Law office
Corene Kendrick, Attorney at Law,
General Delivery, San Quentin, Calif. 94964-0001

2) Office of the Attorney General
State of Arizona, Kelley Morrissey Attorney at law,
2005 N. Central Ave., Phoenix, Az. 85004

3) District Court of Arizona
United States Court House
401 W. Washington St, Judge Duncan
Phoenix, Az. 85003-2118

Respectfully, [signature]

Phillip Lee Carson
Plaintiff, Class-Action

Attachments

CV

"Class Action Plaintiffs: NOTICE TO THE COURT: (Heat EXHAUSTION) *Retaliation."

EXH. # 1

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Carter | 091914 | 7-6-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| A6 | 151 | 3200 | A 13L |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

SECTION/SECCION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Gonna cry to Duncan? Ha Really! Heat Exhaustion - Sampier Made me wait in Sun and loose my place I stood ½ hr. walked down to Admin complained to Boz, Wilson, perverts!! Staff back to mail outs, cant breath good Sampier said too Fuckin Bad "CO Krmick told me go home and get your own HNR, said I cant breath good. Cruz gave me HNR, Krmick said be prepared next time. Another guy came in she said take it easy drink something and [illegible] ... Ocha said it was 93° at 0400 hrs.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) ______

Comments/Comentarios

Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| MBean | 7/6/2018 | 1052 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Seen

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| MBean | 7/6/2018 | 1116 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión politica de este estado.]

10

1101-10ES
12/19/12

Encounter Date: 06/22/2018 Time: 10:33:17 Type: Nurse - Sick Call - Unscheduled

Location: ASPC-E COOK UNIT [A14] Staff: Beal, Melissa A, RN

Category*: Medical ADA Restrictions/Special Needs

Type*: Needs meals in living quarters

Count*: 0 Sequence Number: 01

Approximate Begin Date: 07/06/2018 Approximate End Date: 07/09/2018

Refer to Staff: Okafor, Linda

Status: Active As of Date: 07/06/2018 **Status History**

**Specify Comments**

Meals in housing x3 days.

**Prepare To Update** **Prior Page**

Show Last Updated Information

MBeal RN

Melissa Beal, RN, BSN

11

| | | | | | |
|---|---|---|---|---|---|
| Encounter Date: | 07/06/2018 | Time: | 10:46:49 | Type: | Nurse - Sick Call - Unscheduled |
| Location: | ASPC-E COOK UNIT [A14] | Staff: | Beal, Melissa A, RN | | |

| | | | |
|---|---|---|---|
| Category*: | Medical Supplies/Special Equipment | | |
| Type*: | MEDICAL ICE | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 07/06/2018 | Approximate End Date: | 07/09/2018 |
| Refer to Staff: | Okafor, Linda | | |
| Status: | Active | As of Date: | 07/06/2018 |

**Status History**

**Specify Comments**

Medical Ice Three Times daily.

**Prepare To Update** **Prior Page**

Show Last Updated Information

MBeal RN
Melissa Beal, RN, BSN

*EXPIRES 7/9/18

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Carson, Phillip | 098114 | 6-22-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| S/D/3 L | A-14 | 3200 | E |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria* (Use este formulario para describir un problema a la vez!]

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Suffering heat stroke Now, I need something help. ADC staff refused me help to yesterdays for left in sun cursed out profoundly cussed at → FUCK 25 minutes direct sun in chair

Needs class rm touch ~~perimeter~~ sect one by co in BVU 8A13

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☑ Other/Otros *(specify)* (especifique)

Comments/Comentarios

Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 6/22/2018 | 1037 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Seen

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 6/22/2018 | 1058 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a éste estado ni una subdivisión política de este estado.]



1101-10ES
10/1/09