1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No.  CV-12-0601-PHX-ROS |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Defendants have requested additional time to file Motions for Reconsideration of the Court's June 22, 2018 Orders, in part because Local Rule of Civil Procedure 7.2(g) may apply (Doc. 2923).  Defendants further contend that because of the number of orders issued on June 22 and their intention to present sufficient background information in their forthcoming requests for reconsideration, additional time is necessary.  The Court will grant the extension but notes that extensive briefing on case history is unnecessary; citations to the record will suffice.

**IT IS THEREFORE ORDERED** granting Defendants' Motion for Extension of Time (Doc. 2923).  Defendants shall have up to and including July 20, 2018, to file any motions for reconsideration of the Court's June 22, 2018 Orders.

Dated this 11th day of July, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge