THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

Phillip Lee Carson #091914
Arizona State Prison
POB 3200, A-14
Florence, Az. 85132

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 11 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

CV-12-00601-PHX-ROS by SS

| | |
|---|---|
| Phillip L. Carson et al., Plaintiff's, | CV00601-NVW-MEA |
| v. | Class Action Plaintiff's Notice to the Court: |
| Charles L. Ryan et al., | (HEAT EXHAUSTION) *RETALIATION |

Class Action Plaintiff in Parsons v. Ryan, HEREBY GIVES NOTICE TO THIS HONORABLE COURT THAT;

On 07·06·18 at approx. 0730 hrs. Plaintiff had to mail out a package, Plaintiff waiting in line, for 30+ minutes, was told to step out of line and wait on the other side of the redline (in the direct sunlight), until all of the inmates behind Plaintiff were done mailing out their packages and legal mail. [Retaliation see pg. 2]

Plaintiff notified the officer (ADC) CO² Sampson that Plaintiff's photos (excess) to be mailed out with package are right there on shelf. CO² Sampson stated sign the form (property release form) and I (CO² Sampson)

pg. 1 of 8

will package it and mail it out for you. Plaintiff stated no-thank you because when Sgt. marsh (ADC) confiscated "my" approved" religious items (which the Directors assist. Carson McWilliams, ordered ADC staff, to immediately return to plaintiff) SHE (sgt. marsh) put lesbian pornography (and/or explicit) in with Plaintiff's religious items i.e. TORAH.

Therefore, Plaintiff stated NO WAY! I do not want you (co² Sampson) to put pornography in with my families package, Co² Sampson state we don't do that! Plaintiff stated Sgt. marsh did! Co² Sampson stated Sgt. marsh is no longer here, Plaintiff was once again told to sign or wait on the other side of the red-line! (in the sun)   [RETALIATION]

Plaintiff said he needed to talk to ADW Pitz, Co² Sampson laughed and mumbled "why dontchya get *Duncan? Ha-Ha*". Plaintiff limped down to admin. on gaud cane, due to wheel-chair being all the way over in Bldg. #5.

By the time Plaintiff walked down to Admin. and complained to Co² K. Wilson about needing to see the ADW (Assit. Deputy Warden) about being told to "go to the end of the line and wait in the sun" - K. Wilson informed me that he would advise ADW of situation after the morning meeting, because staff was told by ADW "NOT to harrass or RETALIATE against petitioner, for TALKING TO JUDGE DUNCAN!

pg. 2 of 8

Plaintiff then limped back to property and told CO² Sampson that he (plaintiff) needed to go get some water and it's hard to breath, in this thick hot air. Plaintiff stated he (Plaintiff) is going to do a grievance on this issue (Yah willing).

CO² Sampson said "too F__KING bad"; CO² Sampson then gave Petitioner Photos to put in box to mail out to Petitioners sister for her birthday, taped the box closed and Petitioner signed documents along with CO² Sampson.

Petitioner made it to medical (after property issue) and requested an HNR (Health Needs Request) form, in order to be seen by a nurse for possible "Heat Exhaustion" or stroke.

CO² Kronich told Petitioner to go to his living area and get an HNR. Petitioner told CO² Kronich that he (Petitioner) can't make it to his house without possibly falling out. CO² Kronich then told Petitioner that he (Carson) needs to be more prepared. Petitioner advised Kronich that Petitioner just went through a STRESSFUL one hour boot in the sun, with CO² Sampson and there was no way to prepare for this onset of a medical condition, as Heat Exhaustion. See: (Exh. # 1)

3

pg. 3 of 8

Upon viewing this situation with $CO_2$ Kronich, the second office stationed in medical unit, $CO_2$ Cruz leaned over and grabbed an HNR off of the Forms File, "Veticle File", and handed one to Petitioner to fill out, to see the Nurse. (See Exh #1)

Plaintiff waited after inmates came in with similar symptoms, as Petitioner, where $CO_2$ Kronich nicely asked "them" to get some water, sit down (inside) and cool off, as opposed to how Petitioner was treated.

$CO_2$ Kronich and $CO_2$ Sampson had mocked Petitioner last week when Judge Duncan and the Attorney's came to our (my) prison unit (A-14) for an on-sight inspection of how the settlement issues in parsons was coming along.

Judge Duncan personally interviewed me (Petitioner) alongside him (Judge Duncan) were all the attorneys. Our interview was not "ex parte". Petitioner explained to Judge Duncan of how Corizan sent out Petitioner for therapy, because Petitioners back was injured, when he sat in a chair at medical, for his routine B/P check (daily), when the chair broke underneath of him.

4            pg. 4 of 8

An emergency (I.C.S.) Inmate Control System was activated, Sgt. Babeu took photos of incident and petitioner, $CO^2$ K. Wilson helped lift petitioner Nurse and Ortiz helped petitioner, Cpt. Bowlers and ADW Schmidt kept photos and $CO^3$ Digson took chair to maintainance.

Judge Duncan, told Petitioner that his (Judges) back was also hurt, in a chair accident, at a visit to a colleges office, a time back.

After petitioner had waited approx. one half hour in medical unit, he had to go to the bathroom and throw-up (vomit). Plaintiffs head was pounding at approx. an 8 of 10 scale in the pain level. Sgt. Babeu hurt Petitioners head on 05-02-18.

RN Beal scheduled plaintiff to see the psychiatrist because she felt plaintiff was suffering too many "heat-exhaustions" and thought that maybe it was due to the fact that Plaintiff was arguing, or was highly excited when in the Hot sun time for more than half of an hour, RN Beal seemed to think there could be a psychological issue present with each attack of Heat stroke. Petitioner was seen diagnosed and treated and told to stay inside for 3 days and use ice daily. see (EXH. #1)

5

pg. 5 of 8

## CONCLUSION.

Plaintiffs Retaliation stems from CV17-01641-PHX-ROS (BSB) Plaintiff believes that ADC staff intentionally caused plaintiff to more than likely suffer "ANOTHER" heat-exhaustion by making him stand or stay in the direct sunlight - after they (CO² Sampson) knew that petitioner has or could suffer Heat Stroke. ADC staff are Physically hurting petitioner out of RETALIATION. Petitioner explained to CO² Sampson that he (plaintiff) could not wait any longer in the sunlight because he (plaintiff) has been told by medical and security to stay out of the sun as much as possible.

ADW Pitz told Petitioner that he (ADW) was hiring an AID for Petitioner that would help Petitioner get around in a wheel-chair out in the sun, especially. CO² Sampson knew this **as well**, because Sampson was in Admin with ADW and CO4 Altigiri assured Petitioner that he (Carson) would not be retaliated against, because he (Carson) spoke with JUDGE DUNCAN at Health Unit (out front on a bench facing the whole yard - where anyone on yard could see).

pg. 6 of 8

6

CO² Sampson was told to push the plaintiff from Bldg. 5 to Administration for the meeting with ADW Pitz and CO.4 Altisini. At that time CO² Sampson said to Petitioner "I'm not your Damn pusher"!

After Meeting plaintiff asked CO² Sampson if he thought staff would Retaliate against him (Carson), even if ADW Pitz tells his staff not too?

CO² Sampson said "we don't give a F__K about you, or your F__KING property!"

## RESOLUTION

Petitioner, Respectfully requests that this Honorable court **warns** Director Ryan and his ADW Pitz (Pits?) **not** to harrass or **Retaliate** against plaintiff, for Petitioner contacting this court, Prison law Firm in San Quintin Ca, or for talking to Judge Duncan, when he visited our prison yard: with **no** retalitory tickets (disciplinary) or moves.

Respectfully /s/ Phillip Carson
Phillip L. Carson
Plaintiff

7   pg. 7 of 8

## CERTIFICATE OF SERVICE

CV.                                    CV17-01641-PHX-ROS(BSB)

"Class Action Plaintiff's NOTICE TO THE COURT (HEAT EXHAUSTION) * RETALIATION [With Attachments]

I, Herby Certify, that on the 9th day of July, 2018 I hand delivered the attached document to Librarian Wilson at Unit A-71 to e-file to defendants using the ECF system, and

mailed a copy to below parties on the morrow at the 10th day of July, 2018:

1) Prison Law office
   Corene Kendrick, Attorney at Law,
   General Delivery, San Quentin, Calif. 94964-0001

2) Office of the Attorney General
   State of Arizona, Kelley Morrissey Attorney at Law,
   2005 N. Central Ave., Phoenix, AZ. 85004

3) District Court of Arizona
   United States Court House
   401 W. Washington St., Judge Duncan
   Phoenix, AZ. 85003-2118

Respectfully, Phillip L. Carson

Phillip Lee Carson
Plaintiff, Class-Action

8                                    pg 8 of 8

# Attachments

CV

"Class Action Plaintiffs': NOTICE TO THE COURT: (Heat EXHAUSTION) *Retaliation.*"

EXH. # 1

9

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Case 2:12-cv-00601-ROS Document 2928 Filed 07/11/18 Page 10 of 14

Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Charter | 091011 | 7-6-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| AC | 151 | 3200 | A132 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) — Medical/Médica [ ] Dental [ ] FHA [ ]
Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Heat Exhaustion — Sergeant made me wait in sun and lose my place I stood 1/2 hr, walked down to Admin complained to Lt, etc, when perverts, "Staff back to med certs, can't breath good Sergeant said too fuckin bad, "Co" Kirmick told me go home and get your own water, I said I can't breath good, Estra gave me think, Kirmick said be prepared next time, another guy came in she said take it easy drink something and had...

Gonna cry to Duncan? Mr Reilly!

Ocha said it was 93° at 0400 hrs

Inmate's Signature/Firma del prisionero: [signature]

---

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)

Comments/Comentarios: NUYSR vine

Staff Signature Stamp: MBROV  Date: 7/6/2018  Time: 1052

---

**PLAN OF ACTION/PLAN DE ACCION**
seen

Staff Signature Stamp: MBROV  Date: 7/11/18  Time: 1110

1101-10ES
12/19/12

| | | | | | |
|---|---|---|---|---|---|
| Encounter Date: | 06/22/2018 | Time: | 10:33:17 | Type: | Nurse - Sick Call - Unscheduled |
| Location: | ASPC-E COOK UNIT [A14] | Staff: | Beal, Melissa A, RN | | |

| | | | | |
|---|---|---|---|---|
| Category*: | Medical ADA Restrictions/Special Needs | | | |
| Type*: | Needs meals in living quarters | | | |
| Count*: | 0 | Sequence Number: | 01 | |
| Approximate Begin Date: | 07/06/2018 | Approximate End Date: | 07/09/2018 | |
| Refer to Staff: | Okafor, Linda | | | |
| Status: | Active | As of Date: | 07/06/2018 | **Status History** |

**Specify Comments**

Meals in housing x3 days.

**Prepare To Update**     **Prior Page**

Show Last Updated Information

*MBeal RN*

Melissa Beal, RN, BSN

11

ADC: 091914
CHSS028B
Patient: CARSON, PHILIP L
Case 2:12-cv-00601-ROS   Document 2928   Filed 07/11/18   Page 12 of 14
1 of 1
Friday July 06, 2018 11:07:34

Other Action/Procedure/Referral

| | | | |
|---|---|---|---|
| Encounter Date: 07/06/2018 | Time: 10:46:49 | | Type: Nurse - Sick Call - Unscheduled |
| Location: ASPC-E COOK UNIT [A14] | Staff: Beal, Melissa A, RN | | |

Category*: Medical Supplies/Special Equipment
Type*: MEDICAL ICE
Count*: 0
Sequence Number: 01
Approximate Begin Date: 07/06/2018
Approximate End Date: 07/09/2018
Refer to Staff: Okafor, Linda
Status: Active
As of Date: 07/06/2018      Status History

**Specify Comments**

Medical Ice Three Times daily.

Prepare To Update      Prior Page

Show Last Updated Information

*signature* MBeal RN
Melissa Beal, RN, BSN

*handwritten:* ✗ EXPIRES 7/9/18

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.): Carson Marla
**ADC Number/Número de ADC:** 094114
**Date/Fecha:** 6-22-18
**Cell/Bed Number:** SV3L
**Unit/Unidad:** A-14
**P.O. Box:** 3208
**Institution/Facility:** ASPC — E

### SECTION I
You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

### SECTION II
**AREA OF INTEREST:** [X] Medical

suffering heat stroke. Now I need something help. ADC staff refused me help do to yesterdays ran health sun cursed out to burn cursed at 25 minutes heat sun in...

Inmate's Signature: [signed]

### SECTION III
**REFERRAL BY MEDICAL STAFF:** [X] Medical

Comments: Nurse Line

Staff Signature Stamp: [illegible]
Date: 6/22/2018
Time: 1037

### SECTION IV
**PLAN OF ACTION:** Seen

Staff Signature Stamp: [illegible]
Date: 6/22/18
Time: 1058

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

13

1101-10ES 10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Request/Authorization for Non-Qualified/Non-Legal Copying

Please PRINT information in all areas clearly. Use a PEN and PRESS FIRMLY.

**Inmate Name** (Last, First M.I.): Carson Phillip
**ADC Number:** 091914
**Institution/Unit:** A-14
**Housing Unit Assignment Number:** SD13L
**Date:** 7-09-18

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS CV0061-NVW-MEA, & CV17-01641-PHX-ROS(BSB) Attachments

| No. | Document Name | Number of Copies | Number of Pages |
|---|---|---|---|
| 1 | Newspaper articles (8x10 copies) | | |
| 2 | Yuma Sun paper 5-05-18 | | |
| 3 | and 6-23-18 Charles Ryan | | |
| 4 | in contempt of court 1.4 million | 4 | 12 |
| 5 | Destruction of Inms property (propensity of staff) | | |

for motions attachments.

I have reviewed the request for copying. The request is:
☐ Approved for Copying   ☐ Disapproved (Indicate reason) ___

Pending review

No. of copies made ___ @ $ ___ = TOTAL ___

**Designated Staff Name** (Last, First M.I.): Librarian II
**Designated Staff Signature:** Ms. Romines
**Date:**

Distribution: White -Library   Canary -Legal Access Monitor   Pink -Inmate

902-7
2/4/11