Michael J. Cohn #288721
ASPC Bachman
P.O. Box 3500
Buckeye, AZ 85326

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12 CV601-DKD |
| --- | --- |
| v. | Question regarding Sanctions |
| Ryan, et al. | Hon. David K. Duncan |

I, Michael J. Cohn, class plaintiff in the above captioned case have questions regarding the distribution of the $1.4 million sanctions imposed recently on the Az. Dept of Corrections. This matter is being discussed by inmates in my dormitory. As I and others see it such funds should be equally distributed to current inmates and incoming inmates for the next year. They should be specified for commissary items Corizon commonly refuses to give us, including, but not limited to the following:

1) Bandaids
2) Triple-antibiotic cream
3) Anti-fungal cream
4) Anti-itch cream (cortisone)
5) Cough medicine (Especially during cold & flu season).
6) Alka-seltzer plus cold medicine
7) Allergy pills
8) Claritin
9) Eye Drops.
10) Laxatives
11) anti-diarrheals.
12) Co-pays for medical care.

1 of 3

13) Ibuprofen
14) aspirin
15) Naproxen
16) multi-vitamins
17) Vitamin C
18) Vitamin E
19) Other

## Questions

1) Who receives the funds?
2) When will they receive the funds?
3) Shouldn't counsel for plaintiffs notify all plaintiffs of the above?
4) What happens if ADC resists paying the funds?
5) If the funds are being given to anyone other than the class plaintiffs, why is this being done?

## Comment

It seems to me that counsel for plaintiffs should have included the above products in the 2014 stipulation. Untreated cuts or other infections could progress to staff or MRSA and colds could progress to pneumonia. With proper early interventions such problems would probably be prevented.

I have been housed at 3 complexes of ADC. In my experience, Corizon staff, rarely, if ever, provide the items listed above. They only treat common problems if they get to be too serious to completely ignore, if at all.

Respectfully submitted,

*Michael J. Cohn, Ed.D.*

Dr. Michael J. Cohn
Prisoner Rights advocate
Per Gen Ord. 14-17

Original efiled to: on: 7/18/18
Clerk of the U.S. District Court.

    copies of above per Gen. Ord. 14-17 on 7/18/18
Atty. General
Counsel for Plaintiffs