**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM COURT ORDER RE: TERMINATION OF MONITORING (DKT. 2900)** |

The Court, having reviewed Defendants' Motion for Relief from Court Order Re: Termination of Monitoring (Dkt. 2900) and good cause appearing, hereby **GRANTS** Defendants' Motion to Reconsider and vacates the Court's Order at Dkt. 2900.