# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>　　　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. CV-12- 00601-PHX-ROS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM COURT ORDER RE: HNR BOXES (DOC. 2901)** |

The Court, having reviewed Defendants' Motion for Relief from Court Order Re: HNR Boxes (Doc. 2901) and good cause appearing, hereby **GRANTS** Defendants' Motion to Reconsider and vacates the Court's Order at Doc. 2901.