Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Order and Judgment entered in this action on June 22, 2018 (Dkt. 2898, 2899) and all prior orders and rulings related to or necessarily part of that Order and Judgment, including, but not limited to, the rulings/orders entered at Dkt. 2124, 2179, 2236, and 2373.

1    DATED this 21st day of July, 2018.

2                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                          By /s/ Nicholas D. Acedo

5                                             Daniel P. Struck
                                              Rachel Love
6                                             Timothy J. Bojanowski
                                              Nicholas D. Acedo

7                                             Office of the Arizona Attorney General

8                                             Michael E. Gottfried
                                              Assistant Attorney General
9                                             2005 N. Central Avenue
                                              Phoenix, Arizona 85004-1592

10                                            *Attorneys for Defendants*

11   3474403.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **REPRESENTATION STATEMENT**

2  **Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

3  Daniel P. Struck
   Rachel Love
4  Timothy J. Bojanowski
   Nicholas D. Acedo
5  **STRUCK LOVE BOJANOWSKI &**
   **ACEDO, PLC**
6  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
7  Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
8  dstruck@strucklove.com
   rlove@strucklove.com
9  tbojanowski@strucklove.com
   nacedo@strucklove.com

**Office of the Arizona Attorney**
**General**
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

10

11  **Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez,**
    **Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne**
    **Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on**
12  **behalf of themselves and all others similarly situated:**

13  Kathleen E. Brody
    **ACLU FOUNDATION OF ARIZONA**
14  3707 North 7th Street, Suite 235
    Phoenix, AZ 85014-5077
15  Telephone: (602) 650-1854
    Fax: (602) 650-1376
16  kbrody@acluaz.org

17

Caroline N. Mitchell
John L. Wilkes
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 875-5712
Fax: (415) 875-5700
cnmitchell@jonesday.com
jlwilkes@jonesday.com

18  David C. Fathi
    Amy Fettig
19  Victoria Lopez
    Jamelia N. Morgan
20  **ACLU NATIONAL PRISON PROJECT**
    915 15th Street N.W., 7th Floor
21  Washington, DC 20005-2313
    Telephone: (202) 548-6603
22  Fax: (202) 393-4931
    dfathi@npp-aclu.org
23  afettig@npp-aclu.org
    jmorgan@aclu.org

24

25

Donald Specter
Alison Hardy
Sara Norman
Corene T. Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

26

27

28

1   Kirstin T. Eidenbach                    Amelia M. Gerlicher
    **EIDENBACH LAW, PLLC**                 John H. Gray
2   PO Box 91398                            **PERKINS COIE LLP**
    Tucson, AZ 85752                        2901 N. Central Ave., Ste. 2000
3   Telephone: (520) 477-1475               Phoenix, AZ 85012-2740
    Fax: Unavailable                        Telephone: (602) 351-8000
4   kirstin@eidenbachlaw.com                Fax: (602) 648-7000
                                            agerlicher@perkinscoie.com
5                                           jhgray@perkinscoie.com

6   **Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

7   Sarah Eve Kader                         Rose A. Daly-Rooney
    Asim Dietrich                           J.J. Rico
8   **ARIZONA CENTER FOR DISABILITY**       Jessica Jansepar Ross
    **LAW**                                 Maya Abela
9   5025 East Washington Street, #202       **ARIZONA CENTER FOR**
    Phoenix, AZ 85034-7439                  **DISABILITY LAW**
10  Telephone: (602) 274-6287               177 North Church Avenue, Suite 800
    Fax: (602) 274-6779                     Tucson, AZ 85701
11  skader@azdisabilitylaw.org              Telephone: (520) 327-9547
    adietrich@azdisabilitylaw.org           Fax: (520) 884-0992
12                                          rdalyrooney@azdisabilitylaw.org
                                            jrico@azdisabilitylaw.org
13                                          jross@azdisabilitylaw.org
                                            mabela@azdisabilitylaw.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
3
     I hereby certify that on July 21, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4   Alison Hardy:              ahardy@prisonlaw.com

5   Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                               kleach@perkinscoie.com
6
    Amy B. Fettig:             afettig@npp-aclu.org
7
8   Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                               phxadmin@azdisabilitylaw.org

9   Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com;
                               nbreen@jonesday.com
10
11  Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12  Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                               sneilson@perkinscoie.com

13  David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14  Donald Specter:            dspecter@prisonlaw.com

15  Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

16  John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

17  John Laurens Wilkes:       jlwilkes@jonesday.com, dkkerr@jonesday.com

18  Jose de Jesus Rico:        jrico@azdisabilitylaw.org

19  Kathleen E. Brody          kbrody@acluaz.org

20  Kirstin T. Eidenbach:      kirstin@eidenbachlaw.com

21  Maya Abela                 mabela@azdisabilitylaw.org

22  Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org

23  Sara Norman:               snorman@prisonlaw.com

24  Rita K. Lomio:             rlomio@prisonlaw.com

25  Victoria Lopez:            vlopez@aclu.org

26  / / /

27  / / /

28  / / /

1

2
       I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3
       N/A

4
                         /s/ Nicholas D. Acedo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28