Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Orders entered in this action on June 22, 2018 (Dkt. 2900, 2901, 2904, and 2905) and all prior orders and rulings related to or necessarily part of these Order, including but not limited to the rulings/orders entered at Dkt. 2061, 2124, 2185, 2236, and 2249.

DATED this 21st day of July, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Office of the Arizona Attorney General
    Michael E. Gottfried
    Assistant Attorney General
    2005 N. Central Avenue
    Phoenix, Arizona 85004-1592

    *Attorneys for Defendants*

3474416.1

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

**Office of the Arizona Attorney General**
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

Kathleen E. Brody
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014-5077
Telephone: (602) 650-1854
Fax: (602) 650-1376
kbrody@acluaz.org

Caroline N. Mitchell
John L. Wilkes
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 875-5712
Fax: (415) 875-5700
cnmitchell@jonesday.com
jlwilkes@jonesday.com

David C. Fathi
Amy Fettig
Victoria Lopez
Jamelia N. Morgan
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005-2313
Telephone: (202) 548-6603
Fax: (202) 393-4931
dfathi@npp-aclu.org
afettig@npp-aclu.org
jmorgan@aclu.org

Donald Specter
Alison Hardy
Sara Norman
Corene T. Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

| | |
|---|---|
| Kirstin T. Eidenbach<br>**EIDENBACH LAW, PLLC**<br>PO Box 91398<br>Tucson, AZ 85752<br>Telephone: (520) 477-1475<br>Fax: Unavailable<br>kirstin@eidenbachlaw.com | Amelia M. Gerlicher<br>John H. Gray<br>**PERKINS COIE LLP**<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012-2740<br>Telephone: (602) 351-8000<br>Fax: (602) 648-7000<br>agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

| | |
|---|---|
| Sarah Eve Kader<br>Asim Dietrich<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, #202<br>Phoenix, AZ 85034-7439<br>Telephone: (602) 274-6287<br>Fax: (602) 274-6779<br>skader@azdisabilitylaw.org<br>adietrich@azdisabilitylaw.org | Rose A. Daly-Rooney<br>J.J. Rico<br>Jessica Jansepar Ross<br>Maya Abela<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, AZ 85701<br>Telephone: (520) 327-9547<br>Fax: (520) 884-0992<br>rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

///

///

/ / /

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo