UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS** <br>**(First Request)** |

This Court, having reviewed the Stipulation for Extension of Time to File Response Briefs (First Request), and finding good cause, hereby **GRANTS** the Stipulation.

1. Plaintiffs shall have up to and including August 17, 2018, to file their response briefs to Defendants' Motion for Relief from Court Order re: Termination of Monitoring (Doc. 2931) and Defendants' Motion for Relief from Court Order re: HNR Boxes (Doc. 2932).

2. Defendants shall have up to and including August 24, 2018, to file their reply briefs in support of their Motion for Relief from Court Order re: Termination of Monitoring (Doc. 2931) and their Motion for Relief from Court Order re: HNR Boxes (Doc. 2932).

140662597.1