1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
14

15                   UNITED STATES DISTRICT COURT

16                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' PROPOSED EXPERTS TO PROVIDE REMEDIATION PLANS FOR NONCOMPLIANCE WITH THE STIPULATION AND THE COURT'S ORDER TO SHOW CAUSE (DOC. 2905)** |

LEGAL140664287.1

1       Pursuant to the Court's Order, Plaintiffs hereby submit "the names of two proposed experts for each of the categories of care delineated by the Stipulation: Pharmacy, Intersystem Transfers, Access to Care, Diagnostic Services, Specialty Care, and Chronic Care," (Doc. 2905 at 4), who "can perform the analysis necessary to understand why deficiencies persist and to opine as to the policies and procedures necessary to compel compliance with the Stipulation." [*Id*. at 3]

        1.      **Homer Venters, M.D.**  Dr. Venters is a physician and epidemiologist who presently is Director of Programs for Physicians for Human Rights and is a faculty member at New York University's School of Medicine.  Prior to joining PHR, Dr. Venters led health services in the New York City jail system as Assistant Commissioner and Chief Medical Officer, where he developed quality improvement programs focused on a variety of areas of correctional health care.  Dr. Venters' CV is attached hereto as Exhibit 1.

        2.      **Michael Puisis, D.O., and Esmaeil Porsa, M.D., MBA**, propose working as a team or individually to provide the requested analysis and develop the remedial plans for the Court and Defendants.  Dr. Puisis is the former Medical Director for Cook County (Chicago) Jail and former Regional Medical Director for the State of New Mexico Correctional Medical Services.  He has served as a consultant and court-appointed monitor since 1989 regarding medical care at county jails and state prisons across the United States, and is the editor of the textbook *Clinical Practice in Correctional Medicine, 2nd ed.* (Elsevier).  Dr. Puisis's CV is attached as Exhibit 2.  Dr. Porsa is the Executive Vice President of the Parkland Health & Hospital System in Dallas, where his role included serving as the Medical Director of Correctional Health for the Dallas County Jail.  He has served as a monitor and consultant to the U.S. Department of Justice and U.S. Department of Homeland Security.  Dr. Porsa's CV is attached as Exhibit 3.

        Each of these experts is qualified to address all of the categories of care set forth in the Court's order.  [*See* Doc. 2905 at 4]

///

///

| | | |
|---|---|---|
| 1 | Dated: July 23, 2018 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:   s/ Corene Kendrick |
| | | Donald Specter (Cal. 83925)* |
| 4 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 5 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 6 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 7 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 8 | | Email:     dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 9 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 10 | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone:  (520) 477-1475
Email:     kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     kbrody@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email:  dbarr@perkinscoie.com |
|   |        agerlicher@perkinscoie.com |
| 6 |        jhgray@perkinscoie.com |
| 7 | Caroline Mitchell (Cal. 143124)* |
|   | **JONES DAY** |
| 8 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 9 | Telephone: (415) 875-5712 |
|   | Email:  cnmitchell@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | John Laurens Wilkes (Tex. 24053548)* |
| 12 | **JONES DAY** |
|    | 717 Texas Street |
| 13 | Houston, Texas 77002 |
|    | Telephone: (832) 239-3939 |
| 14 | Email:  jlwilkes@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

LEGAL140664287.1            -3-

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By:   s/ Maya Abela |
|   | Rose A. Daly-Rooney (Bar No. 015690) |
| 4 | J.J. Rico (Bar No. 021292) |
|   | Maya Abela (Bar No. 027232) |
| 5 | Jessica Jansepar Ross (Bar No. 030553) |
|   | 177 North Church Avenue, Suite 800 |
| 6 | Tucson, Arizona 85701 |
|   | Telephone:  (520) 327-9547 |
| 7 | Email: |
|   |   rdalyrooney@azdisabilitylaw.org |
| 8 |   jrico@azdisabilitylaw.org |
|   |   mabela@azdisabilitylaw.org |
| 9 |   jross@azdisabilitylaw.org |
| 10 | Asim Dietrich (Bar No. 027927) |
| 11 | **ARIZONA CENTER FOR DISABILITY LAW** |
|   | 5025 East Washington St., Ste. 202 |
| 12 | Phoenix, Arizona 85034 |
|   | Telephone: (602) 274-6287 |
| 13 | Email:   adietrich@azdisabilitylaw.com |
| 14 | *Attorneys for Arizona Center for Disability Law* |

LEGAL140664287.1                                -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL140664287.1

-5-