## INDEX OF EXHIBITS

**Exhibit 1**   Dr. Venters' CV

**Exhibit 2**   Dr. Puisis's CV

**Exhibit 3**   Dr. Porsa's CV

# Exhibit 1

# Dr. Homer D. Venters

256 West 38th Street, 9th Floor, New York, NY 10018
hventers@gmail.com, Phone: 646-734-5994

## *Professional Profile*

- National leader in provision and improvement of health services to patients with criminal justice involvement.
- Innovator in linking care of the incarcerated to Medicaid, health homes, DSRIPs.
- Successful implementer of nations' first electronic health record, performance dashboards and health information exchange among incarcerated patients.
- Award winning epidemiologist focused on the intersection of health, criminal justice and human rights in the United States and developing nations.
- Extensive experience promoting health priorities care among all levels of local, state and national leadership and agencies.

## *Professional Experience*

**Director of Programs,** Physicians for Human Rights, 3/17-present.
- Oversee domestic and international programs of Physicians for Human Rights, including;
  - Physician asylum network
  - Forensic documentation of mass killings and war crimes
  - Sexual violence prevention and documentation
  - Documentation and policy development regarding abuse by security services
  - Iraq and Syria programs to document human rights violations and attacks on health providers

**Chief Medical Officer/Assistant Vice President**, Correctional Health Services, NYC Health and Hospitals Corporation 8/15-3/17.
- Transitioned entire clinical service (1,400 staff) from a for-profit staffing company model to a new division within NYC H + H.
- Developed new models of mental health and substance abuse care that significantly lowered morbidity and other adverse events.
- Connected patients to local health systems, DSRIP and health homes using approximately $5 million in external funding (grants available on request).
- Reduced overall mortality in the nation's second largest jail system.
- Increased operating budget from $140 million to $160 million.
- Implemented nation's first patient experience, provider engagement and racial disparities programs for correctional health.

**Assistant Commissioner,** Correctional Health Services, New York Department of Health and Mental Hygiene, 6/11-8/15.
- Implemented nation's first electronic medical record and health information exchange for 1,400 staff and 75,000 patients in a jail.
- Developed bilateral agreements and programs with local health homes to identify incarcerated patients and coordinate care.
- Increased operating budget of health service from $115 million to $140 million.

- o Established surveillance systems for injuries, sexual assault and mental health that drove new program development and received American Public Health Association Paper of the Year 2014.
- o Personally care for and reported on over 100 patients injured during violent encounters with jail security staff.

**Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 1/10-6/11.
- o Directed all aspects of medical care for 75,000 patients annually, including specialty, dental, primary care and emergency response.
- o Direct all aspects of response to infectious outbreaks of H1N1, Legionella, Clostridium Difficile.

**Deputy Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 11/08-12/09.
- o Developed training program with Montefiore Social internal medicine residency program.

**Clinical Attending Physician,** Bellevue/NYU Clinic for Survivors of Torture, 10/07-present.

**Clinical Attending Physician,** Montefiore Medical Center Bronx NY, Adult Medicine, 1/08-11/09.

## Education and Training

**Fellow, Public Health Research,** New York University 2007-2009. MS 6/2009
Projects: Health care for detained immigrants, Health Status of African immigrants in NYC.
**Resident, Social Internal Medicine**, Montefiore Medical Center/Albert Einstein University7/2004- 5/2007.
**M.D.,** University of Illinois, Urbana, 12/2003.
**M.S.** Biology, University of Illinois, Urbana, 6/2003.
**B.A.** International Relations, Tufts University, Medford, MA, 1989**.**

## Academic Appointments, Licensure

**Clinical Instructor**, New York University Langone School of Medicine, 2007-present.

**M.D.**   New York (2007-present).

## Peer Reviewed Publications

Siegler A, Kaba F, MacDonald R, **Venters H**. Head Trauma in Jail and Implications for Chronic Traumatic Encephalopathy. *J Health Care Poor and Underserved.* In Press (May 2017).

**Venters H.** A Three-Dimensional Action Plan to Raise the Quality of Care of US Correctional Health and Promote Alternatives to Incarceration. *Am J Public Health*. April 2016.104.

Glowa-Kollisch S, Kaba F, Waters A, Leung YJ, Ford E, **Venters H**. From Punishment to Treatment: The "Clinical Alternative to Punitive Segregation" (CAPS) Program in New York City Jails. *Int J Env Res Public Health.* 2016. 13(2),182.

Jaffer M, Ayad J, Tungol JG, MacDonald R, Dickey N, Venters H. Improving Transgender Healthcare in the New York City Correctional System. *LGBT Health.* 2016 1/8/16.

Granski M, Keller A, Venters H. Death Rates among Detained Immigrants in the United States. *Int J Env Res Public Health.* 2015. 11/10/15.

Michelle Martelle, Benjamin Farber, Richard Stazesky, Nathaniel Dickey, Amanda Parsons, **Homer Venters**. Meaningful Use of an Electronic Health Record in the NYC Jail System. *Am J Public Health*. 2015. 8/12/15.

Fatos Kaba, Angela Solimo, Jasmine Graves, Sarah Glowa-Kollisch, Allison Vise, Ross MacDonald, Anthony Waters, Zachary Rosner, Nathaniel Dickey, Sonia Angell, **Homer Venters**. Disparities in Mental Health Referral and Diagnosis in the NYC Jail Mental Health Service. *Am J Public Health.* 2015. 8/12/15.

Ross MacDonald, Fatos Kaba, Zachary Rosner, Alison Vise, Michelle Skerker, David Weiss, Michelle Brittner, Nathaniel Dickey, **Homer Venters**. The Rikers Island Hot Spotters. *Am J Public Health*. 2015. 9/17/15.

Selling Molly Skerker, Nathaniel Dickey, Dana Schonberg, Ross MacDonald, **Homer Venters**. Improving Antenatal Care for Incarcerated Women: fulfilling the promise of the Sustainable Development Goals. *Bulletin of the World Health Organization*.2015.

Jasmine Graves, Jessica Steele, Fatos Kaba, Cassandra Ramdath, Zachary Rosner, Ross MacDonald, Nathanial Dickey, **Homer Venters**. Traumatic Brain Injury and Structural Violence among Adolescent males in the NYC Jail System *J Health Care Poor Underserved.* 2015;26(2):345-57.

Glowa-Kollisch S, Graves J, Dickey N, MacDonald R, Rosner Z, Waters A, **Venters H**. Data-Driven Human Rights: Using Dual Loyalty Trainings to Promote the Care of Vulnerable Patients in Jail. *Health and Human Rights*. Online ahead of print, 3/12/15.

Teixeira PA[1], Jordan AO, Zaller N, Shah D, **Venters H**. Health Outcomes for HIV-Infected Persons Released From the New York City Jail System With a Transitional Care-Coordination Plan. 2014. *Am J Public Health*. 2014 Dec 18.

Selling D, Lee D, Solimo A, **Venters H.** A Road Not Taken: Substance Abuse Programming in the New York City Jail System.*J Correct Health Care.* 2014 Nov 17.

Glowa-Kollisch S, Lim S, Summers C, Cohen L, Selling D, **Venters H**. Beyond the Bridge: Evaluating a Novel Mental Health Program in the New York City Jail System.

*Am J Public Health*. 2014 Sep 11.

Glowa-Kollisch S, Andrade K, Stazesky R, Teixeira P, Kaba F, MacDonald R, Rosner Z, Selling D, Parsons A, **Venters H**. Data-Driven Human Rights: Using the Electronic Health Record to Promote Human Rights in Jail. *Health and Human Rights*. 2014. Vol 16 (1): 157-165.

MacDonald R, Rosner Z, **Venters H**. Case series of exercise-induced rhabdomyolysis in the New York City Jail System. *Am J Emerg Med*. 2014. Vol 32(5): 446-7.

Bechelli M, Caudy M, Gardner T, Huber A, Mancuso D, Samuels P, Shah T, **Venters H.** Case Studies from Three States: Breaking Down Silos Between Health Care and Criminal Justice. *Health Affairs*. 2014. Vol. 3. 33(3):474-81.

Selling D, Solimo A, Lee D, Horne K, Panove E, **Venters H**. Surveillance of suicidal and non-suicidal self-injury in the new York city jail system. *J Correct Health Care*. 2014. Apr:20(2).

Kaba F, Diamond P, Haque A, MacDonald R, **Venters H**. Traumatic Brain Injury Among Newly Admitted Adolescents in the New York City Jail System. *J Adolesc Health*. 2014. Vol 54(5): 615-7.

Monga P, Keller A, **Venters H**. Prevention and Punishment: Barriers to accessing health services for undocumented immigrants in the United States. *LAWS*. 2014. 3(1).

Kaba F, Lewsi A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, **Venters H**. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health*. 2014. Vol 104(3):442-7.

MacDonald R, Parsons A, **Venters H.** The Triple Aims of Correctional Health: Patient safety, Population Health and Human Rights. *Journal of Health Care for the Poor and Underserved*. 2013. 24(3).

Parvez FM, Katyal M, Alper H, Leibowitz R, **Venters H.** Female sex workers incarcerated in New York City jails: prevalence of sexually transmitted infections and associated risk behaviors. *Sexually Transmitted Infections*. 89:280-284. 2013.

Brittain J, Axelrod G, **Venters H.** Deaths in New York City Jails: 2001 – 2009. *Am J Public Health*. 2013 103:4.

Jordan AO, Cohen LR, Harriman G, Teixeira PA, Cruzado-Quinones J, **Venters H.** Transitional Care Coordination in New York City Jails: Facilitating Linkages to Care for People with HIV Returning Home from Rikers Island. *AIDS Behav. Nov.* 2012.

Jaffer M, Kimura C, **Venters H.** Improving medical care for patients with HIV in New York City jails. *J Correct Health Care*. 2012 Jul;18(3):246-50.

Ludwig A, Parsons, A, Cohen, L, **Venters H.** Injury Surveillance in the NYC Jail System, *Am J Public Health* 2012 Jun;102(6).

**Venters H**, Keller, AS. *Psychiatric Services*. (2012) Diversion of Mentally Ill Patients from Court-ordered care to Immigration Detention. Epub. 4/2012.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2011) Mental Health Concerns Among African Immigrants. 13(4): 795-7.

**Venters H,** Foote M, Keller AS. *Journal of Immigrant and Minority Health.* (2010) Medical Advocacy on Behalf of Detained Immigrants. 13(3): 625-8.

**Venters H,** McNeely J, Keller AS. *Health and Human Rights.* (2010) HIV Screening and Care for Immigration Detainees. 11(2) 91-102.

**Venters H,** Keller AS. *Journal of Health Care for the Poor and Underserved*. (2009) The Immigration Detention Health Plan: An Acute Care Model for a Chronic Care Population. 20:951-957.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2009) African Immigrant Health. 4/4/09.

**Venters H**, Dasch-Goldberg D, Rasmussen A, Keller AS, *Human Rights Quarterly* (2009) Into the Abyss: Mortality and Morbidity among Detained Immigrants. 31 (2) 474-491.

**Venters H**, *The Lancet* (2008) Who is Jack Bauer? 372 (9653).

**Venters H**, Lainer-Vos J, Razvi A, Crawford J, Shaf'on Venable P, Drucker EM, *Am J Public Health* (2008) Bringing Health Care Advocacy to a Public Defender's Office. 98 (11).

**Venters H**, Razvi AM, Tobia MS, Drucker E. *Harm Reduct J*. (2006) The case of Scott Ortiz: a clash between criminal justice and public health. Harm Reduct J. 3:21

Cloez-Tayarani I, Petit-Bertron AF, **Venters HD**, Cavaillon JM (2003) *Internat. Immunol.* Differential effect of serotonin on cytokine production in lipopolysaccharide-stimulated human peripheral blood mononuclear cells.15,1-8.

Strle K, Zhou JH, Broussard SR, **Venters HD**, Johnson RW, Freund GG, Dantzer R, Kelley KW, (2002) *J. Neuroimmunol.* IL-10 promotes survival of microglia without activating Akt. 122, 9-19.

**Venters HD,** Broussard SR, Zhou JH, Bluthe RM, Freund GG, Johnson RW, Dantzer R, Kelley KW, (2001) *J. Neuroimmunol.* Tumor necrosis factor(alpha) and insulin-like growth factor-I in the brain: is the whole greater than the sum of its parts? 119, 151-65.

**Venters HD,** Dantzer R, Kelley KW, (2000) *Ann. N. Y. Acad. Sci.* Tumor necrosis factor-alpha induces neuronal death by silencing survival signals generated by the type I insulin-like growth factor receptor. 917, 210-20.

**Venters HD,** Dantzer R, Kelley KW, (2000) *Trends. Neurosci.* A new concept in neurodegeneration: TNFalpha is a silencer of survival signals. 23, 175-80.

**Venters HD,** Tang Q, Liu Q, VanHoy RW, Dantzer R, Kelley KW, (1999) *Proc. Natl. Acad. Sci. USA.* A new mechanism of neurodegeneration: A proinflammatory cytokine inhibits receptor signaling by a survival peptide, 96, 9879-9884.

**Venters HD,** Ala TA, Frey WH 2nd , (1998) Inhibition of antagonist binding to human brain muscarinic receptor by vanadium compounds. *Recept. Signal. Transduct.* 7, 137-142.

**Venters HD**, Tang Q, Liu Q, VanHoy RW, Dantzer R, Kelley KW, (1999) *Proc. Natl. Acad. Sci. USA.* A new mechanism of neurodegeneration: A proinflammatory cytokine inhibits receptor signaling by a survival peptide, 96, 9879-9884.

**Venters HD,** Ala TA, Frey WH 2nd , (1998) Inhibition of antagonist binding to human brain muscarinic receptor by vanadium compounds. *Recept. Signal. Transduct.* 7, 137-142**.**

**Venters HD**, Bonilla LE, Jensen T, Garner HP, Bordayo EZ, Najarian MM, Ala TA, Mason RP, Frey WH 2nd, (1997) Heme from Alzheimer's brain inhibits muscarinic receptor binding via thiyl radical generation. *Brain. Res.* 764, 93-100.

Kjome JR, Swenson KA, Johnson MN, Bordayo EZ, Anderson LE, Klevan LC, Fraticelli AI, Aldrich SL, Fawcett JR, **Venters HD**, Ala TA, Frey WH 2nd (1997) Inhibition of antagonist and agonist binding to the human brain muscarinic receptor by arachidonic acid. *J. Mol. Neurosci.* 10, 209-217.

### *Honors and Presentations (past 10 years)*

**Oral Presentation,** Dual loyalty and other human rights concerns for physicians in jails an prisons. Association of Correctional Physicians, Annual meeting. 10/16, Las Vegas.

**Oral Presentation,** Clinical Alternatives to Punitive Segregation: Reducing self-harm for incarcerated patients with mental illness. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Analysis of Deaths in ICE Custody over 10 Years . American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Medication Assisted Therapies for Opioid Dependence in the New York City Jail System. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. American Public Health Association Annual Meeting, November 2014, New Orleans, LA.

**Training,** International Committee of the Red Cross and Red Crescent, Medical Director meeting 10/15, Presentation on Human Rights and dual loyalty in correctional health.

**Paper of the Year,** American Public Health Association. 2014. (Kaba F, Lewis A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, Venters H. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health*. 2014. Vol 104(3):442-7.)

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. *American Public Health Association* Annual Meeting, New Orleans LA, 2014.

**Oral Presentation,** Human rights at Rikers: Dual loyalty among jail health staff. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Poster Presentation**, Mental Health Training for Immigration Judges. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Distinguished Service Award;** Managerial Excellence. Division of Health Care Access and Improvement, NYC DOHMH. 2013.

**Oral Presentation,** Solitary confinement in the ICE detention system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Self-harm and solitary confinement in the NYC jail system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Implementing a human rights practice of medicine inside New York City jails. American Public Health Association Annual Meeting, Boston MA, 2013.

**Poster Presentation,** Human Rights on Rikers: integrating a human rights-based framework for healthcare into NYC's jail system. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Poster Presentation**, Improving correctional health care: health information exchange and the affordable care act. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Management of Infectious Disease Outbreaks in a Large Jail System. American Public Health Association Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Diversion of Patients from Court Ordered Mental Health Treatment to Immigration Detention. *American Public Health Association* Annual Meeting,

Washington DC, 2011.

**Oral Presentation**, Initiation of Antiretroviral Therapy for Newly Diagnosed HIV Patients in the NYC Jail System. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Medical Case Management in Jail Mental Health Units. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation**, Injury Surveillance in New York City Jails. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Ensuring Adequate Medical Care for Detained Immigrants. Venters H, Keller A, American Public Health Association Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** HIV Testing in NYC Correctional Facilities. Venters H and Jaffer M, *American Public Health Association,* Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** Medical Concerns for Detained Immigrants. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Growth of Immigration Detention Around the Globe. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Role of Hospital Ethics Boards in the Care of Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Health Law and Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Bro Bono Advocacy Award,** Advocacy on behalf of detained immigrants. Legal Aid Society of New York, October 2009.

**Oral Presentation,** Deaths of immigrants detained by Immigration and Customs Enforcement. Venters H, Rasmussen A, Keller A, *American Public Health Association* Annual Meeting, San Diego CA, October 2008.

**Poster Presentation,** Death of a detained immigrant with AIDS after withholding of prophylactic Dapsone. Venters H, Rasmussen A, Keller A, *Society of General Internal Medicine* Annual Meeting, Pittsburgh PA, April 2008.

**Poster Presentation,** Tuberculosis screening among immigrants in New York City reveals higher rates of positive tuberculosis tests and less health insurance among African immigrants. *Society of General Internal Medicine* Annual Meeting, Pittsburgh PA, April 2008.

**Daniel Leicht Award for Achievement in Social Medicine,** Montefiore Medical Center, Department of Family and Social Medicine, 2007.

**Poster Presentation**, Case Findings of Recent Arestees. Venters H, Deluca J, Drucker E. *Society of General Internal Medicine* Annual Meeting, Toronto Canada, April 2007.

**Poster Presentation,** Bringing Primary Care to Legal Aid in the Bronx. Venters H, Deluca J, Drucker E. *Society of General Internal Medicine* Annual Meeting, Los Angeles CA, April 2006.

**Poster Presentation**, A Missed Opportunity, Diagnosing Multiple Myeloma in the Elderly Hospital Patient. Venters H, Green E., *Society of General Internal Medicine* Annual Meeting, New Orleans LA, April 2005.

---

## Grants: Individual

**Co-Principal Investigator,** Immigration Detention Health Resource Project (IDHR). Langeloth Foundation (Project 1917). January 1 2013-January 31 2017 (initial grant 2011-2013). Total grant amount $300,611.

**Principal Investigator,** Investigation of testosterone levels, depression and mental status as these variables associate with HIV dementia. Carle Hospital, Urbana Illinois, total Costs $1,500 (2003).

**Principal Investigator,** Pro-Inflammatory Cytokine Expression during Pediatric HIV-Encephalopathy in Togo, West Africa. Elizabeth Glaser Pediatric AIDS Research Foundation, total Costs $5,000 (2000-2001).

## Grants: Program

Ryan White Part A - Prison Release Services (PRS). From HHS/HRSA to Correctional Health Services (NYC DOHMH), 3/1/16-2/28/17 (Renewed since 2007). Annual budget $ 2.7 million.

Ryan White Part A - Early Intervention Services- Priority Population Testing. From HHS/HRSA to Correctional Health Services (NYC DOHMH), 3/1/16-2/28/18 (Renewed since 2013). Annual budget $250,000.

Comprehensive HIV Prevention. From HHS to Correctional Health Services (NYC DOHMH), 1/1/16-12/31/16. Annual budget $500,000.

HIV/AIDS Initiative for Minority Men. From HHS Office of Minority Health to Correctional Health Services (NYC DOHMH), 9/30/14-8/31/17. Annual budget $375,000.

SPNS Workforce Initiative, From HRSA SPNS to Correctional Health Services (NYC DOHMH), 8/1/14-7/31/18. Annual budget $280,000.

SPNS Culturally Appropriate Interventions. From HRSA SPNS to Correctional Health Services (NYC DOHMH), 9/1/13-8/31/18. Annual budget $290,000.

Residential substance abuse treatment. From New York State Division of Criminal Justice Services to Correctional Health Services (NYC DOHMH), 1/1/11-12/31/17. Annual budget $175,000.

Community Action for Pre-Natal Care (CAPC). From NY State Department of Health AIDS Institute to Correctional Health Services (NYC DOHMH), 1/1/05-12/31/10. Annual budget $290,000.

Point of Service Testing. From MAC/AIDS, Elton John and Robin Hood Foundations to Correctional Health Services (NYC DOHMH), 11/1/09-10/31/12. Annual budget $100,000.

Mental Health Collaboration Grant. From USDOJ to Correctional Health Services (NYC DOHMH), 1/1/11-9/30/13. Annual budget $250,000.

## Teaching

**Instructor,** Health in Prisons Course, Bloomberg School of Public Health, Johns Hopkins University, June 2015, June 2014.

**Instructor**, Albert Einstein College of Medicine/Montefiore Social Medicine Program Yearly lectures on Data-driven human rights, 2007-present.

## Other Health & Human Rights Activities

**DIGNITY Danish Institute Against Torture**, Symposium with Egyptian correctional health staff regarding dual loyalty and data-driven human rights. Cairo Egypt, September 20-23, 2014.

**Doctors of the World,** Physician evaluating survivors of torture, writing affidavits for asylum hearings, with testimony as needed, 7/2005-present.

**United States Peace Corps**, **Guinea Worm Educator,** Togo West Africa, June 1990-December 1991.
-*Primary Project;* Draconculiasis Eradication. Activities included assessing levels of infection in 8 rural villages and giving prevention presentations to mothers in Ewe and French
-*Secondary Project;* Malaria Prevention.

## Chapters in Books

MacDonald R. and **Venters H.** Correctional Health and Decarceration. In Decarceration. Ernest Drucker, New Press (release 2017).

**Venters, H.D. Jr**., R. Dantzer, G.G. Freund and K.W. Kelley. 2001. Growth hormone and insulin-like growth factor as cytokines in the immune system. *In* R. Ader, D. L. Felten and N. Cohen (Eds.) *Psychoneuroimmunology*. Third Edition. Academic Press, New York, New York. pp 339-362.

*Testimony and Op-Ed Columns*

New York Advisory Committee to the U.S. Commission on Civil Rights:
> Regarding the use of solitary confinement for juveniles in New York. July 10, 2014.
> New York, NY.

New York State Assembly Committee on Correction with the Committee on Mental Health:
> Regarding Mental Illness in Correctional Settings. November 13, 2014. Albany
> NY.

Venters HD and Keller AS, The Health of Immigrant Detainees. Boston Globe, April 11, 2009.

Venters HD, U.S. House of Representatives, House Judiciary Committee's Subcommittee on
> Immigration, Citizenship, Refugees, Border Security, and International Law:
> Hearing on Problems with Immigration Detainee Medical Care, June 4, 2008.

*Membership in Professional Organizations*

**American Public Health Association**
**Physicians for Social Responsibility**

*Foreign Language Proficiency*

**French**     Fluent
**Ewe**        Conversant

# Exhibit 2

MICHAEL PUISIS, D.O.
CURRICULUM VITAE
Phone:  847-921-1270
Email:  mpuisis@gmail.com

**Educational Experience:**

Quigley North High School; graduated 1968
B.S. University of Illinois at Chicago 1978
Chicago College of Osteopathic Medicine 1982

**Residency Training:**

Internal Medicine, Cook County Hospital 1985

**Board Certification:**

Diplomate Internal Medicine, American Board of Internal Medicine 1985

**Professional Activities:**

Consultant on correctional healthcare, 1988 to present

National Health Service Corps Physician assigned as staff physician to Cermak Health Service (Cook County Jail) 1985-89.

Assistant Medical Director, Cermak Health Service (Cook County Jail)  1989 - 1991

Medical Director, Cermak Health Services (Cook County Jail) 1991 - 1996

Voluntary Attending Cook County Hospital, 1985-1996

Advanced Cardiac Life Support Instructor at Cook County Hospital 1985-89

Director of Quality Assurance at Cermak Health Service 1985-1991

Regional Medical Director, State of New Mexico for Correctional Medical Services, 1996-1999

Corporate Medical Director, Correctional Division, Addus HealthCare, 1999-2004

Director of Research and Operations, Cermak Health Services (Cook County Jail), 2006-2007

Medical Director, Illinois Department of Corrections, 2008

Chief Operating Officer, Cermak Health Services (Cook County Jail), 2009-2012

**Consultant Work:**

Consultant to the U.S. Department of Justice 1989 to present on conditions at a variety of prisons and jails throughout the United States including reviews and/or monitoring of the follow programs:

- San Diego County Jail 1989
- Angola State Prison Louisiana 1992
- Simpson County Jail/ Sunflower County Jail and Jackson County Jail, Mississippi 1993
- Critteden County Jail 1994
- Gila County Jail 1994
- Maricopa County Jail 1994
- Cape Girardeau Jail 2000
- Montana State Prison 2004
- Wicomico County Jail 2004
- Baltimore City Jail 2005
- Cleveland City Jail 2005
- Augusta State Prison, Georgia, 2007
- Lake County Jail 2011
- Orange County Jail 2013

Consultant to the American Civil Liberties Union on the prison health system at the Indiana State Prison in Westville Indiana, 1988.

Consultant to the Legal Services Organization of Indianapolis regarding the prison health system at the Indiana State Prison in Michigan City and the Pendelton Reformatory in Indianapolis. 1988

Consultant to the Indiana Civil Liberties Union reviewing Pendleton Correctional Facility, April 2000.

Member of the National Commission on Correctional Health Care Task Force for the revision of the *Standards for Health Services in Jails,* 1995

Reviewer for the Centers for Disease Control for the *Prevention and Control of Tuberculosis in Correctional Facilities,* 1995

Member of the Advisory Board for the "Evaluation of the Centers for Disease Control Guidelines for TB Control in Jails", 1999

Clinical Reviews, grant review committee, Centers for Disease Control, 1999

Member of the committee to revise the correctional health care standards for the American Public Health Association, 1999

National Commission on Correctional Health Care's Physician Panel on Clinical Practice 1999.

Consultant to the United States Department of Justice to provide expert advice on the development of Standard Operating Procedures when federal inmates are confined in private prisons, September 2000.

Medical Expert for plaintiff in Schilling v. Milwaukee County Jail 2001

Expert witness for Southern Center for Human Rights in *Marshall,et al v. Whisante, et al* in review of conditions at the Madison County Jail in Madison County Alabama, 2002.

Expert witness for Legal Aid Society in *James Benjamin, et al.v. William Fraser, et al.* This resulted in a deposition in 2002 regarding medical complications in the utilization of shackles.

Expert consultant to the California Attorney General in *Plata v. Davis,* 2002

Court appointed Medical Expert in Plata v. Davis, a consent decree regarding medical care in the California Department of Corrections 2003 to present

Expert consultant to the California Attorney General on medical care provided in the California Youth Authority 2003

Committee member of the American Diabetes Association to revise the standard for diabetes care in correctional facilities 2003

Consultant to the Southern Poverty Law Center in assisting them in review of diabetes care for inmates in the Alabama Department of Corrections.

Medical Expert for Scott Ortiz plaintiff attorney in *Salvadore Lucido v CMS* 2005

Court appointed Medical Expert in *Laube et al v. Campbell* involving medical care at the Tutwiler women's prison in Alabama, 2004 to 2006.

Liason member representing the National Commission on Correctional Healthcare to the Advisory Committee for the Elimination of Tuberculosis (ACET) 2004 to 2007

Medical Consultant to the Administration of Corrections in Puerto Rico via MGT of America in monitoring medical contract with Court Appointed medical corporation 2005 to 2007

Member of the Medical Oversight Committee, the monitoring body in a consent agreement covering the Ohio Department of Corrections and Rehabilitation, 2006 to 2007.

Medical Expert in monitoring Delaware Department of Corrections 2006 to 2007.

Program Review of San Joaquin Juvenile Detention Center for San Joaquin County related to *Hixson et al v. Hope*, July-August 2007

3

Monitor of Dallas County Jail in consent agreement between Dallas County and U.S. Department of Justice, 2007.

Medical Expert, review of Fresno County Jail 2013

Medical Expert, review of Monterey County Jail 2013

Medical Expert Consultant to Department of Homeland Security 2013 to present

Medical Monitor of Consent Decree *Hall v. County of Fresno* in regard to Fresno County Jail 2015

Consultant to Maryland Attorney General's Office with respect to *Duval et al v Hogan et al* litigation 2015

Medical Monitor for medical provisions of *Duval et al v. Hogan et al* stipulated in the Settlement Agreement filed 12/14/15

Medical Consultant to the Southern Poverty Law Center with respect to *Dunn et al v. Thomas et al* with respect to the Alabama prison system medical program 2015

Medical Consultant to Promise of Justice Initiative, Advocacy Center of Louisiana, American Civil Liberties Union of Louisiana, and Cohen Milstein Sellers & Toll PLLC collectively with respect to the case *Lewis et al v. Cain et al* concerning medical care to prisoners at Louisiana State Prison.  2016


**Publications:**

Radiographic Screening for Tuberculosis is a Large Urban Jail, Puisis M, Feinglass J, Lidow E, et al: *Public Health Reports* 111:330-334,1996

Adding on Human Bites to Hepatitis B Prophylaxis; *Correct Care*, newsletter of the National Commission on Correctional Health Care, Vol.2, Issue 3, July 1988.

Editor, *Clinical Practice in Correctional Medicine,* Mosby, 1998.

*Tuberculosis Screening, Overview of STDs in Correctional Facilities, & Chronic Care Management*, Chapters in the textbook *Clinical Practice in Correctional Medicine,* Mosby, 1998

Editor, *Clinical Practice in Correctional Medicine 2nd Edition,* Mosby/Elsevier, 2006

*Chronic Disease Management & Overview of Sexually Transmitted Disease,* chapters in textbook *Clinical Practice in Correctional Medicine 2nd Edition, Mosby/Elsevier* 2006

Deaths in the Cook County Jail: 10-Year Report, 1995-2004; Seijong Kim, Andrew Ting,

4

Michael Puisis, et al; Journal of Urban Health 2006

Risk Factors for Homelessness and Sex Trade Among Incarcerated Women:A Structural Equation Model; Seijong Kim, Timothy Johnson, Samir Goswami, Michael Puisis: Journal of International Women's Studies; 2011 January; 12(1):128-148

Improving Health Care after Prison: Invited Commentary on Forced Smoking Abstinence: Not Enough for Smoking Cessation; *JAMA Intern Med* 2013; 173(9) 795-796

Progress in Human Immunodeficiency Virus Care in Prisons: Still Room for Improvement? Invited Commentary, *JAMA Internal Medicine*, published online 2014 March 31, doi 10.1001/jamainternmed.2014.521 epublished ahead of print

Improved Virologic Suppression With HIV Subspecialty Care in a Large Prison System Using Telemedicine: An Observational Study With Historic Controls: Jeremy Young, Mahesh Patel, Melissa Badowski, Mary Ellen Mackesy-Amiti, Pyrai Vaughn, Louis Shicker, Michael Puisis and Lawrence Ouellet; Clinical Infectious Diseases, May 7, 2014 [Epublished ahead of print]

## Awards

National Commission on Correctional Health Care Outstanding Correctional Health Care Publication of the Year for Clinical Practice in Correctional Medicine, November 1998

National Commission on Correctional Health Care B. Jaye Anno Award of Excellence in Communication for Clinical Practice in Correctional Medicine, 2nd Edition, 2006

2006 Armond Start Award of Excellence, from Society of Correctional Physicians

## Lectures:

*Health Care: Correctional Medicine in the 90's*
Illinois Correctional Association Fall Training Institute; October 22-23 1991.

*Quality Improvement and Ethics, Who is the Customer,* presentation at the University of Wisconsin, Madison, School of Medicine Second Annual Summer Forum, National Center for Correctional Healthcare Studies, July 1992

*Chest X-ray Screening for Tuberculosis in a Large Urban Jail,* 16th National Conference on Correctional Health Care, September, 1992

*Overview of Tuberculosis as a Public Health Issue,* National Association of Counties' public hearing of "County Government and Health Care Reform", October, 1992

*Screening for Tuberculosis,* lecture at the Comprehensive AIDS Center, Northwestern University Medical School, August, 1993

*Management of Tuberculosis in Correctional Facilities,* National Commission on Correctional Healthcare Roundtable, November, 1995

Moderator:  *Health Care Delivery in a Jails Setting,* at the 8th National Workshop on Adult and Juvenile Female Offenders, September, 1999, Chicago, Illinois

Lecturer:  Correctional Medical Services' Medical Director's Orientation, 1997-1999

Satellite broadcast, "TB Control in Correctional Facilities", Texas Department of Health, February, 1999

Presenter: *Chronic Care in Correctional Settings,* March, 2000, at a conference by Health and Medicine Policy Research Group, *Emerging Issues in Correctional Health*

Presenter:  *STD Screening, Treatment, and Early Intervention,* American Correctional Health Services Association's conference Public Health in Corrections co-sponsored by the Centers for Disease Control (CDC)  March 2001

Presenter:  *Diabetes Cases in Corrections* Fall Conference 2003, National Commission on Correctional Health Care

Presenter: *Contracting Out Medical Services* Spring Conference May, 2004, National Commission on Correctional Health Care

Lecturer:  Screening for STDs and HIV in Jails, 2005 National HIV Prevention Conference, Atlanta, Georgia

Panel with Honorable Frank Easterbrook, Chief Judge, 7th Circuit and Ben Wolfe, ACLU at the John Marshall Law School American Constitution Society on inmate rights and access to health care; 2009.


**Society and Organization Affiliations**:

Society of Correctional Physicians

American College of Physicians

# Exhibit 3

# Esmaeil Porsa, MD, MBA, MPH, CCHP-P, CCHP-A

**Executive Vice President and Chief Strategy and Integration Officer**
Parkland Health and Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235-7746
Phone: 214-590-1282
Fax: 214-590-1240
E-mail: esmaeil.porsa@phhs.org

A focused and energetic Health Care Executive with 20 years of progressive leadership experience in diverse health care settings with expertise in strategic planning, medical affairs and graduate medical education, program development and implementation as well as correctional health services. Recognized as a leader for his ability to establish trust and lasting relationships with other area leaders.

## EXPERIENCE HIGHLIGHTS
Executive Medical Management
Medical Staff Leadership
Credentialing and Privileging Leadership
Graduate Medical Education Leadership
Population Health Management
Correctional Health Management

**BIRTHDATE:**  June 29, 1964

**CITIZENSHIP:**  United States of America

**GRADUATE EDUCATION:**

Executive MBA in Healthcare Organization Leadership, University of Texas at Dallas, 2017
MPH, University of Texas Health Science Center, School of Public Health, Houston, TX, 2005
MD, University of Texas Health Science Center Medical School, San Antonio, TX, 1993

**POSTGRADUATE TRAINING:**

Leadership Fellow, THA (2015)
University of Texas Health Science Center in Houston, Fellowship – Joint Primary Care (2003-2005)
University of Texas Health Science Center in Houston, Residency – Internal Medicine (1995-1996)
University of Texas Health Science Center in Houston, Internship – Internal Medicine (1994)

**LICENSURE:**   Texas J6028

**HOSPITAL APPOINTMENTS:**

Parkland Health and Hospital System (2007 to present)
Hermann Hospital (1993 - 2007)
Lyndon B. Johnson Hospital (1993 - 2007)
Kindred Hospital Houston (1994 - 2007)
Foundation Surgical Hospital (2006 - 2007)

**WORK EXPERIENCE:**

**1.  Parkland Health & Hospital System, Dallas, Texas**                    **2007 to Present**

❖  **Executive Vice President and Chief Strategy and Integration Officer, 2016-present**

Reported directly to the President and Chief Executive Officer
Responsible for the performance of the following senior leaders:
- Senior VP Population Health
- VP Parkland Community Health Institute
- VP Office of Business Development
- VP Office of Research Administration
- Medical Director Parkland Community Health Institute and Parkland Inclusion and Diversity
- Director of Enterprise Project Management Office

As the Chief Strategy and Integration Officer (CSIO), I am part of a collegial effort to affect the cultural and operational changes necessary to transform the healthcare system in light of Parkland's transition towards value-based healthcare. I am additionally responsible for creating new systems and models of care across inpatient and ambulatory settings, measuring and improving care quality and outcomes, and then translating successful systems into new value-based models of clinical care quality. Additionally, I direct the offices of Decision Support and Research to optimally align data analytics for clinical activity across the enterprise in support of Parkland's strategic priorities.

❖  **Executive Vice President and Interim Chief Medical Officer, January 2015 to January 2016**

Reported directly to the President and Chief Executive Officer
Responsible for the performance of following senior leaders:
- Associate CMO and SVP Population Health
- Associate CMO and SVP Utilization Management
- Associate CMO and SVP Quality and Patient Safety
- Associate CMO and SVP Medical Informatics

As the Chief Medical Officer (CMO), I was responsible for the day to day professional and behavioral conduct of over 1,500 members of the medical staff and 1,100 residents. My responsibilities also included coaching and counseling members of the medical staff on issues related to quality of care, productivity and conduct, issuing administrative suspensions and sanctions against members of the medical staff and residents, planning and implementation of 626 patient relocations from the old Parkland Hospital to the new Parkland Hospital in August of 2015, planning and administering two physician engagement surveys (2013 and 2015). After each engagement survey, I became responsible for disseminating the survey results to the members of the medical staff and to help plan and carry out the action plans aimed at improving engagement and job satisfaction.

❖  **Associate Chief Medical Officer, Senior Vice President Medical Affairs, November 2013 to January 2016**

Reported directly to the Chief Medical Officer
Responsible for the performance of the following leaders:
- Director of Medical Staff Credentialing Services
- Director of Medical Staff Privileging and Peer Review Services
- Director of the Graduate Medical Education

As ACMO/VPMA I was responsible for the restructuring of the credentialing and privileging office that led to a significant reduction in the turnaround time and improved retention and provider engagement. I was additionally responsible for managing the Graduate Medical Education Office handling more than 1000 residents in over 26 specialty and subspecialty services.

2

❖ **Medical Director Correctional Health, May 2007 to July 2017**
Parkland Health and Hospital System, May 2007 to January 2015

As Medical Director for Correctional Health I was responsible for the performance of 30 physicians and advance practice providers (nurse practitioners and physician assistants) providing care to over 6,000 inmates at the Dallas County Jail (7th largest jail in the US).

❖ **Interim Director of Nursing Correctional Health, September 2007 to August 2008**

As Interim DON for Correctional Health I was responsible for the performance and quality and safety of care delivery by 130 LVN and RN staff at the Dallas County jail.

**2. University of Texas Health Science Center Houston, Texas                    1998 to 2007**

❖ **Associate Medical Director Correctional Health**

As Associate Medical Director for Correctional Health at Harris County Jail (3rd largest jail in the US) I was responsible for direct care of a 115 bed medical infirmary as well as other administrative duties including utilization management and quality improvement.

❖ **Staff Physician-Emergency Department**
University of Texas Health Science Center Houston-LBJ Hospital, 1997-1998

❖ **Staff Physician-Inpatient Services**
University of Texas Health Science Center Houston, 1996-1997

**APPOINTMENTS:**

1. Adjunct Faculty
   Executive Education, Naveen Jindal School of Business, University of Texas at Dallas
   2018 to present

2. Volunteer Clinical Assistant Professor Family Medicine
   University of Texas Southwestern Medical Center at Dallas
   2010 to present

3. Faculty Associate and Assistant Clinical Professor
   Texas Women's University
   2011 to present

4. Assistant Professor Department of Family and Community Medicine
   University of Texas Health Science Center in Houston
   1998 – 2007

5. Assistant Professor Clinical Epidemiology and Evidence Based Medicine
   University of Texas Health Science Center in Houston
   2005 – 2007

6. Assistant Professor Department of General Surgery, Division of Emergency Medicine
   University of Texas Health Science Center in Houston
   97 – 98

7. Chief Medical Resident, Department of Internal Medicine
   University of Texas Health Science Center in Houston
   1996 – 1997

3

**CERTIFICATION:**

National Commission on Correctional Health Care, Certified Correctional Healthcare Provider, Advanced 2015
National Commission on Correctional Health Care, Certified Correctional Healthcare Provider, Physician 2015
National Commission on Correctional Health Care, Certified Correctional Healthcare Provider, 2014
American Board of Internal Medicine 2007
National Commission on Correctional Health Care, Certified Correctional Healthcare Provider 2005
American Board of Internal Medicine 1997

**PROFESSIONAL ORGANIZATIONS:**

National Commission on Correctional Health Care (NCCHC)
Academy of Correctional Medicine
Society of General Internal Medicine
Center for Aids Research

**HONORS AND AWARDS:**

Honorary Certified Correctional Health Professional-Physician (CCHP-P), 2015
Alliance for Healthcare Excellence, R. J. Anderson, MD Servant Leadership Award, 2009
NIH/ NMA Travel Award, 2004
Medical Student of the Year, 1992

**SERVICE ON NATIONAL COMMITTEES:**

Department of Homeland Security, Contractor with the Office of Civil Rights and Civil Liberties, 2017 to present
Department of Justice, Lead Medical Monitor at Cook County Jail, 2014 to present
National Commission on Correctional Health Care (NCCHC) Board of Trustees, 2011-2014
Oxford Immunotec Inc., Expert panel, 2006
Center for Disease Control and Prevention (CDC), Expert panel, 2005
National Institute Occupational Safety and Health (NIOSH), Volunteer editor, 2006
Journal of Correctional Health Care, Volunteer editor, 2005 to present
Journal of Clinical Infectious Diseases, Volunteer editor, 2006

**SERVICE ON HOSPITAL COMMITTEES:**

PHHS, Data Steering Committee, Chair, 2016 to present
PHHS, Executive Compliance Committee, Chair, 2015 to present
PHHS, Employee Physician Committee, Member, 2009 to present
PHHS, Resuscitation Committee, Member, 2008 to present
PHHS, Chiefs of Parkland Committee, Member, 2008 to present
PHHS, Infection Control Committee, Member, 2008 - 2013
PHHS, Dallas County Jail Health Re-entry Project, Chairperson, 2008 - 2013
UTHSC-Houston, Problem Based Learning (PBL) subcommittee, Chairperson, 2005
UTHSC-Houston, Annual Evidence Based Health Care Practice Workshop, Facilitator, 2005 and 2006
UTHSC-Houston, Center for Clinical Research and Evidence Based Medicine, Member, 2005 - 2007

**SERVICE TO THE COMMUNITY:**

DFW Hospital Council Board of Trustees, 2017 to present
PCCI Advisory Board, 2017 to present
PCHP Board of Trustees, 2017 to present
Metro Medical Credit Union, Member of the Board of Managers, 2015 - 2017
Dallas Human Right Initiative, Volunteer Physician, 2007 - 2015
Houston HOMES clinic, Volunteer Physician, 2001- 2007

4

First Presbyterian Church of Kingwood, Interfaith Hospitality Network on call doctor, 2002 - 2007
First Presbyterian Church of Kingwood, Hospice committee, 2002 - 2007
Presbyterian Outreach Program (POP), Member of the Board of Directors, 2004 - 2007
Texas Heat Wave Soccer Club, Coach, 2005 - 2007
Plano Sports Association, Soccer, Coach 2007 - 2014
Plano Sports Association, Volleyball Coach 2008 - 2014

**TEACHING RESPONSIBILITIES:**

PHHS ACLS instructor 2007 to present
UTHSC-Houston Introduction to Clinical Epidemiology, Director, Spring 2006 - 2007
UTHSC-Houston, Evidence Based Medicine, Director, Fall 2006 - 2007
Problem Based Learning (PBL), Facilitator, 2005-2006
Hermann Life Flight: ACLS, Instructor 2003 - 2007
Harris County Sheriff's Office, BLS instructor 1998 - 2007

**GRANT SUPPORT:**

QIAGEN 2014 to current, Principal Investigator (50,000 dollars)
NIH 2008 to 2011, Co-Principal Investigator (245,000.00 dollars)
Oxford Immunotec, Inc., 2006 – 2007, Principal Investigator (85,962.00 dollars)
American Heart Association 1991 – 1992, Research Fellow (12,000.00 dollars)

**PUBLICATIONS:**

Original Articles:

1. Nijhawan A.E., Iroh P.A, Porsa E. Acceptability of HIV Testing Among Jail Inmates When Combined With a Blood Test for Tuberculosis. Journal of Correctional Health Care,

2. Urey, D, Porsa E. Management of Common Skin Masses in Correctional Care. CorrDocs, 20 (4) 8-9, 2018

3. De la Flor C, Porsa E, Nijhawan AE. Opt-out-HIV/HCV testing at the Dallas County Jail: Uptake, Prevalence and Demographic Characteristics, Public Health Reports, 2017

4. Nijhawan A.E, Iroh P.A, Brown L.S, Winetsky D, Porsa E. Cost analysis of tuberculin skin test and the QuantiFERON-TB Gold In-tube test for tuberculosis screening in a correctional setting in Dallas, Texas, USA. BMC Infectious Diseases, 16:564, 2016

5. David M, Siegel J, Henderson J, Leos G, Lo K, Iwuora J, Porsa E, Schumm L, Boyle-Vavra S, Daum R. A Randomized, Controlled Trial of Chlorhexidine-Soaked Cloths to Reduce Methicillin-Resistant and Methicillin-Susceptible *Staphylococcus aureus* Carriage Prevalence in an Urban Jail. Infection Control and Hospital Epidemiology, 35 (12): 1466-1473, 2014

6. Porsa E, Cheng L, Graviss E. Comparison of an ESAT-6/CFP-10 Peptide-Based Enzyme-Linked Immunospot Assay to a Tuberculin Skin Test for Screening of a Population at Moderate Risk of Contracting Tuberculosis. Clinical and Vaccine Immunology, 14 (6): 714-19, 2007

7. Porsa E, Cheng L, Seale M, Delculos G, Xin M, Reich R,  Musser J, Graviss E. Comparison of a New ESAT-6/ CFP-10 Peptide-Based Gamma Interferon Assay to Tuberculin Skin Test for Tuberculosis Screening in a Moderate Risk Population. Clinical and Vaccine Immunology, 13 (1): 53-58, 2006

8. Porsa E, Freeman GL, Herlihy JT. Tachycardia Induced Heart Failure Alters Rabbit Aortic Smooth Muscle Responsiveness to Angiotensin II.  Am. J. Physiol. 266: H1228-32, 1994.

9.  Porsa E, Harper MJ, Herlihy JT. Effects of Preload and Eicosanoid Synthesis Inhibition on Rat Smooth Muscle Sensitivity. Prostaglandin Leukot Essent Fatty Acids. 38(1): 61-65, 1989.

Abstracts:

1.  Reducing Wait Time Between Admission and Chemotherapy Initiation. American Society of Clinical Oncology. 2018

2.  Agonist Specific Desensitization of Vascular Smooth Muscle in Tachycardia Heart Failure.  The FASEB Journal. 7-4 II: A763, 1993.

3.  Correlates of Pulmonary Tuberculosis in an Incarcerated Facility. APHA. 131st meeting, 2003

Posters:

1.  Hepatitis C Care Cascade in Jail: Implications for Hard-To-Reach Populations. 2018 Conference on Retrovirus and Opportunistic Infections. Boston, Massachusetts.

2.  Exploratory Analysis of Disclosure Trends among Victims of Interpersonal Violence (IPV). North Texas ACS. 2017

3.  Opt-out HIV and HCV testing among jail inmates. CROI 2017

4.  Establishing permanent anatomic hemodialysis access in a high-risk unfunded end-stage renal disease (ESRD) patient population. Vizient Clinical Connection Summit in Dallas, TX 2016

5.  Redesign of a Large Correctional Health Care Delivery System, NCCHC National Conference in Chicago, 2011

6.  Performance of a New ESAT-6/ CFP-10 Peptide-Based ELISPOT Assay for Tuberculosis Screening in a Moderate Risk Population. 44th Annual Meeting of Infectious Diseases Society of America (IDSA). Toronto, Canada. October 2006

Presentations:

1.  TB or Not-TB That Is the Question. 2017 National Commission on Correctional Health Care. Chicago, Illinois.

2.  Capturing OPPE and FPPE Metrics through Automated Discrete Report, EPIC UGM, September 2016

3.  Improving HIV Care Continuum in Incarcerated and Recently Released Individuals Through Stakeholder Engagement, Houston, March 2014

4.  Alcohol: Physiology, Dependence, Withdrawal. Cook County Health and Hospital System Grand Rounds September 2014

5.  Cost Comparison and Clinical Evaluation of Blood Test for Tuberculosis (TB) in a Correctional Setting, NCCHC National Conference in Las Vegas, October 2014

6.  DOJ, An Ally in Our Journey to Excellence, NCCHC National Conference in Las Vegas, October 2014

7.  DOJ, An Ally in our Journey to Excellence, NCCHC National Conference in Nashville, October 2013

8.  Correctional Health Care, Why Should We Care, Children's Medical Center Grand Rounds, February 2012

9.   Intake Screening at a Large Urban Jail, Option B, NCCHC National Conference in Las Vegas, October 2012

10.  Comparison of a New ESAT-6/ CFP-10 Peptide-Based Gamma Interferon Assay to Tuberculin Skin Test for Tuberculosis Screening in a Moderate Risk Population. Bugs, Drugs and Vaccines: Securing Our Future Symposium. Galveston, TX.  April, 2006

11.  Evaluation of Two New Whole-Blood Interferon-Gamma Assays for the Detection of Latent Tuberculosis Infection in a High Risk Population.  Updates in Correctional Health Care Conference in Denver, CO. October, 2005