# INDEX OF EXHIBITS

**Exhibit 1**    Advisory Board final report

**Exhibit 2**    Optum Consulting proposal

**Exhibit 3**    Robert Joy CV

# Exhibit 1



# Arizona Department of Corrections Staffing and Retention Assessment

United States District Court, District of Arizona
June 7, 2018

**The Honorable David K Duncan**
*United States Magistrate Judge*

United States District Court
Sandra Day O'Connor U.S. Courthouse Suite 325
401 West Washington Street, SPC 14
Phoenix, AZ 85003

# Table of Contents

**Executive Summary** ........................................................................................................... 3

**Market Profiles and Compensation Benchmarks** ............................................................... 5

**Facility Profiles and Baselines** ............................................................................................ 8

**Healthcare Provider Survey and Interviews** ..................................................................... 17

**Final Report: Conclusion and Recommendations** ............................................................ 20

**Appendix** .............................................................................................................................. 23

# Executive Summary

The Advisory Board has been appointed by the United States District Court, District of Arizona ("the Court") to provide the Court with an assessment of and recommendation for provider staffing and retention within the Arizona Department of Corrections ("ADC") in order to provide better, more consistent and timely care to the prisoners of the ADC, as stipulated by Case 12CV601: Victor Parsons, et al. v. Charles Ryan, et al.

The Advisory Board team conducted work within three major work streams over a six month time frame; including updates, project milestones, and analytic assumptions delivered during monthly court dates.

**January 2018**
Initiate market analysis and interviews
*Court date: 1/18/18*

**March 2018**
Report intermediate findings with the court, continue interviews and analysis
Court date: 3/14/18

**May 2018**
Preview and finalize analysis and recommendations
Court date: 5/9/18

**February 2018**
Continue market and facility analysis and interviews
Court date: 2/27/18

**April 2018**
Vetting and validation of data and analysis
Court date: 4/11/18

**June 2018**
Present final report and recommendations to the court
Court date: 6/13/08

Our team was committed to providing the Court the highest level of service and expertise through this engagement. Advisory Board brought a multidisciplinary approach to the engagement, integrating operational and strategic consulting with industry-leading research and best practices. Our mission is to drive improved performance, culture and patient care while enabling sustainable, positive transformation. Our core values, supplemented by the capabilities of our team, are the reasons for which clients retain Advisory Board.

Advisory Board is equipped with the necessary experience to prepare health systems for effective clinical delivery towards population health in the most efficient manner possible. We have recently been recognized by two independent industry sources as a "Top Ranked" consultancy in healthcare.

The team of Advisory Board's subject-matter experts for this engagement was under the leadership of BJ Millar, MBA, Vice President. Mr. Millar was responsible for the quality, timeliness, and accuracy of all Advisory Board's deliverables.



**TOP RANKED IN VALUE-BASED CARE CONSULTING.** Advisory Board Consulting has been recognized by two independent research firms, KLAS and ALM Intelligence, as a **market leader in value-based care consulting** for health care providers.

## Work Stream I - Market Profiles

The Market Profiles provide a report of the supply based on population demand of all active practicing providers in the seven-market service areas that align with the ADC detention facilities. The Market Profiles' specific objective is to identify provider supply gaps/sufficiency and distribution by provider type by market, as well as median benchmark compensation for each provider type. The Advisory Board leveraged the Dartmouth Atlas of Healthcare and the MGMA Compensation and Productivity Survey to:

- Conduct market analyses to understand the current market environment and determine provider supply numbers by type in each of the seven counties containing ADC facilities;
- Conduct a benchmarking comparison of provider compensation against an agreed upon dataset for each provider type in each of the markets
- Coalesce findings to identify surpluses and/or shortages within each market by provider type.

*Market Profiles - Presented February 27th, 2018*

## Work Stream II - Facilities Profiles

The Facilities Profiles provide a report of staffing and compensation for the 2017 calendar year, and identify staffing shortages compared to contracted numbers provided in the agreement between ADC and Corizon Correctional Healthcare ("Corizon").  These profiles were created simply to compare actual worked hours by staff when compared to the contract, and does not compare staffing or work-hours to any external standard.

The Advisory Board team also conducted an online survey for current ADC healthcare providers from along with phone interviews with current and former ADC healthcare providers in order to gain first-hand accounts regarding their recruitment, training, and work experience.  Survey and interviews were representative of all facilities and were kept confidential with results blinded in order to allow for free expressions from those surveyed and interviewed.

*ADC Facility Profiles – Presented April 27th, 2018*
*Market / Facility Comparative Analysis – Presented May 9th, 2018*

## Work Stream III - Final Report

This final report serves as a summary of findings from each of the three major work streams, as well as a synthesis of these findings into recommendations for the Court to use in the administration of the stipulation.  The Final Report provides a comparison of market profiles with facility baselines to provide insights and recommendations to address staffing challenges,, along with the blinded inventory of interview and survey findings related to overall job satisfaction with current facility providers.

*Final Report Out – Presented June 13th, 2018*

# Work Stream I

## Market Profiles and Compensation Benchmarks

The Market Profiles were developed to provide a report of all active practicing providers in the market service areas. The Market Profiles' specific objective is to identify provider supply and distribution by provider type for the specified markets, as well as benchmark compensation for each provider type.

### Data and Assumptions

The Advisory Board created profiles for each Arizona County with an ADC facility:  Maricopa, Yuma, Navajo, Pinal, Pima, Graham and Cochise.  While there are no benchmarks specific to correctional healthcare, these counties were cross-referenced with their respective Hospital Referral Region (HRR) in order to provide a proxy for determining provider supply gaps.  HRRs are groupings created by Dartmouth Atlas of Healthcare representing regional healthcare markets for tertiary medical care.  Each HRR is defined by assigning Health Service Areas (HSAs) to the region where the greatest proportion of major cardiovascular procedures were performed, with minor modifications to achieve geographic contiguity, a minimum population size of 120,000 and a high localization index. Under this methodology, Arizona has 4 HRRs as shown in Figure 1 below:

HRRs include:

- Phoenix
- Mesa
- Tucson
- Sun City



Fig. 1

In order to simplify the analytical results, we grouped providers into the four specialty categories of Primary Care, Advanced Practitioners, Behavioral Health and Medical Specialties.  The methodology for determining supply gap for each specialty category is described in Figure 2 below. This methodology was presented and discussed in the Court and agreed to by all parties as an appropriate methodology for combining and comparing the medical and behavioral health provider types.

| Specialty Categories | Specialties Included | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| Primary Care | Primary Care, Emergency Medicine, OB/GYN | • Physician head count in each county<br><br>• Assigned to market based on primary practice address<br><br><br><br>Source: *Health Market Science provider master file.* | • Actual providers per 100,000<br><br>• Health Referral Region (HRR) providers per 100,000<br><br>• Providers needed to reach HRR benchmark | • Percentage of providers needed to close the supply gap<br><br><br>Gap Scale:<br><br>• Red      ( > 75%)<br>• Yellow  (25 - 50%)<br>• Green    ( < 25%) |
| Advanced Practitioners | Advanced Practitioners | | | |
| Behavioral Health | Psychiatry, Psychology, Social Services | | | |
| Medical Specialties | Cardiovascular, Gastroenterology, Hospitalists, PM&R, Other Specialties | | | |

Fig. 2

For each market, compensation data provided by the Medical Group Management Association ("MGMA") was cross-referenced in order to provide a median compensation benchmark for each provider type. Note, due to the absence of correctional healthcare-specific benchmark data, the MGMA survey data was used as a proxy in order to show what a healthcare provider would typically make in non-correctional positions and as an alternative in each relevant market.

## Process

The HRR data served as a baseline for our analysis, providing current provider counts per thousand population for each county, as well as an estimate of providers needed in order to have a "fully staffed" region.  This data formed the core of our analysis as we analyzed supply numbers on a county by county basis for each of the seven counties with ADC facilities.

The Market Profiles measured the provider supply gap for each of the four specialty categories.  Each supply gap was given a score of red (supply gap greater than 75%), yellow (supply gap between 25% and 75%), or green (supply gap less than 25%).  An overall score was given to the county for cumulative supply gap with the same red/yellow/green scale.

Understanding that compensation is an important consideration for recruitment and retention, we also calculated a blended, median compensation benchmark from multiple specialty types in order to provide a baseline for analysis when comparing to actual compensation for ADC healthcare providers.

## Outcomes

Supply gaps varied significantly by market and specialty, ranging from small over-supply (+1%) to larger under-supply (-334%). Maricopa and Pima Counties displayed the lowest levels of supply gaps, with several instances of oversupply.  However, all other counties showed higher supply gaps, with Yuma experiencing the most significant gaps.

It became clear that the 10 ADC facility markets could be grouped into 3 distinct cohorts based on their calculated supply gap.  The groupings are as follows:

- Under 25% Gap (**GREEN**): Phoenix, Perryville, Lewis, Tucson

- Between 25% - 75% Gap (**YELLOW**): Winslow, Safford

- Greater than 75% Gap (**RED**): Yuma, Eyman, Florence, Douglas

A summary of the supply gaps by county is shown in Figure 3 below.



| Market | # | Facility | Supply Gap |
|---|---|---|---|
| Maricopa | 1 | Phoenix | 🟢 |
| | 2 | Perryville | 🟢 |
| | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | |
|---|---|---|
| < 25% Gap  🟢 | 25-75% Gap  🟡 | > 75% Gap  🔴 |

Fig. 3

By establishing which markets have the greatest supply gaps, we were able to gain initial insight into the relative difficulty to recruit and retain providers in each of those markets.  Throughout the later deliverables, we utilize these profiles for cross-reference to confirm if provider supply is a significant hurdle facing ACD and Corizon.

The Advisory Board acknowledges that correctional healthcare is a unique work environment, and that the work environment may be perceived as challenging by many in the available pool of healthcare professionals. However, we believe that understanding the overall market supply of providers provides keen insight into overall difficulties with recruitment and retention for the ADC facilities that we explore further in the next section.

# Work Stream II
# Facility Profiles and Baselines

The Facility Profiles were comprised of three major analyses including

1. Compliance to budgeted FTE staffing;
2. Staff retention or turnover rates;
3. Provider compensation benchmark comparison.

For each of these areas, a base set of raw data was identified, vetted and validated. Primary assumptions were defined, presented and reviewed with the Court and accepted as reasonable for evaluation of the data. Finally, analytic modeling was utilized to rank level of compliance, comparison to industry standards, and evaluation against established benchmarks.

## Data

The methodology for creating the facility profiles was to work from raw or baseline data provided directly from the Corizon/ADC systems; and then use the documents reported regularly (monthly) to the Court for comparison and validation of data integrity. Raw data was provided by Corizon's national office, while benchmark data was pulled from the national sources previously cited or from Advisory Board internal sources for industry standard best practices.  Below, Figure 4 provides detail on each data type with descriptions and timeframes.


**Corizon Payroll Data**
- January 1, 2017 – December 31, 2017
- Includes provider name, job title, salary type, hours worked by week


**Corizon Kronos Data**
- January 1, 2017 – December 31, 2017
- Includes provider name, working title, salary type, hours worked by week


**Corizon Monthly Budgeted Hours Reports**
- January 2017 – June 2017
- Includes Corizon contracted and filled FTEs


**Corizon Employed Provider List**
- January 2017 – December 2017
- Includes provider name, job title, and start and termination dates


**Corizon W2 Compensation Data 2017**
- Includes provider name, job title, and total gross compensation

Fig. 4

©2018 Advisory Board • All Rights Reserved
advisory.com

## Assumptions

In the process of identifying and normalizing several different data sources, we made a series of assumptions, groupings, and calculations to facilitate the analysis and modeling.

Within the payroll and Kronos data sets, there were more distinct position titles than there were job titles in the staffing budget, therefore, the Advisory Board team grouped the different positions into consistent categories across each facility and combined FTE and budget targets accordingly to provide a more manageable view of the staffing analysis. Figure 5 outlines the provider grouping methodology and crosswalk between job titles in the disparate data sets.

| Medical Staff Grouping | Data Job Titles | Budgeted Staff Job Titles |
|---|---|---|
| **Medical Director** | • Medical Director<br>• Regional Medical Director<br>• Associate Medical Director | • Medical Director |
| **Physician** | • Staff Physician<br>• Hospitalist | • Staff Physician |
| **Non-Physician Practitioner** | • Nurse Practitioner<br>• Physicians Assistant<br>• Mid-Level Practitioner | • Nurse Practitioner |

| Behavioral Health Staff Grouping | Payroll Job Titles | Budgeted Staff Job Titles |
|---|---|---|
| **BH Director** | • Regional Psychiatric Director<br>• Associate Reg. Mental Health Director<br>• VP Behavioral Health Services | • MH Director (PH.D)<br>• Psychiatric Director |
| **BH Provider** | • Psychiatrist<br>• Psychologist | • Psychiatrist<br>• Psychologist |
| **BH Mid-Level** | • Nurse Practitioner<br>• Physicians Assistant<br>• MH Mid-Level | • MH Nurse Practitioner<br>• Psych Associates |

Fig. 5

For the staffing analysis, weekly FTE calculations include productive working time only, excluding paid time off, paid sick time, training and offsite administrative time. This is often referred to as Productive or Worked FTEs versus Total FTEs.  Further, we confirmed that non-Corizon providers (locums tenens) were included in the payroll data. Inclusion of these providers provides a comprehensive view of staffing compliance that accurately reflects current staffing and hiring methodologies.

Additional assumptions were made to facilitate managing and reporting on the raw data. Budget compliance is calculated as meeting 90% of the budgeted FTEs for each position during each week. The 10% discount is applied to account for non-working time allowed by employment agreements such as sick leave, PTO and training.

Turnover rates were calculated by role and facility and were derived from employee start and term dates from 2015 to 2017. Compensation benchmarking was developed from W2 data combined with Kronos

hours to provide FTE adjusted compensation comparisons. Psychology Associates were not included in the analysis because comparison data is not available within the MGMA Compensation and Productivity Survey.

Finally, results by facility, by position, and by medical or behavioral health modality were then calibrated and grouped into ranked categories using a GREEN, YELLOW, RED (and with Compensation a BLUE) scale evaluation methodology.  The framework for this analysis is detailed in Figure 6.

| | Definition | Assumptions | Legend |
|---|---|---|---|
| Compliance | Percent of weeks of the year that the site reached budgeted levels | Discounted budgeted time by 10% to account for non-working time – PTO, Paid Sick Leave, Admin, etc.) | 🟢 >75% weeks of the year<br>🟡 50-75% weeks of the year<br>🔴 <50% weeks of the year |
| Turnover | Three year average of percent of providers who have terminated their contracts each year | Based on all employees from 2015 through 2017<br><br>Rates developed by role, by facility (primary facility determined based on swipe data) | 🟢 <25% turnover<br>🟡 25-50% turnover<br>🔴 >50% turnover |
| Compensation | Comparison of compensation to 2016 MGMA[1] benchmarks (Primary Care, Nurse Practitioner, Psychiatry, Psychology, NP Psychiatry) | Based on 2017 W2 data and Kronos hours<br><br>Primary facility determined based on swipe data<br><br>Psychology Associates excluded due to lack of MGMA benchmarks | 🔵 >75th percentile<br>🟢 50th to 75th percentile<br>🔴 <50th percentile |

Fig. 6

## Process

To ensure accuracy and "buy-in" for the analysis and methodologies, the Advisory Board conducted an initial analysis of the Perryville complex as an example to the Court. This allowed parties involved with the proceedings to review our approach prior to moving forward with the analysis for all ADC facilities. In the facility profiles, we compared Corizon Kronos staffing data by position, by modality, and in total with the contractually budgeted staffing numbers from the Corizon contract.  To visually display this comparison, we created bar graphs by week to compare against budgeted staffing levels.

The Advisory Board team presented the Perryville profile and associated data sources and assumptions and received validation of our methodology.  Following validation, the Advisory Board team created similar profiles for each individual ADC facility and then produced a summary performance table highlighting performance in each of the three areas of analysis for both medical and behavioral health services.  See the Perryville summary below in Figures 7-12. Results for all ADC facilities are located in the Appendix to this report.

©2018 Advisory Board • All Rights Reserved

advisory.com



Fig. 7





Fig 8.



Fig. 9







Fig. 10

©2018 Advisory Board • All Rights Reserved

advisory.com





Fig. 11



Fig. 12

## Outcomes

For ease of comparison and identification of common themes, each facility was grouped according to its Supply Gap cohort from the Market Profiles analysis for a side by side evaluation. See the cohort analyses below in Figures 13-15.

### < 25% Supply Gap

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | 75th | 2% | 43% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 13

### 25% to 75% Supply Gap

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 14

©2018 Advisory Board • All Rights Reserved

advisory.com

**> 75% Supply Gap**

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Douglas | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 15

*Remainder of page left intentionally blank*

©2018 Advisory Board • All Rights Reserved

advisory.com

A single comprehensive table of all 10 facilities was developed to provide a statewide view on one page. See Figure 16 below. The outcome of the analysis showed that even though compensation typically was competitive, there were still inconsistent issues with budget compliance and turnover by position.

| | Medical Providers | | | Behavioral Health Providers | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | ~ 75th | 2% | 43% | > 75th |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |
| Douglas | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

(• < 25% Gap, ○ 25% - 75% Gap, ● > 75% Gap)

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 16

Clearly, Corizon and the ADC appreciate the need to pay competitively in order to attract talented healthcare professionals.  However, even with strong compensation, almost every facility demonstrated either significant staffing compliance or turnover issues – or both. Therefore, we looked to the qualitative data gathered through the survey and interviews to supplement our analysis and understand what may be required to ultimately improve recruitment, staffing and retention.

# Work Stream II
# Healthcare Provider Survey and Interviews

In order to round out facility profiles, the Advisory Board procured qualitative data from both current and former ADC providers.  An online survey was administered to all current medical and behavioral health providers, and phone interviews were conducted with current and former providers.

The objective of both the survey and the phone interviews was to calibrate the level of job satisfaction and to identify potential areas for improvement.  The questions targeted insights into the recruitment and training processes, the day-to-day work environment, and an overview of typical clinical and administrative operations for the different provider types at each facility.

The previous quantitative analysis indicated that issues with budget compliance and turnover reached beyond compensation.  The interviews and survey provided a forum through which potential issues affecting compliance and turnover could be identified and investigated.

## ADC Healthcare Provider Survey

The Advisory Board utilized "Survey Monkey", a web-based technology, to distribute a survey via email to 171 current employees.  We received 67 total responses (a 39% response rate) consisting of 24 medical providers and 43 behavioral health providers.

The survey asked participants to respond to questions using a five-point scale to gauge overall employee job satisfaction, how the current job requirements met expectations as described during recruitment, satisfaction with compensation and benefits, sufficiency of team staffing and training, and how safe providers feel in their work environment.

The final question to the survey was open-ended, asking what they would recommend to improve their ability to deliver care. Each survey was collected and sorted into their respective provider type by facility. Overall survey results are shown in Figure 17.



Fig. 17

For the open-ended response, several themes came forward that could impact employee satisfaction, moral, productivity, and potentially with recruitment and retention. Employees indicated that improvements are needed in:

- Communication and support from upper-level management,

- Increased training and access to educational resources,

- Improved collaboration and dialogue with ADC facility staff.

## Phone Interviews

The Advisory Board conducted 15-30 minute phone interviews with identified current and former employees.  Each interviewee was selected based on role, facility, and their respective time spent working for ADC.  A total of 36 interviews were requested and 15 interviews were completed.  Nine of the interviews were completed with current employees and six were with former employees.  Note:  During the interviews with current employees, Corizon legal counsel was present.

During these interviews, each provider was asked about his or her experience being recruited for their position and what ultimately led him or her to take the job.  We also asked how their job compared to their initial expectations, and how satisfied they were with their job overall.

Understandably, the level of job satisfaction for the current employees was significantly higher than with the former employees interviewed; however, each provider had unique and important perspectives on the

©2018 Advisory Board • All Rights Reserved

advisory.com

positives and negatives of their jobs as well as potential areas for improvement.  Figure 18 displays the different areas of agreement and disagreement between current and former employees' responses to identified themes common amongst a majority of the interviewees.



| Themes of Interviews | Current Employees | Former Employees |
|---|---|---|
| Satisfaction with Compensation | 👍 | 👍 |
| Satisfaction with EMR | 👎 | 👎 |
| Sufficient Training/ Onboarding | 👍👎 | 👍👎 |
| Adequate Staffing/ Coverage | 👍👎 | 👎 |
| Satisfaction with Work Hours/ Work Environment | 👍 | 👎 |
| Ability to Deliver Adequate Care | 👍 | 👎 |

*Level of Agreement* →

Fig. 18

The survey and interviews were our final step in data collection and analysis.  Our next step was to synthesize the qualitative data gathered in the interviews with the quantitative analysis from the market and facility profiles in order to identify major themes, challenges and recommendations. The result is a series of findings, insights, and recommendations that could be implemented to help the ADC address the challenges leading to its current issues with provider staffing and retention at contracted staffing levels.

©2018 Advisory Board • All Rights Reserved

advisory.com

# Work Stream III
# Final Report: Conclusion and Recommendations

Over the course of the Advisory Board's data analysis, interviews, and survey, three consistent themes came to the surface that highlight the challenges to effectively and consistently find, train, and retain both medical and behavioral health providers at the ADC facilities.

- First, **recruitment and retention is an ongoing issue**, resulting in staff being stretched thin to provide coverage.  When providers are forced to cross-cover for different units or facilities it helps to address the immediate need, but typically creates a backlog in other areas.  New employees without prior experience in correctional medicine tend to be more difficult to retain, while remote areas and difficult work environments also create barriers to recruitment.

- Second, **training and onboarding is inconsistent** across facilities and provider types.  In multiple interviews as well as survey responses, we noted inconsistencies in the experience of training and onboarding, we noted inconsistencies in the experience of training and onboarding even when controlling for provider type and facility.  Difficulty with recruitment often creates tight timeframes to fill vacancies, which in turn poses threats to sufficient training and onboarding.

- Third, **operational and benefits issues are impacting employee engagement**, morale and effectiveness.  Although employees express satisfaction with their teams, they often feel a disconnect with upper-level management.  Also, employees have cited lack of compensations for call coverage, minimal autonomy in determining course of treatment, and inability to use PTO as reasons for their dissatisfaction.  Earlier analysis shows that base compensation is typically highly competitive.  However, sufficient pay is a floor to adequate recruitment and retention.  Other areas of job satisfaction are equally critical, and addressing these areas can potentially impact budget compliance and employee retention.

The Advisory Board team addressed each of these themes, or challenges, with directly actionable recommendations.

## Addressing "Recruitment and Retention" challenges:

1. **Develop a stronger screening process**.  It is critical to identify potential new hires with the appropriate skillset and experience to be successful in the correctional health care environment.  Introducing behavioral-based interviews to assess a candidate's ability to manage stressful situations as well as the demands on on-job ambiguity.  Each candidate should be given adequate understanding of the key differences between correctional and community medicine.  This is a key filter to ensure a candidate does not take the job and terminate quickly due to misaligned expectations.

2. **Strengthen and standardize a referral and retention bonus plan**.  It is important to consistently incentivize current employees to support recruitment efforts by offering a bonus if a referral is hired.  Further, Corizon and ADC can reinforce ongoing support, mentoring, and peer-to-peer engagement by offering an additional bonus if the new hire stays for one year.

   Employees are likely to refer qualified candidates with the requisite experience matching requirements of open positions. "A recent study found that 46 percent of employee referrals stay for three years or more, while only 14 percent of those hired from job boards stayed."

Source: https://www.jobvite.com/recruiting-process/new-data-what-you-didnt-know-about-employee-referrals/;
https://www.hyrell.com/blog/how-to-turn-employee-referrals-into-a-candidate-pipeline-for-recruiting;

3. **Ensure compensation methodology integrity**.  It is critical to apply a consistent compensation approach across all provider types to ensure organizational equity and an adequate ability to recruit and retain. Our analysis indicates that as a "general rule" providers are paid significantly above the MGMA median compensation for their positions (26% - 66%). The exception to this rule are Physicians and Psychologists.

   Revisiting the compensation bands for these two critical provider groups is essential for successful recruiting and retention of these providers.  This is even more important when realizing that often they are the only provider in their class at a given facility, thereby magnifying the effects of turnover and vacancies.

4. **Establish a permanent regional "Provider Pool."**  Developing a stronger screening process will likely lengthen the hiring timeline.  Intentionally and permanently staffing a pool of providers to provide coverage for staffing gaps that occur during this screening process and other times of need.  The pool staff should comprise of professionals with appropriate training, experience and familiarity with the ADC facilities and Corizon operations.

## Addressing "Training and Onboarding" inconsistencies:

5. **Consistently staff Directors at all locations**.  Consistent staffing of Directors establishes oversight and ongoing clinical support for mid-level staff and nursing, creating a clear reporting structure with connections to upper level leadership.  Directors are also able, in the short-term, to cover clinical responsibilities when vacancies arise until pool staff can be made available.

6. **Enhance and track a more robust training and mentoring program**.  Augment current training process by assigning dedicated senior staff member(s) to train new hires, reducing the burden on facility staff; and establish a mentoring program to provide on-going employee support.

   "Correctional agencies can prepare their staff for greater responsibilities, utilize the skills and knowledge of experienced staff, and create a team-building enterprise through the formation and support of a well-run, properly supported mentoring program."

7. **Reinforce a culture that supports ongoing learning and development**.  Clinical providers must meet established minimum, professional to maintain licensure and accreditation. It is important to recognize the time, effort, and resources required for providers to remain current.

   The Corizon/ADC culture and benefits need to make the process as simple as possible and support the efforts with reimbursement or designated PTO.

## Addressing identified employee issues with "Operations and Benefits":

8. **Create a provider-led committee structure to increase employee engagement**.  Developing a provider-led committee structure will create a formal mechanism to gather candid feedback and develop solutions.  When employees are heard engagement and morale increases and employee retention improves, likely generating a return on investment.

   The recommended structure would redesign reporting to streamline communication and align organizational efforts.  It would for a "provider led" care and quality committee with 10-12 members including representation from medical and behavioral health, nursing, security and administration.  These committee meetings would be held at least quarterly.

©2018 Advisory Board • All Rights Reserved

advisory.com

9. **Consider implementing changes based on employee feedback**.  Implementing changes implies that employee voices are being heard and increases employee engagement and effectiveness.  Changes could include:
   - Dedicated space for psych visits
   - Increased computer access
   - Simplified process for external training and CE reimbursement
   - Ensure ability for employees to take PTO
   - Incentivize call coverage during vacations

The Advisory Board is confident that any of these recommendations would have a significant and lasting impact on healthcare provider recruitment and retention.  Our hope is that our analysis and recommendation will help the Court to determine the best path forward for the ADC to succeed under the Stipulation.

## Further Investigation May Be Warranted

Note:  During our analysis, we have identified areas beyond the scope of our engagement that the Court may consider for further investigation.

**Staffing Appropriateness**.  *Interviews helped to unveil the differences between inmate populations by facility and by unit.*

- Is the current budget appropriate to meet demand at each facility even when fully staffed?
- Is alternative staffing ever an option in facilities with lower complexity inmate health needs?
- For example, could partial FTEs, staggered shifts, shared facility positions be deployed effectively?

**Telemedicine / Telepsychiatry**.  *Providers who work via tele-technology have expressed significant levels of job satisfaction.*

- How consistently is this staffing strategy deployed state-wide?
- Could it be leveraged more broadly for short-term absences/ vacancies, as a long-term solutions, or both?

**Onboarding Process Prior to Training**.  *It was mentioned that it often takes nearly three months to bring a new provider on board due to time to obtain licensure, receive ADC clearance, etc.*

- Is there a way to accelerate the process required to obtain licensure in the state of Arizona?
- Are there areas of the ADC clearance process that could be streamlined to increase efficiency?

# Appendix

## Appendix Table of Contents

Work Stream I – Market Profiles Presentation ............................................................................. 24

Work Stream II – Facility Profiles Presentation .......................................................................... 50

Work Stream II – Staffing Compliance, Turnover and Compensation Presentation ................................ 104

Work Stream II - Healthcare Provider Survey Blinded Responses ........................................................ 129

Workstream III – Final Report Presentation ................................................................................. 139

Work Stream I – Market Profiles Presentation





## Agenda Topics and Meeting Objectives

2

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update**<br>*Diagram, project work streams, timeline, data request status* | *5 minutes* |
| 2 | **Overview of Markets for Profiling**<br>*Confirm approach* | *45 minutes* |
| 3 | **Next Steps & Discussion**<br>*Review of next steps and discussion* | *10 minutes* |

### Meeting Objectives

❑ Provide update on project status and work streams

❑ Review preliminary market profiles

❑ Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • advisory.com



4

## Engagement Overview

### 2018 Milestones for Project

**January 2018**
Initiate market analysis and interviews
*Court date: 1/18/18*

**March 2018**
Report intermediate findings with the court, continue interviews and analysis
Court date: 3/14/18

**May 2018**
Preview and finalize analysis and recommendations
Court date: 5/9/18

**February 2018**
Continue market and facility analysis and interviews
Court date: 2/27/18

**April 2018**
Vetting and validation of data and analysis
Court date: 4/11/18

**June 2018**
Present final report and recommendations to the court
Court date: 6/13/08

©2018 Advisory Board • All Rights Reserved • advisory.com

## Market Profiles for Analysis

County Level Approach for Physician Supply Benchmarking



| Market | # | Facility | HRR[1] |
|---|---|---|---|
| Maricopa | 1 | Phoenix | Phoenix |
| | 2 | Perryville | |
| | 3 | Lewis | |
| Yuma | 4 | Yuma | Phoenix |
| Navajo | 5 | Winslow | Phoenix |
| Pinal | 6 | Eyman | Mesa |
| | 7 | Florence | |
| Pima | 8 | Tucson | Tucson |
| Graham | 9 | Safford | Tucson |
| Cochise | 10 | Douglas | Tucson |

1) Hospital Referral Region

©2018 Advisory Board • All Rights Reserved • advisory.com

6

# Understanding Market Comparison Methodology

Hospital Referral Regions were developed by Dartmouth Atlas of Healthcare



- Hospital Referral Regions (HRRs) represent regional health care markets for **tertiary medical care**.

- Each HRR contains at least one hospital that performs **major cardiovascular procedures** and neurosurgery.

- HRRs were defined by assigning Health Service Areas (HSAs) to the region where the **greatest proportion of major cardiovascular procedures** were performed, with minor modifications to achieve:
  - ✓ geographic contiguity,
  - ✓ a minimum population size of 120,000,
  - ✓ a high localization index.

- The process resulted in **306 HRRs** across the U.S.

- Arizona's HRRs include:
  1. Phoenix
  2. Mesa
  3. Tucson
  4. Sun City

©2018 Advisory Board • All Rights Reserved • advisory.com

Source: Dartmouth Atlas of Healthcare http://www.dartmouthatlas.org/data/region/

## Understanding Physician Supply Methodology

7

| Specialty Categories | Specialties Included | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| Primary Care | Primary Care, Emergency Medicine, OB/GYN | • Physician head count in each county | • Actual providers per 100,000 | • Percentage of providers needed to close the supply gap |
| Advanced Practitioners | Advanced Practitioners | • Assigned to market based on primary practice address | • Health Referral Region (HRR) providers per 100,000 | Gap Scale: |
| Behavioral Health | Psychiatry, Psychology, Social Services | | • Providers needed to reach HRR benchmark | • Red   ( > 75%)  • Yellow (25 – 50%)  • Green ( < 25%) |
| Medical Specialties | Cardiovascular, Gastroenterology, Hospitalists, PM&R, Other Specialties | Source: Health Market Science provider master file. | | |

©2018 Advisory Board • All Rights Reserved • advisory.com

8

# Overview of Arizona Physician Supply in Target Markets

## Slight Undersupply Exists Across All Counties (12% to 22%)



| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 7,288 | 1,595 | -22% |
| Advanced Practitioners | 8,034 | 932 | -12% |
| Behavioral Health | 2,413 | 532 | -22% |
| Medical Specialties | 10,254 | 1,663 | -16% |

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

| Specialty | Median Total Compensation |
|---|---|
| Primary Care | $234,892 |
| Emergency Medicine | $319,333 |
| OB/GYN | $327,358 |
| Nurse Practitioner | $112,628 |
| Physician Assistant | $118,951 |
| Psychiatry | $269,704 |
| Psychology | $104,305 |
| Average Total Compensation | $212,453 |

©2018 Advisory Board • All Rights Reserved • advisory.com

## Maricopa County

9

Phoenix

Perryville

Lewis

### Population Size: 4,566,008

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 4,907 | 529 | -11% |
| Advanced Practitioners | 5,641 | -39 | +1% |
| Behavioral Health | 1,605 | 58 | -4% |
| Medical Specialties | 7,669 | -101 | +1% |

### Key Takeaways

- Provider supply should not pose a threat in Maricopa county
- On par with comparison market except slight gap in primary care and ED
- Potential to leverage Advanced Practitioners and other Medical Specialists (*PM&R physicians*)

Note: Health Referral Region is Phoenix

©2018 Advisory Board • All Rights Reserved • advisory.com

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

10

## Pima County



Tucson

### Key Takeaways

- Provider under supply is almost sufficient across the board, compared to population density.
- For all categories, slight gaps need to be filled to meet demand.

Note: Health Referral Region is Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com

### Population Size: 1,129,651

| | Current Provider Supply | Providers Needed | Supply Gap | |
|---|---|---|---|---|
| Primary Care | 1,389 | 318 | 🟢 | -23% |
| Advanced Practitioners | 1,197 | 146 | 🟢 | -12% |
| Behavioral Health | 572 | 66 | 🟢 | -11% |
| Medical Specialties | 1,498 | 189 | 🟢 | -13% |

| Legend | | | | | |
|---|---|---|---|---|---|
| < 25% Gap | 🟢 | 25-75% Gap | 🟡 | > 75% Gap | 🔴 |

11

# Yuma County

Yuma

## Key Takeaways

- Significant gaps in provider supply presents a barrier in Yuma County
- Behavioral health is lacking – greater than a 3x gap in supply
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com

## Population Size: 286,051

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 164 | 177 | -108% |
| Advanced Practitioners | 183 | 168 | -92% |
| Behavioral Health | 24 | 80 | -334% |
| Medical Specialties | 154 | 320 | -208% |

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

# Pinal County

12

Eyman

Florence

## Population Size: 930,912

|  | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 406 | 298 | 🟡 -73% |
| Advanced Practitioners | 501 | 563 | 🔴 -112% |
| Behavioral Health | 93 | 203 | 🔴 -219% |
| Medical Specialties | 515 | 887 | 🔴 -172% |

**Legend**

| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |
|---|---|---|

### Key Takeaways

- Significant gaps in provider supply presents a barrier in Pinal County
- Behavioral health is lacking – greater than a 2x gap in supply
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Mesa

©2018 Advisory Board • All Rights Reserved • advisory.com



## Navajo County

13

Winslow

### Population Size: 204,098

|  | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 187 | 56 | -30% |
| Advanced Practitioners | 194 | 56 | -29% |
| Behavioral Health | 59 | 15 | -26% |
| Medical Specialties | 204 | 134 | -66% |

| Legend | | |
|---|---|---|
| < 25% Gap | 25-75% Gap | > 75% Gap |

**Key Takeaways**

- Supply gaps lower relative to other counties for Primary Care, APs and BH
- Largest supply gap is within other Medical Specialties (OB/GYN and Cardiology)

Note: Health Referral Region is Phoenix

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved      advisory.com



## Graham County

14

**Safford**

### Population Size: 117,241

| | | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| | Primary Care | 107 | 70 | -66% |
| | Advanced Practitioners | 136 | 3 | -2% |
| | Behavioral Health | 20 | 46 | -231% |
| | Medical Specialties | 96 | 79 | -82% |

| Legend | | |
|---|---|---|
| < 25% Gap ● | 25-75% Gap ● | > 75% Gap ● |

**Key Takeaways**

- A reasonable supply of Advanced Practitioners which may offset the Primary Care gap for some staffing
- A significant gap in Behavioral Health providers
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

# Cochise County



**Population Size: 181,608**

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 128 | 146 | 🔴 -114% |
| Advanced Practitioners | 182 | 34 | 🟢 -19% |
| Behavioral Health | 40 | 63 | 🔴 -156% |
| Medical Specialties | 118 | 153 | 🔴 -130% |

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

### Key Takeaways

- Significant gaps exist across 3 of 4 specialty areas
- Potential opportunity to leverage Advanced Practitioners in the Douglas facility
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

16

# Physician Supply by County and Facility

"Gaps" vary significantly by market and specialty from +1% to -334%



| Market | # | Facility | Supply Gap |
|---|---|---|---|
| Maricopa | 1 | Phoenix | 🟢 |
| Maricopa | 2 | Perryville | 🟢 |
| Maricopa | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| Pinal | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

©2018 Advisory Board • All Rights Reserved • advisory.com

17

## Engagement Scope



**Work Stream I**

**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics



**Work Stream II**

**Facilities Profiles and Baselines**

- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks



**Work Stream III**

**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

## Next Steps

18



**1** Continue review of Corizon contract and payroll data and conduct compensation benchmarking

**2** Generate interview request list for Corizon staff (current and former)

**3** Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks

**4** Next court report out: March 14th

©2018 Advisory Board • All Rights Reserved • advisory.com



Appendix

©2018 Advisory Board • All Rights Reserved • advisory.com

## Maricopa County

20



Phoenix

Perryville

Lewis

**Key Takeaways**

- 4,566,008
- On par with referral market except slight gap in primary care and ED; oversupply of dentists/APs (kind of)

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com

|  | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 339 | -10% | $234,892 |
| Advanced Practitioners | -39 | 1% | $115,790 |
| Emergency Medicine | 150 | -21% | $319,333 |
| Behavioral Health | 58 | -4% | $269,704 |
| OB/GYN | 41 | -6% | $327,358 |
| Dentistry | -115 | 4% | $192,947 |



## Pima County

21

Tucson

**Key Takeaways**

- Not terrible across the board

Note: Health Referral Region is Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com

|  |  | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
|  | Primary Care | 189 | 18% | $234,892 |
|  | Advanced Practitioners | 146 | 12% | $115,790 |
|  | Emergency Medicine | 100 | 47% | $319,333 |
|  | Behavioral Health | 66 | 11% | $269,704 |
|  | OB/GYN | 29 | 23% | $327,358 |
|  | Dentistry | 32 | 5% | $192,947 |

## Yuma County

22



**Yuma**

**Key Takeaways**

- Behavioral health is extremely low

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 118 | 95% | $234,892 |
| Advanced Practitioners | 168 | 92% | $115,790 |
| Emergency Medicine | 34 | 170% | $319,333 |
| Behavioral Health | 80 | 334% | $269,704 |
| OB/GYN | 25 | 123% | $327,358 |
| Dentistry | 100 | 121% | $192,947 |

## Pinal County

23

| | | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
| | Primary Care | 174 | 54% | $234,892 |
| | Advanced Practitioners | 563 | 112% | $115,790 |
| | Emergency Medicine | 60 | 140% | $319,333 |
| | Behavioral Health | 203 | 219% | $269,704 |
| | OB/GYN | 64 | 156% | $327,358 |
| | Dentistry | 300 | 101% | $192,947 |

Eyman

Florence

### Key Takeaways

- Low supply across the board

Note: Health Referral Region is Mesa

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com



## Navajo County

24

Winslow

| | | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
| | Primary Care | 34 | 24% | $234,892 |
| | Advanced Practitioners | 56 | 29% | $115,790 |
| | Emergency Medicine | 8 | 28% | $319,333 |
| | Behavioral Health | 15 | 26% | $269,704 |
| | OB/GYN | 14 | 77% | $327,358 |
| | Dentistry | 25 | 23% | $192,947 |

**Key Takeaways**

- Low on OB/GYN but not terrible gaps compared to other counties

Note: Health Referral Region is Phoenix

©2018 Advisory Board • All Rights Reserved • advisory.com

# Graham County

25

| | | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
| | Primary Care | 50 | 64% | $234,892 |
| | Advanced Practitioners | 3 | 2% | $115,790 |
| | Emergency Medicine | 8 | 35% | $319,333 |
| | Behavioral Health | 46 | 231% | $269,704 |
| | OB/GYN | 12 | 231% | $327,358 |
| | Dentistry | 15 | 25% | $192,947 |

Safford

**Key Takeaways**

- Very low on BH and OB/GYN and Primary care but well staffed with APs

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved          advisory.com

26

## Cochise County

Douglas

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 102 | 105% | $234,892 |
| Advanced Practitioners | 34 | 19% | $115,790 |
| Emergency Medicine | 29 | 139% | $319,333 |
| Behavioral Health | 63 | 156% | $269,704 |
| OB/GYN | 16 | 156% | $327,358 |
| Dentistry | 3 | 3% | $192,947 |

**Key Takeaways**

- Major gap except dentistry – may be able to leverage APs

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

Work Stream II – Facility Profiles Presentation





2

# Table of Contents

| Supply Gap | Facility | Slide Number |
|---|---|---|
| < 25% | Lewis | 4 |
| | Perryville | 9 |
| | Phoenix | 14 |
| | Tucson | 19 |
| 25% to 75% | Safford | 25 |
| | Winslow | 30 |
| >75% | Douglas | 35 |
| | Eyman | 40 |
| | Florence | 45 |
| | Yuma | 50 |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved                advisory.com

Market Supply Gap < 25%

4

## Lewis Medical Staffing Overall



**Total FTEs – Actual to Budgeted**
*Lewis – January 1 to December 31, 2017*

■ Director  ■ Physician  ■ NPP

*Corizon Budgeted Staffing = 6.5 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



## Lewis Medical Staffing

Market Supply Gap < 25%



Medical Director Actual to Budgeted FTEs

■Director 2 ■Director 13

*Corizon Budgeted Staffing = 1.0 FTE*



Staff Physician Actual to Budgeted FTEs

■Physician 8  ■Physician 3  ■Physician 5  ■Physician 13

*Corizon Budgeted Staffing = 2.5 FTE*



Non-Physician Practitioner Actual to Budgeted FTEs

*Corizon Budgeted Staffing = 3.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



Total Behavioral Health FTEs – Actual to Budgeted
*Lewis – January 1 to December 31, 2017*

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap < 25%                                                                  9

# Perryville Medical Staffing Overall



**Total FTEs – Actual to Budgeted**
*Perryville – January 1 to December 31, 2017*

■ Director  ■ Physician  ■ NPP

*Corizon Budgeted Staffing = 8.5 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%

# Perryville Medical Staffing



**Medical Director Actual to Budgeted FTEs**
Director 16 · Director 5 · Director 9

*Corizon Budgeted Staffing = 1.0 FTE*



**Staff Physician Actual to Budgeted FTEs**
Physician 3 · Physician 10 · Physician 19

*Corizon Budgeted Staffing = 2.5 FTE*



**Non-Physician Practitioner Actual to Budgeted FTEs**

*Corizon Budgeted Staffing = 5.0 FTE*

©2018 Advisory Board · All Rights Reserved · advisory.com



Total Behavioral Health FTEs – Actual to Budgeted
Perryville – January 1 to December 31, 2017

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved









©2018 Advisory Board • All Rights Reserved • advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved • advisory.com











Market Supply Gap < 25%

16

# Phoenix Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
*Phoenix – January 1 to December 31, 2017*









©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved







©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%                                              23

# Tucson Behavioral Health Staffing





©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                advisory.com



©2018 Advisory Board • All Rights Reserved



©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                    advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                advisory.com

Market Supply Gap 25% - 75%                                          28

# Safford Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*



**Psychiatrist Actual to Budgeted FTEs**

■ BH Provider 1                              *No Psychiatrists Budgeted*

*No Budgeted or Filled Psychologists*

©2018 Advisory Board • All Rights Reserved • advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                    advisory.com





# Winslow Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Nurse Practitioners*

**Psych Associates Actual to Budgeted FTEs**

*Corizon Budgeted Staffing = 1.0 FTE; 0 Filled*

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



Market Supply Gap > 75%                                                          35

# Douglas Medical Staffing Overall

## 1 Medical Director Budgeted but Not Staffed; 1 NPP Budgeted

**Total FTEs – Actual to Budgeted**
*Douglas – January 1 to December 31, 2017*

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%                                                                    36

# Douglas Medical Staffing



**Medical Director Actual to Budgeted FTEs**

■ Director       *Corizon Budgeted Staffing = 1.0 FTE; 0 Filled*



*No Budgeted or Filled Physicians*



**Non-Physician Practitioner Actual to Budgeted FTEs**

■ NPP 39   ■ NPP 11   ■ NPP 62       *Corizon Budgeted Staffing = 1.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com





Market Supply Gap > 75%                                                      38

# Douglas Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*



### Psychiatrists Actual to Budgeted FTEs

■ BH Provider 1                                   *No Budgeted Psychiatrists*

0.50
0.40
0.30
0.20
0.10
0.00

*No Budgeted or Filled Psychologists*

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved



Market Supply Gap > 75%                                                   42

# Eyman Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
*Eyman – January 1 to December 31, 2017*

Legend: BH Director · Psychiatrist · Psychologist · BH NP · Psych Associate

*Corizon Budgeted Staffing = 16.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved

advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved

95

advisory.com



Market Supply Gap > 75%                                                                    47

# Florence Behavioral Health Staffing Overall

**Total Behavioral Health FTEs – Actual to Budgeted**
*Florence – January 1 to December 31, 2017*

■ Psychiatrist   ■ Psychologist   ■ BH NP

*Corizon Budgeted Staffing = 11.5 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%                                                   48

# Florence Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*





©2018 Advisory Board • All Rights Reserved • advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%                                                          52

# Yuma Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
Yuma – January 1 to December 31, 2017

■ Psychiatrist   ■ BH NP   ▪ Psych Associate

*Corizon Budgeted Staffing = 5.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%                                                            53

# Yuma Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*



**Psychiatrists Actual to Budgeted FTEs**

■ BH Provider 2   ■ BH Provider 19   ■ BH Provider 1   ■ BH Provider 3   ■ BH Provider 30

*No Psychiatrists budgeted, but some staffed*

*No Budgeted or Filled Psychologists*

©2018 Advisory Board • All Rights Reserved • advisory.com







Work Stream II – Staffing Compliance, Turnover and Compensation
Presentation





## Agenda Topics and Meeting Objectives

2

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update**<br>*Update on accelerated timeline* | *5 minutes* |
| 2 | **Staffing Budget Compliance, Turnover, Compensation Analysis by Site**<br>*Review assumptions and data* | *45 minutes* |
| 3 | **Update on Interview Process**<br>*Phone interview and Survey Monkey status update* | *5 minutes* |
| 4 | **Next Steps & Discussion**<br>*Review of next steps and discussion* | *5 minutes* |

### Meeting Objectives

❑ Deliver findings from analyses by site

❑ Provide update on interviews

❑ Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • advisory.com

3

# Framework for Evaluation

| | Definition | Assumptions | Legend |
|---|---|---|---|
| **Compliance** | Percent of weeks of the year that the site reached budgeted levels | Discounted budgeted time by 10% to account for non-working time – PTO, Paid Sick Leave, Admin, etc.) | 🟢 >75% weeks of the year<br>🟡 50-75% weeks of the year<br>🔴 <50% weeks of the year |
| **Turnover** | Three year average of percent of providers who have terminated their contracts each year | Based on all employees from 2015 through 2017<br><br>Rates developed by role, by facility (primary facility determined based on swipe data) | 🟢 <25% turnover<br>🟡 25-50% turnover<br>🔴 >50% turnover |
| **Compensation** | Comparison of compensation to 2016 MGMA[1] benchmarks (Primary Care, Nurse Practitioner, Psychiatry, Psychology, NP Psychiatry) | Based on 2017 W2 data and Kronos hours<br><br>Primary facility determined based on swipe data<br><br>Psychology Associates excluded due to lack of MGMA benchmarks | 🔵 >75th percentile<br>🟢 50 to 75th percentile<br>🔴 <50th percentile |

1) Medical Group Management Association

©2018 Advisory Board • All Rights Reserved • advisory.com

# Physician Supply by County and Facility

Analysis completed in context of supply gap groupings



| Market | # | Facility | Supply Gap |
|--------|---|----------|------------|
| Maricopa | 1 | Phoenix | 🟢 |
| Maricopa | 2 | Perryville | 🟢 |
| Maricopa | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| Pinal | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | |
|--------|--------|--------|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

©2018 Advisory Board • All Rights Reserved • advisory.com



## < 25%  Supply Gap

Relatively high turnover, despite competitive compensation

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | 75th | 2% | 43% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP: Nurse Practitioner, Physician's Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate;
   Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap                                                                    7

# Lewis Complex

| Medical Providers | Behavioral Health Providers |
|---|---|
| **Compliance** | **Compliance** |
| **47%** of the year medical staffing met budgeted levels (25 weeks) | **45%** of the year behavioral health staffing met budgeted levels (24 weeks) |
| • **Fully staffed NPPs** for all but one week of the year, yet **fell short on Physician staffing**<br>• Did not have any Medical Director coverage for 33 weeks of the year | • Consistent staffing of a 1.0 FTE Psychiatrist<br>• Very **inconsistent staffing of Psychologists and MH Nurse Practitioners** – five different NPs across short portions of the year<br>• Psych Associates met budget levels 70% of the year |
| **Turnover** | **Turnover** |
| **38%** Medical provider turnover (3 year average) | **39%** BH provider turnover (3 year average) |
| • **Significant increase in both hiring and turnover in 2017**<br>• Significant increase in hiring of NPPs in 2017 despite limited terminations | • **Turnover has steadily decreased** each year since 2015<br>• Steady retention of Psychologists across all three years including an additional hire in 2017<br>• Increase in Psych Associate staffing in 2016-2017 with very little turnover |
| **Compensation** | **Compensation** |
| **~ 50th percentile overall** | **> 75th percentile overall** |
| • **Physicians and Medical Director paid below the median**<br>• NPPs paid just above the median | • Psychologists paid at the median<br>• **Psychiatrists and BH NPs paid well above the 75th percentile** |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap                                                                    8

## Perryville Complex

| | Medical Providers | | Behavioral Health Providers |
|---|---|---|---|
| **Compliance** | **62%** of the year medical staffing met budgeted levels (33 weeks)<br>• **Physicians never reached budgeted staffing levels**<br>• Directors and NPPs were fully staffed 47 and 45 weeks respectively<br>• Impact of Physician deficit softened with **additional Medical Director staffing beyond budgeted hours** | **Compliance** | **0%** of the year behavioral health staffing met budgeted levels (0 weeks)<br>• **Consistent understaffing of all provider types for majority of the year**<br>• Consistent 1.0 FTE Psychiatrist became staffed in mid-June |
| **Turnover** | **19%** Medical provider turnover (3 year average)<br>• **Good retention of medical providers**, especially Physicians over the past three years<br>• Steady hiring of NPPs each year, with fewer terminations year after year | **Turnover** | **44%** BH provider turnover (3 year average)<br>• Behavioral health staff **turnover was significant in 2017** with 7 providers leaving across all provider types (2 of whom worked for less than one year) |
| **Compensation** | **50th - 75th percentiles overall**<br>• Paying NPPs just above the MGMA 75th percentile<br>• Physicians are paid **below the median**<br>• Directors are paid **at or below the median** | **Compensation** | **> 75th percentile overall**<br>• Paying Psychiatrists and BH NPs above the 75th percentile<br>• **Inconsistent Psychologist pay across individual providers** |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap

9

# Phoenix Complex

| Medical Providers | Behavioral Health Providers |
|---|---|

### Compliance

**64%** of the year medical staffing met budgeted levels (34 weeks)
- Challenged to meet Physician staffing at the beginning of 2017 with **no coverage from June to September 2017**
- **Consistent NPP staffing** between 4-5 providers; approached budgeted NPP Staffing levels for ¾ of the year

**4%** of the year behavioral health staffing met budgeted levels (2 weeks)
- Significant understaffing of Psychologists in first three quarters of the year
- Consistent staffing of a 1.0 FTE Psychiatrist for most of the year yet never reached 1.5 FTE budget
- Met Psych Associate budget nearly 75% of the year

### Turnover

**39%** Medical provider turnover (3 year average)
- Number of medical provider **hires decreased each year**, yet termination rates remained relatively consistent

**48%** BH provider turnover (3 year average)
- **No Psychologists on staff until 2017**
- Consistent Psych Associate hiring/turnover rates per year
- Appears to **be difficult to maintain a BH NP at this site**
- Only retained one of four Psychiatrists in time period

### Compensation

**50th - 75th percentile overall**
- Paying NPPs and Directors slightly above the MGMA 75th percentile
- **Physicians paid slightly below median**

**> 75th percentile overall**
- Psychologists paid at the 75th percentile
- Psychiatrists paid well above the 75th
- BH NPs paid above the 75th

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

< 25% Supply Gap                                                                10

# Tucson Complex

| Medical Providers | Behavioral Health Providers |
|---|---|
| **Compliance** | **Compliance** |
| **79%** *of the year medical staffing met budgeted levels (42 weeks)* | **2%** *of the year behavioral health staffing met budgeted levels (1 week)* |
| • Fully met or exceeded budget staffing levels for NPPs every week of the year | • BH NPs met staffing levels 48 weeks of the year and often overstaffed which may have closed coverage gaps |
| • Physician staffing **rarely met even 1/3** of budgeted levels | • Although Psychiatrists and Psychologists were consistently staffed, **there weren't enough FTEs present to meet budgeted levels** |
| • Medical Directors reached staffing levels 77% of the year | |
| **Turnover** | **Turnover** |
| **52%** Medical provider turnover (3 year average) | **43%** BH provider turnover (3 year average) |
| • **Significant turnover in NPPs in 2017 (6 departures)** | • **Turnover has steadily decreased each year since 2015** |
| • Relatively consistent retention of Physicians over the three-year period | • Steady hiring as well as retention of Psychologists across all three years |
| | • Consistent turnover of Psych Associates with 2-4 departures each year; yet 2-4 new hires each year |
| **Compensation** | **Compensation** |
| **~ 75th percentile overall** | **> 75th percentile overall** |
| • Overall average impacted by NPP compensation, as they make up the majority of medical providers and are paid above the 75th percentile | • Psychologists paid between the median and 75th percentile |
| • Directors and Physicians were paid just below the median | • Psychiatrists and BH NPs paid well above the 75th percentile |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

12

# • 25% to 75% Supply Gap

Strong compensation may contribute to low turnover, yet compliance still low

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP: Nurse Practitioner, Physician's Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks
©2018 Advisory Board • All Rights Reserved • advisory.com

- 25% - 75% Supply Gap

13

## Safford Complex

| | Medical Providers | Behavioral Health Providers |
|---|---|---|
| **Compliance** | **25%** of the year medical staffing met budgeted levels (13 weeks)<br><br>• Didn't meet budget 75% of the year because the 1.0 FTE Medical Director stopped providing coverage in mid-April, although was not termed until December 1st<br>• NPPs were fully staffed for over two-thirds of the year, and approached budgeted levels nearly 90% of year | **26%** of the year behavioral health staffing met budgeted levels (14 weeks)<br><br>• Psych Associates comprise the behavioral health staff, yet only met staffing levels 14 weeks of the year (averaged 0.8 FTE vs. 1.0 FTE budgeted) |
| **Turnover** | **17%** Medical provider turnover (3 year average)<br><br>• One consistent NPP since 2015 with one more added in 2017<br>• Medical Director departed in December 2017 | **0%** BH provider turnover (3 year average)<br><br>• One Psych Associate has been staffed since 2013 and remains active (only BH staff at Safford) |
| **Compensation** | **> 75th percentile overall**<br><br>• Paid Medical Director above 75th percentile during the 13 weeks of coverage<br>• NPPs were paid well above the median in 2017 | *No access to compensation benchmarks for Psych Associates and no other BH providers staffed* |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



## Winslow Complex

- 25% - 75% Supply Gap

14

| | Medical Providers | | Behavioral Health Providers |
|---|---|---|---|
| **Compliance** | **40%** of the year medical staffing met budgeted levels (21 weeks)<br>• NPPs were fully staffed for 70% (38 weeks) of the year, yet exceeded budgeted staffing levels 36 of those 38 weeks.<br>• 1.0 Medical Director was budgeted but only staffed part-time for 9 non-consecutive weeks (main facility was Yuma) | **Compliance** | **0%** of the year behavioral health staffing met budgeted levels (0 weeks)<br>• Budgeted 1.0 FTE Psych Associate but position was never filled throughout the year |
| **Turnover** | **14%** Medical provider turnover (3 year average)<br>• NPPs comprised nearly the entire medical staff. Consistent staffing throughout three year period, with one term and two hires in 2017 | **Turnover** | **50%** BH provider turnover (3 year average)<br>• Staffed one Psych Associate who termed in June 2016 and had not logged any hours; position was not refilled, despite the 1.0 FTE budget |
| **Compensation** | **> 75th percentile overall**<br>• 4 of 5 NPPs paid above the 75th percentile | **Compensation** | *No BH providers staffed* |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



16

## • > 75% Supply Gap

High turnover rates may contribute to staffing compliance challenges

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Douglas | 38% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP, Nurse Practitioner, Physician's Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks
©2018 Advisory Board • All Rights Reserved • advisory.com



● > 75% Supply Gap · 17

# Douglas Complex

| Medical Providers | Behavioral Health Providers |
|---|---|
| **Compliance** — **36%** of the year medical staffing met budgeted levels (19 weeks) | **Compliance** — **32%** of the year behavioral health staffing met budgeted levels (17 weeks) |
| • **NPPs met budget 98% of the year (52 weeks)** | • Only one Psych Associate was staffed and worked less than a 1.0 FTE throughout the year |
| • 1.0 FTE Medical Director was budgeted, yet never staffed, thereby bringing down the overall compliance percentage | |
| **Turnover** — **75%** Medical provider turnover (3 year average) | **Turnover** — **100%** BH provider turnover (3 year average) |
| • Medical staff is comprised of NPPs; three termed in 2017 while two new hires were made | • **Difficulty retaining Psych Associate 1.0 FTE** |
| **Compensation** — **~75th percentile overall** | **Compensation** — *No access to compensation benchmarks for Psych Associates and no other BH providers staffed* |
| • NPPs paid at or above the 75th percentile | |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

● > 75% Supply Gap                                                                                              18

# Eyman Complex

| | Medical Providers | Behavioral Health Providers |
|---|---|---|
| **Compliance** | **43%** of the year medical staffing met budgeted levels (23 weeks)<br><br>• Physicians met budgeted levels 74% of the year<br>• Medical Director staffing was inconsistent<br>• NPPs began to meet budgeted levels in the second half of 2017 | **21%** of the year behavioral health staffing met budgeted levels (11 weeks)<br><br>• Most fully staffed Psychiatrists of all sites (met budget 92% of weeks, and often exceeded it)<br>• BH NPs and Psych Associates each met budget less than half of the year |
| **Turnover** | **35%** Medical provider turnover (3 year average)<br><br>• Significant physician turnover, with all existing and hired physicians departing within the three year period<br>• NPP staffing was relatively consistent throughout three year period, with one term and two hires in 2017 | **30%** BH provider turnover (3 year average)<br><br>• No turnover in Psychiatrists or Psychologists in the past three years<br>• Relatively consistent hiring and turnover of Psych Associates |
| **Compensation** | **50th - 75th percentile overall**<br><br>• Majority of NPPs paid above the 75th percentile<br>• Both Physicians were paid below the 75th percentile, one below the median | **> 75th percentile overall**<br><br>• Psychologists paid under the median<br>• BH NPs were paid well over the 75th percentile |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

> 75% Supply Gap                                                                  19

# Florence Complex

| Medical Providers | Behavioral Health Providers |
|---|---|

**Compliance**

**58%** of the year medical staffing met budgeted levels *(31 weeks)*
- Medical Director and Physician staffing was inconsistent, with many weeks without coverage
- **NPPs were fully staffed throughout the year** (98% / 52 weeks), and even exceeded budgeted levels the majority of the year

**36%** of the year behavioral health staffing met budgeted levels *(19 weeks)*
- Relatively consistent staffing across all BH provider types, yet falling short of budgeted levels

**Turnover**

**38%** Medical provider turnover (3 year average)
- Have not hired new Physicians since 2015 but have lost 1-2 each year
- Added 4 NPPs in 2017, yet one termed before year end
- Difficulty retaining Medical Director in 2017

**33%** BH provider turnover (3 year average)
- Turnover/retention rates have been consistent each year between 2015 to 2017
- Psych Associates have demonstrated a high turnover rate considering there were 15 individuals staffed in this period
- Psychologists and BH NPs had no turnover in this period

**Compensation**

**50th – 75th percentile overall**
- Majority of NPPs are paid above the 75th percentile
- **Physicians paid below the median**

**> 75th percentile overall**
- Psychiatrists and BH NPs are paid well above the 75th percentile for their respective specialties
- **Psychologists are paid below the median**

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

**> 75% Supply Gap**

20

# Yuma Complex

| Medical Providers | Behavioral Health Providers |
|---|---|

**Compliance**

**30%** of the year medical staffing met budgeted levels (16 weeks)

- Medical Director position was the most fully staffed at this facility (72% of weeks)
- **NPPs were the lowest staffed provider** type, only meeting budget 30% of weeks

**Compliance**

**85%** of the year behavioral health staffing met budgeted levels (45 weeks)

- **Yuma has the highest compliance to budget for behavioral health of all facilities**
- A Psychiatrist was not budgeted yet was staffed 42 weeks of the year, causing overall BH staffing to far exceed the budgeted levels

**Turnover**

**20%** Medical provider turnover (3 year average)

- **Low turnover across the board**
- Medical Director has been present since before 2015
- Termination of two NPPs in 2016 increases turnover percentage

**Turnover**

**38%** BH provider turnover (3 year average)

- Only have retained one BH NP; two others started and termed in less than three months
- **Relatively consistent hiring and turnover of Psych Associates**

**Compensation**

**50th – 75th percentile overall**

- Only one NPP being paid above the 75th percentile
- **Physician paid below the median**
- Director paid at the median

**Compensation**

**> 75th percentile overall**

- All providers (2 Psychiatrists and 1 BH NP) are paid consistently above the 75th percentile

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

## Overview of Compliance, Turnover and Compensation by All ADC Sites

22

| | Medical Providers | | | Behavioral Health Providers | | |
|---|---|---|---|---|---|---|
| • < 25% Gap | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | ~ 75th | 2% | 43% | > 75th |
| • 25% - 75% Gap | | | | | | |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |
| • > 75% Gap | | | | | | |
| Douglas | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved

## Next Steps

25



1  Finalize analysis based on feedback from the Court

2  Finalize phone interviews and Survey Monkey and aggregate results

3  Establish final recommendations based on combination of quantitative and qualitative data

4  Next/ final court report out: June 13th

©2018 Advisory Board • All Rights Reserved • advisory.com

Work Stream II - Healthcare Provider Survey Blinded Responses



## Q1 What is your current role?

Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Medical Director | 1.43% | 1 |
| Behavioral Health Director | 2.86% | 2 |
| Physician | 8.57% | 6 |
| Mid-Level Practitioner (Medical) | 21.43% | 15 |
| Psychiatrist | 4.29% | 3 |
| Psychologist | 15.71% | 11 |
| Behavioral Health Nurse Practitioner | 2.86% | 2 |
| Psych Associate | 32.86% | 23 |
| Other (please specify) | 12.86% | 9 |
| Total Respondents: 70 | | |

## Q2 Which facilities do you work at? Please check all that apply.



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Douglas | 2.86% | 2 |
| Eyman | 21.43% | 15 |
| Florence | 18.57% | 13 |
| Lewis | 14.29% | 10 |
| Perryville | 21.43% | 15 |
| Phoenix | 11.43% | 8 |
| Safford | 4.29% | 3 |
| Tucson | 17.14% | 12 |
| Winslow | 2.86% | 2 |
| Yuma | 8.57% | 6 |

## Q3 How would you describe your current level of job satisfaction?



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Very satisfied | 21.43% | 15 |
| Satisfied | 55.71% | 39 |
| Neither satisfied nor dissatisfied | 15.71% | 11 |
| Dissatisfied | 5.71% | 4 |
| Very dissatisfied | 1.43% | 1 |
| TOTAL | | 70 |

©2018 Advisory Board • All Rights Reserved

advisory.com

## Q4 My actual day-to-day work is what I expected it to be when I applied for this role.

Answered: 70    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 24.29% | 17 |
| Agree | 51.43% | 36 |
| Neither agree nor disagree | 10.00% | 7 |
| Disagree | 11.43% | 8 |
| Strongly disagree | 2.86% | 2 |
| TOTAL | | 70 |

## Q5 I have sufficient resources for me to succeed in my role.



Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 12.86% | 9 |
| Agree | 40.00% | 28 |
| Neither agree nor disagree | 14.29% | 10 |
| Disagree | 24.29% | 17 |
| Strongly disagree | 8.57% | 6 |
| TOTAL | | 70 |

©2018 Advisory Board • All Rights Reserved

advisory.com

## Q6 I am compensated fairly relative to my job requirements.



Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 10.00% | 7 |
| Agree | 55.71% | 39 |
| Neither agree nor disagree | 21.43% | 15 |
| Disagree | 10.00% | 7 |
| Strongly disagree | 2.86% | 2 |
| TOTAL | | 70 |

©2018 Advisory Board • All Rights Reserved

advisory.com



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 2.86% | 2 |
| Agree | 27.14% | 19 |
| Neither agree nor disagree | 22.86% | 16 |
| Disagree | 32.86% | 23 |
| Strongly disagree | 14.29% | 10 |
| TOTAL | | 70 |

# Q8 I feel safe in my work environment.



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 34.29% | 24 |
| Agree | 47.14% | 33 |
| Neither agree nor disagree | 12.86% | 9 |
| Disagree | 5.71% | 4 |
| Strongly disagree | 0.00% | 0 |
| TOTAL | | 70 |

## Q9 I had sufficient training to be successful in my role.



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 22.86% | 16 |
| Agree | 34.29% | 24 |
| Neither agree nor disagree | 12.86% | 9 |
| Disagree | 20.00% | 14 |
| Strongly disagree | 10.00% | 7 |
| TOTAL | | 70 |

## Q10 There is sufficient communication and trust between my manager and me.

Answered: 70    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 42.86% | 30 |
| Agree | 24.29% | 17 |
| Neither agree nor disagree | 15.71% | 11 |
| Disagree | 8.57% | 6 |
| Strongly disagree | 8.57% | 6 |
| TOTAL | | 70 |

Workstream III – Final Report Presentation





2

# Engagement Scope

### Work Stream I



**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics

### Work Stream II



**Facilities Profiles and Baselines**

- Conduct teleconference **interviews with past and current ADC health care providers** re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks

### Work Stream III

**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2018 Advisory Board • All Rights Reserved • advisory.com

3

# Utilized Two Methodologies to Gather Qualitative Data

**1**

## Phone Interviews of Current and Former Employees

- Identified current and former employees based on data analysis
- Requested **36 interviews** total
  - 16 current employees
  - 20 former employees
- Completed **15 interviews** total
  - 9 current employees
  - 6 former employees
- Ensured **adequate cross-section** of facilities and provider types
  - 2-6 interviews requested per facility
  - 1-7 interviews requested per provider type

**2**

## Online Survey of Current Employees

- Utilized "Survey Monkey" technology
- Distributed survey link by e-mail to **171 current employees** (Medical/Behavioral Health Director, Physician, NP, PA, Psychiatrist, Psychologist, MH Mid Level, Psych Associate)
- **67** Total Responses[1] (39% response rate)
  - **24** Medical Providers (34% response rate)
  - **43** Behavioral Health Providers (41% response rate)
- Survey questions and blinded results can be found in appendix

Slide edited on 6/13/18 to represent 15 phone interviews conducted (instead of 13), 6 with former employees (instead of 4); and a footnote was added below.

1) 70 responses appear in raw results in Appendix of Final Report – 3 responses were excluded (1 individual submitted survey twice, 1 individual was out of scope for provider categories (recreational therapist), 1 individual responded after analysis was completed)

©2018 Advisory Board • All Rights Reserved • advisory.com

## Breakdown of Phone Interviews Completed

4

Phone Interviews *by Facility*

| Facility | # of Interviews |
|----------|-----------------|
| Douglas | 1 |
| Eyman | 1 |
| Florence | 1 |
| Lewis | 2 |
| Perryville | 1 |
| Phoenix | 0 |
| Tucson | 2 |
| Winslow | 1 |
| Yuma | 2 |
| Multiple Facilities | 2 |
| Regional Office | 2 |

Phone Interviews *by Provider Type*

| Provider Type | # of Interviews |
|---------------|-----------------|
| Medical Director/Physician | 3 |
| Physician | 1 |
| NP/PA | 2 |
| Behavioral Health Director | 1 |
| Psychiatrist | 3 |
| Psychologist | 1 |
| MH Mid-Level | 1 |
| Psych Associate | 3 |

Phone Interviews
*by Current vs. Former Employees*



Current Employees 60%

Former Employees 40%

©2018 Advisory Board • All Rights Reserved • advisory.com

## Clear Dichotomy Exists Between Experience of Current and Former Employees

5

### Phone Interview Results and Findings

| Themes of Interviews | Current Employees | Former Employees | |
|---|---|---|---|
| Satisfaction with Compensation | 👍 | 👍 | More |
| Satisfaction with EMR | 👎 | 👎 | |
| Sufficient Training/ Onboarding | 👍👎 | 👍👎 | Level of Agreement |
| Adequate Staffing/ Coverage | 👍👎 | 👎 | |
| Satisfaction with Work Hours/ Work Environment | 👍 | 👎 | |
| Ability to Deliver Adequate Care | 👍 | 👎 | Less |

©2018 Advisory Board • All Rights Reserved • advisory.com



## Overview of Online Survey Methodology

Sent to All Current Providers (Medical Directors, Physicians, Mid-Levels, BH Directors, Psychiatrists, Psychologists, BH Mid-Levels, Psych Associates)

**Number of Responses** *by Facility*

| Facility | Responses |
|---|---|
| Perryville Complex | 12 |
| Eyman Complex | 11 |
| Tucson Complex | 9 |
| Florence Complex | 9 |
| Lewis Complex | 8 |
| Phoenix Complex | 4 |
| Yuma Complex | 4 |
| AZ Regional Office | 2 |
| Safford Complex | 1 |
| Winslow Complex | 0 |
| Douglas Complex | 0 |
| Multiple Complexes | 7 |

**Legend**
- Responses
- Total Potential Responses

Slide was edited on 6/13/18 to reflect the individuals who worked at multiple complexes and were not captured in the original graph, since there was no figure available for total potential responses.

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com



## Current Employees Generally Satisfied Although Opportunities for Improvement Exist

7

**Online Survey Results of Current Employees**
*Categories In Order of Least to Greatest Satisfaction*

**Reasons for Dissatisfaction**

Benefits Package — 46% | 22% | 31%
- *Expensive insurance premiums*
- *Inconsistencies with PTO*
- *Difficulty obtaining reimbursement for CE or licensure requirements*

Access to Resources — 33% | 15% | 52%

Adequate Training — 31% | 13% | 55%
- *Lack of educational resources / evidence-based practice materials*
- *Limited access to computers*
- *No dedicated space for psych consults*

Fair Compensation — 12% | 22% | 66%

Communication with Manager — 19% | 12% | 69%

Job Requirements Are As Expected — 15% | 9% | 76%
- *Lack of training for individuals in leadership/management positions*
- *No onboarding / training at start of job or additional training opportunities*

Safe Work Environment — 6% | 13% | 81%

■ Disagree or Strongly Disagree   ■ Neutral   ■ Agree or Strongly Agree

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved
advisory.com

## Direct Quotes From Current Employees Highlight Key Barriers and Concerns

8

*To improve my ability to deliver care, I would recommend the following...*



- **Increase the number of staff** in all medical positions – *Psych Associate*
- **More providers at each facility** so that I am not required to work at other yards or facilities to cover them – *Physician*
- In order to minimize downtime, have **adequate Security Officer coverage**, so that patients could be brought to the Health Unit as scheduled and seen on my Psychiatry line with increased efficiency - *Psychiatrist*
- The ability to purchase **evidence-based practice materials** for use in group and individual therapy – *Psychologist*
- A **better UM procedure** – *Mid Level Practitioner*
- More **computer work stations** – *Physician*
- **Improve eOMIS** – *Mid Level Practitioner*
- Sufficient **on job training** for various roles, as most roles receive very minimal training, despite the high liability of said roles. **Training manuals with detailed instructions** and policies to reference would be high beneficial – *Psychologist*
- When I came on I **was thrown in to do the work without training and I floundered**. I was unhappy. When a good coworker spent some time with me I began to know what was wanted and expected then I was able to excel and was happy – *Psych Associate*

©2018 Advisory Board • All Rights Reserved • advisory.com





# United States District Court, District of Arizona

**Final Report Out**
June 13, 2018

The best practices are the ones that work for **you.**℠       🔍 research     ⚙ technology     👥 consulting

©2018 Advisory Board • All Rights Reserved         advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

# Agenda Topics and Meeting Objectives

11

| | Agenda | Time |
|---|---|---|
| 1 | **Engagement in Review**<br>*Timeline, project work streams, deliverables* | *5 minutes* |
| 2 | **Online Survey and Phone Interview Results**<br>*Methodology, results, common themes* | *20 minutes* |
| 3 | **Key Findings and Observations**<br>*Tying together themes from interviews, survey, and data analysis* | *20 minutes* |
| 4 | **Recommendations**<br>*Addressing common challenges with tactical recommendations* | *45 minutes* |
| 5 | **Areas for Further Exploration**<br>*Recommended areas of investigation beyond initial scope of engagement* | *10 minutes* |
| 6 | **Questions and Discussion**<br>*Clarify outstanding questions and wrap up engagement* | *5 minutes* |

### Meeting Objectives

❑ Present survey and interview results

❑ Summarize key findings

❑ Deliver recommendations

❑ Address outstanding questions/concerns

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                advisory.com

12

## Engagement Overview

### 2018 Milestones for Project



January 2018
Initiate market analysis and interviews
*Court date: 1/18/18*

March 2018
Report intermediate findings with the court, continue interviews and analysis
Court date: 3/14/18

May 2018
Preview and finalize analysis and recommendations
Court date: 5/9/18

February 2018
Continue market and facility analysis and interviews
Court date: 2/27/18

April 2018
Vetting and validation of data and analysis
Court date: 4/11/18

**June 2018**
Present final report and recommendations to the court
Court date: 6/13/08

©2018 Advisory Board • All Rights Reserved • advisory.com

13

# Engagement Scope

### Work Stream I

**Market Profiles and Compensation Benchmarks**



- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics

### Work Stream II

**Facilities Profiles and Baselines**



- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks



### Work Stream III

**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2018 Advisory Board • All Rights Reserved • advisory.com



# Compilation of Our Deliverables

**Market Profiles**

*February 27, 2018*

Overview of Arizona Physician Supply in Target Markets

**Facility Profiles**

*April 27, 2018*

Perryville Medical Staffing

**Compliance, Turnover, Compensation Analysis**

*May 9, 2018*

< 25% Supply Gap

**Survey & Interview Results**

*June 13, 2018*

Current Employees Generally Satisfied Although Opportunities for Improvement Exist

**Final Recommendations**

*June 13, 2018*

Tying Themes to Recommendations

**Final Report Compilation**

*June 13, 2018*

Arizona Department of Corrections Staffing and Retention Assessment

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved
advisory.com



## Overview of Compliance, Turnover and Compensation by All ADC Sites in 2017

16

|  | Compliance | Turnover | Compensation |
|---|---|---|---|
| Medical Providers | 57% | 40% | ~ 75th |
| Behavioral Health Providers | 0% | 40% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

Slide was edited on 6/13/18 to reflect the year for this data, 2017.

# Overall Themes and Findings

Consistent Across All Interviews/Surveys  and Data Analysis

▶ **Recruitment and retention an ongoing issue, resulting in staff being stretched thin to provide coverage**

- *Providing coverage of other units and other facilities addresses backlog in one area, but creates backlog in another.*
- *New employees without prior experience in correctional medicine tend to be more difficult to retain, while remote areas and difficult work environments also create barriers to recruitment.*

▶ **Training and onboarding inconsistent across facilities and provider types**

- *In multiple interviews as well as survey responses, we noted inconsistencies in the experience of training and onboarding even when controlling for provider type and facility.*
- *Difficulty with recruitment often creates tight timeframes to fill vacancies which poses threats to sufficient training and onboarding.*

▶ **Operational and benefits issues impacting employee engagement, morale and effectiveness**

- *Although employees express satisfaction with their teams, they feel a disconnect with upper level management.*
- *Employees have cited lack of compensation for call coverage, minimal autonomy in determining course of treatment, and inability to use PTO as reasons for their dissatisfaction.*

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved     advisory.com

18

# Recruitment and Retention is a Consistent Challenge





©2018 Advisory Board • All Rights Reserved • advisory.com

### Recruitment

- Difficult to recruit providers to rural parts of Arizona
- Providers indicate importance of hiring providers with the right skillset rather than any willing individual
- Vacancies are difficult to fill in a timely manner, due to the state process of approvals, authorizations, licensure, etc.
- Corizon has had some success hiring locums tenens to full time positions

### Retention

- Poor retention of providers without experience with correctional medicine as well as providers straight out of school
- Significant first year turnover rate in both medical and behavioral health

**5** Medical providers[2] joined and departed in 2017

**10** BH providers[2] joined and departed in 2017 (non-locums)

1) Anyone who was hired and left in the same year are excluded in this graph
2) Non-locums

19

# Staff is Stretched Thin Covering Vacancies

### Number of Providers who Worked at 1, 2, or 3+ Facilities in 2017



**23%**
of employees have covered at more than one facility according to Kronos data

24
30
180

- 1 Facility
- 2 Facilities
- 3+ Facilities

*One individual provided part time Medical Director or Physician coverage nearly every other week, yet never met 1.0 budgeted FTE*

*Covered vacancy with a quarter FTE after two Nurse Practitioners departed. Medical Director staffing only covered additional need for 2 of the 14 week vacancy period*

©2018 Advisory Board • All Rights Reserved • advisory.com

### ✓ Key Themes

- Providers cover at other facilities more frequently than is indicated in the Kronos data. For example, one individual said he covers at Douglas and Winslow, but only Safford appears in the data

- When a provider covers a different site or unit, there is no backfill for his/her site or unit

- With limited staff and vacancies, call coverage requirements increase with no additional compensation or incentive

#### Winslow Medical Staffing 2017



## Training and Onboarding is Reported as Inconsistent Across Employees

20

*I had sufficient training to be successful in my role[1] ...*



**Perryville**

**Disagree**
- Physician
- Mid-Level
- Psych Associate (3)

**Agree**
- Physician (2)
- Mid-Level
- Psychologist
- Psych Associate

**Neutral**
- Medical Director
- Mid-Level

**Florence**

**Disagree**
- Psychologist
- Psych Associate (3)

**Agree**
- Mid-Level
- Psychologist
- Psych Associate (2)

**Neutral**
- Psych Associate

➢ Major dichotomy exists at both Perryville and Florence, even when controlling for provider type

➢ Each provider type had conflicting responses at both facilities



*Phone interviews revealed similar conflicting commentary*

1) Via online survey of current employees

©2018 Advisory Board • All Rights Reserved • advisory.com

## Sufficient Pay is a Floor to Adequate Recruitment, Yet Other Areas of Job Satisfaction Equally Critical

21

### 2017 Provider[1] Compensation Compared to MGMA[2] Median



### Physician Benchmark Comparison by Facility

| Facility | Variance from Median | # of Providers |
|----------|---------------------|----------------|
| Yuma | –14% | 1 |
| Florence | –14% | 1 |
| Tucson | –9% | 3 |
| Lewis | –9% | 1 |
| Perryville | –6% | 3 |
| Phoenix | –3% | 3 |
| Eyman | 1% | 2 |



- Compensation is generally above median community benchmarks, yet call coverage and additional work hours are without additional compensation or incentives

- Difficult for employees to take PTO because there is no backfill, necessitating additional call coverage for other providers during PTO to support existing need

- Some employees have expressed inability to be autonomous in care delivery due to the UM process; ATP recommendations are often inadequate or ATPs or sometimes fall outside of scope of practice

- Employees dissatisfied with ease of obtaining reimbursement for Continuing Education, licensure requirements and other educational offerings (conferences, trainings, etc.)

- Cost of insurance premiums and benefits enrollment have been cited as concerns for some employees

1) Psych Associates not included in compensation analysis and some providers excluded due to incomplete data
2) Medical Group Management Association: 2016 Provider Compensation Survey
3) In addition to Psych Associates, 23 providers were excluded from this analysis due to missing data elements that limited our calculations.

© 2018 Advisory Board • All Rights Reserved • advisory.com

Third footnote was added on 6/13/18.



23

## Tying Challenges to Recommendations

 **Find** ▸  **Train** ▸  **Retain** ▸

| Challenge #1 | Challenge #2 | Challenge #3 |
|---|---|---|
| Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage. | Training and onboarding inconsistent across facilities and provider types. | Operational and benefits issues impacting employee engagement, morale and effectiveness. |

▼ ▼ ▼

### Recommendations

1. Develop a stronger applicant screening process

2. Implement a referral/retention bonus plan

3. Ensure compensation methodology integrity

4. Formalize a permanent regional "provider pool" structure

### Recommendations

5. Consistently staff Directors at all locations

6. Enhance and track a more robust training and mentoring program

7. Reinforce a culture that supports ongoing learning and development

### Recommendations

8. Create a provider-led committee structure to increase employee engagement and autonomy

9. Consider changes to benefit design based on employee feedback

©2018 Advisory Board • All Rights Reserved • advisory.com

**24**

## Tying Challenges to Recommendations

 **Find**   *Train*   *Retain*

| Challenge #1 | Challenge #2 | Challenge #3 |
|---|---|---|
| **Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage.** | Training and onboarding inconsistent across facilities and provider types. | Operational and benefits issues impacting employee engagement, morale and effectiveness. |

### Recommendations

1. Develop a stronger applicant screening process
2. Implement a referral/retention bonus plan
3. Ensure compensation methodology integrity
4. Formalize a permanent regional "provider pool" structure

### Recommendations

5. Consistently staff Directors at all locations
6. Enhance and track a more robust training and mentoring program
7. Reinforce a culture that supports ongoing learning and development

### Recommendations

8. Create a provider-led committee structure to increase employee engagement and autonomy
9. Consider changes to benefit design based on employee feedback

©2018 Advisory Board • All Rights Reserved • advisory.com

Challenge #1                                                                    25

# Addressing Recruitment & Retention Challenges

Recommendations and Rationale

**1**

Develop a **stronger screening process**

**Rationale:** It is critical to identify potential new hires with the appropriate skillset and experience to be successful in the correctional health care environment. Include behavioral based interviewing to assess candidates ability to manage stressful situations as well as ambiguity. Ensure adequate understanding of difference between correctional and community medicine.

Recognizing that a more robust screening process will lengthen the hiring timeline and pool of candidates, the "Provider Pool" concept is that much more important.

**2**

Strengthen and standardize a **referral/ retention bonus plan**

**Rationale:** Incentivize current employees to support recruitment efforts by offering a bonus if a referral is hired; reinforce ongoing support, mentoring, and peer-to-peer engagement by offering an additional bonus if the new hire stays for one year.

Employees are likely to refer qualified candidates with the requisite experience matching requirements of open positions. *"A recent study found that 46 percent of employee referrals stay for three years or more, while only 14 percent of those hired from job boards stayed."*

©2018 Advisory Board • All Rights Reserved • advisory.com

Source: https://www.icivite.com/recruiting-process/new-data-when-you-don't-know-about-employee-referrals/; https://www.hireiq.com/blog/how-to-run-employee-referrals-move-candidate-pipeline-for-recruiting/

Challenge #1                                                                26

# Addressing Recruitment and Retention Challenges

Recommendations and Rationale

3

Ensure **compensation methodology integrity**

**Rationale:** It is critical to apply a consistent compensation approach across all provider types to ensure organizational equity and an adequate ability to recruit and retain.

Our analysis indicates that as a "general rule" providers are paid significantly above the MGMA median compensation for their positions (26% - 66%). The exception to this rule are Physicians and Psychologists.

Revisiting the compensation bands for these two critical provider groups is essential for successful recruiting and retention of these providers. This is even more important when realizing that often they are the only provider in their class at a given facility, thereby magnifying the effects of turnover and vacancies.

4

Establish a permanent regional **"Provider Pool"**

**Rationale:** Intentionally and permanently provide coverage for staffing gaps due to PTO and vacancies. Maintain "pool" staff at all levels, with appropriate training, experience and familiarity with the ADC facilities and Corizon operations.

Also have designated coverage for Directors assigned regionally, or Assistant Directors budgeted, to ensure no gaps in oversight during PTO and Training.

©2018 Advisory Board • All Rights Reserved • advisory.com



27

# Tying Challenges to Recommendations

 Find     **Train**     Retain

| Challenge #1 | **Challenge #2** | Challenge #3 |
|---|---|---|
| Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage. | **Training and onboarding inconsistent across facilities and provider types.** | Operational and benefits issues impacting employee engagement, morale and effectiveness. |

▼ | ▼ | ▼

| Recommendations | **Recommendations** | Recommendations |
|---|---|---|
| 1. Develop a stronger applicant screening process<br><br>2. Implement a referral/retention bonus plan<br><br>3. Ensure compensation methodology integrity<br><br>4. Formalize a permanent regional "provider pool" structure | 5. Consistently staff Directors at all locations<br><br>6. Enhance and track a more robust training and mentoring program<br><br>7. Reinforce a culture that supports ongoing learning and development | 8. Create a provider-led committee structure to increase employee engagement and autonomy<br><br>9. Consider changes to benefit design based on employee feedback |

©2018 Advisory Board • All Rights Reserved • advisory.com

Challenge #2                                                                                    28

# Addressing Training & Onboarding Inconsistencies

Recommendations and Rationale

### 5 Consistently **staff Directors at all locations**

**Rationale:** Consistent staffing of Directors establishes oversight and ongoing clinical support for mid-level staff and nursing, creating a clear reporting structure with connections to upper level leadership. Directors are also able, in the short-term, to cover clinical responsibilities when vacancies arise until pool staff can be made available.

### 6 Enhance and track a more robust **training and mentoring program**

**Rationale:** Augment current training process by assigning dedicated senior staff member(s) to train new hires, reducing the burden on facility staff; and establish a mentoring program to provide on-going employee support.

"Correctional agencies can prepare their staff for greater responsibilities, utilize the skills and knowledge of experienced staff, and create a team-building enterprise through the formation and support of a well run, properly supported mentoring program."

### 7 Reinforce culture that supports **ongoing learning and development**

**Rationale:** Clinical providers must meet established minimum, professional to maintain licensure and accreditation. It is important to recognize the time, effort, and resources required for providers to remain current.

The Corizon/ADC culture and benefits need to make the process as simple as possible and support the efforts with reimbursement or designated PTO.

©2018 Advisory Board • All Rights Reserved • advisory.com

Source: "Successful Mentoring in a Correctional Environment", WITTENBERG http://www.uscourts.gov/sites/default/files/62_2_10_0.pdf



29

# Tying Challenges to Recommendations

 *Find* →  *Train* →  **Retain**

| Challenge #1 | Challenge #2 | Challenge #3 |
|---|---|---|
| Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage. | Training and onboarding inconsistent across facilities and provider types. | **Operational and benefits issues impacting employee engagement, morale and effectiveness.** |

Recommendations

1. Develop a stronger applicant screening process
2. Implement a referral/retention bonus plan
3. Ensure compensation methodology integrity
4. Formalize a permanent regional "provider pool" structure

Recommendations

5. Consistently staff Directors at all locations
6. Enhance and track a more robust training and mentoring program
7. Reinforce a culture that supports ongoing learning and development

**Recommendations**

8. Create a provider-led committee structure to increase employee engagement and autonomy
9. Consider changes to benefit design based on employee feedback

©2018 Advisory Board • All Rights Reserved • advisory.com

Challenge #3                                                                                    30

# Addressing Operational and Benefits Issues

## Recommendations and Rationale



*As a Provider, I appreciate YOU asking for my input in possibly assisting with the decision making process and development planning in enhancing our Health Care system process. Thank you.*

*- Nurse Practitioner*

**Create a provider-led committee structure** to increase employee engagement

**Rationale:**  Developing a provider-led committee structure creates a formal mechanism to gather candid feedback and develop solutions to problems. When employees are heard, engagement and morale increase, employee retention improves, resulting in likely returns on investment in quality and productivity.

**Recommended Structure:**
- Redesign the management reporting structure to streamline communication and align organizational efforts.
- Form a "provider led" care and quality committee with 10-12 members including representation from medical and behavioral health, nursing, security, and administration.
- Schedule committee meetings no less than quarterly and augment with group calls or WebEx as needed.

**Consider implementing changes** based on employee feedback

**Rationale:**  Implementing changes implies that employee voices are being heard and increases employee engagement and effectiveness. Changes could include the following:
- Dedicated space for psych visits
- Increased computer access
- Simplified process for external training and CE reimbursement
- Ensure ability for employees to take PTO
- Incentivize call coverage during vacations

©2018 Advisory Board • All Rights Reserved • advisory.com

31

## Summary of Recommended Responses to Challenges

 **Find**           **Train**           **Retain**

### Challenge #1

Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage.

▼

### Challenge #2

Training and onboarding inconsistent across facilities and provider types.

▼

### Challenge #3

Operational and benefits issues impacting employee engagement, morale and effectiveness.

▼

**Recommendations**

1. Develop a stronger applicant screening process

2. Implement a referral/retention bonus plan

3. Ensure compensation methodology integrity

4. Formalize a permanent regional "provider pool" structure

**Recommendations**

5. Consistently staff Directors at all locations

6. Enhance and track a more robust training and mentoring program

7. Reinforce a culture that supports ongoing learning and development

**Recommendations**

8. Create a provider-led committee structure to increase employee engagement and autonomy

9. Consider changes to benefit design based on employee feedback

©2018 Advisory Board • All Rights Reserved • advisory.com





33

# Further Investigation May Be Warranted



**Critical Follow-On Questions**
We have identified areas beyond the scope of our engagement
that the Court may consider for further investigation.

**1**

**Staffing Appropriateness**
*Interviews helped to unveil the differences between inmate populations by facility and by unit.*

▶ Is the current budget appropriate to meet demand at each facility even when fully staffed?
Is alternative staffing ever a option in facilities with lower complexity inmate health needs?
For example partial FTEs, staggered shifts, shared facility positions.

**2**

**Telemedicine / Telepsych**
*Providers who work via tele-technology have expressed significant levels of job satisfaction.*

▶ How consistently is this staffing strategy deployed state-wide? Could it be leveraged more
broadly for short-term absences/vacancies, as a long-term solutions, or both?

**3**

**Onboarding Process Prior to Training**
*It was mentioned that it often takes nearly three months to bring a new provider on board due to
time to obtain license, receive ADC clearance, etc.*

▶ Is there a way to accelerate the process required to obtain licensure in the state of Arizona?
Are there areas of the ADC clearance process that could be streamlined to increase
efficiency?

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



36

## Advisory Board Consulting Team

Contact Information



**Braxton "BJ" Millar, MBA**
Vice President

millarb@advisory.com
615-577-2858



**David Long, MBA, JD**
Senior Consultant

longd@advisory.com
615-760-7586



**Rene Sobolewski**
Senior Consultant

sobolewr@advisory.com
615-760-7627

©2018 Advisory Board • All Rights Reserved • advisory.com

Exhibit 2



**July 20, 2018**

## CONSULTING SERVICES STATEMENT OF WORK:

**Comprehensive Review and Audit of**
**the CGAR Monitoring and Reporting Process**

Optum Contact

BJ Millar, Vice President
Optum Advisory Services
(M) 801.455.6092

millarb@advisory.com

# Comprehensive Review and Audit of the CGAR Monitoring and Reporting Process

This scope of work describes OptumInsight, Inc.'s ("Optum") approach to providing the United States District Court, District of Arizona ("the Court") with a comprehensive review and audit of the CGAR Monitoring and Reporting Process within the Arizona Department of Corrections ("ADC"), as stipulated by Case 2:12-cv-00601-DKD: Victor Parsons, et al. v. Charles Ryan, et al.

The scope of work is based on the information obtained from the Court Order (Document 2900 Filed 06/22/18) providing for the retention of a Rule 706 expert, paid for by Defendants, who will review the entire CGAR monitoring and reporting process of the ADC and its contracted provider Corizon Health.

This review shall include, but is not limited to:

– Review of eOMIS, the electronic medical record platform

– The Monitoring Guide as written and as applied

– The chart/patient sampling process and the number of records reviewed

– The ADC/Corizon challenge process

– The source data audit trail and tracking methodologies, describes as "the metadata/trail of any subsequent modifications.

The order states that "if the expert concludes that any of the CGARs are not, in fact, valid, reliable, or accurate, the expert shall develop remedial measures that will permit the collection and submission of valid, reliable, and accurate CGARs. It will be difficult at best to predict how much work the "development of remedial measures" might entail, we would therefore suggest two options for scoping this part of the work.  First, a month-by-month fixed fee for services until such measures are completed; or second, a rescoping/budgeting at the end of the initial review with a follow on contract for additional work required.

# Client Objectives, Project Management and Oversight Approach

Client Objectives

Optum understands there is an ongoing case in which the prisoners in the custody of the ADC and the Arizona Center for Disability Law ("ACDL") are pursuing action against the ADC Director and Interim Director of the Division of Health Services, both in their official capacities. This class action case seeks to provide better, more consistent and timely care to the prisoners of the ADC, as well as set monthly reports on staffing and performance against a set of identified benchmarks in order to monitor that level of care.

The accuracy and validity of the monitoring and reporting process is paramount for the assessment and tracking of the ADC's performance against the stipulated quality and care measures.  It is therefore the objective of the Court to engage experts to review, assess, and opine on the efficacy of the current monitoring and reporting process.

Comprehensive Review and Audit of the CGAR Monitoring and Reporting Process Approach

Optum's approach for delivering the requested review breaks down into the six work stream components detailed on the following page:

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

1. **Data and Access Request** including key contacts, eOMIS system logins, security clearance, CGAR Monitoring Reports in electronic format, contracts, policies, and relevant Court Orders and documentation from Defendants and Plaintiffs

2. **Review of "Defined Monitoring Process"** including the Monitoring Guide, contractual obligations of the healthcare vendor, measure definitions, relevant policies and procedures, as well as relevant regulations and rulings.

3. **Evaluation of "Source Data"** to include in-depth review of the eOMIS electronic medical record platform for data accuracy, integrity, audit capability, and ability to meet CGAR measure definition standards for required data elements

4. **Assessment of "ADC / Corizon Monitoring Process"** with review of the documented versus actual processes for challenges, amendments, adjustments and corrections. The assessment will include observation of actual data collection, exchange, review and compilation required for production of monthly compliance reports to the Court.

5. **Audit and Reconciliation of CGAR Reporting to the Court**, to evaluate timeliness, consistency, usability, and historical accuracy. Assumptions for Audit are an historical period of 24 months, 103 CGAR measures (as applicable to each site and prior exclusions by the Court), and for all 10 ADC facility locations.

6. **Recommendation of "Remedial Actions"** as indicated by the assessment, evaluation, and audit work streams deemed necessary to ensure accurate and reliable reporting of compliance to established CGAR measure including, but not limited to process and policy adjustments, system enhancements, data definition clarifications.



**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

## Interim Project Updates

Throughout this engagement, Optum will schedule and conduct project status review calls and interim update report outs to the Court. It is anticipated that these may be virtual meetings, defined as teleconferences or virtual meetings; as well as face-to-face interaction as required, this will be accommodated on an as-needed basis.

Updates are anticipated to include the following:

- – Current project status;
- – Discussion and resolution of obstacles or hurdles;
- – Vetting and validation of data and analysis;
- – Review of initial findings;
- – Review of draft materials.

## Final Deliverable

Our results will be synthesized into a Final Report on the sufficiency and accuracy of the CGAR Monitoring Process as well as recommendations for "remedial actions" if and where the process falls short of the needs of the Court and the terms of the Stipulation.

## Estimated Project Timeline

Optum can begin work within 10 business days of the execution of this Engagement Letter and receipt of the first retainer. We expect to complete the project 4 months, dependent upon the timely provision of data, access, information, and scheduling of key meetings and interviews.  If delays occur due to inaction of the parties or circumstances beyond Optum's control; the Court can extend the engagement on a month-by-month bases at the rate specified by the contract.

## Management Team

This engagement will require a substantial team of Optum Advisory subject-matter experts, analysts, and managers. Senior leadership for the duration of the project will be the responsibility of BJ Millar, MBA, Vice President. Mr. Millar will be supported by several Senior Consultants, Quality Subject Matter Experts, IT Analysts. Representative biographies for these consultant roles are included as an attachment. Should the need arise to substitute a resource, Optum will provide a resource of equal or greater experience and will provide the Court with biographical information.

As a note, it is anticipated that the major part of the work for this engagement will need to be conducted "on-site" (in Arizona and possibly in Nashville if access to Corizon systems is required).

## Optum's Mission

As a health services and innovation company on a mission to help make the health system work better for everyone, we have developed differentiated service line approaches to advance

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

organizations' missions and visions. To help us achieve our mission, we focus our efforts on three strategic priorities:

- **Modernizing infrastructure:** We help our health system partners streamline processes, strengthen operations and make better, insight-driven decisions through technology tools, analytics, processes and innovative solutions.

- **Advancing care:** Our synchronized approach advances care by connecting with partners across the health system. For example, we help doctors collaborate, enhance care and expand their practices. Our care management programs support better outcomes at lower costs across the clinical spectrum.

- **Empowering consumers:** We help people navigate the health system, understand their treatment options, find the right care and manage their health care decisions and related costs.

  The following shows our far-reaching scope of health care delivery.



**Figure 1. Optum's Solutions and Markets Served.**
*Optum serves a broad range of customers and provides excellent solutions that drive positive outcomes.*

## Our Experience

Optum provides a comprehensive service model that covers the capabilities required to implement complex transformational engagements. **Our annual investment in existing service and technology capabilities exceeds $50 million, in addition to almost $1 billion in our technology capabilities to date.** Florida Hospital will work with an industry-recognized leader in advisory services:

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

- Optum is the only company that combines leading operational capabilities with **best in KLAS-rated consulting services and technologies** to deliver innovative, patient-centric services.

  − Optum is the top focused health care specific vendor of those evaluated in the KLAS 2017 study. We scored highest in expertise as noted by all customers surveyed.

  − The KLAS study showed that Optum is strong in clinical practices analysis and patient populations while also providing guidance that helps customers develop, implement and revamp value base care initiatives.

- Optum is a leader in three categories measured by Everest Group's 2017 PEAK Matrix Assessments, showing a strong commitment to consulting services and solutions. <u>Click here for more information.</u> Everest also designated Optum as a Star Performer. We strengthened our consulting position—and were the only company of the 21 assessed to do so.

<div align="center">

**Optum has been named Leader in 3 categories** measured by
Everest Group's 2017 PEAK Matrix™ reports:

</div>

  

## Optum and The Advisory Board Company

Optum's history began more than 30 years ago with individual, specialized business units offering targeted health care services, technology tools and data analytics. In the first half of 2011, UnitedHealth Group® created Optum by unifying market-leading services and capabilities into a single integrated company that serves all key stakeholders in the health care market.

In November 2017, Optum acquired The Advisory Board Company, a leading health care technology and services firm. This broadens Optum's provider services portfolio. The Advisory Board provided healthcare consultative services for 39 years before the Optum acquisition.

## The Optum IQ Methodology

As the healthcare industry leader in data analytics, we have development a distinct methodology and tools for maximizing the use of data in a clinical environment, we call it OptumIQ™ . This methodology blends curated data, with leading analytics and applied expertise to provide a comprehensive view of the health care system. It is infused into all Optum® products and services.

These three pillars are the foundation of our health care intelligence. With this deep knowledge, we can better support clinical care, pharmacy services, risk management, employee engagement and much more.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

CURATED DATA

We start by integrating disparate data sources from across the health care system. Embedded in this curation process are steps to standardize and link the data at a person level, so that we can create a comprehensive view of quality, cost, access and satisfaction at both an individual and population level. Although the size of our data assets is impressive, it's the enrichment and curation that make them unparalleled in the industry.

LEADING ANALYTICS

We apply metrics and measures that look for patterns in quality and outcomes, consumer behavior; cost, risk and utilization; and operational performance to transform data into insights. Our library of analytic building blocks has been fine-tuned for 20 years and our multi-disciplinary team of experts update it constantly, so it reflects industry best practices, changing regulations, and technology advancements, such as artificial intelligence.

APPLIED EXPERTISE

Combining highly curated data and industry-leading analytics with our domain expertise in health care enables us to move our clients along the analytics maturity curve, from traditional models to artificial intelligence. Our teams of applied experts and analytics platforms yield insights that explore what will happen in the future, so our clients can take the right action today.

The health care system is complex, and stakeholders face similar challenges to deliver better care, lower costs and increase efficiency. But by deploying solutions backed by OptumIQ, we create new opportunities to help make the health system work better for everyone.

**HEALTH CARE INTELLIGENCE**



Population Analytics  |  Advocacy and Care Management  |  Advisory Services

**CLIENTS WE SERVE**

Employers, Government, Health Plans, Life Sciences, Providers, Individuals and Families

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

## Professional Fees (to be finalized if Optum selected by the Court)

Optum's professional fees for this engagement are estimated to be a monthly fee of $160,000 to $170,000, for Total pro fees of $640,000 to $680,000.

The professional fee quoted for this engagement encompasses only the scope of services described herein. Any additional services requested not identified herein will result in additional professional fees. Optum will notify the Court in the event that scope has been expanded and that additional fees apply. The Court will approve additional services and fees in advance.

## Expense Reimbursement

In addition to professional fees, Optum invoices clients an administrative and travel fee in the amount of 15 percent (15%) of all professional fees hereunder. This amount covers all expenses related to this engagement.

## Confidentiality

As an agent of the Court, the Optum's standard terms and conditions have been waived, however the Court hereby agrees as follows:

**Ownership/Confidentiality.**

The Court acknowledges that the Optum will retain all copyright, patent and other intellectual property rights in the methodologies, methods of analysis, ideas, concepts, know-how, models, tools, techniques, skills, knowledge and experience owned or possessed by the Optum before the commencement of, or developed or acquired by the Optum during or after, the performance of the services set forth herein (the "Services"), including without limitation, all systems, software, specifications, documentation and other materials created, owned or licensed and used by the Optum, or its affiliates or subcontractors in the course of providing the Services (the "Intellectual Property"), and the Optum shall not be restricted in any way with respect thereto. To the extent any of the Services incorporates any Intellectual Property, the Optum hereby grants the Court a non-exclusive, non-transferable right to use such Intellectual Property solely for purposes of using the services internally in accordance with the terms of the Order.  The Intellectual Property is confidential to Optum and its suppliers, if any. Thus, neither the Court nor the ADC shall disseminate to, or permit the use of, and shall take reasonable precautions to prevent such dissemination or use of, the Intellectual Property by any of its personnel to any third party. In addition, except as required by law, the Court and the ADC shall not disclose the fees charged by Optum to the Court to any third party, other than its officers and directors or professional services providers (e.g., accountants or legal counsel) who need to know such information in order to provide their respective professional services to the Court and, in each case, are bound by confidentiality obligations to the Court. The Court shall not remove from the Intellectual Property any confidential markings, copyright notices and other similar indicia therein.

Optum may use the Court's name on a list of clients and members in its programs.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**

## Management Team Biographies



**Braxton Millar, MBA**

*Vice President*
*27+ Years of Experience*
*Salt Lake City, UT*

Braxton "B.J." Millar, MBA, brings more than 25 years of health care experience to his role as an Optum Vice President specializing in value-based care. Mr. Millar serves Optum clients with Accountable Care Organization and Clinical Integration program formation, program evaluation, care transformation strategy, population health management, payer strategy development, provider alignment and readiness assessments. Mr. Millar's versatile skillset combines analytics, communications, process design and strategy to provide exceptional project management and delivery to Optum's clients.

In his role with Optum, Mr. Millar has led many CIN development engagements, served as an Interim CIN Director for a multisite regional system, and managed value-based care teams in assessing and deploying value-based strategies on local, regional and multistate initiatives. He provides executive oversight, subject-matter expertise and thought leadership across the entire value-based care spectrum, leading a large consulting team to deliver exceptional results for our clients.

Prior to joining Optum, Mr. Millar served as Health Care Director of Navigant Consulting in Chicago. His responsibilities included managing project teams on physician enterprise assessment and implementation projects to effectively identify real value opportunities and produce sustainable results without creating artificial dependencies.

Before joining Navigant Consulting, Mr. Millar served Quorum Health Resources Consulting, located in Brentwood, Tennessee, as Director of Physician Services. In this role, Mr. Millar led the development and delivery of physician-focused consulting solutions to address the economic, operational and strategic needs of hospitals and their physician partners.

In addition to the above roles, Mr. Millar's consulting career has included work in hospital and health system projects, correctional health care, and data and information technology solutions. He has worked in several regional consulting firms, including Equation Consulting and Phase 2 Consulting in Salt Lake City, as well as managing his own firms at Vertex Healthcare Consulting in Salt Lake City and Logix Consulting in Dallas. He began his career in health care as a surgical practice administrator at Salt Lake Cardiovascular and Thoracic Surgery P.C.

While at Phase 2 Consulting and as the Principle Partner of Vertex, Braxton was engaged directly in correctional healthcare.  His experience includes multi-year engagements with Maricopa County Jail in the development of services related to the Lower Buckeye complex transition, as well as the California Department of Corrections and Rehabilitation, where a comprehensive Behavioral Health staffing study was completed under the direction of the Federal Reciever.

Mr. Millar earned a Master of Business Administration, a Bachelor of Arts in philosophy and an associate degree in Spanish and Portuguese from Brigham Young University in Provo, Utah.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**



**Kassie Gill, DNP, APRN, FNP-C, CCRN, CEN**

*Senior Clinical Director*
*15+ Years of Experience*
*Gretna, LA*

As Senior Clinical Director, Dr. Kassie Gill, provides subject matter expertise, strategic partnership, and implementation leadership to Advisory Board clients in the areas of value-based care and physician alignment. In this role, she collaborates with clients to develop and execute Clinical Integration ("CI") network strategies, population health management strategies, and care models that support care management enterprise infrastructure, as well as form accountable care organizations, develop clinical programs aimed at reducing unwarranted clinical variability, develop Hospital Efficiency Improvement programs (HEIP), and operationalize clinical quality programs through the utilization of population health management software. Dr. Gill has extensive experience in the assessment, implementation, and operationalization of business intelligence solutions, such as Advisory Board's Crimson suite of products, among others, and has served as the lead project manager during the implementation phase of multiple CI programs and population health management programs across the U.S. Additionally, she has provided clinical subject matter expertise and consultative support for the design, development, and optimization of various Advisory Board proprietary software and analytics solutions.

Prior to joining Advisory Board, Dr. Gill served as Quality Analyst Manager at Gulf South Quality Network in Metairie, Louisiana, where she led the development of clinical quality programs, including HEIP, and utilized the analysis of physician quality performance data to improve care delivery and efficiencies within the regional CI network. She was also responsible for collaborating with physician and organizational executive leaders to operationalize the clinical quality program and network objectives within the region, provide education and counseling to physician outliers, implement and operationalize the information technology infrastructure, and align physician groups and service lines to foster improvements.

Previously, Dr. Gill fulfilled multiple roles within the nursing profession including serving as Clinical Nurse Educator in the Emergency Department ("ED") of East Jefferson General Hospital ("EJGH") in Metairie, Louisiana, and as House Supervisor and registered nurse at Mission Health in Asheville, North Carolina. As a registered nurse, Dr. Gill provided direct care to adult and pediatric populations in both the emergency department and critical care settings. In addition to her leadership roles, Dr. Gill has broad teaching experience, ranging from serving as a nurse educator and mentor, to being a certified instructor for ENA and AHA programs and guest speaker for BCEN certification review courses, to an adjunct clinical faculty position in Western Carolina University's Bachelor of Emergency Medical Science program. Currently, Dr. Gill maintains clinical practice as a nurse practitioner in an adult and pediatric urgent care setting.

Dr. Gill is an advanced practice registered nurse, a board certified family nurse practitioner, a Certified Critical Care Nurse and a Certified Emergency Nurse, and holds a multitude of additional adult and pediatric practice-related certifications. Dr. Gill holds a Doctor of Nursing Practice from Loyola University New Orleans, where her scholarly work was focused on the implementation of care models and operational principles that improve access to care, such as advanced open access scheduling. She holds a Bachelor of Science in Nursing, summa cum laude, from Lees-McRae College in Banner Elk, North Carolina, and an associate degree in nursing with highest honors from Asheville-Buncombe Technical Community College in Asheville, North Carolina.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**



**David Long, J.D., MBA**

*Consultant*
*9+ Years of Experience*
*Nashville, TN*

David Long, J.D., MBA, brings more than nine years of professional and health care experience to his role as an Optum Advisory Services (OAS) Senior Consultant. In this role, Mr. Long supports projects as a strategic partner by gathering data, facilitating stakeholder discussions, creating and refining legal and organizational documents, performing due diligence, and preparing and delivering key documentation and presentations. Mr. Long serves OAS clients with Value Based Care strategy, Clinical Integration program formation, medical home implementation, Accountable Care Organization formation, Center for Medicare and Medicaid Services application and grant writing, bundled payment design and implementation and program effectiveness, including previous experience with correctional healthcare in Arizona.

Prior to joining OAS, Mr. Long served as a Summer Associate for Vanderbilt University Medical Center in Nashville, Tennessee. In this position, Mr. Long observed and mapped clinical processes and workflows and recommended strategies based on these observations for the creation of a standard clinical operations model in accordance to Meaningful Use standards. In addition, Mr. Long created and implemented strategic plans for HITECH Phase II and ICD-10 transitions. He was also responsible for financial returns for the potential implementation of voice recognition software for physician dictation services.

Previously, Mr. Long served the Risk and Patient Safety Clinical Services Group at Hospital Corporation of America Inc. in Nashville, Tennessee. During this time, he analyzed data from patient safety initiatives and conducted a correlation study comparing the safety data with hospital lawsuit claims data. Mr. Long was responsible for delivering the study results with strategic recommendations for future initiatives to a cross-department management team.

Previously, Mr. Long served as an Intern at the Mississippi Attorney General's Office in Jackson, Mississippi, in the Consumer Protection and Civil Litigation Division. During this time, he drafted memoranda, motions and other legal documents for federal and state-level cases. He researched and drafted memoranda on state and federal level constitutional law with regards to health care reform in Mississippi with a primary focus on Medicare and Medicaid financials in the state system.

Mr. Long began his professional career at Google Inc., in Mountain View, California, as a Legal Assistant for the Commercial Legal Team. In this role, Mr. Long drafted and negotiated standard agreements with Google's business executives, conducted due diligence for mergers and acquisitions, and created process improvements for team functions and performance.

Mr. Long earned a Juris Doctorate in business and health care law from the University of Mississippi School of Law in Oxford, Mississippi, a Master of Business Administration in health care, operations and strategy from Vanderbilt University Owen Graduate School of Management in Nashville, Tennessee, and a Bachelor of Arts in political science from Stanford University in Palo Alto, California.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**



**Rene Sobolewski**

*Consultant*
*4+ Years of Experience*
*Nashville, TN*

As an Optum Advisory Services (OAS) Senior Consultant, Rene Sobolewski specializes in strategic planning, design and implementation of accountable care solutions. She has been deeply involved in the formation of Clinically Integrated Networks ("CINs"), providing hands-on support for organizational and legal structure development, marketing/communications and independent physician recruitment activities. Furthermore, Ms. Sobolewski has expertise with Medicare risk strategy development and implementation, post-acute care market assessments, as well as extensive analytics experience, including previous experience with correctional healthcare in Arizona.

Ms. Sobolewski plays a pivotal role in conducting operational assessments for organizations seeking to create or improve value-based care and population health management programs. In her work developing and implementing CINs and Population Health Services Organizations ("PHSOs"), Ms. Sobolewski focuses on facilitating and collaborating with physician councils to form organizational structures and governance models, including template creation and finalization, physician training and education, network outreach, and physician recruitment and retention.

Ms. Sobolewski has worked with academic medical centers, nonprofit health systems, and multi-system CINs across the country to design, operationalize and optimize physician alignment strategies. In addition, she has provided best practice support with a state-sponsored innovation model grant, serving on a team of experts that collaborated with the state, as well as government and commercial payers, to support reduced care variation and improved coordination across the state.

Prior to joining the Advisory Board, Ms. Sobolewski served as an Administrative Intern with the Upper Allegheny Health System with time spent at both Olean General Hospital in Olean, New York, and Bradford Regional Medical Center in Bradford, Pennsylvania. Ms. Sobolewski worked with senior management in key functional areas of each hospital including finance, quality and information technology.

Ms. Sobolewski received her Bachelor of Arts in medicine, health and society from Vanderbilt University in Nashville, Tennessee, where she also competed on the Division One Women's Golf Team.

**CONSULTING SERVICES – SOW:  Comprehensive Review of CGAR Monitoring Process**



**Adam Bryan, MBA**

*Vice President*
*15+ Years of Experience*
*Nashville, TN*

Adam Bryan, MBA, Vice President, has more than 15 years of experience partnering with health care leadership and executives to discern, evaluate, and modify organizational strategy leveraging health care financial, clinical, and operational analytics to progress goals within health systems, provider groups, payers, and other health care organizations.

In his role at Advisory Board, he has facilitated the integration of consulting services, big data, business intelligence, research and technologies to support the identification of opportunities and realization of progress towards organizational best practice. By aligning these services, he has supported member advancement against industry benchmarks, improvement of cultural alignment, evolution toward best practices, adoption of operational guidelines, and utilization of complex data to evaluate diverse opportunities. These efforts are implemented on behalf of integrated physician practices, academic medical centers and community hospitals by way of process redesign and best practice strategies gleaned through Advisory Board's experience and research of top performing organizations.

Adam holds a Bachelor of Science from Vanderbilt University, as well as a Master of Business Administration from Belmont University.

Exhibit 3

# Robert Joy, MBA, PMP

Robert Joy is an expert in healthcare performance management, health information technology and health data reporting. Mr. Joy has diverse experience with performance evaluation, quality management and process improvement in public and private healthcare organizations. Healthcare leaders facing major system challenges have benefited from his expertise to define, understand, stabilize and improve their organization's performance.

Mr. Joy's 25-year healthcare background includes:

- ➢ Collaborating with diverse healthcare executives to identify high impact improvement priorities
- ➢ Creating executive reports and dashboards that reveal root causes of poor performance
- ➢ Establishing healthcare performance measures, targets, and benchmarks with actionable details
- ➢ Ensuring information reliability for decision-makers through data quality tools and processes
- ➢ Incorporating national healthcare standards into business processes and performance metrics
- ➢ Designing decision support and business intelligence solutions for healthcare organizations
- ➢ Implementing and sustaining health system transformations through evidence-based decision-making

Since July 2017 Mr. Joy has been President of **Carbone Joy Consulting LLC**, a healthcare consulting firm.  Between April 2014 and June 2017, he was employed by **Public Consulting Group** (PCG) as a Senior Consultant and later Director.  Mr. Joy was employed as a Senior Manager with **Hubbert Systems Consulting** (HSC) between January 2007 and April 2014, at which time PCG acquired HSC.  Prior to 2007, Mr. Joy worked with **IBM**, **Sutter Health**, and **Human Performance & Fitness**.

**BACKGROUND and EXPERIENCE**

**California Correctional Health Care Services (CCHCS)**
Quality Management Consultant
10/2009 – 6/2016; 10/2016 – Present
- Developing metric methodologies and mapping data from source systems to individual measures, validating data, and analyzing measurement output to support various clinical disciplines and program areas across the organization including Pharmacy Services, Health Information Management, Medical Imaging Services, Dental Services, Mental Health Services, Medical Services, and Nursing Services, Human Resources, and Administrative Services
- Following HIPAA requirements for protected health information and working with the organization to clarify application of HIPAA requirements to decision support tools and analytic reports, including consulting on data privacy and security matters related to sharing correctional health care performance data
- Supporting development of data standards that use nationally recognized codesets and evaluating their applicability for use in detailed performance measure specifications, including NDC, LOINC, CPT, SNOMED and ICD
- Supporting documentation of QM requirements and implementation of data validation processes to ensure accurate and automated clinical data transfer of new data sources, including but not limited to the new Electronic Health Record System (EHRS)
- Developing performance measures to support statistical analysis and surveillance of health care provider performance based on nationally standardized quality, efficiency, access, process, enrollment, satisfaction and outcome metrics incorporating measurement guidance from AHRQ, NCQA, Joint Commission, NQF, CMS, Bureau of Justice Statistics (BJS), and the Health Information Technology for Economic and Clinical Health (HITECH) Act EHR incentive program
- Managing multiple concurrent analytic, technical and performance improvement projects throughout the various phases of their project lifecycles, including data analysis to reveal root causes of poor performance, acquisition of new data sources to drive expanded performance reporting, publishing large reports, acquiring new data sources, and ongoing implementation of new data warehousing capabilities to support enterprise analytics
- Supporting implementation of a enterprise data warehouse and development of clinical risk stratification models for predicting future inmate resource and placement needs (e.g., staffing, housing, contracted medical services, medications), including knowledge transfer to QM Section staff on best practices related to health information technology, business process improvement, performance management and patient safety

- Engaging with health care agency Executives and Deputies to support the development of CCHCS performance improvement priorities through data analysis and comparisons with internal and external sources, including assistance with defining strategies, goals, objectives and actions for improving health system performance
- Planning and coordinating resources, and disseminating reports on program activities related to health system performance management
- Working with the Director of Allied Health Services to improve the reliability of enterprise-wide imaging, lab, HIM, pharmacy and other allied health technologies and data streams
- Working with the Quality Management Section to apply national HIT, project management, and performance measurement standards to tools and technologies used to assess and improve CCHCS performance, including the CCHCS enterprise data warehouse.
- Working with all major CCHCS projects and collaborating with other business areas to measure and improve performance across various domains and HIT projects
- Documenting performance monitoring and improvement requirements and translating them into technical requirements for the tools and reporting solutions used by the organization to manage performance
- Assisting with design, implementation, training, maintenance, and upgrades for technologies that are used by CCHCS staff to support and improve health care business processes
- Applying knowledge of California IT policies and Executive Orders related to oversight and duties of IT staff to support development of new position classifications
- Applying knowledge of the Plata, Armstrong, Perez, Clark and Coleman lawsuits, as well has his understanding of the role of the 9th Circuit Court of Appeals, the Three-Judge Court, the Office of Inspector General, the Court Experts, the Prison Law Office and NCCHC standards to support the Program's role in meeting court-ordered health care reporting requirements for California's correctional agency.
- Supporting implementation of performance management tools including patient registries and improvement capabilities such as Failure Modes and Effects Analysis (FMEA) and Statistical Process Control (SPC)
- Providing recommendations for an organization-wide patient experience survey based on Bureau of Justice Statistics inmate survey standards to support valid benchmarking of patient survey outcomes
- Providing input on, and ensuring alignment between, the Statewide Performance Improvement Plan and Health Care Services Dashboard
- Recommending and verifying methodology and format revisions to CCHCS informatics capabilities

- Helping to verify impact of data quality and actual performance on measurable improvements, including recommending upgrades to data management processes for improving measurement reliability
- Reviewing report requests and deliverables to ensure output accurately meets stakeholder needs
- Facilitating meetings with clinical leadership, gathering required information, meeting with Subject Matter Experts (SMEs), and making recommendations as appropriate to assess and support Quality Management activities
- Actively participating in information gathering meetings, fact-finding meetings, working sessions, status reporting (both verbal and written), oral and/or written presentations, and general communication on an ongoing basis to help ensure success of CCHCS programs and projects
- Analyzing highly complex business, information, and technical problems to support design, development and implementation of an integrated enterprise business intelligence solution
- Identifying data sources (including patient demographics, provider rosters, program enrollment, third party claims, prescriptions, and laboratory results), and assessing their reliability, for, tracking and reporting of key indicators required to implement CCHCS programs and projects
- Interfacing with stakeholders at statewide, regional and local institutional levels to ensure successful implementation of all programs and projects supporting CCHCS performance improvement
- Communicating with CCHCS program and project staff to ensure efficient and effective exchange of information, and to ensure that important and timely decisions are made
- Working with CCHCS leadership to design and manage the strategies, goals, objectives, and actions that define core performance management activities, including implementing transformative business process improvements throughout the organization
- Assisting with implementation of the Complete Care Model infrastructure, including improvements to business processes related to patient access, medication management, and population health management
- Overseeing resolution of all program and project issues, and managing escalated risks
- Redesigning business processes related to use and support of CCHCS enterprise data warehouse, including re-engineering of reporting and data sources modified during Electronic Health Record implementation
- Supporting review and  modification of healthcare workflows and related business process models during design, development and implementation of an Electronic Health Record
- Suggesting enhancements to the patient safety incident reporting process and forms
- Providing input on the CCHCS patient satisfaction survey initiative

- Transferring knowledge to CCHCS staff on health care performance measurement and quality improvement processes
- Supporting governance and communication planning for informatics initiatives, including communication with multi-disciplinary team of internal stakeholders
- Supported additional QM-related activities for EHRS project, including:
  - Assisting with statewide implementation of an electronic health record system (EHRS) in California's 35 adult prisons, including expanded performance monitoring and improvement capabilities; incorporating new EHRS data into the enterprise health care data warehouse; and matching data between the EHRS and other data systems
  - Making recommendations for EHRS governance and communication planning related to informatics initiatives, including communication with multi-disciplinary teams of internal stakeholders
  - Documentation of EHRS informatics requirements, capabilities, and progress on related initiatives
  - Outreach to the EHRS user community to support requirements gathering and increased awareness of newly implemented decision support tools
  - Developing goals and objectives describing the benefits of EHRS implementation to the organization, staff and patients
  - Improving informatics capabilities, including enhancement to the management of new EHRS-related reporting and decision support capabilities
  - Using EHRS data to analyze patient-clinician panel size ratios, mental health acuity levels, clinical risk levels, institutional mission and institutional infrastructure to inform models for interdisciplinary care teams
  - Evaluating enterprise-wide informatics capabilities and data sources, including plans for merging legacy system data with EHRS data
  - Verifying EHRS-related methodology and format revisions to CCHCS informatics capabilities
  - Facilitating meetings with clinical leadership, gathering required information, meeting with Subject Matter Experts, making recommendations as appropriate to assess and support informatics and data governance activities to support EHRS rollout
  - Reviewing EHRS-related updates to health care coding standards (e.g., LOINC, CPT, ICD, NDC, SNOWMED) and evaluating their applicability for use in detailed performance measure specifications
  - Analyzing highly complex business, information, and technical problems to support design, development and implementation of an expanded enterprise data warehouse and business intelligence solution that incorporates new EHRS data
  - Recommending upgrades to data management processes for monitoring and improving EHRS data quality

- Transferring knowledge to CCHCS staff on health care performance measurement, data governance and analytic capabilities related to EHRS
- Identifying patient safety issues related to EHRS implementation

**California Department of Health Care Services**
Project Management Consultant
7/2016 – 6/2017

- Improving managed care plan monitoring measures, reports, tools and processes used to oversee the performance of over two dozen plans delivering care to over 10 million Medicaid beneficiaries in California
- Supporting transition of community-based Multipurpose Senior Services Program (MSSP) long term care services into a managed care plan benefit, including collaboration with leadership in private and public agencies to develop guidance for a smooth and cost-effective transition in care for approximately 5,000 frail elderly California Medicaid beneficiaries
- Overseeing actuarial studies to update the payment structure for dispensing fees and ingredient costs in California's $1.4 billion pharmacy program

**California Department of Public Health (CDPH)**
**Licensing and Certification Program (L&C)**
Organizational Assessment Consultant
1/2014 – 8/2014

- Performing a comprehensive organizational assessment of L&C capabilities
- Determining key challenges, issues and barriers impacting the fulfillment of state licensing and federal survey and certification requirements
- Delivering performance assessment, gap analysis and remediation recommendations to the program's executive stakeholders
- Providing detailed analysis of L&C performance data, analytic capabilities, data assets, data quality monitoring, and information technologies
- Recommending improvements to the tools used for monitoring L&C performance, including their content, media, format and underlying analytic processes
- Delivering suggestions on how to update data management, report development, and deliverable review processes for reports used by internal and external stakeholder
- Developing recommendations related to strategic planning, business intelligence, performance reporting, and external stakeholder engagement
- Reviewing legal and regulatory reporting requirements and recommending enhancements to performance assessment capabilities intended to enhance compliance

- Assessing L&C governing bodies and recommend ways to improve support for decision-makers
- Designing, implementing and analyzing employee capability and satisfaction surveys
- Identifying opportunities to improve staff development and knowledge management practices, and suggesting ways to enhance knowledge transfer
- Providing testimony to the California Legislature on assessment findings and recommendation

**California Department of Health Care Services (DHCS)**
**California Health Care Foundation (CHCF)**
Analytic and Performance Measurement Capacity Assessment Consultant
6/2013 – 1/2014

- Assessing DHCS governance structures and recommending improvements to support decision-making about Medi-Cal program priorities
- Reviewing measurable DHCS objectives and making suggestions about how to improve their linkage with internal performance measurement activities
- Designing, implementing and analyzing a survey of DHCS performance measurement and analytic capabilities
- Identifying ways to improve the use of valuable DHCS data assets
- Validating DHCS high-level analytic requirements based on its current and future strategic priorities
- Assessing the capacity of DHCS staff, technologies and organizational structure to support current and anticipated analytic requirements, including resource allocations within the Department
- Recommending actions to close the Department's analytic capacity gap
- Identifying opportunities to improve staff development and knowledge management practices among analytic staff, and suggesting ways to enhance knowledge transfer
- Providing input on updating data management, report development, and deliverable review processes to increase the usability of reporting output
- Evaluating tools used to monitor DHCS performance and recommending improvements to their content, media, format and underlying analytic processes
- Developing improvement strategies for enabling data-driven decision-making and strengthening the connection between stakeholder needs and performance measurement activities
- Designing interventions to ensure managers and staff are equipped to support policy development, fiscal analysis and program evaluation
- Assessing and recommending data quality improvement opportunities

**National Commission on Correctional Health Care (NCCHC)**
**Correctional Health Outcomes Resource Data Set Project (CHORDS)**
2/2011 – 10/2012
Performance Management Consultant

- Supporting NCCHC in fostering the adoption of health care performance measurement by correctional systems as a means of improving health care outcomes and reducing health care costs
- Drafting guidance for project participants that both described a practical set of standardized demonstration performance measures as well as outlined the data collection and reporting processes
- Evaluating various applicable code sets (e.g., LOINC, CPT, ICD, NDC) for use in detailed performance measure specifications, and providing recommendations on code usage
- Examining nationally recognized performance measures (e.g., from NCQA, AHRQ, NQF, Joint Commission) and providing recommendations on their applicability and customization for correctional settings
- Providing technical assistance to participants as they collect and submit their performance measures
- Presenting the project and its results at the annual NCCHC conference

**California Department of State Hospitals (DSH)**
**(formerly Department of Mental Health)**
Business Process Improvement and System Replacement Consultant
9/2008 – 10/2009

- Overseeing the Department's implementation of a new claims processing system used by all 58 California counties to process over $1b annually in statewide payments
- Managing requirements for a new HL7 interface between providers and the agency that used CPT and ICD codes for claims payment
- Supporting design, implementation, training, maintenance, and upgrades for technologies used to improve the process for collecting and analyzing mental health treatment data
- Converting from a legacy mainframe platform to a new system based on Service Oriented Architecture (SOA) consistent with the Centers for Medicare and Medicaid Services (CMS) vision for applying standardized business and technical architectures
- Elaborating the business and technical requirements for new health information technology infrastructure to ensure valid mental health treatment data were available for collection and analysis

- Tracking and submitting required information to control agencies of IT project status and risks using standardized templates and ratings specific to California state agency IT projects
- Supporting implementation of health information technology to submit mental health treatment data for the Medi-Cal population, which improved both the administrative business processes as well as the ability to track overall mental health program performance
- Facilitating decision-making among senior DSH leadership, including weekly meetings with top-tier DSH management to review major risks, issues and solution alternatives
- Managing requirements prioritization, documentation, development, testing and implementation of a replacement DSH claims payment technology solution, including describing agency specifications for business requirements related to provider, patient, enrollment and claims data sources
- Creating concise communication tools to support executive staff planning, execution and performance tracking
- Translating business requirements into technical requirements for the new mental health information technology solution
- Ensuring leadership activities were aligned with existing department policies and regulatory requirements
- Preparing documents, presentations and talking points for external stakeholder audiences
- Documenting improvements and support for business change management, including presentations to counties, DHCS and DSH management
- Collaborating with business and information technology staff at sister health agencies to providing recommendations for effective project implementation
- Participating and advising DSH, DHCS and counties on reforms needed to improve claims payment processing
- Designing, implementing, training, and upgrading technologies used by health care staff to support and improve health care business processes
- Advising internal management and external workgroups about processes to implement risk assessment tools
- Ensuring updated health care code set standards (e.g., LOINC, CPT, ICD, NDC) are applied to the project requirements to ensure that stakeholders benefit from efforts to apply national standards
- Evaluating the system's adherence to nationally recognized health care transaction standards (e.g., HL7, HIPAA, NCPDP) to simplify going maintenance

- Transitioning data source formats (including patient demographics, provider rosters, program enrollment, and third party claims) from non-standardized legacy formats into nationally standardized HL7 versions

**California Department of Health Care Services, Office of HIPAA Compliance**
Medicaid Information Technology Architecture (MITA) Self-Assessment Consultant
6/2007 – 5/2008
- Evaluating compliance with industry standards for patient, provider, enrollment, claims, lab, and pharmacy system in order to gauge gaps in capability maturity
- Verifying compliance with health care data standards and code sets, including HIPAA, NCPDP, CPT, ICD, and NDC
- Validating DHCS systems' and technologies' compliance with CMS requirements for developing, delivering, and sustaining a technical infrastructure supporting efficient and effective administration of the Medi-Cal program.
- Verifying capability gaps in the business and technical requirements impacting the validity of health data used to support Medi-Cal program infrastructure
- Managing resource scheduling, stakeholder engagement, and status reporting for the MITA Self-Assessment Team
- Meeting with health care agency Executives and Deputies to define future capability maturity goals and objectives, including establishment of strategies and actions to improve Medi-Cal program capabilities, which was essential for securing federal matching funds from CMS
- Translating CMS business requirements into technical solution requirements for the Medi-Cal program and identifying capability gaps that the agency needed to address in order to receive enhanced federal funding
- Taking an inventory of IT systems supporting Medi-Cal business processes and establishing an "as is" and "to be" enterprise view
- Incorporating current and upcoming plans for IT modernization into the development of a 10-year IT transition plan
- Identifying and providing confirmation of organizational inventory and contacts, assigning ownership of business processes, building preliminary and future views, interviewing state business owners and subject matter experts, and documenting key planning influences
- Developing a State Self-Assessment tool, using the MITA Framework provided by CMS, to evaluate the maturity of California's Medicaid program
- Assessing the maturity of systems that process transactions based on various Medi-Cal data sources (e.g., patient demographics, provider rosters, program enrollment, third party claims, prescriptions, laboratory services)

- Identifying and documenting state Medicaid business processes, systems and technology platforms, stakeholders and exchange partners, current and future initiatives
- Mapping Medi-Cal business processes to the MITA framework, determining current maturity levels
- Creating a 5-year and 10-year view of the maturation of California's Medicaid program
- Interviewing and surveying representatives of the business processes covered to gather information as necessary to complete the deliverable document
- Conducting interviews to inventory each business process and map to the MITA Framework's Business Process Models
- Evaluating each business process against the MITA Framework's Business Capability Matrices to establish the current maturity of California's Medicaid program
- Presenting summary findings of the MITA Self-Assessment to executive staff
- Preparing final integrated assessment report
- Presenting the Medi-Cal MITA experience at the annual CMS Medicaid IT conference

**California Department of Health Care Services (DHCS)**
**California Department of Public Health (CDPH)**
**(formerly jointly the California Department of Health Services - CDHS)**
Strategic Planning and Project Change Management Consultant
1/2007 – 6/2007

- Conducting assessments and developing transition plans related to CDHS programs and staff for the transition into two new Departments: DHCS and CDPH
- Identifying information technology staffing and asset requirements for the two new Departments
- Tracking deadlines, deliverable assignments and dependencies to ensure a successful split between DHCS and CDPH
- Developing a work plan which included the description of the tasks to be completed, criteria for completion, and deliverable expectations
- Working closely with health care agency Executives and Deputies to establish updated strategies, goals, objectives, and actions for their newly created agencies
- Identifying and ameliorating negative impacts on CDHS staff resulting from the reorganization process, including:
  - Analyzing staff responses to the CDHS employee survey and identifying the issues of greatest concern to employees
  - Identifying what classes of employees or organizational units were potentially most impacted

- o Consulting with CDHS management and reorganization transition staff about options for minimizing negative impacts, including recommendations for ways to minimize those impacts
- o Developing action plans for management and staff to deal with areas of potential problems
- o Facilitating meetings with impacted staff and management to discuss potential problems and the action plans to deal with them
- o Assisting in implementing the action plans, and modifying those action plans as warranted during the implementation process
- o Monitoring progress and providing monthly reports to CDHS management and the reorganization transition staff
- o Evaluating the overall effectiveness of these efforts and preparing a close out report for CDHS executives
- Providing expert advice and consultation on the structure and organization of the new CDPH and DHCS, including:
  - o Facilitating meetings with public health and health care services executives to define goals, mission, and values for CDPH and the DHCS
  - o Developing a draft report, goals, mission, and values; collecting, analyzing and incorporated comments into final report; and finalizing goals, mission and values
  - o Defining organizational models which included developing a draft report and draft models; collecting, analyzing, and incorporating comments into final report; and finalizing models
  - o Reviewing each identified public health program office within the Department of Health Services that would become part of the new Department of Public Health, and assist as needed in the identification of program scope, population served, funding sources, number of staff by classification / function and IT project status
  - o Reviewing identified programs that serve the same population
  - o Facilitating discussion sessions with executive management regarding findings and how to best realign programs, services, budgets and staff in the department
  - o Preparing draft report on alternatives for consideration
  - o Assisting in the preparation of implementation plans
  - o Advising DHCS management and reorganization transition staff on implementation progress
  - o Preparing a final implementation report

Prior to employment with HSC and PCG, Mr. Joy worked at the following companies:

**Truven Health Analytics, an IBM Company**
*(Formerly Thomson MedSTAT)*
Client Services Director, 9/2003 – 12/2006
Consulting Director, 1/2002 – 9/2003
Regional Consulting Services Manager, 1/2000 – 1/2002
Analytic Support Manager, 2/1999 – 1/2000
Senior Analytic Consultant, 12/1997 – 2/1999

- Leading health care performance improvement and information technology projects for the following agencies:
  - State of California, Department of Health Care Services
  - State of California, Public Employee Retirement System
  - State of Louisiana, Department of Health and Hospitals
  - State of Montana, Department of Public Health and Human Services
  - State of Missouri, Department of Social Services
  - State of Nebraska, Health and Human Services System
- Managing data warehouse implementations that included extract, transformation and loading of patient, provider, enrollment, claims, lab, and pharmacy data
- Supporting optimization of client use of their new data warehousing capabilities in concert with their existing analytic tools and data systems
- Overseeing extract, transformation and loading of data following HIPAA NCPDP, CPT, ICD, and NDC standards as part of data warehouse implementations
- Supporting development of technical requirements for data mapping to reliably extract, store and use data to help clients adopt new business intelligence tools, including documentation of requirements for ongoing maintenance of the data warehouse
- Evaluating information flow, developing data validation processes enhancements, supporting improvement of health care data reliability, and overseeing quality control and quality assurance of data collection and data analysis methodologies
- Directing teams of health care business analysts, database operations staff, and ad hoc report writers who designed quality, efficiency, access, process, enrollment, satisfaction and outcome metrics following NCQA, AHRQ and CMS standards, which were used to help manage state Medicaid agency performance
- Managing both large scale data warehouse implementation projects as well as smaller change orders, ensuring customer requirements were well- documented, system design was properly tested, and user roll-out was fully supported

- Informing technical requirements for configuration of new state business intelligence solutions, including support for the testing, documentation and roll-out of these solutions, which were used to monitor and improve program performance
- Overseeing large scale data warehouse implementation projects for multiple large state Medicaid agency clients (including for the California Department of Health Care Services which has a current budget $105b), providing these agencies with the reporting capabilities to support performance improvement initiatives
- Understanding client business requirements and translating those into technical requirements to ensure data warehousing and business intelligence solutions met client needs for overseeing and improving Medicaid agency performance
- Coordinating project operations for Medi-Cal's Management Information System / Decision Support System (MIS/DSS), the nation's largest Medicaid business intelligence solution
- Applying knowledge and understanding of IT policies in the State Administrative Manual (SAM) and the Statewide Information Management Manual (SIMM) in addition to the budgeting and monitoring process for IT projects, including Budget Change Proposals (BCPs), Feasibility Study Reports (FSRs), and Special Project Reports (SPRs) to support compliance with California state IT project requirements
- Managing project teams providing payment integrity, clinical and policy analyses for Medicaid programs
- Delivering and documenting $488 million in Medi-Cal cost savings
- Designing, developing and implementing systems with complex data integrity and user needs
- Working with the executive leadership of health care agencies to design and manage the strategies, goals, objectives, and actions that define core performance management activities, including implementing transformative business process improvements throughout their organizations
- Implementing, updating and upgrading database, application and web servers
- Overseeing specifications and vendor selection for multimillion-dollar system implementations
- Maintaining collaborative relationships with users, vendors and government agency executives
- Meeting regularly with Medicaid executives across five States to identify their agencies' goals and objectives and establish how their business intelligence and decision support capabilities can help them track performance of strategies and actions designed to improve agency services
- Developing and managing system implementation pricing, budget, scope, staff and timelines for a $100m+ data warehousing project

- Documenting Medicaid clients' return on investment related to payment integrity projects
- Overseeing health care analytic training for 200+ users on a 2 billion record health care database
- Supporting data management, analytics and reporting of CMS-required NCQA measures used by the External Quality Review Organization (EQRO) to assess and improve program quality
- Oversaw delivery of Medicaid EQRO services, including health plan audits and monitoring reports
- Supporting design, development, implementation, usage and ongoing enhancement for a DHCS "Briefing Book" of Medi-Cal Managed Care Plan Performance Dashboards
- Designing, procuring, implementing, training, maintaining, and upgrading technologies used by health care staff to support and improve health care business processes, including translating business requirements into solution capabilities
- Analyzing highly complex business, information, and technical problems to support design, development and implementation of integrated enterprise business intelligence solutions
- Coordinating design and testing sessions with end-users and executives
- Developing analytic framework for governor-appointed pharmacy cost-containment task force
- Creating web-based report cards benchmarking Medi-Cal managed care plan performance
- Using SQL on Microsoft and IBM databases to provide data management, analytics and reporting
- Instituting monthly consulting, system usage and database performance reports
- Creating and administering database test plans, and overseeing database user acceptance testing

**Sutter Health**

1/1996 – 12/1997

Physician Services Manager

- Leading a project to overhaul the physician compensation system, including a sub-project involving implementation of a data mart using provider, patient, claims, enrollment and appointment data that included CPT and ICD codes
- Supporting physician practice assessment and improvements to health system cost-effectiveness, including transfer of technical knowledge and documentation to other staff to maintain and operate the data mart
- Reporting on a five-county $90 million management services organization with 500+ primary care providers and specialists, and implementing processes to reliably calculate and report provider compensation
- Merging data with patient demographics, provider rosters, program enrollment, and third-party claims sources into a database producing timely and accurate management reports using nationally recognized code sets, standards and measures, including CPT codes, ICD codes, and Relative Value Units (RVUs)
- Designing, implementing, maintaining, and upgrading technologies to support and improve health care business processes, including working with physician leaders to translate their business requirements into technical solution capabilities
- Advising the Compensation Committee on methodology development and validation strategies to ensure accurate, actionable performance metrics
- Supporting physician practice assessment and verifiable improvement
- Delivering written and verbal analytic reports to corporate and physician executives to improve physican and allied health performance and business processes
- Working with executive leadership to design and manage the strategies, goals, objectives, and actions that define core performance management activities, including implementing transformative data management and compensation process improvements throughout three medical groups
- Designing, implementing and monitoring managed care pricing and risk pool distribution
- Improving financial and clinical performance of $40 million, 80,000 member program
- Running a $32m incentive plan for 200+ providers to improve enrollment, productivity and quality

**Human Performance & Fitness (HP&F)**
4/1990 – 1/1996
Director of Operations

- Overseeing a project to design, develop, implement, and train staff on a patient data tracking system that used patient, claims, and enrollment data to track client progress, improve clinical outcomes, and monitor program cost-effectiveness, including CPT and ICD codes
- Developing business requirements, technical requirements, and data verification processes for a health data system used to support rehabilitation facility accreditation requirements, including design, development and validation of reports required to support the accreditation process
- Constructing a tracking system for profiling, marketing and quality assurance of 40+ allied health providers using nationally recognized code sets, standards and measures
- Monitoring program performance to help identify improvement opportunities for Increasing business process efficiency
- Leading board of directors meetings to establish goals and objectives for improving the organization's performance, including development of strategies and actions for implementing measurable improvements
- Developing capitation management systems to track eligibility, authorization and payments
- Designing, procuring, implementing, training, maintaining, and upgrading technologies used by health care staff to support and improve health care business processes, including translating business requirements into solution capabilities
- Creating budgets, preparing financial statements, monitoring cash flow and ordering transfers
- Directing an accreditation project resulting in the first award (and recertification) of its kind in California from the national Commission on Accreditation of Rehabilitation Facilities, including mapping of requirements to local capabilities, identifying gaps for remediation, and tracking corrective actions
- Adding 15 managed care contracts, including capitated and fee-for-service arrangements

**EDUCATION**

**Master of Business Administration (MBA), 1989**
Thunderbird School of Global Management, Arizona State University

**Bachelor of Arts, International Relations, 1988**
California State University, Sacramento
University of Uppsala, Sweden
University of Copenhagen, Denmark

**CERTIFICATIONS and MEMBERSHIPS**

**Project Management Institute**
Project Management Professional (PMP), ID# 1282794

**Healthcare Information and Management Systems Society (HIMSS)**
ID# 700804134