1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
14

15                UNITED STATES DISTRICT COURT

16                     DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS

**PLAINTIFFS' PROPOSAL RE: USE OF CONTEMPT FINES (DOC. 2898)**

                    Plaintiffs,

         v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

                    Defendants.

1    Pursuant to the Court's order, Plaintiffs hereby submit their proposal for the use of
2 the contempt sanctions "to further compliance with the healthcare requirements of the
3 Stipulation." [Doc. 2898 at 23]

4    The Court should use 90% of the funds to pay for one or more independent medical
5 experts to investigate and resolve concerns about the medical care of individual class
6 members. Concerns regarding medical care may be brought to the expert's attention by
7 counsel for Plaintiffs, class members and/or their families/friends, and/or by current or
8 former health care or custody staff. The expert shall investigate all allegations of
9 inadequate care within seven days of receipt of the complaint. When the expert concludes
10 based upon professional opinion and training that further action is needed, the expert shall
11 within seven days of such a conclusion notify Defendants, their health care contractor, and
12 counsel for Plaintiffs and Defendants of the class member's need for medical attention.
13 Defendants shall provide a substantive response and update in writing within 14 days of
14 the notification to the expert and counsel for Plaintiffs regarding what remedial steps were
15 taken to ensure the provision of adequate medical care to the class member. This process
16 will not replace the currently existing grievance process outlined in ADC's Department
17 Order ("DO") 802, at https://corrections.az.gov/sites/default/files/policies/800/0802.pdf.

18    The Court should use 10% of the funds to compensate each class member
19 identified by Defendants as being among the individual instances of noncompliance with
20 the OSC order in December 2017 and January 2018. *See* Doc. 2898 at 21-22; *citing*
21 Docs. 2600, 2650, 2664, 2675, 2747, 2815; *see also United States v. United Mine Workers*
22 *of Am.*, 330 U.S. 258, 303-04 (1947) (holding that the relief granted in civil contempt
23 proceedings can be either coercive or compensatory); *Hook v. State of Ariz.*, 907 F. Supp.
24 1326, 1340 (D. Ariz. 1995), *aff'd sub nom. Gluth v. Ariz. Dep't of Corr.*, 73 F.3d 369 (9th
25 Cir. 1995), *and aff'd sub nom. Hook v. Ariz. Dep't of Corr.*, 107 F.3d 1397 (9th Cir.
26 1997), *as amended on reh'g and reh'g en banc* (Apr. 22, 1997) (same). A sum of $100
27 for each instance of noncompliance should be deposited in each listed class member's
28 prison trust account. If the class member has been released since the instance(s) of

LEGAL140666121.1

1  noncompliance, Defendants shall forward payment to the former class member at the last
2  address on record.  If the class member has died since the instance(s) of noncompliance,
3  Defendants shall forward payment to the next of kin on record.  If released class members
4  or survivors of class members cannot be located, any unpaid money shall be spent paying
5  for the time and services of the expert, as described above.

6  Respectfully submitted,

7  Dated:  July 23, 2018               **PRISON LAW OFFICE**

By:   s/ Corene Kendrick
      Donald Specter (Cal. 83925)*
      Alison Hardy (Cal. 135966)*
      Sara Norman (Cal. 189536)*
      Corene Kendrick (Cal. 226642)*
      Rita K. Lomio (Cal. 254501)*
      **PRISON LAW OFFICE**
      1917 Fifth Street
      Berkeley, California 94710
      Telephone:  (510) 280-2621
      Email:    dspecter@prisonlaw.com
                ahardy@prisonlaw.com
                snorman@prisonlaw.com
                ckendrick@prisonlaw.com
                rlomio@prisonlaw.com

      *Admitted *pro hac vice*

      David C. Fathi (Wash. 24893)*
      Amy Fettig (D.C. 484883)**
      Victoria Lopez (Ill. 6275388)*
      **ACLU NATIONAL PRISON PROJECT**
      915 15th Street N.W., 7th Floor
      Washington, D.C. 20005
      Telephone:  (202) 548-6603
      Email:    dfathi@aclu.org
                afettig@aclu.org
                vlopez@aclu.org

      *Admitted *pro hac vice*.  Not admitted
       in DC; practice limited to federal
       courts.
      **Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone:  (520) 477-1475 |
| 4 | Email:    kirstin@eidenbachlaw.com |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF** |
| 6 | **ARIZONA**<br>3707 North 7th Street, Suite 235 |
| 7 | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 8 | Email:    kbrody@acluaz.org |
| 9 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 10 | John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP** |
| 11 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 12 | Telephone:  (602) 351-8000<br>Email:    dbarr@perkinscoie.com |
| 13 | agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)* |
| 15 | **JONES DAY**<br>555 California Street, 26th Floor |
| 16 | San Francisco, California 94104<br>Telephone:  (415) 875-5712 |
| 17 | Email:    cnmitchell@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 20 | 717 Texas Street<br>Houston, Texas 77002 |
| 21 | Telephone:  (832) 239-3939<br>Email:    jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 24 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm;<br>Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
Jessica Jansepar Ross (Bar No. 030553)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org
jross@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

LEGAL140666121.1 -4-

**CERTIFICATE OF SERVICE**

I hereby certify that July 23, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Kevin R. Hanger
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
khanger@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL140666121.1

-5-