FENNEMORE CRAIG, P.C.
Timothy Berg (No. 004170)
Todd Kartchner (No. 021857)
Courtney R. Beller (No. 029412)
2394 East Camelback Road
Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: tberg@fclaw.com
Email: tkartchner@fclaw.com
Email: cbeller@fclaw.com

Attorneys for Corizon Health, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, et al., | Case No. 2:12-cv-00601-ROS |
| Plaintiffs, | **MOTION FOR EXPEDITED CONSIDERATION AND DECISION OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF APPEAL** |
| v. | |
| Charles L. Ryan, et al., | *EXPEDITED CONSIDERATION REQUESTED* |
| Defendants. | |

Defendant-Intervenor Corizon Health, Inc. ("Corizon") hereby moves for expedited consideration and decision of Corizon's Motion to Intervene for Limited Purpose of Appeal from the final orders and judgments of this Court filed June 22, 2018.

As set forth in the concurrent motion, Corizon may intervene for the limited purpose of appeal from the final orders and judgments filed June 22, 2018. Corizon is in danger of missing the opportunity to appeal if expedited consideration is not granted. Under these circumstances, it is appropriate for an indemnifying party like Corizon to receive expedited consideration of a motion to intervene. *See* Corizon's Motion to Intervene (filed concurrently herewith).

Corizon requests that all parties be given an abbreviated deadline to file any response in opposition to Corizon's Motion to Intervene and that any ordered reply and/or oral argument be scheduled shortly thereafter.

Corizon also respectfully requests that the Court issue a ruling on the Motion to Intervene on an expedited basis to ensure Corizon may participate fully in the current appeal.[1]

DATED this 23th day of July, 2018.

                FENNEMORE CRAIG, P.C.

By: */s/ Todd Kartchner*
    Timothy Berg (No. 004170)
    Todd Kartchner (No. 021857)
    Courtney R. Beller (No. 029412)
    2394 East Camelback Road, Suite 600
    Phoenix, AZ  85016-3429
    Attorneys for Corizon Health, Inc.

---

[1] Out of an abundance of caution, Corizon filed a protective notice of appeal in the Ninth Circuit on Monday, July 23, 2018, which indicated that Corizon filed this Motion to Intervene and is awaiting decision.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the all CM/ECF registrants in this matter.

*s/ Jennifer Fortner*