FENNEMORE CRAIG, P.C.
Timothy Berg (No. 004170)
Todd Kartchner (No. 021857)
Courtney R. Beller (No. 029412)
2394 East Camelback Road
Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: tberg@fclaw.com
Email: tkartchner@fclaw.com
Email: cbeller@fclaw.com

Attorneys for Corizon Health, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | Case No. 2:12-cv-00601-DKD <br><br> **NOTICE OF PROTECTIVE APPEAL** |

Notice is hereby given that Prospective Defendant-Intervenor, Corizon Health, Inc. ("Corizon"), who has filed a motion to intervene for purposes of appeal in the Arizona District Court, which is pending for ruling, appeals to the Ninth Circuit Court of Appeals from the orders and judgments entered in the above mentioned case on the 22nd of June, 2018 (Dkt. 2898-2905) and all prior orders and rulings related to or necessarily part of those orders and judgments, which directly impact Corizon and/or Corizon's alleged obligations to indemnify the Arizona Department of Corrections.

DATED this 23th day of July, 2018.

FENNEMORE CRAIG, P.C.

By: */s/ Todd Kartchner*
Timothy Berg (No. 004170)
Todd Kartchner (No. 021857)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Courtney R. Beller (No. 029412)
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Attorneys for Corizon Health, Inc.

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the all CM/ECF registrants in this matter.

*s/ Jennifer Fortner*

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX