Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-ROS <br><br><br> **DEFENDANTS' NOTICE RE: COURT ORDER (DOC. 2898)** |

In accordance with the Court's Order (Doc. 2898), Defendants submit the following proposals regarding the best use of the $1,445,000.00 sanction, which was deposited into the Registry of the Court (Doc. 2913) as follows:[1]

---

[1] Defendants' compliance and proposals shall not be deemed a waiver of their right to appeal the Court's Order or to request a stay. Defendants have appealed this Order and a motion to stay is forthcoming. The Court should resolve that motion to stay before taking any further action on this Order.

1. Hire more ADC monitors to audit Corizon's performance and scores under the Performance Measures. Each monitor's annual salary would be approximate $60,000, plus Employee Related Expenses (ERE).

2. Make improvements and/or expansions to Inpatient Component/Infirmary beds (IPCs) at ASPC-Florence, Lewis, Perryville and Tucson. ADC could also expand more IPC beds or develop areas in existing dorms to convalesce.

3. Make modifications in ASPC-Florence/Kasson Unit for housing and programming of mental health inmates. For example, ADC could build more program space and a quiet room. The funds could also be utilized for modifications at ASPC-Tucson/Rincon Unit in the mental health dorms.

4. Compensate any expert witnesses ordered by the Court.

DATED this 23rd day of July, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
　　Daniel P. Struck
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona  85226

　　Office of the Arizona Attorney General
　　Michael E. Gottfried
　　Assistant Attorneys General
　　2005 N. Central Avenue
　　Phoenix, Arizona 85004-1592

　　*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:  ahardy@prisonlaw.com

Amelia M. Gerlicher:  agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:  afettig@npp-aclu.org

Asim Dietrich:  adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:  ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:  dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:  dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org

John Howard Gray:  jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:  jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:  jrico@azdisabilitylaw.org

Kathleen E. Brody  kbrody@acluaz.org

Kirstin T. Eidenbach:  kirstin@eidenbachlaw.com

Maya Abela  mabela@azdisabilitylaw.org

Rose Daly-Rooney:  rdalyrooney@azdisabilitylaw.org

Sara Norman:  snorman@prisonlaw.com

Rita K. Lomio:  rlomio@prisonlaw.com

Victoria Lopez:  vlopez@aclu.org

/ / /

/ / /

/ / /

3

1    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the
2    CM/ECF System:

3        N/A

4                                          /s/Daniel P. Struck
                                          _____