**EXHIBIT 1**

**EXHIBIT 1**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br>**DECLARATION OF CARSON McWILLIAMS** |

I, **CARSON McWILLIAMS**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since 1978.

3. I currently serve as ADC's Division Director, Offender Operations, and have held this position since February 2014.

4. From January 2012 to February 2014, I served as ADC's Northern Region Operations Director.

5. I started my career with ADC in 1978 as a correctional officer.

6. During my 38 year career with ADC, I have been assigned to five (5) of ten (10) ADC prison complexes and held the following positions: Correctional Officer, Correctional Program Officer I, Correctional Program Officer II, Classification Specialist, Correctional Program Supervisor, Associate Deputy Warden (Arizona State Prison Complex-Florence West Unit), Deputy Warden (Arizona State Prison Complex-Florence East Unit & Arizona State Prison Complex-Eyman SMU II), Warden (Arizona State Prison Complex-Florence), Southern Region Operations Director, Interim Deputy Director, Northern Region Operations Director, and Interim Division Director of Prison Operations.

7. I hold a Bachelor's Degree in Criminology from Indiana State University (1977).

8. Throughout my employment with ADC, I have regularly attended annual training and seminars to keep current in the field of corrections. I also regularly attend seminars and training provided by the American Correctional Association and the National Institute of Corrections.

9. I am a member of the American Correctional Association. The American Correctional Association ("ACA") is the largest and oldest correctional association in the world and provides training and conferences in corrections management as well as corrections standards and certification.

10. The National Institute of Corrections ("NIC") is an agency within the Federal Bureau of Prisons that provides training policy/program development assistance to federal, state, and local corrections agencies. The NIC also provides guidance regarding corrections policies, practices, and operations nationwide.

11. As ADC's Division Director, Offender Operations, I oversee the daily operations of all ADC prison complexes, including staffing, staff accountability, and all security operations.

12. I also monitor the six (6) private correctional facilities with which ADC contracts to incarcerate ADC inmates.

13. Previously, as ADC's Northern Region Operations Director, I oversaw the daily operations of five (5) ADC prison complexes which include ADC's Eyman Complex, Florence Complex, Lewis Complex, Winslow Complex, and Phoenix Complex. I oversaw staffing, staff accountability, and all security operations.

14. At the time I served as ADC's Northern Region Operations Director, with the exception of the Winslow Complex, the four other complexes I oversaw operated maximum custody units.

15. In my position as Northern Region Operations Director, I directly supervised the five wardens assigned to each of the five prison complexes noted above.

16. Currently, as Division Director, Offender Operations, I supervise the ten wardens assigned to each of ADC's ten prison complexes.

17. I am familiar with the *Parsons* litigation, Stipulation, and post-Stipulation activity.

18. I am aware that on June 22, 2018, Magistrate Judge Duncan ordered the Health Needs Request (HNR) boxes to be restored for inmate use within 30 days.

19. The Order requires Defendants to reinstall HNR boxes in all housing units where they were removed, but does not require Defendants to place them in the same locations as before so long as they are as accessible as before.

20. The Order also requires Defendants to resume the previous process of collecting and logging the submitted HNRs.

21. The Order further requires Defendants to notify inmates in writing of the reverting back to the prior HNR submission process.

22. As a result of the Order, Defendants assessed available resources and determined that running dual systems—the court-ordered HNR box system and the open clinic

2

practice—was unduly operationally burdensome on already limited correctional and medical personnel and both systems could not be accommodated simultaneously. Accordingly, Defendants were required to cease operation of the open medical clinic to comply.

23. In compliance with the Order, on July 13, 2018, Defendants posted an Inmate Notification to all inmates informing them of the Order and the reversion back to the prior HNR submission process (attached hereto as Ex. 1).

24. The Notice provides that the open medical clinic will cease operations on July 19, 2018 and the HNR process will resume on July 20, 2018. (Id.)

25. On the same day as the notice, July 13, 2018, Defendants initiated the process of re-installing the HNR boxes as ordered by the Court.

26. As of today's date, Defendants have complied with the Court's Order through the aforementioned actions.

27. The open clinic ceased to operate on July 20, 2018, with the last operating date of July 19, 2018.

28. The HNR boxes were restored as ordered, and the process of collecting submitted HNRs began on the evening of July 19, 2018 so that medical appointments resulting from the HNR box process could begin on July 20, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July, 2018.

_____
Carson McWilliams

3

**EXHIBIT 1**

**EXHIBIT 1**



| | ARIZONA DEPARTMENT OF CORRECTIONS<br><br>INMATE NOTIFICATION | Notification Number:<br><br>18-18 |
|---|---|---|
| | | Issue Date:<br><br>JULY 13, 2018 |

*POSTING NOTIFICATION*

This information is to be posted for **a minimum of 30** days in areas accessible to inmates and shall be made available to inmates who do not have access to posted copies.

## TO ALL INMATES

On June 22, 2018, Magistrate Judge Duncan ordered the Health Needs Request (HNR) boxes to be returned for inmate use and must be in compliance within 30 days from June 22.

This notice is to inform all inmates that effective July 20, 2018, ADC will return to the formerly used practice of requesting to see medical. Inmates are to use the HNR form and place it in the secure HNR box.

The open nurse's line will no longer be available. Inmates must use the HNR box for sick call and medication issues.

July 19, 2018, will be the last day of the open nurse's line. Utilization of the HNR box will begin on July 20.

_____
Charles L. Ryan
Director