Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**DEFENDANTS' NOTICE RE: COURT ORDER (DOC. 2904)** |

In accordance with the Court's Order (Doc. 2904), Defendants submit the attached proposed plan to implement the recommendations contained in the final Advisory Group report (attached hereto as Exhibit 1).[1]

---

[1] Defendants' compliance and proposal shall not be deemed a waiver of their right to appeal the Court's Order or to request a stay.  Defendants have appealed this Order and a motion to stay is forthcoming. The Court should resolve that motion to stay before taking any further action on this Order.

DATED this 23rd day of July, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
      Daniel P. Struck
      Rachel Love
      Timothy J. Bojanowski
      Nicholas D. Acedo
      3100 West Ray Road, Suite 300
      Chandler, Arizona  85226

      Office of the Arizona Attorney General
      Michael E. Gottfried
      Assistant Attorneys General
      2005 N. Central Avenue
      Phoenix, Arizona 85004-1592

      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:                ahardy@prisonlaw.com

Amelia M. Gerlicher:         agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:               afettig@npp-aclu.org

Asim Dietrich:               adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:        cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:          ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:         DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:           dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:              dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:            jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:         jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:          jrico@azdisabilitylaw.org

Kathleen E. Brody            kbrody@acluaz.org

Kirstin T. Eidenbach:        kirstin@eidenbachlaw.com

Maya Abela                   mabela@azdisabilitylaw.org

Rose Daly-Rooney:            rdalyrooney@azdisabilitylaw.org

Sara Norman:                 snorman@prisonlaw.com

Rita K. Lomio:               rlomio@prisonlaw.com

Victoria Lopez:              vlopez@aclu.org

/ / /

/ / /

/ / /

3

1     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

2

3     N/A

4                                   /s/Daniel P. Struck

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28