**EXHIBIT 1**

**EXHIBIT 1**

**Implementation Plan for Advisory Board Recommendations**

Corizon has reviewed the final report of Advisory Board and the recommendations contained therein. The following is Corizon's implementation plan as required by the Court.

**Recommendation 1:  Develop a stronger screening process**

Corizon has enhanced its screening process for new candidates to include, among others, (i) direct involvement in the hiring process by Corizon's Chief Medical Officer, (ii) checking references before an offer is made, and (iii) offering and encouraging site shadowing opportunities.  This will ensure Corizon has more complete background information and that the candidate has a better understanding of both the employment opportunity itself and what working in a correctional environment entails.  Corizon has already improved its screening process for all credentialed positions and is currently working on the next phase to introduce more structure to the interviewing questions at each stage of the employment process.

**Recommendation 2: Strengthen and standardize a referral and retention bonus plan**

Corizon is evaluating potential referral and retention bonus plans to determine whether to implement this recommendation.

**Recommendation 3:  Ensure compensation methodology integrity**

Corizon has a Compensation Department to assist in ensuring employee compensation is equitable. Corizon will continue to evaluate compensation structures to ensure their integrity.

**Recommendation 4:  Establish a permanent regional "Provider Pool"**

Corizon has a pool of PRN providers and telehealth providers who are used to fill in when another provider is out or a position is vacant.  Corizon is constantly improving its reporting methodology to capture work hours more accurately to provide greater visibility of services being provided.  In addition, Corizon has created a telehealth hub at its Arizona Regional Office to help facilitate such services and better attract and recruit PRN candidates from the more populated Phoenix area.

**Recommendation 5: Consistently staff Directors at all locations**

Corizon aggressively recruits whenever a medical director position becomes vacant.  Recognizing the importance of this position, Corizon commonly uses experienced and seasoned staff members on an interim basis during periods in which such recruitment occurs.  Corizon recently filled one vacancy; is interviewing potential candidates for two more; and is in the process of extending an offer to another.

**Recommendation 6: Enhance and track a more robust training and mentoring program**

Corizon has hired a new Director of Organizational Development who has begun making improvements to the onboarding process.  Among other changes, the length of the provider orientation process has been greatly expanded and occurs both at the Regional office as well as on site.  In addition, Corizon

hosts three days of general onboarding for all new staff hired throughout the State. This expanding onboarding occurs at the Arizona Regional Office, and Corizon holds a class every other week for its new hires. Further, Corizon has implemented a process by which new employees (including providers) are interviewed after thirty (30) days on the job to ensure their initial job expectations are being met and to address any issues and concerns they may have regarding their new position. Corizon has also expanded its nursing school program affiliations and its continuing education (CE) offerings through its learning management system (LMS). Finally, Corizon has made enhancements to its required learning programs, including classroom, e-learning, and on-the-job training, and it has implemented tracking features to confirm successful completion of such programs.

**Recommendation 7: Reinforce a culture that supports ongoing learning and development**

Corizon will continue to support the efforts of its providers in completing their required continuing education requirements, which includes, but is not limited to, providing an annual stipend for the cost of continuing education. In addition, Corizon will continue to ensure that providers are allowed the time off to complete these courses. To that end, Corizon has expanded its course offerings from seventeen (17) to five hundred (500), which include CE offerings through its LMS, as well as compliance training and professional development options. Again, the aforementioned tracking measures confirm completion of such offerings.

**Recommendation 8: Create a provider led committee structure to increase employee engagement**

Corizon is evaluating this recommendation, but also notes it has daily meetings, led by its Arizona Regional Medical Director, in which providers discuss quality of care and patient specific cases. In addition, these meetings are treated as collegial exchanges, and providers are encouraged to raise any issues they would like to discuss.

**Recommendation 9: Consider implementing changes based on employee feedback**

Corizon will continue to encourage employees to provide feedback and consider implementing any suggested changes as appropriate. Corizon continually seeks feedback from its employees through a variety of methods, including individual feedback, survey data, town hall type meetings, and exit interviews.