**EXHIBIT 2**

**EXHIBIT 2**



**John D. Allen**

President
J Allen Correctional Healthcare Management

J Allen Correctional Healthcare Management
Friendswood, Texas
Jan. 2009 – Present

### CURRENT WORK PROJECTS
The J Allen organization is involved in multiple facets of the correctional healthcare market place, including - but not limited to - the following highlighted contracts:

**Brazoria County Jail:**
Our team provides comprehensive healthcare services, both medical and mental health, to the 850 inmate patients incarcerated at the Brazoria County Jail in Angleton, Texas.

**Federal Corrections Complex Tucson:**
Our team currently manages the long-term care services for the Federal Bureau of Prison's Correctional Complex in Tucson, Arizona.

In this capacity, we provide inmate patients access to a long-term care services and sub-specialty providers in a manner that transitions patients from a hospital level of care to a long-term care facility and then back to the Bureau in a fluid and clinically appropriate manner.

**California Attorney General's Office:**
For the past 4 years our team has assisted the California AG's office with various correctional healthcare management programs in their ongoing oversight by the Federal Courts.

Some of this work has included policy reviews, staffing analysis, standard-of-care practices, and sub-specialty care management and contracting.

### IN DEVELEOPEMT WORK PROJECTS
**California Attorney General's Office:**
We are currently in negotiations with the California AG's office to expand or work with the CDCR, to include a comprehensive review of California's mental health system, as well as a staffing review, pharmacy management assessment and an overall access to care analysis.

**County of San Luis Obispo:**
J Allen and Associates is in contract development with the San Luis Obispo County for a comprehensive jail healthcare analysis. This project is expected to include a review of onsite jail operations, staffing plan and staffing ratios, pharmacy operations, and offsite contracting.

### PAST CORRECTIONAL CONSULTING PROJECTS
**State of Vermont, Department of Corrections:**
Our team assisted the DOC in its effort to assess the performance of its third-party contractor in their delivery of care. This project included a review of staffing plans, organizational structure, pharmacy operations, and adherence to practice standards.

**Washington DC Jail System:**
Our team worked with the Washington DC Jail system to evaluate the cost and relative performance of its third-party contractor. This project included the review of staffing plans, the jail's organizational structure, its projections for growth, and the relationship between community care organization and the jail.

**Sutter County, California:**
We worked with the Sutter County Board of Governors and the Sheriff's office to evaluate its current jail healthcare programs, staffing, physical plant lay out, offsite care contracting, and claims management systems.

**Pelican Bay Prison, California:**
Our team assisted the California AG's office in reviewing the healthcare practices within the Pelican Bay Administrative Segregation facility.

We were tasked with determining the effectiveness of the medical programs available to the inmates housed in the Special Housing Unit (SHU) and the long-term effects of this care model on certain chronic diseases.

**Dougherty County, Georgia:**
We assisted the county in developing a Request for Proposal for onsite jail management services. This project included an evaluation of the jail's healthcare resources, scope of care, assess to sub-specialty care, staffing needs and potential recruitment roadblocks.

**PAST WORK EXPERIENCE**
**Chief Operating Officer (COO) UTMB Correctional**
**Managed Care**
**Galveston, Texas**
**Oct. 2001 - Dec. 2008:**

As COO for the University of Texas Medical Branch's (UTMB) Correctional Managed Care (CMC) program, I was ultimately responsible for all medical management functions associated with the 86 Texas Department of Criminal Justice facilities, 12 Texas Youth Commission facilities, 4 Federal Bureau of Prison facilities and multiple county jails involved with the UTMB CMC program.

The key responsibilities of this position include:

- Budget Development of UTMB CMC's $600M+ annual operating budget with the State of Texas Comptroller's Office.

- Legislative Committee Presentations and Hearings.

- Direct management of CMC's regional teams and leadership of the executive committee.

- Oversight of CMC's American Correctional Association (ACA) and National Commission on Correctional Healthcare (NCCHC) accreditation programs.

- Oversight of CMC's major support functions including:

    - Pharmacy: UTMB CMC operates its own mail order pharmacy system which processes 18,000+ Rx per day. This operation maintained timely delivery of medications as well as procurement management, non-formulary prescription control functions and facility based "pharmaco- economic" interventions when appropriate.

    - Ambulance and Medical Transport Services: UTMB CMC operates its own EMS and Medical transport system.

    - Electronic Medical Record Program: UTMB CMC has operated an EMR for over 10 years. This system is the largest and most diverse correctional focused EMR system in the nation, combining sub-specialty, pharmacy and telemedicine services into one EMR system.

    - Telemedicine Services: UTMB CMC is recognized as the world leader in tele-health services, with over 60,000 telemedicine visits annually. This program area was vital in CMC's efforts to reduce unnecessary offsite medical transports and maximize our onsite primary care, psychiatry, and therapeutic pharmacy services.

    - Offsite / Network Services: Building and maintaining the CMC network of key hospital relationship, both internal, and external, to the University were vital to our success as an organization.