IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

This Order addresses a variety of issues.

On June 11, 2018, named plaintiff Maryanne Chisholm sent a letter to the Court stating she was "being subject to retaliation by DOC and Charles Ryan personally, because of [her] role in this case." (Doc. 2973 at 1). The Court ordered Defendants to respond to Chisholm's letter. On July 20, 2018, Defendants filed a document stating Chisholm's allegations "are beyond the scope of this case because they have no bearing on the Stipulation or its Performance Measures." (Doc. 2930). Therefore, Defendants "decline[d] to respond to Plaintiff Chisholm's allegations" and requested "the Court rescind its Order" requiring a response. (Doc. 2930 at 2)

The Court is not confident Defendants are correct that retaliation against inmates who participate in this litigation is "wholly irrelevant" to the issues remaining in this case. (Doc. 2930 at 2). At the very least, possible retaliation against named plaintiffs may be relevant to Defendants' state of mind regarding compliance with the Stipulation. At present, however, the Court will take no additional action regarding Chisholm's

1  allegations and will not require a further response from Defendants. Chisholm may wish
2  to pursue other avenues of relief.

3  The parties have stipulated to a briefing schedule for Defendants' motions
4  regarding HNR Boxes and Termination of Monitoring. That schedule will be approved.

5  Two inmates have filed pro se motions seeking relief. Those motions have no
6  merit and will be summarily denied.

7  Finally, non-party Corizon Health, Inc. seeks "to intervene post-judgment as a
8  Defendant-Intervenor . . . for purposes of appealing orders entered by this Court." (Doc.
9  2942). Corizon requests the Court expedite briefing on its motion. The Court will grant
10 that request.

11 Accordingly,

12 **IT IS ORDERED** the following motions are **DENIED**: Doc. 2771, 2914, 2915,
13 2917, and 2924.

14 **IT IS FURTHER ORDERED** the Motion to Seal (Doc. 2933) is **GRANTED**.
15 This Order shall not be sealed.

16 **IT IS FURTHER ORDERED** the Stipulation (Doc. 2938) is **GRANTED**.
17 Plaintiffs shall file their responses to Doc. 2931 and 2932 no later than **August, 17, 2018**.
18 Defendants replies shall be filed no later than **August 24, 2018**.

19 **IT IS FURTHER ORDERED** the Motion to Expedite (Doc. 2943) is
20 **GRANTED**. Any opposition to the Motion to Intervene shall be filed no later than
21 **August 1, 2018**. The reply shall be filed no later than **August 6, 2018**.

22 Dated this 25th day of July, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge