# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

A letter sent to the Court and filed on the docket contains Tom Michaels' date of birth and Social Security number. Therefore, the letter will be placed under seal. *See* Fed. R. Civ. P. 5.2. The letter alleges acts of retaliation against inmates because of their participation in this suit. The proper way for such information to be presented to the Court is through Plaintiffs' counsel.

Accordingly,

**IT IS ORDERED** the Motion for Assistance (Doc. 2954) shall be placed under seal. This Order shall not be sealed.

**IT IS FURTHER ORDERED** the Motion for Assistance (Doc. 2954) is **DENIED**.

Dated this 25th day of July, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge