# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Defendants have not submitted Performance Measure Charts regarding May 2018 compliance. *See, e.g.*, Docs. 2535, 2647, 2682, 2751, 2801, 2874. Defendants must submit an updated report including the bases for non-compliance where applicable.

**IT IS THEREFORE ORDERED** that Defendants must submit updated Performance Measure Charts regarding May 2018 compliance no later than Wednesday, August 1, 2018 and, for the following months, every four weeks thereafter.

Dated this 26th day of July, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge