# Exhibit 1

**Data Quality Assessment Plan**
Arizona Department of Corrections
*Parsons v. Ryan*

Overview
In *Parsons v. Ryan*, the United States District Court for the District of Arizona ("the Court") found the Arizona Department of Corrections (ADC) was delivering inadequate health care to its approximately 34,000 patients. As part of an October 2014 settlement of the class action suit, ADC agreed to implement various improvements. However, in June 2018 the Court found ADC leadership in contempt for its ongoing failure to provide adequate health care.

Over the course of the litigation, the Court and class action Plaintiffs identified various concerns about the quality of data provided by ADC to monitor terms of the 2014 settlement. The purpose of this document is to outline a plan for assessing quality of data used for monitoring compliance with the orders and settlements in this case. (Doc. 2900)

Data Quality Characteristics
To assess the reliability of ADC data used to monitor performance of its correctional health care system, various aspects of data quality must be evaluated. These data quality characteristics are essential to ensuring the integrity of a correctional health care organization's performance monitoring efforts. Examples of these characteristics include:

- **Transparency**: *Are the methodologies and processes for collecting performance data documented?* Measure specifications and data collection procedures should be detailed unambiguously in writing (e.g., record selection, numerator, denominator, exclusions, data sources, revision history). Documentation should include references to related health care workflows, forms and standards.
- **Verifiability**: *Is adherence to the data collection procedures verified?* Data management processes should follow specific standards, including a description of skills required to collect and analyze performance data. All participants in the performance monitoring workflows should be trained on the data collection and analysis procedures. Managers or third parties should verify compliance with these policies regularly. Audit logs should be available to verify training and testing activities, including entries related to measurement procedure updates.
- **Defensibility**: *Are the data representative of actual performance?* Data used for a specified measure should be directly linked to the expected performance outcome. If chart sampling is used to extrapolate performance over a population, sample sizes should deliver confidence intervals appropriate for meaningful performance evaluation.
- **Completeness**: *Are all the expected transactions included in the data set?* For a variety of reasons, not all health care requests, visits, assessments or orders may be collected or submitted for use in performance evaluation, which reduces the reliability of monitoring measures. If a sampling strategy is used, the sample selection method must deliver a representative proportion of the entire population.

**Data Quality Assessment Plan**
Arizona Department of Corrections
*Parsons v. Ryan*

- **Bias**: *Are systems for data collection, transmission and analysis designed (unintentionally or explicitly) to increase errors?* Sometimes workarounds, default values, and implicit incentives can impact the behavior of people and reliability of information in various stages of the data collection and analysis. These human-based factors can impact the usability of data for performance monitoring.
- **Accuracy**: *Do the performance measures reported accurately represent the collection of transactions they are intended to evaluate?* Dates, codes or counts inadvertently or intentionally may be entered incorrectly, resulting in misstatement of the facts that should have been gathered during a patient encounter.
- **Timeliness**: *What is the time lag between a health care event and its reporting?* Long durations between health care activities and use of their related data for performance assessment delay intervention and degrade evidence collected for root cause analysis.
- **Conformity**: *Do data of the same type consistently follow a specified format?* Health care data used for performance reporting should follow specified collection standards, and these standards should be followed throughout the data management environment. Otherwise, performance comparisons between care delivery sites, over time, or against benchmarks may be compromised.
- **Consistency**: *Do identical data transmitted through various reporting workflows, and stored in various locations, remain comparable?* Without proper controls, data moving across multiple platforms can inadvertently be transformed and deliver multiple results for the same performance measure, leaving parties to question which of the disparate sources represents the facts about a patient's health care experience.
- **Fidelity**: *Does information collected about health care events include data elements that are missing?* Some data elements may be required in each health care interaction measured, and a small percentage of data in other elements may be missing. However, data elements with a high proportion of unexpectedly missing values degrade data usability for performance monitoring.
- **Validity**: *Does information collected about health care events contain invalid or unknown values?* Data on health care events are expected to contain key data elements, and many of these elements must use a specified list of valid values (e.g., patient, diagnosis, drug, procedure, and lab identifiers). Data sets with a low volume of expected code values are less reliable to interpret.
- **Presentation**: *Does the format for reporting performance information clearly identify performance improvement opportunities?* Information displays should include tables, figures and narrative appropriate for the audience, with performance deficiencies highlighted (including trends and comparisons where applicable). Appendices should include detailed data or methodologies that otherwise would distract the audience from key performance findings. Data reporting processes should follow state and federal health information privacy guidelines.

**Data Quality Assessment Plan**
Arizona Department of Corrections
*Parsons v. Ryan*

- **Efficiency**: *Do data management requirements make the best use of limited resources?* Health care performance monitoring involves multiple staff with various skills collecting and analyzing myriad events to evaluate numerous measurable dimensions. The process should involve the right number of staff with the right skills focused on the right data to support the right measures. When too many of the wrong people use infinitely available data to assess non-value-added measures using overly complex processes, there can be a negative marginal return on over-investment in health care performance evaluation.
- **Reasonability**: *Are the reported results within an expected range?* Total volumes, percentages and rates reported often are expected to fall between specified minimums and maximums. Techniques such as statistical process control (SPC) can help detect measures, time periods or sites where data trends appear improbable.

Approach and Timeframe

The proposed ADC health care data quality assessment effort will be executed in the steps described below. Based on the expected complexity of the data environment, there likely will be multiple iterations of these steps, e.g., separate phases and deliverables based on measure types, data sources, prison locations or other factors. This iterative approach allows for discovery of findings, identification of shortcomings and adjustment of the work plan on an ongoing basis. The combined results of these iterative assessment phases will be compiled in a final assessment deliverable. The steps for each phase include:

1. **Develop data quality assessment plan**: The evaluation team will work with the Court, Plaintiffs and Defendants to validate deliverable requirements, prioritize assessment targets, catalog ADC information sources, identify key contacts, and update estimated timeframes. The plan also will describe standards against which data quality will be measured. In addition, the team will establish ongoing status reporting requirements, including procedures for escalating issues and risk impacting the data quality assessment.
2. **Gather performance measurement artifacts**: The parties will help the evaluation team collect relevant reports, regulations, procedure manuals, contact lists, technical specifications, department policies, contracts, legal documents, and industry standards essential to understanding the ADC data environment.
3. **Interview key contacts**: Based on the initial plan and artifact review, the team will schedule and conduct interviews of ADC staff, contractors, and inmates about health care processes, procedures and policies impacting ADC data collection and analysis.
4. **Observe health care transactions**: Through interviews and artifact reviews, the evaluation team will identify workflows through which key performance data pass. At various points throughout the data flows, the team will observe and clarify how ADC health care data are collected, entered, transmitted, transformed, analyzed and presented. The emphasis of these observations will be placed on those steps in the data flows where data quality is at risk for meaningful degradation.

# Data Quality Assessment Plan
Arizona Department of Corrections
*Parsons v. Ryan*

5. **Analyze data quality assessment inputs**: The evaluation team will assess its collection of artifacts, interviews, and workflow audits. This analysis will evaluate ADC health care data quality based on the various characteristics described above. In addition, the evaluation team will outline data quality improvement opportunities, including a roadmap for closing gaps between actual ADC data management practices and the data quality standards established under this assessment.
6. **Review data quality findings**: The evaluation team will meet with the parties to walk through the methodology, observations and recommendations of the data quality assessment. The assessment report will include a recommended improvement plan to address data quality gaps to support monitoring the Defendant's sustainable implementation of corrective actions. The parties will have the opportunity to identify potential clarifications, corrections, omissions or deletions. However, the evaluation team will determine the final content of the assessment report.

The data quality assessment is expected to be executed over a six- to twelve-month period. Variables potentially impacting the estimated assessment timeframe include introduction of new Court-ordered requirements, cooperation of parties with the assessment process, and availability of artifacts or key contacts.

A timeline illustration of the iterative approach described above is shown here. Note that subsequent cycles are shorter than the first due to lessons learned applied to later review cycles.

| # | Phase | Action | Week |
|---|---|---|---|
| 1 | I: Assessment Target "A" | Develop Plan | 1–2 |
| 2 | | Gather Artifacts | 2–4 |
| 3 | | Interview Contacts | 3–5 |
| 4 | | Observe Transactions | 5–7 |
| 5 | | Analyze Inputs | 7–9 |
| 6 | | Review Findings | 9–10 |
| 7 | II: Assessment Target "B" | Develop Plan | 10–11 |
| 8 | | Gather Artifacts | 11–13 |
| 9 | | Interview Contacts | 12–14 |
| 10 | | Observe Transactions | 14–16 |
| 11 | | Analyze Inputs | 16–18 |
| 12 | | Review Findings | 18–19 |
| 13 | III+: Assessment Target "…" | Develop Plan | 19–20 |
| 14 | | Gather Artifacts | 20–22 |
| 15 | | Interview Contacts | 21–23 |
| 16 | | Observe Transactions | 23–25 |
| 17 | | Analyze Inputs | 25–27 |
| 18 | | Review Findings | 27–28+ |

## Contact Info
Robert Joy
robertvjoy@gmail.com
916.717.7911