1  FENNEMORE CRAIG, P.C.
   Timothy Berg (No. 004170)
2  Todd Kartchner (No. 021857)
   Courtney R. Beller (No. 029412)
3  2394 East Camelback Road
   Suite 600
4  Phoenix, AZ 85016-3429
   Telephone: (602) 916-5000
5  Email: tberg@fclaw.com
   Email: tkartchner@fclaw.com
6  Email: cbeller@fclaw.com

7  Attorneys for Corizon Health, Inc.

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | Case No. 2:12-cv-00601-ROS<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF APPEAL (DKT 2942 FILED JULY 23, 2018)** |

Corizon Health, Inc. ("Corizon"), by and through its undersigned counsel, hereby gives notice that it is withdrawing its pending Motion to Intervene for Limited Purpose of Appeal (Dkt 2972) (the "Motion to Intervene"). As such, no further action needs to be taken on the Motion to Intervene or any response or objection filed thereto.

DATED this 3rd day of August, 2018.

FENNEMORE CRAIG, P.C.

By: _s/ Todd Kartchner_
    Timothy Berg (No. 004170)
    Todd Kartchner (No. 021857)
    Courtney R. Beller (No. 029412)
    2394 East Camelback Road, Suite 600
    Phoenix, AZ 85016-3429
    Attorneys for Corizon Health, Inc.

14138224

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the all CM/ECF registrants in this matter.

*s/ Jennifer Fortner*

14138224

- 2 -