# EXHIBIT 1

# (REDACTED)

# Elaine Percevecz

| | |
|---|---|
| **From:** | Tania Amarillas <tania@prisonlaw.com> |
| **Sent:** | Friday, July 20, 2018 4:10 PM |
| **To:** | Tim Bojanowski; Elaine Percevecz; Ashlee Hesman; Dan Struck; Rachel Love; Lucy Rand; mary.beke@azag.gov; Corene Kendrick; Kirstin Eidenbach; Maya Abela; Kathy Brody; Don Specter; Alison Hardy; Rita Lomio; David Fathi; Amy Fettig; Amber Norris; Thomas Nosewicz; Gabriela Pelsinger; Ada Lin; Juliette Mueller; L. Renee Lee; Alayna O'Bryan; Gabriella Sergi |
| **Subject:** | Parsons Class Member in Need of Medical Care |
| **Attachments:** | 18.07.20 ▮▮▮▮▮▮▮▮ Florence South.pdf |

Dear Tim,

Please see the attached letter regarding Mr. ▮▮▮▮, who is in need of immediate medical attention.

Thank you,
Tania

--
Tania Amarillas
Supervising Litigation Assistant
Prison Law Office
tania@prisonlaw.com
(510) 280-2621
_____

*This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

**Director:**
Donald Specter

**Managing Attorney:**
Sara Norman

**Staff Attorneys:**
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

July 20, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of Medical Care
      ███████████████████████, Florence - South

Dear Mr. Bojanowski:

We write on behalf of Mr. ███████, an 85-year-old man who reportedly suffers from dementia. A concerned party notified us about Mr. ███████'s medical condition. According to the medical record, Mr. ███████ is "[w]heelchair-bound, unable to ambulate independently." He suffers from a "severe" skin rash "head to toe." The rash affects his legs, trunk, upper arms, buttocks, and groin, and causes pain, itchiness, and irritation. The rash reportedly has persisted for about a year.

This is the second report this week of an elderly class member in Florence – South being improperly housed when suspected of having scabies. *See* Letter from R. Lomio to T. Bojanowski, ███████████████████████, Florence – South (July 18, 2018) (reporting that 81-year-old man was housed in Eyman – SMU I for six days for "Scabies watch"). Both class members reportedly have had a rash for a significant period of time without adequate treatment.

### "TOTAL BODY" RASH WITH "STRONG INFLAMMATORY COMPONENT"

On June 24, 2018, Mr. ███████ was seen by RN ███ in response to an HNR. In the HNR, Mr. ███████ reported: "[T]he itching his getting worse. I need relief! The cream I am using now is not doing the job. The [Tylenol] is not dulling the pain long enough." RN ███ noted in the medical record that Mr. ███████ was "covered head to toe in what appears to be scabies like rash."

Mr. ███████ was prescribed permethrin cream to apply all over his body and ivermectin. Mr. ███████ reportedly was forced to sleep on the floor of the health unit that night.

Mr. ███████ saw NP ███ the next morning for evaluation. NP ███ noted that Mr. ███████ reported that "he still has the cream on his body as he has not been allowed entry into his room yet." NP ███ entered the following Plan Notes:

1. Pt cleared to return to his room
2. Rinse off permetrin cream ASAP

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re:
July 20, 2018
Page 2

    3.    Start terbinefin Qday as prescribed
    4.    Hold Metoprolol and recheck HR daily
    5.    Improved personal hygiene - no sharing of personal items

Mr. ▮▮▮▮▮'s property reportedly was confiscated for a week and some of it still is missing, including his medical mattress.

Mr. ▮▮▮▮▮ was seen again by medical staff on July 5. Dr. ▮▮▮▮▮ entered the following notes:

> PATIENT PRESENTS WITH A YEAR LONG RASH. . . .
>
> SKIN    SEVERE RASH AFFECTING LEGS, UPPER ARMS, TRUNK BUTTOCK AND GROIN. THE PATIENT RASH IS MACULAR AND COALESCING. THERE IS A STRONG INFLAMMATORY COMPONENT . . . .
>
> TOTAL BODY RASH WITH INFLAMMATION

Dr. ▮▮▮▮▮ prescribed additional medications and noted Mr. ▮▮▮▮▮ should have hypoallergenic clothes washings.

MEMORY LOSS

After reviewing Mr. ▮▮▮▮▮'s medical records, it also appears that he never received a follow up appointment with a provider for concerns regarding memory loss in 2016. On May 23, 2016, Mr. ▮▮▮▮▮ was seen by RN ▮▮▮▮▮. She entered the following Subjective Notes:

> Pt. says they are having memory problems. Pt. says he can't remember set times when he was supposed to be somewhere. He says his pusher is the one that remembers for them. Pt says they don't remember what medications he is taking. Pt. says his memory is getting worse and he is getting confused and at times he can't remember where he is at time. Pt. says they get confused easily and he can't talk as well as he use[d] to. He can't remember names.

She then stated in the Plan Notes that Mr. ▮▮▮▮▮ would see a provider for follow up. An appointment with NP ▮▮▮▮▮ was scheduled for June 16, 2016, but that appointment was marked as "Completed" as of May 23, 2016—the date of the appointment with RN ▮▮▮▮▮. There is no indication in the medical record that Mr. ▮▮▮▮▮ was seen by a provider on May 23, 2016.

\* \* \* \* \*

We request that ADC ensure that Mr. ▮▮▮▮▮ receives appropriate evaluation and treatment of his persistent rash and reported memory loss. We also request that his property be returned to him.

Mr. Timothy Bojanowski<br>
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>
July 20, 2018<br>
Page 3

Thank you for your prompt attention to this matter.

                                      Sincerely yours,

                                      Tania Amarillas<br>
                                      Litigation Assistant

                                      Rita Lomio<br>
                                      Staff Attorney

cc:    Mr. ▓▓▓▓▓▓ (redacted)

# Elaine Percevecz

| | |
|---|---|
| **From:** | Ashlee Hesman <ahesman@strucklove.com> |
| **Sent:** | Monday, July 23, 2018 10:10 AM |
| **To:** | Tania Amarillas; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; Lucy Rand; mary.beke@azag.gov; Corene Kendrick; Kirstin Eidenbach; Maya Abela; Kathy Brody; Don Specter; Alison Hardy; Rita Lomio; David Fathi; Amy Fettig; Amber Norris; Thomas Nosewicz; Gabriela Pelsinger; Ada Lin; Juliette Mueller; L. Renee Lee; Alayna O'Bryan; Gabriella Sergi; PRATT, RICHARD (RPRATT@azcorrections.gov); HEADSTREAM, VANESSA (VHEADST@azcorrections.gov); Parsons Team |
| **Subject:** | RE: Parsons Class Member in Need of Medical Care |

Tania,

Thank you for your letter regarding the health care concerns of inmate ▮▮▮▮▮▮.  We have forwarded the letter to Corizon and asked them to follow up on the care being provided to this inmate.  ADC's Monitoring Bureau will also be reviewing his care to ensure it is medically appropriate. Please advise this inmate that this review is not a substitute for the inmate administrative grievance procedure and that ADC and its employees and/or contractors are not waiving any argument with respect to the PLRA exhaustion requirement.  Please feel free to contact me if you have any questions.

Sincerely,

Ashlee Hesman

**From:** Tania Amarillas [mailto:tania@prisonlaw.com]
**Sent:** Friday, July 20, 2018 4:10 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; Corene Kendrick <ckendrick@prisonlaw.com>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Amber Norris <anorris@prisonlaw.com>; Thomas Nosewicz <tom@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ada Lin <alin@aclu.org>; Juliette Mueller <juliette@prisonlaw.com>; L. Renee Lee <rlee@aclu.org>; Alayna O'Bryan <alayna@prisonlaw.com>; Gabriella Sergi <gabby@prisonlaw.com>
**Subject:** Parsons Class Member in Need of Medical Care

Dear Tim,

Please see the attached letter regarding Mr. ▮▮▮▮▮▮, who is in need of immediate medical attention.

Thank you,
Tania

--
Tania Amarillas
Supervising Litigation Assistant
Prison Law Office
tania@prisonlaw.com
(510) 280-2621

_____

1

*This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*