THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CJULR 5.4, 7.1 6(1,1)
(Rule Number/Section)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 06 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et, al,         12-CV-00601
    Petitioner's

         V.                    CV-12-601-PHX-ROS

Ryan, et, al,
    Respondent's   Additional Disclosure

The Petitioner come to This Court with a not so good Fact Finding mission, On 7-13-18 at Aprox 4 PM I returned From Manzanita Health Unit # 6 B, 19 upon arrival I was in 6A-19 From Saturday at around 12 PM

One Day prior to My being moved, I was told to roll-up and wait for the person where I was going to die, I'm told he died prior to My arrival,

Well They don't call this unit an IPC, but IV's are given and death is clearly an issue, Men who need woundcare are doing it themselves, Yes, I have worked in medical facilities, One person in 6 B 17 can't remember what was said or understand much at all, but none the less does his woundcare and, Staff are fully aware of all kinds of issues w/in.

1 of

My First Night as well as The Second, I was awoken every (2) two hours for "Diaper" changing etc. I heard talk of bed sores, If you are not aware they are quite illegal.

But for My Sleep see Harper V. Showers, 174 F.3d 716, 720 (5th Cir. 1999); Merritt V. Hawk, 153 F. Supp. 2d 1216, 1228 (D. Colo. 2001); Ashcraft V. Tennessee, 322 U.S. 143, 150 n. 6, 64 S. Ct. 921 (1944) ("'It has been known since 1500 at least that deprivation of sleep is the most effective 'Torture' and certain to produce any confession desired.'"); As Well See Walmart V. Dukes 131 S Ct unknown (2011).

And the Excessive noise "inflicts pain without penological justification" and violates the Eighth Amendment, Toussaint V. McCarthy, 801 F.2d 1080, 1110 (9th Cir. 1986); accord Antonelli V. Sheahan, 81 F.3d 1422, 1433 (7th Cir. 1996) (holding allegation that excessive noise "occurred every night, often all night, interrupting or preventing [plaintiff's] sleep" stated a constitutional claim. This is to Point.

I can cite so more cases the law is clear. It is "Torture" etc

2nd

One inmate in 6A-05 Corner bed yells 24x7 "I'm Hungry" and from time to time He is given some pudding, I, as well as all were given 700-1200 calories per day some are given an extra milk which is 120 cal, Food is one of the basic necessities of life protected by the Eighth Amendment", see Knop V. Johnson, 667 F. Supp 512, 525 (W.D. Mich. 1987), aff'd in pertinent part 977 F. 2d 996, 1000 (6th Cir. 1992); accord, Keenan V. Hall, 83 F. 3d 1083, 1091 (9th Cir. 1996), amended, 135 F. 3d 1318 (9th Cir. 1998) Deprivation of food for any substantial period of time can violate the Constitution.; See Green V. Johnson, 997 F. 2d 1383, 1391 (10th Cir. 1992) (allegations of 72-hour reduction in rations stated a claim); Note x (6) Six days for Me and 365 for all at Building (6) and I'm sure it is the same for Building (5), Which is as well a form of an IPC called not IPC "Violation", Is it "Physical Punishment" "Sure" try-ing to get The ill to do thing, "involuntary" Yes it is: see Schneckloth V. Bustamonte, 412 U.S. 218, 226, 93 S. Ct 2041 (1973) "To Point"

Just a note Food was quite in more than one way "Unsanitary" even food trays etc. etc., I'm to ill to write this as needed, I may die but, I must inform the court of what is happening.

To cut it quite short on 7-13-18 at say 10 AM an R.N. came around For the (1st) First time. She had a lanyard that had R.N. on it, She may or may not had been one. But none She would be attending to one of us while talking to 2 or 3 of us She went to bed (20) Twenty and Right off the bat said can We cut Your Foot off, and went on talking for 3-5 min, then said that Foot will be cut off sooner or later. After She left, I ask The Younger Man than Myself, How often does She say that, He said (1st) time ever First time, Wow, I'm still in shock "Capricious Disregard for Human Life", Well, I gave The Young Man "Prison Legal News Vol. 26 No. 11, Nov 2015, He said it was an issue sum ar pg 39 "Charcot Foot" See Millner V. Multnomah County, U.S.D.C (D. Org). Case No. 3:13-cv-01684-Mo.

4 of

I, ask if He had ever seen a Podiatrist He said no, Sounds correct None th less, I'm Here and He is at whatever that unit is "Help" is not only needed but warranted, For doing what I've done, I can be given a ticket in violation of Johnson V. Avery; Wolff V. McDonnell and oth. U.S. Supreme Court Rulings, Welcom to My World and A Doz', They are far abov the Law and as well For Corizon Killers etc.

Submitted This 3 Aug 2018

by  Dale Maisano

Dale Maisano
P.O. Box 24401. 077877
Tucson, Arizona 85734-24101

5 of