Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY JUNE 22, 2018 ORDERS (DOC. 2971)** <br><br> **(FIRST REQUEST)** |

1  Pursuant to Local Rule 7.3, Plaintiffs respectfully move this Court for an Order
2  extending the time for their response to Defendants' Motion to Stay June 22, 2018 Orders
3  (Doc. 2971) by two weeks, from August 23, 2018 to September 6, 2018; and re-setting the
4  deadline for Defendants' reply accordingly to September 13, 2018.  A proposed order is
5  attached to this Motion.

6  As set forth in the Declaration of Corene Kendrick, filed hereto, the undersigned
7  counsel requested Counsel for Defendants to stipulate to a two week extension for the
8  filing of the response given the unavailability of the undersigned and other attorneys for
9  the next two weeks.  Kendrick Dec. ¶ 2.  Defendants' counsel refused to so stipulate
10 unless Plaintiffs' counsel agreed "to include a joint request in the stipulation for the Court
11 to refrain from taking any further action on the June 22 Orders until the Motion to Stay is
12 resolved and agree not to initiate enforcement proceedings on the attorneys' fees award
13 until a ruling on that Motion."  Kendrick Dec. ¶ 3, Ex. 1.

14 Defendants waited seven weeks from the entrance of the Court's June 22, 2018
15 Orders to file their Motion to Stay.  If time had been of the essence to Defendants, they
16 could have filed their Motion to Stay more promptly.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | | |
|---|---|---|
| 1 | Dated: August 10, 2018 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:  s/ Corene Kendrick |
| | | Donald Specter (Cal. 83925)* |
| 4 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 5 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 6 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 7 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 8 | | Email:    dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 9 | | ckendrick@prisonlaw.com |
| | | rlomio@prisonlaw.com |
| 10 | | |
| 11 | | *Admitted *pro hac vice* |
| 12 | | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 13 | | Victoria Lopez (Ill. 6275388)* |
| | | **ACLU NATIONAL PRISON PROJECT** |
| 14 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 15 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@aclu.org |
| 16 | | afettig@aclu.org |
| | | vlopez@aclu.org |
| 17 | | |
| 18 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 19 | | **Admitted *pro hac vice* |
| 20 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | **EIDENBACH LAW, PLLC** |
| 21 | | P. O. Box 91398 |
| | | Tucson, Arizona 85752 |
| 22 | | Telephone:  (520) 477-1475 |
| | | Email:    kirstin@eidenbachlaw.com |
| 23 | | |
| 24 | | Kathleen E. Brody (Bar No. 026331) |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 25 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 26 | | Telephone:  (602) 650-1854 |
| | | Email:    kbrody@acluaz.org |
| 27 | | |
| 28 | | |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    Jessica Jansepar Ross (Bar No. 030553)
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org
      jross@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick