UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

This Court, having reviewed Plaintiffs' Motion for Extension of Time to File Response Brief, and finding good cause, hereby **GRANTS** the Motion.

1. Plaintiffs shall have up to and including September 6, 2018 to file their response brief to Defendants' Motion to Stay June 22, 2018 Orders (Doc. 2971).

2. Defendants shall have up to and including September 13, 2018 to file their reply brief in support of their Motion to Stay June 22, 2018 Orders (Doc. 2971)

134077643.1