# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Friday, August 10, 2018 12:59 PM |
| **To:** | 'Tim Bojanowski' |
| **Cc:** | Don Specter; Rita Lomio; 'dfathi@aclu.org'; 'kirstin@eidenbachlaw.com'; 'Maya Abela'; 'Dan Struck'; 'Rachel Love'; 'Nick Acedo'; 'Lucy Rand'; 'mary.beke@azag.gov'; 'Elaine Percevecz' |
| **Subject:** | RE: Request for extension for response on motion to stay |

Dear Tim,

Thank you for your response. We cannot agree to your conditions.

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

---

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Friday, August 10, 2018 10:15 AM
**To:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>
**Cc:** Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; dfathi@aclu.org; kirstin@eidenbachlaw.com; Maya Abela <mabela@azdisabilitylaw.org>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** FW: Request for extension for response on motion to stay

Corene,

We will agree to the extension, but only if Plaintiffs agree to include a joint request in the stipulation for the Court to refrain from taking any further action on the June 22 Orders until the Motion to Stay is resolved and agree not to initiate enforcement proceedings on the attorneys' fees award until a ruling on that Motion.

Regards,

Tim

1



Timothy J. Bojanowski
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1604 | tbojanowski@strucklove.com | strucklove.com

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, August 10, 2018 6:36 AM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Subject:** Request for extension for response on motion to stay

Hi Tim,

Good morning. I am writing to request a two week extension to respond to the Motion for a Stay for Plaintiffs' response. I will be on vacation for more than a week, including when it is due, and others on our team are currently on summer vacation or have work travel planned in the upcoming weeks for other cases. Please let me know today if you agree, so I can either send over a stipulation for your review, or so we can move the court for an extension.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.