Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY JUNE 22, 2018 ORDERS** |

Defendants usually never oppose an extension of time when Plaintiffs ask for one. (*See*, *e.g.*, Dkt. 1648, 1768, 1848, 1887, 1989, 2034, 2076, 2098, 2114, 2270, 2315, 2397, 2431, 2557, 2668, 2698, 2938.) But agreeing to an extension of the briefing schedule—and therefore resolution of—the Motion to Stay June 22, 2018 Orders is inconsistent with Defendants' contemporaneous request to *expedite* consideration of that Motion. Defendants' Motion to Stay requests that the Court refrain from taking further action on

the June 22 Orders until the pending appeals are resolved. (Dkt. 2971.) That Motion becomes moot if the Court takes further action on those Orders. Thus, it is imperative for the Court to resolve the Motion to Stay as soon as possible. Extending the briefing schedule prolongs resolution of the Motion. *That* is why Defendants could not stipulate to Plaintiffs' current request for an extension of time.[1]

Defendants understand Plaintiffs' counsel's predicament and they offered a reasonable solution: Defendants would stipulate to an extension of time if Plaintiffs would join in a request to temporarily stay any further action on the June 22 Orders, and abstain from initiating enforcement proceedings on the attorneys' fees Judgment, until the Court ruled on the Motion to Stay. (Dkt. 2974-1 at 2.) That compromise would eliminate the aforementioned prejudice to Defendants and accommodate Plaintiffs' counsel's schedules and vacation plans. Plaintiffs' counsel, however, refused that offer. (*Id*.) Defendants maintain that is a workable and reasonable compromise and, if the Court extends the briefing schedule, they respectfully request that it refrain from taking any further action on the June 22 Orders until it has resolved the Motion to Stay.

---

[1] Plaintiffs are critical of the time between the June 22 Orders and the filing of the Motion to Stay. But during that time, Defendants: reviewed and analyzed the six substantive Orders; complied with those Orders to the extent that they could; perfected three appeals; and filed two lengthy Rule 60 Motions. They also spent significant time carefully and thoroughly preparing the Motion to Stay, which is 17 pages and provides a comprehensive background of this case and the Orders for the Court.

DATED this 13th day of August, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Timothy J. Bojanowski
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Office of the Arizona Attorney General
    Michael E. Gottfried
    Assistant Attorneys General
    2005 N. Central Avenue
    Phoenix, Arizona 85004-1592

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

///

///

///

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski