FILED

AUG 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Warden, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants-Appellees, <br><br> v. <br><br> CORIZON HEALTH, INC., Prospective Defendant Intervenor, <br><br> Movant-Appellant. | No.   18-16398 <br><br> D.C. No. 2:12-cv-00601-ROS District of Arizona, Phoenix <br><br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 4), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                              FOR THE COURT


                                              By: Roxane G. Ashe
                                              Circuit Mediator


rga/mediation