Tony Davis #126861
A.S.P.C. - Florence/East unit
P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED ___   8-14-18
RECEIVED ___ COPY ___
AUG 15 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

| Victor Parsons vs. Charles Ryan | No. 12-0601 DKD   CV-12-601-PHX-ROS   Notice of No treatment |

I have swollen testicles with noticeable lump and am in unbearable pain. Corizon refuses to treat me or have me seen by a specialist. I need help please

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJvLR 5.4
(Rule Number/Section)

Tony Davis #126861
[signature] #126861