# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pursuant to the Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Stay June 22, 2018 Orders (Doc. 2971) and good cause appearing,

**IT IS ORDERED** the motion (Doc. 2973) is **GRANTED**.

1. Plaintiffs shall have up to and including September 6, 2018 to file their response brief to Defendants' Motion to Stay June 22, 2018 Orders (Doc. 2971).

2. Defendants shall have up to and including September 13, 2018 to file their reply brief in support of their Motion to Stay June 22, 2018 Orders (Doc. 2971).

Dated this 17th day of August, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge