Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis, Rast Max
P.O. Box 3400 - Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

PARSONS, et al.,
          Plaintiffs,

v.

CHARLES L. RYAN, et al.,
          Defendants.

CV-12-00601-PHX-ROS

CASE NO. 12-CV-060-PHX-DKD

Motion to Compel

Comes Now, Plaintiff Gamez, in pro per, hereby respectfully request that this court order Arizona Department of Corrections (ADC) Director Charles L. Ryan, Deputy Warden Jeff Rode and CO III Troomen as soon as possible to:

1. Allow Class Action Representitives reasonable access to Legal Calls in a Confidential Setting.

2. Order Defendant Ryan to disseminate a Memorandum allowing Class Action Representitives to confer with Class Counsel via Legal Calls without impeding attorney/client confidential.

I am a Class Action Representitive in Parsons v. Ryan (supra). I have submitted several Legal Call request forms and have been denied on the basis that I don't have an

Page 1

Retainer Agreement or Attorney/client relationship with class counsel. I've attempted to explain to CO III Tromen that Parsons v. Ryan is a class action and class counsel has an attorney/client relationship with all (ADC) state prisoners as defined in ("Parsons Settlement"). Next, I was advised by CO III Tromen that I needed to provide a Retainer Agreement in order to speak to class counsel. (SEE: Gamez's Exhibit "A" Legal Call Request Form/"Response") I subsequently advised CO III Tromen that I in fact had a Retainer Agreement with class counsel but my legal documents were seized by Arizona Attorney General's Office, Federal Bureau of Investigation, and Arizona Dept. of Corrections since (2017) June, and I have not had access to my Retainer Agreement.

It's vital that I be provided an opportunity to confer with class counsel in a timely and confidential setting due to a urgent matter. Therefore, I request that this court provide the requested relief.

Respectfully Submitted this 20th day of Aug. 18
Under Penalty of Perjury

Mr. Roberto Carrasco Gamez 131401
ASPC-Lewis - RAST MAP
P.O. Box 3600, Buckeye, AZ
85326

Exhibit A



# ARIZONA DEPARTMENT OF CORRECTIONS
## Legal/Emergency Telephone Call Request

**NOTE:** This form to be placed in Inmate's Institution file upon completion.

| Field | Value |
|---|---|
| INMATE NAME (Last, First M.I.) | Oanez, Ernest C |
| ADC NUMBER | 131401 |
| UNIT/BUILDING/POD/ROOM | 4C6-4 |
| TIME | |
| NAME OF PERSON TO BE CALLED | Eidenbach, Kristin |
| DATE AND TIME (requested to make call) | 6 Aug 18 1:00p |
| RELATIONSHIP | Atty at Law |
| HOME TELEPHONE NUMBER | (520) 444-1475 |
| Why is it necessary to make this telephone call instead of using the mail? | Extensive Dialogue, Court Deadline |
| INMATE SIGNATURE | /signed/ |
| DATE | 29 Jan 18 |

☐ Information/telephone number verified and accurate as evidenced by records, inmate file, etc.
☑ Information inaccurate/not verified

Comments:

**TELEPHONE CALL IS**
☐ Approved   ☑ Disapproved

Comments: Please response for comment

AUTHORIZED SIGNATURE: Call Truman
DATE: 8/03/18

☐ Call Attempted   ☐ Call Accepted   ☐ Call Refused
CALL BEGAN AT ___ hrs.
CALL TERMINATED AT ___ hrs.

Comments:

If recall attempts are necessary, note them in the comment section as well as acceptance/refusal and other comments.

SIGNATURE OF STAFF INITIATING CALL
DATE (mm/dd/yyyy)



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| GAMEZ, ROBERT | 131401 |

| INSTITUTION/UNIT |
|---|
| ASPC LEWIS / RAST MAX |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| COIII TROMAN | HU4C BED: 504L |

902.12 LEGAL PHONE CALLS - Inmates who have retained counsel may make legal phone calls in accordance with the following:

 1.1 Inmates shall communicate legal matters through the mail whenever possible.

 1.8 Inmates who are acting Pro Se are not entitled to make legal calls unless instructed by the courts.

YOUR REQUEST HAS BEEN DENIED DUE TO YOU NOT PROVIDING A RETAINER AGREEMENT OR ATTORNEY/CLIENT RELATIONSHIP WITH ATTORNEY KIRSTIN EIDENBACH.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| COIII Troman *(signed)* | 08/03/2018 |

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12