Mr. Roberto Carrasco Gamez #131401
ASPC-LEWIS-RAST MAX
P.O. Box 3600, Buckeye, AZ

☒ FILED ☐ LODGED
Aug 31 2018
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

PARSONS, et al.,
  Plaintiff

v.

Charles L. Ryan et al.,
  Defendants

CV-12-601-PHX-ROS

CASE NO. 12-CV-0601-PHX-DKD

Notice of Service of Document

On 30th Aug, 18 the following document were mailed to Ms. Kirstin Eidenbach:

- (Gamez's) Motion to Request A Discovery Conference (Gamez v. U.S. 13cv-2044-JJT-ESW) ("Attached")

Respectfully submitted this 31st day of Aug, 18
under penalty of perjury.

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3600, Buckeye, AZ 85326

Page 1

Exhibit A

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3600, Buckeye, AZ 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Robert C. Gamez
    Plaintiff,

v.

U.S. of America et al.,
    Defendant(s)

Case No. 17-N-2044-JJT-ESW

Motion to Request a Discovery Conference [dkt. 55]

Comes Now ("Gamez"), hereby respectfully request this Honorable Court to Order ("Ryan") "to produce for inspection and other purposes, ("Gamez's") second request for production of documents, as the term is defined in Fed. R. Civ. P. 34", ("Gamez") hereby incorporates by reference the factum allegations in the following motion(s):

1. ("Gamez's") Motion to Request Discovery Conference [dkt. 147] 2. ("Gamez's") Motion for Preliminary Injunction [dkt. 151] 3. ("Gamez's") Motion for Discovery Conference [dkt. 157] 4. ("Gamez's") Motion to disclose Expert Witnesses 27Aug18 5. ("Gamez's") Motion for Extension of time to disclose Expert Written Reports 28 Aug 18.

("Ryan") is the Director of ("ADC"), the investigative agency that seized all ("Gamez's") Confidential legal documents and is a Defendant in Parsons v. Ryan, furthermore, ("Ryan") has filed a joinder in Defendants' K Crabtrees Response to ("Gamez's") Motion for Preliminary Injunction [dkt. 161]. On 27Apr18, and on 13Aug18, ("Gamez") attempted to confer with Ms. Sara Schede in a "Good Faith Effort" to narrow the scope and time of his ("RFP") with negative results.

First, ("Gamez") request all documents in criminal proceedings in State v. Bastian to discover the identities of all persons responsible for withholding and confiscating ("Gamez's") Confidential legal documents. The ("RFP")

Page 1

encompass "all statements of prospective witnesses" which the Investigative Agencies used to justify probable cause to seize ("Gamez's") Legal Box(es). The ("RFP") also includes Confidential Informant Information contained in Thomas Bastian and Michelle Bastian ("ADC") Institutional file, ("A.G."), ("FBI") and all government police agency files that will contest the truthfulness and veracity of "the Probable Cause statement" and can determine if ("ADC") and ("A.G.") orchestrate a Nefarious plot by offering Mr. and Ms. Bastian incentives to infiltrate ("Gamez's") Attorney Client, Work-Product Legal Material in previous, pending, and anticipated litigation, by wrongfully implicating ("Gamez") in a conspiracy plot. This evidence is calculated to lead to admissible evidence. As an alternative ("Gamez") request this court review the informant files "IN CAMERA Inspection" to determine if Mr. and Ms. Bastian were employed as Confidential Informants prior to 19 June 12 seizure and if the ("C.I.") sources were reliable or master manipulator(s).

Second, ("Gamez") request E-Mails between whistleblowers in Parsons v. Ryan, ("Gamez's") Expert Witness Written Reports and all documents undermining the Medical Services provided to ("Gamez") including any and all documents involving "fraudulent schemes" to "game the system" by implementing a Medical Records software that misdiagnoses patients, violates privacy rights, over prescribes opiates to perhaps boost pharmaceutical company profits and in the prison context intended to increase recidivism rates due to at least 90% of the prison population being obsessively addicted to opiates. Ironically, Gov. Ducey "systematically" issued new regulations to discontinue all opiates immediately prior to the U.S. Dept. of Justice Exposing e-Clinical Works, which was found to accept "Kick backs", over-prescribe opiates and sell Medical privacy information. ("Gamez's") Discovery request is designed to lead to admissible evidence.

Respectfully submitted this 27th day of Aug 18        Under Penalty of Perjury

c/c DEA;
    FDA; U.S. Dept. of Justice

Mr. Ernesto Carrasco Gamez# 131401
ASPC-Lewis-Rast Max
P.O. Box 3300, Buckeye, AZ 85326