| AO 435<br>AZ Form (Rev. 3/2018) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME Lori Metcalf | 2. PHONE NUMBER 602-954-5605 | 3. DATE 8/31/18 |
|---|---|---|

| 4. FIRM NAME Quintairos, Prieto, Wood & Boyer, P.A. |
|---|

| 5. MAILING ADDRESS 2390 E. Camelback Road #440 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
|---|---|---|---|

| 9. CASE NUMBER CV-12-0601-PHX-DKD | 10. JUDGE S. Duncan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 2/27/18 | 12. |

| 13. CASE NAME Parsons v. Ryan |  | LOCATION OF PROCEEDINGS |  |
|---|---|---|---|
|  | 14. |  | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [x] TESTIMONY (Specify) Janice Watson | 2/27/18 |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [ ] OTHER (Specify) |  |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] |  | [ ] PAPER COPY |  |
| 14 DAYS | [ ] | [x] |  |  |  |
| 7 DAYS | [ ] | [ ] |  | [x] PDF (e-mail) |  |
| 3 DAYS | [ ] | [ ] |  |  |  |
| DAILY | [ ] | [ ] |  | [ ] ASCII (e-mail) |  |
| HOURLY | [ ] | [ ] |  |  |  |
| REALTIME | [ ] | [ ] |  | E-MAIL ADDRESS lori.metcalf@qpwblaw.com |  |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE _(signed)_

20. DATE 8/31/18

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY |  | ESTIMATE TOTAL |  |
|---|---|---|---|
| ORDER RECEIVED | DATE BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  | TOTAL DUE |  |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY