Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, hereby declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as **Exhibit 1** is a true and correct copy of a letter sent by Plaintiffs' counsel David Fathi to Daniel Struck, Defendants' counsel, on July 2, 2018, requesting that Defendants abide by the Court's June 22, 2018 order (Doc. 2898), that Defendants "continue to file monthly reports reflecting every instance of noncompliance for PMs at facilities under the October 10, 2017 Order to Show Cause that are at less than 85% compliance," and asking when Defendants would be filing their reports for March, April, May, and June 2018.

3. Attached herein as **Exhibit 2** is a true and correct copy of a letter sent on July 17, 2018, by Jacob Lee, Defendants' counsel, in response to Mr. Fathi's July 2, 2018 letter. Mr. Lee states that "the Court's June 22, 2018 Contempt Order still does not specifically require that data for March-June 2018 be filed," that Defendants would work "to gather and produce the data," but that they "are unable to provide a specific date for production.

4. Attached herein as **Exhibit 3** is a true and correct copy of a letter sent on July 24, 2018 by Mr. Fathi to Mr. Struck, again requesting that Defendants provide the information ordered by the Court in its June 22, 2018 contempt order.

5. Attached herein as **Exhibit 4** is a true and correct copy of a letter sent on August 1, 2018 by Mr. Lee to Mr. Fathi, again stating Defendants' position that the Court's order to file monthly reports was "ambiguous," and again offering no date certain by which Defendants would file the ordered reports with the Court.

6. Attached herein as **Exhibit 5** and **filed under seal** is a true and correct copy of a letter that I sent on July 5, 2018, to Mr. Timothy Bojanowski, counsel for Defendants,

1  regarding a class member at Eyman-Browning in need of mental health care, and the
2  email response sent July 9, 2018 by Ashlee Hesman, Defendants' Counsel.

3       7. Attached herein as **Exhibit 6** and **filed under seal** is a true and correct copy
4  of a letter that Rita Lomio, Plaintiffs' Counsel, sent on July 18, 2018, to Mr. Bojanowski,
5  regarding a class member at Florence-South in need of medical care, and the email
6  response sent July 18, 2018 by Ms. Hesman.

7       8. Attached herein as **Exhibit 7** and **filed under seal** is a true and correct copy
8  of a letter that Ms. Lomio sent on July 20, 2018 to Mr. Bojanowski regarding a class
9  member at Florence-South in need of medical care, and the email response sent July 23,
10 2018 by Ms. Hesman.

11      9. Attached herein as **Exhibit 8** and **filed under seal** is a true and correct copy
12 of a letter that I sent on July 23, 2018 to Mr. Bojanowski regarding a class member at
13 Tucson-Rincon in need of medical care, and the email response sent July 24, 2018 by
14 Ms. Hesman.

15      10. Attached herein as **Exhibit 9** and **filed under seal** is a true and correct copy
16 of a letter that I sent on August 10, 2018 to Mr. Bojanowski regarding a class member at
17 Perryville-Lumley in need of medical care, and the email response sent August 13, 2018
18 by Ms. Hesman.

19      I declare under penalty of perjury that the foregoing is true and correct.
20      Executed September 6, 2018, in Berkeley, California.

                                                s/ Corene Kendrick
                                                Corene Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
        afettig@aclu.org
        vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.L.L.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

-3-

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Asim Dietrich (Bar No. 027927) |
| 2 | **ARIZONA CENTER FOR DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 3 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 4 | Email: adietrich@azdisabilitylaw.org |
| 5 | Rose A. Daly-Rooney (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 6 | Jessica Jansepar Ross (Bar No. 030553) |
| | Maya Abela (Bar No. 027232) |
| 7 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 8 | 177 North Church Avenue, Suite 800 |
| | Tucson, Arizona 85701 |
| 9 | Telephone: (520) 327-9547 |
| | Email: |
| 10 |   rdalyrooney@azdisabilitylaw.org |
| | jrico@azdisabilitylaw.org |
| 11 | jross@azdisabilitylaw.org |
| | mabela@azdisabilitylaw.org |
| 12 | |
| 13 | *Attorneys for Arizona Center for Disability Law* |

-5-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf