1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
14

15                UNITED STATES DISTRICT COURT

16                      DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-ROS  **MOTION TO SEAL** |

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal designated documents associated with Plaintiffs' Opposition to Defendants' Motion to Stay June 22, 2018 Orders. Plaintiffs file this Motion because the documents contain confidential medical information and makes medical information identifiable to a given individual. [Doc. 454] Plaintiffs have redacted the names of class members.

Specifically, Plaintiffs move to seal portions of Exhibits 5-9 of the Declaration of Corene Kendrick, filed herewith.

Dated: September 6, 2018

**PRISON LAW OFFICE**

By: *s/ Corene Kendrick*
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kirstin T. Eidenbach (Bar No. 027341) |
| 2 | **EIDENBACH LAW, P.L.L.C.**<br>P. O. Box 91398 |
| 3 | Tucson, Arizona 85752<br>Telephone:  (520) 477-1475 |
| 4 | Email:    kirstin@eidenbachlaw.com |
| 5 | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA** |
| 6 | 3707 North 7th Street, Suite 235 |
| 7 | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 8 | Email:    kbrody@acluaz.org |
| 9 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 10 | John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP** |
| 11 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 12 | Telephone:  (602) 351-8000<br>Email:    dbarr@perkinscoie.com |
| 13 |             agerlicher@perkinscoie.com<br>            jhgray@perkinscoie.com |
| 14 | Caroline Mitchell (Cal. 143124)* |
| 15 | **JONES DAY**<br>555 California Street, 26th Floor |
| 16 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 17 | Email:    cnmitchell@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 20 | 717 Texas Street<br>Houston, Texas 77002 |
| 21 | Telephone:  (832) 239-3939<br>Email:    jlwilkes@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 24 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    Jessica Jansepar Ross (Bar No. 030553)
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-