1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **ORDER GRANTING**
10  Hefner; Joshua Polson; and Charlotte Wells, on       **MOTION TO SEAL**
    behalf of themselves and all others similarly
11  situated; and Arizona Center for Disability Law,

12                           Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
16
                             Defendants.
17

18          This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

19  hereby GRANTS Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the

20  documents as set forth in the Motion:  Exhibits 5-9 to the Declaration of Corene Kendrick.

21

22

23

24

25

26

27

28