# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pursuant to the Plaintiffs' Motion to Seal and good cause appearing,

**IT IS ORDERED** the motion (Doc. 2994) is **GRANTED**. The clerk of the Court is directed to please seal the documents as set forth in the motion and lodged at (Doc. 2995): Exhibits 5-9 to the Declaration of Corene Kendrick.

Dated this 7th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge