Michael J. Cohn #288721
ASPC Tucson/Manzanita
P.O. Box 24401
Tucson, AZ 85734

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 0 7 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12CV601-DKD | CV-12-00601-PHX-ROS by SS |
|---|---|---|
| v. | Notice of Address Change | |
| Ryan, et al. | Hon. Roslyn O. Silver | |

I, Michael J. Cohn, Plaintiff in the above captioned case respectfully notify the Court of my address change as follows:

Michael J. Cohn #288721
ASPC Tucson/Manzanita
P.O. Box 24401
Tucson, AZ 85734

Respectfully submitted,              Date: 8/31/18

*Michael J. Cohn* (signature)
Michael J. Cohn

Original mailed to: on: 8/31/18
Clerk of the U.S. Dist. Ct.
401 W. Jefferson
Phoenix, AZ 85003