Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' REQUEST FOR STATUS HEARING AND PROPOSED AGENDA** |

1   I, Corene Kendrick, hereby declare:

2   1.   I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

3   2.   Attached herein as **Exhibit 1** is a true and correct copy of an email exchange dated September 7 and 10, 2018, between myself and Daniel Struck, Counsel for Defendants, regarding Plaintiffs' request for a status hearing

4   3.   Attached herein as **Exhibit 2** is a true and correct copy of a letter sent on May 18, 2018, by Rachel Love, Counsel for Defendants, to David Fathi, Counsel for Plaintiffs, regarding document production.

5   4.   Attached herein as **Exhibit 3** is a true and correct copy of a letter sent on May 22, 2018, by David Fathi to Tim Bojanowski, Counsel for Defendants, regarding document production.

6   5.   Attached herein as **Exhibit 4** is a true and correct copy of a letter sent on May 23, 2018, by Richie Valenti, Counsel for Defendants, to David Fathi regarding Defendants' response to Plaintiffs' document requests.

7   6.   Attached herein as **Exhibit 5** is a true and correct copy of that I sent on July 13, 2018 to Tim Bojanowski, regarding document production

8   7.   Attached herein as **Exhibit 6** is a true and correct copy of a letter sent on August 13, 2018 that Richie Valenti sent to me regarding outstanding document production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 10, 2018, in Berkeley, California.

//

//

//

Dated: September 10, 2018    **PRISON LAW OFFICE**

By: ___s/ Corene Kendrick___
  Donald Specter (Cal. 83925)*
  Alison Hardy (Cal. 135966)*
  Sara Norman (Cal. 189536)*
  Corene Kendrick (Cal. 226642)*
  Rita K. Lomio (Cal. 254501)*
  **PRISON LAW OFFICE**
  1917 Fifth Street
  Berkeley, California 94710
  Telephone: (510) 280-2621
  Email:  dspecter@prisonlaw.com
      ahardy@prisonlaw.com
      snorman@prisonlaw.com
      ckendrick@prisonlaw.com
      rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
    afettig@aclu.org
    vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:  kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
　　Asim Dietrich (Bar No. 027927)
　　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
　　Telephone: (602) 274-6287
　　Email: adietrich@azdisabilitylaw.org

　　Rose A. Daly-Rooney (Bar No. 015690)
　　J.J. Rico (Bar No. 021292)
　　Jessica Jansepar Ross (Bar No. 030553)
　　Maya Abela (Bar No. 027232)
　　177 North Church Avenue, Suite 800
　　Tucson, Arizona 85701
　　Telephone: (520) 327-9547
　　Email:
　　　rdalyrooney@azdisabilitylaw.org
　　　　jrico@azdisabilitylaw.org
　　　　jross@azdisabilitylaw.org
　　　　mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

               s/ Corene Kendrick