Anant Kumar Tripati
102081  P.O. Box 5000
Florence, AZ  85132

FILED ____ LODGED
____ RECEIVED ____ COPY
SEP 20 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

| Victor Alan Parsons vs. Charles L. Ryan | CV12-0601 ROS  NOTICE OF HIPPA VIOLATIONS FOR ABOUT 300 INMATES |

Corizon Inc. through their lawyers - Joseph Scott Conlon - Charles Stedman Hover - Timothy Regis Grimm - Kristin Whitney Basha - Renaud Cook Drury & Mesaros P.A. — Violated HIPPA.

IN almost every case they obtained medical records and information - without the consent of the inmate or court order.

They then concealed

—1—

These records from the about 300 inmates.

Charles Ryan has failed to ensure the records are safe and secure — has failed to do so.

Courtney Glynn Esq Counsel for ADOC and its Arizona Attorney General's office — aware that Corizon and its lawyers are violating HIPPA — have refused to take action.

By this notice I am notifying all concerned for appropriate action.

Regards,

[signature]

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Tripati | 102081 |

**Institution/Unit**

ASPC-Florence East Unit

| From | Location |
|---|---|
| CO III D. Mendoza | ASPC-F-East Unit |

In response to your Inmate Informal Complaint received 09/04/2018 in reference to medical records. The complaint was forwarded to Courtney Glynn, Legal Services. The reply is as follows;

ADC staff reviewed Judge Bury's order dated August 23, 2018 in your lawsuit against Corizon, USDC CV13-615. Judge Bury's order noted that Corizon should have obtained your release before providing its attorneys with your medical records. But the order also declined to grant your requested permanent injunction, noting among other things that it is unlikely that you could show any prejudice based on the disclosure of the information because you have put your health information at issue.

You are now asking that ADC take every action to obtain the originals and all copies of your medical records and to notify you that it has done so. You provided citations to ARS 31-201.01(D) and 41-1604(B)(1)(d).

ADC is in compliance with ARS 31-201.01(D), as its contract with Corizon is a "contract for professional services to assist the director in carrying out this responsibility on behalf of the state" and all inmate medical records are made and retained by "duly authorized or qualified medical and professional personnel." Inmate medical records are retained in a safe and secure place.

D. The director shall provide medical and health services for the prisoners. The director may contract for professional services to assist the director in carrying out this responsibility on behalf of the state, provided that all records made and retained in connection with the services provided by this subsection shall be made and retained only by duly authorized or qualified medical and professional personnel and not by any prisoner. Such records when not in use shall be retained in a safe and secure place.

This will serve as your explanation of Informal Complaint resolved. If you still wish to move forward with a formal grievance you have five (5) work days from the receipt of this response to forward your grievance along with supporting documentation to the Unit Grievance Coordinator, (see D.O. 802 Inmate Grievance Process) - End of Response.

**Staff Signature:** CO III D. Mendoza

**Date:** 9-7-18

Distribution:  Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13