IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has received letters from two class members describing their personal experiences, both of which contain sensitive information. The Court will direct that they be filed on the docket under seal but is unable to order any other relief. The concerns raised in these filings are best addressed by separate lawsuits on each inmate's own behalf. The Clerk of Court will be directed to send to the inmates who filed these letters court-approved forms for filing a civil rights complaint by a prisoner.

**IT IS THEREFORE ORDERED** that the letters received on September 11, 2018 must be filed on the docket under seal with copies to lead counsel David Fathi and Daniel Struck. The Clerk of Court must mail the inmates who filed the letters court-approved forms for filing a civil rights complaint by a prisoner.

///
///
///
///

**IT IS FURTHER ORDERED** that the Motion to Compel filed by Robert Gamez (Doc. 2983) is **denied**.

Dated this 24th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge