Dale Maisano
P.O. Box 24401-077877
Tucson Arizona 85734-24401

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 24 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et.al.,
    Plaintiff(s)

v.

Ryan, et.al.,
    Defendant(s)

12-CV-00601

T.R.O.

    I'm being denied My absolute right of the ability to communicate with Attorney handling class action litigation To Wit: Donald Spector see McClendon v. City of Albuquerque, 272 F. Supp. 2d 1250, 1258 (D.N.M. 2003) and Valvano v. McGrath, 325 F. Supp. 408, 412 (E.D.N.Y. 1971)

    To support My requested Preliminary Injunction see Brenneman v. Madigan, No C-70 1911 AJZ (N.D. Cal., Nov 16 1970) and Smith v. Carberry, No. C-70 1244 HB (N.D. Cal. Aug 5, 1970)

    And Paralegal who has engaged in misconduct could be barred from prison see Crusoe v. De Robertis, 714 F.2d 752, 756-57 (7th Cir. 1983)

Prisoners have an absolute to Communication see Dewise V. Dunlap, 209 F. 3d 944, 954 (7th Cir. 2000) which goes to Sturm V. Clark, 835 F. 2d 1009, 1015 n. 13 (3d Cir. 1987),

And last Williams V. Price, 25 F. Supp. 2d 623, 629-30 (W.D. Pa. 1998) (holding lack of confidentiality in attorney-client consultation violates The First Amendment), as well as Lonegan V. Hasty, 436 F. Supp. 2d 419, 433-36 (E.D.N.Y. 2006) (Attorneys had an expectation of privacy in attorney-client consultation based on attorney-client privilege and did not lose it because the communications took place in a prison).

R.R. Paralegal stop Hindering Legal access to Atty; of record. Do we need oral arguments Via Phone?

Submitted This 21 Day of Sept 2018

by Dale Maisano

cc Non Given

INMATE MAIL- ARIZONA DEPARTMENT OF CORRECTIONS

Inmate: Dale Martin
ADC #: 272127
Arizona State Prison Complex: Tucson
Unit: Whetstone 8A-30 P.O. Box N-400
City: Tucson AZ 85734

(For International Use Only)

Legal Mail
85003-21859

FILED ___ LODGED
RECEIVED ___ COPY

SEP 24 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Judge Roslyn O. Silver
401 W. Washington
U.S. Dist Ct.
Phoenix, Arizona
85003-2118

FIRST-CLASS MAIL
neopost 09/22/2018
US POSTAGE $000.47⁰
ZIP 85756
041L11252730