# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Motion for Leave to Exceed Page Limits and good cause appearing,

**IT IS ORDERED** the motion (Doc. 3009) is **GRANTED**. Plaintiffs may file the twenty-eight-page Motion for Attorneys' Fees and Costs.

**IT IS FURTHER ORDERED** the Response may be up to twenty-eight pages and the Reply may be up to sixteen pages.

Dated this 28th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge