**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Enforce. (Doc. 2520) In compliance with the Court's previous Orders interpreting substantial non-compliance, the Court finds as follows. (Doc. 2644)

The following PM/locations are not substantially non-compliant:

- PM 19 at Perryville
- PM 19 at Phoenix
- PM 19 at Tucson
- PM 67 at Florence
- PM 67 at Perryville
- PM 73 at Tucson

The following PM/locations meet the Stipulation's definition of non-compliant but are recently compliant and so the Court will not order a remediation plan:

- PM 44 at Winslow
- PM 48 at Tucson

- PM 95 at Tucson
- PM 96 at Tucson
- PM 98 at Tucson

The following PM/locations are non-compliant and the Court will require Defendants to provide a remediation plan:

- PM 19 at Eyman
- PM 19 at Lewis
- PM 52 at Phoenix
- PM 67 at Tucson

**IT IS THEREFORE ORDERED** granting in part Plaintiffs' Motion to Enforce (Doc. 2520).

**IT IS FURTHER ORDERED** that PM 48 at Tucson, PM 95 at Tucson, and PM 96 at Tucson are substantially non-compliant.

**IT IS FURTHER ORDERED** that PM 19 at Eyman, PM 19 at Lewis, PM 52 at Phoenix, and PM 67 at Tucson are substantially non-compliant. Defendants shall file a remedial plan tailored to each of these PM/locations no later than October 22, 2018.

Dated this 28th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge