John K. Ingersoll #89110
P.O. Box 24401
Tucson, AZ   85734

Sept. 26, 2018

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 28 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Honorable Roslyn O. Silver
U.S. District Court

re: Poisoning

Your Honor,

How is it that ADOC is allowed to literally poison me under rule & practice? Parsons v. Ryan is not in the library; and, I have a very limited voice.

For reasons left to argument, none valid, ADOC has decided to allow the Food Service Liaison Bondaramot to end my "Gluten-Free", issued May 15, 2015, and currently valid until 2019, diet.

Under the current conditions of my imprisonment I have two choices: a) eat the general population diet and poison myself; or, b) eat the small portions of beans & vegetables served and slowly starve.

Listed on the attached letter to the attorneys overseeing Parsons v. Ryan is a partial list of actions taken against me by Medical/ADOC. I would like to imagine that poisoning a human-being is not proper, or legal; but, this is Arizona and good people do do whatever they say is right.

Hopefully someone out there has a higher standard.

Sincerely,

[signature]

JOHN K. INGERSOLL #89110
P.O. BOX 24401
TUCSON, AZ          85734

PRISON LAW OFFICE
DONALD SPECTER, ESQ.

re: LEGAL POISONING

DEAR PLO,

THE "MULTIGRAIN CEREAL BAR" SHOWN BELOW CONTAINS WHATEVER IT IS THAT I AM ALLERGIC TO; ie., AFTER BEING TOLD DIFFERING STORIES BY DIFFERENT MEDICAL STAFF I BEGAN TO ACTUALLY WONDER AS TO THE TRUTH; SO, EVEN THOUGH I HAVE NOT DELIBERATELY EATEN "GLUTEN" SINCE MAY 15, 2015, AT 6 P.M. ON MONDAY, SEPT. 17, 2018, I ATE THE PICTURED "CEREAL BAR" THAT TRINITY SUPPLIED IN THE GEN-POP P.M. SNACK MEAL; AT 11 P.M. THAT EVENING I AWOKE TO A STABBING PAIN TO MY GUT, AN INTENSE RINGING IN MY EARS, WEIRD THROAT CONTRACTIONS, G.E.R.D., DIZZINESS, AND AN OVERALL FEELING OF MENTAL RETARDATION THAT LASTED FOR OVER 24 HOURS. AND PLEASE DO NOT ASK IF I WENT TO MEDICAL SINCE THEY HAVE TOLD ME THAT FOOD SERVICE LIAISON BONDARANDT MUST APPROVE MY DIET.



Poison is defined as: a substance that through its chemical action usually kills, injures, or impairs an organism.

Since filing a medical grievance on June 1, 2018 (which you advised that I do):

- On June 5th COIV Brookhart declare it not to be a medical but a regular grievance;
- On July 19th Medical Security gave me an "A" ticket/disciplinary for arriving 10 minutes after being called;
- On August 6th the Director's Office responded to my grievance by declaring all issues moot;
- On August 31st Food Service Liaison Bondarandt takes my approved (until 2019) diet, issued May 15, 2018; and,
- On Sept. 16th staff ignored my current, approved medical upper-bunk waiver and moved me onto an upper-bunk (I am 71 years old, do I really need to argue why this is inappropriate).

Parsons v. Ryan is unavailable at the Law Library. Does Parsons v. Ryan allow ADOC to poison and punish me for attempting to obtain nutrition and adequate medical treatment?

Is there help or am I simply naive?

A Victim of Decent People,

John K. [signature]

2 of 2

ATTACHMENT "A"

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



*I have no idea where this unit is.*

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 629 | Ingersoll | 89110 | C02069018 | Tucson | Santa Rita |

In your grievance filed at Huachuca Unit, you claim your diet should consist of "Gluten Free" food items. Furthermore, you believe the cycle of the preparation of meals is not within the appropriate standards. Your resolution is to receive what you believe to be an adequate diet.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You are receiving an adequate diet from a nutritional standpoint and the food products and preparation process meets the guidelines and requirements for your diet. It is recommended you address any issues with your meal with the Shift Commander if you find discrepancies.

The ADC Standard Diet Menu provides the Recommended Dietary Allowances for calories, protein, ten vitamins and six minerals, as required by the Food and Nutrition Board and the National Academy of Sciences-National Research Council. The standard amounts are based on the recommendations for adults within the system who are generally healthy and have the highest nutritional needs. For adult males, the menus must meet the minimum standards of 2800 +/- 200/day calories, 63 grams of protein per day, 676 grams of fat per week, average 25 grams of dietary fiber per day, 35 grams of sodium per week and 70 milligrams of iron per week. Based on this information your nutritional needs are being met.

No further action is warranted in this matter.

cc: Warden, Tucson Complex

RK

*R. Kepney*
Appeals Officer

*CRGlynn for*
Charles L. Ryan, Director

07/31/2018
Date

4C23B  Ex B



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Disciplinary Report

*Please PRINT or TYPE all information*
*Date example: (mm/dd/yyyy)*

Case Number: 18 CO2 0774

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Ingersoll | 089110 | ASPC-T-Santa Rita |

**CHARGE: GROUP NUMBER AND TITLE**
11B: Disrupting An Institution Count and/or Being Out of Place

**I. Statement of Violation** *(State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).*

On 07/19/2018 at approximetly 1014, Inmate Ingersoll #089110 was verbally called to the Yard 4 control room mutilple times by COII Kavathas #11905 to report to medical. Yard 4 was locked down and inmate Ingersoll was nowhere to be found. At approximately 1024 he was finally found at medical. Inmate Ingersoll #089110 was verbally placed on report by Sgt. Edwards #5904 at 1024 hours. This report was completed by COII Kavathas #11905 on 07/20/2018 at approximately 0926 hours.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 07/19/2018 / 1024 | COII Kavathas | KKXB |

| SIGNATURE | DATE/TIME COMPLETED |
|---|---|
| Kvms #11905 | 07/20/2018 / 0926 |

| DISPOSITION | DATE/TIME REVIEWED |
|---|---|
| Normal | 7-20-18 0950 |

| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) | SIGNATURE | DATE |
|---|---|---|
| Delloy | | 7-20-18 |

**II. Delivery of Charge:** I hereby certify that on ___/___/___ at _____ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

Inmate was offered staff assistance and it was:
☐ Accepted   ☐ Declined

| INMATE SIGNATURE | DATE | DELIVERING OFFICER SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**III. Report of Investigation**
FELONY VIOLATIONS ONLY – SEE ATTACHED *(Use form #803-8)*

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| | | |

**IV. Disposition:** This case was handled as:
☐ Felony Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution   ☐ Dismissed/Not Guilty
☒ Misdemeanor Violation: Reason for finding of guilt: **VIOLATION DOES NOT WARRANT FELONY SANCTIONS**

**Penalty Assessed For A Minor Violation**
☐ ___ Hours Extra Duty   ☒ Reprimand   ☐ Other
☐ Return/Forfeit Contraband Items
☐ ___ Days Loss of Privilege

*For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five calendar days to appeal.*

| INMATE SIGNATURE | DATE/TIME |
|---|---|
| [signature] | 7/26/18 / 1025 |

| COORDINATOR'S NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE/TIME |
|---|---|---|
| Barraza, V. | [signature] | 7/26/18 / 1025 |

Distribution: Coordinator to make two copies of form; Original to Master Record, File Copy to Institutional File, Copy to Inmate

803-1
10/16/16

ADC: 089110

Patient: INGERSOLL, JOHN K.

Tuesday, April 17, 2018 07:49:31

HSS028B | Other Action/Procedure/Referral

| | |
|---|---|
| Encounter Date: 04/10/2018 | Time: 12:25:44   Type: Nurse - Sick Call - Unscheduled |
| Location: ASPC-T RINCON I [C01] | Staff: Stengel, Casey |

Category*: Medical Supplies/Special Equipment
Type*: LOWER BUNK
Count*: 0
Approximate Begin Date: 04/10/2018
Refer to Staff: Stengel, Casey
Status: Active

Sequence Number: 01
Approximate End Date: 04/30/2019

As of Date: 04/10/2018

Status History

**Specify Comments**

<u>Lower Bunk only</u>
TimeStamp: 10 April 2018 12:51:21 --- User: Casey Stengel (STECA02)

Prior Page

Show Last Updated Information

N. Bell, NP

*[signature]*