THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE   CVR 54
(Rule Number/Section)

☑ FILED          ___ LODGED
___ RECEIVED     ___ COPY

OCT 01 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721

ASPC Tucson / Manzanita - 3A3L

P. O. Box 24401

Tucson, AZ 85734

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.          2:12 CV601-ROS          | CV-12-601-PHX-ROS

        V.               Notice of alleged homicide of an inmate by staff-security/medical

Ryan, et al,             Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff/prisoner rights advocate

in the above captioned case respectfully notice this honorable court

of an alleged homicide of an inmate, as set forth in the

attached preliminary Investigative Report, a brief review of this

matter is provided.

     Respectfully submitted,          Date: 9/26/18

     Michael J. Cohn, Ed.D.

     Dr. Michael J. Cohn, Pro Se

Original mailed to:  on: 9/27/18 - Hon. Sherry K. Stephens

Clerk of the U.S. Dist. Ct.          175 W. Madison

401 W. Washington                    Phoenix, AZ 85003

Phoenix, AZ 85003                    ⌐ Amanda Martin, CtHvy. Supervisor

   Copies mailed to: on: 9/27/18   Ofc. of the Public Defender

⌐  Attorney General               620 W. Jackson #4015

   1275 W. Washington             Phoenix, AZ 85003

   Phoenix, AZ 85007               - Stacy Scheff, Esq.

⌐ Prison Law Ofc.                 P.O. Box 4611

General Delivery                   Tucson, AZ 85717

San Quentin, CA 94964            (counsel for Dr. Cohn)

1

Michael J. Cohn #288721

ASPC Tucson/MANZANITA 3A3-L

P.O. Box 24401

Tucson, AZ 85734


Preliminary INVESTIGATIVE Report To Prison Law Office

Death of Inmate Cromwell

Background

The MANZANITA UNIT is a unit housing approximately ~~600~~ app. 450 inmates in the ARIZONA STATE Prison Complex-Tucson. It is unique in character compared to other units. There are two long term care dormitories. One is for skilled Nursing patients (a nursing home). The other is a Hospice unit for inmates who have terminal conditions or are extraordinarily medically compromised. This unit is also unique in that it is an Integrated Housing Unit, cooperating with the Federally mandated integration process. Although this is a medium security, general population facility this is a much less tumultuous inmate population than one might find on a regular general population unit. There appears to be more medical staff on this unit, probably reducing the staff to patient ratio compared to other units. There are 4 regular dorms.

Facts of the Case as Reported to me

Shortly after my arrival on this unit towards the end of August, 2018, inmates who knew I am a paralegal, a doctor and a prisoner Rights Advocate told me about problems with medical care. They were especially concerned about a suspicious pattern of inmate deaths since this unit became Integrated. The death of inmate Cromwell, I.D unknown, was especially disturbing. This occurred app. middle of August, 2018. Reportedly Cromwell was housed in Dorm 5, the skilled nursing dorm, had severe chronic pain and other maladies. On the day of concern, Cromwell reportedly sought pain

management care from the Nursing Unit. Reportedly, he was administered a shot of pain killers. Some time after that he reportedly received more pain killers orally. Shortly afterward, reportedly he collapsed. A security staff officer (Correction officer Porcello) reportedly was present. Reportedly, Porcello refused to administer mouth to mouth breathing assistance to Cromwell. Another inmate (anonymous at this time) took over and administered CPR. Reportedly, medical staff took about 10 minutes to arrive. It is unknown when Cromwell was pronounced dead. It is unknown if Narcane was administered or why Porcello allegedly violated Policy by not administering mouth to mouth breathing assistance. It is also not known why medical staff took so long to arrive given the nature of this Unit.

### Medical Error or Homicide

Differentiating between Medical Error and homicide, it appears the scale tends on the side of homicide. The possibility that Cromwell was intentionally Overdosed by medical staff cannot be ruled out at this time. As I am unable to thoroughly interview medical staff, this will have to be deferred for a law enforcement investigation. Further Porcello's alleged wanton disregard for ADC policy, for his CPR training and intent to let Cromwell die rather than administer mouth to mouth breathing assistance clearly implicates homicide. Additionally, the medical care vendor, Corizon Health appears to not have provided or trained medical/security staff in the administration of Narcane. If so, this is shocking and outrageous given the nature of this Unit.

I asked one of the Licensed Practical Nurses if she is interested in Law. She said she is not. This calls into question whether Corizon Health is hiring medical staff with adequate training in medical/legal interfaces, policy mandates and the will to save lives.

2

## Lingering Questions

1) Was there tension or conflict between Cromwell and medical staff?

2) Was an autopsy conducted? If not, why not?

3) If this matter was not an intentional homicide than why did the medical staff not pay attention to the amount of pain medicine administered to Cromwell? - criminal negligence.

4) As this is a nursing home unit, ARS § 46-451-457 is implicated. Nursing home abuse/neglect of a vulnerable adult requires also a report to the authorities by medical staff who have knowledge of the abuse/neglect. Abuse/neglect is a felony, Failure to report is a misdemeanor. Was this matter reported?

## Implicated Felonies

1) Homicide with hate crime enhancement. Cromwell was Jewish.

2) Adult abuse/neglect (Nursing home) ARS § 46-451-457 see § 454

3) Criminal Negligence

4) Fraud. Note: Corizon Health by contract agrees to provide adequate healthcare to wards of the State of ARIZONA. When such care is not provided, the taxpayers are being defrauded. Obviously, breach of contract is also implicated.

## Implicated Misdemeanors

- Failure of medical staff to report abuse/neglect. See id. § 454

## Civil Implications

1) Wrongful death

2) Failure to protect

3) Breach of contract

4) other

## Action Steps

I will send copies of this report to Federal Judge Roslyn O. Silver who presides in the Parsons v. Ryan class action case. I will send copies to the Attorney General and local law enforcement. I respectfully request that Prison Law Office request a referral of this matter to the FBI from Judge Silver. As ADC receives federal funds the F.B.I. has jurisdiction.

- Generally, law enforcement is indifferent to complaints such as this from inmates. If local law enforcement shirks its responsibility to investigate this matter, I will report such to Judge Silver and US. D.O.J. Inmates who witnessed/have knowledge of this matter are willing to provide statements/testimony.

- I have 9 years or so remaining on my sentence. I will likely spend much of that time on this unit. I don't want to be another death statistic for the serial murderers of inmates, the Arizona Department of Corrections and its accomplice, Corizon Health. Therefore, I will do my best to hold them accountable, as I have for the last several years.

Respectfully submitted,                    Date: 9/26/18

Mahual J. Cob, Ed.D.

Dr. Michael J. Cobb

Prisoner Rights Advocate/Jailhouse Lawyer/Paralegal

Formerly - Fellow + Diplomate, American Board of Medical Psychotherapists and Psychodiagnosticians (expired)

Formerly - Certificate in the treatment of Substance Use disorders. (American psychological association (expired),

Retaliation Note: I will view transfer from this unit, unprovoked searches of person/property/ bed space, hostile comments, etc. as retaliation.

4