John K. Ingersoll 89110
P.O. Box 24401
Tucson, AZ      85034

9-27-18

U.S. District Court
Judge Roslyn O. Silver

re: Parsons v. Ryan Violations

FILED ___ LODGED
RECEIVED ___ COPY
OCT 0 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Judge,

 Celiac Disease & "gluten-free" diet are separate issues. ADOC is simply misdirecting the facts with bogus claims. Parsons v. Ryan is not available here. I am being poisoned.

 Yesterday I mailed to you a packet. Today ADOC gave me their "Inmate Informal Complaint Response" (IICR) (see Attachments).

 My "Gluten-Free" diet has been taken. The IICR is simply misdirection & fraud on the part of ADOC: ie, celiac disease is "defective digestion and utilization of fats" in young children; whereas, gluten is a protein. My diet never was a "fat-free" diet. I have never been diagnosed with celiac disease which is why I do not have it. I am severely allergic to wheat products, not fats.

 This specious action by ADOC is forcing me to choose between being poisoned or slow starvation.

 Is there any level of honest decency left out there?

   Please assist.

     [signature]

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

M1-C02-18-0126

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| INGERSOLL, JOHN K. | 089110 | TUCSON/SANTA RITA | 9-7-18 |

TO: COIII OSTBERG
LOCATION: YARD 2

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

MY GLUTEN FREE DIET IS NOT BEING SERVED TO ME; EVEN THO, MEDICAL STAFF HAS INFORMED ME ON 9-1-18 THAT I HAVE CELIAC DISEASE (?SPELLING?), THAT MY DIET & DIET CARD ARE APPROVED, AND THAT THE ONLY THING NEEDED TO GET MY DIET TRAY IS TO SEND AN E-MAIL TO FOOD SERVICE LIAISON BONDERON. WHEN WILL I GET MY DIET. I AM INFORMALLY ATTEMPTING TO RESOLVE THIS ISSUE HERE.

THANK YOU

RECEIVED
SEP 07 2018
By: COIII OSTBERG

INMATE SIGNATURE: [signed]
DATE: 9-7-18

Have you discussed this with institution staff? ☒ Yes   ☐ No
If yes, give the staff member name: KITCHEN/MEDICAL STAFF

Rec'd 9/7/18 [signature]

Distribution   INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
              FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Ingersoll, John | 89110 |

INSTITUTION/ UNIT
ASPC-Tucson / Santa Rita MI C02-18-126

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 9/7/18 was received in the Tucson office of Corizon Inmate Health Services on 8/12/18.

Your primary area of concern is your diet.

Your concern has been reviewed by medical and it was determined that based on your labs drawn 8/23/18 you do not have celiac disease, therefore a gluten free diet will not be issued.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21220)

STAFF SIGNATURE: [signature] Dav / K.Switzer DON

DATE *(mm/dd/yyyy)*: 9/24/2018

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| Received By | |
|---|---|
| Title | |
| Badge Number | Date |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

**Inmate Name** (Last, First M.I.): INGERSOLL, JOHN K.
**ADC Number:** 89110
**Date:** 9/27/18
**Institution/Facility:** TUCSON / SANTA RITA
**Case Number:**
**To:** GRIEVANCE CO-ORDINATOR

**Description of Grievance** (To be completed by the inmate):

WEBSTER'S 9th NEW COLLEGIATE DICTIONARY DEFINES "CELIAC DISEASE, n (1936): A CHRONIC NUTRITIONAL DISTURBANCE IN YOUNG CHILDREN CHARACTERIZED BY DEFECTIVE DIGESTION & UTILIZATION OF FATS & BY ABDOMINAL DISTENTION, DIARRHEA, & FATTY STOOLS". I SUFFER FROM NONE OF THESE CHARACTERISTICS. MY DIET WAS "GLUTEN-FREE". GLUTEN IS "A TENACIOUS ELASTIC PROTEIN" ESPECIALLY OF WHEAT FLOUR. PROTEINS ARE NOT "FATS" WHICH DEFINE CELIAC DISEASE. I AM 71 YRS. OLD, NOT A YOUNG CHILD. I HAD NEVER EVEN HEARD OF CELIAC DISEASE UNTIL THIS MONTH. IF MEDICAL THOUGHT THAT I SUFFERED WITH DIARRHEA WHY HAVE I HAD A PRESCRIPTION FOR STOOL SOFTENER FOR THESE PAST 3½ YEARS (Rx DOCUSATE SOD 100 MG CAPS Rx# 41022150)?

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?):

I AM ALLERGIC TO "GLUTEN" PRODUCT WHICH I HAVE A SEVERE REACTION TO. FOOD SERVICE LIAISON BONDARANDT SHOULD NOT BE ALLOWED TO DICTATE MEDICAL DIAGNOSIS & PRACTICE. OF COURSE I DON'T HAVE CELIAC DISEASE. I NEVER CLAIMED TO BE. DO NOT POISON OR STARVE ME BY DENYING MY GLUTEN-FREE DIET.

**Inmate's Signature:** [signed]
**Date:** 9/27/18
**Grievance Coordinator's Signature:**
**Date:**

**Action taken by** _____
**Documentation of Resolution or Attempts at Resolution.**

**Staff Member's Signature:**
**Badge Number:**
**Date:**