Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen
Swartz, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells,
on behalf of themselves and all others similarly
situated*

**[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION TO ENFORCE PAYMENT OF MONITORING FEES** |

Plaintiffs move this Court for an order directing Defendants to pay Plaintiffs the overdue monitoring fees and costs they are owed pursuant to the Stipulation in this case.

## FACTUAL BACKGROUND

The Stipulation includes the following provision:

> 44.   Plaintiffs' counsel shall be compensated for work reasonably performed or costs incurred to monitor or enforce the relief set forth in this Stipulation up to $250,000 per calendar year.  In exchange for Plaintiffs' agreement to a cap on the amount of fees, Defendants shall not dispute the amount sought unless there is an obvious reason to believe that the work was unreasonable or the bill is incorrect.  The amount of $250,000 will be prorated for the portion of the calendar year between the effective date of the Stipulation and the start of the next calendar year.  Plaintiffs' counsel shall submit an invoice for payment quarterly along with itemized time records and expenses.  **Defendants shall pay the invoice within thirty (30) days of receipt.**  This limitation on fees and costs shall not apply to any work performed in mediating disputes before the Magistrate pursuant to paragraphs 22, 29, and 31 above, or to any work performed before the District Court to enforce or defend this Stipulation.

Doc. 1185 at 16 (emphasis added).

On August 14, 2018, Plaintiffs' counsel Donald Specter emailed Defendants' counsel Dan Struck, attaching an invoice in the amount of $168,570.58 for monitoring fees and costs incurred in the second quarter of 2018.  Mr. Specter's email read, in part, "Attached is our time and expenses for the 2d quarter.  Please have payment made in 30 days."  Declaration of Corene Kendrick (Kendrick Decl., ¶ 2).  Under the Stipulation provision set forth above, payment was due no later than September 13, 2018.

On September 21, Plaintiffs' counsel Corene Kendrick emailed Mr. Struck to ask "Can you please advise when we can expect payment?"  *Id*., ¶ 3.  On September 24, Mr. Struck replied, "I'm in week 3 of solid depositions.  I can get back to you by Thursday [September 27] on this."  *Id.*  Later on September 24, Ms. Kendrick wrote:

> Thank you for your response.  This matter clearly is not something that requires the involvement of the most senior partner at your firm.  Since you are clearly so busy, can Elaine, Rachel, Tim, Nick, and/or any of the associates in your office, please contact ADC's administrative office

tomorrow and ask about the status of the payment?

*Id.*   September 27 came and went, and no further response was received from Defendants.

On September 28, Ms. Kendrick wrote "Counsel, Thursday was yesterday. Can you please provide an update?" *Id.,* ¶ 4.   Later that day, Defendants' counsel Timothy Bojanowksi responded "Corene-I will look into this issue." *Id.*   Since September 28, no further communication about this matter has been received from Mr. Struck, Mr. Bojanowski, or any other counsel for Defendants, and no payment of the August 14 invoice has been received. *Id.,* ¶ 5.

## ARGUMENT

The Stipulation is pellucidly clear: "Defendants shall pay the invoice within thirty (30) days of receipt." Doc. 1185 at 16.   Defendants have offered no excuse for their failure to comply with this requirement.   The Court should order them to pay the August 14, 2018 invoice without further delay.   Because the Stipulation caps monitoring fees and costs at $250,000 per calendar year, and Defendants have paid Plaintiffs $101,195.01 for the first quarter of 2018 (Kendrick Dec., ¶ 6, Ex. 2), Defendants should be ordered to pay $148,804.99, with interest to accrue pursuant to 28 U.S.C. § 1961.   A proposed order is attached hereto.[1]

///

///

///

///

///

---

[1] On June 22, 2018, the court awarded Plaintiffs $1,259,991.98 in attorney fees and costs incurred in enforcing the Stipulation from 2015 through June 30, 2017.  Doc. 2902 at 11.   Defendants have moved to stay this order pending appeal and urged that they should be excused from posting a bond, on the ground that "Defendants can and will promptly pay the judgment upon the conclusion of the appeal (if the award is affirmed). … The Court can have confidence that the State will pay its debt timely and in full." Doc. 2971 at 22-23.   Any such confidence must be undermined by the fact that Defendants are either unable or unwilling to pay a far smaller amount within the 30-day deadline to which they themselves agreed four years ago.

Dated:  October 10, 2018

**ACLU NATIONAL PRISON PROJECT**

By:   s/ David C. Fathi
    David C. Fathi (Wash. 24893)*
    Amy Fettig (D.C. 484883)**
    Victoria Lopez (Ill. 6275388)*
    **ACLU NATIONAL PRISON PROJECT**
    915 15th Street N.W., 7th Floor
    Washington, D.C. 20005
    Telephone:  (202) 548-6603
    Email:    dfathi@aclu.org
              afettig@aclu.org
              vlopez@aclu.org

    *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
    **Admitted *pro hac vice*

    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    **PRISON LAW OFFICE**
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

    *Admitted *pro hac vice*

    Kirstin T. Eidenbach (Bar No. 027341)
    **EIDENBACH LAW, PLLC**
    P. O. Box 91398
    Tucson, Arizona 85752
    Telephone:  (520) 477-1475
    Email:    kirstin@eidenbachlaw.com

    Kathleen E. Brody (Bar No. 026331)
    **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
    Email:    kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Rose A. Daly-Rooney
J.J. Rico
Maya Abela
Asim Dietrich
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw
adietrich@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ David C. Fathi