UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**ORDER GRANTING MOTION TO ENFORCE PAYMENT OF MONITORING FEES** |

The Court, having reviewed Plaintiffs' Motion to Enforce Payment of Monitoring Fees, and finding good cause, hereby **GRANTS** Plaintiffs' motion. Defendants shall pay Plaintiffs' counsel $148,804.99 no later than seven (7) days from the date of this Order, and shall file a notification on the docket with the Court when payment is made. Interest shall accrue pursuant to 28 U.S.C. § 1961.