# Index of Exhibits to
# Declaration of Corene Kendrick

| Exhibit # | Description |
|---|---|
| 1 | Copy of email chain between Plaintiffs' counsel and Defendants' counsel, beginning August 14, 2018 |
| 2 | Copy of purchase order issued by ADC on June 22, 2018, paying Plaintiffs' counsel for monitoring fees from first quarter of 2018 |

# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Tim Bojanowski |
| **Sent:** | Friday, September 28, 2018 2:56 PM |
| **To:** | Corene Kendrick |
| **Cc:** | Dan Struck; Elaine Percevecz; Rachel Love; David Fathi; Ashley Kirby; Don Specter |
| **Subject:** | Re: AZ Parsons Q2 |

Corene-

I will look into this issue.

Tim

Timothy J. Bojanowski

On Sep 28, 2018, at 2:40 PM, Corene Kendrick <ckendrick@prisonlaw.com> wrote:

> Counsel,
>
> Thursday was yesterday. Can you please provide an update?
>
> Thank you,
>
> Corene
>
> ---
>
> **From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
> **Sent:** Monday, September 24, 2018 7:55 PM
> **To:** 'Dan Struck' <DStruck@strucklove.com>
> **Cc:** 'Elaine Percevecz' <EPercevecz@strucklove.com>; 'Rachel Love' <RLove@strucklove.com>; 'Tim Bojanowski' <TBojanowski@strucklove.com>; 'David Fathi' <dfathi@aclu.org>; Ashley Kirby <akirby@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>
> **Subject:** RE: AZ Parsons Q2
>
> Dear Dan,
>
> Thank you for your response.  This matter clearly is not something that requires the involvement of the most senior partner at your firm.  Since you are clearly so busy, can Elaine, Rachel, Tim, Nick, and/or any of the associates in your office, please contact ADC's administrative office tomorrow and ask about the status of the payment?
>
> Thanks,
>
> Corene
>
> Corene Kendrick, Staff Attorney
> PRISON LAW OFFICE
> 1917 Fifth Street
> Berkeley, CA 94710
> 510-280-2621

1

ckendrick@prisonlaw.com

**From:** Dan Struck [mailto:DStruck@strucklove.com]
**Sent:** Monday, September 24, 2018 3:53 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; David Fathi <dfathi@aclu.org>; Ashley Kirby <akirby@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>
**Subject:** Re: AZ Parsons Q2

Corene,

I'm in week 3 of solid depositions.  I can get back to you by Thursday on this.

Dan

Sent from my iPhone

On Sep 21, 2018, at 6:16 PM, Corene Kendrick <ckendrick@prisonlaw.com> wrote:

> Dear Dan,
>
> Can you please advise when we can expect payment?
>
> Thank you,
>
> Corene
>
> Corene Kendrick, Staff Attorney
> PRISON LAW OFFICE
> 1917 Fifth Street
> Berkeley, CA 94710
> 510-280-2621
> ckendrick@prisonlaw.com
>
>
> **From:** Don Specter [mailto:dspecter@prisonlaw.com]
> **Sent:** Tuesday, August 14, 2018 1:21 PM
> **To:** Dan Struck <DStruck@strucklove.com>
> **Cc:** David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Ashley Kirby <akirby@prisonlaw.com>
> **Subject:** AZ Parsons Q2
>
> Dan,

Attached is our time and expenses for the 2d quarter.  Please have payment made in 30 days.  It would help to minimize confusion if ADC could let us know when they make the electronic transfer so we can look out for it.

Don

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# Exhibit 2

# ARIZONA STATE CONTRACT
## PURCHASE ORDER

ELECTRONIC DEPOSIT
6/28
$101,195.01

Purchase Order No.: ADOC18-206077
Organizational Reference No.: PO0000358339
Issued: 06/22/2018

**VENDOR**
Vendor Number: 000048508
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710

**SHIP TO**
Arizona Department of Corrections
Health Svcs Contract Monitoring Bureau
1831 West Jefferson, MC 940
Attn: Amy Landry
Phoenix, AZ 85007
US
Email: alandry@azcorrections.gov

(602) 255-2485

**BILL TO**
MAIL INVOICE IN DUPLICATE TO:
Arizona Department of Corrections
Health Svcs Contract Monitoring Bureau
1831 West Jefferson, MC 940
Attn: Amy Landry
Phoenix, AZ 85007
US
Email: alandry@azcorrections.gov

(602) 255-2485

Title: Plaintiffs Parsons v. Ryan 1/1/18-3/31/18

Open Market Instructions

TERMS AND CONDITIONS set forth in our Bid, Quotation, or Purchase Order are incorporated herein by reference and become a part of this order.

The following documents make up the Contract and are incorporated herein by reference.

2018-05-17 - Q1 2018 Invoices.pdf

Account Code: 2018----MAN1--1000--DC70022-6222---PRGM1-108----LEGAL--CO-1831-----DCA

Payment Terms:
Shipping Terms:
Delivery Calendar Day(s) A.R.O.: 0

| Item | Class-Item | Requisition | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|
| 1 | Class-Item 961-49<br><br>Plaintiffs Invoice for Parsons v Ryan invoice 1/1/18-3/31/18 - Prison Law Office Disbursement | | 1.00 | TOTAL | $ 60,450.98 | $ 60,450.98 |
| 2 | Class-Item 961-49<br><br>Plaintiffs Invoice for Parsons v Ryan invoice 1/1/18-3/31/18 - ACLU Disbursement | | 1.00 | TOTAL | $ 16,994.03 | $ 16,994.03 |
| 3 | Class-Item 961-49<br><br>Plaintiffs Invoice for Parsons v Ryan invoice 1/1/18-3/31/18 - Kirstin Eidenbach Disbursement | | 1.00 | TOTAL | $ 23,750.00 | $ 23,750.00 |

to NPP

TOTAL: $ 101,195.01

Approved By: Charles Stevens
Phone No.: (602) 364-3779